# EXHIBIT A

```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
 2

 3

 4

 5

 6    STACEY WOLKING and DARYL     : CIVIL ACTION
      WOLKING, H/W,                : 3:23-CV-00806-JFS
 7                     Plaintiffs  :
                                   :
 8              vs.                :
                                   :
 9    HENRY LINDNER, M.D. and      :
      YOUNGS APOTHECARY, INC.,     :
10    d/b/a TUNKHANNOCK            :
      COMPOUNDING CENTER,          :
11                     Defendants  :

12

13

14         VIDEOTAPED DEPOSITION OF STACEY WOLKING

15

16

17                    Taken remotely via Zoom on Monday,

18    January 8, 2024, commencing at 10:00 a.m. before

19    Christine L. Pelanne, Registered Professional

20    Reporter, and Patrick Devine, Videographer.

21

22                          * * *

23                  DEVINE DEPOSITIONS
                  573 INDIAN RUN DRIVE
24         HUMMELSTOWN, PENNSYLVANIA  17036
                    (717) 612-2403

25
```

```
 1   APPEARANCES:

 2

 3           KLINE & SPECTER
             By:  CONOR LAMB, ESQ.
 4           1525 Locust Street, 19th Floor
             Philadelphia, PA  19102
 5           215-772-1000
             Conor.lamb@klinespecter.com
 6            -- For the Plaintiffs

 7
             CIPRIANI & WERNER
 8           By:  AMY A. SHWED, ESQ.
             415 Wyoming Avenue
 9           Scranton, PA  18503
             570-347-0600
10           Ashwed@c-wlaw.com
              -- For Henry Lindner, M.D.

11

12           McCORMICK & PRIORE
             By:  SUSAN KEESLER, ESQ.
13                CONRAD BENEDETTO, ESQ.
             2001 Market Street, Suite 3810
14           Philadelphia, PA  19103
             215-972-0161
15           Skeesler@mccormickpriore.com
              -- For Youngs Apothecary, Inc., d/b/a
16                Tunkhannock Compounding Center

17

18

19

20

21

22

23

24

25
```

```
 1                    INDEX TO WITNESSES

 2
    WITNESS                              PAGE
 3
 4   STACEY WOLKING

 5
        By Ms. Shwed                     4, 195, 200
 6
        By Mr. Benedetto                 172
 7
        By Mr. Lamb                      195
 8

 9

10
                    INDEX TO EXHIBITS
11
                                      PAGE
12   EXHIBIT           DESCRIPTION     MARKED

13
    Defense 1          Various Medical Records   25
14                     LINDNER 000001-000004,
                       LINDNER 000070-000071
15

16

17

18

19

20

21

22

23

24

25
```

Page 4

1    THE VIDEOGRAPHER:  Good morning.  The
2  date today is January 8th, 2024, and the time is 10
3  o'clock a.m.  This is the videotape deposition of
4  Stacey Wolking taken in the matter of Stacey Wolking
5  v. Henry Lindner, M.D., et al.  This deposition is
6  being held via Zoom.
7    My name is Patrick Devine.  I am the
8  videographer.  I'm with Devine Depositions.  The court
9  reporter is Christine L. Pelanne.
10    At this time will counsel please
11  state their appearances for the record, after which
12  the court reporter may swear in the deponent.
13    MR. LAMB:  Conor Lamb for the
14  plaintiff, Stacey Wolking.
15    MS. SHWED:  Amy Shwed for Dr.
16  Lindner.
17    MS. KEESLER:  Susan Keesler on behalf
18  of Youngs Apothecary, Inc.
19    * * *
20    STACEY WOLKING, having been duly
21  sworn, was examined and testified as follows:
22    EXAMINATION
23  BY MS. SHWED:
24  Q.    Hi, Mrs. Wolking.  Am I saying your last
25  name right?

Page 5

1  A.    Uh-huh.  Yes.
2  Q.    Okay.  Let me just introduce myself to you
3  formally.  My name is Amy Shwed, and I represent Dr.
4  Lindner in the lawsuit that you and your husband have
5  filed against him and other defendants in this case.
6    We're here this morning to take your
7  deposition.  Have you ever given a deposition before?
8  A.    No.
9  Q.    Okay.  I know that you're represented by
10  counsel, and I presume, although I'm not entitled to
11  know anything that you talked to Attorney Lamb about,
12  he perhaps went over at least some of the protocol for
13  a deposition.  And I just want to remind you of some
14  of the -- the key rules so that we can try to make a
15  very clear record.  Okay?
16  A.    Okay.
17    THE WITNESS:  Excuse me.  Can we turn
18  this up somehow?
19    MR. LAMB:  Yeah.
20    THE WITNESS:  I don't really know
21  how.  Is it down here?  Okay.  Thank you.
22    MR. LAMB:  Is that better?
23    MS. SHWED:  Is that better now on
24  your end?
25    THE WITNESS:  Yes.

Page 6

1    MR. LAMB:  Yeah, Amy, just real
2  quick, one thing I forgot.  Due to some of the medical
3  complications, there may be times this morning where
4  Stacey needs to take a break without really asking for
5  it, or without any notice, and she'll just say, I'm
6  taking a break.  So it'll be a little more urgent than
7  it might normally would be, just a kind of a fair
8  warning to everybody.
9    MS. SHWED:  Of course.  No problem.
10  BY MS. SHWED:
11  Q.    If you need a break at any time, you know,
12  just let me know.  Generally we try to not take a
13  break until you answer the question pending, but we'll
14  just see how it plays out with you today.  Okay?
15  A.    Okay.
16  Q.    The Zoom depositions are -- can be
17  sometimes challenging because technology is wonderful
18  when it works, and when it doesn't work, it can be
19  challenging.  So if on your end for some reason you
20  don't hear a question or I break up a little bit, just
21  let me know on your end, and I'll repeat it or
22  rephrase it just to make sure that you understand and
23  you heard the whole question.  Okay?
24  A.    Okay.
25  Q.    And you're doing a very good job so far.

Page 7

1  We have to try to be careful not speak over one
2  another.  It will happen in a deposition for sure
3  because either you'll think I'm done or I'll think
4  you're done, and we weren't.  So just do your best to
5  allow me to get the question completely on the record
6  before you begin your answer.  All right?
7  A.    Yes.
8  Q.    And you're keeping your responses verbal,
9  which is what we need to get the record clear.  So if
10  -- if during the course of the deposition I say to
11  you, is that a yes or a no, I'm not trying to suggest
12  an answer, just get you to verbalize your response.
13  All right?
14  A.    Yeah, I have a bad habit of nodding my
15  head.  So, yes.  Thank you.
16  Q.    You can nod as long as some words come with
17  it.
18  A.    Yes.
19  Q.    But don't worry about it because everybody
20  does that.  We'll remind you.
21    One of the important things I think
22  to know about a deposition is, the reason that we take
23  depositions is we want to learn what you recall about
24  certain events in your life.  And then there are
25  times, of course, you may not have a recollection, and

Page 8

1  to say to me that you don't remember something is a
2  perfectly acceptable response. Okay?
3  A.       Okay.
4  Q.       I don't want you to guess at anything. You
5  certainly can estimate. For example, I may ask you a
6  dose of a particular medication that you were taking
7  at a particular time. And if you can estimate for me,
8  that's great, just tell me that; but if you find
9  you're pulling numbers out of the air or guessing,
10 don't do that. Just let me know, just say to me, I
11 don't know. Okay?
12 A.       Okay.
13          MS. SHWED: Okay. So are we okay
14 with regular stipulations, Conor? I forgot to put
15 that on the record?
16          MR. LAMB: Can you just spell them
17 out, please?
18          MS. SHWED: So we preserve -- we'll
19 object to form and preserve all other objections for
20 the time of trial.
21          MR. LAMB: Yes.
22          MS. SHWED: And are you going to have
23 her read and sign?
24          MR. LAMB: Yes.
25          MS. SHWED: Okay.

Page 9

1  BY MS. SHWED:
2  Q.       Okay. Mrs. -- Ms. -- Mrs. Wolking, I
3  understand you are in the same room with Attorney
4  Conor. Other than that, is there anybody else in the
5  room with you?
6  A.       No.
7  Q.       Okay. I was going to ask, because
8  sometimes I know your husband is -- I think he's part
9  of the lawsuit. He's not in the room with you today?
10 A.       No.
11 Q.       Okay. So can you just say your full name
12 for the record for me, please, Mrs. Wolking?
13 A.       Stacey Wolking.
14 Q.       And what is your date of birth?
15 A.       9/26/62.
16 Q.       Now, I want to focus just some background
17 information for you, but I want to talk about the
18 years 2013 until 2023 for these questions. So about
19 that ten-year period of time. Okay?
20 A.       Okay.
21 Q.       Can you tell me during that ten-year period
22 of time, did you have health insurance?
23 A.       Yes.
24 Q.       Do you remember who the -- the insurance
25 carrier was?

Page 10

1  A.       Through all those years, no.
2  Q.       How about today, who is it today?
3  A.       Cigna. SISCO, third-party administrator
4  using Cigna.
5  Q.       Okay. And do you think it was Cigna, say,
6  from '21 until 2024?
7  A.       Yes.
8  Q.       And as part of your health insurance, did
9  you have a prescription plan as well -- let's stick
10 with those years, '21 to '23?
11 A.       Yes.
12 Q.       What was it?
13 A.       What was the plan?
14 Q.       Was it Cigna or was it something separate?
15 A.       Oh, no, it's part of that.
16 Q.       Okay. Do you have a primary care doctor
17 today?
18 A.       Yes.
19 Q.       Who is it?
20 A.       John -- Dr. John Hart.
21 Q.       And how long has he been your primary?
22 A.       I don't remember when I started with him.
23 Several years.
24 Q.       Okay. In the -- in the time that you were
25 treating with Dr. Lindner, other than Dr. -- Dr.

Page 11

1  Hartman, were there any other primary care doctors
2  that you were seeing?
3  A.       It's Dr. Hart, number one.
4  Q.       Oh, I'm sorry.
5  A.       And -- during that time, I did see a doctor
6  right -- several doctors right around the time that I
7  started -- or when Dr. Lindner told me that he -- he
8  had thought I -- when he first diagnosed me with
9  Babesia. So -- because I had already had those
10 appointments lined up, you know, they take months.
11 Q.       Yes.
12 A.       And so are you asking specifically about a
13 general practitioner or any doctors?
14 Q.       Well, let's start with a general
15 practitioner just so I'm -- I'm clear as to who --
16 other than Dr. Hart, were there any other primary
17 care, general practitioner?
18 A.       I saw a Dr. Olson, because I was told by my
19 physical -- my therapist that he was a good
20 diagnostician, and I was still looking for answers.
21 And so I saw him right around the same time, like I
22 said, in the summer. And that would be the only other
23 general practitioner.
24          And at that time I wasn't seeing Dr.
25 Hart because he basically -- I was having a lot of

Page 12

1  stomach issues, and he basically said I needed to see
2  a specialist --
3  Q.        Okay.
4  A.        -- so --
5  Q.        Do you remember -- oh, go ahead.  I'm
6  sorry.  I don't mean to cut you off.
7  A.        That was -- that was it.
8  Q.        Okay.  Do you remember Dr. Olson's first
9  name?
10  A.        Kevin.
11  Q.        And I know that you -- at least it looked
12  to me from reviewing the records that you were living
13  in Virginia at -- at the time that you were being
14  treated by Dr. Lindner for the babesiosis; is that
15  right?
16  A.        That is correct.
17  Q.        So is Dr. Olson and Dr. Hart in Virginia?
18  Are they in Virginia?
19  A.        Yes.
20  Q.        Okay.  And then I think you said that
21  during that time that you were being treated for the
22  babesiosis with Dr. Lindner, there were some
23  specialists you also saw?
24  A.        Yes.
25  Q.        Who were they?

Page 13

1  A.        I saw a gastroenterologist, Dr. Satchi.
2  Q.        Can you spell that for me, if you can?
3  A.        S-A-T-C-H-I.  And that was because it had
4  taken me, I think, four more months to get in to see
5  him, so that had been in the works before that.  And I
6  also saw Dr. Pinto, a rheumatologist.
7  Q.        And what's Dr. Pinto's first name, do you
8  know?
9  A.        I don't.
10  Q.        Okay.  How about Dr. Satchi -- Satchi?
11  A.        I don't.
12  Q.        And so you said that Dr. Satchi was a
13  gastroenterologist.  What were the symptoms as you
14  understood it that you were going to see him for?
15  A.        I was having severe stomach pain.
16  Q.        And were you experiencing any other
17  gastrointestinal symptoms, like, diarrhea,
18  constipation, with the stomach pain or just stomach
19  pain?
20  A.        Just stomach pain.
21  Q.        Okay.  And how about Dr. Pinto, what were
22  the symptoms that you were going to see him for?
23  A.        It was a very long list, and I couldn't
24  even begin to -- well, do you want me to try to list?
25  It was probably about 20 symptoms, but I had a

Page 14

1  documented long list, which would be in your record
2  I'm sure, but --
3  Q.        Tell me the ones you remember today.  And
4  I'll make the record clear that it's -- it's not an
5  inclusive list, it's just your recollection today.
6  A.        Shortness of breath; stomach pain, of
7  course; ear ringing; ocular migraines; joint and
8  muscle pain; nerve pain; chest -- chest pain; so just
9  lots of different things going on.
10  Q.        And when -- did Dr. Pinto ever tell you
11  when he saw you what he thought those -- those
12  symptoms, some of which you described today, were
13  related to in any way?  Any kind of a diagnosis?
14  A.        By the way, it's a she.
15  Q.        Oh, thank you.
16  A.        That's okay.  She diagnosed me with RA.
17  And I asked her -- literally had the piece of paper in
18  my hand of my 20 symptoms or whatever, and said, which
19  one -- which ones of these symptoms -- she wanted me
20  -- to put me on a chemo drug.  And I said, which ones
21  of these is that going to help?  And she said, one.
22                 And I said, I think we need to pursue
23  other things.  I need -- I need to find the root cause
24  of what's going on here.  And she didn't disagree, I
25  guess.  She said, well, I guess you should see

Page 15

1  infectious disease was her diagnosis.
2  Q.        Did you ever take the chemo drug, or did
3  you just go to the infectious -- did you see an
4  infectious disease physician?
5  A.        No.  That is all around the same time that
6  Dr. Lindner diagnosed me with Babesia.  So I took that
7  as a -- he was claiming -- he was kind of claiming to
8  be the infectious disease, so that was why I did the
9  next route.
10  Q.        Okay.  And so you said to me that -- at
11  least I think I heard you correctly on the Zoom.  Was
12  it Dr. Lindner who was claiming to be an infectious
13  disease physician, is that what you said?
14  A.        Not exactly.  He was claiming to know about
15  infectious disease.
16  Q.        Okay.
17  A.        I don't know if he was claiming to be that
18  type of physician.
19  Q.        Okay.  And the symptoms that you mentioned,
20  and then you also testified that there was a 20 or
21  plus list of those symptoms, how long had -- do you
22  remember when they started, those -- those 20-some
23  symptoms or so?
24  A.        Oh, wow.  I really don't remember.
25  Q.        Okay.  And so other -- did you see any

Page 16

1 other either specialists or primary care doctors
2 before you started the treatment with Dr. Lindner on
3 the -- for the babesiosis?
4 A.        Not that I can recall.
5 Q.        I want to just -- before we get into a lot
6 of the care, I want to learn just a little bit more
7 about you.  Okay, Mrs. Wolking?
8           Can you explain to me your
9 educational background just starting with high school?
10 A.        I graduated high school and started working
11 full time at a CPA firm.  And started doing night
12 school, so I took accounting courses and completed
13 some of those.  That's all.
14 Q.        So where did you go to high school?  Did
15 you go to high school in Virginia?  Is that where
16 you're originally from?
17 A.        No, Cincinnati.  So I went to Greenhills
18 High School.  And then we moved, and I went to McAuley
19 High School.
20 Q.        Is that still in Ohio or a different state?
21 A.        Ohio, yeah.
22 Q.        Okay.  And then you said that you took some
23 night school classes.  Where were they?  What state
24 were they in?  Ohio?
25 A.        Cincinnati, yeah -- sorry, Ohio, yeah.

Page 17

1 Q.        So other than the high school and the night
2 school classes that you mentioned to me, do you have
3 any other formal education?
4 A.        No.
5 Q.        And I was -- we got in discovery some tax
6 returns that were turned over during the course of the
7 litigation.  And I was just trying to figure out, so
8 let's talk about today.  Are you working outside the
9 home today?
10 A.        No.  I've been on medical leave.
11 Q.        Okay.  And when -- when was the last time
12 that you recall working outside the home?
13 A.        Well, when you say the outside the home,
14 does that include working from home but working a job?
15 Q.        Well, yeah, and welcome to the modern day.
16 Right.  Okay.  So you could always say working outside
17 the home, meaning if you were a mom.  But even if it
18 was like a -- you were working, but you were located
19 at home, when's the last time you did that?
20 A.        I believe this summer I did work part time
21 for my job that I still have, I just am not working
22 right now.
23 Q.        Okay.  And did you say that was this past
24 summer?
25 A.        Yes.

Page 18

1 Q.        Okay.  So 2023?
2 A.        Uh-huh.
3 Q.        Yes?
4 A.        Yes.  Sorry.
5 Q.        So what was your -- what was the job that
6 you had?
7 A.        I have been an educational consultant for
8 HSLDA for the last eight years.
9 Q.        And, of course, I don't know what that is.
10 So can you just tell me what you do.
11 A.        So HSLDA is Home School Legal Defense
12 Association.  And so they -- we support home school
13 families across the nation.  And so as an educational
14 consultant, I talk to members all day long through
15 e-mail and phone helping them to navigate the home
16 school world.
17 Q.        And so do -- do you have set hours that you
18 work that you need to be available, or how does that
19 work?
20 A.        I -- I mean, I used to before I went on
21 medical leave.
22 Q.        Yeah, that -- I'm sorry, that's what I'm
23 talking about.  So when you were working, what -- what
24 -- did you have a set schedule?
25 A.        Yes.

Page 19

1 Q.        And what was that?
2 A.        It would -- it would change, but I had --
3 it's, like -- I can't even remember what days and
4 times it would be, but it would be like a
5 three-days-a-week phone shift, you know, taking live
6 calls certain days of the week, and then other times
7 doing e-mails and then other times scheduled for
8 projects or writing or administrative things.
9 Q.        Okay.  And were -- was that position
10 considered full time?
11 A.        No, I was part time.  My maximum hours --
12 well, my hours were generally between 26 and 32.
13 Q.        Okay.  In the times that you were working,
14 can you estimate for me how much you got paid?  I
15 couldn't -- the reason I'm asking is I couldn't tell
16 from the tax returns what your husband's income was
17 and what your income was.
18 A.        I think I make -- I just don't even
19 remember, 20-something an hour.
20 Q.        Okay.  And you think the 20-something an
21 hour would have been consistent for the times between,
22 say, 2020 until you went on medical leave?
23 A.        Yes.
24 Q.        Okay.  And when did you go on medical
25 leave?

Page 20

1  A.      Wow.
2  Q.      Yeah, you didn't know it was going to be a
3  date test, right?
4  A.      Yeah.  Wow.
5  Q.      And even if you can't give me a year, you
6  know, I'm just trying to figure out, was -- were you
7  working at all during the time that you were being
8  treated for the babesiosis with Dr. Lindner?
9  A.      Yes.  So I think I went on medical leave
10 around June of '22.  I'm trying to remember if I went
11 back after my first hospitalization.  So I think it
12 was around then.
13 Q.      Okay.  And when you say your first
14 hospitalization, are you talking about the admission
15 for the bowel perforation?
16 A.      No, I'm talking about the DVT.
17 Q.      Okay.  So at least those records will have
18 dates?
19 A.      Yes.
20 Q.      Okay.  And I think I'm correct, and I
21 understood you today to be still on medical leave; is
22 that right?
23 A.      Technically, yes.  I was ready to try to
24 want to attempt to go back last summer, and I did fill
25 in some, but they've since had a -- kind of a

Page 21

1  restructure and budget cuts.  And so they're now
2  saying they can't bring me back right now, but yet
3  they've not terminated me.  I still have all my
4  technology that they've given me.  So I know that -- I
5  know they're not terminating me, but at the same time
6  they don't have hours for me.  So it's been pretty
7  frustrating.  And I'm -- yeah, just very frustrating.
8  Q.      And -- but -- now that you're on -- is it
9  that you're not being paid on medical leave, but
10 you're retained as an employee; is that right?
11 A.      I'm really not sure how that works through
12 HR, but -- what did you say?  Because something you
13 said, part of that wasn't right.
14 Q.      Okay.  I --
15 A.      I never receive -- I'm sorry.  I never
16 received any medical leave, I was just put on what
17 they called medical leave, so I wasn't getting paid.
18 Since I was part time I didn't have any leave.
19 Q.      Okay.  So when you -- from the time that
20 you described for me that you've been on medical
21 leave, you haven't received any kind of paycheck from
22 -- is that right?
23 A.      Well, no, I did fill in some this summer.
24 Q.      Okay.
25 A.      And the year before they kept me on, so I

Page 22

1  still was receiving -- every time there was holiday
2  pay, they would very generously still give me that.
3  So I would get paychecks once a while -- once in a
4  while.
5  Q.      Okay.  And when -- do you remember when it
6  was that you tried to go back to work?  Even though
7  they may not have had a position for you, when is it
8  that you tried to go back to work?
9  A.      I think it was April when I -- April of '23
10 when I approached them and said, I'd like to try to
11 come back a few hours.  I knew I wasn't ready for my
12 full schedule, but I was asking -- and they had
13 indicated that they -- whenever I was ready, you know,
14 to let them know.  So I did say, yeah, I'd like a few
15 hours.
16 Q.      Okay.  And have you sought employment
17 someplace else since April of 2023?
18 A.      No.
19 Q.      Okay.  So I want to switch gears a little
20 bit now and talk to you a little bit about Dr. Lindner
21 and his care.  Okay.  Can you tell me your -- you
22 know, when I read these files, I see that at the time
23 I think you were living in Virginia.  How did you
24 learn that Dr. Lindner was even out there?
25 A.      I had -- we had friends, a couple who had

Page 23

1  gone to him and felt like he had helped them.  And so
2  she recommended that we go to him.  I was having my
3  menopause problems at the time.
4  Q.      Okay.  And -- and just for the record, am I
5  correct that you -- at the time that you reached out
6  to Dr. Lindner, you were still living -- you were
7  living in Virginia?
8  A.      Yes.
9  Q.      How long have you lived in Virginia?
10 A.      18 and a half years.
11 Q.      And the friend that was also seeing Dr.
12 Lindner, did -- did -- was it a he or a she?
13 A.      It was a couple, Lisa.
14 Q.      What were their names, Lisa and?
15 A.      Bill Reidsma.
16 Q.      Can you spell that last name for me?
17 A.      R-E-I-D-S-M-A, I think.
18 Q.      Okay.  And do they live in -- they live in
19 Virginia as well?
20 A.      No.
21 Q.      Where do they live?
22 A.      At the time they were living in
23 Tunkhannock, Pennsylvania.
24 Q.      Do you have any ties to Tunkhannock,
25 Pennsylvania, yourself?  Like, did you live there?  Do

Page 24

1  you have family, anything like that?

2  A.    No, no, I'd never been there.

3  Q.    Okay.  And did you have an understanding of

4  the type of care Dr. Lindner was providing to Lisa and

5  Bill?

6  A.    She had just said that they had -- he had

7  helped them with hormone problems.  And I was having

8  what I thought was hormone problems at the time.

9  Q.    Okay.  But it was your understanding that

10 Bill was a patient as well?

11 A.    Yes.

12 Q.    Okay.  So then do you have a recollection

13 of the first time -- I -- I'm not going to get into

14 the very early stages, only is just to try to get some

15 recollection of your first visits with Dr. Lindner,

16 which I guess -- what was the treatment you were

17 seeking when you initially reached out to him, for

18 what conditions?

19 A.    I was having severe hot flashes and was

20 going through menopause.

21 Q.    So did you -- did you come up to

22 Tunkhannock, or was it what I'll call it like a

23 telemed thing?

24 A.    No, went to Tunkhannock.

25 Q.    Okay.  Do you have any recollection of that

Page 25

1  first visit with him?

2  A.    The --

3  Q.    Can you tell me what -- what you remember

4  about it?

5  A.    I mean, I just went to his office, had a

6  visit with him, that's all I really remember.

7  Q.    Do you know -- do you remember, did he do

8  any kind of physical examination for you that day?

9  A.    Not that I recall.

10 Q.    Did he order any kind of lab testing or any

11 -- on that day?

12 A.    I just don't recall.

13 Q.    Okay.  I'm --

14 A.    That was -- that was many years ago.

15 Q.    Oh, yes, I know.  And again, please don't

16 feel bad that you don't remember.  It's a perfectly --

17 A.    Okay.

18 Q.    -- acceptable response.

19     (Defense Exhibit Number 1 was marked

20 for identification.)

21 Q.    I'm going to show you, and we're going to

22 bring it up on the screen for you, it's what I've

23 labeled as Lindner 1?

24     MS. SHWED:  And, Conor, it's that

25 medical history form so that you have it.

Page 26

1  Q.    Let me know if you can't see any of it

2  or -- Mrs. Wolking, can you see that pretty well?

3  A.    Yes.

4  Q.    Can you tell me -- so some of this form has

5  handwriting on it, is that your handwriting?

6  A.    It appears to be.

7  Q.    Okay.  And I just want to go over a little

8  bit of this with you just so I have an understanding

9  of it.  If you look down, it's like the fourth from

10 the top, there's a heading that says, medical

11 conditions.  And then in quotes it says, biotoxin

12 illness, and then post-Lyme in quotes.

13     You have, by the way, very legible

14 handwriting.  It's very nice to read, which is always

15 nice in depositions.

16     Where did you get that information

17 from to put on the history?

18 A.    I do not recall.

19 Q.    Do you remember, was there some doctor that

20 discussed it with you, do you know?

21 A.    Back then I was seeing Dr. Stewart, Dr.

22 David Stewart, and he had treated me for Lyme disease.

23 And --

24 Q.    And --

25 A.    -- yeah.

Page 27

1  Q.    And what kind of doctor was Dr. Stewart?

2  A.    I guess general practitioner.  I'm not sure

3  his exact title, but he wasn't a specialist.

4  Q.    Okay.  And where was he -- where was he?

5  A.    Leesburg, Virginia.

6  Q.    Okay.  And at least as you sit here today,

7  my understanding is you don't have a recollection of

8  where the biotoxin illness came from, the listing

9  there?

10 A.    I don't recall that.

11 Q.    Okay.  And then below that it says, current

12 or past hormone therapies.  And then you have written

13 in there, E3, paren -- 1 in parentheses, E2, 1 in

14 parentheses.  What are you referring to there?

15 A.    I believe that's estrogen types.

16 Q.    Okay.  And do you remember who -- who was

17 prescribing those?

18 A.    That would be David Stewart.

19 Q.    Okay.  And then -- then you have P-R-O-G in

20 -- 100 in parentheses.  What were you referring to

21 there?

22 A.    Progesterone.

23 Q.    And who was prescribing that?

24 A.    Dr. Stewart.

25 Q.    Okay.  And then it looks like it's

Page 28

1  T-R-O-C-H-E.  Is -- am I reading that correctly?
2  A.      Yes, that's a -- that's the form of
3  progesterone, Troche.
4  Q.      And 2.5 milligrams, is that referring to
5  the progesterone?
6  A.      It looks like 12.5 for DHEA Troche.
7  Q.      Okay.  Those go together.  And who was
8  prescribe -- was that as well the same doctor
9  prescribing?
10 A.      Uh-huh.
11 Q.      Okay.  And then under supplements you have,
12 is it Juice Plus, Vitamin D, homeopathic and is that
13 herbals?
14 A.      Correct.
15 Q.      And below that you'll see it says what you
16 want most from the treatment.  And I think you have
17 listed there, no hot flashes, and make sure -- is it
18 hormone replacement therapy is safe?  Am I reading
19 that correctly?
20 A.      Correct.
21 Q.      Okay.  And then you have, and less periods
22 along the sides.  And then you have listed here, check
23 all of the applied.  So I'm just going to read them to
24 make sure.  Were you -- and my question to you was --
25 is, were you suffering from these conditions at the

Page 29

1  time that you first saw Dr. Lindner?  Okay?
2          So you have fatigue.  Were you
3  suffering from fatigue when you first saw Dr. Lindner?
4  A.      I mean, if I checked it there, I guess I
5  was.
6  Q.      Okay.  So the ones that you checked are
7  fatigue, aches and pains.  Do you remember where you
8  had the aches and pains?
9  A.      I don't.
10 Q.      Cold hands and feet, weight gain,
11 depression.  And then with the depression you have an
12 arrow that says, this has been a very rough summer, my
13 beloved father passed away suddenly.  And then I had a
14 very traumatic and painful rotator cuff surgery and
15 continued to have frozen shoulder.
16         So the depression that you're
17 describing here, did it start with the loss of your
18 dad?
19         MR. LAMB:  Object -- object to the
20 form, but, Stacey, you can answer.
21 A.      The best I recall, yeah.
22 Q.      Dry skin and mental slowness.  When you say
23 mental slowness, could you describe for me what you
24 meant by that?
25 A.      I don't know.  If I checked the box, I

Page 30

1  guess that's what was going on at the time.
2  Q.      Okay.  And then just sugar cravings.  So as
3  best you can recall today, these were the symptoms
4  that you were experiencing when you first saw Dr.
5  Lindner; is that correct?
6  A.      I'm just going by what's there, because I
7  really don't remember, to be honest.
8  Q.      Okay.  And then if you go to the next page,
9  which is a contract and fees, can you see that okay?
10 A.      Yes.
11 Q.      Okay.  And I just want to see if you have
12 any recollection of any discussions with Dr. Lindner
13 about some of the stuff on this form.  Okay?
14 A.      Okay.
15 Q.      So the first sentence says, Dr. Lindner
16 does not provide any primary, urgent, or emergent
17 medical care.
18         Did -- do you have any discussions
19 with Dr. Lindner about why he didn't do any of those
20 types of care?
21 A.      No, not to my remembrance.
22 Q.      Then it says, all patients must retain
23 their own primary care provider.
24         Did you have any discussions with Dr.
25 Lindner that you recall about maintain -- why you

Page 31

1  needed to maintain a primary care provider?
2  A.      No.
3  Q.      Then if we go down a little to the next
4  paragraph, the first sentence it says, an in-office
5  consultation is required at least once every six
6  months to renew prescription hormone therapy, except
7  in unusual circumstances.
8          Can you tell me as best as you can
9  recall, was that how often you saw Dr. Lindner when he
10 was treating you for the hormone replacement therapy?
11 A.      No, he never required an in-office after
12 the first time.
13 Q.      Okay.  So in all the time that you treated
14 with Dr. Lindner now, even through the babesiosis
15 treatment, how many times did you actually see him in
16 his office?
17 A.      The very first time is the only.
18 Q.      Okay.  Then if we go just a little further
19 down where it's under a heading called, formal letters
20 and reports, and it's underlined there in that
21 paragraph, the sentence that I'm going to read to you,
22 it says, Dr. Lindner does not bill insurance for
23 consultations and does not participate in Medicare,
24 Medicaid, or any insurance plans.
25         Did you have any discussions with Dr.

Page 32

1  Lindner about why he didn't participate with any of
2  those listed insurance --
3  A.    No.
4  Q.    -- plans?
5        And just on the bottom, is that your
6  signature there where it says signed above that?
7  A.    It looks like it.
8  Q.    Okay.  And the date is November 1st, '13
9  there.  Do you believe that's the day that you were up
10 to see Dr. Lindner?
11 A.    Yes.
12 Q.    And this form -- you know, this contract
13 and fee form, was that something that was sent to you
14 earlier or that was given to you when you came to the
15 office that day?
16 A.    I have no memory.
17 Q.    Okay.  Then if we go to the next page,
18 which is page 3, it should be -- so this is
19 entitled, Consent for Bioidentical Hormone Restoration
20 and Nutritional Therapy.  Can you see that okay on
21 your end, Mrs. Wolking?
22 A.    Yes.
23 Q.    Okay.  And there appears to be on the left
24 side of the page initials SW.  Did you initial those
25 on the form?

Page 33

1  A.    It looks like my initials.
2  Q.    Okay.  And again, just on the bottom, is
3  that your signature, as best as you can see today?
4  A.    It looks like it.
5  Q.    Okay.  And I just want to see if you recall
6  any conversations about some of the things on this
7  form.  The first one where there's the initials -- and
8  I'll just read it for the record, and then I'll ask
9  you the question.  Okay?
10 A.    Okay.
11 Q.    I understand that nutritional supplements
12 and hormone restoration for improved health, quality
13 of life, and disease prevention are not broadly
14 accepted medical practices, and there are no
15 guarantees with respect to treatment -- such
16 treatment.
17       Do you recall having any
18 conversations with Dr. Lindner about any concerns that
19 you may have had about medical practices that were not
20 broadly accepted for hormone therapy?
21 A.    No, I don't recall any.
22 Q.    Then if you go down two more it says, I
23 understand that Dr. Lindner's practice is based upon
24 his own interpretation of the research, and on the
25 patient's response to therapy, and may not conform to

Page 34

1  guidelines issued by some medical organizations.
2        Do you remember having any concerns
3  or questions about what I just read, that particular
4  fact?
5  A.    No.
6  Q.    And then if you go down three more -- and
7  I'll read it again for the record -- I understand that
8  I may be offered pharmacy-compounded or
9  over-the-counter products, whose active ingredient is
10 a human hormone or a nutrient that has been
11 well-studied, but the products themselves are not FDA
12 approved.
13       Do you remember any questions or
14 concerns about perhaps receiving products that were
15 not FDA approved for hormonal therapy?
16 A.    No.
17 Q.    Can you tell me as best you recall today,
18 Mrs. Wolking, did any of the therapy for hormone
19 replacement help you in any way with any of the
20 symptoms that you were suffering that Dr. Lindner had
21 prescribed?
22 A.    Well, I know it eventually got better, so
23 I'm -- I'm not sure what -- what made it get better.
24 So I was --
25 Q.    Would -- go ahead.  I'm sorry.

Page 35

1  A.    I mean, I'm assuming that they helped to
2  some degree.
3  Q.    Do you have a recollection of how long you
4  were on the hormonal therapy that was being prescribed
5  by Dr. Lindner?
6  A.    The whole time I was seeing him.
7  Q.    Okay.  So even through when you started
8  treating for the babesiosis you continued to take the
9  hormone replacement treatment as well?
10 A.    Correct.
11 Q.    And can you tell me --
12       MS. SHWED:  You can take that down
13 for a little bit, please.  Can you guys hear me to
14 take it down or am I -- did I lose him?  Patrick, if
15 you can take that down so we can see each other.
16 Perfect.  Thank you so much.
17 Q.    Can you tell me from treating with Dr.
18 Lindner it appeared that sometime in November of 2013,
19 how do you transition into treatment for babesiosis?
20 How does that happen with Dr. Lindner?
21 A.    I had my annual appointment with him on the
22 phone on -- sometime summer -- excuse me, summer of
23 '21 I believe, and we were discussing, as we always
24 did, my symptoms and my struggles.  And he said that
25 he thought he knew what was causing them.

Page 36

Q.      And as you sit here today, were there any particular symptoms, or as you said, troubles that Dr. Lindner was associating with, as you say, what he thought was causing them?

MR. LAMB:  Objection to form.  You can answer.

Q.      Yeah, I mean, I'll do it over again, because it was actually a really bad question.

So I know you were suffering from menopausal hormone issues initially.  And so did -- were there any additional symptoms that started that led into the discussion of maybe you suffering from this babesiosis?

A.      Yeah, I believe all my menopausal symptoms were resolved years before.

Q.      Okay.

A.      So the symptoms were the same that I had said earlier, that I had that long list that I took to the doctors, this was all around the same time.  And so, you know, the severe fatigue and chest pain and shortness of breath and ocular migraines and, you know, all those things, plus many more that I can't think of off the top of my head.  Ear ringing is a big one, you know, and all the pain.  So I was experiencing all that.

Page 37

So when I shared all that with him, that's when he said he thought he knew the cause.  He knew I had also had Lyme disease in the past but had been treated for it.

Q.      I just want to make sure I understand what you're saying to me, so if I get it wrong, just correct me.  Okay.  So when I think of, like, menopausal or post-menopausal symptoms, I think of, like, hot flashes, night sweats, fatigue, not sleeping well.  And so you said to me the hormonal symptoms had been controlled.

So I guess what I'm trying to understand is, as we're progressing in from treating for hormone issues into babesiosis, were you still experiencing hot flashes at the time?

A.      Not that I recall.

Q.      How about night sweats?

A.      I don't think so.

Q.      Okay.  And so were --

A.      I'm -- I can't -- I should say, I can't remember.  Because I started having them again, but I believe it was after he started the treatment.  But I don't believe I was having them before.

Q.      Okay.  So there was a period of time before you started the treatment for babesiosis that at

Page 38

least, as you can recall today, a lot of the hot flashes and night sweats had gone away?

A.      Yes.

Q.      So were there any new ones?  And this is what I'm trying to understand.  So you go through a number of years of treating for hormonal therapy, and then there comes a point in time where you're describing this visit with Dr. Lindner, and he says I think I know what's causing some of your other -- some issues.

Were there new issues that started, that's what I'm trying to understand, or was it the same ones?

MR. LAMB:  Object to the form again.  You can answer, Stacey.

Q.      If you don't understand the question, let me know.

A.      Okay.  I'm not.  Could you clarify?

Q.      Yeah.  So I'm trying to figure out, so how do you -- what is it -- and maybe you don't know.  And if you don't know, just tell me that.

What is it that -- that triggers the conversation of, I think I know what's causing symptoms, and it's this -- this babesiosis that eventually he treats you for?  Like, how do you go

Page 39

from being treated from hormonal therapy into babesiosis?  Were there new symptoms?  Okay.  That's what I'm just trying to understand?

MR. LAMB:  Object to form.

MS. SHWED:  Did you say something, Conor?  I didn't hear you if you did.  I'm sorry.

MR. LAMB:  I said, objection to form and she can answer.

THE WITNESS:  Okay.  That threw me.  So every year, once a year I would have my appointment with Dr. Lindner to refill my hor -- my hormones prescriptions.  And so on that annual appointment, I would -- he would, of course, ask me what I'm experiencing or how I'm feeling.  And we would go through all my symptoms.  And that's when he said, oh, I think I know what's causing that.

BY MS. SHWED:

Q.      And on this day that you're talking about, this annual visit that he says to you, oh, I think I know what's causing that, as best as you sit here today, were there any additional symptoms that day that you hadn't talked to Dr. Lindner about before that day?

A.      Well, just to clarify, you know, I told you some of the symptoms, but I couldn't recall all of

Page 40

1  them.  But did I -- but I think I'm hearing your
2  questions being that, did I have them previous to --
3  did I tell him about them previously to this one
4  appointment or did I have them?
5  Q.      Yeah, I guess -- and I'm sorry, and I'm
6  trying to belabor this too much.  I'm just trying
7  to figure out in my mind.
8          So as best as I can understand your
9  testimony today is, initially you go to see him for
10  what I'll call menopausal symptoms.  He prescribed
11  hormonal replacement therapy for you.  And I think you
12  said to me that they started to work for you to some
13  degree because some of the symptoms went away.  Is
14  that accurate so far?
15  A.      The hot flashes did definitely get better,
16  yes.
17  Q.      And what I'm trying to figure out in my own
18  mind, and maybe there wasn't something, I don't know,
19  but was there anything new to the description on the
20  day that you're describing with Dr. Lindner where he
21  said, oh, I think I know what's causing that?  Was
22  there anything new that you complained of that day
23  that you hadn't complained about before that day to
24  him?
25  A.      I would think it would be all those

Page 41

1  symptoms I mentioned before, the short of breath, the
2  chest pain, the joint and muscle pain, the ocular mi
3  -- you know, all those things.  I think it was all
4  those things.  The severe fatigue, you know, just
5  feeling worse.
6          At that point, I also had that severe
7  stomach pain.  So that would have been new to --
8  definitely new to him.  That started in -- I believe
9  late the year before or January maybe.  I think it
10  started in December, actually, if I remember right.
11  So, yes, I would think there would be some things --
12  new things.
13  Q.      And then it looks like --
14          Ms. SHWED:  And can you bring up for
15  me, Patrick, please, it'll be Lindner 4, which, Conor,
16  is the Consent for Treatment of the Chronic
17  Babesiosis.  He'll bring it back up.
18  Q.      Can you see that okay, Mrs. Wolking?
19  A.      Yes.
20  Q.      So it looks like that's your signature on
21  the bottom of the page; is that correct?
22  A.      It looks like it.
23  Q.      And then it's dated October 6th of '21.
24  How did you end up getting this form?  Because I guess
25  you're not -- the only time you were physically with

Page 42

1  him was that very initial visit; is that correct?
2  A.      Correct.  So he e-mailed me this.
3  Q.      Okay.  And did you have an opportunity to
4  review it before you spoke to him?
5  A.      I mean, did I review it before -- no.
6  Q.      Okay.  So did he e-mail it to you the day
7  that you have the -- the visit?
8  A.      I have no idea when he e-mailed it.
9  Q.      Okay.  And are they your initials on the
10  left side of that again?
11  A.      They look like it.
12  Q.      Okay.  And would you have read the form and
13  then initialed it?  Is that your practice?
14  A.      Generally, yes, that is my general
15  practice.  I can't be sure if I did then.  I was
16  feeling pretty bad.
17  Q.      Okay.  Let's -- I just want to go over,
18  again, similarly to the other form, I'll read some
19  stuff into the record and see if you have any
20  recollection of any questions you may have asked or
21  discussion with Dr. Lindner on the topic.  Okay?
22  A.      Okay.
23  Q.      Okay.  So if you go down to the second
24  paragraph with the initials, it says, I understand
25  that chronic babesiosis is not yet recognized by the

Page 43

1  Centers of Disease Control or the Infectious Disease
2  Society of America.  And I'll just stop there for a
3  minute.
4          Do you remember any discussions or
5  any questions you may have had about that particular
6  sentence?
7  A.      We did -- something to that effect.  I
8  remember discussing that it was very hard to diagnose
9  because the testing was flawed.  And I had already
10  known that.  I have had other doctors tell me that as
11  well.
12  Q.      So you had other physicians tell you that
13  the testing for babesiosis was flawed; is that right?
14  A.      Yes.
15  Q.      Okay.  And who were they, do you remember?
16  A.      Dr. Stewart.  And then after this fact, I
17  guess Dr. Hart.
18  Q.      Do you know if you ever had any discussions
19  with Dr. Stewart or Dr. Hart about whether they
20  believed there was a disease called chronic babesiosis
21  or something similar like that?
22  A.      I never heard them say that, no.
23  Q.      And then the end of that sentence says, Dr.
24  Lindner's practice is based upon his own
25  interpretation of human and veterinarian literature

Page 44

1 and upon patient's response to therapy.
2          Were there any discussions with Dr.
3 Lindner about what he has documented there in this
4 consent?
5 A.    I'm sorry, which paragraph is that?
6 Q.    It's the same one we were reading, but it's
7 the last portion of that sentence that says, Dr.
8 Lindner's practice is based upon his own
9 interpretation of the human and veterinarian
10 literature and upon patient's response to therapy.
11          Do you remember any discussions about
12 that?
13 A.    No.
14 Q.    Do you remember having any questions for
15 him about that?
16 A.    No.
17 Q.    When you were on this visit with Dr.
18 Lindner, would your husband have been around as well,
19 or was it just you and he?
20 A.    Are you referring to the June visit?
21 Q.    No, this one, the October -- well, the one
22 that -- that you're going over the consent that's
23 dated October 6, 2021.
24          MR. LAMB:  Objection to form.  You
25 can answer.

Page 45

1 A.    No, I didn't -- as far as I remember, I
2 didn't have a visit at this time.  He just e-mailed me
3 this form months -- months after.  And so when you --
4 when you asked if my husband was there, I'm not sure
5 what visit you're referring to.
6 Q.    Okay.  So in any of the visits -- so I
7 guess I misunderstood you.  But in any of the visits
8 that you had with Dr. Lindner, after you get this
9 form, did you have any questions of Dr. Lindner about
10 this sentence that says that his practice is based on
11 his own interpretation of the human and veterinarian
12 literature?  Do you remember any questions with -- for
13 Dr. Lindner about that at any time?
14 A.    No.
15 Q.    Then the next paragraph says -- it's the
16 one right below it, I understand that this infection,
17 and then in parentheses it says, usually called
18 babesiosis odocoilei, is often not detectable by
19 commercially available tests.  Diagnosis is based on
20 clinical judgment and response to treatment.
21          Do you remember having any questions
22 at any time for Dr. Lindner about that issue?
23 A.    We did talk about that, that tests were
24 flawed and it's hard to get a good clinical test.
25 Q.    Okay.  The next one says, I understand that

Page 46

1 the treatment of this infestation is very difficult,
2 requiring many months or years of multiple
3 prescription medications and nonprescription
4 supplements.  My condition will worsen before it
5 improves.  If I do continue the therapy, I may be left
6 in a worse state.
7          Do you remember having any questions
8 or concerns that you spoke to Dr. Lindner about
9 that -- the topics listed in this paragraph?
10          MR. LAMB:  And hold on, Amy, just so
11 I don't have to keep objecting.  Are you asking her if
12 she discussed these terms before signing it or at any
13 time before signing it?
14          MS. SHWED:  Any time.  At any time
15 during the time -- from the time she received the
16 form, whatever time that may have been, during all of
17 the treatment that she had with Dr. Lindner.
18          THE WITNESS:  Did we discuss it, is
19 that the question?
20 BY MS. SHWED:
21 Q.    Well, initially my -- my first one is, did
22 you -- did you have any questions that you asked Dr.
23 Lindner about those -- those topics that I just read
24 to you at any time that -- since you got this form
25 until the time -- you know, all the time that you were

Page 47

1 treating with him?
2 A.    I'm still not understanding.  So did I have
3 questions after getting the form, or did we discuss
4 these topics at -- at the visit?
5 Q.    So after you get the form, and you
6 presumably -- at least you said you presume you
7 generally would read these forms and then initial it.
8 So after you get the form and you review it, do you
9 ever have any questions for Dr. Lindner about what I
10 just -- I can read it again, but about what I just
11 read --
12 A.    Yeah --
13 Q.    -- into the record?
14 A.    -- we did not discuss anything about this
15 form.
16 Q.    Did you have an understanding during the
17 course of the time that you were treating with Dr.
18 Lindner that your condition could worsen before it
19 improved on -- on the treatment?
20 A.    We did not discuss that.
21 Q.    Did you have an understanding that if at
22 some point in time you discontinued the therapy, that
23 you may be left in what's described here as a worse
24 state?
25 A.    We did not discuss that.

Page 48

1  Q.    Do -- so as sit here today, do you think
2  you read the itemized paragraphs or not at any time
3  during the time that you treated with Dr. Lindner?
4  A.    I -- I just can't say.  As I said before,
5  my normal practice would be to read something before I
6  sign it, but I was very ill, and I'm not sure really
7  if I did or not.  I can't be sure.
8  Q.    Okay.  As you sit here today, you don't
9  know one way or the other?
10 A.    Right.
11 Q.    Okay.  Continuing on with the form, the
12 next paragraph, so it'll be the one, two, three, four
13 -- the fifth one down with your initials.  It says, I
14 understand that Dr. Lindner will prescribe some
15 medications that are not FDA approved for this
16 infection, and/or at doses and durations that are not
17 FDA approved for any indication.
18       So did you -- did you have an
19 understanding during the course of the time that you
20 were treating with Dr. Lindner for the babesiosis
21 now -- and we've moved beyond the hormone stuff, okay.
22 So did you have an understanding that he was
23 prescribing medication for you that may not be FDA
24 approved for the use that he was prescribing it?
25 A.    What was the question?

Page 49

1  Q.    Did you have an understanding at any point
2  in time when you were treating with Dr. Lindner that
3  he was prescribing medication that was not approved by
4  the FDA for the infection that he had diagnosed you
5  with?
6  A.    I don't think I did.
7  Q.    Did you have an understanding that he was
8  prescribing medications in doses and durations that
9  were not approved by the FDA for your -- your -- the
10 infection?
11       MR. LAMB:  Object to form.  You can
12 answer.
13 A.    Did I have an understanding?  Maybe I'm too
14 literal.  I just can't figure out, like, did I have an
15 understanding?  We didn't discuss it.
16 Q.    Did you have -- so --
17 A.    But yet I signed this -- but presumably I
18 signed this form, so I'm not real sure how to answer.
19 I'm so sorry.
20 Q.    Oh, no, that's okay.  And that's why I'm
21 trying to figure it out, too, because --
22       So as best as you can sit here today,
23 what is your recollection?  Did you -- did you know
24 that there were times where some of the medication he
25 was prescribing for you was not FDA approved?

Page 50

1  MR. LAMB:  Objection to form.  You
2  can answer.
3  A.    No.
4  Q.    Okay.  And how about, did you have an
5  understanding that the -- the duration and the doses
6  with some of the prescription medication he was
7  prescribing for you was not approved or were too high
8  than what the FDA was approving?
9       MR. LAMB:  Objection to form.  You
10 can answer.
11 A.    At this time that I signed this, is that
12 what you're asking?
13 Q.    No, at any -- any time.  At any time during
14 -- in fact, I'm not limiting it to the time of the
15 form.  I'm -- the -- all of these questions are going
16 to be during the course of the time that you treated
17 for babesiosis with Dr. Lindner.
18 A.    Okay.  Well, I guess I remember when he
19 told me that he needed me to get the medication at a
20 different pharmacy because otherwise they would turn
21 him into the medical board, at that time I realized
22 that it must not be approved.
23 Q.    And at that time, did you have any
24 discussions with Dr. Lindner about that?
25 A.    No.

Page 51

1  Q.    Did you have a general understanding of
2  what the treatment plan was going to be for you for
3  babesiosis?
4  A.    At the time that he started it?  At what
5  point?
6  Q.    At any -- at any time he treated you.
7  A.    Well, then I don't understand the question.
8  I'm sorry, could you restate it?
9  Q.    Sure.  So at any time during the time that
10 you were treating with Dr. Lindner for the babesiosis,
11 did you have a general understanding of what the
12 treatment plan would consist of?
13 A.    At the beginning, no.  Later on, yes.  You
14 know, I started understanding what all the different
15 pharmaceuticals that he was using.
16 Q.    So just tell me generally, so at this point
17 in time where you said, yes, what was your
18 understanding of the treatment plan?
19 A.    That he was using a lot of different
20 antimicrobials and antibiotics and pharmaceuticals.
21 Q.    Okay.  And did you have an understanding of
22 why he was prescribing the antimicrobials; what it was
23 supposed to do -- what they were supposed to do?
24 A.    He said we had to do that to kill the
25 Babesia.

Page 52

Q.      How about when he started prescribing antibiotics, did you have an understanding of why he was prescribing the antibiotics for you?
A.      He said it was to kill the Babesia.
Q.      And I want to call your attention just to see, again, if you recall any discussions with Dr. Lindner during the entire time that you treated for babesiosis with him about the topics in this next paragraph.  Okay?
A.      Okay.  Can you -- can you restate what you just said?
Q.      Yeah.  So I don't want you limiting your memory to the time where you filled that -- or initialed and signed the form.  Okay.  I'm not limiting it to that time frame.  It's during the entire time that you treated with Dr. Lindner.  Okay?
A.      Okay.
Q.      So then this next paragraph, which is about the seventh one down with your initials, and it starts with, I understand that there are risks and possible complications involved in attempting to eliminate this parasite:  increased inflammation and suffering, fever, hemo -- hemodialysis [sic], headaches, nausea, anxiety, depression, suicide [sic], realization [sic], impaired cognition, rash, enlargement of the spleen,

Page 53

and cardiac rhythm disturbances.
        Do you ever remember having any conversations with Dr. Lindner about any of those complications that I just read from the form?
A.      No.
Q.      Do you remember ever having the knowledge at the time that you were treating with him that you could experience any of those complications that I just read from the form?
A.      Not that I recall.
Q.      Do you ever remember having any conversations with Dr. Lindner about that part of the treatment plan could cause inflammation?
        MR. LAMB:  Objection to form.  You can answer.
A.      We did discuss inflammation, yes.
Q.      Can you tell me what you remember about the discussion about inflammation?
A.      That it would -- because I would have so much inflammation, I would need steroids to control it.
Q.      Did you have an understanding of what would cause the inflammation?
A.      My understanding was killing Babesia would cause inflammation.

Page 54

Q.      And then the second one from the bottom it says, I understand that Dr. Lindner may recommend corticosteroids/DHEA therapy to control immune-mediated inflammation and allow me to tolerate the therapy.
        Do you -- do you ever remember having any discussions with Dr. Lindner other than what you told me about steroid use?
A.      Just that I would need those things to help control the inflammation.
Q.      Am I correct then, at least as I understand what you're saying to me today, that the anti -- the antibiotics and antimalarials were being prescribed to you, as you understood them, so that you could kill the babesiosis?
A.      Correct.
Q.      Is it also my understanding that, at least as you understood it, that the killing of the babesiosis may then lead to inflammation?
        MR. LAMB:  Objection to form.  You can answer.
A.      I mean, I'm not a doctor, but that's I think what I understood.
Q.      Yeah.  And I'm -- I'm only ask -- the only thing I'm allowed to ask you, Mrs. Wolking, is your

Page 55

understanding, so that's all I'm asking.
        So was it your understanding that the killing of the babesiosis could lead to inflammation?
A.      That was my understanding.
Q.      Okay.  And was it also your understanding that the steroids were being prescribed to you by Dr. Lindner to help address the inflammation?
A.      Yes.
Q.      Okay.  You can put that down now.  So how are you doing?  It's 11 o'clock.  We've been going about an hour.  Do you need to take a break before we get into another topic?
A.      Yes, please.
Q.      Certainly.  How long do you think you need, Mrs. Wolking?
A.      Just a couple minutes would be good.
Q.      Want to come back at quarter after, that will be about ten minutes?
A.      That would be great.  Thank you.
Q.      Okay.  Thank you.
        THE VIDEOGRAPHER:  The time is 11:05 a.m.  We are off the video record.
        (Brief recess was taken.)
        THE VIDEOGRAPHER:  On the video record, 11:14 a.m.

Page 56

BY MS. SHWED:

Q.      Hi, Mrs. Wolking.  We took a brief break for a comfort break.  Are you still ready to continue to answer some more questions?

A.      Yes.

Q.      Okay.  So we were -- we're -- we've gone over the consent forms, and now I want to start talking to you a little bit about your treatment with Dr. Lindner for babesiosis.  Okay?

A.      Okay.

Q.      So initially when you first started treating with him, can you describe for me how often you were supposed to be in contact with him, and was there an explanation to you of were medications going to be prescribed and how were they supposed to be taken, that type of thing?

MR. LAMB:  Objection to form.  You can answer.

A.      You know, primarily all our communication -- I shouldn't say all.  Most -- almost all of our communications was through e-mail.  So after that appointment in, I believe, summer or June of '21, I think everything was e-mail, and I don't know how often that would be.  You know, you have the records. I'm sure you can see how often they were.  So I really don't recall how often we communicated.

Page 57

Q.      Did you ever do the -- what I'll refer to as what we know today as the telemed visits with Dr. Lindner; like this, like, you were on a Zoom or something similar where you would see each other to talk?

A.      Oh, no.  Any phone visits were just phone.

Q.      Okay.  So am I correct in believing then the contact that you would have had with him would have been over a typical standard phone or e-mail?

A.      Correct.  And primarily e-mail.

Q.      And were there set times that you needed to touch base with him, every six weeks, every four weeks, anything like that?

A.      There was not.

Q.      Was there ever initially a discussion of what medications to take, how often to take them?

A.      I mean, he was -- he just -- I'm sure it's in the medical record, but, you know, he just was kind of piecemealy.  I never got like a plan upfront.  It was more like, okay, do this; okay, now, we're going to do this is all I can remember.

Q.      Talk to me at least about your first memory of the first time you had any kind of either a phone or e-mail contact with Dr. Lindner where you get an

Page 58

understanding that certain medications were going to be prescribed for you.  Do you have any recollection of that?

A.      I really don't know when that -- that would have been.  You know, in the summer that -- that appointment when he said, I know what's wrong with you, you know, his initial -- my recollection is that he was going to start with one particular drug as a test to see how I reacted to it, and that was the Krintafel.  And that was where we started.  And I think I took that for the first time, like, in August. And then after that, I don't really remember when we added in everything else.

Q.      And then the e-mails are in the chart.  I don't intend on going over every e-mail because they're -- they kind of speak for themselves as to what's in the e-mails and things of that nature.

Were there times during the entire course when you treated with Dr. Lindner for the babesiosis that he was unresponsive to questions that you asked -- would have asked him or concerns that you may have raised?

A.      Unresponsive in that he didn't respond or unresponsive in that he didn't answer specific questions?

Page 59

Q.      Well, let's first start with that he didn't respond.

A.      Oh, no, he eventually either -- I'm trying to think.  Sometimes his office person Carol would maybe respond, but I would always get a response of some kind.

Q.      And then what was the second thing you said?

A.      Well, sometimes I'd feel like I would ask questions in the e-mails that he didn't really address or respond to.

Q.      Can you give me an example of a question that you might think he didn't respond to?

A.      No.  I guess I remember more of the frustration I felt at not getting the specific answer or something when I was asking about specifics about things, but I don't remember anything specific. Sorry.

Q.      That's okay.  Okay.  Okay.  I'm just going to bounce around on a couple of topics.  I was looking in the medical -- Dr. Lindner's chart, and do you recall there being some suggestions that you do some lab testing to see if babesiosis could be found in your bloodstream?

A.      I do recall discussing different test

Page 60

1  options.
2  Q.        And am I correct that did you -- did you do
3  more than one blood testing, or was it just one for
4  the babesiosis?
5  A.        Yeah, we just -- I -- the best I can
6  recall, it was just the one.
7  Q.        Okay.  Did you have an understanding of
8  what the results were from that one?
9  A.        Yes.
10  Q.        What was your understanding?
11  A.        That it was inclusive.
12  Q.        Do you remember having any communication
13  with Dr. Lindner about his thoughts about that lab
14  result, whether it's phone or e-mail?
15  A.        I think we discussed that he wasn't
16  surprised because the tests are very flawed.  And he
17  suggested we could -- said we could do other tests,
18  there were other options to try, but they were
19  extremely expensive, and he didn't necessarily think
20  they were necessary.
21  Q.        Did you have any conversations with any
22  other physicians about that inconclusive lab result?
23  A.        No.
24  Q.        I saw in some of the e-mails there was
25  discussions about getting an IGeneX testing.  I think

Page 61

1  it's I-G-E-N-E-X.  Do you recall discussions about
2  IGeneX testing?
3  A.        I do recognize that name.  Would you mind
4  adjusting your camera?  Your mouth is not on camera,
5  and I'm -- I'm a big lip reader I guess.
6  Q.        Yeah.  Sure.  I drop -- I lifted my chair
7  in the interim, so I think that's probably why.
8  A.        Okay.
9  Q.        Is that better?
10  A.        Thank you.
11  Q.        Sure.  Okay.  So other than maybe
12  remembering the name of that lab, IGeneX testing, do
13  you have any recollections of any discussions more
14  specific about that testing?
15  A.        No.
16  Q.        Did you have any discussions with any other
17  physicians about you being diagnosed with babesiosis
18  and the treatment plan that you were going through?
19  A.        No.  I wasn't really seeing any other
20  physicians after those couple things we talked about.
21  Q.        Okay.  In the time frame, say, when you
22  started the treatment for babesiosis until the
23  hospitalization in October of, I think it was 2022,
24  for the bowel perforation, would you see your primary
25  care doctor at all in that time frame?

Page 62

1  A.        No.
2  Q.        Were you seeing any other physician other
3  than Dr. Lindner in that same time frame?
4  A.        Other than what we already talked about in
5  fall of '21, I don't believe so.
6  Q.        Do you remember having any discussions with
7  Dr. Lindner about something called herxing,
8  H-E-R-X-I-N-G?
9  A.        Yes, he talked about it a lot.
10  Q.        Can you tell me generally what your
11  understanding of what herxing was?
12  A.        Your body's response to the treatment.  So
13  the inflammation, I guess, that you would have
14  symptoms in reaction to killing off the Babesia.
15  Q.        And do you recall if with your
16  conversations with Dr. Lindner in the e-mails, however
17  you communicated with him, were there specific
18  symptoms that you were suffering from during the
19  course of the treatment that he said were herxing?
20  A.        Yes.
21  Q.        What were those?
22  A.        I had a lot of symptoms going on, and I
23  don't know what he attributed to herxing.  I would
24  have to -- that would be in the medical record I
25  guess.

Page 63

1  Q.        As you sit here today, can you tell me any
2  -- again, just from your recollection and your
3  understanding what some of your what I'll call herxing
4  symptoms were?
5          MR. LAMB:  Objection to form.
6  A.        Yeah, again, I mean, I had a lot of
7  symptoms, and I don't -- I never got a clear
8  understanding of which symptoms were herxing, which
9  were reactions to drugs, which ones were killing the
10  Babesia.  I mean, I -- it was all -- it's all very
11  blurry to me.
12  Q.        Okay.  Tell me some of the symptoms you
13  suffered from as you -- as you took the treatment.
14  A.        Severe nausea, fatigue, brain fog, heart
15  palpitations.  I don't know how to describe it, like,
16  my head was in a vise, like, a vise-like headache.
17  Severe weakness.  Incontinence.  I know there was so
18  many symptoms.  Dizziness.
19  Q.        You let me know when you're done.  I don't
20  want --
21  A.        It was --
22          MS. SHWED:  I don't know, are you --
23  is she frozen on your end?
24  Q.        Oh, there you are.  Can you hear me, Mrs.
25  Wolking?  Because you're frozen on my end.

Page 64

1  A.    Yes, you're fine.
2  Q.    Okay.  I don't know, your picture is
3  frozen.  We'll do the best that we can and we'll see
4  how it goes.
5          MR. LAMB:  I'll try turning her --
6  off.
7          THE WITNESS:  Did that help any?
8          MR. LAMB:  Yeah.
9          MS. SHWED:  No, Conor is frozen.  I
10 mean, I still can hear you -- oh, I think you're
11 moving now.  No, you're frozen.  Well, let's see how
12 it goes.  Sometimes that can be like an internet
13 thing.
14 BY MS. SHWED:
15 Q.    You may still hear and see me, Mrs.
16 Wolking?
17 A.    Yes.
18 Q.    Okay.  You talked a little bit about the
19 pharmacies earlier.  Tell me how it was determined
20 when you're treating with Dr. Lindner for the
21 babesiosis what pharmacies were going to be used to
22 fill the prescriptions that he had prescribed for you?
23 A.    Best I recall, I just used our local
24 pharmacy at first --
25          THE REPORTER:  I'm sorry.

Page 65

1          MS. SHWED:  Yeah.
2          THE VIDEOGRAPHER:  Off the video
3  record, the time is 11:27 a.m.
4          (Brief recess was taken.)
5          (The referred-to portion of the
6  record was read by the reporter.)
7          THE VIDEOGRAPHER:  On the video
8  record, 11:29 a.m.
9  BY MS. SHWED:
10 Q.    Okay.  Mrs. Wolking, I think we got to the
11 point where you said, to the best of your recall you
12 would use your local pharmacy.  Was there some
13 additional response you wanted to give me to that
14 question?
15 A.    Yeah, we used local pharmacy for some
16 medications, and then others he would have -- he
17 wanted to use the Tunkhannock pharmacy.  And he
18 specifically told me it was because they would be
19 alarmed -- or he didn't use that word.  Sorry.  That
20 he would be concerned that they would turn it into the
21 medical board because of the dosing, so I needed to
22 use the Tunkhannock pharmacy.
23 Q.    Okay.  And when you say to me he said that
24 they would turn him into the medical board, did you
25 have an understanding of who he meant by they?

Page 66

1  A.    The pharmacy.
2  Q.    The pharmacy in Tunkhannock?
3  A.    No, the pharm -- my local pharmacy.
4  Q.    Okay.  Was there any discussion or
5  questions that you raised with Dr. Lindner about what
6  he just said to you that they would -- the -- I guess
7  is it because the dosage was so high they would -- was
8  that your understanding?
9  A.    Yes.
10 Q.    Was there any discussion about why the med
11 -- was there a particular medication that you were
12 getting as you recall from the Tunkhannock pharmacy?
13 A.    The steroid, so prednisone and
14 dexamethasone.
15 Q.    Did you have any discussions with Dr.
16 Lindner where you asked him about why the dosage
17 needed to be so high?
18 A.    Yes.  And he told me it's what I had to
19 have to be able to survive the kill off of the
20 Babesia.  And he kept assuring me that his daughter
21 had taken that much, and it was fine.  And I just
22 trusted what he was saying.  You know, I wanted to get
23 better, so I was just trusting what he was saying.
24 Q.    Did you -- did you have any concerns that
25 you voiced to Dr. Lindner that you had to use the Tunk

Page 67

1  -- Tunkhannock pharmacy because the local pharmacy at
2  home may report him to the medical board?
3          MR. LAMB:  Objection to form.
4  A.    Well, I did ask him -- I thought I asked
5  him about -- because previously when I was on
6  hormones, I used to get all my hormones from the
7  Tunkhannock pharmacy.  And then at some point years
8  into the treatment, he said that I couldn't use them
9  anymore, I had to go local.  And I had to find a
10 compounding center local to me because they weren't
11 allowed to send prescriptions out of state.  I don't
12 know if that was a new thing or what.
13         But -- so when he wanted me to go
14 back, I -- I think I asked -- I'm not sure if I asked
15 him or if I asked Carol, but, like, oh, I can start
16 using them again, like, they're allowed to send them
17 to me again.  And all I remember was, yeah, we can do
18 it.  So I don't -- I don't really -- I never
19 understood why it was like that.
20 Q.    Okay.  Am I correct in believing that when
21 you got whatever prescriptions filled from the
22 Tunkhannock pharmacy, would they then mail it to you
23 in Virginia?
24 A.    Yes.
25 Q.    Okay.  Was any of the medication that was

Page 68

1  prescribed by Dr. Lindner covered by prescription
2  insurance?
3  A.      Everything through my local pharmacy, so
4  all the antimicrobials and malarials and antibiotics
5  and steroids were all covered by insurance. But when
6  I went through Tunkhannock, you know, he told me,
7  don't -- don't send this into your insurance.
8  Q.      Now, I just want to make sure I understood
9  you. Were there times when you were getting steroids
10 through the local pharmacy in Virginia that were
11 covered by your insurance?
12 A.      Yes.
13 Q.      Okay. So it -- go ahead, I'm sorry. I
14 don't know why your -- is -- is everybody's in her
15 picture really blurry or is it just -- okay. That
16 must just be an internet -- well, we'll just do the
17 best that we can. Remember what we said, technology
18 is wonderful until it's not.
19 A.      It's not, yeah.
20 Q.      Okay. Was the Tunkhannock pharmacy the
21 only pharmacy that you were using in Pennsylvania?
22 A.      Yes.
23 Q.      And then all the other medications that
24 were prescribed for you, other than the ones you were
25 being filled in Tunkhannock, you were using your local

Page 69

1  pharmacy?
2  A.      Correct.
3  Q.      And was it just one -- I thought I saw,
4  were you using different pharmacies in Virginia?
5  A.      I mean, our primary pharmacy is Harris
6  Teeter. Once in a blue moon we used Giant because --
7  well, we used to use Giant primarily and then we
8  switched to Harris Teeter, so there could potentially
9  be something at Giant. Or maybe something wasn't
10 available and we had to go somewhere else, I just
11 don't recall anything specific.
12 Q.      Okay. But you knew it was those three
13 pharmacies that you mentioned that you were using for
14 the prescriptions from Dr. Lindner, no other ones that
15 you can recall?
16 A.      Like I said, if something wasn't available,
17 we might have gone to -- I can't even remember what it
18 is here in Purcellville, a Walgreens or CVS or
19 something. I mean -- I mean, I know we've done that
20 once in a blue moon, you know, if something is not
21 available and you can get it there. So I don't know
22 if that would apply here or not.
23 Q.      Okay. Did you ever have any conversations
24 with the pharmacist at the Tunkhannock pharmacy about
25 the prescriptions that Dr. Lindner was providing to

Page 70

1  you for babesiosis?
2  A.      Well, they would not mail them until they
3  spoke with me to confirm that I wanted them. So when
4  a -- when a new prescription was called in to them,
5  they would either call -- I think they always called
6  me and said, we have a new prescription, do you want
7  it?
8  Q.      Do you recall having any conversations with
9  the pharmacist up in Tunkhannock, did you have any
10 questions for them about how to use the steroids or
11 the dosages or anything like that?
12 A.      No. The phone call was strictly, do you
13 want this? I'd say, yes, we'd confirm my address, and
14 that would be it.
15 Q.      And then you would -- would you receive,
16 like, in a bottle -- the prescription of steroids in a
17 bottle or an envelope, or how would it come to you?
18 A.      A bottle in an envelope.
19 Q.      Okay. And would there be any kind of
20 instructions as to how to use them or take them?
21 A.      Not that I recall.
22 Q.      So one of the things that I wanted to talk
23 to you about is --
24         MS. SHWED: And can we go to -- this
25 is part of Dr. Lindner's chart, and it's going to be

Page 71

1  Lindner 70. And, Conor, it's a -- I think I have this
2  right, I think the date of it is October 8th, 2022
3  e-mail. 70, right.
4         MR. LAMB: Can you say that date one
5  more time?
6         MS. SHWED: The page, it's an e-mail,
7  I think it's dated on the top October 8th, 2022 at
8  7:17 a.m., it's like the bottom third of the page and
9  it's Lindner 70. Maybe you'll be able to keep --
10 there it is. See it on the bottom it starts there,
11 Conor?
12        MR. LAMB: Yeah.
13 BY MS. SHWED:
14 Q.      Okay. And I'm actually just going to go to
15 the next page. I just wanted to get the right date on
16 the record. This -- at least -- I'll just put this on
17 the record. It appeared to me from reviewing it, that
18 this was an e-mail sent. It was dated October 8,
19 2022. I think you were a patient at -- in the -- how
20 do you say it? Is it -- how do you say the hospital,
21 Loudoun?
22 A.      Loudoun.
23 Q.      Loudoun. I think you were a patient there
24 at the time. And Dr. Lindner does a fairly lengthy
25 e-mail which he kind of summarizes his understanding

Page 72

1 of your care to date. I just want to go over some of
2 it to see if it's consistent with your recollection or
3 not. Okay?
4 A.      Okay.
5 Q.      So if you go -- we're on the right page
6 now, and it's the third paragraph. It says in this
7 e-mail you became ill after a tick bite in 2008. Is
8 that consistent with your recollection?
9 A.      Yes.
10 Q.      Okay. And then he says in this e-mail, you
11 improved with some Lyme treatment, but after 2018 your
12 symptoms were worsening with time.
13          So was there a time after the tick
14 bite in 2008 that your Lyme treatment -- you got
15 benefit from it?
16 A.      Yes.
17 Q.      And how long did the benefit last after the
18 tick bite?
19 A.      Let me think. I just don't recall. I'm
20 trying to put a timeline in my head based on when kids
21 got married and stuff.
22 Q.      Yeah, or anniversaries, I get it. Okay.
23 Let me ask you this. Was there a time -- when you
24 first had the tick bite, did you have any symptoms
25 that you associated with the tick bite?

Page 73

1 A.      I'm sorry, what was the question?
2 Q.      So when you got the tick bite in 2008, did
3 you -- did you suffer from any kind of symptoms that
4 you thought to yourself, oh, that's as a result of the
5 tick bite?
6 A.      Yes. I was seeing Dr. Stewart, and he was
7 treating me for those symptoms and for Lyme disease.
8 Q.      So what were those symptoms you were
9 suffering at that time after the tick bite? Any you
10 remember? I'm sure it won't be an inclusive list.
11 A.      Yeah, I'm sorry, I just don't know. It's
12 -- it all blends in. They were distinctly different
13 symptoms than Babesia because I remember discussing
14 with Dr. Stewart, you know, the different things. And
15 at that time he thought I had what they called
16 co-infections, which would be, like, Babesia, and --
17 but he was primarily focused on treating the Lyme
18 disease.
19 Q.      And when you say at that time he -- Dr.
20 Stewart thought that you had co-existing infections,
21 are you talking about Lyme and babesiosis?
22 A.      Correct.
23 Q.      Okay. And are you able to pinpoint a time
24 -- so did you suffer from Lyme and babesiosis together
25 the entire time?

Page 74

1 A.      I mean, again, he -- the focus was really
2 on the Lyme disease, but he did say that co-infections
3 often went along with it, and he thought, based on my
4 symptoms, that I could potentially have Babesia and
5 Bartonella. And -- but he just said we really just
6 have to treat them -- the treatments are very
7 different for them, so he focused on the Lyme disease.
8 Q.      Okay. Did you ever have a discussion --
9          MR. LAMB: Amy, I'm sorry, can I just
10 make sure my objection to the previous question was
11 noted on the record. It kind of snuck in in between.
12          MS. SHWED: Oh, yeah, I didn't hear
13 it, so go ahead and do that.
14          MR. LAMB: The previous -- the
15 previous question I just -- I objected and I couldn't
16 tell if I got it in in time for the court reporter to
17 hear, so as long as she makes sure that was noted on
18 the record you could --
19          MS. SHWED: No, I didn't hear it, so
20 I'm sure she -- maybe she didn't either. Okay. But
21 whatever, it's noted, right?
22 BY MS. SHWED:
23 Q.      Okay. So -- so what -- what was -- do you
24 remember the treatment for Lyme that you were -- that
25 Dr. Stewart prescribed?

Page 75

1 A.      We tried a lot of different things, tried
2 to go more natural. But then the symptoms got worse,
3 so then we -- I was on antibiotics multiple times,
4 different antibiotics. I eventually got so ill that I
5 was on a PICC line for a year with IV antibiotics, and
6 that seemed to knock it out.
7 Q.      Do you know how long you treated for Lyme
8 with Dr. Stewart? Was it months? Was it weeks? Was
9 it years?
10 A.      Years.
11 Q.      Okay. And was there a point in time after
12 you started treating with Dr. Stewart but before you
13 treated with Dr. Lindner that your symptoms went away
14 completely?
15 A.      Those symptoms, yes. The Lyme disease
16 symptoms, yes, I felt like I had been completely cured
17 of the Lyme.
18 Q.      Okay. And was that --
19 A.      But I was -- but I was perplexed why I
20 still had other symptoms. And that's, you know, when
21 he told me that, you know, you probably still have
22 some co-infections. So why did -- oh, I -- I mean,
23 you didn't ask this question, but I stopped seeing Dr.
24 Stewart because he went concierge, and I couldn't
25 afford him anymore. So it's kind of like, that's why

Page 76

1 I didn't end up pursuing more of trying to, you know,
2 figure out what the next thing to do was.
3 Q.    Okay.  And so when you say to me he went
4 concierge, what do you mean by that?
5 A.    I don't know.  It's around here where
6 doctors -- you know, you have to join a membership
7 kind of thing.  It's thousands of dollars, and then
8 you have, you know, more access, I guess, to the
9 doctors.
10 Q.    Okay.  Are you able to explain to me what
11 symptoms went away with the treatment that Dr. Stewart
12 had prescribed?
13 A.    I just -- it's so far back, I just don't
14 remember.
15 Q.    Okay.
16 A.    I mean, I had so many different symptoms
17 that it's hard for me to put them in boxes if that was
18 Lyme, this is Babesia, that was the treatment.  You
19 know, I just -- it's all -- yeah, I just can't
20 remember exactly what the Lyme symptoms were.
21 Q.    Did you --
22 A.    It's in the record, you know, what I had
23 and what the symptoms were.
24 Q.    Okay.  Did you -- did you have an
25 understanding during the time that you were treating

Page 77

1 with Dr. Stewart that there were differences between
2 Lyme and babesiosis?
3        MR. LAMB:  Objection to form.  You
4 can answer.
5 A.    I have an understanding that there was a
6 difference between them, yes.
7 Q.    Did you ever talk to Dr. Stewart about what
8 treatment would be done for babesiosis?
9 A.    Ask again, please?
10 Q.    Did you ever have any discussions with Dr.
11 Stewart about what the treatment would be for
12 babesiosis?
13 A.    I don't believe so.
14 Q.    And then if we go back to this -- the
15 paragraph, this says that after 2018 your symptoms
16 were worsening with time.  Do you have a recollection
17 of any kind of worsening of symptoms in 2018?
18 A.    Yeah, I just know after, like I said, being
19 treated for, the Lyme definitely was much improved,
20 but then I started -- you know, I was much improved
21 for a while, I can't tell you how long.  And then, you
22 know, I started feeling worse and worse again.  So if
23 he -- you know, I don't know that it was 2018, but
24 you're saying that his medical record says that,
25 so ...

Page 78

1 Q.    Okay.  So you don't -- you don't know
2 whether it was 2018 or not, but your recollection is
3 there was a time where you were doing better and then
4 the symptoms got worse?
5 A.    Correct.
6 Q.    Okay.  And then he -- Dr. Lindner says in
7 his chart that -- what he says is, we began the
8 antibabesials in -- in early July of 2021.  Does that
9 seem consistent with your recollection?
10 A.    Around that time, yeah.
11 Q.    Okay.  And then he says you saw some
12 improvements, less vibrating and tingling in the legs
13 and less fatigue.  Is that consistent with your
14 recollection that after you started the antibabesial
15 in July of 2021, that there was improvement in
16 symptoms of less vibrating and -- and tingling in your
17 legs and less fatigue?
18        MR. LAMB:  Object to the form.
19 A.    I just don't recall.  I -- if it -- you
20 know, I just have to rely on the medical records, I
21 guess.
22 Q.    Do you remember there ever being a reduc --
23 did you suffer from tingling or vibration in your legs
24 when you were treating with Dr. Lindner?
25 A.    Yes.  Yeah, that was a major symptom that I

Page 79

1 had and I still have.
2 Q.    Did you have the vibration and tingling in
3 the legs when you were treating with Dr. Stewart?
4 A.    No, not to my recollection.
5 Q.    Do you think that during the time that you
6 were treating with Dr. Lindner there was a lessening
7 of the vibration and tingling in the legs?
8 A.    Yes, it is less now than when I started.
9 Q.    Do you think during the time that you
10 treated with Dr. Lindner that there was less fatigue?
11        MR. LAMB:  Objection to form.
12 A.    Are you saying today versus when I -- with
13 him?
14 Q.    When you were treating with him.
15 A.    I don't understand the question.
16 Q.    During the times that you were treating
17 with Dr. Lindner, so you're taking the medications as
18 he prescribed them, did you see a reduction in the
19 fatigue -- in your fatigue at any point in time during
20 the time you were treating with him?
21 A.    During the time I was treating?  No.
22 During --
23 Q.    During the time -- this would be again --
24 I'm sorry?
25 A.    I just want to make sure I'm understanding,

Page 80

1  during the treatment time. So you're talking about
2  from June -- middle -- summer of '21 through October
3  of '23, you're talking about that time frame, not now?
4        Because now I could definitely say I
5  have less fatigue, but you're talking about during the
6  treatment time.
7  Q.    Yes. Not -- not -- I mean, we'll get into
8  now later, but I really want to focus on what, if
9  anything, the treatment that Dr. Lindner prescribed
10 did for you. That's all.
11 A.    Gotcha.
12 Q.    Okay. So he -- what he has written here in
13 his summary is that in early July of 2021, after you
14 started the antibabesial treatment, that there was
15 some improvement in your hot flashes and night sweats,
16 that they were less. Do you believe that was true in
17 the summer of 2021?
18 A.    I just have no memory.
19 Q.    Okay. How about less nausea in the summer
20 of 2021?
21 A.    I just don't remember.
22 Q.    Less abdominal discomfort or headaches in
23 the -- in the summer of 2021?
24 A.    No. I mean, that's when I started the
25 treatment, you're saying.

Page 81

1  Q.    Uh-huh.
2  A.    Yeah. No. So I don't understand the
3  question of less something. How can I have less of a
4  symptom when I hadn't started the treatment yet?
5  Q.    Well, according to this note that I have in
6  front of you, you started the treatment -- what he has
7  documented here -- in early of July of 2021. Is that
8  not consistent with your recollection?
9  A.    That sounds about right.
10 Q.    Okay.
11 A.    But then you were asking me about symptoms
12 in July of 2021; is that right?
13 Q.    Yes, the summer of 2021. So after you
14 start taking the antibabesial treatment, at that time
15 did you see any improvement in any of those symptoms
16 that I was reading off?
17 A.    Oh, no.
18 Q.    Okay. And he says -- at least according to
19 this, and we can see it -- I might butcher some of the
20 medication. The last sentence in that paragraph says
21 that you stopped the A-T-O-V-A-Q-U-O-N-E. Do you know
22 how you say that?
23 A.    I'm trying to find it here.
24 Q.    It's the last sentence in the third
25 paragraph from the top.

Page 82

1  A.    Atovaquone.
2  Q.    Well, we can --
3  A.    It's so small.
4        MS. SHWED: Well, we can blow it up.
5  Can you blow up the first half of it for me --
6        THE WITNESS: Yeah, atovaquone.
7        MS. SHWED: -- so she can see it?
8  BY MS. SHWED:
9  Q.    Okay.
10 A.    Yeah, that --
11 Q.    Is that much better?
12 A.    Yeah, much better. Thank you.
13 Q.    Okay. Do you recall there being a time he
14 has it that you stopped taking the atovaquone for
15 about a week and you felt worse? Do you remember
16 anything about that?
17        MR. LAMB: Objection to form. Did
18 you mean atovaquone?
19 Q.    Yeah. Do -- I'll do -- I'll read the
20 paragraph. It says, she stopped atovaquone -- I might
21 be saying that wrong -- for a week and felt more ill.
22 You herxed hard with taking T-A-F-E-N-O-Q-U-I-N-E, so
23 from September '21 through January of '22, you took
24 only atovaquone and azithromycin. Is that accurate?
25 A.    I just have to rely on this. I don't have

Page 83

1  a mem -- you know, I don't remember exactly.
2  Q.    Okay. Is there anything in your mind that
3  sticks out, a reason why you would disagree about what
4  he has written down?
5  A.    No.
6  Q.    So from when you started in the summer of
7  2021 with the antibabesials until the end of that
8  year, did you see any improvement in your symptoms at
9  all?
10 A.    No.
11 Q.    Do you ever recall having any discussions
12 with Dr. Lindner about why there wasn't any
13 improvement with your symptoms?
14 A.    Yeah, he just --
15 Q.    During that time frame now.
16 A.    I'm --
17 Q.    So we're -- I just wanted to make sure, and
18 I'm sorry to interrupt you, in this time frame. So
19 from the summer of 2021 until the end of that year.
20 A.    He just said we had to do much more and
21 take more -- other drugs, and it would just take time.
22 Q.    In the summer of 2021 to the end of that
23 calendar year 2021, were you taking any steroids?
24 A.    I don't recall.
25 Q.    Do you remember, again, from the summer of

Page 84

1  2021, until the end of the calendar year 2021, that
2  you had stopped any of the antibabesial treatment in
3  that time frame?
4  A.      My memory is that we -- initially it was
5  more a start and stop to kind of see how I reacted to
6  them, and see -- he was using that as a gauge as to,
7  like, I wouldn't react to that drug if I didn't have
8  Babesia.  So he was saying, well, since you reacted to
9  it, we know you have Babesia.  So I don't recall it
10 being -- I was probably on the atovaquone constant.
11 The Krintafel or the other name for it was -- you had
12 it here, tafenoquine is also Krintafel is what I think
13 of it as, it was sporadic.
14 Q.      Okay.  And were both of those medications
15 being taken, as you understood them, to kill the
16 Babesia?
17 A.      Yes.
18 Q.      Okay.  And then if you look to the next
19 paragraph, which would be the fourth one down, it
20 starts, in January of 2022.  Do you see --
21 A.      Yes.
22 Q.      -- that?  Is that print okay for you to see
23 now?
24 A.      Yes.
25 Q.      In January of 2022 you got a virus, and you

Page 85

1  became more reactive to babesiosis.  Do you remember
2  being sick in January of 2022?
3  A.      Not really.
4  Q.      Do you remember your babe -- what I'll call
5  the symptoms of babesiosis, were they worse in January
6  of '22 than they had been the year before?
7  A.      I just don't remember.
8  Q.      Do you remember in January of 2022, if you
9  go down about seven lines, Dr. Lindner writes that he
10 advised you to take a more aggressive antibabesial
11 therapy, because the only way to reduce one's reaction
12 to the infection is to reduce the number of organisms?
13         Do you remember any discussions with
14 Dr. Lindner about what he has documented here?
15 A.      Yes, we did talk about that.
16 Q.      Can you tell me more of what you remember
17 about that?
18 A.      Well, I remember in 2021 he talked about
19 wanting to be more aggressive.  And I had -- like, we
20 had kids and grandkids coming to visit or something,
21 and I was like, I don't really want to be, you know,
22 really sick from the med -- from the treatment.  And
23 he kind of agreed that we would wait until January to
24 kind of start the aggressive, because, you know, that
25 was probably going to make me feel worse.  And so

Page 86

1  that's really what I remember about starting it then.
2  And so in January he was pushing that, yeah, we needed
3  to push it harder, be more aggressive with more drugs.
4  Q.      So in -- from the summer of 2021 now until
5  the end of that calendar year, were -- how would you
6  describe -- after you started the regimen for the
7  antibabesials, how were you doing at that point?  Were
8  you the same?  Were you better?  Were you worse?
9         MR. LAMB:  Objection to form.
10        THE WITNESS:  I still answer?
11        MR. LAMB:  Uh-huh.
12        THE WITNESS:  When I would take them,
13 I think the -- I think it was the Krintafel or the
14 atovaquone -- no, sorry, the tafenoquine, it would
15 definitely make me feel much worse.  And like I said,
16 it -- but it was not a daily medication, so I would
17 take it, and he told me it would stay in my system for
18 a month.  So after I took it, I'd have to -- I'd feel
19 worse for a while, and then it seems like I'd feel a
20 little better, but not necessarily my symptoms, more
21 the reaction to the meds.  Again, it's -- I'm not a
22 doctor.  I can't -- it's hard for me to sort out what
23 was symptoms from the meds and from the symptoms I
24 already had.
25 BY MS. SHWED:

Page 87

1  Q.      So when you started taking the meds in the
2  summer of '21 until the end of the calendar year 2021,
3  were there additional symptoms that you were
4  experiencing that you hadn't experienced before you
5  started the medication?
6  A.      Yes.
7  Q.      What were those?
8  A.      I have no idea.  I just remember feeling,
9  you know, sick and much worse.  So I don't remember if
10 it was new symptom -- I know nausea was a big thing,
11 but I don't know if it was new symptoms or just
12 exasperate the other ones I already had.
13 Q.      So when you say to me you began to feel
14 sick or worse, is there any way for you to describe to
15 me more specifically what you mean by that?
16 A.      No.  I mean, I'm sure it's in his notes,
17 you know, ever -- whenever we would communicate.  I
18 know that severe fatigue and severe nausea were a big
19 part.  And just -- like I said, just remember feeling
20 really sick, but I don't remember specifically what
21 symptoms were what.
22 Q.      So in the summer of 2021, until the end of
23 the calendar year 2021, what -- would you -- would you
24 be able to get out of bed and function or do anything?
25 A.      Yeah, I was still functional at that time.

Page 88

1  Q.      And it looks like as of January 2022, he
2  said he became more aggressive with the antibabesial
3  treatment.  Is that consistent with your recollection?
4  A.      Yes.
5  Q.      Okay.  And what changed -- what changed in
6  the regimen or the treatment from the year before, now
7  coming into January of 2022?
8  A.      The best I can remember -- does it say
9  there when I took azithro?  So apparently I was
10  already -- I didn't even remember this, but apparently
11  I was already taking azithro.  So at some point he
12  would have added more Krintafel and the Arte-M.  I was
13  still taking the atovaquone and the azithro, and it
14  seems like there was another antibiotic in there, too.
15  So I don't know at what point he started the different
16  ones.
17  Q.      So what was one medication you said you
18  took pretty consistently during the whole time?  Was
19  there one medication?
20  A.      Yeah, the atovaquone.
21  Q.      Did the dose change from 2021 to 2022 of
22  that medication?
23  A.      Not that I recall.
24  Q.      Okay.  And how often were you taking that?
25  A.      I think twice a day.

Page 89

1  Q.      Okay.  And for how long did you take it
2  twice a day?
3  A.      No memory.  You know, at least a year I
4  would guess.  That's a guess.  Sorry.
5  Q.      Okay.  And then you said that was it --
6  there's something I saw A-R-T-E-M?
7  A.      Arte-M, yeah.
8  Q.      Did you -- when you started that, how often
9  would you take that?
10  A.      It's in the medical record.  I just don't
11  know when dosing -- dosing or when it was.  I'm sorry.
12  Q.      That's okay.  Can you give me a range of
13  how often you would take it, so as little as X and as
14  most as -- are you able to do that?
15  A.      I think -- I think it was a three times a
16  day.
17  Q.      Okay.  And then that T-A-F-E-N-O-Q-U-I-N-E,
18  you said you knew it by another name, something with a
19  K?
20  A.      Krintafel.
21  Q.      Krintafel.  How often would you take that?
22  A.      Not daily.  So he would usually have me
23  take one or two or three at one time, and I just -- at
24  different intervals.  I just don't recall the dosing.
25  Q.      And then it looks, at least according to

Page 90

1  this note, that as of May of 2022, this is what he
2  said -- I'll read it to you, then I'll ask some
3  questions about it, but you can read along.  It's in
4  the fourth paragraph, about the middle of the
5  paragraph it starts, by May of 2022, you had gotten
6  more improvements with the A-T-O-V-A-Q-O-U-N-E and the
7  T-A-F-E-N-O-Q-U-I-N-E.
8          Do you recall any improvements after
9  you started those medication in May of 2022?
10  A.      I don't recall.
11  Q.      And so he goes on to say, your shortness of
12  breath had improved.  Do you have any recollection of
13  that in this time frame, May of 2022?
14  A.      Sorry, I don't.
15  Q.      As you sit here today, during the entire --
16  so I'm not just limiting it to 2022, but during the
17  whole time that you treated with Dr. Lindner for the
18  babesiosis, do you remember any improvement in your
19  shortness of breath?
20  A.      I don't.  It's just all a blur.
21  Q.      Okay.  How about your nausea or your
22  headaches, do you remember any improvement in May of
23  2022 with either of those symptoms?
24  A.      No.
25  Q.      This also says that there were less bad

Page 91

1  dreams.  Did you start to experience bad dreams when
2  you were taking any of these medications?
3  A.      I just don't remember when they started or
4  when they got better.
5  Q.      Okay.  But at some point you did start to
6  suffer bad dreams?
7  A.      Yes.
8  Q.      And it looks like in -- he writes a little
9  bit above that in March you started taking
10  hydrocortisone in 2022.  You see the sentence above
11  the May 2022?
12  A.      Okay.
13  Q.      Is that -- do you have any reason to
14  dispute that you started taking hydrocortisone in
15  March 2022?  Like, do you have a specific recollection
16  that would say that's not accurate?
17  A.      No, I don't really remember.
18  Q.      Did you have an understanding as to why you
19  started the hydrocortisone?
20  A.      Vague understanding, yes.
21  Q.      Can you tell me -- whatever it is, will you
22  tell me what your understanding was?
23  A.      I mean, just that it would help with the
24  reaction to the die-off of Babesia and inflammation.
25  Q.      And once you started it, the

Page 92

1  hydrocortisone, what -- did you notice any improvement
2  in any of the symptoms?
3  A.      Not that I recall, but I just really don't
4  remember that time frame.
5  Q.      Then the next paragraph takes us into mid
6  May and June of 2022.  And he said you took a very
7  strong antibabesial regimen including that Arte-M.  Am
8  I saying that right?
9  A.      Arte-M.
10  Q.      Okay.  Then you had blood in your urine.
11  Do you remember testing your urine in --
12  A.      Yes.
13  Q.      -- 2022?
14          Did you have an understanding as to
15  why you were testing your urine?
16  A.      No, not particularly.  I mean, he tried to
17  explain it to me, but I'm not a doctor, and I just did
18  what he told me to do.
19  Q.      Do you have a recollection of how often you
20  would do the urine test?
21  A.      I think it changed over time, but not
22  particularly.  I mean, I think sometimes it was every
23  day and other times it was twice a day, but I'm just
24  not sure.
25  Q.      And how were you doing the testing?  So was

Page 93

1  it something you could do at home or is it something
2  that you had to take a urine sample and send it out
3  somewhere?
4  A.      No, I did it at home.  It was just dipping
5  a stick.
6  Q.      Okay.  Do you remember having any
7  discussions with Dr. Lindner about your urine testing
8  and what, if anything, that meant?
9  A.      I mean, I would report to him if I saw
10  anything, if the -- if the test showed anything.  But
11  we didn't really discuss it, although I guess he would
12  respond in e-mail.  I do remember at times that he
13  would respond in e-mail and just say, okay.  You know,
14  he under -- showed something in the urine --
15          THE REPORTER:  We're missing audio.
16  Q.      We lost you -- yeah, I lost the audio
17  again.  So let's just -- we'll try -- I heard you at
18  the end there.  So my question was -- if you don't
19  mind repeating your answer the best that you can, was
20  there discussions with Dr. Lindner about what the
21  urine testing was showing?
22  A.      Can you tell me what you already have?
23          MS. SHWED:  Yeah, I -- Christine, did
24  you get any of her answer on the urine?
25          (The referred-to portion of the

Page 94

1  record was read by the reporter.)
2  A.      I think it was just he would respond in
3  e-mails that he acknowledged that whatever I was
4  reporting to him was in the urine.
5  Q.      By -- so if these documentation dates are
6  correct, as of June of 2022, you're under treatment
7  for babesiosis for about a year under Dr. Lindner.
8  Did you notice any difference in your symptoms or your
9  condition in any way, better or worse?
10  A.      Not that I recall, specifically.
11  Q.      And so in that first year the records will
12  reflect the medications that you were taking.  But
13  were you taking -- were you under the treatment the
14  entire year?  In other words, there was no part of
15  that calendar year, June of '21 until June of '22,
16  that you stopped the treatment?
17  A.      I mean, yeah, like I said, it was
18  intermittent in '21, so -- so the Mepron, that's
19  atovaquone, that's the other name I know it for.
20  Q.      Okay.
21  A.      That was pretty consistent.  But I think
22  there was a time like I went out of town and didn't
23  want to mess with flying with a liquid.  So I -- I
24  asked him, like, could I go off of it for a week?  Is
25  that going to be a big deal?  And he said it was fine

Page 95

1  to try it.  And I did feel worse while I was gone
2  without it.  So he seemed, like, that -- you know, the
3  fact that, okay, you need to be on it.
4          So I can't say that I consistently
5  took everything all the time.  And like we already
6  talked about, I didn't take some of them until '22.
7  So -- and then the Krintafel, like I already said, is
8  -- was very intermittent, so I can't say I was taking
9  it the whole time of '21.  But as far as I know, there
10  was no purposeful breaks from the medications, if
11  that's what you're asking.
12  Q.      Yeah.  And so there was -- I mean, I
13  understand the way it was being prescribed, some of it
14  was intermittent, and you didn't have to take some of
15  it every day, and some of the other medications other
16  days.
17          But it seems like, other than the
18  time when you were traveling, there was no break in,
19  however, when Dr. Lindner was recommending you take
20  the medication you took it, from June of '21 until
21  June of '22; is that right?
22  A.      Would be my memory, yeah.
23  Q.      Okay.  And it looks like, at least
24  according to the notes in 2022, you started
25  hydrocortisone.  And then if you look in this next

**Deposition of Stacey Wolking**
Stacey Wolking v. Henry Lindner, M.D., et al

Page 96

1 paragraph, it says -- it starts, so in mid May and mid
2 June, the second sentence said you needed prednisone
3 increased to 70 milligrams per day.
4          So in mid May to mid June, did you --
5 do you have a recollection of taking prednisone?
6 A.     I mean, just that I know I switched over at
7 some point.
8 Q.     Okay.  Do you know why you switched over
9 from hydrocortisone to prednisone?  Did Dr. Lindner
10 explain to you why he was recommending that?
11 A.     I remember something about one steroid
12 caused more swelling than the other.  And I don't --
13 but I don't remember -- there were three steroids that
14 I was taking at different times if you count the
15 dexamethasone.  And so I'm not sure I'm remembering
16 which one is the one that caused more swelling, and I
17 -- but I think it was -- no, I can't even guess now.
18 So I don't know if that was the reason for switching
19 over or not.
20 Q.     Okay.  Do you remember ever -- once you
21 would take that -- again, this same time frame, we're
22 still in, like, the summer of 2022?
23 A.     Okay.
24 Q.     You know, so from -- in 2022 up until the
25 summer of 2022, you're taking initially

Page 97

1 hydrocortisone, and then, at least according to this
2 record, it switched to prednisone.  Did you see any
3 benefit when you were taking those steroids as to how
4 you were feeling?
5          MR. LAMB:  Objection to form.  You
6 can answer.
7 A.     Did you ask if I saw any improvement?
8 Q.     Yeah.  In other words, when you were taking
9 them, did you feel any better when you were taking the
10 steroids?
11 A.     No.  I kind of remember like I felt
12 terrible when I took them, but I felt terrible in
13 other ways when I didn't take them.  And I couldn't --
14 I couldn't even figure out if it was helping me or
15 not.
16 Q.     Okay.  Do you remember having any
17 discussions with Dr. -- with Dr. Lindner expressing
18 that you couldn't tell if they were helping you or not
19 back then?
20 A.     Yeah, I told him that a lot.
21 Q.     And what was his -- what do you recall his
22 response being to that, if any?
23 A.     Just that we had to do this because, you
24 know, my body was struggling with the die-off, and it
25 would just -- it would help me.

Page 98

1 Q.     In all the time that you took the steroids
2 was there any improvement?  Now, I'm not just limiting
3 you to 2022.  So the entire time under Dr. Lindner's
4 care that you took the steroids, do you think you
5 received -- did you feel any different or any benefit
6 when you were taking?
7          MR. LAMB:  Objection to form.
8 A.     Are you saying when I specifically was
9 taking the steroids?
10 Q.     Yeah.  I mean, I understand that you're
11 taking the antibabesials, too.  But when the steroids
12 were added as part of the regimen for the treatment,
13 whether it was the hydrocortisone or the prednisone or
14 the -- what was the third one you were taking?
15 A.     Dexamethasone.
16 Q.     Did you believe that you felt any better
17 when you started taking any of those steroids with the
18 antibabesial treatment?
19          MR. LAMB:  Objection to form.
20 A.     I mean, I do recall times kind of early on
21 with taking the steroids, probably the very first time
22 starting to take the steroid -- steroids that I
23 remember thinking, you know, it helped my fatigue.
24 Like, I felt better from taking them.  But after the
25 initial starting to take it, then I think it just got

Page 99

1 mixed up in all the other symptoms, and it was hard to
2 parse out what symptoms were caused from what -- from
3 what drug or from what issue.
4 Q.     Did Dr. Lindner ever tell you that he
5 thought you were suffering from symptoms from the
6 steroids?
7 A.     No.  As a matter of fact, when I would ask
8 him, you know, could this be -- you know, the symptom
9 be from the steroids, and he would -- he would always
10 say, no, that it was from the die-off or the herxing.
11 Q.     And do you have a recollection of other --
12 other than him saying, no, it wasn't from the steroid,
13 any other reason he may have given you as to why he
14 thought it wasn't the steroids?
15 A.     No, I don't recall him saying that.
16 Q.     Okay.  Then he says in July of 2022 you had
17 a DVT.  Is that consistent with your recollection?
18 A.     Yes.
19 Q.     Okay.  And where did you treat for the DVT?
20 Did you --
21 A.     Inova Loudoun.
22 Q.     And then he also says in July you may have
23 had COVID.  Did you ever test for COVID during the
24 2022 to see if you had COVID or not?
25 A.     Yes.

Page 100

Q.    Did you ever have it or no, COVID?

A.    No, I never tested positive. Now that I'm thinking about that, I remember it may -- okay. So he said in January of '22, it may have been COVID, and that's true, and I was tested and it was negative. So I don't know why he would say it may have been COVID. I was told it wasn't, but ...

And I did go -- you -- I do want to correct, you asked me if I had seen -- or I think I didn't see any either general practitioners, but I guess I remember going to an urgent care at this time, January of 20 -- or I think -- I believe January of '22 I went to an urgent care because of being sick, and my husband wanting me to get a COVID test. So that -- because that would affect him going to work or not. And so -- yeah, I wasn't. So then he said in July I had COVID? Where is that?

Q.    If you -- if you go down to the next paragraph where it says, so from mid May, and then if you go down three lines, the sentence starts at the end of that third line, in early July.

A.    Okay. Yeah.

Q.    July you had the DVT, then got another virus, which may -- which may gave you a fever and left you more ill again.

Page 101

A.    Right. Yeah, I did test again, and it was -- it was negative. So I never had a positive.

Q.    And during the time that you were treated for the DVT in July of 2022, did you remain on the regimen for the antibabesial?

A.    No. I was in the hospital for almost a week, and they did not, of course, keep me on any of that. And I didn't take it.

Q.    And so when you were taken off the regimen that Dr. Lindner had been prescribing at that time, how -- were the -- how were your symptoms as it relates to the Babesia?

A.    I have no idea. I was in the hospital in excruciating pain. I had had emergency surgery, and where they told me I almost lost my leg. And I just -- that was the furthest thing from my mind at that point. I don't even -- I don't even know when I went back on the -- all his stuff. I don't even know.

Q.    Do you know, Mrs. Wolking, during the time that you were being treated for the DVT, did any of the physicians who were treating you have any concern about the regimen that you were on or that Dr. Lindner was prescribing?

MR. LAMB:    Objection to form.

Q.    Yeah. You know, let me ask you this. Did

Page 102

you -- did you discuss with the people who were treating you for DVT the medications that you were taking that were being prescribed by Dr. Lindner?

A.    I really don't -- I -- I did not discuss anything with them because I was out off it in severe pain, traumatized by emergency surgery late at night. So I don't know. I did -- I did not discuss that with anybody.

I can't imagine that we would not have -- or my husband would not have told them what medications I was on and the standard questions, so I assume they knew. I assume it's in the hospital records, but I really don't recall being a part of any conversation like that.

Q.    Okay. So -- but as you sit here today, you have no recollection of talking to the people who treated the DVT about any of the medications Dr. Lindner was prescribing at that time?

A.    No.

Q.    Now, in this -- again, the same paragraph, he documents that you improved with taking 25 milligrams a day of prednisone, but quickly needed 40 milligrams daily.

Do you remember any improvement with the prednisone during this time frame, May and June of

Page 103

2022?

MR. LAMB:    Objection to form. I think you might mean a different date range if you're talking about the sentence we're looking at, but ...

Q.    Okay. So in -- it looks like -- I apologize. It looks like he's talking in early July. So in the time frame in early July, which I guess is the time when you were being treated for your DVT, were you also taking the steroids at that time?

MS. SHWED:    Did we lose them again?

THE VIDEOGRAPHER:    The time is 12:21. We are off the video record.

(Brief recess was taken.)

(The referred-to portion of the record was read by the reporter.)

THE VIDEOGRAPHER:    On the video record, 12:25 p.m.

MS. SHWED:    Patrick, can you bring back up that exhibit, I guess it would be Lindner 71 is the Bates number?

BY MS. SHWED:

Q.    Okay. Can you see that, Mrs. Wolking?

A.    Yes.

Q.    Okay. Do you remember the question that the court reporter read before we got back on the

Page 104

1  video record?
2  A.      No.
3  Q.      Okay.  I think the gist of it was, in July
4  of -- of 2022, according to Dr. Lindner's summary that
5  we've been referencing during your deposition, he says
6  that you were taking prednisone, 25 milligrams and
7  then later 40 milligrams, but you saw improvement on
8  the steroids.
9          Do you have any memory of any
10 improvement on the prednisone, whether it was the 25
11 milligrams or the 40 milligrams?
12 A.      No, I really don't remember that time
13 period.
14 Q.      Then if you look at the next paragraph,
15 it's August 19th, see where it says by August, it's
16 actually --
17         MS. SHWED:  Do you mind scrolling
18 down a little bit, Patrick?  There it goes.
19 Q.      It's the second from the last paragraph
20 there on bottom, the first -- the last full one there.
21 A.      Can you make it bigger, please?  Thank you.
22 Q.      Can you see it better now, Mrs. Wolking?
23 A.      Can you move it -- thank you.  Yeah.  Move
24 it over.  Okay -- oh, no.  Okay.  Great.
25 Q.      So at least according to Dr. Lindner's

Page 105

1  summary, he's indicating by August 19th of 2022, you
2  were taking 300 milligrams of prednisone daily to cope
3  with strong antibabesial regimen and you had severe
4  nausea.
5          Do you ever remember a time where
6  you're taking 300 milligrams of prednisone daily?
7  A.      I remember doing that, yes.
8  Q.      And what was your understanding as to why
9  you were taking that dose, if you have one?
10 A.      To deal with the strong reaction of the
11 die-off.
12 Q.      Okay.  And was there any benefit to taking
13 that 300 milligram prednisone dose?
14 A.      I was -- I don't know.  I was feeling
15 pretty sick, and -- at that time, so I really don't
16 know.
17 Q.      How long were you in the hospital for the
18 DVT?
19 A.      I want to say six days or seven days.
20 Q.      And did you have any restrictions after you
21 were discharged as far as your mobility for the DVT or
22 the surgery for the DVT?
23 A.      I was still in pretty severe pain, so I was
24 not very mobile.
25 Q.      How long did that last?  Do you have a

Page 106

1  recollection?
2  A.      No, I really don't know.
3  Q.      Are you able to be mobile in August of
4  2022?
5  A.      No.  By then I was pretty much bedridden
6  with -- not with the DVT, but with the treatment.  A
7  week -- I was home -- I was in the hospital about a
8  week, I was home a week, I think maybe that's when I
9  was sick.  But then the next week, I went back in the
10 hospital for, like, another five days or something
11 because I had severe hip pain and couldn't -- couldn't
12 move my hip at all without excruciating pain.  And
13 they decided that it was because -- it was my other
14 leg.  It was -- they decided that it was because I had
15 put so much -- all my weight on the right leg with the
16 left DVT that I just stressed it out or something, and
17 I have -- you know, I have a history of hip
18 replacement, so they -- it wasn't happy that I was
19 using just my right leg for quite a while.  So I was
20 back in the hospital again until they got the pain
21 under control.
22 Q.      Okay.  So how long do you think you -- the
23 DVT affected you?  Whether it was from the admission
24 of the DVT, then you have the surgery, then you said
25 you came home, and you were still in some pain, and

Page 107

1  then you had the issue with the hip, how long did that
2  last before all of that resolved?
3  A.      I don't really remember, but I think it
4  resolved pretty quickly.  Because once the
5  inflammation in my right hip calmed down, then I could
6  be mobile again and -- and, you know, I was mobile
7  again.
8  Q.      And so once you became mobile, were you
9  able to do anything on a day-to-day basis?  I know you
10 said at some point you became bedridden.  I'm trying
11 to just figure out was there a time after the issues
12 with the DVT and the hip resolved where you were
13 mobile before you were bedridden?
14 A.      I just don't remember.
15 Q.      Okay.  Do you have a recollection as of
16 August of 2022, were you -- was there a point in that
17 month where you became bedridden?
18 A.      I believe so.  I believe it was August
19 sometime.
20 Q.      Was that in your mind related to the DVT,
21 or was that related to the antibabesial treatment?
22 A.      The treatment.
23 Q.      And what was -- what were you experiencing
24 that made you bedridden?
25 A.      Just severe symptoms of nausea, dizziness,

Page 108

1  headaches, weakness. I'm trying to remember what
2  else. Just -- I'm sure there were other symptoms, I
3  just can't remember. Oh, I had severe light and sound
4  sensitivity.
5  Q.     Did you say light and sound sensitivity?
6  A.     Yeah.
7  Q.     Okay. When did that start, the light and
8  sound sensitivity?
9  A.     I think in August is my best recollection.
10 Q.     How about the dizziness, when did the
11 dizziness start?
12 A.     I mean, that's a symptom I had off and on,
13 you know, even before treatment, but it definitely got
14 more severe during treatment, and so I can't even say
15 when it really started.
16 Q.     And you said that you -- in August of 2022,
17 you were suffering weakness. When you say weakness,
18 what do you mean?
19 A.     Like, I couldn't get out of bed without
20 feeling I was going to collapse. I couldn't get on
21 and off the toilet without help. Didn't have any
22 strength.
23 Q.     In --
24 A.     I was -- I was so nauseous, I couldn't eat.
25 I was just so completely out of it.

Page 109

1  Q.     In August of 2022, did you have any
2  communication with Dr. Lindner about the symptoms we
3  just talked about, the weakness, the dizziness or the
4  light and sound sensitivity?
5  A.     I mean, I don't know any specifics. It's
6  all in the e-mail record. But, yes, I'm sure I was
7  e-mailing him with this information.
8  Q.     But do you have any recollection about --
9  the e-mails are what they are, so I understand that.
10 I'm just -- part of the deposition process is to see
11 if you remember anything in addition to those e-mails,
12 so that's why I asked the question.
13        As you sit here today, do you have a
14 recollection of anything that was said by you or by
15 Dr. Lindner about those symptoms?
16 A.     In the e-mails?
17 Q.     No. Is that -- is this -- yeah, either in
18 the e-mails or separate and apart from the e-mails
19 that you recall today.
20 A.     I don't remember anything specific.
21 Q.     Did -- do you recall him attributing these
22 symptoms to anything?
23        MR. LAMB: Objection to form. You
24 can answer.
25 A.     I mean, he -- I guess he just kept telling

Page 110

1  me they -- this is what had to -- had to be to kill
2  off the Babesia.
3  Q.     Okay. And so when you say to me, I guess,
4  I wonder, are you guessing or do you have a
5  recollection of that?
6  A.     Yes, he was telling me that I needed to do
7  this to -- any -- to kill off the Babesia. And he
8  also, you know, assured me many times that, you know,
9  his daughter had gone through this, and he understood.
10 He was -- you know, how hard it was, and -- and -- but
11 I had to do this to -- to kill it off.
12 Q.     This being the regimen he's des -- he's
13 prescribing for you?
14 A.     Yes.
15 Q.     So this brings us into October of 2022,
16 which is kind of going to bring us into the admission
17 at the hospital for the bowel perforation. So I just
18 want to make sure that I understand. Throughout the
19 regimen that Dr. Lindner had been prescribing to you
20 that we've talked about now for a couple of hours,
21 which included the steroids, am I correct in
22 believing, as you sit here today, you didn't see any
23 benefit from taking any of the steroids he prescribed?
24 A.     I mean, at that point --
25        THE REPORTER: Excuse me.

Page 111

1  A.     -- I was so sick and thought I was dying, I
2  -- I don't know that I -- I have no idea what was
3  causing that. Was it the steroids? Was it the
4  treatment? Was it the die-off? I mean, I -- I
5  wouldn't know that, but I just knew that I was deathly
6  ill.
7  Q.     Well, let me broaden it up a little bit
8  more. We talked about early on in your deposition
9  that in 2021 it was kind of intermittent in the
10 treatment at that point. And then in 2022 it seems
11 like the antibabesial treatment became more
12 aggressive, or at least that's the words used in the
13 summary here with Dr. Lindner.
14        Did you see any benefit to any of the
15 treatment prescribed in any of the -- by Dr. Lindner
16 based on any of the symptoms you were experiencing or
17 not experiencing?
18 A.     Could you -- what is it again?
19 Q.     Did you --
20 A.     Conor lost -- Conor lost connection. I'm
21 still -- I'm still fine.
22 Q.     And you're -- he -- he's -- you're good. I can't
23 see Conor because of the paper is up, but if --
24        MR. LAMB: Go ahead and answer while
25 -- sorry, I'm going to try to get reconnected here.

Page 112

A.    So did I see any benefit?  No, I guess I
didn't because I was experiencing all these other
symptoms and I was deathly ill, so I wasn't sorting
out the different symptoms.  But also, I wasn't even
in a frame of mind to be able to assess if one symptom
was better than, you know, oh, is that symptom better?
I mean, I just wasn't even able to do that at that
time.  I was just trying to survive each day, and so I
really don't know.
        I mean, I know you said you were
going to ask me later about now.  But, you know, now I
can definitely, you know, assess, like, what -- what
symptoms are better, what -- what it helped.  But at
that time, I couldn't at all.
Q.    So take me to October of 2022.  It looks
like he -- I know that you go into the hospital, I
think it was October 7th of 2022; is that right?
A.    Sounds right.
Q.    Tell me about the days leading up to the
hospitalization.  Was there any change in any of the
symptoms that you recall?
A.    Yeah.  About a week before -- not even a
week, maybe Saturday or Sunday, and I went in the
hospital Friday, so I don't know the dates, but I
started with severe pain -- or it -- it didn't start

Page 113

severe, sorry.  I started with pain in my abdomen, and
it progressively got worse each day for that week.
        MS. SHWED:  Okay.  Patrick, you can
take down the exhibit so that we can see the full
screen.  Thank you.
Q.    And in the days that you began -- once you
began experiencing the abdominal pain that you said
progressively got worse, was there communication with
Dr. Lindner by you?
A.    I'm sorry, repeat the question?
Q.    So in the days before -- so once you
started experiencing the abdominal pain that you just
described progressively got worse over a few days, in
that time frame did you have any contact with Dr.
Lindner about that, those symptom?
A.    Oh, yeah, we were -- I was e-mailing him
probably daily, if not -- if not more than once a day
and he was responding.
Q.    Did you -- so what were the -- do you
recall what were the questions you were asking him in
that time frame?
A.    Well, just letting him know about this new
pain, and it was progressively worse and getting worse
every day.  And obviously huge concern for that.
Q.    And can you tell me from memory what, if

Page 114

anything, he responded back to you with?
A.    He thought it was constipation, and so he
had us aggressively treating it as constipation and
was telling us -- you know, telling me to take this
and take that, and lots of different -- lots and lots
of things to try to deal with it that way.
Q.    With the constipation, just generally what
were the types of things you were doing?
A.    I mean, taking products, I don't remember
the names of all of them.  Sena -- Sena something.
Doing -- taking large doses of vitamin C to kind of
try to flush -- do a flush.  Taking MiraLAX.
Suppository enema.  I can't even remember what all we
tried thinking it was con -- wrongly thinking it was
constipation.
Q.    Okay.  And in that same time frame when you
started to get the new abdominal pain that you were
talking about until the time you go to the hospital,
did you seek medical opinions from anybody else other
than Dr. Lindner about those symptoms?
A.    No.  Well, let me clarify that.  I see a --
I used to see many years ago a natural -- she's not a
physician, so I don't know if that qualifies as
medical, but she -- I can't remember her -- her
certification, certified natural health practitioner

Page 115

or something like that.  And we called her, but not to
get her opinion, but it was to have her assist us in
what do you have that could help me with constipation.
And she suggested -- or she had things I needed to do
an enema.
Q.    Okay.  And so what was her name?
A.    Margie Lung.
Q.    Lung, L-U-N-G?
A.    Yes.
Q.    Okay.  And I'm sorry, did you say that she
was able to provide you things for an enema?  Is that
what you said?
A.    Right, the products we needed for it.
Q.    Okay.
A.    I knew it was something she had and ...
Q.    And is she -- is she close to your home
or ...
A.    Yeah.  Yes.
Q.    And how many times did you use the enema,
do you know?
A.    Just once.  Just -- well, as far as I
remember.
Q.    Okay.  And was there any benefit from the
enema?
A.    No.

Page 116

1  Q.      In that -- from the time the new abdominal
2  pain started until you go to the hospital, were there
3  any bowel movements?
4  A.      I think it's in those e-mails with -- I'm
5  sure it's in those e-mails with him. I think maybe a
6  little bit, not much.
7  Q.      And in this week how much were you eating?
8  A.      None, I don't think. I mean, maybe I was
9  sipping on soup maybe -- oh, I might have been
10 nibbling on crackers because of the nausea, but I
11 wasn't really eating much.
12 Q.      So not, like, having a breakfast, a lunch
13 or a dinner?
14 A.      No.
15 Q.      Do you recall there being any discussion
16 with Dr. Lindner about your husband helping press on
17 your stomach to see if there was anything going on, if
18 you were tender, not tender? Do you remember any of
19 that?
20 A.      I remember my husband telling me he needed
21 to do that because Dr. Lindner told him to do it.
22 That's kind of all I remember about it. I was pretty
23 out of it.
24 Q.      Okay. And when you say do that, what do
25 you mean?

Page 117

1  A.      Like, pressing on my stomach to see if it
2  was tender or something.
3  Q.      And do you remember if it hurt when he
4  would -- when your husband would press? Was there
5  pain or not pain? Do you remember any of that?
6  A.      I was in pretty bad pain.
7  Q.      And during this week was -- do you know if
8  your husband was communicating back and forth with
9  Dr. Lindner?
10 A.      I believe so, because I don't think I was
11 in any shape to do that.
12 Q.      Okay. Do you have any recollection of
13 anything your husband said, oh, I talked to
14 Dr. Lindner and he said?
15 A.      Oh, no, not particularly.
16 Q.      Okay. So why is it that you recall going
17 to the hospital on the 7th? Like, why -- did anything
18 change that caused you to go to the hospital on the
19 7th?
20 A.      I mean, the pain definitely was
21 progressively getting worse. It was pretty unbearable
22 at that point. I really thought I was dying. And I
23 could not -- did not have the strength to go to the
24 bathroom. And I just kept thinking I was dying.
25 Q.      And why were you thinking you were dying?

Page 118

1  Like, what was going on with you to make you think
2  that?
3  A.      Because I couldn't stand up. I was
4  nauseous. I was severely nauseous. I was severely in
5  pain, practically doubled over in pain, and couldn't
6  go to the bathroom, you know, nothing. It just didn't
7  seem right.
8  Q.      Can you tell me how long you were doubled
9  over in pain before you went to the emergency room?
10 A.      I mean, I use that phrase for the one time
11 I stood up to go to the bathroom, otherwise, I'm
12 laying in bed. So, you know, I just remember being in
13 so much pain I really couldn't stand up.
14 Q.      When you were laying in bed, were you
15 doubled over in pain?
16 A.      I mean, I was curled up, I guess. I don't
17 know if you would describe it as doubled up -- doubled
18 over when you're laying down. I don't know.
19 Q.      Okay. So do you remember going to the
20 emergency room at that -- like, what's your first
21 memory once you decide, okay, I'm going to go to the
22 hospital and you actually do go to the hospital?
23 What's your first memory?
24 A.      I just remember feeling really out of it.
25 I didn't have the strength or something to open my

Page 119

1  eyes. I remember my eyes were closed. I couldn't --
2  it's like all I remember is the sounds of EMS coming
3  into our house and talking to me, and I just couldn't
4  -- I don't remember saying much other than, I'm in so
5  much pain, just make it stop. And, I mean, I kind of
6  remember them loading me into the ambulance and taking
7  me to the hospital.
8  Q.      Okay. And then what do you remember about
9  the hospital, if anything, once you got there?
10 A.      Just writhing in pain and begging them to
11 make it stop. And they did some tests, I think a CAT
12 scan or MRI or something. And I just don't remember a
13 whole lot. I guess they must have finally -- I don't
14 know, I shouldn't guess, but I was kind of out of it
15 so I don't remember a whole lot. And then they
16 transferred me, put me back in an ambulance, and every
17 bump in the road was excruciating.
18 Q.      That was -- are you okay to continue? Do
19 you need to take a break?
20 A.      Sorry.
21 Q.      No. No, there's no reason to apologize.
22 A.      Okay.
23 Q.      You sure?
24 A.      Yeah, we can take a break.
25 Q.      Okay. You want to come --

Page 120

1    MR. LAMB:  Maybe we should take a
2 break, kind of like a lunch break anyway.  How much
3 time do you think you'll be able to --
4    THE WITNESS:  Any time is fine --
5    MR. LAMB:  Okay.
6    THE WITNESS:  -- I don't need a lot.
7    MR. LAMB:  What do you guys want to
8 do, like 20 minutes, 30 minutes?
9    MS. SHWED:  Oh, I don't know.  I'm
10 not going to eat, so I'm happy to come back --
11    THE REPORTER:  You want to go off the
12 record?
13    MR. LAMB:  Yeah, go off the record.
14    MS. SHWED:  Yes.
15    THE VIDEOGRAPHER:  The time is 12:48
16 p.m.  We are now off the video record.
17    (Brief recess was taken.)
18    THE VIDEOGRAPHER:  On the video
19 record, 1:16 p.m.
20 BY MS. SHWED:
21 Q.    Hi, Mrs. Wolking.  We took a short break to
22 have a lunch break.  Are you ready to answer some more
23 questions for me?
24 A.    Yes.
25 Q.    I think the last question we were talking

Page 121

1 about we had gotten into your visit -- your emergency
2 room visit to Loudoun Hospital.  And you had said that
3 they -- they had run some tests, and then they had put
4 you back in an ambulance to take you -- was it to a
5 different facility?
6 A.    Yeah.  And actually, the first facility was
7 Corn -- Cornwall, it's just an ER.
8 Q.    Okay.
9 A.    It's -- it's an old hospital here that
10 they've converted to just an ER.  So that's where they
11 -- it's closer, so that's where they took me
12 initially.
13 Q.    I was wondering when I read the records why
14 they transported you.  Now I understand.  So it was --
15 you went to a place, it was just an ER.  And then the
16 ER transferred you to Loudoun Hospital?
17 A.    Correct.
18 Q.    Okay.  And did you -- do you have -- did
19 you have an understanding at the time you were being
20 sent to Loudoun Hospital why you were being sent
21 there?
22 A.    That I was going to need emergency surgery.
23 Q.    Okay.  Did you know on your way to Loudoun
24 Hospital that you had a bowel perforation?
25 A.    I don't think I did.  I was pretty out of

Page 122

1 it.
2 Q.    Okay.  So what do you -- do you have a
3 memory of arrive -- like, you were explaining to me
4 before we took the break that the ambulance trip from
5 the ER to Loudoun Hospital was painful for you, that
6 every bump was causing you pain in the transport.  How
7 far away are they from one another?
8 A.    I'm terrible with that kind of stuff.  15
9 minutes maybe.
10 Q.    Okay.  Do you know, did they transport you
11 with lights and siren?
12 A.    I don't know that.
13 Q.    Okay.  Did your husband go in the ambulance
14 with you, do you know?
15 A.    I don't know.
16 Q.    Okay.  So do you have a memory of arriving
17 at Loudoun Hospital?
18 A.    Not really.
19 Q.    Well, tell me what your first memory is at
20 the hospital that you -- you can distinctly remember
21 from Loudoun Hospital.
22 A.    I kind of vaguely remember the doctor being
23 there and talking about the surgery that she was going
24 to do, but I really don't remember much of that.  The
25 really biggest memory is waking up after the surgery

Page 123

1 and just being shocked -- in shock maybe that I had
2 this huge open abdominal incision and a colostomy and
3 -- it was just shock.
4 Q.    Okay.  So I just want to make sure the
5 record is clear.  And I -- and I think I'm accurate in
6 saying, other than some vague memories of arriving at
7 the emergency room, your first real clear memories of
8 that hospital would be after the surgery; is that
9 accurate?
10 A.    I guess.  I mean, I kind of remember a
11 little bit being there with my husband talking to the
12 surgeon about what she's going to do, but I really
13 don't remember anything she said.
14 Q.    Okay.  So other than saying to me you
15 remember generally that conversation, you don't recall
16 any specifics about the conversation with the surgeon?
17 A.    No.
18 Q.    Okay.  So you got -- does there come a
19 point in time where you have a recollection of having
20 a discussion -- was it doctors -- is it Sutter, Kelly
21 Sutter?
22 A.    Yes.
23 Q.    Do you have a recollection of speaking to
24 Dr. Sutter after the surgery about surgery?
25 A.    Yes.

Page 124

Q.    Tell me what you remember her saying to you and you saying to her in that conversation.

A.    I mean, just her explaining that there was a couple different perforations.  And I remember her saying it just -- she was trying to repair the perforation, but she couldn't because my intestines just kind of disintegrated in her hands, she said.  So she was explaining why she had to give me the colostomy.

Q.    Okay.  Did she explain to you what she thought caused your intestines to be in the condition that she found them in surgery?

A.    No, not at that time.  I think we had a conversation a month later when I had my follow-up visit in her office where she said to me that she thought it was from the steroids, because she said she's seen many perforations, but nothing ever like that.

Q.    Okay.  So the con -- the conversation that you remember that you just testified to, that was when you were an outpatient already in her outpatient office; is that right?

A.    No, I was inpatient at the Encompass Rehab Hospital.

Q.    Oh, the rehab hospital.  Okay.

Page 125

A.    And they transported me by -- I don't -- I don't know if it's an ambulance or by, you know, a medical transport from the rehab to -- I was still not walking, so, you know, I was still -- I was on a gurney, so they transported me to her office that way.

Q.    Okay.  So let's focus on that -- the memory of the hospitalization before the rehab hospital.  Okay.  So tell me, other than that one conversation you just testified to with Dr. Slater [sic], the surgeon, do you remember any other conversations with her about what caused the bowel perforation while you were a patient at Loudoun Hospital before you go to the rehab hospital?

A.    None that I recall.

Q.    Okay.  Do you remember speaking to any other treating doctors at Loudoun Hospital during that same time frame, after surgery but before you go to the rehab surgery [sic], about what anybody thought would have been the cause of the bowel perforation?

A.    Yeah, there was lots of discussions with the hospitalist, the infectious disease doctors, that they just -- yeah, they indicated that it was crazy that I was on these high doses, and they had never seen anything like it and things like that.

Q.    All right.  So let's break it down to the

Page 126

hospitalist.  Do you remember the -- I wrote down one name that I saw from the records.  His name was Dr. A-S-W-A-D, Aswad, who was a hospitalist.  I think you may have had other hos -- was it one hospitalist in charge of you, or was there different ones while you were in the hospital?

A.    There was different ones, but Aswad was one of them, yeah.

Q.    Okay.  And so let's focus just on first the bowel perforation.  Can you -- not so much the dosage of steroids, we'll get to that in a second.  But was there any conversations with Dr. Aswad about the cause of -- what he thought was the cause of your bowel issues and your bowel perforation?

A.    I mean, I don't remember any specific conversations except there was definitely many conversations that gave the general -- that have the general idea of the steroids were the problem and the main cause and how crazy the doses were and who is this crazy -- you know, they wanted to know who it was and what his name was.  And so there was many conversations like that that I remember.

Q.    Okay.  But just so I'm clear, so it's your understanding that Dr. Aswad told you that it was his opinion that the steroid dose caused the perforation;

Page 127

is that correct?

A.    I can't remember any one specific conversation where he said those exact words, but definitely there was much discussion about, yes, they believed that it was the cause.  It was -- it was just -- yeah, it was just the belief that that was the cause.

Q.    And -- and when you say that was the cause, are you talking about the steroids?

A.    Yes.

Q.    Okay.  And so I know that you talked to me, you said that there were many conversations about the steroid dosing, is that true, while you were --

A.    Yes.

Q.    -- in the hospital?

A.    Yes.

Q.    Just, I mean, I'm sure you don't remember the specifics of it, but were -- can you at least break it down, was there -- who was -- was there -- do you remember the name of the infectious disease doctor you had referenced earlier who took care of you in the hospital?

A.    I don't remember the name.

Q.    Do you remember, was it more than one infectious disease person while you were in the

Page 128

1 hospital?
2 A.       I believe there was.
3 Q.       Okay. Can you tell me just generally from
4 your conversations with the infectious disease
5 physicians, whether it was more than one or one, what
6 was your understanding as to their thoughts about the
7 steroid dose that was being prescribed to you?
8 A.       I really don't know which doctor was
9 talking about what, you know. Whether it was
10 infectious disease or whether it was the hospitalist,
11 I really couldn't tell you.
12 Q.       Okay. So in your mind today, you can't
13 distinguish conversations from the hospitalist versus
14 infectious disease physicians; is that accurate?
15 A.       Not specific conversations, no.
16 Q.       All right. So just then tell me generally
17 you've had conversations with both the hospital
18 service and the infectious disease service while you
19 were a patient at Loudoun Hospital; is that accurate?
20 A.       I'm sorry, say that again?
21 Q.       Did you have conversations with the
22 hospitalists and the -- the infectious disease
23 physicians who were treating you about steroid -- the
24 steroid dose?
25 A.       Yes. But the vast majority of the

Page 129

1 conversations were between my family members and the
2 doctors. And I was present, I'm sure, for some and
3 not for others, but I really wasn't a big participant
4 in the conversations because I was deathly ill.
5 Q.       So do you -- as you sit here today, can you
6 -- can you generally summarize for me any conversation
7 that you had with any of the doctors who were treating
8 you about the steroids?
9 A.       I cannot name any specific conversation I
10 had, no.
11 Q.       Okay. So then would you have gotten your
12 information -- while you were a patient at the
13 hospital, would you have received information from the
14 family members who were talking to the doctors?
15 A.       No. I was hearing everything that was
16 going on, I just wasn't participating much.
17 Q.       Were you able to process what they were
18 saying?
19 A.       With difficulty.
20 Q.       Okay.
21 A.       And probably not -- not completely at that
22 time.
23 Q.       Okay. So during -- let me -- I just want
24 to make sure I understand what your recollection is.
25 So during the time that you're at Loudoun Hospital

Page 130

1 after the surgery, okay, so that time frame -- and
2 would the source of any belief that you have about the
3 steroid doses that were being prescribed to you by
4 Dr. Lindner in that time frame when you were in the
5 hospital, would that come from the doctors who were
6 treating you?
7 A.       The discussions about steroids?
8 Q.       Yeah, in that time frame. So --
9 A.       Yeah, we were -- I know there was lots of
10 discussions about how to continue, you know, not --
11 not cause steroid withdrawal and to continue steroids,
12 but obviously not the level I was taking.
13       I remember the -- again, I don't know
14 if it was the infectious disease or the hospitalist,
15 but I remember specifically a conversation where he
16 was very concerned that getting me off the steroids
17 too quick would be harmful to me, but also keeping me
18 on the steroids is harmful because it -- it inhibits
19 healing. And I remember him talking a lot about that,
20 that that was really difficult for them to, you know,
21 find that middle ground.
22 Q.       Okay. How about as far as, was there any
23 comment about you were on a high dose of steroids
24 coming into the hospitalization, and as a result of
25 that, we think it caused you to suffer these things?

Page 131

1 Was there any conversation with the doctors at Loudoun
2 Hospital to address that topic?
3 A.       Yeah, I think that I was hearing them say
4 that the steroids caused the perforation.
5 Q.       Okay. And can you tell me more
6 specifically who the doctors were other than doctors?
7 A.       Just those two, the hospitalist and the
8 infectious disease are the two that I can think of.
9 Q.       Okay. Any other discussions with any other
10 doctors at Loudoun Hospital about steroids that you
11 haven't told me so far that you remember?
12 A.       I mean, if other doctors came in my room,
13 which it was a constant stream, so, you know, I guess
14 I'm not sure who we would have had these discussions
15 with, to be honest. I -- those are the two main
16 categories that I know of that -- I probably --
17 actually, there was probably an endocrinologist in
18 there, too. So I don't know who I had these
19 discussions or heard these things from.
20 Q.       But am I correct in believing the topics
21 that you talked to the doctors about were what I'll
22 call the tapering balance of the steroids is the first
23 one you told me about; and then the second one is that
24 the steroid dose caused or led to the bowel
25 perforation, those two topics?

Page 132

1  A.     Yes.
2  Q.     Were there any other topics that were
3  just -- even generally, that are covered under those
4  two topics with any of the physicians at Loudoun
5  Hospital?
6  A.     The doctors talked to us about -- talked to
7  me about?
8  Q.     About steroids, we're just limiting it to
9  the steroids.
10 A.     Oh, the steroids?
11 Q.     Yeah.
12 A.     What I should be taking now and what the --
13 what it did to me, the damage it did, no, I can't
14 think of any other thing but the steroids.
15 Q.     So you said what damage it did to you.
16 What damage did it do to you that you understood while
17 you were a patient at Loudoun Hospital?
18 A.     The -- the perforation.
19 Q.     Okay.  Anything else?
20 A.     I mean, the subsequent infection and sepsis
21 and all that.
22 Q.     Okay.  And the infection and the sepsis was
23 as a result of the bowel perforation and then the
24 surgical repair, is that your understanding?
25 A.     Yes.

Page 133

1  Q.     Okay.
2  A.     Well, I mean, the infection wasn't from the
3  surgical repair but from the perforation, yes.
4  Q.     Right.  Okay.  And so there -- you know,
5  there's a five page or so letter written by, is it Mr.
6  Underhill, is he -- do you know Mr. Underhill?
7  A.     Yeah, that's my brother, but I don't know
8  anything about a letter.  Sorry.
9  Q.     Yeah, I was going to ask you.  He had
10 submitted as part -- or I should say, we received as
11 part of the litigation process a typewritten -- if
12 memory serves me correctly, it's about five pages.
13 But it sounds to me like you have not reviewed that
14 letter; is that accurate?
15 A.     That is accurate.
16 Q.     Okay.
17 A.     At least to my memory.
18 Q.     So while you're in the hospital -- in
19 Loudoun Hospital now, so if my notes are correct, it
20 looks like you were there about three weeks.  You went
21 on October 7th and you were discharged on the 28th.
22 Is that consistent with your recollection?
23 A.     That sounds about right.
24 Q.     And it looks like in the beginning portion
25 of it there are discussions in Mr. Underhill's summary

Page 134

1  about you had decided at some point that you wanted to
2  be on palliative care versus medical care.
3         Do you have any memory of that --
4  making that decision while you were at the hospital?
5  A.     Yes.
6  Q.     Okay.  Tell me what -- why it was that you
7  decided that way at that time.
8  A.     I just felt like the suffering was too
9  great.  I was in pain.  I couldn't sleep.  They
10 couldn't -- I was being poked to get -- draw blood
11 multiple times a day and they couldn't get it, so it
12 was awful constantly.
13         I had a midline put in so they could
14 supposedly -- so they could draw -- draw blood, and
15 then that went bad.  And then they put in another
16 midline, and that went bad.  Then they put in a PICC
17 line.  And it's just each thing was just torture, and
18 it was just -- I just reached a point where I just
19 couldn't do it anymore.
20 Q.     And you say to me -- and you use the word
21 suffering when you were first describing what you were
22 going through.  And I think -- so obviously would pain
23 be included in the suffering?
24 A.     Yes, I did say pain, yeah.  Yes.
25 Q.     Was there any -- when you say suffering, is

Page 135

1  there anything else you would include in that
2  description other than pain?  I'm just trying to under
3  -- and I'm not doubting the pain and suffering.  I'm
4  just -- I just want to make sure I'm not missing
5  something symptom-wise.
6  A.     Well, I think the things I named.
7  Q.     Okay.
8  A.     Not being able to sleep is -- is huge.  And
9  pain everywhere.  I had pain -- I -- I was so full of
10 fluid.  I was completely swollen everywhere, and
11 literally my arms were leaking just from all that, and
12 then they'd get raw.  And I don't know if they were
13 infected, but they were, you know, having to treat
14 them.
15         And it just -- every movement was
16 painful and just -- yeah, lots of pain.  And I think
17 -- well, the pain of my abdomen, of course, was
18 painful because I had an open abdominal wound.  And
19 they had to change that dressing regularly, and that
20 was extremely painful.  And, yeah, just pain.
21 Q.     Okay.  And was there -- I presume were they
22 giving you pain medication when you were a patient at
23 Loudoun, do you know?
24 A.     Yes.
25 Q.     And was that in any way effective to

Page 136

1  resolve the pain?
2              MR. LAMB:  Object to form.
3  A.      I mean, I didn't -- I didn't think it was
4  helping enough, obviously, since I was still in pain.
5  I was also excruciatingly nauseous and, you know,
6  struggling to get anything down and -- including, you
7  know, pills that they were trying to make -- huge
8  pills that they were trying to get me to take.
9              I had low potassium a lot, so they
10 were trying to get that up.  And it was just --
11 everything was just a constant -- just a battle to try
12 to -- I just felt like I couldn't survive it anymore.
13 Q.      Okay.  And am I correct in understanding
14 that whatever they gave you for -- whatever they were
15 giving you for pain when you were a patient at Loudoun
16 Hospital wasn't sufficient enough to control your
17 pain, at least to your recollection today?
18 A.      I was still in pain, so ...
19 Q.      Okay.  And what was the reason -- was pain
20 the reason you couldn't sleep, or was there some other
21 reason that you couldn't sleep?
22 A.      I have no idea.
23 Q.      Okay.  And then it looks like there's, I'll
24 call it a family meeting, where there's discussions
25 with you, at least according to this Mr. Underhill

Page 137

1  summary, about trying to convince you to agree to go
2  back to what I'll call medical treatment versus
3  palliative care.  Do you remember that?
4  A.      Yes.
5  Q.      Okay.  And tell me what you remember about
6  that conversation.  Because it -- am I correct that
7  you ultimately decided to go off palliative care and
8  then go back to what I'll call medical care after that
9  discussion?
10 A.      Yes.
11 Q.      Okay.  So tell me what you -- what you
12 remember about the discussion and why -- what caused
13 you to change your mind.
14 A.      Well, when they put me on hospice, they
15 gave me more pain medication, and I was able to sleep
16 for the first time.  And so they let the medication
17 wear off so that I would wake up because they wanted
18 to talk to me.  And so when I woke up, my brother and
19 my sister and my daughter were there.  And they just,
20 you know, started talking to me about wanting me to
21 fight harder and to want -- to want to get -- to live.
22 And they just hounded me -- hounded me for a very long
23 time and wouldn't leave me alone until I agreed.
24              And I, you know, again am half
25 drugged, you know, I was half out of it, but I was

Page 138

1  hearing everything they were saying.  I don't think I
2  ever opened my eyes because that felt like too much
3  work.  But, you know, I just was hearing everything
4  they were saying, and I just -- I think I just really
5  wanted them to stop hounding me, so I said, fine, I'll
6  do whatever you want me to do.
7  Q.      Okay.  And so once you made the decision to
8  not be on -- you called it -- on hospice and then go
9  back to medical care, were they -- were the people at
10 Loudoun Hospital ever able to control your pain after
11 that, or were you still in pain?
12 A.      Yeah, I was still in pain.  So I -- I mean,
13 they were trying to control my pain.  They were giving
14 me different things.  But, yeah, I was still in pain.
15 Q.      Okay.  And when you were on the pain
16 medication in hospice, were you mentally clear?  Do
17 you have clear memories of what was going on, or were
18 you kind of out of it?
19 A.      My understanding --
20 Q.      Before coming --
21 A.      My understanding is that once I went into
22 hospice, they gave me enough that I finally was able
23 to sleep, and I slept a lot, for, like, maybe 24 hours
24 or more is my -- what I was told.  I wasn't awake to
25 know, but I'm pretty sure that's how it went.

Page 139

1  Q.      Okay.  So you don't have any memory of that
2  24 hours, but the rest of the hospitalization you have
3  a clear memory of?
4  A.      I wouldn't call it clear, but, yes, I have
5  memories.
6  Q.      Okay.  And do you -- you told me about the
7  conversations that you had with the doctors that you
8  remember so far.  Did you ever talk to anybody about
9  why you were still in pain, and was there anything
10 they could do to help with the pain once you come from
11 hospice, you know, to medical care?
12 A.      Yeah, I mean, I was asking them all the
13 time for more pain meds.  Just that I was in pain,
14 and -- yeah, I think -- I'm sure I was asking
15 regularly for more pain meds.
16 Q.      Was there any explanation that you recall
17 today as to why they couldn't control your pain better
18 than what you described?
19 A.      Best I can remember, it was just a lot of
20 discussion of, you know, coming off steroids was
21 causing the pain, the overall pain.  Obviously, not
22 the abdominal -- necessarily the abdominal pain, but
23 the everywhere pain.  And that they just didn't really
24 know how to control it.
25 Q.      And I know from looking at the hospital

Page 140

1  records that there was -- in Mr. Underhill's summary
2  that there were concerns about how the steroids should
3  be tapered.  Do you remember any conversations about
4  that?
5  A.      I remember lots of conversation.  That was
6  like the topic of discussion all the time was trying
7  to figure out, and nobody really knew the right way to
8  taper from that high of a dose, you know.  And I'm
9  sure at times I expressed concern that they were
10 tapering too fast but that, you know -- but -- so
11 there was a lot of discussion back and forth of how do
12 you do the taper and what is too fast, and they --
13 they did what they thought was best.
14 Q.      Was there any discussion about the risks of
15 tapering too fast that you recall with doctors at
16 Loudoun Hospital?
17 A.      I mean, just that it's not good to taper
18 too fast, and I -- I kind of already knew that, so I
19 don't know that we discussed details of what that
20 meant.
21 Q.      Was there any discussions about any
22 potential dangers if you taper too slow?
23 A.      Yeah, that's the -- when the doctor, as I
24 already said, had said that, you know, it could
25 inhibit healing, and so it was really -- he felt it

Page 141

1  was critical to get me off quicker.  And I think even,
2  you know, the doctors -- each doctor had their own
3  objective.  So the endocrinologist's objective was to
4  get me off of them quick.  And -- but the -- you know,
5  the one doctor was more worried about the healing, and
6  -- you know, so they all had their own objective of
7  what was important.  And, you know, my objective was
8  to be -- obviously, I wanted to heal well, but I also
9  wanted to be out of pain.
10 Q.      Yeah.  So is there a point in time where
11 you're -- you're still at Loudoun Hospital that your
12 pain is controlled to your satisfaction and it's not
13 unbearable anymore?
14 A.      Yeah, maybe like right before I was
15 discharged to rehab.  I mean, I might have gotten a
16 little better.  But I don't really remember.  I guess
17 I don't remember specifically.
18 Q.      Okay.  And then do you -- when you go to
19 rehab, do you know, are you still on the steroids or
20 -- and pain medication when you're transferred from
21 Loudoun Hospital to the rehab facility?
22 A.      I believe so.
23 Q.      And how were you getting the medica -- the
24 pain medication at the rehab, was it injection or were
25 they pills, do you know?

Page 142

1  A.      I was still on IV.
2  Q.      Okay.  And then how about as far as the
3  steroids, do you know what steroids you were -- were
4  -- I'll ask you, but my guess is you'll probably tell
5  me you don't know.  But do you know ultimately what
6  steroids you were given at the hospital --
7  A.      No.
8  Q.      -- by name?
9  A.      Yeah.
10 Q.      Okay.  And no dosages, right?
11 A.      No.
12 Q.      Okay.  How about as far as when you go to
13 the rehab, do you know -- and if you answered this,
14 I'm sorry.  Were you on steroids when you went to the
15 rehab?  Were you still taking steroids?
16 A.      Yes.
17 Q.      Do you know which ones you were taking
18 then?
19 A.      I don't know.
20 Q.      Okay.  Was the pain any better at -- when
21 you were at the rehab versus when you were at Loudoun
22 Hospital from -- not so much -- I'll ask you about the
23 abdomen and the surgical site separately.  But when
24 you say you were in pain, was it more your whole body
25 pain?

Page 143

1  A.      Yes.
2  Q.      Okay.  And so was it any different when you
3  came at the rehab and was still -- were you still
4  experiencing the all body pain?
5  A.      Yes.
6  Q.      Was there ever a point where it was
7  controlled at the rehab?
8  A.      I mean, I would say it was controlled.  I
9  mean, I was still in pain.  I was still taking pain
10 meds, but then -- then you add into the mix that I'm
11 doing rehab, like, rigorous rehab and physical
12 exertion and, you know, that added a different element
13 of, you know, pain.  So they were trying to stay on
14 top of that as well.
15 Q.      So when you go to rehab, you still have
16 your colostomy; is that correct?
17 A.      Yes.
18 Q.      And who was taking care of it at the rehab?
19 Was it something that you could do on your own or was
20 it something they were doing or a combination of
21 something?
22 A.      It started out with them doing it, just
23 like in the hospital at Loudoun.  And -- but after --
24 I think within a week they told me I needed to start
25 taking care of it.

Page 144

Q.      Okay.  And so explain to me in general terms what you had to do to take care of the colostomy.

A.      You have to empty the bag regularly and change the -- how it changed the bag that attaches to you.  And it would break all the time.  So had to deal with messes and just it coming loose or whatever.  So it was just a constant vigilance of wash --

        (Background interruption.)

Q.      Oh, I'm sorry, I don't think -- you can continue.  I don't know what happened there.

A.      Just a constant, you know, being vigilant all the time to watch it and make sure it's not leaking or make sure it's not breaking loose or emptying it.  Or, you know, if it's -- if it's too thick, taking medicine.  If it's too thin, taking medicine.  Watching what I eat so -- so that it is the right consistency.  And, you know, there was just so many dos and don'ts about how to take care of it, but ...

Q.      And then as far as the rehab itself, just explain to me while you were at the hospital, what -- you said it was -- I think you used the word rigorous.  What -- what were they doing for you there?

A.      Well, I wasn't able to sit or stand when I

Page 145

went there.  So they, you know, were trying to get me up and get me moving and get my muscles firing again.  And, you know, it was a very intense work -- workout multiple times a day.

Q.      I apologize.  How long were you at the rehab?

A.      Three weeks.

Q.      Three weeks.  Okay.  So when you were discharged from the rehab, we know you still have the colostomy, right?

A.      Yes.

Q.      Were you discharged on any kind of pain medication?

A.      Yes.

Q.      What was it, do you know?

A.      No.

Q.      Do you know how often you had to take it?

A.      No.

Q.      Do you think after the -- you know, in the weeks after your discharge from the rehab, are you still taking the pain medication every day?

A.      I don't remember.  I was discharged with a long list of medications.  You know, I'm sure it's in the discharge instructions.  And they had me on so many medications, and, you know, we followed their

Page 146

instructions, so I'm not -- I'm not real sure.

Q.      How was your pain level when you were being discharged?  You know, sometimes they use the scale in the hospital, zero being no pain, 10 being the worst pain that you ever experienced.  Is there any way you can describe for me on that -- that zone or --

A.      I have no memory of -- you know, at discharge what it was.

Q.      Okay.  How about in --

A.      It probably wasn't the worst, you know, because --

Q.      Right --

A.      -- it was definitely worse when I was at Loudoun.

Q.      And so does there come a point in time when you're not taking pain medication anymore --

A.      Yes.

Q.      -- on a daily basis?

A.      No, but I'm going to say we have it in records, I guess.

Q.      Okay.  And so -- and then when you left the rehab, you had your restrictive diet, correct?

A.      Uh-huh.

Q.      You have the medication that you had to make sure that the -- I'll call it stool was a certain

Page 147

consistency.  You had some pain medication.  You had the colostomy.  Did you have to do -- did you have to go as an outpatient rehab, too, after that to get yourself moving again, or were you able to independently move when you were discharged?

A.      I had in-home physical therapy.  They had ordered in-home physical therapy and occupational therapy.

Q.      So were you able -- when you were discharged, were you able to walk on your own or did you need some assistance?

A.      I could walk with a walker.

Q.      Like, a wheel walker in front of you?

A.      I'm sorry?

Q.      Like, a walker that you kind of use in front of you, one of those wheel walkers --

A.      Yes.

Q.      -- is that what you mean?

        How -- do you know how long you had to use that?

A.      Months.  I don't remember how long.

Q.      Okay.  So if you have the surgery in October of 2022, were you still using the walker by Christmas of 2022?

A.      Yes.

Page 148

1  Q.     How about after the new year in 2023, were
2  you still using it in January and February, the
3  walker?
4  A.     Yes.
5  Q.     How about the spring of '23, April?
6  A.     I -- yeah, it gets vague after that. And
7  the only reason I remember January is because I had
8  another DVT surgery in January and I remember being on
9  a walker in the hospital, so that's the only reason I
10 know that. But after that, I just don't know when it
11 -- when I stopped using the walker.
12 Q.     Did any of the treating physicians that you
13 spoke to either at Loudoun or the rehab, or even some
14 of the outpatient doctors you saw, did the surgeon
15 when you did see her at outpatient, did they ever
16 attribute your DVTs to anything that Dr. Lindner's
17 treatment was?
18 A.     My -- the DVT doctor, Dr. -- what's his
19 name?
20 Q.     Oh, I don't know, you're asking --
21 A.     Ducoffe. Ducoffe (phonetic).
22 Q.     Okay.
23 A.     He told me in an appointment that he
24 believed that the DVTs was caused by the steroids.
25 Q.     When you came home from the rehab, were you

Page 149

1  taking steroids?
2  A.     Yes.
3  Q.     Do you remember what they were, which one
4  or what dose or anything like that?
5  A.     No. That would all be in the records, I
6  guess.
7  Q.     And who was prescribing the steroids for
8  you after the rehab?
9  A.     Well, I started seeing my general
10 practitioner at that point, Dr. Hart. And so he would
11 have -- he followed up on all the -- the meds that
12 were prescribed by the doctor -- or I'm sorry, by the
13 hospital.
14 Q.     Did you see an endocrinologist outpatient?
15 A.     Yes. Yeah, it took a long time to get an
16 appointment with an endo. It -- I had to jump through
17 hoops to -- to get one. But when I finally started
18 seeing her, Dr. -- oh, gosh, what's her name? Sorry,
19 I'm blank. But, yes, I've been under her care now.
20 Q.     So -- and are the doctors that you're
21 seeing since you were discharged from the rehab
22 covered under your insurance? The reason I ask is if
23 I get the bills, I'll be able to find out who these
24 people are if --
25 A.     Yeah. Yeah. I mean, of course, some are

Page 150

1  in network, some are out of network, but, yes, they --
2  insurance does do something with them.
3  Q.     Okay. And then am I correct that in March
4  of 20 -- it looks like March 21st, if my notes are
5  correct, of 2023, were you -- did you go to Fairfax
6  Hospital to have the colostomy reversed?
7  A.     If that's what the record says. I really
8  don't remember which hospital.
9  Q.     Okay.
10 A.     I know we saw a bunch of different
11 hospitals, so. Yes, I did have it reversed in March.
12 Q.     Is Fairfax Hospital and Loudoun Hospital,
13 do you know, are they affiliated or are they -- they
14 separate hospitals?
15 A.     I believe they're both Inova, but I would
16 think --
17 Q.     Okay.
18 A.     -- it would be in the name if it is.
19 Q.     So would -- and once your colostomy was
20 reversed, you haven't had to have a colostomy after
21 that; is that right?
22 A.     That is correct.
23 Q.     Okay. So you would have had your colostomy
24 from October 7th, the day of your surgery, until March
25 -- at least this says March 21st, sometime in March of

Page 151

1  2023 when it was reversed; is that correct?
2  A.     That is correct.
3  Q.     Okay. And then at some point did you
4  suffer any complications from the reversal of the
5  surgery of the colostomy, if you know? Infections,
6  or, you know, things that can happen after surgery? I
7  didn't see it in the hospital record, but it doesn't
8  necessarily mean you didn't.
9  A.     Right. No, nothing specific. I mean, I
10 still have pain at that site and other --
11 Q.     Do you --
12 A.     -- and other bowel issues, but no -- no
13 complications.
14 Q.     I know -- I think in April of 2023 were you
15 diagnosed with a hernia?
16 A.     Yes.
17 Q.     What -- do you have any understanding as to
18 what caused you to develop the hernia?
19 A.     They said it was caused by the surgery, the
20 open abdominal surgery and the colostomy.
21 Q.     Okay. And what, if anything, was done for
22 the hernia to treat it?
23 A.     I had surgery in August to place a mesh
24 over my entire abdomen. Because I had multiple
25 hernias, and they knew -- he said it was very likely I

Page 152

1  would get more hernias because of, you know, the
2  incision and the colostomy, so they were just going to
3  put mesh on my whole abdomen.
4  Q.     You said to me that you still have pain at
5  your surgical site today; is that correct?
6  A.     My entire abdomen, I have pain periodic and
7  on the specific incision sites, the colostomy site as
8  well the major incision.
9  Q.     Okay. And did you ever talk to the doctor
10 about why that is, why you're continuing to experience
11 pain at the places you've just described to me?
12 A.     Yes.
13 Q.     Okay. Who did you talk to?
14 A.     Well, the surgeon that did the -- who did
15 the reversal was Dr. Plerhoples. And, you know, he
16 just said that, you know, you're going to have pain,
17 you have -- you know, there's scar tissue and, you
18 know, it's reasonable to continue to have pain.
19        And then the surgeon that did the
20 hernia was Dr. Svestka. And he, you know, said the
21 same thing, it's normal to have ongoing pain from the
22 scar tissue and from the -- oh -- where the mesh
23 connects on the sides is where I have a lot of pain,
24 and then the incision sites. And he's still got me on
25 pain medication, gabapentin. I take that three times

Page 153

1  a day. And he's hoping that will calm things down.
2  Q.     And, I'm sorry, you said you had that
3  surgery in August --
4  A.     Yeah.
5  Q.     -- of last year?
6        Okay. Are you taking any other pain
7  medication other than the gabapentin today?
8  A.     No.
9  Q.     We talked about the steroids, and we talked
10 in the hospitalization about the tapering and that you
11 were continuing to take the -- a steroid at the rehab
12 hospital as well; is that right?
13 A.     I have not stopped taking steroids at all.
14 Q.     Okay. That's what I was going to ask you.
15 So you have been on the steroids from the time that
16 Dr. Lindner prescribed it to you until today?
17 A.     Yes.
18 Q.     And what are the -- and you take them
19 daily --
20 A.     Yes.
21 Q.     -- the steroids?
22        And what are -- do you know the
23 steroid that you take today?
24 A.     That's a good question.
25 Q.     I try to ask at least one good question a

Page 154

1  deposition.
2  A.     Yeah. That's like I should know that. So
3  it's either hydrocortisone oxalate or prednisone.
4  Q.     What was it, hydrocortisone --
5  A.     I'm just blanking on whether it's
6  hydrocortisone or prednisone.
7  Q.     Okay.
8  A.     I should know that.
9  Q.     That's okay. Maybe your husband will know
10 tomorrow.
11        How often do you take whatever it is?
12 A.     Generally three times a day.
13 Q.     Okay. You don't know the dose, do you?
14 A.     Yeah. Morning is -- first thing in the
15 morning when I wake up is 20 milligrams, and at 2
16 o'clock, which is in one minute, that's 15
17 milligrams --
18 Q.     Okay.
19 A.     -- and at 9 o'clock it's 10 milligrams.
20 Q.     Do you have an understanding as to why you
21 have to continue to take the steroids today?
22 A.     Because I feel terrible if I don't.
23 Q.     Okay.
24 A.     Because I was told my adrenals are shot
25 after such high steroids -- the endocrinologist told

Page 155

1  me that -- there's my medicine alarm.
2  Q.     Yeah, go ahead.
3  A.     Sorry about that.
4  Q.     No, no reason to apologize.
5  A.     So my endocrinologist said that, you know,
6  it's just after such high steroids, my adrenals just
7  aren't really making my own cortisol anymore, and so
8  -- so I need to take this.
9  Q.     Do you know, is there any hope that you
10 will at some point ever be able to come off the
11 steroids, or is it your understanding that it will --
12 you will have to remain on them?
13 A.     It's kind of the question of the century.
14 You know, I've told her how much I would like to try
15 to get off, and she just said, you know, we'll just
16 have to wait and see if your adrenals recover and
17 activate.
18        And also I've had the same discussion
19 with Dr. Hart, and he pretty much says the same thing.
20 But he also says that he believes it's unlikely that
21 I'll be able to get off them.
22 Q.     Okay.
23 A.     And so that's my dose today, but it does
24 vary somewhat. And if -- I've been instructed by the
25 doctor if I get sick, you know, got a -- I got a cold

Page 156

1 or, you know, respiratory virus or something, you
2 know, I need to increase the dose, like, double the
3 dose, which I really have a hard time doing because
4 I'm terrified of taking a higher dose. But, you know,
5 I have to kind of mess with the dosing, and then I
6 have to try to figure out how to taper it down again.
7 And so I'm -- this is actually a little bit more --
8 what I'm taking right now is -- I'm just coming off a
9 cold and I still have a bad cough, and so I'm -- I
10 think this is a little more than my normal right now.
11 Q.     Okay. And do you know, why is it that they
12 want you to increase the dose if you get a respiratory
13 infection or something like that?
14 A.     I'm sorry, what was the question?
15 Q.     Do you know why they want you to increase
16 the dose if you end up with a -- you know, a cough or
17 an infection as you described?
18 A.     I mean, because the doctor said so.
19 Q.     Okay. No problem.
20 A.     I don't know.
21 Q.     Okay. So then the other symptoms that we
22 talked about early on in your deposition were some of
23 the other symptoms that you came for treatment for,
24 like the nausea, we've talked about the tingling and
25 those symptoms. So has there been any change in the

Page 157

1 conditions that we talked about earlier, the nausea,
2 the fatigue, the brain fog, since the steroid dose has
3 been tapered down?
4         MR. LAMB: Objection to form.
5 Q.     Do you still get them? Are they gone --
6 you know ...
7 A.     Has there been a change since -- I'm sorry,
8 I'm not understanding you. Has there been a change
9 from when to when?
10 Q.     So when you first started treating with
11 Dr. Lindner and he just -- he said to you that he
12 thinks he knows what's causing your symptoms, it's
13 this babesiosis, and that he was going to put you on a
14 regimen we already talked about, those symptoms -- and
15 I think some of the ones, and I just wrote them down,
16 nausea, fatigue, body stiffness and aches, brain fog,
17 insomnia, you said you couldn't sleep.
18         Let me go individually now. So do
19 you still suffer from nausea today?
20 A.     No.
21 Q.     Okay. Do you know when it was that the
22 nausea went away?
23 A.     Sometime last spring, I guess.
24 Q.     Of 2023?
25 A.     Yes.

Page 158

1 Q.     Okay. How about fatigue, do you still
2 suffer from fatigue today?
3 A.     Yes.
4 Q.     Okay. Is it more --
5 A.     But it -- but it's better.
6 Q.     Okay. Body stiffness or aches that you
7 were describing, do you still have any of that today?
8 A.     Yes.
9 Q.     Is it any better from when you were on the
10 higher steroids versus the steroids that you're on
11 today?
12 A.     I mean, just overall I'm not lying in bed
13 deathly ill, so everything is going to be better today
14 than it was then.
15 Q.     The body stiffness or achiness that we've
16 been talking about, does it prevent you from doing any
17 kind of activities of daily living today?
18 A.     Yeah, I mean, I use a cane and I'm -- I'm
19 -- struggle to get out of a lot of chairs because
20 they're not high enough. You know, getting in and out
21 of a car is a little bit challenging. So definitely
22 it slows me down. I don't -- I don't go out much or
23 go to stores and things because it's -- it's hard. It
24 hurts. I have pain when I'm walking a lot.
25 Q.     So what's causing the pain when you walk?

Page 159

1 In other words, is it a joint pain? Is it a muscle
2 pain? Is it an all-body pain? Like, what is it
3 that's limiting you to do that you described?
4 A.     I guess all the above. I don't -- I don't
5 really know. I mean, doctors don't really talk about
6 what's causing it, I guess.
7 Q.     Is it a general overall body aching that
8 you feel every day?
9 A.     No, it's more joint -- joint pain or muscle
10 pain or -- well, nerve pain. And, you know, being
11 active definitely gets it aggravated, I guess.
12 Q.     The more active you are, the worse the
13 pain; is that right?
14 A.     Yes, generally.
15 Q.     Do you still have the brain fog?
16 A.     Some, but it's better.
17 Q.     How about insomnia or hard time sleeping?
18 A.     Insomnia is better. Not being able to go
19 to sleep, I can -- I do that better, but I do wake up
20 usually every couple hours all night long, so I still
21 struggle to sleep.
22 Q.     Do you know why that is, why you're still
23 suffer from the insomnia as you described today? And
24 no doctor -- do you know if any doctors told you why
25 they thought you were still suffering from sleep

Page 160

1  issues?
2  A.    No.
3  Q.    Do you treat with somebody for insomnia,
4  sleeping issues?
5  A.    I mean, I've talked to my general
6  practitioner, Dr. Hart.
7  Q.    And he -- has he done any testing or
8  prescription medication, anything like that for the
9  sleep issues?
10  A.    No.  You know, I mean, I think we've had
11  the discussion about, you know, the steroids can
12  interfere with sleep and trying to -- he's encouraged
13  me to make sure I've talked to the endocrinologist
14  about, you know, the steroid -- how much I'm taking
15  and the fact that it's -- could that be impacting
16  sleep.
17  Q.    And have you talked to the endocrinologist
18  about that?
19  A.    I don't think I've seen her since he told
20  me that.  So, no, I don't think I have talked to her
21  specifically about sleep.
22  Q.    Okay.  The brain fog, are you treating with
23  anyone for that?
24  A.    I mean, it's in my general list of things
25  we discuss when I talk to my general practitioner.

Page 161

1  Q.    Okay.  Is there any kind of testing or, I
2  don't know, therapy prescribed for the brain fog?
3  A.    No.
4  Q.    You said that you had constant headaches,
5  or I think you described vise, your head felt like it
6  was in a vise.  Do you still have -- suffer from any
7  of that today?
8  A.    I do if I miss my 2 o'clock dose.
9  Q.    Oh, the steroid.  Okay.
10  A.    Yeah.
11  Q.    And if you stay on the steroids, do you
12  still have the headaches or do they go -- have they
13  gone away?
14  A.    Sometimes I do, but that -- you know, I
15  have to really stay on top of the -- the dosing of
16  that.  And if I -- like I said, if I'm -- forget a
17  dose or miss a dose, usually I'll know I missed it
18  because of that -- that particular symptom is the --
19  is kind of the main one that will hit me first.
20  Q.    Okay.  Night sweats, do you have night
21  sweats?
22  A.    Not anymore.
23  Q.    Excess sweating during the day?
24  A.    It's gotten a lot better.  It's been a
25  while, so I guess I would say that's a lot better.

Page 162

1  Q.    Are you treating with anyone for that
2  symptom, the excess sweating?
3  A.    I mean, when you say treating for, I don't
4  -- I mean, Dr. Lindner was treating me for those
5  things.  And then -- and then when I was --
6  Q.    I'm sorry, I meant --
7  A.    -- after the hospital, then I've been
8  seeing Dr. Hart, so ...
9  Q.    Yeah, I meant today.  Are you seeing anyone
10  to address the issue of the excess sweating during the
11  day?
12  A.    I mean, that would be something I would
13  have talked to Dr. Hart about.
14  Q.    Okay.  And has he prescribed any kind of
15  medication or herb --
16  A.    No.
17  Q.    -- or, you know, anything like that?  No?
18  A.    No, he -- I think when we last talked about
19  it, he probably -- I think he said that, you know, he
20  thought it was a lot of -- the different drug
21  interactions and things.  And, you know, it has been
22  true that as I've gotten off a lot of the drugs they
23  had me on and tapered -- you know, got the steroid
24  down to a lower dose, that they've gone away for the
25  most part.

Page 163

1  Q.    Okay.  We talked about your sensations in
2  your legs, tingling or vibrations in your legs.  Do
3  you still have those today?
4  A.    Yes.
5  Q.    Okay.  And is there any -- anybody -- who
6  do you see for that, if anybody at all?
7  A.    Dr. Hart is -- would be the one that I
8  would talk about all these symptoms with.
9  Q.    Okay.  And has he addressed those in any
10  way, whether it's suggestion for specialists or tests
11  or medication?
12  A.    No.  I mean, he knows I was evaluated by a
13  rheumatologist and kind of doesn't have any other
14  suggestions as to how to address that.
15  Q.    And did the rheumatologist have any kind of
16  suggestions as to how to address that?
17  A.    No, as I said, she diagnosed with me
18  something and then said that her solution wasn't going
19  to address that symptom, so I didn't think that was a
20  good answer.
21  Q.    When is the last time you saw the
22  rheumatologist?
23  A.    Let me get my years straight.  That would
24  have been fall of '21.
25  Q.    Okay.  So while you were treating with

Page 164

1  Dr. Lindner?
2  A.      Right.
3  Q.      How about the shortness of breath, you
4  talked about shortness of breath as a symptom that you
5  had during the care of Dr. Lindner?
6  A.      It's definitely better.  I still have it,
7  but it's much better.
8  Q.      And did anyone tell you what they're
9  attributing the shortness of -- and when I mean
10  anyone, I mean a doctor.  Has a doctor attributed your
11  shortness of breath to anything?
12  A.      Babesia.
13  Q.      Okay.  And then how about today, do they
14  still say Babesia or is it something else?
15  A.      Dr. Hart would say Babesia.
16  Q.      Okay.  Have you ever -- since your
17  hospitalization at Loudoun, were you ever seen by a
18  cardiologist?
19  A.      Yes, I saw a cardiologist in I think
20  February of '23.
21  Q.      Okay.  Do you remember the name of the
22  cardiologist, or the group name?
23  A.      No.  I'm sure it's in the record there.  I
24  was required to see a cardiologist before my reversal
25  surgery.

Page 165

1  Q.      Is -- was it like a surgical clearance kind
2  of thing?
3  A.      Yeah.
4  Q.      Have you seen one since then, though?
5  A.      No.
6  Q.      More specifically for like an outpatient
7  cardiology follow-up?
8  A.      No, because everything was fine when she
9  did the clearance.
10  Q.      Have you ever treated with a pulmonologist?
11  A.      No.
12  Q.      So you said to me that even today after the
13  bowel surgery you still have bowel issues.  Will you
14  explain to me what those are, please?
15  A.      Urgency.  So like I have to go, and I have
16  to go right this second.  And so trying to get there
17  on time -- on time and bowel leakage.  And sometimes
18  just discomfort, but I guess that's more like what we
19  had already talked about, this pain from around the
20  colostomy site and scar tissue in there, so, you know,
21  sur -- surface pain, I guess.  And sometimes just
22  random shooting pains in my abdomen, like right on
23  that site.
24  Q.      So when you say on this site, you mean
25  where the colostomy was?

Page 166

1  A.      I'm sorry?
2  Q.      When you say on this site, do you mean on
3  the site where the colostomy bag was?
4  A.      Yes.
5  Q.      Okay.  And do you take any medication to
6  help with your urgency of the bowel leakage?
7  A.      No.
8  Q.      Is there any kind of special diet that
9  you're on to help with the urgency of the bowel
10  leakage?
11  A.      No.
12  Q.      Who do you --
13  A.      They -- they said that -- the surgeon said
14  that there's nothing they can do about that.
15  Q.      Do you follow up with any kind of
16  gastroenterologist outpatient for your -- any bowel
17  issues?
18  A.      No.
19  Q.      We're getting close to the end, I promise.
20  Tell me in your own words, and literally take as much
21  time as you need, how do you think Dr. Lindner's
22  treatment has affected your day-to-day life?
23  A.      Gosh.  I can't.  I just felt like he ruined
24  my life.  I -- I really -- life's just hard.  And I
25  have all these pains, and it's changed my -- I lost

Page 167

1  all my hair, and what grew back I don't like.  I don't
2  -- I used to have long straight hair, and so I don't
3  know where this short curly hair came from, but at
4  least it grew back, so I'm glad for that.  But just
5  the disfigurement of my -- my whole abdomen, and I
6  definitely have gained weight from -- presumably from
7  the steroids, according to the endocrinologist.
8          And I hate being dependent on the
9  steroids.  And I just have so many symptoms that are
10  because of this nightmare I went through.  And, I
11  mean, it definitely has messed with my mind.  And I
12  have a lot of really horrific bad memories and dreams
13  and PTSD and anxiety.  And I just -- I don't even feel
14  like -- I feel like a different person than I used to
15  be.  Definitely lost a lot of my confidence.  And I
16  used to be very social, and I just really struggle to
17  -- to get back to that.
18  Q.      I'm going to ask you some follow-up
19  questions on what you told me if you don't mind.
20  A.      Okay.
21  Q.      You said that you had lost all your hair.
22  When was that?
23  A.      I started losing it in rehab, I guess.
24  Q.      Rehab after the bowel surgery?
25  A.      No, rehab hospital after the surgery in

Page 168

1  October. So rehab in October, November, and it just
2  kept -- kept falling out. And by Thanksgiving or
3  Christmas I had, like, a few strands of hair left.
4  Q.       Do you know why that -- what caused it?
5  Did anybody ever explain to you what caused the hair
6  loss?
7  A.       I mean, I had doctors tell me -- I'm trying
8  to think what doctor would have told me. I guess Dr.
9  Hart, you know, he said I -- I guess from the steroids
10 or the sepsis. Any trauma -- he said any traumatic
11 thing like that to your body, traumatic like sepsis,
12 you know, could cause that.
13 Q.       So you said to me that you suffer from
14 PTSD. Were you diagnosed with PTSD?
15 A.       Yes.
16 Q.       Who did that?
17 A.       What's her name? It's in the medical
18 record.
19 Q.       The only reason I ask is -- I'm not saying
20 it's not. I just don't --
21 A.       Yeah.
22 Q.       -- remember seeing it.
23 A.       Stacey Thompson --
24 Q.       Okay.
25 A.       -- I think is her name.

Page 169

1  Q.       And when was that? Was it just last year
2  after the surgery or before the surgery?
3  A.       I think I started seeing her in January of
4  '23.
5  Q.       Okay. Is she a counselor, a psychiatrist,
6  psychologist, do you know?
7  A.       I don't know. Counselor of some kind.
8  Q.       Okay. And do you still continue to treat
9  with her today?
10 A.       No. I took a break in the fall this past
11 year. I just couldn't deal with thinking about it and
12 processing all the trauma anymore. I just needed a
13 break from thinking about the trauma, and so I took a
14 break. And with the intent to go back to it to -- so
15 that I wouldn't fall apart whenever I try to talk
16 about it. And so I haven't done that yet.
17 Q.       Okay. When was the last time that you
18 spoke to Dr. Lindner -- or I shouldn't say spoke, had
19 communication with Dr. Lindner?
20 A.       With who?
21 Q.       My client, Dr. Lindner.
22 A.       Last time I had any communication would be
23 whatever e-mails before I went in the hospital in
24 October, but I -- I don't know the date.
25 Q.       Okay. So you haven't spoken to him since

Page 170

1  the Loudoun hospitalization?
2  A.       Not that I remember.
3  Q.       I know Dr. Lindner's chart has a lot of the
4  e-mail exchanges between him and you or him and your
5  husband. Do you know, do you have any e-mails that
6  weren't contained in the chart? Do you retain any of
7  the e-mails from Dr. Lindner that you haven't turned
8  over to counsel?
9  A.       Well, I turned over every e-mail I've
10 had --
11 Q.       Okay.
12 A.       -- to counsel. But I've never compared
13 those to what Dr. Lindner did, so I don't know.
14 Q.       Okay. As long as I know that everything
15 that you had you turned over to counsel, that means I
16 have it, too.
17 A.       Yeah.
18 Q.       I got recent -- I think this -- was it last
19 week, I think, I received little blurbs from voice
20 messages that were left on your phone from
21 Dr. Lindner. There might have been three of them.
22 Have all the voice messages that you retained from
23 Dr. Lindner been turned over to counsel, too?
24 A.       As far as I know, yeah.
25 Q.       Do you have any text exchange that you

Page 171

1  maintain with Dr. Lindner?
2  A.       I don't believe so. I don't think so.
3  Q.       Do you retain any voice messages from
4  Carol, I think her name is Young, the office person
5  from Dr. Lindner?
6  A.       I don't think it's Young.
7  Q.       Maybe it's not Young. Carol is her first
8  name.
9  A.       Might be Carol Kelly. Do I have any texts?
10 No, I -- I don't recall ever texting with them.
11 Q.       Well, how about a voice message from Carol
12 that you have now; not so much if you had one, but did
13 you retain any that you haven't turned over?
14 A.       Oh, no.
15 Q.       Okay. Have you -- did you talk to any of
16 the pharmacists in Virginia about any of the
17 prescriptions that Dr. Lindner was providing to you?
18 A.       No.
19          MS. SHWED: I think those are all the
20 questions I have. Other counsel may have questions,
21 Mrs. Wolking, but thank you for your time. I
22 appreciate it.
23          MR. LAMB: Do you want to take a
24 quick break before the pharmacy --
25          THE WITNESS: No, I'm fine.

Page 172

1   MR. LAMB:  Okay.
2   MS. SHWED:  You do or you don't?  I
3   didn't hear it.
4   THE WITNESS:  I'm fine.
5   MR. LAMB:  She doesn't need a break.
6   MS. SHWED:  Okay.
7   MR. BENEDETTO:  She does -- okay.
8               * * *
9        EXAMINATION
10  BY MR. BENEDETTO:
11  Q.     Ms. Wolking, I've been off camera, and I
12  apologize for that.  I have to cover for Sue, who has
13  been on camera, she's my colleague.  My name is
14  Conrad.  I represent Tunkhannock Pharmacy, and I have
15  a few follow-up questions to ask you.  Okay?
16  A.     Okay.
17  Q.     And the same general guidelines that
18  counsel provided you earlier still apply.  And you
19  understand that, correct?
20  A.     Yes.
21  Q.     Okay.  And Ms. Shwed did a great job in
22  terms of covering most of the ground.  I do have these
23  questions on behalf of my client, so it might be that
24  I'm skipping around a lot.  And I don't mean to try to
25  confuse or anything, but so much ground has been

Page 173

1   covered, I'm just going to try to patch some holes in
2   terms of the testimony.  Okay.  Do you understand
3   that?
4   A.     Yes.
5   Q.     Okay.  All right.  Thanks.  Now, bear with
6   me, because, again, she was doing a great job.  I've
7   been taking notes, and I will make sure I try not to
8   ask you questions that have already been covered.
9        MR. BENEDETTO:  Can we go off the
10  video record, please?
11       THE VIDEOGRAPHER:  Off the video
12  record, 2:24 p.m.
13       MR. BENEDETTO:  And then can we go
14  off of the written record, please?
15       (Discussion held off the video and
16  steno record.)
17       THE VIDEOGRAPHER:  On the video
18  record, 2:24 p.m.
19  BY MR. BENEDETTO:
20  Q.     Thank you.  How did you meet the Reidsmas?
21  A.     Oh, wow.  They used to live where we lived,
22  but that was back in northern Kentucky where we used
23  to live, so we were friends back then.
24  Q.     Okay.  So from before you moved to Virginia
25  18, 19 years ago?

Page 174

1   A.     And before they moved to Pennsylvania,
2   yeah.
3   Q.     Okay.  And how do you know them?  Were they
4   neighbors, just --
5   A.     Oh.
6   Q.     -- colleagues?  That's kind of my question.
7   A.     She was home schooling her daughter, and we
8   were home schooling, so probably through the home
9   schooling network.  Maybe at church.  I'm not real
10  sure.
11  Q.     Okay.  And where did you live in northern
12  Kentucky?
13  A.     We lived in a couple places, but I think
14  when I knew her it was -- we were in Crittenden,
15  Kentucky.
16  Q.     Okay.  And when you met Dr. Lindner through
17  the Reidsmas, were you aware of why they were treating
18  with Dr. Lindner?  I understand it was for hormone and
19  hormone replacement therapy, but do you understand why
20  they were treating with Dr. Lindner with that
21  treatment plan?
22  A.     Yes.
23  Q.     And what was your understanding of that?
24  A.     That Bill had a hormone problem where he --
25  my friend Lisa had had a kidney transplant, her

Page 175

1   husband gave her a kidney.  And he had -- after he
2   gave her a kidney, he had some major hormone imbalance
3   problems.
4   Q.     Okay.
5   A.     So he had severe behavioral issues, and
6   Dr. Lindner really helped him with that.
7   Q.     Okay.  I'm going to bring you to 2008.  My
8   understanding is that you started experiencing or
9   being diagnosed with Lyme disease; is that correct?
10  A.     I don't remember when it was, but it sounds
11  about right.
12  Q.     How did you come about being diagnosed with
13  Lyme disease?
14  A.     I'm pretty sure that I just had a bunch of
15  symptoms and went to the doctor, and he thought that's
16  what it was.
17  Q.     Was there -- well, I mean, basically did
18  you ever see -- back then do you recall seeing a tick
19  on your body or a tick bite location on your body?
20  A.     Oh, yeah.  I --
21  Q.     Okay.
22  A.     At a specific time where I took a tick off
23  me and --
24  Q.     Okay.
25  A.     Yeah.

Page 176

1  Q.     All right.  And you -- and you recall that
2  was at the same time that you went for treatment for
3  symptoms that led a treatment provider to diagnose you
4  with Lyme disease?
5  A.     My vague memory is that it was a long time
6  afterwards.  At the time I didn't think anything about
7  the tick, taking it off me, but maybe a year and a
8  half, something later, I'm guessing.
9  Q.     Okay.
10 A.     Then when I had all these symptoms, you
11 know, that was one of his line of questionings was,
12 have you had any tick bites.
13 Q.     Did you have any of those symptoms after --
14 immediately after, meaning the day, that week of the
15 tick bite, but that did not alarm you to the point of
16 seeking treatment?
17 A.     I don't remember.
18 Q.     And you said that it was about a year and a
19 half after you -- you remember taking the tick off of
20 you that you were diagnosed with the Lyme?
21 A.     Yes, I probably shouldn't guess.  It would
22 be when I started -- I think it would be when I
23 started seeing Dr. Stewart.
24 Q.     Okay.  Okay.  And then I'm going to
25 fast-forward past your hormone treatment therapy with

Page 177

1  Dr. Lindner to June 2021.  What is your understanding
2  of the reason why Dr. Lindner came to the conclusion
3  and the diagnosis that you were suffering from
4  babesiosis at that time?
5  A.     Based on the specific symptoms that I told
6  him.  And one symptom that I forgot about is I had
7  severe shin pain, and that's supposed to be a classic
8  babesiosis symptom.  And I only mention that because I
9  don't think I mentioned it at all in the other
10 symptoms we've talked about today.  But that -- that
11 and the shortness of breath and stomach pain I think
12 specifically were ones that he said were very much
13 specific to Babesia.
14 Q.     Okay.  And back in 2008, did Dr. Stewart at
15 any point state to you that this could not -- that
16 what he saw in your -- terms of your symptoms was
17 maybe not Lyme disease but Babesia or babesiosis?
18 A.     Yeah.  As I said before, I mean, he did
19 mention that co-infections like Babesia and Bartonella
20 go along -- often go along with Lyme disease, but that
21 his treatment protocol was to go after the Lyme
22 disease first.  And at least at that time that was his
23 belief, and so we really didn't deal with the other
24 issues.  Because he --
25 Q.     Did --

Page 178

1  A.     -- thought I had symptoms of the other
2  ones, just didn't -- couldn't treat them all at the
3  same time.
4  Q.     And what is your understanding of the
5  reason Dr. Stewart would have treated Lyme disease
6  either primarily or first before treating any other
7  tickborne illnesses?
8          MR. LAMB:  Object to form.  You can
9  answer.
10 A.     Yeah, I mean, that's just what he told me.
11 He -- that was his belief as to how to do it.
12 Q.     And back in 2008 when you were first
13 diagnosed with Lyme, and potentially these other
14 tickborne illnesses, did you do any independent
15 reading, research, regarding tickborne illnesses?
16 A.     Yes.
17 Q.     Okay.  And did you consult or treat with
18 any other doctor other than Dr. Stewart for Lyme
19 disease specifically back in 2008?
20 A.     In 2008?
21 Q.     Yes.
22 A.     I would have no memory of what I did in
23 2008.
24 Q.     Okay.  How about all the way through June
25 2021, again, specifically for the Lyme disease?

Page 179

1  A.     Right.  I know I saw a Dr. Solomon, and he
2  specifically said that I had Lyme disease.  And he
3  felt like he had cleared he -- cleared it or gotten rid
4  of it through his homeopathics treatment.  I -- I
5  don't recall if there was another doctor in there.  I
6  don't think so.  I think Stewart was -- Dr. Stewart
7  was the only one.
8  Q.     And do you recall approximately what year
9  you saw Dr. Solomon?
10 A.     I don't.  I'm sorry.
11 Q.     And the research and independent
12 investigation you did regarding Lyme disease back in
13 2008, what was your understanding of Lyme disease
14 treatment, if you know?
15 A.     I mean, I was just trying to learn about
16 it, what -- what it meant and all the different weird
17 symptoms I had.  I came to believe that I wished I had
18 felt symptoms earlier, and that maybe we could have
19 knocked it out.  But that because it had gone so long
20 before being treated, that -- that maybe, you know, I
21 let it take root a little bit more.  That was the only
22 thing I really thought about it.
23 Q.     Okay.  And -- and back then in 2008, did
24 you do any independent research, reading or study
25 regarding Babesia and babesiosis once you heard that

Page 180

1  term or when you talked with Dr. Stewart about the
2  tickborne illnesses?
3  A.        I mean, it was all kind of one general
4  reading about Lyme and co-infections.  They were
5  always all together, you know, any time when I was
6  reading about them.  It was just that it was known
7  that if you had Lyme, you -- you might very likely
8  have other co-infections.
9  Q.        And do you recall where -- where you were
10 geographically when you found that tick?
11 A.        Yeah, I remember I was on the toilet.  I
12 could --
13 Q.        No, I mean --
14 A.        She just asked me about it earlier, I
15 remembered exactly, it was on my upper thigh.
16 Q.        Okay.  Right.  Okay.
17 A.        I remember where I was and --
18 Q.        Right.  What -- do you remember what month?
19 A.        No, that I don't remember.
20 Q.        And were you living in Virginia at the
21 time?
22 A.        Yes.
23 Q.        And this occurred in Virginia, to the best
24 of your knowledge, you had not been traveling, you
25 know, the day or days before you finding the tick?

Page 181

1  A.        No.
2  Q.        Okay.  Okay.
3  A.        So was it a Virginia tick?  I don't know.
4  Q.        Right.  Okay.  And then I'm going to move
5  you chronologically up to June 2021.  And now you have
6  met with Dr. Lindner by telephone concerning the
7  treatment of the babesiosis.
8          What was your understanding when he
9  first diagnosed you with babesiosis and was presenting
10 you with his treatment plan of that treatment plan?
11        MR. LAMB:  Objection to form.  You
12 can answer.
13 A.        What was my understanding of his treatment?
14 Q.        Uh-huh.  Yes.
15 A.        I -- honestly, I was just so thrilled that
16 -- I had so many symptoms.  I had seen multiple
17 doctors, begging them to tell me why I had all these
18 crazy symptoms.  And I was feeling worse all the time.
19 And I was, you know, short of breath is a huge one
20 that is very -- it's not just a symptom, it's -- it's
21 terrifying.  And for finally for somebody to say, I
22 know what's wrong with you, and I know how to fix it
23 because I fixed my daughter.  And I was just so
24 relieved and so thrilled that finally I had an answer
25 and that somebody was going to help me.

Page 182

1  Q.        After you received that diagnosis from
2  Dr. Lindner, did you seek a second or third opinion?
3  A.        He was the third or fourth opinion, so no.
4  Q.        Okay.  And at that time, did you also do
5  additional independent research study consultation
6  regarding babesiosis?
7  A.        No.  I don't think so.  I was so -- I had
8  been trying to figure out my -- diagnose myself for so
9  many years.  I was done with trying to figure it out.
10 Q.        And when -- did Dr. Lindner tell you the
11 amount, dosage, of either the antimicrobials or
12 antimalarial medication that he was prescribing as
13 well as the corticosteroid that he was prescribing at
14 the first initial diagnosis and consult?
15 A.        Did he give me doses in that first -- when
16 he first told me that I had Babesia?
17 Q.        Yes.  And that he was going to start you on
18 a treatment plan?
19 A.        No, I didn't talk about doses or anything.
20 Q.        Okay.  And --
21 A.        He didn't even -- he didn't even really
22 tell me all the different drugs he was going to have
23 me on.  He just said there was a lot of different
24 things we could -- he could throw at it, and thought
25 there was a solution.

Page 183

1  Q.        And we went over the consent form.  Did he
2  ever tell you at this initial consult that there might
3  be -- in addition to drugs that either are not FDA
4  approved for the treatment plan that he had in mind,
5  that there might be, for example, large amounts of --
6  of drugs at one time that you maybe had never had
7  before, or something along those lines?
8  A.        No.
9  Q.        Okay.  At any point between June 2021 and
10 October 2022, did you ever ask Dr. Lindner directly
11 and specifically why the need for such high dosage of
12 steroids that he instructed you to take?
13 A.        Yes.
14 Q.        And what was his response to you?
15 A.        I needed them to deal with the die-off.
16 Q.        Did you ever question his response to you?
17 A.        Yeah.  I told him I thought it was killing
18 me and that I felt like I was dying -- I mean,
19 multiple different times in different e-mails I told
20 him, and on the phone that I thought I was dying, and
21 I just didn't think it was working.  He --
22 Q.        Did you ever --
23 A.        Sorry.
24 Q.        No, I'm sorry.
25 A.        He just said I had to keep taking them.

Page 184

1  Q.      Did you ever talk to your husband about
2  that?
3  A.      I'm sure I was telling him the same thing.
4  Q.      And did you ever talk to your brother about
5  that prior to October 7th, 2022?
6  A.      I don't think so.
7  Q.      Okay.  Did you talk to any other family
8  members, friends, neighbors about the high dosing of
9  steroids that Dr. Lindner prescribed for you that he
10  had you taking?
11  A.      Not in any specifics.  I mean, I probably
12  told my closest girlfriends, you know, that I was --
13  they knew I was sick, so they knew I was doing
14  something.  So I'm sure I -- I'm not even sure I told
15  them actually what I was taking.  They just knew I was
16  sick and being treated for Babesia and that it was
17  making me sicker.
18  Q.      Did you ever talk with -- during June 2021
19  to October 2022, with Dr. Hart, Dr. Satchi, Dr. Pinto
20  about the high dosage of steroids that Dr. Lindner had
21  prescribed for you and had you taking?
22  A.      No.
23  Q.      Did Dr. Lindner ever inform you of any side
24  effects associated with high dosage of
25  corticosteroids?

Page 185

1  A.      No.  But when I asked him about some of the
2  symptoms I was having, he would often say in e-mails
3  that they weren't side effects of the drugs, they were
4  die-off.
5  Q.      And so he never informed you about the
6  potential for weight gain?
7  A.      He did talk about -- in some of the
8  e-mails, I remember him talking about, like, me saying
9  puffy, you know, like puffy face.  And he did say --
10  actually, I remember him kind of saying, like, no,
11  that's not the steroids, that's something else, like,
12  my inflammatory response or something.  And I remember
13  thinking, well, I thought steroids caused that, but,
14  you know, he's saying that it didn't, so I didn't know
15  what to think.
16  Q.      Did he ever inform you about the potential
17  for perforated bowel with high doses of
18  corticosteroids?
19  A.      No.
20  Q.      Muscle weakness?
21  A.      He did I think talk about that in the
22  e-mails.  I -- you know, I don't remember the e-mails.
23  They were a long time ago.  But I do kind of vaguely
24  remember, when I complained about muscle weakness, he
25  said that was normal.  I don't know that it was

Page 186

1  specifically that he was relating it -- I'm not sure
2  what it was caused by, it was just, he said it was
3  normal, and his daughter had that, too.  And so it
4  just made me accept that it was just something that I
5  had to deal with.
6  Q.      And did he discuss with you potential
7  withdrawal from corticosteroids?
8  A.      I think in some e-mails there was some
9  discussion of when we were -- the dosing was -- he was
10  changing the dosing of the steroids all the time, and
11  I -- he'd say, you know, take more and then take less.
12  And -- and I think we discussed in there somewhere,
13  like, well, symptoms for steroid withdrawal are very
14  similar to the -- too much steroid.  So it was very
15  hard to kind of figure out what was what.
16  Q.      When he wrote the prescriptions for the
17  steroids in August and September of 2022, did he --
18  did you physically get a copy of them?
19  A.      I'm sorry, say that again.
20  Q.      Sure.  When Dr. Lindner physical -- or
21  issued prescriptions for the steroids in 2022, in
22  August and September, that you had filled at
23  Tunkhannock that you testified to earlier, did you
24  physically get a copy of those prescriptions?
25  A.      No.

Page 187

1  Q.      Okay.  And so just briefly what was the
2  process of obtaining those prescriptions and getting
3  them filled?
4  A.      As I said before, he would call them in, or
5  his office would.  They would always call me and say,
6  we have a new prescription, or we have a refill, do
7  you need this right now?  And then if I did, I would
8  say, yes, and they would confirm my address and mail
9  it to me.
10  Q.      Okay.  And did Dr. Lindner provide you with
11  instructions about the dosage and the amount of
12  steroids to take once those prescriptions were filled?
13  A.      He was providing directions in the e-mails
14  as to how much to take.  And I was asking him almost
15  daily I think at some point, you know, for specific
16  direction on how much to take.  I know the bottles
17  would say, you know, up to, you know, 10 a day or
18  something, which was in many cases more than I was
19  taking.  But then he would say -- you know, he would
20  -- in e-mails he would say other things.
21  Q.      Other things meaning, you know, he would
22  provide you instruction with what amount to take that
23  day?
24  A.      Yeah, or guidance on, oh, I think you
25  should take more than what you took or -- or take more

Page 188

1  in the morning or less at this time, but more at this
2  time.  So, yeah, he was providing direction.
3  Q.       Okay.  And other than filling your
4  prescription, did Tunkhannock provide you with any
5  guidance regarding the prescriptions?
6  A.       No.
7  Q.       Other than the speaking and -- strike that.
8           You spoke with someone at Tunkhannock
9  on the phone when the prescriptions were about to be
10 filled?
11 A.       Before they would mail them to me, they
12 would confirm that I wanted them mailed to me.
13 Q.       Okay.  And did they offer you any other
14 consultation?
15 A.       No.
16 Q.       Okay.  And other than -- other than those
17 times confirming that they wanted -- that you wanted
18 them mailed to you, did you speak with anyone from
19 Tunkhannock regarding your treatment?
20 A.       No.
21 Q.       Okay.  And when you affirmatively stated
22 that you wanted those prescriptions filled, was that
23 because you were being guided or instructed by Dr.
24 Lindner regarding getting those prescriptions filled?
25 A.       I mean, yeah, he was telling me to take

Page 189

1  them, so I needed to fill them.
2  Q.       I don't recall if -- I believe this was
3  asked, but I don't recall the answer.  Were you
4  filling steroid prescriptions concurrently, at the
5  same time, in August and September 2022, that you were
6  -- locally that -- while you were receiving them from
7  Youngs, from Tunkhannock?
8  A.       I know I did get some filled at the local
9  pharmacy.  I don't know if it was concurrent or what
10 month it was.
11 Q.       Okay.  And was that prescription written by
12 Dr. Lindner?
13 A.       For my local pharmacy?
14 Q.       Yes.
15 A.       Yes.
16 Q.       And did your local pharmacy fill that
17 prescription?
18 A.       Yes.
19 Q.       And do you recall how many prescriptions
20 were filled by your local pharmacy for steroids --
21 A.       I don't.
22 Q.       -- that were written by Dr. Lindner?
23 A.       No.
24 Q.       Okay.  Was it -- it was more than one or
25 just one?

Page 190

1           MR. LAMB:  Objection to form.  Is
2  there a time period we're talking about here or ...
3  Q.       Yeah, let's say -- well, let's say August
4  to October 2022.
5  A.       I have no idea.
6  Q.       Okay.  And how about --
7  A.       I could look it up, I'm sure, but I -- I'm
8  sure you could look it up, too.  I mean, I'm sure it's
9  in the record is what I mean, but I just don't
10 remember.
11 Q.       Do you recall why Dr. Lindner had you fill
12 prednisone prescription at Tunkhannock and then after
13 that fill a dexamethazone prescription or several
14 prescriptions?
15 A.       I was taking -- he told me I was going to
16 be taking a higher dose, so he was going to switch it
17 to dexamethazone I think.  I'm not sure I'm
18 remembering why he switched me.  Part of it was
19 because it was more potent, and so I could take less
20 pills and get more.
21 Q.       Do you know where Tunkhannock ordered the
22 corticosteroids from?
23 A.       No.
24 Q.       Did you ever have the prescriptions filled
25 at Tunkhannock by way of e-mail and not phone?

Page 191

1  A.       No.
2  Q.       Did you ever ask, when you spoke with
3  someone from Tunkhannock and filling those
4  prescriptions, about any side effects of the steroids?
5  A.       No.
6  Q.       And why not?
7  A.       I was too sick to think straight for one.
8  I was trusting my doctor to -- I was just following my
9  doctor's instructions.
10 Q.       I'm sorry.  I'm just reviewing my notes
11 again so I don't ask repetitive questions which I've
12 already done once or twice.
13          When did you stop treating with
14 Dr. Lindner for babesiosis?
15 A.       When I went in the hospital for emergency
16 surgery.
17 Q.       And when you left the hospital and started
18 rehab, so time period basically December 2022 or all
19 of 2023, are you still treating for babesiosis?
20 A.       Dr. Hart is -- yes, but he's using herbal
21 treatments instead of pharmaceuticals.
22 Q.       Did Dr. Hart formally diagnose you with
23 babesiosis?
24 A.       Yes.
25 Q.       Are you aware of whether babesiosis is a

Page 192

1  recognized diagnosis by infectious disease doctors?
2  A.      I don't know. I know it's recognized by
3  insurance.
4  Q.      And why do you say that?
5  A.      Because my insurance covers babesiosis
6  treatment.
7  Q.      Okay. Are you treating currently with
8  anyone -- any other treatment provider other than Dr.
9  Hart for babes -- babesiosis?
10 A.      No.
11 Q.      Is your condition, physical condition,
12 better, the same or worse in 2023 than it was up to
13 October of 2022?
14         MR. LAMB: Object to form. You can
15 answer.
16 A.      Am I better in '23 than I was in 2022?
17 Q.      Yeah. So I'll rephrase it a different way.
18 After leaving the hospital and going to rehab through
19 the present time, and you're treating with Dr. Hart
20 for babesiosis after the surgery and after the rehab
21 has been completed, would you say that your condition,
22 physical condition, is better, the same or worse than
23 it was in the months leading up to the hospitalization
24 in October of 2022?
25         MR. LAMB: Objection to form. You

Page 193

1  can answer.
2  A.      Yeah, I don't even know how to answer that.
3  I mean, some symptoms are better, some are worse.
4  Q.      Okay. And which ones are worse?
5  A.      Well, all the things that were caused by
6  the surgeries; so the pain, the abdominal pain, the
7  bowel problems. I really -- I really wish I could --
8  I had made a list of all the things just because I
9  knew I wouldn't be able to remember them all off the
10 top of my head. Can I look at the list?
11 Q.      Well, I don't want you to look at your
12 list. Let me ask it a little bit of a different way.
13 The symptoms that are associated with tickborne
14 illnesses, and specifically babesiosis, are those
15 symptoms that you had suffered from leading up to your
16 hospitalization in October 2022, better, the same or
17 worse, as we sit here today, than they were in those
18 months leading up to the hospitalization?
19         MR. LAMB: Object to form.
20 A.      Well, that one's much easier to answer.
21 Better.
22 Q.      Better. Okay. And I'm --
23 A.      But --
24 Q.      Yeah, and I just --
25 A.      -- those are the symptoms that I had

Page 194

1  before. Yes, some of these are better. But then I
2  have all this other list of symptoms that I didn't
3  have before and I now have.
4  Q.      And it's fair to say --
5  A.      I'm trying to understand different.
6  Q.      Sure. And it's fair to say, for example,
7  the pain perhaps in your abdomen region post-surgery
8  in the year -- year-and-some months since is worse
9  than it was in earlier part of 2022 before you had the
10 surgery, correct?
11 A.      Right.
12 Q.      Right. And so what I was just trying to
13 understand, that your babesiosis symptoms, the shin
14 pain, the shortness of breath, those conditions, in
15 your opinion, they're better today, as we sit here,
16 than they were in the months leading up to October
17 2022, correct?
18 A.      Yes.
19         MR. LAMB: Objection to form. I want
20 to make sure that objection is noted before her
21 answer.
22         MR. BENEDETTO: Noted, Conor.
23         Ms. Wolking, those are all the
24 questions I have. Thank you for your time. I
25 appreciate it.

Page 195

1         * * *
2         RE-EXAMINATION
3  BY MS. SHWED:
4  Q.      Ms. Wolking, can I just ask you one
5  follow-up? You said that Dr. Hart is treating you
6  with -- I think you said herbal remedies for the
7  babesiosis. Do you know what they are? And if you
8  don't know what they are, do you think you can put
9  together a list that we can get from counsel?
10 A.      Sure. I can give a list to counsel, yeah.
11         MS. SHWED: Do you mind doing that,
12 Conor, just getting a list of what's prescribed, how
13 long it was prescribed, dose, and how often you have
14 to take it?
15         MR. LAMB: Yes, we can work on that.
16         MS. SHWED: Okay. Those are all the
17 questions that I have. Thank you, Ms. Wolking.
18         THE WITNESS: Okay.
19         * * *
20         EXAMINATION
21 BY MR. LAMB:
22 Q.      I have a few questions. Is it okay if we
23 just go ahead with those now?
24 A.      Sure.
25 Q.      Do you need a break or anything?

Page 196

1  A.    Sure.

2  Q.    Okay.  Ms. Wolking, a couple times in the

3  deposition today you mentioned Dr. Lindner writing to

4  you by e-mail or talking to you about his daughter.

5  Can you explain the context in which Dr. Lindner would

6  mention his daughter to you?

7  A.    Yeah.  He just talked about her, that he

8  had treated her and she was -- you know, he told me

9  her story, that she had been really ill, and that he

10 had helped her immensely, and she was doing really

11 well now.  And that was always an encouragement for me

12 to -- to keep at this, because I thought that he had

13 found the answer.

14         And -- you know, and every time he

15 would tell me in an e-mail, you know, he would assure

16 me that everything was okay, that -- because he told

17 me -- in one e-mail I remember that she was taking

18 1200 milligrams of steroid a day; and so, you know, it

19 was okay that I was taking so much.

20         And another time I remember him

21 mentioning her, that she, you know, got so weak she

22 couldn't get off the toilet; and so that assured me

23 that it was okay that I was so weak I couldn't get off

24 the toilet.  And -- or that she couldn't get out of

25 bed or whatever.

Page 197

1         So the fact that he kept mentioning

2  her, you know, just kept giving me, you know, belief

3  that it was going to -- that I was on the right path;

4  that I needed to keep listening to him and follow what

5  he said.

6  Q.    In that time period from June of 2021 until

7  your hospitalization in October 2022, did Dr. Lindner

8  mention his daughter more than once?

9  A.    Yes, many times.

10 Q.    In the many times that he mentioned her,

11 did you have any conclusions as to whether her illness

12 was the same as yours?

13         MS. SHWED:  Objection to form.

14 A.    What was the question?

15 Q.    Maybe I can ask it this way.  From the

16 conversations that you had with Dr. Lindner and

17 e-mails in which he brought up his daughter, what was

18 your belief as to the nature of her illness?

19 A.    That she had babesiosis -- I usually call

20 it Babesia, but that she had that, and that she was

21 getting better, and -- or had gotten a lot better.  He

22 said she was now functional.  And so I thought that

23 was the same as me.

24 Q.    What was your impression of how Dr. Lindner

25 was treating his daughter compared to how he was

Page 198

1  treating you?

2         MS. SHWED:  Just objection to form.

3  A.    What was the first few words?

4  Q.    What was your impression of how Dr. Lindner

5  was treating his daughter compared to how he was

6  treating you?

7  A.    I thought he was --

8         THE REPORTER:  Hold on.  I'm -- hold

9  on.  I'm losing the audio.  I can't hear.

10         MS. SHWED:  Yeah, I -- I didn't

11 hear --

12         MR. LAMB:  Okay.  What was the last

13 -- I can speak up a little bit, too.  What was the

14 last you had, Christine?

15         (The referred-to portion of the

16 record was read by the reporter.)

17         MR. LAMB:  Okay.  I'll ask that

18 question again, and then we can go from there.

19 BY MR. LAMB:

20 Q.    What was your impression of how Dr. Lindner

21 was treating his daughter compared to how he was

22 treating you?

23 A.    I thought it was the same, and that was a

24 good thing because he said she was doing well.

25 Q.    And what made you think it was the same?

Page 199

1  A.    He would refer to the -- the scene or the

2  medicines that she had taken and that I was taking.

3  Q.    And are you aware of what recently happened

4  to Dr. Lindner's daughter?

5  A.    Yes.

6  Q.    And you're aware that she's passed away?

7         MS. SHWED:  I didn't hear if she

8  answered or not.  I'm sorry.

9         THE WITNESS:  Yes.

10         MS. SHWED:  Okay.

11 BY MR. LAMB:

12 Q.    Has that had any effect on you?

13         MS. SHWED:  Yeah, just objection to

14 form.

15 A.    Clearly.

16 Q.    Can you describe the effect on you that it

17 had to learn that Dr. Lindner's daughter passed away?

18 A.    Well, I feel horrible for him, but it

19 definitely makes me afraid for the future.  Did what

20 he did cause more damage than I know?  And I don't --

21 I just don't know.

22 Q.    When you say afraid that it caused more

23 damage, to who?

24 A.    It seems so selfish to say, but to me.  I

25 don't know what this treatment or this constant

Page 200

1  steroids, you know, is doing to me. And I don't know
2  if there's going to be -- I'm afraid there's going to
3  be long-term damage or effects from that. I just
4  don't understand it. He said she was doing well.
5          MR. LAMB: Those are all the
6  questions that I have.
7              * * *
8          RE-EXAMINATION
9  BY MS. SHWED:
10 Q.      Just one follow-up, Mrs. Wolking. As you
11 sit here today, do you know what caused the death of
12 his daughter?
13 A.      I only know what the obituary said, that
14 she lost her battle to tickborne illness, so I can
15 only assume it's from tickborne illness or the
16 treatment thereof.
17 Q.      Okay. And that's the only information that
18 you have is what's listed in the obituary?
19 A.      Correct.
20 Q.      Okay. Thank you.
21 A.      Do you know anything?
22 Q.      I wish I could tell you, but I have
23 privilege. I'm sorry.
24 A.      Oh, that's true.
25 Q.      And to be honest with you, I don't know.

Page 201

1          MS. SHWED: Those are all the
2  questions that I have.
3          THE VIDEOGRAPHER: This concludes the
4  video deposition. The time is 3:02 p.m.
5          (Videotaped deposition concluded.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1                    C E R T I F I C A T E

2

3                    I do hereby certify that I am a
   Notary Public in good standing, that the aforesaid
   testimony was taken before me, pursuant to notice, at
4  the time and place indicated; that said deponent was
   by me duly sworn to tell the truth, the whole truth,
5  and nothing but the truth; that the testimony of said
   deponent was correctly recorded in machine shorthand
6  by me and thereafter transcribed under my supervision
   with computer-aided transcription; that the deposition
7  is a true and correct record of the testimony given by
   the witness; and that I am neither of counsel nor kin
8  to any party in said action, nor interested in the
   outcome thereof.

9

                     WITNESS my hand and official seal
10 this 26th day of January, 2024.

11

12                   *Christine L Pelanne*

13                   _____
                     Notary Public

14

15

16

17

18

19

20

21

22

23

24

25

1                    INSTRUCTIONS TO WITNESS

2

3

4                         Please read your deposition over

5    carefully and make any necessary corrections.  You

6    should state the reason in the appropriate space on

7    the errata sheet for any corrections that are made.

8                         After doing so, please sign the

9    errata sheet and date it.

10                        You are signing same subject to the

11   changes you have noted on the errata sheet, which will

12   be attached to your deposition.

13                        It is imperative that you return the

14   original errata sheet to the deposing attorney within

15   thirty (30) days of receipt of the deposition

16   transcript by you.  If you fail to do so, the

17   deposition transcript may be deemed to be accurate and

18   may be used in court.

19

20

21

22

23

24

25

```
 1                          ERRATA SHEET
 2     _____
 3     PAGE      LINE      FROM                TO
 4     _____!_____!_____!_____
 5     _____!_____!_____!_____
 6     _____!_____!_____!_____
 7     _____!_____!_____!_____
 8     _____!_____!_____!_____
 9     _____!_____!_____!_____
10     _____!_____!_____!_____
11     _____!_____!_____!_____
12     _____!_____!_____!_____
13     _____!_____!_____!_____
14     _____!_____!_____!_____
15     _____!_____!_____!_____
16     _____!_____!_____!_____
17     _____!_____!_____!_____
18     _____!_____!_____!_____
19     _____!_____!_____!_____
20     _____!_____!_____!_____
21     _____!_____!_____!_____
22     _____!_____!_____!_____
23     _____!_____!_____!_____
24     _____!_____!_____!_____
25     Assignment Number:  8200
```

```
 1                ACKNOWLEDGMENT OF DEPONENT

 2

 3             I, _____, do

 4   hereby certify that I have read the foregoing pages

 5   _____ to _____ and that the same is a correct

 6   transcription of the answers given by me to the

 7   questions therein propounded, except for the

 8   corrections or changes in form or substance, if any,

 9   noted in the attached Errata Sheet.

10

11

12   _____      _____

13   DATE                  SIGNATURE

14

15   Subscribed and sworn to before me this

16

17   _____ day of _____, 201____.

18

19   My commission expires:_____

20

21   _____

22   Notary Public

23

24   Assignment Number:  8200

25
```

Case 3:23-cv-00806-JFS  Document 48-1  Filed 04/26/24  Page 59 of 84  Page: 1
Deposition of Stacey Wolking
Stacey Wolking v. Henry Lindner, M.D., et al

## WORD INDEX

**< 0 >**
**000001-000004**  3:*14*
**000070-000071**  3:*14*

**< 1 >**
**1**  3:*12*  25:*19, 23*
*27:13*
**1:16**  120:*19*
**10**  4:*2*  146:*4*  154:*19*
*187:17*
**10:00**  1:*18*
**100**  27:*20*
**11**  55:*10*
**11:05**  55:*21*
**11:14**  55:*25*
**11:27**  65:*3*
**11:29**  65:*8*
**12.5**  28:*6*
**12:21**  103:*11*
**12:25**  103:*17*
**12:48**  120:*15*
**1200**  196:*18*
**13**  32:*8*
**15**  122:*8*  154:*16*
**1525**  2:*3*
**17036**  1:*24*
**172**  3:*4*
**18**  23:*10*  173:*25*
**18503**  2:*8*
**19**  173:*25*
**19102**  2:*4*
**19103**  2:*13*
**195**  3:*4*
**19th**  2:*3*  104:*15*
*105:1*
**1st**  32:*8*

**< 2 >**
**2**  154:*15*  161:*8*
**2.5**  28:*4*
**2:24**  173:*12, 18*
**20**  13:*25*  14:*18*
*15:20*  100:*12*  120:*8*
*150:4*  154:*15*
**200**  3:*4*
**2001**  2:*13*

**2008**  72:*7, 14*  73:*2*
*175:7*  177:*14*  178:*12,*
*19, 20, 23*  179:*13, 23*
**201**  205:*17*
**2013**  9:*18*  35:*18*
**2018**  72:*11*  77:*15, 17,*
*23*  78:*2*
**2020**  19:*22*
**2021**  44:*23*  78:*8, 15*
*80:13, 17, 20, 23*  81:*7,*
*12, 13*  83:*7, 19, 22, 23*
*84:1*  85:*18*  86:*4*
*87:2, 22, 23*  88:*21*
*111:9*  177:*1*  178:*25*
*181:5*  183:*9*  184:*18*
*197:6*
**2022**  61:*23*  71:*2, 7,*
*19*  84:*20, 25*  85:*2, 8*
*88:1, 7, 21*  90:*1, 5, 9,*
*13, 16, 23*  91:*10, 11,*
*15*  92:*6, 13*  94:*6*
*95:24*  96:*22, 24, 25*
*98:3*  99:*16, 24*  101:*4*
*103:1*  104:*4*  105:*1*
*106:4*  107:*16*  108:*16*
*109:1*  110:*15*  111:*10*
*112:15, 17*  147:*23, 24*
*183:10*  184:*5, 19*
*186:17, 21*  189:*5*
*190:4*  191:*18*  192:*13,*
*16, 24*  193:*16*  194:*9,*
*17*  197:*7*
**2023**  9:*18*  18:*1*
*22:17*  148:*1*  150:*5*
*151:1, 14*  157:*24*
*191:19*  192:*12*
**2024**  1:*18*  4:*2*  10:*6*
*202:10*
**20-some**  15:*22*
**20-something**  19:*19,*
*20*
**21**  10:*6, 10*  35:*23*
*41:23*  56:*22*  62:*5*
*80:2*  82:*23*  87:*2*
*94:15, 18*  95:*9, 20*
*163:24*
**215-772-1000**  2:*4*
**215-972-0161**  2:*14*
**21st**  150:*4, 25*

**22**  20:*10*  82:*23*  85:*6*
*94:15*  95:*6, 21*  100:*4,*
*13*
**23**  10:*10*  22:*9*  80:*3*
*148:5*  164:*20*  169:*4*
*192:16*
**24**  138:*23*  139:*2*
**25**  3:*12*  102:*21*
*104:6, 10*
**26**  19:*12*
**26th**  202:*10*
**28th**  133:*21*

**< 3 >**
**3**  32:*18*
**3:02**  201:*4*
**3:23-CV-00806-JFS**
*1:6*
**30**  120:*8*  203:*15*
**300**  105:*2, 6, 13*
**32**  19:*12*
**3810**  2:*13*

**< 4 >**
**4**  3:*4*  41:*15*
**40**  102:*22*  104:*7, 11*
**415**  2:*8*

**< 5 >**
**570-347-0600**  2:*9*
**573**  1:*23*

**< 6 >**
**6**  44:*23*
**612-2403**  1:*24*
**6th**  41:*23*

**< 7 >**
**7:17**  71:*8*
**70**  71:*1, 3, 9*  96:*3*
**71**  103:*19*
**717**  1:*24*
**7th**  112:*17*  117:*17,*
*19*  133:*21*  150:*24*
*184:5*

**< 8 >**
**8**  1:*18*  71:*18*
**8200**  204:*25*  205:*24*

**8th**  4:*2*  71:*2, 7*

**< 9 >**
**9**  154:*19*
**9/26/62**  9:*15*

**< A >**
**a.m**  1:*18*  4:*3*  55:*22,*
*25*  65:*3, 8*  71:*8*
**abdomen**  113:*1*
*135:17*  142:*23*
*151:24*  152:*3, 6*
*165:22*  167:*5*  194:*7*
**abdominal**  80:*22*
*113:7, 12*  114:*17*
*116:1*  123:*2*  135:*18*
*139:22*  151:*20*  193:*6*
**able**  66:*19*  71:*9*
*73:23*  76:*10*  87:*24*
*89:14*  106:*3*  107:*9*
*112:5, 7*  115:*11*
*120:3*  129:*17*  135:*8*
*137:15*  138:*10, 22*
*144:25*  147:*4, 9, 10*
*149:23*  155:*10, 21*
*159:18*  193:*9*
**accept**  186:*4*
**acceptable**  8:*2*  25:*18*
**accepted**  33:*14, 20*
**access**  76:*8*
**accounting**  16:*12*
**accurate**  40:*14*
*82:24*  91:*16*  123:*5, 9*
*128:14, 19*  133:*14, 15*
*203:17*
**aches**  29:*7, 8*  157:*16*
*158:6*
**achiness**  158:*15*
**aching**  159:*7*
**acknowledged**  94:*3*
**ACKNOWLEDGMEN
T**  205:*1*
**ACTION**  1:*1*  202:*8*
**activate**  155:*17*
**active**  34:*9*  159:*11,*
*12*
**activities**  158:*17*
**add**  143:*10*
**added**  58:*13*  88:*12*
*98:12*  143:*12*

Case 3:23-cv-00806-JFS    Document 48-1    Filed 04/26/24    Page 60 of 84    Page: 2
Deposition of Stacey Wolking
Stacey Wolking v. Henry Lindner, M.D., et al

**addition** 109:*11*
183:*3*
**additional** 36:*11*
39:*21* 65:*13* 87:*3*
182:*5*
**address** 55:7 59:*10*
70:*13* 131:2 162:*10*
163:*14, 16, 19* 187:8
**addressed** 163:*9*
**adjusting** 61:*4*
**administrative** 19:*8*
**administrator** 10:*3*
**admission** 20:*14*
106:*23* 110:*16*
**adrenals** 154:*24*
155:6, *16*
**advised** 85:*10*
**affect** 100:*15*
**affiliated** 150:*13*
**affirmatively** 188:*21*
**afford** 75:*25*
**aforesaid** 202:*3*
**afraid** 199:*19, 22*
200:*2*
**aggravated** 159:*11*
**aggressive** 85:*10, 19,*
*24* 86:*3* 88:*2* 111:*12*
**aggressively** 114:*3*
**ago** 25:*14* 114:*22*
173:*25* 185:*23*
**agree** 137:*1*
**agreed** 85:*23* 137:*23*
**ahead** 12:*5* 34:*25*
68:*13* 74:*13* 111:*24*
155:*2* 195:*23*
**air** 8:*9*
**al** 4:*5*
**alarm** 155:*1* 176:*15*
**alarmed** 65:*19*
**all-body** 159:*2*
**allow** 7:*5* 54:*4*
**allowed** 54:*25* 67:*11,*
*16*
**ambulance** 119:*6, 16*
121:*4* 122:*4, 13*
125:*2*
**America** 43:*2*
**amount** 182:*11*
187:*11, 22*
**amounts** 183:*5*

**AMY** 2:7 4:*15* 5:*3*
6:*1* 46:*10* 74:*9*
**and/or** 48:*16*
**anniversaries** 72:*22*
**annual** 35:*21* 39:*12,*
*19*
**answer** 6:*13* 7:6, *12*
29:*20* 36:6 38:*15*
39:8 44:*25* 49:*12, 18*
50:*2, 10* 53:*15* 54:*21*
56:*4, 18* 58:*24* 59:*15*
77:*4* 86:*10* 93:*19, 24*
97:*6* 109:*24* 111:*24*
120:*22* 163:*20* 178:*9*
181:*12, 24* 189:*3*
192:*15* 193:*1, 2, 20*
194:*21* 196:*13*
**answered** 142:*13*
199:*8*
**answers** 11:*20* 205:*6*
**anti** 54:*12*
**antibabesial** 78:*14*
80:*14* 81:*14* 84:*2*
85:*10* 88:*2* 92:*7*
98:*18* 101:*5* 105:*3*
107:*21* 111:*11*
**antibabesials** 78:*8*
83:7 86:7 98:*11*
**antibiotic** 88:*14*
**antibiotics** 51:*20*
52:*2, 3* 54:*13* 68:*4*
75:*3, 4, 5*
**antimalarial** 182:*12*
**antimalarials** 54:*13*
**antimicrobials** 51:*20,*
*22* 68:*4* 182:*11*
**anxiety** 52:*24* 167:*13*
**anybody** 9:*4* 102:*8*
114:*19* 125:*18* 139:*8*
163:*5, 6* 168:*5*
**anymore** 67:*9* 75:*25*
134:*19* 136:*12*
141:*13* 146:*16* 155:*7*
161:*22* 169:*12*
**anyway** 120:*2*
**apart** 109:*18* 169:*15*
**apologize** 103:*6*
119:*21* 145:*5* 155:*4*
172:*12*

**APOTHECARY** 1:*9*
2:*15* 4:*18*
**apparently** 88:*9, 10*
**APPEARANCES** 2:*1*
4:*11*
**appeared** 35:*18*
71:*17*
**appears** 26:*6* 32:*23*
**applied** 28:*23*
**apply** 69:*22* 172:*18*
**appointment** 35:*21*
39:*10, 12* 40:*4* 56:*22*
58:*6* 148:*23* 149:*16*
**appointments** 11:*10*
**appreciate** 171:*22*
194:*25*
**approached** 22:*10*
**appropriate** 203:*6*
**approved** 34:*12, 15*
48:*15, 17, 24* 49:*3, 9,*
*25* 50:*7, 22* 183:*4*
**approving** 50:*8*
**approximately** 179:*8*
**April** 22:*9, 17* 148:*5*
151:*14*
**arms** 135:*11*
**arrive** 122:*3*
**arriving** 122:*16*
123:*6*
**arrow** 29:*12*
**Arte-M** 88:*12* 89:7
92:7, *9*
**A-R-T-E-M** 89:*6*
**Ashwed@c-wlaw.com**
2:*9*
**asked** 14:*17* 42:*20*
45:*4* 46:*22* 58:*21*
66:*16* 67:*4, 14, 15*
94:*24* 100:*9* 109:*12*
180:*14* 185:*1* 189:*3*
**asking** 6:*4* 11:*12*
19:*15* 22:*12* 46:*11*
50:*12* 55:*1* 59:*16*
81:*11* 95:*11* 113:*20*
139:*12, 14* 148:*20*
187:*14*
**assess** 112:*5, 12*
**Assignment** 204:*25*
205:*24*

**assist** 115:*2*
**assistance** 147:*11*
**associated** 72:*25*
184:*24* 193:*13*
**associating** 36:*3*
**Association** 18:*12*
**assume** 102:*12*
200:*15*
**assuming** 35:*1*
**assure** 196:*15*
**assured** 110:8 196:*22*
**assuring** 66:*20*
**Aswad** 126:*3, 7, 12,*
*24*
**A-S-W-A-D** 126:*3*
**A-T-O-V-A-Q-O-U-N-**
**E** 90:*6*
**Atovaquone** 82:*1, 6,*
*14, 18, 20, 24* 84:*10*
86:*14* 88:*13, 20*
94:*19*
**A-T-O-V-A-Q-U-O-N-**
**E** 81:*21*
**attached** 203:*12*
205:*9*
**attaches** 144:*5*
**attempt** 20:*24*
**attempting** 52:*21*
**attention** 52:*5*
**Attorney** 5:*11* 9:*3*
203:*14*
**attribute** 148:*16*
**attributed** 62:*23*
164:*10*
**attributing** 109:*21*
164:*9*
**audio** 93:*15, 16*
198:*9*
**August** 58:*11* 104:*15*
105:*1* 106:*3* 107:*16,*
*18* 108:*9, 16* 109:*1*
151:*23* 153:*3* 186:*17,*
*22* 189:*5* 190:*3*
**available** 18:*18*
45:*19* 69:*10, 16, 21*
**Avenue** 2:*8*
**awake** 138:*24*
**aware** 174:*17* 191:*25*
199:*3, 6*

awful 134:*12*
azithro 88:*9, 11, 13*
azithromycin 82:*24*

< B >
babe 85:*4*
babes 192:*9*
Babesia 11:*9* 15:*6*
51:*25* 52:*4* 53:*24*
62:*14* 63:*10* 66:*20*
73:*13, 16* 74:*4* 76:*18*
84:*8, 9, 16* 91:*24*
101:*12* 110:*2, 7*
164:*12, 14, 15* 177:*13,
17, 19* 179:*25* 182:*16*
184:*16* 197:*20*
babesiosis 12:*14, 22*
16:*3* 20:*8* 31:*14*
35:*8, 19* 36:*13* 37:*14,
25* 38:*24* 39:*2* 41:*17*
42:*25* 43:*13, 20*
45:*18* 48:*20* 50:*17*
51:*3, 10* 52:*8* 54:*15,
19* 55:*3* 56:*9* 58:*20*
59:*23* 60:*4* 61:*17, 22*
64:*21* 70:*1* 73:*21, 24*
77:*2, 8, 12* 85:*1, 5*
90:*18* 94:*7* 157:*13*
177:*4, 8, 17* 179:*25*
181:*7, 9* 182:*6*
191:*14, 19, 23, 25*
192:*5, 9, 20* 193:*14*
194:*13* 195:*7* 197:*19*
back 20:*11, 24* 21:*2*
22:*6, 8, 11* 26:*21*
41:*17* 55:*17* 67:*14*
76:*13* 77:*14* 97:*19*
101:*18* 103:*19, 25*
106:*9, 20* 114:*1*
117:*8* 119:*16* 120:*10*
121:*4* 137:*2, 8* 138:*9*
140:*11* 167:*1, 4, 17*
169:*14* 173:*22, 23*
175:*18* 177:*14*
178:*12, 19* 179:*12, 23*
background 9:*16*
16:*9* 144:*9*
bad 7:*14* 25:*16*
36:*8* 42:*16* 90:*25*

91:*1, 6* 117:*6* 134:*15,
16* 156:*9* 167:*12*
bag 144:*4, 5* 166:*3*
balance 131:*22*
Bartonella 74:*5*
177:*19*
base 57:*13*
based 33:*23* 43:*24*
44:*8* 45:*10, 19* 72:*20*
74:*3* 111:*16* 177:*5*
basically 11:*25* 12:*1*
175:*17* 191:*18*
basis 107:*9* 146:*18*
Bates 103:*20*
bathroom 117:*24*
118:*6, 11*
battle 136:*11* 200:*14*
bear 173:*5*
bed 87:*24* 108:*19*
118:*12, 14* 158:*12*
196:*25*
bedridden 106:*5*
107:*10, 13, 17, 24*
began 78:*7* 87:*13*
113:*6, 7*
begging 119:*10*
181:*17*
beginning 51:*13*
133:*24*
behalf 4:*17* 172:*23*
behavioral 175:*5*
belabor 40:*6*
belief 127:*6* 130:*2*
177:*23* 178:*11* 197:*2,
18*
believe 17:*20* 27:*15*
32:*9* 35:*23* 36:*14*
37:*22, 23* 41:*8* 56:*22*
62:*5* 77:*13* 80:*16*
98:*16* 100:*12* 107:*18*
117:*10* 128:*2* 141:*22*
150:*15* 171:*2* 179:*17*
189:*2*
believed 43:*20* 127:*5*
148:*24*
believes 155:*20*
believing 57:*8* 67:*20*
110:*22* 131:*20*
beloved 29:*13*

BENEDETTO 2:*12*
3:*4* 172:*7, 10* 173:*9,
13, 19* 194:*22*
benefit 72:*15, 17*
97:*3* 98:*5* 105:*12*
110:*23* 111:*14* 112:*1*
115:*23*
best 7:*4* 29:*21* 30:*3*
31:*8* 33:*3* 34:*17*
39:*20* 40:*8* 49:*22*
60:*5* 64:*3, 23* 65:*11*
68:*17* 88:*8* 93:*19*
108:*9* 139:*19* 140:*13*
180:*23*
better 5:*22, 23* 34:*22,
23* 40:*15* 61:*9* 66:*23*
78:*3* 82:*11, 12* 86:*8,
20* 91:*4* 94:*9* 97:*9*
98:*16, 24* 104:*22*
112:*6, 13* 139:*17*
141:*16* 142:*20* 158:*5,
9, 13* 159:*16, 18, 19*
161:*24, 25* 164:*6, 7*
192:*12, 16, 22* 193:*3,
16, 21, 22* 194:*1, 15*
197:*21*
beyond 48:*21*
big 36:*23* 61:*5*
87:*10, 18* 94:*25*
129:*3*
bigger 104:*21*
biggest 122:*25*
Bill 23:*15* 24:*5, 10*
31:*22* 174:*24*
bills 149:*23*
Bioidentical 32:*19*
biotoxin 26:*11* 27:*8*
birth 9:*14*
bit 6:*20* 16:*6* 22:*20*
26:*8* 35:*13* 56:*8*
64:*18* 91:*9* 104:*18*
111:*7* 116:*6* 123:*11*
156:*7* 158:*21* 179:*21*
193:*12* 198:*13*
bite 72:*7, 14, 18, 24,
25* 73:*2, 5, 9* 175:*19*
176:*15*
bites 176:*12*
blank 149:*19*

blanking 154:*5*
blends 73:*12*
blood 60:*3* 92:*10*
134:*10, 14*
bloodstream 59:*24*
blow 82:*4, 5*
blue 69:*6, 20*
blur 90:*20*
blurbs 170:*19*
blurry 63:*11* 68:*15*
board 50:*21* 65:*21,
24* 67:*2*
body 97:*24* 142:*24*
143:*4* 157:*16* 158:*6,
15* 159:*7* 168:*11*
175:*19*
body's 62:*12*
bottle 70:*16, 17, 18*
bottles 187:*16*
bottom 32:*5* 33:*2*
41:*21* 54:*1* 71:*8, 10*
104:*20*
bounce 59:*20*
bowel 20:*15* 61:*24*
110:*17* 116:*3* 121:*24*
125:*11, 19* 126:*10, 13,
14* 131:*24* 132:*23*
151:*12* 165:*13, 17*
166:*6, 9, 16* 167:*24*
185:*17* 193:*7*
box 29:*25*
boxes 76:*17*
brain 63:*14* 157:*2,
16* 159:*15* 160:*22*
161:*2*
break 6:*4, 6, 11, 13,
20* 55:*11* 56:*2, 3*
95:*18* 119:*19, 24*
120:*2, 21, 22* 122:*4*
125:*25* 127:*19* 144:*6*
169:*10, 13, 14* 171:*24*
172:*5* 195:*25*
breakfast 116:*12*
breaking 144:*14*
breaks 95:*10*
breath 14:*6* 36:*21*
41:*1* 90:*12, 19* 164:*3,
4, 11* 177:*11* 181:*19*
194:*14*

**Brief** 55:23 56:2
65:4 103:13 120:17
**briefly** 187:1
**bring** 21:2 25:22
41:14, 17 103:18
110:16 175:7
**brings** 110:15
**broaden** 111:7
**broadly** 33:13, 20
**brother** 133:7
137:18 184:4
**brought** 197:17
**budget** 21:1
**bump** 119:17 122:6
**bunch** 150:10 175:14
**butcher** 81:19

**< C >**
**calendar** 83:23 84:1
86:5 87:2, 23 94:15
**call** 24:22 40:10
52:5 63:3 70:5, 12
85:4 131:22 136:24
137:2, 8 139:4
146:25 187:4, 5
197:19
**called** 21:17 31:19
43:20 45:17 62:7
70:4, 5 73:15 115:1
138:8
**calls** 19:6
**calm** 153:1
**calmed** 107:5
**camera** 61:4 172:11,
13
**cane** 158:18
**car** 158:21
**cardiac** 53:1
**cardiologist** 164:18,
19, 22, 24
**cardiology** 165:7
**care** 10:16 11:1, 17
16:1, 6 22:21 24:4
30:17, 20, 23 31:1
61:25 72:1 98:4
100:11, 13 127:21
134:2 137:3, 7, 8
138:9 139:11 143:18,
25 144:2, 19 149:19

164:5
**careful** 7:1
**carefully** 203:5
**Carol** 59:4 67:15
171:4, 7, 9, 11
**carrier** 9:25
**case** 5:5
**cases** 187:18
**CAT** 119:11
**categories** 131:16
**cause** 14:23 37:2
53:13, 23, 25 125:19
126:12, 13, 19 127:5,
7, 8 130:11 168:12
199:20
**caused** 96:12, 16
99:2 117:18 124:11
125:11 126:25
130:25 131:4, 24
137:12 148:24
151:18, 19 168:4, 5
185:13 186:2 193:5
199:22 200:11
**causing** 35:25 36:4
38:9, 23 39:16, 20
40:21 111:3 122:6
139:21 157:12
158:25 159:6
**CENTER** 1:10 2:15
67:10
**Centers** 43:1
**century** 155:13
**certain** 7:24 19:6
58:1 146:25
**certainly** 8:5 55:14
**certification** 114:25
**certified** 114:25
**certify** 202:1 205:4
**chair** 61:6
**chairs** 158:19
**challenging** 6:17, 19
158:21
**change** 19:2 88:21
112:20 117:18
135:19 137:13 144:5
156:25 157:7, 8
**changed** 88:5 92:21
144:5 166:25
**changes** 203:11

205:8
**changing** 186:10
**charge** 126:5
**chart** 58:14 59:21
70:25 78:7 170:3, 6
**check** 28:22
**checked** 29:4, 6, 25
**chemo** 14:20 15:2
**chest** 14:8 36:20
41:2
**Christine** 1:19 4:9
93:23 198:14
**Christmas** 147:24
168:3
**Chronic** 41:16 42:25
43:20
**chronologically** 181:5
**church** 174:9
**Cigna** 10:3, 4, 5, 14
**Cincinnati** 16:17, 25
**CIPRIANI** 2:7
**circumstances** 31:7
**CIVIL** 1:1
**claiming** 15:7, 12, 14,
17
**clarify** 38:18 39:24
114:21
**classes** 16:23 17:2
**classic** 177:7
**clear** 5:15 7:9
11:15 14:4 63:7
123:5, 7 126:23
138:16, 17 139:3, 4
**clearance** 165:1, 9
**cleared** 179:3
**Clearly** 199:15
**client** 169:21 172:23
**clinical** 45:20, 24
**close** 115:16 166:19
**closed** 119:1
**closer** 121:11
**closest** 184:12
**co-existing** 73:20
**cognition** 52:25
**co-infections** 73:16
74:2 75:22 177:19
180:4, 8
**Cold** 29:10 155:25
156:9

**collapse** 108:20
**colleague** 172:13
**colleagues** 174:6
**colostomy** 123:2
124:9 143:16 144:3
145:10 147:2 150:6,
19, 20, 23 151:5, 20
152:2, 7 165:20, 25
166:3
**combination** 143:20
**come** 7:16 22:11
24:21 55:17 70:17
119:25 120:10
123:18 130:5 139:10
146:15 155:10
175:12
**comes** 38:7
**comfort** 56:3
**coming** 85:20 88:7
119:2 130:24 138:20
139:20 144:7 156:8
**commencing** 1:18
**comment** 130:23
**commercially** 45:19
**commission** 205:19
**communicate** 87:17
**communicated** 57:1
62:17
**communicating** 117:8
**communication** 56:19
60:12 109:2 113:8
169:19, 22
**communications**
56:21
**compared** 170:12
197:25 198:5, 21
**complained** 40:22, 23
185:24
**completed** 16:12
192:21
**completely** 7:5 75:14,
16 108:25 129:21
135:10
**complications** 6:3
52:21 53:4, 8 151:4,
13
**COMPOUNDING**
1:10 2:15 67:10
**computer-aided** 202:6
**con** 114:14 124:19

concern 101:*21*
113:*24* 140:*9*
concerned 65:*20*
130:*16*
concerning 181:*6*
concerns 33:*18* 34:*2*,
*14* 46:*8* 58:*21* 66:*24*
140:*2*
concierge 75:*24* 76:*4*
concluded 201:*5*
concludes 201:*3*
conclusion 177:2
conclusions 197:*11*
concurrent 189:*9*
concurrently 189:*4*
condition 46:*4* 47:*18*
94:*9* 124:*11* 192:*11*,
*21*, *22*
conditions 24:*18*
26:*11* 28:*25* 157:*1*
194:*14*
confidence 167:*15*
confirm 70:*3*, *13*
187:*8* 188:*12*
confirming 188:*17*
conform 33:*25*
confuse 172:*25*
connection 111:*20*
connects 152:*23*
CONOR 2:*3* 4:*13*
8:*14* 9:*4* 25:*24* 39:*6*
41:*15* 64:*9* 71:*1*, *11*
111:*20*, *23* 194:*22*
195:*12*
Conor.lamb@klinespe
cter.com 2:*5*
CONRAD 2:*12*
172:*14*
Consent 32:*19* 41:*16*
44:*4*, *22* 56:*7* 183:*1*
considered 19:*10*
consist 51:*12*
consistency 144:*18*
147:*1*
consistent 19:*21*
72:*2*, *8* 78:*9*, *13* 81:*8*
88:*3* 94:*21* 99:*17*
133:*22*
consistently 88:*18*
95:*4*

constant 84:*10*
131:*13* 136:*11* 144:*8*,
*12* 161:*4* 199:*25*
constantly 134:*12*
constipation 13:*18*
114:*2*, *3*, *7*, *15* 115:*3*
consult 178:*17*
182:*14* 183:2
consultant 18:*7*, *14*
consultation 31:*5*
182:*5* 188:*14*
consultations 31:*23*
contact 56:*13* 57:*9*,
*25* 113:*14*
contained 170:6
context 196:*5*
continue 46:*5* 56:*3*
119:*18* 130:*10*, *11*
144:*11* 152:*18*
154:*21* 169:*8*
continued 29:*15* 35:8
Continuing 48:*11*
152:*10* 153:*11*
contract 30:9 32:*12*
Control 43:*1* 53:*20*
54:*3*, *10* 106:*21*
136:*16* 138:*10*, *13*
139:*17*, *24*
controlled 37:*11*
141:*12* 143:*7*, *8*
conversation 38:*23*
102:*14* 123:*15*, *16*
124:2, *14*, *19* 125:*8*
127:*3* 129:*6*, *9*
130:*15* 131:*1* 137:*6*
140:*5*
conversations 33:*6*,
*18* 53:*3*, *12* 60:*21*
62:*16* 69:*23* 70:*8*
125:*10* 126:*12*, *16*, *17*,
*22* 127:*12* 128:*4*, *13*,
*15*, *17*, *21* 129:*1*, *4*
139:*7* 140:*3* 197:*16*
converted 121:*10*
convince 137:*1*
cope 105:*2*
copy 186:*18*, *24*
Corn 121:*7*
Cornwall 121:*7*

correct 12:*16* 20:*20*
23:*5* 28:*14*, *20* 30:*5*
35:*10* 37:*7* 41:*21*
42:*1*, *2* 54:*11*, *16*
57:*8*, *11* 60:*2* 67:*20*
69:*2* 73:*22* 78:*5*
94:*6* 100:*9* 110:*21*
121:*17* 127:*1* 131:*20*
133:*19* 136:*13* 137:*6*
143:*16* 146:*22* 150:*3*,
*5*, *22* 151:*1*, *2* 152:*5*
172:*19* 175:*9* 194:*10*,
*17* 200:*19* 202:*7*
205:*5*
corrections 203:*5*, *7*
205:*8*
correctly 15:*11* 28:*1*,
*19* 133:*12* 202:*5*
corticosteroid 182:*13*
corticosteroids
184:*25* 185:*18* 186:*7*
190:*22*
corticosteroids/DHEA
54:*3*
cortisol 155:*7*
cough 156:*9*, *16*
counsel 4:*10* 5:*10*
170:*8*, *12*, *15*, *23*
171:*20* 172:*18* 195:*9*,
*10* 202:*7*
counselor 169:*5*, *7*
count 96:*14*
couple 22:*25* 23:*13*
55:*16* 59:*20* 61:*20*
110:*20* 124:*4* 159:*20*
174:*13* 196:2
course 6:*9* 7:*10*, *25*
14:*7* 17:*6* 18:*9*
39:*13* 47:*17* 48:*19*
50:*16* 58:*19* 62:*19*
101:*7* 135:*17* 149:*25*
courses 16:*12*
COURT 1:*1* 4:*8*, *12*
74:*16* 103:*25* 203:*18*
cover 172:*12*
covered 68:*1*, *5*, *11*
132:*3* 149:*22* 173:*1*,
*8*
covering 172:*22*
covers 192:*5*

COVID 99:*23*, *24*
100:*1*, *4*, *6*, *14*, *17*
CPA 16:*11*
crackers 116:*10*
cravings 30:2
crazy 125:*22* 126:*19*,
*20* 181:*18*
critical 141:*1*
Crittenden 174:*14*
cuff 29:*14*
cured 75:*16*
curled 118:*16*
curly 167:*3*
current 27:*11*
currently 192:*7*
cut 12:*6*
cuts 21:*1*
CVS 69:*18*

< D >
d/b/a 1:*9* 2:*15*
dad 29:*18*
daily 86:*16* 89:*22*
102:*23* 105:2, *6*
113:*17* 146:*18*
153:*19* 158:*17*
187:*15*
damage 132:*13*, *15*,
*16* 199:*20*, *23* 200:*3*
dangers 140:*22*
DARYL 1:*1*
date 4:*2* 9:*14* 20:*3*
32:*8* 71:*2*, *4*, *15* 72:*1*
103:*3* 169:*24* 203:*9*
205:*13*
dated 41:*23* 44:*23*
71:*7*, *18*
dates 20:*18* 94:*5*
112:*24*
daughter 66:*20*
110:*9* 137:*19* 174:*7*
181:*23* 186:*3* 196:*4*,
*6* 197:*8*, *17*, *25* 198:*5*,
*21* 199:*4*, *17* 200:*12*
David 26:*22* 27:*18*
day 17:*15* 18:*14*
25:*8*, *11* 32:*9*, *15*
39:*18*, *21*, *23* 40:*20*,
*22*, *23* 42:*6* 88:*25*
89:2, *16* 92:*23* 95:*15*

96:*3*  102:*22*  112:*8*
113:*2, 17, 24*  134:*11*
145:*4, 21*  150:*24*
153:*1*  154:*12*  159:*8*
161:*23*  162:*11*
176:*14*  180:*25*
187:*17, 23*  196:*18*
202:*10*  205:*17*
**days**  19:*3, 6*  95:*16*
105:*19*  106:*10*
112:*19*  113:*6, 11, 13*
180:*25*  203:*15*
**day-to-day**  107:*9*
166:*22*
**deal**  94:*25*  105:*10*
114:*6*  144:*6*  169:*11*
177:*23*  183:*15*  186:*5*
**death**  200:*11*
**deathly**  111:*5*  112:*3*
129:*4*  158:*13*
**December**  41:*10*
191:*18*
**decide**  118:*21*
**decided**  106:*13, 14*
134:*1, 7*  137:*7*
**decision**  134:*4*  138:*7*
**deemed**  203:*17*
**Defendants**  1:*10*  5:*5*
**Defense**  3:*12*  18:*11*
25:*19*
**definitely**  40:*15*  41:*8*
77:*19*  80:*4*  86:*15*
108:*13*  112:*12*
117:*20*  126:*16*  127:*4*
146:*13*  158:*21*
159:*11*  164:*6*  167:*6,*
*11, 15*  199:*19*
**degree**  35:2  40:*13*
**dependent**  167:*8*
**deponent**  4:*12*  202:*4,*
*5*  205:*1*
**deposing**  203:*14*
**DEPOSITION**  1:*14*
4:*3, 5*  5:*7, 13*  7:*2, 10,*
*22*  104:*5*  109:*10*
111:*8*  154:*1*  156:*22*
196:*3*  201:*4, 5*  202:*6*
203:*4, 12, 15, 17*
**DEPOSITIONS**  1:*23*
4:*8*  6:*16*  7:*23*  26:*15*

**depression**  29:*11, 16*
52:*24*
**des**  110:*12*
**describe**  29:*23*  56:*12*
63:*15*  86:*6*  87:*14*
118:*17*  146:*6*  199:*16*
**described**  14:*12*
21:*20*  47:*23*  113:*13*
139:*18*  152:*11*
156:*17*  159:*3, 23*
161:*5*
**describing**  29:*17*
38:*8*  40:*20*  134:*21*
158:*7*
**DESCRIPTION**  3:*12*
40:*19*  135:2
**details**  140:*19*
**detectable**  45:*18*
**determined**  64:*19*
**develop**  151:*18*
**Devine**  1:*20, 23*  4:*7,*
*8*
**dexamethasone**  66:*14*
96:*15*  98:*15*
**dexamethazone**
190:*13, 17*
**DHEA**  28:*6*
**diagnose**  43:*8*  176:*3*
182:*8*  191:*22*
**diagnosed**  11:*8*
14:*16*  15:*6*  49:*4*
61:*17*  151:*15*  163:*17*
168:*14*  175:*9, 12*
176:*20*  178:*13*  181:*9*
**diagnosis**  14:*13*  15:*1*
45:*19*  177:*3*  182:*1,*
*14*  192:*1*
**diagnostician**  11:*20*
**diarrhea**  13:*17*
**die-off**  91:*24*  97:*24*
99:*10*  105:*11*  111:*4*
183:*15*  185:*4*
**diet**  146:*22*  166:*8*
**difference**  77:*6*  94:*8*
**differences**  77:*1*
**different**  14:*9*  16:*20*
50:*20*  51:*14, 19*
59:*25*  69:*4*  73:*12, 14*
74:*7*  75:*1, 4*  76:*16*
88:*15*  89:*24*  96:*14*

98:*5*  103:*3*  112:*4*
114:*5*  121:*5*  124:*4*
126:*5, 7*  138:*14*
143:*2, 12*  150:*10*
162:*20*  167:*14*
179:*16*  182:*22, 23*
183:*19*  192:*17*
193:*12*  194:*5*
**difficult**  46:*1*  130:*20*
**difficulty**  129:*19*
**dinner**  116:*13*
**dipping**  93:*4*
**direction**  187:*16*
188:2
**directions**  187:*13*
**directly**  183:*10*
**disagree**  14:*24*  83:*3*
**discharge**  145:*20, 24*
146:*8*
**discharged**  105:*21*
133:*21*  141:*15*  145:*9,*
*12, 22*  146:*3*  147:*5,*
*10*  149:*21*
**discomfort**  80:*22*
165:*18*
**discontinued**  47:*22*
**discovery**  17:*5*
**discuss**  46:*18*  47:*3,*
*14, 20, 25*  49:*15*
53:*16*  93:*11*  102:*1, 4,*
*7*  160:*25*  186:*6*
**discussed**  26:*20*
46:*12*  60:*15*  140:*19*
186:*12*
**discussing**  35:*23*
43:*8*  59:*25*  73:*13*
**discussion**  36:*12*
42:*21*  53:*18*  57:*16*
66:*4, 10*  74:*8*  116:*15*
123:*20*  127:*4*  137:*9,*
*12*  139:*20*  140:*6, 11,*
*14*  155:*18*  160:*11*
173:*15*  186:*9*
**discussions**  30:*12, 18,*
*24*  31:*25*  43:*4, 18*
44:*2, 11*  50:*24*  52:*6*
54:*7*  60:*25*  61:*1, 13,*
*16*  62:*6*  66:*15*  77:*10*
83:*11*  85:*13*  93:*7, 20*
97:*17*  125:*20*  130:*7,*

*10*  131:*9, 14, 19*
133:*25*  136:*24*
140:*21*
**disease**  15:*1, 4, 8, 13,*
*15*  26:*22*  33:*13*  37:*3*
43:*1, 20*  73:*7, 18*
74:*2, 7*  75:*15*  125:*21*
127:*20, 25*  128:*4, 10,*
*14, 18, 22*  130:*14*
131:*8*  175:*9, 13*
176:*4*  177:*17, 20, 22*
178:*5, 19, 25*  179:*2,*
*12, 13*  192:*1*
**disfigurement**  167:*5*
**disintegrated**  124:*7*
**dispute**  91:*14*
**distinctly**  73:*12*
122:*20*
**distinguish**  128:*13*
**DISTRICT**  1:*1*
**disturbances**  53:*1*
**Dizziness**  63:*18*
107:*25*  108:*10, 11*
109:*3*
**doctor**  10:*16*  11:*5*
26:*19*  27:*1*  28:*8*
54:*22*  61:*25*  86:*22*
92:*17*  122:*22*  127:*20*
128:*8*  140:*23*  141:*2,*
*5*  148:*18*  149:*12*
152:*9*  155:*25*  156:*18*
159:*24*  164:*10*  168:*8*
175:*15*  178:*18*  179:*5*
191:*8*
**doctors**  11:*1, 6, 13*
16:*1*  36:*19*  43:*10*
76:*6, 9*  123:*20*
125:*16, 21*  129:*2, 7,*
*14*  130:*5*  131:*1, 6, 10,*
*12, 21*  132:*6*  139:*7*
140:*15*  141:*2*  148:*14*
149:*20*  159:*5, 24*
168:*7*  181:*17*  192:*1*
**doctor's**  191:*9*
**documentation**  94:*5*
**documented**  14:*1*
44:*3*  81:*7*  85:*14*
**documents**  102:*21*
**doing**  6:*25*  16:*11*
19:*7*  55:*10*  78:*3*

86:7  92:25  105:7
114:8, 11  143:11, 20,
22  144:24  156:3
158:16  173:6  184:13
195:11  196:10
198:24  200:1, 4
203:8
**dollars**  76:7
**don'ts**  144:19
**dos**  144:19
**dosage**  66:7, 16
126:10  182:11
183:11  184:20, 24
187:11
**dosages**  70:11  142:10
**dose**  8:6  88:21
105:9, 13  126:25
128:7, 24  130:23
131:24  140:8  149:4
154:13  155:23  156:2,
3, 4, 12, 16  157:2
161:8, 17  162:24
190:16  195:13
**doses**  48:16  49:8
50:5  114:11  125:23
126:19  130:3  182:15,
19  185:17
**dosing**  65:21  89:11,
24  127:13  156:5
161:15  184:8  186:9,
10
**double**  156:2
**doubled**  118:5, 8, 15,
17
**doubting**  135:3
**Dr**  4:15  5:3  10:20,
25  11:3, 7, 16, 18, 24
12:8, 14, 17, 22  13:1,
6, 7, 10, 12, 21  14:10
15:6, 12  16:2  20:8
22:20, 24  23:6, 11
24:4, 15  26:21  27:1,
24  29:1, 3  30:4, 12,
15, 19, 24  31:9, 14, 22,
25  32:10  33:18, 23
34:20  35:5, 17, 20
36:2  38:8  39:11, 22
40:20  42:21  43:16,
17, 19, 23  44:2, 7, 17
45:8, 9, 13, 22  46:8,

17, 22  47:9, 17  48:3,
14, 20  49:2  50:17, 24
51:10  52:6, 16  53:3,
12  54:2, 7  55:6  56:9
57:3, 25  58:19  59:21
60:13  62:3, 7, 16
64:20  66:5, 15, 25
68:1  69:14, 25  70:25
71:24  73:6, 14, 19
74:25  75:8, 12, 13, 23
76:11  77:1, 7, 10
78:6, 24  79:3, 6, 10,
17  80:9  83:12  85:9,
14  90:17  93:7, 20
94:7  95:19  96:9
97:17  98:3  99:4
101:10, 22  102:3, 17
104:4, 25  109:2, 15
110:19  111:13, 15
113:9, 14  114:20
116:16, 21  117:9, 14
123:24  125:9  126:2,
12, 24  130:4  148:16,
18  149:10, 18  152:15,
20  153:16  155:19
157:11  160:6  162:4,
8, 13  163:7  164:1, 5,
15  166:21  168:8
169:18, 19, 21  170:3,
7, 13, 21, 23  171:1, 5,
17  174:16, 18, 20
175:6  176:23  177:1,
2, 14  178:5, 18  179:1,
6, 9  180:1  181:6
182:2, 10  183:10
184:9, 19, 20, 23
186:20  187:10
188:23  189:12, 22
190:11  191:14, 20, 22
192:8, 19  195:5
196:3, 5  197:7, 16, 24
198:4, 20  199:4, 17
**draw**  134:10, 14
**dreams**  91:1, 6
167:12
**dressing**  135:19
**DRIVE**  1:23
**drop**  61:6

**drug**  14:20  15:2
58:8  84:7  99:3
162:20
**drugged**  137:25
**drugs**  63:9  83:21
86:3  162:22  182:22
183:3, 6  185:3
**Dry**  29:22
**Ducoffe**  148:21
**Due**  6:2
**duly**  4:20  202:4
**duration**  50:5
**durations**  48:16  49:8
**DVT**  20:16  99:17,
19  102:23  101:4, 20
102:2, 17  103:8
105:18, 21, 22  106:6,
16, 23, 24  107:12, 20
148:8, 18
**DVTs**  148:16, 24
**dying**  111:1  117:22,
24, 25  183:18, 20

< E >
**E2**  27:13
**E3**  27:13
**ear**  14:7  36:23
**earlier**  32:14  36:18
64:19  127:21  157:1
172:18  179:18
180:14  186:23  194:9
**early**  24:14  78:8
80:13  81:7  98:20
100:21  103:6, 7
111:8  156:22
**easier**  193:20
**eat**  108:24  120:10
144:17
**eating**  116:7, 11
**education**  17:3
**educational**  16:9
18:7, 13
**effect**  43:7  199:12, 16
**effective**  135:25
**effects**  184:24  185:3
191:4  200:3
**eight**  18:8
**either**  7:3  16:1
57:24  59:3  70:5
74:20  90:23  100:10

109:17  148:13  154:3
178:6  182:11  183:3
**element**  143:12
**eliminate**  52:21
**e-mail**  18:15  42:6
56:21, 23  57:10, 11,
25  58:15  60:14  71:3,
6, 18, 25  72:7, 10
93:12, 13  109:6
170:4, 9  190:25
196:4, 15, 17
**e-mailed**  42:2, 8  45:2
**e-mailing**  109:7
113:16
**e-mails**  19:7  58:14,
17  59:10  60:24
62:16  94:3  109:9, 11,
16, 18  116:4, 5
169:23  170:5, 7
183:19  185:2, 8, 22
186:8  187:13, 20
197:17
**emergency**  101:14
102:6  118:9, 20
121:1, 22  123:7
191:15
**emergent**  30:16
**employee**  21:10
**employment**  22:16
**empty**  144:4
**emptying**  144:15
**EMS**  119:2
**Encompass**  124:23
**encouraged**  160:12
**encouragement**
196:11
**endo**  149:16
**endocrinologist**
131:17  149:14
154:25  155:5  160:13,
17  167:7
**endocrinologist's**
141:3
**enema**  114:13  115:5,
11, 19, 24
**enlargement**  52:25
**entire**  52:7, 16  58:19
73:25  90:15  94:14
98:3  151:24  152:6

entitled 5:*10* 32:*19*
envelope 70:*17, 18*
ER 121:*7, 10, 15, 16*
122:*5*
errata 203:*7, 9, 11,*
*14* 204:*1* 205:*9*
ESQ 2:*3, 7, 12*
estimate 8:*5, 7* 19:*14*
estrogen 27:*15*
et 4:*5*
evaluated 163:*12*
events 7:*24*
eventually 34:*22*
38:*25* 59:*3* 75:*4*
everybody 6:*8* 7:*19*
everybody's 68:*14*
exact 27:*3* 127:*3*
exactly 15:*14* 76:*20*
83:*1* 180:*15*
EXAMINATION
4:*22* 25:*8* 172:*9*
195:*20*
examined 4:*21*
example 8:*5* 59:*12*
183:*5* 194:*6*
exasperate 87:*12*
Excess 161:*23* 162:*2,*
*10*
exchange 170:*25*
exchanges 170:*4*
excruciating 101:*14*
106:*12* 119:*17*
excruciatingly 136:*5*
Excuse 5:*17* 35:*22*
110:*25*
exertion 143:*12*
EXHIBIT 3:*12*
25:*19* 103:*19* 113:*4*
EXHIBITS 3:*4*
expensive 60:*19*
experience 53:*8* 91:*1*
152:*10*
experienced 87:*4*
146:*5*
experiencing 13:*16*
30:*4* 36:*25* 37:*15*
39:*14* 87:*4* 107:*23*
111:*16, 17* 112:*2*
113:*7, 12* 143:*4*

175:*8*
expires 205:*19*
explain 16:*8* 76:*10*
92:*17* 96:*10* 124:*10*
144:*1, 22* 165:*14*
168:*5* 196:*5*
explaining 122:*3*
124:*3, 8*
explanation 56:*14*
139:*16*
expressed 140:*9*
expressing 97:*17*
extremely 60:*19*
135:*20*
eyes 119:*1* 138:*2*

< F >
face 185:*9*
facility 121:*5, 6*
141:*21*
fact 34:*4* 43:*16*
50:*14* 95:*3* 99:*7*
160:*15* 197:*1*
fail 203:*16*
fair 6:*7* 194:*4, 6*
Fairfax 150:*5, 12*
fairly 71:*24*
fall 62:*5* 163:*24*
169:*10, 15*
falling 168:*2*
families 18:*13*
family 24:*1* 129:*1,*
*14* 136:*24* 184:*7*
far 6:*25* 40:*14* 45:*1*
76:*13* 95:*9* 105:*21*
115:*21* 122:*7* 130:*22*
131:*11* 139:*8* 142:*2,*
*12* 144:*21* 170:*24*
fast 140:*10, 12, 15, 18*
fast-forward 176:*25*
father 29:*13*
fatigue 29:*2, 3, 7*
36:*20* 37:*9* 41:*4*
63:*14* 78:*13, 17*
79:*10, 19* 80:*5* 87:*18*
98:*23* 157:*2, 16*
158:*1, 2*
FDA 34:*11, 15* 48:*15,*
*17, 23* 49:*4, 9, 25*
50:*8* 183:*3*

February 148:*2*
164:*20*
fee 32:*13*
feel 25:*16* 59:*9*
85:*25* 86:*15, 18, 19*
87:*13* 95:*1* 97:*9*
98:*5* 154:*22* 159:*8*
167:*13, 14* 199:*18*
feeling 39:*14* 41:*5*
42:*16* 77:*22* 87:*8, 19*
97:*4* 105:*14* 108:*20*
118:*24* 181:*18*
fees 30:*9*
feet 29:*10*
felt 23:*1* 59:*15*
75:*16* 82:*15, 21*
97:*11, 12* 98:*16, 24*
134:*8* 136:*12* 138:*2*
140:*25* 161:*5* 166:*23*
179:*3, 18* 183:*18*
fever 52:*23* 100:*24*
fifth 48:*13*
fight 137:*21*
figure 17:*7* 20:*6*
38:*19* 40:*7, 17* 49:*14,*
*21* 76:*2* 97:*14*
107:*11* 140:*7* 156:*6*
182:*8, 9* 186:*15*
filed 5:*5*
files 22:*22*
fill 20:*24* 21:*23*
64:*22* 189:*1, 16*
190:*11, 13*
filled 52:*13* 67:*21*
68:*25* 186:*22* 187:*3,*
*12* 188:*10, 22, 24*
189:*8, 20* 190:*24*
filling 188:*3* 189:*4*
191:*3*
finally 119:*13*
138:*22* 149:*17*
181:*21, 24*
find 8:*8* 14:*23* 67:*9*
81:*23* 130:*21* 149:*23*
finding 180:*25*
fine 64:*1* 66:*21*
94:*25* 111:*21* 120:*4*
138:*5* 165:*8* 171:*25*
172:*4*

firing 145:*2*
firm 16:*11*
first 11:*8* 12:*8* 13:*7*
20:*11, 13* 24:*13, 15*
25:*1* 29:*1, 3* 30:*4, 15*
31:*4, 12, 17* 33:*7*
46:*21* 56:*11* 57:*23,*
*24* 58:*11* 59:*1* 64:*24*
72:*24* 82:*5* 94:*11*
98:*21* 104:*20* 118:*20,*
*23* 121:*6* 122:*19*
123:*7* 126:*9* 131:*22*
134:*21* 137:*16*
154:*14* 157:*10*
161:*19* 171:*7* 177:*22*
178:*6, 12* 181:*9*
182:*14, 15, 16* 198:*3*
five 106:*10* 133:*5, 12*
fix 181:*22*
fixed 181:*23*
flashes 24:*19* 28:*17*
37:*9, 15* 38:*2* 40:*15*
80:*15*
flawed 43:*9, 13*
45:*24* 60:*16*
Floor 2:*3*
fluid 135:*10*
flush 114:*12*
flying 94:*23*
focus 9:*16* 74:*1*
80:*8* 125:*6* 126:*9*
focused 73:*17* 74:*7*
fog 63:*14* 157:*2, 16*
159:*15* 160:*22* 161:*2*
follow 166:*15* 197:*4*
followed 145:*25*
149:*11*
following 191:*8*
follows 4:*21*
follow-up 124:*14*
165:*7* 167:*18* 172:*15*
195:*5* 200:*10*
foregoing 205:*4*
forget 161:*16*
forgot 6:*2* 8:*14*
177:*6*
form 8:*19* 25:*25*
26:*4* 28:*2* 29:*20*
30:*13* 32:*12, 13, 25*
33:*7* 36:*5* 38:*14*

39:4, 7  41:24  42:12,
18  44:24  45:3, 9
46:16, 24  47:3, 5, 8,
15  48:11  49:11, 18
50:1, 9, 15  52:14
53:4, 9, 14  54:20
56:17  63:5  67:3
77:3  78:18  79:11
82:17  86:9  97:5
98:7, 19  101:24
103:2  109:23  136:2
157:4  178:8  181:11
183:1  190:1  192:14,
25  193:19  194:19
197:13  198:2  199:14
205:8

**formal**  17:3  31:19
**formally**  5:3  191:22
**forms**  47:7  56:7
**forth**  117:8  140:11
**found**  59:23  124:12
180:10  196:13
**four**  13:4  48:12
57:13
**fourth**  26:9  84:19
90:4  182:3
**frame**  52:15  61:21,
25  62:3  80:3  83:15,
18  84:3  90:13  92:4
96:21  102:25  103:7
112:5  113:14, 21
114:16  125:17  130:1,
4, 8
**Friday**  112:24
**friend**  23:11  174:25
**friends**  22:25  173:23
184:8
**front**  81:6  147:13, 16
**frozen**  29:15  63:23,
25  64:3, 9, 11
**frustrating**  21:7
**frustration**  59:15
**full**  9:11  16:11
19:10  22:12  104:20
113:4  135:9
**function**  87:24
**functional**  87:25
197:22
**further**  31:18

**furthest**  101:16
**future**  199:19

**< G >**
**gabapentin**  152:25
153:7
**gain**  29:10  185:6
**gained**  167:6
**gastroenterologist**
13:1, 13  166:16
**gastrointestinal**  13:17
**gauge**  84:6
**gears**  22:19
**general**  11:13, 14, 17,
23  27:2  42:14  51:1,
11  100:10  126:17, 18
144:1  149:9  159:7
160:5, 24, 25  172:17
180:3
**Generally**  6:12
19:12  42:14  47:7
51:16  62:10  114:7
123:15  128:3, 16
129:6  132:3  154:12
159:14
**generously**  22:2
**geographically**  180:10
**getting**  21:17  41:24
47:3  59:15  60:25
66:12  68:9  113:23
117:21  130:16
141:23  158:20
166:19  187:2  188:24
195:12  197:21
**Giant**  69:6, 7, 9
**girlfriends**  184:12
**gist**  104:3
**give**  20:5  22:2
59:12  65:13  89:12
124:8  182:15  195:10
**given**  5:7  21:4
32:14  99:13  142:6
202:7  205:6
**giving**  135:22
136:15  138:13  197:2
**glad**  167:4
**go**  12:5  15:3  16:14,
15  19:24  20:24  22:6,
8  23:2  26:7  28:7
30:8  31:3, 18  32:17

33:22  34:6, 25  38:5,
25  39:14  40:9  42:17,
23  67:9, 13  68:13
69:10  70:24  71:14
72:1, 5  74:13  75:2
77:14  85:9  94:24
100:8, 18, 20  111:24
112:16  114:18  116:2
117:18, 23  118:6, 11,
21, 22  120:11, 13
122:13  125:12, 17
137:1, 7, 8  138:8
141:18  142:12
143:15  147:3  150:5
155:2  157:18  158:22,
23  159:18  161:12
165:15, 16  169:14
173:9, 13  177:20, 21
195:23  198:18
**goes**  64:4, 12  90:11
104:18
**going**  8:22  9:7
13:14, 22  14:9, 21, 24
20:2  24:13, 20  25:21
28:23  30:1, 6  31:21
44:22  50:15  51:2
55:10  56:14  57:21
58:1, 8, 15  59:19
61:18  62:22  64:21
70:25  71:14  85:25
94:25  100:11, 15
108:20  110:16
111:25  112:11
116:17  117:16  118:1,
19, 21  120:10  121:22
122:23  123:12
129:16  133:9  134:22
138:17  146:19  152:2,
16  153:14  157:13
158:13  163:18
167:18  173:1  175:7
176:24  181:4, 25
182:17, 22  190:15, 16
192:18  197:3  200:2
**Good**  4:1  6:25
11:19  45:24  55:16
111:22  140:17
153:24, 25  163:20
198:24  202:3

**gosh**  149:18  166:23
**Gotcha**  80:11
**gotten**  90:5  121:1
129:11  141:15
161:24  162:22  179:3
197:21
**graduated**  16:10
**grandkids**  85:20
**great**  8:8  55:19
104:24  134:9  172:21
173:6
**Greenhills**  16:17
**grew**  167:1, 4
**ground**  130:21
172:22, 25
**group**  164:22
**guarantees**  33:15
**guess**  8:4  14:25
24:16  27:2  29:4
30:1  37:12  40:5
41:24  43:17  45:7
50:18  59:14  61:5
62:13, 25  66:6  76:8
78:21  89:4  93:11
96:17  100:11  103:7,
19  109:25  110:3
112:1  118:16  119:13,
14  123:10  131:13
141:16  142:4  146:20
149:6  157:23  159:4,
6, 11  161:25  165:18,
21  167:23  168:8, 9
176:21
**guessing**  8:9  110:4
176:8
**guidance**  187:24
188:5
**guided**  188:23
**guidelines**  34:1
172:17
**gurney**  125:5
**guys**  35:13  120:7

**< H >**
**H/W**  1:6
**habit**  7:14
**hair**  167:1, 2, 3, 21
168:3, 5
**half**  23:10  82:5

137:*24, 25*  176:*8, 19*
**hand**  14:*18*  202:*8*
**hands**  29:*10*  124:*7*
**handwriting**  26:*5, 14*
**happen**  7:*2*  35:*20*
151:*6*
**happened**  144:*11*
199:*3*
**happy**  106:*18*  120:*10*
**hard**  43:*8*  45:*24*
76:*17*  82:*22*  86:*22*
99:*1*  110:*10*  156:*3*
158:*23*  159:*17*
166:*24*  186:*15*
**harder**  86:*3*  137:*21*
**harmful**  130:*17, 18*
**Harris**  69:*5, 8*
**Hart**  10:*20*  11:*3, 16,*
*25*  12:*17*  43:*17, 19*
149:*10*  155:*19*  160:*6*
162:*8, 13*  163:*7*
164:*15*  168:*9*  184:*19*
191:*20, 22*  192:*9, 19*
195:*5*
**Hartman**  11:*1*
**hate**  167:*8*
**head**  7:*15*  36:*23*
63:*16*  72:*20*  161:*5*
193:*10*
**headache**  63:*16*
**headaches**  52:*23*
80:*22*  90:*22*  108:*1*
161:*4, 12*
**heading**  26:*10*  31:*19*
**heal**  141:*8*
**healing**  130:*19*
140:*25*  141:*5*
**health**  9:*22*  10:*8*
33:*12*  114:*25*
**hear**  6:*20*  35:*13*
39:*6*  63:*24*  64:*10, 15*
74:*12, 17, 19*  172:*3*
198:*9, 11*  199:*7*
**heard**  6:*23*  15:*11*
43:*22*  93:*17*  131:*19*
179:*25*
**hearing**  40:*1*  129:*15*
131:*3*  138:*1, 3*
**heart**  63:*14*

**he'd**  186:*11*
**held**  4:*6*  173:*15*
**He'll**  41:*17*
**help**  14:*21*  34:*19*
54:*9*  55:*7*  64:*7*
91:*23*  97:*25*  108:*21*
115:*3*  139:*10*  166:*6,*
*9*  181:*25*
**helped**  23:*1*  24:*7*
35:*1*  98:*23*  112:*13*
175:*6*  196:*10*
**helping**  18:*15*  97:*14,*
*18*  116:*16*  136:*4*
**hemo**  52:*23*
**hemodialysis**  52:*23*
**HENRY**  1:*8*  2:*10*
4:*5*
**herb**  162:*15*
**herbal**  191:*20*  195:*6*
**herbals**  28:*13*
**hernia**  151:*15, 18, 22*
152:*20*
**hernias**  151:*25*  152:*1*
**herxed**  82:*22*
**herxing**  62:*7, 11, 19,*
*23*  63:*3, 8*  99:*10*
**H-E-R-X-I-N-G**  62:*8*
**Hi**  4:*24*  56:*2*  120:*21*
**high**  16:*9, 10, 14, 15,*
*18, 19*  17:*1*  50:*7*
66:*7, 17*  125:*23*
130:*23*  140:*8*  154:*25*
155:*6*  158:*20*  183:*11*
184:*8, 20, 24*  185:*17*
**higher**  156:*4*  158:*10*
190:*16*
**hip**  106:*11, 12, 17*
107:*1, 5, 12*
**history**  25:*25*  26:*17*
106:*17*
**hit**  161:*19*
**hold**  46:*10*  198:*8*
**holes**  173:*1*
**holiday**  22:*1*
**home**  17:*9, 12, 13, 14,*
*17, 19*  18:*11, 12, 15*
67:*2*  93:*1, 4*  106:*7, 8,*
*25*  115:*16*  148:*25*
174:*7, 8*

**homeopathic**  28:*12*
**homeopathics**  179:*4*
**honest**  30:*7*  131:*15*
200:*25*
**honestly**  181:*15*
**hoops**  149:*17*
**hope**  155:*9*
**hoping**  153:*1*
**hor**  39:*11*
**hormonal**  34:*15*
35:*4*  37:*10*  38:*6*
39:*1*  40:*11*
**hormone**  24:*7, 8*
27:*12*  28:*18*  31:*6, 10*
32:*19*  33:*12, 20*
34:*10, 18*  35:*9*  36:*10*
37:*14*  48:*21*  174:*18,*
*19, 24*  175:*2*  176:*25*
**hormones**  39:*11*  67:*6*
**horrible**  199:*18*
**horrific**  167:*12*
**hos**  126:*4*
**hospice**  137:*14*
138:*8, 16, 22*  139:*11*
**hospital**  71:*20*  101:*6,*
*13*  102:*12*  105:*17*
106:*7, 10, 20*  110:*17*
112:*16, 24*  114:*18*
116:*2*  117:*17, 18*
118:*22*  119:*7, 9*
121:*2, 9, 16, 20, 24*
122:*5, 17, 20, 21*
123:*8*  124:*24, 25*
125:*7, 12, 13, 16*
126:*6*  127:*15, 22*
128:*1, 17, 19*  129:*13,*
*25*  130:*5*  131:*2, 10*
132:*5, 17*  133:*18, 19*
134:*4*  136:*16*  138:*10*
139:*25*  140:*16*
141:*11, 21*  142:*6, 22*
143:*23*  144:*22*  146:*4*
148:*9*  149:*13*  150:*6,*
*8, 12*  151:*7*  153:*12*
162:*7*  167:*25*  169:*23*
191:*15, 17*  192:*18*
**hospitalist**  125:*21*
126:*1, 3, 4*  128:*10, 13*
130:*14*  131:*7*
**hospitalists**  128:*22*

**homeopathic**  28:*12*
**hospitalization**  20:*11,*
*14*  61:*23*  112:*20*
125:*7*  130:*24*  139:*2*
153:*10*  164:*17*  170:*1*
192:*23*  193:*16, 18*
197:*7*
**hospitals**  150:*11, 14*
**hot**  24:*19*  28:*17*
37:*9, 15*  38:*1*  40:*15*
80:*15*
**hounded**  137:*22*
**hounding**  138:*5*
**hour**  19:*19, 21*  55:*11*
**hours**  18:*17*  19:*11,*
*12*  21:*6*  22:*11, 15*
110:*20*  138:*23*  139:*2*
159:*20*
**house**  119:*3*
**HR**  21:*12*
**HSLDA**  18:*8, 11*
**huge**  113:*24*  123:*2*
135:*8*  136:*7*  181:*19*
**human**  34:*10*  43:*25*
44:*9*  45:*11*
**HUMMELSTOWN**
1:*24*
**hurt**  117:*3*
**hurts**  158:*24*
**husband**  5:*4*  9:*8*
44:*18*  45:*4*  100:*14*
102:*10*  116:*16, 20*
117:*4, 8, 13*  122:*13*
123:*11*  154:*9*  170:*5*
175:*1*  184:*1*
**husband's**  19:*16*
**hydrocortisone**  91:*10,*
*14, 19*  92:*1*  95:*25*
96:*9*  97:*1*  98:*13*
154:*3, 4, 6*

**< I >**
**idea**  42:*8*  87:*8*
101:*13*  111:*2*  126:*18*
136:*22*  190:*5*
**identification**  25:*20*
**IGeneX**  60:*25*  61:*2,*
*12*
**I-G-E-N-E-X**  61:*1*
**ill**  48:*6*  72:*7*  75:*4*
82:*21*  100:*25*  111:*6*

112:3  129:4  158:13
196:9
illness  26:12  27:8
197:11, 18  200:14, 15
illnesses  178:7, 14, 15
180:2  193:14
imagine  102:9
imbalance  175:2
immediately  176:14
immensely  196:10
immune-mediated
54:4
impacting  160:15
impaired  52:25
imperative  203:13
important  7:21  141:7
impression  197:24
198:4, 20
improved  33:12
47:19  72:11  77:19,
20  90:12  102:21
improvement  78:15
80:15  81:15  83:8, 13
90:18, 22  92:1  97:7
98:2  102:24  104:7,
10
improvements  78:12
90:6, 8
improves  46:5
incision  123:2  152:2,
7, 8, 24
include  17:14  135:1
included  110:21
134:23
including  92:7  136:6
inclusive  14:5  60:11
73:10
income  19:16, 17
inconclusive  60:22
Incontinence  63:17
increase  156:2, 12, 15
increased  52:22  96:3
independent  178:14
179:11, 24  182:5
independently  147:5
INDEX  3:1, 4
INDIAN  1:23
indicated  22:13
125:22  202:4

indicating  105:1
indication  48:17
individually  157:18
infected  135:13
infection  45:16
48:16  49:4, 10  85:12
132:20, 22  133:2
156:13, 17
infections  73:20
151:5
infectious  15:1, 3, 4, 8,
12, 15  43:1  125:21
127:20, 25  128:4, 10,
14, 18, 22  130:14
131:8  192:1
infestation  46:1
inflammation  52:22
53:13, 16, 18, 20, 23,
25  54:4, 10, 19  55:3,
7  62:13  91:24  107:5
inflammatory  185:12
inform  184:23
185:16
information  9:17
26:16  109:7  129:12,
13  200:17
informed  185:5
ingredient  34:9
inhibit  140:25
inhibits  130:18
in-home  147:6, 7
initial  32:24  42:1
47:7  58:7  98:25
182:14  183:2
initialed  42:13  52:14
initially  24:17  36:10
40:9  46:21  56:11
57:16  84:4  96:25
121:12
initials  32:24  33:1, 7
42:9, 24  48:13  52:19
injection  141:24
in-office  31:4, 11
Inova  99:21  150:15
inpatient  124:23
insomnia  157:17
159:17, 18, 23  160:3
instructed  155:24
183:12  188:23
instruction  187:22

instructions  70:20
145:24  146:1  187:11
191:9  203:1
insurance  9:22, 24
10:8  31:22, 24  32:2
68:2, 5, 7, 11  149:22
150:2  192:3, 5
intend  58:15
intense  145:3
intent  169:14
interactions  162:21
interested  202:8
interfere  160:12
interim  61:7
intermittent  94:18
95:8, 14  111:9
internet  64:12  68:16
interpretation  33:24
43:25  44:9  45:11
interrupt  83:18
interruption  144:9
intervals  89:24
intestines  124:6, 11
introduce  5:2
investigation  179:12
involved  52:21
issue  45:22  99:3
107:1  162:10
issued  34:1  186:21
issues  12:1  36:10
37:14  38:10, 11
107:11  126:14
151:12  160:1, 4, 9
165:13  166:17  175:5
177:24
itemized  48:2
it'll  6:6  41:15  48:12
IV  75:5  142:1

< J >
January  1:18  4:2
41:9  82:23  84:20, 25
85:2, 5, 8, 23  86:2
88:1, 7  100:4, 12
148:2, 7, 8  169:3
202:10
job  6:25  17:14, 21
18:5  172:21  173:6
John  10:20
join  76:6

joint  14:7  41:2
159:1, 9
judgment  45:20
Juice  28:12
July  78:8, 15  80:13
81:7, 12  99:16, 22
100:17, 21, 23  101:4
103:6, 7  104:3
jump  149:16
June  20:10  44:20
56:22  80:2  92:6
94:6, 15  95:20, 21
96:2, 4  102:25  177:1
178:24  181:5  183:9
184:18  197:6

< K >
keep  46:11  71:9
101:7  183:25  196:12
197:4
keeping  7:8  130:17
KEESLER  2:12  4:17
Kelly  123:20  171:9
Kentucky  173:22
174:12, 15
kept  21:25  66:20
109:25  117:24  168:2
197:1, 2
Kevin  12:10
key  5:14
kidney  174:25  175:1,
2
kids  72:20  85:20
kill  51:24  52:4
54:14  66:19  84:15
110:1, 7, 11
killing  53:24  54:18
55:3  62:14  63:9
183:17
kin  202:7
kind  6:7  14:13  15:7
20:25  21:21  25:8, 10
27:1  57:19, 24  58:16
59:6  70:19  71:25
73:3  74:11  75:25
76:7  77:17  84:5
85:23, 24  97:11
98:20  110:16  111:9
114:11  116:22  119:5,
14  120:2  122:8, 22

123:*10*  124:*7*  138:*18*
140:*18*  145:*12*
147:*15*  155:*13*  156:*5*
158:*17*  161:*1, 19*
162:*14*  163:*13, 15*
165:*1*  166:*8, 15*
169:*7*  174:*6*  180:*3*
185:*10, 23*  186:*15*

**KLINE**  2:*1*

**knew**  22:*11*  35:*25*
37:*2, 3*  69:*12*  89:*18*
102:*12*  111:*5*  115:*15*
140:*7, 18*  151:*25*
174:*14*  184:*13, 15*
193:*9*

**knock**  75:*6*

**knocked**  179:*19*

**know**  5:*9, 11, 20*
6:*11, 12, 21*  7:22
8:*10, 11*  9:*8*  11:*10*
12:*11*  13:*8*  15:*14, 17*
18:*9*  19:*5*  20:*2, 6*
21:*4, 5*  22:*13, 14, 22*
25:*7, 15*  26:*1, 20*
29:*25*  32:*12*  34:*22*
36:*9, 20, 22, 24*  38:*9,*
*17, 20, 21, 23*  39:*16,*
*20, 24*  40:*18, 21*  41:*3,*
*4*  43:*18*  46:*25*  48:*9*
49:*23*  51:*14*  56:*19,*
*23, 24*  57:*3, 19*  58:*4,*
*5, 6, 7*  62:*23*  63:*15,*
*17, 19, 22*  64:*2*  66:*22*
67:*12*  68:*6, 14*  69:*19,*
*20, 21*  73:*11, 14*  75:*7,*
*20, 21*  76:*1, 5, 6, 8, 19,*
*22*  77:*18, 20, 22, 23*
78:*1, 20*  81:*21*  83:*1*
84:*9*  85:*21, 24*  87:*9,*
*10, 11, 17, 18*  88:*15*
89:*3, 11*  93:*13*  94:*19*
95:*2, 9*  96:*6, 8, 18, 24*
97:*24*  98:*23*  99:*8*
100:*6*  101:*17, 18, 19,*
*25*  102:*7*  105:*14, 16*
106:*2, 17*  107:*6, 9*
108:*13*  109:*5*  110:*8,*
*10*  111:*2, 5*  112:*6, 9,*
*10, 11, 12, 16, 24*
113:*22*  114:*4, 23*

115:*20*  117:*7*  118:*6,*
*12, 17, 18*  119:*14*
120:*9*  121:*23*  122:*10,*
*12, 14, 15*  125:*2, 4*
126:*20*  127:*11*  128:*8,*
*9*  130:*9, 10, 13, 20*
131:*13, 16, 18*  133:*4,*
*6, 7*  135:*12, 13, 23*
136:*5, 7*  137:*20, 24,*
*25*  138:*3, 25*  139:*11,*
*20, 24, 25*  140:*8, 10,*
*19, 24*  141:*2, 4, 6, 7,*
*19, 25*  142:*3, 5, 13, 17,*
*19*  143:*12, 13*  144:*11,*
*12, 15, 18*  145:*1, 3, 9,*
*15, 17, 19, 23, 25*
146:*3, 7, 10*  147:*19*
148:*10, 20*  150:*10, 13*
151:*5, 6, 14*  152:*1, 15,*
*16, 17, 18, 20*  153:*22*
154:*2, 8, 9, 13*  155:*5,*
*9, 14, 15, 25*  156:*1, 2,*
*4, 11, 15, 16, 20*  157:*6,*
*21*  158:*20*  159:*5, 10,*
*22, 24*  160:*10, 11, 14*
161:*2, 14, 17*  162:*17,*
*19, 21, 23*  165:*20*
167:*3*  168:*4, 9, 12*
169:*6, 7, 24*  170:*3, 5,*
*13, 14, 24*  174:*3*
176:*11*  179:*1, 14, 20*
180:*5, 25*  181:*3, 19,*
*22*  184:*12*  185:*9, 14,*
*22, 25*  186:*11*  187:*15,*
*16, 17, 19, 21*  189:*8, 9*
190:*21*  192:*2*  193:*2*
195:*7, 8*  196:*8, 14, 15,*
*18, 21*  197:*2*  199:*20,*
*21, 25*  200:*1, 11, 13,*
*21, 25*

**knowledge**  53:*6*
180:*24*

**known**  43:*10*  180:*6*

**knows**  157:*12*  163:*12*

**Krintafel**  58:*10*
84:*11, 12*  86:*13*
88:*12*  89:*20, 21*  95:*7*

**< L >**

**lab**  25:*10*  59:*23*
60:*13, 22*  61:*12*

**labeled**  25:*23*

**LAMB**  2:*3*  3:*4*  4:*13*
5:*11, 19, 22*  6:*1*  8:*16,*
*21, 24*  29:*19*  36:*5*
38:*14*  39:*4, 7*  44:*24*
46:*10*  49:*11*  50:*1, 9*
53:*14*  54:*20*  56:*17*
63:*5*  64:*5, 8*  67:*3*
71:*4, 12*  74:*9, 14*
77:*3*  78:*18*  79:*11*
82:*17*  86:*9, 11*  97:*5*
98:*7, 19*  101:*24*
103:*2*  109:*23*  111:*24*
120:*1, 5, 7, 13*  136:*2*
157:*4*  171:*23*  172:*1,*
*5*  178:*8*  181:*11*
190:*1*  192:*14, 25*
193:*19*  194:*19*
195:*15, 21*  198:*12, 17,*
*19*  199:*11*  200:*5*

**large**  114:*11*  183:*5*

**late**  41:*9*  102:*6*

**lawsuit**  5:*4*  9:*9*

**laying**  118:*12, 14, 18*

**lead**  54:*19*  55:*3*

**leading**  112:*19*
192:*23*  193:*15, 18*
194:*16*

**leakage**  165:*17*
166:*6, 10*

**leaking**  135:*11*
144:*14*

**learn**  7:*23*  16:*6*
22:*24*  179:*15*  199:*17*

**leave**  17:*10*  18:*21*
19:*22, 25*  20:*9, 21*
21:*9, 16, 17, 18, 21*
137:*23*

**leaving**  192:*18*

**led**  36:*12*  131:*24*
176:*3*

**Leesburg**  27:*5*

**left**  32:*23*  42:*10*
46:*5*  47:*23*  100:*25*
106:*16*  146:*21*  168:*3*
170:*20*  191:*17*

**leg**  101:*15*  106:*14,*

*15, 19*

**Legal**  18:*11*

**legible**  26:*13*

**legs**  78:*12, 17, 23*
79:*3, 7*  163:*2*

**lengthy**  71:*24*

**lessening**  79:*6*

**letter**  133:*5, 8, 14*

**letters**  31:*19*

**letting**  113:*22*

**level**  130:*12*  146:*2*

**life**  7:*24*  33:*13*
166:*22, 24*

**life's**  166:*24*

**lifted**  61:*6*

**light**  108:*3, 5, 7*
109:*4*

**lights**  122:*11*

**limiting**  50:*14*  52:*12,*
*15*  90:*16*  98:*2*  132:*8*
159:*3*

**LINDNER**  1:*8*  2:*10*
3:*14*  4:*5, 16*  5:*4*
10:*25*  11:*7*  12:*14, 22*
15:*6, 12*  16:*2*  20:*8*
22:*20, 24*  23:*6, 12*
24:*4, 15*  25:*23*  29:*1,*
*3*  30:*5, 12, 15, 19, 25*
31:*9, 14, 22*  32:*1, 10*
33:*18*  34:*20*  35:*5, 18,*
*20*  36:*3*  38:*8*  39:*11,*
*22*  40:*20*  41:*15*
42:*21*  44:*3, 18*  45:*8,*
*9, 13, 22*  46:*8, 17, 23*
47:*9, 18*  48:*3, 14, 20*
49:*2*  50:*17, 24*  51:*10*
52:*7, 16*  53:*3, 12*
54:*2, 7*  55:*7*  56:*9*
57:*4, 25*  58:*19*  60:*13*
62:*3, 7, 16*  64:*20*
66:*5, 16, 25*  68:*1*
69:*14, 25*  71:*1, 9, 24*
75:*13*  78:*6, 24*  79:*6,*
*10, 17*  80:*9*  83:*12*
85:*9, 14*  90:*17*  93:*7,*
*20*  94:*7*  95:*19*  96:*9*
97:*17*  99:*4*  101:*10,*
*22*  102:*3, 18*  103:*19*
109:*2, 15*  110:*19*
111:*13, 15*  113:*9, 15*

114:*20*  116:*16, 21*  117:*9, 14*  130:*4*  153:*16*  157:*11*  162:*4*  164:*1, 5*  169:*18, 19, 21*  170:*7, 13, 21, 23*  171:*1, 5, 17*  174:*16, 18, 20*  175:*6*  177:*1, 2*  181:*6*  182:*2, 10*  183:*10*  184:*9, 20, 23*  186:*20*  187:*10*  188:*24*  189:*12, 22*  190:*11*  191:*14*  196:*3, 5*  197:*7, 16, 24*  198:*4, 20*

**Lindner's**  33:*23*  43:*24*  44:*8*  59:*21*  70:*25*  98:*3*  104:*4, 25*  148:*16*  166:*21*  170:*3*  199:*4, 17*

**line**  75:*5*  100:*21*  134:*17*  176:*11*  204:*3*

**lined**  11:*10*

**lines**  85:*9*  100:*20*  183:*7*

**lip**  61:*5*

**liquid**  94:*23*

**Lisa**  23:*13, 14*  24:*4*  174:*25*

**list**  13:*23, 24*  14:*1, 5*  15:*21*  36:*18*  73:*10*  145:*23*  160:*24*  193:*8, 10, 12*  194:*2*  195:*9, 10, 12*

**listed**  28:*17, 22*  32:*2*  46:*9*  200:*18*

**listening**  197:*4*

**listing**  27:*8*

**literal**  49:*14*

**literally**  14:*17*  135:*11*  166:*20*

**literature**  43:*25*  44:*10*  45:*12*

**litigation**  17:*7*  133:*11*

**little**  6:*6, 20*  16:*6*  22:*19, 20*  26:*7*  31:*3, 18*  35:*13*  56:*8*  64:*18*  86:*20*  89:*13*  91:*8*  104:*18*  111:*7*  116:*6*  123:*11*  141:*16*  156:*7, 10*  158:*21*  170:*19*

179:*21*  193:*12*  198:*13*

**live**  19:*5*  23:*18, 21, 25*  137:*21*  173:*21, 23*  174:*11*

**lived**  23:*9*  173:*21*  174:*13*

**living**  12:*12*  22:*23*  23:*6, 7, 22*  158:*17*  180:*20*

**loading**  119:*6*

**local**  64:*23*  65:*12, 15*  66:*3*  67:*1, 9, 10*  68:*3, 10, 25*  189:*8, 13, 16, 20*

**locally**  189:*6*

**located**  17:*18*

**location**  175:*19*

**Locust**  2:*3*

**long**  7:*16*  10:*21*  13:*23*  14:*1*  15:*21*  18:*14*  23:*9*  35:*3*  36:*18*  55:*14*  72:*17*  74:*17*  75:*7*  77:*21*  89:*1*  105:*17, 25*  106:*22*  107:*1*  118:*8*  137:*22*  145:*5, 23*  147:*19, 21*  149:*15*  159:*20*  167:*2*  170:*14*  176:*5*  179:*19*  185:*23*  195:*13*

**long-term**  200:*3*

**look**  26:*9*  42:*11*  84:*18*  95:*25*  104:*14*  190:*7, 8*  193:*10, 11*

**looked**  12:*11*

**looking**  11:*20*  59:*20*  103:*4*  139:*25*

**looks**  27:*25*  28:*6*  32:*7*  33:*1, 4*  41:*13, 20, 22*  88:*1*  89:*25*  91:*8*  95:*23*  103:*5, 6*  112:*15*  133:*20, 24*  136:*23*  150:*4*

**loose**  144:*7, 14*

**lose**  35:*14*  103:*10*

**losing**  167:*23*  198:*9*

**loss**  29:*17*  168:*6*

**lost**  93:*16*  101:*15*  111:*20*  166:*25*  167:*15, 21*  200:*14*

**lot**  11:*25*  16:*5*  38:*1*  51:*19*  62:*9, 22*  63:*6*  75:*1*  97:*20*  119:*13, 15*  120:*6*  130:*19*  136:*9*  138:*23*  139:*19*  140:*11*  152:*23*  158:*19, 24*  161:*24, 25*  162:*20, 22*  167:*12, 15*  170:*3*  172:*24*  182:*23*  197:*21*

**lots**  14:*9*  114:*5*  125:*20*  130:*9*  135:*16*  140:*5*

**Loudoun**  71:*21, 22, 23*  99:*21*  121:*2, 16, 20, 23*  122:*5, 17, 21*  125:*12, 16*  128:*19*  129:*25*  131:*1, 10*  132:*4, 17*  133:*19*  135:*23*  136:*15*  138:*10*  140:*16*  141:*11, 21*  142:*21*  143:*23*  146:*14*  148:*13*  150:*12*  164:*17*  170:*1*

**low**  136:*9*

**lower**  162:*24*

**lunch**  116:*12*  120:*2, 22*

**Lung**  115:*7, 8*

**L-U-N-G**  115:*8*

**lying**  158:*12*

**Lyme**  26:*22*  37:*3*  72:*11, 14*  73:*7, 17, 21, 24*  74:*2, 7, 24*  75:*7, 15, 17*  76:*18, 20*  77:*2, 19*  175:*9, 13*  176:*4, 20*  177:*17, 20, 21*  178:*5, 13, 18, 25*  179:*2, 12, 13*  180:*4, 7*

**< M >**
**M.D**  1:*8*  2:*10*  4:*5*

**machine**  202:*5*

**mail**  67:*22*  70:*2*  187:*8*  188:*11*

**mailed**  188:*12, 18*

**main**  126:*19*  131:*15*  161:*19*

**maintain**  30:*25*  31:*1*  171:*1*

**major**  78:*25*  152:*8*  175:*2*

**majority**  128:*25*

**making**  134:*4*  155:*7*  184:*17*

**malarials**  68:*4*

**March**  91:*9, 15*  150:*3, 4, 11, 24, 25*

**Margie**  115:*7*

**MARKED**  3:*12*  25:*19*

**Market**  2:*13*

**married**  72:*21*

**matter**  4:*4*  99:*7*

**maximum**  19:*11*

**McAuley**  16:*18*

**McCORMICK**  2:*10*

**mean**  12:*6*  18:*20*  25:*5*  29:*4*  35:*1*  36:*7*  42:*5*  54:*22*  57:*18*  63:*6, 10*  64:*10*  69:*5, 19*  74:*1*  75:*22*  76:*4, 16*  80:*7, 24*  82:*18*  87:*15, 16*  91:*23*  92:*16, 22*  93:*9*  94:*17*  95:*12*  96:*6*  98:*10, 20*  103:*3*  108:*12, 18*  109:*5, 25*  110:*24*  111:*4*  112:*7, 10*  114:*9*  116:*8, 25*  117:*20*  118:*10, 16*  119:*5*  123:*10*  124:*3*  126:*15*  127:*17*  131:*12*  132:*20*  133:*2*  136:*3*  138:*12*  139:*12*  140:*17*  141:*15*  143:*8, 9*  147:*18*  149:*25*  151:*8, 9*  156:*18*  158:*12, 18*  159:*5*  160:*5, 10, 24*  162:*3, 4, 12*  163:*12*  164:*9, 10*  165:*24*  166:*2*  167:*11*  168:*7*  172:*24*  175:*17*  177:*18*  178:*10*  179:*15*  180:*3, 13*  183:*18*  184:*11*

188:*25*  190:*8, 9*
193:*3*

**meaning**  17:*17*
176:*14*  187:*21*

**means**  170:*15*

**meant**  29:*24*  65:*25*
93:*8*  140:*20*  162:*6, 9*
179:*16*

**med**  66:*10*  85:*22*

**medica**  141:*23*

**Medicaid**  31:*24*

**Medical**  3:*12*  6:*2*
17:*10*  18:*21*  19:*22,
24*  20:*9, 21*  21:*9, 16,
17, 20*  25:*25*  26:*10*
30:*17*  33:*14, 19*  34:*1*
50:*21*  57:*19*  59:*21*
62:*24*  65:*21, 24*  67:*2*
77:*24*  78:*20*  89:*10*
114:*19, 24*  125:*3*
134:*2*  137:*2, 8*  138:*9*
139:*11*  168:*17*

**Medicare**  31:*23*

**medication**  8:*6*
48:*23*  49:*3, 24*  50:*6,
19*  66:*11*  67:*25*
81:*20*  86:*16*  87:*5*
88:*17, 19, 22*  90:*9*
95:*20*  135:*22*  137:*15,
16*  138:*16*  141:*20, 24*
145:*13, 21*  146:*16, 24*
147:*1*  152:*25*  153:*7*
160:*8*  162:*15*  163:*11*
166:*5*  182:*12*

**medications**  46:*3*
48:*15*  49:*8*  56:*14*
57:*17*  58:*1*  65:*16*
68:*23*  79:*17*  84:*14*
91:*2*  94:*12*  95:*10, 15*
102:*2, 11, 17*  145:*23,
25*

**medicine**  144:*16, 17*
155:*1*

**medicines**  199:*2*

**meds**  86:*21, 23*  87:*1*
139:*13, 15*  143:*10*
149:*11*

**meet**  173:*20*

**meeting**  136:*24*

**mem**  83:*1*

**members**  18:*14*
129:*1, 14*  184:*8*

**membership**  76:*6*

**memories**  123:*6, 7*
138:*17*  139:*5*  167:*12*

**memory**  32:*16*  52:*13*
57:*23*  80:*18*  84:*4*
89:*3*  95:*22*  104:*9*
113:*25*  118:*21, 23*
122:*3, 16, 19, 25*
125:*6*  133:*12, 17*
134:*3*  139:*1, 3*  146:*7*
176:*5*  178:*22*

**menopausal**  36:*10, 14*
37:*8*  40:*10*

**menopause**  23:*3*
24:*20*

**mental**  29:*22, 23*

**mentally**  138:*16*

**mention**  177:*8, 19*
196:*6*  197:*8*

**mentioned**  15:*19*
17:*2*  41:*1*  69:*13*
177:*9*  196:*3*  197:*10*

**mentioning**  196:*21*
197:*1*

**Mepron**  94:*18*

**mesh**  151:*23*  152:*3,
22*

**mess**  94:*23*  156:*5*

**message**  171:*11*

**messages**  170:*20, 22*
171:*3*

**messed**  167:*11*

**messes**  144:*7*

**met**  174:*16*  181:*6*

**mi**  41:*2*

**mid**  92:*5*  96:*1, 4*
100:*19*

**MIDDLE**  1:*1*  80:*2*
90:*4*  130:*21*

**midline**  134:*13, 16*

**migraines**  14:*7*  36:*21*

**milligram**  105:*13*

**milligrams**  28:*4*
96:*3*  102:*22, 23*
104:*6, 7, 11*  105:*2, 6*
154:*15, 17, 19*  196:*18*

**mind**  40:*7, 18*  61:*3*
83:*2*  93:*19*  101:*16*

104:*17*  107:*20*  112:*5*
128:*12*  137:*13*
167:*11, 19*  183:*4*
195:*11*

**minute**  43:*3*  154:*16*

**minutes**  55:*16, 18*
120:*8*  122:*9*

**MiraLAX**  114:*12*

**missed**  161:*17*

**missing**  93:*15*  135:*4*

**misunderstood**  45:*7*

**mix**  143:*10*

**mixed**  99:*1*

**mobile**  105:*24*  106:*3*
107:*6, 8, 13*

**mobility**  105:*21*

**modern**  17:*15*

**mom**  17:*17*

**Monday**  1:*17*

**month**  86:*18*  107:*17*
124:*14*  180:*18*
189:*10*

**months**  11:*10*  13:*4*
31:*6*  45:*3*  46:*2*  75:*8*
147:*21*  192:*23*
193:*18*  194:*8, 16*

**moon**  69:*6, 20*

**morning**  4:*1*  5:*6*
6:*3*  154:*14, 15*  188:*1*

**mouth**  61:*4*

**move**  104:*23*  106:*12*
147:*5*  181:*4*

**moved**  16:*18*  48:*21*
173:*24*  174:*1*

**movement**  135:*15*

**movements**  116:*3*

**moving**  64:*11*  145:*2*
147:*4*

**MRI**  119:*12*

**multiple**  46:*2*  75:*3*
134:*11*  145:*4*  151:*24*
181:*16*  183:*19*

**muscle**  14:*8*  41:*2*
159:*1, 9*  185:*20, 24*

**muscles**  145:*2*

**< N >**

**name**  4:*7, 25*  5:*3*
9:*11*  12:*9*  13:*7*
23:*16*  61:*3, 12*  84:*11*

89:*18*  94:*19*  115:*6*
126:*2, 21*  127:*20, 23*
129:*9*  142:*8*  148:*19*
149:*18*  150:*18*
164:*21, 22*  168:*17, 25*
171:*4, 8*  172:*13*

**named**  135:*6*

**names**  23:*14*  114:*10*

**nation**  18:*13*

**natural**  75:*2*  114:*22,
25*

**nature**  58:*17*  197:*18*

**nausea**  52:*23*  63:*14*
80:*19*  87:*10, 18*
90:*21*  105:*4*  107:*25*
116:*10*  156:*24*  157:*1,
16, 19, 22*

**nauseous**  108:*24*
118:*4*  136:*5*

**navigate**  18:*15*

**necessarily**  60:*19*
86:*20*  139:*22*  151:*8*

**necessary**  60:*20*
203:*5*

**need**  6:*11*  7:*9*  14:*22,
23*  18:*18*  53:*20*  54:*9*
55:*11, 14*  95:*3*
119:*19*  120:*6*  121:*22*
147:*11*  155:*8*  156:*2*
166:*21*  172:*5*  183:*11*
187:*7*  195:*25*

**needed**  12:*1*  31:*1*
50:*19*  57:*12*  65:*21*
66:*17*  86:*2*  96:*2*
102:*22*  110:*6*  115:*4,
13*  116:*20*  143:*24*
169:*12*  183:*15*  189:*1*
197:*4*

**needs**  6:*4*

**negative**  100:*5*  101:*2*

**neighbors**  174:*4*
184:*8*

**neither**  202:*7*

**nerve**  14:*8*  159:*10*

**network**  150:*1*  174:*9*

**never**  21:*15*  24:*2*
31:*11*  43:*22*  57:*20*
63:*7*  67:*18*  100:*2*
101:*2*  125:*23*  170:*12*
183:*6*  185:*5*

**new** 38:*4, 11* 39:*2*
40:*19, 22* 41:*7, 8, 12*
67:*12* 70:*4, 6* 87:*10,*
*11* 113:*22* 114:*17*
116:*1* 148:*1* 187:*6*
**nibbling** 116:*10*
**nice** 26:*14, 15*
**night** 16:*11, 23* 17:*1*
37:*9, 17* 38:*2* 80:*15*
102:*6* 159:*20* 161:*20*
**nightmare** 167:*10*
**nod** 7:*16*
**nodding** 7:*14*
**nonprescription** 46:*3*
**normal** 48:*5* 152:*21*
156:*10* 185:*25* 186:*3*
**normally** 6:*7*
**northern** 173:*22*
174:*11*
**Notary** 202:*3, 13*
205:*22*
**note** 81:*5* 90:*1*
**noted** 74:*11, 17, 21*
194:*20, 22* 203:*11*
205:*9*
**notes** 87:*16* 95:*24*
133:*19* 150:*4* 173:*7*
191:*10*
**notice** 6:*5* 92:*1* 94:*8*
202:*3*
**November** 32:*8*
35:*18* 168:*1*
**number** 11:*3* 25:*19*
38:*6* 85:*12* 103:*20*
204:*25* 205:*24*
**numbers** 8:*9*
**nutrient** 34:*10*
**Nutritional** 32:*20*
33:*11*

< O >
**obituary** 200:*13, 18*
**object** 8:*19* 29:*19*
38:*14* 39:*4* 49:*11*
78:*18* 136:*2* 178:*8*
192:*14* 193:*19*
**objected** 74:*15*
**objecting** 46:*11*
**Objection** 36:*5* 39:*7*
44:*24* 50:*1, 9* 53:*14*

54:*20* 56:*17* 63:*5*
67:*3* 74:*10* 77:*3*
79:*11* 82:*17* 86:*9*
97:*5* 98:*7, 19* 101:*24*
103:*2* 109:*23* 157:*4*
181:*11* 190:*1* 192:*25*
194:*19, 20* 197:*13*
198:*2* 199:*13*
**objections** 8:*19*
**objective** 141:*3, 6, 7*
**obtaining** 187:*2*
**obviously** 113:*24*
130:*12* 134:*22* 136:*4*
139:*21* 141:*8*
**occupational** 147:*7*
**occurred** 180:*23*
**o'clock** 4:*3* 55:*10*
154:*16, 19* 161:*8*
**October** 41:*23* 44:*21,*
*23* 61:*23* 71:*2, 7, 18*
80:*2* 110:*15* 112:*15,*
*17* 133:*21* 147:*23*
150:*24* 168:*1* 169:*24*
183:*10* 184:*5, 19*
190:*4* 192:*13, 24*
193:*16* 194:*16* 197:*7*
**ocular** 14:*7* 36:*21*
41:*2*
**odocoilei** 45:*18*
**offer** 188:*13*
**offered** 34:*8*
**office** 25:*5* 31:*16*
32:*15* 59:*4* 124:*15,*
*22* 125:*5* 171:*4*
187:*5*
**official** 202:*8*
**Oh** 10:*15* 11:*4* 12:*5*
14:*15* 15:*24* 25:*15*
39:*15, 19* 40:*21*
49:*20* 57:*7* 59:*3*
63:*24* 64:*10* 67:*15*
73:*4* 74:*12* 75:*22*
81:*17* 104:*24* 108:*3*
112:*6* 113:*16* 116:*9*
117:*13, 15* 120:*9*
124:*25* 132:*10*
144:*10* 148:*20*
149:*18* 152:*22* 161:*9*
171:*14* 173:*21* 174:*5*

175:*20* 187:*24*
200:*24*
**Ohio** 16:*20, 21, 24, 25*
**Okay** 5:*2, 9, 15, 16,*
*21* 6:*14, 15, 23, 24*
8:*2, 3, 11, 12, 13, 25*
9:*2, 7, 11, 19, 20* 10:*5,*
*16, 24* 12:*3, 8, 20*
13:*10, 21* 14:*16*
15:*10, 16, 19, 25* 16:*7,*
*22* 17:*11, 16, 23* 18:*1*
19:*9, 13, 20, 24* 20:*13,*
*17, 20* 21:*14, 19, 24*
22:*5, 16, 19, 21* 23:*4,*
*18* 24:*3, 9, 12, 25*
25:*13, 17* 26:*7* 27:*4,*
*6, 11, 16, 19, 25* 28:*7,*
*11, 21* 29:*1, 6* 30:*2, 8,*
*9, 11, 13, 14* 31:*13, 18*
32:*8, 17, 20, 23* 33:*2,*
*5, 9, 10* 35:*7* 36:*16*
37:*7, 19, 24* 38:*18*
39:*2, 9* 41:*18* 42:*3, 6,*
*9, 12, 17, 21, 22, 23*
43:*15* 45:*6, 25* 48:*8,*
*11, 21* 49:*20* 50:*4, 18*
51:*21* 52:*9, 10, 14, 16,*
*17* 55:*5, 9, 20* 56:*6, 9,*
*10* 57:*8, 21* 59:*19*
60:*7* 61:*8, 11, 21*
63:*12* 64:*2, 18* 65:*10,*
*23* 66:*4* 67:*20, 25*
68:*13, 15, 20* 69:*12,*
*23* 70:*19* 71:*14* 72:*3,*
*4, 10, 22* 73:*23* 74:*8,*
*20, 23* 75:*11, 18* 76:*3,*
*10, 15, 24* 78:*1, 6, 11*
80:*12, 19* 81:*10, 18*
82:*9, 13* 83:*2* 84:*14,*
*18, 22* 88:*5, 24* 89:*1,*
*5, 12, 17* 90:*21* 91:*5,*
*12* 92:*10* 93:*6, 13*
94:*20* 95:*3, 23* 96:*8,*
*20, 23* 97:*16* 99:*16,*
*19* 100:*3, 22* 102:*15*
103:*5, 22, 24* 104:*3,*
*24* 105:*12* 106:*22*
107:*15* 108:*7* 110:*3*
113:*3* 114:*16* 115:*6,*
*10, 14, 23* 116:*24*

117:*12, 16* 118:*19, 21*
119:*8, 18, 22, 25*
120:*5* 121:*8, 18, 23*
122:*2, 10, 13, 16*
123:*4, 14, 18* 124:*10,*
*19, 25* 125:*6, 8, 15*
126:*9, 23* 127:*11*
128:*3, 12* 129:*11, 20,*
*23* 130:*1, 22* 131:*5, 9*
132:*19, 22* 133:*1, 4,*
*16* 134:*6* 135:*7, 21*
136:*13, 19, 23* 137:*5,*
*11* 138:*7, 15* 139:*1, 6*
141:*18* 142:*2, 10, 12,*
*20* 143:*2* 144:*1*
145:*8* 146:*9, 21*
147:*22* 148:*22* 150:*3,*
*9, 17, 23* 151:*3, 21*
152:*9, 13* 153:*6, 14*
154:*7, 9, 13, 18, 23*
155:*22* 156:*11, 19, 21*
157:*21* 158:*1, 4, 6*
160:*22* 161:*1, 9, 20*
162:*14* 163:*1, 5, 9, 25*
164:*13, 16, 21* 166:*5*
167:*20* 168:*24* 169:*5,*
*8, 17, 25* 170:*11, 14*
171:*15* 172:*1, 6, 7, 15,*
*16, 21* 173:*2, 5, 24*
174:*3, 11, 16* 175:*4, 7,*
*21, 24* 176:*9, 24*
177:*14* 178:*17, 24*
179:*23* 180:*16* 181:*2,*
*4* 182:*4, 20* 183:*9*
184:*7* 187:*1, 10*
188:*3, 13, 16, 21*
189:*11, 24* 190:*6*
192:*7* 193:*4, 22*
195:*16, 18, 22* 196:*2,*
*16, 19, 23* 198:*12, 17*
199:*10* 200:*17, 20*
**old** 121:*9*
**Olson** 11:*18* 12:*17*
**Olson's** 12:*8*
**once** 22:*3* 31:*5*
39:*10* 69:*6, 20* 91:*25*
96:*20* 107:*4, 8* 113:*6,*
*11, 17* 115:*21* 118:*21*
119:*9* 138:*7, 21*
139:*10* 150:*19*

179:25  187:12
191:12  197:8
**ones**  14:3, 19, 20
29:6  38:4, 13  63:9
68:24  69:14  87:12
88:16  126:5, 7
142:17  157:15
177:12  178:2  193:4
**one's**  85:11  193:20
**ongoing**  152:21
**open**  118:25  123:2
135:18  151:20
**opened**  138:2
**opinion**  115:2
126:25  182:2, 3
194:15
**opinions**  114:19
**opportunity**  42:3
**options**  60:1, 18
**order**  25:10
**ordered**  147:7
190:21
**organisms**  85:12
**organizations**  34:1
**original**  203:14
**originally**  16:16
**outcome**  202:8
**outpatient**  124:21
147:3  148:14, 15
149:14  165:6  166:16
**outside**  17:8, 12, 13,
16
**overall**  139:21
158:12  159:7
**over-the-counter**  34:9
**oxalate**  154:3

**< P >**
**p.m**  103:17  120:16,
19  173:12, 18  201:4
**PA**  2:4, 8, 13
**PAGE**  3:1, 4  30:8
32:17, 18, 24  41:21
71:6, 8, 15  72:5
133:5  204:3
**pages**  133:12  205:4
**paid**  19:14  21:9, 17
**pain**  13:15, 18, 19, 20
14:6, 8  36:20, 24
41:2, 7  101:14  102:6

105:23  106:11, 12, 20,
25  112:25  113:1, 7,
12, 23  114:17  116:2
117:5, 6, 20  118:5, 9,
13, 15  119:5, 10
122:6  134:9, 22, 24
135:2, 3, 9, 16, 17, 20,
22  136:1, 4, 15, 17, 18,
19  137:15  138:10, 11,
12, 13, 14, 15  139:9,
10, 13, 15, 17, 21, 22,
23  141:9, 12, 20, 24
142:20, 24, 25  143:4,
9, 13  145:12, 21
146:2, 4, 5, 16  147:1
151:10  152:4, 6, 11,
16, 18, 21, 23, 25
153:6  158:24, 25
159:1, 2, 9, 10, 13
165:19, 21  177:7, 11
193:6  194:7, 14
**painful**  29:14  122:5
135:16, 18, 20
**pains**  29:7, 8  165:22
166:25
**palliative**  134:2
137:3, 7
**palpitations**  63:15
**paper**  14:17  111:23
**paragraph**  31:4, 21
42:24  44:5  45:15
46:9  48:12  52:9, 18
72:6  77:15  81:20, 25
82:20  84:19  90:4, 5
92:5  96:1  100:19
102:20  104:14, 19
**paragraphs**  48:2
**parasite**  52:22
**paren**  27:13
**parentheses**  27:13, 14,
20  45:17
**parse**  99:2
**part**  9:8  10:8, 15
17:20  19:11  21:13,
18  53:12  70:25
87:19  94:14  98:12
102:13  109:10
133:10, 11  162:25
190:18  194:9
**participant**  129:3

**participate**  31:23
32:1
**participating**  129:16
**particular**  8:6, 7
34:3  36:2  43:5  58:8
66:11  161:18
**particularly**  92:16, 22
117:15
**party**  202:8
**passed**  29:13  199:6,
17
**patch**  173:1
**path**  197:3
**patient**  24:10  71:19,
23  125:12  128:19
129:12  132:17
135:22  136:15
**patients**  30:22
**patient's**  33:25  44:1,
10
**Patrick**  1:20  4:7
35:14  41:15  103:18
104:18  113:3
**pay**  22:2
**paycheck**  21:21
**paychecks**  22:3
**Pelanne**  1:19  4:9
**pending**  6:13
**PENNSYLVANIA**
1:1, 24  23:23, 25
68:21  174:1
**people**  102:1, 16
138:9  149:24
**Perfect**  35:16
**perfectly**  8:2  25:16
**perforated**  185:17
**perforation**  20:15
61:24  110:17  121:24
124:6  125:11, 19
126:10, 14, 25  131:4,
25  132:18, 23  133:3
**perforations**  124:4, 17
**period**  9:19, 21
37:24  104:13  190:2
191:18  197:6
**periodic**  152:6
**periods**  28:21
**perplexed**  75:19
**person**  59:4  127:25

167:14  171:4
**pharm**  66:3
**pharmaceuticals**
51:15, 20  191:21
**pharmacies**  64:19, 21
69:4, 13
**pharmacist**  69:24
70:9
**pharmacists**  171:16
**pharmacy**  50:20
64:24  65:12, 15, 17,
22  66:1, 2, 3, 12  67:1,
7, 22  68:3, 10, 20, 21
69:1, 5, 24  171:24
172:14  189:9, 13, 16,
20
**pharmacy-**
**compounded**  34:8
**Philadelphia**  2:4, 13
**phone**  18:15  19:5
35:22  57:7, 10, 24
60:14  70:12  170:20
183:20  188:9  190:25
**phonetic**  148:21
**phrase**  118:10
**physical**  11:19  25:8
143:11  147:6, 7
186:20  192:11, 22
**physically**  41:25
186:18, 24
**physician**  15:4, 13, 18
62:2  114:23
**physicians**  43:12
60:22  61:17, 20
101:21  128:5, 14, 23
132:4  148:12
**PICC**  75:5  134:16
**picture**  64:2  68:15
**piece**  14:17
**piecemealy**  57:20
**pills**  136:7, 8  141:25
190:20
**pinpoint**  73:23
**Pinto**  13:6, 21  14:10
184:19
**Pinto's**  13:7
**place**  121:15  151:23
202:4
**places**  152:11  174:13

plaintiff  4:*14*
**Plaintiffs**  1:*6*  2:*5*
**plan**  10:*9, 13*  51:*2,
12, 18*  53:*13*  57:*20*
61:*18*  174:*21*  181:*10*
182:*18*  183:*4*
**plans**  31:*24*  32:*4*
**plays**  6:*14*
**please**  4:*10*  8:*17*
9:*12*  25:*15*  35:*13*
41:*15*  55:*13*  77:*9*
104:*21*  165:*14*
173:*10, 14*  203:*4, 8*
**Plerhoples**  152:*15*
**plus**  15:*21*  28:*12*
36:*22*
**point**  38:*7*  41:*6*
47:*22*  49:*1*  51:*5, 16*
65:*11*  67:*7*  75:*11*
79:*19*  86:*7*  88:*11, 15*
91:*5*  96:*7*  101:*17*
107:*10, 16*  110:*24*
111:*10*  117:*22*
123:*19*  134:*1, 18*
141:*10*  143:*6*  146:*15*
149:*10*  151:*3*  155:*10*
176:*15*  177:*15*  183:*9*
187:*15*
**poked**  134:*10*
**portion**  44:*7*  65:*5*
93:*25*  103:*14*  133:*24*
198:*15*
**position**  19:*9*  22:*7*
**positive**  100:*2*  101:*2*
**possible**  52:*20*
**post-Lyme**  26:*12*
**post-menopausal**  37:*8*
**post-surgery**  194:*7*
**potassium**  136:*9*
**potent**  190:*19*
**potential**  140:*22*
185:*6, 16*  186:*6*
**potentially**  69:*8*  74:*4*
178:*13*
**practically**  118:*5*
**practice**  33:*23*  42:*13,
15*  43:*24*  44:*8*  45:*10*
48:*5*
**practices**  33:*14, 19*

**practitioner**  11:*13, 15,
17, 23*  27:*2*  114:*25*
149:*10*  160:*6, 25*
**practitioners**  100:*10*
**prednisone**  66:*13*
96:*2, 5, 9*  97:*2*  98:*13*
102:*22, 25*  104:*6, 10*
105:*2, 6, 13*  154:*3, 6*
190:*12*
**prescribe**  28:*8*  48:*14*
**prescribed**  34:*21*
35:*4*  40:*10*  54:*13*
55:*6*  56:*15*  58:*2*
64:*22*  68:*1, 24*  74:*25*
76:*12*  79:*18*  80:*9*
95:*13*  102:*3*  110:*23*
111:*15*  128:*7*  130:*3*
149:*12*  153:*16*  161:*2*
162:*14*  184:*9, 21*
195:*12, 13*
**prescribing**  27:*17, 23*
28:*9*  48:*23, 24*  49:*3,
8, 25*  50:*7*  51:*22*
52:*1, 3*  101:*10, 23*
102:*18*  110:*13, 19*
149:*7*  182:*12, 13*
**prescription**  10:*9*
31:*6*  46:*3*  50:*6*  68:*1*
70:*4, 6, 16*  160:*8*
187:*6*  188:*4*  189:*11,
17*  190:*12, 13*
**prescriptions**  39:*12*
64:*22*  67:*11, 21*
69:*14, 25*  171:*17*
186:*16, 21, 24*  187:*2,
12*  188:*5, 9, 22, 24*
189:*4, 19*  190:*14, 24*
191:*4*
**present**  129:*2*  192:*19*
**presenting**  181:*9*
**preserve**  8:*18, 19*
**press**  116:*16*  117:*4*
**pressing**  117:*1*
**presumably**  47:*6*
49:*17*  167:*6*
**presume**  5:*10*  47:*6*
135:*21*
**pretty**  21:*6*  26:*2*
42:*16*  88:*18*  94:*21*
105:*15, 23*  106:*5*

107:*4*  116:*22*  117:*6,
21*  121:*25*  138:*25*
155:*19*  175:*14*
**prevent**  158:*16*
**prevention**  33:*13*
**previous**  40:*2*  74:*10,
14, 15*
**previously**  40:*3*  67:*5*
**primarily**  56:*19*
57:*11*  69:*7*  73:*17*
178:*6*
**primary**  10:*16, 21*
11:*1, 16*  16:*1*  30:*16,
23*  31:*1*  61:*24*  69:*5*
**print**  84:*22*
**prior**  184:*5*
**PRIORE**  2:*10*
**privilege**  200:*23*
**probably**  13:*25*  61:*7*
75:*21*  84:*10*  85:*25*
98:*21*  113:*17*  129:*21*
131:*16, 17*  142:*4*
146:*10*  162:*19*  174:*8*
176:*21*  184:*11*
**problem**  6:*9*  126:*18*
156:*19*  174:*24*
**problems**  23:*3*  24:*7,
8*  175:*3*  193:*7*
**process**  109:*10*
129:*17*  133:*11*  187:*2*
**processing**  169:*12*
**products**  34:*9, 11, 14*
114:*9*  115:*13*
**Professional**  1:*19*
**P-R-O-G**  27:*19*
**Progesterone**  27:*22*
28:*3, 5*
**progressing**  37:*13*
**progressively**  113:*2,
8, 13, 23*  117:*21*
**projects**  19:*8*
**promise**  166:*19*
**propounded**  205:*7*
**protocol**  5:*12*  177:*21*
**provide**  30:*16*
115:*11*  187:*10, 22*
188:*4*
**provided**  172:*18*
**provider**  30:*23*  31:*1*
176:*3*  192:*8*

**providing**  24:*4*
69:*25*  171:*17*  187:*13*
188:*2*
**psychiatrist**  169:*5*
**psychologist**  169:*6*
**PTSD**  167:*13*  168:*14*
**Public**  202:*3, 13*
205:*22*
**puffy**  185:*9*
**pulling**  8:*9*
**pulmonologist**  165:*10*
**Purcellville**  69:*18*
**purposeful**  95:*10*
**pursuant**  202:*3*
**pursue**  14:*22*
**pursuing**  76:*1*
**push**  86:*3*
**pushing**  86:*2*
**put**  8:*14*  14:*20*
21:*16*  26:*17*  55:*9*
71:*16*  72:*20*  76:*17*
106:*15*  119:*16*  121:*3*
134:*13, 15, 16*  137:*14*
152:*3*  157:*13*  195:*8*

**< Q >**
**qualifies**  114:*23*
**quality**  33:*12*
**quarter**  55:*17*
**question**  6:*13, 20, 23*
7:*5*  28:*24*  33:*9*  36:*8*
38:*16*  46:*19*  48:*25*
51:*7*  59:*12*  65:*14*
73:*1*  74:*10, 15*  75:*23*
79:*15*  81:*3*  93:*18*
103:*24*  109:*12*
113:*10*  120:*25*
153:*24, 25*  155:*13*
156:*14*  174:*6*  183:*16*
197:*14*  198:*18*
**questionings**  176:*11*
**questions**  9:*18*  34:*3,
13*  40:*2*  42:*20*  43:*5*
44:*14*  45:*9, 12, 21*
46:*7, 22*  47:*3, 9*
50:*15*  56:*4*  58:*20, 25*
59:*10*  66:*5*  70:*10*
90:*3*  102:*11*  113:*20*
120:*23*  167:*19*
171:*20*  172:*15, 23*

173:8  191:11  194:24
195:17, 22  200:6
201:2  205:7
**quick**  6:2  130:17
141:4  171:24
**quicker**  141:1
**quickly**  102:22  107:4
**quite**  106:19
**quotes**  26:11, 12

**< R >**
**RA**  14:16
**raised**  58:22  66:5
**random**  165:22
**range**  89:12  103:3
**rash**  52:25
**raw**  135:12
**reached**  23:5  24:17
134:18
**react**  84:7
**reacted**  58:9  84:5, 8
**reaction**  62:14  85:11
86:21  91:24  105:10
**reactions**  63:9
**reactive**  85:1
**read**  8:23  22:22
26:14  28:23  31:21
33:8  34:3, 7  42:12,
18  46:23  47:7, 10, 11
48:2, 5  53:4, 9  65:6
82:19  90:2, 3  94:1
103:15, 25  121:13
198:16  203:4  205:4
**reader**  61:5
**reading**  28:1, 18
44:6  81:16  178:15
179:24  180:4, 6
**ready**  20:23  22:11,
13  56:3  120:22
**real**  6:1  49:18
123:7  146:1  174:9
**realization**  52:24
**realized**  50:21
**really**  5:20  6:4
15:24  21:11  25:6
30:7  36:8  48:6
56:25  58:4, 12  59:10
61:19  67:18  68:15
74:1, 5  80:8  85:3, 21,
22  86:1  87:20  91:17

92:3  93:11  102:4, 13
104:12  105:15  106:2
107:3  108:15  112:9
116:11  117:22
118:13, 24  122:18, 24,
25  123:12  128:8, 11
129:3  130:20  138:4
139:23  140:7, 25
141:16  150:7  155:7
156:3  159:5  161:15
166:24  167:12, 16
175:6  177:23  179:22
182:21  193:7  196:9,
10
**reason**  6:19  7:22
19:15  83:3  91:13
96:18  99:13  119:21
136:19, 20, 21  148:7,
9  149:22  155:4
168:19  177:2  178:5
203:6
**reasonable**  152:18
**recall**  7:23  16:4
17:12  25:9, 12  26:18
27:10  29:21  30:3, 25
31:9  33:5, 17, 21
34:17  37:16  38:1
39:25  52:6  53:10
57:1  59:22, 25  60:6
61:1  62:15  64:23
65:11  66:12  69:11,
15  70:8, 21  72:19
78:19  82:13  83:11,
24  84:9  88:23  89:24
90:8, 10  92:3  94:10
97:21  98:20  99:15
102:13  109:19, 21
112:21  113:20
116:15  117:16
123:15  125:14
139:16  140:15
171:10  175:18  176:1
179:5, 8  180:9  189:2,
3, 19  190:11
**receipt**  203:15
**receive**  21:15  70:15
**received**  21:16, 21
46:15  98:5  129:13
133:10  170:19  182:1

**receiving**  22:1  34:14
189:6
**recess**  55:23  65:4
103:13  120:17
**recognize**  61:3
**recognized**  42:25
192:1, 2
**recollection**  7:25
14:5  24:12, 15, 25
27:7  30:12  35:3
42:20  49:23  58:2, 7
63:2  72:2, 8  77:16
78:2, 9, 14  79:4  81:8
88:3  90:12  91:15
92:19  96:5  99:11, 17
102:16  106:1  107:15
108:9  109:8, 14
110:5  117:12  123:19,
23  129:24  133:22
136:17
**recollections**  61:13
**recommend**  54:2
**recommended**  23:2
**recommending**  95:19
96:10
**reconnected**  111:25
**record**  4:11  5:15
7:5, 9  8:15  9:12
14:1, 4  23:4  33:8
34:7  42:19  47:13
55:22, 25  57:19
62:24  65:3, 6, 8
71:16, 17  74:11, 18
76:22  77:24  89:10
94:1  97:2  103:12, 15,
17  104:1  109:6
120:12, 13, 16, 19
123:5  150:7  151:7
164:23  168:18
173:10, 12, 14, 16, 18
190:9  198:16  202:7
**recorded**  202:5
**Records**  3:12  12:12
20:17  56:24  78:20
94:11  102:13  121:13
126:2  140:1  146:20
149:5
**recover**  155:16
**reduc**  78:22

**reduce**  85:11, 12
**reduction**  79:18
**RE-EXAMINATION**
195:2  200:8
**refer**  57:2  199:1
**referenced**  127:21
**referencing**  104:5
**referred-to**  65:5
93:25  103:14  198:15
**referring**  27:14, 20
28:4  44:20  45:5
**refill**  39:11  187:6
**reflect**  94:12
**regarding**  178:15
179:12, 25  182:6
188:5, 19, 24
**regimen**  86:6  88:6
92:7  98:12  101:5, 9,
22  105:3  110:12, 19
157:14
**region**  194:7
**Registered**  1:19
**regular**  8:14
**regularly**  135:19
139:15  144:4
**Rehab**  124:23, 25
125:3, 7, 13, 18
141:15, 19, 21, 24
142:13, 15, 21  143:3,
7, 11, 15, 18  144:21
145:6, 9, 20  146:22
147:3  148:13, 25
149:8, 21  153:11
167:23, 24, 25  168:1
191:18  192:18, 20
**Reidsma**  23:15
**R-E-I-D-S-M-A**  23:17
**Reidsmas**  173:20
174:17
**related**  14:13  107:20,
21
**relates**  101:12
**relating**  186:1
**relieved**  181:24
**rely**  78:20  82:25
**remain**  101:4  155:12
**remedies**  195:6
**remember**  8:1  9:24
10:22  12:5, 8  14:3
15:22, 24  19:3, 19

20:*10*  22:5  25:*3, 6, 7, 16*  26:*19*  27:*16*  29:*7*  30:*7*  34:*2, 13*  37:*21*  41:*10*  43:*4, 8, 15*  44:*11, 14*  45:*1, 12, 21*  46:*7*  50:*18*  53:*2, 6, 11, 17*  54:*6*  57:*22*  58:*12*  59:*14, 17*  60:*12*  62:*6*  67:*17*  68:*17*  69:*17*  73:*10, 13*  74:*24*  76:*14, 20*  78:*22*  80:*21*  82:*15*  83:*1, 25*  85:*1, 4, 7, 8, 13, 16, 18*  86:*1*  87:*8, 9, 19, 20*  88:*8, 10*  90:*18, 22*  91:*3, 17*  92:*4, 11*  93:*6, 12*  96:*11, 13, 20*  97:*11, 16*  98:*23*  100:*3, 11*  102:*24*  103:*24*  104:*12*  105:*5, 7*  107:*3, 14*  108:*1, 3*  109:*11, 20*  114:*9, 13, 24*  115:*22*  116:*18, 20, 22*  117:*3, 5*  118:*12, 19, 24*  119:*1, 2, 4, 6, 8, 12, 15*  122:*20, 22, 24*  123:*10, 13, 15*  124:*1, 4, 20*  125:*10, 15*  126:*1, 15, 22*  127:*2, 17, 20, 23, 24*  130:*13, 15, 19*  131:*11*  137:*3, 5, 12*  139:*8, 19*  140:*3, 5*  141:*16, 17*  145:*22*  147:*21*  148:*7, 8*  149:*3*  150:*8*  164:*21*  168:*22*  170:*2*  175:*10*  176:*17, 19*  180:*11, 17, 18, 19*  185:*8, 10, 12, 22, 24*  190:*10*  193:*9*  196:*17, 20*
**remembered**  180:*15*
**remembering**  61:*12*  96:*15*  190:*18*
**remembrance**  30:*21*
**remind**  5:*13*  7:*20*
**remotely**  1:*17*
**renew**  31:*6*
**repair**  124:*5*  132:*24*

133:*3*
**repeat**  6:*21*  113:*10*
**repeating**  93:*19*
**repetitive**  191:*11*
**rephrase**  6:*22*  192:*17*
**replacement**  28:*18*  31:*10*  34:*19*  35:*9*  40:*11*  106:*18*  174:*19*
**report**  67:*2*  93:*9*
**Reporter**  1:*20*  4:*9, 12*  64:*25*  65:*6*  74:*16*  93:*15*  94:*1*  103:*15, 25*  110:*25*  120:*11*  198:*8, 16*
**reporting**  94:*4*
**reports**  31:*20*
**represent**  5:*3*  172:*14*
**represented**  5:*9*
**required**  31:*5, 11*  164:*24*
**requiring**  46:*2*
**research**  33:*24*  178:*15*  179:*11, 24*  182:*5*
**resolve**  136:*1*
**resolved**  36:*15*  107:*2, 4, 12*
**respect**  33:*15*
**respiratory**  156:*1, 12*
**respond**  58:*23*  59:*2, 5, 11, 13*  93:*12, 13*  94:*2*
**responded**  114:*1*
**responding**  113:*18*
**response**  7:*12*  8:*2*  25:*18*  33:*25*  44:*1, 10*  45:*20*  59:*5*  62:*12*  65:*13*  97:*22*  183:*14, 16*  185:*12*
**responses**  7:*8*
**rest**  139:*2*
**restate**  51:*8*  52:*10*
**Restoration**  32:*19*  33:*12*
**restrictions**  105:*20*
**restrictive**  146:*22*
**restructure**  21:*1*
**result**  60:*14, 22*  73:*4*  130:*24*  132:*23*
**results**  60:*8*

**retain**  30:*22*  170:*6*  171:*3, 13*
**retained**  21:*10*  170:*22*
**return**  203:*13*
**returns**  17:*6*  19:*16*
**reversal**  151:*4*  152:*15*  164:*24*
**reversed**  150:*6, 11, 20*  151:*1*
**review**  42:*4, 5*  47:*8*
**reviewed**  133:*13*
**reviewing**  12:*12*  71:*17*  191:*10*
**rheumatologist**  13:*6*  163:*13, 15, 22*
**rhythm**  53:*1*
**rid**  179:*3*
**right**  4:*25*  7:*6, 13*  11:*6, 21*  12:*15*  17:*16, 22*  20:*3, 22*  21:*2, 10, 13, 22*  41:*10*  43:*13*  45:*16*  48:*10*  71:*2, 3, 15*  72:*5*  74:*21*  81:*9, 12*  92:*8*  95:*21*  101:*1*  106:*15, 19*  107:*5*  112:*17, 18*  115:*13*  118:*7*  124:*22*  125:*25*  128:*16*  133:*4, 23*  140:*7*  141:*14*  142:*10*  144:*18*  145:*10*  146:*12*  150:*21*  151:*9*  153:*12*  156:*8, 10*  159:*13*  164:*2*  165:*16, 22*  173:*5*  175:*11*  176:*1*  179:*1*  180:*16, 18*  181:*4*  187:*7*  194:*11, 12*  197:*3*
**rigorous**  143:*11*  144:*23*
**ringing**  14:*7*  36:*23*
**risks**  52:*20*  140:*14*
**road**  119:*17*
**room**  9:*3, 5, 9*  118:*9, 20*  121:*2*  123:*7*  131:*12*
**root**  14:*23*  179:*21*
**rotator**  29:*14*
**rough**  29:*12*

**route**  15:*9*
**ruined**  166:*23*
**rules**  5:*14*
**RUN**  1:*23*  121:*3*

**< S >**
**safe**  28:*18*
**sample**  93:*2*
**Satchi**  13:*1, 10, 12*  184:*19*
**S-A-T-C-H-I**  13:*3*
**satisfaction**  141:*12*
**Saturday**  112:*23*
**saw**  11:*18, 21*  12:*23*  13:*1, 6*  14:*11*  29:*1, 3*  30:*4*  31:*9*  60:*24*  69:*3*  78:*11*  89:*6*  93:*9*  97:*7*  104:*7*  126:*2*  148:*14*  150:*10*  163:*21*  164:*19*  177:*16*  179:*1, 9*
**saying**  4:*24*  21:*2*  37:*6*  54:*12*  66:*22, 23*  77:*24*  79:*12*  80:*25*  82:*21*  84:*8*  92:*8*  98:*8*  99:*12, 15*  119:*4*  123:*6, 14*  124:*1, 2, 5*  129:*18*  138:*1, 4*  168:*19*  185:*8, 10, 14*
**says**  26:*10, 11*  27:*11*  28:*15*  29:*12*  30:*15, 22*  31:*4, 22*  32:*6*  33:*22*  38:*8*  39:*19*  42:*24*  43:*23*  44:*7*  45:*10, 15, 17, 25*  48:*13*  54:*2*  72:*6, 10*  77:*15, 24*  78:*6, 7, 11*  81:*18, 20*  82:*20*  90:*25*  96:*1*  99:*16, 22*  100:*19*  104:*5, 15*  150:*7, 25*  155:*19, 20*
**scale**  146:*3*
**scan**  119:*12*
**scar**  152:*17, 22*  165:*20*
**scene**  199:*1*
**schedule**  18:*24*  22:*12*
**scheduled**  19:*7*

Case 3:23-cv-00806-JFS   Document 48-1   Filed 04/26/24   Page 78 of 84   Page: 20
Deposition of Stacey Wolking
Stacey Wolking v. Henry Lindner, M.D., et al

**school**  16:*9*, *10*, *12*, *14*, *15*, *18*, *19*, *23*  17:*1*, *2*  18:*11*, *12*, *16*
**schooling**  174:7, *8*, *9*
**Scranton**  2:*8*
**screen**  25:22  113:*5*
**scrolling**  104:*17*
**seal**  202:8
**second**  42:*23*  54:*1*  59:7  96:2  104:*19*  126:*11*  131:*23*  165:16  182:2
**see**  6:*14*  11:5  12:*1*  13:*4*, *14*, *22*  14:*25*  15:*3*, *25*  22:22  26:*1*, *2*  28:*15*  30:9, *11*  31:*15*  32:*10*, *20*  33:*3*, *5*  35:*15*  40:9  41:*18*  42:*19*  52:6  56:25  57:5  58:9  59:*23*  61:*24*  64:*3*, *11*, *15*  71:*10*  72:2  79:*18*  81:*15*, *19*  82:7  83:8  84:*5*, *6*, *20*, *22*  91:*10*  97:2  99:*24*  100:*10*  103:22  104:*15*, *22*  109:*10*  110:22  111:*14*, *23*  112:*1*  113:*4*  114:*21*, *22*  116:*17*  117:*1*  148:*15*  149:*14*  151:7  155:*16*  163:6  164:*24*  175:*18*
**seeing**  11:2, *24*  23:*11*  26:21  35:6  61:*19*  62:2  73:6  75:23  149:9, *18*, *21*  162:8, *9*  168:22  169:*3*  175:18  176:*23*
**seek**  114:*19*  182:2
**seeking**  24:*17*  176:*16*
**seen**  100:9  124:*17*  125:*24*  160:*19*  164:*17*  165:4  181:*16*
**selfish**  199:*24*
**Sena**  114:*10*
**send**  67:*11*, *16*  68:7  93:2
**sensations**  163:*1*
**sensitivity**  108:*4*, *5*, *8*  109:*4*

**sent**  32:*13*  71:*18*  121:20
**sentence**  30:*15*  31:*4*, *21*  43:6, *23*  44:7  45:*10*  81:20, *24*  91:*10*  96:2  100:*20*  103:*4*
**separate**  10:*14*  109:*18*  150:*14*
**separately**  142:*23*
**sepsis**  132:20, *22*  168:*10*, *11*
**September**  82:*23*  186:*17*, 22  189:*5*
**serves**  133:*12*
**service**  128:*18*
**set**  18:*17*, *24*  57:12
**seven**  85:9  105:*19*
**seventh**  52:*19*
**severe**  13:*15*  24:*19*  36:20  41:*4*, *6*  63:*14*, *17*  87:*18*  102:5  105:*3*, *23*  106:*11*  107:*25*  108:*3*, *14*  112:*25*  113:*1*  175:*5*  177:*7*
**severely**  118:*4*
**shape**  117:*11*
**shared**  37:*1*
**sheet**  203:*7*, *9*, *11*, *14*  204:*1*  205:*9*
**she'll**  6:*5*
**shift**  19:*5*
**shin**  177:7  194:*13*
**shock**  123:*1*, *3*
**shocked**  123:*1*
**shooting**  165:22
**short**  41:*1*  120:*21*  167:*3*  181:*19*
**shorthand**  202:*5*
**Shortness**  14:6  36:*21*  90:*11*, *19*  164:*3*, *4*, *9*, *11*  177:*11*  194:*14*
**shot**  154:*24*
**shoulder**  29:*15*
**show**  25:*21*
**showed**  93:*10*, *14*
**showing**  93:*21*

**SHWED**  2:*7*  3:*4*  4:*15*, *23*  5:*3*, *23*  6:*9*, *10*  8:*13*, *18*, 22, 25  9:*1*  25:*24*  35:*12*  39:*5*, *17*  41:*14*  46:*14*, 20  56:*1*  63:22  64:*9*, *14*  65:*1*, *9*  70:*24*  71:*6*, *13*  74:*12*, *19*, *22*  82:*4*, *7*, *8*  86:25  93:*23*  103:*10*, *18*, *21*  104:*17*  113:*3*  120:*9*, *14*, *20*  171:*19*  172:*2*, *6*, *21*  195:*3*, *11*, *16*  197:*13*  198:*2*, *10*  199:*7*, *10*, *13*  200:*9*  201:*1*
**sic**  52:*23*, *24*  125:*9*, *18*
**sick**  85:*2*, *22*  87:*9*, *14*, *20*  100:*13*  105:*15*  106:*9*  111:*1*  155:*25*  184:*13*, *16*  191:*7*
**sicker**  184:*17*
**side**  32:*24*  42:*10*  184:*23*  185:*3*  191:*4*
**sides**  28:22  152:*23*
**sign**  8:*23*  48:*6*  203:*8*
**signature**  32:*6*  33:*3*  41:*20*  202:*10*  205:*13*
**signed**  32:*6*  49:*17*, *18*  50:*11*  52:*14*
**signing**  46:*12*, *13*  203:*10*
**similar**  43:*21*  57:*5*  186:*14*
**similarly**  42:*18*
**sipping**  116:*9*
**siren**  122:*11*
**SISCO**  10:*3*
**sister**  137:*19*
**sit**  27:6  36:*1*  39:*20*  48:*1*, *8*  49:22  63:*1*  90:*15*  102:*15*  109:*13*  110:*22*  129:*5*  144:*25*  193:*17*  194:*15*  200:*11*
**site**  142:*23*  151:*10*  152:*5*, *7*  165:*20*, *23*, *24*  166:*2*, *3*
**sites**  152:*7*, *24*

**six**  31:*5*  57:*13*  105:*19*
Skeesler@mccormickpriore.com  2:*14*
**skin**  29:22
**skipping**  172:*24*
**Slater**  125:*9*
**sleep**  134:*9*  135:*8*  136:*20*, *21*  137:*15*  138:*23*  157:*17*  159:*19*, *21*, *25*  160:*9*, *12*, *16*, *21*
**sleeping**  37:*9*  159:*17*  160:*4*
**slept**  138:*23*
**slow**  140:22
**slowness**  29:22, *23*
**slows**  158:22
**small**  82:*3*
**snuck**  74:*11*
**social**  167:*16*
**Society**  43:*2*
**Solomon**  179:*1*, *9*
**solution**  163:*18*  182:*25*
**somebody**  160:*3*  181:*21*, *25*
**someplace**  22:*17*
**somewhat**  155:*24*
**sorry**  11:*4*  12:6  16:*25*  18:*4*, 22  21:*15*  34:*25*  39:6  40:*5*  44:*5*  49:*19*  51:8  59:*18*  64:*25*  65:*19*  68:*13*  73:*1*, *11*  74:9  79:*24*  83:*18*  86:*14*  89:*4*, *11*  90:*14*  111:*25*  113:*1*, *10*  115:*10*  119:*20*  128:*20*  133:8  142:*14*  144:*10*  147:*14*  149:*12*, *18*  153:2  155:*3*  156:*14*  157:7  162:6  166:*1*  179:*10*  183:*23*, *24*  186:*19*  191:*10*  199:*8*  200:*23*
**sort**  86:22
**sorting**  112:*3*
**sought**  22:*16*

**sound** 108:*3, 5, 8*
109:*4*
**sounds** 81:*9* 112:*18*
119:2 133:*13, 23*
175:*10*
**soup** 116:*9*
**source** 130:2
**space** 203:6
**speak** 7:*1* 58:16
188:*18* 198:*13*
**speaking** 123:*23*
125:15 188:*7*
**special** 166:8
**specialist** 12:2 27:*3*
**specialists** 12:*23*
16:*1* 163:*10*
**specific** 58:*24* 59:*15,*
*17* 61:*14* 62:*17*
69:*11* 91:*15* 109:*20*
126:*15* 127:2 128:*15*
129:9 151:9 152:*7*
175:22 177:5, *13*
187:*15*
**specifically** 11:*12*
65:*18* 87:*15, 20*
94:*10* 98:8 130:*15*
131:6 141:*17* 160:*21*
165:6 177:*12* 178:*19,*
*25* 179:2 183:*11*
186:*1* 193:*14*
**specifics** 59:*16* 109:5
123:*16* 127:*18*
184:*11*
**SPECTER** 2:*1*
**spell** 8:*16* 13:2
23:*16*
**spleen** 52:25
**spoke** 42:4 46:8
70:*3* 148:*13* 169:*18*
188:8 191:2
**spoken** 169:25
**sporadic** 84:*13*
**spring** 148:5 157:*23*
**STACEY** 1:*1, 14* 3:4
4:*4, 14, 20* 6:4 9:*13*
29:20 38:*15* 168:*23*
**stages** 24:*14*
**stand** 118:3, *13*
144:25

**standard** 57:*10*
102:*11*
**standing** 202:*3*
**start** 11:*14* 29:17
56:7 58:8 59:*1*
67:*15* 81:*14* 84:5
85:*24* 91:*1, 5* 108:*7,*
*11* 112:25 143:*24*
182:*17*
**started** 10:22 11:7
15:22 16:2, *10, 11*
35:7 36:*11* 37:*21, 22,*
*25* 38:*11* 40:*12* 41:*8,*
*10* 51:*4, 14* 52:*1*
56:*11* 58:*10* 61:22
75:12 77:20, *22*
78:*14* 79:8 80:*14, 24*
81:*4, 6* 83:6 86:6
87:*1, 5* 88:*15* 89:8
90:9 91:*3, 9, 14, 19,*
*25* 95:*24* 98:*17*
108:*15* 112:25 113:*1,*
*12* 114:*17* 116:2
137:*20* 143:22 149:*9,*
*17* 157:*10* 167:*23*
169:*3* 175:8 176:*22,*
*23* 191:*17*
**starting** 16:9 86:*1*
98:22, *25*
**starts** 52:*19* 71:*10*
84:20 90:5 96:*1*
100:*20*
**state** 4:*11* 16:20, *23*
46:6 47:24 67:*11*
177:*15* 203:6
**stated** 188:*21*
**STATES** 1:*1*
**stay** 86:*17* 143:*13*
161:*11, 15*
**steno** 173:*16*
**steroid** 54:8 66:*13*
96:*11* 98:22 99:*12*
126:25 127:*13* 128:*7,*
*23, 24* 130:*3, 11*
131:*24* 153:*11, 23*
157:*12* 160:*14* 161:9
162:*23* 186:*13, 14*
189:*4* 196:*18*
**steroids** 53:*20* 55:6
68:*5, 9* 70:*10, 16*

83:*23* 96:*13* 97:*3, 10*
98:*1, 4, 9, 11, 17, 21,*
*22* 99:*6, 9, 14* 103:9
104:8 110:*21, 23*
111:*3* 124:*16* 126:*11,*
*18* 127:9 129:8
130:*7, 11, 16, 18, 23*
131:*4, 10, 22* 132:*8, 9,*
*10, 14* 139:20 140:2
141:*19* 142:*3, 6, 14,*
*15* 148:*24* 149:*1, 7*
153:9, *13, 15, 21*
154:*21, 25* 155:*6, 11*
158:*10* 160:*11*
161:*11* 167:*7, 9*
168:9 183:*12* 184:*9,*
*20* 185:*11, 13* 186:*10,*
*17, 21* 187:*12* 189:20
191:*4* 200:*1*
**Stewart** 26:*21, 22*
27:*1, 18, 24* 43:*16, 19*
73:*6, 14, 20* 74:25
75:*8, 12, 24* 76:*11*
77:*1, 7, 11* 79:*3*
176:*23* 177:*14* 178:*5,*
*18* 179:6 180:*1*
**stick** 10:9 93:5
**sticks** 83:*3*
**stiffness** 157:*16*
158:6, *15*
**stipulations** 8:*14*
**stomach** 12:*1* 13:*15,*
*18, 20* 14:6 41:7
116:*17* 117:*1* 177:*11*
**stood** 118:*11*
**stool** 146:25
**stop** 43:2 84:5
119:5, *11* 138:5
191:*13*
**stopped** 75:*23* 81:*21*
82:*14, 20* 84:2 94:*16*
148:*11* 153:*13*
**stores** 158:*23*
**story** 196:9
**straight** 163:*23*
167:2 191:*7*
**strands** 168:*3*
**stream** 131:*13*
**Street** 2:*3, 13*

**strength** 108:22
117:*23* 118:25
**stressed** 106:*16*
**strictly** 70:*12*
**strike** 188:*7*
**strong** 92:*7* 105:*3, 10*
**struggle** 158:*19*
159:*21* 167:*16*
**struggles** 35:*24*
**struggling** 97:*24*
136:6
**study** 179:*24* 182:5
**stuff** 30:*13* 42:*19*
48:*21* 72:21 101:*18*
122:8
**subject** 203:*10*
**submitted** 133:*10*
**Subscribed** 205:*15*
**subsequent** 132:*20*
**substance** 205:8
**suddenly** 29:*13*
**Sue** 172:*12*
**suffer** 73:*3, 24* 78:*23*
91:*6* 130:25 151:*4*
157:*19* 158:2 159:*23*
161:6 168:*13*
**suffered** 63:*13*
193:*15*
**suffering** 28:*25* 29:*3*
34:*20* 36:*9, 12* 52:22
62:*18* 73:9 99:5
108:*17* 134:*8, 21, 23,*
*25* 135:*3* 159:*25*
177:*3*
**sufficient** 136:*16*
**sugar** 30:2
**suggest** 7:*11*
**suggested** 60:*17*
115:*4*
**suggestion** 163:*10*
**suggestions** 59:22
163:*14, 16*
**suicide** 52:*24*
**Suite** 2:*13*
**summarize** 129:6
**summarizes** 71:*25*
**summary** 80:*13*
104:*4* 105:*1* 111:*13*
133:25 137:*1* 140:*1*

**summer** 11:22 17:20, 24 20:24 21:23 29:12 35:22 56:22 58:5 80:2, 17, 19, 23 81:13 83:6, 19, 22, 25 86:4 87:2, 22 96:22, 25
**Sunday** 112:23
**supervision** 202:6
**supplements** 28:11 33:11 46:4
**support** 18:12
**supposed** 51:23 56:13, 15 177:7
**supposedly** 134:14
**Suppository** 114:13
**sur** 165:21
**sure** 6:22 7:2 14:2 21:11 27:2 28:17, 24 34:23 37:5 42:15 45:4 48:6, 7 49:18 51:9 56:25 57:18 61:6, 11 67:14 68:8 73:10 74:10, 17, 20 79:25 83:17 87:16 92:24 96:15 108:2 109:6 110:18 116:5 119:23 123:4 127:17 129:2, 24 131:14 135:4 138:25 139:14 140:9 144:13, 14 145:23 146:1, 25 160:13 164:23 173:7 174:10 175:14 184:3, 14 186:1, 20 190:7, 8, 17 194:6, 20 195:10, 24 196:1
**surface** 165:21
**surgeon** 123:12, 16 125:10 148:14 152:14, 19 166:13
**surgeries** 193:6
**surgery** 29:14 101:14 102:6 105:22 106:24 121:22 122:23, 25 123:8, 24 124:12 125:17, 18 130:1 147:22 148:8 150:24 151:5, 6, 19, 20, 23 153:3 164:25

**165**:13 167:24, 25 169:2 191:16 192:20 194:10
**surgical** 132:24 133:3 142:23 152:5 165:1
**surprised** 60:16
**survive** 66:19 112:8 136:12
**SUSAN** 2:12 4:17
**Sutter** 123:20, 21, 24
**Svestka** 152:20
**SW** 32:24
**swear** 4:12
**sweating** 161:23 162:2, 10
**sweats** 37:9, 17 38:2 80:15 161:20, 21
**swelling** 96:12, 16
**switch** 22:19 190:16
**switched** 69:8 96:6, 8 97:2 190:18
**switching** 96:18
**swollen** 135:10
**sworn** 4:21 202:4 205:15
**symptom** 78:25 81:4 87:10 99:8 108:12 112:5, 6 113:15 161:18 162:2 163:19 164:4 177:6, 8 181:20
**symptoms** 13:13, 17, 22, 25 14:12, 18, 19 15:19, 21, 23 30:3 34:20 35:24 36:2, 11, 14, 17 37:8, 10 38:24 39:2, 15, 21, 25 40:10, 13 41:1 62:14, 18, 22 63:4, 7, 8, 12, 18 72:12, 24 73:3, 7, 8, 13 74:4 75:2, 13, 15, 16, 20 76:11, 16, 20, 23 77:15, 17 78:4, 16 81:11, 15 83:8, 13 85:5 86:20, 23 87:3, 11, 21 90:23 92:2 94:8 99:1, 2, 5 101:11 107:25 108:2 109:2, 15, 22 111:16

**112**:3, 4, 13, 21 114:20 156:21, 23, 25 157:12, 14 163:8 167:9 175:15 176:3, 10, 13 177:5, 10, 16 178:1 179:17, 18 181:16, 18 185:2 186:13 193:3, 13, 15, 25 194:2, 13
**symptom-wise** 135:5
**system** 86:17

**< T >**
**tafenoquine** 84:12 86:14
**T-A-F-E-N-O-Q-U-I-N-E** 82:22 89:17 90:7
**take** 5:6 6:4, 12 7:22 11:10 15:2 35:8, 12, 14, 15 55:11 57:17 70:20 83:21 85:10 86:12, 17 89:1, 9, 13, 21, 23 93:2 95:6, 14, 19 96:21 97:13 98:22, 25 101:8 112:15 113:4 114:4, 5 119:19, 24 120:1 121:4 136:8 144:2, 19 145:17 152:25 153:11, 18, 23 154:11, 21 155:8 166:5, 20 171:23 179:21 183:12 186:11 187:12, 14, 16, 22, 25 188:25 190:19 195:14
**Taken** 1:17 4:4 13:4 55:23 56:16 65:4 66:21 84:15 101:9 103:13 120:17 199:2 202:3
**takes** 92:5
**talk** 9:17 17:8 18:14 22:20 45:23 57:6, 23 70:22 77:7 85:15 137:18 139:8 152:9, 13 159:5 160:25 163:8 169:15

**171**:15 182:19 184:1, 4, 7, 18 185:7, 21
**talked** 5:11 39:22 61:20 62:4, 9 64:18 85:18 95:6 109:3 110:20 111:8 117:13 127:11 131:21 132:6 153:9 156:22, 24 157:1, 14 160:5, 13, 17, 20 162:13, 18 163:1 164:4 165:19 177:10 180:1 196:7
**talking** 18:23 20:14, 16 39:18 56:8 73:21 80:1, 3, 5 102:16 103:4, 6 114:18 119:3 120:25 122:23 123:11 127:9 128:9 129:14 130:19 137:20 158:16 185:8 190:2 196:4
**taper** 140:8, 12, 17, 22 156:6
**tapered** 140:3 157:3 162:23
**tapering** 131:22 140:10, 15 153:10
**tax** 17:5 19:16
**Technically** 20:23
**technology** 6:17 21:4 68:17
**Teeter** 69:6, 8
**telemed** 24:23 57:3
**telephone** 181:6
**tell** 8:8 9:21 14:3, 10 18:10 19:15 22:21 25:3 26:4 31:8 34:17 35:11, 17 38:21 40:3 43:10, 12 51:16 53:17 62:10 63:1, 12 64:19 74:16 77:21 85:16 91:21, 22 93:22 97:18 99:4 112:19 113:25 118:8 122:19 124:1 125:8 128:3, 11, 16 131:5 134:6 137:5, 11 142:4 164:8 166:20 168:7 181:17 182:10,

**22** 183:2  196:15
  200:22  202:4
**telling**  109:25  110:6
  114:4  116:20  184:3
  188:25
**ten**  55:18
**tender**  116:18  117:2
**ten-year**  9:19, 21
**term**  180:1
**terminated**  21:3
**terminating**  21:5
**terms**  46:12  144:2
  172:22  173:2  177:16
**terrible**  97:12  122:8
  154:22
**terrified**  156:4
**terrifying**  181:21
**test**  20:3  45:24  58:9
  59:25  92:20  93:10
  99:23  100:14  101:1
**tested**  100:2, 5
**testified**  4:21  15:20
  124:20  125:9  186:23
**testimony**  40:9
  173:2  202:3, 5, 7
**testing**  25:10  43:9,
  13  59:23  60:3, 25
  61:2, 12, 14  92:11, 15,
  25  93:7, 21  160:7
  161:1
**tests**  45:19, 23  60:16,
  17  119:11  121:3
  163:10
**text**  170:25
**texting**  171:10
**texts**  171:9
**Thank**  5:21  7:15
  14:15  35:16  55:19,
  20  61:19  82:12
  104:21, 23  113:5
  171:21  173:20
  194:24  195:17
  200:20
**Thanks**  173:5
**Thanksgiving**  168:2
**therapies**  27:12
**therapist**  11:19
**therapy**  28:18  31:6,
  10  32:20  33:20, 25
  34:15, 18  35:4  38:6

**39:1**  40:11  44:1, 10
  46:5  47:22  54:3, 5
  85:11  147:6, 7, 8
  161:2  174:19  176:25
**thereof**  200:16  202:8
**thick**  144:16
**thigh**  180:15
**thin**  144:16
**thing**  6:2  24:23
  54:25  56:16  59:7
  64:13  67:12  76:2, 7
  87:10  101:16  132:14
  134:17  152:21
  154:14  155:19  165:2
  168:11  179:22  184:3
  198:24
**things**  7:21  14:9, 23
  19:8  33:6  36:22
  41:3, 4, 11, 12  54:9
  58:17  59:17  61:20
  70:22  73:14  75:1
  114:6, 8  115:4, 11
  125:24  130:25
  131:19  135:6  138:14
  151:6  153:1  158:23
  160:24  162:5, 21
  182:24  187:20, 21
  193:5, 8
**think**  7:3, 21  9:8
  10:5  12:20  13:4
  14:22  15:11  19:18,
  20  20:9, 11, 20  22:9,
  23  23:17  28:16
  36:23  37:7, 8, 18
  38:9, 23  39:16, 19
  40:1, 11, 21, 25  41:3,
  9, 11  48:1  49:6
  54:23  55:14  56:23
  58:11  59:4, 13  60:15,
  19, 25  61:7, 23  64:10
  65:10  67:14  70:5
  71:1, 2, 7, 19, 23
  72:19  79:5, 9  84:12
  86:13  88:25  89:15
  92:21, 22  94:2, 21
  96:17  98:4, 25  100:9,
  12  103:3  104:3
  106:8, 22  107:3
  108:9  112:17  116:4,
  5, 8  117:10  118:1

**119:11**  120:3, 25
  121:25  123:5  124:13
  126:3  130:25  131:3,
  8  132:14  134:22
  135:6, 16  136:3
  138:1, 4  139:14
  141:1  143:24  144:10,
  23  145:19  150:16
  151:14  156:10
  157:15  160:10, 19, 20
  161:5  162:18, 19
  163:19  164:19
  166:21  168:8, 25
  169:3  170:18, 19
  171:2, 4, 6, 19  174:13
  176:6, 22  177:9, 11
  179:6  182:7  183:21
  184:6  185:15, 21
  186:8, 12  187:15, 24
  190:17  191:7  195:6,
  8  198:25
**thinking**  98:23
  100:3  114:14  117:24,
  25  169:11, 13  185:13
**thinks**  157:12
**third**  71:8  72:6
  81:24  98:14  100:21
  182:2, 3
**third-party**  10:3
**thirty**  203:15
**Thompson**  168:23
**thought**  11:8  14:11
  24:8  35:25  36:4
  37:2  67:4  69:3  73:4,
  15, 20  74:3  99:5, 14
  111:1  114:2  117:22
  124:11, 16  125:18
  126:13  140:13
  159:25  162:20
  175:15  178:1  179:22
  182:24  183:17, 20
  185:13  196:12
  197:22  198:7, 23
**thoughts**  60:13  128:6
**thousands**  76:7
**three**  34:6  48:12
  69:12  89:15, 23
  96:13  100:20  133:20
  145:7, 8  152:25
  154:12  170:21

**three-days-a-week**
  19:5
**threw**  39:9
**thrilled**  181:15, 24
**throw**  182:24
**tick**  72:7, 13, 18, 24,
  25  73:2, 5, 9  175:18,
  19, 22  176:7, 12, 15,
  19  180:10, 25  181:3
**tickborne**  178:7, 14,
  15  180:2  193:13
  200:14, 15
**ties**  23:24
**time**  4:2, 10  6:11
  8:7, 20  9:19, 22
  10:24  11:5, 6, 21, 24
  12:13, 21  15:5  16:11
  17:11, 19, 20  19:10,
  11  20:7  21:5, 18, 19
  22:1, 22  23:3, 5, 22
  24:8, 13  29:1  30:1
  31:12, 13, 17  35:6
  36:19  37:15, 24  38:7
  41:25  45:2, 13, 22
  46:13, 14, 15, 16, 24,
  25  47:17, 22  48:2, 3,
  19  49:2  50:11, 13, 14,
  16, 21, 23  51:4, 6, 9,
  17  52:7, 13, 15, 16
  53:7  55:21  57:24
  58:11  61:21, 25  62:3
  65:3  71:5, 24  72:12,
  13, 23  73:9, 15, 19, 23,
  25  74:16  75:11
  76:25  77:16  78:3, 10
  79:5, 9, 19, 20, 21, 23
  80:1, 3, 6  81:14
  82:13  83:15, 18, 21
  84:3  87:25  88:18
  89:23  90:13, 17  92:4,
  21  94:22  95:5, 9, 18
  96:21  98:1, 3, 21
  100:11  101:3, 10, 19
  102:18, 25  103:7, 8, 9,
  11  104:12  105:5, 15
  107:11  112:8, 14
  113:14, 21  114:16, 18
  116:1  118:10  120:3,
  4, 15  121:19  123:19
  124:13  125:17

129:22, 25   130:1, 4, 8
134:7   137:16, 23
139:13   140:6   141:10
144:6, 13   146:15
149:15   153:15   156:3
159:17   163:21
165:17   166:21
169:17, 22   171:21
175:22   176:2, 5, 6
177:4, 22   178:3
180:5, 21   181:18
182:4   183:6   185:23
186:10   188:1, 2
189:5   190:2   191:18
192:19   194:24
196:14, 20   197:6
201:4   202:4
**timeline**  72:20
**times**  6:3   7:25   19:4,
6, 7, 13, 21   31:15
49:24   57:12   58:18
68:9   75:3   79:16
89:15   92:23   93:12
96:14   98:20   110:8
115:19   134:11   140:9
145:4   152:25   154:12
183:19   188:17   196:2
197:9, 10
**tingling**  78:12, 16, 23
79:2, 7   156:24   163:2
**tissue**  152:17, 22
165:20
**title**  27:3
**today**  4:2   6:14   9:9
10:2, 17   14:3, 5, 12
17:8, 9   20:21   27:6
30:3   33:3   34:17
36:1   38:1   39:21
40:9   48:1, 8   49:22
54:12   57:3   63:1
79:12   90:15   102:15
109:13, 19   110:22
128:12   129:5   136:17
139:17   152:5   153:7,
16, 23   154:21   155:23
157:19   158:2, 7, 11,
13, 17   159:23   161:7
162:9   163:3   164:13
165:12   169:9   177:10

193:17   194:15   196:3
200:11
**toilet**  108:21   180:11
196:22, 24
**told**  11:7, 18   39:24
50:19   54:8   65:18
66:18   68:6   75:21
86:17   92:18   97:20
100:7   101:15   102:10
116:21   126:24
131:11, 23   138:24
139:6   143:24   148:23
154:24, 25   155:14
159:24   160:19
167:19   168:8   177:5
178:10   182:16
183:17, 19   184:12, 14
190:15   196:8, 16
**tolerate**  54:4
**tomorrow**  154:10
**top**  26:10   36:23
71:7   81:25   143:14
161:15   193:10
**topic**  42:21   55:12
131:2   140:6
**topics**  46:9, 23   47:4
52:8   59:20   131:20,
25   132:2, 4
**torture**  134:17
**touch**  57:13
**town**  94:22
**transcribed**  202:6
**transcript**  203:16, 17
**transcription**  202:6
205:6
**transferred**  119:16
121:16   141:20
**transition**  35:19
**transplant**  174:25
**transport**  122:6, 10
125:3
**transported**  121:14
125:1, 5
**trauma**  168:10
169:12, 13
**traumatic**  29:14
168:10, 11
**traumatized**  102:6
**traveling**  95:18
180:24

**treat**  74:6   99:19
135:13   151:22   160:3
169:8   178:2, 17
**treated**  12:14, 21
20:8   26:22   31:13
37:4   39:1   48:3
50:16   51:6   52:7, 16
58:19   75:7, 13   77:19
79:10   90:17   101:3,
20   102:17   103:8
165:10   178:5   179:20
184:16   196:8
**treating**  10:25   31:10
35:8, 17   37:13   38:6
47:1, 17   48:20   49:2
51:10   53:7   56:12
64:20   73:7, 17   75:12
76:25   78:24   79:3, 6,
14, 16, 20, 21   101:21
102:2   114:3   125:16
128:23   129:7   130:6
148:12   157:10
160:22   162:1, 3, 4
163:25   174:17, 20
178:6   191:13, 19
192:7, 19   195:5
197:25   198:1, 5, 6, 21,
22
**treatment**  16:2
24:16   28:16   31:15
33:15, 16   35:9, 19
37:22, 25   41:16
45:20   46:1, 17   47:19
51:2, 12, 18   53:13
56:8   61:18, 22   62:12,
19   63:13   67:8   72:11,
14   74:24   76:11, 18
77:8, 11   80:1, 6, 9, 14,
25   81:4, 6, 14   84:2
85:22   88:3, 6   94:6,
13, 16   98:12, 18
106:6   107:21, 22
108:13, 14   111:4, 10,
11, 15   137:2   148:17
156:23   166:22
174:21   176:2, 3, 16,
25   177:21   179:4, 14
181:7, 10, 13   182:18
183:4   188:19   192:6,
8   199:25   200:16

**treatments**  74:6
191:21
**treats**  38:25
**trial**  8:20
**tried**  22:6, 8   75:1
92:16   114:14
**triggers**  38:22
**trip**  122:4
**Troche**  28:3, 6
**T-R-O-C-H-E**  28:1
**troubles**  36:2
**true**  80:16   100:5
127:13   162:22
200:24   202:7
**trusted**  66:22
**trusting**  66:23   191:8
**truth**  202:4, 5
**try**  5:14   6:12   7:1
13:24   20:23   22:10
24:14   60:18   64:5
93:17   95:1   111:25
114:6, 12   136:11
153:25   155:14   156:6
169:15   172:24   173:1,
7
**trying**  7:11   17:7
20:6, 10   37:12   38:5,
12, 19   39:3   40:6, 17
49:21   59:3   72:20
76:1   81:23   107:10
108:1   112:8   124:5
135:2   136:7, 8, 10
137:1   138:13   140:6
143:13   145:1   160:12
165:16   168:7   179:15
182:8, 9   194:5, 12
**Tunk**  66:25
**TUNKHANNOCK**
1:9   2:15   23:23, 24
24:22, 24   65:17, 22
66:2, 12   67:1, 7, 22
68:6, 20, 25   69:24
70:9   172:14   186:23
188:4, 8, 19   189:7
190:12, 21, 25   191:3
**turn**  5:17   50:20
65:20, 24
**turned**  17:6   170:7, 9,
15, 23   171:13
**turning**  64:5

twice 88:25 89:2
92:23 191:12
two 33:22 48:12
89:23 131:7, 8, 15, 25
132:4
type 15:18 24:4
56:16
types 27:15 30:20
114:8
typewritten 133:11
typical 57:10

< U >
Uh-huh 5:1 18:2
28:10 81:1 86:11
146:23 181:14
ultimately 137:7
142:5
unbearable 117:21
141:13
Underhill 133:6
136:25
Underhill's 133:25
140:1
underlined 31:20
understand 6:22 9:3
33:11, 23 34:7 37:5,
13 38:5, 12, 16 39:3
40:8 42:24 45:16, 25
48:14 51:7 52:20
54:2, 11 79:15 81:2
95:13 98:10 109:9
110:18 121:14
129:24 172:19 173:2
174:18, 19 194:5, 13
200:4
understanding 24:3,
9 26:8 27:7 47:2, 16,
21 48:19, 22 49:1, 7,
13, 15 50:5 51:1, 11,
14, 18, 21 52:2 53:22,
24 54:17 55:1, 2, 4, 5
58:1 60:7, 10 62:11
63:3, 8 65:25 66:8
71:25 76:25 77:5
79:25 91:18, 20, 22
92:14 105:8 121:19
126:24 128:6 132:24
136:13 138:19, 21
151:17 154:20

155:11 157:8 174:23
175:8 177:1 178:4
179:13 181:8, 13
understood 13:14
20:21 54:14, 18, 23
67:19 68:8 84:15
110:9 132:16
UNITED 1:1
unresponsive 58:20,
23, 24
unusual 31:7
upfront 57:20
upper 180:15
Urgency 165:15
166:6, 9
urgent 6:6 30:16
100:11, 13
urine 92:10, 11, 15,
20 93:2, 7, 14, 21, 24
94:4
use 48:24 54:8
65:12, 17, 19, 22
66:25 67:8 69:7
70:10, 20 115:19
118:10 134:20 146:3
147:15, 20 158:18
usually 45:17 89:22
159:20 161:17
197:19

< V >
Vague 91:20 123:6
148:6 176:5
vaguely 122:22
185:23
Various 3:12
vary 155:24
vast 128:25
verbal 7:8
verbalize 7:12
versus 79:12 128:13
134:2 137:2 142:21
158:10
veterinarian 43:25
44:9 45:11
vibrating 78:12, 16
vibration 78:23 79:2,
7
vibrations 163:2

video 55:22, 24 65:2,
7 103:12, 16 104:1
120:16, 18 173:10, 11,
15, 17 201:4
Videographer 1:20
4:1, 8 55:21, 24 65:2,
7 103:11, 16 120:15,
18 173:11, 17 201:3
videotape 4:3
VIDEOTAPED 1:14
201:5
vigilance 144:8
vigilant 144:12
Virginia 12:13, 17, 18
16:15 22:23 23:7, 9,
19 27:5 67:23 68:10
69:4 171:16 173:24
180:20, 23 181:3
virus 84:25 100:24
156:1
vise 63:16 161:5, 6
vise-like 63:16
visit 25:1, 6 38:8
39:19 42:1, 7 44:17,
20 45:2, 5 47:4
85:20 121:1, 2
124:15
visits 24:15 45:6, 7
57:3, 7
Vitamin 28:12
114:11
voice 170:19, 22
171:3, 11
voiced 66:25
vs 1:7

< W >
wait 85:23 155:16
wake 137:17 154:15
159:19
waking 122:25
Walgreens 69:18
walk 147:10, 12
158:25
walker 147:12, 13, 15,
23 148:3, 9, 11
walkers 147:16
walking 125:4
158:24

want 5:13 7:23 8:4
9:16, 17 13:24 16:5,
6 20:24 22:19 26:7
28:16 30:11 33:5
37:5 42:17 52:5, 12
55:17 56:7 63:20
68:8 70:6, 13 72:1
79:25 80:8 85:21
94:23 100:8 105:19
110:18 119:25 120:7,
11 123:4 129:23
135:4 137:21 138:6
156:12, 15 171:23
193:11 194:19
wanted 14:19 65:13,
17 66:22 67:13 70:3,
22 71:15 83:17
126:20 134:1 137:17
138:5 141:8, 9
188:12, 17, 22
wanting 85:19
100:14 137:20
warning 6:8
wash 144:8
watch 144:13
Watching 144:17
way 14:13, 14 26:13
34:19 48:9 85:11
87:14 94:9 95:13
114:6 121:23 125:5
134:7 135:25 140:7
146:5 163:10 178:24
190:25 192:17
193:12 197:15
ways 97:13
weak 196:21, 23
weakness 63:17
108:1, 17 109:3
185:20, 24
wear 137:17
week 19:6 82:15, 21
94:24 101:7 106:7, 8,
9 112:22, 23 113:2
116:7 117:7 143:24
170:19 176:14
weeks 57:13, 14 75:8
133:20 145:7, 8, 20
weight 29:10 106:15
167:6 185:6

**weird** 179:*16*
**welcome** 17:*15*
**well** 10:*9* 11:*14*
13:*24* 14:*25* 17:*13*,
*15* 19:*12* 21:*23*
23:*19* 24:*10* 26:2
28:8 34:22 35:9
37:*10* 39:*24* 43:*11*
44:*18*, *21* 46:*21*
50:*18* 51:7 59:*1*, *9*
64:*11* 67:*4* 68:*16*
69:7 70:2 81:5 82:*2*,
*4* 84:8 85:*18* 111:7
113:*22* 114:*21*
115:*21* 122:*19* 133:2
135:6, *17* 137:*14*
141:8 143:*14* 144:*25*
149:9 152:8, *14*
153:*12* 159:*10* 170:9
171:*11* 175:17
182:*13* 185:*13*
186:*13* 190:*3* 193:*5*,
*11*, *20* 196:*11* 198:*24*
199:*18* 200:*4*
**well-studied** 34:*11*
**went** 5:*12* 16:*17*, *18*
18:*20* 19:*22* 20:*9*, *10*
24:*24* 25:5 40:*13*
68:6 74:*3* 75:*13*, *24*
76:*3*, *11* 94:22
100:*13* 101:*17* 106:9
112:*23* 118:9 121:*15*
133:*20* 134:*15*, *16*
138:*21*, *25* 142:*14*
145:*1* 157:*22* 167:*10*
169:*23* 175:*15* 176:2
183:*1* 191:*15*
**We're** 5:6 25:*21*
37:*13* 56:6 57:*21*
72:5 83:*17* 93:*15*
96:*21* 103:*4* 132:8
166:*19* 190:2
**WERNER** 2:7
**we've** 48:*21* 55:*10*
56:6 69:*19* 104:5
110:*20* 156:*24*
158:*15* 160:*10*
177:*10*
**wheel** 147:*13*, *16*

**when's** 17:*19*
**wish** 193:7 200:*22*
**wished** 179:*17*
**withdrawal** 130:*11*
186:7, *13*
**WITNESS** 3:*1* 5:*17*,
*20*, *25* 39:9 46:*18*
64:7 82:6 86:*10*, *12*
120:*4*, *6* 171:*25*
172:*4* 195:*18* 199:9
202:*7*, *8* 203:*1*
**WITNESSES** 3:*1*
**woke** 137:*18*
**WOLKING** 1:*1*, 6, *14*
3:*4* 4:*4*, *14*, *20*, *24*
9:*2*, *12*, *13* 16:7 26:2
32:*21* 34:*18* 41:*18*
54:*25* 55:*15* 56:2
63:*25* 64:*16* 65:*10*
101:*19* 103:22
104:22 120:*21*
171:*21* 172:*11*
194:*23* 195:*4*, *17*
196:2 200:*10*
**wonder** 110:*4*
**wonderful** 6:*17*
68:*18*
**wondering** 121:*13*
**word** 65:*19* 134:*20*
144:*23*
**words** 7:*16* 94:*14*
97:8 111:*12* 127:*3*
159:*1* 166:*20* 198:*3*
**work** 6:*18* 17:*20*
18:*18*, *19* 22:6, *8*
40:*12* 100:*15* 138:*3*
145:*3* 195:*15*
**working** 16:*10* 17:*8*,
*12*, *14*, *16*, *18*, *21*
18:*23* 19:*13* 20:7
183:*21*
**workout** 145:*3*
**works** 6:*18* 13:5
21:*11*
**world** 18:*16*
**worried** 141:5
**worry** 7:*19*
**worse** 41:5 46:6
47:*23* 75:2 77:22
78:*4* 82:*15* 85:5, *25*

86:*8*, *15*, *19* 87:*9*, *14*
94:9 95:*1* 113:2, *8*,
*13*, *23* 117:*21* 146:*13*
159:*12* 181:*18*
192:*12*, *22* 193:*3*, *4*,
*17* 194:*8*
**worsen** 46:*4* 47:*18*
**worsening** 72:*12*
77:*16*, *17*
**worst** 146:*4*, *10*
**wound** 135:*18*
**wow** 15:*24* 20:*1*, *4*
173:*21*
**writes** 85:9 91:*8*
**writhing** 119:*10*
**writing** 19:*8* 196:*3*
**written** 27:*12* 80:*12*
83:*4* 133:5 173:*14*
189:*11*, *22*
**wrong** 37:6 58:6
82:*21* 181:22
**wrongly** 114:*14*
**wrote** 126:*1* 157:*15*
186:*16*
**Wyoming** 2:8

**< Y >**
**Yeah** 5:*19* 6:*1* 7:*14*
16:*21*, *25* 17:*15*
18:22 20:2, *4* 21:7
22:*14* 26:*25* 29:*21*
36:7, *14* 38:*19* 40:5
47:*12* 52:*12* 54:*24*
60:5 61:6 63:6 64:8
65:*1*, *15* 67:*17* 68:*19*
71:*12* 72:*22* 73:*11*
74:*12* 76:*19* 77:*18*
78:*10*, *25* 81:2 82:*6*,
*10*, *12*, *19* 83:*14* 86:2
87:*25* 88:*20* 89:7
93:*16*, *23* 94:*17*
95:*12*, *22* 97:*8*, *20*
98:*10* 100:*16*, 22
101:*1*, 25 104:*23*
108:6 109:*17* 112:22
113:*16* 115:*18*
119:*24* 120:*13* 121:6
125:*20*, 22 126:8
127:6 130:*8*, 9 131:*3*
132:*11* 133:7, 9

134:*24* 135:*16*, *20*
138:*12*, *14* 139:*12*, *14*
140:*23* 141:*10*, *14*
142:9 148:6 149:*15*,
*25* 153:*4* 154:2, *14*
155:2 158:*18* 161:*10*
162:9 165:*3* 168:*21*
170:*17*, *24* 174:2
175:*20*, 25 177:*18*
178:*10* 180:*11*
183:*17* 187:*24* 188:2,
*25* 190:*3* 192:*17*
193:2, *24* 195:*10*
196:7 198:*10* 199:*13*
**year** 20:5 21:*25*
39:*10* 41:9 75:5
83:8, *19*, 23 84:*1*
85:6 86:5 87:2, *23*
88:6 89:*3* 94:7, *11*,
*14*, 15 148:*1* 153:5
169:*1*, *11* 176:7, *18*
179:8 194:8
**year-and-some** 194:8
**years** 9:*18* 10:*1*, *10*,
23 18:8 23:*10* 25:*14*
36:*15* 38:6 46:2
67:7 75:9, *10* 114:22
163:*23* 173:*25* 182:9
**Young** 171:*4*, 6, 7
**YOUNGS** 1:9 2:*15*
4:*18* 189:7

**< Z >**
**zero** 146:*4*
**zone** 146:6
**Zoom** 1:*17* 4:6 6:*16*
15:*11* 57:*4*