UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACEY WOLKING and DARYL WOLKING, | : |
| Plaintiffs | : CIVIL ACTION NO. 3:23-cv-806 |
| v. | : (JUDGE MANNION) |
| HENRY LINDNER and YOUNGS APOTHECARY, INC., d/b/a TUNKHANNOCK COMPOUNDING CENTER, | : |
| Defendants | : |

### ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** Defendant Tunkhannock Compounding Center shall comply with Plaintiffs' discovery requests as outlined in Plaintiffs' April 8, 2024 letter, (Doc. 45), by supplying the requested information by **May 17, 2024.** Any identifying information about patients other than Stacey Wolking or Valerie Lindner shall be redacted. No information produced shall be disclosed or used by Plaintiffs for purposes other than this litigation.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**DATE: May 3, 2024**
23-806-02