EXHIBIT A

Page 48

Q.   Do -- so as sit here today, do you think you read the itemized paragraphs or not at any time during the time that you treated with Dr. Lindner?
A.   I -- I just can't say.  As I said before, my normal practice would be to read something before I sign it, but I was very ill, and I'm not sure really if I did or not.  I can't be sure.
Q.   Okay.  As you sit here today, you don't know one way or the other?
A.   Right.
Q.   Okay.  Continuing on with the form, the next paragraph, so it'll be the one, two, three, four -- the fifth one down with your initials.  It says, I understand that Dr. Lindner will prescribe some medications that are not FDA approved for this infection, and/or at doses and durations that are not FDA approved for any indication.
     So did you -- did you have an understanding during the course of the time that you were treating with Dr. Lindner for the babesiosis now -- and we've moved beyond the hormone stuff, okay.  So did you have an understanding that he was prescribing medication for you that may not be FDA approved for the use that he was prescribing it?
A.   What was the question?

Page 49

Q.   Did you have an understanding at any point in time when you were treating with Dr. Lindner that he was prescribing medication that was not approved by the FDA for the infection that he had diagnosed you with?
A.   I don't think I did.
Q.   Did you have an understanding that he was prescribing medications in doses and durations that were not approved by the FDA for your -- your -- the infection?
          MR. LAMB:  Object to form.  You can answer.
A.   Did I have an understanding?  Maybe I'm too literal.  I just can't figure out, like, did I have an understanding?  We didn't discuss it.
Q.   Did you have -- so --
A.   But yet I signed this -- but presumably I signed this form, so I'm not real sure how to answer.  I'm so sorry.
Q.   Oh, no, that's okay.  And that's why I'm trying to figure it out, too, because --
          So as best as you can sit here today, what is your recollection?  Did you -- did you know that there were times where some of the medication he was prescribing for you was not FDA approved?

Page 50

          MR. LAMB:  Objection to form.  You can answer.
A.   No.
Q.   Okay.  And how about, did you have an understanding that the -- the duration and the doses with some of the prescription medication he was prescribing for you was not approved or were too high than what the FDA was approving?
          MR. LAMB:  Objection to form.  You can answer.
A.   At this time that I signed this, is that what you're asking?
Q.   No, at any -- any time.  At any time during -- in fact, I'm not limiting it to the time of the form.  I'm -- the -- all of these questions are going to be during the course of the time that you treated for babesiosis with Dr. Lindner.
A.   Okay.  Well, I guess I remember when he told me that he needed me to get the medication at a different pharmacy because otherwise they would turn him into the medical board, at that time I realized that it must not be approved.
Q.   And at that time, did you have any discussions with Dr. Lindner about that?
A.   No.

Page 51

Q.   Did you have a general understanding of what the treatment plan was going to be for you for babesiosis?
A.   At the time that he started it?  At what point?
Q.   At any -- at any time he treated you.
A.   Well, then I don't understand the question.  I'm sorry, could you restate it?
Q.   Sure.  So at any time during the time that you were treating with Dr. Lindner for the babesiosis, did you have a general understanding of what the treatment plan would consist of?
A.   At the beginning, no.  Later on, yes.  You know, I started understanding what all the different pharmaceuticals that he was using.
Q.   So just tell me generally, so at this point in time where you said, yes, what was your understanding of the treatment plan?
A.   That he was using a lot of different antimicrobials and antibiotics and pharmaceuticals.
Q.   Okay.  And did you have an understanding of why he was prescribing the antimicrobials; what it was supposed to do -- what they were supposed to do?
A.   He said we had to do that to kill the Babesia.

Page 52

Q.    How about when he started prescribing antibiotics, did you have an understanding of why he was prescribing the antibiotics for you?

A.    He said it was to kill the Babesia.

Q.    And I want to call your attention just to see, again, if you recall any discussions with Dr. Lindner during the entire time that you treated for babesiosis with him about the topics in this next paragraph. Okay?

A.    Okay. Can you -- can you restate what you just said?

Q.    Yeah. So I don't want you limiting your memory to the time where you filled that -- or initialed and signed the form. Okay. I'm not limiting it to that time frame. It's during the entire time that you treated with Dr. Lindner. Okay?

A.    Okay.

Q.    So then this next paragraph, which is about the seventh one down with your initials, and it starts with, I understand that there are risks and possible complications involved in attempting to eliminate this parasite: increased inflammation and suffering, fever, hemo -- hemodialysis [sic], headaches, nausea, anxiety, depression, suicide [sic], realization [sic], impaired cognition, rash, enlargement of the spleen,

Page 53

and cardiac rhythm disturbances.

Do you ever remember having any conversations with Dr. Lindner about any of those complications that I just read from the form?

A.    No.

Q.    Do you remember ever having the knowledge at the time that you were treating with him that you could experience any of those complications that I just read from the form?

A.    Not that I recall.

Q.    Do you ever remember having any conversations with Dr. Lindner about that part of the treatment plan could cause inflammation?

MR. LAMB: Objection to form. You can answer.

A.    We did discuss inflammation, yes.

Q.    Can you tell me what you remember about the discussion about inflammation?

A.    That it would -- because I would have so much inflammation, I would need steroids to control it.

Q.    Did you have an understanding of what would cause the inflammation?

A.    My understanding was killing Babesia would cause inflammation.

Page 54

Q.    And then the second one from the bottom it says, I understand that Dr. Lindner may recommend corticosteroids/DHEA therapy to control immune-mediated inflammation and allow me to tolerate the therapy.

Do you -- do you ever remember having any discussions with Dr. Lindner other than what you told me about steroid use?

A.    Just that I would need those things to help control the inflammation.

Q.    Am I correct then, at least as I understand what you're saying to me today, that the anti -- the antibiotics and antimalarials were being prescribed to you, as you understood them, so that you could kill the babesiosis?

A.    Correct.

Q.    Is it also my understanding that, at least as you understood it, that the killing of the babesiosis may then lead to inflammation?

MR. LAMB: Objection to form. You can answer.

A.    I mean, I'm not a doctor, but that's I think what I understood.

Q.    Yeah. And I'm -- I'm only ask -- the only thing I'm allowed to ask you, Mrs. Wolking, is your

Page 55

understanding, so that's all I'm asking.

So was it your understanding that the killing of the babesiosis could lead to inflammation?

A.    That was my understanding.

Q.    Okay. And was it also your understanding that the steroids were being prescribed to you by Dr. Lindner to help address the inflammation?

A.    Yes.

Q.    Okay. You can put that down now. So how are you doing? It's 11 o'clock. We've been going about an hour. Do you need to take a break before we get into another topic?

A.    Yes, please.

Q.    Certainly. How long do you think you need, Mrs. Wolking?

A.    Just a couple minutes would be good.

Q.    Want to come back at quarter after, that will be about ten minutes?

A.    That would be great. Thank you.

Q.    Okay. Thank you.

THE VIDEOGRAPHER: The time is 11:05 a.m. We are off the video record.

(Brief recess was taken.)

THE VIDEOGRAPHER: On the video record, 11:14 a.m.

Page 56

BY MS. SHWED:

Q.    Hi, Mrs. Wolking.  We took a brief break for a comfort break.  Are you still ready to continue to answer some more questions?

A.    Yes.

Q.    Okay.  So we were -- we're -- we've gone over the consent forms, and now I want to start talking to you a little bit about your treatment with Dr. Lindner for babesiosis.  Okay?

A.    Okay.

Q.    So initially when you first started treating with him, can you describe for me how often you were supposed to be in contact with him, and was there an explanation to you of were medications going to be prescribed and how were they supposed to be taken, that type of thing?

MR. LAMB:  Objection to form.  You can answer.

A.    You know, primarily all our communication -- I shouldn't say all.  Most -- almost all of our communications was through e-mail.  So after that appointment in, I believe, summer or June of '21, I think everything was e-mail, and I don't know how often that would be.  You know, you have the records. I'm sure you can see how often they were.  So I really don't recall how often we communicated.

Page 57

Q.    Did you ever do the -- what I'll refer to as what we know today as the telemed visits with Dr. Lindner; like this, like, you were on a Zoom or something similar where you would see each other to talk?

A.    Oh, no.  Any phone visits were just phone.

Q.    Okay.  So am I correct in believing then the contact that you would have had with him would have been over a typical standard phone or e-mail?

A.    Correct.  And primarily e-mail.

Q.    And were there set times that you needed to touch base with him, every six weeks, every four weeks, anything like that?

A.    There was not.

Q.    Was there ever initially a discussion of what medications to take, how often to take them?

A.    I mean, he was -- he just -- I'm sure it's in the medical record, but, you know, he just was kind of piecemealy.  I never got like a plan upfront.  It was more like, okay, do this; okay, now, we're going to do this is all I can remember.

Q.    Talk to me at least about your first memory of the first time you had any kind of either a phone or e-mail contact with Dr. Lindner where you get an

Page 58

understanding that certain medications were going to be prescribed for you.  Do you have any recollection of that?

A.    I really don't know when that -- that would have been.  You know, in the summer that -- that appointment when he said, I know what's wrong with you, you know, his initial -- my recollection is that he was going to start with one particular drug as a test to see how I reacted to it, and that was the Krintafel.  And that was where we started.  And I think I took that for the first time, like, in August. And then after that, I don't really remember when we added in everything else.

Q.    And then the e-mails are in the chart.  I don't intend on going over every e-mail because they're -- they kind of speak for themselves as to what's in the e-mails and things of that nature.

Were there times during the entire course when you treated with Dr. Lindner for the babesiosis that he was unresponsive to questions that you asked -- would have asked him or concerns that you may have raised?

A.    Unresponsive in that he didn't respond or unresponsive in that he didn't answer specific questions?

Page 59

Q.    Well, let's first start with that he didn't respond.

A.    Oh, no, he eventually either -- I'm trying to think.  Sometimes his office person Carol would maybe respond, but I would always get a response of some kind.

Q.    And then what was the second thing you said?

A.    Well, sometimes I'd feel like I would ask questions in the e-mails that he didn't really address or respond to.

Q.    Can you give me an example of a question that you might think he didn't respond to?

A.    No.  I guess I remember more of the frustration I felt at not getting the specific answer or something when I was asking about specifics about things, but I don't remember anything specific. Sorry.

Q.    That's okay.  Okay.  Okay.  I'm just going to bounce around on a couple of topics.  I was looking in the medical -- Dr. Lindner's chart, and do you recall there being some suggestions that you do some lab testing to see if babesiosis could be found in your bloodstream?

A.    I do recall discussing different test

Page 60

1 options.
2 Q.      And am I correct that did you -- did you do
3 more than one blood testing, or was it just one for
4 the babesiosis?
5 A.      Yeah, we just -- I -- the best I can
6 recall, it was just the one.
7 Q.      Okay. Did you have an understanding of
8 what the results were from that one?
9 A.      Yes.
10 Q.      What was your understanding?
11 A.      That it was inclusive.
12 Q.      Do you remember having any communication
13 with Dr. Lindner about his thoughts about that lab
14 result, whether it's phone or e-mail?
15 A.      I think we discussed that he wasn't
16 surprised because the tests are very flawed. And he
17 suggested we could -- said we could do other tests,
18 there were other options to try, but they were
19 extremely expensive, and he didn't necessarily think
20 they were necessary.
21 Q.      Did you have any conversations with any
22 other physicians about that inconclusive lab result?
23 A.      No.
24 Q.      I saw in some of the e-mails there was
25 discussions about getting an IGeneX testing. I think

Page 61

1 it's I-G-E-N-E-X. Do you recall discussions about
2 IGeneX testing?
3 A.      I do recognize that name. Would you mind
4 adjusting your camera? Your mouth is not on camera,
5 and I'm -- I'm a big lip reader I guess.
6 Q.      Yeah. Sure. I drop -- I lifted my chair
7 in the interim, so I think that's probably why.
8 A.      Okay.
9 Q.      Is that better?
10 A.      Thank you.
11 Q.      Sure. Okay. So other than maybe
12 remembering the name of that lab, IGeneX testing, do
13 you have any recollections of any discussions more
14 specific about that testing?
15 A.      No.
16 Q.      Did you have any discussions with any other
17 physicians about you being diagnosed with babesiosis
18 and the treatment plan that you were going through?
19 A.      No. I wasn't really seeing any other
20 physicians after those couple things we talked about.
21 Q.      Okay. In the time frame, say, when you
22 started the treatment for babesiosis until the
23 hospitalization in October of, I think it was 2022,
24 for the bowel perforation, would you see your primary
25 care doctor at all in that time frame?

Page 62

1 A.      No.
2 Q.      Were you seeing any other physician other
3 than Dr. Lindner in that same time frame?
4 A.      Other than what we already talked about in
5 fall of '21, I don't believe so.
6 Q.      Do you remember having any discussions with
7 Dr. Lindner about something called herxing,
8 H-E-R-X-I-N-G?
9 A.      Yes, he talked about it a lot.
10 Q.      Can you tell me generally what your
11 understanding of what herxing was?
12 A.      Your body's response to the treatment. So
13 the inflammation, I guess, that you would have
14 symptoms in reaction to killing off the Babesia.
15 Q.      And do you recall if with your
16 conversations with Dr. Lindner in the e-mails, however
17 you communicated with him, were there specific
18 symptoms that you were suffering from during the
19 course of the treatment that he said were herxing?
20 A.      Yes.
21 Q.      What were those?
22 A.      I had a lot of symptoms going on, and I
23 don't know what he attributed to herxing. I would
24 have to -- that would be in the medical record I
25 guess.

Page 63

1 Q.      As you sit here today, can you tell me any
2 -- again, just from your recollection and your
3 understanding what some of your what I'll call herxing
4 symptoms were?
5            MR. LAMB: Objection to form.
6 A.      Yeah, again, I mean, I had a lot of
7 symptoms, and I don't -- I never got a clear
8 understanding of which symptoms were herxing, which
9 were reactions to drugs, which ones were killing the
10 Babesia. I mean, I -- it was all -- it's all very
11 blurry to me.
12 Q.      Okay. Tell me some of the symptoms you
13 suffered from as you -- as you took the treatment.
14 A.      Severe nausea, fatigue, brain fog, heart
15 palpitations. I don't know how to describe it, like,
16 my head was in a vise, like, a vise-like headache.
17 Severe weakness. Incontinence. I know there was so
18 many symptoms. Dizziness.
19 Q.      You let me know when you're done. I don't
20 want --
21 A.      It was --
22            MS. SHWED: I don't know, are you --
23 is she frozen on your end?
24 Q.      Oh, there you are. Can you hear me, Mrs.
25 Wolking? Because you're frozen on my end.

Page 64

1  A.      Yes, you're fine.
2  Q.      Okay.  I don't know, your picture is
3  frozen.  We'll do the best that we can and we'll see
4  how it goes.
5         MR. LAMB:  I'll try turning her --
6  off.
7         THE WITNESS:  Did that help any?
8         MR. LAMB:  Yeah.
9         MS. SHWED:  No, Conor is frozen.  I
10 mean, I still can hear you -- oh, I think you're
11 moving now.  No, you're frozen.  Well, let's see how
12 it goes.  Sometimes that can be like an internet
13 thing.
14 BY MS. SHWED:
15 Q.      You may still hear and see me, Mrs.
16 Wolking?
17 A.      Yes.
18 Q.      Okay.  You talked a little bit about the
19 pharmacies earlier.  Tell me how it was determined
20 when you're treating with Dr. Lindner for the
21 babesiosis what pharmacies were going to be used to
22 fill the prescriptions that he had prescribed for you?
23 A.      Best I recall, I just used our local
24 pharmacy at first --
25         THE REPORTER:  I'm sorry.

Page 65

1         MS. SHWED:  Yeah.
2         THE VIDEOGRAPHER:  Off the video
3  record, the time is 11:27 a.m.
4         (Brief recess was taken.)
5         (The referred-to portion of the
6  record was read by the reporter.)
7         THE VIDEOGRAPHER:  On the video
8  record, 11:29 a.m.
9  BY MS. SHWED:
10 Q.      Okay.  Mrs. Wolking, I think we got to the
11 point where you said, to the best of your recall you
12 would use your local pharmacy.  Was there some
13 additional response you wanted to give me to that
14 question?
15 A.      Yeah, we used local pharmacy for some
16 medications, and then others he would have -- he
17 wanted to use the Tunkhannock pharmacy.  And he
18 specifically told me it was because they would be
19 alarmed -- or he didn't use that word.  Sorry.  That
20 he would be concerned that they would turn it into the
21 medical board because of the dosing, so I needed to
22 use the Tunkhannock pharmacy.
23 Q.      Okay.  And when you say to me he said that
24 they would turn him into the medical board, did you
25 have an understanding of who he meant by they?

Page 66

1  A.      The pharmacy.
2  Q.      The pharmacy in Tunkhannock?
3  A.      No, the pharm -- my local pharmacy.
4  Q.      Okay.  Was there any discussion or
5  questions that you raised with Dr. Lindner about what
6  he just said to you that they would -- the -- I guess
7  is it because the dosage was so high they would -- was
8  that your understanding?
9  A.      Yes.
10 Q.      Was there any discussion about why the med
11 -- was there a particular medication that you were
12 getting as you recall from the Tunkhannock pharmacy?
13 A.      The steroid, so prednisone and
14 dexamethasone.
15 Q.      Did you have any discussions with Dr.
16 Lindner where you asked him about why the dosage
17 needed to be so high?
18 A.      Yes.  And he told me it's what I had to
19 have to be able to survive the kill off of the
20 Babesia.  And he kept assuring me that his daughter
21 had taken that much, and it was fine.  And I just
22 trusted what he was saying.  You know, I wanted to get
23 better, so I was just trusting what he was saying.
24 Q.      Did you -- did you have any concerns that
25 you voiced to Dr. Lindner that you had to use the Tunk

Page 67

1  -- Tunkhannock pharmacy because the local pharmacy at
2  home may report him to the medical board?
3         MR. LAMB:  Objection to form.
4  A.      Well, I did ask him -- I thought I asked
5  him about -- because previously when I was on
6  hormones, I used to get all my hormones from the
7  Tunkhannock pharmacy.  And then at some point years
8  into the treatment, he said that I couldn't use them
9  anymore, I had to go local.  And I had to find a
10 compounding center local to me because they weren't
11 allowed to send prescriptions out of state.  I don't
12 know if that was a new thing or what.
13        But -- so when he wanted me to go
14 back, I -- I think I asked -- I'm not sure if I asked
15 him or if I asked Carol, but, like, oh, I can start
16 using them again, like, they're allowed to send them
17 to me again.  And all I remember was, yeah, we can do
18 it.  So I don't -- I don't really -- I never
19 understood why it was like that.
20 Q.      Okay.  Am I correct in believing that when
21 you got whatever prescriptions filled from the
22 Tunkhannock pharmacy, would they then mail it to you
23 in Virginia?
24 A.      Yes.
25 Q.      Okay.  Was any of the medication that was

Page 68

1  prescribed by Dr. Lindner covered by prescription
2  insurance?
3  A.      Everything through my local pharmacy, so
4  all the antimicrobials and malarials and antibiotics
5  and steroids were all covered by insurance.  But when
6  I went through Tunkhannock, you know, he told me,
7  don't -- don't send this into your insurance.
8  Q.      Now, I just want to make sure I understood
9  you.  Were there times when you were getting steroids
10 through the local pharmacy in Virginia that were
11 covered by your insurance?
12 A.      Yes.
13 Q.      Okay.  So it -- go ahead, I'm sorry.  I
14 don't know why your -- is -- is everybody's in her
15 picture really blurry or is it just -- okay.  That
16 must just be an internet -- well, we'll just do the
17 best that we can.  Remember what we said, technology
18 is wonderful until it's not.
19 A.      It's not, yeah.
20 Q.      Okay.  Was the Tunkhannock pharmacy the
21 only pharmacy that you were using in Pennsylvania?
22 A.      Yes.
23 Q.      And then all the other medications that
24 were prescribed for you, other than the ones you were
25 being filled in Tunkhannock, you were using your local

Page 69

1  pharmacy?
2  A.      Correct.
3  Q.      And was it just one -- I thought I saw,
4  were you using different pharmacies in Virginia?
5  A.      I mean, our primary pharmacy is Harris
6  Teeter.  Once in a blue moon we used Giant because --
7  well, we used to use Giant primarily and then we
8  switched to Harris Teeter, so there could potentially
9  be something at Giant.  Or maybe something wasn't
10 available and we had to go somewhere else, I just
11 don't recall anything specific.
12 Q.      Okay.  But you knew it was those three
13 pharmacies that you mentioned that you were using for
14 the prescriptions from Dr. Lindner, no other ones that
15 you can recall?
16 A.      Like I said, if something wasn't available,
17 we might have gone to -- I can't even remember what it
18 is here in Purcellville, a Walgreens or CVS or
19 something.  I mean -- I mean, I know we've done that
20 once in a blue moon, you know, if something is not
21 available and you can get it there.  So I don't know
22 if that would apply here or not.
23 Q.      Okay.  Did you ever have any conversations
24 with the pharmacist at the Tunkhannock pharmacy about
25 the prescriptions that Dr. Lindner was providing to

Page 70

1  you for babesiosis?
2  A.      Well, they would not mail them until they
3  spoke with me to confirm that I wanted them.  So when
4  a -- when a new prescription was called in to them,
5  they would either call -- I think they always called
6  me and said, we have a new prescription, do you want
7  it?
8  Q.      Do you recall having any conversations with
9  the pharmacist up in Tunkhannock, did you have any
10 questions for them about how to use the steroids or
11 the dosages or anything like that?
12 A.      No.  The phone call was strictly, do you
13 want this?  I'd say, yes, we'd confirm my address, and
14 that would be it.
15 Q.      And then you would -- would you receive,
16 like, in a bottle -- the prescription of steroids in a
17 bottle or an envelope, or how would it come to you?
18 A.      A bottle in an envelope.
19 Q.      Okay.  And would there be any kind of
20 instructions as to how to use them or take them?
21 A.      Not that I recall.
22 Q.      So one of the things that I wanted to talk
23 to you about is --
24         MS. SHWED:  And can we go to -- this
25 is part of Dr. Lindner's chart, and it's going to be

Page 71

1  Lindner 70.  And, Conor, it's a -- I think I have this
2  right, I think the date of it is October 8th, 2022
3  e-mail.  70, right.
4         MR. LAMB:  Can you say that date one
5  more time?
6         MS. SHWED:  The page, it's an e-mail,
7  I think it's dated on the top October 8th, 2022 at
8  7:17 a.m., it's like the bottom third of the page and
9  it's Lindner 70.  Maybe you'll be able to keep --
10 there it is.  See it on the bottom it starts there,
11 Conor?
12         MR. LAMB:  Yeah.
13 BY MS. SHWED:
14 Q.      Okay.  And I'm actually just going to go to
15 the next page.  I just wanted to get the right date on
16 the record.  This -- at least -- I'll just put this on
17 the record.  It appeared to me from reviewing it, that
18 this was an e-mail sent.  It was dated October 8,
19 2022.  I think you were a patient at -- in the -- how
20 do you say it?  Is it -- how do you say the hospital,
21 Loudoun?
22 A.      Loudoun.
23 Q.      Loudoun.  I think you were a patient there
24 at the time.  And Dr. Lindner does a fairly lengthy
25 e-mail which he kind of summarizes his understanding

Page 72

1  of your care to date.  I just want to go over some of
2  it to see if it's consistent with your recollection or
3  not.  Okay?
4  A.      Okay.
5  Q.      So if you go -- we're on the right page
6  now, and it's the third paragraph.  It says in this
7  e-mail you became ill after a tick bite in 2008.  Is
8  that consistent with your recollection?
9  A.      Yes.
10 Q.      Okay.  And then he says in this e-mail, you
11 improved with some Lyme treatment, but after 2018 your
12 symptoms were worsening with time.
13         So was there a time after the tick
14 bite in 2008 that your Lyme treatment -- you got
15 benefit from it?
16 A.      Yes.
17 Q.      And how long did the benefit last after the
18 tick bite?
19 A.      Let me think.  I just don't recall.  I'm
20 trying to put a timeline in my head based on when kids
21 got married and stuff.
22 Q.      Yeah, or anniversaries, I get it.  Okay.
23 Let me ask you this.  Was there a time -- when you
24 first had the tick bite, did you have any symptoms
25 that you associated with the tick bite?

Page 73

1  A.      I'm sorry, what was the question?
2  Q.      So when you got the tick bite in 2008, did
3  you -- did you suffer from any kind of symptoms that
4  you thought to yourself, oh, that's as a result of the
5  tick bite?
6  A.      Yes.  I was seeing Dr. Stewart, and he was
7  treating me for those symptoms and for Lyme disease.
8  Q.      So what were those symptoms you were
9  suffering at that time after the tick bite?  Any you
10 remember?  I'm sure it won't be an inclusive list.
11 A.      Yeah, I'm sorry, I just don't know.  It's
12 -- it all blends in.  They were distinctly different
13 symptoms than Babesia because I remember discussing
14 with Dr. Stewart, you know, the different things.  And
15 at that time he thought I had what they called
16 co-infections, which would be, like, Babesia, and --
17 but he was primarily focused on treating the Lyme
18 disease.
19 Q.      And when you say at that time he -- Dr.
20 Stewart thought that you had co-existing infections,
21 are you talking about Lyme and babesiosis?
22 A.      Correct.
23 Q.      Okay.  And are you able to pinpoint a time
24 -- so did you suffer from Lyme and babesiosis together
25 the entire time?

Page 74

1  A.      I mean, again, he -- the focus was really
2  on the Lyme disease, but he did say that co-infections
3  often went along with it, and he thought, based on my
4  symptoms, that I could potentially have Babesia and
5  Bartonella.  And -- but he just said we really just
6  have to treat them -- the treatments are very
7  different for them, so he focused on the Lyme disease.
8  Q.      Okay.  Did you ever have a discussion --
9          MR. LAMB:  Amy, I'm sorry, can I just
10 make sure my objection to the previous question was
11 noted on the record.  It kind of snuck in in between.
12         MS. SHWED:  Oh, yeah, I didn't hear
13 it, so go ahead and do that.
14         MR. LAMB:  The previous -- the
15 previous question I just -- I objected and I couldn't
16 tell if I got it in in time for the court reporter to
17 hear, so as long as she makes sure that was noted on
18 the record you could --
19         MS. SHWED:  No, I didn't hear it, so
20 I'm sure she -- maybe she didn't either.  Okay.  But
21 whatever, it's noted, right?
22 BY MS. SHWED:
23 Q.      Okay.  So -- so what -- what was -- do you
24 remember the treatment for Lyme that you were -- that
25 Dr. Stewart prescribed?

Page 75

1  A.      We tried a lot of different things, tried
2  to go more natural.  But then the symptoms got worse,
3  so then we -- I was on antibiotics multiple times,
4  different antibiotics.  I eventually got so ill that I
5  was on a PICC line for a year with IV antibiotics, and
6  that seemed to knock it out.
7  Q.      Do you know how long you treated for Lyme
8  with Dr. Stewart?  Was it months?  Was it weeks?  Was
9  it years?
10 A.      Years.
11 Q.      Okay.  And was there a point in time after
12 you started treating with Dr. Stewart but before you
13 treated with Dr. Lindner that your symptoms went away
14 completely?
15 A.      Those symptoms, yes.  The Lyme disease
16 symptoms, yes, I felt like I had been completely cured
17 of the Lyme.
18 Q.      Okay.  And was that --
19 A.      But I was -- but I was perplexed why I
20 still had other symptoms.  And that's, you know, when
21 he told me that, you know, you probably still have
22 some co-infections.  So why did -- oh, I -- I mean,
23 you didn't ask this question, but I stopped seeing Dr.
24 Stewart because he went concierge, and I couldn't
25 afford him anymore.  So it's kind of like, that's why

Page 76

1  I didn't end up pursuing more of trying to, you know,
2  figure out what the next thing to do was.
3  Q.     Okay.  And so when you say to me he went
4  concierge, what do you mean by that?
5  A.     I don't know.  It's around here where
6  doctors -- you know, you have to join a membership
7  kind of thing.  It's thousands of dollars, and then
8  you have, you know, more access, I guess, to the
9  doctors.
10 Q.     Okay.  Are you able to explain to me what
11 symptoms went away with the treatment that Dr. Stewart
12 had prescribed?
13 A.     I just -- it's so far back, I just don't
14 remember.
15 Q.     Okay.
16 A.     I mean, I had so many different symptoms
17 that it's hard for me to put them in boxes if that was
18 Lyme, this is Babesia, that was the treatment.  You
19 know, I just -- it's all -- yeah, I just can't
20 remember exactly what the Lyme symptoms were.
21 Q.     Did you --
22 A.     It's in the record, you know, what I had
23 and what the symptoms were.
24 Q.     Okay.  Did you -- did you have an
25 understanding during the time that you were treating

Page 77

1  with Dr. Stewart that there were differences between
2  Lyme and babesiosis?
3         MR. LAMB:  Objection to form.  You
4  can answer.
5  A.     I have an understanding that there was a
6  difference between them, yes.
7  Q.     Did you ever talk to Dr. Stewart about what
8  treatment would be done for babesiosis?
9  A.     Ask again, please?
10 Q.     Did you ever have any discussions with Dr.
11 Stewart about what the treatment would be for
12 babesiosis?
13 A.     I don't believe so.
14 Q.     And then if we go back to this -- the
15 paragraph, this says that after 2018 your symptoms
16 were worsening with time.  Do you have a recollection
17 of any kind of worsening of symptoms in 2018?
18 A.     Yeah, I just know after, like I said, being
19 treated for, the Lyme definitely was much improved,
20 but then I started -- you know, I was much improved
21 for a while, I can't tell you how long.  And then, you
22 know, I started feeling worse and worse again.  So if
23 he -- you know, I don't know that it was 2018, but
24 you're saying that his medical record says that,
25 so ...

Page 78

1  Q.     Okay.  So you don't -- you don't know
2  whether it was 2018 or not, but your recollection is
3  there was a time where you were doing better and then
4  the symptoms got worse?
5  A.     Correct.
6  Q.     Okay.  And then he -- Dr. Lindner says in
7  his chart that -- what he says is, we began the
8  antibabesials in -- in early July of 2021.  Does that
9  seem consistent with your recollection?
10 A.     Around that time, yeah.
11 Q.     Okay.  And then he says you saw some
12 improvements, less vibrating and tingling in the legs
13 and less fatigue.  Is that consistent with your
14 recollection that after you started the antibabesial
15 in July of 2021, that there was improvement in
16 symptoms of less vibrating and -- and tingling in your
17 legs and less fatigue?
18        MR. LAMB:  Object to the form.
19 A.     I just don't recall.  I -- if it -- you
20 know, I just have to rely on the medical records, I
21 guess.
22 Q.     Do you remember there ever being a reduc --
23 did you suffer from tingling or vibration in your legs
24 when you were treating with Dr. Lindner?
25 A.     Yes.  Yeah, that was a major symptom that I

Page 79

1  had and I still have.
2  Q.     Did you have the vibration and tingling in
3  the legs when you were treating with Dr. Stewart?
4  A.     No, not to my recollection.
5  Q.     Do you think that during the time that you
6  were treating with Dr. Lindner there was a lessening
7  of the vibration and tingling in the legs?
8  A.     Yes, it is less now than when I started.
9  Q.     Do you think during the time that you
10 treated with Dr. Lindner that there was less fatigue?
11        MR. LAMB:  Objection to form.
12 A.     Are you saying today versus when I -- with
13 him?
14 Q.     When you were treating with him.
15 A.     I don't understand the question.
16 Q.     During the times that you were treating
17 with Dr. Lindner, so you're taking the medications as
18 he prescribed them, did you see a reduction in the
19 fatigue -- in your fatigue at any point in time during
20 the time you were treating with him?
21 A.     During the time I was treating?  No.
22 During --
23 Q.     During the time -- this would be again --
24 I'm sorry?
25 A.     I just want to make sure I'm understanding,

Page 80

1 during the treatment time. So you're talking about
2 from June -- middle -- summer of '21 through October
3 of '23, you're talking about that time frame, not now?
4           Because now I could definitely say I
5 have less fatigue, but you're talking about during the
6 treatment time.
7 Q.      Yes. Not -- not -- I mean, we'll get into
8 now later, but I really want to focus on what, if
9 anything, the treatment that Dr. Lindner prescribed
10 did for you. That's all.
11 A.      Gotcha.
12 Q.      Okay. So he -- what he has written here is
13 his summary is that in early July of 2021, after you
14 started the antibabesial treatment, that there was
15 some improvement in your hot flashes and night sweats,
16 that they were less. Do you believe that was true in
17 the summer of 2021?
18 A.      I just have no memory.
19 Q.      Okay. How about less nausea in the summer
20 of 2021?
21 A.      I just don't remember.
22 Q.      Less abdominal discomfort or headaches in
23 the -- in the summer of 2021?
24 A.      No. I mean, that's when I started the
25 treatment, you're saying.

Page 81

1 Q.      Uh-huh.
2 A.      Yeah. No. So I don't understand the
3 question of less something. How can I have less of a
4 symptom when I hadn't started the treatment yet?
5 Q.      Well, according to this note that I have in
6 front of you, you started the treatment -- what he has
7 documented here -- in early of July of 2021. Is that
8 not consistent with your recollection?
9 A.      That sounds about right.
10 Q.      Okay.
11 A.      But then you were asking me about symptoms
12 in July of 2021; is that right?
13 Q.      Yes, the summer of 2021. So after you
14 start taking the antibabesial treatment, at that time
15 did you see any improvement in any of those symptoms
16 that I was reading off?
17 A.      Oh, no.
18 Q.      Okay. And he says -- at least according to
19 this, and we can see it -- I might butcher some of the
20 medication. The last sentence in that paragraph says
21 that you stopped the A-T-O-V-A-Q-U-O-N-E. Do you know
22 how you say that?
23 A.      I'm trying to find it here.
24 Q.      It's the last sentence in the third
25 paragraph from the top.

Page 82

1 A.      Atovaquone.
2 Q.      Well, we can --
3 A.      It's so small.
4           MS. SHWED: Well, we can blow it up.
5 Can you blow up the first half of it for me --
6           THE WITNESS: Yeah, atovaquone.
7           MS. SHWED: -- so she can see it?
8 BY MS. SHWED:
9 Q.      Okay.
10 A.      Yeah, that --
11 Q.      Is that much better?
12 A.      Yeah, much better. Thank you.
13 Q.      Okay. Do you recall there being a time he
14 has it that you stopped taking the atovaquone for
15 about a week and you felt worse? Do you remember
16 anything about that?
17           MR. LAMB: Objection to form. Did
18 you mean atovaquone?
19 Q.      Yeah. Do -- I'll do -- I'll read the
20 paragraph. It says, she stopped atovaquone -- I might
21 be saying that wrong -- for a week and felt more ill.
22 You herxed hard with taking T-A-F-E-N-O-Q-U-I-N-E, so
23 from September '21 through January of '22, you took
24 only atovaquone and azithromycin. Is that accurate?
25 A.      I just have to rely on this. I don't have

Page 83

1 a mem -- you know, I don't remember exactly.
2 Q.      Okay. Is there anything in your mind that
3 sticks out, a reason why you would disagree about what
4 he has written down?
5 A.      No.
6 Q.      So from when you started in the summer of
7 2021 with the antibabesials until the end of that
8 year, did you see any improvement in your symptoms at
9 all?
10 A.      No.
11 Q.      Do you ever recall having any discussions
12 with Dr. Lindner about why there wasn't any
13 improvement with your symptoms?
14 A.      Yeah, he just --
15 Q.      During that time frame now.
16 A.      I'm --
17 Q.      So we're -- I just wanted to make sure, and
18 I'm sorry to interrupt you, in this time frame. So
19 from the summer of 2021 until the end of that year.
20 A.      He just said we had to do much more and
21 take more -- other drugs, and it would just take time.
22 Q.      In the summer of 2021 to the end of that
23 calendar year 2021, were you taking any steroids?
24 A.      I don't recall.
25 Q.      Do you remember, again, from the summer of

Page 84

1  2021, until the end of the calendar year 2021, that
2  you had stopped any of the antibabesial treatment in
3  that time frame?
4  A.       My memory is that we -- initially it was
5  more a start and stop to kind of see how I reacted to
6  them, and see -- he was using that as a gauge as to,
7  like, I wouldn't react to that drug if I didn't have
8  Babesia.  So he was saying, well, since you reacted to
9  it, we know you have Babesia.  So I don't recall it
10 being -- I was probably on the atovaquone constant.
11 The Krintafel or the other name for it was -- you had
12 it here, tafenoquine is also Krintafel is what I think
13 of it as, it was sporadic.
14 Q.       Okay.  And were both of those medications
15 being taken, as you understood them, to kill the
16 Babesia?
17 A.       Yes.
18 Q.       Okay.  And then if you look to the next
19 paragraph, which would be the fourth one down, it
20 starts, in January of 2022.  Do you see --
21 A.       Yes.
22 Q.       -- that?  Is that print okay for you to see
23 now?
24 A.       Yes.
25 Q.       In January of 2022 you got a virus, and you

Page 85

1  became more reactive to babesiosis.  Do you remember
2  being sick in January of 2022?
3  A.       Not really.
4  Q.       Do you remember your babe -- what I'll call
5  the symptoms of babesiosis, were they worse in January
6  of '22 than they had been the year before?
7  A.       I just don't remember.
8  Q.       Do you remember in January of 2022, if you
9  go down about seven lines, Dr. Lindner writes that he
10 advised you to take a more aggressive antibabesial
11 therapy, because the only way to reduce one's reaction
12 to the infection is to reduce the number of organisms?
13         Do you remember any discussions with
14 Dr. Lindner about what he has documented here?
15 A.       Yes, we did talk about that.
16 Q.       Can you tell me more of what you remember
17 about that?
18 A.       Well, I remember in 2021 he talked about
19 wanting to be more aggressive.  And I had -- like, we
20 had kids and grandkids coming to visit or something,
21 and I was like, I don't really want to be, you know,
22 really sick from the med -- from the treatment.  And
23 he kind of agreed that we would wait until January to
24 kind of start the aggressive, because, you know, it
25 was probably going to make me feel worse.  And so

Page 86

1  that's really what I remember about starting it then.
2  And so in January he was pushing that, yeah, we needed
3  to push it harder, be more aggressive with more drugs.
4  Q.       So in -- from the summer of 2021 now until
5  the end of that calendar year, were -- how would you
6  describe -- after you started the regimen for the
7  antibabesials, how were you doing at that point?  Were
8  you the same?  Were you better?  Were you worse?
9             MR. LAMB:  Objection to form.
10            THE WITNESS:  I still answer?
11            MR. LAMB:  Uh-huh.
12            THE WITNESS:  When I would take them,
13 I think the -- I think it was the Krintafel or the
14 atovaquone -- no, sorry, the tafenoquine, it would
15 definitely make me feel much worse.  And like I said,
16 it -- but it was not a daily medication, so I would
17 take it, and he told me it would stay in my system for
18 a month.  So after I took it, I'd have to -- I'd feel
19 worse for a while, and then it seems like I'd feel a
20 little better, but not necessarily my symptoms, more
21 the reaction to the meds.  Again, it's -- I'm not a
22 doctor.  I can't -- it's hard for me to sort out what
23 was symptoms from the meds and from the symptoms I
24 already had.
25 BY MS. SHWED:

Page 87

1  Q.       So when you started taking the meds in the
2  summer of '21 until the end of the calendar year 2021,
3  were there additional symptoms that you were
4  experiencing that you hadn't experienced before you
5  started the medication?
6  A.       Yes.
7  Q.       What were those?
8  A.       I have no idea.  I just remember feeling,
9  you know, sick and much worse.  So I don't remember if
10 it was new symptom -- I know nausea was a big thing,
11 but I don't know if it was new symptoms or just
12 exasperate the other ones I already had.
13 Q.       So when you say to me you began to feel
14 sick or worse, is there any way for you to describe to
15 me more specifically what you mean by that?
16 A.       No.  I mean, I'm sure it's in his notes,
17 you know, ever -- whenever we would communicate.  I
18 know that severe fatigue and severe nausea were a big
19 part.  And just -- like I said, just remember feeling
20 really sick, but I don't remember specifically what
21 symptoms were what.
22 Q.       So in the summer of 2021, until the end of
23 the calendar year 2021, what -- would you -- would you
24 be able to get out of bed and function or do anything?
25 A.       Yeah, I was still functional at that time.

Page 88

Q.    And it looks like as of January 2022, he said he became more aggressive with the antibabesial treatment.  Is that consistent with your recollection?
A.    Yes.
Q.    Okay.  And what changed -- what changed in the regimen or the treatment from the year before, now coming into January of 2022?
A.    The best I can remember -- does it say there when I took azithro?  So apparently I was already -- I didn't even remember this, but apparently I was already taking azithro.  So at some point he would have added more Krintafel and the Arte-M.  I was still taking the atovaquone and the azithro, and it seems like there was another antibiotic in there, too. So I don't know at what point he started the different ones.
Q.    So what was one medication you said you took pretty consistently during the whole time?  Was there one medication?
A.    Yeah, the atovaquone.
Q.    Did the dose change from 2021 to 2022 of that medication?
A.    Not that I recall.
Q.    Okay.  And how often were you taking that?
A.    I think twice a day.

Page 89

Q.    Okay.  And for how long did you take it twice a day?
A.    No memory.  You know, at least a year I would guess.  That's a guess.  Sorry.
Q.    Okay.  And then you said that was it -- there's something I saw A-R-T-E-M?
A.    Arte-M, yeah.
Q.    Did you -- when you started that, how often would you take that?
A.    It's in the medical record.  I just don't know when dosing -- dosing or when it was.  I'm sorry.
Q.    That's okay.  Can you give me a range of how often you would take it, so as little as X and as most as -- are you able to do that?
A.    I think -- I think it was a three times a day.
Q.    Okay.  And then that T-A-F-E-N-O-Q-U-I-N-E, you said you knew it by another name, something with a K?
A.    Krintafel.
Q.    Krintafel.  How often would you take that?
A.    Not daily.  So he would usually have me take one or two or three at one time, and I just -- at different intervals.  I just don't recall the dosing.
Q.    And then it looks, at least according to

Page 90

this note, that as of May of 2022, this is what he said -- I'll read it to you, then I'll ask some questions about it, but you can read along.  It's in the fourth paragraph, about the middle of the paragraph it starts, by May of 2022, you had gotten more improvements with the A-T-O-V-A-Q-O-U-N-E and the T-A-F-E-N-O-Q-U-I-N-E.
        Do you recall any improvements after you started those medication in May of 2022?
A.    I don't recall.
Q.    And so he goes on to say, your shortness of breath had improved.  Do you have any recollection of that in this time frame, May of 2022?
A.    Sorry, I don't.
Q.    As you sit here today, during the entire -- so I'm not just limiting it to 2022, but during the whole time that you treated with Dr. Lindner for the babesiosis, do you remember any improvement in your shortness of breath?
A.    I don't.  It's just all a blur.
Q.    Okay.  How about your nausea or your headaches, do you remember any improvement in May of 2022 with either of those symptoms?
A.    No.
Q.    This also says that there were less bad

Page 91

dreams.  Did you start to experience bad dreams when you were taking any of these medications?
A.    I just don't remember when they started or when they got better.
Q.    Okay.  But at some point you did start to suffer bad dreams?
A.    Yes.
Q.    And it looks like in -- he writes a little bit above that in March you started taking hydrocortisone in 2022.  You see the sentence above the May 2022?
A.    Okay.
Q.    Is that -- do you have any reason to dispute that you started taking hydrocortisone in March 2022?  Like, do you have a specific recollection that would say that's not accurate?
A.    No, I don't really remember.
Q.    Did you have an understanding as to why you started the hydrocortisone?
A.    Vague understanding, yes.
Q.    Can you tell me -- whatever it is, will you tell me what your understanding was?
A.    I mean, just that it would help with the reaction to the die-off of Babesia and inflammation.
Q.    And once you started it, the

Page 92

1  hydrocortisone, what -- did you notice any improvement
2  in any of the symptoms?
3  A.       Not that I recall, but I just really don't
4  remember that time frame.
5  Q.       Then the next paragraph takes us into mid
6  May and June of 2022.  And he said you took a very
7  strong antibabesial regimen including that Arte-M.  Am
8  I saying that right?
9  A.       Arte-M.
10 Q.       Okay.  Then you had blood in your urine.
11 Do you remember testing your urine in --
12 A.       Yes.
13 Q.       -- 2022?
14         Did you have an understanding as to
15 why you were testing your urine?
16 A.       No, not particularly.  I mean, he tried to
17 explain it to me, but I'm not a doctor, and I just did
18 what he told me to do.
19 Q.       Do you have a recollection of how often you
20 would do the urine test?
21 A.       I think it changed over time, but not
22 particularly.  I mean, I think sometimes it was every
23 day and other times it was twice a day, but I'm just
24 not sure.
25 Q.       And how were you doing the testing?  So was

Page 93

1  it something you could do at home or is it something
2  that you had to take a urine sample and send it out
3  somewhere?
4  A.       No, I did it at home.  It was just dipping
5  a stick.
6  Q.       Okay.  Do you remember having any
7  discussions with Dr. Lindner about your urine testing
8  and what, if anything, that meant?
9  A.       I mean, I would report to him if I saw
10 anything, if the -- if the test showed anything.  But
11 we didn't really discuss it, although I guess he would
12 respond in e-mail.  I do remember at times that he
13 would respond in e-mail and just say, okay.  You know,
14 he under -- showed something in the urine --
15         THE REPORTER:  We're missing audio.
16 Q.       We lost you -- yeah, I lost the audio
17 again.  So let's just -- we'll try -- I heard you at
18 the end there.  So my question was -- if you don't
19 mind repeating your answer the best that you can, was
20 there discussions with Dr. Lindner about what the
21 urine testing was showing?
22 A.       Can you tell me what you already have?
23         MS. SHWED:  Yeah, I -- Christine, did
24 you get any of her answer on the urine?
25         (The referred-to portion of the

Page 94

1  record was read by the reporter.)
2  A.       I think it was just he would respond in
3  e-mails that he acknowledged that whatever I was
4  reporting to him was in the urine.
5  Q.       By -- so if these documentation dates are
6  correct, as of June of 2022, you're under treatment
7  for babesiosis for about a year under Dr. Lindner.
8  Did you notice any difference in your symptoms or your
9  condition in any way, better or worse?
10 A.       Not that I recall, specifically.
11 Q.       And so in that first year the records will
12 reflect the medications that you were taking.  But
13 were you taking -- were you under the treatment the
14 entire year?  In other words, there was no part of
15 that calendar year, June of '21 until June of '22,
16 that you stopped the treatment?
17 A.       I mean, yeah, like I said, it was
18 intermittent in '21, so -- so the Mepron, that's
19 atovaquone, that's the other name I know it for.
20 Q.       Okay.
21 A.       That was pretty consistent.  But I think
22 there was a time like I went out of town and didn't
23 want to mess with flying with a liquid.  So I -- I
24 asked him, like, could I go off of it for a week?  Is
25 that going to be a big deal?  And he said it was fine

Page 95

1  to try it.  And I did feel worse while I was gone
2  without it.  So he seemed, like, that -- you know, the
3  fact that, okay, you need to be on it.
4         So I can't say that I consistently
5  took everything all the time.  And like we already
6  talked about, I didn't take some of them until '22.
7  So -- and then the Krintafel, like I already said, is
8  -- was very intermittent, so I can't say I was taking
9  it the whole time of '21.  But as far as I know, there
10 was no purposeful breaks from the medications, if
11 that's what you're asking.
12 Q.       Yeah.  And so there was -- I mean, I
13 understand the way it was being prescribed, some of it
14 was intermittent, and you didn't have to take some of
15 it every day, and some of the other medications other
16 days.
17         But it seems like, other than the
18 time when you were traveling, there was no break in,
19 however, when Dr. Lindner was recommending you take
20 the medication you took it, from June of '21 until
21 June of '22; is that right?
22 A.       Would be my memory, yeah.
23 Q.       Okay.  And it looks like, at least
24 according to the notes in 2022, you started
25 hydrocortisone.  And then if you look in this next

Page 96

1  paragraph, it says -- it starts, so in mid May and mid
2  June, the second sentence said you needed prednisone
3  increased to 70 milligrams per day.
4           So in mid May to mid June, did you --
5  do you have a recollection of taking prednisone?
6  A.       I mean, just that I know I switched over at
7  some point.
8  Q.       Okay.  Do you know why you switched over
9  from hydrocortisone to prednisone?  Did Dr. Lindner
10  explain to you why he was recommending that?
11  A.       I remember something about one steroid
12  caused more swelling than the other.  And I don't --
13  but I don't remember -- there were three steroids that
14  I was taking at different times if you count the
15  dexamethasone.  And so I'm not sure I'm remembering
16  which one is the one that caused more swelling, and I
17  -- but I think it was -- no, I can't even guess now.
18  So I don't know if that was the reason for switching
19  over or not.
20  Q.       Okay.  Do you remember ever -- once you
21  would take that -- again, this same time frame, we're
22  still in, like, the summer of 2022?
23  A.       Okay.
24  Q.       You know, so from -- in 2022 up until the
25  summer of 2022, you're taking initially

Page 97

1  hydrocortisone, and then, at least according to this
2  record, it switched to prednisone.  Did you see any
3  benefit when you were taking those steroids as to how
4  you were feeling?
5           MR. LAMB:  Objection to form.  You
6  can answer.
7  A.       Did you ask if I saw any improvement?
8  Q.       Yeah.  In other words, when you were taking
9  them, did you feel any better when you were taking the
10  steroids?
11  A.       No.  I kind of remember like I felt
12  terrible when I took them, but I felt terrible in
13  other ways when I didn't take them.  And I couldn't --
14  I couldn't even figure out if it was helping me or
15  not.
16  Q.       Okay.  Do you remember having any
17  discussions with Dr. -- with Dr. Lindner expressing
18  that you couldn't tell if they were helping you or not
19  back then?
20  A.       Yeah, I told him that a lot.
21  Q.       And what was his -- what do you recall his
22  response being to that, if any?
23  A.       Just that we had to do this because, you
24  know, my body was struggling with the die-off, and it
25  would just -- it would help me.

Page 98

1  Q.       In all the time that you took the steroids
2  was there any improvement?  Now, I'm not just limiting
3  you to 2022.  So the entire time under Dr. Lindner's
4  care that you took the steroids, do you think you
5  received -- did you feel any different or any benefit
6  when you were taking?
7           MR. LAMB:  Objection to form.
8  A.       Are you saying when I specifically was
9  taking the steroids?
10  Q.       Yeah.  I mean, I understand that you're
11  taking the antibabesials, too.  But when the steroids
12  were added as part of the regimen for the treatment,
13  whether it was the hydrocortisone or the prednisone or
14  the -- what was the third one you were taking?
15  A.       Dexamethasone.
16  Q.       Did you believe that you felt any better
17  when you started taking any of those steroids with the
18  antibabesial treatment?
19           MR. LAMB:  Objection to form.
20  A.       I mean, I do recall times kind of early on
21  with taking the steroids, probably the very first time
22  starting to take the steroid -- steroids that I
23  remember thinking, you know, it helped my fatigue.
24  Like, I felt better from taking them.  But after the
25  initial starting to take it, then I think it just got

Page 99

1  mixed up in all the other symptoms, and it was hard to
2  parse out what symptoms were caused from what -- from
3  what drug or from what issue.
4  Q.       Did Dr. Lindner ever tell you that he
5  thought you were suffering from symptoms from the
6  steroids?
7  A.       No.  As a matter of fact, when I would ask
8  him, you know, could this be -- you know, the symptom
9  be from the steroids, and he would -- he would always
10  say, no, that it was from the die-off or the herxing.
11  Q.       And do you have a recollection of other --
12  other than him saying, no, it wasn't from the steroid,
13  any other reason he may have given you as to why he
14  thought it wasn't the steroids?
15  A.       No, I don't recall him saying that.
16  Q.       Okay.  Then he says in July of 2022 you had
17  a DVT.  Is that consistent with your recollection?
18  A.       Yes.
19  Q.       Okay.  And where did you treat for the DVT?
20  Did you --
21  A.       Inova Loudoun.
22  Q.       And then he also says in July you may have
23  had COVID.  Did you ever test for COVID during the
24  2022 to see if you had COVID or not?
25  A.       Yes.

Page 100

1  Q.    Did you ever have it or no, COVID?
2  A.    No, I never tested positive.  Now that I'm
3  thinking about that, I remember it may -- okay.  So he
4  said in January of '22, it may have been COVID, and
5  that's true, and I was tested and it was negative.  So
6  I don't know why he would say it may have been COVID.
7  I was told it wasn't, but ...
8         And I did go -- you -- I do want to
9  correct, you asked me if I had seen -- or I think I
10 didn't see any either general practitioners, but I
11 guess I remember going to an urgent care at this time,
12 January of 20 -- or I think -- I believe January of
13 '22 I went to an urgent care because of being sick,
14 and my husband wanting me to get a COVID test.  So
15 that -- because that would affect him going to work or
16 not.  And so -- yeah, I wasn't.  So then he said in
17 July I had COVID?  Where is that?
18 Q.    If you -- if you go down to the next
19 paragraph where it says, so from mid May, and then if
20 you go down three lines, the sentence starts at the
21 end of that third line, in early July.
22 A.    Okay.  Yeah.
23 Q.    July you had the DVT, then got another
24 virus, which may -- which may gave you a fever and
25 left you more ill again.

Page 101

1  A.    Right.  Yeah, I did test again, and it was
2  -- it was negative.  So I never had a positive.
3  Q.    And during the time that you were treated
4  for the DVT in July of 2022, did you remain on the
5  regimen for the antibabesial?
6  A.    No.  I was in the hospital for almost a
7  week, and they did not, of course, keep me on any of
8  that.  And I didn't take it.
9  Q.    And so when you were taken off the regimen
10 that Dr. Lindner had been prescribing at that time,
11 how -- were the -- how were your symptoms as it
12 relates to the Babesia?
13 A.    I have no idea.  I was in the hospital in
14 excruciating pain.  I had had emergency surgery, and
15 where they told me I almost lost my leg.  And I just
16 -- that was the furthest thing from my mind at that
17 point.  I don't even -- I don't even know when I went
18 back on the -- all his stuff.  I don't even know.
19 Q.    Do you know, Mrs. Wolking, during the time
20 that you were being treated for the DVT, did any of
21 the physicians who were treating you have any concern
22 about the regimen that you were on or that Dr. Lindner
23 was prescribing?
24        MR. LAMB:  Objection to form.
25 Q.    Yeah.  You know, let me ask you this.  Did

Page 102

1  you -- did you discuss with the people who were
2  treating you for DVT the medications that you were
3  taking that were being prescribed by Dr. Lindner?
4  A.    I really don't -- I -- I did not discuss
5  anything with them because I was out off it in severe
6  pain, traumatized by emergency surgery late at night.
7  So I don't know.  I did -- I did not discuss that with
8  anybody.
9         I can't imagine that we would not
10 have -- or my husband would not have told them what
11 medications I was on and the standard questions, so I
12 assume they knew.  I assume it's in the hospital
13 records, but I really don't recall being a part of any
14 conversation like that.
15 Q.    Okay.  So -- but as you sit here today, you
16 have no recollection of talking to the people who
17 treated the DVT about any of the medications Dr.
18 Lindner was prescribing at that time?
19 A.    No.
20 Q.    Now, in this -- again, the same paragraph,
21 he documents that you improved with taking 25
22 milligrams a day of prednisone, but quickly needed 40
23 milligrams daily.
24        Do you remember any improvement with
25 the prednisone during this time frame, May and June of

Page 103

1  2022?
2         MR. LAMB:  Objection to form.  I
3  think you might mean a different date range if you're
4  talking about the sentence we're looking at, but ...
5  Q.    Okay.  So in -- it looks like -- I
6  apologize.  It looks like he's talking in early July.
7  So in the time frame in early July, which I guess is
8  the time when you were being treated for your DVT,
9  were you also taking the steroids at that time?
10        MS. SHWED:  Did we lose them again?
11        THE VIDEOGRAPHER:  The time is 12:21.
12 We are off the video record.
13        (Brief recess was taken.)
14        (The referred-to portion of the
15 record was read by the reporter.)
16        THE VIDEOGRAPHER:  On the video
17 record, 12:25 p.m.
18        MS. SHWED:  Patrick, can you bring
19 back up that exhibit, I guess it would be Lindner 71
20 is the Bates number?
21 BY MS. SHWED:
22 Q.    Okay.  Can you see that, Mrs. Wolking?
23 A.    Yes.
24 Q.    Okay.  Do you remember the question that
25 the court reporter read before we got back on the

Page 104

1  video record?
2  A.       No.
3  Q.       Okay.  I think the gist of it was, in July
4  of -- of 2022, according to Dr. Lindner's summary that
5  we've been referencing during your deposition, he says
6  that you were taking prednisone, 25 milligrams and
7  then later 40 milligrams, but you saw improvement on
8  the steroids.
9            Do you have any memory of any
10 improvement on the prednisone, whether it was the 25
11 milligrams or the 40 milligrams?
12 A.       No, I really don't remember that time
13 period.
14 Q.       Then if you look at the next paragraph,
15 it's August 19th, see where it says by August, it's
16 actually --
17         MS. SHWED:  Do you mind scrolling
18 down a little bit, Patrick?  There it goes.
19 Q.       It's the second from the last paragraph
20 there on bottom, the first -- the last full one there.
21 A.       Can you make it bigger, please?  Thank you.
22 Q.       Can you see it better now, Mrs. Wolking?
23 A.       Can you move it -- thank you.  Yeah.  Move
24 it over.  Okay -- oh, no.  Okay.  Great.
25 Q.       So at least according to Dr. Lindner's

Page 105

1  summary, he's indicating by August 19th of 2022, you
2  were taking 300 milligrams of prednisone daily to cope
3  with strong antibabesial regimen and you had severe
4  nausea.
5            Do you ever remember a time where
6  you're taking 300 milligrams of prednisone daily?
7  A.       I remember doing that, yes.
8  Q.       And what was your understanding as to why
9  you were taking that dose, if you have one?
10 A.       To deal with the strong reaction of the
11 die-off.
12 Q.       Okay.  And was there any benefit to taking
13 that 300 milligram prednisone dose?
14 A.       I was -- I don't know.  I was feeling
15 pretty sick, and -- at that time, so I really don't
16 know.
17 Q.       How long were you in the hospital for the
18 DVT?
19 A.       I want to say six days or seven days.
20 Q.       And did you have any restrictions after you
21 were discharged as far as your mobility for the DVT or
22 the surgery for the DVT?
23 A.       I was still in pretty severe pain, so I was
24 not very mobile.
25 Q.       How long did that last?  Do you have a

Page 106

1  recollection?
2  A.       No, I really don't know.
3  Q.       Are you able to be mobile in August of
4  2022?
5  A.       No.  By then I was pretty much bedridden
6  with -- not with the DVT, but with the treatment.  A
7  week -- I was home -- I was in the hospital about a
8  week, I was home a week, I think maybe that's when I
9  was sick.  But then the next week, I went back in the
10 hospital for, like, another five days or something
11 because I had severe hip pain and couldn't -- couldn't
12 move my hip at all without excruciating pain.  And
13 they decided that it was because -- it was my other
14 leg.  It was -- they decided that it was because I had
15 put so much -- all my weight on the right leg with the
16 left DVT that I just stressed it out or something, and
17 I have -- you know, I have a history of hip
18 replacement, so they -- it wasn't happy that I was
19 using just my right leg for quite a while.  So I was
20 back in the hospital again until they got the pain
21 under control.
22 Q.       Okay.  So how long do you think you -- the
23 DVT affected you?  Whether it was from the admission
24 of the DVT, then you have the surgery, then you said
25 you came home, and you were still in some pain, and

Page 107

1  then you had the issue with the hip, how long did that
2  last before all of that resolved?
3  A.       I don't really remember, but I think it
4  resolved pretty quickly.  Because once the
5  inflammation in my right hip calmed down, then I could
6  be mobile again and -- and, you know, I was mobile
7  again.
8  Q.       And so once you became mobile, were you
9  able to do anything on a day-to-day basis?  I know you
10 said at some point you became bedridden.  I'm trying
11 to just figure out was there a time after the issues
12 with the DVT and the hip resolved where you were
13 mobile before you were bedridden?
14 A.       I just don't remember.
15 Q.       Okay.  Do you have a recollection as of
16 August of 2022, were you -- was there a point in that
17 month where you became bedridden?
18 A.       I believe so.  I believe it was August
19 sometime.
20 Q.       Was that in your mind related to the DVT,
21 or was that related to the antibabesial treatment?
22 A.       The treatment.
23 Q.       And what was -- what were you experiencing
24 that made you bedridden?
25 A.       Just severe symptoms of nausea, dizziness,

Page 108

1  headaches, weakness. I'm trying to remember what
2  else. Just -- I'm sure there were other symptoms, I
3  just can't remember. Oh, I had severe light and sound
4  sensitivity.
5  Q.      Did you say light and sound sensitivity?
6  A.      Yeah.
7  Q.      Okay. When did that start, the light and
8  sound sensitivity?
9  A.      I think in August is my best recollection.
10 Q.      How about the dizziness, when did the
11 dizziness start?
12 A.      I mean, that's a symptom I had off and on,
13 you know, even before treatment, but it definitely got
14 more severe during treatment, and so I can't even say
15 when it really started.
16 Q.      And you said that you -- in August of 2022,
17 you were suffering weakness. When you say weakness,
18 what do you mean?
19 A.      Like, I couldn't get out of bed without
20 feeling I was going to collapse. I couldn't get on
21 and off the toilet without help. Didn't have any
22 strength.
23 Q.      In --
24 A.      I was -- I was so nauseous, I couldn't eat.
25 I was just so completely out of it.

Page 109

1  Q.      In August of 2022, did you have any
2  communication with Dr. Lindner about the symptoms we
3  just talked about, the weakness, the dizziness or the
4  light and sound sensitivity?
5  A.      I mean, I don't know any specifics. It's
6  all in the e-mail record. But, yes, I'm sure I was
7  e-mailing him with this information.
8  Q.      But do you have any recollection about --
9  the e-mails are what they are, so I understand that.
10 I'm just -- part of the deposition process is to see
11 if you remember anything in addition to those e-mails,
12 so that's why I asked the question.
13         As you sit here today, do you have a
14 recollection of anything that was said by you or by
15 Dr. Lindner about those symptoms?
16 A.      In the e-mails?
17 Q.      No. Is that -- is this -- yeah, either in
18 the e-mails or separate and apart from the e-mails
19 that you recall today.
20 A.      I don't remember anything specific.
21 Q.      Did -- do you recall him attributing these
22 symptoms to anything?
23         MR. LAMB: Objection to form. You
24 can answer.
25 A.      I mean, he -- I guess he just kept telling

Page 110

1  me they -- this is what had to -- had to be to kill
2  off the Babesia.
3  Q.      Okay. And so when you say to me, I guess,
4  I wonder, are you guessing or do you have a
5  recollection of that?
6  A.      Yes, he was telling me that I needed to do
7  this to -- any -- to kill off the Babesia. And he
8  also, you know, assured me many times that, you know,
9  his daughter had gone through this, and he understood.
10 He was -- you know, how hard it was, and -- and -- but
11 I had to do this to -- to kill it off.
12 Q.      This being the regimen he's des -- he's
13 prescribing for you?
14 A.      Yes.
15 Q.      So this brings us into October of 2022,
16 which is kind of going to bring us into the admission
17 at the hospital for the bowel perforation. So I just
18 want to make sure that I understand. Throughout the
19 regimen that Dr. Lindner had been prescribing to you
20 that we've talked about now for a couple of hours,
21 which included the steroids, am I correct in
22 believing, as you sit here today, you didn't see any
23 benefit from taking any of the steroids he prescribed?
24 A.      I mean, at that point --
25         THE REPORTER: Excuse me.

Page 111

1  A.      -- I was so sick and thought I was dying, I
2  -- I don't know that I -- I have no idea what was
3  causing that. Was it the steroids? Was it the
4  treatment? Was it the die-off? I mean, I -- I
5  wouldn't know that, but I just knew that I was deathly
6  ill.
7  Q.      Well, let me broaden it up a little bit
8  more. We talked about early on in your deposition
9  that in 2021 it was kind of intermittent in the
10 treatment at that point. And then in 2022 it seems
11 like the antibabesial treatment became more
12 aggressive, or at least that's the words used in the
13 summary here with Dr. Lindner.
14         Did you see any benefit to any of the
15 treatment prescribed in any of the -- by Dr. Lindner
16 based on any of the symptoms you were experiencing or
17 not experiencing?
18 A.      Could you -- what is it again?
19 Q.      Did you --
20 A.      Conor lost -- Conor lost connection. I'm
21 still -- I'm still fine.
22 Q.      And you're -- he -- you're good. I can't
23 see Conor because of the paper is up, but if --
24         MR. LAMB: Go ahead and answer while
25 -- sorry, I'm going to try to get reconnected here.

Page 112

A.      So did I see any benefit?  No, I guess I didn't because I was experiencing all these other symptoms and I was deathly ill, so I wasn't sorting out the different symptoms.  But also, I wasn't even in a frame of mind to be able to assess if one symptom was better than, you know, oh, is that symptom better?  I mean, I just wasn't even able to do that at that time.  I was just trying to survive each day, and so I really don't know.

        I mean, I know you said you were going to ask me later about now.  But, you know, now I can definitely, you know, assess, like, what -- what symptoms are better, what -- what it helped.  But at that time, I couldn't at all.

Q.      So take me to October of 2022.  It looks like he -- I know that you go into the hospital, I think it was October 7th of 2022; is that right?

A.      Sounds right.

Q.      Tell me about the days leading up to the hospitalization.  Was there any change in any of the symptoms that you recall?

A.      Yeah.  About a week before -- not even a week, maybe Saturday or Sunday, and I went in the hospital Friday, so I don't know the dates, but I started with severe pain -- or it -- it didn't start

Page 113

severe, sorry.  I started with pain in my abdomen, and it progressively got worse each day for that week.

        MS. SHWED:  Okay.  Patrick, you can take down the exhibit so that we can see the full screen.  Thank you.

Q.      And in the days that you began -- once you began experiencing the abdominal pain that you said progressively got worse, was there communication with Dr. Lindner by you?

A.      I'm sorry, repeat the question?

Q.      So in the days before -- so once you started experiencing the abdominal pain that you just described progressively got worse over a few days, in that time frame did you have any contact with Dr. Lindner about that, those symptom?

A.      Oh, yeah, we were -- I was e-mailing him probably daily, if not -- if not more than once a day and he was responding.

Q.      Did you -- so what were the -- do you recall what were the questions you were asking him in that time frame?

A.      Well, just letting him know about this new pain, and it was progressively worse and getting worse every day.  And obviously huge concern for that.

Q.      And can you tell me from memory what, if

Page 114

anything, he responded back to you with?

A.      He thought it was constipation, and so he had us aggressively treating it as constipation and was telling us -- you know, telling me to take this and take that, and lots of different -- lots and lots of things to try to deal with it that way.

Q.      With the constipation, just generally what were the types of things you were doing?

A.      I mean, taking products, I don't remember the names of all of them.  Sena -- Sena something.  Doing -- taking large doses of vitamin C to kind of try to flush -- do a flush.  Taking MiraLAX.  Suppository enema.  I can't even remember what all we tried thinking it was con -- wrongly thinking it was constipation.

Q.      Okay.  And in that same time frame when you started to get the new abdominal pain that you were talking about until the time you go to the hospital, did you seek medical opinions from anybody else other than Dr. Lindner about those symptoms?

A.      No.  Well, let me clarify that.  I see a -- I used to see many years ago a natural -- she's not a physician, so I don't know if that qualifies as medical, but she -- I can't remember her -- her certification, certified natural health practitioner

Page 115

or something like that.  And we called her, but not to get her opinion, but it was to have her assist us in what do you have that could help me with constipation.  And she suggested -- or she had things I needed to do an enema.

Q.      Okay.  And so what was her name?

A.      Margie Lung.

Q.      Lung, L-U-N-G?

A.      Yes.

Q.      Okay.  And I'm sorry, did you say that she was able to provide you things for an enema?  Is that what you said?

A.      Right, the products we needed for it.

Q.      Okay.

A.      I knew it was something she had and ...

Q.      And is she -- is she close to your home or ...

A.      Yeah.  Yes.

Q.      And how many times did you use the enema, do you know?

A.      Just once.  Just -- well, as far as I remember.

Q.      Okay.  And was there any benefit from the enema?

A.      No.

Page 116

Q.      In that -- from the time the new abdominal
pain started until you go to the hospital, were there
any bowel movements?
A.      I think it's in those e-mails with -- I'm
sure it's in those e-mails with him. I think maybe a
little bit, not much.
Q.      And in this week how much were you eating?
A.      None, I don't think. I mean, maybe I was
sipping on soup maybe -- oh, I might have been
nibbling on crackers because of the nausea, but I
wasn't really eating much.
Q.      So not, like, having a breakfast, a lunch
or a dinner?
A.      No.
Q.      Do you recall there being any discussion
with Dr. Lindner about your husband helping press on
your stomach to see if there was anything going on, if
you were tender, not tender? Do you remember any of
that?
A.      I remember my husband telling me he needed
to do that because Dr. Lindner told him to do it.
That's kind of all I remember about it. I was pretty
out of it.
Q.      Okay. And when you say do that, what do
you mean?

Page 117

A.      Like, pressing on my stomach to see if it
was tender or something.
Q.      And do you remember if it hurt when he
would -- when your husband would press? Was there
pain or not pain? Do you remember any of that?
A.      I was in pretty bad pain.
Q.      And during this week was -- do you know if
your husband was communicating back and forth with
Dr. Lindner?
A.      I believe so, because I don't think I was
in any shape to do that.
Q.      Okay. Do you have any recollection of
anything your husband said, oh, I talked to
Dr. Lindner and he said?
A.      Oh, no, not particularly.
Q.      Okay. So why is it that you recall going
to the hospital on the 7th? Like, why -- did anything
change that caused you to go to the hospital on the
7th?
A.      I mean, the pain definitely was
progressively getting worse. It was pretty unbearable
at that point. I really thought I was dying. And I
could not -- did not have the strength to go to the
bathroom. And I just kept thinking I was dying.
Q.      And why were you thinking you were dying?

Page 118

Like, what was going on with you to make you think
that?
A.      Because I couldn't stand up. I was
nauseous. I was severely nauseous. I was severely in
pain, practically doubled over in pain, and couldn't
go to the bathroom, you know, nothing. It just didn't
seem right.
Q.      Can you tell me how long you were doubled
over in pain before you went to the emergency room?
A.      I mean, I use that phrase for the one time
I stood up to go to the bathroom, otherwise, I'm
laying in bed. So, you know, I just remember being in
so much pain I really couldn't stand up.
Q.      When you were laying in bed, were you
doubled over in pain?
A.      I mean, I was curled up, I guess. I don't
know if you would describe it as doubled up -- doubled
over when you're laying down. I don't know.
Q.      Okay. So do you remember going to the
emergency room at that -- like, what's your first
memory once you decide, okay, I'm going to go to the
hospital and you actually do go to the hospital?
What's your first memory?
A.      I just remember feeling really out of it.
I didn't have the strength or something to open my

Page 119

eyes. I remember my eyes were closed. I couldn't --
it's like all I remember is the sounds of EMS coming
into our house and talking to me, and I just couldn't
-- I don't remember saying much other than, I'm in so
much pain, just make it stop. And, I mean, I kind of
remember them loading me into the ambulance and taking
me to the hospital.
Q.      Okay. And then what do you remember about
the hospital, if anything, once you got there?
A.      Just writhing in pain and begging them to
make it stop. And they did some tests, I think a CAT
scan or MRI or something. And I just don't remember a
whole lot. I guess they must have finally -- I don't
know, I shouldn't guess, but I was kind of out of it
so I don't remember a whole lot. And then they
transferred me, put me back in an ambulance, and every
bump in the road was excruciating.
Q.      That was -- are you okay to continue? Do
you need to take a break?
A.      Sorry.
Q.      No. No, there's no reason to apologize.
A.      Okay.
Q.      You sure?
A.      Yeah, we can take a break.
Q.      Okay. You want to come --

Page 120

1  MR. LAMB:  Maybe we should take a
2  break, kind of like a lunch break anyway.  How much
3  time do you think you'll be able to --
4  THE WITNESS:  Any time is fine --
5  MR. LAMB:  Okay.
6  THE WITNESS:  -- I don't need a lot.
7  MR. LAMB:  What do you guys want to
8  do, like 20 minutes, 30 minutes?
9  MS. SHWED:  Oh, I don't know.  I'm
10 not going to eat, so I'm happy to come back --
11 THE REPORTER:  You want to go off the
12 record?
13 MR. LAMB:  Yeah, go off the record.
14 MS. SHWED:  Yes.
15 THE VIDEOGRAPHER:  The time is 12:48
16 p.m.  We are now off the video record.
17 (Brief recess was taken.)
18 THE VIDEOGRAPHER:  On the video
19 record, 1:16 p.m.
20 BY MS. SHWED:
21 Q.      Hi, Mrs. Wolking.  We took a short break to
22 have a lunch break.  Are you ready to answer some more
23 questions for me?
24 A.      Yes.
25 Q.      I think the last question we were talking

Page 121

1  about we had gotten into your visit -- your emergency
2  room visit to Loudoun Hospital.  And you had said that
3  they -- they had run some tests, and then they had put
4  you back in an ambulance to take you -- was it to a
5  different facility?
6  A.      Yeah.  And actually, the first facility was
7  Corn -- Cornwall, it's just an ER.
8  Q.      Okay.
9  A.      It's -- it's an old hospital here that
10 they've converted to just an ER.  So that's where they
11 -- it's closer, so that's where they took me
12 initially.
13 Q.      I was wondering when I read the records why
14 they transported you.  Now I understand.  So it was --
15 you went to a place, it was just an ER.  And then the
16 ER transferred you to Loudoun Hospital?
17 A.      Correct.
18 Q.      Okay.  And did you -- do you have -- did
19 you have an understanding at the time you were being
20 sent to Loudoun Hospital why you were being sent
21 there?
22 A.      That I was going to need emergency surgery.
23 Q.      Okay.  Did you know on your way to Loudoun
24 Hospital that you had a bowel perforation?
25 A.      I don't think I did.  I was pretty out of

Page 122

1  it.
2  Q.      Okay.  So what do you -- do you have a
3  memory of arrive -- like, you were explaining to me
4  before we took the break that the ambulance trip from
5  the ER to Loudoun Hospital was painful for you, that
6  every bump was causing you pain in the transport.  How
7  far away are they from one another?
8  A.      I'm terrible with that kind of stuff.  15
9  minutes maybe.
10 Q.      Okay.  Do you know, did they transport you
11 with lights and siren?
12 A.      I don't know that.
13 Q.      Okay.  Did your husband go in the ambulance
14 with you, do you know?
15 A.      I don't know.
16 Q.      Okay.  So do you have a memory of arriving
17 at Loudoun Hospital?
18 A.      Not really.
19 Q.      Well, tell me what your first memory is at
20 the hospital that you -- you can distinctly remember
21 from Loudoun Hospital.
22 A.      I kind of vaguely remember the doctor being
23 there and talking about the surgery that she was going
24 to do, but I really don't remember much of that.  The
25 really biggest memory is waking up after the surgery

Page 123

1  and just being shocked -- in shock maybe that I had
2  this huge open abdominal incision and a colostomy and
3  -- it was just shock.
4  Q.      Okay.  So I just want to make sure the
5  record is clear.  And I -- and I think I'm accurate in
6  saying, other than some vague memories of arriving at
7  the emergency room, your first real clear memories of
8  that hospital would be after the surgery; is that
9  accurate?
10 A.      I guess.  I mean, I kind of remember a
11 little bit being there with my husband talking to the
12 surgeon about what she's going to do, but I really
13 don't remember anything she said.
14 Q.      Okay.  So other than saying to me you
15 remember generally that conversation, you don't recall
16 any specifics about the conversation with the surgeon?
17 A.      No.
18 Q.      Okay.  So you got -- does there come a
19 point in time where you have a recollection of having
20 a discussion -- was it doctors -- is it Sutter, Kelly
21 Sutter?
22 A.      Yes.
23 Q.      Do you have a recollection of speaking to
24 Dr. Sutter after the surgery about surgery?
25 A.      Yes.

Page 124

Q.      Tell me what you remember her saying to you and you saying to her in that conversation.

A.      I mean, just her explaining that there was a couple different perforations. And I remember her saying it just -- she was trying to repair the perforation, but she couldn't because my intestines just kind of disintegrated in her hands, she said. So she was explaining why she had to give me the colostomy.

Q.      Okay. Did she explain to you what she thought caused your intestines to be in the condition that she found them in surgery?

A.      No, not at that time. I think we had a conversation a month later when I had my follow-up visit in her office where she said to me that she thought it was from the steroids, because she said she's seen many perforations, but nothing ever like that.

Q.      Okay. So the con -- the conversation that you remember that you just testified to, that was when you were an outpatient already in her outpatient office; is that right?

A.      No, I was inpatient at the Encompass Rehab Hospital.

Q.      Oh, the rehab hospital. Okay.

Page 125

A.      And they transported me by -- I don't -- I don't know if it's an ambulance or by, you know, a medical transport from the rehab to -- I was still not walking, so, you know, I was still -- I was on a gurney, so they transported me to her office that way.

Q.      Okay. So let's focus on that -- the memory of the hospitalization before the rehab hospital. Okay. So tell me, other than that one conversation you just testified to with Dr. Slater [sic], the surgeon, do you remember any other conversations with her about what caused the bowel perforation while you were a patient at Loudoun Hospital before you go to the rehab hospital?

A.      None that I recall.

Q.      Okay. Do you remember speaking to any other treating doctors at Loudoun Hospital during that same time frame, after surgery but before you go to the rehab surgery [sic], about what anybody thought would have been the cause of the bowel perforation?

A.      Yeah, there was lots of discussions with the hospitalist, the infectious disease doctors, that they just -- yeah, they indicated that it was crazy that I was on these high doses, and they had never seen anything like it and things like that.

Q.      All right. So let's break it down to the

Page 126

hospitalist. Do you remember the -- I wrote down one name that I saw from the records. His name was Dr. A-S-W-A-D, Aswad, who was a hospitalist. I think you may have had other hos -- was it one hospitalist in charge of you, or was there different ones while you were in the hospital?

A.      There was different ones, but Aswad was one of them, yeah.

Q.      Okay. And so let's focus just on first the bowel perforation. Can you -- not so much the dosage of steroids, we'll get to that in a second. But was there any conversations with Dr. Aswad about the cause of -- what he thought was the cause of your bowel issues and your bowel perforation?

A.      I mean, I don't remember any specific conversations except there was definitely many conversations that gave the general -- that have the general idea of the steroids were the problem and the main cause and how crazy the doses were and who is this crazy -- you know, they wanted to know who it was and what his name was. And so there was many conversations like that that I remember.

Q.      Okay. But just so I'm clear, so it's your understanding that Dr. Aswad told you that it was his opinion that the steroid dose caused the perforation;

Page 127

is that correct?

A.      I can't remember any one specific conversation where he said those exact words, but definitely there was much discussion about, yes, they believed that it was the cause. It was -- it was just -- yeah, it was just the belief that that was the cause.

Q.      And -- and when you say that was the cause, are you talking about the steroids?

A.      Yes.

Q.      Okay. And so I know that you talked to me, you said that there were many conversations about the steroid dosing, is that true, while you were --

A.      Yes.

Q.      -- in the hospital?

A.      Yes.

Q.      Just, I mean, I'm sure you don't remember the specifics of it, but were -- can you at least break it down, was there -- who was -- was there -- do you remember the name of the infectious disease doctor you had referenced earlier who took care of you in the hospital?

A.      I don't remember the name.

Q.      Do you remember, was it more than one infectious disease person while you were in the

Page 128

1  hospital?
2  A.       I believe there was.
3  Q.       Okay. Can you tell me just generally from
4  your conversations with the infectious disease
5  physicians, whether it was more than one or one, what
6  was your understanding as to their thoughts about the
7  steroid dose that was being prescribed to you?
8  A.       I really don't know which doctor was
9  talking about what, you know. Whether it was
10 infectious disease or whether it was the hospitalist,
11 I really couldn't tell you.
12 Q.       Okay. So in your mind today, you can't
13 distinguish conversations from the hospitalist versus
14 infectious disease physicians; is that accurate?
15 A.       Not specific conversations, no.
16 Q.       All right. So just then tell me generally
17 you've had conversations with both the hospital
18 service and the infectious disease service while you
19 were a patient at Loudoun Hospital; is that accurate?
20 A.       I'm sorry, say that again?
21 Q.       Did you have conversations with the
22 hospitalists and the -- the infectious disease
23 physicians who were treating you about steroid -- the
24 steroid dose?
25 A.       Yes. But the vast majority of the

Page 129

1  conversations were between my family members and the
2  doctors. And I was present, I'm sure, for some and
3  not for others, but I really wasn't a big participant
4  in the conversations because I was deathly ill.
5  Q.       So do you -- as you sit here today, can you
6  -- can you generally summarize for me any conversation
7  that you had with any of the doctors who were treating
8  you about the steroids?
9  A.       I cannot name any specific conversation I
10 had, no.
11 Q.       Okay. So then would you have gotten your
12 information -- while you were a patient at the
13 hospital, would you have received information from the
14 family members who were talking to the doctors?
15 A.       No. I was hearing everything that was
16 going on, I just wasn't participating much.
17 Q.       Were you able to process what they were
18 saying?
19 A.       With difficulty.
20 Q.       Okay.
21 A.       And probably not -- not completely at that
22 time.
23 Q.       Okay. So during -- let me -- I just want
24 to make sure I understand what your recollection is.
25 So during the time that you're at Loudoun Hospital

Page 130

1  after the surgery, okay, so that time frame -- and
2  would the source of any belief that you have about the
3  steroid doses that were being prescribed to you by
4  Dr. Lindner in that time frame when you were in the
5  hospital, would that come from the doctors who were
6  treating you?
7  A.       The discussions about steroids?
8  Q.       Yeah, in that time frame. So --
9  A.       Yeah, we were -- I know there was lots of
10 discussions about how to continue, you know, not --
11 not cause steroid withdrawal and to continue steroids,
12 but obviously not the level I was taking.
13         I remember the -- again, I don't know
14 if it was the infectious disease or the hospitalist,
15 but I remember specifically a conversation where he
16 was very concerned that getting me off the steroids
17 too quick would be harmful to me, but also keeping me
18 on the steroids is harmful because it -- it inhibits
19 healing. And I remember him talking a lot about that,
20 that that was really difficult for them to, you know,
21 find that middle ground.
22 Q.       Okay. How about as far as, was there any
23 comment about you were on a high dose of steroids
24 coming into the hospitalization, and as a result of
25 that, we think it caused you to suffer these things?

Page 131

1  Was there any conversation with the doctors at Loudoun
2  Hospital to address that topic?
3  A.       Yeah, I think that I was hearing them say
4  that the steroids caused the perforation.
5  Q.       Okay. And can you tell me more
6  specifically who the doctors were other than doctors?
7  A.       Just those two, the hospitalist and the
8  infectious disease are the two that I can think of.
9  Q.       Okay. Any other discussions with any other
10 doctors at Loudoun Hospital about steroids that you
11 haven't told me so far that you remember?
12 A.       I mean, if other doctors came in my room,
13 which it was a constant stream, so, you know, I guess
14 I'm not sure who we would have had these discussions
15 with, to be honest. I -- those are the two main
16 categories that I know of that -- I probably --
17 actually, there was probably an endocrinologist in
18 there, too. So I don't know who I had these
19 discussions or heard these things from.
20 Q.       But am I correct in believing the topics
21 that you talked to the doctors about were what I'll
22 call the tapering balance of the steroids is the first
23 one you told me about; and then the second one is that
24 the steroid dose caused or led to the bowel
25 perforation, those two topics?

Page 132

1  A.      Yes.
2  Q.      Were there any other topics that were
3  just -- even generally, that are covered under those
4  two topics with any of the physicians at Loudoun
5  Hospital?
6  A.      The doctors talked to us about -- talked to
7  me about?
8  Q.      About steroids, we're just limiting it to
9  the steroids.
10 A.      Oh, the steroids?
11 Q.      Yeah.
12 A.      What I should be taking now and what the --
13 what it did to me, the damage it did, no, I can't
14 think of any other thing but the steroids.
15 Q.      So you said what damage it did to you.
16 What damage did it do to you that you understood while
17 you were a patient at Loudoun Hospital?
18 A.      The -- the perforation.
19 Q.      Okay.  Anything else?
20 A.      I mean, the subsequent infection and sepsis
21 and all that.
22 Q.      Okay.  And the infection and the sepsis was
23 as a result of the bowel perforation and then the
24 surgical repair, is that your understanding?
25 A.      Yes.

Page 133

1  Q.      Okay.
2  A.      Well, I mean, the infection wasn't from the
3  surgical repair but from the perforation, yes.
4  Q.      Right.  Okay.  And so there -- you know,
5  there's a five page or so letter written by, is it Mr.
6  Underhill, is he -- do you know Mr. Underhill?
7  A.      Yeah, that's my brother, but I don't know
8  anything about a letter.  Sorry.
9  Q.      Yeah, I was going to ask you.  He had
10 submitted as part -- or I should say, we received as
11 part of the litigation process a typewritten -- if
12 memory serves me correctly, it's about five pages.
13 But it sounds to me like you have not reviewed that
14 letter; is that accurate?
15 A.      That is accurate.
16 Q.      Okay.
17 A.      At least to my memory.
18 Q.      So while you're in the hospital -- in
19 Loudoun Hospital now, so if my notes are correct, it
20 looks like you were there about three weeks.  You went
21 on October 7th and you were discharged on the 28th.
22 Is that consistent with your recollection?
23 A.      That sounds about right.
24 Q.      And it looks like in the beginning portion
25 of it there are discussions in Mr. Underhill's summary

Page 134

1  about you had decided at some point that you wanted to
2  be on palliative care versus medical care.
3          Do you have any memory of that --
4  making that decision while you were at the hospital?
5  A.      Yes.
6  Q.      Okay.  Tell me what -- why it was that you
7  decided that way at that time.
8  A.      I just felt like the suffering was too
9  great.  I was in pain.  I couldn't sleep.  They
10 couldn't -- I was being poked to get -- draw blood
11 multiple times a day and they couldn't get it, so it
12 was awful constantly.
13          I had a midline put in so they could
14 supposedly -- so they could draw -- draw blood, and
15 then that went bad.  And then they put in another
16 midline, and that went bad.  Then they put in a PICC
17 line.  And it's just each thing was just torture, and
18 it was just -- I just reached a point where I just
19 couldn't do it anymore.
20 Q.      And you say to me -- and you use the word
21 suffering when you were first describing what you were
22 going through.  And I think -- so obviously would pain
23 be included in the suffering?
24 A.      Yes, I did say pain, yeah.  Yes.
25 Q.      Was there any -- when you say suffering, is

Page 135

1  there anything else you would include in that
2  description other than pain?  I'm just trying to under
3  -- and I'm not doubting the pain and suffering.  I'm
4  just -- I just want to make sure I'm not missing
5  something symptom-wise.
6  A.      Well, I think the things I named.
7  Q.      Okay.
8  A.      Not being able to sleep is -- is huge.  And
9  pain everywhere.  I had pain -- I -- I was so full of
10 fluid.  I was completely swollen everywhere, and
11 literally my arms were leaking just from all that, and
12 then they'd get raw.  And I don't know if they were
13 infected, but they were, you know, having to treat
14 them.
15          And it just -- every movement was
16 painful and just -- yeah, lots of pain.  And I think
17 -- well, the pain of my abdomen, of course, was
18 painful because I had an open abdominal wound.  And
19 they had to change that dressing regularly, and that
20 was extremely painful.  And, yeah, just pain.
21 Q.      Okay.  And was there -- I presume were they
22 giving you pain medication when you were a patient at
23 Loudoun, do you know?
24 A.      Yes.
25 Q.      And was that in any way effective to

Page 136

1  resolve the pain?
2          MR. LAMB:  Object to form.
3  A.      I mean, I didn't -- I didn't think it was
4  helping enough, obviously, since I was still in pain.
5  I was also excruciatingly nauseous and, you know,
6  struggling to get anything down and -- including, you
7  know, pills that they were trying to make -- huge
8  pills that they were trying to get me to take.
9          I had low potassium a lot, so they
10 were trying to get that up.  And it was just --
11 everything was just a constant -- just a battle to try
12 to -- I just felt like I couldn't survive it anymore.
13 Q.      Okay.  And am I correct in understanding
14 that whatever they gave you for -- whatever they were
15 giving you for pain when you were a patient at Loudoun
16 Hospital wasn't sufficient enough to control your
17 pain, at least to your recollection today?
18 A.      I was still in pain, so ...
19 Q.      Okay.  And what was the reason -- was pain
20 the reason you couldn't sleep, or was there some other
21 reason that you couldn't sleep?
22 A.      I have no idea.
23 Q.      Okay.  And then it looks like there's, I'll
24 call it a family meeting, where there's discussions
25 with you, at least according to this Mr. Underhill

Page 137

1  summary, about trying to convince you to agree to go
2  back to what I'll call medical treatment versus
3  palliative care.  Do you remember that?
4  A.      Yes.
5  Q.      Okay.  And tell me what you remember about
6  that conversation.  Because it -- am I correct that
7  you ultimately decided to go off palliative care and
8  then go back to what I'll call medical care after that
9  discussion?
10 A.      Yes.
11 Q.      Okay.  So tell me what you -- what you
12 remember about the discussion and why -- what caused
13 you to change your mind.
14 A.      Well, when they put me on hospice, they
15 gave me more pain medication, and I was able to sleep
16 for the first time.  And so they let the medication
17 wear off so that I would wake up because they wanted
18 to talk to me.  And so when I woke up, my brother and
19 my sister and my daughter were there.  And they just,
20 you know, started talking to me about wanting me to
21 fight harder and to want -- to want to get -- to live.
22 And they just hounded me -- hounded me for a very long
23 time and wouldn't leave me alone until I agreed.
24         And I, you know, again am half
25 drugged, you know, I was half out of it, but I was

Page 138

1  hearing everything they were saying.  I don't think I
2  ever opened my eyes because that felt like too much
3  work.  But, you know, I just was hearing everything
4  they were saying, and I just -- I think I just really
5  wanted them to stop hounding me, so I said, fine, I'll
6  do whatever you want me to do.
7  Q.      Okay.  And so once you made the decision to
8  not be on -- you called it -- on hospice and then go
9  back to medical care, were they -- were the people at
10 Loudoun Hospital ever able to control your pain after
11 that, or were you still in pain?
12 A.      Yeah, I was still in pain.  So I -- I mean,
13 they were trying to control my pain.  They were giving
14 me different things.  But, yeah, I was still in pain.
15 Q.      Okay.  And when you were on the pain
16 medication in hospice, were you mentally clear?  Do
17 you have clear memories of what was going on, or were
18 you kind of out of it?
19 A.      My understanding --
20 Q.      Before coming --
21 A.      My understanding is that once I went into
22 hospice, they gave me enough that I finally was able
23 to sleep, and I slept a lot, for, like, maybe 24 hours
24 or more is my -- what I was told.  I wasn't awake to
25 know, but I'm pretty sure that's how it went.

Page 139

1  Q.      Okay.  So you don't have any memory of that
2  24 hours, but the rest of the hospitalization you have
3  a clear memory of?
4  A.      I wouldn't call it clear, but, yes, I have
5  memories.
6  Q.      Okay.  And do you -- you told me about the
7  conversations that you had with the doctors that you
8  remember so far.  Did you ever talk to anybody about
9  why you were still in pain, and was there anything
10 they could do to help with the pain once you come from
11 hospice, you know, to medical care?
12 A.      Yeah, I mean, I was asking them all the
13 time for more pain meds.  Just that I was in pain,
14 and -- yeah, I think -- I'm sure I was asking
15 regularly for more pain meds.
16 Q.      Was there any explanation that you recall
17 today as to why they couldn't control your pain better
18 than what you described?
19 A.      Best I can remember, it was just a lot of
20 discussion of, you know, coming off steroids was
21 causing the pain, the overall pain.  Obviously, not
22 the abdominal -- necessarily the abdominal pain, but
23 the everywhere pain.  And that they just didn't really
24 know how to control it.
25 Q.      And I know from looking at the hospital

Page 140

records that there was -- in Mr. Underhill's summary
that there were concerns about how the steroids should
be tapered.  Do you remember any conversations about
that?

A.      I remember lots of conversation.  That was
like the topic of discussion all the time was trying
to figure out, and nobody really knew the right way to
taper from that high of a dose, you know.  And I'm
sure at times I expressed concern that they were
tapering too fast but that, you know -- but -- so
there was a lot of discussion back and forth of how do
you do the taper and what is too fast, and they --
they did what they thought was best.

Q.      Was there any discussion about the risks of
tapering too fast that you recall with doctors at
Loudoun Hospital?

A.      I mean, just that it's not good to taper
too fast, and I -- I kind of already knew that, so I
don't know that we discussed details of what that
meant.

Q.      Was there any discussions about any
potential dangers if you taper too slow?

A.      Yeah, that's the -- when the doctor, as I
already said, had said that, you know, it could
inhibit healing, and so it was really -- he felt it

Page 141

was critical to get me off quicker.  And I think even,
you know, the doctors -- each doctor had their own
objective.  So the endocrinologist's objective was to
get me off of them quick.  And -- but the -- you know,
the one doctor was more worried about the healing, and
-- you know, so they all had their own objective of
what was important.  And, you know, my objective was
to be -- obviously, I wanted to heal well, but I also
wanted to be out of pain.

Q.      Yeah.  So is there a point in time where
you're -- you're still at Loudoun Hospital that your
pain is controlled to your satisfaction and it's not
unbearable anymore?

A.      Yeah, maybe like right before I was
discharged to rehab.  I mean, I might have gotten a
little better.  But I don't really remember.  I guess
I don't remember specifically.

Q.      Okay.  And then do you -- when you go to
rehab, do you know, are you still on the steroids or
-- and pain medication when you're transferred from
Loudoun Hospital to the rehab facility?

A.      I believe so.

Q.      And how were you getting the medica -- the
pain medication at the rehab, was it injection or were
they pills, do you know?

Page 142

A.      I was still on IV.

Q.      Okay.  And then how about as far as the
steroids, do you know what steroids you were -- were
-- I'll ask you, but my guess is you'll probably tell
me you don't know.  But do you know ultimately what
steroids you were given at the hospital --

A.      No.

Q.      -- by name?

A.      Yeah.

Q.      Okay.  And no dosages, right?

A.      No.

Q.      Okay.  How about as far as when you go to
the rehab, do you know -- and if you answered this,
I'm sorry.  Were you on steroids when you went to the
rehab?  Were you still taking steroids?

A.      Yes.

Q.      Do you know which ones you were taking
then?

A.      I don't know.

Q.      Okay.  Was the pain any better at -- when
you were at the rehab versus when you were at Loudoun
Hospital from -- not so much -- I'll ask you about the
abdomen and the surgical site separately.  But when
you say you were in pain, was it more your whole body
pain?

Page 143

A.      Yes.

Q.      Okay.  And so was it any different when you
came at the rehab and was still -- were you still
experiencing the all body pain?

A.      Yes.

Q.      Was there ever a point where it was
controlled at the rehab?

A.      I mean, I would say it was controlled.  I
mean, I was still in pain.  I was still taking pain
meds, but then -- then you add into the mix that I'm
doing rehab, like, rigorous rehab and physical
exertion and, you know, that added a different element
of, you know, pain.  So they were trying to stay on
top of that as well.

Q.      So when you go to rehab, you still have
your colostomy; is that correct?

A.      Yes.

Q.      And who was taking care of it at the rehab?
Was it something that you could do on your own or was
it something they were doing or a combination of
something?

A.      It started out with them doing it, just
like in the hospital at Loudoun.  And -- but after --
I think within a week they told me I needed to start
taking care of it.

Page 144

Q.      Okay.  And so explain to me in general terms what you had to do to take care of the colostomy.

A.      You have to empty the bag regularly and change the -- how it changed the bag that attaches to you.  And it would break all the time.  So had to deal with messes and just it coming loose or whatever.  So it was just a constant vigilance of wash --

(Background interruption.)

Q.      Oh, I'm sorry, I don't think -- you can continue.  I don't know what happened there.

A.      Just a constant, you know, being vigilant all the time to watch it and make sure it's not leaking or make sure it's not breaking loose or emptying it.  Or, you know, if it's -- if it's too thick, taking medicine.  If it's too thin, taking medicine.  Watching what I eat so -- so that it is the right consistency.  And, you know, there was just so many dos and don'ts about how to take care of it, but ...

Q.      And then as far as the rehab itself, just explain to me while you were at the hospital, what -- you said it was -- I think you used the word rigorous.  What -- what were they doing for you there?

A.      Well, I wasn't able to sit or stand when I

Page 145

went there.  So they, you know, were trying to get me up and get me moving and get my muscles firing again.  And, you know, it was a very intense work -- workout multiple times a day.

Q.      I apologize.  How long were you at the rehab?

A.      Three weeks.

Q.      Three weeks.  Okay.  So when you were discharged from the rehab, we know you still have the colostomy, right?

A.      Yes.

Q.      Were you discharged on any kind of pain medication?

A.      Yes.

Q.      What was it, do you know?

A.      No.

Q.      Do you know how often you had to take it?

A.      No.

Q.      Do you think after the -- you know, in the weeks after your discharge from the rehab, are you still taking the pain medication every day?

A.      I don't remember.  I was discharged with a long list of medications.  You know, I'm sure it's in the discharge instructions.  And they had me on so many medications, and, you know, we followed their

Page 146

instructions, so I'm not -- I'm not real sure.

Q.      How was your pain level when you were being discharged?  You know, sometimes they use the scale in the hospital, zero being no pain, 10 being the worst pain that you ever experienced.  Is there any way you can describe for me on that -- that zone or --

A.      I have no memory of -- you know, at discharge what it was.

Q.      Okay.  How about in --

A.      It probably wasn't the worst, you know, because --

Q.      Right --

A.      -- it was definitely worse when I was at Loudoun.

Q.      And so does there come a point in time when you're not taking pain medication anymore --

A.      Yes.

Q.      -- on a daily basis?

A.      No, but I'm going to say we have it in records, I guess.

Q.      Okay.  And so -- and then when you left the rehab, you had your restrictive diet, correct?

A.      Uh-huh.

Q.      You have the medication that you had to make sure that the -- I'll call it stool was a certain

Page 147

consistency.  You had some pain medication.  You had the colostomy.  Did you have to do -- did you have to go as an outpatient rehab, too, after that to get yourself moving again, or were you able to independently move when you were discharged?

A.      I had in-home physical therapy.  They had ordered in-home physical therapy and occupational therapy.

Q.      So were you able -- when you were discharged, were you able to walk on your own or did you need some assistance?

A.      I could walk with a walker.

Q.      Like, a wheel walker in front of you?

A.      I'm sorry?

Q.      Like, a walker that you kind of use in front of you, one of those wheel walkers --

A.      Yes.

Q.      -- is that what you mean?

How -- do you know how long you had to use that?

A.      Months.  I don't remember how long.

Q.      Okay.  So if you have the surgery in October of 2022, were you still using the walker by Christmas of 2022?

A.      Yes.

Page 148

1  Q.      How about after the new year in 2023, were
2  you still using it in January and February, the
3  walker?
4  A.      Yes.
5  Q.      How about the spring of '23, April?
6  A.      I -- yeah, it gets vague after that. And
7  the only reason I remember January is because I had
8  another DVT surgery in January and I remember being on
9  a walker in the hospital, so that's the only reason I
10 know that. But after that, I just don't know when it
11 -- when I stopped using the walker.
12 Q.      Did any of the treating physicians that you
13 spoke to either at Loudoun or the rehab, or even some
14 of the outpatient doctors you saw, like the surgeon
15 when you did see her at outpatient, did they ever
16 attribute your DVTs to anything that Dr. Lindner's
17 treatment was?
18 A.      My -- the DVT doctor, Dr. -- what's his
19 name?
20 Q.      Oh, I don't know, you're asking --
21 A.      Ducoffe. Ducoffe (phonetic).
22 Q.      Okay.
23 A.      He told me in an appointment that he
24 believed that the DVTs was caused by the steroids.
25 Q.      When you came home from the rehab, were you

Page 149

1  taking steroids?
2  A.      Yes.
3  Q.      Do you remember what they were, which one
4  or what dose or anything like that?
5  A.      No. That would all be in the records, I
6  guess.
7  Q.      And who was prescribing the steroids for
8  you after the rehab?
9  A.      Well, I started seeing my general
10 practitioner at that point, Dr. Hart. And so he would
11 have -- he followed up on all the -- the meds that
12 were prescribed by the doctor -- or I'm sorry, by the
13 hospital.
14 Q.      Did you see an endocrinologist outpatient?
15 A.      Yes. Yeah, it took a long time to get an
16 appointment with an endo. It -- I had to jump through
17 hoops to -- to get one. But when I finally started
18 seeing her, Dr. -- oh, gosh, what's her name? Sorry,
19 I'm blank. But, yes, I've been under her care now.
20 Q.      So -- and are the doctors that you're
21 seeing since you were discharged from the rehab
22 covered under your insurance? The reason I ask is if
23 I get the bills, I'll be able to find out who these
24 people are if --
25 A.      Yeah. Yeah. I mean, of course, some are

Page 150

1  in network, some are out of network, but, yes, they --
2  insurance does do something with them.
3  Q.      Okay. And then am I correct that in March
4  of 20 -- it looks like March 21st, if my notes are
5  correct, of 2023, were you -- did you go to Fairfax
6  Hospital to have the colostomy reversed?
7  A.      If that's what the record says. I really
8  don't remember which hospital.
9  Q.      Okay.
10 A.      I know we saw a bunch of different
11 hospitals, so. Yes, I did have it reversed in March.
12 Q.      Is Fairfax Hospital and Loudoun Hospital,
13 do you know, are they affiliated or are they -- they
14 separate hospitals?
15 A.      I believe they're both Inova, but I would
16 think --
17 Q.      Okay.
18 A.      -- it would be in the name if it is.
19 Q.      So would -- and once your colostomy was
20 reversed, you haven't had to have a colostomy after
21 that; is that right?
22 A.      That is correct.
23 Q.      Okay. So you would have had your colostomy
24 from October 7th, the day of your surgery, until March
25 -- at least this says March 21st, sometime in March of

Page 151

1  2023 when it was reversed; is that correct?
2  A.      That is correct.
3  Q.      Okay. And then at some point did you
4  suffer any complications from the reversal of the
5  surgery of the colostomy, if you know? Infections,
6  or, you know, things that can happen after surgery? I
7  didn't see it in the hospital record, but it doesn't
8  necessarily mean you didn't.
9  A.      Right. No, nothing specific. I mean, I
10 still have pain at that site and other --
11 Q.      Do you --
12 A.      -- and other bowel issues, but no -- no
13 complications.
14 Q.      I know -- I think in April of 2023 were you
15 diagnosed with a hernia?
16 A.      Yes.
17 Q.      What -- do you have any understanding as to
18 what caused you to develop the hernia?
19 A.      They said it was caused by the surgery, the
20 open abdominal surgery and the colostomy.
21 Q.      Okay. And what, if anything, was done for
22 the hernia to treat it?
23 A.      I had surgery in August to place a mesh
24 over my entire abdomen. Because I had multiple
25 hernias, and they knew -- he said it was very likely I

Page 152

1  would get more hernias because of, you know, the
2  incision and the colostomy, so they were just going to
3  put mesh on my whole abdomen.
4  Q.    You said to me that you still have pain at
5  your surgical site today; is that correct?
6  A.    My entire abdomen, I have pain periodic and
7  on the specific incision sites, the colostomy site as
8  well the major incision.
9  Q.    Okay.  And did you ever talk to the doctor
10 about why that is, why you're continuing to experience
11 pain at the places you've just described to me?
12 A.    Yes.
13 Q.    Okay.  Who did you talk to?
14 A.    Well, the surgeon that did the -- who did
15 the reversal was Dr. Plerhoples.  And, you know, he
16 just said that, you know, you're going to have pain,
17 you have -- you know, there's scar tissue and, you
18 know, it's reasonable to continue to have pain.
19        And then the surgeon that did the
20 hernia was Dr. Svestka.  And he, you know, said the
21 same thing, it's normal to have ongoing pain from the
22 scar tissue and from the -- oh -- where the mesh
23 connects on the sides is where I have a lot of pain,
24 and then the incision sites.  And he's still got me on
25 pain medication, gabapentin.  I take that three times

Page 153

1  a day.  And he's hoping that will calm things down.
2  Q.    And, I'm sorry, you said you had that
3  surgery in August --
4  A.    Yeah.
5  Q.    -- of last year?
6        Okay.  Are you taking any other pain
7  medication other than the gabapentin today?
8  A.    No.
9  Q.    We talked about the steroids, and we talked
10 in the hospitalization about the tapering and that you
11 were continuing to take the -- a steroid at the rehab
12 hospital as well; is that right?
13 A.    I have not stopped taking steroids at all.
14 Q.    Okay.  That's what I was going to ask you.
15 So you have been on the steroids from the time that
16 Dr. Lindner prescribed it to you until today?
17 A.    Yes.
18 Q.    And what are the -- and you take them
19 daily --
20 A.    Yes.
21 Q.    -- the steroids?
22        And what are -- do you know the
23 steroid that you take today?
24 A.    That's a good question.
25 Q.    I try to ask at least one good question a

Page 154

1  deposition.
2  A.    Yeah.  That's like I should know that.  So
3  it's either hydrocortisone oxalate or prednisone.
4  Q.    What was it, hydrocortisone --
5  A.    I'm just blanking on whether it's
6  hydrocortisone or prednisone.
7  Q.    Okay.
8  A.    I should know that.
9  Q.    That's okay.  Maybe your husband will know
10 tomorrow.
11        How often do you take whatever it is?
12 A.    Generally three times a day.
13 Q.    Okay.  You don't know the dose, do you?
14 A.    Yeah.  Morning is -- first thing in the
15 morning when I wake up is 20 milligrams, and at 2
16 o'clock, which is in one minute, that's 15
17 milligrams --
18 Q.    Okay.
19 A.    -- and at 9 o'clock it's 10 milligrams.
20 Q.    Do you have an understanding as to why you
21 have to continue to take the steroids today?
22 A.    Because I feel terrible if I don't.
23 Q.    Okay.
24 A.    Because I was told my adrenals are shot
25 after such high steroids -- the endocrinologist told

Page 155

1  me that -- there's my medicine alarm.
2  Q.    Yeah, go ahead.
3  A.    Sorry about that.
4  Q.    No, no reason to apologize.
5  A.    So my endocrinologist said that, you know,
6  it's just after such high steroids, my adrenals just
7  aren't really making my own cortisol anymore, and so
8  -- so I need to take this.
9  Q.    Do you know, is there any hope that you
10 will at some point ever be able to come off the
11 steroids, or is it your understanding that it will --
12 you will have to remain on them?
13 A.    It's kind of the question of the century.
14 You know, I've told her how much I would like to try
15 to get off, and she just said, you know, we'll just
16 have to wait and see if your adrenals recover and
17 activate.
18        And also I've had the same discussion
19 with Dr. Hart, and he pretty much says the same thing.
20 But he also says that he believes it's unlikely that
21 I'll be able to get off them.
22 Q.    Okay.
23 A.    And so that's my dose today, but it does
24 vary somewhat.  And if -- I've been instructed by the
25 doctor if I get sick, you know, got a -- I got a cold

Page 156

1  or, you know, respiratory virus or something, you
2  know, I need to increase the dose, like, double the
3  dose, which I really have a hard time doing because
4  I'm terrified of taking a higher dose. But, you know,
5  I have to kind of mess with the dosing, and then I
6  have to try to figure out how to taper it down again.
7  And so I'm -- this is actually a little bit more --
8  what I'm taking right now is -- I'm just coming off a
9  cold and I still have a bad cough, and so I'm -- I
10 think this is a little more than my normal right now.
11 Q.      Okay. And do you know, why is it that they
12 want you to increase the dose if you get a respiratory
13 infection or something like that?
14 A.      I'm sorry, what was the question?
15 Q.      Do you know why they want you to increase
16 the dose if you end up with a -- you know, a cough or
17 an infection as you described?
18 A.      I mean, because the doctor said so.
19 Q.      Okay. No problem.
20 A.      I don't know.
21 Q.      Okay. So then the other symptoms that we
22 talked about early on in your deposition were some of
23 the other symptoms that you came for treatment for,
24 like the nausea, we've talked about the tingling and
25 those symptoms. So has there been any change in the

Page 157

1  conditions that we talked about earlier, the nausea,
2  the fatigue, the brain fog, since the steroid dose has
3  been tapered down?
4        MR. LAMB: Objection to form.
5  Q.      Do you still get them? Are they gone --
6  you know ...
7  A.      Has there been a change since -- I'm sorry,
8  I'm not understanding you. Has there been a change
9  from when to when?
10 Q.      So when you first started treating with
11 Dr. Lindner and he just -- he said to you that he
12 thinks he knows what's causing your symptoms, it's
13 this babesiosis, and that he was going to put you on a
14 regimen we already talked about, those symptoms -- and
15 I think some of the ones, and I just wrote them down,
16 nausea, fatigue, body stiffness and aches, brain fog,
17 insomnia, you said you couldn't sleep.
18        Let me go individually now. So do
19 you still suffer from nausea today?
20 A.      No.
21 Q.      Okay. Do you know when it was that the
22 nausea went away?
23 A.      Sometime last spring, I guess.
24 Q.      Of 2023?
25 A.      Yes.

Page 158

1  Q.      Okay. How about fatigue, do you still
2  suffer from fatigue today?
3  A.      Yes.
4  Q.      Okay. Is it more --
5  A.      But it -- but it's better.
6  Q.      Okay. Body stiffness or aches that you
7  were describing, do you still have any of that today?
8  A.      Yes.
9  Q.      Is it any better from when you were on the
10 higher steroids versus the steroids that you're on
11 today?
12 A.      I mean, just overall I'm not lying in bed
13 deathly ill, so everything is going to be better today
14 than it was then.
15 Q.      The body stiffness or achiness that we've
16 been talking about, does it prevent you from doing any
17 kind of activities of daily living today?
18 A.      Yeah, I mean, I use a cane and I'm -- I'm
19 -- struggle to get out of a lot of chairs because
20 they're not high enough. You know, getting in and out
21 of a car is a little bit challenging. So definitely
22 it slows me down. I don't -- I don't go out much or
23 go to stores and things because it's -- it's hard. It
24 hurts. I have pain when I'm walking a lot.
25 Q.      So what's causing the pain when you walk?

Page 159

1  In other words, is it a joint pain? Is it a muscle
2  pain? Is it an all-body pain? Like, what is it
3  that's limiting you to do that you described?
4  A.      I guess all the above. I don't -- I don't
5  really know. I mean, doctors don't really talk about
6  what's causing it, I guess.
7  Q.      Is it a general overall body aching that
8  you feel every day?
9  A.      No, it's more joint -- joint pain or muscle
10 pain or -- well, nerve pain. And, you know, being
11 active definitely gets it aggravated, I guess.
12 Q.      The more active you are, the worse the
13 pain; is that right?
14 A.      Yes, generally.
15 Q.      Do you still have the brain fog?
16 A.      Some, but it's better.
17 Q.      How about insomnia or hard time sleeping?
18 A.      Insomnia is better. Not being able to go
19 to sleep, I can -- I do that better, but I do wake up
20 usually every couple hours all night long, so I still
21 struggle to sleep.
22 Q.      Do you know why that is, why you're still
23 suffer from the insomnia as you described today? And
24 no doctor -- do you know if any doctors told you why
25 they thought you were still suffering from sleep

Page 160

1 issues?
2 A.      No.
3 Q.      Do you treat with somebody for insomnia,
4 sleeping issues?
5 A.      I mean, I've talked to my general
6 practitioner, Dr. Hart.
7 Q.      And he -- has he done any testing or
8 prescription medication, anything like that for the
9 sleep issues?
10 A.      No.  You know, I mean, I think we've had
11 the discussion about, you know, the steroids can
12 interfere with sleep and trying to -- he's encouraged
13 me to make sure I've talked to the endocrinologist
14 about, you know, the steroid -- how much I'm taking
15 and the fact that it's -- could that be impacting
16 sleep.
17 Q.      And have you talked to the endocrinologist
18 about that?
19 A.      I don't think I've seen her since he told
20 me that.  So, no, I don't think I have talked to her
21 specifically about sleep.
22 Q.      Okay.  The brain fog, are you treating with
23 anyone for that?
24 A.      I mean, it's in my general list of things
25 we discuss when I talk to my general practitioner.

Page 161

1 Q.      Okay.  Is there any kind of testing or, I
2 don't know, therapy prescribed for the brain fog?
3 A.      No.
4 Q.      You said that you had constant headaches,
5 or I think you described vise, your head felt like it
6 was in a vise.  Do you still have -- suffer from any
7 of that today?
8 A.      I do if I miss my 2 o'clock dose.
9 Q.      Oh, the steroid.  Okay.
10 A.      Yeah.
11 Q.      And if you stay on the steroids, do you
12 still have the headaches or do they go -- have they
13 gone away?
14 A.      Sometimes I do, but that -- you know, I
15 have to really stay on top of the -- the dosing of
16 that.  And if I -- like I said, if I'm -- forget a
17 dose or miss a dose, usually I'll know I missed it
18 because of that -- that particular symptom is the --
19 is kind of the main one that will hit me first.
20 Q.      Okay.  Night sweats, do you have night
21 sweats?
22 A.      Not anymore.
23 Q.      Excess sweating during the day?
24 A.      It's gotten a lot better.  It's been a
25 while, so I guess I would say that's a lot better.

Page 162

1 Q.      Are you treating with anyone for that
2 symptom, the excess sweating?
3 A.      I mean, when you say treating for, I don't
4 -- I mean, Dr. Lindner was treating me for those
5 things.  And then -- and then when I was --
6 Q.      I'm sorry, I meant --
7 A.      -- after the hospital, then I've been
8 seeing Dr. Hart, so ...
9 Q.      Yeah, I meant today.  Are you seeing anyone
10 to address the issue of the excess sweating during the
11 day?
12 A.      I mean, that would be something I would
13 have talked to Dr. Hart about.
14 Q.      Okay.  And has he prescribed any kind of
15 medication or herb --
16 A.      No.
17 Q.      -- or, you know, anything like that?  No?
18 A.      No, he -- I think when we last talked about
19 it, he probably -- I think he said that, you know, he
20 thought it was a lot of -- the different drug
21 interactions and things.  And, you know, it has been
22 true that as I've gotten off a lot of the drugs they
23 had me on and tapered -- you know, got the steroid
24 down to a lower dose, that they've gone away for the
25 most part.

Page 163

1 Q.      Okay.  We talked about your sensations in
2 your legs, tingling or vibrations in your legs.  Do
3 you still have those today?
4 A.      Yes.
5 Q.      Okay.  And is there any -- anybody -- who
6 do you see for that, if anybody at all?
7 A.      Dr. Hart is -- would be the one that I
8 would talk about all these symptoms with.
9 Q.      Okay.  And has he addressed those in any
10 way, whether it's suggestion for specialists or tests
11 or medication?
12 A.      No.  I mean, he knows I was evaluated by a
13 rheumatologist and kind of doesn't have any other
14 suggestions as to how to address that.
15 Q.      And did the rheumatologist have any kind of
16 suggestions as to how to address that?
17 A.      No, as I said, she diagnosed with me
18 something and then said that her solution wasn't going
19 to address that symptom, so I didn't think that was a
20 good answer.
21 Q.      When is the last time you saw the
22 rheumatologist?
23 A.      Let me get my years straight.  That would
24 have been fall of '21.
25 Q.      Okay.  So while you were treating with

Page 164

1  Dr. Lindner?
2  A.      Right.
3  Q.      How about the shortness of breath, you
4  talked about shortness of breath as a symptom that you
5  had during the care of Dr. Lindner?
6  A.      It's definitely better.  I still have it,
7  but it's much better.
8  Q.      And did anyone tell you what they're
9  attributing the shortness of -- and when I mean
10  anyone, I mean a doctor.  Has a doctor attributed your
11  shortness of breath to anything?
12  A.      Babesia.
13  Q.      Okay.  And then how about today, do they
14  still say Babesia or is it something else?
15  A.      Dr. Hart would say Babesia.
16  Q.      Okay.  Have you ever -- since your
17  hospitalization at Loudoun, were you ever seen by a
18  cardiologist?
19  A.      Yes, I saw a cardiologist in I think
20  February of '23.
21  Q.      Okay.  Do you remember the name of the
22  cardiologist, or the group name?
23  A.      No.  I'm sure it's in the record there.  I
24  was required to see a cardiologist before my reversal
25  surgery.

Page 165

1  Q.      Is -- was it like a surgical clearance kind
2  of thing?
3  A.      Yeah.
4  Q.      Have you seen one since then, though?
5  A.      No.
6  Q.      More specifically for like an outpatient
7  cardiology follow-up?
8  A.      No, because everything was fine when she
9  did the clearance.
10  Q.      Have you ever treated with a pulmonologist?
11  A.      No.
12  Q.      So you said to me that even today after the
13  bowel surgery you still have bowel issues.  Will you
14  explain to me what those are, please?
15  A.      Urgency.  So like I have to go, and I have
16  to go right this second.  And so trying to get there
17  on time -- on time and bowel leakage.  And sometimes
18  just discomfort, but I guess that's more like what we
19  had already talked about, this pain from around the
20  colostomy site and scar tissue in there, so, you know,
21  sur -- surface pain, I guess.  And sometimes just
22  random shooting pains in my abdomen, like right on
23  that site.
24  Q.      So when you say on this site, you mean
25  where the colostomy was?

Page 166

1  A.      I'm sorry?
2  Q.      When you say on this site, do you mean on
3  the site where the colostomy bag was?
4  A.      Yes.
5  Q.      Okay.  And do you take any medication to
6  help with your urgency of the bowel leakage?
7  A.      No.
8  Q.      Is there any kind of special diet that
9  you're on to help with the urgency of the bowel
10  leakage?
11  A.      No.
12  Q.      Who do you --
13  A.      They -- they said that -- the surgeon said
14  that there's nothing they can do about that.
15  Q.      Do you follow up with any kind of
16  gastroenterologist outpatient for your -- any bowel
17  issues?
18  A.      No.
19  Q.      We're getting close to the end, I promise.
20  Tell me in your own words, and literally take as much
21  time as you need, how do you think Dr. Lindner's
22  treatment has affected your day-to-day life?
23  A.      Gosh.  I can't.  I just felt like he ruined
24  my life.  I -- I really -- life's just hard.  And I
25  have all these pains, and it's changed my -- I lost

Page 167

1  all my hair, and what grew back I don't like.  I don't
2  -- I used to have long straight hair, and so I don't
3  know where this short curly hair came from, but at
4  least it grew back, so I'm glad for that.  But just
5  the disfigurement of my -- my whole abdomen, and I
6  definitely have gained weight from -- presumably from
7  the steroids, according to the endocrinologist.
8          And I hate being dependent on the
9  steroids.  And I just have so many symptoms that are
10  because of this nightmare I went through.  And, I
11  mean, it definitely has messed with my mind.  And I
12  have a lot of really horrific bad memories and dreams
13  and PTSD and anxiety.  And I just -- I don't even feel
14  like -- I feel like a different person than I used to
15  be.  Definitely lost a lot of my confidence.  And I
16  used to be very social, and I just really struggle to
17  -- to get back to that.
18  Q.      I'm going to ask you some follow-up
19  questions on what you told me if you don't mind.
20  A.      Okay.
21  Q.      You said that you had lost all your hair.
22  When was that?
23  A.      I started losing it in rehab, I guess.
24  Q.      Rehab after the bowel surgery?
25  A.      No, rehab hospital after the surgery in

Page 168

1  October. So rehab in October, November, and it just
2  kept -- kept falling out. And by Thanksgiving or
3  Christmas I had, like, a few strands of hair left.
4  Q.    Do you know why that -- what caused it?
5  Did anybody ever explain to you what caused the hair
6  loss?
7  A.    I mean, I had doctors tell me -- I'm trying
8  to think what doctor would have told me. I guess Dr.
9  Hart, you know, he said I -- I guess from the steroids
10  or the sepsis. Any trauma -- he said any traumatic
11  thing like that to your body, traumatic like sepsis,
12  you know, could cause that.
13  Q.    So you said to me that you suffer from
14  PTSD. Were you diagnosed with PTSD?
15  A.    Yes.
16  Q.    Who did that?
17  A.    What's her name? It's in the medical
18  record.
19  Q.    The only reason I ask is -- I'm not saying
20  it's not. I just don't --
21  A.    Yeah.
22  Q.    -- remember seeing it.
23  A.    Stacey Thompson --
24  Q.    Okay.
25  A.    -- I think is her name.

Page 169

1  Q.    And when was that? Was it just last year
2  after the surgery or before the surgery?
3  A.    I think I started seeing her in January of
4  '23.
5  Q.    Okay. Is she a counselor, a psychiatrist,
6  psychologist, do you know?
7  A.    I don't know. Counselor of some kind.
8  Q.    Okay. And do you still continue to treat
9  with her today?
10  A.    No. I took a break in the fall this past
11  year. I just couldn't deal with thinking about it and
12  processing all the trauma anymore. I just needed a
13  break from thinking about the trauma, and so I took a
14  break. And with the intent to go back to it to -- so
15  that I wouldn't fall apart whenever I try to talk
16  about it. And so I haven't done that yet.
17  Q.    Okay. When was the last time that you
18  spoke to Dr. Lindner -- or I shouldn't say spoke, had
19  communication with Dr. Lindner?
20  A.    With who?
21  Q.    My client, Dr. Lindner.
22  A.    Last time I had any communication would be
23  whatever e-mails before I went in the hospital in
24  October, but I -- I don't know the date.
25  Q.    Okay. So you haven't spoken to him since

Page 170

1  the Loudoun hospitalization?
2  A.    Not that I remember.
3  Q.    I know Dr. Lindner's chart has a lot of the
4  e-mail exchanges between him and you or him and your
5  husband. Do you know, do you have any e-mails that
6  weren't contained in the chart? Do you retain any of
7  the e-mails from Dr. Lindner that you haven't turned
8  over to counsel?
9  A.    Well, I turned over every e-mail I've
10  had --
11  Q.    Okay.
12  A.    -- to counsel. But I've never compared
13  those to what Dr. Lindner did, so I don't know.
14  Q.    Okay. As long as I know that everything
15  that you had you turned over to counsel, that means I
16  have it, too.
17  A.    Yeah.
18  Q.    I got recent -- I think this -- was it last
19  week, I think, I received little blurbs from voice
20  messages that were left on your phone from
21  Dr. Lindner. There might have been three of them.
22  Have all the voice messages that you retained from
23  Dr. Lindner been turned over to counsel, too?
24  A.    As far as I know, yeah.
25  Q.    Do you have any text exchange that you

Page 171

1  maintain with Dr. Lindner?
2  A.    I don't believe so. I don't think so.
3  Q.    Do you retain any voice messages from
4  Carol, I think her name is Young, the office person
5  from Dr. Lindner?
6  A.    I don't think it's Young.
7  Q.    Maybe it's not Young. Carol is her first
8  name.
9  A.    Might be Carol Kelly. Do I have any texts?
10  No, I -- I don't recall ever texting with them.
11  Q.    Well, how about a voice message from Carol
12  that you have now; not so much if you had one, but did
13  you retain any that you haven't turned over?
14  A.    Oh, no.
15  Q.    Okay. Have you -- did you talk to any of
16  the pharmacists in Virginia about any of the
17  prescriptions that Dr. Lindner was providing to you?
18  A.    No.
19        MS. SHWED: I think those are all the
20  questions I have. Other counsel may have questions,
21  Mrs. Wolking, but thank you for your time. I
22  appreciate it.
23        MR. LAMB: Do you want to take a
24  quick break before the pharmacy --
25        THE WITNESS: No, I'm fine.

Page 172

1    MR. LAMB:  Okay.
2    MS. SHWED:  You do or you don't?  I
3 didn't hear it.
4    THE WITNESS:  I'm fine.
5    MR. LAMB:  She doesn't need a break.
6    MS. SHWED:  Okay.
7    MR. BENEDETTO:  She does -- okay.
8                   * * *
9         EXAMINATION
10 BY MR. BENEDETTO:
11 Q.    Ms. Wolking, I've been off camera, and I
12 apologize for that.  I have to cover for Sue, who has
13 been on camera, she's my colleague.  My name is
14 Conrad.  I represent Tunkhannock Pharmacy, and I have
15 a few follow-up questions to ask you.  Okay?
16 A.    Okay.
17 Q.    And the same general guidelines that
18 counsel provided you earlier still apply.  And you
19 understand that, correct?
20 A.    Yes.
21 Q.    Okay.  And Ms. Shwed did a great job in
22 terms of covering most of the ground.  I do have these
23 questions on behalf of my client, so it might be that
24 I'm skipping around a lot.  And I don't mean to try to
25 confuse or anything, but so much ground has been

Page 173

1 covered, I'm just going to try to patch some holes in
2 terms of the testimony.  Okay.  Do you understand
3 that?
4 A.    Yes.
5 Q.    Okay.  All right.  Thanks.  Now, bear with
6 me, because, again, she was doing a great job.  I've
7 been taking notes, and I will make sure I try not to
8 ask you questions that have already been covered.
9    MR. BENEDETTO:  Can we go off the
10 video record, please?
11    THE VIDEOGRAPHER:  Off the video
12 record, 2:24 p.m.
13    MR. BENEDETTO:  And then can we go
14 off of the written record, please?
15    (Discussion held off the video and
16 steno record.)
17    THE VIDEOGRAPHER:  On the video
18 record, 2:24 p.m.
19 BY MR. BENEDETTO:
20 Q.    Thank you.  How did you meet the Reidsmas?
21 A.    Oh, wow.  They used to live where we lived,
22 but that was back in northern Kentucky where we used
23 to live, so we were friends back then.
24 Q.    Okay.  So from before you moved to Virginia
25 18, 19 years ago?

Page 174

1 A.    And before they moved to Pennsylvania,
2 yeah.
3 Q.    Okay.  And how do you know them?  Were they
4 neighbors, just --
5 A.    Oh.
6 Q.    -- colleagues?  That's kind of my question.
7 A.    She was home schooling her daughter, and we
8 were home schooling, so probably through the home
9 schooling network.  Maybe at church.  I'm not real
10 sure.
11 Q.    Okay.  And where did you live in northern
12 Kentucky?
13 A.    We lived in a couple places, but I think
14 when I knew her it was -- we were in Crittenden,
15 Kentucky.
16 Q.    Okay.  And when you met Dr. Lindner through
17 the Reidsmas, were you aware of why they were treating
18 with Dr. Lindner?  I understand it was for hormone and
19 hormone replacement therapy, but do you understand why
20 they were treating with Dr. Lindner with that
21 treatment plan?
22 A.    Yes.
23 Q.    And what was your understanding of that?
24 A.    That Bill had a hormone problem where he --
25 my friend Lisa had had a kidney transplant, her

Page 175

1 husband gave her a kidney.  And he had -- after he
2 gave her a kidney, he had some major hormone imbalance
3 problems.
4 Q.    Okay.
5 A.    So he had severe behavioral issues, and
6 Dr. Lindner really helped him with that.
7 Q.    Okay.  I'm going to bring you to 2008.  My
8 understanding is that you started experiencing or
9 being diagnosed with Lyme disease; is that correct?
10 A.    I don't remember when it was, but it sounds
11 about right.
12 Q.    How did you come about being diagnosed with
13 Lyme disease?
14 A.    I'm pretty sure that I just had a bunch of
15 symptoms and went to the doctor, and he thought that's
16 what it was.
17 Q.    Was there -- well, I mean, basically did
18 you ever see -- back then do you recall seeing a tick
19 on your body or a tick bite location on your body?
20 A.    Oh, yeah.  I --
21 Q.    Okay.
22 A.    At a specific time where I took a tick off
23 me and --
24 Q.    Okay.
25 A.    Yeah.

Page 176

1 Q.    All right.  And you -- and you recall that
2 was at the same time that you went for treatment for
3 symptoms that led a treatment provider to diagnose you
4 with Lyme disease?
5 A.    My vague memory is that it was a long time
6 afterwards.  At the time I didn't think anything about
7 the tick, taking it off me, but maybe a year and a
8 half, something later, I'm guessing.
9 Q.    Okay.
10 A.    Then when I had all these symptoms, you
11 know, that was one of his line of questionings was,
12 have you had any tick bites.
13 Q.    Did you have any of those symptoms after --
14 immediately after, meaning the day, that week of the
15 tick bite, but that did not alarm you to the point of
16 seeking treatment?
17 A.    I don't remember.
18 Q.    And you said that it was about a year and a
19 half after you -- you remember taking the tick off of
20 you that you were diagnosed with the Lyme?
21 A.    Yes, I probably shouldn't guess.  It would
22 be when I started -- I think it would be when I
23 started seeing Dr. Stewart.
24 Q.    Okay.  Okay.  And then I'm going to
25 fast-forward past your hormone treatment therapy with

Page 177

1 Dr. Lindner to June 2021.  What is your understanding
2 of the reason why Dr. Lindner came to the conclusion
3 and the diagnosis that you were suffering from
4 babesiosis at that time?
5 A.    Based on the specific symptoms that I told
6 him.  And one symptom that I forgot about is I had
7 severe shin pain, and that's supposed to be a classic
8 babesiosis symptom.  And I only mention that because I
9 don't think I mentioned it at all in the other
10 symptoms we've talked about today.  But that -- that
11 and the shortness of breath and stomach pain I think
12 specifically were ones that he said were very much
13 specific to Babesia.
14 Q.    Okay.  And back in 2008, did Dr. Stewart at
15 any point state to you that this could not -- that
16 what he saw in your -- terms of your symptoms was
17 maybe not Lyme disease but Babesia or babesiosis?
18 A.    Yeah.  As I said before, I mean, he did
19 mention that co-infections like Babesia and Bartonella
20 go along -- often go along with Lyme disease, but that
21 his treatment protocol was to go after the Lyme
22 disease first.  And at least at that time that was his
23 belief, and so we really didn't deal with the other
24 issues.  Because he --
25 Q.    Did --

Page 178

1 A.    -- thought I had symptoms of the other
2 ones, just didn't -- couldn't treat them all at the
3 same time.
4 Q.    And what is your understanding of the
5 reason Dr. Stewart would have treated Lyme disease
6 either primarily or first before treating any other
7 tickborne illnesses?
8          MR. LAMB:  Object to form.  You can
9 answer.
10 A.    Yeah, I mean, that's just what he told me.
11 He -- that was his belief as to how to do it.
12 Q.    And back in 2008 when you were first
13 diagnosed with Lyme, and potentially these other
14 tickborne illnesses, did you do any independent
15 reading, research, regarding tickborne illnesses?
16 A.    Yes.
17 Q.    Okay.  And did you consult or treat with
18 any other doctor other than Dr. Stewart for Lyme
19 disease specifically back in 2008?
20 A.    In 2008?
21 Q.    Yes.
22 A.    I would have no memory of what I did in
23 2008.
24 Q.    Okay.  How about all the way through June
25 2021, again, specifically for the Lyme disease?

Page 179

1 A.    Right.  I know I saw a Dr. Solomon, and he
2 specifically said that I had Lyme disease.  And he
3 felt like he had cleared -- cleared it or gotten rid
4 of it through his homeopathics treatment.  I -- I
5 don't recall if there was another doctor in there.  I
6 don't think so.  I think Stewart was -- Dr. Stewart
7 was the only one.
8 Q.    And do you recall approximately what year
9 you saw Dr. Solomon?
10 A.    I don't.  I'm sorry.
11 Q.    And the research and independent
12 investigation you did regarding Lyme disease back in
13 2008, what was your understanding of Lyme disease
14 treatment, if you know?
15 A.    I mean, I was just trying to learn about
16 it, what -- what it meant and all the different weird
17 symptoms I had.  I came to believe that I wished I had
18 felt symptoms earlier, and that maybe we could have
19 knocked it out.  But that because it had gone so long
20 before being treated, that -- that maybe, you know, I
21 let it take root a little bit more.  That was the only
22 thing I really thought about it.
23 Q.    Okay.  And -- and back then in 2008, did
24 you do any independent research, reading or study
25 regarding Babesia and babesiosis once you heard that

Page 188

1 in the morning or less at this time, but more at this
2 time. So, yeah, he was providing direction.
3 Q.      Okay. And other than filling your
4 prescription, did Tunkhannock provide you with any
5 guidance regarding the prescriptions?
6 A.      No.
7 Q.      Other than the speaking and -- strike that.
8         You spoke with someone at Tunkhannock
9 on the phone when the prescriptions were about to be
10 filled?
11 A.      Before they would mail them to me, they
12 would confirm that I wanted them mailed to me.
13 Q.      Okay. And did they offer you any other
14 consultation?
15 A.      No.
16 Q.      Okay. And other than -- other than those
17 times confirming that they wanted -- that you wanted
18 them mailed to you, did you speak with anyone from
19 Tunkhannock regarding your treatment?
20 A.      No.
21 Q.      Okay. And when you affirmatively stated
22 that you wanted those prescriptions filled, was that
23 because you were being guided or instructed by Dr.
24 Lindner regarding getting those prescriptions filled?
25 A.      I mean, yeah, he was telling me to take

Page 189

1 them, so I needed to fill them.
2 Q.      I don't recall if -- I believe this was
3 asked, but I don't recall the answer. Were you
4 filling steroid prescriptions concurrently, at the
5 same time, in August and September 2022, that you were
6 -- locally that -- while you were receiving them from
7 Youngs, from Tunkhannock?
8 A.      I know I did get some filled at the local
9 pharmacy. I don't know if it was concurrent or what
10 month it was.
11 Q.      Okay. And was that prescription written by
12 Dr. Lindner?
13 A.      For my local pharmacy?
14 Q.      Yes.
15 A.      Yes.
16 Q.      And did your local pharmacy fill that
17 prescription?
18 A.      Yes.
19 Q.      And do you recall how many prescriptions
20 were filled by your local pharmacy for steroids --
21 A.      I don't.
22 Q.      -- that were written by Dr. Lindner?
23 A.      No.
24 Q.      Okay. Was it -- it was more than one or
25 just one?

Page 190

1         MR. LAMB: Objection to form. Is
2 there a time period we're talking about here or ...
3 Q.      Yeah, let's say -- well, let's say August
4 to October 2022.
5 A.      I have no idea.
6 Q.      Okay. And how about --
7 A.      I could look it up, I'm sure, but I -- I'm
8 sure you could look it up, too. I mean, I'm sure it's
9 in the record is what I mean, but I just don't
10 remember.
11 Q.      Do you recall why Dr. Lindner had you fill
12 prednisone prescription at Tunkhannock and then after
13 that fill a dexamethazone prescription or several
14 prescriptions?
15 A.      I was taking -- he told me I was going to
16 be taking a higher dose, so he was going to switch it
17 to dexamethazone I think. I'm not sure I'm
18 remembering why he switched me. Part of it was
19 because it was more potent, and so I could take less
20 pills and get more.
21 Q.      Do you know where Tunkhannock ordered the
22 corticosteroids from?
23 A.      No.
24 Q.      Did you ever have the prescriptions filled
25 at Tunkhannock by way of e-mail and not phone?

Page 191

1 A.      No.
2 Q.      Did you ever ask, when you spoke with
3 someone from Tunkhannock and filling those
4 prescriptions, about any side effects of the steroids?
5 A.      No.
6 Q.      And why not?
7 A.      I was too sick to think straight for one.
8 I was trusting my doctor to -- I was just following my
9 doctor's instructions.
10 Q.      I'm sorry. I'm just reviewing my notes
11 again so I don't ask repetitive questions which I've
12 already done once or twice.
13         When did you stop treating with
14 Dr. Lindner for babesiosis?
15 A.      When I went in the hospital for emergency
16 surgery.
17 Q.      And when you left the hospital and started
18 rehab, so time period basically December 2022 or all
19 of 2023, are you still treating for babesiosis?
20 A.      Dr. Hart is -- yes, but he's using herbal
21 treatments instead of pharmaceuticals.
22 Q.      Did Dr. Hart formally diagnose you with
23 babesiosis?
24 A.      Yes.
25 Q.      Are you aware of whether babesiosis is a