# EXHIBIT B

Page 114

1 testing is?
2     A.    Not exactly.
3     Q.    Okay.  Next generation
4 testing -- does that ring a bell at all?
5     A.    No.
6     Q.    Have you ever heard of a company
7 called Karius, which is spelled K-A-R-I-U-S?
8     A.    Oh, yes.  They have a -- they
9 have a test which they think they can do on
10 people, which will show if -- show if there is
11 any of a very large number of organisms present
12 in the blood.
13     Q.    Are you familiar with any of the
14 results that they have achieved from doing
15 those kind of studies?
16     A.    No.  But I think I -- they --
17 they will have, as far as I know, no means to
18 detect Babesia odocoilei, as no laboratory does
19 now.  Because the PCR primers -- they don't
20 have the primers.  So, they can only detect an
21 organism that they know of, which in this case
22 would be microti or duncani or a more European
23 Babesia species named Babesia divergens.
24     Q.    Okay.  When you diagnosed

Page 115

1 Stacey Wolking with babesiosis -- and let's
2 just continue to use the January 17, 2022,
3 date -- because I think earlier you said you
4 were confident by that date.
5     A.    She had --
6     Q.    When you --
7     A.    (Unintelligible) --
8     Q.    Yeah.  I think you were already
9 starting to answer the question I'm about to
10 ask.
11     So, when you diagnosed her by
12 that date, can you state succinctly just what
13 the basis of your diagnosis was.
14     A.    Yes.  She had had typical
15 Herxheimer-like reactions -- which maybe we can
16 call herxing for now -- to atovaquone and a
17 single tafenoquine dose.  She had taken
18 atovaquone and azithromycin for, I believe,
19 approximately four months continuously.  When I
20 spoke with her in January, she described
21 improvements in several long-term symptoms.  I
22 think she had less -- less nausea, less
23 fatigue, less of the, kind of,
24 tingling/numbness and vibration feelings in her

Page 116

1 extremities.  The record, you know, documents
2 them.
3     And so, that, to me, is
4 definitive, because not only was there herxing,
5 which some people may try to claim is a
6 medication side effect, but the medications
7 actually succeeded in producing improvements in
8 very long-standing symptoms.
9     Q.    Okay.  Other than the herxing
10 and the reported improvements, is there any
11 other basis for the diagnosis, as of that date?
12     A.    Just the gestalt -- the
13 history -- the history of getting ill after a
14 tick bite, of getting better with some Babesia
15 treatment in 2015, 2016, the numerous symptoms
16 she had affecting various organs, systems and
17 tissues in her body -- which have no other
18 explanation.
19     Q.    And I'm showing Exhibit-1 on the
20 screen again.  I'm on page 467.  And you can
21 see, here, a patient message from
22 October 15, 2021.
23     Can you just look over what's on
24 the screen.  And then, when you're ready,

Page 117

1 explain to me what it shows.
2     MS. SCHWED:  Did you say what it
3     shows, Conor?
4     MR. LAMB:  Yes.  What's shown on
5     the screen right now in Exhibit-1 -- if
6     you could just explain this e-mail
7     exchange.
8     THE WITNESS:  I'm just
9     describing to her the fact that the T-lab
10     was indeterminate, so it was not very
11     helpful.  And I mentioned at that time,
12     that testing at T-lab -- or IGeneX -- may
13     show the organisms.  And I offered to
14     arrange it and told her the price.  She
15     did not chose to have it then, and she
16     didn't choose to have the IGeneX testing
17     in January, when I actually did, you
18     know, send her an order and instructions
19     to get the testing done.
20 BY MR. LAMB:
21     Q.    So, as far as you know, is this
22 T-lab FISH test that you're talking about in
23 the e-mail on page 467 -- is that the only test
24 that Stacey Wolking did?

**Page 38**

1  A.    In the software program, all one
2  has to do is, you know, find the proper
3  commands to create a copy of the entire chart
4  and export it as a PDF.
5  Q.    And did you do that, in this
6  case, for Stacey Wolking's medical chart?
7  A.    Yes.  Yes.
8  Q.    How long have you been using the
9  Amazing Chart program?
10 A.    Since February 2007, I believe.
11 Q.    Do you find that it maintains
12 the information you put into it accurately?
13 A.    Yes.
14 Q.    Have you had any problems with
15 it?  You know, not storing your patients'
16 records that you put into it?
17 A.    No.  I have not.
18 Q.    So, these pages that we have,
19 268 to 553 of Exhibit-1, is it your belief that
20 that's a full and complete medical record for
21 Stacey Wolking's treatment with you?
22 A.    Yes.  It documents everything
23 that I entered into the chart.  And what I
24 would do with e-mails, I would, you know, cut,

**Page 39**

1  copy and paste them into a message in the
2  chart.  So, that's how I retained all e-mails.
3  I cannot guarantee that I have not, at some
4  point, forgotten to copy and paste an e-mail.
5  But I usually have done so, as far as I know.
6  Q.    Okay.  I appreciate that.  Have
7  you reviewed Stacey Wolking's medical chart
8  recently?
9  A.    Yes.
10 Q.    How recently did you review it?
11 A.    Up to a few days ago.
12 Q.    Is there anything in her medical
13 chart now that you believe is not accurate or
14 that should be corrected?
15       MS. SCHWED:  Objection to form.
16 But you may answer.
17       THE WITNESS:  No.
18 BY MR. LAMB:
19 Q.    I'm going to go to page 272 of
20 Exhibit-1.  It's on the screen here.  And there
21 is a -- there's a gray field here that says,
22 "problem list ICD."
23       Do you recognize this?
24 A.    Yes.  It's generated by the

**Page 40**

1  charting program.
2  Q.    And how does this information
3  under problem list get in there to be generated
4  by the charting program?
5  A.    I would imagine that it is any
6  problem or diagnosis that has ever been entered
7  for the patient, over the entire course of the
8  treatment.
9  Q.    So, would this be a complete
10 list of diagnoses that you made for
11 Stacey Wolking?
12 A.    I believe so.
13 Q.    I'm going to ask you in a little
14 bit about when exactly you diagnosed her with
15 babesiosis.
16       But let's just say before you
17 ever diagnosed her with babesiosis, how would
18 you describe what you were treating her for?
19 In other words, sort of, what was her diagnosis
20 before you diagnosed her with babesiosis?
21 A.    The primary diagnosis at first
22 was just, you know, perimenopause, an endocrine
23 situation for which I gave her some hormonal
24 treatment.  Later it became menopause.  But

**Page 41**

1  then, in -- from 2014 to, I think, around 2019,
2  because of her, you know, ongoing symptoms of
3  severe brain fog and fatigue and achiness and
4  so forth, I felt that she might have a relative
5  deficiency of the natural hormone cortisol,
6  which would cause all of those symptoms.  And
7  so, between 2014 and 2019, I diagnosed her with
8  a relative glucocorticoid deficiency, as
9  written there, and was able to help her with
10 physiologic doses of hydrocortisone.
11 Q.    And then, you see here -- where
12 5/24/2018 is, it says, "fatigue/lethargy?"
13 A.    Yes.
14 Q.    Is that a different diagnosis
15 than the glucocorticoid deficiency?
16 A.    Yes.  You will also see it in
17 fatigue malaise in 2013, because she had this
18 symptom, you know, at all times.
19 Q.    Okay.
20 A.    But if it's not glucocorticoid
21 deficiency as a diagnosis, but glucocorticoid
22 deficiency would certainly cause
23 fatigue malaise, lethargy.
24 Q.    Was there ever a point where the

Page 42

1  glucocorticoid deficiency diagnosis went away
2  or was fully treated?  Or would you say that
3  was continuous after --
4     A.      I probably -- I probably --
5     Q.      -- you made it?
6           MS. SCHWED:  Wait.  You know,
7       Conor, that was really bad.
8           THE WITNESS:  I'm sorry.  I
9       didn't wait.
10          MS. SCHWED:  So, can you just
11      ask it again?  On our end it -- and if
12      you -- there is a little delay.  He
13      answered way before you got it completed.
14          MR. LAMB:  Yeah.  No problem.
15 BY MR. LAMB:
16    Q.      My question was just whether,
17 after you made that diagnosis of glucocorticoid
18 deficiency in 2015, did that remain an active
19 diagnosis or did it go away?  Was it ever
20 effectively treated?
21    A.      Yeah.  She was able to taper off
22 hydrocortisone when she had a lower stress job
23 in 2019.  And as long as she was no longer
24 taking hydrocortisone, I would imagine I

Page 43

1  removed it from her diagnosis list.  Because
2  she was doing well enough without it --
3  corticoid -- glucocorticoid support.
4     Q.      Okay.  Now, I'd like to know
5  when you diagnosed Stacey Wolking with
6  babesiosis -- meaning, what date?
7     A.      Well, I believe -- I believe
8  you'll find that I proffered the tentative
9  diagnosis in an encounter in June of 2021.
10    Q.      And was there ever a time when
11 it became more than a tentative diagnosis and
12 became just a regular diagnosis?
13    A.      Yes.  When she began to take
14 antibabesial medications -- or, you know, also
15 called antimalarials, when they are specific
16 for Babesia or malaria.  And she had very
17 typical Herxheimer-like reactions that occur
18 when a person has this Babesia infestation and
19 had this -- similar reactions to several
20 different antimalarials -- all of, you know --
21 but a similar kind of negative increase in
22 various symptoms, sometimes addition of new
23 symptoms.  At that point, I felt it was -- it
24 had become clinically -- evidence that she has

Page 44

1  chronic babesiosis.
2     Q.      And do you know what date that
3  was?
4     A.      Not offhand, but it's all
5  documented in the chart as to when she first
6  took atovaquone.  I am not sure.
7     Q.      Okay.  I just --
8     A.      It was sometime in --
9     Q.      I'm just going to ask you
10 about --
11          MS. SCHWED:  Do you want your
12      answer?
13 BY MR. LAMB:
14    Q.      Yeah.  I know it's a long
15 medical record.  So, I'm just going to ask you
16 about a couple of different dates that I saw.
17 And you can tell me whether any of them --
18    A.      (Unintelligible).
19    Q.      So, this one is -- we're on page
20 474 of Exhibit-1 --
21    A.      Right.
22    Q.      -- and the date of this patient
23 message is August 6, 2021.  Can you just take a
24 look at that.  And then, I'll ask you a

Page 45

1  question about it.
2     A.      Yes.
3           MS. SCHWED:  Read it.  And when
4       you're done reading it, let him know.
5           THE WITNESS:  I'm done.  I know
6       it.  Yes.
7  BY MR. LAMB:
8     Q.      So, this e-mail on August 6th of
9  2021, would you say that you have actually
10 fully diagnosed her with babesiosis by that
11 date?
12    A.      No.  I would say that it was
13 looking very likely.  I felt more confident
14 when she had a similar Herxheimer-like reaction
15 to taking tafenoquine, a 600 milligram dose,
16 and when over time she, you know, experienced
17 some improvements with taking atovaquone and
18 azithromycin.  So, I would say the diagnosis
19 was a, sort of, ongoing process for a few
20 months.
21    Q.      Okay.  I'm going to pull up now
22 what I have marked as Exhibit-6a.  And I'll
23 share my screen again.  Now, we received this
24 in discovery from your lawyer, as well.

Page 46

```
 1                  - - -
 2              (Whereupon, Exhibit-6a was
 3      marked for identification.)
 4                  - - -
 5   BY MR. LAMB:
 6      Q.     Do you recognize this document
 7   that we have marked as Exhibit-6a?
 8      A.     Yes.
 9      Q.     What is this?
10      A.     It is a guideline, a -- you
11   know, additional information I wrote up to give
12   to persons, whom I believe have chronic
13   babesiosis, to describe the disease and its
14   treatments.
15      Q.     And at the top here where it
16   says, "sent to patient 8/27/2021," do you know
17   who wrote that?
18      A.     I would have added that to let
19   you know when she was sent the information.
20      Q.     And by "she," you mean
21   Stacey Wolking?
22      A.     Yes.
23      Q.     And are you the author of this
24   treatment of chronic babesiosis document?
```

Page 47

```
 1      A.     Yes.
 2      Q.     Okay.  Based on that, by
 3   August 27th of 2021, had you diagnosed
 4   Stacey Wolking with babesiosis?
 5      A.     As I said, I was, you know,
 6   convinced that it was very likely.  And that
 7   may have been from her response to the mepron
 8   alone, where she felt, you know, worse for a
 9   while, and then better, and then, worse when
10   she stopped it again.  So, yes.  I --
11   tentatively, I felt that she had chronic
12   babesiosis at that point.
13      Q.     Okay.  So, the diagnosis on
14   August 27th of 2021, would you characterize
15   that as still tentative, as of that date?
16      A.     Yes.  I look for more proof with
17   time.  I -- every diagnosis is, more or less, a
18   theory in progress.
19      Q.     Okay.  And I'm going back to
20   Exhibit-1 now.  Going to page 271.
21             Do you see this document that's
22   titled "Consent for the Treatment of Chronic
23   Babesiosis"?
24      A.     Yes.
```

Page 48

```
 1      Q.     And is that Stacey Wolking's
 2   signature with a date of October 6, 2021, at
 3   the bottom?
 4      A.     Yes.
 5      Q.     By October 6, 2021, was your
 6   diagnosis of babesiosis for Stacey Wolking
 7   still tentative?
 8      A.     I would say I was quite certain
 9   of it after she had the same response to
10   tafenoquine.  A 600-milligram dose is the
11   same -- actually a very clear Herxheimer-like,
12   response, in which she said she experienced a
13   number of symptoms and worsening of symptoms
14   that were very characteristic.  So, yes.  I
15   would say I was quite confident in the
16   diagnosis, at that point.
17      Q.     Okay.  And then, I had asked you
18   earlier about the problem list at the beginning
19   of Stacey's chart.
20      A.     Yes.
21      Q.     And I just want to look at that
22   quickly.  That's on page 272.
23             So, on the problem list it has a
24   date of January 17, 2022, for babesiosis due to
```

Page 49

```
 1   Babesia odocoilei, O-D-O-C-O-I-L-E-I.
 2             So, that date, January 17, 2022,
 3   how would you characterize her diagnosis at
 4   that point?
 5      A.     I would say I was certain.  That
 6   happens to be the date of an encounter, that
 7   which is the only time, like, when I speak to a
 8   patient by phone or in the office, that I can
 9   change or add diagnoses to the chart.
10      Q.     Okay.  So, I'm going to use this
11   date of January 17, 2022, for the next few
12   questions that I'm going to ask you.
13             Before the date of
14   January 17, 2022, am I correct that you had
15   been treating Stacey Wolking since November of
16   2013?
17      A.     Yes.
18      Q.     Okay.  So, during that time
19   between November of 2013 and January 17th of
20   2022, I want to ask you just if you remember
21   any evidence, at all, of her experiencing
22   certain symptoms.  And there is, kind of, a
23   list of them here.  So, we'll go through them
24   one at a time.  But I'm just asking what you
```