# EXHIBIT H

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

| PATIENT MESSAGE | 11/5/2022  10:24AM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:        (Patient: S. WOLKING) Improving slowly in rehab, still very week.

MSG:      Daryl

I'm glad to hear that she's doing better with time.

The main evidence for babesiosis is clinical--her ongoing symptoms and her Herxheimer-like reactions and improvements with anti-malarial medications. The species is Babesia odocoilei, it's in a large percentage of ticks but has been ignored by the medical profession up to now. We got an "Indeterminate" result for B. odocoilei with the TLab test--so it wasn't negative but not quite strong enough to call "positive". We may get laboratory confirmation if you can get her blood drawn and centrifuged for the IGeneX kit.

Henry Lindner, MD

On Friday, November 4, 2022 at 03:26:35 PM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:

Doctor,
Yes, Stacey has been moved to an acute rehab hospital not in the INOVA system. She is doing better than 1 week ago.  Not able to stand or walk by herself yet. All wound doctors/nurses say her wound is healing nicely.
Steroid use is being phased down.  I think she is at 25mgs twice a day to be eventually lowered to 25mgs per day.
My sense is that all the providers are skeptical that Stacey has/had Babesia.
I would like to tell them what the evidence of Babesia was.  Can you tell me please?
Thanks,
Daryl

Henry Lindner, MD

Electronic Signature

| PATIENT MESSAGE | 10/28/2022  6:56AM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:        (Patient: S. WOLKING) Uncertain of steroid Rx.

MSG:      Daryl,

OK. I reviewed her last chart entries. I see that she was re-admitted to the hospital from hospice when she stated that she no longer wanted to die. My theory is that this improvement in her outlook was due to her getting 4mgs of dexamethasone IV. According to her readmission note they are planning to continue that daily dose, but another doctor's note is contradictory, saying she'll get only hydrocortisone 25mgs twice daily by mouth. When you speak with her doctors, please determine if they are giving her IV dexamethsone or oral HC. I strongly urge them to keep her on the IV dexamethasone as it's a more potent dose and will help with her depression, pain and weakness.

I notice that in her notes they never attempt to explain her bone marrow failure or her severe ongoing depression, pain and weakness. A normal person with a bowel perforation would have had none of these problems--but they may try to attribute them to the bowel perforation. I am sure that her problems were all caused by inflammation from the last babesia die off. I did not expect her to get so inflamed as she had taken these doses before--on/off since June of 21. As I've mentioned so often, the treatment for the severe inflammation is sufficient steroid. The way to ultimately get the steroid requirement down in

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000321

WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
**FORMAL HEALTH RECORD**

persons with severe babesiosis is to kill the bugs, but unfortunately this increases the inflammation and steroid requirement in the short term.

Henry Lindner, MD

On Thursday, October 27, 2022 at 08:33:54 PM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:

Thanks. I got your voicemail as well. Unfortunately, my schedule is brutal and not conducive to sleep or a telephone conversation and I dont see things changing anytime soon. I'll read whatever you send me.
Thanks
Daryl

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 10/27/2022   6:18PM |
|---|---|

TO:

CC:

FROM:    HENRY

RE:       (Patient: S. WOLKING) Questions from husband

MSG:     Daryl,

I left a message on your phone to talk. In the meantime I'm sending this along to you

I need to know: Did the IV Dexamethasone seem to help her energy and mood? Do you know when she got it and if it did seem to help? If is helped and they do not continue it daily, if they give her far less steroid she may feel so badly that she'll insist on dying again.

If they won't give her sufficient steroid there, you may have no choice but to get her into hospice and see if they'll give her more steroids. Ultimately, you might need to bring her home in order to give her enough steroid to allow her to feel well enough to want to live. This is a terrible disease and the inflammation in the brain and body can be severe.

The Babesia odocoilei infection she has is unknown to mainstream medicine--even though this organism is in 10 to 20% of deer ticks and by all reasoning should be infecting humans. All doctors, including Infectious Disease doctors, believe that there is no such thing as chronic babesiosis--and have never even heard of this species. Unfortunately, academic doctors often don't think outside of their box--and that is the case with this infection.

I had to discover this infection in order to save my daughter's life. I have since diagnosed this infection in many people--most have had positive tests for babesiosis at IGeneX or TLab at some point. Often they were negative initially for babesiosis at these labs, but then turned positive after treatment killed many parasites and exposed them to the immune system. I have gotten many people much better, but a few, like Stacey, have gotten very ill with killing the parasites and some have had complications due to the inflammation that can occur with killing the parasites.

There is no test available for this infection at any insurance-covered lab. Stacey did send blood to TLab which has a test, but it's not highly sensitive and it was read as indeterminate--which may actually mean positive. Maybe had I got her tested at IGeneX it would have come up positive.

I had you folks get an IGeneX test kit. I've attached instructions for testing and my lab request that you should include in the kit when you send it to the lab. Maybe you can get the hospital to draw blood for the tubes in the kit when they are drawing Stacey's blood for other tests. The lab will have to spin one of the tubes in centrifuge. They can give you back the tubes and you can drop the kit off at FedEx before the overnight pick up time on M, T, W.

So for Stacey, my diagnosis of Babesia odocoilei infection is clinical--based up on her worsening

---

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000382

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

symptoms since the tick bite in 2008 and her very obvious responses to antibabesial medications. Stacey was treating this infection since June of 2021. I wrote in her chart then: "However, still has achiness, brain fog, headache, nausea, night sweats, abd. discomfort, shortness of breath. Had tick bites in 2008, treated with anti-microbials with improvement in 2018, but symptoms not resolved and seem to be worsening with time. I suspect persistent infection with Babesia odocoilei. Will consider testing at IGeneX and a trial of Mepron."

Atovaquone and Krintafel kill only babesia and malaria. With taking them she was markedly better on some ways--many of her chronic symptoms improved, but she was also worse in ways as we were killing parasites and thus can cause strong immune reactions.

In Jan of 2022 she got a virus, possibly COVID and it caused her to react much more strongly to the chronic infection and get much worse. She felt worse all the time. I tried to take treatment low and slow with her, but she got increasingly ill so that I had to resort to giving her prednisone. Even with stopping the atovaquone (Mepron) at one point she got worse. I had been through hell treating this infection in my daughter and I knew that the only way to get Stacey better was to keep killing the parasites.

Let's talk by phone sometime soon so you can fill me in and ask more questions too.

Henry Lindner, MD

On Thursday, October 27, 2022 at 02:56:33 PM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:

Doctor,

Obviously taking her home to be treated would be a huge decision, with potentially enormous consequences, good or bad. I am confused because your advice is so different from what we are getting from the doctors in the hospital. Can you help me understand why that is? Aren't these doctors also well-trained and educated? Don't they have access to the same studies, journals and stuff that doctors are supposed to read?

Specifically, how would the treatment you would prescribe now be different from what she is getting now? They are totally not focused on the Babesia. In fact, I get the impression that they may not even think Stacey has Babesia. Because they won't talk to you (even though I tried to get them to), I want to tell them what evidence you relied on for the diagnosis of Babesia. Sorry, I know you have told me but I just can't retain it.

Daryl

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | 10/27/2022  4:57PM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:         (Patient: S. WOLKING) New IGeneX lab request

MSG:       ORDERED/ADVISED: Order Date 10-27-2022
            - Custom Order (For IGenex:

Babesia FISH  88365
Babesia Immunoblot IgG and IgM)  (B60.09)

E-mailed to husband

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000328

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                      10/26/2022  10:27AM

TO:

CC:

FROM:        HENRY
RE:          (Patient: S. WOLKING) Refusing to drink/eat, take meds. Off steroids now
MSG:         Daryl,

The steroids that they were giving her up to yesterday were not nearly enough, and made her mental suffering increase in the past couple weeks. Now off all steroids she's in severe steroid withdrawal and her brain is getting more inflamed. What she is feeling is intolerable and it is understandable that she'd want to die rather than continue to exist in this state. The doctors there will not understand any of this.

She requires the resumption of steroid treatment at an adequate dose--so she can see how much better she feels. The prednisone doses I mentioned ( 7.5 mg, 2.5, 2.5 and 2.5mgs for AM, noon, lunch and bedtime) are a minimum. She may need several times that much. It's now a matter of life and death and so considerations of the long-term complications of high-dose steroids are irrelevant.

I am certain that Stacey has babesiosis--a parasitic infestation. That is the only explanation for her long-term symptoms and both the herxing (worsening) and improvements she experienced with antibabesial medications. It is why, during treatment, she needed such high steroid doses to stop shaking, to get some sleep, to reduce her nausea, to reduce her pain, etc. The antibabesials have no effect on an uninfected person. Babesia are in the brain of infected persons, and the inflammation that the parasites cause there can produce severe mental suffering. My daughter would feel an unbearable mental malaise--that made her want to die rather than continue to feel it--unless she took sufficient steroids. She had to get the right dose within a couple milligrams to reduce the mental pain. If I had not been able to give my daughter all the steroids she needed, she would not be alive today. Stacey didn't seem to have such a clear indicator to help guide steroid dosing, but we just have to see if she'll feel much better if she gets a sufficient dose.

If you can get her home or somewhere where you can give her steroids, we can give her a real trial of steroid treatment to see how much it can change her feelings and attitude about living. As I mentioned before you may just want to give her a strong dose in the hospital. To be certain of some beneficial effect that lasts for several hours, I suggest that you have her swallow 20 mgs of dexamethasone (like 140 mgs of prednisone). Repeat it if/when needed.

I would be happy to talk with Stacey if she's willing. I am the only doctor who understands what is happening to her and I can give her some hope. I've tried calling her a few times but the calls go immediately to voicemail. I'm home all day today, Wednesday, if she is willing to talk with me. She, or whomever is with her, can call me at home at 570-388-3919 so I can talk with her.

Henry Lindner, MD


On Tuesday, October 25, 2022 at 06:18:01 PM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:


Stacy was the one who stopped all medications and treatment Sunday morning. They were administering steroids up until that point. She has given up on living, wants to die, and is doing everything she can to achieve that. Her reasoning for going to hospice is to do that and they will help her get there. She is not eating or drinking. We spoke to the doctor in charge at the hospital about your suggested steroid dosing. I am not sure what she was going to get. I've not there currently and may try to sleep at the house tonight. Her brother and sister a friend and our daughter is there but they don't all spend the night. I think her sister is going to spend the night. If Stacy is agreeable to that. At this point in time we're trying to change her mind about living by making her feel better. It's a long shot, I feel it's more a spiritual battle because this urge to die is not from God. The evil one has a firm grip on her mind

---

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000324

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

and attitude right now. Many people are praying for that to change.
Daryl

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                    10/25/2022  7:39AM

TO:

CC:

FROM:     HENRY

RE:       (Patient: S. WOLKING) Restart corticosteroids if possible

MSG:      If you can somehow get her some Dexamethasone or prednisone tabs I believe it would help her a lot,
          and quickly. You could give her 2mgs of Dex in the morning, or 15mgs of prednisone--or whenever you
          get a chance. These are near-physiological doses to at least correct the severe steroid withdrawal and
          deficiency. You could repeat the doses as needed, and we could try more over the following days to see
          how much she needs to feel much better. Her attitude may change dramatically with getting sufficient
          steroid to correct her deficit and control the inflammation. Let me know the results.

          Henry Lindner, MD

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                    10/25/2022  7:14AM

TO:

CC:

FROM:     HENRY

RE:       (Patient: S. WOLKING) Refusing treatment; is suffering off corticosteroids

MSG:      Dear Daryl,

          I see that her bone marrow is starting to make red blood cells also now.

          The doctor's note says that she is complaining of a tremendous amount of pain and wants to die. They
          are talking of sending her to hospice. I'm sure that she is feeling much, much worse due to the tapering
          of the hydrocortisone. They may have taken her off hydrocortisone or any steroid altogether. With the
          inflammation she has from the babesiosis, withdrawal from steroids at such a time would make anyone
          want to die. She is not critically ill, but she certainly feels absolutely terrible.

          This chronic babesiosis is a terrible disease. I wish I had never heard of it, but I had to discover it and
          figure it out in order to save my daughter's life. Once I did, I realized that it is not uncommon and that
          many other patients of mine had it. Unfortunately a few, like my daughter and Stacey, get very ill and
          inflamed with trying to kill the organisms and need high steroid doses to tolerate the treatment. I wish it
          were not so, but I have had to deal with the reality.

          Babesiosis and steroid withdrawal are the only explanations for her severe malaise at this time. If you
          can get her back home, with home health care to help her with the ostomy, we can give her sufficient
          corticosteroid treatment again and gradually restart antibabesial treatment. I think we have a good
          chance of getting her out of this terrible situation.

          Is there a time that I can talk with you and with Stacey? What number should I call?

          Henry Lindner, MD

Henry Lindner, MD
Electronic Signature

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000385

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

| PATIENT MESSAGE | 10/21/2022  3:52PM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) Unable to stand, walk. Some encephalopathy

MSG:       Daryl,

As with my other patient who had overwhelming inflammation after I gave her strong antibabesials, the doctors may assume that Stacey's inability to walk is steroid myopathy--that her muscles are too weak due to taking steroids. It's not the case. With steroid myopathy the arms remain pretty strong, the grip is fine and the mind is clear. The person just has weakness in the large leg and hip muscles. They can walk fine, but getting up from a sitting position is hard without using the arms. I know all about it because my daughter had severe steroid myopathy.

Or they may just think she's recovering from the bowel perforation and surgery--but she's much more debilitated than those events would cause her to be.

What Stacey has is, in my opinion, a general neurological and muscular weakness caused by the recent overwhelming inflammation--a mild version of what is called "hemophagocytic syndrome". Her brain has also been inflamed, which is why she's not quite all there mentally. She still has a lot of inflammation but it is gradually calming down.

Henry Lindner, MD


On Friday, October 21, 2022 at 02:51:13 PM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:


I feel and see that she is getting better in baby steps. still very low energy, mood improving but still depressed. Can't stand or walk, can sit in a chair but they move her there. She can talk and converse, but not like normal yet. At times it seems like it takes time to process her thoughts.Still has memory though.
I know this morning they were concerned her hemoglobin went down, but they retested and were happy with it.
Daryl

Henry Lindner, MD
Electronic Signature


| PATIENT MESSAGE | 10/21/2022  1:28PM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) Platelets rising. WBC count high

MSG:       Daryl,

I've been checking the labs and Dr.s' notes daily. The platelets are much better today. The red cell production has not yet returned but should do so soon.

I saw that they called in the Inf. Dis. guy about the rising white count. His main concern is leakage from the bowel surgery site or any fluid in the abdomen that is still infected. He advised and abdominal CT if the white count keeps rising.

The doctor's notes say that she is getting better overall. Are her energy and mood improving? What can she do on her own? Can she walk? Eat? How is her brain function--ability to converse, memory, etc.?

Henry Lindner, MD

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000326

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

On Friday, October 21, 2022 at 11:58:04 AM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:

Hi Doctor,
Don't know if you have taken a look at her chart lately. Platelets are recovering on their own. There is concern with low hemoglobin and higher WBC.
Please take a look and let me know what you think.
Daryl

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                    10/18/2022   9:56AM

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) Persisting low potassium

MSG:       Daryl,

I suggested before that it may be due to the IV Solucortef. Hydrocortisone causes sodium retention and potassium loss at high doses--which is why doctors usually use prednisone or dexamethasone for strong steroid dosing. Also, they may be giving her IV fluids that are diluting her potassium. Other than that I don't know what would be causing the low potassium. Her kidneys seem to be working fine otherwise.

Henry Lindner, MD

On Tuesday, October 18, 2022 at 09:04:09 AM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:

She constantly has low potassium. Why is this? Is there something I can suggest to them?
They give her bags and pills of the stuff.
She's eating bananas and kiwi.
Cant seem to get it up
Daryl

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                    10/18/2022   8:26AM

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) Receiving Solutcortef, dose will v today to 25tid

MSG:       Daryl,

OK, so they did not increase her steroid treatment. That helps to explain why she is feeling so poorly. Hopefully she will not get worse as they lower the Solucortef dose today, and then again in 4 days.

As I mentioned, I'm all for lower steroid dosing IF it works and does not leave her in an even worse state.

I have written the doctors there 2 letters and spoken with them. In the end, she is in their care and they

---

AmazingCharts.com

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000327

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

will do what they think is right. There is nothing I more I can do. We will just have to see how she does on lower Solucortef doses. If she clearly worsens you can tell them for me that it's due to reducing the steroid dose too far too fast.

Today's complete blood count shows that her bone marrow is making some red blood cells and platelets but not many. This should gradually improve with time.

Henry Lindner, MD


On Monday, October 17, 2022 at 05:28:13 PM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:


Just asked the nurse and he said it was solucortef.
Daryl

Henry Lindner, MD

Electronic Signature

---

PATIENT MESSAGE                                                                10/17/2022   4:11PM

TO:

CC:

FROM:        HENRY

RE:          (Patient: S. WOLKING) Steroid regimen uncertain

MSG:         Daryl,

You can find her hospital notes under visits--Look for Loudon Hospital 10/7. There are no lists of her current medications anywhere that I can find.

From the Inf. Disease doctor note, I see that they are tapering the HC (Solucortef) dose, They will cut it from 50mgs 3 times daily, which it has been for a week or so, to 25mgs 3 times daily tomorrow, and 4 days later to 25mgs twice daily.

The prior note on 10/16 by Dr. Jadiga said that she would receive SoluMedrol at the same doses. Maybe he meant to write "Solucortef". So it's unclear to me whether she's getting the Solumedrol or Solucortef. Solumedrol is 5 times more potent.

Maybe there was a miscommunication, or maybe someone nixed the plan to give her the stronger Solumedrol. Ask a nurse if she's getting Solumedrol or Solucortef at 50mgs 3 times daily.

Like the doctors there, I'd love it if she did fine on lower steroid doses, but if she's not doing well she may need more for now.

Her platelets are higher today--but that may just be due to getting an infusion.

Henry Lindner, MD


On Monday, October 17, 2022 at 03:36:45 PM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:


I don't know yet. I keep asking all the doctors that come in and I've been told there are 2 different steroids mentioned in the records. when I look into her inova chart I can't find notes, only test results.
Daryl

Henry Lindner, MD

Electronic Signature

---

AmazingCharts.com

Page 57 of 274

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

| PATIENT MESSAGE | 10/17/2022  8:55AM |
|---|---|

TO:

CC:

FROM:    HENRY

RE:      (Patient: S. WOLKING) Feeling ill, Depressed about future prospects

MSG:     Daryl,

Do you know if she's been getting the IV methylprednisone yet? I'm hoping it will help her mental state and give her more energy.

I think she'll gradually recover from this episode of excessive inflammation that's making her feel so badly now. We'll just have to see how she ends up in a few weeks and take it from there.

She'll feel better too when this colostomy is removed.

Henry Lindner, MD

On Sunday, October 16, 2022 at 01:06:31 PM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:

Thanks for the explanation. they administered more platelets and potassium.
She doesn't really describe how she feels other than to say that "you have no idea ".
She's only had tylenol in last 48 hours for pain so I don't think she has much pain from the surgery.
She is exhausted, says she can't move, and just wants her life to end.
I'm trying to give hope but she doesn't see a future that is any different than what she has been facing .
Daryl

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | 10/16/2022  8:55AM |
|---|---|

TO:

CC:

FROM:    HENRY

RE:      (Patient: S. WOLKING) Low K--prob. due to HC, platelets still low

MSG:     Daryl,

The low potassium is most likely caused by the high hydrocortisone doses they were giving her (80mgs 3x/day). Unlike prednisone and dexamethasone, HC strongly signals the kidneys to retain salt and excrete potassium. The retention of sodium leads to fluid retention. Low potassium is a known effect of high-dose HC--her doctors may not be thinking about this. Pred and Dex were invented and are used to minimize this effect in the kidneys so people would get far less fluid retention on high steroid doses. I think that the low potassium will be corrected when they switch her to Methylprednisolone.

Her magnesium was normal but low in the range in July. It was similar since she's been admitted this time. It was never below the lab's range. I think that they have been giving her insulin which does lower blood magnesium levels as the magnesium tends to move into cells.

Her white blood cell counts--the cells that fight infection--were normal when she was first admitted, then dropped to near. Now their numbers are normal--this is very important as it means she can fight off infections. So her bone marrow is making white blood cells again. It is also starting to make red blood cells, as indicated by them seeing a few nucleated red blood cells in her blood. I think that they are not having to give her red blood cells as often as before. The bone marrow is not yet making more platelets, but there is every reason to believe that it will do so soon.

How is she feeling and functioning today? I hoping/expecting that she'll feel better and be more active

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000329

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

once she's gotten a few doses of the methylprednisolone (MP) IV. I don't know if they have changed her over yet from  HC to MP. The note about the change was written yesterday and there are no new notes from today online yet. Ask them when she started getting the MP.

Henry Lindner, MD


On Saturday, October 15, 2022 at 12:00:57 PM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:


In reading some of notes and test results I don't see where her bone marrow is improving.  They have to keep giving her potassium and magnesium.
Daryl

She is far from out of the woods. Her labs are not good.  Potassium has been low and they have placed a heart monitor back on.
Daryl

Henry Lindner, MD

Electronic Signature


---

| PATIENT MESSAGE | 10/15/2022   8:42AM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) Will get higher MP dose, tapered gradually

MSG:       Daryl,

I see that her bone marrow is improving, but she has yet to start making many platelets.

I see also that they have decided to give her a strong steroid regimen with methylprednisone (similar to prednisone), as I had urged. So she'll get 360mgs of methylprednisolone for two days, then tapered gradually:

Solu-Medrol 120 mg 3 times daily and-Will slowly taper it down to help her with healing of her abdominal wound and overall wellbeing.  Discussed the case with endocrinologist at fairfax - Dr. Michelle.  Advised to taper steroids in the following way
Reduce to 80- TID - 2 days
followed by 50 tid for 2 days
followed by 25 TID for 4 days - can be chnaged to oral at this point
followed by 25 BID and OP endocrine follow Up.
Optimum dose for her is Cortef 20 mg in am and 5 mg in afternoon
I hope this will improve how she feels and functions--let me know what you see. Also I hope it will prevent any further deterioration due to the excessive inflammation and allow her to recover more quickly.

Henry Lindner, MD

Henry Lindner, MD

Electronic Signature


---

| PATIENT MESSAGE | 10/14/2022   7:49AM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) Receiving platelets. Q about her bone marrow

MSG:       Daryl,

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000380

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

The fear with very low platelet counts is bleeding, as platelets are part of our blood clotting system. It is good for them to give her platelets to bring her count up for now until her bone marrow gets back to producing them.

Her bone marrow has not been producing white cells, red cells, or platelets since soon after her admission. Her counts were actually pretty good when she first arrived at the hospital. This is bone marrow failure or suppression and the result is called "pancytopenia". I believe that in Stacey this part of her "hemophagocytic syndrome". It is an excessive immune reaction triggered usually by infections. Macrophages actually start attacking and ingesting bone marrow cells, causing the marrow to stop producing blood cells and platelets. I think that killing the babesia triggered this hemophagocytic syndrome--I have seen it in one other patient--so it is a rare result of treatment. In Stacey it was probably exacerbated by her immune reaction to the gut bacteria that got into her blood due to the perforation of her bowel wall.

Her bone marrow appears to be recovering. It is making more red and white blood cells, and should start making more platelets too. Fortunately she has not suffered any more serious consequences hemophagocytic syndrome--hers is a relatively mild case.

Henry Lindner, MD


On Friday, October 14, 2022 at 06:00:01 AM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:


Stacy's red platelets have dropped so they are going to give her some.
Can you explain what this means to me please. No doctor has come by yet
Daryl

Henry Lindner, MD

Electronic Signature

---

| PATIENT MESSAGE | | 10/13/2022   8:26AM |
|---|---|---|
| TO: | | |
| CC: | | |
| FROM: | HENRY | |
| RE: | (Patient: S. WOLKING) Improving, letter delivered | |
| MSG: | Daryl, | |

OK, thanks for sending along the letter. Stacey is certainly still suffering from the die-off related inflammation and the steroid withdrawal. With her current or higher steroid dosing, the blood sugar is expected to go high after a carbohydrate or sugar load. It had not been very high usually when checked--just mildly elevated. It will come down and stay down when the steroid can be lowered to near-physiological levels. This temporary high blood sugar issue will cause no long-term problems. Diabetic complications occur after many years of high blood sugars.

It's great for her that you or another family member can be with her most of the time.

Henry Lindner, MD


On Thursday, October 13, 2022 at 08:01:00 AM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:


Doctor,
Mental state has improved but still very fragile. Her cell phone has been turned off.  She's had no interest in seeing or talking to anyone because she has been overloaded and worn out.
The doctors have said that her labs are improving. Her blood sugar has been elevated since yesterday when she consumed a shake.  And I know steroids can cause that also.  It may have been high for a

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000381

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

while and we didn't know because we didn't check it at home.
I haven't sent the last letter but thanks for the reminder.
The only time I leave Stacey is when someone else can be there.  Two friends have returned home,
daughter is leaving early tomorrow.  We have a daughter in the area and a son from TN is here.  They
help but only can give me a break during the day.
Daryl

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 10/13/2022  7:29AM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) Latest labs, bone marrow recovering. high ferritin

MSG:       Dear Daryl,

How is Stacey doing now? How is her mental and emotional state? I'd like to speak with her if she's
able. Last time I called her cell phone was off.

Were  you able to give my last letter to Dr. Pullarkat?

It's a relief to see that Stacey's bone marrow is making more white and red blood cells. It is recovering.
Stacey will recover from all of this, I believe, and will be in a better state as a result of the last babesia
die-off. That was the result of the other patient who had hemophagocytic syndrome--twice.

The doctors there have noted that she has some hemolysis as indicated by her low haptoglobin. They
found no autoantibodies to her red blood cells--so no explanation. The cause of the hemolysis is her
babesiosis--which they may begin to consider since they have no other explanation for it. Her ferritin
remains quite high, which is more evidence of hemophagocytic syndrome. The only way to explain her
hemophagocytic syndrome is inflammation resulting from the killing of babesia.

Henry Lindner, MD

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 10/12/2022  8:13AM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) 2nd letter to Dr. Pullarkat and staff

MSG:       Daryl,

I've written another letter for Dr. Pullarkat and the other physicians, based upon my conversation with
him. Please print it out and give it to him.

I explain in it why they should give her methylprednisolone or dexamethasone instead of
hydrocortisone--and at much stronger doses. I read in the notes that she's got a lot of swelling. This is
due to the high doses of hydrocortisone. It causes much more fluid retention than the other steroids.
Dexamethasone causes no fluid retention at all.

I ask too that they allow you to give her sublingual DHEA. Take it in with you and pop 2 tabs under her
tongue twice daily. It helps maintain the strength of the connective tissues and bones in persons
receiving high-dose steroids.

I think that if they give her more steroids now, she'll feel better and recover more quickly. They will also
help prevent any additional problems from occurring.

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000382

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Henry Lindner, MD

Henry Lindner, MD
Electronic Signature

| | | |
|---|---|---|
| PATIENT MESSAGE | | 10/11/2022  5:23PM |

TO:
CC:
FROM:      HENRY
RE:        (Patient: S. WOLKING) Spoke with Dr. Pullarkat about patient, steroid dose
MSG:       Daryl,

It was Dr. Ranchet Pullarkat. He was very courteous. I told him about the babesiosis and the
inflammation from killing babesia that I believe is the cause of her bone marrow suppression and bowel
perforation. He admitted they didn't have a good explanation yet for either. They are awaiting the bowel
pathology report and are consulting a hematologist about the bone marrow suppression.

They are giving her 80mgs of hydrocortisone 4 times daily. It is a substantial dose--like 20mgs of
prednisone 4 times daily. However, I said that I didn't think it was enough at this time--that she needed
more to suppress the inflammation and compensate for the withdrawal from her higher doses before
hospitalization. That much HC also causes a lot of fluid retention. I recommended Solumedrol instead at
80mgs four times daily, then tapering down gradually over a week or two. I said they should be able to
see improvements within a day. He said that he and the team would consider it.

He said that her mood and energy seemed to be improving in the last 24hrs or so. I do think she will
continue to improve with time, but would improve more quickly with more steroid now.

Do hand Dr. Pullarkat the 2 page letter I wrote.

How dose Stacey seem to you? Is she mentally with it or out of it?

Henry Lindner, MD


On Tuesday, October 11, 2022 at 05:10:23 PM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:


I heard you had a conversation with Stacy's doctor.
What was the outcome per your perspective?
Daryl

On Tue, Oct 11, 2022, 1:50 PM Henry Lindner, MD <henry@hormonerestoration.com> wrote:

Unfortunately playing phone tag with Dr. Pullarkat. We should hook up soon.

I think that not only is she suffering from steroid withdrawal, but that the dose they are giving her is
not sufficient to control her inflammation. I'll try to talk them in to giving more.


Henry Lindner, MD



On Tuesday, October 11, 2022 at 01:39:00 PM EDT, Henry Lindner, MD
<henry@hormonerestoration.com> wrote:


Daryl,

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000388

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Yes, I do not know what steroid dose she is getting, but I suspect it's far too little. The docs have called. Will call them back now.

Henry Lindner, MD

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 10/10/2022   5:26PM |
|---|---|

TO:

CC:

FROM:       HENRY

RE:         (Patient: S. WOLKING) Letter to her physicians

MSG:        Daryl,

Since no doctor called today I wrote up a letter for you to print out and hand to them--to all her treating physicians. See the attachment.

It explains my diagnoses of babesiosis and of her current treatment-related hemophagocytic syndrome. It includes my advice for high-dose steroids, tapered down gradually. I'm sure that what they are giving her now is nowhere near enough steroid to reduce her inflammation sufficiently. It was not without reason that you and she found that she needed 800mgs/day to avoid feeling and functioning much worse.

I have seen this hemophagocytic syndrom in another patient--she actually had it twice. I believe that my daughter avoided this problem because she had a precise indicator of her steroid need, which caused her to take up to 2000mgs of pred (Dex) daily when needed. It is a terrible infection and for some persons the treatment is extremely hard. Others are fairly easy to treat--but unfortunately I can't tell upfront who will improve easily with treatment and who will require strong steroid doses to tolerate the treatment.

Henry Lindner, MD

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 10/10/2022   1:07PM |
|---|---|

TO:

CC:

FROM:       HENRY

RE:         (Patient: S. WOLKING) Additional thoughts, B. odocoilei paper

MSG:        Daryl,

Bowel organisms do get into the blood where there is a perforation like that and surgery. They should be able to kill those gut bacteria with strong antibiotics.

I also want to speak with Dr. Dharia who is listed as her attending physician. I haven't gotten a call back from him yet. If I can get her doctors to give her hjgher steroid doses for the time being she will feel better and her bone marrow function will improve sooner. Doctors are usually resistant to this, however.

I feel terrible that Stacey has had these complications from my attempts to kill the babesia. Most persons do not have such severe inflammation when killing these parasites, and Stacey did handle these strong antibabesial doses a few other times in the past 1.5 yrs. I do think that COVID or whatever viruses she had made her immune system more reactive to the babesia infection and so caused her increased inflammation, made her more ill all the time, and caused her to need higher steroid doses when trying to kill more babesia this year.

I've attached a draft paper of an article on Babesia odocoilei that I've submitted to the Infectious

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Diseases Society of America. Give a copy to her Inf. Disease doctor--either the .pdf or a color print out. It explains how this species produces a chronic, heavy infestation in animals and humans. I was forced to figure it out to save my daughter's life. She is the Index Case.

Henry Lindner, MD


On Monday, October 10, 2022 at 12:30:38 PM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:


Also, the infection has spread to her blood.
Daryl

On Mon, Oct 10, 2022, 12:28 PM Daryl Wolking <ndwolking@gmail.com> wrote:

   Yesterday and today have been consumed with stacey's wish to stop treatment. she's very depressed. has talked about how to go about ending her life.
   She really trusts the surgeon who came to talk with her and has got her to a point where she can see a path forward.
   Just gave your name and number to an infectious disease doctor.
   Daryl

Henry Lindner, MD

Electronic Signature

---

| PATIENT MESSAGE | 10/10/2022  11:43AM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:     (Patient: S. WOLKING) Additional discussion of bowel wall damage, depressio

MSG:     Dear Daryl and Stacey,

I was able to read the operative report. An area of her colon was very weak and fragile. I think that the this was also due to hemophagocytic syndrome. The excessive immune activation can lead to patchy bowel wall damage. Younger patients have had some gastrointestinal bleeding with hemophagocytic syndrome. It is not bowel wall weakness caused by her steroid doses. She was needing high steroid doses to try to control the inflammation caused by killing babesia and exposing them to her immune system.

I also read that she is very depressed and wanting to die. Depression and severe fatigue are common with this amount of inflammation in her body and brain. Her mood will improve as the inflammation subsides. She needs sufficient steroid dosing now and general supportive care to get through this.

Henry Lindner, MD

Henry Lindner, MD

Electronic Signature

---

| PATIENT MESSAGE | 10/10/2022  10:06AM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:     (Patient: S. WOLKING) Apparent hemophagocytic syndrome

MSG:     Dear Daryl and Stacey,

I hope that the recovery from the surgery is going well. I see that the white blood cells and platelets are very low and the red blood cells trending lower too. This clearly looks like bone marrow suppression and

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000385

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

I believe it is due to inflammation from both the babesia die off and the infection that occurred with the bowel perforation. It is a variant form of hemophagocytic syndrome. Her ferritin level was also very high, and her LDH high. These are indicators of hemophagocytic syndrome. They should check her triglyceride levels too as they are elevated in hemophagocytic syndrome.

A bone marrow biopsy is indicated. Hemophagocytosis may be seen in the aspirate, but it not always found in hemophagocytic syndrome. Hemophagocytic syndrome has been reported in several cases of acute babesiosis, and I've seen it develop in two other patients when I treated their babesiosis aggressively.

Her bone marrow will recover with time. Since hemophagocytic syndrome is essentially just runaway immune activation, the treatment includes high-dose steroids. If she is only getting physiological corticosteroid doses it is not enough. She needs supraphysiological dosing--like 50 mgs of Solumedrol 4 times daily until her bone marrow is recovering and her ferritin and triglycerides normalizing. The Solumedrol can then be gradually tapered downwards over time. Another immune-suppressing medication, etoposide, is indicated for severe hemophagocytic syndrome and should be considered is steroids alone are not sufficient.

As mentioned, the bone marrow suppression is not related to the antibabesials that Stacey was taking. Only a few older antimalarials were found to cause bone marrow suppression (quinine, quinidine). Pancytopenia has not been reported with tafenoquine, atovaquone or artesunate.

Please show this e-mail to Stacey's doctors. I'll be happy to discuss this issue with them. I'll be at 570-388-3919 until 11am this morning and then in the evening. During the rest of the work day they should call my office at 570-955-3495 and I'll call them back as soon as I can.

Henry Lindner, MD

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                              10/9/2022   9:13AM

TO:
CC:
FROM:      HENRY
RE:        (Patient: S. WOLKING) Resting after bowel surgery, apparent bone marrow sup
MSG:       Daryl,

I'm happy to hear that the surgery went well, but sorry to hear that she needed the temporary ostomy. It is needed to let the bowel to heal from the surgery before being exposed to any pressure or feces. Did the surgeon have anything to say about the nature of the perforation or its cause? It must have been small and rather well-walled off from the rest of her abdominal cavity so that she did not develop widespread inflammation in her abdomen--which would have caused her abdominal wall to be rigid everywhere.

The infectious disease doctor will refuse to believe that she has chronic babesiosis. I'll be happy to talk with him/her but nothing I say will change their opinion. I know everything he/she knows about babesiosis--and much, much more. I am submitting articles on this disease to major infectious disease journals. When Stacey is able we can get testing at IGeneX which has a good chance of showing the infection if it is present as I believe.

We will stop the treatment for babesia, at least for a while and see how she does. Some persons can end up better for years after killing a lot of the babesia and then stopping treatment. Some require a low maintenance dose on one antibabesial medication to stay in a better state. Some, unfortunately, remain quite ill off antibabesials and have to continue aggressive antibabesial therapy. We'll see what Stacey needs to do in order to feel better and to stay off prednisone, or need just a low prednisone dose.

Stacey gave me her INOVA log-in info so I am able to see her lab results in the hospital. The urine shows some red blood cells--which is not due to babesiosis. The protein and heme in the urine may be babesia related.

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization of the patient listed above.

WOLKING-LINDNER 000386

WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
FORMAL HEALTH RECORD

I think they will be puzzled about her very low white blood cell counts. I mentioned to the surgeon that she could have low neutrophil counts due to taking artesunate at a strong dose. However, I don't think that's the cause because all her white blood cells are very low. Barring any other explanation, I think that there is some bone marrow suppression--that is, less production of these white cells in the bone marrow. This occurs with severe inflammation. I've seen it in a couple of very sick patients when we killed off a lot of babesia. Stacey's marrow suppression may have been further worsened by the inflammation caused by the bowel perforation.

If they try to blame the marrow suppression on the tafenoquine or other babesia medications they will be wrong. Some older antimalarials caused bone marrow suppression, but it has not occurred with tafenoquine or atovaquone. I will, again, be happy to discuss this with the doctors there if they will call me.

Henry Lindner, MD


On Saturday, October 8, 2022 at 02:50:52 PM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:

The hospital took a urine test at 2 am this morning (Saturday). Nurse said there was protien and blood present in the sample.
Daryl

On Sat, Oct 8, 2022, 1:53 PM Daryl Wolking <ndwolking@gmail.com> wrote:

We don't know how much prednisone they're giving her now and now have an uncooperative infectious disease doctor but the head nurse has your cell phone number for their team to call. I'm encouraging them to do that as much as I can because as you said Stacy can't stop the treatment for babizi.
She is not allowed to be eating or drinking anything and we don't know how long that's going to take.
Daryl

On Sat, Oct 8, 2022, 10:59 AM Daryl Wolking <ndwolking@gmail.com> wrote:

She's resting well and doing as expected. No issues outside the norm as far as I know. Surgeon should be by soon.
They did have to do as ostomy. last night surgeon said it was temporary, a few months. high steroid doses make it take longer.
Daryl

Henry Lindner, MD
Electronic Signature


| PATIENT MESSAGE | 10/8/2022  7:17AM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:       (Patient: S. WOLKING) Review of antibabesial treatment, strategy

MSG:      Dear Stacey and Daryl,

I hope that the surgery went well and your recovery will be quick. The bowel perforation must have been small and mostly sealed off from the rest of the abdominal cavity--otherwise you would have had a stiff abdomen and fever. The perforation explains your severe weakness and abdominal pain for the last week, and also explains your persisting high prednisone need. The perforation was probably caused by diverticulosis--where there are small outpockets in the wall of the colon that get very thin and can rupture. Maybe the higher pred doses contributed to more weakening of the diverticular wall. Your white blood cell count was low--a possible explanation is the Arte-M dose. It can reduce neutrophil counts at higher doses. With stopping it your neutrophil counts will recover in a week or two.

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000387

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

The bowel perforation is most likely a one-off event, possibly not related or only partially related to the amount of prednisone you've needed. Perforations happen with diverticulosis--which is quite a common condition in middle-aged persons. The vast majority of perforations happen in persons who are not taking steroids. We will sure do our best to try to minimize your pred need going forward.

I certainly understand your feeling, at this time, that the cure for this babesiosis is worse than the disease--as Daryl put it. To get perspective, I reviewed your history before and since starting babesia treatment and would like to summarize it for you--to understand where you've been and where you may be going.

You became ill after a tick bite in 2008. You improved with some Lyme treatment, but after 2018 your symptoms were worsening with time. We began the antibabesials in early July of 2021. You had typical herxing symptoms with atovaquone, then tafenoquine and Arte-M--all confirming babesiosis. You also saw some improvements:less vibration/tingling in legs, less fatigue, less hot flashes and night sweats, less nausea, less abdominal discomfort, and less headaches. We were able to treat the babesiosis then without any steroids. You stopped atovaquone for a week and felt more ill.You herxed hard with taking tafenoquine, so from Sept 21 to Jan 22 you took only atovaquone and azithromycin.

In January 2022 you got a virus, and as I've often seen happen, you became more reactive to the babesia afterwards and more ill. As you said, you never recovered from that virus. It may have been COVID--and I think that much of the "long-COVID" syndrome that is occurring is due to undiagnosed babesia infection. I've had several babesia patients get much worse after COVID, as the immune reaction to the virus causes them to have a strong  immune reaction to the babesia infection. So I advised you then to take more aggressive antibabesial therapy; because the only way to reduce one's reaction to the infection is to reduce the number of organisms. However, this does cause more reaction to the bugs initially as they are killed and exposed to the immune system. We restarted tafenoquine but this time you couldn't handle the stronger treatment. So I suggested adding hydrocortisone in March of 2022. With taking HC at physiological doses you got some relief. By May of 2022 you had gotten more improvements with taking atovaquone and tafenoquine (Krintafel) Your shortness of breath had improved. You had less shooting and throbbing pains, no night sweats, less bad dreams, less dry cough, less stomach upset and improvement in the sore, itchy spot on your scalp. You still had headaches, ear ringing, intermittent liver and armpit pain, vibrating legs, erratic heart rate, itching and bug crawling feeling, nausea, dizziness, wooziness, severe fatigue, and trouble sleeping. I interpreted this picture as a mixture of herxing from killing babesia, plus some improvements from reducing their numbers in many organs and tissues.

So from mid-May to mid-June you took a very strong antibabesial regimen including the Arte-M. You had heme in your urine indicating babesia die off. You need for prednisone increased to 70mgs/day, but then were able to taper down and off prednisone--as hoped for with killing the parasites. In early July 2022 you had the DVT, then got another virus which made gave you a fever and left you more ill again. Maybe it was COVID again or some other respiratory virus. I think this made you more reactive to the parasites again and more ill. You weren't taking antibabesials at the time, but you were quite ill with shakiness, pain and nausea. You improved with taking prednisone 25mgs/day, but quickly needed 40mgs day. Due to the high prednisone need I advised restarting aggressive antibabesial treatment to eventually get your prednisone need down again.

By Aug 19, 2022 you were needing 300mgs of pred daily to cope with the strong antibabesial regimen and you had severe nausea. You were too ill from the herxing so we stopped the antibabesials and you were able to lower the prednisone to under 10mgs day. However by Sept 19. off antibabesials for a month, you were still quite ill. You had hot/prickly feelings, nausea, fatigue, brain fog, weakness, heart pounding, and throat tightness. Your sleep was worse. Essentially, you were still reacting strongly to the remaining babesia. To get you feeling better I advised taking much higher prednisone doses--which helped--and then restarting aggressive antibabesial therapy. You took a large amount of Krintafel over several days, and on 9/28 increased Arte-M to 2 caps 3x/day. You had to increase the prednisone dose to over 400mgs/day to tolerate the babesia die off. This time there was now heme in the urine as you were killing organisms that were in old nests, not in red blood cells. You took another 600mgs of Krintafel on 9/30. Again, my strategy, that I've seen work in many patients, is too kill off the babesia with aggressive antibabesial medications, so that the load of parasites is reduced and the prednisone need declines. It worked for you before and I expected it to work again.

On Oct 1rst or so this abdominal pain started--which brings us up to the present. Now I think you should stay off antibabesials and reduce the Dex/pred dosing as much as possible. With the perforation fixed

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000338

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

you should need much less pred. Let's see how low you can go on the prednisone and how you will do. You may be better off now due to killing more babesia in recent weeks. If you can get off prednisone or can take just a physiological dose of less than 10mgs/day with DHEA, then there will be no urgency to kill more babesia. However, if you remain very ill and needing more prednisone then I don't know of any alternative but to kill more babesia. Eventually you will get better when we have killed off enough of the parasites--everyone does--but I don't know how long that will take. If we need to restart antibabesials we will try to go low and slow and minimize prednisone need--maybe just atovaquone and azithromycin, but if you're very ill and needing high prednisone doses we'll need to be more aggressive again with Krintafel and Arte-M.

Overall, the antibabesial treatment brought many improvements, while the herxing left you worse off in some ways. This is what I see typically. Persons vary in how much improvements they get relative to herxing problems. In most persons the improvements are greater relative to the herxing. Some persons, however, seem to have a very large babesia load and so a lot more herxing with killing more organisms. Some persons are also more reactive to the babesia. It sure seems that your two viral infections increased your immune reaction to the babesia. I can never know how any person will respond to treatment, but I do believe that it is always best to treat the infection--even if only with just enough antibabesials to control the number of parasites.

When you feel better and are taking a lot less prednisone we can get the IGeneX testing which can find babesia in the blood, and antibodies to this species. The antibodies may be suppressed if you've been on high steroid doses recently.

Henry Lindner, MD

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | 10/7/2022  3:54PM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:         (Patient: S. WOLKING) In hospital, apparent bowel perforation

MSG:       Husband called to say that he called an ambulance for Stacey due to severe weakness and abdominal pain. On abd. CT free air was found in the abominal cavity. She's being transferred to another hospital for surgery. I asked the husband to have the physicians there call me at home to talk about her corticosteroid history and need for sufficient coverage while admitted.

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | 10/7/2022  8:58AM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:         (Patient: S. WOLKING) Will take only ATO/AZ, try to lower Dex/pred

MSG:       Daryl,

I'm glad that the abdominal pain is subsiding. Keep up with the meds for it, including the daily Miralax and sennosides. She can combine dulcolax and sennosides--my daughter had to do so at times.

OK on plan 2. I understand. Just stop the Arte-M for now. Let us try to keep her on the weaker atovaquone-azithromycin combo to keep the infection under control. Keep trying less and less Dex/pred.

We won't need the methylene blue with plan 2. When she gets well enough to go out, get the blood work done including the kit for IGeneX. To get a more complete picture, I could also get you a kit and lab request for Bartonella testing at Galaxy. It would be another $435. These two infections are often

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000339

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

found together in people who are so ill and have a lot of pain.

Henry Lindner, MD


On Thursday, October 6, 2022 at 07:42:42 PM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:


I forgot to mention that Infusion wants a complete list of Stacey's meds and supplements before shipping. They didn't ask for this a couple months ago. We didn't get it then because we had backed off all meds.
But will this be needed under option 2? We could put it off for a while, correct?
I need to let them know.
Daryl


On Thu, Oct 6, 2022 at 7:36 PM Daryl Wolking <ndwolking@gmail.com> wrote:

What you are suggesting in your first paragraph Stacey did and I also did when I inserted a suppository.
Besides a pink salt flush we have also applied a castor oil pack again today and she just took 3 pills of Oxy Powder,
https://www.amazon.com/Global-Healing-Center-Oxy-Powder-Cleanse/dp/B00ZDYWUTC
Her stools have been watery but that is what the Oxy Powder will do, sort of like a river eroding soil away. There has been some fecal matter and her intestine is doing better.
She definitely doesn't want to do option #1. She can't do it now. That option does not seem good for her at all. It is hard to describe unless you were here treating her. There is no way she could get to a doctor appointment or do anything. There is no end in sight. She can not handle it mentally.
So we'll do option #2. Why stop Arte-M? Does atovaquone and azithromycin kill off babesia? She has had two doses of Arte-M today = 4 tablets.
So far her dex/pred dosing today will be 550 to 600mgs.
Wednesday it was 714mgs.
Her SpO2 was 88 this afternoon.
She still is in a lot of pain. She says the most about her stomach.
daryl

Henry Lindner, MD
Electronic Signature


| PATIENT MESSAGE | 10/6/2022   6:39AM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:        (Patient: S. WOLKING) Discussion of two options now

MSG:      Daryl,

It seems she's only moving some soft stool around an impaction. Can you feel the impacted part of her colon? It will generally be the lower left side of her abdomen. You should put on a surgical glove and with some lubricant (KY Jelly) insert a finger into her anus as far as you can. See if you can feel firm stool there. If so you need to try to break it up with your finger tip. Once you do, give her repeated enemas to clear it out. Try a warm water enema with mineral oil to soften the stool.

The amount of Dex/pred Stacey is needing is a medical urgency. We have to get it down as soon as possible. If she cannot take less due to feeling terrible, the only way to bring it down is to either kill off more of the babesia organisms, or stop killing them. When the all of the currently exposed organisms are dead the Dex/pred need will drop.

The most powerful tool we have to kill babesia is tafenoquine. You must realize that tafenoquine made her more ill only by killing more babesia. That is why her prednisone need became high--she has a lot of

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000340

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

inflammation from the ongoing babesia die off. She is not having any "side effects" from Krintafel--she never has. Her negative reaction to it completely due to her infection with babesia. Tafenoquine kills babesia, exposes them to her immune system, and her immune system reaction to them is what makes her ill. Her last dose of Tafenoquine was Sept 30th, I believe. Tafenoquine-induced die-off and herxing maxes out at around 5 days after a dose. So she should have had the worst herxing around Oct 5th, and it should be calming down now.

Krintafel is not killing her stomach--the constipation is causing the pain--and it was caused by the high prednisone doses and her immobility. Once you get her cleaned out, daily Miralax and sennosides should keep her clear until she's on less than 15mgs of pred/day.

Stacey stopped all antibabesials for one month in Aug/Sept and did get down to around 10mgs of prednisone daily in mid-September. However, she was miserable because she was still reacting to the babesia infection. She felt better only with taking a lot more prednisone--60mgs one morning gave her a few good hours. That is why I recommended that she restart the Krintafel and other antibabesials--to kill off the organisms and get her into a better state. Unfortunately, killing the organisms makes a person worse first--sometimes for many weeks until enough organisms are killed. This is a massive infestation and only some of the organisms can be killed at a time.

In August she was taking only 10mgs of prednisone per day with no antibabesials, and was feeling terrible. It was not a sustainable situation. On 10mgs or more of prednisone per day babesia proliferate unless the person is taking some antibabesials.

I wish it were otherwise, but as I see it you have 2 choices:

1. Keep pushing maximal antibabesial doses to produce the die-off that will lower her Dex/Pred need and leave her feeling better. This is ultimately the best way forward--but I don't know if she can do it now. She is needing too much Dex/pred and I can't say for sure how long it will take to bring the Dex/pred down with maximal antibabesial therapy. It could be a week, it could be 6 weeks. She would need to take much more tafenoquine to complete this die-off.

2. We retreat again but this time we don't stop the antibabesials, but do reduce to just the atovaquone and azithromycin--these are mild in their effects and will prevent babesia proliferation. Stop the Arte-M and don't take any more tafenoquine for now. Less bug killing should reduce the prednisone need quickly as it did before. Try hard to get the prednisone dose down under 15mgs day. We would then have to reassess how she is doing and whether we need to go another round with the Arte-M and tafenoquine. If we get her well enough to go out, we'll do the lab testing including IGeneX when her pred dose is lower. It will be very helpful to get laboratory proof of this infection.

The TLab FISH test was probably positive for Babesia odocolei as some evidence of the organism was seen, but because it was not obviously positive it was read as "indeterminate".

Let me know what you think about how to proceed.

Henry Lindner, MD


On Wednesday, October 5, 2022 at 09:36:49 PM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:


Doctor,

Today has been nothing but constipation mitigation,  We called a lady that practices family health and nutrition and sells high grade natural products.  Things you can't buy in a store. Stacey used her a lot many years ago.
So we did a salt flush, caster oil pack, salt enema, and took some Mag Citrate capsules around 4pm. There has been some bowel movement, mostly liquid and Stacey says she still has the rock in her stomach. The Mag Citrate is supposed to cause 3 to 5 BMs the next day when taken before bed. It resulted in an urgent diarrhea event around 7:00 pm.
We may repeat some or all tomorrow.
She hasn't had hardly anything to eat. Only sips on broth and pureed soup from Sunday to now. Her stomach pain is so severe.

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

She hasn't had as much Pred dosing today. 602mg today, so far, there will be more before bed. But she has felt deathly ill today, all day.
Yesterday ended up being 952mg.
Harris Teeter could only fill 30 tablets tonight. I'll get the rest on Friday. Thanks for calling it in on such short notice.
Her SpO2 this evening was 91/92.
When you say methylene blue caps will help improve the SpO2 and allow Stacey to take more tafenoquine. This drug is killing her stomach and she keeps telling me she's dying. What does more mean and how much more? She does not want to take any more krintefel.
Can't this treatment be done without tafenoquine? When she first took a large dose of 4 tablets in August 2021 I thought it was to see if she had a negative/bad reaction to it. Seems like she does.
Daryl

Henry Lindner, MD

Electronic Signature

---

**PATIENT MESSAGE**                                                    10/5/2022   6:52PM

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) Needs Dex at local pharmacy

MSG:       PRESCRIBE: dexamethasone 4 mg oral tablet, Up to 20 tabs po daily as directed, # 600, RF: 0. (Transmitted by Henry Lindner, MD) TCC
PRESCRIBE: dexamethasone 4 mg oral tablet, Up to 10 tabs po daily as directed, # 100, RF: 0. (Transmitted by Henry Lindner, MD) Harris Teeter

Received phone call at home from husband. Nearly out of Dex. Expect shipment from TCC tomorrow

Henry Lindner, MD

Electronic Signature

---

**PATIENT MESSAGE**                                                    10/5/2022   11:34AM

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) No BM yet, will add dulcolax.

MSG:       PRESCRIBE: Methylene Blue Powder USP-U. S. PHARMACOPEIA, 1 capsule po daily as directed, # 30, RF: 2. (Transmitted by Henry Lindner, MD)  (150 mg capsule. Not taking amphetamines or anti-depressants)

Daryl,

Thanks for the clinical info. You just have to keep upping the laxative regimen until it works. Yes, you can add the dulcolax in addition to giving her more sennas today. Also lots of fluids and a cap full of Miralax in water daily.

You could also try an enema--Fleets brand or just a lot of warm water. You can use a shower hose if you don't have an enema kit. For using the hose, remove the O-ring so it doesn't come off on its own.

Is there no mag citrate liquid available? I read that the manufacturer recalled it for some reason.

Do continue to whittle down the pred doses and see how much less she can take before becoming too uncomfortable.

I sent in a new prescription to Infuserve America for 30 of the methylene blue caps. These will help improve the SpO2 and allow Stacey to take more tafenoquine.

Henry Lindner, MD

---

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization   of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

On Wednesday, October 5, 2022 at 09:08:40 AM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:

Stacey still has not had a bowel movement. Last took 2 sennas last night.
I also have a Walgreens brand Dulcolax that says she can take 1 to 3 tablets in a single day's dose.Do you think this would be okay on top of sennas?
Daryl

On Tue, Oct 4, 2022 at 9:30 PM Daryl Wolking <ndwolking@gmail.com> wrote:

Doctor,
No we did not get the methylene blue. When they got it in it was during the time of getting her off the meds so we told them to hold off.
We gave her a suppository around 3:15 after I saw your email. She's had 5 senna today and will give more before bedtime.
She did have a very small bowel movement early in the evening.
Her SpO2 in the afternoon was 88/89.
So far today she has had 798mg with another dose at bedtime. The last two doses were 84 and 70, Four doses from 7:30 to 1:30 were all 98mg.
I think she was able to sleep a short time after each dose, even the 84 at 3:50.
Times of doses:
3:15 am - 84mg
5:32 am - 168mg
7:32 am - 98mg
9:18 am - 98mg
11:40 am - 98mg
1:30 pm - 98mg
3:30 pm - 84mg
7:00 pm - 70mg
There has been no noticeable difference to me in these doses versus the high ones yesterday or day before. So I keep trying to find the right balance.
I try to get her to sleep after each dose.
I say bedtime but that is a joke. She has been in bed except for the bathroom since Saturday night. I have to help her out and steady her to the bathroom.  She is still in great pain and very weak, with nausea.
No vomiting, stomach still soft. Temp was normal.
daryl

Henry Lindner, MD

Electronic Signature

---

PATIENT MESSAGE                                                    10/4/2022  2:58PM

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) No BM, taking 98mgs pred q2hrs

MSG:       Daryl,

Do go ahead with another suppository. I think you should just keep ramping up the regimen from both ends until she has a large bowel movement. Try 3 sennas next time if needed. She should drink a whole bottle of Mag Citrate if you can find one.

OK on the pred dose, Also see if you can go lower than 98mgs per dose without causing her much discomfort.

OK on the SpO2. Let me know it every time you write if possible. Did she ever receive the methylene blue from InfuseAmerica that I tried to get her a few weeks ago?

---

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000348

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Henry Lindner, MD


On Tuesday, October 4, 2022 at 02:03:10 PM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:


No success yet.  She would only take one senna last night but today she has had 2 at 10:00 am and 2 at 1:30 pm.
She has also drunk some Mag Citrate we had already.
Her total pred yesterday was 1,848mg in 14 doses.
We give warm soup or broth.  I helped her walk a few steps into another room or hall but she is very weak and shaky.
While she is lying on her back I move her legs some up and down.
We have been sticking to doses of 98mg today since it doesn't seem to make a difference.
She wants to do another suppository but I'm not sure on top of the senna. What do you think?
She said her SpO2 late morning was 88.
Daryl

Henry Lindner, MD

Electronic Signature


| | |
|---|---|
| PATIENT MESSAGE | 10/4/2022   4:11AM |

TO:
CC:
FROM:    HENRY
RE:       (Patient: S. WOLKING) Slight relief with suppos. Needing high pred doses
MSG:     Daryl,

Repeat the Sennoside with 3 tabs in the AM if she has not had a significant bowel movement. Repeat every 8 hrs until she does. Start using Miralax at one capfull daily for the coming future--until her pred dose is much lower. See if CVS, Rite Aid or someone else has Mag Citrate liquid.

My daughter had the same need for very high pred doses at times when killing babesia. Her last die-off went on for 2 months with high steroid doses that left her muscles weak. Eventually as we persisted with the high tafenoquine, artesunate and mepron doses we were able to complete the die off and she has remained in a much better state since then. Without that last die off she wouldn't have been able to be at grad school now. My daughter saw lots of hemolysis and urine changes early on in treatment--1 to 2 years ago--but had very little with the last die off. Stacey may be in a state like she was a couple months ago--with a lower load of babesia but still too much to feel or function well. So I think that now Stacey doesn't have so much of a babesia load to cause obvious hemolysis and hemoglobin in the urine with killing them, but killing any number of them can cause a lot of inflammation. If they are not associated with intact red blood cells, then killing them doesn't cause much hemolysis.

Tafenoquine is just the most potent and long-acting babesiocide--that is why it produces the most severe die-off symptoms and can cause people to need more prednisone. It is not toxic to humans.

As I see it, the only way to get Stacey better is to persist with the strongest antibabesial regimen we can provide and wait for her inflammation and prednisone need to drop. We have to kill off all the bugs that are currently exposed to her immune system. The downside is that the prolonged high steroid doses are weakening her muscles, bones and connective tissues. Fortunately one can recover from these changes over time once the prednisone dose is down to a physiological level.

So as soon as we get this apparent constipation sorted out she'll needs to take another 600mgs Tafenoquine to kill more of the bugs.

She should also be taking the DHEA and the sex hormones--estradiol, progesterone and testosterone. They will help maintain her muscle and bone mass to a degree.

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Be sure to have plenty of Dex on hand from the Tunk. Cmpd Ctr. Have them send you more to be sure you don't run out. I'll get you a script for more when needed.

Henry Lindner, MD


On Monday, October 3, 2022 at 08:51:03 PM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:


Doctor,

Stacey has had a very small bowel movement this evening.  We plan on having her take 2 sennoside tabs tonight before bed.
Walgreens has pulled all Mag Citrate from their shelves. But Stacey has a mag powder already. I also picked up some Miralax.
Her SpO2 this evening was 93.
She isn't getting more than 1.5 hours from high dosing. I believe she will be close to 1100mg today when we go to bed.
She has spent all day in bed.  She says there is a distinct feeling she gets when the pred wears off, such as,  Severe vice headache, shaky, sweats, more nausea, still has severe pain in stomach but the pain in her butt has lessened. She vomited one more time today. Her stomach remains in a soft condition.
It is a mystery as to why she can't get more time from pred doses that range from 140 to 198 each time. This same scenario happened (not the constipation) in July or August after high doses of krintefel.
Daryl

Henry Lindner, MD

Electronic Signature

---

| PATIENT MESSAGE | 10/3/2022   1:05PM |
|---|---|

TO:

CC:

FROM:       HENRY

RE:         (Patient: S. WOLKING) No result with suppository

MSG:        Daryl,

Yes, I would go ahead with the bottle of Mag citrate and a couple of the 8.8mg sennoside tabs.

Henry Lindner, MD


On Monday, October 3, 2022 at 11:46:57 AM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:


Ended up getting a suppository at 10:00 am.
No results yet.
Her SpO2 is 93 just now.
Would you still give her what you suggest even though she had the suppository at 10:00 a.m.?

Henry Lindner, MD

Electronic Signature

---

| PATIENT MESSAGE | 10/3/2022   9:21AM |
|---|---|

TO:

CC:

FROM:       HENRY

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000345

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

RE:        (Patient: S. WOLKING) No relief from apparent constipation yet, try Mag Cit
MSG:       Daryl,

It seems that the Vitamin C flush is not working.

Yes, have her drink a bottle of Mag Citrate solution and take a couple of the 8.6mg sennoside tabs too.

She may need to continue to use Miralax (or generic equivalent) 1 scoop in water daily to help prevent return of constipation until the pred dose is much lower.

Make sure she's continuing to take DHEA 25mg sublingual tabs, 2 twice daily--to help balance the negative effects of the high steroid doses.

Henry Lindner, MD


On Monday, October 3, 2022 at 08:34:16 AM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:


Doctor Lindner,

It was a bad night.  She didn't sleep, had severe stomach and severe butt pain.  At around 4:00 she vomited trying to take pred.  She had drunk some blended prunes a couple hours earlier and this seemed to be what came up.
Sweating almost constantly.
Very painful for her to get out of bed, walk to the bathroom and return to bed.

Dex dosing before bed was 140mg at 10:55 pm.
then:
2:10 am 84mg
approx 4am vomited
4:35 am 110mg
5:35 am 168mg
7:16 am 196mg

She doesn't have a fever and her stomach is not hard.

She needs higher doses in the morning because the effect will last a very short time.

I am going to head to the pharmacy to find a laxative.

Daryl

                                                                      Henry Lindner, MD
                                                                      Electronic Signature


| PATIENT MESSAGE | 10/2/2022   7:26PM |
|---|---|

TO:

CC:

FROM:      HENRY
RE:        (Patient: S. WOLKING) Persisting abd. pain, prob. constipation
MSG:       Telephone consult

No change in abdomiinal pain. Stomach still soft to palpation. No nausea, vomiting or diarrhea. I suspect this is just constipation brought on by the high steroid doses. They have doubled the Vit C powder dose to see if this will help clear her bowels. If not effective by the AM will need to try a bottle of mag. citrate and/or sennosides. Is still getting around 2 hrs relief from steroid doses. Will try smaller doses to see if they work as well.

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000346

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                    10/2/2022   9:48AM

TO:
CC:
FROM:        HENRY
RE:          (Patient: S. WOLKING) Diffuse abd. pain, crampiness post TAF
MSG:         Telphone consultation

Took TAF 600mg on Friday. Starting yest, Sat, has been having intestinal cramping. No diarrhea--does
seem to have some constipation on high pred doses. No vomiting. Dex doses last only about 1 hr
whether she takes more or less Dex. No blood or protein noted in urine, but is clearly darker in
appearance at times.
While on phone husband palpated her abdomen--found it to be soft in all quadrants. Heel tap sign
negative. Does not seem to be a surgical abdomen. Therefore I think she is having some combination
of constipation and intestinal herxing from Friday's Krintafel dose. She'll try the Perque Vit C cleanse
now to see if this will help.
Will try lowering Dex dose today to see if less works as well. Will try to find the lowest doses necessary.
Will hold on additional Krintafel for now until the abdominal pain is past.
Patient will call me this evening at home with an update.

On Sunday, October 2, 2022 at 05:04:40 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

I've had severe intestinal pain, focused on the left side , since last evening and all night long. Been
taking liquid vitamin c but nothing has caused a flush yet. Hurts in my bottom also. Like even harder to
sit than lay down. Also very distinct right neck and shoulder pain that came at the same time as
intestinal pain.

Last afternoon evening was so bad total prednisone 1092mg. Just just taking it to try to get relief. But
only get an hour at the most.
Last dose was 140 mg at 10:30 p.m. with 5 mg Ambien. Was able to drift in and out of sleep a little bit
despite constant intestinal pain.

Please see other email from last night. Below

On Sat, Oct 1, 2022, 8:23 PM Stacey Wolking <kycpa1@gmail.com> wrote:

This just can't be right.
I've been taking smaller dex doses . It doesn't seem to matter if I take a smaller or a bigger dose they
never seem to last more than an hour. And even that hour is not much relief at all. But after an hour or
so I feel a very distinct hit of heart pounding and vice headache. And severe stomach pain and nausea.
And then shaky.

I'm so weak i can barely get out of bed. Non-stop sweats and chills. Feet and hands and face are
swollen. Everything hurts. Foggy blurry vision. Throat tightness.

I don't think you understand. It's too much I'm dying. Why is it not getting any better? Am I killing
anything? Why isn't it showing up in my urine ?? Does that mean it's not killing anything??
How can I be taking all these strong antibabesials and not get any better?? Just day after day of hell

Henry Lindner, MD
Electronic Signature

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000347

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

| | |
|---|---|
| PATIENT MESSAGE | 9/30/2022   1:02PM |

TO:

CC:

FROM:     HENRY

RE:          (Patient: S. WOLKING) Qs about Dex/pred dosing

MSG:       Stacey,

Being able to fall asleep is a major sign for your Dex/pred need--as sleep is necessary. Does the dose that gets rid of the heart pounding also help you in other ways? Does it help you to sleep and to get up and do things?

If you were getting too much you'd know--you'd feel agitated, over-stimulated, unable to sleep.

I don't know if you need less or not. Maybe the heart pounding is a best sign for you. I'm just wondering if it's the only sign--in which case maybe you could take less Dex/pred.

Krintafel can only make you feel worse by killing bugs--and that is just what we must do now to get this Dex/Pred requirement down. You'll feel better after killing off more bugs too.

You don't need to separate the different meds--you can take them at the same time if that's convenient.

No, no special time to check urine. IF you do unusual activity, however, you're more likely to see protein or blood in the urine afterwards.

Keep in touch!

Henry Lindner, MD


On Friday, September 30, 2022 at 11:55:04 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Now I have no idea what to gauge dex doses on. You had originally said use the heart pounding and being able to fall sleep. You told me don't get behind the dex curve but now you're saying take less. I am so confused. Please give me an idea on doses

Still do the bigger morning doses? Smaller doses all day?

Yes the meds seem to always upset my stomach so I've been trying to do with food.

Completely dead . almost impossible to drag out of bed take meds and go to the bathroom. Don't know how I'll survive more Krintafel

Is it best to spread the antibabesials out during the day or all at once? Krintafel at same time as arteM?

Is there a certain times of day to check the urine or after taking certain meds?

                                                        Henry Lindner, MD

                                                        Electronic Signature

| | |
|---|---|
| PATIENT MESSAGE | 9/30/2022   10:01AM |

TO:

CC:

FROM:     HENRY

RE:          (Patient: S. WOLKING) Should repeat TAF 600+600mgs

MSG:       Daryl,

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000348

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

There's no need to take Arte-M or prednisone with food--unless the Dex/pred upsets her stomach when taken on an empty stomach. Both can be taken with or without food.

We urgently need to drop the Dex/pred dose requirement. Her SpO2 is OK so she can take another 600mgs (3 tabs) of Krintafel today with food, and then 600mgs more 2 days later. The Krintafel doses will make her feel worse most likely, but killing more bugs is what we must do to get her better.

Check urine 2 to 3 times daily and let me know the results.

If the high pred doses only help the heart pounding, and the other symptoms are not improved on the higher Dex/pred doses, she can try taking less--as long as she can live with the heart pounding.

Henry Lindner, MD


On Friday, September 30, 2022 at 09:33:48 AM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:


Dr.,
Stacey's SpO2 at about 8:50am was 94/95.
She has been taking pred and Arte-M with food because she had been instructed to do so.  Should she stop the Arte-M with food?  Is that important?
Her symptoms are only alleviated a little with each dose and not for long. She still has the vice headache, shaky and severe weakness, tightness in throat, and nausea. She is using the heart pounding as a gauge to take more pred.
A urine test yesterday revealed normal readings, if i recall correctly.
She really doesn't move about as anything will totally exhaust her more than she already is..
Daryl

Henry Lindner, MD

Electronic Signature


| PATIENT MESSAGE | 9/30/2022   7:38AM |
| --- | --- |

TO:

CC:

FROM:    HENRY

RE:    (Patient: S. WOLKING) Up to 1500mgs pred equiv. Need to continue AB regimen

MSG:    Daryl,

She is needing such high doses because the strong antibabesial regimen is killing a lot of organisms and exposing them to her immune system. Her immune system activation is causing the severe symptoms.

Besides the heart pounding, do the high Dex/pred doses help with anything else? Does she feel better if she gets enough? Is she able to get up and do things if she gets enough Dex/Pred?

In what other ways does she feel horrible when doses are wearing off?

I'm thinking that if the heart pounding is the only thing that the high doses help, maybe should should take less and live with the heart pounding for now--but it seems that she needs these doses for other symptoms too.

Stacey is the only other babesia patient who has needed such high doses. I cannot say why. She is near comatose from killing a lot of bugs. The prednisone dose will drop when we kill off enough of the exposed bugs.

Some people can take a high dose in the AM and be done with it, others like my daughter have to take doses every 2 hrs as they don't last longer. My daughter has cortisol-resistance genes, Stacey may also have them. Maybe these genetic variants cause some people to need more steroid and to need

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000349

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

frequent doses.

I would hold off on the labs until we get her Dex/Pred down. With such large steroid doses her antibody production will be suppressed and this could give us false-negative results.

We stopped the antimicrobials last time and her pred dose came down--but she still felt terrible and needed a significant prednisone dose. So we didn't kill off enough of the bugs. This time I believe we must push on with the antimicrobials until we kill enough babesia so that her immune reaction stops and her pred dose drops. This is the way we can get her better.

Make sure she's getting the Arte-M at 2 caps 3 times daily on an empty stomach and also getting the azithromycin one tab daily. She should also be taking atovaquone 1 tsp twice daily.

Do check her urine for color, and for blood or protein by dipstick, and let me know her SpO2 this morning. It's been a week since she started the Krintafel. If her SpO2 is OK we should give her more Krintafel to kill more bugs.

I certainly understand your frustration. Keep in touch until we get her through this big die-off.

Henry Lindner, MD


On Thursday, September 29, 2022 at 11:25:48 PM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:


Dr. Lindner,

I'm giving you an update because Stacey is pretty out of it.

She last gave you her Dex dosing on Monday as 686mg.
Tuesday the 27th she had 910mg
Wednesday the 28th - 1272mg
Today, Thursday (if we are lucky and doesn't take more before midnight) - 1526mg.
  She takes based on her heart pounding which, if it stops, is only for a short period of time.
  2:30 am - 56mg
  5:08 am - 252mg
  7:35 am - 210mg
  11:20 am - 196mg
  12:20 pm -196mg
  3:40 pm - 168mg
  5:50 pm - 168mg
  8:42 pm - 140mg
  9:43 pm - 140mg
These doses are even when she's trying to stretch them out.  She feels horrible for a while before she takes a dose.

You said your daughter reached 1200mg because of an infection in her brain. Stacey's doses are higher than that?
You also said people take high doses in the morning, then that is it and they go about their day. Stacey has to keep taking to try and stop the heart pounding, which doesn't work and she is near comatose, has no energy to get out of bed.

In August we hit the bugs hard with drugs and couldn't get her off pred, what is going to reduce her pred this time? What will make her pred need decrease this time?

When we do the bloodwork to see if there are antibodies and if we find there are none, then what?

Very frustrating!

Daryl

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | 9/28/2022  12:59PM |
|---|---|

TO:

CC:

FROM:        HENRY

RE:          (Patient: S. WOLKING) Will add Zith, ^ART to 2 tid

MSG:         PRESCRIBE: Artesunate 50 mg oral capsule, 2 caps po 3 times daily,
             PRESCRIBE: azithromycin 250 mg oral tablet, 1 tab po daily,

Stacy,

Add the azithromycin in at 250mgs once daily, with or without food. Zithro will kill some gut bacteria, so get a max strength probiotic and Saccharomyces boulardi capsule and take one of each daily.

Increase the Arte-M to 2 caps 3 times daily--with or without food.

We will consider Krintafel again on Sept 30th. Let me know your SpO2 then.

Henry Lindner, MD


On Wednesday, September 28, 2022 at 12:00:34 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Yes I have zithromycin. How do I add that?
Have not had any rifabuten since August 19..

Taking two arteM twice a day and two mepron.
Took 9 Krintafel between 9/23 and 9/26

Stacey

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | 9/28/2022  9:21AM |
|---|---|

TO:

CC:

FROM:        HENRY

RE:          (Patient: S. WOLKING) Still needing very high Dex/pred doses to get relief

MSG:         Stacey,

Yes, I believe that you must take more IF the symptoms of insufficient pred are unbearable. You don't have to try to eliminate all symptoms if you can live with them.

You're on the right track if doses give you at least 2 hrs of relief and allow you to get out of bed and do a few things that you must--like get some food together.

Or hope is to quickly drop your Dex/pred requirement when the Krintafel and Arte-M kill off enough bugs. So these high doses should be temporary. My daughter had to take high doses at times due to her brain inflammation--making the babesia die-off unbearable. She got up to 1200mgs/day at times.

You have stopped taking rifabutin, right? It increases pred metabolism/elimination. Do you have

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000351

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

azithromycin at home that you can add in?

Henry Lindner, MD

On Wednesday, September 28, 2022 at 08:10:43 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

I added to the email from last night please see below

On Tue, Sep 27, 2022, 5:35 PM Stacey Wolking <kycpa1@gmail.com> wrote:

You said you think I need even more than I'm taking.
I just keep taking more and more but it's so scary. But nothing will stop the heart pounding and severe symptoms that I've had all day.
So far today:
 3:50 a.m. 42 mg
 6:10 a.m. 238 mg
9:15 a.m. 196 mg
 1:40 p.m. 56 mg
3:00 p.m. 84 mg
 4:40 p.m. 112 mg
7:30 p.m 140 mg finally got some relief from the heart pounding

10:30 p.m. 42 mg was able to go to sleep for a while

Today

 2:30 a.m. 42 mg
 5:15 a.m. 238 mg
 6:20 a.m. 210 mg heart pounding got better and I was able to fall asleep for a little bit but then woke up at 7:45 with more heart pounding

8:10 a.m. took another 210 mg with two arteM and meprn
Am I on the right track?

Please advise on doses

Do I keep taking more??

Henry Lindner, MD

Electronic Signature

| PATIENT MESSAGE | 9/27/2022   1:53PM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:          (Patient: S. WOLKING) Herxing hard, needing very high Dex/Pred. Will test

MSG:        ORDERED/ADVISED: Order Date 09-27-2022
             - Custom Order (Venous blood smear for malaria/babesia parasites
            CBC automated with diff/platelets 85025
            Comprehensive Metabolic panel (14) 80053
            Reticulocyte Count, Automated 85045

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000352

WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
FORMAL HEALTH RECORD

Haptoglobin 83010 (LabCorp  001628)

Have blood drawn any time of day, no need to fast.)  (R53.8, B60.09)
Stacey,

First, just rest. Get up and around only to eat or go to the bathroom. Your body is fighting hard against
these bugs.

You have taken a very strong antibabesial regimen these last 2 days with the Krintafel doses and
double Arte-M doses. You are killing bugs at a high rate. Hopefully we'll see a drop in the pred need in a
few days--or a week at most. This time we need to keep you on the antibabesials when the pred comes
down. When you stop antibabesials and keep taking pred, the organisms proliferate and you've got to
do more hard work to kill them off.

You did lower the steroids after taking pred in August. You only took up to around 400mgs pred at peak
doses then--which is one reason you were, I think, more miserable then than you are now. After
stopping antibabs your pred droped to around 70mgs, but you were still miserable.

Pred need goes up precipitously with killing bugs, then goes down after the die-off. I suspect you're
needing even more Dex/pred now than you are taking.

After the 2nd pred dose you wrote: "Severe vice Headache and nausea, hot and prickly, heart feels like
it's flopping around, (I have a terrible time telling between pounding and fluttering) severe throat
tightness, very weak, blurry, foggy and I never feel overstimulated."

I do not think that headache, nausea, weakness and brain fog are from too much prednisone. They
always indicate too little prednisone. Take another large Dex dose if the first large dose doesn't help
within 30 mins. If you don't get overdose with the second big dose, and it helps, you know you were
underdosed, not overdosed.

We should get testing when you can get to a lab. Go to a hospital lab were they can look at your blood
for babesia under a microscope--most likely to be negative but maybe they'll see something. Get the
IGeneX test kit before you go if you don't have it already. I've attached the IGeneX lab request and
instructions too. You order the IGeneX kit online. Take the IGeneX kit with you when you get your blood
drawn at the hospital and they'll draw the tubes for IGeneX, We're getting the Babesia FISH test on their
forms, and include also the cost of the Babesia Microti and Babesia duncani IFA antibodies. The'll do
their Immunoblot test for the price of those antibody tests until tomorrow, Then it will be a bit more
expensive.

Henry Lindner, MD


On Tuesday, September 27, 2022 at 12:16:56 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Been really rough. Almost 24 hours of severe diarrhea finally eased up last evening. Still bad stomach
ache. Hard to eat to take meds. Dex dosing not right today at all. But can't figure it out

I don't understand how this will be any different since I took 9 Krintafel in one week - Aug 6-13. Why did
that not kill enough to let me lower the steroids??


Dex
Saturday 775 mg
Sunday 672 mg
Monday 686 mg

Today 9/27:

3:50 a.m. took 42mg because of heart pounding
6:10 a.m. 238mg head and heart pounding not too bad but was trying to stay ahead of the curve and
take the big morning dose like you said. This is the same amount that I've been taking for the last four

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000358

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

mornings that seem to be working.
But this only made me feel worse so I thought I needed to take more.
9:00 a.m. took 196 mg same as what is worked for the last 3 days for my second dose. But I think now it
might be too much.
Severe vice Headache and nausea, hot and prickly, heart feels like it's flopping around, (I have a terrible
time telling between pounding and fluttering) severe throat tightness, very weak, blurry, foggy and I
never feel overstimulated. I feel like I can hardly move. So it seems like these are symptoms of too
much and too little which is why I'm always confused.
With all of the above symptoms, At noon now starting to feel shaky.

Since you say that any activity including a shower requires more dex, then am i better off just to rest or
push myself to do some things and move around?? Getting out of bed is a real effort. But wondering if I
should push myself?

Med recap:

Took 9 Krintafel from 9/23 to 9/26
Yesterday increased to 4 arteM.
2 mepron .

Urine is Amber again. Testing twice a day. No change.
Sp02 96

Stacey

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 9/26/2022  2:41PM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) Dex refills

MSG:       PRESCRIBE: dexamethasone 4 mg oral tablet, Up to 10 tabs po daily as dire, # 300, RF: 1.
           (Transmitted by Henry Lindner, MD) Tunk CC
           PRESCRIBE: dexamethasone 4 mg oral tablet, 4 tabs po daily, # 120, RF: 0. (Transmitted by Henry
           Lindner, MD) Harris Teeter

           Stacey,

           OK, I sent in a prescription for 120 tabs to Harris Teeter and for another 300 tabs to Tunk Cmpd
           pharmacy. You could ask them to send only another 100 or 200. Hopefully we'll drop the Dex dose
           requirement soon.

           Henry Lindner, MD

           On Monday, September 26, 2022 at 12:55:54 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

           Yes I need dex ASAP.
           I've gotten it from both Harris teeter and Tunkhannock.

           Obviously Harris teeter would be quicker

Henry Lindner, MD
Electronic Signature

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000354

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

| PATIENT MESSAGE | 9/26/2022  10:30AM |
|---|---|

TO:

CC:

FROM:    HENRY

RE:    (Patient: S. WOLKING) Worse on less Dex, will take more, ^Arte-M

MSG:    PRESCRIBE: Artesunate 50 mg oral capsule, 2 caps po 3 times daily,

Stacey,

I traveled back from the conference yesterday starting at 1pm and getting home at 1am, so didn't have chance to answer you then.

So you tried less and found that that it doesn't work now. You're also herxing from the Krintafel and you had visitors this weekend, both of which increased your need for prednisone. I think that the diarrhea is Krintafel herxing in your intestines. People routinely report this. It usually doesn't last more than a day or two.

There is no upper limit on dosing. You just have to take as much as you need, whatever that Dex/pred dose is, and also go after the bugs as hard as you can to kill off enough of them so as to lower your prednisone need greatly. We tried stopping the antibabesials and it didn't work--you still felt terrible and needed prednisone. So now the only choice is to kill more bugs and take as much Dex as you need to tolerate the die off. Keep an eye on the urine color and check the strips a couple times a day.

Go ahead and take the additional 2 Krintafel tabs and increase the Arte-M to 2 caps twice daily. The higher Arte-M with Krintafel is the most effective way to kill bugs and lower the load. You'll tolerate it better if you take all the Dex your need. We'll repeat the Krintafel dosing in a week.

Henry Lindner, MD


On Monday, September 26, 2022 at 03:54:25 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Another update. Plz see 2 other emails below.
3:50am
Been having burning urgent painful water diarrhea every half hour or so since 9:30 p.m. . NO sleep.
Severe stomach ache. Been taking Alka-Seltzer and burber.
Felt deathly ill and had severe chills for several hours but they have now subsided.
Finally got the strong heart pounding to stop after 42 mg at 9:00 p.m. and then again at 11:00 p.m.
Heart pounding seems to be starting again now.

Can I still really handle another two more Krintafel tomorrow??

The same thing happened with the diarrhea when I took three Krintafel on August 6th and 3 again on Aug 7. And back in August of 2021 when I took that one dose of four Krintafel.


On Sun, Sep 25, 2022, 9:21 PM

    Another update.
    I backed off too much today because I feel really really bad this evening. Heart pounding, shortness of breath, severe nausea and stomach upset, foggy, blurry.
    At 8:55 p.m. I took 42 mg

    On Sun, Sep 25, 2022, 6:53 PM

        I tried to back off some today. So I was just more miserable. But I guess I can live with it. I am very slowly moving a little bit around the house and sitting. When it starts to wear off the vice headache, throat tightness and nausea gets much worse, and I had some shortness of breath and then when I let it go longer I get very weak and wobbly and shaky. I've had much more upset stomach and nausea. But I

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000355

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

assume that could also be the Krintafel.

The kids and grandkids were here this weekend. Of course so good to see them but Very difficult with zero energy and I am still very sound sensitive. Mainly just sat and watched.

Last night took 42 mg at 9:10 p.m. so that was a total of 775 yesterday. Is there an amount I should just not let myself go over in a day?

Sunday:

4:40 a.m. 42 mg could not go back to sleep after this dose and felt bad
 6:40 a.m. 2:38 mg
10:25 a.m. 196 mg
 2:00 p.m. 56 mg
5:40 p.m. 56 mg
An hour later I am having mild heart pounding.

So that puts me at 588 today so far. I assume I will probably need to take some also before bed.

Took four Krintafel at 10:30 a.m.
Took one arteM three times
Mepron two times a day.
Sp02 95

Yes the left is the poor Venous but the right foot yes I'm swelling today also

Thanks so much for the evening emails. Your next morning dosing suggestions really help me.
Stacey

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 9/25/2022   5:48AM |
|---|---|

TO:

CC:
FROM:        HENRY
RE:          (Patient: S. WOLKING) Urgency of getting prednisone dose down with ABs
MSG:         Stacey,

I want to emphasize that this much prednisone is a medical urgency--we need to get it down as quickly as possible--hopefully to less than 30mgs/day. You'll feel worse with taking the Krintafel doses, but you'll manage better with getting sufficient prednisone. Hopefully within a week of taking the last Krintafel dose the prednisone need will decline--as you won't feel you need doses and they will cause you to feel overdosed.

Henry Lindner, MD

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 9/24/2022   9:42PM |
|---|---|

TO:

CC:
FROM:        HENRY
RE:          (Patient: S. WOLKING) Needing high-dose pred. should ^TAF to 600 tomorrow
MSG:         Stacey,

The 159 at 11am was apparently not enough--maybe 200 was needed. You should get 2 hrs out of a

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000356

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

dose.

How bad are the symptoms that occur when the pred wears off? Are they terrible or just a nuisance? Are these pred doses allowing you to get up and do things? Do you think you can take much less pred or do you feel you need these high doses? It seems that you need this much to stop the rapid heart pounding and to be able to sleep at night.

There is only one way to get the pred dose down without simply taking less and suffering, that is to kill more babesia. So you need to take the atovaquone, Arte-M and Krintafel. With you taking all the prednisone you need you'll tolerate the Krintafel better than before.

In fact, it would be best to get the Krintafel in faster to bring down the very high pred requirement. So I think you should take 4 Krintafels tomorrow (600mgs), and another 2 the following day. Then we can wait to see what happens.

The left foot is the one with poor venous return due to the previous clot, right? So it probably just is more prone to swelling if you have more fluid retention.

Let me know if the Dex is getting low at all--you can run out very quickly at this rate.

I think that the tingling in the hands and feet is just hyperventilation. You can try to slow your breathing or breath with a paper bag in front of your mouth to rebreathe some $CO_2$.

I'll be speaking tomorrow. I'm here trying to see if I can learn any tricks from other doctors to help my patients with all the inflammation that comes with killing babesia.

Henry Lindner, MD


On Saturday, September 24, 2022 at 05:36:36 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


9 Krintafel over 5 days  sounds terrifying based on what happened to me the last time when I had 9 in 8 days.

Total pred friday was 426.
9:30 p.m. took another 42 pred/dex

Slept better again. I wake up in the night but I've been able  to go back to sleep. Usually can't go back to sleep after the 6:00 or 7:00 a.m. dose though.

 In the night and today:
3:30 a.m. felt bad so took another 42 pred/dex
6:50 a.m. took 238
11:00 a.m. took 159 mg plus two Krintafel.

An hour later, at noon feeling worse vice headache, worse nausea, throat tightness, feet and fingers tingling

Determining if I need more dex is much more complicated with antibabesials and herx ing. I understand that I shouldn't wait long but Vice headace and nausea was definitely something I experienced with herxing before I was on steroids. And what's with the tingling? Does that mean too much steroid?

Also I haven't had many sweats in the last couple hours and that usually seems like low pred. But of course can also be herxing.

12:30 still feeling  vice headache, worse nausea, throat tightness, feet and fingers tingling and now mild shaky and weak so I took 98 mg. Also took second arteM.

Today recap

6:50 a.m. took 238

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000357

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

11:00 a.m. took 159 mg
12:35 p 98mg
2:45 p 84 mg
4p 112mg

Each dose has helped but not lasting 2 hours. 4p dose help for about an hour but now feeling terrible nausea head vice, foggy, throat tightness,  sweats.

Do I keep taking more?? I've had 733!


Foot swelling is worse. Should I be concerned that it's only the left foot?

And face is still very puffy. I hope it's babesia inflammation and not steroid related.

The last few days, I guess from taking the higher doses of Dex my resting heart rate is been 80s instead of 90s and hundreds. Today I am seeing 60s and 70s.
Sp02 is 93/96

Hope you're enjoying your conference. Are you presenting or attending?

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 9/23/2022   8:02PM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) Better with 160mgs in AM, try 240mgs, ^Krintafel 2/da

MSG:       Stacey,

You're needing a lot of pred. Your pred need is going up also due to adding back in antimicrobials--but that is what we have to do. It's clear you can't stop killing them now and get better. OK on the milligrams--in prednisone equivalents. The bigger 160mg AM dose worked better than when it was spread out 80+80.

The lack of benefit and rapid wear-offs are partly due to not having enough antimicrobials on board. Take 2 tabs of Krintafel tomorrow as soon as you have your first meal. You should then take 2 tabs daily for a total of 9 tabs before stopping. We need to kill off enough of them to get you out of this hell, drop your pred need, and start getting you better. You'll tolerate the killing better if you get enough pred.

If you didn't feel overdosed in any way with 160mgs in the AM you can try a higher AM dose tomorrow--say 240mgs pred (mostly dex). But as soon as you feel it wearing off at all, you need to take another big dose--say 160mgs. Do not wait while you are feeling worse and worse. You get too far behind the curve that way and can't recover. When the 120mg dose wears off, try 100mgd, 80mgs, then 60, 40, 40, 40 etc. Your body will complain--in a very different way--if you get too much.

Henry Lindner, MD


On Friday, September 23, 2022 at 07:17:10 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Just to clarify. My numbers of milligrams are always a conversion to prednisone.
To continue with the email below
I continued to feel bad all afternoon. Very foggy lots of nausea. Foot swelling
6:45 p.m. started feeling worse vice headache, nausea even worse and throat tightness.
7:10 p.m. took six dex (42 pred)

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000358

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**


On Fri, Sep 23, 2022, 4:38 PM Stacey Wolking <kycpa1@gmail.com> wrote:

At 11pm took 40 dex/pred
So yesterday's total was 180pred plus 40 dex

I slept from about 1 to 6 a.m., waking up once around 3 a.m. to pee but not feeling particularly bad so didn't take anything and was able to go right back to sleep.

Woke up at 6 a.m. feeling pretty bad shaky, head pounding, nausea

Took 160 mg Dex/pred around 6 a.m.
The weak and shaking never seem to go away but I did get some relief for 3 hours of the foggy, bad vice headache and nausea.
At 9:00 a.m. those symptoms started getting bad again so I took 56 mg of dex at 9:50 a.m.
Helped slighty but didn't last long so took another 56 dex at 11:25 a.m. at the same time as my second arteM.

At 12:30 just an hour later had head and heart pounding and nausea and bad throat tightness. But I don't think I've had any sweats for the last couple hours. That's such a relief.

You said take large doses early in the day when the symptoms return. Does that mean when the 9a dose didn't last should I have taken a bigger dose the next time? Wondering if I should take a bigger dose now? What is a bigger dose? 56 Dex seems like a pretty big dose especially after 160 in the morning.

At 1p.m. took 70 dex.
Have continued to feel bad all day. Very foggy, headache, Nausea extra bad all afternoon.
At 3:20 took Krintafel.

Stacey

Henry Lindner, MD

Electronic Signature


| | |
|---|---|
| PATIENT MESSAGE | 9/23/2022   7:15AM |

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) Has Dex, will try in AM tomorrow

MSG:       Stacey,

The same steroid dose in the evening is much more effective than that dose in the morning, as the body's steroid need is lower in the evening. Often people feel better by the evening after taking catch-up doses all day--for the first time in the day that have finally gotten enough steroid into their bodies relative to their need. My goal with the very large AM dose is to get you feeling better from the start. Maybe we'll get one dose to work for you.

Tomorrow morning try 24mgs of dexamethasone upon awakening. That will be like 24 x 7 or 168mgs of prednisone. We may change that dose depending on how you do with the 160mgs of pred this mornings.

The symptoms: weak, vice headache, very foggy and shaky,  mild nausea, etc.can only be due to too little Pred too late. You saw what happened with the first 60mg AM dose--all that got better. We are giving you some antibabesials now, and in the short term killing the bugs is causing you to need more prednisone that before.

We should continue to add some pressure on the bugs, so take 1 Krintafel tab today with food.

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000359

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

Do write me as often as you need. I'll try to check your e-mails this evening again before dinner.

Do take large Dex or pred doses early in the day when the symptoms start to return, or if they don't respond within an hour to the previous dose.

I think we can get you through a big babesia die off if you'll just figure out how to get sufficient Dex/Pred into you early in the day, then as needed.

L-citrulline is only needed if you're having hemolysis from a large babesia die-off, and any cramps in your esophagus or intestines.

Henry Lindner, MD


On Thursday, September 22, 2022 at 10:48:41 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


.Thank you for checking in on me while you are at a conference. I hope by me saying this is the third email of today did not make you think that I was complaining that you had not answered. I was just trying to keep us organized and let you know there was a couple other emails there with information.

I continued to feel really bad all day mainly weak, vice headache, very foggy and shaky,  mild nausea. vice headache seemed to ease up a little bit late afternoon but then around 5:00 p.m. it started getting worse again so I took 20 mg. Did not help. This evening I have felt slightly better then I did all day , mainly a little less of a fog which makes me think that I had too much earlier or my need is just less in the evening? I am starting to get some heart palpitations and nausea so I guess I should take some now.

Yes I have plenty of dex. So I should switch over to that again? My brain is mush I don't remember why we stopped the dex a few weeks ago. I could not find that in my email I think you and Daryl must have talked about that. Maybe we thought it was causing my severe stomach pain??
I guess it's a good idea to try the dex again since i have some mild foot swelling today.

And now hair loss. Lots of hair loss. I read it's a steroid side effect. Very concerning.

Should I still be taking the l-citrulline powder? You had me taking 3 g three times daily. But that hasn't helped the throat tightness. However the esophagus spasms have gotten better. I still have a mild spasm about once or twice a week.

Stacey

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                  9/22/2022   6:02AM

TO:

CC:

FROM:      HENRY
RE:          (Patient: S. WOLKING) Large daytime Pred doses no helping. Try 120 in AM
MSG:        Stacey,

Try much more in the late morning of your sleep time, and/or after you get up. Try 120mg for that first dose and see how it affects you. We have to see if you're one of those who will only do well with a very large AM dose, then only minimal or no doses later.

If larger doses are not helping later in the day, don't continue to take them. Just take small doses.

Again, it is hard to understand how you have headache, weakness, shakiness and sweats with taking large doses through the day accept: 1. You didn't get enough initially and so cannot catch up

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000360

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

2. The bugs are more active with the immunosuppression of the steroids.

So we need to try the BIG dose in the morning and increase the antimicrobials. So yes, add in the Arte-M today at 1 cap 3 times daily. Take it and the atovaquone early in the day. You can take the Arte-M with the first steroid dose, the atovaquone too if you're having some food.

Try taking only small or no steroid doses the rest of the day after this AM 120mgs--like take just 10mgs later if you feel you need it and we'll see how that works--if those later doses help or not.

Henry Lindner, MD


On Wednesday, September 21, 2022 at 10:57:13 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Today was awful. I never could feel better at all and I almost seem like the more I took the worse it got. Severe vice headache, weak, shaky, sweats.

3:25 a.m. 10 mg
6:40 a.m. 15 mg
8:50 a.m. 60 mg
11:45 a.m. 50 mg
1:30 p.m. 60 mg
3:50 p.m. 80 mg
8:35 p.m. 20 mg


   I understand that you said to take as much as my body demands. What I meant to ask was in a single dose should I limit it to a certain amount?

   Since you said, Once you fall behind the curve and let the inflammation return you won't feel well for the rest of the day.
   Does that mean no matter how much I keep taking I won't be able to catch up. So what do I do then?


So I should start taking the arteM tomorrow? Or do I wait another day and see if I can get some relief from the prednisone. I'm confused because your email said "within a day" but then it said add the arteM "in a couple days".

Stacey


   On Wed, Sep 21, 2022, 2:29 PM

   So it's crazy how much I'm taking and nothing's helping. Is there a point that I stop? Or a number I shouldn't go over?

   So far today
   3:25 a.m. 10 mg
   6:40 a.m. 15 mg
   8:50 a.m. 60 mg
   11:45 a.m. 50 mg

   At 1:30 I felt worse than ever  headache, weak, shaky, nausea

   So I took another 60 mg

   At 2:30 I feel no better! But I've had 195 mg today.
   Do I just keep throwing more at it?

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000361

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                    9/21/2022  10:32AM

TO:
CC:
FROM:        HENRY
RE:          (Patient: S. WOLKING) 165mgs pred yest. Needs more early in day
MSG:         Stacey,

Take four of the DHEA now--2 twice daily or 1 four times daily--whichever works best for you.

I was traveling all day yesterday. On days off I answer e-mails only in the morning.

I'm not concerned about the amount of prednisone. You may need less if you get enough early in the day. Playing catch up doesn't work well.

You can take the 80mgs earlier and go back to bed. Again, this is trial and error to find what will work for you. I suspect you'll need much more than 80mgs in order to get a single daily dose to work. Again, when it starts wearing off take another big dose--like 60 or at least 40mgs. Then 20mgs doses, as a guess, if needed.

For sure, it's vital to start the day with enough pred. And for some people a big-enough morning dose is all they need.

Yes, we'll go back to azithromycin--I'll send it in. Rifabutin metabolizes away the prednisone, which will be just to confusing for you now.

There's no concern about being around the kids and grandkids. You're immune system is plenty active--we are doing our best to calm it down. I haven't seen severe COVID in any of my patients taking prednisone and treating babesiosis. My daughter was taking more than 100mgs of pred when she got COVID. She did better than the rest of us.

Have you been vaccinated against COVID? Or gotten it already?

Henry Lindner, MD

I sent you another email update this morning at 9:15 or so before I saw your email.

To clarify, are you saying to take four DHEA a day or two a day? A comma changes everything.

WHEN should I take the 80 mg? Does it have to be when I get up or would I be able to take it earlier like the 6:00 a.m. dose but then stay in bed?

You said go back on azithromycin. I did that a long time ago but then you switched me to rifabuten. Are you suggesting we switch back to azithromycin?

what do you think about me being around my kids and grandkids this weekend? Do I need to be concerned about being immunocompromised?
I am so conflicted since of course I want to see them but not sure since I feel so miserable.

Stacey

On Wednesday, September 21, 2022 at 09:19:09 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


I ended up taking 165 mg yesterday!
The 60 mg dose definitely made me feel better that I have in a long time. But then the rest of the day I

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000362

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

felt like I was chasing it starting at 1:00 p.m. and never could get enough to feel better again:
Yesterday:
3:45 a.m. 5 mg
6:45 a.m. 10 mg
8:50 a.m. 60 mg
1:40 p.m. 10 mg
4:00 p.m. 20 mg
545 p.m. 20 mg
825 p.m. 20 mg
1025 p.m. 20 mg

First time in a long time I slept a 3-hour stretch from 12:00 to 3. (Went to bed at 10:30)
3:25 a.m. took 10 mg
Slept about another hour
Hard to sleep with sweats every 20 to 30 minutes.
6:40 a.m. 15 mg
Only Slept a half hour. woke up at 8:30 a.m. feeling worse than ever - very shaky, bad headache, pain, nausea
8:50 a.m. took 60 mg.
So thinking I should be taking the bigger dose earlier but you said to take it when I get up so I'm not real sure what that means?

Now that I've paid more attention to the throat tightness it seems to be all over the place. Sometimes before I take a dose sometimes after. I find myself regularly pulling at neckline of my clothes but realizing that's not what's causing that feeling.

Please see my questions in the other two emails from yesterday in the thread below. I was trying to keep you updated as things happened yesterday.

Stacey

Henry Lindner, MD

Electronic Signature

---

PATIENT MESSAGE                                                          9/21/2022  8:50AM

TO:

CC:

FROM:        HENRY

RE:          (Patient: S. WOLKING) Much improved after 60mg AM dose, will add ABs

MSG:         Stacey,

You can see that your body is telling you how much to take. The 60mgs dose in the morning was good-
-it got you 4 hrs of improvement. But then the 10mg dose at 1:40pm was too little. You ended up too low for too long and so that the 20mg dose could not help you. In essence, you failed to stay ahead of the inflammation curve. A larger dose at 1:40pm would have worked much better--probably 40mgs.  Once you fall behind the curve and let the inflammation return you won't feel well for the rest of the day.

You must listen to your body and trust your own judgment. You are learning what you need through these dose experiments. The improvement after the 60mg AM dose tells us a lot. You need high prednisone doses now. Tomorrow you can try a higher dose in the morning--like 80mgs and see how much time you get from it. Maybe you will find a morning dose that will last all day and night. Maybe it will be 160mgs or so.

If the AM dose is too large for you--to take all at once--it will make you uncomfortable--agitated, flushed, light heart palpitations, etc. So you'd have to lower it a bit and take large later doses as needed.  If you take enough for the subsequent doses, your symptoms will remain better.

Do not concern yourself with the high amounts you need now. You have no choice but to take these high amounts. Needing high prednisone doses does, however, mean that we have to get back to the business of killing these bugs quickly in order to reduce their numbers so your inflammation and

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000368

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

prednisone requirement will drop.

When killing bugs you'll need even more prednisone for a week or two.  If you take enough you'll get through the die off without being super-miserable and confined to bed everyday. Up the DHEA to 50mgs twice daily, sublingually, to protect you as much as possible from the deleterious effects of high prednisone doses. Take high-dose Vitamin C regularly to fight the inflammation.

Maybe you will get this to work with one morning pred dose--you just have to keep increasing the awakening dose to see if you'll do OK with a dose then that will get you through the entire day and night.

So, your immediate job is to figure out how much prednisone you need to keep feeling better like you did after the 60mg dose. Within a day, you need to start adding back in the other antibabesials. Add in Arte-M in a couple days--at 1 cap 3 times daily. A few days later add azithromycin 250mgs daily, and a few days later take Krintafel 600mgs.

Killing these bugs is the only way to get you out of this hell--and in order to kill the bugs you have to take all the prednisone your body demands--no matter how much that is. Just let me know what's happening with your doses and I'll continue to advise you as best I can.


Henry Lindner, MD



On Tuesday, September 20, 2022 at 04:49:58 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


So I ended up taking 10 mg about 1:40 p.m. this afternoon and that helped for a little bit.
 But started feeling bad again about 3:00 p.m. so at 4:00 p.m. I took 20 mg. But 45 minutes later that didn't help at all.
Head vice and heart pounding is bad.
So not sure what to do now.
Please help.


On Tue, Sep 20, 2022, 1:38 PM Stacey Wolking <kycpa1@gmail.com> wrote:

   I think I need to take some now but I have no idea how much? After the big dose this morning do I take 1mg or 20 mg.? I just have no concept of what to try next?
   I took 60 mg at 8:50 a.m. this morning.
   That made me feel much better and I was able to do some things around the house this morning. Although I am still always a little shaky. I don't understand that.
   I had a couple hours with no sweats but then they started again at 11:30 and have been every 20 to 40 minutes since.
   At 1:00 p.m. I started feeling bad again. Nausea, extra shaky, vice headache, light heart pounding.
   Please tell me how much to take.

                                                             Henry Lindner, MD

                                                             Electronic Signature

---

PATIENT MESSAGE                                                          9/19/2022   4:59PM

TO:

CC:

FROM:       HENRY

RE:         (Patient: S. WOLKING) Some improvement on 10mg pred doses, try more

MSG:        Stacey,

            One's face can also have puffiness due to babesia-related inflammation. That puffiness is obvious because it goes down when you take more prednisone and the inflammation is reduced. My daughter saw this effect quite obviously on several occasions. Prednisone-induced puffiness doesn't go up or

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000364

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

down short-term with prednisone dosing. It is a long-term effect of excess prednisone. It will go away only when the prednisone dose gets low and stays low. But it's looking like the only way we'll get there is to kill a lot more babesia over time.

On what time scale do you notice sweats and throat tightness after taking prednisone? 5 mins? 15 mins? 1 hr? They should not be side-effects--as prednisone should not have side effects.

It does seem that pred helped to get rid of some of the worse symptoms. Yes take more--another 10mgs now and more during the night as needed. Tomorrow morning try 60mgs when you get up for the day and let me know how it goes. We just have to try a lot now and see what happens,

Continue the atovaquone twice daily with food for now.

Progesterone capsules when swallowed are usually sedating--that's why I recommend bedtime.

You should test urine at least twice weekly when taking anti-babesials--more often if you notice a change in urine color. Probably you'll need to be on much stronger antibabesial therapy to see blood or protein in the urine from killing babesia.


Henry Lindner, MD



On Monday, September 19, 2022 at 02:27:32 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

Also forgot to ask do I have to wait till bedtime to take the progesterone? It says take at bedtime on the bottle.
And do I need to be doing urine testing?

Dr Lindner

Took 10mg prednisone at 11:45 a.m.
Didn't help so took another 10mg at 12:50 p.m.
At 2:00 p.m. feeling shaky is gone. Nausea and heart pounding is slightly better. Still very weak and bad vice headache and foggy.
At 2:10 p.m. got that hot prickly feeling and sweats.
Should I take more?

I took mepron at 11:50 a.m.

Why do I have the puffy face now and not when I was taking prednisone before?

Why are sweats more frequent and throat tightness worse after taking prednisone?

I guess those are some of the reasons why I keep thinking that the prednisone is not helping me or is too much.

Stacey

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | | 9/19/2022  12:32PM |
| --- | --- | --- |
| TO: | | |
| CC: | | |
| FROM: | HENRY | |
| RE: | (Patient: S. WOLKING) Nausea, shakiness, HA. Should restart antibabs, ^Pred | |
| MSG: | ORDERED/ADVISED: Order Date 09-19-2022 | |
| | - Custom Order (For IGeneX): | |

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000365

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Babesia FISH
Babesia Immunoblot)  (R53.8, B60.09)
Info sent to patient

Telephone consult 40 mins
See prior note STC. Has tapered down to physiological HC doses. Getting some relief with HC doses, but not much. Having hot/prickly feelings, nausea, fatigue, brain fog, weakness, heart pounding, throat tightness. Slept better on prednisone. Off ABs for over a month now.
AP: Persistent immune reaction to chronic babesiosis causing marked symptoms. Has not improved substantially with stopping ABs, but is better than when taking high-dose Krintafel/Arte-M. Will need to restart atovaquone and killing the parasites is the only way forward. Also should restart prednisone and take at least 10mgs now, then doses as needed. Will try to see if she will do better on moderate AB therapy and moderate prednisone doses. Should also restart EPT.
Will decide on Babesia testing

Henry Lindner, MD

Electronic Signature

---

PATIENT MESSAGE                                                             9/19/2022  10:55AM

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) Message from patient

MSG:

This is scary. Feeling much worse. Along with the other regular symptoms, headache, nausea, heart palpitations / chest pains, sweats/chills
This weird hot prickly feeling is much more frequent and sometimes constant. I just feel so sick like I'm dying.

Pred/Hydrocortisone doses:

Sat 9/17 -  7mg of pred, + 10 HC.

(So equal to 9.5 mg total prednisone)

6:10 a.m. 4.5 mg prednisone

8:45 a.m. 2.5 mg prednisone

Felt like it was too much.

Felt horrible all day - vice headache, shaky, heart palpitations, chest pain,

6:00 p.m. 2.5 mg hydrocortisone

7:40 p.m. 2.5 mg hydrocortisone

Evening was particularly bad, which is unusual, had lots of hot prickly waves throughout my body. I don't know how to describe these. But they make me feel like I'm going to throw up or pass out.

11:00 p.m. 5 mg hydrocortisone

Sunday 9/18 did the lower dosing as you suggested :

6:15 a.m., had mild headache, nausea, heart pounding took 10 hydrocortisone

Felt worse after this dose, pretty much non-stop sweats, hot prickly waves, headache, nausea, shaky,

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000366

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

heart just constantly feel like it's flopping around. I thought maybe it just wasn't enough.

9:00 a.m. 2.5 mg hydrocortisone

Maybe felt slightly better about a half hour later but then felt much worse again

Non-stop sweats stopped about 10:00 a.m. then had a deep chill for a couple hours where I just could not get warm

11:30 a.m. took another 2.5 mg hydrocortisone.

3:00 p.m.  took 5 mg hydrocortisone. This helped some for a little bit, but then at 4:15 p.m. started feeling worse again.

I took the dosage you suggested but since it wasn't helping I thought that meant not to keep taking them. But maybe it just wasn't enough?

I'm also confused because you said we needed to lower slowly once we got to 10 mg pred. and yesterday was 9.5 mg and today you were suggesting 2.5 mg prednisone in the morning and then one mg for each additional dose. So are you saying we don't need to lower slowly?

I just have no idea what is going on or what to do.

can you please call me? 540-751-0798

Anytime today

Or since Daryl wants to be there too

He can do after 10: 30a Monday.

Why is it so bad? What is happening to me?

Could drug side effects be a factor? Daryl said the Ambien lists a lot of side effects that I have. But every drug lists a million side effects that I have!

Could stopping the hormones in July be a factor?

Should I be taking mepron or something?

The headache and nausea are nothing compared to these hot prickly waves that make me feel like I'm going to die along with the constant chest pains and heart flopping is really awful and scary.

Spo2 is 97/98

Stacey

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | 9/19/2022   9:23AM |
|---|---|

TO:

CC:

FROM:      HENRY

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000367

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

RE:        (Patient: S. WOLKING) Still feeling very badly
MSG:       Stacy,

I'll call you between 10:30 and 11am at your home no
Henry Lindner, MD


On Sunday, September 18, 2022 at 04:23:13 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


This is scary. Feeling much worse. Along with the other regular symptoms, headache, nausea, heart palpitations / chest pains, sweats/chills
This weird hot prickly feeling is much more frequent and sometimes constant. I just feel so sick like I'm dying.

Pred/Hydrocortisone doses:

Sat 9/17 -  7mg of pred, + 10 HC.

(So equal to 9.5 mg total prednisone)

6:10 a.m. 4.5 mg prednisone

8:45 a.m. 2.5 mg prednisone

Felt like it was too much.

Felt horrible all day - vice headache, shaky, heart palpitations, chest pain,

6:00 p.m. 2.5 mg hydrocortisone

7:40 p.m. 2.5 mg hydrocortisone

Evening was particularly bad, which is unusual, had lots of hot prickly waves throughout my body. I don't know how to describe these. But they make me feel like I'm going to throw up or pass out.

11:00 p.m. 5 mg hydrocortisone


Sunday 9/18 did the lower dosing as you suggested :

6:15 a.m., had mild headache, nausea, heart pounding took 10 hydrocortisone

Felt worse after this dose, pretty much non-stop sweats, hot prickly waves, headache, nausea, shaky, heart just constantly feel like it's flopping around. I thought maybe it just wasn't enough.

9:00 a.m. 2.5 mg hydrocortisone

Maybe felt slightly better about a half hour later but then felt much worse again

Non-stop sweats stopped about 10:00 a.m. then had a deep chill for a couple hours where I just could not get warm

11:30 a.m. took another 2.5 mg hydrocortisone.

3:00 p.m.  took 5 mg hydrocortisone. This helped some for a little bit, but then at 4:15 p.m. started feeling worse again.

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000868

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

I took the dosage you suggested but since it wasn't helping I thought that meant not to keep taking them. But maybe it just wasn't enough?

I'm also confused because you said we needed to lower slowly once we got to 10 mg pred. and yesterday was 9.5 mg and today you were suggesting 2.5 mg prednisone in the morning and then one mg for each additional dose. So are you saying we don't need to lower slowly?

I just have no idea what is going on or what to do.

can you please call me? 540-751-0798

Anytime today

Or since Daryl wants to be there too

He can do after 10: 30a Monday.

Why is it so bad? What is happening to me?

Could drug side effects be a factor? Daryl said the Ambien lists a lot of side effects that I have. But every drug lists a million side effects that I have!

Could stopping the hormones in July be a factor?

Should I be taking mepron or something?

The headache and nausea are nothing compared to these hot prickly waves that make me feel like I'm going to die along with the constant chest pains and heart flopping is really awful and scary.

Spo2 is 97/98

Henry Lindner, MD
Electronic Signature

| | |
|---|---|
| PATIENT MESSAGE | 9/17/2022  11:45AM |

TO:

CC:

FROM:     HENRY

RE:          (Patient: S. WOLKING) Down to 9mgs pred, feeling worse post dose. Try HC

MSG:       Stacey,

I agree that some of your symptoms must be related to intolerance of the prednisone. If you needed it you would feel better after doses and worse later when they wore off.

You should certainly take less pred in the morning--like no more than 2.5mgs total, and then 1mg doses later if you feel you need them.

Sure, you can change to HC as it is biodentical and it's conceivable that some persons would react strangely to prednisone.

You can substitute 10mgs of HC for 2.5 of prednisone. Take only 2.5mgs HC for later, lower doses.

We should soon be able to figure out what is prednisone intolerance and what is ongoing inflammation from your immune reaction to the babesia.

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000869

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Henry Lindner, MD

On Friday, September 16, 2022 at 10:56:25 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

Dr. Lindner
Should I still be experiencing prednisone withdrawal symptoms? Very concerned that i still feel awful and non-functional. I'm still having all these symptoms even though Krintafel should be out of my system by now:

Frequent Sweats/chills around the clock
Nausea
Headache
Feel shaky
Severe fatigue
Brain fog
Heart pounding/ fluttering
heart rate over 100 most of the time
Throat tightness
Puffy face
Face hair growth
Increased appetite / weight gain
Bloated belly
Woozy
Not sleeping
These symptoms come and go:
Chest spasms
Hand tremors and hand cramping
Waves of Hot prickly tingling in head and body
Tingling fingers and toes
Blurry vision
Indigestion/heartburn
Low back and right side pain

With all these symptoms I am completely incapable of determining if I need more or less or just dealing with withdrawal symptoms.

What does it mean that My symptoms are always better in the night after long stretches of very little or no Prednisone? Is that typical?

I really would like to get completely off the prednisone since many of these symptoms are on the "serious side effects" list on the prednisone product information. I've often wondered if prednisone just does not agree with me since I've had so much trouble figuring it out.

Mornings are always extra awful even though we've tried all kinds of different dosing. Unfortunately I'm not really sleeping but I don't usually get out of bed till 11a.m. or noon.

Prednisone doses:
9/11   13 mg
9/12.   11 mg
9/13.   11.5 mg
9/14.   10 mg
9/15.   9 mg

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization   of the patient listed above.
WOLKING-LINDNER 000370

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Yesterday 9/16: 9.5 mg
6:00 a.m. 3 mg
8:00 a.m. 4.5 mg
(this felt like too much -felt miserable - headache nausea, fatigue, weakness, heart thumping, but felt
wired and revved up.
Sweats, which are often every 20 minutes, slowed up and even stopped completely from 10:00 a.m. to
noon. At noon the sweats started up again, and are literally every 20 minutes.

5:00 p.m. started feeling extra bad and felt like I needed some so I took 1 mg. It did not help.
Started feeling better around 7:00 p.m.
9:15 started feeling worse again.
I will take 1 mg when I go to bed tonight as That seemed to help last night. So that will make 9.5 mg
total for today.

 2 days ago my two morning doses were 3 mg and 4 mg and I continued to feel terrible all afternoon and
evening.
Yesterday I took a little bit more in the morning, 3 mg and 4.5, and it felt like 4.5 was too much but then I
felt better today from noon to 4:30. So that makes no sense to me.

You mentioned switching over to hydrocortisone. Does that have less side effects. Would that be any
easier to get the dosing right?

Stacey

Henry Lindner, MD
Electronic Signature

---

| | |
|---|---|
| PATIENT MESSAGE | 9/12/2022  10:20AM |

TO:

CC:

FROM:       HENRY

RE:          (Patient: S. WOLKING) Prednisone tapering questions

MSG:        Daryl,

I think you can keep lowering the dose down to 5mgs daily within a week, then reduce by 1mg/day
every week after that. She can come off the prednisone completely IF she feels no worse for doing so.

There is no one guide for all persons in all situations--there are just some principles that we do know
about that affect most persons.

Henry Lindner, MD

On Monday, September 12, 2022 at 06:53:51 AM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:

Hi Dr. Lindner,

I have a question about a statement from your last email. You said "If you get 5mgs of prednisone daily
you'll be getting a replacement dose and the withdrawal should not be too severe."

Does this mean we don't need to stop at 10mgs per day and can we keep reducing down to 5 mgs per
day?
Is that (5mgs) the lowest she should go? Or can she get to none?
Thanks
Daryl

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | 9/9/2022  12:20PM |
|---|---|

TO:
CC:
FROM:      HENRY
RE:        (Patient: S. WOLKING) down to 10mg pred/day, feels worse post doses
MSG:       Stacey,

I'm not sure why you feel worse after prednisone doses, but I sure agree that it means you should take less. I can only give rough guidelines. What works best for you you'll just have to try to find by trial and error.

Try just 2.5mgs per dose early in the day as you did this morning. You may only need a couple doses in the AM and then no more. During the night when you can't sleep I suggest trying 1/2 to 1 mg prednisone. You may sleep better if you get 1/2 to 1 mg at bedtime. If you're within 4 hrs of your usual wake up time try 2.5mgs to see if it will help you sleep until then.

You still have Krintafel in your body--so I think there is a combination of herxing and withdrawal. I you get 5mgs of prednisone daily you'll be getting a replacement dose and the withdrawal should not be too severe. When one doesn't need the prednisone, withdrawal is much easier.

Yes, you can lower the DHEA to 1 tab sublingually daily on the lower prednisone dose.

Facial puffiness takes a few weeks to go away once you're down to 7.5mgs or less of prednisone daily.

I hope you're feeling better soon.

Henry Lindner, MD


On Friday, September 9, 2022 at 08:46:15 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

Dr. Lindner,
For the most part still feel pretty horrible most of the time. Nausea, headache, sweats, shaky, fatigue, foggy, blurry vision, high heart rate, dizzy. Although, The last couple days I have started to feel a little more clear-headed. I usually feel the best in the evenings and in the night when I have not been taking prednisone.

Still have lots of throat tightness and chest pain / spasms. I just woke up a couple nights ago again with severe and radiating chest pain / spasm. The citrulline has not helped. Should I keep taking that three times a day?

Mornings have been especially bad. I always feel worse after the early morning dose around 5 a.m. The last 6 mornings we have tried variations of 5 - 8 mg for the first early morning dose and that is usually after taking none or very little prednisone the previous afternoon or evening. But again I always seem to feel worse after taking it. So how do I keep taking it when it only makes me feel worse?

Last Krintafel doses were 3 pills each on 8/6, 8/7, 8/13.
SPO2 is 97-98.
Based on that I'm assuming that most of my symptoms are prednisone withdrawal related and not herxing?

Last mepron was 8/18, last ArteM and rifabuten were 8/19.

We realize prednisone withdrawal is tricky and is going to make me feel bad.As you can see below,

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

when less prednisone didn't make me feel any better we tried more. Thought maybe we were reducing it too fast. Have tried pretty much everything -Taking more, taking less, taking little bits through the day, taking biggest dose around 5 a.m. and less or none during the day and evening. I had one day where taking little bits all day seem to be slightly better. But the last few days I feel worse every time I take any.

Prednisone totals:
8/29. 25 mg
8/30 24.5 mg
8/31 20.5 mg
9/1  23.5 mg
9/2 18 mg
9/3 16 mg
9/4 14 mg
9/5 18.5 mg
9/6 25 mg
9/7 20 mg

And yesterday 9/8 11.5 mg.
5:15 a.m. 7.5 mg
8:50 a.m. 3 mg
7:00 p.m. 1 mg
I felt so much worse after taking the morning doses. But then we got worried that the total for the day was such a drop from the day before we were wondering if a little bit would make me feel better.
 That 1 mg dose at 7:00 p.m. made me feel worse.
At this point it seems that Every dose makes me feel worse yet you said we can't stop it or drop it too quickly, especially below 10 mg.
 So when am I supposed to take the 10mg  if everything makes me feel worse??

This morning at 6:45 a.m. took 2.5 mg. Did not seem to make me feel better or worse. At 8 a.m. felt noticeably worse, stronger vice headache, sweats and worse nausea so took another 2.5 mg.

Sleep is also a major problem. For many weeks I haven't been able to sleep longer than 20 or 30 minutes of time. Last night I think I had a 1 hour stretch. I probably haven't been getting more than two or three hours total/night. Even a nap yesterday afternoon, I woke up after 20 minutes. Makes no sense. I am utterly exhausted

I usually drag myself out of bed late morning and sit on the couch. I try to move and putz around the house but that makes my heart rate go high (145) and I feel like I'm going to collapse.
Heart rate is usually over 100. When I lay down it's in the 90s.

Feet swelling has been gone for days, but face very puffy.

Does taking less prednisone mean I should take less DHEA? I'm currently taking two tablets a day.

Stacey

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                    9/1/2022   3:17PM

TO:

CC:

FROM:     HENRY

RE:       (Patient: S. WOLKING) Needs AM pred only. Advice on tapering.

MSG:      Daryl,

I'm glad that less is working better. Sure, she may only need the morning doses.

You can just keep trying a bit less every day--2 or 3mgs less--and see how it goes. When you get down

---

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

to a level that she begins to feel worse from lowering you'll need to increase the dose to the last good dose, then lower more slowly.

You may be able to lower quickly to 10mgs day. If so, from there you should lower mores slowly--like 1 mg / day every week. 10mgs per day is close to a physiological dose. For some people it's only 7.5 or even 5mgs/day.

If she does OK with lowering to 0 mgs per day that's OK. She can make cortisol on her own--she doesn't have adrenal insufficiency. I added the hydrocortisone, then prednisone to help her cope with the herxing from killing babesia. Hopefully she won't need to take high doses again, even with restarting antibabesials.

Henry Lindner, MD


On Thursday, September 1, 2022 at 01:44:12 PM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:


Dr. Lindner,

Since Sunday when her total prednisone was 27.5mg the daily dosing has fallen into the lower 20s mg per day.  the five days you suggested would end tomorrow, Friday the 2nd.
Do you have a suggested level of mg to get down to and for how long?

Stacey feels like the pred makes it worse if she takes any in the afternoon so we are planning on none after the dose this morning. this means if no more today she will have 21.5mg from 1:00 am to 9:00 am.

Daryl

Henry Lindner, MD
Electronic Signature


| | |
|---|---|
| PATIENT MESSAGE | 8/30/2022   3:54PM |

TO:

CC:

FROM:      HENRY
RE:        (Patient: S. WOLKING) Script for 1mg pred tabs for tapering.
MSG:       PRESCRIBE: predniSONE 1 mg oral tablet, Take up to 6 tabs po daily as directed, # 180, RF: 5.
           (Transmitted by Henry Lindner, MD) Harris Teeter

           Sure, I sent in a prescription for up to 6 of the 1mg tabs daily.

           Henry Lindner, MD


On Tuesday, August 30, 2022 at 01:31:56 PM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:


Dr. Linder,
If you can call in an Rx for 1mg tablets of prednisone to Harris Teeter in Purcellville that would be great.
Thanks,
Daryl

Henry Lindner, MD
Electronic Signature

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000974

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

| PATIENT MESSAGE | 8/29/2022   4:38PM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:       (Patient: S. WOLKING) 20mgs pred this morning

MSG:      Daryl,

Yes, the AM doses may still have been giving her high levels and effects, so that the 4pm dose raised them further causing some problems. With time her levels and effects from those earlier doses declined, which is why she seemed to just benefit from the lower doses.

Prednisone has a half life in the serum of 3 to 4 hrs--so after that time levels have fallen to 1/2 of their peak levels.

Corticosteroids are complicated. There is the serum half life, but then there is the biological half-life--how long the hormone continues to have effect in the body after it had gone from the serum. Also we naturally get most of our corticosteroid in the morning hours and less later in the day and night. So the way it works out, people with no adrenal glands at all can do OK on one prednisone dose in the morning. They are low overnight, but they got all the pred in the morning when they needed it most and so are OK overnight.

And we cannot measure how much a person with inflammation needs except by their clinical response--so in the end one has to go by symptoms. If she doesn't seem to need more prednisone you can just see how she dose with the 20mgs from this morning. She may not need another dose. If you see signs that she needs more, have her take just 1mg and see if that helps. I have some babesia patients who do best with only a large morning dose, and sometimes with a tiny dose or two later in the day.

Henry Lindner, MD


On Monday, August 29, 2022 at 12:35:55 PM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:


Just to clarify something in your reply, you stated " Maybe the 4pm pred dose was too much as she still had high levels from the doses earlier in the day".  That dose was only 1mg. Are you saying that 1mg was too much based on morning doses of 17.5mg?

How long does pred last in the body?

This morning at almost the exact time from 4:14 to 10:20 am, she's had a total of 20mg. How long should this continue in her system and benefit her?

We will maintain, or lower slightly, the dosage of 27.5mg we dosed on Sunday for Monday through Friday depending on her symptoms and reactions.

Thanks for your help.
daryl

Henry Lindner, MD
Electronic Signature


| PATIENT MESSAGE | 8/29/2022   10:32AM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:       (Patient: S. WOLKING) Sweating, high HR, Pred down to 27.5mgs

MSG:      Dear Daryl and Stacey,

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
FORMAL HEALTH RECORD

Oh, and yes, the sweats and high heart rate must also be due to prednisone withdrawal. If that is the main cause, they will improve with every day she takes around the same dose of 27mgs of prednisone daily--as her body adjusts to the lower corticosteroid levels. That would be a good reason to stay around this dose or a bit lower for 5 days or a week, then recommence with tapering.

Henry Lindner, MD

I agree with continuing to gradually reduce the prednisone dose. When you get under 10mgs daily, a near-physiological dose, then you need to go more slowly, like reduce by 1 mg/day every 5 days or so. I can get you the 2.5 or 1mg tabs to make that easier. We could also instead switch to hydrocortisone, which is less potent (20mgs of HC equals 5mgs of prednisone).

I believe that the high heart rate and sweating are babesia herxing symptoms. They are not dangerous and may improve, but not be eliminated with more prednisone. I think that they will calm down with time off the antibabesials and with her tafenoquine levels falling.

Maybe the 4pm pred dose was to much as she still had high levels from the doses earlier in the day, but by 7:45pm her pred levels were low enough that she got a little benefit from the doses after that.

Paradoxically, a person can get more swelling with lowering prednisone doses--as the swelling is from babesia-herxing-related inflammation--which increases on a lower prednisone dose. The body will adjust with time.

Henry Lindner, MD


On Monday, August 29, 2022 at 08:43:29 AM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:


Dr. Lindner,

Update on Stacey.

Total Pred on Friday the 26th was 47.5mg

Total Pred on Saturday the 27th was 55.5mg

Total Pred on Sunday the 28th was 27.5mg:
1:50 a.m. 2.5 mg
4:20 a.m. 10 mg
7:00 a.m. 5 mg
10:10 a.m. 2.5 mg
4:00 p.m. 1 mg - took this because of high heart rate (90-120) and sweating all day.  We thought a little bit might help. This actually made her feel worse.
    Started in with another wave of heart pounding so thought maybe needed prednisone.
7:45 pm  1.5mg
8:45 pm  2.5mg - took these last two because of high heart rate (up to 112), sweats, and hot prickly feeling. We thought she needed some to calm down her heart rate. It seemed to help.
11:15 pm 2.5mg  + sleeping pill

SpO2 on Sunday: 95/96

She reached a point days ago where she felt like every time she took prednisone it only made her feel worse.


Her face got more puffy starting Friday and her feet swelled on Friday and have continued to get worse through today. She also had Burning diarrhea today.

Sometimes the sweats will stop for hours other times they are constant like today. All the time nausea, severe fatigue and weakness, headache. Hands and feet feel numb / prickly/tingly.

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.
WOLKING-LINDNER 000376

WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
FORMAL HEALTH RECORD

With recurrent waves of hot prickly head, heart pounding, short of breath, even more severe nausea / salivating and even worse vice headache, worsening stomach pain, shaky.

But she experienced all these same symptoms when she was taking more prednisone.

We realize we're not  supposed to stop the prednisone cold turkey but when taking prednisone she feels even worse and gets blurry cloudy foggy vision and even worse vice headache.

So at this point we are just trying to reduce the prednisone as quickly as possible but at the same time avoid withdrawal symptoms.

Our biggest concern is her constant fast heart rate. When she is still, it is 95-110. But any movement and it is even higher.
Of course this feels miserable. Is this a pred withdrawal symptom?  Can you suggest anything to help with this?

Daryl

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 8/26/2022   2:42PM |
|---|---|

TO:

CC:

FROM:       HENRY
RE:          (Patient: S. WOLKING) Down to 75mgs pred. Discussed diurnal dosing.
MSG:         Stacey,

I think you're getting too little again in the early morning--when your body needs pred the most. That's why mornings are worse. The body needs less in the afternoon, and you've taken a few pred doses by then so you feel better then. So not taking much, or taking no pred in the evening and early in the night, the get more at 3 to 4 am and again on awakening for the day. You will probably be able to take less later in the day and even less in the evening and early in the night.

Getting worse with longer delays between doses must be low pred, or pred withdrawal. Nausea that begins or worsens after taking a dose suggests that it irritated your stomach or was too much.

So try more in the early part of the day and less at other times. See if dosing it this way doesn't give you any problems in the hour after a dose--as problems then suggest that the dose was too much.

You are still herxing to tafenoquine, but this will decline with time.

Henry Lindner, MD


On Friday, August 26, 2022 at 10:24:25 AM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:


Dr. Lindner,

Update on Stacey,

Rest of Thursday the 25th:
12:00 pm  10mg
4:45 pm  7.5mg  Felt really bad
8:15 pm  7.5mg
10:30 pm 7.5 mg  felt worse going to bed, see below, slept from about 11:30 to 1:00am, felt better upon waking.
total for Thursday = 75mg

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000877

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Friday the 26th:
1:10 am  7.5mg  +sleeping pill , felt ok. But no sleep. After dose, nausea worsened so I nibbled crackers. (From meds on empty stomach or pred symptoms????)
3:50 am  7.5mg  but no sleep.
        4:15a increasing Mild symptoms. Waves of hot/stingy/ptickley head, vice headache, sweats, stomach pain/nausea/salivating,    heart, short/breath.
        4:35a continuing to feel worse with the above. But not at all sure what to do about it?
4:50 am  1mg
7:20 am  7.5mg  had a bad headache, chest pain, nausea
9:45 am  6mg

These are notes from about 4:00am this morning from Stacey with questions:

Last 2 days pattern is herxing bad early to late morning - hot/stingy/ptickley head, intense vice headaches, sweats, worse stomach pain/nausea/salivating, heart pounding, short/breath, severe fatigue.
Then things change. spend the afternoon feeling like withdrawal.
Constant nausea, severe fatigue, blurry vision, severe brain fog.milder sweats. feel catatonic and can barely move.bad back pain.

If I go more than a couple hours between doses, it starts to feel even worse - worse vice headache, stomach pain/nausea.

Took 7.5mg doses all afternoon yesterday and At 10:30p. felt worse going to bed. Mild hot/stingy/ptickley head, vice headache, sweats, worsening stomach pain/nausea/salivating, heart pounding, short/breath.

Slept from Abt 11:30p to 1a.
felt better upon waking.
At 1:10a  Took 7.5mg, felt ok. But no sleep. After dose, nausea worsened so nibbled crackers. (From meds on empty stomach or pred symptoms????)
At 3:50a Took 7.5mg, . But no sleep.

4:15a increasing Mild symptoms. Waves of hot/stingy/ptickley head, vice headache, sweats,  stomach pain/nausea/salivating, heart, short/breath.
4:35a continuing to feel worse with the above. But not at all sure what to do about it?

Still no sleep!
And that is with taking Ambian at 10:30p and another at 1:10a.
What can I do differently??
Still too much??

We are happy to decrease pred even quicker but you have seemed to caution against doing it too quickly.but if I feel this horrible all day without the herxing then should I take less and just suffer through?

And how much do we increase The dose when I am definitely herxing??

Thanks,
Daryl

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | 8/25/2022  7:07PM |
|---|---|

TO:
CC:
FROM:    HENRY
RE:      (Patient: S. WOLKING) Qs about pred weaning, maintenance AB therapy

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

MSG:    Daryl,

I'm very happy she's doing better in most ways. As mentioned, there is prednisone withdrawal and that is mitigated by tapering more slowly. You and she will just have to decide how fast to go. Too fast and she'll be extremely tired, achy, and brain fogged, and will feel a bit better with taking a bit more.

Yes, she can try to go longer between doses if she's not crashing at 2 hrs. I can't recommend a dose---all I can see is that you can slowly lower the doses and/or increase intervals as tolerated.

Getting off prednisone or hydrocortisone is not the most important goal; that is getting down to a physiological dose. For Prednisone that's under 7.5mgs per day, for hydrocortisone 30mgs/day. We can change her to HC when she gets under 10mgs of pred.

She may just need a Malarone tablet twice daily to keep the babesia under control--if the gets well enough to just take a maintenance dose. No need to add back antibabesials beyond that unless she is not well enough, and or she gets better then starts to get worse again off antibabesials or on some very low dose of an antibabesial.

Everyone is different, but hopefully when she recovers from this herxing she'll be in a better place overall than before starting the antibabesials. Some persons, however, have so many organisms left that they have to keep killing them to get significantly better.

Henry Lindner, MD


On Thursday, August 25, 2022 at 04:56:26 PM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:


Thanks for your replies.

I understand why she got so sick and the meds that are still in her system.
And it makes sense she could be going through pred withdrawal on top of herxing.

She has done better with the lower doses of pred but I don't want to sugarcoat it. She feels bad all the time. Some are just a lot worse than others, like the morning. But I have seen some improvement yesterday and today.

I've encouraged her to go longer than two hours between doses if she can tolerate the symptoms.

I'd like to give her even lower doses until she is off the pred.  Should she take less than what I've been giving her, see above?  Do you recommend a dosage?  How fast should I go?  When would I stop dosing pred altogether?

What are we looking at if we get her off the pred?
What would be the minimal anti-babeseils she could take without pred and to keep the bugs from multiplying?
If she is off the pred at what point do we add some meds back?

Sorry for so many questions.  I'm a CPA, all this seems so grey and fuzzy. I do better with black and white.
Daryl

                                                              Henry Lindner, MD
                                                              Electronic Signature


| PATIENT MESSAGE | 8/25/2022  2:35PM |
| --- | --- |

TO:

CC:
FROM:    HENRY

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000379

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

RE:        (Patient: S. WOLKING) Tolerating lower pred doses, some withdrawal
MSG:       Daryl,

Yes, the vomiting on the 14th and 15th was from killing a lot of babesia with Krintafel.
Krintafel has a half life of 2 weeks, so after 2 weeks levels are 1/2 of their peak. The other antibabesials
are gone from the body within a week. At 4 weeks after the last Krintafel dose, her levels will be 1/4 of
their peak.

Give me the big picture--what have you seen with her taking the lower doses of Prednisone?

If she did pretty well on Wednesday with so much less it tells me that she indeed was not needing the
higher doses. Her feeling worse today may just be withdrawal--that is feeling worse just because the
prednisone dose is much lower than it has been. The body got used to higher amounts so less feels like
too little--but one adjusts to the lower dose within a week or so.

So keep the prednisone doses lower as long as she's tolerating the lower doses. If she feels better with
taking a bit more then give her a bit more--it does help with the withdrawal--then one can tolerate the
lower doses better later.

Henry Lindner, MD


On Thursday, August 25, 2022 at 09:41:36 AM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:


Update Thursday, August 25

Wednesday, August 24th dosing continued:
9:30 am 15mg
9:55 am 5 mg
12:35pm  7.5mg
2:45pm  7.5mg
5:10pm  8mg
7:25pm  7.5mg
10.15pm  7.5mg + sleeping pill
Total of 113 mg for the day

Thursday, August 25th:
12:50 am  7.5mg
4:30 am  10mg  Felt real bad
6:50 am  12.5mg  Felt very bad
8:50 am  12.5mg  Felt very bad

SpO2:  11:32 am Thursday, 93/95
            8:00 pm  Thursday  94/95

At these SpO2 levels does this mean she is not herxing?

Regarding Krintafel, these were her recent doses:
Saturday the 6th - 3 at 2:25pm
Sunday the 7th - 3 at 4:45pm
Saturday the 13th - 3 at 3:40pm

On Sunday the 14th and Monday the 15th is when she got very ill with vomiting.  Was this because of
this much of the powerful drug Krintafel ?
Per this schedule would she still be herxing from this?
When would be the expected time this would be out of her system, as in one, two, three more weeks?

What about ART-M, Mepron and Rifabutin?  The last time she had these was the morning of Friday the
19th.

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Thanks,
Daryl

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                                8/24/2022   2:05PM

TO:

CC:

FROM:        HENRY

RE:          (Patient: S. WOLKING) Overdosed by 25mgs pred at 4am, will try 50% less.

MSG:         Daryl,

It's complicated--as too large a dose can produce strong withdrawal afterwards--what goes too high has
to come down fast too. Where as a lower dose would not produce such acute prednisone withdrawal.
Withdrawal feels just like low prednisone levels. I think that's what happened. So I do think that the
4:10am dose was excessive--she did feel overstimulated too.

Yes, a lot of pred does weaken tissues so one can bleed or bruise more easily.

The SpO2 is completely dependent on the her tafenoquine levels. Her levels are falling with time and so
her SpO2 is going up.

OK on the antibabesials for now, and trying the lower pred. Let me know how it goes.

Let us hope that she does actually need a lot less prednisone over the coming week or so. If she can
come off prednisone altogether, like she did before, hen there will be no need to take antibabesials
again--if she feels/functions well enough. However, if she continues to need prednisone we'll have to
treat with antibabesials again in an attempt to bring the prednisone need down further, and get further
improvements with time.

It is a very difficult infestation to eradicate--but the parasite load can be reduced with time so that the
person feels/functions much better and needs no hydrocortisone or prednisone--or just a physiological
dose.

Henry Lindner, MD

On Wednesday, August 24, 2022 at 01:11:14 PM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:

Dr. Lindner,

Perhaps the most confusing thing is from early this morning.
Monday morning you said to up the dose to counteract the early morning. We did that. We gave 25mg
at 4:10 am when her symptoms were mild, she dozed off and then was wide awake at 5:15 am, only 1
hr and 10 mins later. She felt over-stimulated and at 6:00am she actually went to the kitchen (first time
out of the bedroom in 10days) and had the mental clarity to make some soup.
Then at 6:45 am, 2.5 hrs after the dose she started with big sweats, at 7:20am symptoms quickly
worsened - heart pounding , vice headache, and nausea.
This time span does not make sense.  At any point was it herxing?  Would she have needed more Pred
during this time?

I think we are going to try to reduce pred intake by 50% rather than cold turkey.  I thought that was bad.

She had a nosebleed this morning.  Can pred cause that?

Does Spo2 of 93-95 mean that she is not herxing ?

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000881

WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
FORMAL HEALTH RECORD

Being aggressive again with the meds is not what she wants to do. I agree with her. There must be another alternative. She is not a young lady anymore and has been through a lot. This is very hard on her. It is hard to describe but this last two weeks are much different from when she started the protocol.

If you call my cell would be better:  540-454-7842.

Thank, daryl

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                                  8/24/2022  10:28AM

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) Doing poorly, uncertain of pred need. Try vv dose

MSG:       Dear Stacey and Daryl,

It is also unclear to me whether she needs this much prednisone or not. If she needs these higher doses they should be working much better than what you describe--you should see some improvement after every dose, and see that improvement wear off after some time, then seem improvements with taking another dose or a higher dose.

I don't want her getting this much prednisone unless it's absolutely necessary. And as I mentioned, when not killing bugs aggressively, prednisone dosing can be confusing and not work too well. She's felt better for hours, and slept better, with not taking any prednisone a couple times. That makes me concerned that she's always getting too much.

So we need to take one of two paths now: 1. Try much less prednisone--like 25 to 50% of the current doses every 2 hrs or so, or 2. Resume aggressive babesia treatment with atovaquone, Arte-M, rifabutin and 600mgs of tafenoquine.

Killing more bugs is always the imperative--to be done whenever possible. It is the only way to get long-term improvements and get the pred dose down in the long run. On aggressive therapy it's more likely that she will use of the prednisone she's taking, and she should get a better grasp on how much pred she needs.

You also just stop giving her prednisone for several hours today and see how her symptoms go. If she'd getting too much she should feel better after a few hours. You could also try 50% dosing for a day and let me know what you figure out. Either way, I think we should restart the antibabesials tomorrow.

Henry Lindner, MD


On Wednesday, August 24, 2022 at 08:23:08 AM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:


Dr. Lindner,

Recap of dosing:
Tuesday the 23rd:
12:20 am 20mg - symptoms same as at 7:00pm, took a sleeping pill
4:00 am 22.5mg - symptoms less severe during the night, they never go away, able to get some sleep, took a sleeping pill
7:00 am 15mg - was able to get some sleep
8:25 am 15mg - felt worse                              would any of this indicate too much pred?
9:40 am 16mg - no improvement
12:00 pm 17.5 - no positive effect
1:00 pm 5mg

---

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000382

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

1:45 pm 20mg - bad symptoms
2:35 pm 5mg
4:05 pm 25mg
6:00 pm 25mg
8:15 pm 20mg
10:30 pm 15mg + sleeping pill

Wednesday the 24th
12:55 am 15mg - felt pretty good then mildly worse, slept a total of 1 hour in 2 - 1/2 increments. + sleeping pill
                at 2:00 am had mild sweats, but more mental clarity, wide awake. Would this mean too much?
4:10 am 25mg - symptoms were mild, dosed - wide awake at 5:15 am, at 6:45 am big sweats, at 7:20 symptoms quickly worsened - heart      pounding , vice headache,
7:25 am 15mg

Spo2 - 10:25 last night - 93/95
           4:10 am this morning - 94/95
           7:30am this morning - 92/95

Questions:
we have trouble determining dosage - not knowing if symptoms are too much pred or herx.
do we stick to a time frame no matter what symptoms are at the time?  do we wait? at what point take more given how long it may take pred to work?
can we really tell if it herxing or lack of pred?
does she take pred without symptoms realizing there is going to be some symptoms all the time?

Our goal this week is to get her functioning again and take less pred.  Yesterday was worse than Monday - it was taking a step backwards.

in your last email you wrote:
"When you think you have the dosing as good as you can get it, and if the overall prednisone amount has not fallen much, we will need restart the antibabesials to kill off the exposed bugs that are driving the immune system activation."
That is concerning because we don't want her to be in this condition. Would you go slower with the meds?  She wasn't like this previous to her hospitals stays in July. Nor for the 10 days between hospital stays.
I'm also concerned because she needs to be up and mobile.

Thanks for any input.
Daryl

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                          8/24/2022  9:41AM

TO:          CAROL
CC:
FROM:        HENRY
RE:          (Patient: S. WOLKING)  Zolpidem changed to 10mg tabs insurance coverage
MSG:         >> HENRY'S MESSAGE (08/24/22 09:41AM):
             PRESCRIBE: zolpidem 10 mg oral tablet, 1 tab po at bedtime nightly prn sleep, # 30, RF: 5.
             (Transmitted by Henry Lindner, MD)
             DISCONTINUE: zolpidem 5 mg oral tablet Take 1 to 2 tabs po nightly as needed for sleep, REASON:

             I sent it electronically to Harris Teeter


             ----------

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

>> CAROL'S MESSAGE (08/24/22 09:31 AM):
>> I notice we're getting prior auth requests for the Zolpidem - for Stacey and also Kathy Maurer. In both cases it's the 5mg tab at up to 2/day. As with Mandie Hendrickson, I believe they are disputing it should be taken more then once daily by direction. Can these scripts be changed to 10mg 1/day and advise patient to start with half to see if that solves the issue? or not good idea? If so, I can call them in if easier right now.

Carol Kelly, Office Manager
Electronic Signature

---

| PATIENT MESSAGE | 8/23/2022   8:33AM |
|---|---|

TO:
CC:
FROM:     HENRY
RE:       (Patient: S. WOLKING) 141mgs of pred yest, better with higher AM doses
MSG:      Daryl,

OK, I see that she got 141mgs yest. It seems like the higher AM doses helped this morning. Are you using prednisone only? Is she seeing some relief within 15 to 30 mins after each dose? Are you seeing a clear pattern?

Remember, if the doses don't help and last for 2 hrs she needs to immediately take more when it's clear that the dose was not sufficient. Then consider taking a higher dose when the 2hr time come up again--I think you're doing this but just wanted to reiterate.

The higher SpO2 is from the TAF (Krintafel) wearing off.

When you think you have the dosing as good as you can get it, and if the overall prednisone amount has not fallen much, we will need restart the antibabesials to kill off the exposed bugs that are driving the immune system activation.

Henry Lindner, MD

On Tuesday, August 23, 2022 at 08:03:52 AM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:

Good morning Doctor Lindner,

Her symptoms come in waves of severity, they never really go away, but there were periods of time where they were less severe.

Recap of dosing:
Completing Sunday:
12:50 pm 5mg
2:50 pm 20mg - had worse stomach & sweating
4:15 pm 14mg
6:45 pm 12.5mg - felt like she sweated the whole time since 4:15 pm
10:00 pm 12.5mg

Monday the 22nd:
1:00 am 12.5mg
4:35 am 12.5mg
7:45 am 10mg - felt hot, prickly, sweats, nausea, stomach pain, chest pain
9:45 am 15mg
12:50 pm 15mg
3:30 pm 15 mg
5:30 pm 15 mg
7:00 pm 15 mg - at 7pm overall symptoms were worse, heart pounding, nonstop sweating, chest pain

---

AmazingCharts.com

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

9:00 pm 15mg
10:45 pm 16mg

Tuesday the 23rd
12:20 am 20mg - symptoms same as at 7:00pm, took a sleeping pill
4:00 am 22.5mg - symptoms less severe during the night, they never go away, able to get some sleep, took a sleeping pill
7:00 am 15mg - was able to get some sleep

Spo2 - Monday mid afternoon 88-91, in the evening was 89-92 at 8.45pm
  this morning, Tuesday was 92/93 at 7:10 am.

at 1:00 pm yesterday I thought there might have been a trace of protein in urine.  tested again before bed and strip appeared normal.

Thanks,
Daryl

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                                    8/22/2022   9:34AM

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) Off ABs, herxing hard, possibly needing less pred

MSG:       Telephone consult 30 mins
           After receiving e-mail below from husband, I called and spoke to him extensively about this infestation
           and its treatment. She felt worse with taking more Dex, but better without negative effects with taking
           prednisone only. With Pred doses they are able to gauge improvements and wearing off times. So will
           stay with Pred for now. She needed 12.5mg yest. evening at 6:45pm 10pm, 1am, and 4;35am. She got
           only 10mgs at 7:45 and awoke at 9:30am feeling ill. Will try 15mgs now.

           SpO2 is not 89-91--at max. Methemoglobin from 450mg Krintafel 9 days ago. No heme/protein in urine.
           No fluid retention noted.

           AP: Strong babesia herxing from AART. In particular took high TAF and Arte-M doses in past 2 weeks.
           Has stopped all ABs, but TAF is still in her system. Appears to have negative reactions to Dex in
           particular, so will stay with prednisone. Will take pred only at lowest doses needed along with DHEA
           25mgs s.l. bid. Hopefully her herxing and pred need will decline. If/when these start to rise, will need to
           restart ABs gradually. Husband will keep in touch by e-mail.


           On Sunday, August 21, 2022 at 12:49:32 PM EDT, Daryl Wolking <ndwolking@gmail.com> wrote:


           Hi Dr. Lindner,

           I'm reaching out to you because this past week has been hell on earth for Stacey. She keeps telling me
           she feels like she is dying.
           This can't be right. She is just laying here wasting away. Day after day. Unable to get up without help.
           She hasn't slept in days. Occasionally doses for a few minutes. She is hyper sound and light sensitive.
           Her lower legs and feet are numb and tingly

           I've been working with her on the Dex/Pred dosing and based on what I read from the emails and hear
           from her it is very confusing.
           The dex info says it can cause stomach pain and to take with food or milk.
           But she has constant severe stomach pain, nausea, salivation, feeling like going to throw up, and can
           barely get anything down.

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000385

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

She is very weak, so much so that she needs help getting out of bed to go to the bathroom.
She tells me her heart is pounding, has vice headaches, and shortness of breath.
You said try less Dex/Pred and she just got worse and worse, so then you said try more so she takes more and more.

Her heart is pounding, and she's short of breath so we think she should take more. So she does and then feels like she took too much. But she took more because her heart was pounding and short of breath. And thought she was on the right track because she dozed off for a few minutes after taking a bigger dose.

After her last dose she started profusely sweating and it continued for a long long time. Not like the other sweats that ended about 5 minutes. And her stomach got way worse and her head was all hot and tingly.
The only thing she noticed that was different was when she took more she felt slightly less weak.
Is this still herxing? Or is this just the Dex/Pred roller coaster?

Based on what I read these can be side effects of Dex/Pred anyway, but Stacey says they can be signs of too little or too much Dex/Pred.
Last Saturday the 13th was her last Krintefel dose (3) and this Friday the 20th she only had one dose of ArtM and Rifab in the morning.  She hasn't had any antibabesials since.
I'm not sure herxing would be any worse than this and the Dex/Pred might be exacerbating her problems.

Here is a recap of dosing since Friday:
9:30 am 24
11:20 am 28
1:25 pm 24
3:20pm, 5:30pm, 6:40pm all 19
9:20pm, 11:10pm, both 14

Saturday:
1:30am, 3:15am, both 14
10:10am, 12:10pm, 2:25pm, 4:20pm, all 14
6:00pm 19 - but feels like this made her head, stomach worse.
9:50pm 14
11:50pm 10

Sunday:
1:40 am 10
3:30 am 14
4:35am, 5:00am, 5:35am, all 5, heart pounding, short of breath.
6:10 am 10
6:55 am 10, dosed, heart pounding and short of breath
7:45 am 14, heart pounding, sweating, short breath
8:25 am 28 heart pounding, sweating, short breath, dosed off for short time
9:40 am 28  heart pounding, sweating, short breath
12:15 pm 19

Heart is pounding. But I have no idea what to do about it since the last dose she took seemed like too much.
Every movement and sound around her hurts.

My understanding is she is taking Dex/Pred for herxing.  How long will herxing last after Krintefel (last Sat) and the others (Friday morning)?

Doesn't the need for Dex/Pred decrease with less herxing?

So now after taking too much we have no idea when to jump back in and take some more. Or how much??
It just seems like all  severe suffering is about the Dex/Pred. If this is true how do we make it stop??

Any advice you can give me would be appreciated.
This is urgent.

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Thanks,
Daryl Wolking

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 8/20/2022  7:59AM |
|---|---|

TO:

CC:

FROM:       HENRY

RE:         (Patient: S. WOLKING) Normal Hct, WBC, moderat hemolysis, inflammation

MSG:        Stacey,

The labs are pretty much what I expected. The good news is that your red blood cell count is good--you are not getting anemic from killing off the babesia. Some red blood cells are being destroyed--as indicated by the high LDH and ferritin and low haptoglobin levels. The abnormal liver function tests are due to killing babesia in the liver--causing some inflammation there. Your kidney function tests are fine.

The normal white blood cell counts suggest that you were not getting excessive Dex/Pred doses. This may indicate that you were not taking enough steroid, as opposed to too much. Also the normal blood sugar level argues against grossly excessive Dex/pred dosing.

We'll see how you do off the antibabesials--and with just taking the minimal Dex/Pred that you seem to need.

Henry Lindner, MD

On Friday, August 19, 2022 at 05:45:37 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

My  Inova My Chart login is - SWOLKING1014
2014Stink$

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 8/19/2022  8:39AM |
|---|---|

TO:

CC:

FROM:       HENRY

RE:         (Patient: S. WOLKING) Severe nausea, will stop ABs, take less Dex/pred

MSG:        Stacey,

My best theory is that the stomach problems and nausea are herxing. It is the case too that with severe herxing symptoms pred cannot help much. I don't think it's a medication side effect, but can't say for certain.

As the problems are so bad, I think you should stop the antibabesial medications for now and take the lowest Dex/Pred doses that you seem to need.

After we see what happens, we can add back in the antibabesials one at at time.

Henry Lindner, MD

On Thursday, August 18, 2022 at 09:50:28 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

So I just don't understand. This severe stomach/nausea / salivating / feeling like I'm going to throw up constantly is herxing?? Or pred / Dex issues?
It was severe when I was taking high doses and now just exactly the same when I'm taking half doses.

This started Sunday and has only gotten worse every day if even possible.

I can't even sip soup anymore. I'm really not going to live through this.is There no way to make stomach thing stop? Any chance there's some meds that are doing this?

Henry Lindner, MD

Electronic Signature

| PATIENT MESSAGE | 8/18/2022  12:30PM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:        (Patient: S. WOLKING) Sxs suggest underdosing, not overdosing Dex

MSG:      Stacey,

By symptoms it sounds like you're getting too little Dex/Pred now. If you are worse on less Dex, then it tells us that even at current doses you've been getting way too little. So let's see if less Dex/Pred is better or not. If  less is worse, then I'd recommend doubling your doses to like 10mgs of Dex every 2 hrs (like 70 of pred). Again, it should be temporary.

Because you're taking rifabutin, your Dex levels are lower than would be expected on a given dose. Rifabutin increases the body's metabolism of Dex, causing a person to need higher doses to get the same levels and effects.

We could try stopping the antibabesials, but lets see how much Dex you really need first, then decide on that .

Henry Lindner, MD


On Thursday, August 18, 2022 at 10:11:20 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


At this point. I really get no relief from the severe nausea and constantly feel like I'm going to throw up.
Just when I think it can't get any worse, it does. at times, sometimes I even think after the pred.
Pretty much non-stop symptoms of everything we've talked about, with the sweats. I really have no idea what's what.
I don't feel overstimulation agitation or restlessness. I feel dead and can hardly move. I can really barely make it to the bathroom. And I can really barely gag down all the pills and liquids.
 I just know I can't survive this one more minute.
What would happen if I cut back on the antibesials?
I will cut back on the pred, but I don't think I can feel any worse.

Spo2 last night was 85 to 89
This morning was 90 to 92.

Henry Lindner, MD

Electronic Signature

| PATIENT MESSAGE | 8/18/2022   8:36AM |
|---|---|

TO:

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000386

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

CC:
FROM:       HENRY
RE:         (Patient: S. WOLKING) Uncertain of pred need. Try v doses by 50%
MSG:        Stacey,

Pred dosing can be confusing, and there are individual differences that I just can't know. Generally if you're getting too much you'll just feel worse after a dose--by 30 to 60 minutes at the latest. Worse usually is just overstimulation, agitation, restlessness and heart fluttering. There is usually also flushing.

You have done OK with stopping the pred for several hours before, but that did put you into pred withdrawal and caused vomiting.

I would like you to take less Dex/Pred less if at all possible, so we certainly want to avoid inadvertent overdosing. So I think you should try taking less and see how that works. Cut the Dex/Pred doses in half and see if that works better for you, or less well. If better, wait a few days then try reducing them by half again and see how it goes. You don't want to reduce too much too fast as that will bring on prednisone withdrawal symptoms (more fatigue, achiness, nausea, etc.).

As always, let me know how it goes.

Henry Lindner, MD


On Wednesday, August 17, 2022 at 03:28:34 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


It seems like no matter what I do I can't get to 2 hours.
I take the pred and usually start to feel a little better for less than an hour, and then maybe even drift off to sleep for a short time but then wake up feeling worse than ever.
At 10:00 I took 38 mg
Felt a little better for a short time but then by 11:00 feeling horrible so took 38 mg at 11:20 a.m. slept for just a little bit woke up at 12:30 feeling horrible. Still confused so waited till 1:30 took 47 mg hoping that would get me through 2 hours. Felt slightly better for about an hour. But now not even 2 hours later. Just horrible.
Severe stomach pain/salivating/nausea, headache. But then I also have blurry vision which I associate with too much pred. Most of the time can't tell the difference between heart pounding and heart fluttering. So weak I can't hardly move or get out of bed.
I just do not know what to do

Kind of scary that when I Google prednisone overdose symptoms they are identical to the symptoms that I take more for.

Also get this weird hot and tingly feeling off and on in the top of my head.

Henry Lindner, MD
Electronic Signature


---

PATIENT MESSAGE                                                  8/17/2022  10:13AM

TO:
CC:
FROM:       HENRY
RE:         (Patient: S. WOLKING) SpO2 90, pulse around 50, needing more Dex/pred
MSG:        ORDERED/ADVISED: Order Date 08-17-2022
             - Custom Order (CBC automated with diff/platelets 85025
            Comprehensive Metabolic panel (14) 80053 CBC automated with diff/platelets 85025
            Comprehensive Metabolic panel (14) 80053
            Ferritin  82728
            Reticulocyte Count, Automated 85045
            Haptoglobin 83010 (LabCorp  001628)

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000389

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Lactic Acid Dehydrogenase (LDH) 83615
Have blood drawn any time of day, no need to fast.)  (R53.8, B60.09)

F/U by phone when labs are in.

Stacey,

Many areas can her when herxing, particularly in persons who have a history of pain (e.g. fibromyalgia) before treatment. I think your knee is just a vulnerable area.

Yes, take more prednisone, You body will tell you when you get too much--and the overly high dose will last longer. My daughter had to get the pred dose right within a few milligrams--otherwise she'd experience over- or under-dosing.

That is an unusually low pulse for herxing, but I can't say that it's bad in any way. Thanks for the SpO2 info.. It will come up with taking Meth. blue.

You are killing a lot of babesia, but they are just not the kind that are in red blood cells so you don't see any heme in the urine.

I'll send you a lab request for testing so we can be sure that nothing unexpected is going on.

Henry Lindner, MD


On Wednesday, August 17, 2022 at 09:05:50 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

I just can't take one more thing! Woke up today with severe throbbing pain in right knee that radiates up and down leg.

Constant severe nausea / salivating / abdominal pain.

Taking 38 mg pred. Seems to take the edge off but after an hour or less usually feeling much worse and the salivating et al will start again along with short of breath and heart pounding. So then I think I need more prednisone. But it's only been an hour.
Last night I took more pred at 6:30 right after I emailed you. I'm just so desperate to make the nausea / salivating/ abdominal pain / feeling like I'm constantly going to throw up ease up or be tolerable. I clearly took too much prednisone and felt terrible so I had to ride it out for several hours.

Should I be concerned that my pulse has been 48 to 52 for days?
Spo2 today is 90

Isn't there a way to make this stop? I just can't keep doing this.

If you say I'm not killing that much then why do I need so much killers?

Stacey,

I was referring to 4 of the 4mg ondansetron tabs, not the Dex!

OK on the salivation, nausea and stomach pain, shortness of breath, heart pounding, weakness and headache. These symptoms all make it clear that you need the Dex/Pred you're taking--and that you need more to make it last 2 hrs.

Yes, you just have to take more if less doesn't work.

Let me know your SpO2, and do start taking the Meth. blue when you get it.

We need to hit the bugs hard now to bring down the Dex/Pred. So keep taking the Arte-M at 2 caps three times daily, the rifabutin and atovaquone at 1 tsp twice daily, and we'll add more tafenoquine when we can based upon the SpO2.

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

Take DHEA 25mgs sublingually or vaginally, 2 tabs twice daily until the pred drops. Keep getting the high-dose Vitamin C as your body needs it.

Henry Lindner, MD


On Tuesday, August 16, 2022 at 06:26:06 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


What do you mean
"4 of the 4mg daily is the maximum dose".???
I've been taking tons of it.
I've been taking 38 or 42 every 2 hours and sometimes more often and it doesn't feel like enough. Yes I've noticed that the severe nausea slash constant salivating and stomach pain gets better after taking dex/prednisone but then comes back when I'm feeling like I need more prednisone.
Prednisone never seems to last 2 hours. Seems like after an hour I'm feeling short of breath, heart pounding, extra weakness, shaky vice headache gets worse

Today
7:45 a.m. 38 mg
10:35 a.m. 38 mg
12:30 38 mg
110 p.m. + 10 heart pounding
2:30p 42 mg
4:35 p.m. 42 mg
5:45 p.m. plus 10 severe nausea and all the other symptoms
Now 6:25 p.m. and no symptoms got better with the plus 10 so I am tempted to just take 50 mg or something
I am dying.

Henry Lindner, MD
Electronic Signature


| PATIENT MESSAGE | 8/16/2022   2:03PM |
|---|---|

TO:

CC:

FROM:      HENRY
RE:        (Patient: S. WOLKING) Pred 388mgs. Slept better, SpO2 91
MSG:       Stacey,

OK, You're herxing hard from the last TAF dose and the strong Arte-M dose. I expect the pred need to drop in a few days.

What symptoms does Dex/Pred help? What symptoms are unbearable if you don't get enough? Are the higher doses helping you sleep through the night?

Yes, take the portion of the flush dose that they recommend. The body uses up Vit C fast when there is a lot of inflammation.

4 of the 4mg daily is the maximum dose. I think that the herxing nausea is just so bad that ondansetron can't help much. Unfortunately we don't have any longer-lasting or strong anti-nausea meds here in the US.

SpO2 is low in the range then. It will increase when you get the Methylene blue. We'll try a small dose of 25mgs twice daily. That's all that Infuserve has on hand now

Henry Lindner, MD

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**


On Tuesday, August 16, 2022 at 12:29:28 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Continue to have severe nausea and abdominal upset/pain. Makes it so hard to gag down all this stuff. Can I really not take more of the ondansetron? It says you can only take four a day. Seems to help for about a half an hour.

Total prednisone yesterday was 388.

Slept a little better last night for the first time. Took Ambian at 12:30 and 4:30. Then awake at 7:30.

Did vitamin c flush yesterday afternoon. Based on the best I can understand from the flush information I am supposed to continue to take the vitamin c throughout today based on the calculation of what it took to get the flush?

Spo2 this morning was 91.

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 8/15/2022  5:05PM |
|---|---|

TO:         CAROL

CC:

FROM:     HENRY

RE:         (Patient: S. WOLKING) Got MB 25mg @ 2/day for now + did Vit C flush

MSG:       Decided to get the smaller size caps for now to try:  Called in to Infuserve:
Methyl Blue 25mg caps;  take 1 cap twice daily # 60. RF: 0
and
Okay I got the smaller caps ordered for her and called her to let her know.
She said to tell you she did the Vit C flush today.  She wasn't sure what it was suppose to do for her, but so far didn't help the severe intestinal area pain or nausea.  She will talk with you about it at a later time through email, but just wanted me to let you know she did what you said.

----------
 >> HENRY'S MESSAGE (08/15/22 05:05 PM):
We'll wait for Infuserve at this point. Send Stacey a not about it.

----------
 >> CAROL'S MESSAGE (08/15/22 02:51 PM):
 >> Infuserve can't get the MB again until around the end of this month customer service told me.   I hope no one needs refill for a couple weeks...
They do have some 25mg caps, but going fast.   They did find another pharmacy that makes it, PD Labs in Texas but they only make 50mg and in Liposomal caps, so I'm not sure of the price difference...
Infuserve called concerning Stacey since she didn't know what to do, so I called her and found out she hasn't even started it yet.  She's really struggling and can't keep much down so wondering how critical it is for her to start it now especially under the circumstances and she said it seems like she's had a lot of changes recently already.  Can she just hold off until they are available at Infuserve at higher dose caps - or would you recommend trying to start it with lower dose caps?

Carol Kelly, Office Manager
Electronic Signature

---

| PATIENT MESSAGE | 8/15/2022  9:58AM |
|---|---|

TO:

CC:

FROM:     HENRY

---

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

RE:      (Patient: S. WOLKING) Post TAF, Dex/Pred up to 288mgs Pred equiv.
MSG:     PRESCRIBE: dexamethasone 4 mg oral tablet, Take up to 4 tabs po daily in divided doses as directed,
         # 200, RF: 1. (Transmitted by Henry Lindner, MD)

Stacey,

Yes, you just need to take more as per your symptoms. You are needing a lot of Dex/Pred right now.
You just have to take it. We'll get the Dex/Pred dose down within a week with the strong antibabesial
regimen.

The last Krintafel dose in particular is killing more babesia and causing your Dex/Pred need to be even
higher for a few days--but it will kill enough babesia off so that far less are left exposed to your immune
system and your Dex/Pred need will drop.

My daughter too FAR more Dex/Pred than you and for far longer. It made her muscles atrophy to she
became so weak she couldn't get off a toilet seat. She also developed osteoporosis and a puffy face
and protuberant abdomen. Fortunately, all those changes are reversible with time once the Dex/Pred
dosing is more physiological, like under 20mgs or less of prednisone daily. The problems that come with
steroid dose are a factor of both the dose and the time on the high dose. A very high dose for a short
time, like a week, tends to cause no persisting problems.

You need a LOT of Vitamin C now, so try Perque Vit C powder--or another brand of powder
https://www.perque.com/product/perque-potent-c-guard-powder/ and do the flush that Perque and other
recommend, then continue taking the dose that they recommend based upon your flush dose.
https://www.perque.com/lifestyle/self-tests/ascorbate-cleanse/

I understand what you're going through. I'm certain that you will get better with time. Start the methylene
blue one cap daily when you get it. It will turn your urine blue--it's a very strong dye. It will also kill
babesia plus allow us to give you more tafenoquine with reducing the SpO2 very much.

The dark urine color is proof of bug-killing and some nest clearing. The lack of heme and protein is
actually a good thing. It indicates that your problem is not so much that you have a very large load of the
parasites, but more that you just have a strong immune reaction to the relatively few parasites that you
have.

I want you to purchase some more 4mg Dex bottles from the Tunkhannock Cmpd. Ctr. If we get
anymore from the local pharmacy they'll start asking questions and possibly complain to my medical
board. Pharmacies and doctors do not know anything about chronic babesiosis or its treatment. You
won't use insurance with the TCC. I've sent them a prescription for 2 bottles of the 100ea of the 4mgs
tabs. Give them a call to arrange payment and shipping.

Henry Lindner, MD


On Sunday, August 14, 2022 at 01:02:50 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


I started taking 28 mg (1 dexamethasone) every couple hours yesterday afternoon. I started feeling a
little better.
After sleeping a couple hours, at 1:40 a.m. I tried just taking 20 instead of the 28mg but then never went
back to sleep and at 3:15 had pronounced pain, nausea, weakness so took 28 then. And another
Ambien.
Slept about 2 1/2 hours. At 6:00 a.m. woke up with pain and severe nausea so took 28 mg.
Didn't even make it 2 hours, never went back to sleep.
7:45 a.m. 28 mg
8:40 a.m. plus 10 mg
10:40 a.m. 28 mg
At 11:50 a.m. felt extra horrible, severe nausea, weakness, vice headache, shaky so took a plus 14 mg.
Half hour later and I'm still  feeling horrible and now heart pounding. So take more????

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000898

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Yesterday prednisone total was 288 mg!

You mentioned your daughter had steroid complications. What should I be concerned about?

I will call the methylene blue pharmacy tomorrow. I think you had called that in right before I went to the hospital so it got forgotten in the madness.

I ordered the citrulline it should come today. Throat tightness is constant now. And water getting "stuck"

I am regularly taking ondansetron, Burbur panella, Alka Seltzer gold. Trying to make sure I at least get my 1800 nac and vitamin c, and two DHEA.

I test twice a day and I'm not seeing any protein in the urine. I'm bummed. I'd like to see something tangible.

Spo2 last evening average 92. Today 92/93.

Complete incontinence today. Weird. Never had it this bad. I just keep hoping these things are good signs.

Yesterday took two arteM three times a day, two doses rifabuten, two doses mepron, and 3 Krintafel.

Pretty much feel like I'm dying. Not really getting out of bed much anymore.

Stacey

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                           8/13/2022  11:32AM

TO:
CC:
FROM:       HENRY
RE:         (Patient: S. WOLKING) Needing high pred doses, get Dex, take TAF 450
MSG:        PRESCRIBE: dexamethasone 4 mg oral tablet, Take up to 4 tabs po daily in divided doses as directed,
            # 120, RF: 0. (Transmitted by Henry Lindner, MD) Harris Teeter

Stacey,

You should try taking 20 or 30mgs of prednisone when lower doses don't seem to be working. You'll know if it's too much or not. Shakiness is usually low pred, If you get too much you'll feel overstimulated/agitated/restless. You may feel flushed and have a light heart pounding.

I suspect that the problem is that you're not taking enough pred in the early AM. You just have to try 20mg, or even 30mgs to see if that does the job.

With needing this much prednisone you're going to get a lot of fluid retention. To reduce this tendency we need to substitute Dexamethasone for a lot of your prednisone. I send in the 4 mg tabs to Harris Teeter. Dexamethasone is 7 times more potent than Prednisone, but causes very little fluid retention. So a 4mg Dex tab is like 28mgs of prednisone. They are scored, 1/2 tab (2mgs) is like 14mgs or Pred. Take Dexamethasone for any Pred dose that's higher then these amounts. You can add Pred to the Dex dose if needed to get the dose you need. Hopefully 1/2 tab Dex every 2 hrs will be enough in the daytime. You may need a full tab in the early morning (like 28 of Pred). For smaller doses than 14mgs of Pred just use Prednisone tabs. When you report your Dex/Pred doses, just translate them into Prednisone equivalents. So if you had 1/2 of Dex tab, write it down, but when you add up the doses change it to 14mgs of Pred.

Yes, you can try one Ambien at bedtime and another during the night. You just may have some morning sedation if you take the dose to close to awakening time.

---

AmazingCharts.com                                                        Page 123 of 274

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
FORMAL HEALTH RECORD

I suggest taking another 450 mgs of Krintafel-- 3 tabs. It will help kill more bugs and bring down the prednisone dose.

Did you get the Methylene Blue capsules from Infuserve America? It helps kill babesia and it improves the SpO2. It turns the urine blue. If you didn't give them a call to see if they have your prescription. The only contraindication to taking MB is taking antidepressants.

The salivation is from the nausea. Take ondansetron for it.

The tightness in the throat from the esophageal spasms--it's a mild version of them. Get L-citrulline powder and take 3 grams in water 3 times daily. It helps with the spasms. It is unusual to have these without having heme in urine, but you still can have hemolysis without heme in the urine--as long as it's below a certain amount. The tightness and spasms are probably not related to the prednisone dose.

My daughter's hands always give different readings. One hand usually give higher SpO2 reading than the other.

The dark amber urine color is from clearing nests. Are you seeing any protein in your urine? It often comes with clearing old nests which don't have much hemogloblin left in them.

Henry Lindner, MD


On Saturday, August 13, 2022 at 10:35:31 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Dr. Lindner,
So I was getting about 2 to 3 hours sleep, now the last two nights on Ambien, I'm getting four to five. I'm dying.

I can't seem to sleep after 4:00 a.m. or so. I keep taking more and more pred at that time it never seems to be enough.
Last night at 9:15p I took 15 mg
10:15p took another 10
11:30p took 15mg
Went to sleep about midnight
1:40 a.m. 15 mg went back to sleep
4:35 a.m. 20 mg never went back to sleep
525 a.m. 5 mg
6:00 a.m. 10 mg
6:55 a.m. 10 mg
Drifted in and out of sleep from about 7:15 to 8:30 a.m.
When I can't sleep and even have mild low pred symptoms, I still can't figure out how much to take.
How do I know if I need to take 10 or 20 or 30 at once??
I feel shaky alot. My hands tremble.  Does that mean too much pred?

CanI try taking one Ambien when I go to bed and then another one around four when I can't sleep?

Total prednisone on Thursday was 190 mg.
Total on Friday was 185 mg. And even that does not seem like enough. I just feel unbelievably awful and weak and shaky all the time. That amount just seems so crazy. I can't seem to get over being afraid of too much.

Plus, I try to remember things you told me, like if I take a lot at night I might not need as much during the day. So then I start the day out cautious. But that's not working out either.

S p o 2 yesterday during the day was weirdly, 88/89 on the left and 91/92 on the right. Don't usually see a disparity like that.
Last night it was  consistently 90/91/92.
This morning 91/92/93
I'm due to take Krintafel today. Should I?

So I wanted to ask you about some of my weird symptoms.

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000895

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Ever since all the stomach and severe nausea symptoms started a week ago, constantly have that weird salivating thing, like what you get right before you throw up. I haven't been throwing up but I constantly feel like I'm going to because of the salivating. Is that just part of the nausea or dead bugs taste?

I also get a weird tightness in my throat. It happens daily often on and I've never been able to associate it with a particular drug or thing I'm taking since I'm taking things constantly. But I noticed that it started early morning very pronounced and of course the only thing I was taking at that time was prednisone. Have you heard of that? Is that a sign of too little or too much pred?

I was glad to read in your ILADS PP that free hemoglobin can cause esophagus spasms. I have those all the time. I regularly feel like just drinking water gets painfully stuck. And sometimes in the night I get horrific pains in the middle of my chest. If that is what it is, then why am I never detecting hemoglobin in my urine?? which I check two times a day. So maybe some of my stomach pain is intestine spasms too?

My urine changes color all day but is often that dark amber color. Don't understand why I haven't gotten to any old nests yet.

Thanks, Stacey

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 8/11/2022   3:24PM |
|---|---|

TO:
CC:
FROM:       HENRY
RE:         (Patient: S. WOLKING) Ambien for sleep, more pred dosing advice
MSG:        PRESCRIBE: zolpidem 5 mg oral tablet, Take 1 to 2 tabs po nightly as needed for sleep, # 60, RF: 2. (Transmitted by Henry Lindner, MD) Harris Teeter

Stacey,

I just suggested trying 15 or 20mgs if 10mg dose are not lasting 2 hrs. Yes, take more if you feel you need to before the 2 hrs are up--then try taking more every 2 hrs so that the doses last 2 hrs. If you need more than 20mgs of pred every 2 hrs go ahead and take it.

E-mail me with your SpO2 and situation Friday night or early-AM Saturday and we'll decide on the Krintafel.

Ambien is lots better, I'll send it in now.

Henry Lindner, MD

On Thursday, August 11, 2022 at 12:47:22 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

I have unisom. Tried it once last year.
If Ambien is better than that, then yes please call it into Harris teeter.

So you're saying to take three Krintafel  on Saturday then?

So are you saying to not take more than 20 mg pred at a time? If I think I need more just go ahead and take it before the 2 hours?

Thanks

---

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000896

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 8/11/2022  11:55AM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:       (Patient: S. WOLKING) Bad herxing on full doses, needing more pred

MSG:      Stacey,

It's like this when people require prednisone to treat this infection. We have to ramp up the antibabesials to kill the exposed bugs in order to lower the prednisone requirement, but in the short term the prednisone need goes higher, often much, much higher. This is expected as the bugs are being killed and thus many more are exposed to the immune system.

The best strategy is to stick to the high-dose antibabesials and take all the pred you need. The pred dose will come down when the die off is over within a week or so. So do try 20mgs every 2 hrs as long as that much helps and doesn't make you feel overdosed. It's temporary. Do keep taking DHEA 25mgs sublingually twice daily. When you feel worse again before 2 hrs are up you know the dose was too little and you should immediately take more.

The bad taste is from the bug die off and the herxing. No, nothing helps. My daughter had real trouble finding foods she could eat at times. Maybe it will ease your worries somewhat to know that my daughter once had to take over 400mgs of prednisone daily, on average, for 6 weeks! She had a severe brain infection so that treatment was intolerable without that much pred. Thankfully I haven't run into anyone else who needed that much. She has suffered some steroid consequences, but thankfully they are reversible with time after one gets down to physiological prednisone doses.

It can be very hard to sleep when herxing. I could get you some 5mg Ambien tabs so you can take up to 2 nightly as needed. You'll be able to taper or stop the Ambien when the herxing calms down. Shall I order some for you from Harris Teeter? You'll still need to make sure you're taking the prednisone that you need.

No need for more Krintafel until a week has passed since the first dose. But do get 2 Arte-M caps 3 times daily.

Right, more pred helps to reduce the sweats

Henry Lindner, MD


On Thursday, August 11, 2022 at 10:36:54 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Still haven't slept in days. I've tried lower prednisone, more prednisone, and even more prednisone! I just feel so awful all the time day and night but the last couple days found that I would definitely feel some better after taking more.
I don't seem to have The Tell-Tale Heart pounding symptom anymore so now I pretty much have to rely on I just will feel like I can barely move, severe weakness and nausea. The heavy head pressure / headache gets worse when I think I need more too.But even the big doses aren't lasting 2 hours.

Yesterday I took 137.5 mg and felt like I needed more and did not sleep even with high doses.
9:25 a.m. 10 mg
11:40 a.m. 7.5 mg
1:35 p.m. 10 mg thought about taking 7.5 but needed to take a shower
3:00 p.m. 10 mg going to PT
5:15 p.m. 10 mg
7:05 p.m. 10 mg felt short of breath and shaky

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000397

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

9:15 p.m. 10 mg
10:30 p.m. 10 mg
Slept from about 12:00 to 2:00
2:00 a.m. 10 mg
2:45 a.m. vice headache, shortness of breath, heart pounding, pain so took another 10 mg
4:00 a.m. no sleep but started to feel better after the 2:45 dose but then started feeling worse again
about 3:30 with heart pounding, vice headache, shortness of breath
4:00 a.m. took 20 mg
5:55 a.m. took 20 mg same as above started feeling better after the dose but then started feeling worse
again.
Finally fell asleep around 7:00 a.m. woke up at 8:00 a.m.!
Since you told me if I take a lot during the night maybe I need Less in the morning so I only took 15 mg
at 8:25 a.m.
But at 9:00 a.m. I was definitely feeling like I'd wish I'd taken more
But now I'm getting scared because that was over 137 mg yesterday so not sure if I should keep taking
more even when I feel like it would help.

So I do I keep taking 20 all day??

Tuesday I took 102.5 mg. Again taking more and more in the night and still didn't sleep.

Monday I did sleep some on a lot less, total 65 for the day, but that was with taking no antibesials that
day.


Ever since the stomach thing on Sunday, I have a constant stomach ache and nausea
And of course the constant bad taste in my mouth. Makes it so hard to find something to eat. Did your
daughter find anything that helped with the bad taste?

Monday only took one arteM late evening
Tuesday took one arteM three times a day, two doses of rifibutin, two doses of mepron.
Wednesday went back to two caps arteM three times a day, plus two refibutin, two mepron

Took three Krintafel last Saturday and another three on Sunday.
My spo2 went from consistently 96/97 to now consistently 91/92.
Should I take more Krintafel?

I should still be taking two DHEA a day?

When I was awake all night I noticed that the volcano / sweats happened almost to the minute every 20
minutes for hours. Weird right? They seem to slow down a bit later in the night, maybe as I took more
pred?

Please help
Stacey

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 8/9/2022  9:18AM |
|---|---|

TO:

CC:

FROM:    HENRY

RE:      (Patient: S. WOLKING) Needing much less pred. N/V was due to herxing

MSG:     Stacey,

I'm glad you're feeling that the dose is excessive. Just take less. You should not have the severe
nausea/vomiting once you adjust to taking the lower pred dose.

However, the nausea/vomiting may have been caused by herxing after the TAF and higher Arte-M

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000896

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

doses. Maybe it wasn't lowering the pred at all.

I cannot tell you what prednisone dose to take. Just try some dose--like 5mgs every 2 to 3 hrs and see if it helps or is too much. If too much reduce to 2.5mgs and see how that affects you. I still too much then let more time pass between doses. Don't worry about tapering the pred. If you have withdrawal it will just be fatigue and achiness.

Henry Lindner, MD


On Monday, August 8, 2022 at 10:59:30 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


So while I continue to have a bad stomach ache and diarrhea I actually felt better today  on less prednisone.
A lot less sweats, more clear-headed. Of course very tired and weak.

So now that I'm taking more prednisone I'm feeling all the signs of too much. Feel like my head is underwater, blurry vision, hot and tingly, shaky and constant sweats again.

I am confused. You said I reduced it too much. But Saturday I had a total of 85 mg and Sunday I had a total of 55. Is that reducing it too quick considering that I was not having low prednisone symptoms??

Today  took this despite No low prednisone symptoms:
6:30 a.m. 5 mg
10:50 a.m. 2.5 mg
3:00 p.m. 5 mg
5:20 p.m. 10 mg
9:00 p.m. 10 mg

Now feel jittery. So have no idea how much to take in hopes of sleeping??

I have not taken any antibabesials all day. The sweats also seem directly related to the prednisone since they started hot and heavy after I started taking more prednisone this afternoon and evening.

Can you please be specific on exactly how much prednisone to take around the clock since I'm not having low symptoms. How slow do I have to lower it?

Stacey

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 8/8/2022  2:08PM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) Less Pred post ABs, herxing hard, vomiting. Needs ^P

MSG:       Stacey,

You just picked a bad time to reduce the prednisone so much. You will have a lot of herxing with taking the double Arte-M dose plus the Krintafel. Too little pred causes nausea and vomiting. More prednisone would have allowed you to sleep better.

So you need more prednisone now--especially with the strong herxing. Take at least enough to avoid nausea/vomiting and to allow you to sleep at night.

The sweats are most likely herxing. Babesia herxing is notorious for causing drenching night sweats. I had to change more daughter's sheets in the night, and blow-dry her pillow.

---

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000399

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Henry Lindner, MD

On Monday, August 8, 2022 at 08:21:10 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

After sleeping a little bit off and on for less than two hours, last night I woke up at 2:00 a.m. . What started as mild nausea quickly turned into severe stomach pain and diarrhea which has continued all night and this morning. A little bit ago I started vomiting. I never vomit! What is that about??

I've had lots of herxing the last couple days.

All day yesterday, felt vice headache, severe fatigue and weakness. But no heart pounding or pain or nausea.
The problem is, of course I'm weak. I feel weak all the time. I've been practically bedridden for 6 plus weeks and haven't been able to do anything to regain any strength.

So since it really did not seem like low prednisone symptoms I cut way back on the prednisone. You said don't stop it completely but I really had no symptoms telling me to take it so I had no idea what to do.
Yet I felt so horrible, I kept taking small amounts. I guess that was wrong?

Sunday
8:45 a.m. 15 mg
2:45 p.m. 5 mg
5:45 p.m. 5 mg
8:40 p.m. 5 mg
11:00 p.m. 5 mg
12 a.m. 5 mg
2:30 a.m. 10 mg since felt weak, headache and nausea and you were saying take more in the night.
Quickly progressed to severe stomach ache and diarrhea and then vomiting this morning
No sleep
Monday 6:30 a.m. 5 mg
No sleep.

Saturday took ArteM one three times a day, two doses of mepron, two doses of riflebuten, three Krintafel.

Sunday took ArteM two caps three times a day, two doses of mepron, two doses of rifabuten and another three Krintafel in the afternoon.

Please tell me what to do with the prednisone. Is the vomiting because of that?

I've heardly slept for days.

Any chance the sweats have anything to do with stopping the sex hormones? Or is that all herxing?

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 8/7/2022  10:25AM |
|---|---|

TO:

CC:

FROM:    HENRY

RE:       (Patient: S. WOLKING) Needing high pred, will take 900mgs TAF, ^Arte-M

MSG:     PRESCRIBE: predniSONE 5 mg oral tablet, up to 12 tabs po daily as directed, # 120, RF: 0.
(Transmitted by Henry Lindner, MD) Harris Teeter

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000400

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Stacey,

Since you are needing prednisone to feel/function better and to sleep, we can't go slow with the antibabesial treatment now. We have to kill the exposed bugs so that your need for prednisone will drop. You haven't taken any Krintafel for 3 weeks or so I think, so I recommend that you take 3 Krintafel today, then another 3 Krintafel tomorrow.  I would also increase Arte-M to 2 caps 3 times daily until the prednisone requirement drops. You're going to herx hard, but the pred need should drop in a week or so. Then you'll need a week to get over the Prednisone withdrawal, then you'll feel better and be on far less prednisone.

Light heart pounding may be too much prednisone. My daughter has always said that low pred causes strong heart pounding, high pred causes light heart pounding. Too much pred can cause agitation and inability to sleep. Maybe the headache is not a low pred symptom--particularly not if you have few or no other low pred symptoms. So look for any symptoms of too much pred and don't take more if more isn't helping.

Right, you can't get rid of herxing altogether with prednisone. Since the virus you've been reacting to the babesia more strongly--so having more herxing. Again the only way to reduce herxing is to kill off the bugs that are exposed to your immune system. The downside if you'll feel worse until the die off is over. You got the prednisone down before by killing off bugs.

Herxing will come and go at times. It certainly can worsen if you're more active mentally and/or physically--activity exposes more babesia and so causes more herxing.

I sent in a prescription for 5mg prednisone tabs to Harris Teeter.

Just follow-up with the doctors there about the clot. That problem is pretty much separate from the babesia herxing and treatment.

Keep in touch with any comments/questions you have.

Henry Lindner, MD


On Saturday, August 6, 2022 at 10:34:29 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


So I guess I'm sleeping more in the night but can't seem to sleep in the early morning.

Thursday prednisone
7:45 a.m. 10 mg
11:00 a.m. 7.5 mg
4:00 p.m. 5 mg
5:30 p.m. 5 mg
9:00 p.m. 7.5 mg
11:00 p.m. 7.5 mg
1:15 a.m. 10 mg
5:45 a.m. 20 mg
7:35 a.m. 20 mg.
I can't really identify a lot of symptoms in the night but at 7:30 a.m. I definitely woke up feeling the vice headache, weakness and light heart pounding.
But then I could never go back to sleep after 7:30!. I took burber panella at 8:10 also.

Then I tried to go with Less prednisone in the day on Friday after taking so much at night but that didn't seem to work too well either. ??
The problem is I just feel so bad all day with vice headache, shortness of breath, and I'm just so dang tired from not sleeping at night. Or maybe all those symptoms are just herxing. or some of both?

I am taking three doses of artm, two doses of mepron, and two doses of rifibutin. Per your instructions I will take 3 Krintafel today?

Friday prednisone:

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

7:35 a.m. 20 mg
10:15 a.m. 7.5 mg
1:00 p.m. 7.5 (felt weak, shaky, short of breath, vice headache)
2:15 p.m. 7.5 (still felt all the above)
5:00 p.m. 7.5 mg
8:20 p.m. 7.5 mg
10:50 p.m. 7.5 mg
1:00 a.m. 10 mg
3:50 a.m. 15 mg
6:35 a.m. 20 mg
So I did as you said and ramped up during the night with the 10, 15, 20. But I really did not sleep much
after 4:00 a.m. . Kind of in and out a little bit.
Is there something else I can try??

All night constantly dealing with hot/cold/sweats. But weirdly yesterday the sweats stopped/slowed down
dramatically about 7:30 a.m. and today they stopped about 6:30 a.m. . What does that mean?

Since back on the anti babesials both my lower legs, more so on the right, feel very weird again. Like
they're vibrating, there's movement, and like they're on the verge of cramps all the time.

Thankfully, The vascular study said that the right leg was completely clear.
Unfortunately, if I'm reading the report right I still have clots in the left femoral which he completely
cleaned out. This is very upsettig!! Doctor said he could not clean out or do anything about the lower
leg, but there shouldn't be any clots in the femoral! I have an appointment with the doctor next Friday to
discuss these results. "There is occlusive thrombus in the left distal femoral vein
extending into the popliteal and one of the paired peroneal veins and
posterior tibial veins."

Feel free to look at the full vascular US report in My Chart if you're interested.

Unfortunately I will run out of the 10 mg prednisone today or tomorrow. TCC said they had to order them
and I will not get them till Wednesday. So I guess I will have to use up my 5 mg tabs. (which I got in
California and that prescription cannot be transferred.) So I may need you to order the 5s locally.

When I was at the hospital for the ultrasound. There was visible blood when I peed. Of course every
time I test at home I don't see anything.
I am very nervous about the bleeding issues since the hematologist has made such a big deal about
keeping an eye out for any bleeding especially when going to the bathroom Since I am on blood
thinners. So how do I know when I should be concerned about that??

This is all so confusing and overwhelming with the multiple issues. I guess there really is no way to slow
down the treatment to make it more tolerable? Or do I just need to accept that I'm not going to be
functional?

Stacey

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                              8/4/2022  8:22AM

TO:

CC:

FROM:        HENRY
RE:          (Patient: S. WOLKING) Pred dosing ideas
MSG:         PRESCRIBE: predniSONE 10 mg oral tablet, Up to 10 tabs po daily as directed, # 500, RF: 0.
             (Transmitted by Henry Lindner, MD)  (Patient will call)
             TCC

             Stacey,

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000402

WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
FORMAL HEALTH RECORD

I forgot about the prednisone script. I sent it to TCC just now. You can call them to arrange payment and shipping.

Yes, the symptoms are very similar. The key is to take the amount of prednisone you need to control the worst symptoms so that you can function. If more prednisone doesn't help much then take less. I think that the vice-like headache may improve with sufficient prednisone, for instance.

It's good that you were able to take too much--your dose need is not super-high. As I said, I think the key will be to take larger doses during the night so you start the day out much better, then you may not need much during the day and evening.

7.5mg was a good choice for bedtime.

Right, shortness of breath is herxing in my opinion. It may improve a little with prednisone. Severe exhaustion, achiness, headache, heart pounding and nausea are more clear indicators of needing more pred.

I think that the 10mg dose at 4:30 was too little--that is my best guess. Try 20mgs tomorrow in the early morning when you wake up. I think you'll go back to sleep and sleep longer.

Do take Burbur Pinella as frequently as needed--as long as it's helpful. Take Alka Seltzer Gold several times per day too.

Take more prednisone for trips, stress, etc. You should probably take 20mgs now for the trip to the vascular lab.

Henry Lindner, MD


On Thursday, August 4, 2022 at 06:48:11 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


So after yesterday where I think I took too much all day, last night I took 7.5 mg at 10:00 p.m. and went to bed. At that time I had vice headache, shortness of breath, and when I got up and started walking around I realized weakness and dizzy.
20 minutes later I was feeling worse with more shortness of breath so thought I maybe needed more to sleep so took another 2.5 mg. Looking back I'm not sure that's what I needed.
 I then took Burber panella and everything seemed to calm down and I went to sleep. I woke up at 12:30 and took 7.5 mg and then slept till 4:30!
At 4:30 I really didn't know how much to take since I really wasn't experiencing any bad symptoms. I had my usual headache and sweats but I went ahead and took 10 mg based on our discussion of needing more at that time of day. I was not able to go back to sleep and got up at 6:20 a.m. I continue to have headache and sweats.
I have to leave at 7:15a for my follow-up 3 hour vascular ultrasound appointment at the hospital.

So now I'm really lost on how much to take since I'm trying to focus on
(You had told me) "With too little prednisone you'll notice headaches, strong heart pounding, severe fatigue/weakness, increased pain, and nausea."
And I really don't think I'm having any of those except for the headaches.

So the shortness of breath is strictly a herxing not a prednisone issue right??
Stacey

On Wed, Aug 3, 2022, 10:03 PM Stacey Wolking <kycpa1@gmail.com> wrote:

   Okay I will try that tonight.
   I went back and read over a lot of your emails and our discussions about Prednisone symptoms and herxing symptoms.
   I am so confused because it just seems like the symptoms are exactly the same for needing prednisone and herxing.
   Usually I feel the vice headache, shortness of breath, my back will start hurting bad and I get very hot all over and the sweats start. But then I realized those are also all herxing symptoms so maybe I don't

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization   of the patient listed above.

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

need to be taking so much prednisone?
   I think I just must be the dumbest patient on the planet that I just can't figure this out.

   Did you see my request for the 10 mg prednisone refill?

   Today I took
   15 mg at 9:15 a.m.
   10 mg at 11:50 a.m.
   10 mg at 145 p.m.
   10 mg at 4:15 p.m.
   I kept taking more because I had that vice headache and shortness of breath. And I was taking a shower this afternoon and getting out of the house for the first time and going to PT appointment. It was absolutely exhausting. But just felt awful extremely foggy and blurry and realized I had taken too much.

   So now it's almost 10p and I haven't taken any since 4:15. I've been feeling better , less foggy, the last couple hours except I still have the vice headache and slight shortness of breath and getting the volcanic hot waves and occasional slight sweats. But of course I've been taking ArteM, rifabuten and mepron today.

   So now I am absolutely racking my brain and cannot figure out what I should take before going to bed??
   I guess I will try 7.5 since I don't feel that bad and I don't really have the "too little" symptoms you mentioned other than the constant headache.
   (You had told me "With too little prednisone you'll notice headaches, strong heart pounding, severe fatigue/weakness, increased pain, and nausea.")
   Except if it's not enough I won't sleep!

   Ugh.

                                                                  Henry Lindner, MD
                                                                  Electronic Signature

---

| PATIENT MESSAGE | 8/3/2022   4:51PM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:         (Patient: S. WOLKING) Needs higher pred doses in early AM

MSG:      Stacey,

You're right. I spoke to my daughter about your situation and she said that when she was very inflamed she needed increasingly higher doses after midnight. She usually took her biggest dose around 5am, and after waking up at 7am took her standard 2 hrs dose then and thereafter. I believe that will help you a lot--throughout the day. So take like 10, 15 and/or 20mg doses as the night goes on.

This is actually how the diurnal cortisol secretion works Cortisol production rises during  the night and peaks when we get up, them falls the rest of the day. When you get enough in the early AM hours, you'll be much better during the day and won't need so much prednisone in the daytime or evening.

If you get what you need during the night you'll sleep much better and wake up in a better state. Then you'll probably just need 7.5mgs every 2 hrs after than, maybe lower doses in the evening and at bedtime. Then start increasing the doses substantially during the night so you get at least 2 hrs of good sleep with each dose during the night. You shouldn't feel too badly when you wake up if your doses during the night are big enough--but you should take your next dose to continue being OK and sleeping.

Your 5:30 AM dose was nowhere near enough, that is why you felt worse instead of better .

Add the Krintafel 3 days after the rifabutin. By then you should be doing much better with the pred dosing.

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000404

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Henry Lindner, MD

On Wednesday, August 3, 2022 at 11:35:37 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

Dr. Lindner, Can you order a refill for the 10 mg prednisone from Tunkhannock compounding center please?

Thursday 7/28/22 started mepron.
Monday and Tuesday 8/1 & 2 took ArteM two times a day.  (accidentally missed a dose yesterday) today will take 3. And today will start rifabuten.

I increased the prednisone monday and I was able to sleep Monday night but not so well last night.
15 mg 8:30 a.m.
7.5 mg 10:45 a.m.
7.5 mg 1:50 p.m.
10 mg 7:00 p.m.
10 mg 10:00 p.m.
7.5 mg 3:00 a.m.
7.5 mg 7:00 a.m.
10 mg 8:00 a.m. Tuesday
15 mg 9:45 a.m.
10 mg 12 50 p.m.
10 mg 5:45 p.m.
10 mg 9:00 p.m.
10 mg 11:00 p.m.
7.5 mg 2:45 a.m.
7.5 mg 5:30 a.m.
5 mg 6:20 a.m.
15 mg 9:15 a.m.
Couldn't sleep from 5:30 to 8:00 a.m. but then slept for about an hour plus.
When I wake up in the night I don't always feel distinct symptoms but after taking the 5:30 dose I definitely started feeling worse at 6:15 sweats and vice headache so took the additional five. But still took at least an hour and a half to go to sleep. So frustrating. So tired
So I'm having trouble figuring out when to take the bigger morning dose. I thought I shouldn't take that until I wanted to get up. But based on the last two days it almost looks like I need to start taking the big 15 or 20 dose early in the morning??

Pretty much in sweats all night so that's confusing. Although my daughter told me that when she took prednisone last year for severe poison ivy she had night sweats. So is the prednisone causing the night sweats??!

The problem is I'm taking all this prednisone and I still feel dysfunctional during the day. Headache, foggy, blurry vision, some dizzy, weak, shaky. I just really want to be able to get back to work and using my brain. I can't seem to make that happen.
Stacey

Henry Lindner, MD

Electronic Signature

| | |
|---|---|
| PATIENT MESSAGE | 8/1/2022   3:08PM |

TO:
CC:
FROM:      HENRY
RE:        (Patient: S. WOLKING) Confused on pred dosing, should restart ABs
MSG:       Stacey,

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

I think you should take the pred you need AND you should ramp up the antibabesial treatment quickly so you are back on everything. When we kill off a lot of bugs your prednisone need will drop again. So add in the other agents a few days apart until you're on all of them again.

Looking at your pred dosing, you may need to take bigger doses in the afternoon and overnight. Take enough with each pred dose to last at least 2 hrs--that gives you a target to shoot for. It looks like you shouldn't take any less than 10mgs for a pred dose, except perhaps in the middle of the night. If the bad symptoms ease off and then come right back it tells you that the pred dose was not big enough. Enough pred will help you sleep.

The Pred dosing will become more clear to you when you're on more antibabesials.

Be sure to get the DHEA. 25mg sublingually twice daily will be best to balance the prednisone's effects.

Henry Lindner, MD


On Monday, August 1, 2022 at 01:52:58 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Dr Lindner
I've hardly slept at all for the last 3 nights. I don't understand. I just keep taking more and more prednisone.

Saturday prednisone
15 mg 815 a.m.
10 mg 12:10 p.m.
5 mg 3:00 p.m.
5 mg 455 p.m.
5 mg 7:30 p.m.
5 mg 8:30 p.m.
5 mg 1050 p.m.
5 mg 3:10 a.m.
5 mg 3:50 a.m.
5 mg 455 a.m.
5 mg 6:00 a.m.
Total 70
It is so weird how I'll take some and within 10-15 minutes I'll start to feel better the head pressure and the sweats will ease up for about 20 minutes but then it comes right back.

Sunday prednisone
15 mg 8:30 a.m.
10 mg noon
5 mg 4:30 p.m.
5 mg 7:00 p.m.
5 mg 10:20 p.m.
5 mg 1:30 a.m.
7.5 mg 2:10 a.m.
5 mg 615 a.m.
Last night I didn't really have the distinct symptoms. It was more just feeling weird all over and not being able to sleep which made me start wondering if I was getting too much. None of it makes any sense to me.

On Thursday I started taking a autovoquone twice a day.

I constantly feel like I'm in a fog, eyesight blurry, and take prednisone whenever I feel the vice / pressure headache and sweats coming on.

I feel like I'm spinning my wheels. Am I killing anything?
Why do I need all this prednisone if I'm not killing anything? If I'm going to feel this terrible maybe I should ramp up the antibabesials?

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization   of the patient listed above.

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

On the other note, I am still very weak and shaky and really having trouble getting my leg and overall strength back because I feel so off. I still have constant mild pain in my left lower leg from the thrombectomy and constant bad pain in my right back hip. None of the prescribed meds seem to help so I haven't taken any oxycodone or lidocaine patches or even Tylenol for a while. Laying flat with the heating pad helps some and I am doing the light stretches and exercises that my PT gave me. So that is probably contributing to difficulty sleeping.

Stacey

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 7/28/2022  8:22AM |
|---|---|

TO:

CC:

FROM:    HENRY

RE:    (Patient: S. WOLKING) Temp improvement on higher pred, should restart ABs

MSG:    Stacey,

This pattern of reactions to prednisone is common in people who don't have enough antibabesials in their system. They are not killing the babesia enough, and so when pred doses are higher the babesia become more active and proliferate, causing the person to need more and more steroid.

This means that there is too little Krintafel in your system now. Actually, you don't need to be killing bugs to have symptoms from babesia like night sweats. All you need is a strong immune reaction to the infection--and your reaction to the babesia has gotten stronger since the virus activated your immune system.

So I think that you need to add back in the antibabesials gradually--the atovaquone, the Arte-M 1 cap 3 times daily, then rifabutin 1 cap twice daily, then Krintafel as long as your SpO2 is above 94%. Just take a lower pred dose for now until/unless you feel like you need more after adding the antibabesials in.

OK on the sex hormones for now.

Henry Lindner, MD

On Wednesday, July 27, 2022 at 01:03:58 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

I just cannot get the prednisone dosing right. Nothing fits the low or high symptoms.
Before increasing the dose on Monday I was just feeling weak and shaky and very foggy. None of the normal symptoms of low prednisone.

But as you suggested, Yesterday I took 20mg in the morning and 10mg at noon and felt much more clarity and normal yesterday. Then around 6:00 p.m. felt a very distinct vice pressure headache and slight heart pounding. So I took five milligrams. 45 minutes later I felt worse so I took another 5 mg. I continued to feel bad and so took another 5 mg at 10:15 and tried to go to bed. At 11:00 I was still feeling the pressure headache, heart pounding and short of breath and sweats started so took another 5 mg.
Did not sleep well because of the drenching sweats but really wasn't feeling those other symptoms

8:45 this morning I took 20 mg and I have felt horrible all morning. Very shaky and jittery and short of breath. None of that makes sense to me. Seems like a combination of too much and too little.

How could I need all this prednisone when I'm not even taking any antibesials right now??

So are you saying the drenching night sweats are from the Krintafel I took two weeks ago?

---

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000407

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

I'm not sure I want to go back on the sex hormones. I don't know that it's doing anything for me and it's just something else to keep up with and be overwhelmed by.

Stacey

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 7/25/2022  2:03PM |
|---|---|

TO:

CC:

FROM:      HENRY
RE:        (Patient: S. WOLKING) Shakiness, pain, nausea, Try^Pred 20,10,5,5
MSG:       Stacey,

I think you're suffering from inflammation from the combination of the babesia die-off from the Krintafel and the increase in immune activation from the virus.

You felt much better on more prednisone when needed in the past. You wrote: "Yes, when I got more prednisone yesterday I felt much more functional. When I don't have enough prednisone I feel bad head pressure, headache, severe fatigue and weakness, shortness of breath, sometimes nausea."

I think we should do an experiment now by having you increase the prednisone significantly and see if it helps. Try taking 20,10,5,5mgs and let me know how it's affecting you within 5 days. Be sure to get 25mgs of DHEA sublingually daily. If you think you need more prednisone try more and let me know what you needed. In the past you needed up to 100mgs/day some days.

If we can get you feeling/functioning better on sufficient prednisone we can restart the antibabesial and again reduce your prednisone need.

Add in the sex hormones when you get a chance.

Henry Lindner, MD

On Monday, July 25, 2022 at 10:55:22 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

Dr. Lindner. Was in the hospital from Sunday to Thursday. After running tons of tests they decided it is a hip muscle issue. Went home on Muscle relaxers and oxycodone. Pain and mobility improved a little on Saturday after my PT came and worked on my SI joint which has been an ongoing issue. I am so weak and shaky and using a walker but at least the hip pain is manageable. Had to stop taking the muscle relaxers. Just could not stay awake or function on them.

While in the hospital they switched me to eliquis instead of lovenox.

In the hospital they put me on 20 mg prednisone in the morning and that's all. I tried to supplement during the day but I was so out of it and in excruciating pain that nothing was consistent. Since Saturday I have gotten back on the consistent schedule of prednisone at 10 mg, 5 mg, 5 mg, 5 mg.
It has been impossible to tell if that is the right dose With all the drug symptoms and constantly feeling dizzy woozy, shaky and pain. Also constant stomach upset and nausea.

Worst thing is the drenching night sweats. I haven't taken any antibabesials since 7/12. Have sweats during the day too Most of the day I feel hot and cold at the same time.

Also the virus left me with a cough. Sometimes coughing up stuff.

I never restarted the estradiol after they told me to stop the hormones in the hospital the first time. I am just so overwhelmed with conflicting information and taking a million things I just can't keep up with

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000408

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

everything.

I really am unable to think anymore. I feel like I'm just in survival mode and barely doing that.

Spo2 was 85 in the ER, probably from all the IV Dilaudid and fentanyl. They put me on oxygen but then took me off oxygen when my spo2 was back in the '90s the next day. Last couple days it has been 95/96.

Have no idea where to go from here. As I said I feel awful and have no idea what is what

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                                 7/18/2022  9:31AM

TO:

CC:

FROM:       HENRY
RE:         (Patient: S. WOLKING) Severe hip pain with TAF, virus. Try ^Pred
MSG:        Stacey,

I believe that what you're experience in a combination of herxing from the Krintafel and other antibabesials you took when you got home, plus immune system activation from the virus. I've seen other herxing patients get much worse when they got COVID or another virus. The 2nd infection really ramps up the immune system and the herxing, and the babesial killing. This hip pain, as I recall, has bothered you in the past and got better with antibabesial treatment.

The sweats are from killing babesia. They are not from estrogen deficiency--that causes more isolated hot flashes/sweats. I suppose too that you restarted the estradiol--if so then you shouldn't have any sweats from estrogen deficiency.

Do you have any known pathology in your hip--like hip arthritis? Is so it could just be worse due to higher levels of inflammation.

I think that what will help now more than anything is prednisone to calm down your immune system and the inflammation. Did you take some these last few days? If so, you need more for now. Ask the physicians in hospital for a prednisone taper for 2 weeks. They'll start you out a high dose which would help alot. When you get home we have to adjust the dose by symptoms like before.

The lower SpO2 is from the Krintafel dose--it produces a change in the hemoglobin called "methemoglobinemia". It is of no concern unless it is so bad that you feel short of breath. It happens to everyone taking Krintafel and is a dose-limiting factor. It can be fixed with another compounded medication called "methylene blue". My daughter and a few others are taking this so that they can take higher Krintafel doses.

Henry Lindner, MD

On Monday, July 18, 2022 at 12:53:10 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

Dr dar called this morning to check on me regarding the severe headaches I was having last week. He told me to go to the ER for the hip pain. It was almost impossible to get here since it is constant excruciating pain with no movement and even worse with any movement. They have given me IV Dilaudid and fentanyl and nothing touches the pain. I honestly don't think he thinks the pain is as bad as I say. CT came up empty. So ER PA decided it is sciatica by default. It just seems off the Wall crazy to me.
My right hip feels like it's in a vice at the top where the thigh meets the groin. And throbbing pain all the way down my leg. He didn't even check for a blood clot. He said all they can do is try to manage the pain which so far has not been successful.
My spo2 has been running 85 which has kept the alarm going for hours and they just ignore that. Hospital is the worst. Maybe they're all like this now. They just now put me on oxygen. I've been waiting several hours to be admitted. Being 100% sedentary is last thing I need after a thrombectomy. I just

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000409

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

have no idea what to do and I can't live with this with this excruciating pain.

On Sun, Jul 17, 2022, 10:26 AM Stacey Wolking <kycpa1@gmail.com> wrote:

The nightmare that won't end.
fever appears to be gone and the severe headache is now just a headache. And I have a bad dry cough. But I thought things were looking up when I went to bed last night. THEN I woke up in the middle of the night with excruciating pain in my other hip. Right in the front of the groin. Constant throbbing pain no matter what position I'm in and over the top excruciating if I try to use my hip. What in the world? I don't even know where to start? Is this an orthopedic problem? Or another blood clot? Or something else? Even though I pretty sure they said I should not take Ibuprofen because of the blood thinners, I was desperate and took one in the night which did nothing so then I eventually took an oxycodone which is a shame because I hate how they make me feel and I had not taken any since early last week.
And then there is the Constant drenching sweats! Why do I only get these when I'm laying down?? If I stayed in bed all day I would have them all day, but if I'm up I don't have them??
I haven't taken any antibabesials since Tuesday
Could any of this be related to stopping the hormones?
I have watched my spo2 drop from 94 to 89 this past week. Why is that?And are you saying that if I don't see anything in the urine then I'm not killing bugs??
I am just not understanding anything that's happening anymore.
I desperately need to get moving after the blood clot surgery and then it just seems like one thing after another knocks me down.
The lovenox shots have turned out to be much worse than anticipated. My stomach constantly hurts from the injections and I have a constant stomach ache.

I realize you can't solve all these problems. I just wanted to get your take on it before we do the next step. Whatever that is?? Going back to the er?? Waiting a day with my hip and excruciating pain??
I have an appointment at Dr dar's office, hematology, Monday morning. That will be my first blood work since leaving the hospital.

Thanks, Stacey

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                      7/16/2022  10:05AM

TO:

CC:

FROM:      HENRY
RE:        (Patient: S. WOLKING) Exposed to virus--probable cause of fever
MSG:       Stacey,

OK, then it sounds like you picked up a virus. That makes more sense than getting a fever from herxing--although I have seen it in a few patients. Nothing you can do but take Tylenol (to avoid any increase in bleeding risk that my occur with aspirin). More prednisone will help--you'd need it just temporarily. Yes, there is some combination of the virus and herxing.

Enough steroid like prednisone helps one deal with the immune activation from a viral infection. Doctors often prescribe high-dose prednisone tapers for people with bad viral infections. Try 10,5,5,5mgs of prednisone for the time being if you are still doing very badly. You can taper it down when the fever, headaches, malaise and fatigue are improving.

Henry Lindner, MD

On Friday, July 15, 2022 at 09:35:16 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000410

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

worst headache of my life.
 Can I take aspirin with lovenox?
Yes, started taking Berber panella and 5 mg of Prednisone last evening. Didn't seem to do anything.
Got no sleep with head pounding and fever.
If it's all herxing why am I still not seeing anything in my urine? How often do I need to be checking that?
After months of my urine being dark, it is now very light.

I want to believe it's all herxing but How can we be sure? What if it's a virus or a combination of virus
and herxing? I thought prednisone suppresses the immune system?
My daughter and her kids had high fever and bad headache last week and then she came over. We
thought it was safe

Henry Lindner, MD

Electronic Signature

---

PATIENT MESSAGE                                                    7/15/2022   8:37AM

TO:

CC:

FROM:      HENRY
RE:        (Patient: S. WOLKING) Herxing with fever, stop ABs for now
MSG:       Stacey,

Yes, I believe it's all herxing from restarting the antibabesials with strong doses--including the fever.
Stop the Krintafel, rifabutin and mepron for now until the fever calms down, and you feel better. Then
we'll reintroduce them slowly.

You're herxing badly from not getting antibabesials for a week or two now, and from the breaking up of
the nests with the IV heparin. So the Krintafel is getting into the nests more and killing more babesia
than before. The good news is that your suffering is not in vain. You're killing a lot of babesia.

Get the Burbur Pinella from Nutramedix if you haven't. It helps calm  down herxing somewhat. Take 20
drops as often as needed.

No doctor will understand chronic babesiosis or its treatment. Just let her know that I believe that the
fever and chills/shakes are due to a babesia die off from the medications. You should see improvement
within a day or two of stopping the atovaquone and rifabutin.

You'll need to take some more prednisone/DHEA for now to cope with the die off. You can also take
aspirin or tylenol for the fever.

Henry Lindner, MD

On Thursday, July 14, 2022 at 10:52:37 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

Now running fever of 103.5.
Pulse been running between 115 and 120 all day.
Can you have this much fever for herxing or do I actually have the flu??
Unfortunately I have a telemed appointment with primary care at noon tomorrow . She scheduled this
after I saw her last Friday so that she could manage pain meds. She was very much dissing the whole
babesia treatment thing.

On Thu, Jul 14, 2022, 4:44 PM Stacey Wolking <kycpa1@gmail.com> wrote:

  Dr lindner. Came home from the hospital on Thursday.
  Was prescribed twice a day lovenox shots in my stomach and 650 or 975 mg every 8 hours of
Tylenol, one gabapentin every 8 hours and 10mg oxy every 6 hours. Swelling is pretty much all gone,
pain is manageable so stop taking oxy a couple days ago and stop taking gabapentin yesterday. It still

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000411

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

gets bad at times but I have just felt so bad otherwise that I just tried to stay off that stuff. I can walk a little bit with a walker but the pain significantly increases when my leg is down. When I am sitting or laying my leg is up on pillows.

As you suggested,  I took three krentafel on Friday, and started taking mepron, one teaspoon twice a day, again on Sunday, and started taking rifabutn, one twice a day, again on Tuesday.

On Monday I started what felt like bad gas pains, Sharp pains, that have just continued to get worse and worse every day. And it's even worse with the shots going in my stomach. And they do hurt for a while. I am not constipated and have had bad diarrhea. I'm not even sure it's gas since I really haven't been passing much gas.
I have gotten worse every day and now can barely get out of bed. Very bad stomach pain and nausea, pain all over especially back and upper arms and chest and side. Drenching night sweats and feeling both hot and cold at the same time every night. Since noon today have been shivering cold no matter what I do to warm up. No fever though. Started severe headache and dry cough and incontinence this morning. And had water diarrhea all morning. I am just not sure I can do this anymore. I am at the end of my rope. Still dealing with pain and not being able to walk

I had planned to start the ArteM today but have really hardly been able to get anything down so was wondering if I should wait?
Also I am scheduled to take three more Krintafel tomorrow, should I take that?
It is so hard for me to sort out what is what and deal with the constant pain.

I have taken Alka-Seltzer gold and o n d a n s e t r o n. Is there anything else in particular I should try to get down?

I would appreciate your help
Stacey

Henry Lindner, MD
Electronic Signature

---

**PATIENT MESSAGE**                                                    7/7/2022  12:14PM

TO:

CC:

FROM:       HENRY

RE:         (Patient: S. WOLKING) Spoke with patient by telephone--chronic DVTs found

MSG:        Likely to be discharged to home tomorrow. Is feeling better now--less pain in left leg. All new clot has been removed. She was found to have old clots from her May-Thurner abnormality to her femoral vein, and in her left lower leg. She will be on an anticoagulant indefinitely.
Her hemoglobin dropped after 2 days on IV heparin--due to hemolysis from the release of babesial antigens from the nest and from babesia killed the tafenoquine still in her system from the 450mg dose she took one week prior to the hospitalization. LDH and retic counts are  elevated. Haptoglobin normal. Hgb stable for 2 dfys now at 9.2 and should improve with time. She is taking pred 10,5,5mgs, and will try to taper when she's home. She'll take TAF 450mgs on returning home, and gradually add back in the other antibabesials.

Henry Lindner, MD
Electronic Signature

---

**PATIENT MESSAGE**                                                    7/7/2022  11:55AM

TO:

CC:

FROM:       HENRY

RE:         (Patient: S. WOLKING) Less pain, getting pred 10,5,5mgs

MSG:        Stacey,

I'm so happy to hear you've turned the corner.

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

No, there will be little to no problem with subcutaneous Lovenox or heparin. They are preventative--the are not potent enough to dissolve existing clots. There will also no problem with an oral anticoagulant like Eliquis--which you'll be on for the next 3 months.

OK on the 10,5,5mgs of prednisone. If it help without causing any problems then it's the right dose. Add DHEA when you get home if you don't have any now.

Henry Lindner, MD


On Wednesday, July 6, 2022 at 11:59:31 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Thanks for all the great info. I will attempt to pass that on to Dr. Dar the hematology doctor that seems pretty open-minded and more wholistic in his thinking. His associate visited
 me on rounds today and was the one who I believe decided the blood work was concerning.

So would there be any die off from the lovenox anti-coag shots? (like the heparin)

Here are test results from today that you mentioned:

Ferritin 425
r e t i c u l o c y t e s 5.6
LDH 311
Haptoglobin 190
Hemolysis index is 3
What do these tell you??


I am in Inova healthcare system. Lansdowne hospital in Leesburg Virginia.
My  Inova My Chart login is - SWOLKING1014
2014Stink$

I will turn on my phone first thing in the morning when I get up.Call me anytime to get the code. I will do my best to listen for a call. 540-454-0630.

I'm really not sure about the prednisone. There's been a few times, particularly that one night where I really thought it would have helped me sleep. Then when the dr ordered the 20 mg in the morning, I thought it felt like it was too much. Today I took 10, 5, 5 and it felt right.

I think I really turned a corner this afternoon / evening. Still lots of pain but my leg seems to be doing much better. I noticed tonight that my leg actually hurts more when I'm sitting than when I'm walking.

Stacey

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 7/6/2022   6:50PM |
|---|---|

TO:

CC:

FROM:        HENRY

RE:        (Patient: S. WOLKING) Herxing, hemolysis after IV heparin

MSG:        Stacey,

Did the prednisone help? Prednisone is not really that long-acting--especially not when there is inflammation from an excessive immune reaction to an infection.

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000418

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Pass along to the doctors that I believe that you are having hemolysis-which is causing your hematocrit to decline. They should check your serum ferritin, haptoglobin, LDH and reticulocyte count. They can check a direct coombs test to make sure it's not autoimmune hemolysis. A urine analysis may show free hemoglobin.

The hemolysis is from the IV heparin that you needed for the DVT--because of your chronic infection with a sequestering Babesia species. Heparin is a fibrinolytic, It breaks up the fibrin-bonded babesia nests in your capillaries and venules. This releases babesia organisms and babesia-infected RBCs into your circulation where the immune system reacts to them (herxing). The spleen destroys the babesia-infected RBCs. Many normal RBC are destroyed at the same time. Your sweats and headaches are herxing--i.e.increased immune reaction to the heparin-exposed babesia organisms. The lab in the hospital there can see the babesia organisms if they look extremely carefully through a venous blood smear--even for free organisms, or much more easily if they will look at a capillary blood smear taken from your earlobe. The organisms in the capillary blood will be seen in fragments of the amorphous fibrin nest material--at 1000x magnification. I have also attached my submitted paper on this newly-discovered babesia infection for them to read and to see some organisms. I know you have this infection based upon your history and symptoms and your responses to antimalarial medications.

So the May-Thurner syndrome is what set you up for this blood clot--some partial compression of one of your left iliac vein.

Oral estrogen therapy increases blood clots (Premarin). Even worse is oral estrogen/progestin (PremPro). You are taking transdermal estradiol and natural progesterone. Transdermal estradiol avoids the first-pass effect in the liver. This combination has not been found to increase blood clotting at all. See attached paper by Scarabin.

I haven't received any reports as far as I know. My fax is 570-836-7979. The only way for me to access your online account is for you to give me your username and password. When I try to access it I'll need you to give me the code that is sent to your smartphone. Maybe we can work this out. Follow your e-mail carefully in the AM so we can find out we're both online and get me access to your account online. Let me know what hospital from what health care system you are in.

I will be happy to talk with our doctors there. They can call me at home this week at 570-388-3919.

Henry Lindner, MD

On Wednesday, July 6, 2022 at 06:07:28 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

Hi doctor lindner, I'm Still in the hospital.
had Roto-Rooter surgery and two stents put in the iliac vein on Saturday night. Doctor did not use TPA. Was on Heparin for three days and now they have switched me to lovenox shots twice a day.

Been a very rough road. It is a struggle to sit, stand, walk. Experiencing severe calf/ankle pain whenever foot is lowered. When foot elevated then pain is immediately more tolerable.  Leg and ankle weeped and dripped for days. Like creating puddles. It was bizarre.
After one night of using the compression machine on my legs,  on I think Monday night, all the stuff got squoze out and the weeping/ dripping stopped. Swelling has gotten significantly better. We keep the compression machine on at night, and Ace wrapped up into the thigh during the day. The calf support seems significantly helpful when I'm trying to put my foot down and walk.

They keep telling me after such an extensive clot and intervention that it will take time and don't seem terribly shocked that I literally cannot put my foot on the floor without severe pain, but of course, at the same time they are pushing to get me moving as much as possible. Pain management has been the primary goal to get me moving but even then I can only be up for a couple minutes at a time. And I have to wonder how much of that could be babesia/bartonella related also??

Thought I was going home tonight but was just told that they are concerned about the trending blood work. So they are not going to let me go tonight.
Please see the screenshots attached of the concerning blood test results. Notice that only one of the screenshots has the dates at the top. The other tests are in the same graph so follow the same date

AmazingCharts.com

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000416

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

columns. They all seem to be centered on the rbc, hemoglobin, hemocrit, and related tests. So again I'm wondering if any of this is related to possible die off from the heparin??

In addition to May Thurner's syndrome, of course the doctors are blaming the hormones that I am taking for the blood clot. So I have not had any of those since I've been here. And of course the drs know nothing and don't understand any of the things I was taking for babesia / Bartonella. Cold turkey!

I have had extensive sweats, and severe headaches. But could be from anything of course. Withdrawal from hormones? Herxing? Response to treatment and drugs and everything else my body is going through?

After several days of barely being alive or able to advocate for myself, so not taking any prednisone, and after a night of not sleeping at all, I was able to convince the hospital doctor that I needed to continue to take the prednisone. I told him I take 10mg, 5,5,5. So then he ordered me 20mg in the a.m. and that's all. Of course that was not what I needed. So I had another discussion with him and he said he could not order it more than twice a day. If he ordered more, he said he would have to deal with the pharmacy questioning his actions. And according to him, spread out doses are no different than one dose for the day since it's long acting. I finally convinced him to give me at least two doses - 10mg in am and 5 in pm. Has worked fine yesterday and today (with me supplementing a bit on the side).

You are my doctor listed on record since you were the one ordering the imaging. Are you getting all the lab results and surgical report? I have all those but cannot figure out how to give you full access to my " Inova my chart" acct.

Stacey

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                               7/2/2022  6:44AM

TO:
CC:
FROM:     HENRY
RE:       (Patient: S. WOLKING) Spoke by phone
MSG:      I called patient's cell phone and spoke with her to make sure she received my analysis and advice.

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                               7/2/2022  6:37AM

TO:
CC:
FROM:     HENRY
RE:       (Patient: S. WOLKING) Should get interventional radiology procedure
MSG:      Stacey,

There will be no babesia in these new blood clots--as the babesia are all sequestered in tiny capillaries only. There were not circulating in the blood to get into the new clots.

So they won't see them in the clots either. My advice is to let them do the IR procedure to remove the clots. You should get rapid relief from your pain and swelling.

Henry Lindner, MD

On Saturday, July 2, 2022 at 05:41:22 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000415

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

This morning, the hosp doctor said he wants to do IR to remove clots or inject something into the clots to disperse them.
Removing is fine but I'm a little hesitant to disperse them if there is babesia in the clots.
The doctor disagreed with my concern and said that the babesia is not in the blood vessel.
If they remove the clots can they look at them under a microscope or test them or something to confirm what is in them, like babesia?

I told him that I would not want to do that procedure unless I got the okay from you or he talked to you first.
Pain continues to be intolerable. Morphine did not help at all last night and I never went to sleep.
Stacey

Henry Lindner, MD

Electronic Signature

| PATIENT MESSAGE | 7/2/2022  6:32AM |
|---|---|

TO:

CC:

FROM:    HENRY

RE:      (Patient: S. WOLKING) DVT found--is in hospital

MSG:     Stacey,

I'm so happy that you chose to go to the ER. I'm sure they told you that DVT's can become life threatening if large clots break off and go to the lungs.

I suspect that earlier the blood clot was only high up in your pelvis--and later it spread down the veins into your leg. To look for clots in the pelvis requires special equipment that they have only in the vascular lab--not in outpatient ultrasound.

I suspect that inflammation from killing the bugs may have contributed to this DVT. The primary factor was immobility while flying. You will be on a blood thinner for 3 months which should prevent any recurrence.

The clot-busting medications they are giving you--like IV heparin or TPA--will break up more babesia nests and cause more herxing. The upside is that you'll be better when it's over for having cleared more nests.

Hold off on starting the lumbrokinase for a week since you're getting the strong clot-busters now. but do take everything else.

Henry Lindner, MD

On Saturday, July 2, 2022 at 01:06:14 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

Dr. Lindner.
No place would do the ultrasound before next week. So we went to the ER. D-dimer was 28.
Ultrasound showed extensive clots in the leg.
They admitted me to the hospital and gave me a shot of blood thinner.
I wasn't sure if you were getting copies of the results. I did put you down as my doctor.
I could not figure out how to download or share test results with you from my Inova my chart account so I had to take screenshots. There are three from the ultrasound they did which showed extensive clots. And there's two screenshots from the CT.
ER doc was a little perplexed how it could be this extensive just one week after the last negative ultrasound.
Still in terrible pain. I can get a little relief only when I'm laying down which my low back does not like.

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000416

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Still continuing with my normal med regimen of three arteM a day, two mepron, and two rifabutin.
I do not have the Krintafel or librokenase with me. So I will take those tomorrow, assuming I get
discharged.
Stacey

On Fri, Jul 1, 2022, 2:58 PM Henry Lindner, MD <henry@hormonerestoration.com> wrote:

It's a compression ultrasound to look at your pelvic blood vessels. They won't have the order unless
you sent it to them somehow.

I called scheduling and they said that for such procedures one has to call 703-858-8660. Fax or
e-mail them the order after you speak to them.

Henry Lindner, MD


On Friday, July 1, 2022 at 02:36:47 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


I don't know why they're having so much trouble figuring out what kind of ultrasound you ordered. I've
spent hours on the phone today with multiple departments and they just keep saying that they don't
know which study you are wanting.
The vascular lab was no help. Guy just kept telling me to call regular imaging and that they didn't
have anything until late next week.
Erica at Inova imaging was extremely helpful and was trying to get something scheduled but needed
to know more about the order. She was waiting to hear from you. Carol had told her that you could call
her around noon.

I'm in severe pain. I can get slight relief if I lay down


On Fri, Jul 1, 2022, 10:18 AM Henry Lindner, MD <henry@hormonerestoration.com> wrote:

You have to call the vascular lab at Loudon hospital to set up this procedure.

Henry Lindner, MD


On Friday, July 1, 2022 at 10:00:20 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Inova should be calling you now . They could not schedule it because they are not clear on the
exact type of US.
You can also call them at
(571) 423-5400

On Fri, Jul 1, 2022, 9:29 AM Henry Lindner, MD <henry@hormonerestoration.com> wrote:

OK, done.

Henry Lindner, MD

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | 7/1/2022   9:26AM |
|---|---|

TO:

CC:

FROM:      HENRY

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000417

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

RE:      (Patient: S. WOLKING) Revised US request
MSG:    ORDERED/ADVISED: Order Date 07-01-2022
       - Custom Order (To be done STAT:
       Compression ultrasound of left pelvis/leg to assess iliac and proximal femoral arteries

       Prior left leg US was negative )  (R22.42)

                                                             Henry Lindner, MD
                                                          Electronic Signature

---

| PATIENT MESSAGE | 7/1/2022   9:11AM |
|---|---|

TO:

CC:

FROM:    HENRY
RE:      (Patient: S. WOLKING) Request for compression US of iliac veins
MSG:    ORDERED/ADVISED: Order Date 07-01-2022
       - Custom Order (Compression ultrasound to assess iliac and proximal femoral arteries

       Patient has persistent swelling. Previous US of left leg was normal. )  (R22.42)

       Stacey,

       I don't know. I don't know how much 2 doses would affect the test result either. My advice is to get the test done today anyway--maybe later in the afternoon to allow more time to pass since last dose--or tomorrow morning at the latest.

       If you have a clot the D-Dimer should be very high, not just slightly elevated.

       I've attached and ultrasound request to look at the deeper veins in the pelvis. Between the two tests we should have a definite answer.

       Henry Lindner, MD


       On Friday, July 1, 2022 at 08:59:57 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


       I've taken two doses of boluoke. How long do I have to stop taking it for to get an accurate d-dimer?
                                                        Henry Lindner, MD
                                                        Electronic Signature

---

| PATIENT MESSAGE | 7/1/2022   8:04AM |
|---|---|

TO:

CC:

FROM:    HENRY
RE:      (Patient: S. WOLKING) Leg swelling worsening, Advised ER or do D-Dimer test
MSG:    ORDERED/ADVISED: Order Date 07-01-2022
       - Custom Order (D-Dimer 85379)  (R22.42)

       Stacey,

       This is very unusual to be caused by babesiosis as I mentioned, though not impossible. Since we are not succeeding at improving this problem, and cannot rule out a thrombus in a deeper vein, the best thing for you to do is go to an ER and get it evaluated. I know that you are loathe to do this because you've had it evaluated before.

---

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000418

WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
FORMAL HEALTH RECORD

The ultrasound that was done looked only at the femoral and lower veins in the leg. We have to consider that a clot could have formed higher up--in the iliac veins on the left in the pelvis. We can rule out any deep vein thrombosis if your D-Dimer level is normal. If it is elevated then it is likely to be a clot. The D-Dimer test will be most reliable if you have not taken any Boluoke lumbrokinase yet. If you have taken it, it may cause a false-positive test at a low level.

I've attached a test request for the D-dimer level. You can get this done ASAP if you don't want to go to an ER. I don't know when the result will come back. Try to get real-time access to your result so you can notify me when it is in. If positive you will need an evaluation in and ER for a thrombus.

Henry Lindner, MD


On Thursday, June 30, 2022 at 02:17:26 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


I'm wondering if the pics aren't doing it justice. My entire leg is huge. The pain has become intolerable. I truly wonder if the skin is going to split.

Henry Lindner, MD
Electronic Signature


| PATIENT MESSAGE | 6/30/2022  11:14AM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:       (Patient: S. WOLKING) Krintafel at 3/week, add Lumbo

MSG:      PRESCRIBE: Boluoke 20 mg lumbrokinase, 1 cap po 3 times per day on an empty stomach,
          Stacey,

Let's keep the Krintafel at 3 weekly for a couple more weeks. If SpO2 remains good, we'll increase to 4 tabs.

Yes, you can add the lumbro 1 cap 3x/day on empty stomach when you get it.

Henry Lindner, MD


On Thursday, June 30, 2022 at 09:03:00 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


So do I continue to take three Krintafel once a week? Or should I take four tomorrow?

And when the librokinase arrives do I take that?

Starting Wednesday evening the herxing got some better. It was some better even before starting the prednisone yesterday at 1:00 p.m.

But leg swelling was worse. It keeps moving up. It was up in my hip making it very stiff impossible to walk

Stacey

Henry Lindner, MD
Electronic Signature

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000419

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

| PATIENT MESSAGE | 6/29/2022  11:57AM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:          (Patient: S. WOLKING) Herxing, cramps, leg swelling. Add pred 10,5,5,5

MSG:        Stacey,

Yes, very common with treating babesiosis. After months of treatment my daughter's heart rate eventually normalized.

Henry Lindner, MD


On Tuesday, June 28, 2022 at 07:15:10 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

Also, for days my heart rate is in the 90s and low 100s. Is that to be expected?

Stacey
You started feeling worse due to restarting Arte-M, then taking the Krintafel. It's expected herxing. Take some prednisone again will help with the most severe herxing symptoms and probably with the left leg swelling too. With no blood clot on testing this must be lymphedema--due to blockage of lymph vessels high up in the leg.

The Arte-M is quick acting--so it's normal to feel worse soon afterwards.

With being back on strong antibabesials I think you need to take prednisone to cope--to control inflammation and hopefully reduce the swelling. I recommend starting with 10mgs now, and taking 5mgs at dinner and bedtime. Tomorrow try 10, 5,5,5mgs, the following day add back DHEA 1 tab sublingually daily after the first larger prednisone dose.

I don't think you're experiencing pain from your liver.

It may be that in you, most of the babesia are in old nests, and not in RBCs. One sees hemoglobin only when killing babesia that are in RBCs. When you add Lumbro you'll start breaking up the nests and are more likely to see heme and protein in your urine.

Henry Lindner, MD


On Tuesday, June 28, 2022 at 02:41:23 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

I Always take two rifabutin and two doses of mepron everyday

after no ArteM on Tuesday last week, I took one Wednesday night after flying home.
Since Thursday, been taking one arteM three times a day.

Friday started feeling really bad again.   severe headache, head pressure, fuzzy. Bad heartburn. Leg swelling continued to get even worse

Took three Krintafel Friday night.

Saturday felt even worse, weak, trembly, nauseated, stomach upset, heartburn, cloudy vision, dizzy, mild heart pounding, short of breath, achy, joints hurt, severe swelling although slightly better than the night before. Pains in my side. Hands and thumbs pain.

Sunday continued to feel even worse.
But the swelling got less severe.

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000480

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

But then yesterday, Monday morning, woke up with the swelling severe again and it continues to be severe. My entire leg is so tight I think it's going to explode. I can't bend my knee and can barely walk. My left lower leg and foot has also been severely itchy with a rash. See pics attached. Is there anything I can do for it?

Also continue to have a lot of pains in my side, is that liver?

I have been checking urine twice a day, it is fine. Sp02 has been around 93/94

I am still very confused over my urine and blood saying we are not killing enough. How can I feel this bad, and we're not killing enough??

I noticed on several days, about 25 minutes after taking ArteM in the morning, the sweats start and my vision gets cloudy, short of breath, itchy, headache

my feet, ankles, right hand , lower arm, and fingers constantly feel like they're going to cramp up. And they do often. I can barely hold on to things with my right hand because it causes a cramp. I was holding a fork last night and my finger just locked in a weird contracted and painful position. It is happening constantly. I am still leaping out of bed almost nightly. I just wish I knew what this was. It is terrifying.

Spectrum is slow. I ordered the boluoke last Thursday. It still has not shipped.

stacey

Henry Lindner, MD
Electronic Signature

| | |
|---|---|
| PATIENT MESSAGE | 6/24/2022  8:16AM |

TO:

CC:

FROM:    HENRY
RE:        (Patient: S. WOLKING) Left leg swelling resolved on pred + ABs
MSG:      Stacey,

OK, we'll talk about it this morning. I'll ask you whether you can say if adding or increasing antibabesials ever helped the left leg swelling--independent of the prednisone dose.

It seems that the right ankle swelling was a result of fluid retention from prednisone, plus edema from sitting for hours while flying.

Henry Lindner, MD


On Thursday, June 23, 2022 at 10:00:33 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Left ankle swelling started August of 2020. Also left lower leg severe pain to touch. Right was mild pain to touch.

Really never had any swelling in right ankle.

The left swelling got better 2 days after starting prednisone.

Chronological history of swelling and antibabesials:

1/23/2022 started Krintafel 1/ week (Sundays)
3/28 started 2/week Krintafel (Sundays)
5/8 started 3/week Krintafel (Sundays)

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.



SCANNED SEAL





SCANNED with CamScanner

WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
FORMAL HEALTH RECORD

5/13 Started prednisone
5/14 started Rifabutin
5/15 started 3 weeks of no swelling for the first time in almost 2 years!
5/19 took extra 3 caps Krintafel (thursday)
5/21 started taking three ARTEM a day
5/22  3 Krintafel (Sunday) (last dose since SP02 dropped in 80's)
5/27 started taking six ARTEM a day
6/2 and 3rd stopped the ARTEM so that I could fly home from California on the 3rd.
Then around 6/6 both ankles were swollen. Right ankle was only swollen for a couple days.
6/12 stopped the prednisone.
6/14 mild right swelling, severe left swelling that has gotten worse every day.
6/18 right swelling completely gone.

hope this helps!
Stacey

Henry Lindner, MD
Electronic Signature

---

**PATIENT MESSAGE**                                                              6/22/2022  1:45PM

TO:

CC:

FROM:       HENRY
RE:         (Patient: S. WOLKING) Will get outpat. US of leg
MSG:        ORDERED/ADVISED: Order Date 06-22-2022
            - Custom Order (Ultrasound of left lower leg to rule out deep venous thrombosis
            E-mailed to patient
            59 yo woman with persistent, worsening swelling of left lower leg.)  (R60.0)


            Stacey,

            Most likely you'll be taking Arte-M for many months. Order a bunch.

            Good idea. I've attached the US request.

            Henry Lindner, MD

            On Wednesday, June 22, 2022 at 01:42:28 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


            Thanks.

            Can you give me an order for a leg ultrasound so that I don't have to go through the ER?

            Do you have any idea how long I'll be on the ARTEM? I'm trying to figure out how many more bottles I
            should order?

            Stacey

Henry Lindner, MD
Electronic Signature

---

**PATIENT MESSAGE**                                                              6/22/2022  1:25PM

TO:

CC:

FROM:       HENRY
RE:         (Patient: S. WOLKING) Increasing lower leg swelling, pt. sure it's not DVT

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000485

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

MSG:          Stacey,

OK on the leg--you apparently have some unusual tendency to edema. It looks like lymphedema, from lymphatic system blockage. Lymphedema would not improve with elevation like simple edema would. I'd feel better if you got it checked out for DVT, but it's up to you.

I'm glad you're able to get by without taking prednisone, but with stopping prednisone you will have more inflammation in your body--and so we may be seeing that inflammation is indeed the cause of the left leg swelling. If it's babesia-related inflammation, the solution is to kill more organisms and to clear more nests.

Reduce the Arte-M to 1 cap 3 times daily for now--as we have succeeded in lowering the prednisone.

Buy some Boluoke brand lumbrokinase capsules online if you don't have any. Take 1 capsule by mouth 3 times daily on an empty stomach. This supplement helps to clear nests and may help with your lymphedema.

Henry Lindner, MD


On Wednesday, June 22, 2022 at 12:01:19 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

Dr lindner,
The severe left leg swelling started on Monday June 13th. Before we flew and has just continued to get worse every day. I keep thinking it must have to do with stopping the ARTE-M on Thursday Friday and Saturday (9th-11th)????
 But I took two ARTM Saturday night, three on Sunday, monday, Tuesday, and one on Wednesday morning. Then took one Thursday and Friday nights, two on saturday, 6 on Sunday and Monday and none today since we are flying tomorrow. And none of that helped the swelling at all. If anything it just keeps getting worse and so painful.
I elevate my feet throughout the day, although I can't say it really helps.

My only knowledge of a DVT, I had one back in 1995, post hip replacement, and my memory is that there was a very specific pain in the calf. I don't have that. Obviously my leg hurts and it's very painful to the touch all over because of the severe swelling. But I really don't think it's a DVT. I can't tell you how many times we've gone to the ER over the years because of swelling or pain in that leg and they checked for a DVT and it never is.

Yes I am completely off the prednisone. I tried taking low doses to wean off but I really thought it made me feel worse because I was already so shaky so I didn't do it very much. The last prednisone I took was last Wednesday (6/15), I took a couple 2.5mg doses. For several days now, the shakiness has pretty much gone away and I have felt ok prednisone-wise.

Sunday was the first night with no leg cramps in the night after taking higher doses of magnesium / potassium. But I did go ahead and get a 500 mg calcium / magnesium / potassium supplement and have been taking that instead twice a day yesterday and today.

I took no ArTeM today. We fly home tomorrow
I had originally bought four bottles of RTM. I only have one bottle left. If I take six a day that's only a 5-day supply so I need to get some more ordered asap. How many more do you think I should get?

I look forward to speaking with you I have a appointment scheduled with you Friday morning.

I am a little confused by the sp02 the last few days. It is all over the place. In the same reading, both hands multiple fingers I am getting everything from 90 to 97. It didn't used to be like that. It used to be that I would see three numbers and give you the average.

Thanks, Stacey

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000426

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                    6/20/2022   3:31PM

TO:

CC:

FROM:        HENRY

RE:          (Patient: S. WOLKING) Left leg swelling now. Muscle cramps. Try ^calcium.

MSG:         Stacey,

If this left leg swelling is new and won't go down we have to consider a blood clot in the calf (Deep vein thrombosis). However, you know this problem much better than me. If the left leg swelling is nothing new then it's much less likely to be a DVT.

Are you still of prednisone altogether? Or taking some small doses? Do they seem to help?

OK on the Arte-M. 2 caps 3 times daily is a potent dose, and so should kill some babesia.

Your serum calcium came back low--I don't know why that would be. Low calcium can explain the cramps. Take 500mg of calcium twice daily and see if that helps. When calcium is low, more magnesium may make the problem worse.

We'll talk soon.

Henry Lindner, MD


On Sunday, June 19, 2022 at 10:22:21PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Yes the swelling got worse when I stopped the prednisone. But since the right ankle swelling is completely gone that makes me think it's not the prednisone. The left leg swelling is severe and as of yesterday it is the whole leg , up into the thigh, not just the ankle. See pics attached.

ArteM:
Wed 6/8 only took 2 doses of one cap each ArteM
Thursday and Friday no ArteM
Saturday is when legs turned to Stone and pain. Conference was over so started back on the ArteM
Saturday evening and took another in the night.
Sunday , monday, Tuesday took three doses one cap each ArteM
Wednesday took one in the morning
Thursday we flew so only took one at bedtime.
Friday the severe swelling started in left ankle / lower leg
Friday only took one ArteM at bedtime
Saturday took two doses of one cap arteM. Severe swelling up entire leg into upper thigh.
The only thing I know to try is more aRTM so today, Sunday, I went back to two caps three times a day.
I will do the same tomorrow. Monday.
But then will not take any on Tuesday as we fly home Wednesday.

I always take 2 doses rifabuten and mepron.

Cramps/Charley horses continue to be a big daily problem.
Every night I am leaping out of bed with severe cramps in feet/ankles. My foot is so contorted that I can't even get it flat on the floor. Last night it was the outside of my left ankle and it would not stop cramping for over an hour. Crazy painful.
Additionally My hands and fingers are cramping almost daily and occasionally lower arms have cramps also. Is this a circulatory or muscle issue?
 I have been taking lots of extra magnesium/potassium supplement.

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000487





**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Any other solutions?

I noticed quite a few things were out of range in my blood work. Is anything concerning or is there anything I need to do about that?

Sp02 this am 93, pm 95

Thanks
Stacey

Henry Lindner, MD

Electronic Signature

---

PATIENT MESSAGE                                                                 6/15/2022   8:07AM

TO:

CC:

FROM:     HENRY

RE:       (Patient: S. WOLKING) Off pred has shakiness, jitteriness, ankle swelling

MSG:      Stacey,

As I mentioned, you should take some prednisone as often as needed to help with the jitteriness, shakiness, achiness, etc.

You can lower the DHEA to 1/2 tab daily for now.

The symptoms of withdrawal should resolve over a week or two.

The ankle swelling seems to be a sign of inflammation for you--as it improved initially on high prednisone doses in the past. However, with continuing to take high prednisone doses there is some fluid retention--and that could be causing ankle swelling. The key question is: Did the ankle swelling get worse while still taking 70mgs of prednisone daily, or only after you stopped the prednisone? If the swelling is fluid retention from prednisone it will go down over the next week or two. If the ankle swelling is inflammation-related, it may remain until you kill off more babesia or take higher prednisone doses again.

No, nothing to add to the labs.

I'd stop the Arte-M again for travel days.

Henry Lindner, MD


On Tuesday, June 14, 2022 at 11:11:10 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Now that I am not taking prednisone do I go back to my usual quarter tab of dhea?

So how long will the withdrawal take? I am still constantly shaky and jittery.

My left ankle is severely swollen and the right is mildly swollen. Is that from the prednisone?

Please also see the questions below from an earlier email.

Tues pm sp02  94

On Tue, Jun 14, 2022, 4:28 PM Stacey Wolking <kycpa1@gmail.com> wrote:

Yes, I am so so shaky and jittery all the time. It is awful.
I just took 2.5 mg as you recommended.

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000480

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Is there anything you want to add to the order before I get my labs done tomorrow?

Should I try to continue to take the ArTM while flying? Or should I stop it the day before like I did before. We fly Thursday.

Thanks, Stacey

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                          6/14/2022  12:51PM

TO:

CC:

FROM:     HENRY

RE:       (Patient: S. WOLKING) Pred need much lower after babesia die-off.

MSG:      Stacey,

If you're not need to take much prednisone, then something has gone right. When you kill off a lot of organisms your prednisone need declines, sometimes dramatically. That seems to have happened. You did have the blood in your urine 5 days ago, indicating a big die-off.

Too much prednisone can make you feel hyper, puffy, and cause trouble sleeping. Too much pred can cause blurry vision and a light heart-pounding feeling.

Remember, whenever you suddenly lower prednisone doses you'll have withdrawal. It feels like too little prednisone but you don't have other symptoms of too little. Withdrawal causes weakness and achiness, also brain fog. It can cause anxiousness and shakiness. When it's withdrawal, you feel better day-to-day as you get used to the lower prednisone dose.

To avoid severe withdrawal, it's best to keep taking some prednisone--like at least 2.5mgs in the morning and in the afternoon. That's a physiological dose of prednisone. Give this a try. I think you'll find that the low doses help.

Keep taking the Arte-M 1 cap 3 times daily along with the usual doses of the others.  Let me know how it goes.

Henry Lindner, MD

On Tuesday, June 14, 2022 at 09:17:23 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

Dr. Lindner. I think something went wrong.

As I said, something changed on Saturday and I just started feeling really awful and nothing I could do could really make it any better. And that was while I was not taking any ArteM.
I was taking bigger doses of Prednisone during the day Saturday just to get through the day but by evening I was thinking I had too much so I cut way back and was taking very small doses throughout the night. But was still not sleeping but still couldn't figure out what I was feeling other than just terrible all over.

I started back on the ArteM . Took one Saturday evening and another in the night.
Sunday and Monday, I took three doses of ArteM, one capsule each. Was hoping that would help my legs feel better again. I'll take cramps over pain anytime.

And always have two doses of Rifabuten and two doses of mepron.

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000481

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

The vice headache was really really bad but I wasn't really getting much heart pounding or extreme weakness that I associate with needing prednisone. But I was really dizzy, fuzzy, blurry vision, and as I mentioned my legs were in severe pain and felt like lead. That was a huge change.

I continued to just feel sick all over and, severe vice headache and jittery. I have severe Leg and ankle swelling and pain. Extreme thirst. Dizzy, blurry vision. But wasn't having the heart pounding which was always my sign for prednisone. (and I think I was wrongly using the vice headache as a sign of needing prednisone when it really was just a herx ) also noticed my face look puffy.

After taking small pred doses Sunday morning, I just stopped taking the prednisone. My last prednisone was 2.5mg on Sunday 1:40 p.m.
And I slept better than ever Sunday and Monday nights.

Yesterday, Monday I continued to feel all the things mentioned above including jittery. Very concerned about The extreme thirst and severe swelling. ( both ankles, but always worse in the left.)

Sp02 sun am 93
Sunday p.m. 91
Tuesday a.m. 93

I checked my blood pressure a few times just because I was feeling so bad. It has gotten pretty low. Lower than my normal anyway.
Last night at 8:00 p.m. it was 107/62
June 8th 7:30a it was 106/67
June 5th 10:30a it was 108/66.

So this morning still feel jittery, thirsty, puffy and swollen. Bad headache, blurry vision, dizzy. Leg pain is getting some better. Clearly, I have no idea what I'm doing. Just trying to Ride This out.

Stacey

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 6/11/2022  10:56AM |
|---|---|

TO:

CC:

FROM:    HENRY
RE:        (Patient: S. WOLKING) Still needing 70mgs pred, will ^TAF, ART after trips
MSG:       Stacey,

I agree with taking some Arte-M in between busy days. In the long run, it's always better to be killing bugs than not killing bugs.

What's going on with the legs is hard for me to say. I think that you likely have a lot of babesia in the capillaries and small veins of your legs. They do produce leaky capillaries and thereby swelling.

The SpO2 is OK. When you are free of unusual activities we should hit the bugs hard again with higher tafenoquine doses and with Arte-M 2 caps 3 times daily. This should bring down the prednisone. Let me know when you're ready to start this and give me your tafenoquine dosing schedule then.

One does need a lot more prednisone for busy/hectic activities. It's normal early in treatment with an antimicrobial to get sweats after doses. Some have sweats after atovaquone doses.

Do you have a sleep aid? I could get you Ambien (zolpidem) 5mg tabs. They usually help a lot in this situation.

Henry Lindner, MD

---

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000482

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**


On Saturday, June 11, 2022 at 09:34:47 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Dr Lindner

Can you please help me decide what to do about going back on the arteM tomorrow?.

So I took two doses of one cap arteM on wednesday, none Thursday, Friday or Saturday (today), to get through the conference. I could start taking it again tomorrow, (Sunday) and then take it Monday& Tuesday.
But then I would be stopping it again on Wednesday because we fly on Thursday to Cincinnati for the family wedding.
So is it better to take it when I can and do this pulse thing or is it better just wait until I can start taking it again full time, full strength on Thursday the 23rd?
After the 23rd, I have nothing else planned and I can get back on full treatment plan.

I've continued to take two doses of rifabuten and two doses of mepron everyday.

Unless it's a coincidence or prednisone issue, it appears that a few hours after each riflebutin I always get sweats. Is that rifabuten?

Yesterday's spo2 was 93 in the morning, and 92 in the evening.

Total prednisone on Thursday was 71.5. I felt like the whole day I was playing catch up with drenching sweats a lot.
I was more aggressive on Friday and took doses of 10 during late morning and afternoon and that seemed to help a lot. I was hoping I wouldn't need so much since I wasn't taking the arteM but of course I was busy meeting with lots of folks and doing lots of walking. I thought being relaxed and having fun would lower my need. total on Friday was 70.

As I told you, on the arteM, my lower legs constantly felt very weird. Tingly, numb, wobbly, like something's moving inside, vibrating and lots of cramping.
Yesterday all that stopped. And now they feel like lead and tight and constant pain in shin calf ankle foot. Left is always worse than right and I am getting the daily swelling in my left ankle. Swelling bad but usually better in the morning.
I just can't get over how dramatically that changed.

And that makes me think that I should try to continue to take even one or two ArteM a day if I can, maybe not on flying days but all other days??


Continue to struggle to sleep. Wake up every couple hours and often don't go back to sleep. I'm usually only getting 4 to 5.5 hours total which is exhausting.

Thanks. Stacey

Henry Lindner, MD
Electronic Signature


| PATIENT MESSAGE | 6/9/2022  9:49AM |
|---|---|

TO:

CC:

FROM:    HENRY

RE:        (Patient: S. WOLKING) Hemoglobinuria, herxing. Stop Arte-M for now.

MSG:      Stacey,

Yes, that is hemoglobinuria. It is expected with killing bugs and destroying the red blood cells they were inhabiting. Some normal red blood cells get destroyed too. It is of no concern now. The urobilinogen can

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000483

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

be slightly raised with hemolysis. Only with very heavy and prolonged hemoglobinuria would we be concerned about anemia.

Generally you're going to feel worse when you see hemoglobinuria, as your immune system is reacting to the killed bugs. Take Alka-Seltzer Gold and Burbur Pinella. Get more Vitamin C--to keep it yellow all the time on urine testing.

You will need more prednisone temporarily, then your need may drop when the die-off is over.

Yes, stop the Arte-M for now to help with your travel and conference. Take the extra pred you need as per your body's signals. When you are home you should restart the Arte-M.

Henry Lindner, MD


On Wednesday, June 8, 2022 at 11:02:59 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Dr lindner,
There is blood in my urine this evening. Of course it's the night before I leave for my conference. See pic attached. The first field is a different color too.

After 3 weeks of absolutely no ankle swelling it started again. Monday evening both ankles were pretty swollen. The right ankle is back to normal today. But the left is still really swollen.

Last two nights had very bad all night long cramping in lower legs and feet ankles.

Spo2 Monday evening 90/91
Tuesday evening 91
Wednesday morning 91/92
This evening 93/94! Haven't seen those numbers in a while!

Prednisone total Monday was 41 mg
Tuesday was 44 mg.
Today will be more. I've been having a really hard time since this afternoon. I'm just not getting enough and I'm having trouble catching up since this afternoon. It's hard to tell how much more to take especially as evening is coming and all I can think about is trying to not take too much that will keep me awake. Just have not been getting much sleep. Most doses are 5mg and then I've taking a couple bump ones. At 8:00 p.m. I took 5mg. 9:15 I took 1 mg and at 10:00 p.m. I took 2.5 mg because I felt so bad. Heart pounding, short of breath, jello legs.

Monday and Tuesday I took one arteM three times a day, one rifabuten two times a day and mepron twice a day.
Today I have taken the same except I have not taken the third dose of arteM. I may not, I feel so bad. And I have to get up early to leave.

So I am thinking I'm just going to stop the arteM thurs/f/sat for the conference. Even one three times a day seems to be causing some serious herxing.

Do I need to do anything about the urine? Is that a good or a bad thing?

Thanks. Stacey

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | 6/6/2022  10:22AM |
| --- | --- |

TO:

CC:

FROM:     HENRY

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000484



Case 3:24-cv-00806-JFS   Document 56-11   Filed 07/12/24   Page 116 of 234

| Tests | | | | Results |
|---|---|---|---|---|
| Urobilinogen | 0.1 ← | 1(16) | | 2(33) |
| Glucose | neg. | 100(5.5) | +250(14) | ++500(28) |
| Bilirubin | neg. | | + | ++ |
| Ketones | neg. | ±5(0.5) | +15(1.5) | ++40(3.9) |
| S.G | 1.000 | 1.005 | 1.010 | 1.015 |
| Blood | neg. | Hemolysis+10 | ++ 50 | +++250 |
| pH | 5 | 6 | 6.5 | 7 |
| Protein | neg. | trace | +30(0.3) | ++100(1.0) |
| Nitrite | neg. | trace | pos. | |
| Leukocytes | neg. | + 25 | ++ 75 | +++500 |
| Ascorbic acid | neg. | 20(1.2) | ++40(2.4) | mg/dl(mmol/L) |

(01) 08806141301479
(10) 210715

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

RE:        (Patient: S. WOLKING) Lowered pred, felt withdrawal but improved
MSG:       Stacey,

It can be confusing, and one has to learn by personal experience how much prednisone to take. Too much will cause heart pounding, but usually a lighter feeling than the heart pounding of too little prednisone.

I'm glad you found you were getting too much. Taking less is much better if possible. With lowering prednisone you will have withdrawal, but you won't feel that more prednisone helps much. So that's what you felt all weekend--withdrawal. The ability to relax and the quick improvement indicate that taking less was the right choice, and you're getting over the withdrawal.

Possibly the antibabesial regimen has killed enough bugs to allow you to take less prednisone. Too little prednisone will also cause sweats--day and night. However you can't get rid of herxing sweats with more prednisone. Take more pred only if you have other indicators of too little. Mostly you just have to try more or less pred. Take less if more doesn't help much with your symptoms.

Drenching night sweats are from killing babesia--with Arte-M and the other medications. You can keep Arte-M at 1 cap 3x/day to see how it goes. Taking less antibabesials will help you get through the conference--but it's best not to stop them if you can.

The stomach and nerve issues are typical with babesia die-offs. There is no reason to be concerned. They come and go--affecting various areas in various ways.

Go ahead and to the labs when you get a chance. It's good to check them once in a while. We should talk by phone again when they are in.

The SpO2 is OK, but you don't want to increase the Krintafel since it's borderline low. Vit C and NAC help the SpO2 as per the treatment guide.

Henry Lindner, MD


On Monday, June 6, 2022 at 09:37:05 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Dr. Lindner,
I am having a really hard time sorting out the symptoms of herxing versus need for prednisone. I think I was getting it wrong and was taking too much prednisone. I flew on Friday and was experiencing so much heart pounding and short of breath. On Saturday I just kept taking more and more because of the horrible vice headache, severe fatigue and shortness of breath. But then I was ALSO feeling jittery and heart fluttering. I'm just so confused by all this. Saturday my face was puffy and I started noticing bruising on Friday and Saturday. So I just dramatically cut back on the prednisone and rode it out.
All weekend felt terrible - severe fatigue, headache, head pressure (vice), total brain fog. Blurry vision is so bad it is scary sometimes. Despite that, had a very relaxing, and pleasant weekend being back home with Daryl.
Last evening and Today I am feeling much better.

Actually got some sleep last night with taking 7.5 mg at 10:45 p.m. . And then just two doses in the night:
1:25 a.m. 5 mg
6:45 a.m. 7.5 mg

I had been taking two artM three times a day. (History: started one three times a day on May 21st, and then increased to two,  three times a day on the evening of May 25th)

 Last monday through Wednesday is when I had the severe stomach pain and nausea.
So Monday I only got down one artM three times a day.
Tuesday took one, two times a day.
Wednesday took one, three times a day.
No artM on Thursday and Friday (flew).

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000486

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

Saturday took one artM, two times a day. This was a horrible day of continuing to try to figure out the prednisone and cutting way back.
Sunday, yesterday took one artM, three times a day.

I am attending a conference this Thursday through Sunday. So I am thinking I will continue to take just one artM three times a day or maybe even not take it at all during the conference? Is this what is causing the drenching night sweats?

I noticed less night sweats on the days when I was not taking ArtM. But am still experiencing lots of day sweats. Again I thought that was low prednisone. But then I realized you don't mention sweats at all in the prednisone symptoms that you listed. So is that all herxing /artM and not low prednisone??

After the days of horrific doubled over stomach pain and nausea last week. I now have a constant low grade stomach upset/ nausea and pretty severe bloating.

My lower legs/ankles/feet, particularly left, feels super weird all the time - tingly, like like there is movement, crampy, discomfort, vibrating,. But so excited to see ankle bones for first time in a year and a half!

I don't know if you can help me clarify any of this:

How I feel when I think I Need prednisone- Heart Pounding,  head feels like it's in a vice,  sweats, short of breath.
You said, "With too little prednisone you'll notice headaches, strong heart pounding, severe fatigue/weakness, increased pain, and nausea. "

How I Feel with Too much prednisone-  Head buzzing/ tingly/prickly. Jittery. Heart fluttering. I feel like I can't move. I never have the feeling of needing to do something or exercise. And the heart pounding and heart fluttering can feel very similar.
You said, "With too much you'll notice little of those symptoms, but a lighter, faster feeling of heart fluttering.  overstimulated or agitated, like you have to do something or exercise."

It is helpful when I go back and read the babesia guide and see that I pretty much have every symptom you list there for herxing:

"When organisms are being killed, you'll have flu-like symptoms: worse fatigue, brain fog, headaches, and muscle aches and weakness. You will have night sweats, possibly a fever. You may experience gastrointestinal symptoms such as nausea, cramping, bloating, diarrhea, and constipation. You may have migrating aches and pains, heart pounding or palpitations, and/or shortness of breath. You may have sleep disturbances such as insomnia,  Your appetite may become poor or
paradoxically excessive. Your sense of taste may become distorted and your mouth may feel dry. Your vision may temporarily become blurry or otherwise impaired. Your hands may shake. urinary incontinence. You may see small red
dots in your skin (petechiae)"

There are actually a few things on the list that I do not have:
hypersomnia,
hypnagogic/hypnopompic hallucinations, or sleep paralysis.
acne-like eruption on your back.
difficulty urinating.

In addition, last week I started with fingertip numbness off and on in both hands. Which is now constant in three fingers on my right hand. Should I be concerned about this?

Everyday I take one rifabutin twice a day and mepron twice a day. I am wondering how much of the severe herxing is coming from the rifabutin?
Especially if I had a heavy Bartonella load, which I thought was part of the left shin severe pain, and all that leg weirdness.

Spo2 yesterday is 89/90. It has consistently been 89/90/91 for quite a while now.Is there anything that's causing this to not come back up?

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000487

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

(My last (xtra) dose of three Krintafel was on May 20th. B4 that I was taking three every Sunday.)

I would appreciate guidance on the best way to get through this conference with minimal herxing/ symptoms.

Sorry that this is so long. I wanted to give you the big picture since I haven't updated you since last week.

Do you really want me to do this lab request or were you just appeasing me? Obviously I'm not feeling panicked anymore.

Thanks. Stacey

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | 6/1/2022  12:52PM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:          (Patient: S. WOLKING) Stomach pain, tightness in throat, Will check labs

MSG:        ORDERED/ADVISED: Order Date 06-01-2022
 - Custom Order (CBC automated with diff/platelets 85025
Comprehensive Metabolic panel (14) 80053
Haptoglobin 83010 (LabCorp  001628)
Lactic Acid Dehydrogenase (LDH) 83615
Lipase  83690
Amylase  82150

Have blood drawn any time of day, no need to fast.)  (R53.8, N95.1, B60.09)
F/U by phone when labs are in.

Stacey,

I've attached a lab request. You can do it any time of day and no need to fast. I think that this is all typical herxing. My daughter had these symptoms at times. With herxing there is pain that moves around, depending on where you're killing a lot of bugs. Also many other strange symptoms come and go.

Nausea and a bad taste in the mouth are typical too. We called the bad taste "dead bugs taste", as that is probably what it is.

The blood in the urine is not impressive. It may have been just one red blood cell and not free hemoglobin. Free hemoglobin will cause a spread out light-green change.

You can certainly hold off on the medications for a few days to let the pain calm down. Then add them back gradually over a week or 10 days. Again, we want to proceed as quickly as possible, but it must be bearable for you.

Henry Lindner, MD

On Wednesday, June 1, 2022 at 01:31:55 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

Sp02 89/ 90
Severe stomach pain and nausea all day. Got zofran late in the day. It may be helped a little bit.

---

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000438

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

See urine Stick pic attached. Looks like one speckle in the blood field. Don't know if that means anything.

Stomach so bad, hard to eat or drink or take pills.

Took one aRTM at 4:00 p.m. and again at 9:20 p.m.
Took one rifabuten 425 p.m. and again at 9:20 p.m.
Took mepron morning and evening.
Took zofran at 6:00 p.m. and 10:20 p.m.
Alka Seltzer this morning.
I'm literally gagging stuff down. And have such a constant horrible bad taste in my mouth.


On Tue, May 31, 2022, 11:45 AM Stacey Wolking <kycpa1@gmail.com> wrote:

    Yes please call the zofran soon as possible to Walmart on college boulevard in Oceanside California. I think that's the same one we used before.

    Is there any chance we should check like liver enzymes or electrolyte levels or anything like that? It just feels like something else is wrong

    On Tue, May 31, 2022, 11:35 AM Stacey Wolking <kycpa1@gmail.com> wrote:

        I called the office and asked to speak with you. I keep thinking something else is wrong. Severe pain mid upper stomach. Radiating pain and tightness up into my throat. With a sweat breakout
        I've had some mild off and on throat tightness of the last couple weeks . Just another in a long list of weird symptoms.
        Bad Nausea. feel like I can't eat or take any pills. Haven't taken anything today except prednisone and Alka-Seltzer

                                                            Henry Lindner, MD
                                                            Electronic Signature

---

| PATIENT MESSAGE | 5/31/2022   4:17PM |
|---|---|

TO:

CC:

FROM:   CAROL

RE:       (Patient: S. WOLKING)  Script done for Zofran - note about problems also

MSG:    Called in to Walmart:
PRESCRIBE: Zofran ODT 4 mg oral tablet, disintegrating, Let 1 tab dissolve on the tongue every 4 hrs as needed for nausea. Max. dose 4 tablets daily, # 60, RF: 0

Said she sent you an email back about wanting the script also, so I wanted to get you message since I couldn't catch you before your walk.  Stacey said she's really not feeling well and starting to wonder if something else is going on too - something feels "different" with this pain and tightness in her chest - stomach area especially the past couple of days.  Starting to feel concerned and just wanted to be sure you understood from the emails that this is much worse - different then usual she feels...

                                                            Carol Kelly, Office Manager
                                                            Electronic Signature

---

| PATIENT MESSAGE | 5/31/2022   2:06PM |
|---|---|

TO:

CC:

FROM:   HENRY

RE:       (Patient: S. WOLKING) Herxing--can try vART to 1 tid

MSG:    Stacey,

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Every person with this infection responds differently to antimalarials and lumbrokinase. We just have to feel our way to find what will work best for you. It can take some people many months to get much better. Fortunately you have seen some things improve.

Amber urine does indicate some clearing of nests.

Nausea and other gastrointestinal problems are common with killing these bugs. For nausea I could get you Zofran tabs that dissolve in the mouth. It helps a lot. Shall I call it in? Where?

Yes, you can take a break--but it's better just to reduce the antibabesial regimen. As I said, you can reduce Arte-M to 1 cap 3 times daily and see if that allows you to do the things you have to do. If not you could even stop the Arte-M temporarily.

Henry Lindner, MD


On Tuesday, May 31, 2022, 12:33:03 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


That's what I don't get. Why aren't I making much progress? How can I feel like I'm dying and not be making progress?
 You may see protein alone if you're killing babesia in old nests with no RBCs. Not having them means that you have a lower babesia load

How can I feel this way if I have a lower babesia load?? And what about the Amber urine?

What has made my stomach so much worse in the last few days? Stomach upset, nausea always feel like I'm on the verge of throwing up

Is there a way to take a break for a couple weeks? And then ramp up again?

I fly home on Friday.

I am supposed to be going to a conference the next weekend for work. Of course this was scheduled many months ago but even last week I was thinking it was still doable because it's completely at a leisurely pace, and  driving just a couple hrs with a friend / coworker.

And the next weekend we were planning to fly to see family and attend neices wedding. Again I thought it was doable because they know I'm struggling so I would be resting a lot, lounging by the pool, enjoying family and friends. No expectations of me..

Is there anyway I could do those things and then get back to this? This probably sounds crazy to you. I'm just so used to pushing through all the time. for years.
But I'm sure I'm not thinking clearly anymore. Lack of sleep, crazy dreams really mess with you.

Henry Lindner, MD

Electronic Signature

---

PATIENT MESSAGE                                                     5/31/2022   9:02AM

TO:

CC:

FROM:        HENRY
RE:          (Patient: S. WOLKING) No progress or hemolysis, Add lumbro 1 bid
MSG:         PRESCRIBE: Boluoke Lumbrokinase 20 mg oral capsule, 1 cap po twice daily,

             Stacey,

             OK on the ox. We'll wait until it's up to 94 to have you take more tafenoquine. We don't want

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

hemoglobin and protein in the urine--but when you're killing a lot of babesia that are in red blood cells you'll see these. You may see protein alone if you're killing babesia in old nests with no RBCs. Not having them means that you have a lower babesia load and don't have many babesia in RBCs that are within reach of the antibiotics. We'll change this when we add lumbro to break up the nests.

Have you experimented with higher prednisone doses during the night? To see if they help you sleep better?

You will be in bed on bad herxing days. When you need to function, you can lower the Arte-M dose. That will quickly reduce herxing. Raise it back up when you can or when you don't need to function as well.

The treatment of this infection is hard on everyone, no matter their age. My daughter was severely disabled until recently. She could not do much at all besides lie in bed, eat and watch videos with us. I do think it's harder to deal with as one ages. I have several people of your age who are getting better with treatment. Killing babesia will eventually leave you much better off than before in every way--even while you are still taking the antimalarials. It's all about lowering the load of the organisms.

Since we are not making much progress, I think we should add in lumbrokinase to start breaking up the nests. They may be what you need to do to kill enough babesia to lower your prednisone need. So get the Boluoke Lumbrokinase online (it's in the guide) and start taking 1 capsule twice daily on an empty stomach. We'll increase the dose from there.

Henry Lindner, MD


On Monday, May 30, 2022, 12:21:14 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Sp02 has been 90 for several days. (I've been calling it ox in every email.)
Last evening was 88/89

Urine is always fine. Do we want hemoglobin or protein? Is This  something I should be concerned about?

Even though yesterday was completely a day of rest, felt extra bad all day. Dizzy, weak, woobly, shortness of breath, backache, headache and later in the day got a really bad stomach ache that I still have this morning. Really wish I could sleep more.

Sunday took three doses of two caps arteM, two doses of one cap rifibutin, and two doses of mepron.

Stacey

Sorry. I shouldn't be asking questions that are in the babesia guide. I went back and read it again. As I have every symptom you mentioned there, Helps to read .

Extra terrible day. Have not been able to get out of bed. So many symptoms that it is hard to sort out what is Need for prednisone and what is herxing. Stomach extra bad. Constant side pain. Had a very scary bout this morning of severe mid and right chest pain. Lasted about 30 minutes. Very scary.

S p o 2 is 90. Pulse is lower than I've ever seen it in the low 50s. Urine was fine a little bit ago. Based on what I read in the guide I'm trying to figure out why I would not have those things in my urine?

Today so far I've taken two caps arteM, one rifibutin and one mepron. And took Alka seltzer gold.

Your daughter is Young. Do you have any patients that are older like me doing this protocol? I'm really not sure I can live through this.

Henry Lindner, MD
Electronic Signature

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000441

Case 3:19-cv-00806-JFS   Document 56-11   Filed 07/12/24   Page 123 of 234

WBC/µL
+++500

mg/dL (g/L)   1000(10)   +++300(3.0)   ++100(1.0)

9   8   7

RBC/µL   +++250 Non Hemolysis

1.030   1.025   1.020   1.015

mmol/L   +++100(10)   ++40(3.9)

+++   ++

mmol/L   +++1000(55)   ++500(28)

mg/dL (µmol/L)   131   4(66)   2(33)

Results

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

| PATIENT MESSAGE | 5/30/2022   9:11AM |
|---|---|

TO:

CC:

FROM:     HENRY
RE:       (Patient: S. WOLKING) Still needing 80mg pred--consider more TAF
MSG:      Stacey,

While we always want to minimize prednisone, as long as you're taking an aggressive antibiotic regimen you can take all the prednisone that you need from hour-to-hour--as the higher dosing should be temporary.

I think you just needed more prednisone for the activity--as the doses were not lasting 2 hrs and were probably just too low to give you enough support. Remember, anything you do beyond normal activities is going to require more prednisone. You need more prednisone before and during the activity.

If pred doses are lasting longer, you can just take them less frequently--for greater convenience. If that doesn't work well, or is just to hard to track, then you can instead try taking lower doses every 2 hours. Just keep lowering until you feel too badly and/or doses don't last 2 hrs.

Alka-Seltzer Gold doesn't seem to be available anywhere except online.

We had you take and extra 450mgs of Krintafel. How is your SpO2 now? We should give you another 450mgs if we can. Any hemoglobin or protein in your urine?

Henry Lindner, MD


On Sunday, May 29, 2022, 02:49:32 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Yesterday was a really rough day. Tried to do a little shopping at a very leisurely pace. Had to find some shoes for a family wedding.
The entire time I was drenched in sweat, felt near collapse, dizzy, lower legs felt very weak, wobbly, trembly and crampy.
Doses did not last the 2 hours. ended up with a total of 82.5 mg for the day. The doses did last longer at night though. I slept from 1:00 to 4:30 and then until 7:30.
Friday's prednisone was 74.5 total
ox has been staying at 90.

My legs constantly feel super weird and weak as mentioned above. No swelling whatsoever. And I even think both lower legs are skinnier. Seems to be working on the leg inflammation! My long-term severe left lower leg painful to the touch, is less severe. Feels like a miracle.
Still have pretty much constant headache, dizziness, stomach ache and lots of sweats. And bouts of shortness of breath and back ache

Thursday I had started the two capsule dose with the second dose of arteM
Friday and Saturday took three doses of two caps arteM, two doses of one cap rifibutin, and two doses of mepron.

After not finding it locally, I ordered the Alka-Seltzer gold.

So if I notice that the pred doses are lasting longer, does that mean I take less often, or take a lesser dose.? How much of a lesser dose?

Stacey

Henry Lindner, MD

Electronic Signature

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000448

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

| PATIENT MESSAGE | 5/27/2022  12:28PM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:     (Patient: S. WOLKING) May delay flight for a week

MSG:     Stacey,

I have not seen people on high prednisone doses who are also taking DHEA have any increase in infections. I do think that putting it off until Saturday is a good idea. Hopefully you'll be feeling better then, and should be needing less prednisone then too.

You can stop the Arte-M the day before and day of the flight--that will allow you to feel much better.

Henry Lindner, MD


On Friday, May 27, 2022, 12:13:17 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

So I am considering flying from California to Virginia on Tuesday. But am concerned about all the prednisone RX cautions of lower immunity/increase chance of infection and just overall feeling so bad and being so dependent on hourly meds.
I could wait till Saturday to fly. Do you think it would make any difference?

Henry Lindner, MD

Electronic Signature

| PATIENT MESSAGE | 5/27/2022  11:59AM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:     (Patient: S. WOLKING) Herxing on higher Arte-M dose, needing Pred 76mgs/day

MSG:     Stacey,

You're herxing from the higher Arte-M dose. Do always remind me what you changed recently when you've had a change in symptoms. Think about it yourself too--always try to understand why you're feeling better or worse and let me know your thoughts. Arte-M is very potent for killing babesia.

As I mentioned, you may need more prednisone short term with doubling the Arte-M. You can try a bit more at times and see if it helps or not. If more helps you needed it.

It's very good that you still able to work while taking these strong antibabesials.

I think your body will tell you when your pred needs drop--you'll feel overstimulated and find that doses last longer than 2 hrs.

Your ability to make your own cortisol will come back with time with tapering off pred or HC--if you are able to when the babesia are almost all gone.

Do order the AS Gold. You'll find it helpful along with the Burbur Pinella.

Henry Lindner, MD


On Friday, May 27, 2022, 11:47:09 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization   of the patient listed above.

WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
FORMAL HEALTH RECORD

Dr lindner, Yesterday afternoon stated feeling really achy, bad backache, just sick all over. By evening started feeling really horrible all over including bad shortness of breath. I get confused about the shortness of breath. It's not always from low prednisone right? Because the shortness of breath was really bad last night but when I laid in bed the heart pounding was very mild and I didn't really have the vice head feeling so I didn't think I should take more prednisone if it was just herxing and we are trying to reduce the prednisone. And I was able to go to sleep.
Is weird how I wake up every 2 hours almost on the dot.
11p.m. 7.5
1:00 a.m. 7.5
3:00 a.m. 7.5
But then slept 4 hours!
7:15 a.m. 7.5
But now at 8:15 a.m. I am feeling low prednisone. Vice head, slight heart pounding. Should I take more. Or am I trying to cut back?

Yesterday I took three doses of arteM - one capsule, two capsules, two capsules. Two doses of rifabutin and two doses of mepron.

I always take magnesium capsules twice a day - morning and evening plus I often take small amount of Natural calm sleep magnesium powder at bedtime. So I am already getting about 300mg of magnesium everyday. But I can increase it. Especially in light of my long-term runny stool/diarrhea has pretty much completely stopped in the last week. Now it's almost like borderline constipation. What would have caused that change?

The last two mornings started the day with about 8 mg prednisone (the pills that didn't break right) and the rest of the day taking 7.5 mg prednisone pretty much every 2 hours plus the once or twice a day catch up dose of 1 mg. Work has been very busy and long hours the last couple weeks. As confused and fuzzy as my brain can be it is a miracle that my mouth brain connection still seems to work pretty well for work. I definitely struggle more with finding the right words but I can only assume that it's because a lot of the info I'm sharing is so deeply ingrained and automatic. Work emails have definitely been a bit harder to put together.

So my total prednisone yesterday was 84 mg, that's counting the 7:15 a.m. dose this morning. Usually I start counting the new day after 8:00 a.m. but since I'm up maybe my total for yesterday would really be 76.5.
Wednesday total 75.5.

 I'm very conscious of trying to reduce the prednisone. Do I just wait for the overstimulation feeling? Because right now if anything I feel like it is the right amount or I need slightly more most of the time. But you keep saying we need to reduce it.
The RX information says that taking prednisone makes your body make less. So that seems problematic for getting off of it.

The RX information of course has a very very long list of possible side effects, (which of course are the same symptoms I already have) but it does mention low potassium causing muscle cramps. My magnesium pills have 99 mg potassium and I've been trying to eat potassium.(banana)

I have not taken the Alka-Seltzer gold. I can get that if you think it is really important. It's just one more thing and I'm feeling really overwhelmed with taking something practically every hour. Plus I wasn't sure how that would mix with my omeprazole?

Evening ox was 90/91.
Thanks, Stacey

Henry Lindner, MD
Electronic Signature

PATIENT MESSAGE                                                             5/26/2022  12:37PM
TO:

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000445

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

CC:
FROM:      HENRY
RE:        (Patient: S. WOLKING) Feeling better on 75mgs pred. Should ^Arte-M
MSG:       PRESCRIBE: Arte-M (artesunate 50 mg) oral capsule, 2 caps po 3 times daily,

Stacey,

Glad to hear you got the prednisone working for you. Maybe the herx is calming down a bit too. The pred dose is still too high so we need to be as aggressive with the treatment as you can stand.

Arte-M should not have any effect on the SpO2, so maybe it was a coincidence.

Hold off on the Krintafel for now, but increase the Arte-M to 2 caps 3 times daily. You'll herx more but we have to get the prednisone down to avoid long-term problems like weak muscles and bones.

The cramping is unusually, I suggest taking magnesium twice daily--like 200mgs per dose. Drink lots of fluids.

Are you taking Alka-Seltzer Gold. Take a few times daily it helps with acid-base balance by buffering the acidity that comes from killing these bugs.

Henry Lindner, MD


On Thursday, May 26, 2022, 12:05:17 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Dr. Lindner
After just about 4 hours sleep total Monday night, Tuesday night I finally was able to sleep 9+ hours ! except of course getting up every two or three hrs to take prednisone. But was able to go back to sleep every time. I felt like a new person.
 Wednesday night was able to get 6+ hours of sleep with several doses in the night.
The last couple days total prednisone has been 75 mg.
Tuesday I was pretty dizzy but
Yesterday I felt pretty decent most of the day. I think I'm finally getting the right doses of prednisone.

I'm pretty much taking 7.5 mg every 2 hours with an occasional bump of one in the morning or early afternoon and middle of the night I've tried a 6.5 dose two nights in a row that seems to have worked.

Nights are still filled with night sweats, bad dreams, stomach ache, lots of weird leg throbbing, tingling and what feels like movement inside and this morning had to leap out of bed again at 8 a.m. with severe cramp in left ankle/foot. Could not get the cramp to release for over 10 minutes it was torture. Any suggestions?

Ox usually between 89 and 91. Thought it was interesting last evening that it was 91/92 and then a few hours later after I took arteM it was 89/90.

So every day I continue to take three doses of artem, two doses of rifabuten and two doses of mepron. And it is my understanding that I will not be taking Krintafel this Sunday unless my ox gets back up to 94/95.
Thanks, Stacey

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | 5/24/2022   7:16AM |
|---|---|

TO:

CC:
FROM:      HENRY

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000446

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

RE:        (Patient: S. WOLKING) Nightmares/night sweats. Urine neg for Heme/Protein
MSG:       Stacey,

We are herxing you hard with this regimen--and killing organisms in your brain causing the bad dreams and cramps. Night sweats and stomach ache are also from killing babesia too--specifically due to your immune reaction to the killed babesia. In a few days or a week the herxing from this regimen, and with more time since your Krintafel dose, will calm down. Hopefully then also your need for prednisone will diminish--you'll feel overdosed/overstimulated and notice that doses last longer--then you can start lowering the doses to 5mgs and see how you do.

We won't give you more Krintafel until your pulse ox gets up to 94 or 95%.

OK, so no blood or protein in the urine. Vit C is very good so you're taking a good amount--more Vit C can sometimes help with herxing so you may want to try even more--like up to 10,000 mgs daily. This is best done with a powder. Diarrhea would signal that you're getting to much Vitamin C. Your urine specific gravity is high--meaning that you need to drink more water 24/7.

Rifabutin does turn the urine red intially when starting it. It becomes less noticeable later.

Henry Lindner, MD


On Tuesday, May 24, 2022, 02:09:22 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Last night Another bad night of sweats and horrific bad dreams. Almost feels hallucinogenic. Very distressing.
Also had several bouts of having to LEAP out of bed with charlie horses in my left ankle/foot. So weird it was like my foot was contorted. Only got about 5 hours of sleep.

Total prednisone yesterday was 76 mg. I needed more today with a long work day.

Ox this evening was 89/90. I've had a bad stomach ache this evening and knees and lower legs are throbbing. Swelling in left ankle pretty much still gone. Less shortness of breath today, but more dizzy/woozy.

Today took three arteM, two mepron, and two rifabuten.

Yes I've been taking the right amount of NAC.

Yes I am using the specific urine strips and the pulse ox that you recommended.

I think the rifabuten must be causing me to wipe red also. I took it this afternoon and I am wiping red again this evening.

 I have attached a pic of the urine strip.

Stacey

                                                                    Henry Lindner, MD
                                                                    Electronic Signature

---

PATIENT MESSAGE                                                    5/23/2022   8:25AM

TO:

CC:
FROM:      HENRY
RE:        (Patient: S. WOLKING) Pred 71.5mgs, herxing hard. No hgb in urine?
MSG:       Stacey,

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000447

Tests                                                                 Results

Urobilinogen      0.1  ←N    (16)                                    2(33)

Glucose           neg.       00(5.5)    +250(14)    ++500(28)

Bilirubin         neg.                  +           ++

Ketones           neg.       5(0.5)     +15(1.5)    ++40(3.9)

S.G               1.000      1.005      1.010       1.015

Blood             neg.       nolysis+10  ++50       +++250

pH                5          6          6.5          7

Protein           neg.       race      +30(0.3)    +100(1.0)

Nitrite           neg.       race      pos.

Leukocytes        neg.       +25       ++75        +++500

Ascorbic acid     neg.       20(1.2)   ++40(2.4)   mg/dl(mmol/L)

210715
2023.07.14

01) 08806141301479
10) 210715
11) 210715
17) 230714

WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
FORMAL HEALTH RECORD

2 hrs sleep is all you can expect from each dose when herxing hard--and we are trying to herx you hard now in order to kill off enough bugs to bring down the prednisone need. The night sweats and dreams are from herxing.

Rifabutin can be take either way--together or divided. You'll herx harder after taking the 2 caps together compared to 1 cap twice daily.

For NAC, get 600mg 3 times daily--a bit more or less would be OK.

The blood field on the dipstick will turn green with hemoglobin in the urine, not orange. Spots are seen only if there is actually blood in the urine. With hemolysis from killing babesia you'll see green wisps or a uniform green color to the indicator--that's with the Q-Test strips I recommend. Krintafel can give a red tinge to the urine for a day or two.

Glad you were a bit better. Pred a bit lower, which is good.

For you trip, you can stop the Arte-M the day before and day of the trip. Also don't take Krintafel within 5 days of the trip. This way you won't be herxing hard while traveling.


Henry Lindner, MD


On Sunday, May 22, 2022, 11:40:54 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Dr. Lindner,
Ox this morning averaged 89. Rough night . I woke every 2 hours.  lots of sweats and vivid bad dreams. Haven't had that in a while.

I will increase it. Is Rifabuten divided doses? Or two at the same time?

Yes, taking vitamin d and NAC. How much nac should I be taking?
Thanks

I had checked urine this morning and it was fine. When I peed at 8:30p and wiped it was like there was blood. (Or maybe it was the dye from the three Krintafel that I took at 7:00 p.m.?) So I did a urine stick - blood field was orange but did not have the speckles like the reference.
Same thing at 11:30 p.m. . Blood field was orange but did not have the speckles like the reference. Not sure what that means.

Overall felt a little bit better today. Was able to rest a lot still not sleeping much. I got about 5.5 hours last night
Still short of breath and severe fatigue but not much heart pounding.
Prednisone was 7.5, 7.5, 7.5, + 1 for shower, 7.5, 7.5, 7.5, 7.5, 7.5.

Ox this evening was 90/91
Today I took three doses of  1 ArteM, 2 Rifabuten, 3 Krintafel, and 2 mepron

Total prednisone on Saturday was 71.5.

Lots of snuggles, giggles, and smiles from our 13-month-old granddaughter has helped my mental status immensely. (And of course being with our daughter and son-in-law) Good to have a little Joy back in my life. I need to start thinking about flying back home though. Just not sure when I'll be up for it physically.
Feel so stressed just thinking about it.

Stacey

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000449

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                      5/22/2022   9:30AM

TO:
CC:
FROM:        HENRY
RE:          (Patient: S. WOLKING) Added Arte-M, ^RIF to bid, take 3 TAFs to lower pred
MSG:         Stacey,

             You're killing babesia that are nested in capillaries/venules in various organs and tissues--so you get
             these pains and symptoms in various organs/tissues at various times. These herx related symptoms
             come and go and move around. They are signs that we're killing bugs.

             Arte-M kills bugs quickly and for a short time--a few hours--after each dose.

             You just added the Arte-M so we'll leave it at 1 cap 3x/day for now. Do increase the rifabutin to twice
             daily, and take the 3 tabs of Krintafel as planned. I'm hoping to get it just right---to induce enough of a
             die-off to lower your prednisone a lot without making you too sick or causing too much hemolysis. Keep
             and eye on your urine color and dipstick results. Keep taking the Vitamin D and NAC to keep the SpO2
             up.

             Henry Lindner, MD


             On Sunday, May 22, 2022, 02:41:12 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


             Thanks for the new PowerPoint. Very interesting.

             Yesterday and today I've had low and mid back pain/discomfort. Does that mean anything?

             Last night and this morning had bad stomach ache and right side pain/discomfort ( liver?, Pancreas? I
             don't have a gallbladder)

             Took three doses of arte-M today, Saturday, -noon, 5p, and 11p. A couple hours after my first dose my
             left calf was feeling extra tingly/vibrating and kept feeling like bugs crawling on me, and left knee
             throbbing. I'm hoping this is related and a good sign?

             Yesterday, Friday total prednisone 72.5 mg. Only was able to sleep about 6.5 hours.

             Today prednisone was 10, 7.5, Plus one, 10, 8, 7.5, 7.5, 7.5,.

             Pulse ox today 92
             Urine fine.
             Today took one rifibutin, 3 arte-M, and two mepron.
             Tomorrow is my day to take three Krintafel.
             Should I increase the rifabuten or arteM?

             Stacey

                                                                    Henry Lindner, MD
                                                                    Electronic Signature

---

PATIENT MESSAGE                                                      5/21/2022   10:32AM

TO:

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000450

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

CC:
FROM:      HENRY
RE:        (Patient: S. WOLKING) Not getting enough pred at night
MSG:       Stacey,

You just have to take more prednisone when your heart is pounding and you can't sleep. You may have forgotten that I told you that my daughter often needed the same, and sometimes HIGHER pred doses during the night, compared to the daytime. When the number of organisms and the inflammation are much lower, the night-time pred requirements drops to a much lower level than the daytime--as it is normally.

If 7.5mgs every 2 hrs gets you through the day, try to keep up that dose during the night and see if it's enough. If not take more.

I mentioned rifabutin in a later powerpoint. I've attached it. It's more potent and better for long-term treatment than azithromycin.

We don't start lumbro until you can take full doses of all antibabesials without needing more than 10mgs of prednisone. We have to kill a lot of bugs first to get to that point.

Henry Lindner, MD

On Saturday, May 21, 2022, 03:17:14 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

Dr lindner, Thanks for reminding me about the PowerPoint I went back and read it again.

Where does rifabuten fit in? I did not see that mentioned in the PowerPoint.

When will I start the librokinase?

Today, Friday, pulse ox was 90/91 here today. Saw 89 for the first time this afternoon. Tonight it is 92/93.

Urine was fine morning and evening.

Felt horrible most of the day. Pounding heart is pretty much constant. But also felt jittery at times. Been feeling dizzy, woozy, bad headache, short of breath pretty much all the time.
Thursday night -another bad night
8:45 p.m. 10 mg
10:50 p.m. 10 mg
Slept from about 12:15 to 3:15
3:30 a.m. 8 mg
Couldn't go back to sleep heart pounding so at 4:35 took 2 mg
5:30 a.m. took 10 mg
Finally went back to sleep about 6:00 to 9:00 a.m.

I laid there for about 3 hours miserable with my heart pounding. Should I have done something different?

Total Prednisone for Thursday was 88 mg.

Today i cut back as you suggested to 7.5 most of the day every 2 hours.

I have such a hard time making the night time dose decisions. After 7.5 every 2 hours all day I never know when or if I should lower it for the night.

TCC just mailed me the 10 mg prednisone and the DHEA that you ordered. It should arrive tomorrow.

 today took atovaquone twice, one rifibutin.
Stacey

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000451

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | 5/20/2022  10:00AM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) Improved sleep with more pred, 84mgs yesterday

MSG:       Stacey,

Thanks for the thorough summary. That helps.

The symptoms after taking the Krintafel are typical. Pains come and go in many areas when killing babesia.

Pulse-Ox will go lowest at 5 to 7 days after Krintafel. Let me know how it is before you take next week's dose.

Glad to year you got your sleep with enough prednisone overnight.

Feeling jittery and ramped up means that the doses are higher than you need. You can't get rid of herxing with prednisone--you can only get rid of the more typical low-pred symptoms. Yes, it can be confusing but try less pred during the day. It is likely to work just as well without the jitteriness/overstimulation.

Don't use up your 1mg preds too much. You can try 7.5mgs pred by taking a 5mg tab and 1/2 of a 5mg tab. If I get you some bottles of Pred 2.5mgs from the Tunk. Cmpd Center you could take them or half to get 1.25mgs.

Arte-M is going to herx you. If not too bad we'll double it to 2 caps 3x/day until the pred drops.

Henry Lindner, MD


On Friday, May 20, 2022, 03:04:03 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

Dr. Lindner
I took the three Krintafel today around noon with food. I got a pretty bad stomach ache and diarrhea Which lasted all afternoon.

Something new -This afternoon my left lower leg / shin started throbbing and has continued into the evening. I'm hoping that's a good thing.

Last night pulse ox was 93. Today several times it's 91/92. Urine is fine.

Last night I was able to sleep about 7.5 hours total. Each time I woke up I took eight prednisone. So that means it was a total of 84 mg yesterday.

Been taking 10 prednisone pretty much every 2 hours all day today. I haven't felt good though today and I swear I feel both heart pounding shortness of breath and bad headache, all symptoms of low at the same time I felt a little jittery and ramped up. Very confusing.

The ArteM it is supposed to arrive Saturday so I will start taking it then.

So today took atovaquone twice, one rifibutin, and three Krintafel.

Stacey

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000452

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                          5/19/2022   8:33AM

TO:

CC:

FROM:       HENRY

RE:         (Patient: S. WOLKING) Needing 100mgs pred. Should take another 450 TAF

MSG:        Stacey,

I've combined your e-mails to respond to both in one entry.

It's good to know that many of your longstanding symptoms are improving with treatment and sufficient
prednisone. Prednisone reduces your immune system reaction to the killed organisms--so that you don't
feel so ill. The symptoms you get with insufficient prednisone are quite typical. You have to use them as
your guides for dosing. Take enough prednisone to keep those symptoms under control day and night.

The dark coloration of the urine is not blood but pigment from the babesia nests. See my babesia
powerpoint urine pictures--you can have hemoglobin in the urine and yet it can look perfectly clear and
yellow. Do keep checking once or twice/day.

Let me know before you run out of any antibabesial medications.

The dosing schedules I gave for my daughter were just two snapshots for illustration. She needed much
higher doses at times, including high night-time doses.

It's very simple: You have to take the prednisone that you need to tolerate the treatment. You want to
take the lowest doses that help you to do that. You have to sleep at night, so you must take the Pred
doses you need to sleep for at least 2 hrs after each dose. Apparently you needed larger doses than
you took. Try 5mgs tonight. You may even need 10mgs during the night too.

Yes, 100mgs or more of prednisone is a lot--but it's what some people need to tolerate killing the bugs.
It will have negative effects long-term if you stay on such high doses. That is why we want to ramp up
the regimen as quickly as we can to kill off enough bugs so that your prednisone need will drop.

In pursuit of this, I think you should take another 3 tabs of Krintafel today with food. Monitor your pulse
oximeter reading and let me know what it is. It tends to dip lowest about 5 to 7 days after a Krintafel
dose. Check it in a couple fingers in both hands and average the results.

Add the Arte-M 1 cap 3 times daily with/without food when you get it. Hopefully this combo will kill
enough bugs to drop your prednisone need within a week.

Henry Lindner, MD

On Wednesday, May 18, 2022, 01:13:12 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

Yes, when I got more prednisone yesterday I felt much more functional. When I don't have enough
prednisone I feel bad head pressure, headache, severe fatigue and weakness, shortness of breath,
sometimes nausea.

Yes, it seems like many longstanding symptoms are better. Except for legs vibrating/ tingling. more
heavily on the left which is also the one that has the severe pain to touch issue, whereas the right lower
leg has mild pain to touch issue. Still have bad ear ringing and blurry eyesight/ contrast sensitivity. As I
said, left ankle swelling is much better again the last couple days.
Overall pain issues are much better. Hard to say about the shortness of breath since that such a
significant symptom with the needing prednisone. But I do think that some better when I'm getting
enough prednisone.

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000458

WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
FORMAL HEALTH RECORD

Night pain and stomach is hard to say since that's when I'm having trouble with the right prednisone dose and definitely are feeling it then.
I have bouts of throbbing shoulder pain that will sometimes last weeks. That stopped a couple days ago.

I will order the arteM today.

Why is my urine always dark orange/red yet the urine stick says it's fine.? You want to know about the protein and blood values right? I've been testing each evening as you instructed the other day.
Thanks. I really appreciate you being there for questions.
Stacey

After reading my appointment notes I wanted to clarify that I have not taken celebrex for years. And I have been taking a baby aspirin every day for the last year and a half or so.

So as I said in my previous email I only slept from 12:30 to 3:30am last night. Then
3:40 a.m. took 2.5 prednisone
4:50 a.m. took 2.5 prednisone
5:10 a.m. took one prednisone
6:15 a.m. took five prednisone
7:50 a.m. took five prednisone
I finally went back to sleep about 8:30 for less than an hour.
9:30 a.m. took seven prednisone
11:15 a.m. took eight prednisone
12:15 p.m. took one prednisone
1:15 p.m. took 10 prednisone
325 p.m. took 10 prednisone
525 p.m. took 10 prednisone
7:30 p.m. to 10 prednisone
With taking 10 every 2 hours I still have pretty constant low symptoms, mainly head pressure, mild heart pounding and short of breath. In the dosing suggestions she never took more than 7.5 at a time so I'm wondering if 10 every 2 hours is okay and should I even be taking more than that? This is so hard to wrap my head around.
That would be a total of 68.5 mg yesterday and 56 mg already today with more than 12 hours left to go. Seems like it will easily be over 100 mg in a day. Is that right?

Thanks, Stacey

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 5/18/2022  11:57AM |
|---|---|

TO:

CC:

FROM:    HENRY
RE:        (Patient: S. WOLKING) Needing 20mgs HC q2hrs, add Arte-M
MSG:      Stacey,

Yes, you can stop using the HC altogether. Take 5mgs of prednisone instead of 20mgs HC.

You should take some dose of pred whenever you wake up--even if you feel OK. You will increase your chance of sleeping longer if you take some dose. You might take a smaller dose than you would take if you woke up feeling badly.

Your dosing is not random. You have to keep increasing the dose until your body is satisfied and you get at least 2 good hours from each dose. If you take enough pred you will sleep--for at least 2 hrs with every dose during the night. My daughter found that higher doses didn't last longer than 2 hrs, and made her feel overdosed at first. So she stayed with the 2 hr schedule and adjusted the doses to the minimum that would giver her 2 hrs of relief.

Give me more of the big picture. What is better when you get enough pred/HC? Can you function? Are

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000454

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

some of your long-standing symptoms better than ever since getting a lot of pred/HC? Are some of your long-standing symptoms still better compared to before starting antibabesials--like the night pain and the stomach pain?

Do you have the Arte-M now also? If not order several bottles today from Dr. Zhang's clinic. We have to keep upping the babesia treatment until we kill off a lot of them and lower your need for prednisone.

Henry Lindner, MD


On Wednesday, May 18, 2022, 08:07:10 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


So two questions.
So now that I have the five mg prednisone are you saying I should stop using the hydrocortisone altogether?

So as I said in my previous email I had a pretty good day yesterday taking 20 hydrocortisone every 2 hours or so.
9:00 a.m. 20 hydrocortisone
10:45 a.m. 20 HC
12:45-20 HC
2:30 p.m. 20 hc
425 p.m. 25 HC
6:25 p.m. 25 HC
8:35 p.m. five prednisone
10:10 p.m. five prednisone but then realized I might have made a mistake and taken one prednisone. But I wasn't sure.
Heart pounding got worse
11:05 p.m. five prednisone
Still feeling really bad so at
12:00 a.m. took five prednisone
Slept from about 12:30 to 3: 35

So this is where I had no idea what to do. Do I always take something when I wake up? I was Feeling okay when I first woke up so I had no idea how much to take??
I got up to pee and took 2.5 prednisone at 3:40. Been unable to go back to sleep and it's now 4:50 a.m. and I am feeling worse. I feel like I'm just pulling random numbers out of the air. How in the world do I know how much to take? do I take the two prednisone that you had previously suggested for the night or since I was taking 20 or 25 all day do I keep doing that?
Thanks for your help.
I keep wondering how long I can survive on just a couple hours sleep every night.


On Tue, May 17, 2022, 11:28 PM Stacey Wolking <kycpa1@gmail.com> wrote:

   I'm glad you called in the 5 mg prednisone. My daughter picked that up for me tonight. The pharmacy was unable to get the 2.5.

   I had a much better day today taking 20 or 25 hydrocortisone every 2 hours.
   Until 10:10 p.m. which was actually 25 minutes short of 2 hours, but I was feeling it so I took what I thought was five prednisone. But after I took it I thought maybe I had accidentally taken the one mg prednisone by accident. So I really screwed myself up. So I then took five prednisone at 11:05. 20 minutes later I'm still feeling really awful.
   Darn I look forward to my brain working again. I feel like I'll never get to sleep again.
   Stacey

Henry Lindner, MD
Electronic Signature

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

| PATIENT MESSAGE | 5/17/2022  12:46PM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) Herxing from TAF, RIF doses

MSG:       Stacey,

It's interesting that the ankle swelling is better even with taking all this HC--which can cause fluid retention. It seems that the ankle swelling is due to inflammation. Yes, take the 20 of HC and take as much prednisone or HC as you need throughout the day and night. The herxing from the TAF and RIF will last for a few more days. Hopefully then you'll see that you don't need nearly as much HC and pred. For now you have to take all you need to deal with the increased inflammation from herxing.

Henry Lindner, MD


On Tuesday, May 17, 2022, 11:41:36 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Thank you. Yes I started the rifabuten on Saturday and take one a day.
 I took the second dose of three Krintafel on Sunday.
I finally went to sleep at 3:00 a.m. and slept till 7:30. I took two prednisone and was hoping to go back to sleep. But was unable to. I have a really bad headache. So now wondering if I should take my get-up dose of 20 HC?? But it's only been an hour since the two prednisone. This is so hard to figure out with severe brain fog.
The severe ankle swelling has been much better the last couple days. But I've been getting a lot of muscle cramps the last few days, weirdly in that same ankle.
I will call TCC. Thank you

Henry Lindner, MD
Electronic Signature


| PATIENT MESSAGE | 5/17/2022  9:13AM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) Needing High HC doses frequently--change to pred.

MSG:       PRESCRIBE: DHEA 25 mg sublingual tablet (Life Extension), 1 tab sublingually every morning, # 0 , RF: 0.
Will obtain
PRESCRIBE: predniSONE 10 mg oral tablet, take as directed, # 200, RF: 0.
Sent to TCC

Stacey,

You should be feeling better with taking a lot more HC as you're doing, unless you're also herzing harder. Have you taken another Krintafel 3 tabs dose recently? Have you added rifabutin yet? These would start more herxing. We need to make you feel worse, and need more prednisone now, in the short term, to kill off a lot of babesia so that your inflammation and prednisone dose need will drop.

When you write, do always give me the context of what antibabesials you've been taking, when you started the last one, and when your last dose of Krintafel was.

I've attached the Pred dosing advice--I probably sent it to you before and that's what you're referring to as "samples". Remember that those doses were prednisone, not HC. Prednisone is 4 times stronger--at least. So when my daughter was taking 60mgs of prednisone daily--which is looking like what you may need--she did need 2 and 3mg prednisone doses during the night--that's like 8 to 12mgs of HC. There

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000456

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

were other times when her night-time doses were just as large as her daytime doses.

You need to take sufficient HC/prednisone to get you 2 hrs of feeling better. If you're needing more every hour the doses are just too low. You need to take more until your body tells you that you've gotten enough to help with the malaise, heart pounding, nausea, achiness and weakness. Read again in the attachment what signs too look for. Too much and you'll notice none of the low-prednisone symptoms and you'll feel agitated/overstimulated.

HC just doesn't work well enough for this purpose. You'll need to start taking prednisone now. You should have the 5s and 2.5s today. I can't keep getting these high steroid amounts from your local pharmacy, so I want you to buy more prednisone from the Tunkhannock Compounding Center. I'll have them send you 200 of the 10mgs prednisone tabs. They are scored to easily break in half to get 5mgs. I can get you smaller tabs locally. Call the TCC today to arrange payment and shipping. If you prednisone dose need is high, I may need to also get you dexamethasone--a more potent steroid that causes less fluid retention than prednisone.

Do increase the DHEA to a full tablet daily to counteract/balance the higher steroid doses.

Henry Lindner, MD


On Tuesday, May 17, 2022, 05:09:24 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Dr. Lindner. I still can't figure out how to do this. It's 2:00 a.m. and my heart's been pounding hard since 8:30 p.m. I just keep taking it every hour. I don't know what to do I feel horrible all over. Everything hurts. Weirdly especially my hands. I'm short of breath. I have a weird taste in my mouth. I had a blood sugar episode around 9:00 p.m. I guess because I hardly ate this afternoon. Now I'm worried because I looked up low cortisol and saw salt craving. I have definitely noticed that the last few days.
This is what I took today.
9:00 a.m. 20 hydrocortisone
11:15 a.m. 10 hydrocortisone
1:30 p.m. 10:00 HC
3:00 p.m. 10 HC
5:40 p.m. 10:00 HC
6:55 p.m. 10hc
9:15 p.m. 10 HC
10:10 p.m. 10hc
11:00 p.m. 10 HC
1205 a.m. 10 HC
1:00 a.m. 5 HC

When I feel bad I have no idea if I should take 5 or 10 or 20?? Especially at night time I didn't know if I should be taking more than 10 at a time?? When I look at the samples that you sent there's never these high doses at night.
Please help me

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | | 5/16/2022  2:30PM |
|---|---|---|

TO:

CC:

FROM:    HENRY

RE:     (Patient: S. WOLKING) Needing high HC doses, will add 5 mg pred tabs

MSG:    PRESCRIBE: predniSONE 5 mg oral tablet, Up to 3 tabs po daily in divided doses as dir., # 270, RF: 0. (Transmitted by Henry Lindner, MD)  (Will be using these with the 2.5 and 1 mg tablets according to symptoms)

---

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000457

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Stacey,

OK, the HC and prednisone are working as I hoped.

I'll ask them to give you some 5mg tabs too.

Henry Lindner, MD


On Monday, May 16, 2022, 02:26:06 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


I can't believe how much I am taking. See below.
 Am I going to have enough with the one and the 2.5 prednisone??
Maybe you should also call in 5 mg prednisone?
Also remember that anytime you can my insurance allows you to call in a 90-day supply to the regular
pharmacy. That can be very helpful.


So yesterday and today
9:30 a.m. took two prednisone
10:45 a.m. took 10 hydrocortisone before my shower. Sooo exhausted afterwards.
1:30 p.m. took 10 hydrocortisone
3:30 p.m. took 10 hydrocortisone
7:20 p.m. took 10 hydrocortisone
9:15 p.m. took 10 hydrocortisone
11:30 p.m. took 10 hydrocortisone
It took a little while to fall asleep but I actually slept till 4:50 a.m.
I took two prednisone and went back to sleep!
6:45 a.m. I took two prednisone and went back to sleep!
9:00 a.m. I got up and took 20 hydrocortisone
7:15 a.m. took 10 hydrocortisone

We'll have to make another half hour trip to the pharmacy today to get the rest of the prednisone so if
you think you should add more please let me know.
Thanks, Stacey

Henry Lindner, MD

Electronic Signature

---

PATIENT MESSAGE                                                5/15/2022   9:25AM

TO:

CC:
FROM:        HENRY
RE:          (Patient: S. WOLKING) 1mg Pred during night insufficient, try 2mgs
MSG:         Stacey,

             HC doesn't work less well after the expiration date. Those dates are meaningless.

             The 1mg of pred was just too little to get you much sleep--it was wearing off too quickly.

             Tonight try 2mgs of prednisone every time you wake up--that's like 8mgs of HC.

             Also take 10mgs HC for each evening dose that you need.

             Henry Lindner, MD

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000458

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

On Saturday, May 14, 2022, 12:11:28 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Thanks.
I must be doing this wrong, another night of no sleep
Yesterday:
6:30 a.m. 15 HC
 10:15 a.m. 10 h C
2:45 p.m. 10 HC
6:10 p.m. 5hc
8:00 p.m. 5hc
Lay down to go to bed and realized I needed more so 11:00 p.m. 5hc
Woke up at 1:00 a.m. took one prednisone
Woke up at 5:00 a.m. took one prednisone
Still awake at 6:30 so took one prednisone
Still awake at 7:15 a.m. so took one prednisone
Drifted in and out of sleep until 9:00 a.m. got up and took 10 HC.
I am miserable and exhausted.

Also just noticed that the used by date on the HC is 2018. Does it expire?

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 5/13/2022   9:21AM |
|---|---|

TO:

CC:

FROM:     HENRY
RE:          (Patient: S. WOLKING) Many improvements on Bab Rx
MSG:       Stacey,

How prednisone or HC affect a person changes drastically when they have inflammation with treatment.
Also you may be recalling high-dose prednisone tapers you were given before babesia treatment--that
was way too much prednisone back then. Pred's effects are just like HC--but with less fluid retention. So
I think it will just work better and last longer. As with HC, try to find the lowest doses that work well
enough to keep you from being miserable.

We should talk by phone now as we have not talked since January and I need to get a better picture of
what is happening to you. I could get you whatever prescriptions you need too.

Do you have free time today to talk? Remember you'll be 3 hrs behind me. I have an opening at 2pm
eastern.

Henry Lindner, MD


On Friday, May 13, 2022, 02:33:17 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Dr. Lindner, My memory of Prednisone is that it makes you puffy, hungry, and unable to sleep. Is Any of
that true? Of course if you think Prednisone would be better, please call it into Walmart pharmacy 705
college boulevard, oceanside, CA. 92057. Phone number 760-631-1857.

What is the rifabuten for?
Is this for Bartonella? My lower left leg continues to be severely painful to the touch and I thought you
told me that was Bartonella. Of course the pain is compounded when the swelling is bad. The right
lower leg hurts to touch also but not near as bad.

I have been able to continue to get Krintafel 18 tabs at a time. You had mentioned something about

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

primaquin maybe being better. Did you want me to switch over to primaquine?

When do I start the arte-M?

Shortness of breath is some better. Overall shooting and throbbing pains are better, less often. Haven't had night sweats in a while. Excessive Bad dreams are not as severe. Dry cough is better. Still have bouts but it's not all the time anymore. Stomach upset is better. But it was better before I started the Krintafel. Just realized that the sore and itchy spot on my scalp is better. Thank you for asking. It made me go back to my logs and be reminded that yes some things are better.

Still have headaches, earringing, intermittent liver and armpit pain, vibrating legs, erratic heart rate, itching and bugs crawling on me feeling, nausea, dizzy, woozy, severe fatigue, trouble sleeping.
Stacey

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                          5/12/2022   9:23AM

TO:

CC:

FROM:       HENRY
RE:         (Patient: S. WOLKING) Herxing harder on 450 of TAF, consider pred
MSG:        Stacey,

For helping people cope with the inflammation caused by killing babesia, prednisone is often much more helpful. It lasts longer and causes less fluid retention than HC. Maybe the higher HC dose is contributing to swelling now.  Prednisone is stronger so the dose in milligrams is just 1/4rth the HC dose. It is nearly bioidentical and works just like HC. Shall I get you some to take instead of HC? On Prednisone we'll want to get your DHEA dose up to a full tablet daily.

Heart-pounding is a clear sign of insufficient cortisol. You just have to take more whenever you feel that you need it. You can tell that you needed it if you feel better after taking more.

At some time your requirement for HC or pred will decline--and you will feel uncomfortable and overstimulated after an HC/Pred dose. Just listen to your body at all times. Keep a log of HC/Pred doses.

You will feel worse initially with taking more Krintafel--and probably need more HC/Pred to cope with the increased inflammation. When you are tolerating this dose we will add rifabutin.

If you can't tolerate a dose of an antibabesial, you can cut back for a while and increase it again later--you'll tolerate it better the second time around.

Have you seen any improvements in old symptoms so far with killing babesia?

Henry Lindner, MD


On Thursday, May 12, 2022, 03:06:33 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Dr linder, Things have been pretty rough. I guess the hydrocortisone has helped some.I was taking 15, 10, 5 but then seem like I was needing more so I find that I am taking 15, 10, 10, 5 and sometimes even though I take five at bedtime I'll lay in bed with my heart pounding. Does that mean I need more or less?? I'll usually get up and take another five and I eventually go to sleep so I guess that's what I needed?? It just seems like so much. Tonight I took it at dinner time and then I felt jittery. So that seems like too much?? It is so difficult to figure out the dosing.
Life has really gotten so hard and very depressing. All I do is feel crappy and work. Everything is so much effort. Marriage is so stressful.  I felt like I was taking more and more hydrocortisone just to deal

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000460

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

with that. Last week in a last minute decision of desperation I flew to California to see our daughter and sil. I was desperate to find some joy.  Figured I could be sick and miserable anywhere. the immense pleasure of playing/snuggling/cuddling with our 1-year-old granddaughter has helped my mental state. Wish I could just stay here permanently.

I upped the krintafel to three tabs on Sunday and I'm feeling really bad this week. Almost constant dizzy, woozy, vice-like headache, severe fatigue. Severe itching back has gotten worse. Not getting much sleep. The time change has been rough. Often at bedtime I lay in bed and feel like my heart is flopping around in my chest. Daily pulse ox is generally 92 or 93. Urine last week was fine. Haven't checked it this week.

For the last 3 weeks my ankle and legs swelling was significantly better. Some days no swelling at all. Always woke up with no swelling.

The day after I flew to California (with support hose), the swelling has been really bad again. For the last week, Swelling does not go down at night. It is quite uncomfortable and  painful.

Any thoughts? Should I be doing anything any different? Is this ever going to end? How much longer do you think it'll take?

Thanks. Stacey

Henry Lindner, MD

Electronic Signature

---

| PATIENT MESSAGE | 4/28/2022  11:07AM |
|---|---|

TO:

CC:

FROM:　　HENRY

RE:　　(Patient: S. WOLKING) Much improved sleep with dinner HC, will ^HC

MSG:　　Stacey,

Glad to hear that the 5mg dose helped so much!

Yes, increase the DHEA now that you're taking HC. Take 1/2 of the 25mg sublingual tab daily for now.

Henry Lindner, MD

On Thursday, April 28, 2022, 11:01:53 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

Thanks.

I took 5 mg at 6:00 p.m. last night and slept better than I had in a long time.

What about DHEA? I thought I remembered something about increasing it while on hydrocortisone?

My normal dose is 1/4 pill

Henry Lindner, MD

Electronic Signature

---

| PATIENT MESSAGE | 4/28/2022  8:24AM |
|---|---|

TO:

CC:

FROM:　　HENRY

RE:　　(Patient: S. WOLKING) Improved on 10+10HC, can't fall asleep. Try qhs HC

MSG:　　Stacey,

You needed the HC to cope with the herxing. Too much in one dose can cause agitation, heart pounding and unpleasant feelings.

Now that you're taking it during the day, you also need doses in the evening and possibly overnight. Try

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000461

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

2.5 to 5mgs of HC whenever you feel the 10mg afternoon HC dose wearing off. Try the same small HC doses at bedtime to help you sleep. You'll find that enough HC at bedtime or during the night will help you sleep. In the worst case, my daughter and others have needed doses every 2 hrs during the night. You don't seem like you'll need such frequent doses.

So see if you can get the sleep problem under control with evening/nightime HC doses. Remember enough HC is needed for sleep!

Henry Lindner, MD


On Wednesday, April 27, 2022, 06:04:48 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Ugh. I thought I sent this this morning but just found it in my draft folder.

Is there anything I can do to help me sleep?? It always takes me hours to fall asleep . My brain will just not shut off! It is making me crazy! Last night I woke up at 4:00 a.m. and couldn't go back to sleep. So I got 3 hours.
I have tried many different sleep products. In the past I thought some things have helped but lately Nothing is helping.

I also can't figure out the hydrocortisone. Sometimes I think it helps sometimes I think it makes me worse. When I first tried it a while back, I took 15 mg in the morning and it made me jittery and very fuzzy in the head. So I didn't take it anymore.

But then a couple weeks ago I had a really really stressful work week with two all day in-person meetings Wednesday and Thursday that seemed to really push me over the edge. (Normally I work from home and can pace myself.) The day after I just collapsed in exhaustion and felt extra bad - dizzy, nauseated, bad headache, severe fatigue, armpit pain. I continued feeling that way into the next week so on Wednesday I started trying the hydrocortisone again.
I started slower with 5 mg in the morning one day and then 10 mg in the morning and 5 mg in the afternoon the next day . I started to feel better. Less coma-like. So for the last week I've been taking 10mg in the morning and 10mg in the afternoon. This morning I took 15 mg at 6:20 a.m. after I'd been awake since 4 a.m. I stayed in bed and went back to sleep around 7:30. Not good sleep, lots of bad dreams, in and out of sleep. Finally gave up and got up around 9:30. I'm just so tired!

Henry Lindner, MD
Electronic Signature


| PATIENT MESSAGE | 4/4/2022  8:31AM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:     (Patient: S. WOLKING) Just started 300mgs TAF weekly

MSG:     Sorry, stay at 2 Krintafel tabs weekly for now. Monitor your SpO2 every few days and especially before the next Krintafel dose. Tell me if it is averaging less than 90 with checking fingers of both hands.

After you have gotten through the bad herxing from 2 tabs weekly, we can increase to 3 tabs. It may take a month or more.

Henry Lindner, MD


On Sunday, April 3, 2022, 03:06:00 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000462

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Dr Lindner,
Does this mean I should go ahead and up it to three Krintafel a week?
stacey

Henry Lindner, MD
Electronic Signature

---

**PATIENT MESSAGE**                                                      3/30/2022   6:04PM

TO:           CAROL

CC:

FROM:         HENRY

RE:           (Patient: S. WOLKING)  Okay'd 90 day script Atovaquone

MSG:          Called in to  Harris Teeter Pharmacy
              ----------
               >> HENRY'S MESSAGE (03/30/22 06:04 PM):
              PRESCRIBE: atovaquone 750 mg/5 mL oral suspension, 1 tsp po twice daily with fatty meals, # 210
              Milliliter bottle x 5 bottles, RF: 0.


              ----------
               >> CAROL'S MESSAGE (03/30/22 04:51 PM):
               >> She was going to get this at mail order but that didn't work out and Harris's must have filled it for a
              month so couldn't fill it now for 90 days.  I okay'd that with the same directions from January's script.
              Hopefully that's okay...
              Okay'd to fillat Harris Teeter's:
              PRESCRIBE: atovaquone 750 mg/5 mL oral suspension, 1 tsp po twice daily with fatty meals, # 210
              Milliliter bottle x 5 bottles (3 mos), RF: 0.

Carol Kelly, Office Manager
Electronic Signature

---

**PATIENT MESSAGE**                                                      3/29/2022   8:18AM

TO:

CC:

FROM:         HENRY

RE:           (Patient: S. WOLKING) Persistent herxing. ^TAF to 300, add ART

MSG:          Stacey,

              Primaquine may be better than Krintafel in that with daily dosing one has less of the severe herxing that
              can occur after a tafenoquine dose. Levels of the medication or even from day-to-day. It does not have
              more side effects than Krintafel. The FDA insert falsely warns of Q-T prolongation and cardiac
              arrythmias-- that have only been seen with a distantly related drug, halofantrine.

              Arakoda is a bit more expensive by milligrams. I haven't found it any easier to get. The issue is to get a
              pharmacy to do the work of ordering Krintafel directly from the suppliers--the middlemen between the
              drug manufacturers and the pharmacies.

              If the antibabiesial regimen is too weak, you can just herx forever with weekly tafenoquine doses and
              never get better. In such a situation, the only way to get better is to kill more bugs with a stronger dose.

              It's a wicked disease. I hate to make people feel worse, but there is no other way to get better.

              After seeing how 3 Krintafel tabs/week affects you, the next step is to get Arte-M caps from Dr. Zhang's
              clinic in New York an add in 1 cap twice daily to start.

              Henry Lindner, MD

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000468

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

On Monday, March 28, 2022, 09:01:37 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

I don't need it yet.
Are you finding that primaquin is better than Krintafel, or just a possible substitute? From what I was reading it looked like primaquin has a greater chance of side effects. Are any of your patients taking primaquin and what are the results?

I have been consistently taking one Krintafel per week. I ended up not increasing to two like we talked about because I realized that I was having effects from it. I think I wasn't realizing how much while I was sick.
Anyway today I took two Krintafel for the first time. It's so hard to make the decision to feel even worse.
I get this weird vice-like pressure in my head, headaches, dizzy, woozy, severe fatigue with any activity, and of course constant shortness of breath and cough.
Pulse ox is generally 95 or 96. Urine test is fine

What about that other pharmacy that produces Tafenoquine I mentioned?
https://60degreespharma.com/products/arakoda/  Have you heard of them? Should I contact them to see who they distribute to?

Thanks, Stacey

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | 3/2/2022  2:07PM |
|---|---|

TO:

CC:

FROM:      HENRY
RE:           (Patient: S. WOLKING) Will try HC 15,10,5mgs
MSG:        Stacey,

Try 15 mgs in the morning, 10mgs at noon, and 5mgs at dinner. See if the doses help and how long they last. Let me know how it goes and we'll adjust from there.

Henry Lindner, MD

On Wednesday, March 2, 2022, 11:24:34 AM EST, Stacey Wolking <kycpa1@gmail.com> wrote:

Okay I will try the hydrocortisone if you think it will help. I already have some of that leftover from before. How much should I take?

Yesterday, was the first day I felt a little bit better. So I am finally on the upswing
Thanks, Stacey

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | 3/1/2022  12:35PM |
|---|---|

TO:

CC:

FROM:      HENRY
RE:           (Patient: S. WOLKING) Feeling terrible--suspect bab herxing, may need pred
MSG:        Stacey,

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000464

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

Were you better on the Medrol--and have you gotten worse since stopping it?

You needed hydrocortisone in the past and I suspect that you need to take prednisone now to tolerate the babesia herxing.

Levaquine and Ivermectin also kill babesia and could have made you herx more. The bronchitis, cough, achiness, severe fatigue etc. is probably all due to killing babesia. If all those issues got worse with the Krintafel then those symptoms are due to killing babesia (herxing).

I could get you prednisone tabs to take--we could start with 10mgs in the morning and 5mgs in the afternoon. You'd adjust the dose by your symptoms. With taking it we'll ramp up the DHEA dose. Once we get you more comfortable we'll get back to killing babesia. When we kill off enough of the babesia, your need for prednisone will decline and you can lower the dose.

Henry Lindner, MD


On Tuesday, March 1, 2022, 12:19:15 PM EST, Stacey Wolking <kycpa1@gmail.com> wrote:


I still feel horrible. I never recovered from the respiratory virus that I had. I am driving myself crazy trying to figure out what is causing what. On top of the congestion, cough, achy, all last week I felt horribly dizzy and woozy. all three drugs that I was prescribed for " bronchitis" ( methylprednisolone, benzonatate, and levaquin.) say can cause dizziness so I just assumed it was that. I took the last steroids on Friday and didn't take the other two drugs on Saturday or Sunday.
Sunday, the dizziness got better, I got a little bit of overall energy back but then took one Krintafel and within a couple hours felt horrible again. Bad headache and just major sick all over total exhaustion. Non-functional. Then monday, yesterday, I started taking the levaquin again since it is drilled in our heads to always finish antibiotics and I am still hacking my head off. Within a couple hours had bad vice-like head pressure and headache. Should I not finish the levaquin??
I have constant sinus drainage, hacking cough, chest heaviness and very short of breath, constant upset stomach, back has been aching bad , liver pain, underarm pain. Shooting pains in my legs which I haven't had in a very long time.
BUT my left ankle swelling is still gone. It is a miracle after it being badly swollen for over a year and a half. But my legs still constantly tingle/vibrate, strongest in the lower half of the left leg.
I assume I was wrong about not having any reaction to the Krintafel since I had been sick I couldn't really tell what was what. I was assuming that being sick had nothing to do with this but maybe that is wrong too? Maybe the levaquin, or ivermectin that I took for 3 days, did something? (Levaquin- took 6 days, stopped 2 days, took one yesterday, now wondering if I should finish the last three and continue to take today??)
SpO2 is 96. Sat it was 95.
Urine testing is fine.
What should I be doing?
Stacey

Henry Lindner, MD

Electronic Signature

---

| PATIENT MESSAGE | 2/24/2022  11:52AM |
|---|---|

TO:        CAROL

CC:

FROM:     HENRY

RE:        (Patient: S. WOLKING) TAF appr thru 2/2023, info here + script here for ^

MSG:       Will call in after present 2/day script is processed through mail order.  Not on this increased dose yet - just increasing to 2/day.  Info for PA is STF for reference next time.
          ----------
          >> HENRY'S MESSAGE (02/24/22 11:52 AM):
          PRESCRIBE: Krintafel (tafenoquine) 150 mg oral tablet, 3 tabs po once weekly, # 12, RF: 2.

---

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000465

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

We'll make it 3 tabs once weekly so we don't have to do this again when we raise the dose.

For Q5: The medication being used to treat a newly discovered babesia infection (Babesia odocoilei) that is resistant to conventional short-term babesia treatments.

----------
 >> CAROL'S MESSAGE (02/24/22 10:19 AM):
 >> Her insurance wasn't covering it, but I guess Daryl works with them and can get most things covered.  Took Stacey a lot of calls she said and finally got the agreement they just need to override the Qty limit and they will pay for it.
So she had them send me the form which saved to SF SWolkingForm.
I printed and filled it in, but it asks for dosing instructions.  I see in your last email with her you plan to increase it up to 3 or 4 tabs and she's already up to the 2 this script is written for...  Should I just fill in Q3 with the dosing instructions you have so far I guess right?  I know Q4 is N/A,  but wanted to check with you on Q5 = should I put in what you told me it's chronic babesia resistant to usual Tx and you've found this working (more detailed I have it saved)??  and then include her office note.   This is suppose to be a formality that will be payed for she said...

Carol Kelly, Office Manager
Electronic Signature

---

PATIENT MESSAGE                                                      2/23/2022  11:43AM

TO:

CC:

FROM:        HENRY
RE:          (Patient: S. WOLKING) Tolerating TAF 150/wk, ^ to 300mgs wit ATO 1 bid
MSG:         Stacey,

Yes, since you're not herxing much with the 150mg Krintafel tablet weekly, increase to 300mgs (2 tabs) once per week. Your prescription is for 2 tabs so you should need another script soon.

We will get you up to 3 or 4 Krintafel tabs weekly, then add lumbrokinase to start breaking up the nests.

Everyone is getting COVID now, so one of those respiratory episodes could have been COVID--possibly reinfection. Babesia are in the lungs too--and I have had another patient complain of sinus drainage and productive cough with killing babesia. Given that you have the shortness of breath, you may have a heavy babesia infestation in your lungs.

Ivermectin has antibabesial effects, but it's mild compared to Krintafel. Maybe it helped the swelling because it killed more babesia. So it's more effective and less costly to just increase the Krintafel.

Muscle cramps can be caused by killing babesia. They are everywhere, so all tissues can be affected, and you'll also get the systemic  immune reaction (flu-like syndrome)--coming and going.

Henry Lindner, MD


On Tuesday, February 22, 2022, 06:51:45 PM EST, Stacey Wolking <kycpa1@gmail.com> wrote:


HI Dr. Lindner,

I have taken 1 Krintafel, once a week for 5 weeks now. I haven't really experienced any symptoms for the last two or three doses. Does that mean I should increase the dose?
When do I get to start killing "nests"?

I assume this has nothing to do with the treatment, but it is really weird that I have been really sick again with what I assume is the flu. I don't get it. I haven't had a cold or flu in many years and then get a bad

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000466

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

respiratory virus twice, a month apart?? I went to urgent care on Sunday because I couldn't stop hacking my brains out. Dr. said bronchitis and prescribed 3 RX - methylprednisolone, benzonatate, and levaquin.

Do you think these respiratory viruses are affecting me more since I already have the chronic short of breath issue?

Another weird thing is my left swollen ankle/lower leg? It has been super bad for a long time and while I was sick last week, the swelling went way down to almost normal! (This was b4 the 3 RXs) I have racked my brain trying to figure out what was different and could have caused the improvement..
I just realized I started taking Ivermectin on Thursday because our granddaughter tested positive a few days before and we had just been together so we assumed that is what I had. -(But then the urgent care C test was negative) Anyway, I was also taking Robitussin DM and nebulizing with Hydrogen Peroxide. Could any of that have helped the swelling?? Seems like Ivermectin might have since it is antiparasitic?? I see there have been some research studies on Ivermectin and Babesia. Maybe I should take that!!

About a week after starting the first Krintafel dose, I started again with the bumpy rash/severe left shin itching to the point of bleeding from scratching. I try so hard not to! The itching had been going on for a month or two but had subsided for a couple weeks. and then started up again with a rage.

And lastly, I have been experiencing increasing muscle cramps, usually in my feet, ankles, lower legs. It's like everything just locks up and is so painful. I take two magnesium caps a day in addition to my multivit. Any suggestions?

Thanks.
Stacey Wolking

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | 10/15/2021   7:10AM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:       (Patient: S. WOLKING) Indeterm. babesia FISH at TLab

MSG:      Stacey,

It was indeterminate, so not very helpful. I've attached it.

Testing at IGenex may show the organisms. I can help you arrange it. It costs about $380.

Otherwise we just need to go with your reaction to the antibabesial medications.

Henry Lindner, MD


On Thursday, October 14, 2021, 09:04:17 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Tlab tells me that they sent my results to you on the 12th.
Do you have them?
Stacey

Henry Lindner, MD
Electronic Signature

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000467

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

| PATIENT MESSAGE | 10/5/2021   3:19PM |
|---|---|

TO:   CAROL

CC:

FROM:  HENRY

RE:   (Patient: S. WOLKING) Azithromycin script done 6 months

MSG:  Called in to Harris Teeter
     ----------
      >> HENRY'S MESSAGE (10/05/21 03:19 PM):
     PRESCRIBE: azithromycin 250 mg oral tablet, 1 tab po daily, # 90, RF: 1.


     ----------
      >> CAROL'S MESSAGE (10/05/21 12:40 PM):
      >> I called in the Mepron yesterday APM but Stacey called today to say Pharmacy didn't get the
     Zithromax script you told her to start as well.  In the email it sounds to me like you thought she already
     had the script for it, but I guess not, so I'll need that to call in please...

                       Carol Kelly, Office Manager
                       Electronic Signature


| PATIENT MESSAGE | 10/4/2021   11:35AM |
|---|---|

TO:

CC:

FROM:  HENRY

RE:   (Patient: S. WOLKING) 3 mo supply Mepron, will start Zithro

MSG:  PRESCRIBE: atovaquone 750 mg/5 mL oral suspension, 1 tsp po twice daily with fatty meals, # 210
     Milliliter bottle x 5 bottles, RF: 1.
     call into Harris

     Stacey,

     Sure, we'll call in a 3 mo. supply to Harris,

     Any meal with some fat is OK, the more the better.

     Check urine strips very few days. If no blood or protein, check once per week. If urine color changes
     check it more often.

     Do complete the consent form now--I've attached the latest version.

     Go ahead and start the Zithromax. Let me know how it's affecting you in a week or so.

     Henry Lindner, MD


     On Monday, October 4, 2021, 10:35:16 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


     Dr lindner,
     Since I am continuing on the mepron, can the prescription be for 90 day? I don't understand why I'm
     paying for a monthly copay yet I only get 3 weeks worth.
     How much fat do you suggest eating with each mepron dose? What is the definition of a "fatty meal"?
     Should I be using the urine strips now or only when I'm doing the full protocol?
     Do you want me to complete the consent form now or only when I'm doing the full protocol?
     Can I go ahead and start on the zithromax?
     Thanks, stacey

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                    9/27/2021  10:32AM

TO:

CC:

FROM:       HENRY
RE:         (Patient: S. WOLKING) Worse HA, SOB off Mepron
MSG:        Stacey,

Getting worse in some ways off Mepron is more proof of babesia infection. It the test is negative you
should continue to treat anyway. No test is 100% sensitive.

Babesia are prevalent in the lungs and nervous system--so it often produces shortness of breath. The
normal SpO2 shows that it's not a serious oxygen deficiency, but only a symptom. If it ever gets
intolerable you should go to an emergency room for evaluation. I don't know if oxygen would help the
symptom.

Your brain function is worse due to herxing--babesia are throughout your brain and more inflammation
systemically causes brain fog too.

You have to keep functioning so you just have to go slow--take only Mepron for now. When you feel like
you can add another medication, we'll go with the weaker azithromycin (Zithromax).

You can do any exertion that you can tolerate--it will help the treatment. You may feel worse afterwards-
-more herxing. That's OK if it's not too bad.

You're not destroying many RBCs now--if you were you'd see blood (hemolysis) on urine testing. The
urine can even turn red when killing a lot of Babesia. Yes, as long as one is not killing too many babesia
at once the body can make more RBCs to keep up with the loss.

Henry Lindner, MD


On Sunday, September 26, 2021, 10:58:32 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Dr. Lindner,

I am really struggling to think and process and figure out what to do. I feel awful, am very short of breath
and have a constant bad headache. It was so wonderful being with kids and grandkids, but so difficult
when feeling so bad. I pushed through the best I could. I did not take the Mepron with me - just seemed
too complicated to keep up with 12 hr apart doses and taking with "fatty meal". What does that even
mean anyway? How much fat? I am not a morning person, so I usually end up taking Mepron at 10:30
am and pm. I also take Omeprazole and FDguard in the morning. My stomach is upset all the time so
eating on a schedule, especially late in the evening, is difficult.

While off Mepron last week, my headache and shortness of breath got worse, while my stomach upset
seemed slightly better. I have avoided taking anything for my headache because of my bad stomach
issues. Today I broke down and took 2 ibuprofen. It did not seem to help.

The shortness of breath is bad. It's scary. What happens when it is untolerable??? would being on
oxygen even help? And I don't understand how my SpO2 is fine???

I still had some hydrocortisone, so as you suggested I tried taking 10mg on the 17th, in the morning. It
made me feel jittery. I did not try it again because we flew to TX the next day.

I guess I am a wimp - I feel like I can barely tolerate the mepron and the single dose of tafenoquin. I

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000469

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

can't imagine being able to tolerate a more aggressive protocol. My brain function has really declined - I feel like I am on the verge of not being able to do my work-from-home part-time job that I love. I really don't want to lose my job.

We have several special family events planned for the fall and through the holidays. We were thinking maybe I should just stick with the Mepron for now and then start the full protocol after Christmas?

Months ago we ordered a small therapy pool with the intent to get me moving again. It has just arrived and now we are wondering if I should even be doing this type of exertion, especially in light of my increased shortness of breath and fatigue?

If RBCs are destroyed when the Babesia is killed, does my body make more/enough RBCs?

Also, if the Babesia test comes back negative, does that mean we don't do the protocol? or we do it anyway?
I REALLY hope it is positive. just definitively KNOWING what this is would be so wonderful.

thanks
Stacey wolking

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 9/16/2021  12:31PM |
|---|---|

TO:

CC:

FROM:       HENRY

RE:         (Patient: S. WOLKING) Herxing, eye symptoms, consider HC

MSG:        Stacey,

Thanks for the tip on the lab--unfortunately their closest location is Allentown PA.

What you're feeling is herxing--increased immune reaction to the babesia as they are killed. Ultimately, the only way to reduce herxing and get well is to kill more bugs. Perhaps you can concentrate on that when you get back. The more aggressive we can be, the faster you'll get better. We would quickly get you on Mepron, azithromycine, Arte-M (artemisia) and tafenoquine, then add lumbrokinase.

You could try lowering Mepron to 1/2 tsp twice daily and see how that goes. You could try stopping it during the vacation. You may feel better initially, however you may get worse over the following days. I'm not sure. If you're getting worse restart it at some dose.

The eye symptoms, if new, are almost certainly also due to herxing. The organisms are in capillaries throughout the body, including the brain and eyes. Killing them causes local inflammation wherever they are dying off. Do follow-up with the eye doctor.

Part of your problem is that you don't make sufficient cortisol--and that problem is worsened by herxing. I think you'll feel/function better if you go back on hydrocortisone regularly at like 20mg in the morning, 10 mgs mid-afternoon. Increase the DHEA to 1/2 tab daily if you take HC. It may make a very big difference for you, and help you to tolerate the herxing. Would you like a prescription?

I've attached a consent form for treating this infection. It's a fairly major medical intervention. Please read, initial/sign and return. If you have any questions do ask.

Henry Lindner, MD

On Wednesday, September 15, 2021, 09:43:24 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

---

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000470

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

Hi Dr Lindner.

I FedExed my babesia test in today. After no success with doctor's offices, I ended up using sunrise medical Lab. I also discovered that this place will do it as well - https://www.anylabtestnow.com/ (this might be helpful to your other patients as they have over 190 locations).
I continue to feel pretty awful with bad headache and stomach ache, sweats, brain dysfunction, severe fatigue, shortness of breath, earringing, and very uncomfortable increased vibration / tingling in my lower legs. My chronic left ankle and foot swelling virtually went away for about 2 weeks and then just came back with a vengeance 2 days ago. Seems weirdly coincidental that it got better the day before my colonoscopy when I was being completely cleaned out.
A week and a half ago I had what I thought was another ocular migraine. I have had them in clusters over the last few years. The last one was last October. Then the next day I had a full blown migraine. But the flashing lights and floater and some blurriness never went away so I saw the eye doctor last Wednesday. He said everything was fine. I continue to have flashing lights in my left peripheral a few times a day and still a constant blurry spot. He wanted me to come back in 6 weeks and cautioned me to get to a doctor immediately if it got worse as that could indicate a tear.
Have no idea if there's any connection to babesia? Or totally unrelated?
We leave Saturday. Flying to meet up with kids and grandkids in Dallas. Sigh. I sure felt a lot better months ago when we planned this.
Is there any chance if I stop taking the Mepron that I would feel any better next week? Or should I continue taking that while we are gone?
Thanks.
Stacey Wolking

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 9/8/2021  9:45AM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) Qs about testing, detoxing

MSG:       Stacey,

The sensitivity and specificity are as yet in question. So far it seems fairly sensitive, although I'll bet that it will give some false negatives--when B. o. is actually there. I think that it will be more sensitive in persons who are taking antibabesial medications, as it looks just for parts of the bugs called ribosomes. Killing them splatters their bits throughout the blood stream.

Exercise is good, it helps expose and kill bugs. However it can make you herx afterwards--due to killing the bugs and your immune reaction to them. Infra-red sauna has been very helpful for some patients. Others swear by green-coffee enemas. Alka-Seltzer GOLD can help with bad flu-like herxing.

Right, we have to produce only the amount of die-off that you can tolerate. The more aggressive the therapy you can tolerate, the faster you can kill the bugs. With time you'll be able to ramp it up.

I've attached one patient's detoxing ideas. She says that they really work for her.

Henry Lindner, MD


On Tuesday, September 7, 2021, 06:20:35 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Dr. Lindner, I haven't received the lab kit yet. I am anxious to get that done.
So what are the test results accuracy? It sounds like a positive is definitely positive, but if it's negative, could it still be B.o?
I continue to feel pretty awful. I had an ocular migraine yesterday and like others I've had, today I feel

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000471

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

awful like a reg migraine.
Oddly, the swelling in my left ankle is better but I am having weird pain and tingling in my lower leg and ankle.
It is hard for me to understand all this and what I should be doing to feel better vs things to do and take to kill B. Should I be doing things like rebounding and far-infrared sauna? or based on what I read, it sounds like that may make me feel worse. I am trying to figure out how to help detox/get rid of the die-off (like rebounding) but don't want to cause more die-off right now till I can handle it better.
thanks

Stacey

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | 8/31/2021  11:45AM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) Herxing on TAF, will get B. odocoilei kit

MSG:       Stacey,

Tafenoquine is very long-acting---it has a half-life of 2 weeks. So the herxing is prolonged. It may take 2 weeks to start lightening up. It is less with every tafenoquine dose as you lower the babesia load. The fact that you've felt this way is more proof of chronic babesia infection.

I think results are more likely to be positive when killing bugs. I've ordered a kit for you. I've attached the forms you need for the kit and more instructions. You have to find a local hospital or clinic to draw the blood for you for the kit.

Henry Lindner, MD

On Tuesday, August 31, 2021, 10:57:13 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

Hi Dr. Lindner,

Thanks for all that great information. I've been trying to read and process it. It is very difficult as I have felt worse and worse as the week wore on. I still have a splitting headache everyday and pretty much every symptom that you list in the herxing information including difficulty sleeping. I continue to have a very bad stomach ache and diarrhea which is very challenging as I am prepping for the colonoscopy tomorrow. The prep protocol had me taking bisacodyl starting three days before!!
So I assume all that was from taking the Tafenoquine a week ago? It never occurred to me that the reaction could be so long lasting .
I am excited at the thought of finally knowing what is the problem and a solution, albeit a long and difficult one. And would love to have proof so yes I want to do the test asap!

How do I do that?
Is there a time to do it that has more chance of a positive result? Like while I'm taking mepron? Or not taking mepron? Or after a massage?

Thanks, Stacey

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | 8/27/2021   5:26AM |
|---|---|

TO:

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000472

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

CC:
FROM:       HENRY
RE:         (Patient: S. WOLKING) Herxing on tafenoquine, consider testing now.
MSG:        Stacey,

I do think that your headache, fatigue, shortness of breath and stomach problems after the tafenoquine dose are more evidence of babesia infection. People who are infected vary a lot in how strongly they react to anti-babesial medications. Some can't take the smallest dose of Mepron, others don't have much herxing until taking 3 or 4 medications.

I can't say whether the chronic diarrhea is a Babesia infection or not. I think you should get the colonoscopy.

I have seen various rashes and skin changes in people with babesia--so it could be that Mepron brought it on by killing babesia. I don't think it's a side effect.

We now have a reliable test for Babesia odocoilei. It's still in the research-only phase but is proving to be accurate. It's $479 and requires a kit from a lab in Maryland.

I've attached information on the treatment of babesia, and a consent form to treat it. We could take a pause here in the treatment--with you just staying on Mepron or stopping it for now--until we get the test results or until you decide to continue treatment--to ramp it up further with other anti-babesial medications.

Read through the info. and let me know if you want to order the test and if you want to continue treatment now or not, or wait for the test result.

Henry Lindner, MD


On Thursday, August 26, 2021, 12:57:49 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Hi Dr. Lindner.
I took the four pills with Monday dinner. Within a couple hours I had a very bad stomach ache and burning diarrhea which continued into the next day. That evening my head was buzzing and felt like it was in a vice and had a headache. Since then I've had a mild headache and feel a little more wiped out than usual. The shortness of breath seems a little worse than usual.
Is the stomach stuff just a side effect of the pills and not necessarily a reaction? If so, then it's certainly not the big reaction I was expecting.
I have a lot of diarrhea anyway and it seems even worse on the mepron.
Which is why I am scheduled for a colonoscopy next week. Which I'm dreading. And wanting to cancel.
What if all my stomach issues are just babesia??

Not related to the pills, a couple weeks ago my hands broke out in scaly rough patches in my palms and on the sides of my fingers. I've had this before but it's been a while since a flare-up. Have you ever heard of this? Does this have anything to do with babesia? I wondered if it could be a reaction to being on the Mepron?
Thanks for your help.
Stacey Wolking

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                              8/16/2021   5:11PM

TO:         HENRY
CC:
FROM:       CAROL
RE:         Re: (Patient: S. WOLKING)   G6PD normal, will give TAF

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000478

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

MSG:    PRESCRIBE: Krintafel (tafenoquine) 150 mg oral tablet, Take 4 tablets by mouth with a fatty meal, # 4,
RF: 0.
Call into Giant. let her know that if insurance doesn't cover, use GoodRx for price of $40 for 2 tabs,

G6PD normal. She seems to have responded to Mepron, but not clearly. Should take 4 tabs Krintafel
when back from vacation.


----------
>> CAROL'S MESSAGE (08/16/21 05:11 PM):
>>

Henry Lindner, MD

Electronic Signature

---

PATIENT MESSAGE                                                         8/6/2021  12:21PM

TO:

CC:

FROM:    HENRY

RE:       (Patient: S. WOLKING) Less SOB, ankle swelling, more brain fog on Mepron

MSG:    PRESCRIBE: atovaquone 750 mg/5 mL oral suspension, 1 tsp po twice daily with fatty meals, # 210,
RF: 2.
Call into Harris

Stacey,

It seems clear that you have the babesia infection--otherwise nothing would get better or worse. Brain
function can worsen due to herxing--immune activation caused by killing some babesia. Mepron is a
mild anti-babesial. We'll try the stronger one to make sure that you have the infection--once we get the
labs in and after your trip.

I agree--stay on Mepron for now and during your trip. I'll have Carol call in refills on it.

Henry Lindner, MD


On Friday, August 6, 2021, 11:18:52 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


Hi Dr Lindner,
So I am back on the mepron and again feel slight improvements. Shortness of breath seems better, and
ankle swelling much less. However my brain function seems worse. I am making mistakes at work that I
have never made before. It is very upsetting.
My last day of the three week RX  should be August 17th. Which is the same day that I am flying to GA
to visit our daughter and four month old granddaughter for a week. I am thinking maybe I should get a
refill and take it with me as I don't want to feel worse while I'm there by going off of it or by starting a
new medication that could potentially make me feel worse.
I will be doing the lab test you gave me on Wednesday the 11th.
What are your thoughts?
 thank you
Stacey wolking

Henry Lindner, MD

Electronic Signature

---

PATIENT MESSAGE                                                         7/26/2021  9:55AM

TO:

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000406
LINDNER 000406

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

CC:
FROM:        HENRY
RE:          (Patient: S. WOLKING) Some improvement with Mepron, check G6PD for TAF
MSG:         G6PD, Quantitative, Blood and RBC 82955; 85041
             Do test any time of day, no need to fast.
             E-mailed to patient

             Stacey,

             It should have given you 21 days of medicine, so perhaps you were getting more than a tsp per dose.

             It seems you were a bit better on it, and have gotten worse off it. Maybe you underestimated the improvements that you had on it.

             Go ahead and refill the Mepron and restart it--see how you feel again. Pay attention to any improvements.

             I've attached a lab request for a test that you need to take a more powerful anti-Babesia--tafenoquine. Get the test done ASAP and when I see the results I can call in the tafenoquine.

             Henry Lindner, MD


             On Sunday, July 25, 2021, 6:04:07 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


             Hi Dr Lindner.
             So I filled the prescription for Atovaquone and took it as prescribed. I was very careful to measure the one teaspoon dose twice a day. Oddly the bottle was finished in 2 weeks. Because it is so thick, maybe my measurement wasn't right?
             I can't really say that I had any kind of big reaction. I had an extra bad time going to sleep and staying asleep during that 2 weeks. Which got better after I stopped taking the medicine. At the end of the two weeks of taking the medicine, I thought there might have been a small improvement in my shortness of breath and ankle swelling. Now that I've been off the medicine for 6 days, I feel worse than ever. Shortness of breath seems worse. Headache and brain fog are bad. Sweats/hot flashes seem more frequent in the last week. Of course, I do intermittently have bad days/flare ups anyway. So I'm not sure if it's just another bad day or if it's because of stopping the medicine??
             And my stomach is always bad. Constant stomach ache and nausea since March. That did not seem to change on the med. I saw the gastroenterologist on Friday as a follow-up to my endoscopy, and he said there wasn't anything else he could do while we are waiting for the first available colonoscopy appointment which is September 1st. He has me taking Prilosec which does completely control the heartburn, and maybe helps the stomach ache some. He also has me taking alginate and FDgard. What should I do now? Should I refill the RX?
             Thanks for your help.
             Stacey Wolking

                                                                    Henry Lindner, MD
                                                                    Electronic Signature


PATIENT MESSAGE                                                    7/14/2021  10:49AM
TO:
CC:
FROM:        HENRY
RE:          (Patient: S. WOLKING) Sore nipples, will v estradiol dose
MSG:         PRESCRIBE: estradiol 9.6mg/1ml cream, apply 0.25ml (one click) to face every other morning,

             Stacey,

             Generally it means that the estradiol dose is a bit high. Many other things can influence how estradiol

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000475

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

affects you. Your estradiol levels were on the strong dise.

For now, lower the dose to 1/2 click nightly, or if not possible, to 1 click every other night. Let me know if this eliminates the breast tenderness without causing problem like hot flashes or vaginal dryness.

Henry Lindner, MD


On Wednesday, July 14, 2021, 10:36:45 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


My nipples have been sore for about a week. What does this mean?
thanks
Stacey Wolking

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 7/2/2020  11:40AM |
|---|---|

TO:

CC:

FROM:    CAROL

RE:      (Patient: S. WOLKING) Compound for Estradiol changed to topi click

MSG:     Stacey requested Compound Pharmacy change just her Estradiol to the topi click dispensing system which is in increments of 0.25ml for the smallest dose, so pharmacist changed it to new strength to get the same 2.4mg daily dose.  Instead of the 6mg/0.5ml, applying 0.2ml it will be:
PRESCRIBE: estradiol 9.6mg/ml cream, apply 0.25ml (1 click) to face every morning, # 90 days, RF: 3.

Carol Kelly, Office Manager
Electronic Signature

---

| PATIENT MESSAGE | 1/3/2020   9:17AM |
|---|---|

TO:

CC:

FROM:    HENRY

RE:      (Patient: S. WOLKING) Hypocort sxs under stress, consider retrial of HC

MSG:     Stacey,

A single cortisol level that is normal or a bit high does not mean that a person has sufficient cortisol levels, let alone cortisol effects 24/7. Your symptoms under more stress do suggest hypocortisolism.

In the past you improved remarkably on HC/DHEA. You eventually found that HC doses 10mg at 7am, sleeping until 10am then taking 7.5mg on awakening worked well for you.

If you're still taking DHEA, 1/2 of a 25mg tab, continue it while taking HC. If you're not taking DHEA now, add it back in after a few days on HC.

Do you want me to get you an HC prescription to try at those doses? Or would you want to talk by phone first? If we restart HC, I'll get you a month's supply and we should talk by phone before refilling it longer-term.

Henry Lindner, MD


On Thursday, January 2, 2020, 11:56:23 PM EST, Stacey Wolking <kycpa1@gmail.com> wrote:

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000476

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Dr. Lindner,
I have not been feeling well for the last couple months. I have been super tired and often feel shaky or jittery. Sometimes I would feel like my heart was racing. I started checking it with a pulse oximeter and it was usually between 100-115, even upon waking and still in bed. My GP did an EKG, said it was regular but too fast.
I also had a stretch of a couple weeks where I had lots of nausea. Now it comes and goes.
The GP ran a bunch of labs and said that my cortisol was borderline high. He suggested that I talk to you as he says he doesn't really know anything abt that.
I can't figure out how to save the labs from their portal so I copied the cortisol lab results into a Word doc.- plz see attached. (blood draw was 10am, fasting)

I finally started feeling some better over the holidays and while off work did not really have any terrible days of feeling jittery and yucky although I am still super tired all the time and often sleep 9-10 hrs and still struggle to get out of bed. I also noticed that my heart rate was down  in the 80's sometimes.

Today was back to work and this afternoon I started feeling sick and jittery again and my heart rate was 99 while sitting at my desk. My job has been pretty stressful this year so now I am starting to wonder if this is all stress related? Any suggestions?
thanks.

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                              7/2/2018  10:49AM

TO:
CC:
FROM:      HENRY
RE:        (Patient: S. WOLKING) Swelling/puffiness in 2nd trimest. try vHC dose
MSG:       Susan,

Yes, you may indeed be making more of your own cortisol. The placenta makes CRH which stimulates ACTH and cortisol secretion.  You can just keep lowering the HC doses by 5mgs every 3 days or so. For now, try 25,10,10, then 5 days later 20,10,10, then 20,10,5, etc. If you feel worse you know you've lowered too much too fast. Once you get to 20,10,5 what a longer time--a week, to see how you do before lowering further.

Henry Lindner, MD

From: Brian/Susan Dietrich <dietrichmailbox@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Sunday, July 1, 2018 8:29 PM
Subject: Cortisol level

Hello Dr. Lindner.  I know you are traveling so no rush on getting back to me.  I just need to run a few things by you.
I know we just spoke but I think I need to lower my dose.  I'm wondering if my cortisol levels are naturally increasing now that I'm in my second trimester.  I'm pretty sure I'm gaining weight pretty quickly.  I'm feeling very swollen also.
I dropped to 30, 10, 10.... but I think I may need to go lower.  What is the safest way to do this?   How low should I drop?   I'm concerned about the weight gain so quickly.  It's super uncomfortable.  Thanks for you help with these adjustments.  Please no rush on getting back.  Thanks you!!
I hope you are having safe travels!!

Susan

Henry Lindner, MD
Electronic Signature

---

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000477

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

| PATIENT MESSAGE | 7/2/2018  10:44AM |
|---|---|

TO:

CC:

FROM: HENRY

RE: (Patient: S. WOLKING) Spotting, Stop EP, restart 2 lines E, oral P

MSG: Stacey,

The spotting may be due to getting more progesterone effect by applying the cream transdermally. The uterine lining may have been thickened and getting more progesterone has caused it to destablilize and bleed.

I suggest stopping both the estradiol and progesterone now until all bleeding/spotting has stopped for a full day. Then restart with just 2 lines of the estradiol nightly and with swallowing the progesterone capsules again.

Henry Lindner, MD


From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Sunday, July 1, 2018 3:29 PM
Subject: spotting

Dr. Lindner,
I started spotting a few days ago and it continues. Other than a bit of spotting after intercourse a few weeks before, I have not seen any spotting in a very long time.
If you recall, I started rubbing the progesterone  into my face and neck since 5/24/18 (cutting open the capsule) This did not help my excessive dreaming or my constant headaches.
Should  I go back to swallowing?
thanks
Stacey? wolking?

               Henry Lindner, MD

               Electronic Signature

| PATIENT MESSAGE | 5/8/2017  12:06PM |
|---|---|

TO:

CC:

FROM: HENRY

RE: (Patient: S. WOLKING) Had PMD labs. On HC 7.5+10mg, marked achiness

MSG: Stacy,

OK, we'll review all this in more detail when we talk. I'll compare the recent labs to previous once.

Perhaps e-mail me a list of all supplements and meds that you're taking in addition to what I give you. I'll give you my ideas about them.


I'm not sure about the hydrocortisone dose either. Just leave it were it is until we talk. You can continue tapering the HC dose as long as you don't get worse and stay worse. You don't have to wake yourself up to take the HC--just take it when you decide to get out of bed for the day.

Henry Lindner, MD


From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Monday, May 8, 2017 11:21AM

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000478

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Subject: Re: new labs

I totally agree. We agreed on the vaginal prog to stop the bleeding. I was hoping now that maybe I was past that and we could try something diff. I did not realize that it was bioidentical since it was reg pharmacy, so thank you for that reassurance. Dr. Stewart just commented that all the hormones seemed on the low side and to check with you. So I assumed we would need to increase them, not lower them

as far as the hydrocortisone. I really thought I was ready to wean as I was feeling so much better overall and was even having symptoms of what I thought was too much HC like unexplained bruising, weight gain (no matter how hard I tried to lose) and dizziness that went away when I lowered the dose. I can assume the waking problem is not HC related since it has been this way for a long time including when I was taking higher doses and the same for the and wrist problems/pain. That  has been constant and increasing all the while I was on higher doses of HC. The damage has been done - the ligament is degenerated and bones have shifted. The brain fog is much better and I am able to work more hours now - @20 hrs a week from home.  I really hate having to wake up to take it at 7am every day and thought maybe my body was ready to make it again. Was I wrong?

And you were correct - the APS antibodies are gone now that I am feeling more well. whew. what a relief.

Taking all this (plus supplements and Dr. Stewart's meds) just feel overwhelming to me, not to mention, expensive. I would really like to simplify if possible. But of course I want to feel good so I will do what I have to do.

BTW, Dr. Anne Stewart is not really practicing. I got to see her one time for my women's wellness exam. but other than the once a year, she is not available as she is home with her kids, one of which was born with birth defects and has disabilities. She has her hands full. Anyway, she has extensive knowledge of hormones, more so than Dr. Dave.
I wasn't at all questioning what you had done, I didn't mean it to sound that way.
I will make an appointment with Carol.

?thanks?

Stacey? Wolking?
?


On Mon, May 8, 2017 at 8:28 AM, Henry Lindner, MD <henry@hormonerestoration.com> wrote:

    Stacey,

    There are many ways to get the sex hormones into you, but we settled on this approach, with the high-dose vaginal progesterone, in order to eliminate bleeding/spotting. Maybe things have changed now--you may have no estrogen production of your own and this may allow you to take less progesterone. The progesterone capsule is bioidentical, it is just not produced by a compounding pharmacy. Progesterone is the most expensive component of BHRT, so the capsule is saving you some money since it's covered by insurance (I assume).

    You want to stop taking hydrocortisone, but you badly needed it in the past and insufficient cortisol could be contributing to your current problems with pain and insomnia. You also had brain fog last we spoke--which can also be insufficient cortisol. So it's possible you'll just feel worse with lowering it or stopping it, and actually need to be taking more. Maybe sufficient cortisol could enable you to avoid wrist surgery.

    It is perfectly OK with me if you'd like Dr. Stewart to manage your hormone replacement for now. She's local and knows the compounding pharmacies there better. I would be happy to help again any time you request.

    If you'd like to continue working with me, we should talk by phone about the labs and your prescriptions. You'd just have to call Carol here to set up a time. We and can try a simplified BHRT approach. One can apply all EPT to the skin in a cream, or vaginally with a suppository. Rectal

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

application can work, but I"m not familiar with it.

Henry Lindner, MD


From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Sunday, May 7, 2017 11:27 PM
Subject: new labs

Dear Dr. Lindner,

Recently, Dr. Dave Stewart ran a bunch of labs, some of which were hormones. He said he thought they seemed too low but he wanted me to send them to you.
I have attached the lab results.

Currently I am taking:
Estradiol cream - 2 lines in the am
Prometrium - 1 every evening. I just recently switched to oral. At the time of lab, I was doing vaginally.
Testosterone cream - at the time of the lab I had not used it in a long time. After Dr. Anne Stewart reminded me how bad it was to skip, I started using it faithfully that same day of the labs. (April 4)  I use 2 lines every night.
Pregnenolone - one at bed
DHEA - one at noon
Hydrocortisone - I have been very slowly weaning down the dose. I am currently taking 7.5mg at 7am and 5mg at 10 am. (I really want to get off this)

I really struggle with taking all this stuff. It just feels overwhelming to me - and expensive - and messy. Dr. Anne Stewart suggested I ask you about going back to bioidenticals and combining the 3 hormones into one rectal application. is that possible?

Overall, I am feeling much better and have more energy. I went off abx on Jan 5. Unfortunately, I still have a  fair amt of joint, bone and nerve pain. I don't sleep well. I wake up often. Dr. Stewart said that more progesterone might help sleep?

Unfortunately, I am facing another wrist surgery as I have significant degeneration and constant bad pain. There was never an injury so we are assuming from Lyme. If you recall, I was complaining about my left wrist, all the way back in April of 2015.  I was hopeful that it would get better with Lyme treatment but it only got worse. Now I can barely use it. I recently saw a wrist orthopedic and he gave me a cortisone shot. Unfortunately, it only helped for a couple of days.
Just fyi, I have had no bleeding or spotting since we last communicated.
So I think that is everything.
I appreciate hearing from you.

Stacey? Wolking?

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 5/8/2017   8:28AM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:          (Patient: S. WOLKING) 4/4 labs. Pain and insomnia on 7.5+10mg HC

MSG:       Stacey,

There are many ways to get the sex hormones into you, but we settled on this approach, with the high-dose vaginal progesterone, in order to eliminate bleeding/spotting. Maybe things have changed now--you may have no estrogen production of your own and this may allow you to take less progesterone. The progesterone capsule is bioidentical, it is just not produced by a compounding

---

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000480

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

pharmacy. Progesterone is the most expensive component of BHRT, so the capsule is saving you some money since it's covered by insurance (I assume).

You want to stop taking hydrocortisone, but you badly needed it in the past and insufficient cortisol could be contributing to your current problems with pain and insomnia. You also had brain fog last we spoke--which can also be insufficient cortisol. So it's possible you'll just feel worse with lowering it or stopping it, and actually need to be taking more. Maybe sufficient cortisol could enable you to avoid wrist surgery.

It is perfectly OK with me if you'd like Dr. Stewart to manage your hormone replacement for now. She's local and knows the compounding pharmacies there better. I would be happy to help again any time you request.

If you'd like to continue working with me, we should talk by phone about the labs and your prescriptions. You'd just have to call Carol here to set up a time. We and can try a simplified BHRT approach. One can apply all EPT to the skin in a cream, or vaginally with a suppository. Rectal application can work, but I'm not familiar with it.

Henry Lindner, MD


From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Sunday, May 7, 2017 11:27 PM
Subject: new labs

Dear Dr. Lindner,

Recently, Dr. Dave Stewart ran a bunch of labs, some of which were hormones. He said he thought they seemed too low but he wanted me to send them to you.
I have attached the lab results.

Currently I am taking:
Estradiol cream - 2 lines in the am
Prometrium - 1 every evening. I just recently switched to oral. At the time of lab, I was doing vaginally.
Testosterone cream - at the time of the lab I had not used it in a long time. After Dr. Anne Stewart reminded me how bad it was to skip, I started using it faithfully that same day of the labs. (April 4)  I use 2 lines every night.
Pregnenolone - one at bed
DHEA - one at noon
Hydrocortisone - I have been very slowly weaning down the dose. I am currently taking 7.5mg at 7am and 5mg at 10 am. (I really want to get off this)

I really struggle with taking all this stuff. It just feels overwhelming to me - and expensive - and messy. Dr. Anne Stewart suggested I ask you about going back to bioidenticals and combining the 3 hormones into one rectal application. is that possible?

Overall, I am feeling much better and have more energy. I went off abx on Jan 5. Unfortunately, I still have a  fair amt of joint, bone and nerve pain. I don't sleep well. I wake up often. Dr. Stewart said that more progesterone might help sleep?

Unfortunately, I am facing another wrist surgery as I have significant degeneration and constant bad pain. There was never an injury so we are assuming from Lyme. If you recall, I was complaining about my left wrist, all the way back in April of 2015.  I was hopeful that it would get better with Lyme treatment but it only got worse. Now I can barely use it. I recently saw a wrist orthopedic and he gave me a cortisone shot. Unfortunately, it only helped for a couple of days.
Just fyi, I have had no bleeding or spotting since we last communicated.
So I think that is everything.
I appreciate hearing from you.

Stacey? Wolking?

---

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000481

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                    4/15/2016   4:19PM

TO:

CC:

FROM:       HENRY

RE:         (Patient: S. WOLKING) Bleeding stopped, but HA after 2.5wks off E2

MSG:        Stacey,

            OK, the high-dose progesterone (3 caps) then withdrawal worked to produce a complete bleed. I
            presume that this bleeding was caused by an estrogen surge of your own. So you can go back on the
            estradiol at 3 lines and add the nightly vaginal progesterone to prevent the build-up of the lining that will
            occur with estrogen-only. I'd give the 3 lines of estradiol a while to work. If you want to try more for the
            headache, like 4 or 5 lines, then double the progesterone to 2 nightly to keep the lining of the uterus
            thin.


            The fever may be a garden-variety virus and not Lyme.

            Henry Lindner, MD


            From: Stacey Wolking <kycpa1@gmail.com>
            To: "Henry Lindner, MD" <henry@hormonerestoration.com>
            Sent: Friday, April 15, 2016 3:12 PM
            Subject: Re: help please

            So for an update.
            I did the 3 Prometrium for 2 weeks as you instructed. The period continued the whole time. Within 2
            days of stopping the prometrium, the bleeding completely stopped for the first time in a month. So for
            the last 2 1/2 weeks I have done nothing and no bleeding. Last week I started having nightsweats and
            then mild hotflashes. I didn't immediately think abt my hormones as Dr. Stewart had started me on a
            new medication/abx on April 4 which he thought might cause me to feel worse. So when I had a mild
            headache and nightsweats, I didn't think much of it.  But the headache continued to get worse and then
            I noticed vaginal dryness this week so realized it was probably low estrogen. (I stopped taking that on
            3/29 when I started that month-long period)
            So now I have had a severe headache for 2 days. I started back on the Estradiol yesterday with 2 lines
            and today 3 lines.
            Also to complicate things, I was running a fever this morning, so I feel overall awful -  assumingly Lyme
            related.
            Should I be doing something else?
            Is it ok to use a high amt of Est cream to try to get the headache to quit?
            thanks
            Stacey Wolking

                                                                   Henry Lindner, MD
                                                                   Electronic Signature

---

PATIENT MESSAGE                                                    3/16/2016   1:26PM

TO:

CC:

FROM:       HENRY

RE:         (Patient: S. WOLKING) Higher progest dose script

MSG:        PRESCRIBE: progesterone 200 mg oral capsule, Insert up to 3 capsules vaginally at bedtime as dir., #
            90, RF: 7.

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000482

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Stacey,

OK, I'm copying Carol on this. She'll call it in tomorrow morning at the latest.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Wednesday, March 16, 2016 12:52 PM
Subject: Re: help please

I am almost out of the Prometrium.
Since I am using 3/night, would you please call in a new RX with the increased dose.
Harris Teeter 540-338-3155
(I had it transferred from Giant because they did not have it)
thanks
Stacey Wolking

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 3/15/2016   2:53PM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:       (Patient: S. WOLKING) High dose P stopped bleeding for now

MSG:      Stacey,

That is strange--not having any high-estradiol symptoms. I would continue the 3 tabs nightly for 2 weeks, then stop the progesterone. I think you will then have a more normal, complete and time-limited period. See how you do after that. For low-estrogen symptoms, restart estradiol at 1 line nightly (or at the lowest dose that works) with 1 tab progesterone vaginally.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Tuesday, March 15, 2016 2:28 PM
Subject: Re: help please

Thankfully it worked. The bleeding is almost stopped. so do I continue with 1 or 3 prog tabs nightly?
It is confusing that I didn't seem to have any other symptoms of high estrogen though.
thanks
Stacey

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 3/11/2016   3:22PM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:       (Patient: S. WOLKING) Prolonged heavy bleeding, try 300mg P vaginally 2wks

MSG:      Stacey,

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

You must have had a big estrogen surge of your own. I don't know if the Vit C would do it or not. Estradiol may be staying high, causing the continue bleeding.

The only way to stop it hormonally is to restart the progesterone at a high dose--like 3 tabs vaginally every night. If it stops, continue the progesterone for 2 weeks then stop it. You may then have a normal period that runs its course naturally as the progesterone also changes the character of the uterine lining. Later when you feel that estradiol is low you can restart the estradiol and progesterone nightly.

If this doesn't work you should see your OB/GYN. He/she may try a strong artificial progestin or even a D&C.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Friday, March 11, 2016 2:56 PM
Subject: help please

Dr. Lindner,

I am starting to get concerned.

I started a period on Feb 29 and it is still going. That is 12 days. And I have constant uncomfortable cramping every day. It has been average bleeding until the last two days it has gotten much heavier.

Of course I stopped taking the Prog (1 tab vaginally) and the Estodial cream (2 lines daily) as soon as I started on the 29th.

I don't know if this is relevant or coincidental but on Feb 25, as part of my Lyme treatment, Dr. Stewart gave me 25,000mg IV Vit C.
And I got another 50,000 on March 3.
Dr. Stewart, initially told me that it might be possible that the Vit C had shocked my hormones and started it. It seems awfully coincidental. I hadn't had a period since November.

Now is there anyway to get it to stop?

Thanks
Stacey Wolking

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 2/22/2016  7:18AM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:       (Patient: S. WOLKING) Dosing with new compounds

MSG:      Stacey,

1 ml of a cream is pretty close to 1 gram. Most compounding pharmacies do like to use grams instead of mls.

The estradiol cream is the same strength, so you would want to apply 0.2ml--that's the two lines on the TCC syringe.
Is their cream in a similar syringe? With 10 markings between the 1 and 2 ml lines? If their syringe is also marked at 0.1ml for each line, then you'd want 2 lines.

The testosterone they gave you is stronger--15mg/ml, so 1 line will give you a bit less testosterone than

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000484

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

with 2 lines of the TCC product. That's OK, just use it more consistently.

The best way to get answers to your questions is to take your TCC syringes and labels to the compounding pharmacy there and have them explain exactly how to use their own products to get the same doses you were getting before. Maybe they'll want to make a correction when they actually see what you have from TCC.

If you're paying cash you can simply ask for 2 or 3 mos at a time. If insurance is paying for your compounds you'll be stuck getting one month at a time probably.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Sunday, February 21, 2016 4:57 PM
Subject: dosing

Dear Dr. Lindner,

I finally just refilled my Estradiol and Testosterone cream at the new Pharmacy.
I am concerned that it appears that the doses and/or  strengths are different than the ones I was getting from Tunkhannock Pharmacy and have been taking. Everything seems very stable and no bleeding so I don't want to mess with what's working by accidentally changing the dosing!

I have been daily applying  2 lines Estradial -  6MG/ .5ML
and not so consistently applying 2 lines Testosterone 10MG/ 1 ML

The new creams from leesburg Pharmacy say:

apply 3 lines Estradiol  12MG/ GRAM
and apply 1 line Testosterone 1.5MG/ .1ML

Would you please double-check these?
Also, I have always gotten 3 months at a time. However, this new RX only gave me one month. Can it be renewed for every 3 months?

thanks so much

Stacey Wolking

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 12/27/2015   8:34AM |
|---|---|

TO:

CC:

FROM:    HENRY

RE:        (Patient: S. WOLKING) Testing, try progesterone orally

MSG:      Stacey,

No need to test now--especially if you're still on the compounded estradiol from Tunkhannock. We sent you a lab request after our last phone consult. My plan was:

For after being on all new compounds for one month, or in about 4 to 5 months:

ORDERED/ADVISED:  - Custom Order (Estradiol Free, with Total Estradiol 82670; 84999
Progesterone 84144
Testosterone Free and bioavailable (weakly bound) with Total Testosterone 84402, 84403
Do test in afternoon, no need to fast

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000485

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Take estradiol and testosterone in the AM, about 8hrs prior to test.
May take hydrocortisone before test.)  ICD9 Codes (E27.40, N95.1, E55.9)

The progesterone levels on the Prometrium will not be interesting or change anything. All that matters is that we prevent bleeding/spotting.

With the Prometrium--you can change to taking it orally at bedtime. It will not be as effective orally for controlling bleeding, but may be effective enough if your estrogen production has stopped. You can try it and see.

Henry Lindner, MD


From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Saturday, December 26, 2015 7:43 PM
Subject: questions

Dear Dr. Lindner,

I am going to have blood work done on Tuesday for Dr. Stewart and wondered if it would be helpful to check my hormone levels since I have been on the new Prometrium (vaginally) for almost 3 weeks.
(I still have a month or two supply  of the old Estradiol and Test cream)
The good news is that the hotflashes are virtually gone - I have an occasional hf at night. and I have not had any bleeding since 11/25.
I hate the Prometrium. They are red footballs and so messy. I have to constantly wear a liner. Is their any other way? take it every-other night instead of every? is taking it orally an option? or taking it some of each?

thanks
Stacey Wolking

Henry Lindner, MD
Electronic Signature


| PATIENT MESSAGE | 12/4/2015  11:53AM |
|---|---|

TO:

CC:

FROM:     HENRY
RE:         (Patient: S. WOLKING) Hot flashes with 200mg P vag., ^E2 to 3 to 4 lines
MSG:       Stacey,

I think that your estradiol levels have dropped low again. See if the hot flashes resolve after a few nights on 3 lines. If not increase to 4 lines.

More progesterone does counteract estradiol more, so you may need more estradiol to eliminate the hot flashes, with the higher vaginal progesterone dose.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Friday, December 4, 2015 11:32 AM
Subject: hot flashes

The last two days, the hot flashes have increased in intensity and frequency. Last night they woke me up pretty much every hour.
Ever since you told me to resume on 11/30, I have been using 2 lines E and 2 trits (200mg) P Vaginally.
(I am finishing up the trits before starting the Prometrium.) Yesterday and today I used 3 lines E.
Should I do anything else?

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000486

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

thanks

Stacey? Wolking?

Henry Lindner, MD
Electronic Signature

---

**PATIENT MESSAGE**                                          12/1/2015   5:07PM

TO:

CC:

FROM:    HENRY

RE:      (Patient: S. WOLKING) No vag suppos, will get progest caps

MSG:     PRESCRIBE: progesterone 200 mg oral capsule, Insert 1 cap vaginally at bedtime, # 30, RF: 11.
         Call into Giant

         Stacey

         Yes, you can get the 200mg progesterone caps and insert them vaginally. They dissolve well enough.
         I'll have Carol call those into Giant for you.

         Henry Lindner, MD


         From: Stacey Wolking <kycpa1@gmail.com>
         To: "Henry Lindner, MD" <henry@hormonerestoration.com>
         Sent: Tuesday, December 1, 2015 5:00 PM
         Subject: progesterone

         Dr. Lindner,
         The regular pharmacies I talked to said they don't have a "vaginal progesterone".
         They did suggest (the generic for) Prometrium 200mg capsules as it can be taken orally or vaginally.
         Is that ok? It would be great (financially) if I could get away from the compounding.
         If so, could you please send a RX for that?
         thanks

         Stacey? Wolking?

         Henry Lindner, MD
         Electronic Signature

---

**PATIENT MESSAGE**                                          11/30/2015   1:37PM

TO:

CC:

FROM:    HENRY

RE:      (Patient: S. WOLKING) Hot flashes, will restart E with 200mg vag P

MSG:     PRESCRIBE: progesterone 200 mg vaginal suppository, 1 tab vaginally at bedtime, # 30 days, RF: 5.

         Stacey,

         OK, so your estradiol is definitely low, bring on the hot flashes and headache. You seem to get
         headaches when estradiol falls--in normal periods it starts dropping a week before the period starts and
         bottoms at low levels sometime during the period.

         You can restart the estradiol at 2 lines. Use 2 of the 100mg trits for now. I've attached a prescription for
         a 200mg progesterone suppository. You may be able to get this at your regular pharmacy with
         insurance coverage. Try that out. If not the compounding pharmacy can make it for you.

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000487

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Monday, November 30, 2015 1:27 PM
Subject: Re: ugh

yes, I stopped both when I started the period on Wed.
I have a bad headache today. It is weird that I get what feels like a "hormone headache" sometimes the day before, or even many days into the period. Today is day 6. I always assumed it was from a drop in hormones, but don't understand why it varies so much - beginning or end.

Stacey

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 11/30/2015   9:42AM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:        (Patient: S. WOLKING) recurrence of bleeding, can try 200mg P nightly

MSG:      Stacey,

We just can't control perimenopausal estrogen surges. Levels can go very high and they stimulate the uterine lining to thicken. The only way to reduce or stop bleeding with these surges is more progesterone--like taking 2 of the trits vaginally every night.

It still won't work if estradiol levels spike very high, but will reduce bleeding as a whole. The good news is that these surges will stop sometime soon and then you'll have no more bleeding with just the estradiol replacement.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Sunday, November 29, 2015 7:19 PM
Subject: ugh

Dr. Lindner,
I started another period on Wed, 11/25. The prev one was 11/7! and the one b4 that was 10/23.
I have been consistently taking 2 lines Estradiol and 1 trit prog vaginally since 11/13.
what do I need to do to stop these periods?

Stacey? wolking?

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 11/8/2015   4:11PM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:        (Patient: S. WOLKING) Prolonged headache, probab. endog. E2. Needs ^P

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000480

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

MSG:          Stacey,

I suspect that this was a surge of your own estrogen production--maybe the last one! More estrogen would cause breast tenderness and also could cause headaches by counteracting cortisol. Usually more estrogen will not help headaches.

If it's your last surge you may do just fine from now on with no bleeding with taking the 3 lines of estradiol and the progesterone, however you need 200mg orally at bedtime for sufficient effect. I think you can restart at 3 lines estradiol when you start, and take 2 of the 100mg progesterone caps nightly. We'll get you the 200mg caps when we talk.

Henry Lindner, MD


From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Sunday, November 8, 2015 3:13 PM
Subject: Re: help plz

I have been taking the 100mg Prog orally at bedtime. are you saying I have to switch back to vaginally? Is there any other way?
also I had a bad headache (felt like my old monthly hormone headaches) that started 2 days before my last period (so 10/15) but it lasted for TWO whole weeks. so I thought I must have needed the 3 lines. Is the headache caused by too much or too little of something?
Also noticed a slight breast tenderness this Friday, the day before the period started. So slight I wasn't even sure but then yesterday they were clearly tender/painful.
Last period on 10/17 was light but steady. This one seemed to come on fast and is heavier. does that mean anything?
the hot flashes are almost gone. I now have an occasional mild one. I still have intense Lyme sweats too - sometimes they were hard to tell apart.
thanks

?Stacey Wolking

                                                          Henry Lindner, MD

                                                          Electronic Signature


| PATIENT MESSAGE | 11/8/2015  8:27AM |
|---|---|

TO:

CC:

FROM:     HENRY
RE:          (Patient: S. WOLKING) Bleeding, try only 2 lines E2
MSG:        Stacey,

Assuming that your own estradiol production has stopped permanently, then preventing periods is just a matter of not getting too much estradiol, and of getting sufficient progesterone to the uterus.

You may have had a temporary estrogen surge though--and there's no way to prevent bleeding when that occurs.

If you're taking a 100mg progesterone tab vaginally at bedtime, that should give sufficient progesterone effect in the uterus. So after stopping the E and P until bleeding stops, restart both with just 2 lines of estradiol and we'll see if that's sufficient to prevent hot flashes and not so much as to promote bleeding.

Henry Lindner, MD


From: Stacey Wolking <kycpa1@gmail.com>

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000489

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Saturday, November 7, 2015 7:23 PM
Subject: help plz

Dear Dr. Lindner,

so I started another period today, only 3 weeks from the last one on 10/17.
Since 10/23 I have been consistently taking 3 lines E (am) and P (pm) every day.
I had blood drawn for your labs on Thurs. (11/5)
what do I do to stop the periods?
Thanks

?Stacey Wolking

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 10/19/2015   1:31PM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:          (Patient: S. WOLKING) New lab request, should take P nightly

MSG:        ORDERED/ADVISED:  - Custom Order (Estradiol Free, Equilibrium Dialysis, With Total Estradiol,
HPLC/MS-MS LabCorp 500649 CPT: 82670; 84999
Testosterone free with Total Testosterone 84402, 84403
TSH 84443
Free Triiodothyronine, (Free T3) 84481
Free Thyroxine (Free T4) 84439

Do test in the afternoon, close to 8 hrs after AM doses.
Take estradiol and testosterone in the morning as usual
May take hydrocortisone before test.)  ICD9 Codes (N95.1, R53.81, E27.40)

Stacey,

You need the progesterone every evening to prevent bleeding. Is there a problem with taking it nightly?
Or you're just forgetting?

Glad to see you're OK on a lower HC dose. You can lower the dose by 2.5mg every 10 days or so as
long as you're doing OK, but if you get consistently worse you'll have to raise it again.

I've attached a new lab requisition for the afternoon--apply the estradiol and testosterone in the morning
and get blood drawn around 8 hrs afterwards. No, the period won't affect the labs--however if you stop
the Estradiol for a week you'll need to be back on it 10 days before doing the test.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Monday, October 19, 2015 12:45 PM
Subject: hormones and labs

 Hi Dr. Lindner,
I started another period this past Sat, Oct 17th. Last one was Sept 19.
I have been taking 3 lines Estradiol in the am (because it was causing me to feel cortisol low when I was
taking it at bedtime) and prog troche usually every-other evening.

HC dose is 15mg 7a,   10mg 10a,  5mg OR 2.5mg 3p,  and rarely need a bedtime dose (yay!)

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000490

WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
FORMAL HEALTH RECORD

I would really like to keep trying to taper this down. Any suggestions?

You gave me a lab requisition dated 10/14. It states that I should take "E, T & P before bedtime the last three nights before the test" Does it matter that I am taking the E in am? How do I do that with the blood test? should I do the lab any particular days from this period?
thanks

Stacey? Wolking?

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | 9/24/2015   7:45AM |
|---|---|

TO:

CC:

FROM:     HENRY
RE:        (Patient: S. WOLKING) Bleeding after adding P, stop and restart.
MSG:       Stacey,

Glad to hear that the estradiol is helping with the hot flashes. Either the Mepron directly causes hot flashes or its a kill-off effect with the Lyme bacteria or other infection.

Taking estradiol alone for a while caused the uterine lining to thicken--just like it does early in a normal menstrual cycle. Adding progesterone caused the lining to become unstable and to shed--also like in a normal menstrual cycle.

So the right thing to do is stop both until the bleeding stops for a day or two, then restart them the same day. When you take sufficient progesterone with estradiol every day you won't have any spotting or bleeding. We might need to do some adjusting to find the right doses of each.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com> To: "Henry Lindner, MD" <henry@hormonerestoration.com> Sent: Wednesday, September 23, 2015 11:14 PM Subject: hormones

Dr. Lindner,

At my last appoint on 8/14, you told me to begin taking Estradiol and then start taking progesterone after the hot flashes stop. well the hot flashes still haven't stopped but they have dramatically improved - primarily in intensity. They are a nuisance but tolerable.
I have also determined that the hot flashes are also caused by Lyme/Babesia. Several weeks ago, I stopped taking Mepron for a little more than a week and my hot flashes got dramatically better. When I resumed taking it, they started up again with a vengeance and my pain level dramatically increased. Because of that, the doctor has reduced my twice-a-day dose.
Anyway, I started taking Progesterone tabs at bedtime on 9/12. I have been taking 4 lines Estradiol in the am since 8/14.
I started a period last Sat 9/19. (first one since 4/15)  Did the Prog cause that?
I stopped both E and P on 9/19.
So what do I do now?
thanks
Stacey Wolking

Henry Lindner, MD
Electronic Signature

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000491

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

| PATIENT MESSAGE | 8/31/2015  7:18AM |
|---|---|

TO:

CC:

FROM:       HENRY

RE:          (Patient: S. WOLKING) Hot flashes, palps at bedtime, try ^dinner HC

MSG:         Stacey,

We know now that the hot flashes at night are not due to lack of estradiol. It's pretty clear that the bedtime problem is due to insufficient cortisol at that hour. What has changed? My supposition would be that you are more active or stressed during the day or evening, causing you to be in a state of cortisol deficiency by bedtime. We can find out quickly. You're taking 15/10/5/5 now I believe. Try instead 15,10,10,5mg. If you can quarter the tabs, you can instead first try 15,10,7.5,5mg. Let me know if more HC at dinner helps.

Henry Lindner, MD
From: Stacey Wolking <kycpa1@gmail.com> To: "Henry Lindner, MD"
<henry@hormonerestoration.com> Sent: Sunday, August 30, 2015 4:09 PM Subject: Re: hot flashes

I did as you suggested and lowered the estradiol to 4 lines and apply it in the morning only. The breast tenderness is gone.
Unusually, 3 of the last 5 nights, I have had low lows at bedtime - heart pounding, lots of hot flashes and not able to go to sleep. It is also strange that the hot flashes continue to be dramatically worse at bedtime, I will only have a few all evening and then they kick into high gear at bedtime.
The last two nights, after laying awake for almost 2 hrs, I have taken an add'l 5mg of HC and I eventually go to sleep. I don't sleep well, as I awaken every hour or two.
I don't know why I would all of a sudden experience lows at bedtime after it being so stable the last few months. You did say that more estradiol (started taking on 8/12) would counteract the cortisol. If that is so, then why does it only seem to be affecting me at bedtime?

Stacey? Wolking?

Henry Lindner, MD

Electronic Signature

| PATIENT MESSAGE | 8/25/2015  5:10PM |
|---|---|

TO:

CC:

FROM:       HENRY

RE:          (Patient: S. WOLKING) Hot flashes altered with E2--try AM dosing

MSG:         Stacey,

I think that this means that your hot flashes have two causes: low estrogen and low cortisol. Taking estradiol tends to counteract cortisol--and so can make the low-cortisol hot flashes worse. So I think that's what's happening when you apply the estradiol at night. The breast tenderness shows that you're getting a good dose of estradiol.

My idea is this: Lower the estradiol to 4 lines and apply it in the morning only--after you've taking the morning HC dose. That way its levels will peak when cortisol levels are higher too--a better balance from hour-to-hour. You won't apply estradiol at bedtime so I think your nights will be better. Try it out and see how it goes. Let me know in a few days.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com> To: "Henry Lindner, MD"
<henry@hormonerestoration.com> Sent: Tuesday, August 25, 2015 5:00 PM Subject: hot flashes

Hi Dr. Lindner,

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000492

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

I am taking .5 Estradiol and still hot flashing although they have decreased in frequency and intensity. They are still 24/7 but I have had some nights where they only wake me up a couple times.  But starting yesterday, my breasts are tender and I had a very bad night of hot flashing last night. It was weird as I had an unusually non-hot flashing evening, but it seems like as soon as I put the cream on at bedtime I started every half hour. Coincidence or connected somehow?

I have not started taking Prog yet, as you said to start it when the hotflashes stopped.

I tried increasing the am HC to 20 but felt jittery both days, so I went back to 15/10/5/5.
That has worked fine until today.
I felt bad (extra pain, short-breath, some heart pounding) and was miserably awake a lot last night.
Have no way of figuring out if it is Lyme, Est or HC issues.
so have felt very draggy today and had head-vice feeling early afternoon so took increased 10 mg HC dose at 3pm. It helped some but still feel pretty bad. I am wondering if it is the Lyme since Dr. said I am to take a break from the Rocephin shots and it has been 2 weeks.
I know this is messy and confusing and realize there is no way you can figure out what is what either ~sigh

Stacey? Wolking?
?

                                                                    Henry Lindner, MD
                                                                    Electronic Signature

---

| PATIENT MESSAGE | 8/12/2015   7:11AM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:          (Patient: S. WOLKING) Hot flashes, undetect. E2, start supplementation

MSG:        Stacey,

You are definitely slipping into menopause as shown by the blood work. If you have some estradiol cream, start with 2 lines daily today and until we talk on Friday. I think it will help. The complicating factor is that more estradiol in your system will counteract the cortisol you're taking somewhat--so we may need to increase the HC dose--but we'll wait and see how it goes.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com> To: "Henry Lindner, MD"
<henry@hormonerestoration.com> Sent: Tuesday, August 11, 2015 9:03 PM Subject: update

?Dear Dr. Lindner,

Wanted to give you an update. I have a Friday appointment with you to discuss recent labs.

For the last month or more, the HC has been very stable at
 15mg 7-8am  /10mg 10am  /5mg 3p  /5mg at bed.
 I tried to get it lower but it always produced symptoms. Occasionally I would forget a dose, wonder why I felt extra terrible that day and then realize at bedtime that I missed a dose. so I have gotten a few "blind tests" that have confirmed that this seems to be the right dose. Occasionally I take an add'l 5 mg in the afternoon when I get that vice-head feeling and it seems to always help it. Lately, I don't tend to feel low at bedtime, so I tried not taking a bed dose for a couple nights.It made me feel mildly low in the night and felt unusually very low in the mornings including heart pounding which I have not had in quite a while. (usually I wake up only feeling shaky and occasionally slightly dizzy.)
I have headaches a lot but it was much worse on the days after I didn't take the bed dose. so last night I went back to taking a bed dose. I still have a very bad headache today

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

I am still having hot-flashes, pretty much hourly, or more, 24/7, waking me up all night long. They are very intense with a drenching sweat?.
I am exhausted? and miserable.?

Dr. Stewart is treating me with multiple antibiotics and supplements for Lyme and Babesia. I continue to experience tremendous joint pain and some tingling/numbness/weakness primarily in my lower legs. (The severe chest pains are much better and the numbness is reduced, assumingly from the weekly Rocephin injections)
My knee swells and is excruciating when I am on my feet much at all. My jaw is stiff and sore, my wrist is still swollen and painful. I have an itchy rash on my hands and feet, still have occasional chest pains and am often short of breath, and have extreme fatigue. Dr. S says the hot flashes could be from Babesia, since my hormones seemed ok from the prev labs. But now after seeing my 8/4 lab results I am starting to wonder. It looks like my hormone levels have tanked; you had me stop taking hormones in mid-April and the hot-flashes started soon after that I think. If I remember right, you had me try some hormones in May but it didn't stop the HF. Of course everything was a total mess with me taking too much HC and the Prednisolone, not realizing that my symptoms were something else altogether. (FYI, my last period was 4/15)

So that is my sad story. I am really hoping that hormones or something can stop these hot flashes.
I am still taking Pregnenolone.


thanks
Stacey Wolking

Henry Lindner, MD
Electronic Signature

---

**PATIENT MESSAGE**                                                    6/4/2015  5:37AM

TO:         CAROL
CC:
FROM:       HENRY
RE:         (Patient: S. WOLKING) Script for HC 10mg up to 7/day done @ Exp Scripts
MSG:        Faxed to Express Scripts:
            Hydrocortisone 10mg tabs, take up to 7 tabs daily as directed # 630. FR: 2

            ----------
            >> HENRY'S MESSAGE (06/04/15 05:37 AM):
            OK, 7/day is fine

            ----------
            >> CAROL'S MESSAGE (06/03/15 07:41PM):
            >> As per chart messages - taking higher dose HC then script allowed for - current dose daily is 20, 10, 10, 10 - but some days needs more. Okay to call in change at mail order for up to 7/day just to be on the safe side? - she requests that due to uncertainty of dose and mail order hold up at times.

            Carol Kelly, NONE

            Electronic Signature

---

**PATIENT MESSAGE**                                                    5/27/2015  12:22PM

TO:
CC:
FROM:       HENRY
RE:         (Patient: S. WOLKING) Worse in AM with 10mg pred, reduce to 5,2,5,2,5,2.5
MSG:        Stacey,

            Compared to not taking pred at bedtime, was the night better with the 2.5mg dose? It seems you avoided the middle-of-night problems you often have.

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000494

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Strangely you felt worse after the 20mg+10mg pred in the AM. That's a lot more cortisol-effect then and I have to think it was too much. So I'd go back to 5mg pred in the AM and maybe 2.5mg only for the 10am, 3pm and bedtime doses.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com> To: "Henry Lindner, MD" <henry@hormonerestoration.com> Sent: Wednesday, May 27, 2015 9:53 AM Subject: Re: update

wondering if this data from this morning tells you anything????

12:40a last night took 10 HC + 2.5Pred

6:40 woke up with hot flash. Didn't feel too bad otherwise, but as I layed there I could feel the "low" coming on - mainly heart pounding.
7a another hot flash. took 20 HC + 10 Pred.
7:20 hot flash
7:40 hot flash
8 hot flash
Weird that the hot flashes are almost exactly every 20 minutes

was able to drift in and out of sleep till about 9:20 when I woke up feeling VERY bad. Heavy head vice feeling and headache. mild heart pounding.

Wondering how I can feel this bad that soon after 7a dose. Is that dose not right?

Next dose should be at 10am - 15 + 5 - which is in a few minutes - any change?

Henry Lindner, MD

Electronic Signature

---

| PATIENT MESSAGE | 5/26/2015   5:18PM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:           (Patient: S. WOLKING) Needing more HC/pred with stress

MSG:        Stacey,

You apparently do need that much. The stress of company might be increasing your cortisol need by 50%! Don't think about numbers with the dose, just think about the symptoms and the effects of dose changes on symptoms.

I think you should add the pred doses of 10,5,2.5,2.5 now to your 4 usual HC doses. At 10am today, 5mg of pred plus the 15mg of HC would have helped avoid the 1pm crash. At bedtime, take 2.5 pred along with the 10mg HC for now. Later we'll see if we can drop the 10mg HC then.

Low estradiol causes vaginal dryness, soft breasts, and usually there will be no bleeding or only very light bleeding.

Henry Lindner, MD
From: Stacey Wolking <kycpa1@gmail.com> To: "Henry Lindner, MD" <henry@hormonerestoration.com> Sent: Tuesday, May 26, 2015 4:49 PM Subject: Re: update

what are other indications of low estrogen?
I feel so awful most of the time - I don't know what is what.

My last period was the evening of April 14 (I stopped the Estradiol and Prog on 4/13)

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000495

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Mon - awoke at 3am - could not go back to sleep!!? - felt low - so much pain
wasn't sure what to do since I had just taken a dose at midnight??
5:15a 10mg/   7:40a 20 + 5/   10a 15 + 2.5/   2:40p  10 + 2.5 /   10:15p 10mg

Today - awoke at 3am AGAIN. but went back to sleep @ 4:45a.
7:10a 20 + 5 Pred/ 8:45a 5 Pred (when I saw your email)/  10:15a 15/   started feeling really awful
around 1p. - terrible headache and foggy, heart pounding, extreme sleepiness. 1:40p took 10 + 2.5 and
went to sleep. Woke up @ 3:30p feeling only a little bit better. now, 4:40p - heart pounding, headache,
foggy, pain.
not sure what to do. could I really be low?? I am taking soo much.

Stacey

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                   5/26/2015   7:06AM

TO:

CC:

FROM:      HENRY
RE:        (Patient: S. WOLKING) Improved on predn, try higher AM dose, qhs dose
MSG:       Stacey,

The body needs and tolerates more cortisol in the AM upon awakening. So I suggest that you take
10mg pred upon awakening with 20mg HC. At bedtime, instead of the 10mg HC take 2.5mg pred. That
will last longer-better and get you through the nights better, I think. Take 2.5mg pred with the 3pm HC
dose too for now. So the pred doses will be 10,0,2.5,2.5mg. If you need more still for the company, I'd
suggest 10,5,2.5.2.5 of the pred.

The hot flashes and pain are strange. We've tried estradiol for the hot flashes but they got worse
because estradiol counteracts cortisol--I think. We could always try estradiol again if you have other
indications that estradiol is low.

Is the pain something you had even before the low-cortisol crash--in the years before you started HC?
The wrist and knee swelling indicate inflammation and certainly should be cause by too much cortisol. If
anything they suggest that you might need more, or there some local joint issues that will not be helped
by more cortisol--like injury to the joint or degeneration of the cartilage.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com> To: "Henry Lindner, MD"
<henry@hormonerestoration.com> Sent: Monday, May 25, 2015 4:07 PM Subject: update

Dr. Lindner,
so that dosing seems to be pretty good. although when I added the 5mg prednisolone at 10a Fri and
Sat - it felt like too much. both days I felt jittery afterwards.
so yesterday - Sun, I took none with the 10 and today I did 2.5 at 10 am and that felt better but today
started a bad headache and fog and heart pounding around 2:15p so took the afternoon dose early.

Fri  awake 5am - ugh/ 6:40a 20mg + 5/  10:15a 15 + 5/  3p  10 + 2.5/  11p 10

Sat 7:15a 20 + 5/   10a 15 + 5/  3p  10 + 2.5/  11:20p 10

Sun   7:20a 20 + 5/   10a 15, no Pred/ 3p  10 + 2.5/  12a 10

Today Mon - awoke at 3am - could not go back to sleep!!? - felt low - so much pain
wasn't sure what to do since I had just taken a dose at midnight??
5:15a 10mg/   7:40a 20 + 5/   10a 15 + 2.5/   2:40p  10 + 2.5

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000496

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Hot flashes are awful. pretty much every 45 min round the clock.

Pain is still very bad. Swelling in left wrist since April and now left knee very swollen and painful - started last week. gets worse every day. now often can't walk on it. Hard to think it is low cortisol when feeling so much more stable.
so confused. so frustrated. houseful of company. wedding is this sat.


Stacey

Henry Lindner, MD
Electronic Signature


---

PATIENT MESSAGE                                                      5/20/2015   2:11PM

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) Improved with 5mg pred, add 2.5mg

MSG:       Stacey,

OK about the Plavix, do add pregnenolone 25mg sublingual tabs (Douglas Labs). Take 1 daily in the AM or at bedtime.

The prednisolone has clearly helped a lot, but indications are that you are still not getting enough cortisol effect. You're still having low-cortisol symptoms like headaches, poor response to higher stress--like the all-day shopping. I think that we should presume that the aches and antibody counts also show inadequate cortisol and we will see if these too improved with time.

I think that today's issues with jitteriness, palpitations are from not having enough cortisol yesterday.

I suggest this every day:

7AM 20mg HC+5mg pred. 10am 15mg HC, 3pm 10mg HC+2.5mg pred, 11pm 10mg HC

See how adding the 2.5mg pred dose in the PM goes.

When company arrives, I suggest adding 5mg pred at 10am too. That may be enough extra--it is like another 20mg HC.

Henry Lindner, MD


From: Stacey Wolking <kycpa1@gmail.com> To: "Henry Lindner, MD"
<henry@hormonerestoration.com> Sent: Wednesday, May 20, 2015 12:59 PM Subject: update


Wed 5/13
7:10a 20mg/  10:45a. 15mg /  4:40 15mg/   7p 2.5mg Prednisolone/ 11:10p 10mg
Headache got way better in the evening.

THURS
6:55a 20mg/  8a 5mg Pred/  10a 10mg HC/  felt low 1:30p 10mg/   12:20a 10mg
weird/great  that I made it all day without  another dose after 1:30, felt pretty good and even worked
5-7:30p.  Only felt slightly low at bedtime. slept well, did not wake up!

Fri
7:50a 20mg + 5Pred/  10:55a 10mg (felt low)/  3p 10mg/   12:15a 10mg (felt low)

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Sat
6a 20mg + 5mg Pred/  10:45a 10mg/   3p 10 mg/   11:40p 10mg
short night, woke up too early. Other than being very tired, this was a pretty good day. no bad lows and only felt slightly low at bedtime.

Sun
7:40a  20mg + 5mg Pred/   10:30a 10mg/  2:40p  10mg (felt low)

Mon
7:30a  20mg + 5mg Pred/   10a 15mg/  3:10p  15mg/  11:20 10mg
Had a better  morning, I think by upping the 10am dose to 15. Found that 15mg in the afternoon felt like too much even though life is VERY busy and non-stop.

Tues
 7:45a  20mg + 5mg Pred/   10a 15mg/      3p  10mg/  11:35p 10mg
Running, shopping all day. felt bad all afternoon and evening with heart pounding/racing and jittery. often can't tell the diff between highs/lows??

Today
 7:30a  20mg + 5mg Pred/   10a 10mg/

Overall, I feel much more stable. Having no trouble going to sleep.
but still never feel good till the afternoon. almost ways have headache, brain fog and weird head-in-a-vice feeling all morning. It usually lifts in the early afternoon. right now at 11am, I feel this plus mild heart  pounding or jitteriness. that is what confuses me.
12:45p STILL feeling very jittery and heart weirdness.

Still have constant hot-flashes.

Pain continues to increase. (since April 13) My wrist and now my knee are swollen and very painful. all my joints hurt badly. Not sure what is happening??

Still struggling with daily leg cramps - I try to take lots of Magnesium in different forms every day

Dr. Stewart had suggested Pregnenolone. Do you think that could help with anything?

company starts arriving today and will keep arriving till the wedding in 10 days. So happy, but so frustrated at how bad I feel and hurt.

Oh, also, Dr. Stewart put me back on Plavix when my Feb blood tests showed increased Beta-2-Glycoprotein antibodies.

Stacey

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                                5/13/2015   4:56PM

TO:

CC:

FROM:        HENRY
RE:          (Patient: S. WOLKING) HA, hot flashes with E2, needs to add Pred to HC
MSG:         Stacey,

It appears that adding the estradiol has worsened the headache and had not helped with the hot flashes. That pattern tells us that the hot flashes were due to low cortisol, not low estrogen. Taking estradiol has just counteracted cortisol more and worsened the headaches and your other low cortisol symptoms.

What I suggest for now is that we try a combination of HC and prednisolone. Adding some prednisolone

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000498

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

in should work better than just switching over to it like we tried before. Take HC doses of 20,10,10,10mg daily. Take the full 20mg dose whenever you wake up after 5am.

Add in 5mg of the prednisolone every AM--either with the first HC dose or when you get up for the day. That will add more cortisol effect and more stability.

For now: take 1/2 of a prednisolone tab with your dinner HC dose tonight to help with the headache.

As always let me know how it goes.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com> To: "Henry Lindner, MD" <henry@hormonerestoration.com> Sent: Wednesday, May 13, 2015 2:59 PM Subject: severe 2-day headache

?TUE

4a woke up with hotflash. couldn't go back to sleep because of hot flashes and pain but didn't feel low.
5:15a took 10 mg - started feeling low - heart pounding, dizzy, bad headache
never could go back to sleep
6:45a 20mg and got up.
at 9:15 still very dizzy and bad headache
?10:10a 15mg/  3p 15mg (felt low) /  11:15p 10mg
Estrodial 3 lines  (Last night 2 lines)
Had SEVERE headache all day. Layed down in the afternoon, slept 15 min then woke up feeling low at 3p. Took 2 aspirin at 4p. Did not help.

TODAY
7:10a woke up to a hot flash and same severe headache.
Took 2 ibuprofen at 9:30a, slept about an hour and woke up low at 10:45a. 15mg
STILL have SEVERE headache and been dizzy all day.
hot flashes continue every 35-45 min.

Any suggestions?

Stacey

Henry Lindner, MD

Electronic Signature

---

| PATIENT MESSAGE | 5/12/2015  11:29AM |
|---|---|

TO:

CC:

FROM:    HENRY

RE:    (Patient: S. WOLKING) Increasad hunger, can't lose weight, try 20,10,10,10

MSG:    Stacey,

Add the estradiol only first and see if it eliminates the hot flashes. Then we'll add the progesterone too. Estradiol in particular can help modestly with pain levels.

Some people do report more appetite with taking HC--and more HC does tend to make it harder to lose weight--you have to be even more stringent with calorie reduction and increased exercise.

So with HC we always want the lowest dose that works. Our last attempt to use lower doses (20,10,10) didn't go well. However, with taking the 10mg HC dose at bedtime now (avoiding the overnight cortisol

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

deficiency) you may be able to get by with less during the day--possibly 20,10,10,10mg doses (last at bedtime). If you work in the evening, then you should take another 5 or 10mg in the afternoon or early evening.

So with taking the bedtime dose consistently, maybe try 20,15,10,10mg for several days, then 20,10,10,10mg. Take additional for evening work or more stress.

Henry Lindner, MD


From: Stacey Wolking <kycpa1@gmail.com> To: "Henry Lindner, MD" <henry@hormonerestoration.com> Sent: Tuesday, May 12, 2015 10:34 AM Subject: Re: update

 I meant to ask - could the hungry have anything to do with the meds?

   weight has been very frustrating. I have been unable to lose even with very consistant, healthy efforts.
   I am really hungry all the time!! but I think I am eating plenty of calories. I need to lose the 15 lbs I gained this year. plus prob another 10.

   just estradiol? what about the Prog? any chance that would help the pain?

   Stacey

                                                            Henry Lindner, MD
                                                            Electronic Signature


| PATIENT MESSAGE | 5/12/2015  10:00AM |
|---|---|

TO:

CC:

FROM:    HENRY

RE:    (Patient: S. WOLKING) Improved with 10mg HC at bedtime

MSG:    I prefer the HC over the prednisolone if we can get it working for you.  You didn't get any improvement on the pred for 2 days even though it should have been equivalent to 60mg HC. Maybe more would work but let's try the HC for now as that bedtime dose has really helped.

Do try adding back in the estradiol now --like 2 or 3 lines daily--and see if it reduces the hot flashes. Maybe we can get rid of that problem!

Do stick to a regular schedule with the HC. You should take the bedtime dose every night, whether you feel you need it or not. Otherwise your cortisol levels will fall low overnight--which starts your day off badly.

So for now stay with 20,15,15,10mg. I think it will be best to take the 20mg dose whenever you wake up after 5am, even if you intend to go back to sleep. Then take the other doses at their usual times.

Let's see how stable we can get you before the stress of the company starts. Then you may need 20,20,20,10mg for the duration of their visit.

How is your weight? Is it stable now?

Henry Lindner, MD



From: Stacey Wolking <kycpa1@gmail.com> To: "Henry Lindner, MD" <henry@hormonerestoration.com> Sent: Tuesday, May 12, 2015 9:30 AM Subject: update

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000500

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Dr. Lindner,
So wondering if the two days on Prednisolone tell you anything?
The HC levels feel much more stable now and except for last night, I am sleeping much better, although wish I could sleep longer in the morning.
Hot flashes (generally more often than one/hour) and all over pain are still very bad. (since 4/13)
they just don't seem to change based on the HC.
I am pretty desperate to get the pain and HF to stop. Tons of company arrives next week and our daughter's wedding is in 2.5 weeks!
thanks for your help

Thursday 5/7 started 15 mg Prednisolone.
Awoke at 6:30 feeling very low as usual - dizzy, heart pounding, nauseous, headache.
took the Prednisolone and stayed in bed, hoping my symptoms would get better. They didn't. Got up at 8:30 and stayed VERY dizzy, mild heart pounding and headache ALL day.
Low symptoms finally eased up (still mildly dizzy and headache) in the afternoon even with going to work. But felt bad low as usual at bedtime.

Friday - 7:15a (latest I have slept in a while!)
woke up feeling terribly low and took 15 mg prednisolone before getting your email.
mildly dizzy all morning but then started feeling better in afternoon. headache lessened a lot.
felt low at bedtime but interestingly, have not had any trouble going to sleep. Of course, I am very tired since I am waking so early.  Lots of hot flashes, but headache very mild.  All-over pain and hot flashes are worse ever at bed-time.

Saturday -  Back to taking HC
5:35a 15mg  felt terrible - pain, hot flashes, severe headache, heart pounding.
never went back to sleep - low sympt eased up than started to feel low again so
7:55a 20mg
11a 15mg
starting to feel low so at 3:30pm 15mg
5:45p - bad heart pounding, bad dizzy, severe headache, did NOT take HC but felt better in evening
bedtime 10mg

Sunday  7:30a 20mg - woke up feeling much better than usual
11:45a 10mg/  3:45p 15mg / bedtime 10mg

Monday  8:10a 20mg, felt bad waking up but felt better pretty quickly
sudden bad dizziness around 10:30 so at 10:45a took 15mg, felt better
sudden bad dizziness around 2:15 so took 15mg at 2:45p, felt better
Debated whether to take HC at bedtime. was feeling very mildly low, thought maybe i could go to sleep without it. but symptoms increased so took 10mg at 12:20am.

TODAY
4a woke up with hotflash. couldn't go back to sleep because of hot flashes and pain but didn't feel low.
5:15a took 10 mg - started feeling low - heart pounding, dizzy, bad headache
never could go back to sleep
6:45a 20mg and got up.
at 9:15 still very dizzy and bad headache

Henry Lindner, MD

Electronic Signature

---

PATIENT MESSAGE                                                        5/8/2015  7:25AM

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) Improved with 10mg HC at bedtime

MSG:       Stacey,

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000501

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Maybe we should stick with the HC for now as the 10mg dose at bedtime is working well for you. Avoiding the overnight low can make all the difference--as you don't start the day in a hole.

You can take HC today to help get going--you can even take the usual HC doses and just leave out the prednisolone tomorrow.

So take HC as 20, 15, 15, 10mg (Bedtime) dosing for now.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Thursday, May 7, 2015 2:41PM
Subject: help please

Mon 4:25a 15mg/  6:55a 20mg/  10a 15mg (jittery, dizzy, bad headache), 3:45p 15mg/  12a 10mg (felt low)  (T 75mg)
constantly dizzy and headache all morning. started feeling better around noon. and felt pretty good the rest of the day. headache much better.  Ironic - best day in a long time.

Tues 6:35a 20mg/ 10a 15mg/  11a 10mg/  4p 15mg/  11p 10mg (felt low)
6:30 woke up with mild low. felt better till very dizzy @ 10:40, 11a heart pounding.
felt better by 12:30. started feeling low again @ 3:45. felt better after 4p dose.

Wed  6:40a 15mg/  7:45a 20mg/  10:50a 15mg/  4p 10mg/  8:10p 10mg (felt low)/  11:50p 10mg (felt low)
really messed up/got confused. Should have repeated the last couple days and taken 20 @ 6:30 and then no more till 10a. felt terrible all morning and finally decided that I had too much after taking the 10:50 dose.

Interesting that for the past 5 nights, I have been consistently taking 10 mg at bedtime (because I always feel low) and oddly I have been easily going to sleep and sleeping generally 6-7hrs. and not waking in a sweat. That is a big improvement.

Today started 15 mg Prednisolone.
Awoke at 6:30 feeling very low as usual - dizzy, heart pounding, nauseous, headache.
took the Prednisolone and stayed in bed, hoping my symptoms would get better. They didn't. Got up at 8:30 and have been VERY dizzy, mild heart pounding and headache ALL day.
I have to leave for (my auction house/active) job at 4:30. is there anything I can do to feel better???

Still in all over pain but the headache did let up a lot over the last few days while still on HC.
 It was hard to switch to the unknown (prednisolone) today, especially when I wake up feeling so bad every morning but at least I know it will get better within an hour of taking HC.

thanks for all your help and support and for communicating with Dr. Stewart.
I hope that he was some help.


Stacey

Henry Lindner, MD

Electronic Signature

---

| PATIENT MESSAGE | 5/5/2015   6:57AM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:          (Patient: S. WOLKING) Discussion with Dr. Stewart

MSG:       Dear Dr. Stewart,

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000502

### WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
### FORMAL HEALTH RECORD

Thanks for writing me about Stacey Wolking. In spite of her marked initial improvement on hydrocortisone/DHEA, she has had difficulty obtaining consistent well-being. She appears to metabolize it rapidly. Until proven otherwise, I think that her ongoing headaches and dizziness and other issues are due the lack of sufficient cortisol effect at all times. To test this I am going to try her on a single AM dose of oral prednisolone instead. It is sufficiently long-acting to be taken once daily--as long as she doesn't metabolize it too rapidly also. Once I see her response to that I'll know more about her glucocorticoid status and could try to find the lowest dose that will work. If it doesn't help at all, then I will suspect that her symptoms are not due to cortisol deficiency but have some other cause--endocrine or other. I don't resort to non-bioidentical steroids often, but there are a few patients who cannot tolerate or benefit from hydrocortisone and who do much better on prednisolone--which is structurally very similar.

There is no contraindication that I know or can find to her taking Plavix with HC, prednisolone, DHEA or sex steroids. With bioidentical hormones, one can be confident that drug interactions are minimal as the hormone is natural to the body. So you can prescribe Plavix if Stacey agrees. If you haven't done so, I recommend first redoing her antibody testing, for I have seen APS antibody tests normalize in persons with cortisol replacement therapy.

Your idea about transdermal+sublingual dosing is good in principle, but I haven't found transdermal HC to be sufficiently effective. Even very high transdermal (100-200mg/day) doses don't seem to provide the effect of oral doses. Absorption of any steroid through the skin is only about 10% or less. Have you had good success with it?

Sublingual HC would certainly work well and quickly--I've had a few people even take commercial HC tabs sublingually--in spite of the bitterness of hydrocortisone. Most of the time, though, I'm looking to prolong the effect of hydrocortisone as much as possible. Sublingual dosing would work if indeed there is a baseline of sufficient cortisol effect in their bodies.

Taking HC or prednisolone suppresses ACTH and therefore DHEA and pregnenolone production. We are replacing the DHEA and I agree that it's a good idea to replace pregnenolone also--maybe 25mg sublingually once daily. It makes sense to restore youthful levels of every hormone, particularly when one is artificially suppressing the level.

Please write if/when you have any thoughts about Stacey's condition. Two minds are always better than one!

Henry Lindner, MD


From: Dr Stewart <DrStewart@loudounholistic.com> To: "henry@hormonerestoration.com" <henry@hormonerestoration.com> Cc: Loudoun Holistic Health Partners <info@loudounholistic.com>; "kycpa1@gmail.com" <kycpa1@gmail.com> Sent: Monday, May 4, 2015 4:30 PM Subject: Mutual patient

Dear Dr. Lindner,


Thank you for helping our mutual patient, Stacey Wolking, with her complicated hormonal issues.  She speaks very highly of your care.


She asked that I email you about several things that came up during our recent telephone consultation.  Therefore, I humbly and respectfully submit the following questions/suggestions.  She and I look forward to your advice.


Regarding her numerous positive tests for anti-B2 Glycoprotein antibodies, I believe that a chronic APS/hypercoagulation issue is active.  She certainly does not have catastrophic APS which would produce the overt thrombosis and pregnancy losses.  However, a more subitle and chronically

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000508

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

debilitating form of APS is being recognized by experts in the field. As a result of the immune attack against her cell membranes (all of them), it causes micro-thrombosis which reduces overall tissue oxygenation and nourishment causing injury/inflammation, especially to the capillary dependent tissues such as hyaline cartilage, cerebral cortex, hypothalamus, etc.

Some of Mrs. Wolking's issues may be due to chronic, and ongoing, physiologic stress from this condition. As such, it is recommended that these patients take an anticoagulant to reduce further damage. I recommended Plavix because of the absence of the risk of it inducing a GI bleed as aspirin might. I understand there is a contraindication to taking Plavix with HRT. However, I would submit that the difficulty in stabilizing her hormones may be due, at least in part, to the relentless, fluctuating effect of APS. In that case, adding an anticoagulant that she can tolerate would help us achieve optimal health for her on all levels, including her neuroendocrine pathways. As a compromise, would you be agreeable to her taking Plavix every other day?

Speaking of her neuroendocrine lability, I had a couple of thoughts that I hope may be helpful. First, I understand her cortisol dosing has been very difficult to stabilize. Her adrenals must be producing unstable/unpredictable amounts of cortisol that are complicating the process. Would it make sense to treat her as we would a diabetic with uncertain insulin needs. Could we offer a low-dose transdermal dosing form to establish a "baseline" and then have her use low-dose sublingual bolus therapy as necessary? (Akin to a lantus once a day and Novolog for meals.) The sublingual doses would depend on her symptoms/stressors at the time of dosage.

Also, would it help to "backfill" some of the other steroid hormone synthesis pathways with some pregnenolone? Might is serve to provide some stability in her own steroid hormone production? I know pregnenolone, by itself, is not a particularly effective way to influence the HPTA axis, but I hope it would provide some gentle support that would help you treat those hormones further downstream.

Again, thank you for helping Mrs. Wolking. I look forward to your reply. (A copy of this email will be included in Mrs. Wolking's permanent medical record. I am also including myself and Mrs. Wolking as recipients.)

Best,

David Stewart, MD

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | 5/4/2015  12:24PM |
|---|---|

TO:

CC:

FROM:    HENRY

RE:    (Patient: S. WOLKING) 15mg tabs available

MSG:    PRESCRIBE: prednisoLONE 15 mg oral tablet, disintegrating, 1 tab po daily with breakfast, # 30, RF: 0.

Stacey,

Tomorrow AM you just take 15mg prednisolone in the AM and no more HC. This dose is like 60mg HC and one dose will last 24 hrs. Hopefully this will work much better.

We'll try the 15mg dissolving tab then to start. I'll have Carol call that into Walgreens there. I think it

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization of the patient listed above.

WOLKING-LINDNER 000504

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

dissolves in the mouth to make it easier for children to take. You can just swallow it. Walgreens can probably get the similar 10mg tabs too for you if we later decide to reduce the dose. If needed later we can also change to prednisone tabs.

I have a patient who gets the 5mg prednisolone tabs here, but she had to jump through a lot of hoops to help her pharmacy get it.

If you have the prednisolone compounded it will cost you a lot more, I think. Check into their prices and whether insurance will help cover it.

Henry Lindner, MD


I've called 5 pharmacies
none have Prednisolone tabs.

One (Walgreens) said they could order it in a 15mg dissolving tab only.

Our local compounding pharmacy said if you wrote an order that it needed to be glucose and lactose free, that they could make it in a 5mg tab and have it ready by tomorrow.
703-779-3301


From: Stacey Wolking <kycpa1@gmail.com> To: "Henry Lindner, MD"
<henry@hormonerestoration.com> Sent: Monday, May 4, 2015 11:48 AM Subject: question

So today,  do I just keep chasing symptoms with doses and start with new drug tomorrow?
or do I quit HC cold-turkey?

Henry Lindner, MD

Electronic Signature

---

PATIENT MESSAGE                                                           5/4/2015  11:32AM

TO:

CC:

FROM:      HENRY
RE:        (Patient: S. WOLKING) No improvement on 70mg HC, change to pred.
MSG:       PRESCRIBE: prednisoLONE 5 mg oral tablet, 3 tabs po daily with breakfast, # 90, RF: 0.
           Call into Giant

           Stacey,

           We are not getting anywhere with the higher doses, and the lower doses didn't work well either. We
           need to try something else. I've had a few patients who simply could not do well on hydrocortisone and
           did much better on a very similar molecule--prednisolone. I'll get you a prescription for prednisolone
           5mg tabs (it's about 4 times more potent and its long-acting). Take 3 tabs (15mg) in the AM only to start
           and we'll adjust the dose by symptoms. I'll have Carol call it into Giant for you. If they cannot get
           prednisolone for you (it takes some doing for some phramacies) we'll change the prescription to
           prednisone which is converted in the body to prednisolone. Your reponse to this will tell us more about
           what is going on and we'll adjust our strategy accordingly.


           Generally estradiol and progesterone deficiencies do not contribute a lot to headaches, dizziness and
           achiness, but they are perfectly safe and we can try to add them back in again. I believe that you're still
           menstruating, and this also usually means that a woman shouldn't have symptomatic estrogen
           deficiency.

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com> To: "Henry Lindner, MD"
<henry@hormonerestoration.com> Sent: Monday, May 4, 2015 9:53 AM Subject: awful

Thurs  4:30a  10mg/  5:45a 10mg/  8:40a 15mg/  11:30a 15mg/ 3p 15mg/  6p 10mg/  11p 5mg
 (Total 80mg)
felt bad all evening including bad headache. Bad pain all day

Fri  6:55am 15mg/  8:15 15mg/  noon 15mg/  4:30 15mg/  8p 10mg    (T 70mg)
Bad hotflashes, headache and pain all day

SAT  5am 15mg/  8a 15mg/  11:15a 10mg/  4p 15mg/  12a 10mg (felt low at bedtime)  (T65mg)
severe headache all day. Hot flashes all day.
resting/enjoying a ladies conference from 10a-2p. Felt horrible the whole time. splitting headache, dizzy,
pain.

SUN  6:50a 15mg/  8:20a 15mg/  10:10a 15mg/  3:15p 15mg/  8:15 10mg (felt low)/  11:50p 10mg (very
dizzy, heart pounding)  (T80mg)
awoke at 4a but didn't have heart pounding, so actually went back to sleep.
Awoke at 6:30, bad pain and headache, mild heart pound,
7:45a pounding got better, than started again so took another dose at 8:20a.
Got up at 9a - felt very bad - headache, pain and dizzy
10am very dizzy - severe headache and dizzy most of the day. Eased up late afternoon
Hot flashes all day.

Mon 4:25a 15mg/  6:55a 20mg
constantly dizzy and headache

I just don't know what to do.
I'm still in constant and often severe all over pain. It has been 2 weeks now and it is not letting up
despite taking high doses of HC.
I have had a constant bad headache for several weeks too
And been hot flashing constantly. They have steadily increased from when they started a week ago.
All this got worse right after I stopped Est and Prog on 4/13.
Could there be ANY connection?
I just had an appointment with my primary, Dr. Stewart. He said in his experience, that taking
Progesterone or Pregnenolone with HC can be stablizing. He said he was going to contact you also
regarding my Anti-phospholipid testing. Have you heard from him?

I am so miserable, is there anything else that I can do?

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                                4/30/2015  11:05AM

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) Low-cort symptoms, try 15,15,15,15,0mg

MSG:       Stacey,

           Yes, stop the estradiol for now. The hot flashes are due to low cortisol.

           You have having some weight gain, so I thought we should try lower HC doses. It was also unclear at
           times whether you were getting too much or too little. So we've been trying to see if you'll be OK on
           lower HC doses, but it seems that this is not working. You have continuing symptoms of insufficient

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000506

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

cortisol:  pain, heart-pounding, hot flashes, headaches.

You definitely woke up in a low-cortisol state @ 4:30pm. This was due to not getting enough HC in the previous day/evening. I don't know why you didn't also feel dizzy and shaky then. I'm not sure what's causing the dizzy/shaking feelings at 8-8:30am, but it's most likely due to a lack of cortisol, but possibly too much cortisol in your blood temporarily. I think it's an overall lack of cortisol--until proven otherwise.

The two early AM doses apparently wore off by 8:30am as your levels were be falling for 1.5 hours before that time since your last dose was 5:45am.  Taking HC again got rid of the heart-pounding problem, also suggesting that you were deficient then, even though you were still dizzy/foggy after the dose.

Cortisol deficiency has various symptoms with various time-scales. So some symptoms may improve with an additional dose, whereas others will clear up only when you're getting sufficient cortisol 24hrs/day.

My advice for now is this: Take 15mg whenever you wake up after 4:30am. Take another 15mg when you get out of bed for the day at 8am or so. Take another 15mg at 10-11am, and another 15mg at 4pm. On evenings that you're working late, take 10mg at 7-8pm.

As always, let me know if this works better or not.

Henry Lindner, MD


From: Stacey Wolking <kycpa1@gmail.com> To: "Henry Lindner, MD" <henry@hormonerestoration.com> Sent: Thursday, April 30, 2015 9:47 AM Subject: Re: today

Sorry, I am not understanding what you are saying for morning doses. I am still so confused - especially when I take multiple middle-night/early am doses. I am really starting to lose it. We are back home to work and stress and reality. I am so brain-fogged - I just can't understand this. I am in constant all-over pain and the increased dosing isn't helping the pain although I am still feeling low a lot. It seems like my heart is pounding or racing constantly. It is so uncomfortable. and it seems like I can hardly sleep. I am just so sick of this.
and now I am hot-flashing like crazy.
So, are you saying I should stop the estradiol?


Wed   5:40a 10mg/  7:10a 15mg/  10a 15mg/  forgot to write down what I did for afternoon dose/ 6p 5mg/   7:30p 5mg/   12:10a 5 mg (felt low when going to bed)
Only took 5mg at 6p because we were home and I thought I was going to try to get to bed early. but started feeling low at 6:20p and continued to feel worse so at 7:30p took another 5mg.

Today woke up at 4:30a in a sweat, bad heart pounding, terrible all-over throbbing pain! and headache. Took 10mg
5:45a felt just as bad, took another 10mg.
FINALLY went back to sleep @ 6:30a.
8:30a woke up dizzy and shaky with mild heart pounding and pain.
at 8:40a took 15mg - is this right??
now, 9:45a - STILL dizzy and foggy - but no heart pounding. I just don't understand what that is telling me??

WHAT is different? why wasn't I dizzy and shaky at 4:30a?  I am often dizzy and shaky @ that 8-8:30a time. Does that mean something different than the heart pounding?

Stacey

Henry Lindner, MD
Electronic Signature

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000507

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

| PATIENT MESSAGE | 4/29/2015  10:29AM |
|---|---|

TO:

CC:

FROM:    HENRY

RE:       (Patient: S. WOLKING) Hot flashes worse on E2

MSG:      Stacey,

The connection is cortisol. Estradiol counteracts cortisol. So the worsening of the hot flashes with estradiol shows that they are really due to  low cortisol levels.

Sounds like getting the earlier dose of 15mg mid-morning works well. With taking the 2nd dose that early, I think you can try taking a total of 15mg in the morning too--including the doses before waking up and upon awakening.

So go ahead and take another 15mg now, then the same 10mg mid-afternoon, 10mg at 6pm.

Henry Lindner, MD


From: Stacey Wolking <kycpa1@gmail.com> To: "Henry Lindner, MD" <henry@hormonerestoration.com> Sent: Wednesday, April 29, 2015 7:28 AM Subject: today

So it's weird. I took 2 lines Estradiol yesterday afternoon and by evening my hot flashes had increased dramatically. How could this be?? Didn't sleep much last night from the many hot flashes..  connection or coincidence?

Yesterday was a much better day. Felt low most of the morning so took the "noon" dose earlier and that helped. Then I just tried to space out the next doses.
6:20a 15mg/  10:45a 15mg/   2:30p 10mg/  6p 10mg

This morning I woke up at 5:30a feeling low.
Took 10mg at 5:40am, felt better but couldn't go back to sleep. Got up at 6:45am
Started feeling low again so took 15mg at 7:10am.
I am very confused about how much to take in the am.
I only took 10 at 5:40 because I wanted to go back to sleep.
but then wasn't sure how much more to take when I got up. The other day, you had said  20mg at 7a after taking 10mg at 4:50a. But this was later and I wasn't sure how close together I should take a 10 and 20 dose. What should I have done?
and what do I do now? for the rest of the day?
?
since I ?took it so early, waiting till noon seems too long?
thanks for your help

Stacey

                                                            Henry Lindner, MD

                                                            Electronic Signature


| PATIENT MESSAGE | 4/28/2015  9:55AM |
|---|---|

TO:

CC:

FROM:    HENRY

RE:       (Patient: S. WOLKING) Hot flashes, will try E2 again

MSG:      Stacey,

HC dosing is highly individual. Many people are rapid metabolizers or have some resistance to cortisol. So some do require doses up to 100mg or more daily. The only  way to adjust the dose is according to clinical effect. If you're getting too much you'll have a lot of fluid retention, puffiness in your face,

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000506

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

continuing weight gain and high blood pressure. Mostly your symptoms are suggesting that you're not getting enough.

On that morning, it seems clear that you needed the 20mg dose at 7 to get ahead of the curve.

You can certainly try some estradiol now and see if it eliminates the hot flashes or helps in other ways.

Henry Lindner, MD


From: Stacey Wolking <kycpa1@gmail.com> To: "Henry Lindner, MD" <henry@hormonerestoration.com> Sent: Tuesday, April 28, 2015 9:16 AM Subject: Follow up

Interesting. So u think I should have taken 20mg at 7 am even though I had taken 10mg at 4:50a??

Also, I am concerned my daily total dose is so high - 50 -60mg. Isn't that alot?

I am still in lots of pain. It has not let up at all. And I am having some mild hot flashes. Could I try going back on est? I just want the pain to stop.

Henry Lindner, MD
Electronic Signature


| PATIENT MESSAGE | 4/28/2015  8:16AM |
|---|---|

TO:
CC:
FROM:     HENRY
RE:       (Patient: S. WOLKING) HC dosing, getting closer
MSG:      Stacey,

You're definitely getting better at identifying your dose requirement. On Sunday you were just a bit behind the curve and the slightly late doses rescued you every time.

On Monday I think you ended up behind the curve because you needed 20mg instead of 10mg at 7am to meet that high AM, start-the-day-out-right need for cortisol.

An alcoholic beverage seems to have some short-term anti-cortisol effect, not sure why. People with low cortisol cannot tolerate alcohol. You can certainly drink alcohol as long as you have sufficient cortisol in your body--you just may need a bit more in your system when having a few drinks.

Henry Lindner, MD


From: Stacey Wolking <kycpa1@gmail.com> To: "Henry Lindner, MD" <henry@hormonerestoration.com> Sent: Monday, April 27, 2015 5:34 PM Subject: Re: Fwd: messed up - more info - ignore prev email

Sat  7:15a 20mg/   3p took 10mg./   6pm took 5mg/   12:10am 5mg  felt low - heart pounding, headache. no trouble going to sleep.

Sun 7:25a 20mg/  11:30a 10 mg/  4p 10mg/  6p 5mg/  7:30p 5mg
Drove 4.5 hrs to beach arriving 3p. Interestingly, at 3:50 I suddenly felt low (heart pounding, dizzy, head fog) while browsing shops. (I had just missed my 3:45 dose) Took 10mg at 4p. Felt better within 45 min. Then again at 7:30, same thing happened, took 5mg and felt better within 45 min. Went to sleep at 9:30p.
Monday  Woke up at 3:30a and could not go back to sleep BUT felt ok.
Still awake, around 4:40 suddenly started feeling low -  (heart pounding, dizzy, head fog)
Took 10mg at 4:50a. felt better @ 5:30 and was finally starting to feel like I could go back to sleep @

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
**FORMAL HEALTH RECORD**

6:15 but then Daryl was up.
7am felt low again so took 10mg.
8:40a felt jittery
9:45 felt low took 10mg, felt better within half hour
1:30 felt low took 10 mg, did NOT feel better
2:45 still felt low - took another 10mg.  feel worse - heart pounding, dizzy, bad headache,
I realize that I am just chasing this today. It has been enlightening being on a leisurely vacation, totally
resting and relaxing and being able to pay attention to how I feel. NOTHING more soothing than
listening to and watching the ocean waves outside our balcony and leisurely strolls on the beach.It is
interesting how I can feel ok one minute but then very suddenly feel the brain heaviness/fog descend
and have heart pounding and dizziness.
I am very tired from being awake since 3:30 but afraid if took a nap, I wouldn't be able to go to sleep
tonight.
I have also had a few alcoholic drinks. (one beer with lunch today) Wondering if that could be causing a
problem? A quick internet search just said I shouldn't while taking HC. didn't realize. do you think that is
a big deal?felt pretty low all afternoon, not sure what is going on???

Stacey

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                                4/26/2015  11:01AM

TO:

CC:

FROM:        HENRY
RE:          (Patient: S. WOLKING) HC dose try 15,10,5,5mg
MSG:         Stacy,

Looks like you only needed 5mg at 3:45pm on Thurs, but the higher levels then plus the 6pm dose did
allow you to get through the evening and night OK.

On Friday and Saturday it was looking like the early doses were too high. Perhaps your HC requirement
is decreasing. I think you should try less HC--like only 15,10,5,5mg for most days.

I think, that for some reason, you are very sensitive to both getting a bit too much and getting a bit too
little. It's like you're walking a tightrope every day to get the dose right. The vast majority of people who
take HC don't have this sensitivity. We just have to keep working to see if we can find some stable
dosing pattern that works for you, and also for you to know just when to take a bit more or less.

I think that the aches will clear up with some time on a sufficient dose--they seemed to have come on
when we tried a lower dose for a few days.

Henry Lindner, MD


From: Stacey Wolking <kycpa1@gmail.com> To: "Henry Lindner, MD"
<henry@hormonerestoration.com> Sent: Sunday, April 26, 2015 12:00 AM Subject: Fwd: messed up -
more info - ignore prev email


Still have bad hand, wrists, knee and joint pain.

Thurs  8:15a, 15mg/ 11:30a 15mg/  3:45p 10mg/   6p 5mg
felt like I had too much @ 4:15 - jittery and revved up - but was very physically busy at work from 5-7:30
so I think I worked it off. Went to sleep fine at 12:30 and slept till 8:30. woohoo!

Fri  8:30a 20mg/   11:30a 15mg/  3:45p 10mg
dizzy at 11:30a and worse dizzy at 1:40p.  @ 4p felt high - jittery and revved up, so skipped the dinner

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000510

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

dose. Went out to dinner with friends.   Very rare - didn't feel low at bedtime at midnight.

Woke up at 7:15am and couldn't go back to sleep.   mildly dizzy.
Sat  7:15a 20mg   at 9am still feel dizzy?.   By 11am felt very high - jittery, hart racing, revved up.
skipped lunch dose, felt better as it wore off. 3p took 10mg./   6pm took 5mg?.
midnight feel low - heart pounding, headache.
Getting ready to leave for 3 night trip to beach tomorrow morning.
I guess I will take 5mg now at bedtime.


?Before today, I thought I needed to lesson the
noon dose or take the third dose later?, but after today, now I think I should reduce the morning dose to
15mg?. (?)


Still have bad hand, wrists, knee and joint pain.


Stacey

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 4/22/2015  12:26PM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:        (Patient: S. WOLKING) Needs 10mg HC in evening when working

MSG:      Stacey,

Maybe 15,10,10mg will be OK if you have a normal day and work only during the daytime. If you do
work in the evening like that, it's clear that you need another 10mg with dinner or when you get to work.

Take 20mg for the lunch dose today to help you recover faster.

Henry Lindner, MD


From: Stacey Wolking <kycpa1@gmail.com> To: "Henry Lindner, MD"
<henry@hormonerestoration.com> Sent: Wednesday, April 22, 2015 9:43 AM Subject: Re: so
wondering what I should try today

Tues  8:15a,15mg/  12:30p, 10mg/  3:45p, 10mg
worked last night from 7-11pm. came home went to bed feeling low - heart pounding, short/breath,
dizzy.

Wed 6:15a 15mg
woke up at 4:30a. drifted in and out till 6:15a. Woke up very low -shaky, dizzy headache, pain
felt some better by 7am but now (9:45a) feeling much worse. headache, brain fog, dizzy
Have had bad joint and hand pain yesterday and today.
any suggestions?

Stacey

Henry Lindner, MD
Electronic Signature

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000541

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

| PATIENT MESSAGE | 4/21/2015  10:25AM |
|---|---|

TO:

CC:

FROM:    HENRY

RE:      (Patient: S. WOLKING) Improved with lower 4pm dose, try 15,10,5mg

MSG:     Stacey,

Lowering the afternoon dose helped with your mornings. I think that's because you're own system was able to kick in and make some cortisol overnight.

Trouble falling asleep earlier could be due to too much HC in your system at that hour. So let's try lowering the 3:45 dose to 5mg. Take 15mg upon awakening, even though you feel OK. and then take 10mg at 11:30am, 5mg at 3:45pm.

If you're going to have a busy evening, take 10mg at 3:45pm.

The headaches and aches suggest that you're not getting enough HC when you need it. We'll see if these issues are better or worse on 15,10,5mg.

Henry Lindner, MD


From: Stacey Wolking <kycpa1@gmail.com> To: "Henry Lindner, MD" <henry@hormonerestoration.com> Sent: Tuesday, April 21, 2015 8:56 AM Subject: so wondering what I should try today

Thurs 4/16   8:25a, 15mg/   11:30, 15mg/   3:45, 15mg

Fri 4/17   8:25a, 15mg/   11:30, 15mg/   3:45, 10mg

Sat 4/18   6:45a, 15mg/   11:30, 15mg/   3:45, 10mg

Sun 4/19   8:05a, 15mg/   11:30, 15mg/   3:45, 10mg
woke up at 1:30am with severe leg cramp that would not release for long time. (now extremely sore)
Also felt shaky and very weak, even faint. drank Magnesium.
woke up at 7am

Mon 4/20   8a, 10mg/   11:30, 15mg/   3:45, 10mg
Woke up at 6:30, gave up going back to sleep/got up at 7. Didn't feel too bad so didn't take HC till 8.
Had dizzy spell at 10am. lasted maybe half hour. NOT sure what that means! Felt worse after taking 8am dose?
Evening and bedtime have lots of hand and joint pain and leg cramps

Today 4/21 . 8:15a, 15mg
Woke up at 5:45a. can't go back to sleep/got up at 7am. UGH
 Now mild dizzy/head ache/fog. Headache continues to get worse. Still have lots of hand and joint pain and leg cramps.Guess I should have taken the HC when I first got up. It is just so confusing because lately I don't feel THAT bad when I wake up. But I definitely feel much worse (very dizzy right now) after being up a while. Interesting that I have felt some better when I first wake up in the mornings since I have lowered my 3:45 dose to 10mg. I would think about lowering the afternoon dose more however I still have some times in afternoon or evening/bedtime that I have heart pounding, mild shortness/breath, dizzy, pain and headache.  So if a low is waking me so early then why do I feel better than usual?
It's a struggle but I'm trying to get to bed earlier (before midnight) since I wake so early. I am feeling very sleep deprived and (new) often sleepy in the afternoons. I am really feeling exhausted and the sleep deprivation but yet it still takes me a while to go to sleep at night. This makes no sense. It is so different from when I felt tired and lethargic all the time. Now at least I have energy, so that is a big improvement.

I've been taking Magnesium and Vit C and drinking coconut water. That has always cured leg cramps in

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

the past. Doesn't seem to be helping as quickly. I haven't had anymore breaking blood vessels - still have a huge bruise on my wrist.

Reminder that I stopped my Est and Prog 8 days ago. 2 days after stopping I started bleeding. Had a very light period. Do you think that was because of stopping or coincidence?

My three part-time jobs are all very fluid and as needed, no set schedule. So I often will work evenings. It is often an urgent "we need it now" kind of thing.
Life is extra full right now with getting the house cleaned up and ready for massive company for our daughter's wedding next month.

Stacey

Henry Lindner, MD

Electronic Signature

---

| PATIENT MESSAGE | 4/16/2015  2:57PM |
|---|---|

TO:

CC:

FROM:       HENRY

RE:         (Patient: S. WOLKING) early AM awakening

MSG:        Stacey,

From what you say, I think that you didn't get enough HC while you were busy all day on the 15th, the result is you suffered the next day. It seems you need 20,20,20mg that day. On a lower stress, less active day you may only need 15,15,10mg.

I do think that the early waking is related to low cortisol. Most people don't have marked issues with sleep with taking HC, but it does change the way your cortisol levels are during the night. With not taking HC, your own system makes the most cortisol in the hours before you wake up, peaking for the day 30 mins after you awaken. With taking HC, you may not getting that early morning cortisol rise, and that may be awakening you early.

What are your work hours now? When do you stop working in the evening? When do you typically go to bed?

The ways to deal with this early morning problem are:

1. Take less or now HC in the afternoon and see if your own system will kick in and make cortisol in the early morning. This is the best solution if it works.

2. Take a lower HC dose at 3 to 4 pm, say 10mg, and another 10mg at 7 or 8 pm, if going to bed after 11pm. This way you will have more cortisol in your system later in the night.

3. Take a dose of HC in the middle of the night before levels drop too low--like 10mg at 4 to 5 am.

Let me know how this sounds and what you think may work best given your experience with HC doses so far.

I heard from another patient today that they do get easy bruising if they raise the HC and don't raise the DHEA at the same time. Low Vitamin C would also increase bruising/bleeding due to trauma.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com> To: "Henry Lindner, MD" <henry@hormonerestoration.com> Sent: Thursday, April 16, 2015 10:27 AM Subject: question

Tues 4/14  7:30a, 20mg/  2p,10mg/  5p, 10mg

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000518

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
### FORMAL HEALTH RECORD

messed up dose times today, had trouble falling asleep

Wed 4/15  8:20a, 15mg/  11:40a, 15mg/  3:45, 20mg
worked all day, had some dizzy spells but felt ok today

Thurs 4/16  8:25a, 15mg/
woke up at 7:15 dizzy and headache. still badly dizzy at 10:20a - never got better

Do you know of a reason that I am waking up very early - usually between 6:30 and 7:30a and not being able to go back to sleep, even when I have only slept a few hours and am so tired.
I always have low symptoms - is that what is waking me? I will often take my dose and try to go back to sleep, but never can. It used to be that I couldn't wake up! Do you know what is different?

Stacey

Henry Lindner, MD

Electronic Signature

---

| PATIENT MESSAGE | 4/14/2015  11:53AM |
|---|---|

TO:

CC:

FROM:    HENRY

RE:      (Patient: S. WOLKING) No improvement with 20mg HC in AM, try 15 then

MSG:     That is strange--more HC should help in some way after taking the AM dose. That it doesn't is puzzling. Either that dose is too little--too late, or it's unnecessary.

So we have to wonder too if you feel better after the second dose because you're finally resolving your cortisol deficiency for the day, or if you would have felt better anyway by that time--for some other reason.

If you just needed more HC to get started, the 30mg in the AM should work better, but you've told me that you feel worse in some ways with taking that much in the AM.

Unless you have any clear ideas about what doses you need I suggest the tapering schedule I mentioned, with taking 15mg at noon, 20mg in the afternoon. Since 20 didn't help this morning, let's try less in the AM. Tomorrow try 15,15, 20mg. Let me now how the changes affect you.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com> To: "Henry Lindner, MD" <henry@hormonerestoration.com> Sent: Tuesday, April 14, 2015 11:35 AM Subject: Re: very concerned

never felt any better. 11:30a feel worse- still dizzy and bad headache/pressure/brain fog. mornings often seem like this till I get that second dose.

no excessive urination that I have noticed.

so should my lunch dose be 15mg? 20?

Stacey
John 13:34-35

Henry Lindner, MD

Electronic Signature

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000516

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

| PATIENT MESSAGE | 4/14/2015  8:25AM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:       (Patient: S. WOLKING) Easy bruising/bleeding, will taper HC to 20,10,10

MSG:      Stacey,

This could be related to the cortisol dose--that it is too much for you and is weakening your connective tissues. The solution is to lower the HC dose. DHEA helps counteract this effect but apparently is not sufficient or hasn't had time to work--it may help eliminate the problem in another few weeks. At an HC dose that is physiological for you, you won't have this problem. It's even possible that you may be able to taper off HC and your system work better than before you started it. Fortunately, blood vessels elsewhere in the body are not subjected to such trauma.

I suggest lowering the total dose by 5mg today, I suggest 20,15,20mg, the tomorrow lower to 20,15,15mg. Then 5 days later to 20,10,15mg. Then 5 days later to 20,10,10mg. We'll be in touch and decide what to do from there.

Henry Lindner, MD


From: Stacey Wolking <kycpa1@gmail.com> To: "Henry Lindner, MD" <henry@hormonerestoration.com> Sent: Monday, April 13, 2015 7:54 PM Subject: very concerned

 Dr. Lindner,

I previously told you about the easy bruising and you told me to double my DHEA to 25mg which I did almost 2 weeks ago. The bruising on my legs has just finally gone away however I continue to pop blood vessels in my fingers regularly for no reason, causing a sting and throb and then leaving a bump and bruise. This has been going on prob several times each week for at least a month.  Well just now, I barely bumped my wrist and popped a vessel and got a huge, painful lump and now big throb and bruise in my inner wrist.
What is the this and what is the connection to DHEA?
Seems concerning since I could have pops in other blood vessels like brain and other serious places.


Stacey

Henry Lindner, MD
Electronic Signature


| PATIENT MESSAGE | 4/13/2015  7:22AM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:       (Patient: S. WOLKING) Low cortisol sxs, try 20,20,20,0,0mg

MSG:      Stacey,

You are definitely having a problem with insufficient cortisol in general and especially at certain times. This is confirmed by the improvement you get within an hour of taking a dose. The 15mg afternoon dose is not getting you through the evenings, especially when you have a busy day.

For now, I suggest that you take 20,20,20 for the three doses. Let me know how that goes in a week or so.

You can try stopping the estradiol and progesterone. More estrogen does counteract cortisol somewhat and I'm not sure you need estradiol/progesterone replacement just yet. You can continue the

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000545

WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
FORMAL HEALTH RECORD

testosterone.

Henry Lindner, MD


From: Stacey Wolking <kycpa1@gmail.com> To: "Henry Lindner, MD"
<henry@hormonerestoration.com> Sent: Monday, April 13, 2015 12:14 AM Subject: Re: update

Wednesday - 6a, 5mg /  8:30a, 20mg, / 12:30p, 15mg, /  3:45p, 15mg,
first night of no crash

Thursday -  8a, 15mg/  12p, 15mg/  3:45p, 15mg
Woke up in pain, dizzy and upset stomach.
10a dizzy and head fog and lethargy AND jittery - I do not understand this jittery stuff. I did not feel good
today as it continued most of the afternoon

Friday  7:30a, 15mg/   11:45a, 15mg/  3:45p, 15mg/  8:30p, 10mg
Woke up in pain, dizzy and upset stomach. felt much better by 9am. then started feeling bad around
10:30a. Still seems like jittery but also headache and head fog (prob should have taken my second
dose earlier)
Had a very busy, slightly stressful day, but didn't feel too bad - although always a bit dizzy off and on.
@ 8p had another"retinal migraine" - very bad vision distortions and flashes. This is very concerning.
Have you ever seen this associated with low cortisol?? what is wrong with me??
I had a mild headache, and started feeling dizzy and heart pounding so went ahead and took a dose at
8:30p. Vision returned to normal within about 15 min.of taking dose.
10 pm still had headache, dizzy and brain fog
by midnight felt better. went to bed at 12:15a, took awhile to fall asleep and did not sleep well. woke
several times and bad dreams.

Saturday   8a, 15mg/  11:30a, 20mg/  3:45p, 20mg
Woke up in pain, dizzy, upset stomach and visibly very shaky. Felt better an hour after taking dose.
Next two doses, took extra for a very busy, crazy wonderful day - bridal shower for my daughter at my
house
Dizzy on and off all day especially in evening. Exhausted.

Sunday  8a, 15mg/  11a, 20mg/   3:45p, 15mg
Bad brain fog/pressure all morning so tried taking lunch dose earlier. felt better by noon.
still mildly dizzy a lot. Have had a relaxing day. (at 7pm) At least for the last hour have felt dizzy and
brain fog/head pressure  - not sure how to describe it - it actually feels like my temples are in a vice and
I can feel in come on suddenly.

So it seems like I am just going to have dizziness and headaches every day. so frustrating.
At least I am not crashing at night - that's huge. But it seems the trade-off is to feel not very good at
bedtime and downright bad every morning.
I can't figure out what is different??? For months all I did was sleep and could barely drag myself out of
bed by noon.
Now I wake up early every day and can't go back to sleep. I am definitely not getting enough sleep and
am so tired all the time. As you can tell, I am really a night owl and just seem to lay awake for hours if I
try to go to bed before midnight.

Any suggestions?

Also, was thinking about trying to stop taking the Estrodial, as you mentioned in our last phone appoint,
and see if my hotflashes stay away. If I stop the estrodial should I also stop the progesterone or do I
keep taking that and the Testosterone?
thanks


Stacey

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 4/8/2015  10:09AM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:          (Patient: S. WOLKING) Better night, try 15,15,15,0mg

MSG:        Stacey,

OK, you slept longer without the bedtime dose. You were pretty much OK until 6am. It is strange that you were worse at 7:30. Either you should not have taken the 5mg dose when you were just a bit dizzy, or you should have taken your full AM dose then.

Try the same dosing schedule today and tomorrow, but don't take any HC until you get out of bed for the day tomorrow and try 15, 15, 15mg for the three doses, last tdose before 4pm. Your body should adjust to this regimen and your nights gradually improve

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Wednesday, April 8, 2015 9:56 AM
Subject: Re: update
Tuesday 4:25a, 10mg/  8:10a, 20mg/  10:40a, 10mg /   3:45p, 15mg
At work from 6:30-9:30p doing NOT-stressful computer work.
@ 7pm started feeling low - heart pounding, slight dizzy. an hour later felt better.
Went to bed @12:30 feeling slightly low
Today - actually slept well for a whole 5 hrs -till 5:30 (no crashes!) but then couldn't go back to sleep till 7:30am.
at 6am felt dizzy - Took 5mg
slept from 7:30-8:30a. woke up severely dizzy and nauseous - Took 20mg 8:30a
9:40a - weird - still feel dizzy but now feel very jittery too - high and low???
Please tell me if I should have done this differently
thanks
Stacey

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 4/7/2015  12:09PM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:          (Patient: S. WOLKING) Withdrawal with bedtime HC, try no HC after 4pm

MSG:        Stacey,

OK, so we know now that taking HC at bedtime is not the answer. Even 10mg at bedtime ended up causing symptoms when it wore off--like the drop in cortisol levels caused symptoms even though your level may not have been actually low.

Most people, fortunately, don't have this much trouble with cortisol overnight. When you have a bad night like that taking more HC the next day won't help much.

I don't think that taking more at bedtime is going to fix this, and it's not natural either to take a lot at

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000547

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

bedtime. I think we have to leave your levels low at bedtime and avoid the ups and downs--avoid a rapid cortisol withdrawal during the night. You may have some symptoms but they will hopefully be milder and you'll be able to go back to sleep. To train your body to get used to lower cortisol levels overnight--and hopefully to even make its own cortisol overnight, we should try avoiding any HC after 3:45pm. So I would try the same 20, 15, 15mg dosing--with last dose before 4pm. Maybe feeling a bit low at bedtime will be OK and you'll not have such bad symptoms overnight if you don't take any HC at bedtime.

As always, let me know how it goes!

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Tuesday, April 7, 2015 11:26 AM
Subject: Re: update
Monday 4/6 -  6:40a, 10mg./  7:30a, 10mg/   10:30a, 15mg/   3:45p 15mg/   10:55p, 10mg
felt jittery at lunchtime so delayed the next dose. had a relaxing day and evening. At bedtime, I felt better than I have at bedtime in a while - was JUST starting to feel a bit low. Took 10 mg and went to sleep.
Today
1:30a woke up drenched, pain, dizzy. Seemed too soon to take another dose. Kept waking up drenched again and again.
4:25a took 10mg. Felt bad. About an hour later felt much better but never could go back to sleep.
8:10a took 20mg Felt bad - dizzy, foggy, pain, headache. symptoms lessened after taking but still feel bad so
10:40a took 10mg - 11:20 still bad headache, dizzy  and foggy
I'm exhausted and frustrated.
I am taking such high doses and it doesn't seem to be doing anything.
Stacey

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 4/6/2015  12:40PM |
|---|---|

TO:

CC:

FROM:     HENRY
RE:          (Patient: S. WOLKING) Try 20,15,10,10mg doses
MSG:        Stacey,

We need to get you on a sufficient regimen for a week or two to get you stable. I think for now that you should take 10mg HC at bedtime--right before bed. Hopefully this will get you through the night. Continue with the 20,15,10,10mg doses regularly.

I would wait now and see if your symptoms will be improving or worsening with time. If worsening take another 10mg this afternoon, then 10mg at dinner and at bedtime.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Monday, April 6, 2015 12:29 PM
Subject: Re: update
Sun 4/5  (5mg at 5:20am/  20 mg at 7:55am/  15mg at 12:40p/   10mg at 5:30p/   5mg at 10:30p )
still felt bad, so took an additional 5mg at 11:30pm when I went to bed
so you had said to take 10mg at bedtime. Did it mess things up to split that dose last night (I took 5mg since I felt bad but wasn't ready to go to bed yet, and then took another 5mg, an hour later)
Today - 4:30a woke up drenched, went back to sleep without taking anything (so you are saying I should have taken 5mg at this time?)
woke up drenched again at 6:40  took 10mg. (thinking I wanted to sleep more, so didn't want to take my

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000518

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

full 20mg morning dose. Is this correct? or is splitting the dose a bad thing?)
7:30  took 10mg - had to get up for eye dr. appointment. (he said everything looked fine - that I had
retinal migraines last week)
have had splitting headache and dizziness all morning.
10:30am took 15mg
so now at 12:20, I am very confused. I feel high AND low. My eyes are still dilated so I feel pretty off
and everything's still blurry. still have bad headache, dizzy, woozy and now feeling definitely jittery. I
think I should wait on lunch dose and try a mid-afternoon dose?
?thanks?
Stacey

Henry Lindner, MD

Electronic Signature

---

| | |
|---|---|
| **PATIENT MESSAGE** | 4/3/2015  11:11AM |

TO:

CC:

FROM:     HENRY

RE:          (Patient: S. WOLKING) Low cortisol at night, try 20,0,10,0mg

MSG:       Stacey,

You certainly suffered from low cortisol overnight. Maybe tapering down is not going to work.

Perhaps we should stick with 20mg in the AM upon awakening and 10mg with dinner? Let us see if
10mg at dinner will get you through the night.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Friday, April 3, 2015 9:28 AM
Subject: Re: update
so last night I waited to take any HC. I continued to feel worse and finally took 5mg at 12:15 and went to
sleep.
Woke up at 7:30 drenched, in pain, bad headache and dizzy.
Took 20 mg. Couldn't go back to sleep
Now at 9:15, still have bad headache and dizzy
So does it make sense to take 20mg in the am if I crashed overnight, but try 15mg  if I can ever get to
not crashing at night?
or does the dose not matter after a crash? In other words, is there some element of make-up?

Henry Lindner, MD

Electronic Signature

---

| | |
|---|---|
| **PATIENT MESSAGE** | 4/3/2015  8:20AM |

TO:

CC:

FROM:     HENRY

RE:          (Patient: S. WOLKING) Unusual issues on HC, try tapering off.

MSG:       Stacey,

The heart pounding/palpitations are not damaging to the heart--any more than running would be. They
are very bothersome symptoms that we want to eliminate for sure.

Sometimes I start people on HC for episodes like you had, and then it seems that they no longer need
HC after some time. You're having a lot of unusual issues with taking it that may just mean that you
don't need is any more. Shall we see if you can taper off it now?

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000519

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

To do so, reduce that AM dose to 15mg and again just try to go all day without taking any. Maybe your own system will kick in and make more cortisol when you need it--like it seems to do yesterday. Try to avoid taking any additional HC but if you think you need it at any time, like in the evening, take only 5mg as you did last night. Let's see how it goes and if you can then just continue to reduce the AM dose.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Thursday, April 2, 2015 10:41PM
Subject: update
So I don't understand how I can crash at 6am this morning after taking 10 mg last night between 12:10 and 1:10 am but yet, for weeks I have taken a bedtime dose and usually did not crash and even felt pretty good some mornings. My brain is absolutely fried
? trying to figure this out.?

Thurs 4/2   10 mg at 6am and  20mg at 8:50 and at 10:20 I feel shaky and dizzy.
very busy, rushed day from 7am on. Had a couple hours to relax from 2:30 to 4:30.
around 3:50 felt shaky. at 4:40 still felt shaky and mild chest pounding. ignored it and went to work. was active and busy and eventually felt better. weird
so I never did take any after this morning. so how could I have felt better around dinner time when i thought I was low????
For the last 20 min, @10:15pm, my heart starting to pound a bit. Now feeling that head pressure/fog. It is so strange how it happens so suddenly. Now my vision is getting wonky and I'm nauseous. Weird how I can sit here and just feel it take over me. I guess I will take 5mg now.
Is all this pounding and racing damaging my heart? feels awful.

Henry Lindner, MD

Electronic Signature

| | |
|---|---|
| PATIENT MESSAGE | 4/2/2015   9:53AM |

TO:

CC:

FROM:     HENRY

RE:       (Patient: S. WOLKING) 30mg HC in AM excessive, early AM low-cort sxs.

MSG:      Stacey,

I think that your daytime issues show that the 30mg AM dose was excessive. The shaky/jittery/foggy feeling that soon after a dose means it's too much cortisol.

You took the extra 20mg this AM, so 30mg total. I would wait now to see how you do. If I"m right and 30mg has been too much in the AM, you should feel better and remain well through most of the day. Don't take any additional HC unless you are feeling worse. If you feel low-cortisol symptoms, take 10mg but no later than 3 pm or so. Try not taking any evening or bedtime HC and see how you do.

You're having low cortisol in the early AM--that's clear by your having pain, sweats, dizziness then. How to eliminate this is the tricky part. Often I can eliminate it by having a person avoid any HC doses after 2pm or so. That way their own HC production kicks in overnight and makes enough cortisol that they are OK until morning. Avoiding late doses also avoids the withdrawal that can occur when cortisol levels fall as a dose wears off.

You may be a person who just needs the AM dose of cortisol. So we have to see how long a 20mg AM dose lasts. If you get low cortisol issues in the afternoon, add 10mg with lunch. You may need another 10mg at 3pm or so and maybe that will do for the rest of the day and night.

If we can't get you through the night by avoiding evening/bedtime doses, we may need to have you take a 10mg bedtime dose--we'll see.

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Keep in touch until we figure this out!

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Thursday, April 2, 2015 8:26 AM
Subject: additional info
(Took 10mg at 6am)  At 8:20 feeling worse - sweats, foggy/head pressure, heart pounding, dizzy
Going to take 20mg now
Sorry if I'm messing up your plan. I just need to do something so I can get to work.
I will keep trying to check email
THANK YOU
Stacey
John 13:34-35
The cure for everything is salt water: sweat, tears or the sea.


On Thu, Apr 2, 2015 at 7:37 AM, Stacey Wolking <kycpa1@gmail.com> wrote:

Wed 4/1  30 mg 8am. woke up feeling pretty good.
10:15 started feeling shaky and jittery
10:45 feeling more shaky/jittery and head starting to feel foggy
11:30 took 10mg feeling worse, have to leave for work.
1:50 foggy head better and jittery seemed some better but still feeling shaky and trying to work so took another 10mg at 1:50. Just trying to feel better!
2:50 jittery worse. so clearly shouldn't have taken that last dose. Why can't I tell the difference in high or low?? Maybe I have been high since 10am??
(sorry, no internet where I was so didn't get your email)
So I really messed things up today, it was such a busy work day with stressful interviews and meetings. I felt bad all day, jittery.
Finally started feeling a little better after dinner but still felt like I had too much so didn't take the dinner dose.  Was out shopping all evening and got home at 10:30pm. Now I'm starting to feel my heart pound a bit and the flashing lights are back and I am getting a headache.  (I will make an eye Dr appoint)
So I guess I should take some now as I go to bed. I just have no idea how much. 5? 10?
Last night took 5 mg at 12:10am  felt foggy, very dizzy and mild heart pounding
and hour later, felt worse
Took another 5mg at 1:10am,   half hour later started feeling better and fell asleep.
woke up at 6am drenched, in pain and dizzy
Took 10mg at 6 am. an hour late
?r?
feeling better, still mild dizzy, but can't sleep. gave up at 7:15
no idea what to do now. I know I am messing up your plan, I guess I just don't know how much to take when I feel bad
Today is another non-stop busy day where all three of my part-time jobs collide and will be working into the evening.
so guidance is appreciated.
THanks
Stacey
John 13:34-35
The cure for everything is salt water: sweat, tears or the sea.


On Thu, Apr 2, 2015 at 12:07 AM, Stacey Wolking <kycpa1@gmail.com> wrote:

Wed 4/1  30 mg 8am. woke up feeling pretty good.
10:15 started feeling shaky and jittery
10:45 feeling more shaky/jittery and head starting to feel foggy
11:30 took 10mg feeling worse, have to leave for work.
1:50 foggy head better and jittery seemed some better but still feeling shaky and trying to work so took another 10mg at 1:50. Just trying to feel better!
2:50 jittery worse. so clearly shouldn't have taken that last dose. Why can't I tell the difference in

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000581

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

high or low?? Maybe I have been high since 10am??
    (sorry, no internet where I was so didn't get your email)
    So I really messed things up today, it was such a busy work day with stressful interviews and meetings. I felt bad all day, jittery. Finally started feeling better after dinner. Was out shopping all evening and got home at 10:30pm. Now I'm starting to feel my heart pound a bit and the flashing lights are back and I am getting a headache.
    So I guess I should take some now as I go to bed. I just have no idea how much. 5? 10?

                     Henry Lindner, MD

                     Electronic Signature

---

PATIENT MESSAGE                            4/1/2015  12:19PM

TO:

CC:

FROM:     HENRY

RE:       (Patient: S. WOLKING) Will see how 30+10mg will work today

MSG:     Stacey,

For the easy bruising, it can be due to relatively more cortisol and less DHEA. Let's increase the DHEA to a full tab every morning.

You are getting jittery/shaky when doses are wearing off and you're feeling better with taking HC.

The wavy/flashing changes in vision could be related to cortisol deficiency. I would see an eye doctor for a good exam though to make sure there's no problem in the retina.

I'm not quite sure what happened with the 30mg dose as the timing is not too long after the peak at 9 to 9:30am. The jittery-shaky feeling and fogginess could be excessive cortisol. Perhaps it is always low cortisol causes you to have a headache and dizziness.

I'd wait and see how your symptoms go today--so don't take more now. Wait as long as until dinner time to take the 10mg dose--unless you're feeling worse as the afternoon goes on.

If there's too much HC in your system now you'll feel better as time passes today and levels decline. If there's too little you'll feel worse as time passes. So wait and see how it goes.

Keep in touch

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Wednesday, April 1, 2015 10:50 AM
Subject: so what do I do right now?
Tues 3/31    ?20 mg,
?8:15
am  - felt bad all morning with a bad headache and bad distorted vision/flashing lights. Lasted about an hour.
Been feeling dizzy for at least an hour and getting worse, so took 15 mg at  2:30
?p - felt better within the hour. Started feeling shaky/jittery @6:20. thought maybe I just needed to eat.
By 7:30 felt more shaky/jittery so took 10 mg.
10:30 pm again had wavy lights in my vision, although this time very mild and only lasted about 10 min.
Slept well.
Wed 4/1  30 mg 8am. woke up feeling pretty good.
10:15 started feeling shaky and jittery
10:45 feeling more shaky/jittery and head starting to feel foggy
So I should take 10 mg more, right? It just seems so soon after the 30mg.
I have to go to work at noon and will be conducting interviews so I need to be clear.
This flashing light/ vision thing is very concerning. Could this be connected?
Also have noticed for the last month how easily I bruise, primarily on my legs. Is this anything I should

---

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000582

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

be concerned about?
thanks so much
Stacey

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 3/30/2015   1:52PM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:          (Patient: S. WOLKING) Not finding stable HC dose, try 30,0,10,0

MSG:       Stacey,

You're sure having problems finding the right dosing and schedule. It seems that you ended up low in cortisol overnight with the 30+15mg doses in the daytime. Too much HC in one's system can make it hard to fall asleep, but too little can too and what happened during the night suggests that the problem was too little.

You need to pay close attention to how you feel after you take doses and when they seem to wear off. For now, to make it easier to tell, I suggest that you take 30mg in the morning at 8am or so, then take 10mg at dinnertime. So we'll skip the lunch dose and you'll see how long that 30mg dose lasts. Remember that levels peak at 1 to 2 hrs after a dose then decline after that. Pay attention to how you feel when levels are higher vs. lower. The 10mg HC dose at dinner will give you higher levels at bedtime and overnight and we'll see how that works for falling and staying asleep. Let me know in a few days how this is working for you and we'll adjust accordingly.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Monday, March 30, 2015 1:09 PM
Subject: Fwd: Please help me - A few more things
forgot to tell you:
I woke up at 7:30 drenched in sweat.
I've been on the hcg diet since 3/14 - have lost 11lbs.
now feeling shaky and jittery - does this mean I have too much now ?? but still feel like I've been hit by truck
Stacey
?


---------- Forwarded message ----------
From: Stacey Wolking <kycpa1@gmail.com>
Date: Mon, Mar 30, 2015 at 12:55 PM
Subject: Please help me
To: "Henry Lindner, MD" <henry@hormonerestoration.com>


Monday 3/30  30mg,
?8:00
am / 15 mg, 12:00
?p.
Took two hours to go to sleep last night, (very mild heart racing? (HI) or pounding? (low) - I just couldn't tell!) then woke up one hour later with heart pounding and short-of-breath. Took 5mg at 2:30am. got some sleep but fitful and bizarre bad dreams. Woke at 7:30 feeling horrible: heart pounding, short-of-breath, bad headache, pain, especially low-back, stomach pain, dizzy.  I was supposed to leave this morning to drive to SC for my uncle's funeral. I was REALLY looking forward to spending time with my aunt and cousin. Needless to say I am devastated that i can't go. I know you said to take extra meds for travel but just "thinking" about it? sheesh! So now I am STRESSED because I can't travel. Do I take

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000583

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

extra for that too?!  I increased my dose this morning, but still feel horrible. Will taking more cause me to recover faster or do I just have to wait it out?

Sun 3/29   (Sat night) Took hours to go to sleep again. Woke up very tired. Feeling good during the day. Just don't understand not being able to go to sleep?? too much or too little HC??
20mg,
?8:15
am / 15 mg, 12:25
?p?
/  SKIPPED*,
?5
p/   5 mg,
? 11p
 ?
(2 lines E, P)  *SKIPPED - WAS FEEELING FINE AND WAS HAVING A QUIET EVENING AT HOME
Sat 3/28   (Fri night) took hours to go to sleep and woke up often. didn't really have symptoms though. Woke up very tired.
20mg,
?8:10
am / 15 mg, 12:00
?p?
/
?5mg
,
?5
p/   5 mg,
? 12a   (worked 7-10:30pm)
 ?
(2 lines E, P)
Fri 3/27 woke up feeling ok, but still very tired today
20mg,
?8:25
am / 15 mg, 1:00
?p?
/
?5mg
,
?5
pm/  was shopping and felt stressed so took an add'l  5 mg at
 5:45p/ 5mg, 12:15a
 ?
(2 lines E, P)
Thurs 3/26  didn't sleep much - woke up feeling horrible -  headache, pain, severe fog, lethargic, nausea
20mg,
?8:25
am / 15 mg, 1:00
?p?
/
?5mg
,
?5
p/   5 mg,
? 11:45p
 ?
(2 lines E, P)
felt very bad most of day, starting feeling better around 6pm
but still dragging
Wed 3/25 woke up feeling pretty good.
20mg,
?8:25
am / 15 mg,
?1:30p
/
?5mg

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000524

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

,
?5
pm/   5 mg,
?11:15p

?
?
(2 lines E, P)
Was AGAIN feeling shaky, jittery late morning so postponed noon dose to 1:30pm.?
Had a very stressed and late evening at work with computer problems. hindsight says I should have taken extra at bedtime
?Tues 3/24 woke up feeling pretty good.
20mg,
?8:15
am / 10 mg,
?2:35p?
/
?5mg

,
?5
pm/   5 mg,
? 11:45p
?
(2 lines E, P)
(was feeling shaky, jittery and lethargic late morning AGAIN so postponed noon dose to 2:35pm and accidentally reduced dosage. felt dizzy and foggy-brained in afternoon so took 6pm dose early. Felt slightly dizzy at bedtime)
Mon 3/23  woke up at 8:30 feeling pretty decent
20mg,
?8:40
am / 15 mg,
?1:00?p
/
?skipped

,
?6?
pm/ 5 mg,
? 11:30
?
(2 lines E, P)
(was feeling shaky and jittery late morning so postponed noon dose to 1pm when was feeling better)?

?Sun 3/22?  woke up at 6:40am with hot flash, headache and dizzy. Felt bad most of the day
20mg,
?7:20?
am / 15 mg, noon/ 5mg,
?6?
pm/ 5 mg,
? 11:50pm   ?
?
(2 lines E, P)
Sat 3/21 fell asleep immediately, but then woke up at 1am and couldn't go to sleep for an hour and half. ugh
woke up at 8:30 with bad headache, pains and dizzy
20mg, 8
?:30?
am / 15 mg, noon/ 5mg, 5pm/ 5 mg,
?          ?
(2 lines E, P)
Fri 3/20  slept well but woke up with bad headache, felt better later
20mg, 8:30am / 15 mg, noon/ 5mg, 5pm/ 5 mg, 11:50pm   (2 lines E, P)
Thurs 3/19  Woke up at 5:45am with mild hot flash and again at 8am with another hot flash. Had bad headache and pain all over.

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000585

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

20mg, 8am / 15 mg, noon/ 5mg, 5pm/ 5 mg,  11:10p    (worked 5-7pm) (2 lines E, P)
Wed 3/18  6:30am woke up to a mild hot flash, bad headache, slight all-over pain. Couldn't go back to
sleep, tried till 9:15am to go back to sleep. so tired.
20mg, 8:10am / 15 mg, noon/ 5mg, 5pm/ 5 mg, 12:15am   (1 line E, P)
felt better than in a while in late afternoon and evening - no pain or headache
went to bed at 11:30pm, talking/snuggling - I wanted to get sleepy, before taking the HC. At 12:15 I felt
symptoms of low cortisol.
Tues 3/17  woke up in bad pain all over, dizzy, and headache.
20mg, 7:20a /15mg, noon/ 5mg, 5:15p / 5mg, 1:30am     (1 line E, P)
 Dizzy all day so did not skip 5pm dose even though "quiet evening".  Fell asleep quicker, forgot to take
HC at bed, but woke up at 1:30 to pee so took it then.
 Mon 3/16   20mg, 8:45a/ 10 mg noon/ 10 mg,  5pm    (2 lines E, P)
woke up dizzy, night sweats, bad headache
Stacey
? wolking?

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | 3/16/2015   4:57PM |
|---|---|

TO:

CC:

FROM:    HENRY
RE:       (Patient: S. WOLKING) HA and unable to fall asleep, try 20,15,5,5mg
MSG:      Stacy,

The headache makes me think that you're not getting enough HC overall or at some hours of the day.
Trouble falling asleep suggests too much HC in your system at bedtime. A lower dinner-time dose will
help with this.

Aches and sweats are probably low cortisol symptoms too--they can be cause by higher estradiol levels
in the 10 days prior to menses. Sweats and hot flashes that come on after your period starts could be
due to low estrogen.

I suggest going with 20mg HC upon awakening,15mg noon, 5mg in the evening and 5mg right before
bedtime. See if this helps you fall asleep. The bedtime dose doesn't get into your system  for 30 mins or
so, and if you fall asleep it will help you stay asleep. For quiet evenings you can try leaving out the
dinner dose.

Let me know if this helps with the headache and AM in a week or so.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Monday, March 16, 2015 2:38 PM
Subject: update
?Dear Dr. Lindner,


Tues 3/10   25mg, 8:30a/10mg, noon/ 10mg, 4:30p
 took 2 lines E in am AND pm (period just ended and trying to stop headache)
Bad night - sweats, lots of all-over pain, bad headache, woke often, slight dizzy in early am

Wed 3/11 20mg. 8:10am/ 10 mg, noon, 15mg, 5p  (increased for evening plans),
resumed E & P
?, ?
bad headache

Thurs 3/12   20mg, 9:30a/ 10 mg noon/ 15mg, 5p  (increased for evening work)

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000526

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

didn't sleep much but not many symptoms
bad headache

Fri 3/13    20mg, 8:30a/ 10 mg noon/ 10mg, 4:40p        2lines E plus P in am
still bad headache all day

Sat 3/14    20mg, 8:30a/ 15 mg noon/ 15mg, 5pm  (increased for 11am-7pm work)
2 lines E plus P in pm.
still have headache all day

Sun 3/15    20mg, 9:50a/ 10 mg noon/ 15mg, 5 pm (increased for evening plans)
woke up dizzy, still have headache,  2 lines E plus P in pm

Mon 3/16    20mg, 8:45a/ 10 mg noon/
woke up dizzy, night sweats, bad headache

Overall, the new dosing seems to be better. The lower morning dose has eliminated the sometimes late morning "jitters".
?  And increasing for evening plans has so far eliminated evening crashes.?
?However, ?
I still have a lot of trouble going to sleep at night (usually go to bed between 11 and 12)
? and lay awake for 1 to 2 hours.?

So I am
?wonder?
ing
?, should I take my last dose earlier, like 4pm?
? 3pm??

There just doesn't seem to be a good solution to the early morning crashes as I can't seem to take enough at night to last till morning without it interfering with sleep. Should I try to start taking it earlier in the morning? before I get up? But the down side to that is then I often wasn't able to get back to sleep after taking the HC at 6am.

In our phone discussion last week, you asked me if I was still taking Estrodial, I assume since it appears I am still making it.  Could I stop taking it? Am I correct to take just enough to keep the hot flashes away?  After this last period, I was trying to reduce it and have been only using 2 lines. but I have had a few mild mild hot flashes and I still have a bad headache that came with my period. Does that mean I need to increase the E??
?thanks?

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | 2/6/2015   3:00PM |
|---|---|

TO:

CC:

FROM:    HENRY

RE:      (Patient: S. WOLKING) HC dosing for working evenings

MSG:     Stacey,

Glad to hear that the 5mg dose worked in the night.

On days that you're working in the afternoons-evenings then you may need more HC in the second dose, perhaps more like 25+20mg.

I wouldn't move the PM dose if you're evening is going to be as long as usual. The 30mg in the AM should get you through to 3pm I think. I would take 30mg upon awakening if you take it that early--then still take 20mg at 3pm if it's a working evening.

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000527

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

If you think you need more in the early evening, you can take 5mg--it's unlikely to cause problems if you're going to be working a couple hours more. But with taking 20mg on days you work in the evening I think you'll be OK.

If you get too much HC overall, you'll see puffiness in your face, fluid retention in general, and unusual weight gain.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Friday, February 6, 2015 1:42 PM
Subject: Re: question
Yesterday I took my 30mg/10:30 am and 15mg/3 pm. I was still dragging and sweating when I went to work at 4:30. When I got home at 7:30 I was really dragging. hard to explain how I feel a lot - jittery? agitated? exhausted. slightly out of breath. That's when I saw your email. I guess I should have taken an extra 5mg then but that darn fear of not being able to go to sleep seems to stop me from taking extra in the evenings.
So at 12:30 am when I couldn't sleep and my heart was racing I took 5mg and went to sleep about 40 min later. slept pretty well.

so today I actually got up at 8:30 am. Since I took my morning dose earlier than usual should I move up my 3pm dose?
and if I do my usual 30mg/am and 15mg 3pm but know I need extra for some evening activity or work, WHEN would I take it? is 6pm too close to the 3pm dose? would I take the afternoon dose earlier and then take an evening dose?

thanks
Stacey

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 2/5/2015   5:08PM |
|---|---|

TO:

CC:

FROM:    HENRY
RE:         (Patient: S. WOLKING) Improved on 30+10mg, but PM crash, take 30+15.
MSG:      Stacey,

Well we're making progress! You ended up low in cortisol--it may have been a delayed effect of completely missing the afternoon dose the one day, or you just didn't have enough cortisol that same day with the 10mg afternoon dose to handle the day's stress including the shopping. The sweats, heart racing, etc. are low cortisol symptoms and you would have done well to take 5mg when it started at the store or as soon as you realized it was more than minor.

Too much HC at bedtime can interfere with sleep, but it just feels like too much energy--without all the other symptoms. Once you have low-cortisol crash like last night you'll feel worse the next day. Taking 5mg HC when you feel it coming on will make the next day better.

Stay with the 30 +15mg doses consistently for now. Let us see if that will get you through the vast majority of days without needed stress doses.

Henry Lindner, MD
From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Thursday, February 5, 2015 4:18 PM
Subject: question
Well, your last suggestion has been working amazingly well.
I started taking 30 mg upon getting up (usually around 10:30) and then 15 mg around 3pm.

---

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

on Monday I forgot my afternoon dose. realized at bedtime so did nothing.  Since I felt fine, even great, the day after missing that dose, I reduced the 3pm dose to 10mg on Tues and Wed. Today I went back to 15mg at 3pm.

 I have been feeling really great for the last three days, sleeping well, energy, no dizziness!  until last night.
Although I have  been having some occasional and mild hot flashes/sweats. Last evening, while at a store, I had a drenching sweat that just wouldn't stop.
 Yesterday, had a normal day. 30 mg in am and 10mg at 3pm.  Last night could not sleep at all. heart racing, night sweats. Today, headache, dizzy, brain fog, lots of hot flashes/sweats.
As always, I am so confused. I seem to have symptoms of both hi and low cortisol.
Doesn't not being able to go to sleep mean cortisol is too high?
Stacey

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                      1/30/2015   5:00PM

TO:

CC:

FROM:        HENRY
RE:          (Patient: S. WOLKING) HC dose timing. Try 30+15mg
MSG:         Stacey,

You just need to find a regimen that works for you almost every day. Maybe you didn't need the extra 5mg last night. Cortisol levels should be rather low at bedtime to help one fall asleep.

I suggest for now just taking the 30+15 doses. Take the 30mg AM dose when you get out of bed for the day, not by the clock. So if you get out of bed at 10am to start your day take the 30mg dose then. Then take the 15mg dose around mid-afternoon--say 2 to 4 pm. Let's see if this will get you through evenings and night almost all the time without needing additional HC doses.

No need to wake yourself up to take HC or DHEA.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Friday, January 30, 2015 4:44 PM
Subject: question
 So last night, I had a upsetting/stressful conversation around 11pm. I took 5mg HC around 11:30 and went to bed.
(btw, I was out last evening so took my usual 5mg at 6pm)
 It took several hours to go to sleep and then I woke at 5:40 am. I took my usual 6am 30 mg dose and was not able to go back to sleep till 9am and then slept till 10:30. I was still very tired and sleepy but made myself get up to take my DHEA so there would be 90 min before my noon HC dose.
I am so tired and not getting enough sleep.
 I have woken up a couple times this week between 5:30 and 6am and not able to go back to sleep till around 8:30 or 9am.   I originally started taking it at 6 am because I was so tired and groggy and sleeping till noon every day. Generally, It seemed to help me get up by 10:30 but now I am wondering if I have too much cortisol in the early morning?? Is there any chance I need to take my 6am dose later? and maybe skip my 6pm dose as you suggested? maybe shift everything up and only do two doses? maybe around 8:30am and 3pm??
I am so confused as usual.
currently HC 6am 30mg, noon 15mg , 6pm 5mg
thanks
Stacey

---

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000529

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Henry Lindner, MD
Electronic Signature

---

**PATIENT MESSAGE**                                                                1/28/2015   6:58AM

TO:

CC:

FROM:          HENRY

RE:            (Patient: S. WOLKING) Bad night after taking HC late

MSG:           Stacey,

The problem was taking the 5mg dose too late. When cortisol levels are too high at bedtime it is hard to fall asleep. You were then awake for hours when you should have been sleeping and you used up the cortisol. The bad symptoms overnight were due to low cortisol, Take 5mg whenever you feel that badly during the night.

The 15mg dose at noon is giving you better levels in the evening too. Let's see how it goes for now with the 30,15,5mg dosing. Just skip the last dose if you forget to take it by 6pm. It's possible we may be able to leave the dinner dose out every night unless you're going out in the evening.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Tuesday, January 27, 2015 5:32 PM
Subject: Re: I am so confused

Worst night ever. I just don't get what I am doing wrong.

Had a good relaxing day yesterday and felt pretty good.

forgot my 6pm 5mg dose so took it late at 8:15pm

I felt good, no pain, no dizzy when I tried to go to sleep around midnight (usual). but could not go to sleep for several hours. (highly UNusual after great sex)

Then drifted in and out of light sleep for a couple of hours. Had all over throbbing pain, night sweats, nausea and very dizzy all night long. Woke up at 4am and was wide awake till about 7. then slept a bit off and on till 11am. Still feel bad. pain and dizzy.

HC 6am 30mg, noon 15mg (recently increased from 10mg for the last couple of days), 6pm 5mg

So I thought not being able to sleep means too much HC but then the other symptoms (pain and dizzy) I thought were signs of not enough.

I am so confused, so tired and I can't think straight.

what is wrong?

Henry Lindner, MD
Electronic Signature

---

**PATIENT MESSAGE**                                                                1/25/2015   4:50PM

TO:

CC:

FROM:          HENRY

RE:            (Patient: S. WOLKING) Evening-night crash. Should ^HC to 30,15,5mg

MSG:           Stacey,

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000580

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

It as just insufficient cortisol. My suspicion is that you felt so much better yesterday that you were a lot more active and thereby used up the cortisol. Is that a good guess? If you don't get enough cortisol for your activities, you can feel well for a while but then you crash. It seems you became low in cortisol by the evening. If I'm right, it would appear that the 30,10,5 dosing is only OK for non-busy, non-stressful days and on more active dose you'll need at least 30,15,5. That dose may be better every day just to give you a bit more cushion so you can do more things without having to think about stress dosing. For busier afternoons/evenings take 30,15,10mg.

You should go ahead and take the DHEA when you remember. It's best to get it every day. If you sleep late, take the 30mg dose when you wake up instead of only 15mg, and then take the DHEA. Then take the usual dose at dinner time.

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Sunday, January 25, 2015 2:58 PM
Subject: I am so confused
I have really been depressed and dragging, still have nagging cough, but was finally starting to feel better.
Yesterday was the best day ever - no dizzy, had energy, mood lifted.
Then last evening started having various shooting pains. Terrible night. insomnia, bad dreams, night sweats, woke up with bad headache, dizzy, pains and so tired.
low estrogen or low cortisol?
HC taking 30 mg at 6am, 10 mg at noon and 5 mg at 6pm
E .4, P - one Vag.
today woke at 11:30am so didn't take my 12.5mg DHEA as I had to take HC at noon. (I skip a DHEA once every week or two because it is too close to taking noon HC dose. Should I take the DHEA in the afternoon on the days that happens?
last evening, we watched a sad tear-jerker movie. Could that have caused this?  Is that a "stress" that I should take extra HC for???
thanks
Stacey
? Wolking?
?

Henry Lindner, MD

Electronic Signature

---

| PATIENT MESSAGE | 1/19/2015  6:55AM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) High estrogen, low cortisol symptoms

MSG:       Stacey,

High estradiol levels do counteract cortisol, so you're right--the agitation and foggy brain could be due to the high estrogen levels and resulting relative cortisol deficiency. In perimenopause women can get extremely high estrogen levels at times.

Don't take any estrogen until the high-estrogen symptoms are gone and you begin to feel a bit low again. Yes, more progesterone would be a good idea and you could reduce it too when the estradiol levels are low and you restart it.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Sunday, January 18, 2015 5:07 PM
Subject: Re: help please
So the breast/nipple tenderness started on Wed and is still pretty severe. I also have been very agitated

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000581

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

and foggy brain. So maybe what I thought was cortisol deficiency symptoms are really high estrogen symptoms?
I have not taken any estradiol for 3 nights. Should I start taking E again, even with these symptoms? or can I stay off of it a bit longer?
 Maybe I should take two Progesterone per day?   I have taken one vaginally each night since Thursday.
?thanks?
Stacey

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 1/16/2015   7:41AM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:          (Patient: S. WOLKING) Fatigue, try ^HC, also taking E without P

MSG:       Stacey,

You should always take the progesterone with the estradiol. Doing this provides the necessary anti-estrogen balance in the breasts and uterus. With taking estradiol by itself for a week you're promoting not only breast tenderness but also a build-up of the uterine lining--setting yourself up for another period. So always stop and start them together.

You should try raising your HC dose for a while and see if it will help. If you're taking 25mg, 10mg at noon, 5mg at 6pm as I documented, increase to 30,15,5mg. Let me know if it helps within a week or so.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Thursday, January 15, 2015 5:05 PM
Subject: Re: help please
Not really sure how long to expect -  I am still feeling very bad - almost constant dizziness, severe fatigue, major brain fog, mild shortness of breath (not sure if that is due to lingering cough or cortisol?) I am frustratingly pretty non-functional.
I don't know if I should be more patient, or if I should be changing something.
Last night, unfortunately after applying my E dose, I noticed nipple discomfort. They continue to be very tender today. I have been taking my usual 5 lines of E since 1/8/15 and no P since 1/3/15 when I started a period.
I was going to start the P tonight.
Should I change something?
thanks so much.
 Stacey Wolking

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 1/10/2015  10:34AM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:          (Patient: S. WOLKING) Had flu, is recovering

MSG:       Stacey,

With a high fever, your body uses up cortisol very quickly and you need to double or triple your daily dose from the onset of the fever until it's gone. With your taking cortisol on a regular basis now, your body won't increase its own cortisol production during a fever like it did in the past. This reduced cortisol

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000582

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

production under stress if one of the downsides of taking cortisol, but is worth it when cortisol allows one to feel and function well most of the time.

So insufficient cortisol would cause the flu to effect your more strongly, including excessive fatigue and sweats. Now you are feeling worse due to having gone through that illness without sufficient cortisol. You will recover with time and it probably won't help much to increase the HC dose.

No, I don't believe that HC is weakening your immune system at this dose. A bad flu is going around and has been declared an epidemic. Many people are getting it. Blood tests don't show all varieties of influenza, so I guess that's why your doctor feels so sure it was influenza. There are also other viruses that cause flu-like syndromes though.

I do always work with a person to find the lowest HC dose that they need to feel and function well. So in the long-run you can certainly try to see if a morning dose of 25mg or as low as 20mg can be sufficient. Occasionally a person who needed cortisol finds that they can slowly taper off it--say when they have much less stress in their life.

You should be back on E and P at the usual doses for 2 weeks prior to getting your blood drawn. Blood testing won't tell us anything about your cortisol dose, however. That always has to be adjusted clinically, by symptoms.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Friday, January 9, 2015 4:44 PM
Subject: help please
Dear Dr. Lindner,
Once again, I am dealing with so many different symptoms that I can't tell what is what - Cortisol dif, E, P, illness???
 Last Friday I became ill with high fever (103), severe chills, body aches, headache and cough. Several days later, I started with head congestion and continued with the  symptoms including the off-and-on hi fever. I have hardly gotten out of bed until yesterday. On Tuesday, despite 2 negative flu tests (on Sat and Tues), the doctor insisted I have the flu.
I started another period in the night, Friday Jan 2, the same night I started the high fever. Coincidence or did the fever somehow cause that? It was a normal period with some days of bad cramping which just added to the overall feeling horrible. (I also just had a long period from Nov 28 - Dec 8)
Most nights since Fri, even nights that I don't think I had fever, I have been experiencing all-night-long, drenching sweats that do NOT seem to be accompanied by hot flashes. This is something I have never experienced before. Is this related to the cortisol? adrenals? illness?
Overall, the past two days, my symptoms are lessening (other than a terrible cough) and I haven't had fever.
 However, I am very concerned that I am very dizzy today. So I feel better in some ways and very much worse in others
Hydrocortisone: I have been consistently taking 30 mg at 6am, 10 mg at noon and 5 mg at 6pm.
Should I have been taking more while ill? less?
I have never had the flu in my life. Is the HC weakening my immune system?
I also seem to be hungry all the time - even before the illness.
Wondering if I should get my bloodwork done? but of course I was off the P and on a reduced E while on a period. I was going to not start the P for another week as we had discussed in the past doing the 2 week on/ 2 week off thing.
Bloodwork instructions say to be sure to take E, P and T for 3 nights before. So what do you suggest? thanks
Stacey
? Wolking?

                                                                    Henry Lindner, MD
                                                                    Electronic Signature

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000588

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

CC:
FROM:      HENRY
RE:        (Patient: S. WOLKING) Hot flashes
MSG:       Stacey,

Try increasing the estradiol dose by another line to eliminate the hot flashes. You can try taking the
minimal dose you need to keep the hot flashes away. I would go ahead and try the P if its been two
weeks. Maybe it will stabilize the lining and stop the bleeding for now. For strongest effect on bleeding,
insert the progesterone vaginally at bedtime.

Hot flashes can also be caused by lack of cortisol. If that's the case they should go away after you take
cortisol doses, or with higher overall cortisol doses.

Regarding bioidentical EP after breast cancer, the questions is complex and comes down to individual
choice. Progesterone has anti-proliferative and anti-breast cancer effects in many studies. I think that
taking progesterone makes taking estradiol safe for all women, including tose with breast cancer. I don't
think that taking EP will increase the risk of breast cancer recurrence. Actually all that the anti-estrogen
"hormonal" therapies do is delay recurrence, while making women miserable. I have written about this
below:

Henry Lindner, MD

 From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Thursday, December 11, 2014 11:19 PM
Subject: Re: help please
I am still hot flashing. It is waking me every two hours all night.
Does this mean I am not taking enough E  and should increase the dose or do I just need to wait it out
till my levels accumulate after being off of it so long.
I took .3 Tuesday morning and again Tuesday evening and .4 Wednesday evening.
I have not taken P as I thought i would try your suggestion of taking it 2 weeks on/ 2 weeks off.  So on
what day do I start taking it?
random question. If someone is told they can't ever take hormone replacement after having E and P
positive breast cancer, does that include bioidenticals?
thanks
Stacey
? Wolking?

Henry Lindner, MD

Electronic Signature

---

PATIENT MESSAGE                                                      12/10/2014   8:40AM

TO:
CC:
FROM:      HENRY
RE:        (Patient: S. WOLKING) Stress doses, EP therapy
MSG:       Stacey,

One should take more HC, an extra 10mg tab, as soon as stress begins, or beforehand if you can
anticipate it. Taking extra HC afterwards helps a bit to recover faster, but mostly it just takes time.

Taking E and P at full doses during a period will prolong it. However, maybe you can continue a very
small dose of the E to keep the symptoms away, but stay off the P. Remember, this will all become
simple once your own system stops producing E in high amounts on/off.

Most likely you won't need to change the HC dose when taking E vs. not taking--unless your body tells
you otherwise.

Henry Lindner, MD

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000584

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Tuesday, December 9, 2014 4:42 PM
Subject: Re: help please
Thanks so much for the APS info. That was very helpful.
I finally had some success last week with a consistent, 25mg at 6am, 10mg at noon and 5mg at 6pm. I had several days of feeling pretty good with virtually no dizziness.
Unfortunately, I crashed Sunday night following some high stress, so I took an extra 5mg at 1am. Yesterday, I felt bad all day - lots of dizziness. I took my usual 25mg at 6am, 10mg at noon, but at dinner I took 10 mg. (an extra 5 mg.)
I see what you mean about it taking days to recover. I am STILL feeling really dizzy today. Will taking extra help me to recover faster? or will it just take time no matter what? should I be more aggressive in my doses?  What should I have done differently? Should I take extra as soon as I begin a stressful situation rather than taking extra AFTER the symptoms appear? If so, how do I know how much to take?
I stopped the E & P last week as you said. I immediately started having mild hot flashes day and night and have had a constant headache ever since.  My period continued for 10 days!  I just started taking E this morning. Does taking or not-taking E (or P) during a period, affect the length of the bleeding?
Unless I am confused, which seems likely, as soon as I stop taking E, I get symptoms of E deficiency, but if I don't stop taking it, I will never stop bleeding. Which already seems to be the case.
Since you said that E counteracts cortisol, does that mean I am going to need to increase my regular HC doses now that I am taking E again?
I really appreciate all your help. I fully expect a bill for all your time in writing all these emails.
Stacey
? Wolking?
?

Henry Lindner, MD

Electronic Signature

---

PATIENT MESSAGE                                                    12/3/2014   7:40AM

TO:

CC:

FROM:        HENRY

RE:          (Patient: S. WOLKING) Low-cortisol symptoms, bleeding

MSG:         Stacey,

The interaction between normal doses of HC and the Plavix should not be too strong. However, if you have never had a thrombotic event--a blood clot--then you don't have anti-phospholipid antibody syndrome, by definition, you just have an incidental finding of the antibodies. So anti-coagulation would not be indicated. I've sent you a discussion of the diagnosis.

The key with the HC dosing is to avoid low-cortisol episodes like what happened at bedtime. This would require a higher afternoon dose or a small dose at dinner (like 5mg). You felt worse this morning to the previous night's mini-crash. You'll always feel worse after a crash and taking HC won't make you feel well immediately--it takes days to recover. Maybe you had more activity or stress that day so you needed more HC in the afternoon and evening? Another possibility is that your estrogen levels were quite high, counteracting cortisol strongly.  Maybe taking 15mg at 2 to 3 pm will be sufficient for you most days.

Unfortunately you're going to have a bit of a rollercoaster ride until your ovaries stop working. I would just stop the E and P until the bleeding stops, then restart them when you feel low in estrogen again.

Henry Lindner, md

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Tuesday, December 2, 2014 5:05 PM
Subject: help please
Dr. Lindner, I have tried several different combinations of HC doses. Last night, I was feeling bad at bedtime (dizziness, pains, headache, nausea) so I tried taking a bedtime dose as you suggested -  25

---

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

mg at 6 am, 10 mg between 2:30 and 3:30 and 5 mg at bedtime - 11-midnight. Strangely, I had more trouble getting out of bed this morning. I am feeling mildly dizzy now. (I took my afternoon dose 45 min ago). I will continue playing with the doses. I am nervous about trying the dinner dose as I am concerned it will prevent me from falling asleep, but I guess I will try that next. Is there a max dose I should be concerned about? Is there a way to know if I am taking too much?
But I'm also wondering about my other hormones. I have not felt good for days. I started ANOTHER period (light) on Friday and have been very crampy. I am still bleeding. I have been excessively weepy and emotionally messed up. I haven't experienced that in a long while.
(History: Oct 3-10 normal period, Oct 23-30 spotted, Nov 7-15 long and heavy period, and now Nov 28 started another light period) This is awful. This is NOT a good mix with Daryl's testosterone shots.
I take 5 lines E and 1 P at bedtime. When I started spotting, I took 2 P for a couple days. As the spotting turned into a period, then I started wondering what to do since you say to stop the P and reduce the E during a period. I am so confused.
Is this really this complicated or am I just an idiot? I just cannot seem to figure out what to do.
I am also really concerned about the "Significant interaction possible" by taking both Plavix and HC.
"clopidogrel oral [Plavix] will increase the level or effect of hydrocortisone-pramoxine top by altering drug metabolism. The effect of clopidogrel may increase and may increase risk of bleeding."
http://www.rxlist.com/drug-interactions/clopidogrel-oral-and-hydrocortisone-oral-interaction.htm
http://www.webmd.com/interaction-checker/
Should I stop taking the plavix?
Stacey

Henry Lindner, MD

Electronic Signature

---

| PATIENT MESSAGE | 11/25/2014  11:06AM |

TO:

CC:

FROM:       HENRY
RE:           (Patient: S. WOLKING) Too low in HC overnight, try later PM dose
MSG:         Stacey,

OK. It's clear that you need cortisol, but with the short-acting tabs we have, you're not getting enough to cover you 24hrs/day. You're falling too low in the evenings and especially overnight. The treatment just doesn't work well that way as you're still suffering from cortisol deficiency for a large part of the day and can't ever get caught up.

There are several ways to get rid of overnight deficiency. You could start with taking the PM dose later as you mentioned--more like 3 or 4 pm. If the morning dose doesn't last until 4pm, then increase it to 25 or 30mg.

Another strategy is to take 3 doses--20 upon awakening, 10mg with lunch, and 5mg with dinner. If you have trouble falling asleep when you take afternoon/dinner doses that you need--and you're still getting low overnight, then you may need a bedtime dose of 5mg or up to 10mg HC. Taking it right at bedtime usually doesn't cause trouble falling asleep because it take 60 minutes to peak in your blood.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Tuesday, November 25, 2014 10:50 AM
Subject: Cortisol
Dr. Lindner,
THANK YOU. I am so grateful you figured this out. Overall I am feeling so much better and back to fully functioning again. Thankfully, I have energy again. I feel like I came out of a coma. Oh my goodness, it was so scary how I felt. So maddening that the ER sent me home with no answers too.
 However, I am frustrated that I can't seem to get the dosing right. I still have DAILY dizzy spells and pain flare-ups. They are not consistently at any particular time of day. My blood pressure appears to be normal (116/72, 126/70)
I am taking 20mg at 6am and 10mg at 2:30p

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000586

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

I usually get up now around 9 but often still feel a little dizzy and not great when I get up.
I often feel bad in the evenings and late at night; and experience a lot of all-over pain and dizziness around the time I am going to bed. Lately, we have had some issues and upsetting and stressful conversations with our teenager in the evenings. I find that after that I feel terrible.
You said to take more HC when I feel like I need it. but I am afraid to take it in the afternoon or evening or especially at bedtime; I have had some bad sleepless nights. So I don't know what I am supposed to do?
I also have excessive nightly bad dreams - that has been going on for awhile now. It used to be just around the time of my period but now it seems to be all the time. I wake up multiple times a night upset or heart pounding and usually wake up out-of-sorts in the morning till I can shake off the upsetting "feelings" from the dreams. I don't usually remember the dreams themselves in the mornings. Does this have anything to do with the cortisol?
So I am wondering if I should increase both morning and afternoon doses and maybe push back the afternoon to 3 or 3:30?  Is there any harm in taking more HC other than not being able to fall asleep?
btw, Dr. Stewart is totally on-board and supportive of the HC treatment; as an holistic M.D.,  I thought he would understand.  He was surprised when I told him that you said the APS antibodies might go away with HC treatment, but he was willing to retest in Jan.
thanks
Stacey
 Wolking

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                    11/13/2014  7:52AM

TO:

CC:

FROM:      HENRY
RE:        (Patient: S. WOLKING) Questions about HC
MSG:       Stacey,

You're taking DHEA because it is vital to properly balance cortisol effects in the body. If you take HC only you suppress DHEA to very low levels and this causes a loss of anabolic or tissue-building effect in the body. Many of the "side-effects" of long-term steroid use are actually caused by the suppression of DHEA.

Cortisol is not just for severe stress, but for the requirements of daily living--one might say the normal stress of daily life. We just need more when there is more stress--the body naturally makes more when we're stressed.

Periods cause problems for women--and even more cortisol doesn't eliminate all the symptoms.

You had low saliva cortisol levels and DHEA levels on the ZRT test in 2008. More importantly, your symptoms over the summer were typical of cortisol deficiency and have improved with treatment.

Check your blood pressure often. Let's see if your dizziness is related to low blood pressure or something else. If it's low blood pressure you should feel fine very quickly with sitting or lying down.

Do remind me what HC doses you're taking every time you write. It is 20+10mg now? Dosing with HC is very tricky--too much HC in your system in the evening can make it hard to fall asleep. With taking the first dose at 6am you'll have less in your system at 2:30pm so maybe 10mg then will be fine. So let me know how it goes. Consider too that you won't be able to fall asleep at 10pm if you woke up at 10am that day, You'll have to see if you can gradually shift your sleep-wake times.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Wednesday, November 12, 2014 7:15 PM
Subject: Re: update/questions

---

AmazingCharts.com                                                Page 258 of 274
The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Dr. Lindner,

yes, I went back on the DHEA last Tues. ( 9 days) I take it as soon as I get up, usually 2-3 hrs after the HC.

I am confused, why am I taking the DHEA if it counteracts the cortisol?

Yesterday was a very bad day - dizzy, fatigue, lethargy, brain-fog, and bad menstrual cramps. I am still on a period with heavier than normal bleeding. (Just to clarify, I stopped the P and am taking 2 lines of E)  I was told I can't take any NSAIDs since I am taking Plavix so the cramps were miserable. I am also concerned about the heavy bleeding, as I read that that could be a side-effect of Plavix.

You said to take extra HC when I "need it". But I get so confused with the different hormones and symptoms.

What if I take too much HC? will that cause symptoms that will tell me I don't need that much?

and based on what you said, it sounds like the more estradiol I take, the more HC I will need.

overall, I am still often dizzy - certainly not to the same intensity and it happens at all diff times, but seems like around 6 or 7 pm. Does this mean I should take more or it's not lasting? If cortisol is for stress, why do I need it to last overnight?

Sorry, I guess I really just don't understand all this.

I am so frustrated with sleep issues. Last night it took almost 3 hrs to go to sleep. (11pm-2am) (but I I took my HC on time at 2:30pm.)

No matter what time I go to sleep, I can't seem to get up before 10 or 11am. I will try taking the HC at 6 am tomorrow. If I am having this much trouble getting going in the morning, why not go ahead and raise the am dose?

And lastly, you said, "Tell Dr. Stewart that due to labs and your symptoms I diagnosed you . . ."

what labs? There was not a cortisol test, right? was there something else that was indicated in the hormone labs that I forwarded to you?

thanks
Stacey
? wolking?

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                        11/11/2014  7:22AM

TO:

CC:

FROM:    HENRY
RE:      (Patient: S. WOLKING) Improved on HC, but AM fatigue
MSG:     Stacey,

Tell Dr. Stewart that due to labs and your symptoms I diagnosed you as having a partial central adrenal insufficiency (due to hypothalamic-pituitary dysfunction). Tell him you have improved remarkably on 30mg HC daily, a replacement dose. Tell him also that I think that your low cortisol levels predisposed you to making autoantibodies and that your APS tests may normalize after a couple months on sufficient cortisol. Your symptoms were clearly due to the cortisol deficiency and not the APS. He may or may not be able to understand. Doctors think that almost no one has cortisol deficiency and no one should take hydrocortisone unless they can't make any at all. They equate it to prednisone.

Yes, if you take HC to late in the afternoon the higher levels at bedtime make it hard to fall asleep. Taking a smaller dose later if you forgot the afternoon dose is a good idea. You've noticed that your symptoms come back if you miss an HC dose. I don't know if your system is still making cortisol or not--people differ a lot in this regard--but with taking HC you are suppressing your own dysfunctional system to some degree.

When your own estradiol production is high, it counteracts cortisol causing a return of low-cortisol symptoms. This is actually the cause of much PMS and PMDD in women--not enough cortisol to balance the higher estradiol and progesterone levels in the latter half of their menstrual cycle. Until you stop making estradiol completely we have no control over your ups and downs with the hormone. I don't have any good explanation the pimples, maybe it has something to do with having higher cortisol levels than you've had in recent years.

You will have low cortisol levels in the morning, and that could be why it's so hard to get going. You can

---

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000538

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

definitely try taking the AM HC doseer around 6am. See if it will still last until 2:30pm for the second dose, if you take the 2nd dose much earlier then it won't last as long overnight. If the 6am dosing helps but doesn't last until 2:30pm we can increase the 6am dose to 25mg.

Have you added the DHEA back in? It's best taken 30 to 120 minutes after the AM cortisol dose.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Monday, November 10, 2014 11:27 PM
Subject: Re: update/questions
Dr. Lindner,
Overall I am feeling better; most pain is gone but I still feel fatigued with exertion. The tingling/itchy is better but not completely gone. It is definitely worse in the evening/night.
However, I am still having a lot of trouble getting up in the morning and often not awakening till 11. One morning I tried to get up at 8:15, but after sitting up for 10 min, felt so dizzy that I went back to sleep and didn't wake up till almost noon. I have generally been taking the HC between 8 and 8:30 and immediately go back to sleep. Can I try taking it earlier - around 6am in hopes that it will help me be ready to get up around 8? and if so, should I take the afternoon dose earlier? Is there a time in the afternoon that I shouldn't take it after, no matter how I feel?
I have had a few nights of having trouble going to sleep; (being awake for 2-3 hrs) it seems like it is on days when I take my afternoon dose a bit later - like 3:30 or 4.  Does it make sense that it could be keeping me awake?
You had said to take extra if I felt like I needed it. This afternoon, I was doing some organizing and light lifting and cleaning and started feeling bad, light-headed, brain fogged, tired and slightly short of breath. As it was around 4pm I was hesitant to take an extra dose as I have a full day tomorrow and can't afford a sleepless night. But now as I am writing this, I realize I had forgotten my 2:30 dose! ugh! so now, at 6pm I just took 5 mg HC. oh what a mess. This is all so confusing. I just want to feel normal; I am getting so discouraged. (add'l note at 11pm: that 5 mg seemed to make me feel better)
Now for other hormone issues: A week ago, (Nov 3) I had a cluster of acne breakout on my chin and a pimple on my nose.This is bizarre as I haven't had pimples in years. I started spotting on Nov 7 and by the 9th it was a light period. Last night, I did not take a Prog and (mistakenly) cut my E to 1 line. tonight I will do 2 lines per your instructions from last time.
(History: I spotted from 10/23 to 10/30 and before that had a period on 10/3)
Is any of this affected by the cortisol issue?
Are you saying that I am still making some cortisol? It sure doesn't seem like I am making any in the morning.
As far as the Antiphospholipid Syndrome, how soon do you suggest retesting in hopes of getting off Plavix. I am very anxious to get off as the side effect list is pretty scary. Do you have any idea how long it will take for the antibodies to go away? Are we talking about weeks? months? I have an appointment with Dr. Stewart this week. (one month after starting Plavix) Is there anything particular that I need to tell him?
thanks
Stacey Wolking

Henry Lindner, MD
Electronic Signature

---

**PATIENT MESSAGE**                                                      11/4/2014  10:59AM

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) Some improvements on HC, ^to 20+10mg.

MSG:       Stacey,

The first dose added to your own cortisol levels, leaving them high in the evening which causes trouble falling asleep. The oral dose wore off during the night though, and I'd attribute the pains, tingling, itching to the drop in levels.

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000539

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

A person with normal cortisol secretion wouldn't feel anything with these doses, so your reactions tell me you do indeed have a problem with this hormone.

Usually more cortisol will help with achiness. You had aches before, are they worse or better, or different? You can't be allergic to cortisol, but we can't rule out sensitivity to something else in the tablet, but this is unusual.

The 8:30a and 2:30p schedule is fine. I suggest though taking 20mg HC in the AM and 10mg at 2:30p. You may need the higher AM HC dose with adding the DHEA back in as it counteracts cortisol. You may need more for the extra activity today. If you feel badly at any time it's probably because the HC dose has worn off and you should take more, at least 5mg anytime you feel you need it.

So the nausea and shortness of breath are gone, and headaches and dizziness have clearly improved since starting the HC? Sleeping better since that bad first night? These would all be strong evidence that the HC is helping, and you definitely needed it.

Hypoglycemia is due to low cortisol typically. Brain fog too. We'll see if sufficient dosing will clear these up.


Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Tuesday, November 4, 2014 10:22 AM
Subject: update
Dr. Lindner,
So I took my first dose of 10mg of Hydrocortisone Friday afternoon around 2ish.
That night, I hardly slept at all. I experienced a dramatic increase in roaming shooting pains, a weird prickly tingling, particularly in my head and started itching all over.
Since Saturday, I have been consistently taking the HyC at 8:30a and 2:30p. I have continued with the pain and constant all over itching. Oddly, the itching seems greater in my hands and feet/ankles.
Also Sunday my right hand was so painful I couldn't really use it. It has slowly eased and today it seems almost normal, but still slight pain and stiffness.
This is so weird. Am I allergic to the meds???
This morning, in looking at my appointment notes, I just realized that I am supposed to be taking the HyC 8 hrs apart? I thought it was 6. oops. should I continue with my current schedule, or change it?
I am still dragging badly in the mornings - usually don't get up till 11am. but then feel almost normal by 7pm. I make myself go to bed at midnight. But it is hard to tell because I have been resting most of the time. Today will be telling as I have commitments all day from 11am.
The nausea and shortness of breath have been gone. The headaches and dizziness are less frequent. I am still light-headed a lot. I have definitely been sleeping better.
I feel bad this morning - I assume from having to get up early. headache, dizzy, lightheaded, some nausea.
Oh, I forgot to mention that I had been having hypoglycemia, usually every few days, always when I am out and pushing myself to get things done. and even when I had just eaten a good dinner.
I think you said to start taking DHEA again. So I will do that this morning.
My brain is so foggy . . . .
you can call or text my cell (540-454-0630) if there is anything urgent I need to change, otherwise I will check email this evening.
thanks so much

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                          10/29/2014  5:03PM

TO:

CC:
FROM:     HENRY
RE:       (Patient: S. WOLKING) Fatigue, nausea, HAs, APS--needs HC trial

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000540

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

MSG:        Stacey,

I think that the fatigue, nausea, headaches, etc. were all due to cortisol deficiency. We have done the cortisol testing, and it never tells the whole story. We should start a trial of cortisol supplementation to see if it helps--usually one knows within a few days.

Yes, it would reduce your APS antibodies and you could get off the Plavix. It would also help prevent you from getting more autoimmune issues.

Call Carol to set up a phone consult time of 30 mins, to get you started.


Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Wednesday, October 29, 2014 4:07 PM
Subject: Re: update
very interesting. Dr. Stewart thought that my symptoms could be attributed to not enough oxygen getting to the cells due to the clotting issue.
I did have a pretty dramatic (although gradual) improvement in symptoms after going on Plavix. I went from severe and constant symptoms, I was pretty much non-functional for many weeks. My biggest complaints now are excessive fatigue, light-headedness and headaches. I still have occasional dizziness, and shortness of breath but at least I am not nauseated all the time.
But I am so tired; I can easily sleep 11 hrs a day, and then still have to drag myself out of bed.
I am clearly confused and not thinking straight at all. After years of "Lyme symptoms", I can't seem to sort out the cause of all these symptoms, hormonal or otherwise.
I am so tired of feeling bad. Should we test my cortisol levels? start cortisol supplentation? I just want to feel good again!
Are you saying that if we get the cortisol deficiency resolved and APS antibody levels return to normal., I won't have to stay on Plavix??
Stacey

Henry Lindner, MD

Electronic Signature

---

PATIENT MESSAGE                                           10/29/2014   8:14AM

TO:

CC:

FROM:        HENRY
RE:          (Patient: S. WOLKING) Fatigue, HAs, nausea. Dx'd with APS
MSG:         Stacey,

Your symptoms are those of cortisol deficiency. APS doesn't cause those symptoms, with the possible exception of cognitive difficulties and headaches. Mostly APS presents with blood clots or stroke. I'm sure that many people with APS, just like many with other autoimmune diseases, have some degree of cortisol deficiency.

You did have low saliva cortisol at times in the past and low DHEAS. You haven't been telling me about these other symptoms recently--you seemed to be doing better on estradiol, progesterone and testosterone so I didn't think that you were suffering from cortisol deficiency. Low cortisol also causes the immune system to be over-active, and people can make antibodies to tissues or molecules in their own bodies. I don't think that the blood thinner has relieved your symptoms, they probably just got better on their own for a while. It is typical of cortisol deficiency that symptoms can come and go over weeks or months.

Your estradiol is higher than needed for HRT--I suspect again that this is your own production occurring on/off. The progesterone is fine for replacement--it should not be zero as it is in menopause. Testosterone is also fine--the total slightly high, the free testosterone slightly low.

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000541

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

DHEA supplementation can worsen the symptoms of cortisol deficiency because DHEA counteracts cortisol. I would suggest that you stop the DHEA for now. If these symptoms persist we may consider a trial of cortisol supplementation. Cortisol supplementation may also reduce the APS antibody levels to normal.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Tuesday, October 28, 2014 9:13 PM
Subject: update
Dear Dr. Lindner,
Over the last several months, all my symptoms have daily increased in frequency and severity. (shortness of breath, dizzy, severe brain fog, fatigue, roaming pain, light-headed, headaches and nausea)  I felt like I was dying. My doctor ran many tests. Two weeks ago he diagnosed me with Antiphospholipid Antibody Syndrome (APS) and put me on Plavix, sadly, for life.
Thankfully, over the last two weeks on blood thinners, the symptoms are lessening. My doctor is encouraging me to see someone at Yale Medical as they are leading the research in this rare syndrome and he knows very little about the disease; he only knew to test for it from a doctors' Lyme conference. An APS specialist relayed that the symptoms can mimic Lyme and encouraged doctors to test for it if they had patient's that just couldn't get well after Lyme treatments.
Dr. Stewart also ran some hormone labs; I am attaching them. He is concerned that some of them seem high to him. He conceded that he doesn't know as much as you on the subject, so wanted me to forward these results to you. He also expressed concern that the Plavix could affect my hormone levels and the uptake of the bioidenticals.
All of the symptoms and pain that I am experiencing have made it very difficult to determine what is related to hormones and dosing.
Frustratingly, I have been spotting again since last Thursday.
I would appreciate your thoughts on the matter.
thanks

Stacey
? Wolking?

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 10/7/2014   7:36AM |
|---|---|

TO:

CC:

FROM:      HENRY
RE:        (Patient: S. WOLKING) Migraine with lowering E2 dose
MSG:       Stacey,

You are very sensitive to changes in your estradiol levels. I guess this tells us that you should lower estradiol only to 2 lines next time, and stop the progesterone when bleeding starts.

Will the migraine improve if you increase the estradiol dose? You can try by taking 2 lines now to see if it help.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Monday, October 6, 2014 4:30 PM
Subject: help plz
Dr. Lindner,
I started a period on friday night. I have been using 4 lines E so continued that Fri and Sat night since I wasn't sure if it was a real period or just spotting. When it became apparent that it was a period, last night I used 1 line since in the past you had said to stop E, but then said to take just a little to try to

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000542

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

avoid a migraine. Well I woke up with a migraine today and it continues to get worse as the day goes
on.
Is there anything I can do?
thanks

Henry Lindner, MD

Electronic Signature

---

PATIENT MESSAGE                                                                     9/15/2014   2:01PM

TO:

CC:

FROM:      HENRY
RE:        (Patient: S. WOLKING) Hot flashes, aches, fatigue, will ^ E2 strength.
MSG:       PRESCRIBE: estradiol 6mg/0.5ml cream, apply 0.5ml to face nightly, # 60, RF: 2.
           Sent to TCC

           Stacey,

           Maybe your endogenous estrogen production has dropped. If you're not suffering from breast
           fullness/tenderness it may be that you just need more estradiol. I'll send a new prescription for a higher
           strength to the pharmacy--we'll make it 50% stronger--6mg/0.5ml instead of 4mg. 5 lines of that will be
           stronger than 7 lines of the current cream.

           Henry Lindner, MD

           From: Stacey Wolking <kycpa1@gmail.com>
           To: "Henry Lindner, MD" <henry@hormonerestoration.com>
           Sent: Monday, September 15, 2014 1:15 PM
           Subject: question
           I have felt bad for several weeks - bad joint pain, headaches, some hot flashes, so have continued to
           slowly increase estrogen, probably too slowly. I have been at 7 lines for at least a week now. still
           headachy but other symptoms are gone. Should I continue to increase the dose?
           also, I need to refill my estrogen. can the strength be increased? 7 lines is a lot to rub in. or can I rub it
           into more areas?
           thanks
           Stacey

Henry Lindner, MD

Electronic Signature

---

PATIENT MESSAGE                                                                     8/8/2014   7:04AM

TO:

CC:

FROM:      HENRY
RE:        (Patient: S. WOLKING) HAs, aches, hot flashes, ^E2 to 5 lines
MSG:       Stacey,

           Yes, low estrogen can increase achiness in women and of course cause the hot flashes. Maybe your
           levels have dropped quite low with the cessation of this last burst of estrogen production.

           Go ahead and increase the estradiol to 5 lines for now and see if that helps. It will take a few days for
           the estradiol to build up, so stay at 5 lines for at least 5 days to see the effect.

           Henry Lindner, MD

           From: Stacey Wolking <kycpa1@gmail.com>
           To: "Henry Lindner, MD" <henry@hormonerestoration.com>
           Sent: Thursday, August 7, 2014 2:44 PM

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000548

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Subject: Re: Headache
Could the low estrogen explain an increase in fibromyalgia pain? I have had a dramatic increase in pain since around last Wed. For the last week, I have been racking my brain trying to figure out if it is something I ate or something else.
I did the labs as you suggested on Tuesday and took .3 E and then .4 last night. I still have a mild headache and waking up 3-4 times a night with hot flashes. Should I take more?
thanks

Henry Lindner, MD

Electronic Signature

---

| PATIENT MESSAGE | 8/5/2014  6:37AM |
|---|---|

TO:

CC:

FROM:    HENRY

RE:      (Patient: S. WOLKING) Hot flashes, headache, test now then start E2

MSG:     Stacey,

It does seem that you are already low in estrogen. As I mentioned it can come and go--high for a week or two--leading to a period, then can fall very low. I suggest doing the test now and restarting the estradiol after the blood is drawn to see its effects. Add in progesterone a few days later.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Monday, August 4, 2014 11:02 PM
Subject: Re: help please
Got hit hard today/tonight with what I think is a another hormone headache of migraine intensity.
I have had this type of headache in the past usually a day or two after I stopped taking the hormones after starting a period.
And I have been having several hot flashes the last few days, usually in the evenings or at night does that mean I'm low in estrogen?
Stacey

Henry Lindner, MD

Electronic Signature

---

| PATIENT MESSAGE | 7/19/2014  7:58AM |
|---|---|

TO:

CC:

FROM:    HENRY

RE:      (Patient: S. WOLKING) May still have endogenous estradiol at times

MSG:     Stacey,

I forgot that the other wrinkle in your situation is that you may be having endogenous estrogen production at times which could make it impossible for us to eliminate all bleeding as we have no control over your estrogen levels. If you feel fluctuations in your breast tenderness that would be an indicator of fluctuating levels.

If you're making your own estrogen still, then there's no reason to see the GYN about the bleeding.

You can just keep taking the hormones now and see if the bleeding intensifies or stops. As I've said, healthwise it doesn't matter if you continue the hormones or not. We're just starting/stopping them to see how it affects the bleeding/spotting you're getting.

Henry Lindner, MD

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000546

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Friday, July 18, 2014 9:54 PM
Subject: Re: issues
Is there a way for me to tell if it is an actual period and I should stop taking the hormones to let it happen, or it is just spotting and I should keep taking them?
Stacey

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 7/17/2014  10:39PM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:          (Patient: S. WOLKING) Spotting again, should see OB/GYN

MSG:       Stacey,

Carol will call you to set up the F/U appointment when we get the labs.

You should take the dose of estradiol that you need to feel function well and no less. Your tendency to bleed may be due to a polyp in the uterine lining, or a fibroid just under the uterine lining, or a condition of the lining called adenomyosis. I think it would be good to try to get to the bottom of it and possibly get the problem resolved. To do so  you'll need to see an OB/GYN and tell him/her about the problem you're having. An vaginal ultrasound of the uterine lining may reveal what's going on, and he/she may suggest a uterine biopsy or D&C. Just ignore any anti-hormone propaganda unless he/she has some constructive advice about the doses.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Thursday, July 17, 2014 6:49 PM
Subject: issues
Hi Dr. Lindner,
I just had my blood work today. Here is an update so that you can take it into account when you get the results. I also am running low on prescriptions so if possible, I would like to have my phone appointment as soon as you get the results.
For almost a month now, I have been faithfully taking 2 P (1 vaginally at night PLUS 1 orally in am) and have kept my E dose to .3 or .4.
Frustratingly, now I have started spotting again. Don't know if it is helpful info, but It is brown, not red. Should I decrease the E some more? It seems like when I decrease it, I have bad dreams and restless sleep.
to recap:
3/5/14 started period
3/11/14 resumed taking .3 E, and 1 P
(gradually increased E to .4 and then .5  on 3/23)
4/6  started period, resumed E & P on 4/12)
4/25 started period
5/12 started period
5/29 started period
6/16 started spotting
At this point I increased P to 2 at night orally and decreased E to .4 or .3.
6/19 started taking 1 P vaginally at night PLUS 1 orally in am. and decreased E to .3 or .4
6/24 stopped spotting, E is mostly .4
7/15 started spotting AGAIN
thanks for you help and looking forward to hearing from you.

Stacey

---

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

? Wolking?

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | 6/2/2014  11:45AM |
|---|---|

TO:

CC:

FROM:       HENRY

RE:         (Patient: S. WOLKING) Higher estradiol dose

MSG:        PRESCRIBE: estradiol 4mg/0.5ml cream, apply 0.7ml to face nightly, # 60, RF: 2.

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | 5/30/2014  7:32AM |
|---|---|

TO:

CC:

FROM:       HENRY

RE:         (Patient: S. WOLKING) Bleeding, try ^progesterone

MSG:        Stacey,

There is only one sure way to control perimenopausal bleeding, and that's a hysterectomy or uterine ablation. Fortunately, you are very close to menopause and it should stop on its own anytime now.

I still think this bleeding is due to your own production of estrogen coming and going. However, it's possible you have a condition of the uterine lining that will cause you to need much more progesterone than most women to prevent bleeding on HRT.

The formula to prevent bleeding on HRT is more progesterone and less estrogen. To get more progesterone take it twice daily--morning and bedtime. More progesterone counteracts estrogen's stimulatory effect on the uterine lining. Even more potent is to insert the bedtime progesterone dose vaginally.

As far as the estradiol dose, you just have to take the lowest dose that you need to eliminate your low-estrogen symptoms.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Thursday, May 29, 2014 8:14 PM
Subject: help please
ugh. I started another period last night.
this is crazy. This is my 4th period in the last 7+ weeks.
no breast tenderness either.
Please tell me how to make this stop.

Henry Lindner, MD
Electronic Signature

| PATIENT MESSAGE | 5/27/2014  1:45PM |
|---|---|

TO:

CC:

FROM:       HENRY

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000546

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

RE:       (Patient: S. WOLKING) Anxious, irritable post stress, try vE2 to 0.3+0.2ml
MSG:      Stacey,

Indeed, you're suffering the effects of cortisol deficiency due to all that stress. Your body didn't make enough cortisol to compensate. You should recover well with rest and time. In the meantime, you should need less estrogen, and estrogen tends to counteract cortisol. So try lowering the E dose to 0.3+0.2 to start and see if that helps. You can increase it again if/when you feel you need to.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Tuesday, May 27, 2014 1:26 PM
Subject: help please
Hi Dr. Lindner,
Something is just not working and I can't figure out what it is.
I have been taking E.7 in split dose. .4 at night and .3 in morning.
although I am not having hot flashes, I am not sleeping well and am plagued with lots of bad dreams. I also am feeling pretty edgy again. I did just go thru a really stressful time - I felt like my adrenaline ran non-stop for a week and half, while my daughter was very ill and in-and-out of the hospital twice. That included several sleepless nights at the hospital. When it was all over, I  experienced total exhaustion (adrenaline-crash?) and slept a lot for a couple days last week. I am feeling better and life is pretty much back to normal but something is off. I still feel kind of edgy/jittery or something. Is there anything I can do to help my adrenals recover?
thanks
Stacey

                                                                            Henry Lindner, MD

                                                                            Electronic Signature

---

PATIENT MESSAGE                                                                    5/9/2014   6:48AM

TO:

CC:
FROM:     HENRY
RE:       (Patient: S. WOLKING) Low E2 sx, raise dose to 7 lines
MSG:      Stacey,

The estradiol adds to whatever your body makes--it doesn't reduce your own production. It appears you're making a lot less estradiol this time, so increase the dose as needed to see if it will make you feel better without causing a lot of breast tenderness. You can try 0.7ml of the estradiol to start.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Thursday, May 8, 2014 11:58 PM
Subject: Re: help please
I am frustrated and don't know what I am doing wrong.
During bleeding, I tend to get headaches, don't sleep well/ have bad dreams and have night hot flashes. After the most recent bleeding, around April 30th, I resumed taking .4 E and the P vaginally as you suggested. I continued to have these symptoms, usually waking 2x a night with hot flashes, so the next day increased to .5 E.  I continue to be headachy, edgy, not sleep well, have excessive bad dreams and wake several times with hot flashes. It has been over a week and I still feel yucky.
Before I had these last two periods, I always felt great when I was on the E & P.
What has changed?
Also FYI in response to your two possible causes of bleeding. Very definitely, the 4/6 bleeding was preceded by breast tenderness.  The 4/25 bleeding was not.

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000547

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                      4/27/2014   8:51AM

TO:

CC:

FROM:        HENRY
RE:          (Patient: S. WOLKING) Bleeding, heavy cramping--prob. endog. E2
MSG:         Stacey,

There are two possible causes for your bleeding episodes. 1. Your ovaries are still making estrogen from time-to-time. 2. Your ovaries are no longer making estrogen and the bleeding is due to the estradiol-progesterone regimen you're taking.

If 1. is the case, there is nothing we can do to prevent bleeding at times as the ovaries can make very high amounts of estrogen. Sometimes women can tell that this is going on because on the same low estrogen dose they feel an increase in breast tenderness for a while prior to the period. If the only estrogen in your body is what you're applying to your skin, you should feel no changes on the same dose.

Regardless of the cause, a change you could make now would be to insert the progesterone vaginally at bedtime. The tablet will dissolve and produces much stronger effect in the uterus, preventing the thickening of the lining by estrogen. Some women have to take it this way so that they can take the estrogen they need without any bleeding.

Thanks for letting more know about the beneficial changes in your husband. Indeed, a lot of marital strife and misunderstanding can be caused by hormone deficiencies!

I'm sorry indeed that I can't help everyone who needs it. Most adults need hormone replacement and aren't getting it from the medical system, and I am just one doctor. It is a shame. I'm working on a book that will clarify all the issues from doctors and hopefully will start to change their practices. All I can say is that they can check the website periodically to see if the message changes.

Henry Lindner, MD

It tends to indicate that you are still having spurts of estrogen production--because with EP regimen you're using, you should get, at the worst, just mild spotting/bleeding, not heavy cramps and heavy bleeding.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Saturday, April 26, 2014 3:15 PM
Subject: Re: help please - correction
Not sure how important or helpful this is, but I forget to mention one thing, the period I just had on April 6 was accompanied by some pretty severe cramps for a good 5 days. I hadn't had cramps like that in years. It also started off very slow - like very little for two days. so much so that I started wondering if I shouldn't have stopped taking the E & P. But then it kicked in to a regular cycle. Does that mean anything?

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Saturday, April 26, 2014 11:16 AM
Subject: help please
Dear Dr. Lindner,
I started bleeding again last night (4/25).
I just had a period on 4/6 that lasted thru 4/12.

---

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000548

## WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)
## FORMAL HEALTH RECORD

Last night I only took .1 Estradiol, but then had several hot flashes in the night. Whenever I reduce the dose I don't sleep well and have hot flashes. I also woke up with a headache.
I had several dull headache days during the last bleeding a few weeks ago that went away as soon as I started taking the E & P again.
I am so frustrated with this bleeding and all the symptoms that come with it.
Also, since you probably only hear complaints, I want to tell you the good stuff too!
You have done a miracle for Daryl; he is a different person!
I just can't tell you how wonderful it is that he is not so edgy all the time. His mood has lightened and he is so much more playful and easy - and of course, I am absolutely loving being chased, we are having so much fun - it has healed many years of hurts.
I have longed for this for 30 years!
I can't thank you enough for saving our marriage.
Which is why I am so disappointed that you had to turn away our two friends, whose marriages are struggling as much as ours was and I am fairly certain they are hormonal issues too. Will you be taking new patients anytime soon?
with much gratitude
Stacey

Henry Lindner, MD

Electronic Signature

---

| PATIENT MESSAGE | 3/5/2014  12:24PM |
|---|---|

TO:

CC:

FROM:     HENRY

RE:       (Patient: S. WOLKING) Breast tenderness, can stop E2 for now

MSG:      Stacey,

The increasing breast tenderness is due to your own production of estrogen returning for now--we can never say when, how much or for how long you'll make estradiol. You can just stop the estradiol for now. This kind of breast tenderness if often followed by a period. So when any bleeding begins stop the progesterone too so the bleeding runs its course faster. Restart the estradiol and progesterone when you feel your estradiol levels are low again--with hot flashes, vaginal dryness, stc.

The nosebleeds must be related to dry indoor air--it's been a particularly cold winter and so houses are generally dryer than they have been in years.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Wednesday, March 5, 2014 9:19 AM
Subject: question
Hi Dr. Lindner,
Last Friday I had breast tenderness so reduced my estradiol to 4 lines. I did 4 lines for 4 nights. I wasn't sure how long I needed to give it before reducing the dose again but the tenderness continued to increase and last night was downright painful so I decreased it again to 3 lines.
Have no idea if it is related, but I have also been experiencing a lot of nosebleeds. The first one was on 2/5 and I have had at least 3  spontaneous bleeds since then, in addition to every time I blow my nose. This is highly unusual; before that I have never really had a nosebleed.
My mood seems fine. Not having hot flashes (thank you!!). No bleeding. No headaches.
No trouble falling asleep but sleep continues to be not restful with lots of bizarre dreams.
Worried that reducing the dose will make all those symptoms come back.
thanks for your help

Stacey
Wolking

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000549

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                      12/27/2013  12:43PM

TO:

CC:

FROM:       HENRY

RE:         (Patient: S. WOLKING) Bleeding, will stop P, lower E to 0.1ml, then^to 0.3

MSG:        Stacey,

The headache was probably related to the fast withdrawal from estrogen--you have a special sensitivity
there. I would recommend that you stop the progesterone for the bleeding now, but lower the estradiol
to 1 line--do not stop it completely.

When the bleeding has stopped increase the estradiol cream to 3 lines to the face at bedtime, along
with the progesterone. Hopefully that lower estradiol dose will be just right for you--enough to help with
all the symptoms but not enough to promote any build-up of the vaginal lining or bleeding.

A few women will have a tendency to bleed even on low estrogen doses that they need, and in those
situations I change the progesterone to vaginally delivery at bedtime.

The DHEA and testosterone don't affect bleeding at all and you can continue them.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Friday, December 27, 2013 12:30 PM
Subject: help please
Ugh. Yesterday, 12/26,  I started bleeding AGAIN. It's been only 024 days. The last one was on 12/3
and lasted till 12/10.
FYI, we were travelling so I began the testosterone cream on 12/23. Could this cause bleeding?
I stopped taking the E, P and T last night. Do I also stop the morning DHEA?
I am very concerned that I will have another migraine like I did the last two times I stopped the
hormones for bleeding. Is there anything I can do to prevent that? I have a lot going on over the next
few days.
Stacey

Henry Lindner, MD
Electronic Signature

---

PATIENT MESSAGE                                                      11/27/2013  4:58PM

TO:

CC:

FROM:       HENRY

RE:         (Patient: S. WOLKING) No hot flashes, but HA on higher E2, try to lower.

MSG:        Stacey,

More estrogen can counteract both thyroid and cortisol--maybe that's why you have the headache.

You can see if a bit less estradiol will still work--maybe lowering it by one line to start. We'll see what the
labs tell us soon.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000550

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Sent: Wednesday, November 27, 2013 4:43 PM
Subject: Re: Fwd: Dr. Lindner, fyi
Dr. Lindner,
thank you! the hot flashes were completely gone after just a few nights of the increased dose.
However, I have had a constant low grade headache (in the temple and eye area) since around last
Thursday. Again, this is unusual, as I rarely have headaches.
FYI, I had my testing at Lab Corp on Monday.
Have a lovely Thanksgiving.

Henry Lindner, MD

Electronic Signature

---

| PATIENT MESSAGE | 11/20/2013  5:52PM |
|---|---|

TO:

CC:

FROM:    HENRY

RE:    (Patient: S. WOLKING) Improved on higher E2 dose

MSG:    PRESCRIBE: estradiol 4mg/0.5ml cream, apply 0.5ml to face nightly, # 30, RF: 2.
Sent to TCC

Stacey,

Certainly it can help right away with the hot flashes. Hopefully you'll see them disappear completely in a
week or two. If not we'll need too increase the strength or amount some more.

I'll update the script to 5 lines nightly. Rub it well into the face for best absorption. If you call them
tomorrow AM they'll have it to you on Friday.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Wednesday, November 20, 2013 4:21 PM
Subject: Re: Fwd: Dr. Lindner, fyi
thanks.
Is it possible that only one increased dose could help? I only had 2 hot flashes last night and they were
significantly less intense.
should I refill my Estradiol and Prog or wait for the testing?  How quickly do you get the saliva and blood
results back?
 (my husband is wondering if you got his test results from last week yet?)
you said to test after 3 weeks - that would be Monday
Now that I'm taking .5ml, I only have 6 days left of the cream. I have 13 days of the prog sublinguals left.
I don't know how long it will take to have it mailed to me from up there also
Stacey Wolking

Henry Lindner, MD

Electronic Signature

---

| PATIENT MESSAGE | 11/19/2013  5:30PM |
|---|---|

TO:

CC:

FROM:    HENRY

RE:    (Patient: S. WOLKING) Hot flashes, should ^E2 to 5 lines

MSG:    Stacey,

No need to wait until testing. The most likely problem is your not getting as much estradiol as you were.
So increase the estradiol cream to 0.5ml (5 lines) tonight and let me know if that helps in a few nights.

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000551

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Tuesday, November 19, 2013 4:40 PM
Subject: Fwd: Dr. Lindner, fyi
Dr. Lindner,
My hot flashes, particularly at night, have steadily increased over the last couple of weeks. They are
quite intense, require throwing off all covers and waking me up at least 3 to 4 times each night.
As I still have a lot of shoulder and neck pain from frozen shoulder and rotator cuff surgery, this added
waking is quite troubling.
Is there anything that can be done, or do I need to still wait the 3 weeks to get my testing done?
I saw you on 11/1, but since I was having a period, I stopped the hormone troches I was taking and then
started your prescribed Est cream and Prog sublingual protocol on 11/4. I have not missed any doses.
thanks
Stacey Wolking

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | 11/4/2013  12:30PM |
|---|---|

TO:

CC:

FROM:      HENRY

RE:        (Patient: S. WOLKING) Migraine off Eand P. Will restart now.

MSG:       Stacy,

Migraines that come with estrogen-progesterone ups/downs are often related to other hormone
deficiencies too.

Sure, you can take the estradiol and progesterone now--no need to wait until bedtime. You could take
another dose of each at bedtime too, then take them together nightly after that.

Henry Lindner, MD

From: Stacey Wolking <kycpa1@gmail.com>
To: "Henry Lindner, MD" <henry@hormonerestoration.com>
Sent: Monday, November 4, 2013 12:09 PM
Subject: urgent question
Dr. Lindner,
Thanks for seeing me on Friday.
As you instructed, I stopped taking my hormones on Friday, until my period stopped.
My period/spotting started on Wed, was very light flow and was brown and even blackish in color.
However on Sat and Sun it increased in flow and became red like a normal period.
Yesterday, Sunday, I got a  headache that became more severe as the day continued. By evening it
was migraine intensity. It continues today. I believe this is a hormone headache; it seems just like the
ones I used to get monthly with my regular periods. I rarely get any other kind of headaches. I have not
taken a pain reliever as it never seemed to help me in the past.
My period has pretty much stopped today however the bad headache continues. In the hopes of getting
some relief, can I go ahead and take the subl Prog and Est cream that you prescribed or must I wait till
bedtime?
thanks
Stacey Wolking

Henry Lindner, MD
Electronic Signature

---

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

WOLKING-LINDNER 000552

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

**LAB HISTORY**

| NAME | VALUE | NORMAL | UNITS | Flag | Status | Performed By |
|------|-------|--------|-------|------|--------|--------------|

**RECORD RELEASE HISTORY**

STACEY WOLKING (1/16/2023 6:34:00 PM)
Kline & Specter, PC (1/17/2023 10:00:15 AM)
 (1/17/2023 10:05:57 AM)

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

WOLKING-LINDNER 000558