# EXHIBIT I

42

1     A     No.
2     Q     What information does it include?
3     A     Her patient information, so it would
4  be her, you know, name, address, phone number,
5  birthday.  It would have a list of what was
6  filled for her, not similar, you know, to the
7  history report, but it was a little more like
8  when something was last filled, when it
9  expires, when, you know, who filled it last.
10 Again, it's just more of a system, you know,
11 when we look up a patient to even fill any
12 prescription for a patient, their patient
13 history or their patient profile comes up.
14 We're generally picking from the patient
15 profile to fill something on a refill or
16 adding it to the patient profile if it's a new
17 prescription.  So it's something that pretty
18 much every patient that we deal with on a
19 daily basis is kind of the background or like
20 the initial screen that comes up.
21    Q     Does Stacey's profile have any
22 comments by any Tunkhannock Compounding Center
23 pharmacist?
24    A     No, because we would have looked

43

1  into that for this case.  No.
2     Q     The Prospective Drug Review
3  Statute -- I'm going to stop sharing screen,
4  I'm going to take down Exhibit 2 -- the
5  Prospective Drug Review Statute also talks
6  about patient counseling.  Can you explain how
7  patient counseling is done for Tunkhannock
8  Compounding Center patients that are not
9  coming to the pharmacy physically and that are
10 receiving their drugs through the mail?
11        MS. KEESLER:  Objection to
12    form.
13    A     Sure.  Any time someone calls in,
14 they must be offered counseling on a
15 prescription.  And so what I do is, if I'm
16 talking with a patient, I say, "Do you have
17 any questions?"  That's basically it.  And so
18 more often than not they say no.  Sometimes
19 I'll write in there if I did actually talk to
20 them about something, because sometimes,
21 especially if it's a new patient, mostly on
22 hormone replacement therapy because that's
23 more of what I know more about, I will just go
24 ahead and explain some things anyway.  That's

44

1  how I like to do it.  But, again, that's more
2  for hormone replacement therapy, not this
3  case.  But if I spoke with anyone, whether it
4  was Stacey or maybe her husband, I don't know
5  who called in for prescriptions, we would have
6  said, "Do you have any questions?"
7     Q     Is the patient counseling always
8  done over the phone for the mail order
9  patients?
10    A     Yes.
11    Q     In other words, there's no written
12 patient counseling for these patients?
13    A     No.
14        MS. KEESLER:  Objection to
15    form.
16 BY MR. LAMB:
17    Q     Does Tunkhannock Compounding Center
18 have any standard operating procedure related
19 to the counseling of patients?
20        MS. KEESLER:  Objection to
21    form.
22    A     I don't believe so, but I would have
23 to double check.
24    Q     Do Tunkhannock Compounding Center

45

1  pharmacists make an offer of counseling every
2  time they dispense a prescription?
3     A     Yes.
4     Q     Does Tunkhannock Compounding Center
5  record a patient's response to the offer of
6  counseling?
7     A     I do not for patients that we're
8  mailing for, and I don't know if our system
9  allows, like has an option for that.
10    Q     Okay.  I think you mentioned a few
11 minutes ago that sometimes you write down
12 something about the counseling conversation
13 with the patient.  Did I hear that correctly?
14    A     If I give it and write it in a
15 patient note, sometimes I do that.  It's more
16 for, I would say like an example would be, we,
17 you know, the patient picked to use maybe
18 syringes for their cream but they would like
19 to maybe try a clicker device next time, I
20 would say "Check with patient to see if they
21 would rather a clicker device" or "See how the
22 syringes are going."  That's more kind of like
23 a courtesy for a patient that we're kind of
24 checking in on them again to see how

Courtney Young, Pharma.D - April 03, 2024

46

1  everything was going.  That would be more of
2  the instance that I would write them.
3       Q    Where would you actually write that?
4       A    It would go in a patient note.
5       Q    Is that part of the same EkSoftware
6  that you talked about?
7       A    Yes.
8       Q    Did you search to see if there were
9  any patient notes for Stacey Wolking?
10      A    Yes, I would have.  There were none.
11      Q    Did you offer Stacey Wolking
12  counseling for each of the four prescriptions
13  we talked about earlier?
14           MS. KEESLER:  Objection to
15      form.
16      A    I filled one of her prescriptions,
17  so I would have offered counseling on that
18  one.  And I believe Brian does the same.  But
19  I can't really speak to his process, but he
20  knows that a pharmacist must offer counseling
21  for every prescription, so I'm pretty certain
22  that he does that as well.
23      Q    Okay.  What happened when you
24  offered counseling for the prescription that

47

1  you filled?
2           MS. KEESLER:  Objection to
3      form.
4      A    I don't remember.
5      Q    Are you aware of the requirement
6  that the pharmacist shall document the refusal
7  of a patient or caregiver to accept
8  counseling?
9           MS. KEESLER:  Objection to
10     form.
11     A    I know that when patients come in,
12  it's documented on the screen.
13     Q    Does --
14     A    But that that would be like a
15  refusal or exception of counseling.
16     Q    Does Tunkhannock Compounding Center
17  have any record showing that Stacey Wolking
18  ever refused to accept counseling?
19     A    I don't think so.
20     Q    I'm going to ask you some questions
21  about reference materials.  In August of 2022
22  were there any physical books in the
23  Tunkhannock Compounding Center that a
24  pharmacist could use to check dosage

48

1  information for a drug?
2      A    Yes.
3      Q    What were those books?
4      A    I have them here.  I would have to
5  get a list for you.  I don't know off the top
6  of my head because we don't use them often --
7      Q    Did you --
8      A    -- for what we fill.
9      Q    Does Tunkhannock Compounding Center
10  maintain access to any websites that have drug
11  dosing information?
12           MS. KEESLER:  Objection to
13      form.
14      A    We do not have -- we do not pay for
15  services for like MicroMedex or Clinical
16  Pharmacology or anything like those.
17      Q    What's the reason for that?
18           MS. KEESLER:  Objection to
19      form.
20      A    Number one would be expense.  And
21  number two is that 99% of what we do is not
22  really included in those, including veterinary
23  things.  And then also again most of what we
24  do is hormone replacement therapy and the

49

1  information out there is pretty limited on
2  that.  So it wouldn't be beneficial for us to
3  pay the big expense for something we would
4  rarely use.
5      Q    Do Tunkhannock Compounding Center
6  pharmacists ever consult recommendations by
7  the Centers for Disease Control and Prevention
8  with respect to drug dosages?
9      A    I would say I personally have.  But,
10  again, not for the vast majority of what we
11  fill prescriptions for.
12      Q    Did you ever consult the CDC
13  recommendation concerning babesiosis?
14           MS. KEESLER:  Objection to
15      form.
16      A    Not that I can remember.
17      Q    Does Tunkhannock Compounding Center
18  have any standard operating procedure
19  concerning where a pharmacist should look for
20  information about drug dosing?
21           MS. KEESLER:  Objection to
22      form.
23      A    Not that I'm aware of, but I would
24  have to double check.

**74**

1    Q    And when you researched babesiosis,
2  did you look up anything about the parasite
3  known as B-odocoilei?
4    **A    A little bit, yes.  I know that they**
5  **test for it when we send out ticks to be**
6  **tested, or it's an option to be tested for.**
7  **And that's more of a personal experience.**
8    Q    Did you conduct that research before
9  October of 2022?
10   **A    Yes.**
11   Q    In your conversations with
12  Dr. Lindner about babesiosis, did you ever
13  discuss any feedback or comments that he had
14  gotten from other physicians about his
15  understanding of the disease?
16        MS. DeNAPLES:  Object to form.
17        MS. KEESLER:  Join.
18   **A    No.**
19   Q    Did he ever discuss with you the
20  issue of testing for babesiosis?
21        MS. DeNAPLES:  Object to form.
22   **A    Not that I can remember.  Possibly.**
23  **And I could have brought it up as well,**
24  **because we have had, you know, my family has**

**75**

1  **had multiple tests done for many different**
2  **tick-borne illnesses.**
3    Q    In these conversations with
4  Dr. Lindner about babesiosis did he ever say
5  anything to you about risk factors of his
6  treatment for babesiosis?
7        MS. DeNAPLES:  Object to form.
8        MS. KEESLER:  Join.
9    **A    Not that I can specifically**
10  **remember.  No.**
11   Q    Did he ever mention anything about
12  any of his patients experiencing depression
13  and suicidality?
14        MS. DeNAPLES:  Object to form.
15        MS. KEESLER:  Object to form.
16   **A    No.**
17   Q    Did he ever mention to you that any
18  of his babesiosis patients were hospitalized
19  during his treatment of them?
20        MS. DeNAPLES:  Object to form.
21        MS. KEESLER:  Join.
22   **A    No.**
23   Q    Did he ever mention to you that any
24  of his babesiosis patients had died?

**76**

1        MS. DeNAPLES:  Object to form.
2        MS. KEESLER:  Join.
3    **A    No.**
4    Q    By October of 2022 was Tunkhannock
5  Compounding Center aware that any of
6  Dr. Lindner's babesiosis patients had been
7  hospitalized?
8        MS. DeNAPLES:  Object to form.
9        MS. KEESLER:  Object to form
10   and also concerning HIPAA privilege.
11        MR. LAMB:  Right.
12  BY MR. LAMB:
13   Q    I'm not asking you to divulge
14  anyone's identity and just to specify the
15  hospitalization.  I just mean hospitalized
16  during his treatment of them for babesiosis,
17  was Tunkhannock Compounding Center aware in
18  October of 2022 that any of his babesiosis
19  patients had been hospitalized during his
20  treatment of them?
21   **A    No.**
22   Q    Did anyone at Tunkhannock
23  Compounding Center have a relationship with
24  Valerie Lindner that was not a

**77**

1  pharmacist/patient relationship and was the
2  personal relationship?
3        MS. KEESLER:  Objection.
4    Outside the scope of the 30(b)(6)
5    deposition notice.
6        You can answer.
7        **THE WITNESS:  I'm sorry, should**
8  **I answer the question?**
9        MS. KEESLER:  You can answer.
10        **THE WITNESS:  Okay.**
11   **A    No.**
12   Q    Does Tunkhannock Compounding Center
13  have a video surveillance system of any kind?
14   **A    No.**
15   Q    And did it have one in 2022?
16   **A    No.**
17   Q    With respect to email
18  communications, does Tunkhannock Compounding
19  Center possess any email communication
20  involving Dr. Lindner and the issue of
21  corticosteroid dosage and safety?
22   **A    No.**
23   Q    Now, between Tunkhannock Compounding
24  Center employees, whether the communication