```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
 2

 3

 4

 5
    STACEY WOLKING and DARYL    : CIVIL ACTION
 6  WOLKING, H/W,               : 3:23-CV-00806-JFS
                     Plaintiffs :
 7                              :
               vs.              :
 8                              :
    HENRY LINDNER, M.D. and     :
 9  YOUNGS APOTHECARY, INC.,    :
    d/b/a TUNKHANNOCK           :
10  COMPOUNDING CENTER,         :
                     Defendants :
11

12

13

14        VIDEOTAPED DEPOSITION OF DARYL WOLKING

15

16

17              Taken remotely via Zoom on Tuesday,

18  January 9, 2024, commencing at 10:30 a.m. before

19  Christine L. Pelanne, Registered Professional

20  Reporter, and Patrick Devine, Videographer.

21

22                       * * *
23            DEVINE DEPOSITIONS
              573 INDIAN RUN DRIVE
24     HUMMELSTOWN, PENNSYLVANIA  17036
                (717) 612-2403
25
```

```
 1    APPEARANCES:

 2

 3            KLINE & SPECTER
              By:  CONOR LAMB, ESQ.
              1525 Locust Street, 19th Floor
 4            Philadelphia, PA  19102
              215-772-1000
 5            Conor.lamb@klinespecter.com
               -- For the Plaintiffs
 6

 7            CIPRIANI & WERNER
              By:  AMY A. SHWED, ESQ.
 8            415 Wyoming Avenue
              Scranton, PA  18503
 9            570-347-0600
              Ashwed@c-wlaw.com
10             -- For Henry Lindner, M.D.

11

12            McCORMICK & PRIORE
              By:  SUSAN KEESLER, ESQ.
                   CONRAD BENEDETTO, ESQ.
13            2001 Market Street, Suite 3810
              Philadelphia, PA  19103
14            215-972-0161
              Skeesler@mccormickpriore.com
15             -- For Youngs Apothecary, Inc., d/b/a
                  Tunkhannock Compounding Center
16

17

18

19

20

21

22

23

24

25
```

```
 1                    INDEX TO WITNESSES

 2
     WITNESS                              PAGE
 3

 4   DARYL WOLKING

 5
        By Ms. Shwed                      4, 136
 6
        By Ms. Keesler                    104
 7
        By Mr. Lamb                       129
 8

 9

10

11                   INDEX TO EXHIBITS

12                                        PAGE
     EXHIBIT           DESCRIPTION        MARKED
13

14   Defense 1    Consent for the Treatment   31
                  of Chronic Babesiosis
15                LINDNER 000004

16

17

18

19

20

21

22

23

24

25
```

Page 4

1　　　　THE VIDEOGRAPHER:  Good morning.  The
2　date today is January 9th, 2024, and the time is 10:30
3　a.m.  This is the videotape deposition of Daryl
4　Wolking taken in the matter of Stacey Wolking v. Henry
5　Lindner, M.D., et al.  This deposition is being held
6　remotely via Zoom.
7　　　　My name is Patrick Devine, and I'm
8　the videographer.  I'm with Devine Depositions.  The
9　court reporter is Christine L. Pelanne.
10　　　　At this time will counsel please
11　state their appearances for the record, after which
12　the court reporter may swear in the deponent.
13　　　　MR. LAMB:  Conor Lamb for the
14　plaintiff, Daryl Wolking.
15　　　　MS. SHWED:  Amy Shwed for Dr. Henry
16　Lindner.
17　　　　MS. KEESLER:  Susan Keesler on behalf
18　of Youngs Apothecary, Inc.
19　　　　　　　* * *
20　　　　DARYL WOLKING, having been duly
21　sworn, was examined and testified as follows:
22　　　　EXAMINATION
23　BY MS. SHWED:
24　Q.　　　Hi again, Mr. Wolking.  My name is Amy
25　Shwed.  Let me just officially introduce myself to

Page 5

1　you.  I represent Dr. Lindner in the lawsuit that has
2　been filed against him and some other defendants by
3　your wife and you.
4　　　　We're here this morning to take your
5　deposition.  Have you ever given a deposition before?
6　A.　　　Yes.
7　Q.　　　Okay.  There are some ground rules.  I'm
8　just going to go over some of them with you.  You
9　know, it becomes a little more challenging when we're
10　using the Zoom technology for a deposition.  If for
11　some reason -- yesterday we experienced a couple of
12　times where the internet wasn't working right, and so
13　your wife froze up from time to time.  So if that
14　happens or if I freeze up and I don't know, just let
15　me know, and we'll figure out what's going on with the
16　technology.  Okay?
17　A.　　　Okay.
18　Q.　　　If for some reason you don't hear a
19　question for whatever reason, just let me know and
20　I'll repeat it so that we make sure that the record
21　that we're creating today is clear.  Okay?
22　A.　　　Okay.
23　Q.　　　One of the other things, and you're already
24　doing it, is just to try to let me finish my question
25　before you begin you answer, because the court

Page 6

1　reporter can only take down one of us talking at the
2　same time.  All right?
3　A.　　　Okay.
4　Q.　　　If -- if for some reason you need to take a
5　break, stretch your legs, comfort break, please just
6　let me know.  The only caveat is if there is a
7　question pending, I would ask that you answer it first
8　before we take the break.  Okay?
9　A.　　　Okay.
10　Q.　　　Is there anyone in the room with you today
11　other than yourself?
12　A.　　　No.
13　Q.　　　Okay.  And you, of course, are represented
14　by counsel, Attorney Lamb; is that correct?
15　A.　　　Yes.
16　Q.　　　Okay.  So I just want to ask you a little
17　bit about, what, if anything, did you do to prepare
18　for the deposition today.  Do you have any notes?  Did
19　you review any medical records, anything like that?
20　A.　　　I reviewed e-mails, and --
21　Q.　　　And are they the -- oh, I'm sorry, there I
22　cut you off first question.  Go ahead.
23　A.　　　Basically that was it.  I reviewed the
24　e-mails and just tried to recollect my own -- get my
25　own thoughts down.

Page 7

1　Q.　　　Okay.  And the e-mails that you're
2　referring to, I know during the course of the
3　litigation a lot of paperwork has been exchanged back
4　and forth, and there are a number of e-mails that I
5　have between yourself and Dr. Lindner where you were
6　communicating regarding your wife's care.  Is that the
7　e-mails you're talking?
8　A.　　　Yes.
9　Q.　　　Okay.  Did you speak to your wife about her
10　deposition at all?  We had it yesterday.
11　A.　　　No.
12　Q.　　　I just want to learn some background
13　information about you individually, Mr. Wolking.  Can
14　you tell me what your date of birth is?
15　A.　　　May 12th, 1956.
16　Q.　　　Okay.  And what is it that you do for a
17　living?
18　A.　　　I am the vice-president of finance and
19　administration at Patrick Henry College.
20　Q.　　　And how long have you held that position?
21　A.　　　Almost 19 years.
22　Q.　　　Okay.  So that would have been the position
23　that you had when Dr. Lindner was providing care to
24　your wife; is that correct?
25　A.　　　Yes.

Page 8

Q.     And during the time when Dr. Lindner was
treating your wife for the babesiosis, it looks like
the records had started, if my memory is correct,
summer of 2020, continuing -- I'm sorry, summer of
2021, continuing until her hospitalization in October
of 2022, when you -- in that -- were you working from
home, or were you required to go to work, do you
recall?

A.     Can you clarify that?  I mean, are you
looking for a reason?

Q.     No.  No.  I guess I'm trying to figure out,
you know, during that time frame of COVID a lot of us
had a mixture of how we went to work, and even until
today sometimes it changes.

       So in the times when Dr. Lindner was
treating your wife for babesiosis, what was your
schedule like?  Would you go -- physically go into the
school or would you -- how would that work?

A.     The campus was open.  We were expected to
come into the office.  If -- if one was sick,
naturally they would stay out until they got better.

Q.     Okay.  And what were your typical hours
that you would be in the office during the time frame
that's at issue here in the litigation?

A.     Once again, I'm -- what time frame are you

Page 9

talking about?

Q.     The time that would be from the time that
Dr. Lindner was treating your wife for babesiosis
before her hospitalization.

A.     Okay.  Well, before her hospitalization,
during that time frame of summer of '22, I was in the
office when I could, but I was mainly at home working
remotely taking care of her.

Q.     I asked your wife, and I -- but she was --
she thought you did have health insurance during the
time that she was treating with Dr. Lindner.  Is that
your recollection of it?

A.     Yes.

Q.     Do you remember who your health insurance
carrier was?

A.     At the college we have a self-insured plan.
So we -- we basically are the insurance company.  We
have a third-party administrator.

Q.     Okay.  What's the name of the third-party
administrator?

A.     SISCO.

Q.     Okay.  That's what she said, too.

A.     Okay.

Q.     And again, most of the time that I'm asking
you these background questions, I'm really just

Page 10

focusing on the time that Dr. Lindner was treating
your wife for babesiosis.  Okay?

A.     Okay.

Q.     In that time frame, did your health
insurance include prescription coverage?

A.     Yes.

Q.     Okay.  And so was it still the same
insurance company or was it a different company?  Some
people have different plans.

A.     It was the same one.

Q.     Okay.  In the time that Dr. Lindner was
treating your wife for babesiosis, do you know who
your wife's primary care doctor or general
practitioner was?

A.     Yes.

Q.     Who was it?

A.     Him.  It was Dr. Lindner.

Q.     Oh, did you consider Dr. Lindner her
primary care doctor?

A.     During that time frame, yes.

Q.     To your knowledge, was she seeing any
physicians in Virginia for anything?

A.     Not that I recall.

Q.     Did you have an understanding of what your
wife's chronic conditions were in the time frame that

Page 11

she was being treated by Dr. Lindner for babesiosis?

A.     Yes.

Q.     And what was your understanding of those
chronic conditions?

A.     I witnessed them, but I'm not sure what you
mean by understanding of them.

Q.     Well, I'm -- I always say your
understanding, because I don't want you to think that
I'm asking for a medical opinion.  But if -- if I
asked you to describe the chronic conditions you
witnessed your wife having in that time period, how
would you describe them?

       MR. LAMB:  I'm just going to object
to form before he answers, but, Daryl, you can answer.

A.     Okay.  They were -- they became pretty
severe during the treatment.

Q.     And when you say they, can you just give me
an under -- can you be more specific?

A.     Like with the -- right.  She was in a lot
of pain.  She had trouble sleeping.  She would have
headaches.  Her -- I forget what they call it, but
when her leg vibrates, neuropathy or something like
that.

Q.     Okay.

A.     She had night sweats.  And basically she

Page 12

1  became pretty incapacitated.
2  Q.      And of those -- those conditions that you
3  just described for me, did your wife have -- suffer
4  from any of them before she even began treating with
5  Dr. Lindner for babesiosis?
6  A.      Yes, I think she did.
7  Q.      Okay.  And can you list the ones that you
8  recall her having before she ever started treating
9  with Dr. Lindner?
10  A.      A lot of those symptoms that I just
11  described was the reason she went or started treatment
12  with Dr. Lindner.
13  Q.      Okay.  So am I correct in believing that
14  the ones that you just listed for me as chronic
15  conditions when she was treating with Dr. Lindner are
16  the same ones that you saw before she met and started
17  treating with Dr. Lindner?
18          MR. LAMB:  Objection to form.  You
19  can answer, Daryl.
20  A.      Yes.
21  Q.      Okay.  And the entire time that your wife
22  treated with Dr. Lindner, did you notice, just from
23  living with her and seeing her every day, any
24  improvement in any of those conditions?
25  A.      I'm sorry, during what time frame?

Page 13

1  Q.      The time she was treating with Dr. Lindner
2  for babesiosis.
3  A.      When she -- when she was being treated
4  during --
5  Q.      Yes.
6  A.      Summer into fall of '22 did I see any
7  improvements?  No.
8  Q.      I know from looking at the records, and
9  just correct me if I'm wrong, but it seemed like for
10  some of the prescriptions from Dr. Lindner you were
11  paying out of pocket for them.  Is that accurate?
12  A.      I don't remember --
13  Q.      Okay.
14  A.      -- that to be the case.
15  Q.      Were there any -- to your recollection,
16  were there any of the medications that Dr. Lindner
17  prescribed for the babesiosis covered under your
18  insurance?
19  A.      I really don't remember.
20  Q.      Okay.  Do you have a recollection of
21  whether any of the medication that you were receiving
22  from, I call it Tunkhannock Pharmacy, were covered by
23  any kind of insurance?
24  A.      I don't recall.
25  Q.      Okay.  How about as far as Dr. Lindner's,

Page 14

1  I'll call them visits, my understanding is that there
2  were a lot of back and forth e-mail, I'll call them
3  consultations, were they paid for out of pocket or
4  covered by insurance?  Do you know?
5  A.      The prescriptions that he prescribed?
6  Q.      No.  When you would do like what I -- I'm
7  thinking of is an office visit, where there was the
8  exchange of information with the e-mails.
9  A.      You mean his time that he billed us for the
10  visit?
11  Q.      Yes.
12  A.      I don't recall specifically.
13  Q.      Can you just briefly walk me through your
14  educational background starting with high school,
15  please, Mr. Wolking?
16  A.      Yes.  Graduated from high school.
17  Graduated from college with a degree in accounting and
18  passed the CPA exam in 1983.
19  Q.      Okay.  What year did you graduate college,
20  do you recall?
21  A.      I think 1980.
22  Q.      And after becoming a CPA, have you had any
23  formal education or certifications after that?
24  A.      No.
25  Q.      I'm sorry, did you say no?

Page 15

1  A.      No.
2  Q.      So tell me, how did you -- where did you
3  meet your wife?
4  A.      At a CPA firm in Cincinnati.
5  Q.      Okay.  And do you recall approximately what
6  year that was?
7  A.      1981.
8  Q.      Okay.  And when did you marry?
9  A.      1983.
10  Q.      And is this the first and only marriage for
11  both you and your wife?
12  A.      Yes.
13  Q.      And your wife told me you have children.
14  Remind me, how many children do you have?
15  A.      Four.
16  Q.      Can you just name them and just give me
17  their age approximately?
18  A.      The oldest is Matthew, 37; Ryan, 35; Abby,
19  33; and Holly just turned 29.
20  Q.      Okay.  And where does Matthew live?
21  A.      Tennessee.
22  Q.      And how about Brian?
23  A.      I'm sorry, did you say Ryan or Brian?
24  Q.      Brian.
25  A.      It's Ryan.

Page 16

1 Q.      Okay.  How about Ryan?
2 A.      He lives in New Mexico.
3 Q.      Abby?
4 A.      Here in -- here in -- here in Virginia.
5 Q.      Okay.  And Holly?
6 A.      Going to be living in Chesapeake.
7 Q.      Okay.  And she -- but does she live in
8 Virginia today?
9 A.      Yeah, she's been staying with us and
10 transitioning from California.
11 Q.      Okay.  And were any of your children
12 involved in any way with Dr. Lindner, to your
13 knowledge, as far as addressing your wife's care?
14 A.      No.  No.
15 Q.      Do any of your children have any kind of
16 experience, medical degrees or work for hospitals,
17 anything like that?
18 A.      No.
19 Q.      And we talked at the beginning of the
20 deposition, I know I saw the e-mails exchanged between
21 you and Dr. Lindner from time to time.  Were -- in
22 addition to the e-mails with Dr. Lindner, do you
23 recall having any kind of telephone conversations with
24 him about your wife?
25 A.      Yes.

Page 17

1 Q.      Okay.  On how many occasions, if you can
2 estimate for me?
3 A.      There was one I remember.
4 Q.      Okay.  And when do you -- are you able to
5 identify where -- like, was it before the
6 hospitalization of your wife, during the
7 hospitalization, after the hospitalization?
8 A.      It was one before the hospitalization.
9 Q.      Okay.  And can you tell me what you recall
10 about that conversation today?
11 A.      We, as you know, had had a lot of e-mails
12 going back and forth.  And we set up a time to discuss
13 with him.  And during that phone call he persuaded us
14 to continue treatment.  He had described that this was
15 the only way forward to try to treat the Babesia and
16 that he was aware of things that other doctors
17 weren't.  He was presenting papers.  He was presenting
18 at conferences.  He was treating his own daughter for
19 this.  So he knew the way forward, and we were looking
20 for direction.
21 Q.      Okay.  And do you have a recollection as --
22 what was the purpose of the call, what kind of
23 information specifically you were looking for from Dr.
24 Lindner?
25 A.      Not really.

Page 18

1 Q.      Okay.
2 A.      I think that should be in the e-mails,
3 though.
4 Q.      Okay.  And that's -- it probably -- or it
5 may be, I don't remember all of them myself, honestly.
6 I just want to know if you remember anything in
7 addition to that; and if you don't, that's okay.  You
8 can just tell me you don't remember.
9 A.      No, I don't.
10 Q.      Okay.  And you said as part of your
11 recollection today, there was discussion where Dr.
12 Lindner had convinced you to continue the treatment.
13 Did I hear that correct?
14 A.      In that conversation that I just talked
15 about, yes, that's what he did.
16 Q.      Yeah.  Okay.  Were you and your wife at
17 that time, around this time that you have this call
18 with Dr. Lindner, considering stopping the treatment?
19 A.      I'm not -- I wouldn't -- I wouldn't
20 describe it as that.  Maybe we were looking for a
21 different way rather than the way that was making her
22 really sick.
23 Q.      Okay.  So you wanted to continue to treat
24 for the babesiosis, and you were trying to figure out
25 if there was a different plan that you could follow to

Page 19

1 do it.  Is that fair?
2 A.      That would be fair.
3 Q.      Okay.  During the time that your wife was
4 treating for Dr. Lindner for babesiosis -- the reason
5 I keep saying babesiosis is, I know from looking at
6 the records your wife treated her -- treated with Dr.
7 Lindner for what I'll call menopause -- some
8 menopausal issues earlier, and then he started
9 treating her for the babesiosis.  So that's why I keep
10 saying that, in time frame.
11 A.      Okay.
12 Q.      Did you have a general idea what the
13 treatment plan was?  Even if -- I'm not looking for
14 specific dosages or names of medications, but did you
15 have a general understanding of what the plan was for
16 -- to treat the babesiosis that Dr. Lindner was
17 recommending?
18 A.      I had a general idea.
19 Q.      Can you tell me, as best as you can today,
20 what your general idea was?
21 A.      Well, I was the one picking up the
22 prescriptions, basically that was it.  And I knew that
23 she was taking various drugs, prescriptions, I would
24 go pick them up, so that's about it.
25 Q.      Okay.  Do you, as you sit here today, ever

Page 20

1 recall having a specific conversation, not an e-mail
2 but a conversation, with Dr. Lindner where he went
3 over with you what -- specifically what the plan would
4 be?
5 A.        I don't recall one.
6 Q.        Okay.  And let me ask you this.  The --
7 what pharmacy -- when you said you would go -- you
8 would be the person who would go pick up the
9 prescriptions, what were the pharmacies that you were
10 using in Virginia?
11 A.        A pharmacy in Harris Teeter.
12 Q.        I'm sorry, what was it?
13 A.        A pharmacy in Harris Teeter.
14 Q.        Is that the name of the pharmacy or is
15 Harris Teeter a place?
16 A.        Harris Teeter is a grocery store that has a
17 pharmacy in it.
18 Q.        Okay.  And other than Harris Teeter, I
19 think your wife had said, did you use the Giant
20 occasionally?
21 A.        We might have.
22 Q.        And then were you aware that your wife was
23 -- also during the time that Dr. Lindner was treating
24 her for babesiosis -- receiving prescriptions from
25 Tunkhannock Pharmacy up here in Pennsylvania?

Page 21

1 A.        I know she got some prescriptions from
2 them, but I'm not -- I only know it was steroids.
3 There could have been others.
4 Q.        Okay.  So as you sit here today, at least
5 your memory, the only specific drug you recall from
6 the Tunkhannock Pharmacy is steroids --
7 A.        Correct.
8 Q.        -- is that accurate?  Okay.
9              In the time that your wife was
10 treating with Dr. Lindner for the babesiosis, did you
11 do any research on babesiosis, how to diagnosis it,
12 you know, on Google or any other kind of internet
13 research?
14 A.        I do recall reading some papers that Dr.
15 Lindner had sent us, a PowerPoint he sent us that he
16 said he used for a presentation at conferences.
17 Q.        Do you still have a copy of that PowerPoint
18 today?
19 A.        Don't know for sure.
20              MS. SHWED:  Okay.  You know, Conor,
21 I'll probably just make a request for it if, in fact,
22 it exists today.  Okay?
23              MR. LAMB:  It's -- it's in the stuff
24 you already have.
25              MS. SHWED:  Oh, is it?  Okay.  I

Page 22

1 remember seeing the PowerPoint, I just didn't recall
2 where it came from.  Okay.  Thank you.
3 BY MS. SHWED:
4 Q.        And, Mr. Wolking, how about separate and
5 apart from anything that you may have received from
6 Dr. Lindner, did you do any kind of independent -- I
7 don't know, are you a Google guy, where you go on the
8 internet and you just Google some things just to
9 figure stuff out, you know?
10 A.        I would Google some things from time to
11 time.
12 Q.        Okay.  Is there anything that you remember
13 specifically that sticks out from your research that
14 you learned about babesiosis diagnosis from your
15 independent research?
16 A.        Nothing -- nothing stands out.
17 Q.        Okay.  How about as far as treatment for
18 babesiosis?  We talked about diagnosis.  Did you do
19 any independent research on how to treat babesiosis at
20 all yourself?
21 A.        Not that I recall.
22 Q.        Okay.  Did -- did you ever have Google --
23 so you'd get these medications from Dr. Lindner that
24 we talked about.  Did you ever Google any of the
25 medications that you were getting from the pharmacy

Page 23

1 and -- to get more information on any of the
2 medications that were prescribed?
3 A.        Not that I recall.
4 Q.        Okay.  One of the things I asked your wife
5 about yesterday was her -- just a general
6 understanding of the treatment plan.  And she said
7 that she knew that she was taking antimalarial and
8 antibiotic medications.  Were you aware of that at the
9 time of the treatment?
10 A.        Not at the beginning of the treatment, but
11 I learned that when her symptoms became worse.
12 Q.        And did you have an understanding from
13 whatever source at the time of the treatment what
14 those medications were -- were being prescribed for?
15 A.        I'm sorry.  I don't understand that
16 question.
17 Q.        Okay.  So we talked about the fact that you
18 would go pick up the medications.  And at some point
19 during the time your wife was treating with Dr.
20 Lindner you became aware she was taking -- or
21 prescribed antibiotics and antimalarials.  Did you
22 have an understanding as to why Dr. Lindner was
23 prescribing the antibiotics and antimalarials for your
24 wife?
25 A.        To treat Babesia.

Page 24

Q.    Okay.  And anything more specific about
what it was supposed to do to treat the Babesia?  And
if you don't, that's perfectly fine.

A.    Not really --

Q.    Okay.

A.    -- I don't.

Q.    Let me ask you this.  My understanding from
your wife's deposition was that at least she thought
that these two medications, the antibiotics and
antimalarials, were supposed to be used to kill the
Babesia.  Did you ever hear your wife talk about
anything like that during the time that she was
treating with Dr. Lindner?

A.    Well, yes.

Q.    Okay.  And did you have an understanding
that as part of the treatment, if the Babesia were
killed as part of the process, your wife may
experience some inflammation from that?  Was that
something that you had even heard of at the time of
the treatment?

MR. LAMB:  Objection to form.  But,
Daryl, you can answer.

A.    My answer is, yes, because Dr. Lindner told
us the symptoms could get worse.

Q.    Okay.  And so I guess what I'm trying to

Page 25

get at is, during the time that your wife was treating
with Dr. Lindner for the babesiosis, Dr. Lindner was
prescribing medication.  What was your general
understanding of why it was being done?  So you just
said to me that your understanding was your wife was
going to get worse.  But can you be more specific
about what that meant in terms of your wife's
condition?  What would be worse?  Like, what does that
mean?

A.    You had a few -- you had a few questions in
there, so --

Q.    Okay.

A.    So the -- I knew that those
prescriptions were to treat the Babesia infection.

Q.    Okay.

A.    That Dr. Lindner had indicated things could
get worse before they got better because of the
die-off of the Babesia.

Q.    Okay.  And can you be more specific about
what was meant by things could get worse?

MR. LAMB:  Objection to form.  But
you can answer.

A.    Okay.  Her symptoms could possibly get
worse.

Q.    And specifically with regard to the steroid

Page 26

prescriptions, did you have an understanding as to why
Dr. Lindner was recommending your wife take steroids
as part of this treatment plan?

A.    Yes, I had an understanding.

Q.    Can you tell me what it was, as best as you
can today?

A.    Not -- well, let me think.

Q.    Oh, yeah, take your time.

A.    The steroids, in my understanding, was to
bring some relief to the symptoms while the
medications were working.

Q.    Do you ever recall your wife using the term
herxing at all?

A.    Yes.

Q.    Did you have an understanding back then
about what was meant by herxing?

A.    Yes.

Q.    Can you tell me what that was?  What was
your understanding?

A.    It's the body's immune system reacting to
treatment.

Q.    Okay.  And can you tell me, where did you
get that understanding that you just explained to me?

A.    A doctor that I was previously seeing ten
years ago.

Page 27

Q.    Did you say a doctor that you were seeing
ten years ago?

A.    Right.

Q.    Okay.  And who was that?

A.    Dr. Stewart.

Q.    What type of doctor is Dr. Stewart?

A.    He originally was in sports medicine, but
he started his own practice with his wife more along
the lines of a homeopathic doctor.

Q.    And were you -- were you treating with Dr.
Stewart yourself as a patient where he discussed
herxing?

A.    Yes --

Q.    Okay.

A.    -- but -- yeah.

Q.    Just tell me under what circumstances the
herxing came up with Dr. Stewart with you?

A.    I just -- I don't remember.

Q.    Okay.  Did you -- were you treating at any
time where -- for any kind of Lyme disease or any
tickborne infection at any time in your life?

A.    Yes.

Q.    And when was that about?

A.    When?

Q.    Yeah.  How about this, maybe not -- you

Page 28

1 won't be able to give me a year, but when was it in
2 relationship to the time that your wife is treating
3 with Dr. Lindner, was it before, during, after?
4 A.      I don't remember.
5 Q.      Okay.  So --
6 A.      I mean --
7 Q.      Go ahead.
8 A.      It was -- it was years ago.
9 Q.      Do you think that you were treating for
10 some sort of, I'll call it just broadly, a tick
11 infection at the same time your wife was treating with
12 Dr. Lindner for her babesiosis?
13 A.      It was not at the same time.
14 Q.      Okay.  And so what was your -- what was
15 your treatment for this, I'll call it broadly, the
16 tick infection?
17 A.      I believe my diagnosis at the time was
18 Babesia.  Dr. Stewart prescribed some antibiotics that
19 I took for a while.  And I don't remember anything
20 after that.
21 Q.      Okay.  And other than the antibiotics, was
22 there any other kind of medication, whether it be
23 homeopathic or regular prescription, prescribed, do
24 you recall?
25 A.      No.

Page 29

1 Q.      Do you recall what your symptoms were for
2 the babesiosis?
3 A.      No, I don't.
4 Q.      How about how long you had to be treated
5 for it?
6 A.      I don't remember.
7 Q.      Okay.  And then once you were done with the
8 antibiotics, did you have any symptoms after that from
9 babesiosis?
10 A.      Not that I recall.
11 Q.      Okay.  And did you have a -- did you get it
12 from a tick bite?  I call it tick infection, but is
13 that -- can you trace it back to, like, a tick bite?
14 A.      No.
15 Q.      Okay.  Do you have any recollection of what
16 Dr. Stewart ever communicated to you was the source of
17 your babesiosis infection?
18 A.      If I recall, it was some lab work that he
19 had done.
20 Q.      And was -- was it an incidental finding,
21 the babesiosis infection, or did you go specifically
22 to go be seen for some symptoms?
23 A.      It was incidental through some routine lab
24 work I believe.
25 Q.      Okay.  So I really got off on a tangent on

Page 30

1 other things, though.  We actually started this with
2 conversations -- verbal communication that you had
3 with Dr. Lindner.  And you described that one
4 telephone call that you had with him, and then I went
5 off on a tangent.
6         But are there other calls that you
7 recall speaking to Dr. Lindner about?  And I'm always
8 focusing on your wife's treatment for babesiosis with
9 these questions.
10 A.      I don't recall being on another phone
11 conversation with him.
12 Q.      Okay.  The only one that you remember today
13 is the one you already told me about?
14 A.      Right, and that's in the e-mails.
15 Q.      Okay.  And let me just see if I can jog
16 your memory.  During the time your wife was in the
17 hospital, like, in October of 2022, that admission for
18 the bowel perforation and then surgical repair, did
19 you have any phone conversations directly with Dr.
20 Lindner versus the e-mails exchanged?
21         MR. LAMB:  I'm just going to object
22 to the form.  Daryl, you can answer.
23 A.      Not that I remember.
24 Q.      Okay.  When I look at Dr. Lindner's chart
25 for the time that he treated your wife for the

Page 31

1 babesiosis, there are a number of forms that were
2 filled out by -- your wife testified yesterday that
3 she had filled out this medical history, and then
4 there were consent forms that she signed.
5         Do you ever remember reviewing any
6 kind of consent forms that were sent from Dr. Lindner
7 to your wife for treatment?
8 A.      Yes.
9         MS. SHWED:  Okay.  I'm going to show
10 one on the screen.  Just bear with me so that I get
11 the right number.  So it's going to be -- I'll mark it
12 for purposes of today as exhibit -- Defense Exhibit 1.
13 And it's going to be Bates LINDNER 4.  And it should
14 be the Consent for Treatment of Chronic Babesiosis.
15         Do you mind, Patrick, bringing that
16 up on the screen so that Mr. Wolking can see it,
17 please?  Can you focus just maybe on the top third so
18 we can make the print kind of bigger, if you don't
19 mind, please?
20         (Defense Exhibit Number 1 was marked
21 for identification.)
22 BY MS. SHWED:
23 Q.      Can you see that okay, Mr. Wolking, on your
24 screen?
25 A.      Yes.

Page 32

1 Q.      Okay.  So this is a form that I -- I have
2 taken from Dr. Lindner's chart for the treatment he
3 provided for your wife -- and if you scroll down to
4 the bottom, Patrick -- does that at least appear to
5 you to be your wife's signature there on the bottom of
6 the page?
7 A.      Yes.
8 Q.      Okay.  And I can have Patrick start from
9 the beginning and give you an opportunity to review
10 it.  My question to you -- and just let him know when
11 you get through it.  From looking at it, is this one
12 of the forms that you think you may have reviewed
13 during the time Dr. Lindner was treating your wife?
14 So take your time, read through it, and just let us
15 know if we need to move the page down and then when
16 you're done.  Okay?
17 A.      Yes.  Okay.  Can you move it down?  Thank
18 you.  Okay.
19 Q.      Okay.  So now that you've read it, Mr.
20 Wolking, my question to you is, do you remember if you
21 had an opportunity to review this form during the time
22 that your wife was treating with Dr. Lindner?
23 A.      Yes.
24 Q.      Okay.  And would you have read through the
25 -- can you tell me -- strike that.

Page 33

1        Can you tell me today, as best you
2 can recall, under what circumstances you were
3 reviewing it?
4 A.      No, not really.
5 Q.      Okay.  Do you recall if you had any
6 conversation with your wife about any of the contents
7 of the form?
8 A.      My recollection, to the best I can
9 remember, is that she asked me to review it before she
10 signed it.
11 Q.      Okay.  And did -- did you do that?  Did you
12 review it before she signed it?
13 A.      Yes, I believe so.
14 Q.      Okay.  Do you remember if you -- either of
15 you had any questions or any concerns that you raised
16 to each other about what's listed in the form at all?
17 A.      Not that I remember.
18 Q.      Okay.  And just a couple of things I just
19 want to call your attention to just to make sure I
20 have it on the record.  And sometimes when you read it
21 individually, you can strike a memory.  So if it does,
22 let me know.  And if it doesn't, let me know that,
23 too.  Okay?
24 A.      Okay.
25        MS. SHWED:  So, Patrick, if you can

Page 34

1 go to the top of the form for me, please.
2 Q.      And I'm going to concentrate on the second
3 paragraph there, Mr. Wolking.  And I'll just read it
4 for the record, and then I'm just going to ask you
5 some questions about it.  Okay?
6 A.      Okay.
7 Q.      This forms says, I understand that chronic
8 babesiosis is not yet recognized by the Center of
9 Disease Control or Infectious Disease Society of
10 America, and that Dr. Lindner's practice is based on
11 his own interpretation of the human and veterinarian
12 literature and upon patient's response to therapy.
13        Do you remember ever having any
14 discussions with your wife or raising any concerns
15 about what's listed here, that the chronic babesiosis
16 was not recognized by this Center for Disease Control?
17 A.      I don't recall us specifically discussing
18 that.
19 Q.      Okay.  And again, do you recall any
20 discussions with your wife when -- after you had
21 reviewed the form, about where it says that Dr.
22 Lindner's practice is based on his own interpretation
23 of human and veterinarian literature and upon a
24 patient's response to therapy?  Do you recall any
25 discussions with your wife about that?

Page 35

1 A.      No.
2 Q.      Do you recall if you had that understanding
3 at the time when your wife was treating, that Dr.
4 Lindner's practice was based on his own interpretation
5 of the literature?
6 A.      Yes, I think so.
7 Q.      Okay.  And did you also have the
8 understanding that his -- Dr. Lindner's practice not
9 only would be based on his interpretation of the
10 literature, but also upon a patient's response to the
11 therapy?  Did you also understand that as well when
12 your wife was treating?
13 A.      I'm sorry.  Did I understand -- could you
14 repeat that?
15 Q.      That -- yeah, sure.  No problem.  Did you
16 have the understanding that Dr. Lindner's therapy
17 would be based, at least in some part, on the
18 patient's response, so in your case your wife's
19 response to therapy?
20 A.      Yes, I had a general understanding about
21 that.
22 Q.      Okay.  Did you also have the understanding
23 that the -- the therapy, we talked about it earlier,
24 the medications that were being prescribed, that they
25 too would be based on your wife's response to the

Page 36

1 medications and how you would take them or how often
2 you would take them?
3 A.       Could you repeat that?  I didn't understand
4 that one.
5 Q.       Yes.  So my understanding is that the
6 therapy that Dr. Lindner had prescribed for your wife
7 was consistent of medications.  Is that consistent
8 with your recollection?
9 A.       Yes.
10 Q.       Okay.  And so was it your understanding
11 that how often she would take those medications in
12 part would be due to how she responded to them as she
13 was taking them?
14          MR. LAMB:  Objection to form, but you
15 can answer.
16 A.       I don't recall that, but it could be in the
17 e-mails.
18          MS. SHWED:  Okay.  Then if we can
19 look down at -- let me see if I can find it.  If you
20 can go down to the fifth one, Patrick, from the top
21 there, it starts -- it's the smaller -- it says --
22 yes, that's it.  Thank you.
23 Q.       I understand that Dr. Lindner will
24 prescribe some medications that are not FDA approved
25 for this infection, and/or at doses and durations that

Page 37

1 are not FDA approved for any indication.
2          Do you remember having any
3 discussions with your wife about what I just read,
4 about being prescribed medications that were not
5 approved by the FDA --
6 A.       No.
7 Q.       -- or may not be approved for any
8 indication?
9 A.       No.
10 Q.       Do you remember ever having any questions
11 for Dr. Lindner about what I just read?
12 A.       No.
13          MS. SHWED:  And then if you go from
14 the second from the bottom there, Patrick.
15 Q.       It says, I understand that Dr. Lindner may
16 recommend corticosteroids/DHE [sic] therapy to control
17 immune-mediated inflammation and allow me to tolerate
18 the therapy.  I may require doses that cause fluid
19 retention, muscle loss, bone density loss, high blood
20 sugar and high blood pressure.
21          Do you remember any discussions with
22 your wife about anything that I just read there as it
23 related to the corticosteroids therapy?
24          MR. LAMB:  Objection to form.  You
25 can answer.

Page 38

1 A.       I mean, yes, my wife and I had discussions
2 about the -- the cortisone treatment.
3 Q.       Okay.  And so what were the -- as best you
4 can recall today, can you tell me what you -- you
5 recall about the discussions you had with your wife
6 about the steroids?
7 A.       It would be similar things that were in the
8 e-mails going to Dr. Lindner.
9 Q.       Okay.  And I -- I know I have the e-mails,
10 but as you sit here today, can you be specific
11 about any conversations that you had with your wife
12 about the steroids?
13 A.       Discussions about dosage would primarily
14 be.
15 Q.       Okay.  And can you be more specific other
16 than dosage, what was the conversation?
17 A.       No.
18 Q.       Okay.  So as best you recall today, do you
19 recall speaking to your wife about the dosage of the
20 steroids, but other than that you don't have any more
21 specific recollection of what -- any additional
22 details of that conversation; is that accurate?
23 A.       That -- I mean, during that whole time
24 frame?
25 Q.       Yeah.  I mean, some people remember very

Page 39

1 specific conversations, and some people don't.  So if
2 you do remember a conversation, please just tell me.
3 And if you don't, you can just tell me that, too.
4 A.       Yes, we had conversations about the dosage,
5 and that's about all I remember.
6          MS. SHWED:  You can put that down
7 now, Patrick.  Thank you.
8 Q.       Mr. Wolking, in the time that your wife was
9 treating for babesiosis with Dr. Lindner, can you tell
10 me whether you had conversations with any other
11 doctors about the treatment?
12 A.       I don't recall any.
13 Q.       Okay.  And is it -- I think I asked you
14 this before, and if I did, I apologize.  But is it
15 your recollection that during the time that Dr.
16 Lindner was treating your wife for babesiosis, your
17 wife was not seeing any other physicians during that
18 same time period?
19 A.       Not that I remember.
20 Q.       I know from looking at Dr. Lindner's chart
21 that there was some laboratory testing done to see if
22 your wife's blood showed any babesiosis in it.  Do you
23 recall that being true, that there were lab tests done
24 to try to identify the babesiosis?
25 A.       Yes.

Page 40

1    MR. LAMB:  Objection to form.  You
2  can answer, Daryl.
3  A.    Sorry.  Yes.
4  Q.    Okay.  Did you have any discussions that
5  you recall with your wife about lab testing and the
6  results of the lab testing at all?
7  A.    Yes.
8  Q.    Can you tell me what you remember about
9  that discussion with your wife at all?
10 A.    The lab test was inconclusive.
11 Q.    Okay.  And was there any -- any other
12 discussion about what inconclusive meant as far as
13 your wife's diagnosis in that conversation?
14 A.    No.
15 Q.    Okay.  Were you aware at the time that Dr.
16 Lindner was treating your wife for babesiosis that Dr.
17 Lindner had suggested additional lab testing to
18 identify babesiosis?
19    MR. LAMB:  Objection to form.  You
20 can answer.
21 A.    I believe he did, yes.
22 Q.    Okay.  And did you have an understanding as
23 to why Dr. Lindner wanted additional testing?
24    MR. LAMB:  Objection to form.  You
25 can answer.

Page 41

1  Q.    Yeah.  And I'm not asking you Dr. Lindner's
2  understanding.  I'm asking you, do you have an
3  understanding as to why additional lab testing was
4  suggested?
5    MR. LAMB:  Objection to form.  You
6  can answer.
7  A.    From memory, I believe it was a better test
8  to determine if she had Babesia.
9  Q.    Okay.  And to your recollection, how many
10 lab testings did your wife have to identify the
11 Babesia?
12 A.    I don't know.
13 Q.    At least the one that was indeterminate,
14 right?
15 A.    Yes.
16 Q.    Let me just throw out a name to you to see
17 if it jogs a memory.  There's a lab called IGeneX.
18 Capital I, G-E-N-E-X.  Does that ring a bell to you at
19 all?
20 A.    Maybe.
21 Q.    Okay.  I don't know what that --
22 A.    Not real sure.
23 Q.    Okay.  No problem.  Other than saying
24 maybe, it doesn't really jog a memory one way or other
25 as it relates to your wife's care; is that correct?

Page 42

1  A.    No specific memory, right.
2  Q.    Okay.  So I know there's a period of time
3  when your wife treats -- starts treating the
4  babesiosis.  At least according to records it seems
5  like she may have started -- let me just make sure I
6  get the years right.
7    Before I go into that, though, let me
8  just ask you this.  Do you recall that your wife did
9  have a tick bite at some point in time?  Dr. Lindner's
10 records suggest 2008.  But do you remember your wife
11 having a tick bite or identifying a tick bite before
12 she treated with Dr. Lindner for the babesiosis?
13 A.    I recall her telling me she found a tick on
14 her.
15 Q.    Okay.  And to your recollection, did she
16 seek treatment for the tick bite with any other
17 physicians other than Dr. Lindner?
18 A.    Not that I remember.
19 Q.    Was there ever a period of time between the
20 time that she gets the tick bite and the time she
21 starts treating with Dr. Lindner that her -- any
22 symptoms went away that you described earlier?
23 A.    Not that I --
24    MR. LAMB:  Objection to form.
25 Objection to form.  You can answer.

Page 43

1  Q.    Yeah, I think that's a proper objection.
2  Let me ask you this.
3    After your wife has a tick bite, did
4  she start to have any symptoms that you remember?
5  A.    Not that I remember.
6  Q.    When is it that you first remember your
7  wife having the symptoms that you described earlier?
8  Like, when does that start in relation to her
9  treatment with Dr. Lindner?
10 A.    I mean, it started -- the symptoms started
11 before treatment by Dr. Lindner.
12 Q.    And do you know how long she had those
13 symptoms before she sought treatment with Dr. Lindner?
14 A.    I don't remember.
15 Q.    Are you able to narrow it down?  Is it the
16 same year?  Is it years before?  And if you can't,
17 just let me know.
18 A.    I -- I can't, but Stacey had always been,
19 you know, trying to find out -- it -- it went maybe,
20 you know, a few months before treatment with Dr.
21 Lindner.
22 Q.    Okay.  You know, and I asked you if she
23 treated with any other doctors.  Do you know if your
24 wife sought any kind of homeopathic treatment for
25 these symptoms that we've been talking about?

Page 44

1  A.       I don't know.
2  Q.       Did your wife treat with any kind of
3  homeopathic people in Virginia that you are aware of
4  in this time frame that she's treating with Dr.
5  Lindner?
6  A.       No, not aware of any.
7  Q.       How about at any time, did she ever seek
8  treatment for a homeopathic person -- from a
9  homeopathic person?
10 A.       For anything?
11 Q.       Yeah, for anything.  I'm just looking for a
12 name.
13 A.       Okay.  She would see Dr. Stewart.  We both
14 saw Dr. Stewart -- Stewart before he got real
15 expensive.
16 Q.       Okay.  Anyone other than Dr. -- the
17 Stewarts for the homeopathic-type therapy?
18 A.       No.  Okay.  There's more than one Dr.
19 Stewart, husband and wife team, so, yes, they worked.
20 Q.       Oh, right.  Okay.  Do you remember their
21 first name?
22 A.       Dave Stewart and Ann Stewart.
23 Q.       Okay.  And other than Dave and Ann Stewart,
24 were there any other people that your wife sought
25 homeopathic treatment with?

Page 45

1  A.       Not that I recall.
2  Q.       Okay.  And I know -- you know, to go
3  through the treatment with Dr. Lindner, there is the
4  specifics of which are in the e-mails, but did you --
5  and were you ever involved in discussions with your
6  wife of how to take the medications, how often to dose
7  during the time she was treating with Dr. Lindner?  I
8  guess, that's -- were you part of any of that?
9  A.       No.
10 Q.       Okay.  Did you have an under -- go ahead.
11 I'm sorry.
12 A.       I'm going to ask you to clarify that
13 because we were following the dosage prescribed by Dr.
14 Lindner.
15 Q.       Yeah.  And I looked through -- and through
16 some of the e-mails that I read, and you can correct
17 me if it's not consistent with your recollection,
18 there were e-mails back and forth, I can't recall if
19 they were from you, but perhaps from your wife, where
20 there was uncertainty as to dosing, for example, of
21 the steroids.  Do you have a recollection of that as
22 we got closer to the hospitalization in October of
23 2022, where your wife was writing back and forth, and
24 there were lists of times and dosages, and then once
25 the medications were taken, there are also

Page 46

1  descriptions of how your wife was feeling?
2         So it seemed like there were e-mails,
3  and you correct me if I'm wrong, where there were
4  questions about dosing back and forth.  Do you recall
5  that at all?
6  A.       Yes.
7  Q.       Okay.  And then based on your recollection
8  of that time frame, when there were questions of
9  dosing, how was the dose, for example, of the
10 steroids, how was it determined how your wife was
11 going to take it, to your recollection?
12         MR. LAMB:  Objection to form.  You
13 can answer, Daryl.
14 A.       I'm sorry.  Can you repeat that question?
15 Q.       Yeah.  You know, I'm trying to call your
16 attention -- it seems like your memory of the e-mails
17 is consistent with mine, that there were some
18 questions about the dosing of the steroids at some
19 point in time when your wife was treating with Dr.
20 Lindner.  Is that consistent with your recollection?
21 A.       Yes.
22 Q.       Okay.  So when there was this question of
23 the dosing of the steroids, from your recollection,
24 what was the process or how was it determined what
25 dosage would be taken when there was a question about

Page 47

1  how to take it?
2         MR. LAMB:  Objection to form.  You
3  can answer, Daryl.
4  A.       Reliance on Dr. Lindner telling us we
5  should take what was needed.
6  Q.       Was it your understanding that you should
7  take what was needed would be based on how your wife
8  responded to the dosage?
9  A.       Yes.
10 Q.       Okay.  So if we're -- we're just talking
11 about the steroids for now.  I know there were other
12 medications.  But I just want to focus some questions
13 on the steroids for now.  Okay.  I just want to make
14 sure I understand it.
15        So in that time frame, whatever it
16 was, where there was some question about how to dose
17 the steroids, am I correct that the process would be
18 that you would e-mail -- you or your wife would e-mail
19 Dr. Lindner asking about the dose of the steroid; is
20 that right?
21 A.       Yes.
22 Q.       Okay.  And then would Dr. Lindner, when he
23 would e-mail you back, would he suggest a specific
24 dose?
25        MR. LAMB:  Objection to form.  You

Page 48

1  can answer, Daryl.
2  A.       Sometimes.
3  Q.       And how about, were there times where he
4  wouldn't suggest a specific dose in response to your
5  questioning or your wife's questioning?
6         MR. LAMB:  I guess, Amy, I don't want
7  to keep objecting here, but I don't think you've
8  really established which e-mails you're talking about
9  as far as Daryl's participating in them.  So if -- and
10 I'm not trying to give a speech here, but if you could
11 clarify.  Are you talking about e-mails that Daryl
12 himself was on and read and participated in as opposed
13 to all the rest of the e-mails?
14 Q.       Yeah, no, I'm really just talking about
15 your recollection of e-mails generally back and forth,
16 Dary -- Mr. Wolking.  I think you said that you did
17 recall that there was communication back and forth,
18 whether it was your -- Stacey initiating the e-mail to
19 Dr. Lindner or you; is that fair?  On the dosing of
20 the steroids, questioning the dosing of the steroids.
21        MR. LAMB:  Before you answer, Daryl,
22 I'm sorry, I'm just trying to get you to clarify,
23 though, that he -- he -- him recollecting there being
24 e-mails is different than you asking about the content
25 of those e-mails.  So if you could just clarify that

Page 49

1  you mean e-mails he was actually involved in as
2  opposed to ones that were between Stacey and Dr.
3  Lindner only.
4  BY MS. SHWED:
5  Q.       Yeah, I'm not -- I'm not specific to either
6  one of them.  I guess my question is, it's either
7  e-mails that you wrote or that you reviewed.  I think
8  you said that you reviewed some e-mails today, too.
9         I'm just -- I'm not limiting it to
10 e-mails that you, Mr. Wolking, communicated with Dr.
11 Lindner at all.  It even could be communication with
12 your wife.  I guess I'm not really understanding the
13 objection.  Let me see if I can just step back a
14 little bit so I can fix it.
15        Is it true, Mr. Wolking, as you sit
16 here today, that at some point in time when your wife
17 was treating with Dr. Lindner that there was questions
18 about how to dose the steroids?  Is that consistent
19 with your recollection, that during the time that Mrs.
20 -- Mrs. Wolking was treating there was questions about
21 how to dose the steroids?
22 A.       I'm answering in relation to my e-mails
23 with Dr. Lindner that, yes, I had questions about the
24 dosage.
25 Q.       And were you aware, was there any

Page 50

1  discussions that you had with your wife that she also
2  had some questions about how to take the steroids in
3  that same -- in that timing?
4  A.       Yes.
5  Q.       Okay.  And my question to you is to how to
6  -- I want to find out what was your understanding of
7  how -- if it was, the question was answered or
8  resolved about the dosing of the steroids.  But I
9  don't want it -- to limit it to just what you and Dr.
10 Lindner e-mail.  If you and your wife talked about it
11 at that time about how to resolve the dosing, you can
12 answer -- include that as part of your answer, too.
13        I'm just trying to figure out that,
14 when there was questions about the dosing of the
15 steroids on your end, either you or your wife, and
16 then there was communication with Dr. Lindner,
17 ultimately how was it determined from your
18 recollection which dose of the steroids your wife
19 would use and how often?
20        MR. LAMB:  And I'm going to object to
21 the form, but, Daryl, you can answer.
22 A.       So, yeah, Stacey and I had discussions
23 about the dosage.
24 Q.       Okay.  And so then was there communication,
25 whether it was by Stacey or by you, to your

Page 51

1  recollection, to Dr. Lindner to try to get an answer
2  to the question about the dosing of the steroids?
3  A.       Yes, definitely from me.  And to my
4  recollection, Stacey had questions in e-mails for him,
5  too.
6  Q.       Okay.  And then based on your recollection,
7  how -- how was -- how was the decision made as to how
8  the dosing -- how is that -- how did you come to
9  understand what the dosing should be?
10 A.       We tried to follow Dr. Lindner's suggestion
11 when he mentioned dosage.
12 Q.       And were there other times when he
13 responded where he didn't mention specific dosage for
14 the steroids?
15 A.       Yes.
16 Q.       Okay.  And under those circumstances when
17 Dr. Lindner didn't say a specific dose, how then would
18 your wife take the steroids and how would the dose be
19 determined then if he didn't give you a specific dose?
20        MR. LAMB:  I'm going to object to the
21 form.  But you can answer, Daryl.
22 A.       Based on Dr. Lindner telling us take what
23 you need, we tried to determine what that was.
24 Q.       Okay.  And can you tell me, as best you
25 can recollect today, under those circumstances where

Page 52

1 Dr. Lindner said take what you need, how did you or
2 your wife determine what -- what was needed?  What
3 factors were you taking into consideration when you
4 were trying to figure out to take what was needed?
5 A.      Based on her symptoms, did it alleviate
6 them, did she find some relief.  And based on the fact
7 that Dr. Lindner had told us he was treating his
8 daughter this way, and she had had high doses of
9 steroids.
10 Q.      Okay.  So you took into consideration two
11 factors under the circumstances when Dr. Lindner
12 responded back to you, take what you need.  The -- one
13 of the circumstances you took into consideration is
14 your wife's condition and how it changed or didn't
15 change; is that accurate?
16 A.      Yes.
17 Q.      Okay.  And also, I guess, that you had
18 knowledge that Dr. Lindner was treating her -- his
19 daughter similarly with higher steroids?
20 A.      Is the question, do we have knowledge of
21 that?
22 Q.      Was that a factor that you took into
23 consideration when you were -- under the circumstance
24 where Dr. Lindner suggested take what you need as
25 opposed to a specific dose?

Page 53

1 A.      Yes, based on the fact that he had told us
2 he was treating his daughter the -- my understanding
3 the same way.
4 Q.      Were there any other factors that you can
5 recall as you sit here today taken into consideration
6 other -- when you're trying to determine what dose to
7 take when Dr. Lindner told you to take what you
8 needed?
9 A.      No.
10 Q.      So in the time frame when your -- your wife
11 started taking the medication that Dr. Lindner was
12 prescribing for the babesiosis until the time that she
13 goes to the hospital for the bowel perforation, so
14 that time frame, did you ever see any improvement with
15 the treatment that Dr. Lindner was prescribing?
16 A.      Are you referring to the -- the drugs other
17 than the hydrocortisone and things?
18 Q.      Yeah, the whole reg -- my understanding is
19 there was a regimen of medication that you were
20 prescribed, and we talked about it earlier, some to
21 kill off the babesiosis, as well as the steroids.
22         So when your wife was -- was taking
23 that as a plan, did you see any difference in her --
24 was there ever improvement in any of her symptoms
25 that you noticed when you were with her?

Page 54

1 A.      No.
2 Q.      Okay.  How -- how would you describe her
3 symptoms progressing over that time period?  Did they
4 get -- did they remain the same?  Did they get worse?
5 A.      When she started with the high-powered
6 antimalarial drugs, her symptoms got worse to the
7 point she became incapacitated and only got out of bed
8 to go to the bathroom, and I had to help her do that.
9 Q.      Are you able to estimate for me how long
10 that the incapacitated state was?
11 A.      Not really.  It's all -- it's -- it was --
12 seemed like a long time.
13 Q.      Okay.  And, you know, I generally try not
14 to go day to day with the treatment because for most
15 people who are involved in the care, it's all kind of
16 one big memory.  Is that how your memory is?
17 A.      Yes.
18 Q.      Okay.  So am I correct in believing that
19 from the time your wife started this regimen that
20 we've been talking about for the treatment of
21 babesiosis, you didn't see any improvement, but you
22 did see worsening of her conditions to the point where
23 she was incapacitated?
24 A.      Yes.
25 Q.      Have we talked about all the conversations

Page 55

1 that you recall with Dr. Lindner that -- eliminating
2 the e-mails because I have those.  So more of
3 conversation, we talked about all of them that you
4 recall today?
5 A.      Are you talking e-mails or phone
6 conversations?
7 Q.      Phone conversations.  I have the e-mails.
8 A.      Okay.  I don't recall phone conversations
9 with him.
10 Q.      Okay.  Were there any phone conversations
11 with Dr. Lindner when your wife was at the hospital
12 for the bowel perforation, during that admission?
13         MR. LAMB:  Objection to form.  You
14 can answer.
15 A.      Not that I recall.
16 Q.      Okay.  Do you have any kind of voice
17 messages on your phone from Dr. Lindner that you
18 haven't turned over to counsel?
19 A.      No.
20 Q.      How about text messages, do you have any
21 text messages from Dr. Lindner that you haven't turned
22 over to counsel?
23 A.      If I had any, I thought I turned them over,
24 but I don't recall any specific ones.
25 Q.      Okay.  When is the last time that you spoke

Page 56

1  to Dr. Lindner about your wife, do you recall?
2  A.    Are you asking about a specific method of
3  communication?
4  Q.    Phone call.
5  A.    Phone call. To the best of my
6  recollection, I think the last phone call I had with
7  him was in his notes about continuing the treatment.
8  Q.    Okay. I want to talk to you a little bit
9  about your memory in -- in October. I'm not going to
10 go -- because the e-mails are very detailed, both
11 yours and Stacey's back and forth with Dr. Lindner.
12 Let me just ask you this, though. And I -- have you
13 turned over all the e-mails that you were in
14 possession of that you communicated with Dr. Lindner
15 to counsel as well?
16 A.    As far as I know, yes.
17 Q.    Okay. So I want to call your attention now
18 to October of 2022, in the days before your wife going
19 to, is it Loudoun Hospital, am I saying that
20 correctly?
21 A.    Yes.
22 Q.    Okay. Does there come a point in time when
23 you -- you have an understanding that your wife is
24 suffering from abdominal pain in October -- in the
25 first week of October of 2022?

Page 57

1  A.    Yes.
2  Q.    How do you become aware of that, that
3  that's going on?
4  A.    How did I became aware of that?
5  Q.    Yes.
6  A.    I have a memory of her sitting on the couch
7  -- well, let me clarify. She always was feeling
8  abdominal pain. But then she said she was sitting on
9  the couch and she felt something different. And she
10 said, this doesn't seem right. And -- and it got
11 progressively worse during the week up to the time she
12 went to the hospital.
13 Q.    Do you have a recollection of reaching out
14 to Dr. Lindner to ask him about this -- you described
15 it was a little different abdominal pain than what she
16 had before?
17 A.    Yes. Yes.
18 Q.    Do you remember anything that -- was there
19 a time where he suggested to you any kind of --
20 anything to do for the abdominal pain?
21 A.    Yes. And I believe this is in the e-mails,
22 also. He was -- we had discussion about treatment for
23 constipation.
24 Q.    Okay. And can you tell me what treatment
25 he suggested for -- to you?

Page 58

1  A.    Various constipation relief drugs. I don't
2  remember the names of them.
3  Q.    Over-the-counter kind of medication, is
4  that what you're talking about or --
5  A.    Yes. Yes.
6  Q.    Okay. Did he ever, to your recollection,
7  make a prescription for any medication to address the
8  constipation?
9  A.    Not that I remember.
10 Q.    Okay. Do you recall if he ever used -- you
11 or your wife used suppositories to attempt to treat
12 the constipation?
13 A.    Yes.
14 Q.    Okay. Do you recall on how many occasions?
15 A.    I recall at least two.
16 Q.    Okay.
17 A.    And that's because I had to put them in.
18 Q.    Are you okay?
19 A.    Yeah.
20 Q.    Okay. If you need to take a break, just
21 let me know because you absolutely can. Okay?
22 A.    I'm good.
23 Q.    Okay. Did you also use enemas as well to
24 attempt to take care of the constipation?
25 A.    Yes.

Page 59

1  Q.    Can you tell me on how many occasions you
2  used the enemas?
3  A.    Twice that I remember.
4  Q.    Okay. And was the enemas something you
5  could purchase in a pharmacy, or did you need to get
6  it from somebody else?
7  A.    I think I went to the pharmacy to get the
8  apparatus to do it.
9  Q.    Okay. You didn't need a prescription from
10 a physician to get that?
11 A.    No.
12 Q.    And can you tell me, based on the contact
13 that you had with Mrs. Wolking during this time frame
14 of -- you know, before you go to the hospital, were
15 any of the medications or suppositories or enemas that
16 you tried to help with the constipation, did it help
17 in any way that you noticed?
18 A.    No.
19 Q.    Okay. Can you recall in the time frame
20 from when your wife first calls to your attention she
21 has this different abdominal pain until the time that
22 she goes to the hospital, did your wife have any bowel
23 movements during that time frame?
24 A.    Not what I would describe as a bowel
25 movement.

Page 60

1  Q.     Okay.  So what are you thinking --
2  A.     I mean --
3  Q.     -- of when you say this to me?
4  A.     There would be -- you know, she -- passing,
5  like, a little water or something like that, but
6  that's it.
7  Q.     Do you have a recollection if your wife was
8  eating during the time frame that she had this new
9  abdominal pain until she goes to the hospital?
10 A.     No.
11 Q.     How about in even the weeks before, so like
12 September, the month of September, how was your wife
13 eating?
14 A.     Very little.
15 Q.     Okay.  Give me just an example of, like, in
16 September-ish, not necessarily nailing it to
17 September, but before she began to develop this new
18 abdominal pain, what would your wife eat kind of on a
19 day-to-day basis?  Like, what would her meals look
20 like?
21 A.     There was a type of soup that she ate a lot
22 of and crackers because she was salivating so much.
23 Q.     And other than the soup and the crackers,
24 was there anything else in her diet?
25 A.     Don't remember anything, no.

Page 61

1  Q.     So what happened -- your wife is then
2  suffering from abdominal pain for a number of days and
3  constipation.  Why is it that you -- you decide to go
4  to the hospital on the day that you go?
5  A.     It had -- her pain and suffering got worse.
6  Q.     Okay.  And can -- can you describe it in
7  more detail for me when you say pain and suffering,
8  what specifically was she going through?
9  A.     I think severe abdominal pain.
10 Q.     Had the abdominal pain, based on either
11 something that she said to you or your observations of
12 your wife, gotten worse over the days leading up to
13 the hospitalization?
14 A.     Yes, they got worse.
15 Q.     In that time frame, again, when you learn
16 of the abdom -- the new -- or the different abdominal
17 pain and the time she goes to the hospital, did you
18 reach out to any physicians in Virginia to try to
19 address the issue?
20 A.     No.
21 Q.     Okay.  How about any homeopathic people
22 that weren't necessarily physicians?
23 A.     Oh, yes.  There was a lady that dealt with
24 homeopathics and the -- I reached out to her for help
25 because we thought it was constipation, and she had

Page 62

1  actually helped me with that once before in the past,
2  so contacted her.
3  Q.     Did she give you any advice as it related
4  to your wife's condition at that time?
5  A.     Yes.
6  Q.     What was that?
7  A.     It was just -- what I recall was drinking
8  pink salt.
9  Q.     You broke up a little bit for me.
10 Drinking?
11 A.     Pink salt.
12 Q.     Pink salt.  Okay.  What was her name, did
13 you tell me?
14 A.     No.  Margie.
15 Q.     And her last name?
16 A.     Lung, L-U-N-G.
17 Q.     So can you walk me through your
18 recollection now, if I'm -- my memory is correct, your
19 wife went to the hospital in an ambulance; is that
20 accurate?
21 A.     Yes.
22 Q.     Okay.  Did you go with her in the ambulance
23 or did you follow separately?
24 A.     I followed.
25 Q.     Okay.  So can you walk me through, what's

Page 63

1  your first memory as you walk through the doors of the
2  hospital as your wife -- your wife arrives?  What do
3  you remember?
4  A.     Just -- just walking into the ER is about
5  all I remember.
6  Q.     Okay.  Do you remember -- I guess from what
7  I recall from your wife's deposition yesterday, is
8  that there -- and I may not be describing it right,
9  but there was, like, an ER that was kind of
10 freestanding.  And then your wife had to be sent to
11 the hospital, is that accurate, to your recollection?
12 A.     Okay.  Okay.  The ambulance took her to a
13 hospital about 10 miles away.
14 Q.     And is it -- was it an ER, do you know,
15 that hospital?
16 A.     Yeah, it was an ER, but they don't admit
17 people at that hospital.
18 Q.     Okay.  So let me --
19 A.     They --
20 Q.     Go ahead.
21 A.     Then she was transported to Loudoun
22 Hospital.
23 Q.     Okay.  So do you have any memories of any
24 discussions with anyone at that ER, that first ER,
25 about what they thought was going on with your wife?

Page 64

1 A.      The only thing I can remember basically,
2 they said it was above their pay grade.
3 Q.      Okay.  Do you have a recollection, did they
4 run any kind of tests or anything in the ER?
5 A.      I don't recall any.
6 Q.      Okay.  Do -- from your recollection, did
7 you have an understanding of what was going on with
8 your wife when you left that ER as you're going to the
9 hospital?
10 A.      I'm sorry, what -- what are you asking me?
11 Q.      Did you have a -- so you go to the ER and
12 you see people there who -- did they examine her
13 there, do you know?  Did they perform a physical
14 examination?
15 A.      I believe they did.  They must have
16 examined her some way.
17 Q.      I guess what I'm trying to figure out is
18 your knowledge, so when you left the ER, did they tell
19 you what they thought was causing the severe pain that
20 brought you there?  Did they have any explanation for
21 you of that?
22 A.      Not that I recall.
23 Q.      Okay.  And so then from that ER to -- you
24 go to Loudoun Hospital?
25 A.      Right.

Page 65

1 Q.      Okay.  And I think your wife was -- she
2 went by ambulance?
3 A.      Yes.
4 Q.      Okay.  And then you -- did you similarly
5 follow her to Loudoun Hospital?
6 A.      No, I rode with her.
7 Q.      In the ambulance?
8 A.      Yes.
9 Q.      Okay.  Can you tell me, based on your
10 recollection, how was your wife doing in the
11 ambulance?
12 A.      Very poorly.  Every little bump in the
13 road, she'd scream out in pain.
14 Q.      Okay.  Can you estimate for me either in
15 time or distance how far the ER was from the Loudoun
16 Hospital?
17 A.      It's probably about a 10- to 15-minute
18 ride.
19 Q.      Okay.  Do you know if in the ER they gave
20 your wife anything for medication -- or any medication
21 for pain?
22 A.      I don't recall, but that should be in the
23 records that they sent over.
24 Q.      Now, what's your first memory when your
25 wife is at Loudoun Hospital, what's your first memory

Page 66

1 of that?
2 A.      My first memory, because this was late at
3 night, was meeting the trauma team surgeon.
4 Q.      Do you remember the name of that surgeon?
5 A.      Dr. Sutter, I believe.
6 Q.      Was it a woman?
7 A.      Yes.
8 Q.      Okay.  And did you have a conversation with
9 her about what she thought was going on with your
10 wife?
11 A.      Yes, I do.
12 Q.      Well, tell me what you remember about that
13 conversation.
14 A.      They had actually taken some scan or
15 pictures of something, and Dr. Sutter had said there's
16 something showing up that shouldn't be there.  And she
17 kind of -- the discussion I had that I -- and I think
18 Stacey was lucid enough to have with her was Dr.
19 Sutter basically wanted to do kind of like an
20 exploratory surgery.  And then based on what she found
21 out, if we would give her permission to fix it.
22 Q.      Okay.  Do you remember, at least at this
23 point where you're talking to the trauma surgeon for
24 the first time, did you have an understanding that
25 your wife had a bowel perforation, or they didn't know

Page 67

1 at that point?
2 A.      Well, I don't know what they knew, but I
3 did not know that that was an issue at the time.
4 Q.      Okay.  So you don't recall doc -- the Dr.
5 Slater saying anything -- or Sutter saying anything to
6 you about bowel perforation?
7 A.      I don't remember.
8 Q.      Okay.  And would -- do they shortly
9 thereafter take your wife to surgery?
10 A.      Yes.
11 Q.      Does anybody come with you to stay with you
12 while your wife is in surgery at the hospital?
13 A.      Yes.
14 Q.      Who -- who was that?
15 A.      Our daughter Abby showed up and a friend --
16 my mind just went blank.  Wow, man, she's a good
17 friend.  I can't think of her name right now.
18 Q.      Okay.  How did Abby know that your wife was
19 at the hospital, do you know?
20 A.      I don't recall specifically.  I mean, I may
21 have told her.  I don't remember.
22 Q.      Okay.  As you sit here today, do you have
23 any recollection of communicating with Abby about what
24 was going on with your wife before she goes to
25 surgery?

Page 68

1 A.      I think there was a text message I sent to
2 the kids that mom was going to the hospital.
3 Q.      Okay.  How about the friend whose name
4 escapes you right now, how did they know --
5 A.      It's --
6 Q.      -- do you know?
7 A.      Her name is Megan.
8 Q.      Okay.
9 A.      Megan Albright.
10 Q.     What was her last name?  I'm sorry.
11 A.     Albright.
12 Q.     Albright.  Do you know how Megan knew that
13 your wife was going to be in the hospital?
14 A.     Not specifically, I don't remember.
15 Q.     So what -- do you remember why you
16 contacted Megan versus some other friend?  Is there a
17 particularly close relationship, or were you looking
18 for information?
19 A.     No, I wasn't looking for information.
20 Megan has been -- been her friend a long time.
21 Q.     Do you talk to any doctors about your
22 wife's condition before she goes to surgery?  It's
23 just to Dr. Sutter, is that the only one you talked
24 about your wife's condition?
25 A.     That's the only one I remember at Loudoun

Page 69

1 Hospital, yeah.
2 Q.      Okay.  Do you have a recollection of how
3 long the surgery was?
4 A.      It seemed like four to five hours --
5 Q.      Okay.
6 A.      -- before Dr. Sutter came to talk to me.
7 Q.      Before she goes in to surgery, did Dr.
8 Sutter give you any kind of estimation of how long she
9 thought the surgery would go?
10 A.     Not that I remember.
11 Q.     Okay.  And when Dr. Sutter comes to talk to
12 you after the surgery, is there anyone else there with
13 you for that conversation?
14 A.     Megan and our daughter Abby.
15 Q.     Okay.  Can you tell me as best as you can
16 recall today what you recall Dr. Sutter saying to you
17 after surgery about your wife's condition?
18 A.     She talked about two bowel perforations, a
19 small one that they could repair and the larger one
20 where they had to take out some section of a bowel and
21 do a ostomy.
22 Q.     And did you know what an ostomy was or it
23 was something she had to explain to you?
24 A.     I had some knowledge of it, yes.
25 Q.     Okay.  And do you recall if Dr. Sutter

Page 70

1 explained to you any -- did she describe for you
2 anything else about your wife's intestines other than
3 what you just told me, based on what she saw in
4 surgery?
5 A.      Yes, two things.  One, was she was -- there
6 was a lot of infection; and the other thing was the --
7 that she had trouble finding firm enough, good enough
8 sections of intestine to work with.
9 Q.      Did Dr. Sutter ever talk to you about what
10 she thought the source of the infection was?
11 A.     The source of the infection would have
12 been -- from my recollection, would have been the
13 leaky intestine, leaky bowel.
14 Q.     Did she ever estimate for you how long Dr.
15 Sutter thought the -- the perforations were there?
16 A.     Not that I remember.
17 Q.     From -- and I'm not going to limit it just
18 to this conversation, but in any of the conversations
19 you may have had with Dr. Sutter, to your
20 recollection, did she ever tie the bowel perforations
21 that you told me about to any of the treatment by Dr.
22 Lindner to you?
23 A.     Yes.
24 Q.     Okay.  And when was that?  Was it this
25 conversation or a different conversation?

Page 71

1 A.      My recollection is a different
2 conversation.
3 Q.      Tell me what you remember about that
4 conversation, of the one where I asked you whether Dr.
5 Sutter just tied it to any of the treatment with Dr.
6 Lindner.
7 A.      I might have asked -- my recollection is I
8 asked the question, what caused this?
9 Q.      Okay.  And so what was her response?
10 A.     Her response was steroids.
11 Q.     Was there any other -- any other response
12 other than just simply saying steroids?  Was there
13 more of an explanation, or did she just say to you
14 steroids?
15 A.     That was my recollection.
16 Q.     Okay.  Do you recall having any -- any
17 questions about why she thought the steroids caused
18 the bowel perforation?
19 A.     No, I don't.
20 Q.     Okay.  Was there anyone else with you
21 during this conversation you just described for me?
22 A.     Besides Stacey and me in the room and
23 medical people.
24 Q.     But no other family members or friends that
25 you can recall?

Page 72

1  A.     Not that I remember.

2  Q.     Okay.  And when you were having this
3  conversation with Dr. Sutter, you said Stacey may have
4  been there, do you think, was she lucid at that time
5  to understand the conversation based on your
6  observation of Stacey?

7  A.     Excuse me a second.  I'm sorry, could you
8  repeat the question?

9  Q.     Yeah.  Based on your observation of Stacey
10  at the time this conversation you just testified
11  about, you know, where Dr. Sutter tied the steroid use
12  to the bowel perforation, how is Stacey doing at that
13  time?  In other words, was she lucid, not lucid,
14  anything in between?

15  A.     I would -- I would say she was out of it.

16  Q.     Okay.

17  A.     I don't think she was very lucid.

18  Q.     Okay.  And during the course of that
19  hospitalization in Loudoun Hospital, were there any
20  other physicians that you talked to that tied your
21  wife's bowel perforation to the steroids?

22  A.     Yes.

23  Q.     Can you tell me who they were, either by
24  name or type of doctor, you know, however you can do
25  it?

Page 73

1  A.     Yes.  During her three weeks at that
2  hospital in the hospital room, there were two, what
3  they call hos -- hospitalists now.

4  Q.     Okay.

5  A.     One woman, one man.

6  Q.     Okay.  And so was it both -- either or both
7  of them -- which one told you about the steroids, was
8  it both of them or one or the other?

9  A.     I recall both of them.  I believe it was
10  both of them.

11  Q.     And so how did that come about?  How did
12  that conversation come about that the hospitalists are
13  talking to you about the cause of the bowel
14  perforation?  Do you --

15  A.     I -- I would ask anybody that -- that was
16  treating her if they knew what caused it.

17  Q.     Okay.  And do you have a recollection of
18  what they said?

19  A.     They attributed it to high steroid use.

20  Q.     Okay.  So was it just the two hospitalists
21  or were there other doctors?  I mean, I know you
22  talked to me about Dr. Sutter and the two
23  hospitalists.  Anybody else?

24  A.     Not that I recall.

25  Q.     Okay.  How about as far as speaking to any

Page 74

1  of the physicians -- now throwing it back out broadly,
2  again, to any of the physicians who were treating your
3  wife at the time she was at Loudoun Hospital in
4  October of 2022, did any of the physicians, were they
5  ever critical of the care that Dr. Lindner provided,
6  whether it was steroids or any of the medication that
7  she was on?

8  A.     Yes.

9  Q.     Okay.  So can you tell me, as best you can
10  recall, either by name or by title which doctors it
11  was?

12  A.     I specifically remember the female doctor
13  hospitalist.

14  Q.     Okay.  And what did she say?

15  A.     The thing I remember is this, Dr. Lindner
16  needs to be stopped.

17  Q.     Anything else that you remember about that
18  other than that phrase?

19  A.     She -- in her opinion, the steroids caused
20  the bowel perforations and the general decline of the
21  tissue of the intestine.

22  Q.     And was she critical of any of the other
23  medication that your wife was being prescribed?

24  A.     Not that I remember.

25  Q.     Okay.  So were there any other physicians

Page 75

1  that were critical of the -- any of the other
2  medications that Dr. Lindner prescribed?  So you
3  haven't -- you've told me about a number of them, of
4  course, but I just want to make sure I'm not missing
5  any is all.

6  A.     The medications that Stacey was taking
7  prior to the hospital, I do not recall any
8  conversations with doctors about those.

9  Q.     Okay.  From your recollection, from the
10  time that your wife started treating with Dr. Lindner,
11  was there ever a time where she wasn't taking any of
12  the medication that was prescribed by Dr. Lindner or
13  was she always taking it?

14  A.     I'm sorry.  Was this before the hospital?

15  Q.     Yeah, before the hospital.  I'm sorry.

16  A.     There was a time frame prior to the
17  conversation we had with Dr. Lindner, we had stopped
18  the medications for a few days, maybe, you know, four
19  days, because I had come home from running to the
20  office, and, you know, I remember she was in bed when
21  I left, she was still in bed when I came back probably
22  about a couple hours, but she -- she looked frightened
23  and scared.  And I asked her why.  And she was telling
24  me that there was a dark shadowy figure in the
25  doorway.  So I assured her there was nobody there.

Page 76

1  And I think, you know, in the -- in my opinion, he was
2  killing her with the treatment, and we backed off.
3  Q.      Are you able to estimate me -- for me when
4  that was in the time frame at all?  Month?  Year?
5  A.      It's -- it's probably in the e-mails, but
6  my -- my recollection would be early September '22.
7  Q.      '22.  Okay.  Now, I want to move back into
8  the hospitalization.  I'm sorry about that.  We went
9  back.  I remembered I wanted to ask you that before.
10      So we're back in that time frame now
11 where your wife is at Loudoun and she has had the
12 surgery already.
13 A.      Uh-huh.
14 Q.      So did you get a sense of after the surgery
15 at some point what the doctors believed your wife's
16 prognosis was, moving forward now after the surgery?
17 A.      At -- we had a follow-up visit with -- I'm
18 trying to remember it, but I don't remember the time
19 frame.  But I do know that from the hospital, Stacey
20 was transported up to the surgeon's office, Dr.
21 Sutter.  I rode with her.  Me and the driver kind of
22 wheeled her in on the gurney because she couldn't
23 walk.  And it was that visit with Dr. Sutter, she told
24 us that they, meaning, I guess, the trauma team,
25 didn't think she was going to make it.

Page 77

1  Q.      Did she say why she thought that?
2  A.      The -- the extent of the surgery.
3  Q.      Okay.  And if I'm getting my time frame
4  right, so it -- if I recall the events, your wife went
5  into the hospital on October 7th, and she was in
6  Loudoun for about three weeks.  Is that consistent
7  with your recollection?
8  A.      Yes.
9  Q.      And then after she went from Loudoun, did
10 she go to a rehabilitation hospital?
11 A.      Yes.
12 Q.      And is it when your wife was at the
13 rehabilitation hospital that this outpatient visit
14 happened with Dr. Sutter you just described?
15 A.      Yes, I believe so.
16 Q.      Okay.  Focus for me, though, for a moment
17 if you would, please, Mr. Wolking, about while she's
18 still at Loudoun.
19 A.      Okay.
20 Q.      Does anybody talk to you about her
21 prognosis then?
22 A.      The -- the female hospitalist, she was the
23 one who said the wound, the ostomy did not -- the
24 flesh, I guess, around the ostomy did not look very
25 good, and she said she was very sick.  At some point

Page 78

1  in time Stacey went septic.  So that female
2  hospitalist was more negative.  I think everybody else
3  was trying to keep me positive so I could try to keep
4  Stacey positive, so ...
5  Q.      Were there other people giving you a more
6  optimistic view of your wife's prognosis, the treating
7  physicians?
8  A.      Dr. Sutter would come in to check on
9  Stacey.  I remember Dr. Sutter, one visit to Stacey's
10 hospital bed, the nurses were look -- the doctor was
11 looking at the ostomy, and the nurses pointed out, oh,
12 look, she had a bowel movement.  And then Dr. Sutter
13 was quite happy.  And -- excuse me -- one of the
14 nurses said that -- that even Dr. Sutter teared up a
15 little bit.
16      There was a nurse practitioner, I
17 think, a palliative care lady, who was brought in to
18 help manage Stacey's pain.  And then there was another
19 doctor, and I can't recall her name, but I think she
20 worked with the same palliative care unit.  And I
21 really didn't discuss her prognosis, you know, with
22 the other doctors that I recall, so ...
23 Q.      How about the male hospitalist, do you have
24 any recall of speaking with him about the prognosis of
25 your wife?

Page 79

1  A.      Yes.  When he said that -- the female,
2  like, was on duty for maybe two weeks, and then --
3  then he came on --
4  Q.      Okay.
5  A.      -- and he -- he would talk to us and talk
6  about her condition improving.
7  Q.      So I know from reading e-mails, and then
8  there's a Mr. Underhill did, like, a five-page typed
9  summary of some of the events while your wife was at
10 Loudoun Hospital.  Do you ever remember seeing that
11 summary prepared by Mr. Underhill?
12 A.      No.
13 Q.      Okay.  When I read it, in part of it
14 there's a discussion about your wife, and I've been
15 breaking it up, opting to have palliative or hospice
16 care versus kind of medical care?
17 A.      Right.
18 Q.      Is that consistent with your recollection,
19 that at some point your wife decided she didn't want
20 to have medical care and she wanted to go to hospice?
21 A.      Yes.
22 Q.      Did you have an understanding as to why
23 your wife was making that decision --
24 A.      She was tired --
25 Q.      -- the hospice?

Page 80

1  A.      She was tired of suffering.
2  Q.      When you say suffering, what do you mean by
3  that?  Can you give me an example of what you mean by
4  that?
5  A.      All the time period leading up to the
6  hospital and, you know, the symptoms in the hospital.
7  She was pretty depressed about the ostomy, and, you
8  know, she was still in a lot of pain.  She couldn't
9  get up on her own.  That's what I remember.
10 Q.      Do you know -- do you have any recollection
11 of the people at Loudoun Hospital trying to treat your
12 wife's pain with any kind of medication?
13 A.      Yes, that's what the palliative care people
14 were doing.
15 Q.      Okay.  Was it -- from your observation was
16 it effective at all for your wife's pain, the
17 palliative care?
18 A.      I mean, like all pain meds, you probably
19 get some relief, you know, temporarily.
20 Q.      When your wife was under the palliative
21 care, the hospice care, was she alert and oriented, do
22 you think?  Was she able to carry on conversations or
23 discussions with you during that time frame?
24 A.      So did you ask about palliative and
25 hospice?

Page 81

1  Q.      I guess I'm putting them together, but how
2  -- during the time that your wife opted not to have
3  medical care, and so she went to palliative care, I'll
4  leave it classified that way, was she -- were you able
5  to have conversations with her and things of that
6  nature while she was in palliative care or under
7  palliative care?
8  A.      I mean, she would talk, but she had trouble
9  understanding --
10 Q.      Okay.
11 A.      -- and had trouble communicating things.
12 And she also had two other instances of hallucinations
13 that I can remember.
14 Q.      While she was on -- under palliative care?
15 A.      One was palliative care; the other -- first
16 one was in ICU.
17 Q.      Do you have a -- I mean, the records will
18 reflect, but how long from your recollection was your
19 wife under palliative care?  So she was in Loudoun for
20 three weeks.  Is there any way for you to estimate
21 what portion of it was palliative care?
22 A.      No.  No.
23 Q.      Was there a time when your wife wasn't on
24 palliative care, that she was able to have
25 conversations with you, or -- I guess what I'm trying

Page 82

1  to figure out is, when -- in the time from surgery
2  until she goes to palliative care, how was she
3  mentally?  How would you describe her mentally?
4  A.      How would I describe her mentally?
5  Q.      Yeah, in that short time frame -- or in
6  that time frame between -- she comes out of surgery
7  until she starts with the palliative care.
8  A.      Her mental status seemed to be the same to
9  me most of the time.  Confusion.  She had trouble --
10 from when I tried to communicate with her, she would
11 have trouble understanding.  It -- didn't seem to
12 grasp things very well.
13 Q.      Did you ever talk to any of the physicians
14 who were treating your wife about why she was that
15 way?
16 A.      I think so, yes.
17 Q.      What do you recall them explaining to you,
18 if you do?
19 A.      I mean, I don't remember who it was.
20 Q.      Okay.
21 A.      But they attributed her to mental status --
22 status to steroids and the infection.
23 Q.      Do you have any understanding about how, if
24 at all, your wife was getting steroids during the time
25 that she was at Loudoun Hospital?  Was she -- do you

Page 83

1  know, was she being administered steroids after
2  surgery until the time of discharge?  Do you know if
3  they were giving her any steroids?
4  A.      I mean, that should be in the medical
5  records.
6  Q.      Yeah, for sure it is.  I'm just wondering
7  your recollection.
8  A.      I believe -- I believe she was getting
9  steroids.
10 Q.      Okay.  Do you have any recollection of
11 speaking to any of the physicians about how her
12 steroids were going to be handled while she was at the
13 hospital?
14 A.      Handled by people -- the doctors treating
15 her.
16 Q.      I'm sorry, that was a bad question.  But do
17 you know, were they going to try to taper her off of
18 it, were they going to keep her at certain levels,
19 anything like that?
20 A.      They were going to -- they were going to
21 taper off, and there was no way they were going to
22 give her the high doses she was taking before going to
23 the hospital.
24 Q.      And my understanding from speaking to your
25 wife yesterday is that she continues to be on steroids

Page 84

1  today, and she told me the doses, I just don't
2  remember what they were.  Is that consistent with your
3  recollection?
4  A.        Yes.
5  Q.        Okay.  Do you -- and who prescribes her
6  steroids today, do you know which physician?
7  A.        No, I don't.  They're -- through Loudoun
8  Hospital, I believe, she did get an appointment with a
9  doctor that does that kind of stuff, and I can't
10 remember what they're called at the time -- this time.
11 But she had some conversations with her about the
12 dosage she's supposed to be taking now.
13 Q.        So I know -- do you have a recollection of
14 discussions with Mr. Underhill or other family members
15 about trying to convince your wife to come off
16 palliative care and begin medical care again?
17 A.        So it wasn't palliative care, it was
18 hospice care.
19 Q.        Okay.
20 A.        Okay.  So are you -- is your question, did
21 I have conversations with my brother-in-law Mike?
22 Q.        Yeah, your -- Mr. Underhill's summary he
23 talks about and he summarizes his -- at least his
24 recollection of a conversation that the family got
25 together to try to convince Stacey to get off hospice

Page 85

1  and go back on medical care.  Do you have a
2  recollection of any discussion with Stacey and other
3  family members like I just described?
4  A.        I was aware that they were talking to her
5  one evening, yes.
6  Q.        Were you a participant in that
7  conversation?
8  A.        No.  They told me to go home and get some
9  sleep.
10 Q.        Okay.  So who -- do you -- do you have any
11 knowledge of who -- I know Mr. Underhill was there,
12 but do you know anybody else who was there for that
13 conversation?
14 A.        Stacey's sister and our daughter.
15 Q.        Daughter Abby?
16 A.        Yes.
17 Q.        And what's Stacey's sister's name?
18 A.        Kim.
19 Q.        Okay.  What's her last name?
20 A.        Right now it's Vogel.
21 Q.        Can you spell it for me?
22 A.        I think it's V-O-G-E-L.
23 Q.        What was her last name then when this?
24 A.        It was prior to her marriage, so I think
25 Wilkins, W-I-L-K-I-N-S.

Page 86

1  Q.        Thank you.  Do you have an understanding as
2  to why your wife -- because we know from the records
3  that your wife came off hospice care and then began to
4  treat what I'll call medical care.  Do you have an
5  understanding as to why that decision was made?
6  A.        Yes, I do.
7  Q.        Okay.  And just tell me generally what your
8  understanding is.
9  A.        So I had been trying to convince Stacey to
10 fight and live, and I was not getting anywhere.  So,
11 you know, I don't know who made the decision for the
12 three people we just talked about to be there when
13 Stacey woke up and to talk to her about it, but it
14 worked.  And they called me at something like 2 in the
15 morning and said that -- that she wanted to live and
16 would come out of hospice, so ...
17 Q.        And then once Stacey comes out of hospice,
18 she never goes back in, right?
19 A.        Correct.
20 Q.        Okay.  Are you okay to proceed or do you --
21 A.        Let's keep going.
22 Q.        Okay.  So I know from the records that your
23 -- your wife was in Loudoun Hospital for three weeks.
24 I think she went in on October 7th, and if the records
25 are right, she was discharged on the 28th.

Page 87

1          Did you -- did you have any
2  discussions with the people at Loudoun Hospital that
3  once your wife was going to be discharged, what then
4  would be her plan of care, where would she go, what
5  would be needed to be done for her, those types of
6  things?
7  A.        A representative from Encompass Care
8  Hospital or Rehab Hospital came around, you know, said
9  that Stacey would be a good candidate to go there.  I
10 -- you know, I tried -- I asked around, but I don't
11 remember who I asked, and found out that this is
12 probably -- this was probably the best rehab hospital
13 she could go to as far as other ones in the area.  And
14 actually, somebody I work with, his mom had been
15 there.  He was very happy with the treatment she
16 received.  And I thought that was Stacey's best chance
17 to get well again.
18 Q.        Okay.  Did you have an understanding of
19 what they were going to do for her there, not
20 specifics, but generally, like, what was the goal and
21 how they were going to get there?
22 A.        The goal was to physically get her able to
23 go home.
24 Q.        Did you participate in any of the -- the
25 rehab?  Sometimes family members do and sometimes

Page 88

1  family members don't.  Was there -- did you
2  participate at all in what was going on at the rehab
3  hospital?
4  A.      When I was there and she was scheduled to
5  go to the gym, I would go and observe.
6  Q.      Just describe for me what were the types of
7  things you saw they were doing for her?
8  A.      Getting her to walk --
9  Q.      Okay.
10 A.      -- on her own power.
11 Q.      Was there any kind of instruction as to how
12 to take care of the ostomy while your wife was at the
13 rehab?
14 A.      Yes.
15 Q.      Were you -- did they tell you how to --
16 were you participating on how to -- would you have
17 been, and did you participate in taking care of the
18 ostomy once your wife came home?
19 A.      Once she came home?
20 Q.      Yes.
21 A.      I was doing it all.
22 Q.      Okay.  Can you just kind of explain to me
23 what -- on a day-to-day basis when your wife did have
24 the ostomy, what were you doing to take care of it?
25 A.      I mean, I would change it when needed.

Page 89

1  Q.      Okay.  And just generally, so I have it on
2  the record, when you say change it, walk me through
3  what you had to do.
4  A.      Okay.  And she had home health -- she had
5  home health care --
6  Q.      All right.
7  A.      -- so there was one particular nurse who
8  had been trained in ostomies more so than any of the
9  other ones.  And so she got us the right, you know,
10 apparatus to put on.  And, you know, I would just
11 observe her while she was there and learn how to do
12 it, so that when she wasn't there, I could do it.
13 Q.      Okay.  And how often would you have to do
14 it?  Would you have to do it every day, a couple times
15 a day?
16 A.      Well, it's much like anything else, you get
17 better at it when you do it more often.  So at the
18 beginning, we wouldn't -- we would -- there would be
19 short periods of time.  Sometimes we would have to
20 change it twice a day.  Sometimes it would go a day or
21 two.  But then as we got better using a certain type
22 of ostomy, we would get three to four days out of one.
23 Q.      What was your wife's physical ability when
24 she came home from the rehab hospital?
25 A.      My recollection is she used a walker to get

Page 90

1  into the house.
2  Q.      Do you have any recollection as to how long
3  she -- your wife had to use the walker?
4  A.      No, I don't know.
5  Q.      So we know, at least from the records, that
6  in March, I think if my years are right, 2023, your
7  wife had the surgery to reverse the ostomy?
8  A.      Yes.
9  Q.      Do you remember if she was using the walker
10 then?
11 A.      No, she wasn't.
12 Q.      And is it your recollection that your wife
13 would have had the ostomy from the time of the surgery
14 in October of 2022, until at least what the records
15 suggest is March 21st of 2023, when she went to
16 Fairfax Hospital for its reversal?  So about -- I
17 guess that's five months, am I right?  You're the math
18 guy, you tell me.
19 A.      I think that's about five months, but
20 what's your question?  Did she --
21 Q.      Is that how long she had the ostomy, about
22 five months?
23 A.      Yes.
24 Q.      Okay.  After the ostomy --
25 A.      And then --

Page 91

1  Q.      Go ahead.
2  A.      -- I will say, when she had the reversal,
3  the surgeon did a very good job, but he had to put a
4  small one in temporarily on the other side so that --
5  so that the connection would heal well.  So he
6  bypassed that for a little, that's my understanding.
7  Q.      Okay.
8  A.      And that was in --
9  Q.      I remember seeing that.  But when -- how
10 long did she have that, that bypass part?
11 A.      That was a -- that was a short time.
12 Q.      Okay.  Tell me from a bowel perspective,
13 odd question, I know, how is your -- how is your wife
14 doing after the reversal of the ostomy and that --
15 that procedure healed?  How -- as far as going to the
16 bathroom, how is she doing?  Does she have any issues
17 with bowel movements after that?
18 A.      She was having bowel issues, you know, the
19 urgency to it, maybe some leakage, you know, before
20 she actually got to the commode.
21 Q.      Okay.  And is that still true today or have
22 those issues resolved?
23 A.      They have not totally resolved.
24 Q.      Do you know if from your understanding is
25 this something that your wife is going to have to live

Page 92

1  with now, or is there any hope that they would resolve
2  eventually?
3  A.       Well, the doctor said it could go either
4  way.
5  Q.       Okay.  Don't know, I guess, right?  Okay.
6           Do you know, do your -- I know your
7  wife has a -- has scars from the surgery, am I
8  correct?
9  A.       Yes.
10 Q.       Okay.  How -- can you estimate how big they
11 are?
12 A.       She doesn't let me see them currently.  But
13 the first one from October, you know, it's middle of
14 her stomach from her navel up.
15 Q.       Do you know how high up does it go?  Does
16 it go to the breastbone, or you don't know?  If you
17 don't know, just tell me.
18 A.       I -- I don't know.
19 Q.       Okay.  And how about the one -- does she
20 have a scar from the reversal as well?
21 A.       I think that doctor used the same incision
22 from the first surgery.
23 Q.       Does your wife have any pain from -- that
24 you're aware of from those -- from that incision?
25 A.       Yeah, she does tell me that she still has

Page 93

1  some pains in certain areas.
2  Q.       Okay.  Is -- does she take any kind of
3  medication to address that pain, to your knowledge?
4  A.       Yes, she is taking some medication.
5  Q.       What kind; is it over-the-counter or
6  prescription, do you know?
7  A.       It's -- it's prescription, Gabapentin.  But
8  she also had to have a hernia surgery in August,
9  which, you know, compounded the areas of pain, so
10 that's why she has the Gabapentin.
11 Q.       Okay.  So how long do you think she's been
12 taking the Gabapentin total?
13 A.       Okay.  Prob -- I -- I'm not really sure.
14 Q.       Okay.
15 A.       I mean --
16 Q.       Do you know -- go ahead.  I don't want to
17 interrupt you.
18 A.       He prescribed it -- the -- the hernia --
19 hernia surgeon prescribed it on one of the visits.  He
20 said, I think this will help you, and she's been on
21 that treatment since then.  And that was sometime in
22 the fall.
23 Q.       Okay.  So she started taking it, to the
24 best of your recollection, fall of 2023?
25 A.       Yes.

Page 94

1  Q.       Okay.  So I know I saw in the records that
2  she had the hernia and then the hernia repair.  We
3  talked about the -- the bowel issues that your wife
4  struggles with today.  Are there any other day-to-day
5  consequences that you see your wife lives with as a
6  result of the bowel perforation and then the surgical
7  repairs?
8  A.       Yeah, she still has issues from that whole
9  occurrence.
10 Q.       Okay.  And can you just describe -- we
11 talked about -- you don't have to repeat the ones we
12 talked about, with the pain and incisional pain and
13 the bowel issues.  What other ones does she struggle
14 with on a day-to-day basis?
15 A.       I think she struggles with depression, and
16 in talking to somebody -- and I don't know the
17 doctor's name, but she was being treated for PTSD.
18 Pain, the bowel issues.  She -- general weakness, you
19 know, in muscles and legs, I have to -- I have to help
20 her get off the couch, get out of a chair sometimes.
21           Because of weakness, I have to do a
22 lot of the shopping.  And it's just difficult to go
23 out anywhere because, you know -- you know, you don't
24 know when this urgency to use the bathroom is going to
25 hit.

Page 95

1  Q.       Do you know what's cause -- did anybody
2  ever explain to you what's causing the weakness in the
3  muscle you described?
4  A.       The -- the weakness in her leg muscles?
5  Q.       Yeah.
6  A.       The -- I believe, yes.  Yes, somebody had
7  said that that's due to steroid also.
8  Q.       And other than telling me somebody said,
9  could you be more -- be more specific, or that's all
10 you know?
11 A.       That's about all I remember.
12 Q.       Okay.  Do you have an understanding of this
13 general weakness in her legs?  Is that something
14 that's going to go on long term, or is there hope that
15 it will resolve?
16 A.       There's always hope that it will resolve.
17 But as long as -- yeah, I'm not a doctor.  I'm not a
18 medical person.  I'm not sure what the dependency on
19 steroids means.
20 Q.       I think your wife testified at some point
21 in time did your wife start to lose some of her hair?
22 A.       Yes.
23 Q.       Do you remember about when that was?  And I
24 -- even if you can't give me, like, a month or a year,
25 maybe you can tie it to an event, surgery, not

Page 96

1  surgery, like that kind of thing.
2  A.      Right.  I -- it was -- she started to lose
3  some in the hospital stay.
4  Q.      At Loudoun Hospital?
5  A.      Yes.  And it continued, you know, when she
6  came home.  And I would find a lot of hair in the
7  shower, so that would be -- she came home in November.
8  Q.      Now, how much hair loss did she have?
9  Like, did she have bald spots?  Did she go completely
10 bald?  Are you able to describe it for me?
11 A.      There were thinner spots than others.  I
12 wouldn't -- I wouldn't say she lost it completely.  I
13 came -- the friend Megan I think was staying with us,
14 helping out.  I came home from work one day, and they
15 had trimmed Stacey's hair pretty short.  And -- and
16 then I don't recall, you know, a whole lot of hair
17 loss after that.
18 Q.      Okay.  Have you noticed a difference in the
19 texture of her hair or the wave of her hair or the
20 color of her hair?
21 A.      Yes.
22 Q.      I know, strange questions, right?  But,
23 okay.  So what -- what's the difference that you
24 noticed?
25 A.      She used to have long straight hair.

Page 97

1  Q.      Okay.
2  A.      And now she's got -- well, it's getting
3  longer, but it's coming back all in curls.
4  Q.      Was there any medical person who kind of
5  explained to you why this hair loss happened and why
6  it grew back the way that you described?
7  A.      Not that I recall.
8  Q.      Okay.  I want you to just give me an
9  example now today, what -- give me, like, your
10 understanding of a typical day for your wife, what
11 does it consist of?  Gets up in morning -- like, what
12 time does she generally get up, and just kind of walk
13 me through a day?
14 A.      Okay.  Typically she's generally up by
15 8:30, 8:45.  I will have -- I have to put on her
16 compression sock on her left -- lower left leg, so --
17 and then after -- well, recently our daughter's family
18 is in transition from California, where he -- my
19 son-in-law was a Marine, he's now going to Chesapeake,
20 Virginia.  So until they do that in a week or so,
21 since early November they've been staying with us.
22          So Stacey will -- and they have a
23 two-and-a-half-year-old daughter, our granddaughter,
24 she'll -- she'll sit -- excuse me -- she'll sit and
25 read to them.  I mean, she's able to, you know, do

Page 98

1  some light household chores, dusting, laundry,
2  although I got to carry the laun -- the laundry basket
3  down for her.  So that's -- that's been the extent of
4  things since really early November.
5  Q.      Okay.  I think your wife was explaining to
6  me that before she started all the treatment with Dr.
7  Lindner and then the hospitalization, she had a
8  position, the title of which I don't remember, but it
9  had to do with home schooling; is that correct?
10 A.      Correct.
11 Q.      Okay.
12 A.      Yeah.
13 Q.      And when was the last time that she was
14 able to do the -- the -- whatever she did as far as
15 home schooling from -- I guess she worked from home;
16 is that correct, too?
17 A.      That is correct.  She was an educational
18 consultant for Home School Legal Defense Association.
19 The last time I remember her doing that would have
20 been May or June of '22.
21 Q.      Did you say '22?
22 A.      Yes.
23 Q.      Okay.  And your wife is not working today,
24 do you have -- with that company.  Do you have an
25 understanding as to why?

Page 99

1  A.      That she's not working today?
2  Q.      Yes.
3  A.      I have a general understanding of that.
4  Q.      Okay.  Just give me your general
5  understanding, whatever it will be.
6  A.      They are a membership organization.  During
7  COVID their membership had gone up quite a bit.
8  Post-COVID it's backing off.  They hired too many
9  people during COVID to deal with the run-up in
10 membership.  And now that it's dropping off, they
11 realized they had too many people.
12 Q.      Okay.
13 A.      And I think Stacey has got caught up in the
14 numbers as to what -- they would like to have her back
15 because she was really good at what she does, but her
16 boss that she talks to periodically just hasn't got
17 the okay to bring her back.
18 Q.      To your knowledge, has your wife sought any
19 employment at any other place other than this company
20 since she started treating with Dr. Lindner until
21 present day?
22 A.      No.
23 Q.      When your wife was working in this
24 position, what was her schedule like that you recall?
25 A.      It was part time, maybe 20 to 25 hours a

Page 100

1 week.
2 Q.        Did she have a certain schedule, 9 to 5, or
3 did it vary?
4 A.        It varied by day.
5 Q.        Now, you told me at some point in time when
6 your wife was treating with Dr. Lindner you became
7 more home-based working than office-based working.
8 A.        Right.
9 Q.        Did you -- did you -- was there -- did you
10 miss any work as a result of taking care of your wife?
11 Was there a loss of income as a result of taking care
12 of your wife?
13 A.        I missed a lot of work, but there was no
14 loss of income.  And depending on when I could do it,
15 I was still able to get my work done.
16 Q.        Okay.  So the school didn't have to hire
17 somebody to pick up some of your responsibilities?
18 A.        No.
19 Q.        Is there any way you can estimate for me
20 out-of-pocket expenses for the care that Dr. Lindner
21 provide -- provided to your wife?
22 A.        No.
23 Q.        Do you have any recollection of how you --
24 you would pay him?  In other words, you know, they
25 have these crazy -- you have -- you're more probably

Page 101

1 familiar if you can transfer money, or you can do the
2 old-fashioned write the check or credit card.  Do you
3 -- how is it that you would pay Dr. Lindner?  Because
4 he's up here in Pennsylvania and you're in Virginia,
5 right?
6 A.        Right.  That's a good question.  I don't --
7 I didn't take care of payments.  I think Stacey did.
8 Q.        Do you have to stay home now today to take
9 care of Stacey, or is your schedule more back to
10 normal?
11 A.        My schedule is pretty much back to normal.
12 I've shifted, you know, from more, like, an 8:30 to
13 5:30, to maybe a 9:30 to 6, 6:30, that's because
14 mornings are, you know, a little bit more difficult
15 for her.  I got to put her sock on, as I mentioned
16 before, her compression sock.  And then doctor visits,
17 having to take off to take her to doctor visits.
18 Q.        Can Stacey drive?
19 A.        Yes, she can.
20          MS. SHWED:  I'm just going to look
21 through some of my notes.  I don't know, maybe Susan
22 has some questions for you while I do that.  And I'll
23 -- if you just give me a couple minutes, I think I'm
24 just about done.  But maybe Susan can ask while I'm
25 looking.

Page 102

1          MS. KEESLER:  Can we actually take a
2 ten-minute break --
3          MS. SHWED:  Yeah, sure.
4          MS. KEESLER:  -- just to review my
5 notes.  And I will have a few additional follow-up
6 questions.
7          MS. SHWED:  So you want to come back
8 around 1, is that okay with everybody?
9          MS. KEESLER:  That works.
10          MR. LAMB:  Is ten minutes okay for
11 you, Daryl, or do you need more than that?
12          THE WITNESS:  Yeah.  No, that would
13 be good.  I was hoping we were going to take a break
14 soon, anyway.
15          MS. SHWED:  Oh, I'm sorry.  You
16 should always ask.  God forbid you find yourself in a
17 deposition again, ask.
18          THE WITNESS:  I was just about to.
19          MS. SHWED:  Okay.
20          THE VIDEOGRAPHER:  The time is 12:49
21 p.m.  We are now off the video record.
22          (Brief recess was taken.)
23          THE VIDEOGRAPHER:  On the
24 videographer record, 1:23 p.m.
25 BY MS. SHWED:

Page 103

1 Q.        Okay.  And let me just put this on the
2 record, Mr. Wolking.  During the break you indicated
3 to me that you wanted to add something additional to
4 your testimony thus far.  So please go ahead and do
5 that now.
6 A.        Okay.  In your line of questioning when you
7 were asking if Stacey had received any treatment from
8 anybody else in regards to -- to Lyme, I think the
9 question was, we moved past it, and then I -- then
10 shortly after that I remembered that there -- there
11 was a doctor, I can't remember his name, treated her
12 for Lyme.  We would drive to Maryland, about an hour
13 away from where we lived, and he would treat using, my
14 basic understanding is muscle testing.  And he would
15 prescribe homeopathic things for her to take.  And we
16 did that regimen for a while, and it seemed to help
17 her.
18 Q.        I'm sorry, it did or didn't help her?
19 A.        It did seem to help her.
20 Q.        Okay.  And this -- this treatment that you
21 -- you got in Maryland, is that before your wife
22 started treating with Dr. Lindner?
23 A.        Well, she was a patient of Dr. Lindner for
24 hormones before --
25 Q.        Okay.

Page 104

1  A.      -- before treatment for Babesia --
2  Q.      Okay.
3  A.      -- so it was during the -- it was during
4  the time before he started treating her for Babesia.
5  Q.      Okay.  So let me just make sure that we
6  have this record clear.  So we know from the records
7  that before Dr. Lindner started treating your wife for
8  Babesia, he also provided her some treatment for
9  hormonal or menopausal symptoms, right?
10 A.      Yes.
11 Q.      And as best as your recollection is today,
12 this treatment in Maryland occurred during the phase
13 where Dr. Lindner was treating your wife for the
14 menopausal issues and not the Babesia?
15 A.      Yes.
16         MS. SHWED:  Okay.  Okay.  Susan,
17 thank you for your patience.
18         MS. KEESLER:  Thanks.  Okay.
19              * * *
20         EXAMINATION
21 BY MS. KEESLER:
22 Q.      Mr. Wolking, my name is Susan Keesler.  I
23 represent Youngs Apothecary, Inc., doing business as
24 Tunkhannock Compounding Center.  I just have a few
25 follow-up questions regarding your testimony.

Page 105

1              Earlier you testified that you
2  yourself had a tick bite and you received treatment
3  for that; is that correct?
4  A.      No, that's not.
5  Q.      Okay.  Can you correct me?
6  A.      I had received treatment for Babesia that I
7  think was revealed to the doctor through lab work.
8  Q.      Okay.
9  A.      But I don't ever recall having a tick bite.
10 Q.      Okay.  I recall your testimony -- and thank
11 you for clarifying that.  I -- I recall you indicating
12 that you stated that this happened years ago.  Do you
13 recall if -- do you recall -- or rather, the records
14 have indicated that your wife had a tick bite around
15 2008.  Does that sound correct to you?
16 A.      Yes.
17 Q.      Okay.  Do you recall when -- your diagnosis
18 for Babesia, was that around 2008 or sometime after?
19 A.      I don't -- I don't remember when that was.
20 Q.      Okay.  Did you receive your diagnosis for
21 Babesia before your wife was diagnosed with Babesia?
22 A.      I don't know.
23 Q.      Okay.  Do you recall if you received your
24 diagnosis of Babesia before your wife began being
25 treated by Dr. Lindner for Babesia?

Page 106

1  A.      I'm sorry.  Repeat that?
2  Q.      Okay.  Do you recall if you received your
3  diagnosis for Babesia during the time in which Dr.
4  Lindner was treating your wife for Babesia?
5  A.      That is not the time.  They weren't
6  concurrent.
7  Q.      Okay.  So were -- was your treatment for
8  Babesia before or after Dr. Lindner's treatment of --
9  treatment of your wife for Babesia?
10 A.      It was before.
11 Q.      It was before.  Okay.  You mentioned you
12 were treated by Dr. Stewart for Babesia; is that
13 correct?
14 A.      Yes.
15 Q.      Okay.  Did Dr. -- and did your symptoms
16 resolve under the treatment of Dr. Stewart?
17 A.      Yes.
18 Q.      Okay.  And do you recall which symptoms you
19 -- you were experiencing from Babesia?
20 A.      I think I -- no, not really.
21 Q.      Okay.  Did -- was your -- did your wife
22 ever receive a diagnosis of Babesia from Dr. Stewart?
23 A.      I don't know.
24 Q.      Okay.  Was your wife ever diagnosed by Dr.
25 Stewart for any type of tickborne illness or Lyme?

Page 107

1  A.      I believe Lyme.
2  Q.      Okay.  Do you recall what symptoms she was
3  exhibiting when she was diagnosed with Lyme?
4  A.      No.
5  Q.      Okay.  When she was being treated by Dr.
6  Stewart for Lyme, did her symptoms improve?
7  A.      I don't know.
8  Q.      Okay.
9  A.      I don't -- I don't recall what the symptoms
10 were.
11 Q.      Okay.  Do you recall if -- if her Lyme
12 disease ever resolved while under the treatment with
13 Dr. Stewart?
14 A.      I don't know.
15 Q.      Did your wife ever explain that her
16 symptoms from Lyme returned or were recurring after
17 her treatment with Dr. Stewart?
18 A.      I think she still had some symptoms because
19 that's when we went to see the doctor in Maryland.
20 Q.      Okay.  The doctor in Maryland, do you
21 remember if it was a man or a woman?
22 A.      It was a man.
23 Q.      Do you remember his name at all, first or
24 last name?
25 A.      No, I don't.

Page 108

1 Q.      How did you learn of this Maryland doctor?
2 A.      Stacey told me, my wife.
3 Q.      How did -- okay.
4 A.      Okay.
5 Q.      How did Stacey learn of this Maryland
6 doctor?
7 A.      I don't know.
8 Q.      How did you first learn of Dr. Lindner?
9 A.      Some -- a -- we knew a couple that lived up
10 in that same general area, I'm not sure if they were
11 in Tunkhannock or not.  But Dr. Lindner had treated
12 the husband of the couple, and I think it was hormone
13 treatment, but I'm not sure.
14 Q.      Okay.  Was it ever communicated to you that
15 Dr. Lindner had ever treated either person in that
16 couple for Babesia?
17 A.      No.
18 Q.      Okay.  Earlier you mention -- actually,
19 withdraw that.
20       Do you know why Stacey did not seek
21 treatment for Babesia with Dr. Stewart since he
22 treated you for Babesia?
23 A.      To the best of my recollection, I don't
24 think she was -- the Babesia never even came up in
25 conversations about her -- her seeing the Stewarts.

Page 109

1 Q.      Okay.  Did Stacey know that Dr. Stewart had
2 treated you for Babesia?
3 A.      Yes.
4 Q.      Okay.  I'm going to just jump around a
5 little bit.  I apologize for that, Mr. Wolking.
6       During Dr. Lindner's treatment of
7 your wife for Babesia, did he ever inform -- well,
8 actually, let me withdraw that.
9       When Dr. Lindner was treating your
10 wife for Babesia, were you present with your wife
11 during the appointments?
12 A.      Not always.
13 Q.      Okay.  How often would you say you were
14 present for those appointments with your wife?
15 A.      I know I was directly involved with one
16 prior to her admission in the hospital and may have
17 listened in on at least a couple, you know, a little bit
18 earlier in that whole time frame --
19 Q.      Okay.
20 A.      -- of -- of summer of '22.
21 Q.      Did Dr. Lindner ever inform your wife of
22 the side effects associated with corticosteroid use?
23 A.      I would say yes, by virtue of that consent
24 form.
25 Q.      Was that the only manner in which he

Page 110

1 notified your wife of the potential side effects
2 associated with corticosteroids?
3 A.      I don't know that.
4 Q.      Okay.  Were you ever present in a meeting
5 with Dr. Lindner and your wife where he discussed the
6 potential side effects associated with corticosteroid
7 use?
8 A.      No, I don't think so.
9 Q.      Okay.  I'm just going to -- did he ever
10 inform your wife that weight gain was a potential side
11 effect with corticosteroid use?
12       MR. LAMB:  Objection to form.  You
13 can answer.
14 A.      Weight gain?  By virtue of fluid retention,
15 I think there was weight gain.
16 Q.      Okay.  So I just want to clarify for the
17 record.  So did -- did Dr. Lindner inform your wife
18 that weight gain was a potential side effect
19 associated with corticosteroid use?
20 A.      That should be in the medical records, but
21 I don't know for sure.
22 Q.      Okay.  Did Dr. Lindner inform your wife
23 that a perforated bowel was a potential side effect
24 associated with corticosteroid use?
25       MR. LAMB:  Objection to form.  You

Page 111

1 can answer.
2 A.      Not that I'm aware of.
3 Q.      Okay.  How about scarring or stretch marks?
4       MR. LAMB:  Objection to form.
5 A.      Do I answer?
6 Q.      Yes.
7       MR. LAMB:  Yes.
8 A.      Okay.  Stretch marks?  Not that I'm aware
9 of.
10 Q.      Did Dr. Lind -- Lindner inform your wife
11 that muscle weakness was a potential side effect
12 associated of corticosteroid use?
13       MR. LAMB:  Objection to form.  You
14 can answer.
15 A.      Not that I'm aware of.
16 Q.      How about weakening of bones?
17       MR. LAMB:  Objection to form.  You
18 can answer.
19 A.      The answer to that is possibly, because I
20 may have heard something along those lines, but I
21 don't know for sure.
22 Q.      Okay.  How about myopathy?
23       MR. LAMB:  Objection to form.  You
24 can answer.
25 A.      The myopathy in her legs was a result of

Page 112

1  steroids, is that your question?
2  Q.      Did Dr. Lindner ever inform your wife that
3  myopathy was a potential side effect of corticosteroid
4  use?
5  A.      Not that I'm aware of.
6  Q.      All right.  Did Dr. Lindner ever inform
7  your wife that -- inform your wife of potential
8  cortico -- corticosteroid withdrawal associated with
9  the use of corti -- sorry, corticosteroid use?
10 A.      Okay.
11         MR. LAMB:  Objection to form.  You
12 can answer.
13 A.      I'd have to refer you to the e-mails about
14 that because that may have been discussed.
15 Q.      Okay.  Give me one moment.  The e-mail that
16 you're -- you're referencing -- so your counsel
17 produced e-mail exchanges between you and Dr. Lindner
18 as part of the discovery in this matter.  Earlier you
19 testified that Dr. Lindner sometimes suggested
20 specific dosage of the steroids to your wife, correct?
21 A.      Yes.
22 Q.      Okay.  Seeing his suggested or specific
23 doses, did you ever have any concerns with the high
24 dosage amounts that he was suggesting?
25 A.      Yes.

Page 113

1  Q.      Okay.  And did you ever ask -- or did you
2  ever express that concern to Dr. Lindner regarding the
3  dosage amounts?
4  A.      I'd have to refer you to the e-mails.  So I
5  think so.
6  Q.      Do you recall what his response was?
7  A.      The phrase that keeps coming to mind is,
8  you need to take -- she needs to take what she needs
9  to feel better.
10 Q.      Okay.  And then in response to his
11 response, did -- did you and -- or did your wife
12 follow those instructions?
13 A.      I think to the best of her ability she did.
14 Q.      Okay.  Based on your concerns about the
15 dosage amounts, did you ever seek a second opinion
16 from any other physician?
17 A.      No.
18 Q.      Did your wife ever seek a second opinion
19 from another physician --
20 A.      Not that I --
21 Q.      -- regarding -- sorry.
22 A.      Not that I'm aware of.
23 Q.      Okay.  Did you ever seek a second opinion
24 from any other -- from any other provider, family or
25 friend regarding Dr. Lindner -- Lindner's treatment of

Page 114

1  Babesia?
2  A.      I don't know.
3  Q.      Okay.  Is there a reason why you did not
4  seek a second opinion from any other physician
5  regarding Dr. Lindner's treatment plan of your wife
6  regarding Babesia?
7  A.      Well, as I stated earlier, he held himself
8  out to be an expert on this knowing more than other
9  doctors who didn't realize what was -- didn't realize
10 this was a -- could be a problem.  And he held himself
11 out as submitting papers to medical journals, speaking
12 at conferences.  And like I said, he even sent us the
13 PowerPoint, and there might have been a paper, a
14 document, too, but I turned those over to -- to Conor.
15 Q.      Okay.  While your wife was being treated by
16 Dr. Lindner, you mentioned that he -- he administered
17 some tests; is that correct?
18 A.      That Dr. Lindner --
19 Q.      Yes.
20 A.      -- administered tests?
21         MR. LAMB:  Objection to form.  You
22 can answer, Daryl.
23 A.      There was some lab work he asked her to
24 get.
25 Q.      Okay.  Did any of that lab work actually

Page 115

1  definitively state she had Babesia?
2  A.      Not to my knowledge.
3  Q.      Okay.  Are you aware of whether the tests
4  indicated she was -- that the tests were inconclusive
5  for Babes -- Babesia?
6  A.      That was my understanding.
7  Q.      Okay.  When you received your diagnosis
8  from Dr. Stewart, did you have a conclusive diagnosis
9  of Babesia based on the blood work or lab work?
10 A.      Dr. Stewart, yes, made it -- told me that I
11 had Babesia.
12 Q.      Okay.  And did the lab work confirm that?
13 A.      I believe so.
14 Q.      Okay.  All right.  Earlier you mentioned --
15 well, actually, withdraw that.
16         Are you familiar with my client,
17 Youngs Apothecary, Inc., doing business as Tunkhannock
18 Compounding Center?
19 A.      Yes.
20 Q.      Okay.  How did you first learn of my
21 client?
22 A.      It was in November 2013 when we visited Dr.
23 Lindner for our initial visits with him.
24 Q.      Okay.  And is this relating to your wife's
25 hormones?

Page 116

1  A.      And mine.  Both of us.
2  Q.      Okay.  Did you and your wife ever have your
3  prescriptions filled at Youngs Apothecary while being
4  treated by Dr. Lindner starting in 2013?
5           MR. LAMB:  Objection to form.  To the
6  extent that I don't think Youngs Apothecary existed
7  back then, but if you want to clarify.
8  Q.      Sure.  So, sir, when I refer to Youngs
9  Apothecary, I'm referring to Youngs Apothecary doing
10 business as Tunkhan -- Tunkhannock Compounding Center.
11 If that is the name that you knew my client by, then
12 just please state as such.  Okay?
13 A.      Excuse me.  Yes, I knew them as Tunkhannock
14 Pharmacy.
15 Q.      Okay.  Did you or -- did you and your wife
16 ever have prescriptions filled there while being
17 treated by Dr. Lindner?
18 A.      I don't recall --
19 Q.      Okay.
20 A.      -- specifically.
21 Q.      Do you recall if your wife ever had
22 prescriptions filled at Tunkhannock related to Dr.
23 Lindner's treatment of her Babesia?
24 A.      I don't know.
25 Q.      Okay.  Do you know someone named Courtney

Page 117

1  Young?
2  A.      No, I can't say I do.  I mean, I -- I don't
3  -- she might be the current owner of your client.
4  Q.      Do you know Brian Brick?
5  A.      No.
6  Q.      Okay.  Earlier you testified that your wife
7  had her steroid prescriptions filled at the Harris
8  Teeter and Giant as it relates to Dr. Lindner's
9  treatment for her Babesia; is that correct?
10 A.      I believe so.
11 Q.      Okay.  Do you -- did she have her
12 prescriptions filled at any pharmacy other than
13 those two you testified to as it relates to Dr.
14 Linder's treatment of her Babesia?
15 A.      Not that I'm aware of.
16 Q.      One moment.  Okay.  Mr. Wolking, I know we
17 discussed some e-mails you exchanged with Dr. Lindner
18 and I apologize if this question is duplicative, but
19 did you have any telephone conversations with Dr.
20 Lindner regarding his treatment of your wife's
21 Babesia?
22 A.      Yes.
23 Q.      Okay.  And what -- I -- what were the
24 circumstances that would lead you to have a phone
25 conversation with Dr. Lindner during his treatment of

Page 118

1  your wife for Babesia?
2  A.      To get direction for the treatment.
3  Q.      Okay.  And I just want to clarify.  Was it
4  you speaking with Dr. Lindner directly?
5  A.      Stacey and I were both on the conversation
6  with him.
7  Q.      And what would he communicate during those
8  phone conversations, if you can recall?
9  A.      Well, I guess I refer you to the e-mail
10 documents, but he -- the phone call I specifically
11 remember was the one to get some clarity as to
12 direction of where to go because the treatment seemed
13 to be killing her.
14 Q.      And do you recall what his response was?
15 A.      Yes.
16 Q.      And what was it?
17 A.      Moving forward with the treatment was the
18 only way -- basically was the only way out.  He had to
19 kill off the Babesia so that she would start feeling
20 better.
21 Q.      Okay.  And did you and Stacey follow those
22 instructions?
23 A.      Yes.
24 Q.      Okay.  You mentioned earlier, Mr. Wolking,
25 that -- that your wife is seeing -- or being treated

Page 119

1  by someone for PTSD; is that correct?
2  A.      She was.
3  Q.      She was?
4  A.      Yeah, she was.  That has -- it's not
5  continuing right now.
6  Q.      Okay.  When did that begin around?
7  A.      I'm not sure.  It was -- it was in 2023.
8  Q.      Okay.  Do you recall when it -- when she
9  stopped being treated for PTSD?
10 A.      No.
11 Q.      Okay.  Do you know how long approximately
12 she was being treated for PTSD?
13 A.      No, I don't.
14 Q.      Do you know if that doctor prescribed her
15 any medications as it relates to PTSD?
16 A.      I don't know.
17 Q.      You also testified that she struggles with
18 depression currently; is that correct?
19 A.      Yes.
20 Q.      Has she sought any treatment for her
21 depression?
22 A.      No, not currently.
23 Q.      Did she -- has she ever since her
24 hospitalization?
25 A.      Yes, it was the PTSD, depression kind of

Page 120

1 all rolled into one.
2 Q.      I know you could not recall the doctor's
3 name who treated your wife for PTSD. How did you find
4 out about that doctor? Were you referred by the
5 hospital or some other physician?
6 A.      I don't know.
7 Q.      Is it a man or a woman?
8 A.      It was a woman she was talking to. I don't
9 believe she was a doctor. She may have been a nurse
10 practitioner of some type.
11 Q.      Okay. Do you know if she was being treated
12 by -- if she is indeed a nurse practitioner, do you
13 know if she was being treated by her, like, by video,
14 in person or over the phone?
15 A.      I'm not sure.
16 Q.      Do you know how often your wife was seeing
17 or being treated by the nurse practitioner? Was it a
18 weekly basis, monthly or something else?
19 A.      It was primarily weekly.
20 Q.      Okay. Mr. Wolking, do you and your -- do
21 you and your wife, are you a member of any church?
22 A.      Ever since the occurrence back in '22 --
23 Q.      Yes.
24 A.      -- we're -- currently we're not a member.
25 But I will say the church that we watch online doesn't

Page 121

1 really have membership.
2 Q.      Okay. Is there a -- so you mentioned that
3 ever since the occurrence, are you referring to the
4 hospitalization in October of 2022?
5 A.      Yes.
6 Q.      Okay. So you -- so you testified ever
7 since that occurrence you're currently not a member.
8 Why is that?
9 A.      The last time we went, which was in early
10 part of '22 or summer of '22, Stacey was really
11 sensitive to sound. And -- and the worship band or
12 praise band, whatever you want to call it, just was
13 too loud. And it -- and since they -- you can watch
14 it online, it just became more convenient to do that
15 way. You know, if she -- she at home could feel more
16 comfortable, be close to the bathroom, that type of
17 stuff.
18 Q.      Okay. What was the name of the church at
19 that time in summer of 2022?
20 A.      It was -- oh, man. Cornerstone Chapel.
21 Q.      And where was it located?
22 A.      In Leesburg, Virginia. That was the one we
23 visited last and the one we currently watch online.
24 Q.      Got it. And how -- by summer of 2022, how
25 long had you and Stacey been members or attended

Page 122

1 Cornerstone Chapel?
2 A.      By then it was only maybe a handful of
3 times.
4 Q.      Is Cornerstone Chapel associated with a
5 specific denomination?
6 A.      No.
7 Q.      So it's nondenominational?
8 A.      Yes.
9 Q.      And do you and Stacey still attend
10 Cornerstone Chapel today but via online?
11 A.      Yes.
12 Q.      Did anyone at Cornerstone Chapel know of
13 Dr. Lindner?
14 A.      I don't know.
15 Q.      The couple that you mentioned earlier who
16 referred you and Stacey to Dr. Lindner, were they
17 members of the same church, Cornerstone Chapel?
18 A.      I don't think so.
19 Q.      Okay. Did you or -- or did you or Stacey
20 seek any counseling from Cornerstone Chapel as it
21 relates to Stacey's Babesia?
22 A.      No.
23       MR. LAMB: I'm going to object to
24 that and instruct the witness not to answer. I don't
25 -- I think there are probably religious privileges at

Page 123

1 issue there.
2 Q.      Well, did you seek counseling from any
3 members, but not pastors, from Cornerstone Chapel as
4 it relates to Stacey's Babesia?
5 A.      Not that I'm aware of.
6 Q.      Do you know if Stacey is taking any type of
7 counseling as it relates to her depression and/or PTSD
8 from anyone at Cornerstone Chapel?
9       MR. LAMB: And I'm going to object to
10 the extent that that calls on for any sort of
11 consultations with clergy, and ask Daryl not to answer
12 with respect to any members of the clergy.
13 Q.      Do you understand the distinction, Mr.
14 Wolking?
15 A.      The distinction of what?
16 Q.      So I'm not asking if -- so I'm not asking
17 for any communications or whether your wife is seeking
18 counseling from any member of the clergy at
19 Cornerstone Chapel. But do you know if she's seeking
20 any counseling at Cornerstone Chapel from anyone else
21 as it relates to her depression and/or PTSD?
22 A.      Not that I'm aware of.
23 Q.      Okay. Mr. Wolking, are there any
24 activities that you and Stacey can no longer do today
25 that you once enjoyed before her hospitalization in

Page 124

1  October of 2022?
2  A.      Yes.
3  Q.      Okay.  Can you please describe that --
4  those activities?
5  A.      We would like to go out to eat, try
6  different restaurants.  Today it's more so of pick
7  up/carry out.
8  Q.      Anything else?
9  A.      That we -- I mean -- you know, I would say,
10 you know, sexual activity is less than what it used to
11 be.
12 Q.      Okay.  So prior to the hospitalization in
13 October of '22 -- 2022, how often would you say that
14 you and your wife engaged in sexual activity?
15 A.      At least once a week.
16 Q.      And since the hospitalization in October of
17 2022, how often would you say you and your wife engage
18 in sexual activity?
19 A.      Every other week, twice a month.
20 Q.      You earlier testified to the fact that you
21 now do the grocery shopping; is that correct?
22 A.      Yes.
23 Q.      Okay.  So did you not do the grocery
24 shopping before her hospitalization October 2022?
25 A.      I did not do all of it, no.

Page 125

1  Q.      Okay.  And it's your testimony today that
2  you now do all of it?
3  A.      Primarily.  When I can convince her to go
4  out with me, if it's not going to be a long shop, you
5  know, she'll go, just so I can get her out of the
6  house sometimes.
7  Q.      Other than what you've testified to, Mr.
8  Wolking, are there any other activities you can't do
9  today that you once enjoyed with your wife prior to
10 the hospitalization in October of 2022?
11 A.      No.
12 Q.      Okay.  One moment.  I'm just reviewing my
13 notes.  I don't think I have any more questions.  One
14 moment.
15         You mentioned -- or you testified
16 that your wife is being -- is currently on steroids,
17 correct?
18 A.      Yes.
19 Q.      I apologize if I missed this, but who is
20 her current doctor that is prescribing her steroids?
21 A.      It was an endocrinologist, and I don't
22 recall that doctor's name.
23 Q.      Okay.  Was she -- was Stacey seeing that
24 endocrinologist during the time she was being treated
25 by Dr. Lindner for Babesia?

Page 126

1  A.      No.
2  Q.      Okay.  So this is -- do you recall --
3  A.      This was -- this was somebody
4  post-hospital.
5  Q.      Okay.  And who referred you and your wife
6  to this current endocrinologist?
7  A.      So down where we live, the hospital,
8  Loudoun Hospital, did not have an endocrinologist on
9  site.  She had her reversal done at Fairfax Hospital,
10 which is a -- I don't know what they call it, a trauma
11 one hospital, who did have an endocrinologist on
12 staff.  But he worked with a group, and he -- he was
13 the link between, you know, the hospital and seeing
14 somebody in that group.
15 Q.      Okay.  And to your knowledge, Mr. Wolking,
16 is the level of steroids that your wife currently on
17 lower than the dosage that she was receiving under Dr.
18 Lindner's care?
19 A.      Yes.
20 Q.      Okay.  Is your wife experiencing any issues
21 with her current steroid use under this new
22 endocrinologist?
23 A.      Yes.
24 Q.      Can you describe that?
25 A.      I'm not a medical person, so in working

Page 127

1  with the endocrinologist, she suggested some dosage
2  that Stacey probably would be on for a while because
3  her own adrenals, you know, didn't make cortisone
4  anymore.  And if she didn't take this dose, she would
5  have symptoms, or, you know, she deals with some
6  symptoms periodically.
7  Q.      Okay.  Is your wife currently experiencing
8  any negative or symptoms related to corticosteroid use
9  currently?
10 A.      Yes.
11 Q.      And what are those?
12 A.      She -- during periods of stress, you know,
13 some of low steroid, low adrenal symptoms will
14 manifest, that's about the best I can describe it.
15 Q.      Will manifest how?
16 A.      Just the way she feels I think is all she
17 tells me.
18 Q.      And what -- how does your wife describe how
19 she's feeling when she's experiencing that?
20 A.      She doesn't really.  She just says that she
21 feels like she's low, so to speak.
22 Q.      Does she have any complaints with respect
23 to her body or weakness?
24 A.      In general or doing -- during -- taking the
25 steroid?

**Deposition of Daryl Wolking**                    **Stacey Wolking v. Henry Lindner, M.D., et al**

---

Page 128

1  Q.        During the corticosteroid use currently.
2  A.        Does she have any weakness?
3  Q.        Yeah.  Does she complain of any weakness or
4  physical ailments?
5  A.        Well, the weakness is an issue all the
6  time.
7  Q.        Okay.  Anything else?
8  A.        She'll mention some heart palpitations
9  every once in a while, or her heart racing, you know,
10 a fast pulse.
11 Q.        Okay.  Did she experience heart
12 palpitations with corticosteroid use under Dr.
13 Lindner's treatment for Babesia.
14 A.        That should be in the e-mails.
15 Q.        Okay.  Has she notified her current
16 endocrinologist regarding these heart palpitations
17 with corticosteroid use currently?
18 A.        I don't know.
19 Q.        This current endocrinologist, I just need
20 some clarification, but is this endocrinologist
21 associated with Fairfax Hospital?
22 A.        I don't know how to answer that.
23 Q.        Okay.
24 A.        The med -- the medical field is so
25 interrelated, I don't know.

Page 129

1  Q.        Okay.
2         MR. LAMB:  Yeah, and I don't mean to
3  interrupt, Susan, but you do have the
4  endocrinologist's records in discovery, so ...
5         MS. KEESLER:  Thank you.  One moment.
6  All right.  Sir, I don't have anything further for
7  you.  Thank you.
8             * * *
9         EXAMINATION
10 BY MR. LAMB:
11 Q.        All right.  Daryl, we're almost done.  I
12 just want to ask you a few questions to wrap up.
13         I want to focus you in on the time of
14 August and September 2022, that sort of two-month
15 period before Stacey goes to the hospital with the
16 bowel perforation.  By that time, August/September of
17 2022, how long had you and Stacey been married?
18 A.        Thirty-eight years.  We spent the 39th
19 anniversary in the hospital.
20 Q.        Is that your anniversary in October?
21 A.        Yes, the 14th.
22 Q.        So there have been a lot of questions in
23 this deposition about different symptoms that Stacey
24 had due to different health conditions at different
25 periods of her life.

Page 130

1         My question to you is very simple.
2  Had you ever seen Stacey in a condition like she was
3  in August and September of 2022 throughout your entire
4  marriage to her?
5  A.        No.
6  Q.        Can you describe what was different about
7  it?
8  A.        She was undergoing a lot of pain,
9  suffering, just declining, wasn't eating.  You know,
10 getting to the point where the depression, you know,
11 was not -- it was -- she was in a bad spot.
12 Q.        And you recently made me aware of an
13 episode that I think you should describe for counsel
14 regarding a time that you woke Stacey up and she was
15 surprised.  Can you describe that, please?
16 A.        Yes.  So I guess due to exhaustion I had
17 slept most of the night all the way through.  And I
18 found that to be kind of odd, because normally Stacey
19 needed to get up, go to the bathroom or, you know,
20 just needed some medication or something.  And so I
21 got up and noticed that she was sleeping.  So I
22 thought, oh, well, that's good for a change, she
23 wasn't doing that very much.
24         And then, you know, after a while, I
25 thought, this is kind of odd.  I -- you know, because

Page 131

1  she was so sound sensitive, any little noise in the
2  house would tend to wake her up.  Well, that wasn't
3  happening.  So I went and actually woke her up.  And
4  she was -- she was -- you know, I just saw the look of
5  surprise on her face, like, I'm alive.  I said, well,
6  yeah, you're alive.  And she said, how can that be?
7  And I said, well, what do you mean?
8         And she said, I just wanted to get
9  some sleep, and I -- I ended up taking what I think
10 she told me was ten Ambien -- Ambien, I think that's
11 how you pronounce it, and some pain med, but I don't
12 know exactly what that one was.  It might have been --
13 I don't remember what that one was.  So she took that.
14 And, you know, she almost, like, admitted to me that
15 she, like, tried to take her life.  She didn't want to
16 live anymore.
17 Q.        Can you describe your emotions at the time
18 that you found that out?
19 A.        I was -- I was shocked, scared, you know,
20 angry at Dr. Lindner.  I found those medications and
21 hid them so she couldn't get to them.  And, you know,
22 it was -- I think it was by the grace of God that she
23 didn't die that night.
24 Q.        And do you have any sense of which night
25 that was in relation to when she went to the hospital

Page 132

1  for the bowel perforation, even -- even month
2  necessarily?
3  A.      It could have been, my guess, late August,
4  mid to late August, early September of '22.
5  Q.      But we don't know the exact date?
6  A.      No.  You know, I -- she didn't -- I didn't
7  want to make note of it in any journal in case
8  somebody found it and, you know, she was embarrassed
9  about it, so ...
10 Q.      Okay.  Let's talk briefly about when you
11 got to Loudoun Hospital on October 7th and afterward.
12 What was it like for you to see Stacey lying there in
13 that condition?
14 A.      It was pretty stressful.  At the same time
15 I tried to keep her spirits up, but it was hard to do.
16 I was losing sleep.  I was -- her brother got back
17 into town and asked if he could come see her.  It was
18 a Sunday.  And I said, you know, Mike, she really
19 doesn't want visitors.  But, you know, at that point
20 in time, you know, it didn't -- to me it didn't make
21 any difference whether it got -- Stacey got mad
22 anymore.  I said, you know, come on over.  And then so
23 he came.
24         Now, I'm fuzzy about the time and
25 what happened when and the order.  Her sister flew in

Page 133

1  from Milwaukee.  And we were sitting outside and, you
2  know, they asked me, well, do you get much sleep?  And
3  I said, no.  I was sleeping in a lounge chair in the
4  room.  And I use a C-PAP machine, but I wasn't using
5  it at the hospital.  And they said, well, how many
6  nights have you been home?  And this is, like, almost
7  three weeks into the hospital stay.  And I said, I
8  think I've been home, like, three nights, you know.
9  So shortly after that they -- they started spelling me
10 some.  And -- but anyway.
11         So the situation of not getting
12 sleep, trying to stay up on her treatments, and
13 keeping her spirits up, I was -- oh, and trying to
14 work when I could, it was hard.
15 Q.      And you testified earlier about the --
16 about Stacey's decision to go into hospice care when
17 she was at Loudoun.  Once she made that final decision
18 to go into hospice care, what was your expectation as
19 to what was going to happen to her?
20 A.      Well, I know she wanted to -- she wanted to
21 die.  And the -- I was sitting there at the bedside.
22 You know, she asked the nurse maybe -- maybe more than
23 one nurse, hey, just -- you know, or doctor, I don't
24 know, some medical person, to just give me enough pain
25 meds so I can go to sleep and not wake up.  And they

Page 134

1  would say, no, we can't do that.
2         And then she said, well -- I remember
3  one time she said, I can stop eating, right?  And they
4  -- and one nurse said, yeah, hon, but you don't want
5  to do that, that would not be pretty.  And so I think
6  Stacey saw hospice as a way, you know, for her to die.
7         So I had this -- she was not in the
8  right mind, but I do remember the hospice people
9  needed Stacey to say, I want to go in to hos --
10 hospice, but they had me sign the paper.  And then I
11 think, you know, they administer some drugs where she
12 was sleeping all night.  And it wasn't -- it wasn't a
13 restful sleep, it was, like, a sleep -- it was
14 breathing, like you hear somebody before they're going
15 to die.  And, you know --
16 Q.      Do you think that she -- I'm sorry.  Did
17 you think that she was going to die?
18 A.      Yes, a couple times I did.  And the reason
19 is because I could hear her breathing and I wasn't
20 sleeping.  There was a nurse or a tech would come in,
21 and I realized they -- I said, well, what are you
22 doing?  And they said we're timing her breaths.  Okay.
23 So -- and then I think I since learned that -- they
24 said, well, they -- they thought she was going to die,
25 too.  But -- so as far as I know, I don't know what

Page 135

1  changed in the wee hours of the morning, you know,
2  like 4 or 5, but Stacey came out of her sleep, and she
3  -- I don't remember much about that day after that.  I
4  do know that she was -- you know, just wouldn't
5  understand anything.  Just wasn't grasping anything
6  about what I was telling her had happened over the
7  last two or three days.
8         So she was -- you know, I forget what
9  day she went into hospice, but on -- I do know on a
10 Sunday morning nurses came in to administer some
11 drugs, and Stacey said, I'm done, that's all, I don't
12 want any more.  And a day or so after that went into
13 hospice.  And I tried to explain to her, you know,
14 what had -- what she had done.  And she said, I
15 wouldn't have done that.  And I said, well, hon, you
16 did, you know.
17         And she said, well, I mean, she knew
18 enough that she could not stop steroids cold turkey
19 and who would do that.  And I said, well, you told
20 them, too.  I was here when you told them to stop, so
21 -- and she couldn't understand that, so ...
22         MR. LAMB:  All right.  Thank you.  I
23 don't have any other questions.  I don't know if other
24 counsel have a follow-up to that.
25         MS. SHWED:  I actually have -- I just

Page 136

1  have a couple of questions.  They're not really
2  follow-up, just ones when I looked at my notes, Conor,
3  I actually didn't ask, but it'll be brief.
4                      * * *
5            RE-EXAMINATION
6  BY MS. SHWED:
7  Q.       So you've been very patient, Mr. Wolking.
8  Is your wife still treating for the babesiosis today,
9  do you know?
10 A.       Yes.
11 Q.       Who does she treat with?
12 A.       Dr. Hart.
13 Q.       Do you know what he -- kind of regimen
14 she's on for it?
15 A.       It's not prescription drugs, so it's a
16 homeopathic type of treatment.  Different phases of
17 it.  And I'm not sure what phase she's in or where
18 she's going from here.
19 Q.       If you think back about the symptoms that
20 your wife had that she sought treatment for babesiosis
21 with Dr. Lindner, before he even starts his treatment,
22 are the symptoms that she has today for babesiosis,
23 are they the same, are they different, are you able to
24 explain that to me?
25 A.       There are some symptoms that remain.  Some

Page 137

1  have gotten better.  And some I think are gone.
2  Q.       Okay.  Are you able to tell me, like, which
3  ones remain the same?  You knew I was going to ask.
4  A.       I knew that was going to be your next
5  question.
6  Q.       Yeah.
7  A.       No, I can't think of any right now.
8  Q.       How about any that were better?
9  A.       She used to have this itching a lot on her
10 back, at a certain spot on her chest, and I think a
11 very painful spot on her scalp, those seem to have
12 cleared up.  Periodically her back will itch some, but
13 for the most part I think that's gone.  She used to
14 have severe shin pain on maybe both legs, that seems
15 to have cleared up.  I'm not exactly sure it's totally
16 gone.  But she has severe pain in the back inner calf
17 of her left leg now.  That's -- that's about all I can
18 remember.
19 Q.       And then just finally, you were talking
20 about the -- the time in the hospital where your wife
21 had taken some Ambien and some pain medication, I
22 think, as best you can recall today, that happened in
23 like, August or September of 2022; is that right?
24 A.       Yes.
25 Q.       Okay.  And I think you said -- and I'm

Page 138

1  paraphrasing from -- from what you said -- that there
2  was something your wife had said to you that convinced
3  you that she was trying to take her own life that day;
4  is that accurate?
5  A.       Yes.  Something she said to me the next
6  morning after taking them at some point in time during
7  the night.
8  Q.       Okay.  So did she say to you, like, oh,
9  yes, I was trying to take my life, or I was trying to
10 commit suicide when she was describing that incident
11 with the Ambien and the pain pill?
12 A.       No, she didn't say that.
13 Q.       Okay.  How about up until today, has she
14 ever said to you, you know, looking back on it, on
15 that day when I was taking the Am -- when I talked to
16 you about taking the Ambien, the pills, that I think
17 now I was, in fact, trying to take my own life?
18 A.       I don't know.  I do remember her saying I
19 was just trying to get some sleep.
20 Q.       Okay.  And is that all you remember today
21 about what she said about that event?
22 A.       Yeah.
23           MS. SHWED:  Okay.  Those are all the
24 questions that I have.  Thank you, Mr. Wolking.
25           MS. KEESLER:  I don't have anything

Page 139

1  further.  Thank you.
2           THE VIDEOGRAPHER:  This concludes the
3  video deposition.  The time is 2:04 p.m.
4           (Videotape deposition concluded.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1          C E R T I F I C A T E

2

3              I do hereby certify that I am a
   Notary Public in good standing, that the aforesaid
   testimony was taken before me, pursuant to notice, at
4  the time and place indicated; that said deponent was
   by me duly sworn to tell the truth, the whole truth,
5  and nothing but the truth; that the testimony of said
   deponent was correctly recorded in machine shorthand
6  by me and thereafter transcribed under my supervision
   with computer-aided transcription; that the deposition
7  is a true and correct record of the testimony given by
   the witness; and that I am neither of counsel nor kin
8  to any party in said action, nor interested in the
   outcome thereof.

9

              WITNESS my hand and official seal
10 this 6th day of February, 2024.

11

12                  *Christine L. Pelanne*

13          _____
                  Notary Public

14

15

16

17

18

19

20

21

22

23

24

25

Case 3:23-cv-00806-JFS    Document 57-4    Filed 07/12/24    Page 39 of 57    Page: 1
Deposition of Daryl Wolking
Stacey Wolking v. Henry Lindner, M.D., et al

## WORD INDEX

< 0 >
**000004** 3:*15*

< 1 >
**1** 3:*14* 31:*12, 20*
*102:8*
**1:23** 102:*24*
**10** 63:*13* 65:*17*
**10:30** 1:*18* 4:2
**104** 3:*4*
**12:49** 102:*20*
**129** 3:*4*
**12th** 7:*15*
**136** 3:*4*
**14th** 129:*21*
**1525** 2:*3*
**15-minute** 65:*17*
**17036** 1:*24*
**18503** 2:*8*
**19** 7:*21*
**19102** 2:*4*
**19103** 2:*13*
**1956** 7:*15*
**1980** 14:*21*
**1981** 15:*7*
**1983** 14:*18* 15:*9*
**19th** 2:*3*

< 2 >
**2** 86:*14*
**2:04** 139:*3*
**20** 99:*25*
**2001** 2:*13*
**2008** 42:*10* 105:*15,*
*18*
**2013** 115:*22* 116:*4*
**2020** 8:*4*
**2021** 8:*5*
**2022** 8:*6* 30:*17*
*45:23* 56:*18, 25* 74:*4*
*90:14* 121:*4, 19, 24*
*124:1, 13, 17, 24*
*125:10* 129:*14, 17*
*130:3* 137:*23*
**2023** 90:*6, 15* 93:*24*
*119:7*
**2024** 1:*18* 4:*2*

**140**:*10*
**215-772-1000** 2:*4*
**215-972-0161** 2:*14*
**21st** 90:*15*
**22** 9:*6* 13:*6* 76:*6, 7*
*98:20, 21* 109:*20*
*120:22* 121:*10*
*124:13* 132:*4*
**25** 99:*25*
**28th** 86:*25*
**29** 15:*19*

< 3 >
**3:23-CV-00806-JFS**
1:*6*
**31** 3:*14*
**33** 15:*19*
**35** 15:*18*
**37** 15:*18*
**3810** 2:*13*
**39th** 129:*18*

< 4 >
**4** 3:*4* 31:*13* 135:*2*
**415** 2:*8*

< 5 >
**5** 100:*2* 135:*2*
**5:30** 101:*13*
**570-347-0600** 2:*9*
**573** 1:*23*

< 6 >
**6** 101:*13*
**6:30** 101:*13*
**612-2403** 1:*24*
**6th** 140:*10*

< 7 >
**717** 1:*24*
**7th** 77:*5* 86:*24*
*132:11*

< 8 >
**8:30** 97:*15* 101:*12*
**8:45** 97:*15*

< 9 >
**9** 1:*18* 100:*2*

**9:30** 101:*13*
**9th** 4:*2*

< A >
**a.m** 1:*18* 4:*3*
**Abby** 15:*18* 16:*3*
*67:15, 18, 23* 69:*14*
*85:15*
**abdom** 61:*16*
**abdominal** 56:*24*
*57:8, 15, 20* 59:*21*
*60:9, 18* 61:*2, 9, 10,*
*16*
**ability** 89:*23* 113:*13*
**able** 17:*4* 28:*1*
*43:15* 54:*9* 76:*3*
*80:22* 81:*4, 24* 87:*22*
*96:10* 97:*25* 98:*14*
*100:15* 136:*23* 137:*2*
**absolutely** 58:*21*
**accounting** 14:*17*
**accurate** 13:*11* 21:*8*
*38:22* 52:*15* 62:*20*
*63:11* 138:*4*
**ACTION** 1:*1* 140:*8*
**activities** 123:*24*
*124:4* 125:*8*
**activity** 124:*10, 14, 18*
**add** 103:*3*
**addition** 16:*22* 18:*7*
**additional** 38:*21*
*40:17, 23* 41:*3* 102:*5*
*103:3*
**address** 58:*7* 61:*19*
*93:3*
**addressing** 16:*13*
**administer** 134:*11*
*135:10*
**administered** 83:*1*
*114:16, 20*
**administration** 7:*19*
**administrator** 9:*18,*
*20*
**admission** 30:*17*
*55:12* 109:*16*
**admit** 63:*16*
**admitted** 131:*14*
**adrenal** 127:*13*
**adrenals** 127:*3*

**advice** 62:*3*
**aforesaid** 140:*3*
**afterward** 132:*11*
**age** 15:*17*
**ago** 26:*25* 27:*2* 28:*8*
*105:12*
**ahead** 6:*22* 28:*7*
*45:10* 63:*20* 91:*1*
*93:16* 103:*4*
**ailments** 128:*4*
**al** 4:*5*
**Albright** 68:*9, 11, 12*
**alert** 80:*21*
**alive** 131:*5, 6*
**alleviate** 52:*5*
**allow** 37:*17*
**Ambien** 131:*10*
*137:21* 138:*11, 16*
**ambulance** 62:*19, 22*
*63:12* 65:*2, 7, 11*
**America** 34:*10*
**amounts** 112:*24*
*113:3, 15*
**AMY** 2:*7* 4:*15, 24*
*48:6*
**and/or** 36:*25* 123:*7,*
*21*
**angry** 131:*20*
**Ann** 44:*22, 23*
**anniversary** 129:*19,*
*20*
**answer** 5:*25* 6:*7*
*11:14* 12:*19* 24:*22,*
*23* 25:*22* 30:*22*
*36:15* 37:*25* 40:*2, 20,*
*25* 41:*6* 42:*25* 46:*13*
*47:3* 48:*1, 21* 50:*12,*
*21* 51:*1, 21* 55:*14*
*110:13* 111:*1, 5, 14,*
*18, 19, 24* 112:*12*
*114:22* 122:*24*
*123:11* 128:*22*
**answered** 50:*7*
**answering** 49:*22*
**answers** 11:*14*
**antibiotic** 23:*8*
**antibiotics** 23:*21, 23*
*24:9* 28:*18, 21* 29:*8*
**antimalarial** 23:*7*
*54:6*

**antimalarials** 23:*21*, *23* 24:*10*

**anybody** 67:*11* 73:*15*, *23* 77:*20* 85:*12* 95:*1* 103:*8*

**anymore** 127:*4* 131:*16* 132:*22*

**anyway** 102:*14* 133:*10*

**apart** 22:*5*

**apologize** 39:*14* 109:*5* 117:*18* 125:*19*

**APOTHECARY** 1:*9* 2:*15* 4:*18* 104:*23* 115:*17* 116:*3*, *6*, *9*

**apparatus** 59:*8* 89:*10*

**appear** 32:*4*

**APPEARANCES** 2:*1* 4:*11*

**appointment** 84:*8*

**appointments** 109:*11*, *14*

**approved** 36:*24* 37:*1*, *5*, *7*

**approximately** 15:*5*, *17* 119:*11*

**area** 87:*13* 108:*10*

**areas** 93:*1*, *9*

**arrives** 63:*2*

**Ashwed@c-wlaw.com** 2:*9*

**asked** 9:*9* 11:*10* 23:*4* 33:*9* 39:*13* 43:*22* 71:*4*, *7*, *8* 75:*23* 87:*10*, *11* 114:*23* 132:*17* 133:*2*, *22*

**asking** 9:*24* 11:*9* 41:*1*, *2* 47:*19* 48:*24* 56:*2* 64:*10* 103:*7* 123:*16*

**associated** 109:*22* 110:*2*, *6*, *19*, *24* 111:*12* 112:*8* 122:*4* 128:*21*

**Association** 98:*18*

**assured** 75:*25*

**ate** 60:*21*

**attempt** 58:*11*, *24*

**attend** 122:*9*

**attended** 121:*25*

**attention** 33:*19* 46:*16* 56:*17* 59:*20*

**Attorney** 6:*14*

**attributed** 73:*19* 82:*21*

**August** 93:*8* 129:*14* 130:*3* 132:*3*, *4* 137:*23*

**August/September** 129:*16*

**Avenue** 2:*8*

**aware** 17:*16* 20:*22* 23:*8*, *20* 40:*15* 44:*3*, *6* 49:*25* 57:*2*, *4* 85:*4* 92:*24* 111:*2*, *8*, *15* 112:*5* 113:*22* 115:*3* 117:*15* 123:*5*, *22* 130:*12*

**< B >**

**Babes** 115:*5*

**Babesia** 17:*15* 23:*25* 24:*2*, *11*, *16* 25:*14*, *18* 28:*18* 41:*8*, *11* 104:*1*, *4*, *8*, *14* 105:*6*, *18*, *21*, *24*, *25* 106:*3*, *4*, *8*, *9*, *12*, *19*, *22* 108:*16*, *21*, *22*, *24* 109:*2*, *7*, *10* 114:*1*, *6* 115:*1*, *5*, *9*, *11* 116:*23* 117:*9*, *14*, *21* 118:*1*, *19* 122:*21* 123:*4* 125:*25* 128:*13*

**Babesiosis** 3:*14* 8:*2*, *16* 9:*3* 10:*2*, *12* 11:*1* 12:*5* 13:*2*, *17* 18:*24* 19:*4*, *5*, *9*, *16* 20:*24* 21:*10*, *11* 22:*14*, *18*, *19* 25:*2* 28:*12* 29:*2*, *9*, *17*, *21* 30:*8* 31:*1*, *14* 34:*8*, *15* 39:*9*, *16*, *22*, *24* 40:*16*, *18* 42:*4*, *12* 53:*12*, *21* 54:*21* 136:*8*, *20*, *22*

**back** 7:*3* 14:*2* 17:*12* 26:*15* 29:*13* 45:*18*, *23* 46:*4* 47:*23* 48:*15*, *17* 49:*13* 52:*12* 56:*11* 74:*1* 75:*21*

76:*7*, *9*, *10* 85:*1* 86:*18* 97:*3*, *6* 99:*14*, *17* 101:*9*, *11* 102:*7* 116:*7* 120:*22* 132:*16* 136:*19* 137:*10*, *12*, *16* 138:*14*

**backed** 76:*2*

**background** 7:*12* 9:*25* 14:*14*

**backing** 99:*8*

**bad** 83:*16* 130:*11*

**bald** 96:*9*, *10*

**band** 121:*11*, *12*

**based** 34:*10*, *22* 35:*4*, *9*, *17*, *25* 46:*7* 47:*7* 51:*6*, *22* 52:*5*, *6* 53:*1* 59:*12* 61:*10* 65:*9* 66:*20* 70:*3* 72:*5*, *9* 113:*14* 115:*9*

**basic** 103:*14*

**Basically** 6:*23* 9:*17* 11:*25* 19:*22* 64:*1* 66:*19* 118:*18*

**basis** 60:*19* 88:*23* 94:*14* 120:*18*

**basket** 98:*2*

**Bates** 31:*13*

**bathroom** 54:*8* 91:*16* 94:*24* 121:*16* 130:*19*

**bear** 31:*10*

**becoming** 14:*22*

**bed** 54:*7* 75:*20*, *21* 78:*10*

**bedside** 133:*21*

**began** 12:*4* 60:*17* 86:*3* 105:*24*

**beginning** 16:*19* 23:*10* 32:*9* 89:*18*

**behalf** 4:*17*

**believe** 28:*17* 29:*24* 33:*13* 40:*21* 41:*7* 57:*21* 64:*15* 66:*5* 73:*9* 77:*15* 83:*8* 84:*8* 95:*6* 107:*1* 115:*13* 117:*10* 120:*9*

**believed** 76:*15*

**believing** 12:*13* 54:*18*

**bell** 41:*18*

**BENEDETTO** 2:*12*

**best** 19:*19* 26:*5* 33:*1*, *8* 38:*3*, *18* 51:*24* 56:*5* 69:*15* 74:*9* 87:*12*, *16* 93:*24* 104:*11* 108:*23* 113:*12* 127:*14* 137:*22*

**better** 8:*21* 25:*17* 41:*7* 89:*17*, *21* 113:*9* 118:*20* 137:*1*, *8*

**big** 54:*16* 92:*10*

**bigger** 31:*18*

**billed** 14:*9*

**birth** 7:*14*

**bit** 6:*17* 49:*14* 56:*8* 62:*9* 78:*15* 99:*7* 101:*14* 109:*5*, *17*

**bite** 29:*12*, *13* 42:*9*, *11*, *16*, *20* 43:*3* 105:*2*, *9*, *14*

**blank** 67:*16*

**blood** 37:*19*, *20* 39:*22* 115:*9*

**body** 127:*23*

**body's** 26:*20*

**bone** 37:*19*

**bones** 111:*16*

**boss** 99:*16*

**bottom** 32:*4*, *5* 37:*14*

**bowel** 30:*18* 53:*13* 55:*12* 59:*22*, *24* 66:*25* 67:*6* 69:*18*, *20* 70:*13*, *20* 71:*18* 72:*12*, *21* 73:*13* 74:*20* 78:*12* 91:*12*, *17*, *18* 94:*3*, *6*, *13*, *18* 110:*23* 129:*16* 132:*1*

**break** 6:*5*, *8* 58:*20* 102:*2*, *13* 103:*2*

**breaking** 79:*15*

**breastbone** 92:*16*

**breathing** 134:*14*, *19*

**breaths** 134:*22*

**Brian** 15:*22*, *23*, *24* 117:*4*

**Brick** 117:*4*

**Brief** 102:*22* 136:*3*

**briefly** 14:*13* 132:*10*

**bring** 26:*10* 99:*17*

**bringing** 31:*15*

**broadly** 28:*10, 15*
74:*1*
**broke** 62:9
**brother** 132:16
**brother-in-law** 84:*21*
**brought** 64:*20* 78:*17*
**bump** 65:*12*
**business** 104:*23*
115:*17* 116:*10*
**bypass** 91:*10*
**bypassed** 91:6

**< C >**
**calf** 137:*16*
**California** 16:*10*
97:*18*
**call** 11:*21* 13:22
14:*1, 2* 17:*13, 22*
18:*17* 19:7 28:*10, 15*
29:*12* 30:4 33:*19*
46:*15* 56:*4, 5, 6, 17*
73:*3* 86:*4* 118:*10*
121:*12* 126:*10*
**called** 41:*17* 84:*10*
86:*14*
**calls** 30:6 59:*20*
123:*10*
**campus** 8:*19*
**candidate** 87:9
**Capital** 41:*18*
**card** 101:2
**care** 7:*6, 23* 9:8
10:*13, 19* 16:*13*
41:*25* 54:*15* 58:*24*
74:*5* 78:*17, 20* 79:*16,
20* 80:*13, 17, 21* 81:*3,
6, 7, 14, 15, 19, 21, 24*
82:*2, 7* 84:*16, 17, 18*
85:*1* 86:*3, 4* 87:*4, 7*
88:*12, 17, 24* 89:5
100:*10, 11, 20* 101:*7,
9* 126:*18* 133:*16, 18*
**carrier** 9:*15*
**carry** 80:*22* 98:2
**case** 13:*14* 35:*18*
132:7
**caught** 99:*13*
**cause** 37:*18* 73:*13*
95:*1*

**caused** 71:*8, 17*
73:*16* 74:*19*
**causing** 64:*19* 95:2
**caveat** 6:6
**CENTER** 1:*10* 2:*15*
34:*8, 16* 104:*24*
115:*18* 116:*10*
**certain** 83:*18* 89:*21*
93:*1* 100:2 137:*10*
**certifications** 14:*23*
**certify** 140:*1*
**chair** 94:*20* 133:*3*
**challenging** 5:9
**chance** 87:*16*
**change** 52:*15* 88:*25*
89:*2, 20* 130:*22*
**changed** 52:*14* 135:*1*
**changes** 8:*14*
**Chapel** 121:*20* 122:*1,
4, 10, 12, 17, 20* 123:*3,
8, 19, 20*
**chart** 30:*24* 32:2
39:*20*
**check** 78:*8* 101:2
**Chesapeake** 16:6
97:*19*
**chest** 137:*10*
**children** 15:*13, 14*
16:*11, 15*
**chores** 98:*1*
**Christine** 1:*19* 4:9
**Chronic** 3:*14* 10:*25*
11:*4, 10* 12:*14* 31:*14*
34:*7, 15*
**church** 120:*21, 25*
121:*18* 122:*17*
**Cincinnati** 15:*4*
**CIPRIANI** 2:7
**circumstance** 52:*23*
**circumstances** 27:*16*
33:2 51:*16, 25* 52:*11,
13* 117:*24*
**CIVIL** 1:*1*
**clarification** 128:*20*
**clarify** 8:9 45:*12*
48:*11, 22, 25* 57:7
110:*16* 116:7 118:*3*
**clarifying** 105:*11*
**clarity** 118:*11*

**classified** 81:*4*
**clear** 5:*21* 104:6
**cleared** 137:*12, 15*
**clergy** 123:*11, 12, 18*
**client** 115:*16, 21*
116:*11* 117:*3*
**close** 68:*17* 121:*16*
**closer** 45:*22*
**cold** 135:*18*
**College** 7:*19* 9:*16*
14:*17, 19*
**color** 96:*20*
**come** 8:*20* 51:*8*
56:*22* 67:*11* 73:*11,
12* 75:*19* 78:*8* 84:*15*
86:*16* 102:7 132:*17,
22* 134:*20*
**comes** 69:*11* 82:6
86:*17*
**comfort** 6:*5*
**comfortable** 121:*16*
**coming** 97:*3* 113:*7*
**commencing** 1:*18*
**commit** 138:*10*
**commode** 91:*20*
**communicate** 82:*10*
118:7
**communicated** 29:*16*
49:*10* 56:*14* 108:*14*
**communicating** 7:6
67:*23* 81:*11*
**communication** 30:2
48:*17* 49:*11* 50:*16,
24* 56:*3*
**communications**
123:*17*
**company** 9:*17* 10:8
98:*24* 99:*19*
**complain** 128:*3*
**complaints** 127:*22*
**completely** 96:*9, 12*
**compounded** 93:9
**COMPOUNDING**
1:*10* 2:*15* 104:*24*
115:*18* 116:*10*
**compression** 97:*16*
101:*16*
**computer-aided** 140:6
**concentrate** 34:2
**concern** 113:2

**concerns** 33:*15*
34:*14* 112:*23* 113:*14*
**concluded** 139:*4*
**concludes** 139:2
**conclusive** 115:*8*
**concurrent** 106:*6*
**condition** 25:8 52:*14*
62:*4* 68:*22, 24* 69:*17*
79:6 130:2 132:*13*
**conditions** 10:*25*
11:*4, 10* 12:2, *15, 24*
54:*22* 129:*24*
**conferences** 17:*18*
21:*16* 114:*12*
**confirm** 115:*12*
**Confusion** 82:9
**connection** 91:*5*
**CONOR** 2:*3* 4:*13*
21:*20* 114:*14* 136:2
**Conor.lamb@klinespe
cter.com** 2:*5*
**CONRAD** 2:*12*
**Consent** 3:*14* 31:*4, 6,
14* 109:*23*
**consequences** 94:*5*
**consider** 10:*18*
**consideration** 52:*3,
10, 13, 23* 53:*5*
**considering** 18:*18*
**consist** 97:*11*
**consistent** 36:7
45:*17* 46:*17, 20*
49:*18* 77:6 79:*18*
84:*2*
**constipation** 57:*23*
58:*1, 8, 12, 24* 59:*16*
61:*3, 25*
**consultant** 98:*18*
**consultations** 14:*3*
123:*11*
**contact** 59:*12*
**contacted** 62:2 68:*16*
**content** 48:*24*
**contents** 33:6
**continue** 17:*14*
18:*12, 23*
**continued** 96:*5*
**continues** 83:*25*
**continuing** 8:*4, 5*
56:7 119:*5*

**Control** 34:9, *16*
37:*16*
**convenient** 121:*14*
**conversation** 17:*10*
18:*14* 20:*1, 2* 30:*11*
33:6 38:*16, 22* 39:2
40:*13* 55:3 66:8, *13*
69:*13* 70:*18, 25* 71:2,
*4, 21* 72:*3, 5, 10*
73:*12* 75:*17* 84:24
85:7, *13* 117:25
118:5
**conversations** 16:*23*
30:2, *19* 38:*11* 39:*1,
4, 10* 54:25 55:6, *7, 8,
10* 70:*18* 75:8 80:22
81:5, *25* 84:*11, 21*
108:25 117:*19* 118:8
**convince** 84:*15, 25*
86:9 125:*3*
**convinced** 18:*12*
138:2
**copy** 21:*17*
**Cornerstone** 121:*20*
122:*1, 4, 10, 12, 17, 20*
123:*3, 8, 19, 20*
**correct** 6:*14* 7:24
8:*3* 12:*13* 13:9
18:*13* 21:7 41:25
45:16 46:3 47:17
54:*18* 62:*18* 86:*19*
92:8 98:9, *10, 16, 17*
105:3, *5, 15* 106:*13*
112:20 114:*17* 117:9
119:*1, 18* 124:*21*
125:*17* 140:7
**correctly** 56:*20* 140:5
**corti** 112:9
**cortico** 112:8
**corticosteroid** 109:22
110:6, *11, 19, 24*
111:*12* 112:*3, 8, 9*
127:8 128:*1, 12, 17*
**corticosteroids** 37:*23*
110:2
**corticosteroids/DHE**
37:*16*
**cortisone** 38:2 127:*3*
**couch** 57:6, *9* 94:*20*

**counsel** 4:*10* 6:*14*
55:*18, 22* 56:*15*
112:*16* 130:*13*
135:*24* 140:7
**counseling** 122:*20*
123:2, *7, 18, 20*
**couple** 5:*11* 33:*18*
75:22 89:*14* 101:*23*
108:9, *12, 16* 122:*15*
134:*18* 136:*1*
**course** 6:*13* 7:2
72:*18* 75:4
**COURT** 1:*1* 4:9, *12*
5:*25*
**Courtney** 116:*25*
**coverage** 10:5
**covered** 13:*17, 22*
14:*4*
**COVID** 8:*12* 99:7, *9*
**CPA** 14:*18, 22* 15:*4*
**C-PAP** 133:*4*
**crackers** 60:22, *23*
**crazy** 100:*25*
**creating** 5:*21*
**credit** 101:2
**critical** 74:5, *22* 75:*1*
**curls** 97:*3*
**current** 117:*3*
125:*20* 126:6, *21*
128:*15, 19*
**currently** 92:*12*
119:*18, 22* 120:*24*
121:*7, 23* 125:*16*
126:*16* 127:7, *9*
128:*1, 17*
**cut** 6:*22*

**< D >**
**d/b/a** 1:*9* 2:*15*
**dark** 75:*24*
**Dary** 48:*16*
**DARYL** 1:*1, 14* 3:*4*
4:*3, 14, 20* 11:*14*
12:*19* 24:22 30:22
40:2 46:*13* 47:*3*
48:*1, 11, 21* 50:*21*
51:*21* 102:*11* 114:22
123:*11* 129:*11*
**Daryl's** 48:*9*
**date** 4:2 7:*14* 132:*5*

**daughter** 17:*18* 52:*8,
19* 53:2 67:*15* 69:*14*
85:*14, 15* 97:*23*
**daughter's** 97:*17*
**Dave** 44:22, *23*
**day** 12:*23* 54:*14*
61:*4* 89:*14, 15, 20*
96:*14* 97:*10, 13*
99:*21* 100:*4* 135:*3, 9,
12* 138:*3, 15* 140:*10*
**days** 56:*18* 61:2, *12*
75:*18, 19* 89:22
135:*7*
**day-to-day** 60:*19*
88:23 94:*4, 14*
**deal** 99:9
**deals** 127:5
**dealt** 61:*23*
**decide** 61:*3*
**decided** 79:*19*
**decision** 51:7 79:*23*
86:5, *11* 133:*16, 17*
**decline** 74:*20*
**declining** 130:9
**Defendants** 1:*10* 5:2
**Defense** 3:*14* 31:*12,
20* 98:*18*
**definitely** 51:*3*
**definitively** 115:*1*
**degree** 14:*17*
**degrees** 16:*16*
**denomination** 122:5
**density** 37:*19*
**dependency** 95:*18*
**depending** 100:*14*
**deponent** 4:*12* 140:*4,
5*
**DEPOSITION** 1:*14*
4:*3, 5* 5:5, *10* 6:*18*
7:*10* 16:20 24:8
63:7 102:*17* 129:*23*
139:*3, 4* 140:6
**DEPOSITIONS** 1:*23*
4:8
**depressed** 80:7
**depression** 94:*15*
119:*18, 21, 25* 123:*7,
21* 130:*10*
**describe** 11:*10, 12*
18:20 54:2 59:*24*

**daughter** 61:6 70:*1* 82:*3, 4*
88:6 94:*10* 96:*10*
124:*3* 126:*24* 127:*14,
18* 130:*6, 13, 15*
131:*17*
**described** 12:*3, 11*
17:*14* 30:*3* 42:22
43:7 57:*14* 71:*21*
77:*14* 85:*3* 95:*3*
97:6
**describing** 63:*8*
138:*10*
**DESCRIPTION** 3:*12*
**descriptions** 46:*1*
**detail** 61:7
**detailed** 56:*10*
**details** 38:22
**determine** 41:*8*
51:*23* 52:2 53:6
**determined** 46:*10, 24*
50:*17* 51:*19*
**develop** 60:*17*
**Devine** 1:*20, 23* 4:7,
8
**diagnosed** 105:*21*
106:24 107:*3*
**diagnosis** 21:*11*
22:*14, 18* 28:*17*
40:*13* 105:*17, 20, 24*
106:*3, 22* 115:7, 8
**die** 131:*23* 133:*21*
134:6, *15, 17, 24*
**die-off** 25:*18*
**diet** 60:*24*
**difference** 53:*23*
96:*18, 23* 132:*21*
**different** 10:8, *9*
18:*21, 25* 48:24 57:9,
*15* 59:*21* 61:*16*
70:25 71:*1* 124:6
129:23, *24* 130:6
136:*16, 23*
**difficult** 94:22
101:*14*
**direction** 17:*20*
118:2, *12*
**directly** 30:*19*
109:*15* 118:*4*
**discharge** 83:2

**discharged** 86:25
87:3
**discovery** 112:18
129:4
**discuss** 17:12 78:21
**discussed** 27:11
110:5 112:14 117:17
**discussing** 34:17
**discussion** 18:11
40:9, 12 57:22 66:17
79:14 85:2
**discussions** 34:14, 20,
25 37:3, 21 38:1, 5,
13 40:4 45:5 50:1,
22 63:24 80:23
84:14 87:2
**disease** 27:20 34:9,
16 107:12
**distance** 65:15
**distinction** 123:13, 15
**DISTRICT** 1:1
**doc** 67:4
**doctor** 10:13, 19
26:24 27:1, 6, 9
72:24 74:12 78:10,
19 84:9 92:3, 21
95:17 101:16, 17
103:11 105:7 107:19,
20 108:1, 6 119:14
120:4, 9 125:20
133:23
**doctors** 17:16 39:11
43:23 68:21 73:21
74:10 75:8 76:15
78:22 83:14 114:9
**doctor's** 94:17 120:2
125:22
**document** 114:14
**documents** 118:10
**doing** 5:24 65:10
72:12 80:14 88:7, 21,
24 91:14, 16 98:19
104:23 115:17 116:9
127:24 130:23
134:22
**doors** 63:1
**doorway** 75:25
**dosage** 38:13, 16, 19
39:4 45:13 46:25
47:8 49:24 50:23

51:11, 13 84:12
112:20, 24 113:3, 15
126:17 127:1
**dosages** 19:14 45:24
**dose** 45:6 46:9
47:16, 19, 24 48:4
49:18, 21 50:18
51:17, 18, 19 52:25
53:6 127:4
**doses** 36:25 37:18
52:8 83:22 84:1
112:23
**dosing** 45:20 46:4, 9,
18, 23 48:19, 20 50:8,
11, 14 51:2, 8, 9
**Dr** 4:15 5:1 7:5, 23
8:1, 15 9:3, 11 10:1,
11, 17, 18 11:1 12:5,
9, 12, 15, 17, 22 13:1,
10, 16, 25 16:12, 21,
22 17:23 18:11, 18
19:4, 6, 16 20:2, 23
21:10, 14 22:6, 23
23:19, 22 24:13, 23
25:2, 16 26:2 27:5, 6,
10, 17 28:3, 12, 18
29:16 30:3, 7, 19, 24
31:6 32:2, 13, 22
34:10, 21 35:3, 8, 16
36:6, 23 37:11, 15
38:8 39:9, 15, 20
40:15, 16, 23 41:1
42:9, 12, 17, 21 43:9,
11, 13, 20 44:4, 13, 14,
16, 18 45:3, 7, 13
46:19 47:4, 19, 22
48:19 49:2, 10, 17, 23
50:9, 16 51:1, 10, 17,
22 52:1, 7, 11, 18, 24
53:7, 11, 15 55:1, 11,
17, 21 56:1, 11, 14
57:14 66:5, 15, 18
67:4 68:23 69:6, 7,
11, 16, 25 70:9, 14, 19,
21 71:4, 5 72:3, 11
73:22 74:5, 15 75:2,
10, 12, 17 76:20, 23
77:14 78:8, 9, 12, 14
98:6 99:20 100:6, 20
101:3 103:22, 23

104:7, 13 105:25
106:3, 8, 12, 15, 16, 22,
24 107:5, 13, 17
108:8, 11, 15, 21
109:1, 6, 9, 21 110:5,
17, 22 111:10 112:2,
6, 17, 19 113:2, 25
114:5, 16, 18 115:8,
10, 22 116:4, 17, 22
117:8, 13, 17, 19, 25
118:4 122:13, 16
125:25 126:17
128:12 131:20
136:12, 21
**drinking** 62:7, 10
**DRIVE** 1:23 101:18
103:12
**driver** 76:21
**dropping** 99:10
**drug** 21:5
**drugs** 19:23 53:16
54:6 58:1 134:11
135:11 136:15
**due** 36:12 95:7
129:24 130:16
**duly** 4:20 140:4
**duplicative** 117:18
**durations** 36:25
**dusting** 98:1
**duty** 79:2

< E >
**earlier** 19:8 35:23
42:22 43:7 53:20
105:1 108:18 109:18
112:18 114:7 115:14
117:6 118:24 122:15
124:20 133:15
**early** 76:6 97:21
98:4 121:9 132:4
**eat** 60:18 124:5
**eating** 60:8, 13
130:9 134:3
**education** 14:23
**educational** 14:14
98:17
**effect** 110:11, 18, 23
111:11 112:3
**effective** 80:16

**effects** 109:22 110:1,
6
**either** 33:14 49:5, 6
50:15 61:10 65:14
72:23 73:6 74:10
92:3 108:15
**eliminating** 55:1
**e-mail** 14:2 20:1
47:18, 23 48:18
50:10 112:15, 17
118:9
**e-mails** 6:20, 24 7:1,
4, 7 14:8 16:20, 22
17:11 18:2 30:14, 20
36:17 38:8, 9 45:4,
16, 18 46:2, 16 48:8,
11, 13, 15, 24, 25 49:1,
7, 8, 10, 22 51:4 55:2,
5, 7 56:10, 13 57:21
76:5 79:7 112:13
113:4 117:17 128:14
**embarrassed** 132:8
**emotions** 131:17
**employment** 99:19
**Encompass** 87:7
**ended** 131:9
**endocrinologist**
125:21, 24 126:6, 8,
11, 22 127:1 128:16,
19, 20
**endocrinologist's**
129:4
**enemas** 58:23 59:2,
4, 15
**engage** 124:17
**engaged** 124:14
**enjoyed** 123:25 125:9
**entire** 12:21 130:3
**episode** 130:13
**ER** 63:4, 9, 14, 16, 24
64:4, 8, 11, 18, 23
65:15, 19
**escapes** 68:4
**ESQ** 2:3, 7, 12
**established** 48:8
**estimate** 17:2 54:9
65:14 70:14 76:3
81:20 92:10 100:19
**estimation** 69:8

**et** 4:*5*
**evening** 85:*5*
**event** 95:*25* 138:*21*
**events** 77:*4* 79:*9*
**eventually** 92:*2*
**everybody** 78:*2*
  102:*8*
**exact** 132:*5*
**exactly** 131:*12*
  137:*15*
**exam** 14:*18*
**EXAMINATION**
  4:*22* 64:*14* 104:*20*
  129:*9*
**examine** 64:*12*
**examined** 4:*21* 64:*16*
**example** 45:*20* 46:*9*
  60:*15* 80:*3* 97:*9*
**exchange** 14:*8*
**exchanged** 7:*3* 16:*20*
  30:*20* 117:*17*
**exchanges** 112:*17*
**Excuse** 72:*7* 78:*13*
  97:*24* 116:*13*
**exhaustion** 130:*16*
**EXHIBIT** 3:*12*
  31:*12, 20*
**exhibiting** 107:*3*
**EXHIBITS** 3:*11*
**existed** 116:*6*
**exists** 21:*22*
**expectation** 133:*18*
**expected** 8:*19*
**expenses** 100:*20*
**expensive** 44:*15*
**experience** 16:*16*
  24:*18* 128:*11*
**experienced** 5:*11*
**experiencing** 106:*19*
  126:*20* 127:*7, 19*
**expert** 114:*8*
**explain** 69:*23* 88:*22*
  95:*2* 107:*15* 135:*13*
  136:*24*
**explained** 26:*23*
  70:*1* 97:*5*
**explaining** 82:*17*
  98:*5*
**explanation** 64:*20*

71:*13*
**exploratory** 66:*20*
**express** 113:*2*
**extent** 77:*2* 98:*3*
  116:*6* 123:*10*

**< F >**
**face** 131:*5*
**fact** 21:*21* 23:*17*
  52:*6* 53:*1* 124:*20*
  138:*17*
**factor** 52:*22*
**factors** 52:*3, 11* 53:*4*
**fair** 19:*1, 2* 48:*19*
**Fairfax** 90:*16* 126:*9*
  128:*21*
**fall** 13:*6* 93:*22, 24*
**familiar** 101:*1*
  115:*16*
**family** 71:*24* 84:*14,
  24* 85:*3* 87:*25* 88:*1*
  97:*17* 113:*24*
**far** 13:*25* 16:*13*
  22:*17* 40:*12* 48:*9*
  56:*16* 65:*15* 73:*25*
  87:*13* 91:*15* 98:*14*
  103:*4* 134:*25*
**fast** 128:*10*
**FDA** 36:*24* 37:*1, 5*
**February** 140:*10*
**feel** 113:*9* 121:*15*
**feeling** 46:*1* 57:*7*
  118:*19* 127:*19*
**feels** 127:*16, 21*
**felt** 57:*9*
**female** 74:*12* 77:*22*
  78:*1* 79:*1*
**field** 128:*24*
**fifth** 36:*20*
**fight** 86:*10*
**figure** 5:*15* 8:*11*
  18:*24* 22:*9* 50:*13*
  52:*4* 64:*17* 75:*24*
  82:*1*
**filed** 5:*2*
**filled** 31:*2, 3* 116:*3,
  16, 22* 117:*7, 12*
**final** 133:*17*
**finally** 137:*19*
**finance** 7:*18*

**find** 36:*19* 43:*19*
  50:*6* 52:*6* 96:*6*
  102:*16* 120:*3*
**finding** 29:*20* 70:*7*
**fine** 24:*3*
**finish** 5:*24*
**firm** 15:*4* 70:*7*
**first** 6:*7, 22* 15:*10*
  43:*6* 44:*21* 56:*25*
  59:*20* 63:*1, 24* 65:*24,
  25* 66:*2, 24* 81:*15*
  92:*13, 22* 107:*23*
  108:*8* 115:*20*
**five** 69:*4* 90:*17, 19,
  22*
**five-page** 79:*8*
**fix** 49:*14* 66:*21*
**flesh** 77:*24*
**flew** 132:*25*
**Floor** 2:*3*
**fluid** 37:*18* 110:*14*
**focus** 31:*17* 47:*12*
  77:*16* 129:*13*
**focusing** 10:*1* 30:*8*
**follow** 18:*25* 51:*10*
  62:*23* 65:*5* 113:*12*
  118:*21*
**followed** 62:*24*
**following** 45:*13*
**follows** 4:*21*
**follow-up** 76:*17*
  102:*5* 104:*25* 135:*24*
  136:*2*
**forbid** 102:*16*
**forget** 11:*21* 135:*8*
**form** 11:*14* 12:*18*
  24:*21* 25:*21* 30:*22*
  32:*1, 21* 33:*7, 16*
  34:*1, 21* 36:*14* 37:*24*
  40:*1, 19, 24* 41:*5*
  42:*24, 25* 46:*12* 47:*2,
  25* 50:*21* 51:*21*
  55:*13* 109:*24* 110:*12,
  25* 111:*4, 13, 17, 23*
  112:*11* 114:*21* 116:*5*
**formal** 14:*23*
**forms** 31:*1, 4, 6*
  32:*12* 34:*7*

**forth** 7:*4* 14:*2*
  17:*12* 45:*18, 23* 46:*4*
  48:*15, 17* 56:*11*
**forward** 17:*15, 19*
  76:*16* 118:*17*
**found** 42:*13* 66:*20*
  87:*11* 130:*18* 131:*18,
  20* 132:*8*
**Four** 15:*15* 69:*4*
  75:*18* 89:*22*
**frame** 8:*12, 23, 25*
  9:*6* 10:*4, 20, 25*
  12:*25* 19:*10* 38:*24*
  44:*4* 46:*8* 47:*15*
  53:*10, 14* 59:*13, 19,
  23* 60:*8* 61:*15* 75:*16*
  76:*4, 10, 19* 77:*3*
  80:*23* 82:*5, 6* 109:*18*
**freestanding** 63:*10*
**freeze** 5:*14*
**friend** 67:*15, 17*
  68:*3, 16, 20* 96:*13*
  113:*25*
**friends** 71:*24*
**frightened** 75:*22*
**froze** 5:*13*
**further** 129:*6* 139:*1*
**fuzzy** 132:*24*

**< G >**
**Gabapentin** 93:*7, 10,
  12*
**gain** 110:*10, 14, 15, 18*
**general** 10:*13* 19:*12,
  15, 18, 20* 23:*5* 25:*3*
  35:*20* 74:*20* 94:*18*
  95:*13* 99:*3, 4* 108:*10*
  127:*24*
**generally** 48:*15*
  54:*13* 86:*7* 87:*20*
  89:*1* 97:*12, 14*
**G-E-N-E-X** 41:*18*
**getting** 22:*25* 77:*3*
  82:*24* 83:*8* 86:*10*
  88:*8* 97:*2* 130:*10*
  133:*11*
**Giant** 20:*19* 117:*8*
**give** 11:*17* 15:*16*
  28:*1* 32:*9* 48:*10*
  51:*19* 60:*15* 62:*3*

66:21  69:8  80:3
83:22  95:24  97:8, 9
99:4  101:23  112:15
133:24
**given**  5:5  140:7
**giving**  78:5  83:3
**go**  5:8  6:22  8:7, 17
19:24  20:7, 8  22:7
23:18  28:7  29:21, 22
34:1  36:20  37:13
42:7  45:2, 10  54:8,
14  56:10  59:14  61:3,
4  62:22  63:20  64:11,
24  69:9  77:10  79:20
85:1, 8  87:4, 9, 13, 23
88:5  89:20  91:1
92:3, 15, 16  93:16
94:22  95:14  96:9
103:4  118:12  124:5
125:3, 5  130:19
133:16, 18, 25  134:9
**goal**  87:20, 22
**God**  102:16  131:22
**goes**  53:13  59:22
60:9  61:17  67:24
68:22  69:7  82:2
86:18  129:15
**going**  5:8, 15  11:13
16:6  17:12  25:6
30:21  31:9, 11, 13
34:2, 4  38:8  45:12
46:11  50:20  51:20
56:9, 18  57:3  61:8
63:25  64:7, 8  66:9
67:24  68:2, 13  70:17
76:25  83:12, 17, 18,
20, 21, 22  86:21  87:3,
19, 21  88:2  91:15, 25
94:24  95:14  97:19
101:20  102:13  109:4
110:9  122:23  123:9
125:4  133:19  134:14,
17, 24  136:18  137:3,
4
**Good**  4:1  58:22
67:16  70:7  77:25
87:9  91:3  99:15
101:6  102:13  130:22
140:3

**Google**  21:12  22:7, 8,
10, 22, 24
**gotten**  61:12  137:1
**grace**  131:22
**grade**  64:2
**graduate**  14:19
**Graduated**  14:16, 17
**granddaughter**  97:23
**grasp**  82:12
**grasping**  135:5
**grew**  97:6
**grocery**  20:16
124:21, 23
**ground**  5:7
**group**  126:12, 14
**guess**  8:11  24:25
45:8  48:6  49:6, 12
52:17  63:6  64:17
76:24  77:24  81:1, 25
90:17  92:5  98:15
118:9  130:16  132:3
**gurney**  76:22
**guy**  22:7  90:18
**gym**  88:5

**< H >**
**H/W**  1:6
**hair**  95:21  96:6, 8,
15, 16, 19, 20, 25  97:5
**hallucinations**  81:12
**hand**  140:8
**handful**  122:2
**handled**  83:12, 14
**happen**  133:19
**happened**  61:1
77:14  97:5  105:12
132:25  135:6  137:22
**happening**  131:3
**happens**  5:14
**happy**  78:13  87:15
**hard**  132:15  133:14
**Harris**  20:11, 13, 15,
16, 18  117:7
**Hart**  136:12
**headaches**  11:21
**heal**  91:5
**healed**  91:15
**health**  9:10, 14  10:4
89:4, 5  129:24

**hear**  5:18  18:13
24:11  134:14, 19
**heard**  24:19  111:20
**heart**  128:8, 9, 11, 16
**held**  4:5  7:20  114:7,
10
**help**  54:8  59:16
61:24  78:18  93:20
94:19  103:16, 18, 19
**helped**  62:1
**helping**  96:14
**HENRY**  1:8  2:10
4:4, 15  7:19
**hernia**  93:8, 18, 19
94:2
**herxing**  26:13, 16
27:12, 17
**hey**  133:23
**Hi**  4:24
**hid**  131:21
**high**  14:14, 16  37:19,
20  52:8  73:19  83:22
92:15  112:23
**higher**  52:19
**high-powered**  54:5
**hire**  100:16
**hired**  99:8
**history**  31:3
**hit**  94:25
**Holly**  15:19  16:5
**home**  8:7  9:7  75:19
85:8  87:23  88:18, 19
89:4, 5, 24  96:6, 7, 14
98:9, 15, 18  101:8
121:15  133:6, 8
**home-based**  100:7
**homeopathic**  27:9
28:23  43:24  44:3, 8,
9, 25  61:21  103:15
136:16
**homeopathics**  61:24
**homeopathic-type**
44:17
**hon**  134:4  135:15
**honestly**  18:5
**hope**  92:1  95:14, 16
**hoping**  102:13
**hormonal**  104:9
**hormone**  108:12

**hormones**  103:24
115:25
**hos**  73:3  134:9
**hospice**  79:15, 20, 25
80:21, 25  84:18, 25
86:3, 16, 17  133:16,
18  134:6, 8, 10  135:9,
13
**hospital**  30:17  53:13
55:11  56:19  57:12
59:14, 22  60:9  61:4,
17  62:19  63:2, 11, 13,
15, 17, 22  64:9, 24
65:5, 16, 25  67:12, 19
68:2, 13  69:1  72:19
73:2  74:3  75:7, 14,
15  76:19  77:5, 10, 13
78:10  79:10  80:6, 11
82:25  83:13, 23  84:8
86:23  87:2, 8, 12
88:3  89:24  90:16
96:3, 4  109:16  120:5
126:7, 8, 9, 11, 13
128:21  129:15, 19
131:25  132:11  133:5,
7  137:20
**hospitalist**  74:13
77:22  78:2, 23
**hospitalists**  73:3, 12,
20, 23
**hospitalization**  8:5
9:4, 5  17:6, 7, 8
45:22  61:13  72:19
76:8  98:7  119:24
121:4  123:25  124:12,
16, 24  125:10
**hospitals**  16:16
**hour**  103:12
**hours**  8:22  69:4
75:22  99:25  135:1
**house**  90:1  125:6
131:2
**household**  98:1
**human**  34:11, 23
**HUMMELSTOWN**
1:24
**husband**  44:19
108:12
**hydrocortisone**  53:17

**< I >**
**ICU** 81:*16*
**idea** 19:*12, 18, 20*
**identification** 31:*21*
**identify** 17:*5* 39:*24*
  40:*18* 41:*10*
**identifying** 42:*11*
**IGeneX** 41:*17*
**illness** 106:*25*
**immune** 26:*20*
**immune-mediated**
  37:*17*
**improve** 107:*6*
**improvement** 12:*24*
  53:*14, 24* 54:*21*
**improvements** 13:*7*
**improving** 79:*6*
**incapacitated** 12:*1*
  54:*7, 10, 23*
**incident** 138:*10*
**incidental** 29:*20, 23*
**incision** 92:*21, 24*
**incisional** 94:*12*
**include** 10:*5* 50:*12*
**income** 100:*11, 14*
**inconclusive** 40:*10,*
  *12* 115:*4*
**independent** 22:*6, 15,*
  *19*
**indeterminate** 41:*13*
**INDEX** 3:*1, 11*
**INDIAN** 1:*23*
**indicated** 25:*16*
  103:*2* 105:*14* 115:*4*
  140:*4*
**indicating** 105:*11*
**indication** 37:*1, 8*
**individually** 7:*13*
  33:*21*
**infection** 25:*14*
  27:*21* 28:*11, 16*
  29:*12, 17, 21* 36:*25*
  70:*6, 10, 11* 82:*22*
**Infectious** 34:*9*
**inflammation** 24:*18*
  37:*17*
**inform** 109:*7, 21*
  110:*10, 17, 22* 111:*10*
  112:*2, 6, 7*

**information** 7:*13*
  14:*8* 17:*23* 23:*1*
  68:*18, 19*
**initial** 115:*23*
**initiating** 48:*18*
**inner** 137:*16*
**instances** 81:*12*
**instruct** 122:*24*
**instruction** 88:*11*
**instructions** 113:*12*
  118:*22*
**insurance** 9:*10, 14,*
  *17* 10:*5, 8* 13:*18, 23*
  14:*4*
**interested** 140:*8*
**internet** 5:*12* 21:*12*
  22:*8*
**interpretation** 34:*11,*
  *22* 35:*4, 9*
**interrelated** 128:*25*
**interrupt** 93:*17*
  129:*3*
**intestine** 70:*8, 13*
  74:*21*
**intestines** 70:*2*
**introduce** 4:*25*
**involved** 16:*12* 45:*5*
  49:*1* 54:*15* 109:*15*
**issue** 8:*24* 61:*19*
  67:*3* 123:*1* 128:*5*
**issues** 19:*8* 91:*16, 18,*
  *22* 94:*3, 8, 13, 18*
  104:*14* 126:*20*
**itch** 137:*12*
**itching** 137:*9*
**it'll** 136:*3*
**its** 90:*16*

**< J >**
**January** 1:*18* 4:*2*
**job** 91:*3*
**jog** 30:*15* 41:*24*
**jogs** 41:*17*
**journal** 132:*7*
**journals** 114:*11*
**jump** 109:*4*
**June** 98:*20*

**< K >**

**keep** 19:*5, 9* 48:*7*
  78:*3* 83:*18* 86:*21*
  132:*15*
**keeping** 133:*13*
**keeps** 113:*7*
**KEESLER** 2:*12* 3:*4*
  4:*17* 102:*1, 4, 9*
  104:*18, 21, 22* 129:*5*
  138:*25*
**kids** 68:*2*
**kill** 24:*10* 53:*21*
  118:*19*
**killed** 24:*17*
**killing** 76:*2* 118:*13*
**Kim** 85:*18*
**kin** 140:*7*
**kind** 13:*23* 16:*15, 23*
  17:*22* 21:*12* 22:*6*
  27:*20* 28:*22* 31:*6, 18*
  43:*24* 44:*2* 54:*15*
  55:*16* 57:*19* 58:*3*
  60:*18* 63:*9* 64:*4*
  66:*17, 19* 69:*8* 76:*21*
  79:*16* 80:*12* 84:*9*
  88:*11, 22* 93:*2, 5*
  96:*1* 97:*4, 12* 119:*25*
  130:*18, 25* 136:*13*
**KLINE** 2:*1*
**knew** 17:*19* 19:*22*
  23:*7* 25:*13* 67:*2*
  68:*12* 73:*16* 108:*9*
  116:*11, 13* 135:*17*
  137:*3, 4*
**know** 5:*9, 14, 15, 19*
  6:*6* 7:*2* 8:*12* 10:*12*
  13:*8* 14:*4* 16:*20*
  17:*11* 18:*6* 19:*5*
  21:*1, 2, 12, 19, 20*
  22:*7, 9* 32:*10, 15*
  33:*22* 38:*9* 39:*20*
  41:*12, 21* 42:*2* 43:*12,*
  *17, 19, 20, 22, 23* 44:*1*
  45:*2* 46:*15* 47:*11*
  54:*13* 56:*16* 58:*21*
  59:*14* 60:*4* 63:*14*
  64:*13* 65:*19* 66:*25*
  67:*2, 3, 18, 19* 68:*4, 6,*
  *12* 69:*22* 72:*11, 24*
  73:*21* 75:*18, 20* 76:*1,*
  *19* 78:*21* 79:*7* 80:*6,*

**keep** *8, 10, 19* 83:*1, 2, 17*
  84:*6, 13* 85:*11, 12*
  86:*2, 11, 22* 87:*8, 10*
  89:*9, 10* 90:*4, 5*
  91:*13, 18, 19, 24* 92:*5,*
  *6, 13, 15, 16, 17, 18*
  93:*6, 9, 16* 94:*1, 16,*
  *19, 23, 24* 95:*1, 10*
  96:*5, 16, 22* 97:*25*
  100:*24* 101:*12, 14, 21*
  104:*6* 105:*22* 106:*23*
  107:*7, 14* 108:*7, 20*
  109:*1, 15, 17* 110:*3,*
  *21* 111:*21* 114:*2*
  116:*24, 25* 117:*4, 16*
  119:*11, 14, 16* 120:*2,*
  *6, 11, 13, 16* 121:*15*
  122:*12, 14* 123:*6, 19*
  124:*9, 10* 125:*5*
  126:*10, 13* 127:*3, 5,*
  *12* 128:*9, 18, 22, 25*
  130:*9, 10, 19, 24, 25*
  131:*4, 12, 14, 19, 21*
  132:*5, 6, 8, 18, 19, 20,*
  *22* 133:*2, 8, 20, 22, 23,*
  *24* 134:*6, 11, 15, 25*
  135:*1, 4, 8, 9, 13, 16,*
  *23* 136:*9, 13* 138:*14,*
  *18*
**knowing** 114:*8*
**knowledge** 10:*21*
  16:*13* 52:*18, 20*
  64:*18* 69:*24* 85:*11*
  93:*3* 99:*18* 115:*2*
  126:*15*

**< L >**
**lab** 29:*18, 23* 39:*23*
  40:*5, 6, 10, 17* 41:*3,*
  *10, 17* 105:*7* 114:*23,*
  *25* 115:*9, 12*
**laboratory** 39:*21*
**lady** 61:*23* 78:*17*
**LAMB** 2:*3* 3:*4* 4:*13*
  6:*14* 11:*13* 12:*18*
  21:*23* 24:*21* 25:*21*
  30:*21* 36:*14* 37:*24*
  40:*1, 19, 24* 41:*5*
  42:*24* 46:*12* 47:*2, 25*
  48:*6, 21* 50:*20* 51:*20*

55:13  102:10  110:12,
25  111:4, 7, 13, 17, 23
112:11  114:21  116:5
122:23  123:9  129:2,
10  135:22
**larger**  69:19
**late**  66:2  132:3, 4
**laun**  98:2
**laundry**  98:1, 2
**lawsuit**  5:1
**lead**  117:24
**leading**  61:12  80:5
**leakage**  91:19
**leaky**  70:13
**learn**  7:12  61:15
89:11  108:1, 5, 8
115:20
**learned**  22:14  23:11
134:23
**leave**  81:4
**Leesburg**  121:22
**left**  64:8, 18  75:21
97:16  137:17
**leg**  11:22  95:4
97:16  137:17
**Legal**  98:18
**legs**  6:5  94:19
95:13  111:25  137:14
**level**  126:16
**levels**  83:18
**life**  27:21  129:25
131:15  138:3, 9, 17
**light**  98:1
**limit**  50:9  70:17
**limiting**  49:9
**Lind**  111:10
**Linder's**  117:14
**LINDNER**  1:8  2:10
3:15  4:5, 16  5:1  7:5,
23  8:1, 15  9:3, 11
10:1, 11, 17, 18  11:1
12:5, 9, 12, 15, 17, 22
13:1, 10, 16  16:12, 21,
22  17:24  18:12, 18
19:4, 7, 16  20:2, 23
21:10, 15  22:6, 23
23:20, 22  24:13, 23
25:2, 16  26:2  28:3,
12  30:3, 7, 20  31:6,
13  32:13, 22  36:6, 23

37:11, 15  38:8  39:9,
16  40:16, 17, 23
42:12, 17, 21  43:9, 11,
13, 21  44:5  45:3, 7,
14  46:20  47:4, 19, 22
48:19  49:3, 11, 17, 23
50:10, 16  51:1, 17, 22
52:1, 7, 11, 18, 24
53:7, 11, 15  55:1, 11,
17, 21  56:1, 11, 14
57:14  70:22  71:6
74:5, 15  75:2, 10, 12,
17  98:7  99:20  100:6,
20  101:3  103:22, 23
104:7, 13  105:25
106:4  108:8, 11, 15
109:9, 21  110:5, 17,
22  111:10  112:2, 6,
17, 19  113:2, 25
114:16, 18  115:23
116:4, 17  117:17, 20,
25  118:4  122:13, 16
125:25  131:20
136:21
**Lindner's**  13:25
30:24  32:2  34:10, 22
35:4, 8, 16  39:20
41:1  42:9  51:10
106:8  109:6  113:25
114:5  116:23  117:8
126:18  128:13
**line**  103:6
**lines**  27:9  111:20
**link**  126:13
**list**  12:7
**listed**  12:14  33:16
34:15
**listened**  109:17
**lists**  45:24
**literature**  34:12, 23
35:5, 10
**litigation**  7:3  8:24
**little**  5:9  6:16  49:14
56:8  57:15  60:5, 14
62:9  65:12  78:15
91:6  101:14  109:5,
17  131:1
**live**  15:20  16:7
86:10, 15  91:25

126:7  131:16
**lived**  103:13  108:9
**lives**  16:2  94:5
**living**  7:17  12:23
16:6
**located**  121:21
**Locust**  2:3
**long**  7:20  29:4
43:12  54:9, 12  68:20
69:3, 8  70:14  81:18
90:2, 21  91:10  93:11
95:14, 17  96:25
119:11  121:25  125:4
129:17
**longer**  97:3  123:24
**look**  30:24  36:19
60:19  77:24  78:10,
12  101:20  131:4
**looked**  45:15  75:22
136:2
**looking**  8:10  13:8
17:19, 23  18:20  19:5,
13  32:11  39:20
44:11  68:17, 19
78:11  101:25  138:14
**looks**  8:2
**lose**  95:21  96:2
**losing**  132:16
**loss**  37:19  96:8, 17
97:5  100:11, 14
**lost**  96:12
**lot**  7:3  8:12  11:19
12:10  14:2  17:11
60:21  70:6  80:8
94:22  96:6, 16
100:13  129:22  130:8
137:9
**loud**  121:13
**Loudoun**  56:19
63:21  64:24  65:5, 15,
25  68:25  72:19  74:3
76:11  77:6, 9, 18
79:10  80:11  81:19
82:25  84:7  86:23
87:2  96:4  126:8
132:11  133:17
**lounge**  133:3
**low**  127:13, 21
**lower**  97:16  126:17

**lucid**  66:18  72:4, 13,
17
**Lung**  62:16
**L-U-N-G**  62:16
**lying**  132:12
**Lyme**  27:20  103:8,
12  106:25  107:1, 3, 6,
11, 16

< M >
**M.D**  1:8  2:10  4:5
**machine**  133:4  140:5
**mad**  132:21
**making**  18:21  79:23
**male**  78:23
**man**  67:16  73:5
107:21, 22  120:7
121:20
**manage**  78:18
**manifest**  127:14, 15
**manner**  109:25
**March**  90:6, 15
**Margie**  62:14
**Marine**  97:19
**mark**  31:11
**MARKED**  3:12
31:20
**Market**  2:13
**marks**  111:3, 8
**marriage**  15:10
85:24  130:4
**married**  129:17
**marry**  15:8
**Maryland**  103:12, 21
104:12  107:19, 20
108:1, 5
**math**  90:17
**matter**  4:4  112:18
**Matthew**  15:18, 20
**McCORMICK**  2:10
**meals**  60:19
**mean**  8:9  11:6  14:9
25:9  28:6  38:1, 23,
25  43:10  49:1  60:2
67:20  73:21  80:2, 3,
18  81:8, 17  82:19
83:4  88:25  93:15
97:25  117:2  124:9
129:2  131:7  135:17

**meaning** 76:*24*
**means** 95:*19*
**meant** 25:7, *20*
26:*16* 40:*12*
**med** 128:*24* 131:*11*
**medical** 6:*19* 11:9
16:*16* 31:*3* 71:*23*
79:*16*, *20* 81:*3* 83:4
84:*16* 85:*1* 86:4
95:*18* 97:4 110:*20*
114:*11* 126:*25*
128:*24* 133:*24*
**medication** 13:*21*
25:*3* 28:22 53:*11*, *19*
58:*3*, *7* 65:*20* 74:6,
*23* 75:*12* 80:*12* 93:*3*,
*4* 130:*20* 137:*21*
**medications** 13:*16*
19:*14* 22:*23*, *25* 23:2,
*8*, *14*, *18* 24:9 26:*11*
35:*24* 36:*1*, *7*, *11*, *24*
37:*4* 45:*6*, *25* 47:*12*
59:*15* 75:*2*, *6*, *18*
119:*15* 131:*20*
**medicine** 27:7
**meds** 80:*18* 133:*25*
**meet** 15:*3*
**meeting** 66:*3* 110:*4*
**Megan** 68:7, *9*, *12*, *16*,
*20* 69:*14* 96:*13*
**member** 120:*21*, *24*
121:*7* 123:*18*
**members** 71:*24*
84:*14* 85:*3* 87:*25*
88:*1* 121:*25* 122:*17*
123:*3*, *12*
**membership** 99:6, *7*,
*10* 121:*1*
**memories** 63:*23*
**memory** 8:*3* 21:*5*
30:*16* 33:*21* 41:*7*, *17*,
*24* 42:*1* 46:*16* 54:*16*
56:*9* 57:*6* 62:*18*
63:*1* 65:*24*, *25* 66:*2*
**menopausal** 19:*8*
104:*9*, *14*
**menopause** 19:*7*
**mental** 82:*8*, *21*
**mentally** 82:*3*, *4*

**mention** 51:*13*
108:*18* 128:*8*
**mentioned** 51:*11*
101:*15* 106:*11*
114:*16* 115:*14*
118:*24* 121:*2* 122:*15*
125:*15*
**message** 68:*1*
**messages** 55:*17*, *20*, *21*
**met** 12:*16*
**method** 56:*2*
**Mexico** 16:*2*
**mid** 132:*4*
**MIDDLE** 1:*1* 92:*13*
**Mike** 84:*21* 132:*18*
**miles** 63:*13*
**Milwaukee** 133:*1*
**mind** 31:*15*, *19*
67:*16* 113:7 134:*8*
**mine** 46:*17* 116:*1*
**minutes** 101:*23*
102:*10*
**missed** 100:*13*
125:*19*
**missing** 75:*4*
**mixture** 8:*13*
**mom** 68:2 87:*14*
**moment** 77:*16*
112:*15* 117:*16*
125:*12*, *14* 129:*5*
**money** 101:*1*
**month** 60:*12* 76:4
95:*24* 124:*19* 132:*1*
**monthly** 120:*18*
**months** 43:*20* 90:*17*,
*19*, *22*
**morning** 4:*1* 5:*4*
86:*15* 97:*11* 135:*1*,
*10* 138:*6*
**mornings** 101:*14*
**move** 32:*15*, *17* 76:7
**moved** 103:*9*
**movement** 59:*25*
78:*12*
**movements** 59:*23*
91:*17*
**moving** 76:*16* 118:*17*
**muscle** 37:*19* 95:*3*
103:*14* 111:*11*
**muscles** 94:*19* 95:*4*

**myopathy** 111:*22*, *25*
112:*3*

**< N >**
**nailing** 60:*16*
**name** 4:7, *24* 9:*19*
15:*16* 20:*14* 41:*16*
44:*12*, *21* 62:*12*, *15*
66:*4* 67:*17* 68:*3*, 7,
*10* 72:*24* 74:*10*
78:*19* 85:*17*, *19*, *23*
94:*17* 103:*11* 104:*22*
107:*23*, *24* 116:*11*
120:*3* 121:*18* 125:*22*
**named** 116:*25*
**names** 19:*14* 58:*2*
**narrow** 43:*15*
**naturally** 8:*21*
**nature** 81:*6*
**navel** 92:*14*
**necessarily** 60:*16*
61:*22* 132:*2*
**need** 6:*4* 32:*15*
51:*23* 52:*1*, *12*, *24*
58:*20* 59:*5*, *9* 102:*11*
113:*8* 128:*19*
**needed** 47:*5*, *7* 52:*2*,
*4* 53:*8* 87:*5* 88:*25*
130:*19*, *20* 134:*9*
**needs** 74:*16* 113:*8*
**negative** 78:2 127:*8*
**neither** 140:*7*
**neuropathy** 11:*22*
**never** 86:*18* 108:*24*
**New** 16:2 60:*8*, *17*
61:*16* 126:*21*
**night** 11:*25* 66:*3*
130:*17* 131:*23*, *24*
134:*12* 138:7
**nights** 133:*6*, *8*
**noise** 131:*1*
**nondenominational**
122:7
**normal** 101:*10*, *11*
**normally** 130:*18*
**Notary** 140:*3*, *13*
**note** 132:7
**notes** 6:*18* 56:7
101:*21* 102:*5* 125:*13*

136:2
**notice** 12:*22* 140:*3*
**noticed** 53:*25* 59:*17*
96:*18*, *24* 130:*21*
**notified** 110:*1* 128:*15*
**November** 96:7
97:*21* 98:*4* 115:*22*
**number** 7:*4* 31:*1*, *11*,
*20* 61:2 75:*3*
**numbers** 99:*14*
**nurse** 78:*16* 89:7
120:9, *12*, *17* 133:*22*,
*23* 134:*4*, *20*
**nurses** 78:*10*, *11*, *14*
135:*10*

**< O >**
**object** 11:*13* 30:*21*
50:*20* 51:*20* 122:*23*
123:*9*
**objecting** 48:7
**Objection** 12:*18*
24:*21* 25:*21* 36:*14*
37:*24* 40:*1*, *19*, *24*
41:*5* 42:*24*, *25* 43:*1*
46:*12* 47:*2*, *25* 49:*13*
55:*13* 110:*12*, *25*
111:*4*, *13*, *17*, *23*
112:*11* 114:*21* 116:*5*
**observation** 72:*6*, *9*
80:*15*
**observations** 61:*11*
**observe** 88:*5* 89:*11*
**occasionally** 20:*20*
**occasions** 17:*1* 58:*14*
59:*1*
**occurred** 104:*12*
**occurrence** 94:*9*
120:*22* 121:*3*, *7*
**October** 8:*5* 30:*17*
45:*22* 56:*9*, *18*, *24*, *25*
74:*4* 77:*5* 86:*24*
90:*14* 92:*13* 121:*4*
124:*1*, *13*, *16*, *24*
125:*10* 129:*20*
132:*11*
**odd** 91:*13* 130:*18*, *25*
**office** 8:*20*, *23* 9:7
14:7 75:*20* 76:*20*

office-based  100:7
official  140:8
officially  4:25
oh  6:21  10:18  21:25
26:8  44:20  61:23
78:11  102:15  121:20
130:22  133:13  138:8
Okay  5:7, 16, 17, 21,
22  6:3, 8, 9, 13, 16
7:1, 9, 16, 22  8:22
9:5, 19, 22, 23  10:2, 3,
7, 11  11:15, 24  12:7,
13, 21  13:13, 20, 25
14:19  15:5, 8, 20
16:1, 5, 7, 11  17:1, 4,
9, 21  18:1, 4, 7, 10, 16,
23  19:3, 11, 25  20:6,
18  21:4, 8, 20, 22, 25
22:2, 12, 17, 22  23:4,
17  24:1, 5, 15, 25
25:12, 15, 19, 23
26:22  27:4, 14, 19
28:5, 14, 21  29:7, 11,
15, 25  30:12, 15, 24
31:9, 23  32:1, 8, 16,
17, 18, 19, 24  33:5, 11,
14, 18, 23, 24  34:5, 6,
19  35:7, 22  36:10, 18
38:3, 9, 15, 18  39:13
40:4, 11, 15, 22  41:9,
21, 23  42:2, 15  43:22
44:13, 16, 18, 20, 23
45:2, 10  46:7, 22
47:10, 13, 22  50:5, 24
51:6, 16, 24  52:10, 17
54:2, 13, 18  55:8, 10,
16, 25  56:8, 17, 22
57:24  58:6, 10, 14, 16,
18, 20, 21, 23  59:4, 9,
19  60:1, 15  61:6, 21
62:12, 22, 25  63:6, 12,
18, 23  64:3, 6, 23
65:1, 4, 9, 14, 19  66:8,
22  67:4, 8, 18, 22
68:3, 8  69:2, 5, 11, 15,
25  70:24  71:9, 16, 20
72:2, 16, 18  73:4, 6,
17, 20, 25  74:9, 14, 25
75:9  76:7  77:3, 16,
19  79:4, 13  80:15

81:10  82:20  83:10
84:5, 19, 20  85:10, 19
86:7, 20, 22  87:18
88:9, 22  89:1, 4, 13
90:24  91:7, 12, 21
92:5, 10, 19  93:2, 11,
13, 14, 23  94:1, 10
95:12  96:18, 23  97:1,
8, 14  98:5, 11, 23
99:4, 12, 17  100:16
102:8, 10, 19  103:1, 6,
20, 25  104:2, 5, 16, 18
105:5, 8, 10, 17, 20, 23
106:2, 7, 11, 15, 18, 21,
24  107:2, 5, 8, 11, 20
108:3, 4, 14, 18  109:1,
4, 13, 19  110:4, 9, 16,
22  111:3, 8, 22
112:10, 15, 22  113:1,
10, 14, 23  114:3, 15,
25  115:3, 7, 12, 14, 20,
24  116:2, 12, 15, 19,
25  117:6, 11, 16, 23
118:3, 21, 24  119:6, 8,
11  120:11, 20  121:2,
6, 18  122:19  123:23
124:3, 12, 23  125:1,
12, 23  126:2, 5, 15, 20
127:7  128:7, 11, 15,
23  129:1  132:10
134:22  137:2, 25
138:8, 13, 20, 23
oldest  15:18
old-fashioned  101:2
Once  8:25  29:7
45:24  62:1  86:17
87:3  88:18, 19
123:25  124:15  125:9
128:9  133:17
ones  12:7, 14, 16
49:2  55:24  87:13
89:9  94:11, 13  136:2
137:3
online  120:25
121:14, 23  122:10
open  8:19
opinion  11:9  74:19
76:1  113:15, 18, 23
114:4
opportunity  32:9, 21

opposed  48:12  49:2
52:25
opted  81:2
optimistic  78:6
opting  79:15
order  132:25
organization  99:6
oriented  80:21
originally  27:7
ostomies  89:8
ostomy  69:21, 22
77:23, 24  78:11  80:7
88:12, 18, 24  89:22
90:7, 13, 21, 24  91:14
outcome  140:8
out-of-pocket  100:20
outpatient  77:13
outside  133:1
Over-the-counter
58:3  93:5
owner  117:3

< P >
p.m  102:21, 24  139:3
PA  2:4, 8, 13
PAGE  3:1, 12  32:6,
15
paid  14:3
pain  11:20  56:24
57:8, 15, 20  59:21
60:9, 18  61:2, 5, 7, 9,
10, 17  64:19  65:13,
21  78:18  80:8, 12, 16,
18  92:23  93:3, 9
94:12, 18  130:8
131:11  133:24
137:14, 16, 21  138:11
painful  137:11
pains  93:1
palliative  78:17, 20
79:15  80:13, 17, 20,
24  81:3, 6, 7, 14, 15,
19, 21, 24  82:2, 7
84:16, 17
palpitations  128:8, 12,
16
paper  114:13  134:10
papers  17:17  21:14
114:11

paperwork  7:3
paragraph  34:3
paraphrasing  138:1
part  18:10  24:16, 17
26:3  35:17  36:12
45:8  50:12  79:13
91:10  99:25  112:18
121:10  137:13
participant  85:6
participate  87:24
88:2, 17
participated  48:12
participating  48:9
88:16
particular  89:7
particularly  68:17
party  140:8
passed  14:18
passing  60:4
pastors  123:3
patience  104:17
patient  27:11  103:23
136:7
patient's  34:12, 24
35:10, 18
Patrick  1:20  4:7
7:19  31:15  32:4, 8
33:25  36:20  37:14
39:7
pay  64:2  100:24
101:3
paying  13:11
payments  101:7
Pelanne  1:19  4:9
pending  6:7
PENNSYLVANIA
1:1, 24  20:25  101:4
people  10:9  38:25
39:1  44:3, 24  54:15
61:21  63:17  64:12
71:23  78:5  80:11, 13
83:14  86:12  87:2
99:9, 11  134:8
perfectly  24:3
perforated  110:23
perforation  30:18
53:13  55:12  66:25
67:6  71:18  72:12, 21
73:14  94:6  129:16
132:1

perforations 69:18
70:15, 20 74:20
perform 64:13
period 11:11 39:18
42:2, 19 54:3 80:5
129:15
periodically 99:16
127:6 137:12
periods 89:19
127:12 129:25
permission 66:21
person 20:8 44:8, 9
95:18 97:4 108:15
120:14 126:25
133:24
perspective 91:12
persuaded 17:13
pharmacies 20:9
Pharmacy 13:22
20:7, 11, 13, 14, 17, 25
21:6 22:25 59:5, 7
116:14 117:12
phase 104:12 136:17
phases 136:16
Philadelphia 2:4, 13
phone 17:13 30:10,
19 55:5, 7, 8, 10, 17
56:4, 5, 6 117:24
118:8, 10 120:14
phrase 74:18 113:7
physical 64:13 89:23
128:4
physically 8:17 87:22
physician 59:10 84:6
113:16, 19 114:4
120:5
physicians 10:22
39:17 42:17 61:18,
22 72:20 74:1, 2, 4,
25 78:7 82:13 83:11
pick 19:24 20:8
23:18 100:17 124:6
picking 19:21
pictures 66:15
pill 138:11
pills 138:16
pink 62:8, 11, 12
place 20:15 99:19
140:4

plaintiff 4:14
Plaintiffs 1:6 2:5
plan 9:16 18:25
19:13, 15 20:3 23:6
26:3 53:23 87:4
114:5
plans 10:9
please 4:10 6:5
14:15 31:17, 19 34:1
39:2 77:17 103:4
116:12 124:3 130:15
pocket 13:11 14:3
point 23:18 42:9
46:19 49:16 54:7, 22
56:22 66:23 67:1
76:15 77:25 79:19
95:20 100:5 130:10
132:19 138:6
pointed 78:11
poorly 65:12
portion 81:21
position 7:20, 22
98:8 99:24
positive 78:3, 4
possession 56:14
possibly 25:23
111:19
Post-COVID 99:8
post-hospital 126:4
potential 110:1, 6, 10,
18, 23 111:11 112:3,
7
power 88:10
PowerPoint 21:15, 17
22:1 114:13
practice 27:8 34:10,
22 35:4, 8
practitioner 10:14
78:16 120:10, 12, 17
praise 121:12
prepare 6:17
prepared 79:11
prescribe 36:24
103:15
prescribed 13:17
14:5 23:2, 14, 21
28:18, 23 35:24 36:6
37:4 45:13 53:20
74:23 75:2, 12 93:18,

19 119:14
prescribes 84:5
prescribing 23:23
25:3 53:12, 15
125:20
prescription 10:5
28:23 58:7 59:9
93:6, 7 136:15
prescriptions 13:10
14:5 19:22, 23 20:9,
24 21:1 25:14 26:1
116:3, 16, 22 117:7,
12
present 99:21
109:10, 14 110:4
presentation 21:16
presenting 17:17
pressure 37:20
pretty 11:15 12:1
80:7 96:15 101:11
132:14 134:5
previously 26:24
primarily 38:13
120:19 125:3
primary 10:13, 19
print 31:18
prior 75:7, 16 85:24
109:16 124:12 125:9
PRIORE 2:10
privileges 122:25
Prob 93:13
probably 18:4 21:21
65:17 75:21 76:5
80:18 87:12 100:25
122:25 127:2
problem 35:15
41:23 114:10
procedure 91:15
proceed 86:20
process 24:17 46:24
47:17
produced 112:17
Professional 1:19
prognosis 76:16
77:21 78:6, 21, 24
progressing 54:3
progressively 57:11
pronounce 131:11
proper 43:1
provide 100:21

provided 32:3 74:5
100:21 104:8
provider 113:24
providing 7:23
PTSD 94:17 119:1, 9,
12, 15, 25 120:3
123:7, 21
Public 140:3, 13
pulse 128:10
purchase 59:5
purpose 17:22
purposes 31:12
pursuant 140:3
put 39:6 58:17
89:10 91:3 97:15
101:15 103:1
putting 81:1

< Q >
question 5:19, 24
6:7, 22 23:16 32:10,
20 46:14, 22, 25
47:16 49:6 50:5, 7
51:2 52:20 71:8
72:8 83:16 84:20
90:20 91:13 101:6
103:9 112:1 117:18
130:1 137:5
questioning 48:5, 20
103:6
questions 9:25 25:10
30:9 33:15 34:5
37:10 46:4, 8, 18
47:12 49:17, 20, 23
50:2, 14 51:4 71:17
96:22 101:22 102:6
104:25 125:13
129:12, 22 135:23
136:1 138:24
quite 78:13 99:7

< R >
racing 128:9
raised 33:15
raising 34:14
reach 61:18
reached 61:24
reaching 57:13
reacting 26:20

**read** 32:*14, 19, 24*
33:20 34:*3* 37:*3, 11,
22* 45:*16* 48:*12*
79:*13* 97:25

**reading** 21:*14* 79:7

**real** 41:22 44:*14*

**realize** 114:*9*

**realized** 99:*11*
134:*21*

**really** 9:25 13:*19*
17:25 18:22 24:*4*
29:25 33:*4* 41:*24*
48:8, *14* 49:*12* 54:*11*
78:*21* 93:*13* 98:*4*
99:*15* 106:*20* 121:*1,*
*10* 127:*20* 132:*18*
136:*1*

**reason** 5:*11, 18, 19*
6:*4* 8:*10* 12:*11* 19:*4*
114:*3* 134:*18*

**recall** 8:*8* 10:*23*
12:*8* 13:*24* 14:*12, 20*
15:*5* 16:*23* 17:*9*
20:*1, 5* 21:*5, 14* 22:*1,*
*21* 23:*3* 26:*12* 28:*24*
29:*1, 10, 18* 30:*7, 10*
33:*2, 5* 34:*17, 19, 24*
35:*2* 36:*16* 38:*4, 5,*
*18, 19* 39:*12, 23* 40:*5*
42:*8, 13* 45:*1, 18*
46:*4* 48:*17* 53:*5*
55:*1, 4, 8, 15, 24* 56:*1*
58:*10, 14, 15* 59:*19*
62:*7* 63:*7* 64:*5, 22*
65:*22* 67:*4, 20* 69:*16,*
*25* 71:*16, 25* 73:*9, 24*
74:*10* 75:*7* 77:*4*
78:*19, 22, 24* 82:*17*
96:*16* 97:*7* 99:*24*
105:*9, 10, 11, 13, 17,*
*23* 106:*2, 18* 107:*2, 9,*
*11* 113:*6* 116:*18, 21*
118:*8, 14* 119:*8*
120:*2* 125:*22* 126:*2*
137:*22*

**receive** 105:*20*
106:*22*

**received** 22:*5* 87:*16*
103:*7* 105:*2, 6, 23*
106:*2* 115:*7*

**receiving** 13:*21*
20:*24* 126:*17*

**recess** 102:*22*

**recognized** 34:*8, 16*

**recollect** 6:*24* 51:*25*

**recollecting** 48:*23*

**recollection** 9:*12*
13:*15, 20* 17:*21*
18:*11* 29:*15* 33:*8*
36:*8* 38:*21* 39:*15*
41:*9* 42:*15* 45:*17, 21*
46:*7, 11, 20, 23* 48:*15*
49:*19* 50:*18* 51:*1, 4,*
*6* 56:*6* 57:*13* 58:*6*
60:*7* 62:*18* 63:*11*
64:*3, 6* 65:*10* 67:*23*
69:*2* 70:*12, 20* 71:*1,*
*7, 15* 73:*17* 75:*9*
76:*6* 77:*7* 79:*18*
80:*10* 81:*18* 83:*7, 10*
84:*3, 13, 24* 85:*2*
89:*25* 90:*2, 12* 93:*24*
100:*23* 104:*11*
108:*23*

**recommend** 37:*16*

**recommending** 19:*17*
26:*2*

**record** 4:*11* 5:*20*
33:*20* 34:*4* 89:*2*
102:*21, 24* 103:*2*
104:*6* 110:*17* 140:*7*

**recorded** 140:*5*

**records** 6:*19* 8:*3*
13:*8* 19:*6* 42:*4, 10*
65:*23* 81:*17* 83:*5*
86:*2, 22, 24* 90:*5, 14*
94:*1* 104:*6* 105:*13*
110:*20* 129:*4*

**recurring** 107:*16*

**RE-EXAMINATION**
136:*5*

**refer** 112:*13* 113:*4*
116:*8* 118:*9*

**referencing** 112:*16*

**referred** 120:*4*
122:*16* 126:*5*

**referring** 7:*2* 53:*16*
116:*9* 121:*3*

**reflect** 81:*18*

**reg** 53:*18*

**regard** 25:25

**regarding** 7:*6*
104:*25* 113:*2, 21, 25*
114:*5, 6* 117:*20*
128:*16* 130:*14*

**regards** 103:*8*

**regimen** 53:*19* 54:*19*
103:*16* 136:*13*

**Registered** 1:*19*

**regular** 28:*23*

**Rehab** 87:*8, 12, 25*
88:*2, 13* 89:*24*

**rehabilitation** 77:*10,*
*13*

**related** 37:*23* 62:*3*
116:*22* 127:*8*

**relates** 41:*25* 117:*8,*
*13* 119:*15* 122:*21*
123:*4, 7, 21*

**relating** 115:*24*

**relation** 43:*8* 49:*22*
131:*25*

**relationship** 28:*2*
68:*17*

**Reliance** 47:*4*

**relief** 26:*10* 52:*6*
58:*1* 80:*19*

**religious** 122:*25*

**remain** 54:*4* 136:*25*
137:*3*

**remember** 9:*14*
13:*12, 19* 17:*3* 18:*5,*
*6, 8* 22:*1, 12* 27:*18*
28:*4, 19* 29:*6* 30:*12,*
*23* 31:*5* 32:*20* 33:*9,*
*14, 17* 34:*13* 37:*2, 10,*
*21* 38:*25* 39:*2, 5, 19*
40:*8* 42:*10, 18* 43:*4,*
*5, 6, 14* 44:*20* 57:*18*
58:*2, 9* 59:*3* 60:*25*
63:*3, 5, 6* 64:*1* 66:*4,*
*12, 22* 67:*7, 21* 68:*14,*
*15, 25* 69:*10* 70:*16*
71:*3* 72:*1* 74:*12, 15,*
*17, 24* 75:*20* 76:*18*
78:*9* 79:*10* 80:*9*
81:*13* 82:*19* 84:*2, 10*
87:*11* 90:*9* 91:*9*
95:*11, 23* 98:*8, 19*

**103**:*11* 105:*19*
107:*21, 23* 118:*11*
131:*13* 134:*2, 8*
135:*3* 137:*18* 138:*18,*
*20*

**remembered** 76:*9*
103:*10*

**Remind** 15:*14*

**remotely** 1:*17* 4:*6*
9:*8*

**repair** 30:*18* 69:*19*
94:*2*

**repairs** 94:*7*

**repeat** 5:*20* 35:*14*
36:*3* 46:*14* 72:*8*
94:*11* 106:*1*

**Reporter** 1:*20* 4:*9,*
*12* 6:*1*

**represent** 5:*1* 104:*23*

**representative** 87:*7*

**represented** 6:*13*

**request** 21:*21*

**require** 37:*18*

**required** 8:*7*

**research** 21:*11, 13*
22:*13, 15, 19*

**resolve** 50:*11* 92:*1*
95:*15, 16* 106:*16*

**resolved** 50:*8* 91:*22,*
*23* 107:*12*

**respect** 123:*12*
127:*22*

**responded** 36:*12*
47:*8* 51:*13* 52:*12*

**response** 34:*2, 24*
35:*10, 18, 19, 25* 48:*4*
71:*9, 10, 11* 113:*6, 10,*
*11* 118:*14*

**responsibilities**
100:*17*

**rest** 48:*13*

**restaurants** 124:*6*

**restful** 134:*13*

**result** 94:*6* 100:*10,*
*11* 111:*25*

**results** 40:*6*

**retention** 37:*19*
110:*14*

**returned** 107:*16*

**revealed** 105:*7*

reversal 90:*16* 91:2,
*14* 92:20 126:9
reverse 90:7
review 6:*19* 32:9, *21*
33:9, *12* 102:4
reviewed 6:20, *23*
32:12 34:21 49:7, 8
reviewing 31:5 33:3
125:*12*
ride 65:*18*
right 5:*12* 6:2
11:*19* 27:3 30:*14*
31:*11* 41:*14* 42:1, 6
44:20 47:20 57:*10*
63:8 64:25 67:*17*
68:4 77:4 79:*17*
85:20 86:*18, 25* 89:6,
*9* 90:6, *17* 92:5 96:2,
*22* 100:8 101:5, 6
104:9 112:6 115:*14*
119:5 129:6, *11*
134:*3, 8* 135:22
137:7, *23*
ring 41:*18*
road 65:13
rode 65:6 76:*21*
rolled 120:*1*
room 6:*10* 71:22
73:2 133:4
routine 29:*23*
rules 5:7
RUN 1:*23* 64:4
running 75:*19*
run-up 99:9
Ryan 15:*18, 23, 25*
16:*1*

< S >
salivating 60:22
salt 62:8, *11, 12*
saw 12:*16* 16:20
44:*14* 70:*3* 88:7
94:*1* 131:4 134:6
saying 19:5, *10*
41:23 56:*19* 67:5
69:*16* 71:*12* 138:*18*
says 34:7, *21* 36:*21*
37:15 127:20
scalp 137:*11*

scan 66:*14*
scar 92:20
scared 75:*23* 131:*19*
scarring 111:*3*
scars 92:7
schedule 8:*17* 99:*24*
100:2 101:9, *11*
scheduled 88:4
school 8:*18* 14:*14,
16* 98:*18* 100:*16*
schooling 98:9, *15*
Scranton 2:8
scream 65:*13*
screen 31:*10, 16, 24*
scroll 32:3
seal 140:8
second 34:2 37:*14*
72:7 113:*15, 18, 23*
114:*4*
section 69:20
sections 70:8
see 13:6 30:*15*
31:*16, 23* 36:*19*
39:*21* 41:*16* 44:*13*
49:*13* 53:*14, 23*
54:*21, 22* 64:*12*
92:*12* 94:5 107:*19*
132:*12, 17*
seeing 10:*21* 12:*23*
22:*1* 26:*24* 27:*1*
39:*17* 79:*10* 91:9
108:*25* 112:22
118:*25* 120:*16*
125:*23* 126:*13*
seek 42:*16* 44:7
108:*20* 113:*15, 18, 23*
114:*4* 122:20 123:2
seeking 123:*17, 19*
seen 29:22 130:2
self-insured 9:*16*
sense 76:*14* 131:*24*
sensitive 121:*11*
131:*1*
sent 21:*15* 31:6
63:*10* 65:*23* 68:*1*
114:*12*
separate 22:*4*
separately 62:*23*

September 60:*12, 17*
76:6 129:*14* 130:*3*
132:*4* 137:*23*
September-ish 60:*16*
septic 78:*1*
set 17:*12*
severe 11:*16* 61:9
64:*19* 137:*14, 16*
sexual 124:*10, 14, 18*
shadowy 75:*24*
she'd 65:*13*
she'll 97:*24* 125:5
128:8
shifted 101:*12*
shin 137:*14*
shocked 131:*19*
shop 125:4
shopping 94:22
124:*21, 24*
short 82:5 89:*19*
91:*11* 96:*15*
shorthand 140:5
shortly 67:8 103:*10*
133:9
show 31:9
showed 39:22 67:*15*
shower 96:7
showing 66:*16*
SHWED 2:7 3:4
4:*15, 23, 25* 21:20, *25*
22:*3* 31:9, *22* 33:25
36:*18* 37:*13* 39:6
49:*4* 101:20 102:*3, 7,
15, 19, 25* 104:*16*
135:25 136:6 138:*23*
sic 37:*16*
sick 8:20 18:22
77:25
side 91:*4* 109:22
110:*1, 6, 10, 18, 23*
111:*11* 112:3
sign 134:*10*
signature 32:5
signed 31:4 33:*10, 12*
similar 38:7
similarly 52:*19* 65:4
simple 130:*1*
simply 71:*12*
sir 116:8 129:6

SISCO 9:*21*
sister 85:*14* 132:*25*
sister's 85:*17*
sit 19:*25* 21:*4* 38:*10*
49:*15* 53:5 67:22
97:*24*
site 126:9
sitting 57:6, *8* 133:*1,
21*
situation 133:*11*
Skeesler@mccormickp
riore.com 2:*14*
Slater 67:5
sleep 85:9 131:9
132:*16* 133:2, *12, 25*
134:*13* 135:2 138:*19*
sleeping 11:*20*
130:*21* 133:3 134:*12,
20*
slept 130:*17*
small 69:*19* 91:4
smaller 36:*21*
Society 34:9
sock 97:*16* 101:*15,
16*
somebody 59:6
87:*14* 94:*16* 95:6, *8*
100:*17* 126:*3, 14*
132:8 134:*14*
son-in-law 97:*19*
soon 102:*14*
sorry 6:*21* 8:4
12:*25* 14:*25* 15:*23*
20:*12* 23:*15* 35:*13*
40:*3* 45:*11* 46:*14*
48:22 64:*10* 68:*10*
72:7 75:*14, 15* 76:8
83:*16* 102:*15* 103:*18*
106:*1* 112:9 113:*21*
134:*16*
sort 28:*10* 123:*10*
129:*14*
sought 43:*13, 24*
44:24 99:*18* 119:20
136:20
sound 105:*15* 121:*11*
131:*1*
soup 60:*21, 23*
source 23:*13* 29:*16*

70:10, 11
**speak** 7:9 127:21
**speaking** 30:7 38:19
73:25 78:24 83:11,
24 114:11 118:4
**specific** 11:18 19:14
20:1 21:5 24:1 25:6,
19 38:10, 15, 21 39:1
42:1 47:23 48:4
49:5 51:13, 17, 19
52:25 55:24 56:2
95:9 112:20, 22
122:5
**specifically** 14:12
17:23 20:3 22:13
25:25 29:21 34:17
61:8 67:20 68:14
74:12 116:20 118:10
**specifics** 45:4 87:20
**SPECTER** 2:1
**speech** 48:10
**spell** 85:21
**spelling** 133:9
**spent** 129:18
**spirits** 132:15 133:13
**spoke** 55:25
**sports** 27:7
**spot** 130:11 137:10,
11
**spots** 96:9, 11
**STACEY** 1:1 4:4
43:18 48:18 49:2
50:22, 25 51:4 66:18
71:22 72:3, 6, 9, 12
75:6 76:19 78:1, 4, 9
84:25 85:2 86:9, 13,
17 87:9 97:22 99:13
101:7, 9, 18 103:7
108:2, 5, 20 109:1
118:5, 21 121:10, 25
122:9, 16, 19 123:6,
24 125:23 127:2
129:15, 17, 23 130:2,
14, 18 132:12, 21
134:6, 9 135:2, 11
**Stacey's** 56:11 78:9,
18 85:14, 17 87:16
96:15 122:21 123:4
133:16

**staff** 126:12
**standing** 140:3
**stands** 22:16
**start** 32:8 43:4, 8
95:21 118:19
**started** 8:3 12:8, 11,
16 19:8 27:8 30:1
42:5 43:10 53:11
54:5, 19 75:10 93:23
96:2 98:6 99:20
103:22 104:4, 7
133:9
**starting** 14:14 116:4
**starts** 36:21 42:3, 21
82:7 136:21
**state** 4:11 54:10
115:1 116:12
**stated** 105:12 114:7
**STATES** 1:1
**status** 82:8, 21, 22
**stay** 8:21 67:11
96:3 101:8 133:7, 12
**staying** 16:9 96:13
97:21
**step** 49:13
**steroid** 25:25 47:19
72:11 73:19 95:7
117:7 126:21 127:13,
25
**steroids** 21:2, 6 26:2,
9 38:6, 12, 20 45:21
46:10, 18, 23 47:11,
13, 17 48:20 49:18,
21 50:2, 8, 15, 18
51:2, 14, 18 52:9, 19
53:21 71:10, 12, 14,
17 72:21 73:7 74:6,
19 82:22, 24 83:1, 3,
9, 12, 25 84:6 95:19
112:1, 20 125:16, 20
126:16 135:18
**Stewart** 27:5, 6, 11,
17 28:18 29:16
44:13, 14, 19, 22, 23
106:12, 16, 22, 25
107:6, 13, 17 108:21
109:1 115:8, 10
**Stewarts** 44:17
108:25

**sticks** 22:13
**stomach** 92:14
**stop** 134:3 135:18, 20
**stopped** 74:16 75:17
119:9
**stopping** 18:18
**store** 20:16
**straight** 96:25
**strange** 96:22
**Street** 2:3, 13
**stress** 127:12
**stressful** 132:14
**stretch** 6:5 111:3, 8
**strike** 32:25 33:21
**struggle** 94:13
**struggles** 94:4, 15
119:17
**stuff** 21:23 22:9
84:9 121:17
**submitting** 114:11
**suffer** 12:3
**suffering** 56:24 61:2,
5, 7 80:1, 2 130:9
**sugar** 37:20
**suggest** 42:10 47:23
48:4 90:15
**suggested** 40:17
41:4 52:24 57:19, 25
112:19, 22 127:1
**suggesting** 112:24
**suggestion** 51:10
**suicide** 138:10
**Suite** 2:13
**summarizes** 84:23
**summary** 79:9, 11
84:22
**summer** 8:4 9:6
13:6 109:20 121:10,
19, 24
**Sunday** 132:18
135:10
**supervision** 140:6
**supposed** 24:2, 10
84:12
**suppositories** 58:11
59:15
**sure** 5:20 11:5
21:19 33:19 35:15
41:22 42:5 47:14
75:4 83:6 93:13

95:18 102:3 104:5
108:10, 13 110:21
111:21 116:8 119:7
120:15 136:17
137:15
**surgeon** 66:3, 4, 23
91:3 93:19
**surgeon's** 76:20
**surgery** 66:20 67:9,
12, 25 68:22 69:3, 7,
9, 12, 17 70:4 76:12,
14, 16 77:2 82:1, 6
83:2 90:7, 13 92:7,
22 93:8 95:25 96:1
**surgical** 30:18 94:6
**surprise** 131:5
**surprised** 130:15
**SUSAN** 2:12 4:17
101:21, 24 104:16, 22
129:3
**Sutter** 66:5, 15, 19
67:5 68:23 69:6, 8,
11, 16, 25 70:9, 15, 19
71:5 72:3, 11 73:22
76:21, 23 77:14 78:8,
9, 12, 14
**swear** 4:12
**sweats** 11:25
**sworn** 4:21 140:4
**symptoms** 12:10
23:11 24:24 25:23
26:10 29:1, 8, 22
42:22 43:4, 7, 10, 13,
25 52:5 53:24 54:3,
6 80:6 104:9 106:15,
18 107:2, 6, 9, 16, 18
127:5, 6, 8, 13 129:23
136:19, 22, 25
**system** 26:20

**< T >**
**take** 5:4 6:1, 4, 8
26:2, 8 32:14 36:1, 2,
11 45:6 46:11 47:1,
5, 7 50:2 51:18, 22
52:1, 4, 12, 24 53:7
58:20, 24 67:9 69:20
88:12, 24 93:2 101:7,
8, 17 102:1, 13

103:*15*  113:*8*  127:*4*
131:*15*  138:*3, 9, 17*
**Taken**  1:*17*  4:*4*
32:2  45:25  46:25
53:5  66:*14*  102:22
137:*21*  140:*3*
**talk**  24:*11*  56:8
68:*21*  69:6, *11*  70:9
77:20  79:5  81:8
82:*13*  86:*13*  132:*10*
**talked**  16:*19*  18:*14*
22:*18, 24*  23:*17*
35:23  50:*10*  53:20
54:25  55:*3*  68:*23*
69:*18*  72:20  73:22
86:*12*  94:*3, 11, 12*
138:*15*
**talking**  6:*1*  7:7  9:*1*
43:*25*  47:*10*  48:*8, 11,
14*  54:20  55:5  58:4
66:*23*  73:*13*  85:4
94:*16*  120:*8*  137:*19*
**talks**  84:*23*  99:*16*
**tangent**  29:*25*  30:5
**taper**  83:*17, 21*
**team**  44:*19*  66:*3*
76:*24*
**teared**  78:*14*
**tech**  134:*20*
**technology**  5:*10, 16*
**Teeter**  20:*11, 13, 15,
16, 18*  117:8
**telephone**  16:*23*
30:*4*  117:*19*
**tell**  7:*14*  15:2  17:9
18:8  19:*19*  26:5, *18,
22*  27:*16*  32:25  33:*1*
38:4  39:2, *3, 9*  40:8
51:24  57:24  59:*1, 12*
62:*13*  64:*18*  65:9
66:*12*  69:*15*  71:*3*
72:23  74:9  86:7
88:*15*  90:*18*  91:*12*
92:*17, 25*  137:2
140:*4*
**telling**  42:*13*  47:4
51:22  75:23  95:8
135:6
**tells**  127:*17*

**temporarily**  80:*19*
91:*4*
**ten**  26:24  27:2
102:*10*  131:*10*
**tend**  131:2
**ten-minute**  102:2
**Tennessee**  15:*21*
**term**  26:*12*  95:*14*
**terms**  25:7
**test**  40:*10*  41:7
**testified**  4:*21*  31:2
72:*10*  95:20  105:*1*
112:*19*  117:6, *13*
119:*17*  121:6  124:*20*
125:7, *15*  133:*15*
**testimony**  103:*4*
104:*25*  105:*10*  125:*1*
140:*3, 5, 7*
**testing**  39:*21*  40:5, *6,
17, 23*  41:*3*  103:*14*
**testings**  41:*10*
**tests**  39:23  64:4
114:*17, 20*  115:*3, 4*
**text**  55:20, *21*  68:*1*
**texture**  96:*19*
**Thank**  22:2  32:*17*
36:22  39:7  86:*1*
104:*17*  105:*10*  129:5,
7  135:22  138:*24*
139:*1*
**Thanks**  104:*18*
**therapy**  34:*12, 24*
35:*11, 16, 19, 23*  36:6
37:*16, 18, 23*  44:*17*
**thereof**  140:8
**thing**  64:*1*  70:6
74:*15*  96:*1*
**things**  5:*23*  17:*16*
22:8, *10*  23:4  25:*16,
20*  30:*1*  33:*18*  38:7
53:*17*  70:5  81:5, *11*
82:*12*  87:6  88:7
98:4  103:*15*
**think**  11:8  12:6
14:*21*  18:2  20:*19*
26:7  28:9  32:*12*
35:6  39:*13*  43:*1*
48:7, *16*  49:7  56:6
59:7  61:9  65:*1*
66:*17*  67:*17*  68:*1*

72:4, *17*  76:*1, 25*
78:2, *17, 19*  80:22
82:*16*  85:22, *24*
86:24  90:6, *19*  92:*21*
93:*11, 20*  94:*15*
95:20  96:*13*  98:5
99:*13*  101:7, *23*
103:8  105:7  106:*20*
107:*18*  108:*12, 24*
110:8, *15*  113:5, *13*
116:6  122:*18, 25*
125:*13*  127:*16*
130:*13*  131:9, *10, 22*
133:8  134:5, *11, 16,
17, 23*  136:*19*  137:*1,
7, 10, 13, 22, 25*
138:*16*
**thinking**  14:7  60:*1*
**thinner**  96:*11*
**third**  31:*17*
**third-party**  9:*18, 19*
**Thirty-eight**  129:*18*
**thought**  9:*10*  24:8
55:*23*  61:25  63:25
64:*19*  66:9  69:9
70:*10, 15*  71:*17*  77:*1*
87:*16*  130:22, *25*
134:*24*
**thoughts**  6:*25*
**three**  73:*1*  77:6
81:*20*  86:*12, 23*
89:22  133:7, *8*  135:7
**throw**  41:*16*
**throwing**  74:*1*
**tick**  28:*10, 16*  29:*12,
13*  42:9, *11, 13, 16, 20*
43:*3*  105:2, *9, 14*
**tickborne**  27:*21*
106:*25*
**tie**  70:20  95:25
**tied**  71:*5*  72:*11, 20*
**time**  4:2, *10*  5:*13*
6:2  8:*1, 12, 23, 25*
9:2, 6, *11, 24*  10:*1, 4,
11, 20, 25*  11:*11*
12:*21, 25*  13:*1*  14:9
16:*21*  17:*12*  18:*17*
19:*3, 10*  20:23  21:9
22:*10, 11*  23:9, *13, 19*
24:*12, 19*  25:*1*  26:8

27:20, *21*  28:2, *11, 13,
17*  30:*16, 25*  32:*13,
14, 21*  35:*3*  38:23
39:8, *15, 18*  40:*15*
42:2, 9, *19, 20*  44:4, *7*
45:7  46:8, *19*  47:*15*
49:*16, 19*  50:*11*
53:*10, 12, 14*  54:*3, 12,
19*  55:25  56:22
57:*11, 19*  59:*13, 19,
21, 23*  60:8  61:*15, 17*
62:4  65:*15*  66:24
67:*3*  68:*20*  72:4, *10,
13*  74:*3*  75:*10, 11, 16*
76:4, *10, 18*  77:*3*
78:*1*  80:5, *23*  81:2,
23  82:*1, 5, 6, 9, 24*
83:2  84:*10*  89:*19*
90:*13*  91:*11*  95:*21*
97:*12*  98:*13, 19*
99:25  100:5  102:*20*
104:*4*  106:*3, 5*
109:*18*  121:9, *19*
125:24  128:6  129:*13,
16*  130:*14*  131:*17*
132:*14, 20, 24*  134:*3*
137:*20*  138:6  139:*3*
140:*4*
**times**  5:*12*  8:*15*
45:24  48:*3*  51:*12*
89:*14*  122:*3*  134:*18*
**timing**  50:*3*  134:22
**tired**  79:*24*  80:*1*
**tissue**  74:*21*
**title**  74:*10*  98:8
**today**  4:2  5:*21*  6:*10,
18*  8:*14*  16:8  17:*10*
18:*11*  19:*19, 25*  21:*4,
18, 22*  26:6  30:*12*
31:*12*  33:*1*  38:4, *10,
18*  49:8, *16*  51:25
53:5  55:*4*  67:22
69:*16*  84:*1, 6*  91:*21*
94:*4*  97:*9*  98:*23*
99:*1*  101:8  104:*11*
122:*10*  123:24  124:6
125:*1, 9*  136:8, *22*
137:22  138:*13, 20*
**told**  15:*13*  24:23
30:*13*  52:7  53:*1, 7*

67:*21*  70:*3, 21*  73:*7*
75:*3*  76:*23*  84:*1*
85:*8*  100:*5*  108:*2*
115:*10*  131:*10*
135:*19, 20*
tolerate  37:*17*
top  31:*17*  34:*1*
36:*20*
total  93:*12*
totally  91:*23*  137:*15*
town  132:*17*
trace  29:*13*
trained  89:*8*
transcribed  140:*6*
transcription  140:*6*
transfer  101:*1*
transition  97:*18*
transitioning  16:*10*
transported  63:*21*
76:*20*
trauma  66:*3, 23*
76:*24*  126:*10*
treat  17:*15*  18:*23*
19:*16*  22:*19*  23:*25*
24:*2*  25:*14*  44:*2*
58:*11*  80:*11*  86:*4*
103:*13*  136:*11*
treated  11:*1*  12:*22*
13:*3*  19:*6*  29:*4*
30:*25*  42:*12*  43:*23*
94:*17*  103:*11*  105:*25*
106:*12*  107:*5*  108:*11,*
*15, 22*  109:*2*  114:*15*
116:*4, 17*  118:*25*
119:*9, 12*  120:*3, 11,*
*13, 17*  125:*24*
treating  8:*2, 16*  9:*3,*
*11*  10:*1, 12*  12:*4, 8,*
*15, 17*  13:*1*  17:*18*
19:*4, 9*  20:*23*  21:*10*
23:*19*  24:*13*  25:*1*
27:*10, 19*  28:*2, 9, 11*
32:*13, 22*  35:*3, 12*
39:*9, 16*  40:*16*  42:*3,*
*21*  44:*4*  45:*7*  46:*19*
49:*17, 20*  52:*7, 18*
53:*2*  73:*16*  74:*2*
75:*10*  78:*6*  82:*14*
83:*14*  99:*20*  100:*6*

103:*22*  104:*4, 7, 13*
106:*4*  109:*9*  136:*8*
**Treatment**  3:*14*
11:*16*  12:*11*  17:*14*
18:*12, 18*  19:*13*
22:*17*  23:*6, 9, 10, 13*
24:*16, 20*  26:*3, 21*
28:*15*  30:*8*  31:*7, 14*
32:*2*  38:*2*  39:*11*
42:*16*  43:*9, 11, 13, 20,*
*24*  44:*8, 25*  45:*3*
53:*15*  54:*14, 20*  56:*7*
57:*22, 24*  70:*21*  71:*5*
76:*2*  87:*15*  93:*21*
98:*6*  103:*7, 20*  104:*1,*
*8, 12*  105:*2, 6*  106:*7,*
*8, 9, 16*  107:*12, 17*
108:*13, 21*  109:*6*
113:*25*  114:*5*  116:*23*
117:*9, 14, 20, 25*
118:*2, 12, 17*  119:*20*
128:*13*  136:*16, 20, 21*
treatments  133:*12*
treats  42:*3*
tried  6:*24*  51:*10, 23*
59:*16*  82:*10*  87:*10*
131:*15*  132:*15*
135:*13*
trimmed  96:*15*
trouble  11:*20*  70:*7*
81:*8, 11*  82:*9, 11*
true  39:*23*  49:*15*
91:*21*  140:*7*
truth  140:*4, 5*
try  5:*24*  17:*15*
39:*24*  51:*1*  54:*13*
61:*18*  78:*3*  83:*17*
84:*25*  124:*5*
trying  8:*11*  18:*24*
24:*25*  43:*19*  46:*15*
48:*10, 22*  50:*13*  52:*4*
53:*6*  64:*17*  76:*18*
78:*3*  80:*11*  81:*25*
84:*15*  86:*9*  133:*12,*
*13*  138:*3, 9, 17, 19*
**Tuesday**  1:*17*
**Tunkhan**  116:*10*
**TUNKHANNOCK**
1:*9*  2:*15*  13:*22*
20:*25*  21:*6*  104:*24*

108:*11*  115:*17*
116:*10, 13, 22*
turkey  135:*18*
turned  15:*19*  55:*18,*
*21, 23*  56:*13*  114:*14*
Twice  59:*3*  89:*20*
124:*19*
two  24:*9*  52:*10*
58:*15*  69:*18*  70:*5*
73:*2, 20, 22*  79:*2*
81:*12*  89:*21*  117:*13*
135:*7*
**two-and-a-half-year-
old**  97:*23*
**two-month**  129:*14*
type  27:*6*  60:*21*
72:*24*  89:*21*  106:*25*
120:*10*  121:*16*  123:*6*
136:*16*
typed  79:*8*
types  87:*5*  88:*6*
typical  8:*22*  97:*10*
**Typically**  97:*14*

**< U >**
**Uh-huh**  76:*13*
**ultimately**  50:*17*
**uncertainty**  45:*20*
**undergoing**  130:*8*
**Underhill**  79:*8, 11*
84:*14*  85:*11*
**Underhill's**  84:*22*
**understand**  23:*15*
34:*7*  35:*11, 13*  36:*3,*
*23*  37:*15*  47:*14*  51:*9*
72:*5*  123:*13*  135:*5,*
*21*
**understanding**  10:*24*
11:*3, 6, 8*  14:*1*  19:*15*
23:*6, 12, 22*  24:*7, 15*
25:*4, 5*  26:*1, 4, 9, 15,*
*19, 23*  35:*2, 8, 16, 20,*
*22*  36:*5, 10*  40:*22*
41:*2, 3*  47:*6*  49:*12*
50:*6*  53:*2, 18*  56:*23*
64:*7*  66:*24*  79:*22*
81:*9*  82:*11, 23*  83:*24*
86:*1, 5, 8*  87:*18*  91:*6,*
*24*  95:*12*  97:*10*

98:*25*  99:*3, 5*  103:*14*
115:*6*
**unit**  78:*20*
**UNITED**  1:*1*
**up/carry**  124:*7*
**urgency**  91:*19*  94:*24*
**use**  20:*19*  50:*19*
58:*23*  72:*11*  73:*19*
90:*3*  94:*24*  109:*22*
110:*7, 11, 19, 24*
111:*12*  112:*4, 9*
126:*21*  127:*8*  128:*1,*
*12, 17*  133:*4*

**< V >**
**varied**  100:*4*
**various**  19:*23*  58:*1*
**vary**  100:*3*
**verbal**  30:*2*
**versus**  30:*20*  68:*16*
79:*16*
**veterinarian**  34:*11, 23*
**vibrates**  11:*22*
**vice-president**  7:*18*
**video**  102:*21*  120:*13*
139:*3*
**Videographer**  1:*20*
4:*1, 8*  102:*20, 23, 24*
139:*2*
**videotape**  4:*3*  139:*4*
**VIDEOTAPED**  1:*14*
**view**  78:*6*
**Virginia**  10:*22*  16:*4,*
*8*  20:*10*  44:*3*  61:*18*
97:*20*  101:*4*  121:*22*
**virtue**  109:*23*  110:*14*
**visit**  14:*7, 10*  76:*17,*
*23*  77:*13*  78:*9*
**visited**  115:*22*  121:*23*
**visitors**  132:*19*
**visits**  14:*1*  93:*19*
101:*16, 17*  115:*23*
**Vogel**  85:*20*
**V-O-G-E-L**  85:*22*
**voice**  55:*16*
**vs**  1:*7*

**< W >**
**wake**  131:*2*  133:*25*

**walk**  14:*13*  62:17, 25
63:*1*  76:23  88:8
89:2  97:12
**walker**  89:*25*  90:*3*, 9
**walking**  63:*4*
**want**  6:*16*  7:*12*
11:*8*  18:6  33:*19*
47:*12*, 13  48:6  50:6,
9  56:8, *17*  75:4  76:7
79:*19*  93:*16*  97:8
102:7  110:*16*  116:7
118:*3*  121:*12*  129:*12*,
*13*  131:*15*  132:7, *19*
134:*4*, 9  135:*12*
**wanted**  18:*23*  40:*23*
66:*19*  76:9  79:*20*
86:*15*  103:*3*  131:8
133:*20*
**watch**  120:*25*  121:*13*,
23
**water**  60:*5*
**wave**  96:*19*
**way**  16:*12*  17:*15*, *19*
18:*21*  41:*24*  52:8
53:*3*  59:17  64:16
81:*4*, *20*  82:15  83:*21*
92:*4*  97:*6*  100:*19*
118:*18*  121:*15*
127:*16*  130:*17*  134:6
**weakening**  111:*16*
**weakness**  94:*18*, 21
95:2, *4*, *13*  111:*11*
127:*23*  128:2, *3*, 5
**wee**  135:*1*
**week**  56:25  57:11
97:*20*  100:*1*  124:*15*,
*19*
**weekly**  120:*18*, *19*
**weeks**  60:*11*  73:*1*
77:6  79:*2*  81:*20*
86:*23*  133:7
**weight**  110:*10*, *14*, *15*,
*18*
**Well**  9:*5*  11:7  19:*21*
24:*14*  26:7  35:*11*
53:*21*  56:*15*  57:7
58:*23*  66:*12*  67:2
82:*12*  87:*17*  89:*16*
91:*5*  92:*3*, *20*  97:2,
*17*  103:*23*  109:7

114:7  115:*15*  118:9
123:2  128:*5*  130:22
131:2, *5*, 7  133:2, *5*,
*20*  134:2, *21*, 24
135:*15*, *17*, *19*
**went**  8:*13*  12:*11*
20:2  30:*4*  42:22
43:*19*  57:*12*  59:7
62:*19*  65:2  67:*16*
76:8  77:4, *9*  78:*1*
81:*3*  86:*24*  90:*15*
107:*19*  121:9  131:*3*,
25  135:9, *12*
**We're**  5:4, 9, *21*
47:*10*  76:*10*  120:*24*
129:*11*  134:22
**WERNER**  2:7
**we've**  43:*25*  54:*20*
**wheeled**  76:22
**wife**  5:*3*, *13*  7:9, 24
8:2, *16*  9:*3*, 9  10:2,
*12*  11:*11*  12:*3*, *21*
15:*3*, *11*, *13*  16:24
17:6  18:*16*  19:*3*, 6
20:*19*, 22  21:9  23:*4*,
*19*, 24  24:*11*, *17*  25:*1*,
*5*  26:*2*, *12*  27:8  28:2,
*11*  30:*16*, 25  31:2, 7
32:*3*, *13*, 22  33:6
34:*14*, 20, 25  35:*3*, *12*
36:6  37:*3*, 22  38:*1*, 5,
*11*, *19*  39:8, *16*, *17*
40:5, 9, *16*  41:*10*
42:*3*, 8, *10*  43:*3*, 7, 24
44:2, *19*, 24  45:6, *19*,
23  46:*1*, *10*, *19*  47:7,
*18*  49:*12*, *16*  50:*1*, *10*,
*15*, *18*  51:*18*  52:2
53:*10*, 22  54:*19*
55:*11*  56:*1*, *18*, *23*
58:*11*  59:*20*, 22  60:7,
*12*, *18*  61:*1*, *12*  62:*19*
63:2, *10*, 25  64:8
65:*1*, *10*, 20, 25  66:*10*,
25  67:*9*, *12*, *18*, 24
68:*13*  74:*3*, *23*  75:*10*
76:*11*  77:4, *12*  78:*25*
79:*9*, *14*, *19*, 23  80:*20*
81:*2*, *19*, 23  82:*14*, 24
83:*25*  84:*15*  86:2, *3*,

*23*  87:*3*  88:*12*, *18*, *23*
90:*3*, 7, *12*  91:*13*, 25
92:7, *23*  94:*3*, 5
95:*20*, 21  97:*10*  98:5,
*23*  99:*18*, *23*  100:6,
*10*, *12*, 21  103:*21*
104:7, *13*  105:*14*, *21*,
24  106:*4*, 9, *21*, 24
107:*15*  108:2  109:7,
*10*, *14*, 21  110:*1*, 5, *10*,
*17*, 22  111:*10*  112:2,
7, *20*  113:*11*, *18*
114:5, *15*  116:2, *15*,
21  117:6  118:*1*, 25
120:*3*, *16*, 21  123:*17*
124:*14*, *17*  125:9, *16*
126:5, *16*, 20  127:7,
*18*  136:8, 20  137:*20*
138:2
**wife's**  7:6  10:*13*, 25
16:*13*  24:8  25:7
30:8  32:5  35:*18*, 25
39:22  40:*13*  41:25
48:5  52:*14*  62:4
63:7  68:22, 24  69:*17*
70:2  72:21  76:*15*
78:6  80:*12*, *16*  89:*23*
115:*24*  117:*20*
**Wilkins**  85:*25*
**W-I-L-K-I-N-S**  85:*25*
**withdraw**  108:*19*
109:8  115:*15*
**withdrawal**  112:8
**WITNESS**  3:*1*
102:*12*, *18*  122:24
140:7, 8
**witnessed**  11:5, *11*
**WITNESSES**  3:*1*
**woke**  86:*13*  130:*14*
131:*3*
**WOLKING**  1:*1*, 6, *14*
3:*4*  4:4, *14*, 20, 24
7:*13*  14:*15*  22:4
31:*16*, 23  32:20  34:*3*
39:8  48:*16*  49:*10*, *15*,
20  59:*13*  77:*17*
103:2  104:22  109:5
117:*16*  118:24
120:20  123:*14*, 23

125:8  126:*15*  136:7
138:24
**woman**  66:6  73:5
107:*21*  120:7, 8
**wondering**  83:6
**words**  72:*13*  100:*24*
**work**  8:7, *13*, *18*
16:*16*  29:*18*, 24  70:8
87:*14*  96:*14*  100:*10*,
*13*, *15*  105:7  114:*23*,
25  115:9, *12*  133:*14*
**worked**  44:*19*  78:*20*
86:*14*  98:*15*  126:*12*
**working**  5:*12*  8:6
9:7  26:*11*  98:*23*
99:*1*, *23*  100:7
126:25
**works**  102:9
**worse**  23:*11*  24:24
25:*6*, 8, *17*, 20, 24
54:4, *6*  57:*11*  61:*5*,
*12*, *14*
**worsening**  54:22
**worship**  121:*11*
**wound**  77:*23*
**Wow**  67:*16*
**wrap**  129:*12*
**write**  101:2
**writing**  45:*23*
**wrong**  13:9  46:*3*
**wrote**  49:7
**Wyoming**  2:8

**< Y >**
**Yeah**  16:9  18:*16*
26:8  27:*15*, 25  35:*15*
38:25  41:*1*  43:*1*
44:*11*  45:*15*  46:*15*
48:*14*  49:5  50:22
53:*18*  58:*19*  63:*16*
69:*1*  72:9  75:*15*
82:5  83:6  84:22
92:25  94:8  95:5, *17*
98:*12*  102:*3*, *12*
119:*4*  128:*3*  129:2
131:6  134:*4*  137:6
138:22
**year**  14:*19*  15:6
28:*1*  43:*16*  76:4
95:24

**years** 7:*21* 26:*25*
27:2 28:8 42:6
43:*16* 90:6 105:*12*
129:*18*
**yesterday** 5:*11* 7:*10*
23:5 31:2 63:7
83:*25*
**Young** 117:*1*
**YOUNGS** 1:*9* 2:*15*
4:*18* 104:*23* 115:*17*
116:*3, 6, 8, 9*

**< Z >**
**Zoom** 1:*17* 4:6 5:*10*