**In the Matter Of:**

*WOLKING vs*

*HENRY LINDNER*

---

*BRIAN BRYK*

*February 02, 2024*

---



1

1                    UNITED STATES DISTRICT COURT

2            FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

3                              -  -  -
     STACEY WOLKING and        )
4    DARYL WOLKING, H/W,       ) Civil No.
                               ) 3:23-cv-00806-MEM
5                              )
             Plaintiffs,       )
6                              ) REMOTE DEPOSITION OF
                               ) BRIAN BRYK
7                              )
                               ) Filed on Behalf of the
8          -vs-                ) Plaintiffs
                               )
9                              ) Counsel of Record For
                               ) This Party:
10                             )
     HENRY LINDNER, M.D.,      ) Conor Lamb, Esq.
11   and YOUNGS APOTHECARY,    ) Kline & Specter, PC
     INC., d/b/a Tunkhannock     1525 Locust Street
12   Compounding Center         Philadelphia, PA 19102

13
             Defendants.
14

15

16

17                            -  -  -
18

19
        REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED
20      WITHOUT AUTHORIZATION FROM THE CERTIFYING
        AGENCY
21

22

23

24

25

## Page 2

1         REMOTE DEPOSITION OF BRIAN BRYK, a
2    witness herein, called by the Plaintiffs, for
3    examination, taken pursuant to the Federal
4    Rules of Civil Procedure, by and before
5    Michelle L. Goehring, a court reporter and a
6    notary public in and for the Commonwealth of
7    Pennsylvania, held remotely with all parties
8    appearing from their respective locations, on
9    Friday, February 2, 2024, at 1:00 p.m.
10   COUNSEL PRESENT:
11
     For the Plaintiffs:
12
     KLINE & SPECTER, PC
13   by Conor Lamb, Esq.
     1525 Locust St.
14   Philadelphia, PA 19102
     conor.lamb@klinespecter.com
15
     For the Defendant,
16   Thunkhannock Compounding Center:
17   McCORMICK & PRIORE, PC
     by Conrad J. Benedetto, Esq.
18   by Susan Keesler, Esq.
     2001 Market Street
19   Suite 3810
     Philadelphia, PA 19103
20   cbenedetto@mccormickpriore.com
     skeesler@mccormickpriore.com
21
22   For the Defendant, Henry Lindner, M.D.:
23   CIPRIANI & WERNER, P.C.
     by Olivia F. Levine, Esq.
24   415 Wyoming Avenue
     Scranton, PA 18503
25   olevine@c-wlaw.com

## Page 3

                      - - -
                   I N D E X

     WITNESS                              PAGE

     BRIAN BRYK

        By Mr. Lamb                        5


                 E X H I B I T S

     EXHIBIT        DESCRIPTION           PAGE

     Exhibit 1   Rx Prescription History   5

     Exhibit 2   Prednisone Package
                 Insert                    41

## Page 4

1             P R O C E E D I N G
2             THE COURT REPORTER:  The
3    attorneys participating in this deposition
4    acknowledge that I am not physically present in
5    the deposition room and that I will be
6    reporting this deposition remotely.
7             They further acknowledge that, in
8    lieu of an oath administered in person, the
9    witness will verbally declare his testimony in
10   this matter is under penalty of perjury.
11            The parties and their counsel
12   consent to this arrangement and waive any
13   objections to this manner of reporting.  Please
14   indicate your agreement by stating your name
15   and your agreement on the record, starting with
16   questioning attorney.
17            MR. LAMB:  Conor Lamb for the
18   Plaintiffs and I agree.
19            MR. BENEDETTO:  Conrad
20   Benedetto on behalf of Tunkhannock.  I agree.
21            MS. KEESLER:  Susan Keesler,
22   on behalf of the same.  I agree.
23            MS. LEVINE:  Olivia Levine on
24   behalf of Defendant, Dr. Lindner.  I agree.
25

## Page 5

1         BRIAN BRYK, a witness herein, having
2    been first duly sworn, was examined and
3    testified as follows:
4             EXAMINATION
5             (Deposition Exhibit No. 1 was
6    marked for identification.)
7             MR. LAMB:  I am going to pull
8    up what's marked as -- well, it's not marked.
9    It's kind of marked -- as Plaintiff's
10   Exhibit 1.  I uploaded this for the Lexitas
11   people earlier.
12            And it is, for counsel's sake, the
13   same four-page PDF as Exhibit 2 when we deposed
14   Courtney Young.  It has the prescription
15   information on it.
16   BY MR. LAMB.
17       Q.   Okay.  Mr. Bryk, do you recognize
18   this document?
19       A.   It looks like a report from our
20   computer system.
21       Q.   Okay.  Do you see how in the upper
22   right portion of the document it says
23   Tunkhannock Compounding Center?
24       A.   Yes.
25       Q.   And then it has the address of Tioga

## Page 6

1    Street in Tunkhannock, Pennsylvania?
2        A.    Yes.
3        Q.    Is that your employer?
4        A.    Yes.
5        Q.    Okay.  So when you say it's a
6    document from our computer system, did you mean
7    the computer system of Tunkhannock Compounding
8    Center?
9        A.    Yes.
10       Q.    Do you recognize the name Stacey
11   Wolking?
12       A.    It appears to be a patient of ours,
13   yes.
14       Q.    Other than seeing it on this
15   document, do you recognize that name?
16       A.    Other than seeing it on the document
17   and knowing that I'm here because of it, no.
18       Q.    Okay.  Do you see here where it says
19   about midway through the page -- we're on
20   Page 1 of Exhibit 1 for record purposes -- Rx
21   Number, Date Dispensed, Quantity & Drug?
22       A.    Yes.
23       Q.    Can you tell me what this series of
24   columns and four rows represents?
25       A.    That is just a way of identifying

## Page 7

1    prescriptions.  So, obviously, Rx number, when
2    a prescription is entered it's given a number,
3    the date it was dispensed.  And then the
4    further columns are, you know, what was
5    dispensed, the prescriber.  And then the last
6    column is the initials, the pharmacist that
7    dispensed it.
8        Q.    Is that the column that says RPh at
9    the top of it?
10       A.    Yes.
11       Q.    So in the first row of Page 1,
12   Exhibit 1, where it's RX No. 155694 and a date
13   of 8/8/2022.  If you go to the last column,
14   RPh, it says BTB.  Do you recognize those
15   initials?
16       A.    I do.
17       Q.    Whose are those initials?
18       A.    Those are mine.
19       Q.    What's your full name?
20       A.    Brian Thomas Bryk.
21       Q.    Did you dispense this prescription,
22   No. 155694 to Stacey Wolking on August 8 of
23   2022?
24       A.    Being that it has my initials on it,
25   yes.

## Page 8

1        Q.    Okay.  And do you agree that the
2    prescription I just asked you about was for 500
3    prednisone tablets, 10 milligrams each?
4        A.    Yes.
5        Q.    Do you see under the date of
6    August 8, 2022, where it says Day Supply 30?
7        A.    I do.
8        Q.    How does that number -- how did that
9    number get there, 30, if you know?
10       A.    I believe the computer kind of
11   defaults to a day supply.  It's mainly for, I
12   want to say, like, retailed ones that are
13   billed to insurances.  So I think it's like a
14   default field in the computer, if you will.
15       Q.    Do you know if you could have
16   corrected it?  Could you have changed the
17   number 30 to something else if you wanted to?
18       A.    I don't know.  Maybe.
19       Q.    Is that something you've done in
20   other situations?
21       A.    Other, like, pharmacy jobs?
22       Q.    Just other patients, other
23   prescriptions at this same job.
24       A.    You can change it, yes.
25       Q.    At the time that you dispensed this

## Page 9

1    prescription on August 8, 2022, did you know
2    what any of Stacey Wolking's diagnoses were?
3        A.    I don't recall.
4        Q.    Is there anywhere that you keep any
5    sort of notes or records that would help you
6    recall that?
7        A.    No.
8        Q.    As part of your normal practice as a
9    pharmacist, would you normally look at what a
10   patient's diagnosis is before you dispense a
11   prescription to them?
12       A.    Not necessarily.
13       Q.    Can you elaborate for me what you
14   mean by "not necessarily"?
15       A.    I mean, we just -- well, again,
16   depending on what you're talking about, this
17   location or other pharmacist jobs, you know, we
18   don't necessarily know diagnoses of the
19   patient, no.
20       Q.    Before you dispensed this
21   prescription on August 8, 2022, did you know
22   anything about Stacey Wolking at all?
23             MS. KEESLER:  Objection.
24   Objection to form.
25             You can answer, Brian, if you know.

Page 10

1    THE WITNESS: I'm sorry. What
2 was that objection for what?
3    MS. KEESLER: I said objection
4 to form. You can answer, if you know.
5    THE WITNESS: I don't recall
6 if I knew her diagnoses at the time.
7 BY MR. LAMB:
8    Q.  I appreciate that, but this is a new
9 question. Did you know anything about Stacey
10 Wolking at all before you dispensed the
11 prescription on August 8, 2022?
12    MS. KEESLER: Again, objection
13 to form.
14    You can answer, if you understand
15 the question.
16    THE WITNESS: I really don't
17 understand the question as far as do I know
18 anything about her.
19 BY MR. LAMB:
20    Q.  It's a simple question. Did you
21 know anything about Stacey Wolking at all
22 before you dispensed the prescription?
23    A.  Well, anything? Like she was a
24 patient of Dr. Lindner or --
25    Q.  Okay. Did you know that she was a

Page 11

1 patient of Dr. Lindner's?
2    A.  We knew she was a patient of
3 Dr. Lindner's, yes.
4    Q.  Did you know anything about her
5 besides that?
6    MS. KEESLER: Objection to
7 form.
8    You can answer, if you understand.
9    THE WITNESS: I mean, I don't
10 recall what I knew about this individual
11 patient.
12 BY MR. LAMB:
13    Q.  How did you know that she was a
14 patient of Dr. Lindner's?
15    A.  Just because it was in our history
16 that she was a patient of his.
17    Q.  Are you talking about the history
18 that's on the screen right now, Page 1 of
19 Exhibit 1?
20    A.  It was probably, like, previous
21 history.
22    Q.  Where would that previous history be
23 visible to you?
24    A.  Just in the computer.
25    Q.  Is that like in a file for

Page 12

1 Ms. Wolking as a patient?
2    A.  Correct.
3    Q.  Before you dispensed this
4 prescription on August 8, 2022, did you ever
5 speak to Dr. Lindner about Stacey Wolking?
6    A.  I don't recall.
7    Q.  Before you dispensed this
8 prescription on August 8, 2022, did you speak
9 to anyone at all about Stacey Wolking?
10    MS. KEESLER: Objection to
11 form. You can answer.
12    THE WITNESS: Again, I don't
13 recall.
14 BY MR. LAMB:
15    Q.  You don't recall whether you spoke
16 to anyone else about Stacey Wolking before
17 dispensing this prescription?
18    A.  I don't recall who I spoke with.
19    Q.  Is it possible that you spoke to
20 someone about Stacey Wolking before you
21 dispensed this prescription?
22    MS. KEESLER: Objection to
23 form.
24    Conor, can you just specify in what
25 capacity? Regarding the prescription in

Page 13

1 particular? Her as a person?
2    MR. LAMB: It's a simple
3 question about Stacey Wolking. Whether it was
4 about this prescription or anything.
5 BY MR. LAMB:
6    Q.  Did you speak to anyone else about
7 Stacey Wolking before you dispensed her
8 prescription on August 8, 2022?
9    MS. KEESLER: Objection to
10 form.
11    THE WITNESS: Was someone else
12 speaking?
13    MS. KEESLER: I just put my
14 objection on the record, Brian.
15    You can answer.
16    THE WITNESS: It's my
17 assumption that the patient would have called
18 to request it to be dispensed.
19 BY MR. LAMB:
20    Q.  Would you normally take that phone
21 call?
22    MS. KEESLER: Objection to
23 form. You can answer.
24    THE WITNESS: It could have
25 been me or another staff member.

Page 14

1  BY MR. LAMB:
2      Q.   Did you ever speak to Courtney Young
3  about Stacey Wolking before you dispensed the
4  prescription on August 8, 2022?
5      A.   I don't recall.
6      Q.   Have you ever spoken to Courtney
7  Young about Stacey Wolking?
8      A.   Yes.  Because we're here today.
9      Q.   Well, let's take a look at the last
10 prescription listed -- well, we'll go to the
11 September 27, 2022 prescription.
12          Do you see that, the third one
13 that's listed on Page 1 of Exhibit 1?
14     A.   Yes.
15     Q.   As you look at that record now, is
16 that also a prescription that you dispensed to
17 Stacey Wolking?
18     A.   Yes.
19     Q.   Is that also -- is that for 100
20 dexamethasone tablets, 4 milligrams each?
21     A.   Yes.
22     Q.   Okay.  Before you dispensed that
23 prescription on September 27, 2022, did you
24 ever speak to Courtney Young about Stacey
25 Wolking?

Page 15

1      A.   I don't remember.
2      Q.   And the next one is October 4 of
3  2022.  Is that also a prescription that you
4  dispensed?
5      A.   Yes.
6      Q.   And was that for 200 dexamethasone
7  tablets, 4 milligrams each?
8      A.   Yes.
9      Q.   Before you dispensed that one on
10 October 4, 2022, did you ever speak to Courtney
11 Young about Stacey Wolking?
12     A.   I don't remember.
13     Q.   So just to be clear, before any of
14 these three prescriptions -- dispensing any of
15 these three -- let me start that again.
16          Before you dispensed any of these
17 three prescriptions that we've talked about
18 from Page 1 on Exhibit 1, you don't remember
19 speaking to either Dr. Lindner or Courtney
20 Young about Stacey Wolking?
21          MS. KEESLER:  Objection to
22 form.  You can answer.
23          THE WITNESS:  Again, I don't
24 remember.  I may have.  I may have not.  We
25 have a lot of patients of Dr. Lindner's and --

Page 16

1  I mean, you know, we talk about patients from
2  time to time, and I just don't remember if this
3  particular patient was one of them.
4  BY MR. LAMB:
5      Q.   Okay.  As you sit here today, do you
6  remember whether you ever spoke to either
7  Stacey Wolking or Daryl Wolking?
8          MS. KEESLER:  Objection to
9  form.  You can answer.
10          THE WITNESS:  What's that mean
11 when you say objection to form?
12          MS. KEESLER:  I'm objecting to
13 the form of the question, Brian, but you can
14 answer to the extent you understand it.
15          MR. LAMB:  I'm happy to ask
16 that another way if you can tell me what the
17 objection is.
18          MS. KEESLER:  It's a compound
19 question, Conor.  So if you could just break it
20 down.
21 BY MR. LAMB:
22     Q.   Have you ever spoken to Stacey
23 Wolking, that you remember?
24     A.   I don't remember.
25     Q.   Have you ever spoken to Daryl

Page 17

1  Wolking, that you remember?
2      A.   I don't remember.  Again, it's
3  possible.  I just don't remember.  Someone had
4  to call to order the prescription.
5      Q.   When you dispensed these three
6  prescriptions on August 8, September 27, and
7  October 4, 2022, who did you believe that they
8  would go to?
9      A.   Stacey Wolking.
10     Q.   Okay.  Mr. Bryk, where do you live
11 now?
12     A.   Dallas, Pennsylvania.
13     Q.   Can you tell me your address,
14 please?
15     A.   Sure.  129 Elmcrest Drive, Dallas,
16 Pennsylvania.
17     Q.   Are you married?
18     A.   Yes.
19     Q.   What's your spouse's name?
20     A.   Kelly Bryk.
21     Q.   And do you have children?
22     A.   Yes.
23     Q.   How many?
24     A.   Five.
25     Q.   Okay.  Did you graduate from

Page 18

1  pharmacy school?
2      A.    Yes.
3      Q.    When did you graduate from pharmacy
4  school and what school was it?
5      A.    2002, Wilkes University.
6      Q.    And am I correct that your
7  pharmacist license in Pennsylvania is number
8  RP437583?
9      A.    I don't know the number, off the top
10 of my head, but if that's what the record
11 shows.
12     Q.    Do you know whether your pharmacist
13 license expires in September of this year?
14     A.    It does.  It expires every two years
15 in September.
16     Q.    Do you have any reason to be
17 concerned about the effect of this case on the
18 renewal of your pharmacist license?
19           MS. KEESLER:  Objection.
20           You can answer.
21           THE WITNESS:  Can you repeat
22 it again?
23 BY MR. LAMB:
24     Q.    Yeah.  Do you have any reason to be
25 concerned about the effect of this case on the

Page 19

1  renewal of your pharmacist license?
2            MS. KEESLER:  Objection.
3            THE WITNESS:  I don't think
4  so.
5  BY MR. LAMB:
6      Q.    When did you begin working at
7  Tunkhannock Compounding Center?
8      A.    2021.
9      Q.    Before you worked at Tunkhannock
10 Compounding Center, where did you work as a
11 pharmacist?
12     A.    I worked as Yocum's Pharmacy.
13     Q.    How do you spell Yocum's?
14     A.    Y-O-C-U-M-S.
15     Q.    Where is that pharmacy?
16     A.    Hazelton, Pennsylvania.
17     Q.    Did you own that pharmacy at one
18 point?
19     A.    I did not.
20     Q.    Have you ever owned a pharmacy?
21     A.    Yes.
22     Q.    When did you own a pharmacy?
23     A.    I owned a pharmacy for 15 years,
24 from 2003 up until 2018.
25     Q.    What was that pharmacy called?

Page 20

1      A.    Olexy, O-L-E-X-Y.
2      Q.    Where is that located?
3      A.    Taylor, Pennsylvania.
4      Q.    Did you sell it at the end of that
5  time period you mentioned?
6      A.    Yes.  We did close.
7      Q.    Why did you go to work at
8  Tunkhannock Compounding Center?
9      A.    I was looking for employment closer
10 to home and it was an opportunity.
11     Q.    Do you have a supervisor or superior
12 at Tunkhannock Compounding Center?
13     A.    Courtney is the pharmacist in
14 charge.
15     Q.    Do you need her authorization before
16 you dispense prescriptions?
17     A.    I do not.
18     Q.    Is there anything in your practice
19 as a pharmacist that you need her authorization
20 for?
21     A.    I don't know.
22     Q.    To your knowledge, are you insured
23 for this case?
24           MS. KEESLER:  Objection to
25 form.

Page 21

1  BY MR. LAMB:
2      Q.    You can answer.  The question is
3  whether you know if you're insured?
4      A.    I believe that, you know, Courtney
5  has an insurance policy, you know, at the
6  pharmacy.
7      Q.    And is it your understanding that
8  that insurance policy covers you as a
9  pharmacist working at Tunkhannock Compounding
10 Center?
11           MS. KEESLER:  Objection to
12 form.
13           You can answer, if you know.
14           THE WITNESS:  I believe it
15 does.
16 BY MR. LAMB:
17     Q.    Did you say earlier that you got
18 your pharmacy degree in 2002?
19     A.    Yes.
20     Q.    So fair to say you've been
21 practicing as a pharmacist for over 21 years?
22     A.    Yes.
23     Q.    In your career, have you ever had to
24 question a prescribing doctor about some aspect
25 of the prescription that they sent you?

Page 22

1    A.    Yes.
2    Q.    Is that something you've done a lot
3 or not many times?
4    A.    Sometimes.
5    Q.    What are the types of situations
6 that have led you to question a prescribing
7 doctor?
8    A.    When you think something is, you
9 know, out of the realm of normalcy.
10    Q.    Could dosage be an example of
11 something that would be out of the realm of
12 normalcy?
13    MS. KEESLER:  Objection to
14 form.
15    THE WITNESS:  Yes.
16 BY MR. LAMB:
17    Q.    In your career, have you ever
18 questioned a prescribing doctor about the
19 dosage that they prescribed?
20    A.    Yes.
21    Q.    How many times do you think you've
22 done that?
23    A.    I have no idea.
24    Q.    In any of those cases where you did
25 that, was there any concern for patient safety?

Page 23

1    MS. KEESLER:  Objection to
2 form.
3    THE WITNESS:  Yes.
4 BY MR. LAMB:
5    Q.    Can you explain that?
6    A.    Well, it's kind of a general
7 question.  But, you know, after reviewing a
8 patient's prescription and, you know, maybe
9 with another medication they could have been on
10 and a possible interaction or, you know, a
11 different provider ordered one medication
12 versus this provider and not having the
13 knowledge, so, you know, you would reach out to
14 the prescriber just to verify everything.
15    Q.    I understand your point about drug
16 interactions and when providers change.
17    Have you ever seen a situation where
18 just the size of the dose itself made you
19 concerned for patient safety?
20    MS. KEESLER:  Objection to
21 form.
22    MS. LEVINE:  Joined.
23 BY MR. LAMB:
24    Q.    The question is whether you have
25 ever seen a situation where the size of the

Page 24

1 dose itself made you concerned for patient
2 safety?
3    A.    I don't recall.  I mean, it's
4 possible.  I've dispensed certainly a lot of
5 prescriptions in 20 years.
6    Q.    In pharmacy school were you taught
7 anything about corticosteroids?
8    A.    Yes.
9    Q.    Can you describe how much you were
10 taught about corticosteroids?  Was it one class
11 in one day?  Was it more than that?
12    Is there any way you can try to
13 describe, like, sort of how much you learned
14 about corticosteroids in pharmacy school?
15    MS. KEESLER:  Objection to
16 form.
17    THE WITNESS:  I don't remember
18 how much we got on any particular topic,
19 honestly.
20 BY MR. LAMB:
21    Q.    But you do remember that you were
22 taught about corticosteroids, to some extent,
23 in pharmacy school?
24    A.    Yes.
25    Q.    And when I use the term

Page 25

1 "corticosteroids," in your mind would that
2 include prednisone and dexamethasone?
3    A.    Yes.
4    Q.    Do you know, when you were in
5 pharmacy school, you were taught anything about
6 risks posed by corticosteroids?
7    A.    Yes.
8    Q.    What do you remember being taught
9 about risks posed by corticosteroids?
10    A.    I'm not so much sure as like risks
11 as possible side effects, if that's what you're
12 looking for.
13    Q.    Yes.  Please.
14    A.    The No. 1 with steroids is, like, GI
15 intolerance, like gastrointestinal intolerance,
16 nausea, vomiting, diarrhea.
17    Q.    Any others that you recall?
18    A.    Not off the top of my head, no.
19    Q.    Do you remember being taught
20 anything in pharmacy school about limits on
21 corticosteroid dosing?
22    A.    No.
23    Q.    Let's say in 2022, while you're
24 working at Tunkhannock Compounding Center as a
25 pharmacist, how often would you say that you

Page 26

1  dispensed prednisone?
2          MS. KEESLER:  Objection.
3          THE WITNESS:  Not very often.
4  BY MR. LAMB:
5      Q.   So is it fair to say it wasn't one
6  of the most common drugs for you to dispense?
7      A.   Yes.  That's fair to say.
8      Q.   Is that true also of dexamethasone?
9          MS. KEESLER:  Objection to
10 form.
11         THE WITNESS:  Yes.
12 BY MR. LAMB:
13     Q.   But in your career up to that point,
14 had you dispensed prednisone before Stacey
15 Wolking's case?
16     A.   Yes.
17     Q.   And had you also dispensed
18 dexamethasone before her?
19     A.   Yes.
20     Q.   Before you dispensed prednisone to
21 Stacey Wolking on August 8, 2022, are there any
22 reference materials that you looked at
23 concerning prednisone?
24         MS. KEESLER:  Objection to
25 form.

Page 27

1          THE WITNESS:  I don't
2  remember.
3  BY MR. LAMB:
4      Q.   In your practice as a pharmacist, is
5  there anything you look to to give you more
6  information about a particular drug?
7          MS. KEESLER:  Objection to
8  form.
9  BY MR. LAMB:
10     Q.   You can answer that.
11     A.   Yes.
12     Q.   And if you're confused by how I'm
13 asking it, please tell me.  But I'm trying to
14 be as open as possible here.
15     A.   Sure.  We can certainly reference
16 like the package insert, which shows like
17 indications, dosages, things like that.
18     Q.   Is that commonly something that you
19 look at, the package insert?
20     A.   Not common, no.
21     Q.   Is there anything else that you look
22 at?  Is there a book or is there a website or
23 is there anything that would be like a
24 reference material concerning drugs?
25     A.   I mean, there's lot of reference

Page 28

1  materials, but the package insert would be the
2  most common.
3      Q.   Do you look at reference materials
4  besides the package insert?
5      A.   I don't remember if I looked at
6  anything, no.
7      Q.   You don't remember any reference
8  material that you've ever looked at for a drug
9  besides the package insert?
10         MS. KEESLER:  Objection to
11 form.
12 BY MR. LAMB:
13     Q.   You can answer that and if I'm
14 wrong, please tell me.  That's how I
15 interpreted your answer.
16     A.   Probably.  I mean, there's multiple
17 sources.
18     Q.   Which of them have you looked at and
19 what are they?
20     A.   I can't think of anything, off the
21 top of my head.  I mean, it could be, like,
22 bookmark or you could do a search.
23     Q.   But you can't think of any sources
24 of information about drugs that you've looked
25 at besides package inserts?

Page 29

1          MS. KEESLER:  Objection to
2  form.
3  BY MR. LAMB:
4      Q.   Is that right?  You can't think of
5  any sources of information you've looked at
6  about drugs besides package inserts?
7      A.   Not recently, no.
8      Q.   How about in the last three years?
9      A.   Like I said, we could have certainly
10 used websites, but I can't, like, name
11 anything, off the top of my head.
12     Q.   For Stacey Wolking's prescription on
13 August 8, 2022, do you remember anything
14 besides the package insert that you looked at
15 with respect to prednisone?
16     A.   I don't recall.
17     Q.   Is there anyone that you consulted
18 or spoke with about prednisone before you
19 dispensed Stacey Wolking's prescription on
20 August 8, 2022?
21         MS. KEESLER:  Objection to
22 form.
23         THE WITNESS:  I mean, is this
24 just like a general question?
25 BY MR. LAMB:

Page 30

1    Q.    I'm trying to find out when and how
2    you gather information.  So, yes, I don't mean
3    that it had to be about Stacey Wolking.
4          I'm just asking you get this
5    prescription from Dr. Lindner.  It's for 500
6    prednisone tablets, 10 milligrams each.
7          Is there anything that you looked at
8    to learn anything more about prednisone before
9    you dispensed it?
10         If the answer is no, that's fine.
11   I'm just trying to find out if there's anything
12   that you look to.
13              MS. KEESLER:  Objection to
14   form.
15         You can answer.
16              THE WITNESS:  I mean, we had
17   discussions with Dr. Lindner about patients
18   that he was using the steroids for and, you
19   know, how he was using them, why he was using
20   them.  I just don't remember if it was for,
21   like, Ms. Wolking in general.
22   BY MR. LAMB:
23    Q.    Do you remember if any of those
24   conversations occurred before August 8, 2022?
25    A.    I don't remember.

Page 31

1    Q.    The conversations that you're
2    referring to, did they take place in person?
3    A.    We had some, yes.
4    Q.    Where did they take place?
5    A.    In Tunkhannock Compounding Center.
6    Q.    And I understand you to be saying
7    you don't remember whether Stacey Wolking
8    specifically was included in those
9    conversations, is that what you're saying?
10   A.    Correct.
11   Q.    What did Dr. Lindner tell you in
12   those conversations about his use of
13   prednisone?
14   A.    Just basically, like, what he was
15   doing and what the need for was.  And that, you
16   know, the babesia patients who he was treating
17   that had inflammation and there was a need for
18   these steroids.
19   Q.    Why did this conversation take
20   place, as far as you know?
21              MS. KEESLER:  Objection.
22         If you know, Brian.
23              THE WITNESS:  I believe it
24   just first arose with his daughter, who he was
25   treating similarly and her history, and that he

Page 32

1    had other patients, as well.
2    BY MR. LAMB:
3    Q.    I guess I'm asking you if you know
4    who initiated the conversation?
5              MS. KEESLER:  Objection to
6    form.
7              THE WITNESS:  I don't
8    remember.
9    BY MR. LAMB:
10   Q.    I was asking earlier if you ever
11   questioned doctors, who were prescribing, about
12   those prescriptions.
13         Did these conversations with Lindner
14   occur because you questioned him about one of
15   his prescriptions?
16              MS. KEESLER:  Objection to
17   form.
18              MS. LEVINE:  Joined.
19              MS. KEESLER:  You can answer.
20              THE WITNESS:  I mean,
21   possibly.
22   BY MR. LAMB:
23   Q.    Are you saying then that you don't
24   remember who initiated the conversations?
25   A.    Correct.

Page 33

1    Q.    Was there more than one conversation
2    inside Tunkhannock Compounding Center with
3    Dr. Lindner about prednisone?
4    A.    I don't remember if it was about
5    prednisone itself or just corticosteroids.
6    Again, babesia and the treatment plans.
7    Q.    All of those subject matters that
8    you just mentioned, was there one conversation
9    or more than one conversation inside
10   Tunkhannock Compounding Center?
11   A.    I would imagine there was more than
12   one.
13   Q.    But you don't remember whether there
14   was more than one?
15   A.    I believe there was more than one
16   for sure, yeah.
17   Q.    Did you initiate any of those
18   conversations?
19              MS. KEESLER:  Objection to
20   form.
21   BY MR. LAMB:
22   Q.    I'm sorry.  Can you state your
23   answer for the record?  We couldn't hear you.
24   A.    I don't recall.  Possibly.
25   Q.    When Dr. Lindner used the term

Page 34

1    "babesia," did you know what that meant?
2        A.    When I first started at Tunkhannock
3    Compounding?  No, I did not.
4        Q.    Did you learn what it meant from
5    him?
6        A.    Yes.
7        Q.    Have you ever researched babesia
8    outside of your conversations with Dr. Lindner?
9        A.    Some, yes.
10       Q.    What kind of research did you
11   conduct?
12       A.    Just finding out more information
13   about babesia itself.  What information there
14   was out there.
15       Q.    How did you find out that
16   information?
17       A.    Just online.
18       Q.    Where did you search online?
19       A.    I don't recall.
20       Q.    You don't recall any of the places
21   that you gained information about babesia?
22       A.    I do not.  I probably just did a
23   search for it and read up from different
24   sources.
25       Q.    But you don't know what those

Page 35

1    sources were?
2              MS. KEESLER:  Objection to
3    form.
4              THE WITNESS:  No.  I just
5    don't recall.
6    BY MR. LAMB:
7        Q.    Before you dispensed the August 8,
8    2022 prescription for Stacey Wolking, did you
9    know whether or not she was a babesia patient?
10       A.    I don't recall.
11             MS. KEESLER:  Do you mean a
12   babesia patient of Dr. Lindner or any provider?
13             MR. LAMB:  Of any provider,
14   although he' already testified he knew she was
15   a Dr. Lindner patient.
16   BY MR. LAMB:
17       Q.    Can you summarize, as best as you
18   can, what Dr. Lindner conveyed to you inside of
19   Tunkhannock Compounding Center and his babesia
20   patients and their need for corticosteroids?
21       A.    Sure.  So these patients were
22   suffering from this infection of a parasite,
23   babesia.  He was treating them with
24   antimalarial treatment, which then, in turn,
25   would kill the parasites.  And then the body's

Page 36

1    response to fighting that is inflammation.  And
2    in response to that, needing treatment for the
3    inflammation which is corticosteroids.
4        Q.    When you conducted your research on
5    babesiosis, did you research whether cortisone
6    steroids should be used to treat babesiosis?
7        A.    I don't recall.
8        Q.    Did Dr. Lindner speak to you at all
9    at these conversations at Tunkhannock
10   Compounding Center about the doses of
11   corticosteroids that his patients would
12   require?
13       A.    I don't recall.
14       Q.    Did he talk at all about his
15   understanding of the potential side effects of
16   the corticosteroids?
17       A.    I don't remember.
18       Q.    Am I correct that you said earlier
19   that you did not dispense prednisone very
20   often?
21             MS. KEESLER:  Objection.
22   BY MR. LAMB:
23       Q.    If I'm not correct, please tell me,
24   but I think that's what you testified to.
25             Did you say that you didn't dispense

Page 37

1    prednisone very often?
2        A.    In Tunkhannock Compounding Center?
3        Q.    Yes.
4        A.    It's not one of the common ones, no.
5        Q.    In your career before Tunkhannock
6    Compounding Center, did you dispense prednisone
7    more often?
8              MS. KEESLER:  Objection, asked
9    and answered.  He already answered that, Conor.
10   BY MR. LAMB:
11       Q.    Okay.  Can you tell me what your
12   answer was?  I want to ask you another question
13   about it.
14       A.    I don't understand.  Did I dispense
15   it before Tunkhannock?  Yes.
16       Q.    Yeah.  Did you dispense it often
17   before you worked at Tunkhannock?
18             MS. KEESLER:  Objection.
19             THE WITNESS:  I don't know
20   what the frequency was, but I definitely
21   dispensed it, yes.
22   BY MR. LAMB:
23       Q.    Looking at this prescription on
24   August 8, 2022, 500 prednisone tablets, 10
25   milligrams each, had you ever dispensed a

Page 38

1  prednisone prescription of that similar size
2  before in your pharmacy career?
3                MS. KEESLER:  Objection to
4  form.
5        You can answer.
6                MS. LEVINE:  Joined.
7                THE WITNESS:  I don't recall.
8  BY MR. LAMB:
9     Q.   Do you recall whether you ever
10 dispensed a larger prednisone prescription than
11 that?
12    A.   I don't recall.
13    Q.   Let's look at the October 4, 2022
14 prescription, 200 dexamethasone tablets, 4
15 milligrams each.  Besides the October 4, 2022
16 date, had you ever dispensed a dexamethasone
17 prescription that was this large?
18                MS. KEESLER:  Objection to
19 form.
20                MS. LEVINE:  Joined.
21                THE WITNESS:  I don't recall.
22 BY MR. LAMB:
23    Q.   Have you ever heard of the term
24 "therapeutic duplication"?
25    A.   Yes.

Page 39

1     Q.   What does that term mean to you?
2     A.   It means a similar therapy is being
3  duplicated.
4     Q.   Can you describe whether that's a
5  good thing or a bad thing?
6                MS. KEESLER:  Objection to
7  form.
8                THE WITNESS:  I think it
9  depends on a lot of different variables.  You
10 know, a patient's condition and -- I mean,
11 sometimes patients would need two to three
12 similar type drugs to accomplish whatever is
13 trying to be accomplished.
14 BY MR. LAMB:
15    Q.   Okay.  I want you to look back at
16 Page 1 of Exhibit 1 that's still on the screen.
17 There are two corticosteroid injections eight
18 days apart.  One is on August 8, 2022, which
19 we've spoken about.  One is on August 16, 2022.
20 The first is for prednisone.  The second is
21 more dexamethasone.
22                Based on those dates, would you
23 consider those two prescriptions to be
24 therapeutically duplicative?
25                MS. KEESLER:  Objection to

Page 40

1  form.
2                MS. LEVINE:  Joined.
3                THE WITNESS:  I don't
4  necessarily think they're duplications.  I
5  mean, they're both corticosteroids.  She could
6  have, you know, had one, not used one, tried a
7  different one.
8  BY MR. LAMB:
9     Q.   Is that something that happens
10 commonly with corticosteroid patients?
11                MS. KEESLER:  Objection to
12 form.
13                THE WITNESS:  I don't know.
14 BY MR. LAMB:
15    Q.   To your knowledge, is it possible
16 for someone to overdose on prednisone?
17                MS. KEESLER:  Objection to
18 form.
19                MS. LEVINE:  Joined.
20 BY MR. LAMB:
21    Q.   To your knowledge, is it possible
22 for someone to overdose on prednisone?
23    A.   I don't know.
24    Q.   Do you know if it's possible for
25 someone to overdose on dexamethasone?

Page 41

1                MS. KEESLER:  Objection to
2  form.
3                MS. LEVINE:  Joined.
4                THE WITNESS:  I don't know.
5  BY MR. LAMB:
6     Q.   From what you know, have you ever
7  had a patient who was injured from taking too
8  much corticosteroid?
9                MS. KEESLER:  Objection to
10 form.
11                MS. LEVINE:  Joined.
12                THE WITNESS:  I don't know.
13                (Deposition Exhibit No. 2 was
14 marked for identification.)
15                MR. LAMB:  I'm going to switch
16 to Plaintiff's Exhibit 2 and this is a 32-page
17 PDF.  It's an excerpt of what your counsel sent
18 me yesterday.  These are all the pages that
19 have to do with prednisone and dexamethasone.
20                So for counsel's benefit, the only
21 thing not in there is the insurance policy that
22 was sent.
23 BY MR. LAMB:
24    Q.   So, Brian, I'm first going to ask
25 you -- we're on Page 1 of Exhibit 2, which,

Page 42

1  again, is 32 pages -- do you recognize what's
2  on the screen now?
3      A.    Looks like the packaging for
4  prednisone.
5      Q.    Is this something you've seen before
6  at Tunkhannock Compounding Center?
7      A.    I may have looked at the package
8  insert at some point, yes.
9      Q.    This company name, Amneal
10  Pharmaceuticals, A-M-N-E-A-L, is that a name
11  that you recognize?
12      A.    I've seen it before, yes.
13      Q.    Is that the manufacturer of
14  prednisone that you dispense at Tunkhannock
15  Compounding Center?
16      A.    It could have been.
17      Q.    Are there other manufacturers that
18  your pharmacy uses?
19      A.    I don't recall.
20      Q.    Do you know whether Tunkhannock
21  Compounding Center uses Amneal Pharmaceuticals?
22              MS. KEESLER:  Objection to
23  form.
24  BY MR. LAMB:
25      Q.    The question is if you know whether

Page 43

1  Tunkhannock Compounding Center uses Amneal
2  Pharmaceuticals?
3              MS. KEESLER:  Objection to
4  form.
5              You can answer, if you understand.
6              THE WITNESS:  I don't know.  I
7  don't recall if we used Amneal for this patient
8  or other patients.
9  BY MR. LAMB:
10      Q.    Okay.  As you sit here right now, do
11  you know any of the names of any of the
12  manufacturers of prednisone that Tunkhannock
13  Compounding Center dispenses?
14      A.    I mean, Amneal certainly could have
15  been one.
16      Q.    I'm asking if it is one.  I'm not
17  limiting it to this case right now.  I'm just
18  asking do you know whether Tunkhannock
19  Compounding Center dispenses prednisone
20  manufactured by Amneal Pharmaceuticals?
21              MS. KEESLER:  Objection, asked
22  and answered.
23  BY MR. LAMB:
24      Q.    Brian, you can answer the question.
25  You said it could have been.  I'm asking you if

Page 44

1  you know whether it was.
2      A.    I don't know.  I would have to look
3  into the records and see what the actual one
4  was.
5      Q.    Okay.  And as you sit here right
6  now, without looking at the records, do you
7  know the name of any manufacturer of prednisone
8  that Tunkhannock Compounding Center uses?
9      A.    Uses or could have used?
10      Q.    Actually uses.  I'm not asking about
11  what they could have done.  Is there anyone
12  that you know for sure that Tunkhannock
13  Compounding Center uses?
14      A.    I mean, without going in there today
15  and seeing what was on the shelf, I don't know.
16      Q.    Is it fair to say then that for the
17  prednisone that we've been talking about that
18  you dispensed to Stacey Wolking on August 8,
19  2022, you don't know who manufactured that
20  prednisone?
21              MS. KEESLER:  Objection.
22              THE WITNESS:  Without looking
23  at the record, no.
24  BY MR. LAMB:
25      Q.    And what is the record that you're

Page 45

1  referring to?
2      A.    There would have been a record,
3  like -- showing, like, what actual, you know,
4  prednisone or dexamethasone she got by what
5  company.
6      Q.    Where is that record?
7      A.    It would be in the dispensing
8  software.
9      Q.    What's the name of the dispensing
10  software?
11      A.    It's called PK.
12      Q.    I'm scrolling through Exhibit 2
13  here.  As I do that, can you tell me whether
14  you've ever seen this particular package insert
15  before?
16      A.    I don't recall.
17      Q.    Do you know whether you looked at
18  this package insert before you dispensed any of
19  Stacey Wolking's prescriptions?
20              MS. KEESLER:  Objection to
21  form.
22              THE WITNESS:  I don't --
23  BY MR. LAMB:
24      Q.    I'm sorry.  Can you put your answer
25  on the record, Brian?

Page 46

1    A.    I don't recall.
2    Q.    How and when did you first meet
3  Dr. Lindner?
4    A.    I don't remember the exact date, but
5  I would imagine it was shortly after I started
6  working at Tunkhannock Compound.
7    Q.    How would you describe your
8  relationship with him?
9          MS. KEESLER:  Objection to
10  form.
11         THE WITNESS:  Just -- I don't
12  really understand.  How do I describe it?
13  BY MR. LAMB:
14    Q.    Well, do you know him?
15    A.    Yes.
16    Q.    And you said that you met him
17  shortly after you started at Tunkhannock
18  Compounding Center, which would have been 2021?
19    A.    Yes.
20    Q.    Let's take 2021 and 2022.  How often
21  do you think you saw Dr. Lindner?
22    A.    Not a ton.  I don't know.  Maybe 10
23  or 15 times if I had to put a number on it.
24    Q.    How often did you dispense his
25  prescriptions?

Page 47

1          MS. KEESLER:  From what year?
2  Are we talking about 2021 or 2022?
3          MR. LAMB:  2022, let's say.
4          THE WITNESS:  I would say
5  pretty much on a daily basis.
6  BY MR. LAMB:
7    Q.    Have you ever questioned Dr. Lindner
8  about a prescription that he sent to you?
9          MS. KEESLER:  Objection to
10  form.
11         MS. LEVINE:  Joined.
12         THE WITNESS:  Yes.
13  BY MR. LAMB:
14    Q.    Okay.  Was that in a case involving
15  corticosteroids?
16    A.    Maybe.
17    Q.    Is it something you did more than
18  once?
19         MS. KEESLER:  Objection to
20  form.
21         THE WITNESS:  I don't recall.
22  BY MR. LAMB:
23    Q.    And from your answer "maybe," do I
24  understand correctly that you don't recall
25  whether it was about corticosteroids?

Page 48

1    A.    Correct.
2    Q.    Have you ever looked at any
3  of Dr. Lindner's websites?
4    A.    I have not.
5    Q.    In research that you did about
6  babesiosis, did you check what the Centers for
7  Disease Control and Prevention had to say about
8  babesiosis?
9          MS. KEESLER:  Objection to
10  form.
11         THE WITNESS:  I don't recall.
12  BY MR. LAMB:
13    Q.    We talked about some of the side
14  effects of corticosteroids earlier.  Are you
15  familiar with immune suppression being a
16  possible side effect of corticosteroids?
17    A.    Yes.
18    Q.    Were you familiar with that in 2022?
19    A.    Yes.
20    Q.    Is your knowledge about
21  corticosteroid today similar to what it was in
22  August of 2022?
23         MS. KEESLER:  Objection to
24  form.
25         THE WITNESS:  Yes.

Page 49

1  BY MR. LAMB:
2    Q.    Had you learned anything additional
3  about corticosteroids between August 8, 2022
4  and today?
5          MS. KEESLER:  Objection to
6  form.
7          THE WITNESS:  I'm not sure.
8  BY MR. LAMB:
9    Q.    Have you conducted any additional
10  research on your own about corticosteroids
11  between August 8, 2022 and now?
12         MS. KEESLER:  Objection to
13  form.
14         THE WITNESS:  I don't believe
15  so.
16  BY MR. LAMB:
17    Q.    Courtney Young in her deposition
18  said about the August 8, 2022 prescription
19  that, "We looked it up and we researched it."
20         Did you participate in looking up
21  anything about the August 8, 2022 prescription
22  with Courtney Young?
23    A.    I don't recall.
24    Q.    Did you research the August 8, 2022
25  prescription with Courtney Young?

Page 50

1          MS. KEESLER:  Objection.
2          THE WITNESS:  I don't recall.
3  BY MR. LAMB:
4      Q.    Courtney Young also testified that
5  she shared with you a conversation that she had
6  with Dr. Lindner about Stacey Wolking; do you
7  recall that conversation?
8          MS. KEESLER:  Objection to
9  form.
10         THE WITNESS:  I do not recall
11  the conversation, no.
12  BY MR. LAMB:
13     Q.    Courtney Young also testified that
14  you asked her if it was okay to fill one of --
15  to fill one of the prescriptions that we talked
16  about from Exhibit 1 for Stacey Wolking.
17         Do you remember asking Courtney
18  Young if it was okay?
19         MS. KEESLER:  Objection to
20  form.
21         THE WITNESS:  I don't recall.
22         MR. LAMB:  I'm just going to
23  look over my notes for a moment to see if I
24  have anything else.  In that time, if either of
25  the other two lawyers want to ask anything,

Page 51

1  please feel free.
2          MS. LEVINE:  I don't have any
3  questions.  Thank you.
4          MS. KEESLER:  I don't have
5  anything.  Thank you.
6  BY MR. LAMB:
7      Q.    Brian, I have down that you said
8  that there's a dispensing software at
9  Tunkhannock Compounding Center called PK, is
10  that the correct name of that?
11     A.    Yes.
12     Q.    And do you know where to look in
13  that dispensing software to see who the
14  manufacturer was of the three prescriptions
15  we've talked about today?
16         MS. KEESLER:  Conor, are you
17  talking about the prescription for Ms. Wolking?
18         MR. LAMB:  Yes, for
19  Ms. Wolking.  The three that we talked about
20  today.
21         THE WITNESS:  I don't know
22  specifically where to look, but I'm sure it can
23  be retrieved.
24  BY MR. LAMB:
25     Q.    Do you know if it would take a long

Page 52

1  time to retrieve it?
2      A.    I'm not sure.  You could maybe ask
3  Courtney if she could get it.
4          MR. LAMB:  Okay.  I appreciate
5  that.  I don't have any more questions.
6          THE COURT REPORTER:
7  Ms. Keesler, will you be ordering a copy of the
8  transcript?
9          MS. KEESLER:  Yes.  Can we get
10  a mini and full, please?
11         THE COURT REPORTER.  Okay.
12         Ms. Levine, are you also ordering a
13  copy of the transcript?
14         MS. LEVINE:  Yes.  Same order,
15  please.
16         (The deposition was concluded
17  at 1:55 p.m., and signature was waived.)
18
19
20
21
22
23
24
25

Page 53

1  COMMONWEALTH OF PENNSYLVANIA      )
                                     ) SS
2  COUNTY OF ALLEGHENY               )
3          CERTIFICATE
4      I, Michelle L. Goehring, a notary public
   in and for the Commonwealth of Pennsylvania, do
5  hereby certify that the witness, BRIAN BRYK,
   was by me first duly sworn to testify the
6  truth, the whole truth, and nothing but the
   truth; that the foregoing deposition was taken
7  at the time and place stated herein; and that
   the said deposition was recorded
8  stenographically by me and then reduced to
   typewriting under my direction, and constitutes
9  a true record of the testimony given by said
   witness.
10
   I further certify that the inspection,
11  reading and signing of said deposition were
   waived by counsel for the respective parties
12  and by the witness.
13     I further certify that I am not a
   relative, employee or attorney of any of the
14  parties, or a relative or employee of either
   counsel, and that I am in no way interested
15  directly or indirectly in this action.
16     IN WITNESS WHEREOF, I have hereunto set my
   hand and affixed my seal of office this 14th
17  day of February, 2024.
18
19
20     /S/Michelle L. Goehring, Notary Public
       Court Reporter
       My Commission Expires: July 12, 2025
21     Commission No. 1317058
22
23
24
25

**PATIENT Rx HISTORY REPORT**

Printed 7/3/2023

Page 1   Prescriptions filled between 7/1/2022 and 10/31/2023

TUNKHANNOCK COMPOUNDING CENTER
23 WEST TIOGA STREET STE#3
TUNKHANNOCK, PA  18657  Ph: 570-996-0440

NCPDP #6002810        NPI #1831795558        FT9829461

| | |
|---|---|
| **Patient:** STACEY WOLKING<br>36937 BASSWOOD CT<br>PURCELLVILLE, VA 20132 | **Birthdate:** 09/26/1962<br>**Age:** 60<br>**Misc. ID:** |
| **Phone:** 540-454-0630 | |

| Rx number | Date dispensed | Quantity & Drug | | Doctor / DEA  phone | | RPh |
|---|---|---|---|---|---|---|
| 155694 | 8/8/2022<br>Day supply 30 | NDC: | 500 PREDNISONE 10MG TAB 10MG TABLET<br>0060338533821      Ref# | Dr. LINDNER HENRY MD<br>BL5564782 | 570 955-3495 | BTB |
| 155853 | 8/16/2022<br>Day supply 50 | NDC: | 200 DEXAMETHASONE 4 MG TABLET<br>Ref# | Dr. LINDNER HENRY MD<br>BL5564782 | 570 955-3495 | CFY |
| 156272 | 9/27/2022<br>Day supply 50 | NDC: | 100 DEXAMETHASONE 4 MG TABLET<br>Ref# | Dr. LINDNER HENRY MD<br>BL5564782 | 570 955-3495 | BTB |
| 156272 | 10/4/2022<br>Day supply 50 | NDC: | 200 DEXAMETHASONE 4 MG TABLET<br>Ref# | Dr. LINDNER HENRY MD<br>BL5564782 | 570 955-3495 | BTB |

Pharmacist's signature _____   Date 7/3/2023

**EXHIBIT**

**1 - B. Bryk**

exhibitsticker.com

# E-Prescription

Printed 8/4/2022 12:06:49 PM

### New

TUNKHANNOCK COMPOUNDING CENTER
230 W. TIOGA STREET STE.#3
TUNKHANNOCK, PA  18657  Ph. 570-996-0440  Fax

---

**Date Written** 8/4/2022

**Doctor** Lindner, Henry  MD          **Phone** 5709553495

**Agent Name**                          **SLN**

**Address** 230 West Tioga St Ste 5 Tunkhannock, PA 18657

**DEA** BL5564782
1073536116

**Name** WOLKING, STACEY          **Phone** 5407510798

**Address** 36937 BASSWOOD COURT PURCELLVILLE, VA 20132          **DOB** 9/26/1962
Gender F

℞  **Qty** 500 Tablet
predniSONE 10 mg oral tablet

**Instructions:**
Up to 10 tabs po daily as directed

**DAW** No                          **Refills** 0

---

Patient email:
Doctor SPI:          6155893418002
Other Allergies:

Other Drugs:

Doctor note:          MED. NOTE: Patient will call

Pharmacy note:

Message ID:          918
Message key:          1N202208040936428A522A18A

EPCS Signature Validated ☐

YA0020

# E-Prescription

Printed 8/15/2022 10:11:57 AM

**New**

TUNKHANNOCK COMPOUNDING CENTER
230 W. TIOGA STREET STE.#3
TUNKHANNOCK, PA  18657  Ph. 570-996-0440  Fax

---

Date Written  8/15/2022

Doctor  Lindner, Henry  MD

Agent Name

Address  230 West Tioga St Ste 5 Tunkhannock, PA 18657

Phone 5709553495

SLN

DEA  BL5564782
       1073536116

Name  WOLKING, STACEY

Address  36937 BASSWOOD COURT PURCELLVILLE, VA
         20132

Phone 5407510798

DOB 9/26/1962

Gender F

℞   Qty  200 Tablet

dexamethasone 4 mg oral tablet

Instructions:

Take up to 4 tabs po daily in divided doses as directed

DAW No

Refills 1

---

Patient email:
Doctor SPI:            6155893418002
Other Allergies:

Other Drugs:

Doctor note:

Pharmacy note:

Message ID:        935
Message key:       1N20220815085936O536DDDC9

EPCS Signature Validated ☐

$236.00

Mail when
we get
regular
priority OK
mail

YA0021

# E-Prescription

Printed 9/26/2022 3:06:23 PM

**New**

TUNKHANNOCK COMPOUNDING CENTER
230 W. TIOGA STREET STE.#3
TUNKHANNOCK, PA 18657  Ph. 570-996-0440  Fax

---

**Date Written** 9/26/2022

**Doctor** Lindner, Henry  MD

**Agent Name**

**Address** 230 West Tioga St Ste 5 Tunkhannock, PA 18657

**Phone** 5709553495

**SLN**

**DEA** BL5564782
1073536116

**Name** WOLKING, STACEY

**Address** 36937 BASSWOOD COURT PURCELLVILLE, VA
20132

**Phone** 5407510798

**DOB** 9/26/1962
Gender F

**Qty** 300 Tablet
dexamethasone 4 mg oral tablet

**Instructions:**
Up to 10 tabs po daily as dire

**DAW** No

**Refills** 1

---

Patient email:
Doctor SPI:        6155893418002
Other Allergies:

Other Drugs:

Doctor note:

Pharmacy note:

Message ID:        1010
Message key:       1N202209261344253AA7D06C3

EPCS Signature Validated ☐

YA0022

**PREDNISONE- prednisone tablet**
**Amneal Pharmaceuticals NY LLC**

EXHIBIT

2 - B. Bryk

exhibitsticker.com

----------

**PredniSONE Tablets, USP**
**(10 mg and 20 mg)**
**Rx only**


## DESCRIPTION

Prednisone tablets, USP contain prednisone, USP which is a glucocorticoid. Glucocorticoids are adrenocortical steroids, both naturally occurring and synthetic, which are readily absorbed from the gastrointestinal tract. Prednisone, USP is a white to practically white, crystalline powder. It is very slightly soluble in water; slightly soluble in alcohol, in chloroform, in dioxane, and in methanol.

The chemical name for prednisone is 17,21-dihydroxypregna-1,4-diene-3,11,20-trione. Its molecular formula is $C_{21}H_{26}O_5$ and its molecular weight is 358.4 g/mole.

The structural formula is represented below:



Prednisone tablets, USP are available in 2 strengths: 10 mg and 20 mg.

**Inactive Ingredients:** Lactose monohydrate, magnesium stearate, microcrystalline cellulose, pregelatinized starch and sodium starch glycolate type A.

Meets USP Dissolution Test 2.

## ACTIONS

Naturally occurring glucocorticoids (hydrocortisone and cortisone), which also have salt-retaining properties, are used as replacement therapy in adrenocortical deficiency states. Their synthetic analogs are primarily used for their potent anti-inflammatory effects in disorders of many organ systems.

Glucocorticoids cause profound and varied metabolic effects. In addition, they modify the body's immune responses to diverse stimuli.

## INDICATIONS

**YA 0236**

Prednisone tablets are indicated in the following conditions:

## 1. Endocrine Disorders

Primary or secondary adrenocortical insufficiency (hydrocortisone or cortisone is the first choice; synthetic analogs may be used in conjunction with mineralocorticoids where applicable; in infancy mineralocorticoid supplementation is of particular importance)
Congenital adrenal hyperplasia
Hypercalcemia associated with cancer
Nonsuppurative thyroiditis

## 2. Rheumatic Disorders

As adjunctive therapy for short-term administration (to tide the patient over an acute episode or exacerbation) in:
Psoriatic arthritis
Rheumatoid arthritis, including juvenile rheumatoid arthritis (selected cases may require low-dose maintenance therapy)
Ankylosing spondylitis
Acute and subacute bursitis
Acute nonspecific tenosynovitis
Acute gouty arthritis
Post-traumatic osteoarthritis
Synovitis of osteoarthritis
Epicondylitis

## 3. Collagen Diseases

During an exacerbation or as maintenance therapy in selected cases of:
Systemic lupus erythematosus
Systemic dermatomyositis (polymyositis)
Acute rheumatic carditis

## 4. Dermatologic Diseases

Pemphigus
Bullous dermatitis herpetiformis
Severe erythema multiforme (Stevens-Johnson syndrome)
Exfoliative dermatitis
Mycosis fungoides
Severe psoriasis
Severe seborrheic dermatitis

## 5. Allergic States

Control of severe or incapacitating allergic conditions intractable to adequate trials of conventional treatment:
Seasonal or perennial allergic rhinitis
Bronchial asthma
Contact dermatitis

YA 0237

Atopic dermatitis
Serum sickness
Drug hypersensitivity reactions

## 6. Ophthalmic Diseases

Severe acute and chronic allergic and inflammatory processes involving the eye and its adnexa such as:
Allergic corneal marginal ulcers
Herpes zoster ophthalmicus
Anterior segment inflammation
Diffuse posterior uveitis and choroiditis
Sympathetic ophthalmia
Allergic conjunctivitis
Keratitis
Chorioretinitis
Optic neuritis
Iritis and iridocyclitis

## 7. Respiratory Diseases

Symptomatic sarcoidosis
Loeffler's syndrome not manageable by other means
Berylliosis
Fulminating or disseminated pulmonary tuberculosis when used concurrently with appropriate antituberculous chemotherapy
Aspiration pneumonitis

## 8. Hematologic Disorders

Idiopathic thrombocytopenic purpura in adults
Secondary thrombocytopenia in adults
Acquired (autoimmune) hemolytic anemia
Erythroblastopenia (RBC anemia)
Congenital (erythroid) hypoplastic anemia

## 9. Neoplastic Diseases

For palliative management of:
Leukemias and lymphomas in adults
Acute leukemia of childhood

## 10. Edematous States

To induce a diuresis or remission of proteinuria in the nephrotic syndrome, without uremia, of the idiopathic type or that due to lupus erythematosus

## 11. Gastrointestinal Diseases

To tide the patient over a critical period of the disease in:

YA 0238

Ulcerative colitis
Regional enteritis

## 12. Nervous System

Acute exacerbations of multiple sclerosis

## 13. Miscellaneous

Tuberculous meningitis with subarachnoid block or impending block when used concurrently with appropriate antituberculous chemotherapy
Trichinosis with neurologic or myocardial involvement

## CONTRAINDICATIONS

Systemic fungal infections and known hypersensitivity to components.

## WARNINGS

In patients on corticosteroid therapy subjected to unusual stress, increased dosage of rapidly acting corticosteroids before, during, and after the stressful situation is indicated.

Corticosteroids may mask some signs of infection, and new infections may appear during their use. There may be decreased resistance and inability to localize infection when corticosteroids are used.

Prolonged use of corticosteroids may produce posterior subcapsular cataracts, glaucoma with possible damage to the optic nerves, and may enhance the establishment of secondary ocular infections due to fungi or viruses.

### Usage in pregnancy

Since adequate human reproduction studies have not been done with corticosteroids, the use of these drugs in pregnancy, nursing mothers or women of child-bearing potential requires that the possible benefits of the drug be weighed against the potential hazards to the mother and embryo or fetus. Infants born of mothers who have received substantial doses of corticosteroids during pregnancy, should be carefully observed for signs of hypoadrenalism.

Average and large doses of hydrocortisone or cortisone can cause elevation of blood pressure, salt and water retention, and increased excretion of potassium. These effects are less likely to occur with the synthetic derivatives except when used in large doses. Dietary salt restriction and potassium supplementation may be necessary. All corticosteroids increase calcium excretion.

**While on corticosteroid therapy patients should not be vaccinated against smallpox. Other immunization procedures should not be undertaken in patients who are on corticosteroids, especially on high dose, because of possible hazards of neurological complications and a lack of antibody response.**

YA 0239

The use of prednisone tablets in active tuberculosis should be restricted to those cases of fulminating or disseminated tuberculosis in which the corticosteroid is used for the management of the disease in conjunction with an appropriate anti-tuberculous regimen.

If corticosteroids are indicated in patients with latent tuberculosis or tuberculin reactivity, close observation is necessary as reactivation of the disease may occur. During prolonged corticosteroid therapy, these patients should receive chemoprophylaxis.

Children who are on immunosuppressant drugs are more susceptible to infections than healthy children. Chickenpox and measles, for example, can have a more serious or even fatal course in children on immunosuppressant corticosteroids. In such children, or in adults who have not had these diseases, particular care should be taken to avoid exposure. If exposed, therapy with varicella zoster immune globulin (VZIG) or pooled intravenous immunoglobin (IVIG), as appropriate, may be indicated. If chickenpox develops treatment with antiviral agents may be considered.

## PRECAUTIONS

### General Precautions

Drug-induced secondary adrenocortical insufficiency may be minimized by gradual reduction of dosage. This type of relative insufficiency may persist for months after discontinuation of therapy; therefore, in any situation of stress occurring during that period, hormone therapy should be reinstituted. Since mineralocorticoid secretion may be impaired, salt and/or a mineralocorticoid should be administered concurrently.

There is an enhanced effect of corticosteroids on patients with hypothyroidism and in those with cirrhosis.

Corticosteroids should be used cautiously in patients with ocular herpes simplex because of possible corneal perforation.

The lowest possible dose of corticosteroid should be used to control the condition under treatment, and when reduction in dosage is possible, the reduction should be gradual.

Psychic derangements may appear when corticosteroids are used, ranging from euphoria, insomnia, mood swings, personality changes, and severe depression, to frank psychotic manifestations. Also, existing emotional instability or psychotic tendencies may be aggravated by corticosteroids.

Aspirin should be used cautiously in conjunction with corticosteroids in hypoprothrombinemia.

Steroids should be used with caution in nonspecific ulcerative colitis, if there is a probability of impending perforation, abscess or other pyogenic infection; diverticulitis; fresh intestinal anastomoses; active or latent peptic ulcer; renal insufficiency; hypertension; osteoporosis; and myasthenia gravis.

Growth and development of infants and children on prolonged corticosteroid therapy should be carefully observed.

Although controlled clinical trials have shown corticosteroids to be effective in speeding the resolution of acute exacerbations of multiple sclerosis, they do not show that corticosteroids affect the ultimate outcome or natural history of the disease. The studies

YA 0240

do show that relatively high doses of corticosteroids are necessary to demonstrate a significant effect (see **DOSAGE AND ADMINISTRATION**).

Since complications of treatment with glucocorticoids are dependent on the size of the dose and the duration of treatment, a risk/benefit decision must be made in each individual case as to dose and duration of treatment and as to whether daily or intermittent therapy should be used.

Convulsions have been reported with concurrent use of methylprednisolone and cyclosporin. Since concurrent use of these agents results in a mutual inhibition of metabolism, it is possible that adverse events associated with the individual use of either drug may be more apt to occur.

### Drug Interactions

The pharmacokinetic interactions listed below are potentially clinically important. Drugs that induce hepatic enzymes such as phenobarbital, phenytoin and rifampin may increase the clearance of corticosteroids and may require increases in corticosteroid dose to achieve the desired response. Drugs such as troleandomycin and ketoconazole may inhibit the metabolism of corticosteroids and thus decrease their clearance. Therefore, the dose of corticosteroid should be titrated to avoid steroid toxicity. Corticosteroids may increase the clearance of chronic high dose aspirin. This could lead to decreased salicylate serum levels or increase the risk of salicylate toxicity when corticosteroid is withdrawn. Aspirin should be used cautiously in conjunction with corticosteroids in patients suffering from hypoprothrombinemia. The effect of corticosteroids on oral anticoagulants is variable. There are reports of enhanced as well as diminished effects of anticoagulants when given concurrently with corticosteroids. Therefore, coagulation indices should be monitored to maintain the desired anticoagulant effect.

### Information for the Patient

Patients who are on immunosuppressant doses of corticosteroids should be warned to avoid exposure to chickenpox or measles and, if exposed, to obtain medical advice.

### ADVERSE REACTIONS

### Fluid and Electrolyte Disturbances
Sodium retention
Fluid retention
Congestive heart failure in susceptible patients
Potassium loss
Hypokalemic alkalosis
Hypertension

### Musculoskeletal
Muscle weakness
Steroid myopathy
Loss of muscle mass
Osteoporosis
Tendon rupture, particularly of the Achilles tendon
Vertebral compression fractures

YA 0241

Aseptic necrosis of femoral and humeral heads
Pathologic fracture of long bones

**Gastrointestinal**
Peptic ulcer with possible perforation and hemorrhage
Pancreatitis
Abdominal distention
Ulcerative esophagitis

**Dermatologic**
Impaired wound healing
Thin fragile skin
Petechiae and ecchymoses
Facial erythema
Increased sweating
May suppress reactions to skin tests

**Metabolic**
Negative nitrogen balance due to protein catabolism

**Neurological**
Increased intracranial pressure with papilledema (pseudotumor cerebri) usually after treatment Convulsions
Vertigo
Headache

**Endocrine**
Menstrual irregularities
Development of Cushingoid state
Secondary adrenocortical and pituitary unresponsiveness, particularly in times of stress, as in trauma, surgery or illness
Suppression of growth in children
Decreased carbohydrate tolerance
Manifestations of latent diabetes mellitus
Increased requirements for insulin or oral hypoglycemic agents in diabetics

**Ophthalmic**
Posterior subcapsular cataracts
Increased intraocular pressure
Glaucoma
Exophthalmos

**Additional Reactions**
Urticaria and other allergic, anaphylactic or hypersensitivity reactions

**To report SUSPECTED ADVERSE REACTIONS, contact Amneal Pharmaceuticals at 1-877-835-5472 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

**DOSAGE AND ADMINISTRATION**

YA 0242

The initial dosage of prednisone tablets may vary from 5 mg to 60 mg of prednisone per day depending on the specific disease entity being treated. In situations of less severity lower doses will generally suffice while in selected patients higher initial doses may be required. The initial dosage should be maintained or adjusted until a satisfactory response is noted. If after a reasonable period of time there is a lack of satisfactory clinical response, prednisone tablets should be discontinued and the patient transferred to other appropriate therapy. **IT SHOULD BE EMPHASIZED THAT DOSAGE REQUIREMENTS ARE VARIABLE AND MUST BE INDIVIDUALIZED ON THE BASIS OF THE DISEASE UNDER TREATMENT AND THE RESPONSE OF THE PATIENT.**

After a favorable response is noted, the proper maintenance dosage should be determined by decreasing the initial drug dosage in small decrements at appropriate time intervals until the lowest dosage which will maintain an adequate clinical response is reached. It should be kept in mind that constant monitoring is needed in regard to drug dosage. Included in the situations which may make dosage adjustments necessary are changes in clinical status secondary to remissions or exacerbations in the disease process, the patient's individual drug responsiveness, and the effect of patient exposure to stressful situations not directly related to the disease entity under treatment; in this latter situation it may be necessary to increase the dosage of prednisone tablets for a period of time consistent with the patient's condition. If after long-term therapy the drug is to be stopped, it is recommended that it be withdrawn gradually rather than abruptly.

### Multiple Sclerosis

In the treatment of acute exacerbations of multiple sclerosis daily doses of 200 mg of prednisolone for a week followed by 80 mg every other day for 1 month have been shown to be effective. (Dosage range is the same for prednisone and prednisolone.)

### ADT® (Alternate Day Therapy)

ADT is a corticosteroid dosing regimen in which twice the usual daily dose of corticoid is administered every other morning. The purpose of this mode of therapy is to provide the patient requiring long-term pharmacologic dose treatment with the beneficial effects of corticoids while minimizing certain undesirable effects, including pituitary-adrenal suppression, the Cushingoid state, corticoid withdrawal symptoms, and growth suppression in children.

The rationale for this treatment schedule is based on two major premises: (a) the anti-inflammatory or therapeutic effect of corticoids persists longer than their physical presence and metabolic effects and (b) administration of the corticosteroid every other morning allows for re-establishment of more nearly normal hypothalamic-pituitary-adrenal (HPA) activity on the off-steroid day.

A brief review of the HPA physiology may be helpful in understanding this rationale. Acting primarily through the hypothalamus a fall in free cortisol stimulates the pituitary gland to produce increasing amounts of corticotropin (ACTH) while a rise in free cortisol inhibits ACTH secretion. Normally the HPA system is characterized by diurnal (circadian) rhythm. Serum levels of ACTH rise from a low point about 10 pm to a peak level about 6 am. Increasing levels of ACTH stimulate adrenocortical activity resulting in a rise in plasma cortisol with maximal levels occurring between 2 am and 8 am. This rise in cortisol dampens ACTH production and in turn adrenocortical activity. There is a gradual fall in plasma corticoids during the day with lowest levels occurring about midnight.

The diurnal rhythm of the HPA axis is lost in Cushing's disease, a syndrome of

YA 0243

adrenocortical hyperfunction characterized by obesity with centripetal fat distribution, thinning of the skin with easy bruisability, muscle wasting with weakness, hypertension, latent diabetes, osteoporosis, electrolyte imbalance, etc. The same clinical findings of hyperadrenocorticism may be noted during long-term pharmacologic dose corticoid therapy administered in conventional daily divided doses. It would appear, then, that a disturbance in the diurnal cycle with maintenance of elevated corticoid values during the night may play a significant role in the development of undesirable corticoid effects. Escape from these constantly elevated plasma levels for even short periods of time may be instrumental in protecting against undesirable pharmacologic effects.

During conventional pharmacologic dose corticosteroid therapy, ACTH production is inhibited with subsequent suppression of cortisol production by the adrenal cortex. Recovery time for normal HPA activity is variable depending upon the dose and duration of treatment. During this time the patient is vulnerable to any stressful situation. Although it has been shown that there is considerably less adrenal suppression following a single morning dose of prednisolone (10 mg) as opposed to a quarter of that dose administered every 6 hours, there is evidence that some suppressive effect on adrenal activity may be carried over into the following day when pharmacologic doses are used. Further, it has been shown that a single dose of certain corticosteroids will produce adrenocortical suppression for two or more days. Other corticoids, including methylprednisolone, hydrocortisone, prednisone, and prednisolone, are considered to be short acting (producing adrenocortical suppression for 1¼ to 1½ days following a single dose) and thus are recommended for alternate day therapy.

The following should be kept in mind when considering alternate day therapy:

1. Basic principles and indications for corticosteroid therapy should apply. The benefits of ADT should not encourage the indiscriminate use of steroids.
2. ADT is a therapeutic technique primarily designed for patients in whom long-term pharmacologic corticoid therapy is anticipated.
3. In less severe disease processes in which corticoid therapy is indicated, it may be possible to initiate treatment with ADT. More severe disease states usually will require daily divided high dose therapy for initial control of the disease process. The initial suppressive dose level should be continued until satisfactory clinical response is obtained, usually four to ten days in the case of many allergic and collagen diseases. It is important to keep the period of initial suppressive dose as brief as possible particularly when subsequent use of alternate day therapy is intended.
   Once control has been established, two courses are available: (a) change to ADT and then gradually reduce the amount of corticoid given every other day **or** (b) following control of the disease process reduce the daily dose of corticoid to the lowest effective level as rapidly as possible and then change over to an alternate day schedule. Theoretically, course (a) may be preferable.
4. Because of the advantages of ADT, it may be desirable to try patients on this form of therapy who have been on daily corticoids for long periods of time (e.g., patients with rheumatoid arthritis). Since these patients may already have a suppressed HPA axis, establishing them on ADT may be difficult and not always successful. However, it is recommended that regular attempts be made to change them over. It may be helpful to triple or even quadruple the daily maintenance dose and administer this every other day rather than just doubling the daily dose if difficulty is encountered. Once the patient is again controlled, an attempt should be made to reduce this dose to a minimum.
5. As indicated above, certain corticosteroids, because of their prolonged suppressive

YA 0244

effect on adrenal activity, are not recommended for alternate day therapy (e.g., dexamethasone and betamethasone).

6. The maximal activity of the adrenal cortex is between 2 am and 8 am, and it is minimal between 4 pm and midnight. Exogenous corticosteroids suppress adrenocortical activity the least, when given at the time of maximal activity (am).

7. In using ADT it is important, as in all therapeutic situations to individualize and tailor the therapy to each patient. Complete control of symptoms will not be possible in all patients. An explanation of the benefits of ADT will help the patient to understand and tolerate the possible flare-up in symptoms which may occur in the latter part of the off-steroid day. Other symptomatic therapy may be added or increased at this time if needed.

8. In the event of an acute flare-up of the disease process, it may be necessary to return to a full suppressive daily divided corticoid dose for control. Once control is again established alternate day therapy may be re-instituted.

9. Although many of the undesirable features of corticosteroid therapy can be minimized by ADT, as in any therapeutic situation, the physician must carefully weigh the benefit-risk ratio for each patient in whom corticoid therapy is being considered.


**HOW SUPPLIED**

Prednisone Tablets USP, **10 mg** are supplied as white to off-white, round, biconvex, uncoated tablets, scored on one side and debossed with "A48" on the other side.

They are available as follows:

| | |
|---|---|
| Bottles of 100 (with child-resistant closure): | NDC 60219-1707-1 |
| Bottles of 500: | NDC 60219-1707-5 |
| Cartons of 100 (10 × 10 unit-dose tablets): | NDC 60219-1707-3 |

Prednisone Tablets USP, **20 mg** are supplied as white to off-white, round, biconvex, uncoated tablets, scored on one side and debossed with "AC72" on the other side.

They are available as follows:

| | |
|---|---|
| Bottles of 100 (with child-resistant closure): | NDC 60219-1708-1 |
| Bottles of 500: | NDC 60219-1708-5 |

Store at 20° to 25°C (68° to 77°F) [see USP Controlled Room Temperature]. Protect from moisture.

Dispense in a tight, child-resistant container as defined in the USP.


Manufactured by:
**Amneal Pharmaceuticals Pvt. Ltd.**
**Oral Solid Dosage Unit**
Ahmedabad 382213, INDIA

Distributed by:
**Amneal Pharmaceuticals LLC**
Bridgewater, NJ 08807

Rev. 08-2021-02

YA 0245

**PRINCIPAL DISPLAY PANEL**

**NDC 60219-1707-1**
**PredniSONE Tablets USP, 10 mg**
**100 Tablets**
**Bottle Label**
**Rx Only**
**Amneal Pharmaceuticals LLC**



**NDC 60219-1707-5**
**PredniSONE Tablets USP, 10 mg**
**500 Tablets**
**Bottle Label**
**Rx Only**
**Amneal Pharmaceuticals LLC**



**NDC 60219-1707-2**
**PredniSONE Tablets USP, 10 mg**
**10's Blister Label**
**Rx Only**
**Amneal Pharmaceuticals LLC**

YA 0246



**NDC 60219-1707-3**
**PredniSONE Tablets USP, 10 mg**
**100 (10 × 10) Unit-Dose Tablets**
**Carton Label**
**Rx Only**
**Amneal Pharmaceuticals LLC**

YA 0247



NDC 60219-**1707**-3

## predni**SONE** Tablets, USP

**10 mg**

This unit-dose package is not child-resistant.
If dispensed for outpatient use, a tightly closed, child-resistant container should be utilized.

(Actual Size)

Rx only

**100 [10 × 10] Unit-Dose Tablets**

**amneal®**

NDC 60219-**1707**-3

## predni**SONE** Tablets, USP

**10 mg**

**Each tablet contains:**
Prednisone, USP.................................................................10 mg

**Usual Dosage:** See package insert for complete prescribing information.

**Store at 20° to 25°C (68° to 77°F) [see USP Controlled Room Temperature].**
**PROTECT FROM MOISTURE.**

Keep this and all medications out of the reach of children.

Mfg. Lic. No. G/29/16124

Manufactured by: **Amneal Pharmaceuticals Pvt. Ltd.**
**Oral Solid Dosage Unit**
Ahmedabad 382213, INDIA

Distributed by: **Amneal Pharmaceuticals LLC**
Bridgewater, NJ 08807

Rev. 07-2019-00

**10 mg**

NDC 60219-1707-3

predni**SONE** Tablets, USP

amneal

3  60219  17073  5
N

**NDC 60219-1708-1**
**PredniSONE Tablets USP, 20 mg**
**100 Tablets**
**Bottle Label**
**Rx Only**
**Amneal Pharmaceuticals LLC**

YA 0248



**NDC 60219-1708-5**
**PredniSONE Tablets USP, 20 mg**
**500 Tablets**
**Bottle Label**
**Rx Only**
**Amneal Pharmaceuticals LLC**



## PREDNISONE
prednisone tablet

### Product Information

| Product Type | HUMAN PRESCRIPTION DRUG | Item Code (Source) | NDC:60219-1707 |
|---|---|---|---|
| Route of Administration | ORAL | | |

### Active Ingredient/Active Moiety

| Ingredient Name | | Basis of Strength | Strength |
|---|---|---|---|

<span style="color:red">**YA 0249**</span>

| PREDNISONE (UNII: VB0R961HZT) (PREDNISONE - UNII:VB0R961HZT) | PREDNISONE | 10 mg |
|---|---|---|

## Inactive Ingredients

| Ingredient Name | Strength |
|---|---|
| **LACTOSE MONOHYDRATE** (UNII: EWQ57Q8I5X) | |
| **MAGNESIUM STEARATE** (UNII: 70097M6I30) | |
| **MICROCRYSTALLINE CELLULOSE 102** (UNII: PNR0YF693Y) | |
| **SODIUM STARCH GLYCOLATE TYPE A POTATO** (UNII: 5856J3G2A2) | |
| **STARCH, CORN** (UNII: O8232NY3SJ) | |

## Product Characteristics

| | | | |
|---|---|---|---|
| **Color** | white (white to off-white) | **Score** | 2 pieces |
| **Shape** | ROUND | **Size** | 6mm |
| **Flavor** | | **Imprint Code** | A48 |
| **Contains** | | | |

## Packaging

| # | Item Code | Package Description | Marketing Start Date | Marketing End Date |
|---|---|---|---|---|
| 1 | NDC:60219-1707-1 | 100 in 1 BOTTLE, PLASTIC; Type 0: Not a Combination Product | 06/24/2020 | |
| 2 | NDC:60219-1707-5 | 500 in 1 BOTTLE, PLASTIC; Type 0: Not a Combination Product | 06/24/2020 | |
| 3 | NDC:60219-1707-3 | 10 in 1 CARTON | 06/24/2020 | |
| 3 | NDC:60219-1707-2 | 10 in 1 BLISTER PACK; Type 0: Not a Combination Product | | |

## Marketing Information

| Marketing Category | Application Number or Monograph Citation | Marketing Start Date | Marketing End Date |
|---|---|---|---|
| ANDA | ANDA213386 | 06/24/2020 | |

## PREDNISONE
prednisone tablet

## Product Information

| | | | |
|---|---|---|---|
| **Product Type** | HUMAN PRESCRIPTION DRUG | **Item Code (Source)** | NDC:60219-1708 |
| **Route of Administration** | ORAL | | |

## Active Ingredient/Active Moiety

| Ingredient Name | Basis of Strength | Strength |
|---|---|---|

**YA 0250**

| | | | |
|---|---|---|---|
| **PREDNISONE** (UNII: VB0R961HZT) (PREDNISONE - UNII:VB0R961HZT) | | PREDNISONE | 20 mg |

## Inactive Ingredients

| Ingredient Name | Strength |
|---|---|
| **LACTOSE MONOHYDRATE** (UNII: EWQ57Q8I5X) | |
| **MAGNESIUM STEARATE** (UNII: 70097M6I30) | |
| **MICROCRYSTALLINE CELLULOSE 102** (UNII: PNR0YF693Y) | |
| **SODIUM STARCH GLYCOLATE TYPE A POTATO** (UNII: 5856J3G2A2) | |
| **STARCH, CORN** (UNII: O8232NY3SJ) | |

## Product Characteristics

| | | | |
|---|---|---|---|
| **Color** | white (white to off-white) | **Score** | 2 pieces |
| **Shape** | ROUND | **Size** | 9mm |
| **Flavor** | | **Imprint Code** | AC72 |
| **Contains** | | | |

## Packaging

| # | Item Code | Package Description | Marketing Start Date | Marketing End Date |
|---|---|---|---|---|
| 1 | NDC:60219-1708-1 | 100 in 1 BOTTLE, PLASTIC; Type 0: Not a Combination Product | 06/24/2020 | |
| 2 | NDC:60219-1708-5 | 500 in 1 BOTTLE, PLASTIC; Type 0: Not a Combination Product | 06/24/2020 | |

## Marketing Information

| Marketing Category | Application Number or Monograph Citation | Marketing Start Date | Marketing End Date |
|---|---|---|---|
| ANDA | ANDA213386 | 06/24/2020 | |

## Labeler - Amneal Pharmaceuticals NY LLC (123797875)

Revised: 12/2023

Amneal Pharmaceuticals NY LLC

YA 0251

**DEXAMETHASONE- dexamethasone tablet**
**Amneal Pharmaceuticals NY LLC**

----------

**Dexamethasone Tablets, USP**
**(4 mg and 6 mg)**
**Rx Only**

## DESCRIPTION

Dexamethasone Tablets, USP, for oral administration, are supplied in two potencies, 4 mg and 6 mg containing 4 mg and 6 mg of dexamethasone, USP respectively. Inactive ingredients are corn starch, lactose monohydrate, magnesium stearate, pregelatinized starch and sodium starch glycolate type A.

The molecular weight for dexamethasone is 392.46 g/mol. It is designated chemically as (11β,16α)-9-fluoro-11,17,21-trihydroxy-16-methylpregna-1,4-diene-3,20-dione. The molecular formula is $C_{22}H_{29}FO_5$ and the structural formula is:



Dexamethasone, USP, a synthetic adrenocortical steroid, is a white to practically white crystalline powder. It is stable in air. It is practically insoluble in water.

Meets USP Dissolution Test 2.

## CLINICAL PHARMACOLOGY

Glucocorticoids, naturally occurring and synthetic, are adrenocortical steroids that are readily absorbed from the gastrointestinal tract. Glucocorticoids cause varied metabolic effects. In addition, they modify the body's immune responses to diverse stimuli. Naturally occurring glucocorticoids (hydrocortisone and cortisone), which also have sodium-retaining properties, are used as replacement therapy in adrenocortical deficiency states. Their synthetic analogs including dexamethasone are primarily used for their anti-inflammatory effects in disorders of many organ systems.

At equipotent anti-inflammatory doses, dexamethasone almost completely lacks the sodium-retaining property of hydrocortisone and closely related derivatives of hydrocortisone.

## INDICATIONS AND USAGE

**Allergic states**

YA 0252

Control of severe or incapacitating allergic conditions intractable to adequate trials of conventional treatment in asthma, atopic dermatitis, contact dermatitis, drug hypersensitivity reactions, perennial or seasonal allergic rhinitis, and serum sickness.

## Dermatologic diseases

Bullous dermatitis herpetiformis, exfoliative erythroderma, mycosis fungoides, pemphigus, and severe erythema multiforme (Stevens-Johnson syndrome).

## Endocrine disorders

Primary or secondary adrenocortical insufficiency (hydrocortisone or cortisone is the drug of choice; may be used in conjunction with synthetic mineralocorticoid analogs where applicable; in infancy mineralocorticoid supplementation is of particular importance), congenital adrenal hyperplasia, hypercalcemia associated with cancer, and nonsuppurative thyroiditis.

## Gastrointestinal diseases

To tide the patient over a critical period of the disease in regional enteritis and ulcerative colitis.

## Hematologic disorders

Acquired (autoimmune) hemolytic anemia, congenital (erythroid) hypoplastic anemia (Diamond-Blackfan anemia), idiopathic thrombocytopenic purpura in adults, pure red cell aplasia, and selected cases of secondary thrombocytopenia.

## Miscellaneous

Diagnostic testing of adrenocortical hyperfunction, trichinosis with neurologic or myocardial involvement, tuberculous meningitis with subarachnoid block or impending block when used with appropriate antituberculous chemotherapy.

## Neoplastic diseases

For the palliative management of leukemias and lymphomas.

## Nervous system

Acute exacerbations of multiple sclerosis, cerebral edema associated with primary or metastatic brain tumor, craniotomy, or head injury.

## Ophthalmic diseases

Sympathetic ophthalmia, temporal arteritis, uveitis, and ocular inflammatory conditions unresponsive to topical corticosteroids.

## Renal diseases

To induce a diuresis or remission of proteinuria in idiopathic nephrotic syndrome or that due to lupus erythematosus.

## Respiratory diseases

Berylliosis, fulminating or disseminated pulmonary tuberculosis when used concurrently with appropriate antituberculous chemotherapy, idiopathic eosinophilic pneumonias, symptomatic sarcoidosis.

YA 0253

**Rheumatic disorders**

As adjunctive therapy for short-term administration (to tide the patient over an acute episode or exacerbation) in acute gouty arthritis, acute rheumatic carditis, ankylosing spondylitis, psoriatic arthritis, rheumatoid arthritis, including juvenile rheumatoid arthritis (selected cases may require low-dose maintenance therapy). For the treatment of dermatomyositis, polymyositis, and systemic lupus erythematosus.

## CONTRAINDICATIONS

Systemic fungal infections (see **WARNINGS,** *Fungal infections*).

Dexamethasone tablets are contraindicated in patients who are hypersensitive to any components of this product.

## WARNINGS

### General

Rare instances of anaphylactoid reactions have occurred in patients receiving corticosteroid therapy (see **ADVERSE REACTIONS**).

Increased dosage of rapidly acting corticosteroids is indicated in patients on corticosteroid therapy subjected to any unusual stress before, during, and after the stressful situation.

### Cardio-renal

Average and large doses of corticosteroids can cause elevation of blood pressure, sodium and water retention, and increased excretion of potassium. These effects are less likely to occur with the synthetic derivatives except when used in large doses. Dietary salt restriction and potassium supplementation may be necessary. All corticosteroids increase calcium excretion.

Literature reports suggest an apparent association between use of corticosteroids and left ventricular free wall rupture after a recent myocardial infarction; therefore, therapy with corticosteroids should be used with great caution in these patients.

### Endocrine

Corticosteroids can produce reversible hypothalamic-pituitary adrenal (HPA) axis suppression with the potential for glucocorticosteroid insufficiency after withdrawal of treatment. Adrenocortical insufficiency may result from too rapid withdrawal of corticosteroids and may be minimized by gradual reduction of dosage. This type of relative insufficiency may persist for months after discontinuation of therapy; therefore, in any situation of stress occurring during that period, hormone therapy should be reinstituted. If the patient is receiving steroids already, dosage may have to be increased.

Metabolic clearance of corticosteroids is decreased in hypothyroid patients and increased in hyperthyroid patients. Changes in thyroid status of the patient may necessitate adjustment in dosage.

YA 0254

**Infections**

*General*

Patients who are on corticosteroids are more susceptible to infections than are healthy individuals. There may be decreased resistance and inability to localize infection when corticosteroids are used. Infection with any pathogen (viral, bacterial, fungal, protozoan or helminthic) in any location of the body may be associated with the use of corticosteroids alone or in combination with other immunosuppressive agents. These infections may be mild to severe. With increasing doses of corticosteroids, the rate of occurrence of infectious complications increases. Corticosteroids may also mask some signs of current infection.

*Fungal Infections*

Corticosteroids may exacerbate systemic fungal infections and therefore should not be used in the presence of such infections unless they are needed to control life-threatening drug reactions. There have been cases reported in which concomitant use of amphotericin B and hydrocortisone was followed by cardiac enlargement and congestive heart failure (see **PRECAUTIONS, Drug Interactions,** *Amphotericin B injection and potassium-depleting agents*).

*Special Pathogens*

Latent disease may be activated or there may be an exacerbation of intercurrent infections due to pathogens, including those caused by *Amoeba*, *Candida*, *Cryptococcus*, *Mycobacterium*, *Nocardia*, *Pneumocystis*, *Toxoplasma*.

It is recommended that latent amebiasis or active amebiasis be ruled out before initiating corticosteroid therapy in any patient who has spent time in the tropics or any patient with unexplained diarrhea.

Similarly, corticosteroids should be used with great care in patients with known or suspected Strongyloides (threadworm) infestation. In such patients, corticosteroid-induced immunosuppression may lead to Strongyloides hyperinfection and dissemination with widespread larval migration, often accompanied by severe enterocolitis and potentially fatal gram-negative septicemia.

Corticosteroids should not be used in cerebral malaria.

*Tuberculosis*

The use of corticosteroids in active tuberculosis should be restricted to those cases of fulminating or disseminated tuberculosis in which the corticosteroid is used for the management of the disease in conjunction with an appropriate antituberculous regimen.

If corticosteroids are indicated in patients with latent tuberculosis or tuberculin reactivity, close observation is necessary as reactivation of the disease may occur. During prolonged corticosteroid therapy, these patients should receive chemoprophylaxis.

*Vaccination*

**Administration of live or live, attenuated vaccines is contraindicated in patients receiving immunosuppressive doses of corticosteroids. Killed or**

YA 0255

**inactivated vaccines may be administered. However, the response to such vaccines cannot be predicted.** Immunization procedures may be undertaken in patients who are receiving corticosteroids as replacement therapy, e.g., for Addison's disease.

*Viral Infections*

Chickenpox and measles can have a more serious or even fatal course in pediatric and adult patients on corticosteroids. In pediatric and adult patients who have not had these diseases, particular care should be taken to avoid exposure. The contribution of the underlying disease and/or prior corticosteroid treatment to the risk is also not known. If exposed to chickenpox, prophylaxis with varicella zoster immune globulin (VZIG) may be indicated. If exposed to measles, prophylaxis with immune globulin (IG) may be indicated (see the respective package inserts for VZIG and IG for complete prescribing information). If chickenpox develops, treatment with antiviral agents should be considered.

## Ophthalmic

Use of corticosteroids may produce posterior subcapsular cataracts, glaucoma with possible damage to the optic nerves, and may enhance the establishment of secondary ocular infections due to bacteria, fungi, or viruses. Consider referral to an ophthalmologist for patients who develop ocular symptoms or use corticosteroid-containing products for more than 6 weeks. The use of oral corticosteroids is not recommended in the treatment of optic neuritis and may lead to an increase in the risk of new episodes. Corticosteroids should not be used in active ocular herpes simplex.

## PRECAUTIONS

### General

The lowest possible dose of corticosteroids should be used to control the condition under treatment. When reduction in dosage is possible, the reduction should be gradual.

Since complications of treatment with corticosteroids are dependent on the size of the dose and the duration of treatment, a risk/benefit decision must be made in each individual case as to dose and duration of treatment and as to whether daily or intermittent therapy should be used.

Kaposi's sarcoma has been reported to occur in patients receiving corticosteroid therapy, most often for chronic conditions. Discontinuation of corticosteroids may result in clinical improvement.

### Cardio-renal

As sodium retention with resultant edema and potassium loss may occur in patients receiving corticosteroids, these agents should be used with caution in patients with congestive heart failure, hypertension, or renal insufficiency.

### Endocrine

Drug-induced secondary adrenocortical insufficiency may be minimized by gradual

YA 0256

reduction of dosage. This type of relative insufficiency may persist for months after discontinuation of therapy; therefore, in any situation of stress occurring during that period, hormone therapy should be reinstituted. Since mineralocorticoid secretion may be impaired, salt and/or a mineralocorticoid should be administered concurrently.

## Gastrointestinal

Steroids should be used with caution in active or latent peptic ulcers, diverticulitis, fresh intestinal anastomoses, and nonspecific ulcerative colitis, since they may increase the risk of a perforation.

Signs of peritoneal irritation following gastrointestinal perforation in patients receiving corticosteroids may be minimal or absent.

There is an enhanced effect due to decreased metabolism of corticosteroids in patients with cirrhosis.

## Musculoskeletal

Corticosteroids decrease bone formation and increase bone resorption both through their effect on calcium regulation (i.e. decreasing absorption and increasing excretion) and inhibition of osteoblast function. This, together with a decrease in the protein matrix of the bone secondary to an increase in protein catabolism, and reduced sex hormone production, may lead to inhibition of bone growth in pediatric patients and the development of osteoporosis at any age. Special consideration should be given to patients at increased risk of osteoporosis (e.g., postmenopausal women) before initiating corticosteroid therapy.

## Neuro-psychiatric

Although controlled clinical trials have shown corticosteroids to be effective in speeding the resolution of acute exacerbations of multiple sclerosis, they do not show that they affect the ultimate outcome or natural history of the disease. The studies do show that relatively high doses of corticosteroids are necessary to demonstrate a significant effect (see **DOSAGE AND ADMINISTRATION**).

An acute myopathy has been observed with the use of high doses of corticosteroids, most often occurring in patients with disorders of neuromuscular transmission (e.g., myasthenia gravis), or in patients receiving concomitant therapy with neuromuscular blocking drugs (e.g., pancuronium). This acute myopathy is generalized, may involve ocular and respiratory muscles, and may result in quadriparesis. Elevation of creatinine kinase may occur. Clinical improvement or recovery after stopping corticosteroids may require weeks to years.

Psychic derangements may appear when corticosteroids are used, ranging from euphoria, insomnia, mood swings, personality changes, and severe depression, to frank psychotic manifestations. Also, existing emotional instability or psychotic tendencies may be aggravated by corticosteroids.

## Ophthalmic

Intraocular pressure may become elevated in some individuals. If steroid therapy is continued for more than 6 weeks, intraocular pressure should be monitored.

YA 0257

## Information for Patients

Patients should be warned not to discontinue the use of corticosteroids abruptly or without medical supervision. As prolonged use may cause adrenal insufficiency and make patients dependent on corticosteroids, they should advise any medical attendants that they are taking corticosteroids and they should seek medical advice at once should they develop an acute illness including fever or other signs of infection. Following prolonged therapy, withdrawal of corticosteroids may result in symptoms of the corticosteroid withdrawal syndrome including myalgia, arthralgia, and malaise.

Persons who are on corticosteroids should be warned to avoid exposure to chickenpox or measles. Patients should also be advised that if they are exposed, medical advice should be sought without delay.

## Drug Interactions

*Aminoglutethimide:* Aminoglutethimide may diminish adrenal suppression by corticosteroids.

*Amphotericin B injection and potassium-depleting agents:* When corticosteroids are administered concomitantly with potassium-depleting agents (e.g., amphotericin B, diuretics), patients should be observed closely for development of hypokalemia. In addition, there have been cases reported in which concomitant use of amphotericin B and hydrocortisone was followed by cardiac enlargement and congestive heart failure.

*Antibiotics:* Macrolide antibiotics have been reported to cause a significant decrease in corticosteroid clearance (see **Drug Interactions,** *CYP 3A4 Inducers, CYP 3A4 Inhibitors and CYP 3A4 Substrates*).

*Anticholinesterases:* Concomitant use of anticholinesterase agents and corticosteroids may produce severe weakness in patients with myasthenia gravis. If possible, anticholinesterase agents should be withdrawn at least 24 hours before initiating corticosteroid therapy.

*Anticoagulants, oral:* Co-administration of corticosteroids and warfarin usually results in inhibition of response to warfarin, although there have been some conflicting reports. Therefore, coagulation indices should be monitored frequently to maintain the desired anticoagulant effect.

*Antidiabetics:* Because corticosteroids may increase blood glucose concentrations, dosage adjustments of antidiabetic agents may be required.

*Antitubercular drugs:* Serum concentrations of isoniazid may be decreased.

*Cholestyramine:* Cholestyramine may increase the clearance of corticosteroids.

*Cyclosporine:* Increased activity of both cyclosporine and corticosteroids may occur when the two are used concurrently. Convulsions have been reported with this concurrent use.

*Dexamethasone suppression test (DST):* False-negative results in the dexamethasone suppression test (DST) in patients being treated with indomethacin have been reported. Thus, results of the DST should be interpreted with caution in these patients.

*Digitalis glycosides:* Patients on digitalis glycosides may be at increased risk of arrhythmias due to hypokalemia.

YA 0258

*Ephedrine:* Ephedrine may enhance the metabolic clearance of corticosteroids, resulting in decreased blood levels and lessened physiologic activity, thus requiring an increase in corticosteroid dosage.

*Estrogens, including oral contraceptives:* Estrogens may decrease the hepatic metabolism of certain corticosteroids, thereby increasing their effect.

*CYP 3A4 Inducers:* Dexamethasone is metabolized by CYP 3A4. Drugs which induce cytochrome P450 3A4 (CYP 3A4) enzyme activity *(e.g., barbiturates, phenytoin, carbamazepine, rifampin)* may enhance the metabolism of corticosteroids and require that the dosage of the corticosteroid be increased.

*CYP 3A4 Inhibitors:* Concomitant administration of dexamethasone with erythromycin, a moderate CYP 3A4 inhibitor, has the potential to result in increased plasma concentrations of dexamethasone. Ketoconazole, a strong CYP3A4 inhibitor, has been reported to decrease the metabolism of certain corticosteroids by up to 60%, leading to increased risk of corticosteroid side effects. In addition, ketoconazole alone can inhibit adrenal corticosteroid synthesis and may cause adrenal insufficiency during corticosteroid withdrawal. Co-administration with other drugs which strongly inhibit CYP 3A4 *(e.g., itraconazole, clarithromycin, ritonavir, cobicistat-containing products)* may lead to increased plasma concentrations of corticosteroids and potentially increase the risk for systemic corticosteroid side effects. Consider the benefit of co-administration versus the potential risk of systemic corticosteroid effects, in which case patients should be monitored for systemic corticosteroid side effects.

*CYP 3A4 Substrates:* Dexamethasone is a moderate inducer of CYP 3A4. Co-administration with other drugs that are metabolized by CYP 3A4 *(e.g., indinavir, erythromycin)* may increase their clearance, resulting in decreased plasma concentration.

*Nonsteroidal anti-inflammatory agents (NSAIDS):* Concomitant use of aspirin (or other nonsteroidal anti-inflammatory agents) and corticosteroids increases the risk of gastrointestinal side effects. Aspirin should be used cautiously in conjunction with corticosteroids in hypoprothrombinemia. The clearance of salicylates may be increased with concurrent use of corticosteroids.

*Phenytoin:* In post-marketing experience, there have been reports of both increases and decreases in phenytoin levels with dexamethasone co-administration, leading to alterations in seizure control.

*Skin tests:* Corticosteroids may suppress reactions to skin tests.

*Thalidomide:* Co-administration with thalidomide should be employed cautiously, as toxic epidermal necrolysis has been reported with concomitant use.

*Vaccines:* Patients on corticosteroid therapy may exhibit a diminished response to toxoids and live or inactivated vaccines due to inhibition of antibody response. Corticosteroids may also potentiate the replication of some organisms contained in live attenuated vaccines. Routine administration of vaccines or toxoids should be deferred until corticosteroid therapy is discontinued if possible (see **WARNINGS, Infections, Vaccination**).

**Carcinogenesis, Mutagenesis, Impairment of Fertility**

No adequate studies have been conducted in animals to determine whether

YA 0259

corticosteroids have a potential for carcinogenesis or mutagenesis. Steroids may increase or decrease motility and number of spermatozoa in some patients.

## Pregnancy

*Teratogenic Effects*

Corticosteroids have been shown to be teratogenic in many species when given in doses equivalent to the human dose. Animal studies in which corticosteroids have been given to pregnant mice, rats, and rabbits have yielded an increased incidence of cleft palate in the offspring. There are no adequate and well-controlled studies in pregnant women. Corticosteroids should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus. Infants born to mothers who have received substantial doses of corticosteroids during pregnancy should be carefully observed for signs of hypoadrenalism.

## Nursing Mothers

Systemically administered corticosteroids appear in human milk and could suppress growth, interfere with endogenous corticosteroid production, or cause other untoward effects. Because of the potential for serious adverse reactions in nursing infants from corticosteroids, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

## Pediatric Use

The efficacy and safety of corticosteroids in the pediatric population are based on the well-established course of effect of corticosteroids, which is similar in pediatric and adult populations. Published studies provide evidence of efficacy and safety in pediatric patients for the treatment of nephrotic syndrome (patients > 2 years of age), and aggressive lymphomas and leukemias (patients > 1 month of age). Other indications for pediatric use of corticosteroids, e.g., severe asthma and wheezing, are based on adequate and well-controlled trials conducted in adults, on the premises that the course of the diseases and their pathophysiology are considered to be substantially similar in both populations.

The adverse effects of corticosteroids in pediatric patients are similar to those in adults (see **ADVERSE REACTIONS**). Like adults, pediatric patients should be carefully observed with frequent measurements of blood pressure, weight, height, intraocular pressure, and clinical evaluation for the presence of infection, psychosocial disturbances, thromboembolism, peptic ulcers, cataracts, and osteoporosis. Pediatric patients who are treated with corticosteroids by any route, including systemically administered corticosteroids, may experience a decrease in their growth velocity. This negative impact of corticosteroids on growth has been observed at low systemic doses and in the absence of laboratory evidence of hypothalamic-pituitary-adrenal (HPA) axis suppression (i.e. cosyntropin stimulation and basal cortisol plasma levels). Growth velocity may therefore be a more sensitive indicator of systemic corticosteroid exposure in pediatric patients than some commonly used tests of HPA axis function. The linear growth of pediatric patients treated with corticosteroids should be monitored, and the potential growth effects of prolonged treatment should be weighed against clinical benefits obtained and the availability of treatment alternatives. In order to minimize the potential growth effects of corticosteroids, pediatric patients should be *titrated* to the

YA 0260

lowest effective dose.

## Geriatric Use

Clinical studies did not include sufficient numbers of subjects aged 65 and over to determine whether they respond differently from younger subjects. Other reported clinical experience has not identified differences in responses between the elderly and younger patients. In general, dose selection for an elderly patient should be cautious, usually starting at the low end of the dosing range, reflecting the greater frequency of decreased hepatic, renal, or cardiac function, and of concomitant disease or other drug therapy. In particular, the increased risk of diabetes mellitus, fluid retention and hypertension in elderly patients treated with corticosteroids should be considered.

## ADVERSE REACTIONS

### (listed alphabetically, under each subsection)

The following adverse reactions have been reported with dexamethasone or other corticosteroids:

*Allergic reactions:* Anaphylactoid reaction, anaphylaxis, angioedema.

*Cardiovascular:* Bradycardia, cardiac arrest, cardiac arrhythmias, cardiac enlargement, circulatory collapse, congestive heart failure, fat embolism, hypertension, hypertrophic cardiomyopathy in premature infants, myocardial rupture following recent myocardial infarction (see **WARNINGS, Cardio-renal**), edema, pulmonary edema, syncope, tachycardia, thromboembolism, thrombophlebitis, vasculitis.

*Dermatologic:* Acne, allergic dermatitis, dry scaly skin, ecchymoses and petechiae, erythema, impaired wound healing, increased sweating, rash, striae, suppression of reactions to skin tests, thin fragile skin, thinning scalp hair, urticaria.

*Endocrine:* Decreased carbohydrate and glucose tolerance, development of cushingoid state, hyperglycemia, glycosuria, hirsutism, hypertrichosis, increased requirements for insulin or oral hypoglycemic agents in diabetes, manifestations of latent diabetes mellitus, menstrual irregularities, secondary adrenocortical and pituitary unresponsiveness (particularly in times of stress, as in trauma, surgery, or illness), suppression of growth in pediatric patients.

*Fluid and electrolyte disturbances:* Congestive heart failure in susceptible patients, fluid retention, hypokalemic alkalosis, potassium loss, sodium retention, tumor lysis syndrome.

*Gastrointestinal:* Abdominal distention, elevation in serum liver enzyme levels (usually reversible upon discontinuation), hepatomegaly, increased appetite, nausea, pancreatitis, peptic ulcer with possible perforation and hemorrhage, perforation of the small and large intestine (particularly in patients with inflammatory bowel disease), ulcerative esophagitis.

*Metabolic:* Negative nitrogen balance due to protein catabolism.

*Musculoskeletal:* Aseptic necrosis of femoral and humeral heads, loss of muscle mass, muscle weakness, osteoporosis, pathologic fracture of long bones, steroid myopathy, tendon rupture, vertebral compression fractures.

*Neurological/Psychiatric:* Convulsions, depression, emotional instability, euphoria,

YA 0261

headache, increased intracranial pressure with papilledema (pseudotumor cerebri) usually following discontinuation of treatment, insomnia, mood swings, neuritis, neuropathy, paresthesia, personality changes, psychic disorders, vertigo.

*Ophthalmic:* Exophthalmos, glaucoma, increased intraocular pressure, posterior subcapsular cataracts, vision blurred.

*Other:* Abnormal fat deposits, decreased resistance to infection, hiccups, increased or decreased motility and number of spermatozoa, malaise, moon face, weight gain.

**To report SUSPECTED ADVERSE REACTIONS, contact Amneal Pharmaceuticals at 1-877-835-5472 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch**.

## OVERDOSAGE

Treatment of overdosage is by supportive and symptomatic therapy. In the case of acute overdosage, according to the patient's condition, supportive therapy may include gastric lavage or emesis.

## DOSAGE AND ADMINISTRATION

### For oral administration

The initial dosage varies from 0.75 mg to 9 mg a day depending on the disease being treated.

*It Should Be Emphasized That Dosage Requirements Are Variable And Must Be Individualized On The Basis Of The Disease Under Treatment And The Response Of The Patient.*

After a favorable response is noted, the proper maintenance dosage should be determined by decreasing the initial drug dosage in small decrements at appropriate time intervals until the lowest dosage that maintains an adequate clinical response is reached.

Situations which may make dosage adjustments necessary are changes in clinical status secondary to remissions or exacerbations in the disease process, the patient's individual drug responsiveness, and the effect of patient exposure to stressful situations not directly related to the disease entity under treatment. In this latter situation it may be necessary to increase the dosage of the corticosteroid for a period of time consistent with the patient's condition. If after long-term therapy the drug is to be stopped, it is recommended that it be withdrawn gradually rather than abruptly.

In the treatment of acute exacerbations of multiple sclerosis, daily doses of 30 mg of dexamethasone for a week followed by 4 mg to 12 mg every other day for one month have been shown to be effective (see **PRECAUTIONS, Neuro-psychiatric**).

In pediatric patients, the initial dose of dexamethasone may vary depending on the specific disease entity being treated. The range of initial doses is 0.02 to 0.3 mg/kg/day in three or four divided doses (0.6 to 9 mg/m$^2$bsa/day).

*For the purpose of comparison, the following is the equivalent milligram dosage of the various corticosteroids:*

YA 0262

| | |
|---|---|
| Cortisone, 25 | Triamcinolone, 4 |
| Hydrocortisone, 20 | Paramethasone, 2 |
| Prednisolone, 5 | Betamethasone, 0.75 |
| Prednisone, 5 | Dexamethasone, 0.75 |
| Methylprednisolone, 4 | |

*These dose relationships apply only to oral or intravenous administration of these compounds. When these substances or their derivatives are injected intramuscularly or into joint spaces, their relative properties may be greatly altered.*

*In acute, self-limited allergic disorders or acute exacerbations of chronic allergic disorders,* the following dosage schedule combining parenteral and oral therapy is suggested:

<u>Dexamethasone Sodium Phosphate Injection, 4 mg per mL:</u>

First Day

1 mL or 2 mL, intramuscularly

<u>Dexamethasone Tablets, 0.75 mg:</u>

Second Day

4 tablets in two divided doses

Third Day

4 tablets in two divided doses

Fourth Day

2 tablets in two divided doses

Fifth Day

1 tablet

Sixth Day

1 tablet

Seventh Day

No treatment

Eighth Day

Follow-up visit

This schedule is designed to ensure adequate therapy during acute episodes, while minimizing the risk of overdosage in chronic cases.

In *cerebral edema*, dexamethasone sodium phosphate injection is generally administered initially in a dosage of 10 mg intravenously followed by 4 mg every six hours intramuscularly until the symptoms of cerebral edema subside. Response is usually noted within 12 to 24 hours and dosage may be reduced after two to four days and gradually discontinued over a period of five to seven days. For palliative management of patients with recurrent or inoperable brain tumors, maintenance therapy with either

YA 0263

dexamethasone sodium phosphate injection or dexamethasone tablets in a dosage of 2 mg two or three times daily may be effective.

*Dexamethasone suppression tests*

1.  Tests for Cushing's syndrome Give 1 mg of dexamethasone orally at 11:00 p.m.

Blood is drawn for plasma cortisol determination at 8:00 a.m. the following morning. For greater accuracy, give 0.5 mg of dexamethasone orally every 6 hours for 48 hours. Twenty-four hour urine collections are made for determination of 17-hydroxycorticosteroid excretion.

2.  Test to distinguish Cushing's syndrome due to pituitary ACTH excess from Cushing's syndrome due to other causes.

Give 2 mg of dexamethasone orally every 6 hours for 48 hours. Twenty-four hour urine collections are made for determination of 17-hydroxycorticosteroid excretion.


**HOW SUPPLIED**

Dexamethasone Tablets USP, **4 mg,** are supplied as white to off-white, round shaped, uncoated, flat tablet with beveled edges, scored on one side and product identification "E3" debossed on the other side.

They are available as follows:

Bottles of 100 with child-resistant closure:                NDC 60219-2043-1

Dexamethasone Tablets USP, **6 mg,** are supplied as white to off-white, round shaped, uncoated, flat tablet with beveled edges, scored on one side and product identification "E7" debossed on the other side.

They are available as follows:

Bottles of 100 with child-resistant closure:                NDC 60219-2044-1

*Storage*

Store at 20° to 25°C (68° to 77°F) [see USP Controlled Room Temperature].

Protect from moisture.

Dispense in a tight, light-resistant, child-resistant container as defined in the USP.

Manufactured by:
**Amneal Pharmaceuticals Pvt. Ltd.**
**Oral Solid Dosage Unit**
Ahmedabad 382213, INDIA

Distributed by:
**Amneal Pharmaceuticals LLC**
Bridgewater, NJ 08807

Rev. 12-2021-01


**PRINCIPAL DISPLAY PANEL**

YA 0264

**NDC 60219-2043-1**
**Dexamethasone Tablets USP, 4 mg**
**Rx only**
**100 Tablets**
**Amneal Pharmaceuticals LLC**



**NDC 60219-2044-1**
**Dexamethasone Tablets USP, 6 mg**
**Rx only**
**100 Tablets**
**Amneal Pharmaceuticals LLC**



## DEXAMETHASONE

dexamethasone tablet

### Product Information

| Product Type | HUMAN PRESCRIPTION DRUG | Item Code (Source) | NDC:60219-2043 |
|---|---|---|---|
| Route of Administration | ORAL | | |

### Active Ingredient/Active Moiety

**YA 0265**

| Ingredient Name | Basis of Strength | Strength |
|---|---|---|
| **DEXAMETHASONE** (UNII: 7S5I7G3JQL) (DEXAMETHASONE - UNII:7S5I7G3JQL) | DEXAMETHASONE | 4 mg |

## Inactive Ingredients

| Ingredient Name | Strength |
|---|---|
| **LACTOSE MONOHYDRATE** (UNII: EWQ57Q8I5X) | |
| **MAGNESIUM STEARATE** (UNII: 70097M6I30) | |
| **SODIUM STARCH GLYCOLATE TYPE A** (UNII: H8AV0SQX4D) | |
| **STARCH, CORN** (UNII: O8232NY3SJ) | |

## Product Characteristics

| | | | |
|---|---|---|---|
| **Color** | white (white to off-white) | **Score** | 2 pieces |
| **Shape** | ROUND | **Size** | 6mm |
| **Flavor** | | **Imprint Code** | E3 |
| **Contains** | | | |

## Packaging

| # | Item Code | Package Description | Marketing Start Date | Marketing End Date |
|---|---|---|---|---|
| 1 | NDC:60219-2043-1 | 100 in 1 BOTTLE, PLASTIC; Type 0: Not a Combination Product | 09/01/2021 | |

## Marketing Information

| Marketing Category | Application Number or Monograph Citation | Marketing Start Date | Marketing End Date |
|---|---|---|---|
| ANDA | ANDA215106 | 09/01/2021 | |

# DEXAMETHASONE
dexamethasone tablet

## Product Information

| | | | |
|---|---|---|---|
| **Product Type** | HUMAN PRESCRIPTION DRUG | **Item Code (Source)** | NDC:60219-2044 |
| **Route of Administration** | ORAL | | |

## Active Ingredient/Active Moiety

| Ingredient Name | Basis of Strength | Strength |
|---|---|---|
| **DEXAMETHASONE** (UNII: 7S5I7G3JQL) (DEXAMETHASONE - UNII:7S5I7G3JQL) | DEXAMETHASONE | 6 mg |

## Inactive Ingredients

| Ingredient Name | Strength |
|---|---|

YA 0266

**LACTOSE MONOHYDRATE** (UNII: EWQ57Q8I5X)

**MAGNESIUM STEARATE** (UNII: 70097M6I30)

**SODIUM STARCH GLYCOLATE TYPE A** (UNII: H8AV0SQX4D)

**STARCH, CORN** (UNII: O8232NY3SJ)

## Product Characteristics

| Color | white (white to off-white) | Score | 2 pieces |
|---|---|---|---|
| Shape | ROUND | Size | 6mm |
| Flavor | | Imprint Code | E7 |
| Contains | | | |

## Packaging

| # | Item Code | Package Description | Marketing Start Date | Marketing End Date |
|---|---|---|---|---|
| 1 | NDC:60219-2044-1 | 100 in 1 BOTTLE, PLASTIC; Type 0: Not a Combination Product | 09/01/2021 | |

## Marketing Information

| Marketing Category | Application Number or Monograph Citation | Marketing Start Date | Marketing End Date |
|---|---|---|---|
| ANDA | ANDA215106 | 09/01/2021 | |

**Labeler -** Amneal Pharmaceuticals NY LLC (123797875)

Revised: 12/2023                                    Amneal Pharmaceuticals NY LLC

YA 0267

## 1

**1** 5:5,10 6:20 7:11,12 11:18,19 14:13 15:18 25:14 39:16 41:25 50:16

**10** 8:3 30:6 37:24 46:22

**100** 14:19

**129** 17:15

**15** 19:23 46:23

**155694** 7:12,22

**16** 39:19

**1:55** 52:17

## 2

**2** 5:13 41:13,16,25 45:12

**20** 24:5

**200** 15:6 38:14

**2002** 18:5 21:18

**2003** 19:24

**2018** 19:24

**2021** 19:8 46:18,20 47:2

**2022** 7:23 8:6 9:1,21 10:11 12:4,8 13:8 14:4,11,23 15:3,10 17:7 25:23 26:21 29:13,20 30:24 35:8 37:24 38:13,15 39:18,19 44:19 46:20 47:2,3 48:18,22 49:3,11,18,21,24

**21** 21:21

**27** 14:11,23 17:6

## 3

**30** 8:6,9,17

**32** 42:1

**32-page** 41:16

## 4

**4** 14:20 15:2,7,10 17:7 38:13,14,15

## 5

**500** 8:2 30:5 37:24

## 8

**8** 7:22 8:6 9:1,21 10:11 12:4,8 13:8 14:4 17:6 26:21 29:13,20 30:24 35:7 37:24 39:18 44:18 49:3,11,18,21,24

**8/8/2022** 7:13

## A

**A-M-N-E-A-L** 42:10

**accomplish** 39:12

**accomplished** 39:13

**actual** 44:3 45:3

**additional** 49:2,9

**address** 5:25 17:13

**agree** 8:1

**Amneal** 42:9,21 43:1,7,14,20

**antimalarial** 35:24

**appears** 6:12

**arose** 31:24

**aspect** 21:24

**assumption** 13:17

**August** 7:22 8:6 9:1,21 10:11 12:4,8 13:8 14:4 17:6 26:21 29:13,20 30:24 35:7 37:24 39:18,19 44:18 48:22 49:3,11,18,21,24

**authorization** 20:15,19

## B

**babesia** 31:16 33:6 34:1,7,13,21 35:9,12,19,23

**babesiosis** 36:5,6 48:6,8

**back** 39:15

**bad** 39:5

**Based** 39:22

**basically** 31:14

**basis** 47:5

**begin** 19:6

**benefit** 41:20

**billed** 8:13

**body's** 35:25

**book** 27:22

**bookmark** 28:22

**break** 16:19

**Brian** 5:1 7:20 9:25 13:14 16:13 31:22 41:24 43:24 45:25 51:7

**Bryk** 5:1,17 7:20 17:10,20

**BTB** 7:14

## C

**call** 13:21 17:4

**called** 13:17 19:25 45:11 51:9

**capacity** 12:25

**career** 21:23 22:17 26:13 37:5 38:2

**case** 18:17,25 20:23 26:15 43:17 47:14

**cases** 22:24

**Center** 5:23 6:8 19:7,10 20:8,12 21:10 25:24 31:5 33:2,10 35:19 36:10 37:2,6 42:6,15,21 43:1,13,19 44:8,13 46:18 51:9

**Centers** 48:6

**change** 8:24 23:16

**changed** 8:16

**charge** 20:14

**check** 48:6

**children** 17:21

**class** 24:10

**clear** 15:13

**close** 20:6

**closer** 20:9

**column** 7:6,8,13

**columns** 6:24 7:4

**common** 26:6 27:20 28:2 37:4

**commonly** 27:18 40:10

**company** 42:9 45:5

**compound** 16:18 46:6

**Compounding** 5:23 6:7 19:7,10 20:8,12 21:9 25:24 31:5 33:2,10 34:3 35:19 36:10 37:2,6 42:6,15,21 43:1, 13,19 44:8,13 46:18 51:9

**computer** 5:20 6:6,7 8:10,14 11:24

**concern** 22:25

**concerned** 18:17,25 23:19 24:1

**concluded** 52:16

**condition** 39:10

**conduct** 34:11

**conducted** 36:4 49:9

**confused** 27:12

**Conor** 12:24 16:19 37:9 51:16

**consulted** 29:17

**Control** 48:7

**conversation** 31:19 32:4 33:1,8,9
50:5,7,11

**conversations** 30:24 31:1,9,12
32:13,24 33:18 34:8 36:9

**conveyed** 35:18

**copy** 52:7,13

**correct** 12:2 18:6 31:10 32:25 36:18,
23 48:1 51:10

**corrected** 8:16

**correctly** 47:24

**corticosteroid** 25:21 39:17 40:10
41:8 48:21

**corticosteroids** 24:7,10,14,22 25:1,
6,9 33:5 35:20 36:3,11,16 40:5 47:15,
25 48:14,16 49:3,10

**cortisone** 36:5

**counsel** 41:17

**counsel's** 5:12 41:20

**COURT** 52:6,11

**Courtney** 5:14 14:2,6,24 15:10,19
20:13 21:4 49:17,22,25 50:4,13,17
52:3

**covers** 21:8

D

**daily** 47:5

**Dallas** 17:12,15

**Daryl** 16:7,25

**date** 6:21 7:3,12 8:5 38:16 46:4

**dates** 39:22

**daughter** 31:24

**day** 8:6,11 24:11

**days** 39:18

**default** 8:14

**defaults** 8:11

**degree** 21:18

**depending** 9:16

**depends** 39:9

**deposed** 5:13

**deposition** 5:5 41:13 49:17 52:16

**describe** 24:9,13 39:4 46:7,12

**dexamethasone** 14:20 15:6 25:2
26:8,18 38:14,16 39:21 40:25 41:19
45:4

**diagnoses** 9:2,18 10:6

**diagnosis** 9:10

**diarrhea** 25:16

**discussions** 30:17

**Disease** 48:7

**dispense** 7:21 9:10 20:16 26:6
36:19,25 37:6,14,16 42:14 46:24

**dispensed** 6:21 7:3,5,7 8:25 9:20
10:10,22 12:3,7,21 13:7,18 14:3,16,
22 15:4,9,16 17:5 24:4 26:1,14,17,20
29:19 30:9 35:7 37:21,25 38:10,16
44:18 45:18

**dispenses** 43:13,19

**dispensing** 12:17 15:14 45:7,9 51:8,
13

**doctor** 21:24 22:7,18

**doctors** 32:11

**document** 5:18,22 6:6,15,16

**dosage** 22:10,19

**dosages** 27:17

**dose** 23:18 24:1

**doses** 36:10

**dosing** 25:21

**Drive** 17:15

**drug** 6:21 23:15 27:6 28:8

**drugs** 26:6 27:24 28:24 29:6 39:12

**duly** 5:2

**duplicated** 39:3

**duplication** 38:24

**duplications** 40:4

**duplicative** 39:24

E

**earlier** 5:11 21:17 32:10 36:18 48:14

**effect** 18:17,25 48:16

**effects** 25:11 36:15 48:14

**elaborate** 9:13

**Elmcrest** 17:15

**employer** 6:3

**employment** 20:9

**end** 20:4

**entered** 7:2

**exact** 46:4

**EXAMINATION** 5:4

**examined** 5:2

**excerpt** 41:17

**Exhibit** 5:5,10,13 6:20 7:12 11:19
14:13 15:18 39:16 41:13,16,25 45:12
50:16

**expires** 18:13,14

**explain** 23:5

**extent** 16:14 24:22

F

**fair** 21:20 26:5,7 44:16

**familiar** 48:15,18

**feel** 51:1

**field** 8:14

**fighting** 36:1

**file** 11:25

**fill** 50:14,15

**find** 30:1,11 34:15

**finding** 34:12

**fine** 30:10

**form** 9:24 10:4,13 11:7 12:11,23
13:10,23 15:22 16:9,11,13 20:25
21:12 22:14 23:2,21 24:16 26:10,25
27:8 28:11 29:2,22 30:14 32:6,17
33:20 35:3 38:4,19 39:7 40:1,12,18

41:2,10 42:23 43:4 45:21 46:10
47:10,20 48:10,24 49:6,13 50:9,20

**four-page**  5:13

**free**  51:1

**frequency**  37:20

**full**  7:19 52:10

---

**G**

**gained**  34:21

**gastrointestinal**  25:15

**gather**  30:2

**general**  23:6 29:24 30:21

**GI**  25:14

**give**  27:5

**good**  39:5

**graduate**  17:25 18:3

**guess**  32:3

---

**H**

**happy**  16:15

**Hazelton**  19:16

**he'**  35:14

**head**  18:10 25:18 28:21 29:11

**hear**  33:23

**heard**  38:23

**history**  11:15,17,21,22 31:25

**home**  20:10

**honestly**  24:19

---

**I**

**idea**  22:23

**identification**  5:6 41:14

**identifying**  6:25

**imagine**  33:11 46:5

**immune**  48:15

**include**  25:2

**included**  31:8

**indications**  27:17

**individual**  11:10

**infection**  35:22

**inflammation**  31:17 36:1,3

**information**  5:15 27:6 28:24 29:5
30:2 34:12,13,16,21

**initials**  7:6,15,17,24

**initiate**  33:17

**initiated**  32:4,24

**injections**  39:17

**injured**  41:7

**insert**  27:16,19 28:1,4,9 29:14 42:8
45:14,18

**inserts**  28:25 29:6

**inside**  33:2,9 35:18

**insurance**  21:5,8 41:21

**insurances**  8:13

**insured**  20:22 21:3

**interaction**  23:10

**interactions**  23:16

**interpreted**  28:15

**intolerance**  25:15

**involving**  47:14

---

**J**

**job**  8:23

**jobs**  8:21 9:17

**Joined**  23:22 32:18 38:6,20 40:2,19
41:3,11 47:11

---

**K**

**Keesler**  9:23 10:3,12 11:6 12:10,22
13:9,13,22 15:21 16:8,12,18 18:19
19:2 20:24 21:11 22:13 23:1,20 24:15
26:2,9,24 27:7 28:10 29:1,21 30:13
31:21 32:5,16,19 33:19 35:2,11 36:21
37:8,18 38:3,18 39:6,25 40:11,17
41:1,9 42:22 43:3,21 44:21 45:20
46:9 47:1,9,19 48:9,23 49:5,12 50:1,
8,19 51:4,16 52:7,9

**Kelly**  17:20

**kill**  35:25

**kind**  5:9 8:10 23:6 34:10

**knew**  10:6 11:2,10 35:14

**knowing**  6:17

**knowledge**  20:22 23:13 40:15,21
48:20

---

**L**

**LAMB**  5:7,16 10:7,19 11:12 12:14
13:2,5,19 14:1 16:4,15,21 18:23 19:5
21:1,16 22:16 23:4,23 24:20 26:4,12
27:3,9 28:12 29:3,25 30:22 32:2,9,22
33:21 35:6,13,16 36:22 37:10,22
38:8,22 39:14 40:8,14,20 41:5,15,23
42:24 43:9,23 44:24 45:23 46:13
47:3,6,13,22 48:12 49:1,8,16 50:3,12,
22 51:6,18,24 52:4

**large**  38:17

**larger**  38:10

**lawyers**  50:25

**learn**  30:8 34:4

**learned**  24:13 49:2

**led**  22:6

**Levine**  23:22 32:18 38:6,20 40:2,19
41:3,11 47:11 51:2 52:12,14

**Lexitas**  5:10

**license**  18:7,13,18 19:1

**limiting**  43:17

**limits**  25:20

**Lindner**  10:24 12:5 15:19 30:5,17
31:11 32:13 33:3,25 34:8 35:12,15,18
36:8 46:3,21 47:7 50:6

**Lindner's**  11:1,3,14 15:25 48:3

**listed**  14:10,13

**live**  17:10

**located**  20:2

**location**  9:17

**long**  51:25

**looked**  26:22 28:5,8,18,24 29:5,14
30:7 42:7 45:17 48:2 49:19

**lot**  15:25 22:2 24:4 27:25 39:9

---

**M**

**made**  23:18 24:1

**manufactured**  43:20 44:19

**manufacturer** 42:13 44:7 51:14

**manufacturers** 42:17 43:12

**marked** 5:6,8,9 41:14

**married** 17:17

**material** 27:24 28:8

**materials** 26:22 28:1,3

**matters** 33:7

**means** 39:2

**meant** 34:1,4

**medication** 23:9,11

**meet** 46:2

**member** 13:25

**mentioned** 20:5 33:8

**met** 46:16

**midway** 6:19

**milligrams** 8:3 14:20 15:7 30:6
    37:25 38:15

**mind** 25:1

**mine** 7:18

**mini** 52:10

**moment** 50:23

**multiple** 28:16

**N**

**names** 43:11

**nausea** 25:16

**necessarily** 9:12,14,18 40:4

**needing** 36:2

**normal** 9:8

**normalcy** 22:9,12

**notes** 9:5 50:23

**number** 6:21 7:1,2 8:8,9,17 18:7,9
    46:23

**O**

**O-L-E-X-Y** 20:1

**objecting** 16:12

**objection** 9:23,24 10:2,3,12 11:6
    12:10,22 13:9,14,22 15:21 16:8,11,17
    18:19 19:2 20:24 21:11 22:13 23:1,20

24:15 26:2,9,24 27:7 28:10 29:1,21
    30:13 31:21 32:5,16 33:19 35:2 36:21
    37:8,18 38:3,18 39:6,25 40:11,17
    41:1,9 42:22 43:3,21 44:21 45:20
    46:9 47:9,19 48:9,23 49:5,12 50:1,8,
    19

**occur** 32:14

**occurred** 30:24

**October** 15:2,10 17:7 38:13,15

**Olexy** 20:1

**online** 34:17,18

**open** 27:14

**opportunity** 20:10

**order** 17:4 52:14

**ordered** 23:11

**ordering** 52:7,12

**overdose** 40:16,22,25

**owned** 19:20,23

**P**

**p.m.** 52:17

**package** 27:16,19 28:1,4,9,25 29:6,
    14 42:7 45:14,18

**packaging** 42:3

**pages** 41:18 42:1

**parasite** 35:22

**parasites** 35:25

**part** 9:8

**participate** 49:20

**patient** 6:12 9:19 10:24 11:1,2,11,14,
    16 12:1 13:17 16:3 22:25 23:19 24:1
    35:9,12,15 41:7 43:7

**patient's** 9:10 23:8 39:10

**patients** 8:22 15:25 16:1 30:17 31:16
    32:1 35:20,21 36:11 39:11 40:10 43:8

**PDF** 5:13 41:17

**Pennsylvania** 6:1 17:12,16 18:7
    19:16 20:3

**people** 5:11

**period** 20:5

**person** 13:1 31:2

**Pharmaceuticals** 42:10,21 43:2,20

**pharmacist** 7:6 9:9,17 18:7,12,18
    19:1,11 20:13,19 21:9,21 25:25 27:4

**pharmacy** 8:21 18:1,3 19:12,15,17,
    20,22,23,25 21:6,18 24:6,14,23 25:5,
    20 38:2 42:18

**phone** 13:20

**PK** 45:11 51:9

**place** 31:2,4,20

**places** 34:20

**Plaintiff's** 5:9 41:16

**plans** 33:6

**point** 19:18 23:15 26:13 42:8

**policy** 21:5,8 41:21

**portion** 5:22

**posed** 25:6,9

**possibly** 32:21 33:24

**potential** 36:15

**practice** 9:8 20:18 27:4

**practicing** 21:21

**prednisone** 8:3 25:2 26:1,14,20,23
    29:15,18 30:6,8 31:13 33:3,5 36:19
    37:1,6,24 38:1,10 39:20 40:16,22
    41:19 42:4,14 43:12,19 44:7,17,20
    45:4

**prescribed** 22:19

**prescriber** 7:5 23:14

**prescribing** 21:24 22:6,18 32:11

**prescription** 5:14 7:2,21 8:2 9:1,11,
    21 10:11,22 12:4,8,17,21,25 13:4,8
    14:4,10,11,16,23 15:3 17:4 21:25
    23:8 29:12,19 30:5 35:8 37:23 38:1,
    10,14,17 47:8 49:18,21,25 51:17

**prescriptions** 7:1 8:23 15:14,17
    17:6 20:16 24:5 32:12,15 39:23 45:19
    46:25 50:15 51:14

**pretty** 47:5

**Prevention** 48:7

**previous** 11:20,22

**provider** 23:11,12 35:12,13

**providers** 23:16

**pull** 5:7

**purposes** 6:20

**put** 13:13 45:24 46:23

## Q

**Quantity** 6:21

**question** 10:9,15,17,20 13:3 16:13,
19 21:2,24 22:6 23:7,24 29:24 37:12
42:25 43:24

**questioned** 22:18 32:11,14 47:7

**questions** 51:3 52:5

## R

**reach** 23:13

**read** 34:23

**realm** 22:9,11

**reason** 18:16,24

**recall** 9:3,6 10:5 11:10 12:6,13,15,18
14:5 24:3 25:17 29:16 33:24 34:19,20
35:5,10 36:7,13 38:7,9,12,21 42:19
43:7 45:16 46:1 47:21,24 48:11 49:23
50:2,7,10,21

**recently** 29:7

**recognize** 5:17 6:10,15 7:14 42:1,11

**record** 6:20 13:14 14:15 18:10 33:23
44:23,25 45:2,6,25

**records** 9:5 44:3,6

**reference** 26:22 27:15,24,25 28:3,7

**referring** 31:2 45:1

**relationship** 46:8

**remember** 15:1,12,18,24 16:2,6,23,
24 17:1,2,3 24:17,21 25:8,19 27:2
28:5,7 29:13 30:20,23,25 31:7 32:8,
24 33:4,13 36:17 46:4 50:17

**renewal** 18:18 19:1

**repeat** 18:21

**report** 5:19

**REPORTER** 52:6,11

**represents** 6:24

**request** 13:18

**require** 36:12

**research** 34:10 36:4,5 48:5 49:10,24

**researched** 34:7 49:19

**respect** 29:15

**response** 36:1,2

**retailed** 8:12

**retrieve** 52:1

**retrieved** 51:23

**reviewing** 23:7

**risks** 25:6,9,10

**row** 7:11

**rows** 6:24

**RP437583** 18:8

**RPH** 7:8,14

**Rx** 6:20 7:1,12

## S

**safety** 22:25 23:19 24:2

**sake** 5:12

**school** 18:1,4 24:6,14,23 25:5,20

**screen** 11:18 39:16 42:2

**scrolling** 45:12

**search** 28:22 34:18,23

**sell** 20:4

**September** 14:11,23 17:6 18:13,15

**series** 6:23

**shared** 50:5

**shelf** 44:15

**shortly** 46:5,17

**showing** 45:3

**shows** 18:11 27:16

**side** 25:11 36:15 48:13,16

**signature** 52:17

**similar** 38:1 39:2,12 48:21

**similarly** 31:25

**simple** 10:20 13:2

**sit** 16:5 43:10 44:5

**situation** 23:17,25

**situations** 8:20 22:5

**size** 23:18,25 38:1

**software** 45:8,10 51:8,13

**sort** 9:5 24:13

**sources** 28:17,23 29:5 34:24 35:1

**speak** 12:5,8 13:6 14:2,24 15:10 36:8

**speaking** 13:12 15:19

**specifically** 31:8 51:22

**spell** 19:13

**spoke** 12:15,18,19 16:6 29:18

**spoken** 14:6 16:22,25 39:19

**spouse's** 17:19

**Stacey** 6:10 7:22 9:2,22 10:9,21
12:5,9,16,20 13:3,7 14:3,7,17,24
15:11,20 16:7,22 17:9 26:14,21
29:12,19 30:3 31:7 35:8 44:18 45:19
50:6,16

**staff** 13:25

**start** 15:15

**started** 34:2 46:5,17

**state** 33:22

**steroids** 25:14 30:18 31:18 36:6

**Street** 6:1

**subject** 33:7

**suffering** 35:22

**summarize** 35:17

**superior** 20:11

**supervisor** 20:11

**supply** 8:6,11

**suppression** 48:15

**switch** 41:15

**sworn** 5:2

**system** 5:20 6:6,7

## T

**tablets** 8:3 14:20 15:7 30:6 37:24
38:14

**taking** 41:7

**talk** 16:1 36:14

**talked** 15:17 48:13 50:15 51:15,19

**talking** 9:16 11:17 44:17 47:2 51:17

**taught** 24:6,10,22 25:5,8,19

**Taylor** 20:3

**term** 24:25 33:25 38:23 39:1

**testified** 5:3 35:14 36:24 50:4,13

therapeutic  38:24

therapeutically  39:24

therapy  39:2

thing  39:5 41:21

things  27:17

Thomas  7:20

time  8:25 10:6 16:2 20:5 50:24 52:1

times  22:3,21 46:23

Tioga  5:25

today  14:8 16:5 44:14 48:21 49:4 51:15,20

ton  46:22

top  7:9 18:9 25:18 28:21 29:11

topic  24:18

transcript  52:8,13

treat  36:6

treating  31:16,25 35:23

treatment  33:6 35:24 36:2

true  26:8

Tunkhannock  5:23 6:1,7 19:7,9 20:8,12 21:9 25:24 31:5 33:2,10 34:2 35:19 36:9 37:2,5,15,17 42:6,14,20 43:1,12,18 44:8,12 46:6,17 51:9

turn  35:24

type  39:12

types  22:5

**U**

understand  10:14,17 11:8 16:14 23:15 31:6 37:14 43:5 46:12 47:24

understanding  21:7 36:15

University  18:5

uploaded  5:10

upper  5:21

**V**

variables  39:9

verify  23:14

versus  23:12

visible  11:23

vomiting  25:16

**W**

waived  52:17

wanted  8:17

website  27:22

websites  29:10 48:3

Wilkes  18:5

Wolking  6:11 7:22 9:22 10:10,21 12:1,5,9,16,20 13:3,7 14:3,7,17,25 15:11,20 16:7,23 17:1,9 26:21 30:3, 21 31:7 35:8 44:18 50:6,16 51:17,19

Wolking's  9:2 26:15 29:12,19 45:19

work  19:10 20:7

worked  19:9,12 37:17

working  19:6 21:9 25:24 46:6

wrong  28:14

**Y**

Y-O-C-U-M-S  19:14

year  18:13 47:1

years  18:14 19:23 21:21 24:5 29:8

yesterday  41:18

Yocum's  19:12,13

Young  5:14 14:2,7,24 15:11,20 49:17,22,25 50:4,13,18