# In the Matter Of:

*WOLKING and DARYL WOLKING vs*

*HENRY LINDNER*

---

# HENRY LINDNER, M.D.

## February 21, 2024

---



1

```
 1              UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
 2                      - - -
                                   :
 3   STACEY WOLKING and DARYL     :   Civil No.
     WOLKING, h/w,                :   3:23-cv-00806-
 4                                :   MEM
                                  :
 5              Plaintiffs,        :
                                  :
 6           v.                    :
                                  :
 7   HENRY LINDNER, M.D. and       :
     YOUNGS APOTHECARY, INC.,      :
 8   d/b/a TUNKHANNOCK             :
     COMPOUNDING CENTER,           :
 9                                :
                                  :
10              Defendants.        :

11                      - - -

12          WEDNESDAY, FEBRUARY 21, 2024

13                      - - -

14

15          Remote deposition of HENRY LINDNER,

16   M.D., beginning at 10:00 a.m., before Samantha

17   Napolitan, a Professional Reporter, and Notary

18   Public.

19                      - - -

20

21

22

23

24
```

## Page 2

```
 1    A P P E A R A N C E S :
 2
 3          KLINE & SPECTER, P.C.
            BY: CONOR LAMB, ESQUIRE
 4          1525 Locust Street
            Philadelphia, Pennsylvania  19102
 5          Conor.Lamb@KlineSpecter.com
            Representing the Plaintiff
 6
 7          CIPRIANI & WERNER, ATTORNEYS AT LAW
            BY: AMY SCHWED, ESQUIRE
 8          415 Wyoming Avenue
            Scranton, Pennsylvania 18503
 9          570-347-0600
            ashwed@c-wlaw.com
10          Representing Henry Lindner, M.D.
11
12          MCCORMICK & PRIORE, P.C.
            BY: SUSAN KEESLER, ESQUIRE
13          2001 Market Street, Suite 3810
            Philadelphia, PA 19103
14          Representing Youngs Apothecary, Inc.,
            d/b/a Tunkhannock Compounding Center
15
16
17
18
19
20
21
22
23
24
```

## Page 3

```
 1                I N D E X
 2                - - -
 3   TESTIMONY OF:  HENRY LINDNER, M.D.
 4   BY: MR. LAMB.................6, 322
 5       MS. KEESLER..............304
 6
 7                - - -
 8            E X H I B I T S
 9                - - -
10
11   NUMBER        DESCRIPTION        MARKED FOR ID
12   Exhibit-1   Lindner Chart 1 to 607        33
13   Exhibit-2   E-mail                        55
14   Exhibit-3   Chronic Babesiosis PowerPoint 76
15   Exhibit-4   PowerPoint                   135
16   Exhibit-5   Curriculum Vitae             146
17   Exhibit-6a  Treatment Guides              46
18   Exhibit-7   2022 Seminar                 176
19   Exhibit-8   PowerPoint                   243
20   Exhibit-9a  Website                      248
21   Exhibit-12  Review                       259
22   Exhibit-13  Review                       272
23   Exhibit-14  E-mail                       275
24   Exhibit-15  E-mail                       275
```

## Page 4

```
 1              DEPOSITION SUPPORT INDEX
 2
 3   INSTRUCTIONS NOT TO ANSWER:
 4     Page   Line
 5
 6
 7
 8   REQUEST FOR PRODUCTION OF DOCUMENTS:
 9     Page   Line   Description
10
11
12
13   STIPULATIONS:
14     Page   Line
15      5      1
16
17
18   QUESTIONS MARKED:
19     Page   Line
20
21
22
23
24
```

## Page 5

```
 1            (It is hereby stipulated and
 2       agreed by and between counsel for the
 3       respective parties that sealing,
 4       certification and filing are waived and
 5       that all objections, except as to the
 6       form of the question, be reserved until
 7       the time of trial.)
 8                - - -
 9            VIDEOGRAPHER:  So, we are now on
10       the record.  My name is John Veal.  I am
11       the remote videographer with Lexitas.
12       This is a video deposition for the
13       United States District Court for the
14       Middle District of Pennsylvania.  Today's
15       date is February 21, 2024, and the time
16       is 10:00 a.m. Eastern.
17            This deposition is being held
18       remotely in the matter of Wolking versus
19       Henry Lindner, M.D. and Young's
20       Apothecary d/b/a Tunkhannock Compounding
21       Center.  The deponent is
22       Dr. Henry Lindner.
23            All counsel will be noted on the
24       stenographic record.  The court reporter
```

WOLKING and DARYL WOLKING vs
HENRY LINDNER

Stacey Wolking, et al. vs

Document 57-8     Filed 07/12/24     Page 4 of 120

Henry Lindner, M.D.
February 21, 2024

Page 6

1     is Samantha Napolitan, and she will now
2     swear in the witness.
3                     - - -
4            HENRY LINDNER, M.D., after
5     having been first duly sworn, was
6     examined and testified as follows:
7                     - - -
8            COURT REPORTER:  Usual
9     stipulations?
10           MR. LAMB:  Yes.
11           MS. SCHWED:  Yeah.  And he'll
12    read and sign.  Okay, Samantha?
13           COURT REPORTER:  Yes.
14           MS. SCHWED:  Thank you.
15                    - - -
16           EXAMINATION
17                    - - -
18    BY MR. LAMB:
19        Q.     All right.  Thank you very much,
20    Dr. Lindner.  I'm Conor Lamb.  I represent
21    Stacey and Daryl Wolking, the plaintiffs.
22           I know we're doing this --
23        A.     Hello.
24        Q.     Hello.  I know we're doing this

Page 7

1     remotely.  And it already seems to me like
2     there might be a, sort of, half-second delay
3     between me and you.  I can't quite tell.  But
4     that just goes to say that throughout the day
5     today, if there is any time that I'm talking
6     and asking you a question and you don't hear
7     exactly what I say because of a glitch or a
8     delay or something like that, just make sure
9     you let me know, because it might not be
10    obvious to me.  I might not be able to perceive
11    the problem on my end.
12           Is that okay?
13        A.     Okay.
14        Q.     Okay.  Whenever I ask you a
15    question, just make sure that you -- I'm sure
16    Amy has gone over all of this with you, but I'm
17    just going to restate it, so that we're all on
18    the same page.
19           Whenever I ask you a question,
20    just make sure that you give me a verbal
21    answer.  Sometimes people default to a nod of
22    the head or shake of the head, especially once
23    they get more comfortable.  But for the
24    purposes of the record that's being created, we

Page 8

1     need to make sure that every answer is verbal.
2            Do you understand that?
3        A.     Yes.
4        Q.     Okay.  I'm going to ask you a
5     series of questions today about your treatment
6     of my client, Stacey Wolking, and also about
7     your communications with her husband,
8     Daryl Wolking, who is also my client.  If at
9     any time you don't understand any of these
10    questions, please let me know.  And I can
11    either repeat it or I can rephrase it until you
12    understand.
13           Do you agree to that?
14        A.     Yes.
15        Q.     Okay.  Thank you.  And we talked
16    about this a little bit already, but do you
17    have an understanding that everything both of
18    us and all the lawyers say here today is going
19    to be transcribed and typed out by the court
20    reporter?
21        A.     Yes.
22        Q.     Throughout the day, if you say
23    somebody's name, or especially if you say a
24    drug name, or the first time that we say

Page 9

1     Babesia or babesiosis, for example -- any word
2     that is unusual -- I may ask you to spell it.
3     Or if you want to just spell it on your own, a
4     lot of times that makes it easier for the court
5     reporter.
6            Do you understand that?
7        A.     Umh-umh.
8            MS. SCHWED:  You have to say
9     yes.
10           THE WITNESS:  Yes.
11    BY MR. LAMB:
12        Q.     Yeah.  Yes or no tend to be
13    better than "uh-uh," just for the purposes of
14    the --
15        A.     Sure.
16        Q.     -- transcript that's being made.
17    Another thing, we're not having any issues with
18    this so far, but just make sure to be careful
19    to wait until my question is finished before
20    you start your answer.  It's natural sometimes
21    for humans to anticipate where the question is
22    going and begin their answer.  But that also
23    makes it hard for the court reporter if two
24    people are talking at once.

Page 10

1              So, can you agree to that?
2      A.     Yes.
3      Q.     If I ask you any question and
4  you don't know the answer, just say that you
5  don't know.  I don't want you to speculate or
6  guess at any of the questions that I'm asking.
7              Do you understand that?
8      A.     Yes.
9      Q.     And do you understand that the
10  oath you took today is the same oath that you
11  would take if you were in a court of law?
12      A.     Yes.
13      Q.     I want to ask you a little bit
14  about your background before we get into the
15  facts of this case.
16              Where did you grow up?
17      A.     For the first 11 years of my
18  life, in Portage Indiana, near Gary.  But we
19  frequently visited the area that I lived in
20  from age 11 to 18, when I left home, which was
21  Falls, Pennsylvania, right where I was
22  living -- I am living now, on the same
23  property.
24      Q.     And the property that you live

Page 11

1  at now, could you tell me that address?
2      A.     59 Hugo Lane, Falls,
3  Pennsylvania 18615, the rural location.
4      Q.     Do you own that property?
5      A.     I own, yes.
6      Q.     Are you the sole owner of it?
7      A.     No.  It is owned with my wife,
8  Zabel Bedrossian.  You want hers spelled -- her
9  name spelled?
10      Q.     That would be great.  Thank you.
11      A.     Z-A -- Z-A-B-E-L.  Last name,
12  Bedrossian, B-E-D-R-O-S-S-I-A-N.
13      Q.     When did you buy that property?
14      A.     1995.
15      Q.     And when were you married to
16  Zabel?
17      A.     1989 -- no, sorry.  1990.
18      Q.     Have you had any other
19  marriages?
20      A.     Yes.
21      Q.     And who were you married to?
22      A.     Maiden name, Lavern Clymer,
23  C-L-Y-M-E-R.  And that was from 1984 to --
24  married for seven years, so I guess -- no, I'm

Page 12

1  sorry.  That was 1981 to 1989.
2      Q.     Did you and Lavern have any
3  children together?
4      A.     No.
5      Q.     And did you and Zabel have any
6  children together?
7      A.     Yes, two.  Valerie and Eva,
8  E-V-A.
9      Q.     Other than the home where you
10  and Zabel live in Falls, do you own any other
11  properties?
12      A.     No.
13      Q.     And I have, from your CV, the
14  schools that you attended and the dates.
15              Could you just state for me,
16  again, your years of military service and your
17  discharge?
18      A.     Yes.  That would be from -- I'm
19  active duty U.S. Air Force from 1984 to 1989.
20  And I voluntarily separated from the military
21  at that time.  I was -- I had gained a health
22  profession scholarship from the U.S. Air Force
23  to pay my way through medical school.  And I
24  had finished my obligation period by the end of

Page 13

1  1989.
2      Q.     Do you remember what your
3  discharge was?
4      A.     I was not discharged; I was an
5  officer.  And so essentially, you just -- you
6  just separate, you know.  You're actually still
7  considered a reserved officer after separating
8  from the military.
9      Q.     But you didn't -- you didn't
10  receive any characterization of discharge, like
11  honorable?
12      A.     I don't know if -- I don't know
13  if I did or not.  As far as I'm concerned,
14  they're -- they're all I -- I do have some kind
15  of documents, I'm sure, that acknowledges that
16  I've separated from the U.S. Air Force.  I'd be
17  happy to obtain for that you, if you would
18  like.
19      Q.     Okay, yeah.  That's no problem.
20  I was a military officer, as well.  And I
21  resigned also.  So, I know exactly what you're
22  talking about.  I just -- I believe there is
23  usually also a characterization of discharge.
24  But I guess, the only question I'm asking now

Page 14

1  is do you remember whether you had any type of
2  characterization of your military service?
3      A.      No.  If anything, it would have
4  been honorable or whatever.
5      Q.      And what was your first job
6  after leaving the military?
7      A.      Yes.  I chose to take a position
8  in Riyadh, Saudi Arabia, as a -- Boeing
9  Corporation employees -- managers and employees
10  there were looking for an American doctor to
11  come and, you know, live on their compound and
12  take care of their population.  And a friend
13  that I had met in the U.S. Air Force, you know,
14  told them that I was becoming available for
15  this position.
16      Q.      I see that.  Okay.  While you
17  were -- was that the job that you held until
18  April of 1995?
19      A.      Yes.
20      Q.      Okay.  And how would you
21  describe for me the type of medicine that you
22  practiced in that job?
23      A.      It was primary care medicine
24  patients, you know, residents of -- people

Page 15

1  working with the company and their families.
2  If they had a problem, they could come and see
3  me free of charge to them.  And if I thought
4  that they needed additional testing or care, I
5  would refer them to a downtown specialty
6  clinic.
7      Q.      And then?
8      A.      And I was on call 24 hours a day
9  basically.
10      Q.      I noticed, at least on your CV,
11  it seems like there is a -- unless I'm missing
12  something -- there is a break between April
13  1995 and when you start at
14  Resource Sciences Arabia Limited in July 1997.
15          Was there anywhere that you
16  worked between April 1995 and July 1997?
17      A.      No.
18      Q.      What did you do during those two
19  years?
20      A.      Established the house, did a lot
21  of reading, thinking and writing.  My initial
22  plan was to actually retire from medicine at
23  that time, but the fiances did not allow that.
24      Q.      And then, did you go back to

Page 16

1  Saudi Arabia and live continuously there from
2  '97 to 2001?
3      A.      Yes.  Yes.  I was called by
4  another company.
5      Q.      Okay.  And then, again, at least
6  just based on the CV that you provided, it
7  looks like there is a break between when you
8  ended with Resource Sciences Arabia in
9  June 2001 and when you started with
10  Concorde, Inc. in Philadelphia in January of
11  2004.
12          Did you have any employment
13  between June of 2001 and January of 2004?
14      A.      No.
15      Q.      Where were you physically
16  located at that -- during that time?
17      A.      At the 59 Hugo Lane house.
18      Q.      And then, was
19  Lane Wellness Center your next place of
20  employment after Concorde, Inc.?
21      A.      Yes.
22      Q.      Then, on your CV, it says that
23  the next place listed after that, starting in
24  February 2007, is Hormone Restoration.

Page 17

1          Is that your solo practice?
2      A.      Yes.
3      Q.      Is --
4      A.      Yes.  I was introduced to the
5  idea at Lane Wellness -- the idea of doing
6  hormone replacement therapy.
7      Q.      Is Hormone Restoration its own
8  company or entity in any way?
9      A.      I'm -- no.  It's -- I'm the sole
10  proprietor.  I have not set up a corporation or
11  anything of the sort.
12      Q.      When you started in February of
13  2007 with Hormone Restoration, where was that
14  located?
15      A.      At first, I worked -- I
16  basically rented an office in the
17  Lane Wellness Center at that time, in
18  Tunkhannock, Pennsylvania.  Late -- a few years
19  later, I moved into a different location, you
20  know -- separate.
21      Q.      Is that the
22  230 West Tioga Street location?
23      A.      Yes.  Yes.  That is where I
24  moved.

Page 18

1    Q.    Do you remember when you began
2  there?
3    A.    I really don't.  It could have
4  been '13.  I'm not sure.
5    Q.    Do you remember why you chose
6  that location?
7    A.    It was available.  There is very
8  little in Tunkhannock that is available.  I did
9  want to be on my own.  And it was quite
10 appropriate.
11   Q.    Was there a pharmacy operating
12 at that same address when you moved in?
13   A.    Yes.
14   Q.    What was that pharmacy called
15 back then?
16   A.    It's in the same commercial
17 building, on the other side.  That was called
18 Tunkhannock Compounding Pharmacy, at the time.
19 I had worked with that same pharmacist when she
20 was doing compounding at a previous location in
21 Lake Winola, Pennsylvania.  They had moved
22 there, to this building.  And, actually, I was
23 thinking of getting an office in Clarks Summit,
24 a different city.  But the pharmacist at

Page 19

1  Tunkhannock Compounding Center, kind of,
2  intervened with the owner of this building and
3  encouraged me to go there.
4    Q.    Do you remember that
5  pharmacist's name?
6    A.    Yes.  Carol Daniels.
7    Q.    And hormonerestoration.com, do
8  you recognize that?
9    A.    Oh, yes.  I created the website,
10 the name, everything.
11   Q.    Do you remember when you created
12 that website?
13   A.    That was probably also 2007.
14   Q.    And the contents on
15 hormonerestoration.com that's available
16 today -- just meaning the words that are on the
17 various pages -- who writes that content?
18   A.    Me.
19   Q.    Are you the sole author of
20 everything on hormonerestoration.com?
21   A.    Yes.
22        MS. SCHWED:  Yeah.  And it's --
23   you're just a little bit ahead of him on
24   the question -- or on the answer.  Okay?

Page 20

1        THE WITNESS:  Just wait a little
2  bit?
3        MS. SCHWED:  Yeah.  Just give
4  him a second to get it out.
5        MR. LAMB:  Yeah.  I think
6  there's -- I think there's, like, the
7  slightest delay -- is my perception as
8  well.  So, you might want to just do an
9  extra beat --
10        MS. SCHWED:  Okay.
11        MR. LAMB:  -- to account for
12  that.
13        THE WITNESS:  Okay.
14 BY MR. LAMB:
15   Q.    Okay.  Other than your solo
16 practice, do you own a share in any, sort of,
17 organization, like a company, a partnership, a
18 pharmacy, a research lab?  Any sort of entity
19 that you own a share in?
20   A.    No.
21   Q.    Do you have a medical specialty?
22   A.    Not in terms of completing a
23 residency.  I had begun a psychiatric
24 residency.  But I decided to resign from it,

Page 21

1  due to my disagreement with the biomedical
2  model that was being taught at the time -- or
3  used.  And so, I became a -- I had a -- in the
4  Air Force, I had the chance to become a general
5  medical officer, they called it.  So, I became
6  a GMO, general medical officer, with the
7  U.S. Air Force.
8    Q.    And today in 2024, how would you
9  describe yourself as a doctor?
10        MS. SCHWED:  In terms of
11   specialty, Connor?
12        MR. LAMB:  Yes.
13        THE WITNESS:  Well, it's a bit
14   complicated.  I do not present myself as
15   an endocrinologist.  But I do state that
16   I work in the field of endocrinology,
17   because I do hormone restoration.  It is,
18   maybe, you know, a part of what an
19   endocrinologist would do is diagnosing
20   and treating hormone deficiencies.  And
21   that is all I present myself as an expert
22   in.
23 BY MR. LAMB:
24   Q.    Do you have any board

Page 22

1  certifications?
2      A.      No.  I did not complete the
3  residency.
4      Q.      Do you consider yourself an
5  infectious disease doctor?
6      A.      No.  But again, someone with
7  special expertise in, you know, a specific
8  area.
9      Q.      Do you still consider yourself a
10 general practitioner?
11     A.      No.  Not really.  Because I
12 don't -- my practice is limited to being a
13 consultant for hormone replacement.  And then,
14 you know, after my daughter's illness and so
15 forth, I started to try to help people with
16 this specific illness.
17     Q.      And just one more of these.
18             Do you consider yourself a
19 family medicine doctor?
20     A.      No.
21     Q.      How long have you been
22 prescribing prednisone and dexamethasone.  And
23 if it's different for the two drugs, let me
24 know.

Page 23

1      A.      Well, maybe I should preface
2  that with -- in my endocrine practice, I had
3  been prescribing hydrocortisone for 14 years --
4  occasionally some prednisone, but mostly
5  hydrocortisone.  So, I gained a lot of
6  experience with clinical diagnosis and
7  treatment with hydrocortisone.  So, I became
8  very familiar with steroids in general.  With
9  my daughter's illness, that was the first time
10 I found that I had to resort, when trying to
11 help her, to prednisone to get sufficient
12 effect that was long-lasting enough.  And so --
13 BY MR. LAMB:
14     Q.      In two --
15     A.      -- my experience with --
16             MS. SCHWED:  Well, his question
17         though, was when did you start
18         prescribing either of those steroids,
19         he's asking.
20             THE WITNESS:  Well, prednisone
21         would have been my -- really with my
22         daughter.  No.  Perhaps before that with
23         one patient who seemed to need it more
24         than -- and did not get sufficient relief

Page 24

1  with hydrocortisone of her symptoms.  If
2  I could guess, maybe that was 2012 or so.
3  But that was, I think, just one
4  patient -- until my daughter became the
5  second patient -- and the first patient
6  in whom I had to try high doses.
7  BY MR. LAMB:
8      Q.      And do you recall what year it
9  was you started to use prednisone with your
10 daughter?
11     A.      Yes.  That was early 2017.  And
12 to finish the -- answering your question,
13 dexamethasone -- I never gave it to anyone
14 until my daughter started to require it.
15 Because she needed such high prednisone doses,
16 it created extreme fluid retention.  And that
17 was in June of 2021.
18     Q.      And how did you learn -- we're
19 going to take prednisone first, and then, I'll
20 go to dexamethasone.
21             But how did you learn about
22 prednisone?  And by that, I just mean, were
23 there reference works that you consulted?
24 Courses that you took?  People you spoke to?

Page 25

1  How did you learn about prednisone, the drug?
2      A.      As I mentioned, I had treated --
3  for 14 years, I had diagnosed and treated in a
4  way that endocrinologists usually would not.  I
5  tried to diagnose and help people who had
6  symptoms that, you know, appeared to be due to
7  some inflammation or lack of sufficient
8  cortisol effect.  So, I had read a great deal
9  of literature.  And as a matter of fact, I have
10 written a draft book chapter on cortisol, the
11 hormone, and glucocorticoid treatment in
12 general.  So, I was extremely familiar -- much
13 more than most doctors -- with glucocorticoids
14 before I started treating anybody with
15 prednisone.
16             And prednisone and dexamethasone
17 are just somewhat altered molecules compared to
18 hydrocortisone, which is the body's natural
19 hormone cortisol.  So that, pretty much all the
20 same, you know, issues apply, except that
21 prednisone produces less fluid retention than
22 the natural hydrocortisone.  And dexamethasone
23 produces almost no fluid retention and has a
24 longer, you know, action and higher potency.

Page 26

1    MS. SCHWED:  Let me just caution
2    you, Doctor.  He's -- your answer is
3    going to stand, but just listen to his
4    question.  I'm sure he's going to get
5    into more specific about these
6    medications, but his question at that
7    moment --
8         THE WITNESS:  Was just when?
9         MS. SCHWED:  Yeah.  How did you
10   learn about it?
11        MR. LAMB:  I can just -- I can
12   just refine it.  Sorry, to talk over you,
13   Amy.  I'll just refine it.
14        MS. SCHWED:  Okay.
15        MR. LAMB:  It's not a problem.
16   I think I understood --
17        THE WITNESS:  How I learned --
18   how I learned is writing book chapters,
19   and also submitting papers to journals.
20   So, I did a great deal of research of the
21   literature for that.
22   BY MR. LAMB:
23        Q.    Thank you.  And I -- but I
24   understood your answer to say that the -- your

Page 27

1    own research had a lot to do with
2    hydrocortisone.
3         So, I guess I would just -- I
4    would change the question a little bit to
5    say -- when you transitioned to using
6    prednisone with your daughter and other
7    patients, was there any extra research or
8    learning that you did that was specific to
9    prednisone?
10        A.    Yes.
11        Q.    Can you describe that for me?
12        A.    Yes.  I looked very carefully
13   to see if prednisone had, you know -- my
14   hormone practice was, you know -- tended
15   towards using only bioidentical hormones.  So,
16   I, pretty much, avoided prednisone up to that
17   time.  But because I had to start using it, I
18   researched it carefully and found that it could
19   be used just like hydrocortisone could in
20   people for adrenal insufficiency, you know,
21   hormone replacement.  And they seem to have no
22   more problems of any kind -- in studies that
23   have been done -- compared to those who were
24   given hydrocortisone.  So, it seemed to me that

Page 28

1    it was safe.  But it's a matter of dose.
2         Q.    Do you remember any of the
3    sources that you looked at when you researched
4    prednisone?
5         A.    Yes.  I don't remember the
6    names, but I have that information.
7         Q.    Okay.  As you sit here now, do
8    you remember any -- like, is there reference
9    book, or a certain author or publication that
10   you would have looked at to learn about
11   prednisone?
12        A.    No.  Just individual study --
13   study or studies.
14        Q.    Is there a certain platform that
15   you use to look up medical studies?
16        A.    Well, I use PubMed extensively
17   and I use UpToDate®.
18        Q.    And same question for
19   dexamethasone -- is there anything particular
20   that you remember consulting about
21   dexamethasone when you began to use it with
22   your daughter?
23        A.    Oh, certainly.  There are
24   studies related to the question of whether it

Page 29

1    enters the brain or not.  It's interesting
2    there are two views in that, that you can find
3    in the literature -- studies related to any,
4    you know, potential problems it causes that are
5    not seen with prednisone or hydrocortisone,
6    which I did not see.  You'll find in the
7    medical literature they are typically just
8    treated as glucocorticoids, and really no
9    differentiation is made between them.
10        Q.    Do you remember any of those
11   specific studies that you looked at with
12   respect to dexamethasone?
13        A.    Yes.  I recall that I did look
14   at specific studies.
15        MS. SCHWED:  He asking you --
16        THE WITNESS:  And which they
17   are, I -- again, I cannot tell you the
18   authors.  But I have those references.
19   BY MR. LAMB:
20        Q.    Do you remember looking up any
21   information about -- dosage information for
22   prednisone and dexamethasone?
23        A.    Yes.
24        Q.    What do you remember learning

Page 30

1    about any limits on dosing or any maximum safe
2    dose or warnings that there might have been
3    about dosing?
4        A.    Yes.  If you read the FDA
5    inserts for prednisone and for dexamethasone,
6    the prescriber information, what you will see
7    is that certain starting doses are discussed.
8    But there is no upper limit stated for these
9    steroids.  And, in fact, the FDA prescriber
10   information specifically states that the dose
11   has to be determined by the patient's disease
12   and response to treatment.
13       Q.    Do you recall looking at a
14   particular manufacturer's insert for either
15   prednisone or dexamethasone?
16       A.    Yes.  Both.
17       Q.    Do you know which manufacturers
18   they were?
19       A.    Well, the dexamethasone one will
20   be specific, because it was a Decadron, which
21   is made by the certain manufacturer.  I don't
22   know who that manufacturer is.
23             Prednisone I just looked up -- I
24   think it was the generic, you know, FDA tablet

Page 31

1    insert.
2        Q.    And the type of dexamethasone
3    that you just mentioned, Decadron, is that
4    D-E-C-A-D-R-O-N?
5        A.    Yes.
6        Q.    And in this time period, let's
7    say -- you had said prednisone, roughly 2017,
8    dexamethasone, roughly 220' -- 2021 -- so,
9    let's say between 2017 and 2022 -- do you
10   remember learning anything about adverse
11   reactions to prednisone and dexamethasone?
12       A.    All the time.
13       Q.    And how did you learn about
14   those adverse reactions?
15       A.    Well, as I mentioned, I had
16   given people hydrocortisone for 14 years.  And
17   I did not do that until I had researched it
18   very carefully, and found that -- what most
19   doctors tend to not understand, is that these
20   are hormones, and indeed, will have no adverse
21   reactions if given in physiological doses,
22   which must be done if somebody is lacking
23   adrenal glands, for instance.  And I also
24   discovered, very importantly, that that

Page 32

1    treatment with these glucocorticoids should be
2    accompanied my DHEA replacement.  Because when
3    you take a glucocorticoid, you suppress your
4    own DHEA production.  It also comes from the
5    adrenal cortex.  And that has been shown in
6    studies to create some of the problems
7    associated with glucocorticoid treatment.  And
8    the replacement of DHEA has been shown to
9    alleviate some of those problems.
10       Q.    Okay.  I'm going to ask you
11   about the DEH -- the DHEA issue later.
12             Right now, I was just asking was
13   there anywhere that you remember now that you
14   looked to learn about adverse reactions to
15   prednisone or dexamethasone?
16       A.    Many, many studies and including
17   the UpToDate® site on the adverse effects of
18   glucocorticoids.
19             I have been a pre- -- a
20   subscriber for the entire time I have been
21   practicing, since 2004.
22       Q.    All right.  I want to ask you
23   about Stacey Wolking.
24             Do you recognize her name as one

Page 33

1    of your patients?
2        A.    Of course.
3        Q.    Okay.  And I'm going to share my
4    screen right now, and pull up what I have
5    marked as Exhibit-1.  And you can see here,
6    this is a 607 page PDF.  And the title of it is
7    "Lindner Chart 1 to 607."  This was produced by
8    your counsel in response to our request.
9                  - - -
10            (Whereupon, Exhibit-1 was marked
11       for identification.)
12                 - - -
13   BY MR. LAMB:
14            Do you recognize this file that
15   I'm showing you right now as Exhibit-1?
16       A.    Yes.  Yes.  This is from her
17   hospitalization.
18       Q.    And the overall -- I know it's
19   hard to look at.  We can't look at all 607
20   pages at once, but I'm going to go to page 268.
21       MS. SCHWED:  Checking.  Do you
22       care if he uses his binder, Conor?
23       MR. LAMB:  No.  That's fine.
24       That's fine.  I mean -- and we'll just

Page 34

1  put that on the record.
2  BY MR. LAMB:
3  Q.      I guess what I'm trying to ask
4  you is the 607-page PDF file -- is that the
5  same as what you have in the binder in front of
6  you?
7  A.      Yes.  I believe so.
8  Q.      On yours --
9  MS. SCHWED:  You can use -- I'm
10  sorry, Conor.  I just said to him he can
11  use either.  But sometimes it's easier to
12  see the whole thing, so.
13  MR. LAMB:  Yeah.  No problem.
14  MS. SCHWED:  (Unintelligible) --
15  anyway.
16  MR. LAMB:  Yeah.  No problem.
17  BY MR. LAMB:
18  Q.      I just want to show you,
19  Dr. Lindner, on page 268, here, of Exhibit-1,
20  if you look down in the right-hand corner you
21  can see your counsel's marking,
22  Wolking-Lindner000268?
23  A.      Right.
24  Q.      Does that same one appear on

Page 35

1  page 268 of your binder?
2  I'm sorry, I didn't hear your
3  answer.
4  Does that same marking appear on
5  page 268 of your binder?
6  A.      Yes.  It does.
7  Q.      Okay.  So this PDF file that I
8  have as Exhibit-1, how was this PDF file
9  created?
10  A.      I presume -- well, I presume
11  you're talking about my chart -- the elements
12  of it that is my chart versus the element that
13  is the hospital's record that you were looking
14  at earlier?
15  Q.      Well, thank you, yeah, for the
16  clarification.
17  I'm actually asking -- this was
18  produced to us as one PDF file of 607 pages.
19  So, my first question --
20  actually, before we get to the hospital
21  record -- how did these 607 pages end up being
22  put together and sent to me?
23  A.      Well, there was a discovery
24  request that was sent to this office.  And in

Page 36

1  response to that, I sent them several documents
2  separately, including, you know, my chart, the
3  labs and forms, like this one that she signed,
4  that you just showed me, and the hospital
5  record that had been sent to me.  Basically
6  everything that was sent to me, I sent it to
7  the lawyer's office here in several PDFs.
8  Q.      Okay.  So, that -- pages 1 to
9  267 of this Exhibit-1, which as you noted, are
10  a hospital record -- is it fair to say that
11  that's your copy of Stacey Wolking's hospital
12  record?
13  A.      Yes.  I don't know -- there
14  might be two or -- there might be two hospital
15  records in there.  Because there was the second
16  -- there was actually three hospitalizations --
17  two for other issues.  So maybe, they are
18  included in all of those pages.  I'm not sure.
19  Q.      And then --
20  A.      But they were brief.
21  Q.      -- on page 268, where you see
22  hormonerestoration.com, Henry Lindner, M.D.,
23  medical history, and then, you can see
24  Stacey Wolking's name.

Page 37

1  A.      Yes.
2  Q.      Is it fair to say that's the
3  first page of your medical chart for
4  Stacey Wolking?
5  A.      Yes.  That is true.
6  MS. SCHWED:  Page 268.
7  THE WITNESS:  I know.  I'm
8  looking to where the end is.
9  MS. SCHWED:  A couple pages --
10  THE WITNESS:  Yes.  And it
11  continues to 553.  So, 268 to 553.
12  BY MR. LAMB:
13  Q.      And that's your medical chart
14  for Stacey Wolking?
15  A.      Yes.
16  Q.      Okay.  And what type of program
17  do you use to create and then maintain that
18  medical chart?
19  A.      It's -- the electronic health
20  record program is called Amazing Charts.
21  Q.      You mentioned sending these
22  documents to your counsel.
23  Did you yourself take these
24  documents out of Amazing Charts?

Page 38

1      A.      In the software program, all one
2  has to do is, you know, find the proper
3  commands to create a copy of the entire chart
4  and export it as a PDF.
5      Q.      And did you do that, in this
6  case, for Stacey Wolking's medical chart?
7      A.      Yes.  Yes.
8      Q.      How long have you been using the
9  Amazing Chart program?
10      A.      Since February 2007, I believe.
11      Q.      Do you find that it maintains
12  the information you put into it accurately?
13      A.      Yes.
14      Q.      Have you had any problems with
15  it?  You know, not storing your patients'
16  records that you put into it?
17      A.      No.  I have not.
18      Q.      So, these pages that we have,
19  268 to 553 of Exhibit-1, is it your belief that
20  that's a full and complete medical record for
21  Stacey Wolking's treatment with you?
22      A.      Yes.  It documents everything
23  that I entered into the chart.  And what I
24  would do with e-mails, I would, you know, cut,

Page 39

1  copy and paste them into a message in the
2  chart.  So, that's how I retained all e-mails.
3  I cannot guarantee that I have not, at some
4  point, forgotten to copy and paste an e-mail.
5  But I usually have done so, as far as I know.
6      Q.      Okay.  I appreciate that.  Have
7  you reviewed Stacey Wolking's medical chart
8  recently?
9      A.      Yes.
10      Q.      How recently did you review it?
11      A.      Up to a few days ago.
12      Q.      Is there anything in her medical
13  chart now that you believe is not accurate or
14  that should be corrected?
15      MS. SCHWED:  Objection to form.
16      But you may answer.
17      THE WITNESS:  No.
18  BY MR. LAMB:
19      Q.      I'm going to go to page 272 of
20  Exhibit-1.  It's on the screen here.  And there
21  is a -- there's a gray field here that says,
22  "problem list ICD."
23      Do you recognize this?
24      A.      Yes.  It's generated by the

Page 40

1  charting program.
2      Q.      And how does this information
3  under problem list get in there to be generated
4  by the charting program?
5      A.      I would imagine that it is any
6  problem or diagnosis that has ever been entered
7  for the patient, over the entire course of the
8  treatment.
9      Q.      So, would this be a complete
10  list of diagnoses that you made for
11  Stacey Wolking?
12      A.      I believe so.
13      Q.      I'm going to ask you in a little
14  bit about when exactly you diagnosed her with
15  babesiosis.
16      But let's just say before you
17  ever diagnosed her with babesiosis, how would
18  you describe what you were treating her for?
19  In other words, sort of, what was her diagnosis
20  before you diagnosed her with babesiosis?
21      A.      The primary diagnosis at first
22  was just, you know, perimenopause, an endocrine
23  situation for which I gave her some hormonal
24  treatment.  Later it became menopause.  But

Page 41

1  then, in -- from 2014 to, I think, around 2019,
2  because of her, you know, ongoing symptoms of
3  severe brain fog and fatigue and achiness and
4  so forth, I felt that she might have a relative
5  deficiency of the natural hormone cortisol,
6  which would cause all of those symptoms.  And
7  so, between 2014 and 2019, I diagnosed her with
8  a relative glucocorticoid deficiency, as
9  written there, and was able to help her with
10  physiologic doses of hydrocortisone.
11      Q.      And then, you see here -- where
12  5/24/2018 is, it says, "fatigue/lethargy?"
13      A.      Yes.
14      Q.      Is that a different diagnosis
15  than the glucocorticoid deficiency?
16      A.      Yes.  You will also see it in
17  fatigue malaise in 2013, because she had this
18  symptom, you know, at all times.
19      Q.      Okay.
20      A.      But if it's not glucocorticoid
21  deficiency as a diagnosis, but glucocorticoid
22  deficiency would certainly cause
23  fatigue malaise, lethargy.
24      Q.      Was there ever a point where the

WOLKING and DARYL WOLKING vs
HENRY LINDNER     Case 2:22-cv-00688-JMY     Document 57-8     Filed 07/12/24     Page 13 of 120     Henry Lindner, M.D.
February 21, 2024

Page 42

1    glucocorticoid deficiency diagnosis went away
2    or was fully treated?  Or would you say that
3    was continuous after --
4          A.        I probably -- I probably --
5          Q.        -- you made it?
6          MS. SCHWED:  Wait.  You know,
7      Conor, that was really bad.
8          THE WITNESS:  I'm sorry.  I
9      didn't wait.
10         MS. SCHWED: So, can you just
11     ask it again?  On our end it -- and if
12     you -- there is a little delay.  He
13     answered way before you got it completed.
14         MR. LAMB:  Yeah. No problem.
15   BY MR. LAMB:
16         Q.        My question was just whether,
17   after you made that diagnosis of glucocorticoid
18   deficiency in 2015, did that remain an active
19   diagnosis or did it go away?  Was it ever
20   effectively treated?
21         A.        Yeah.  She was able to taper off
22   hydrocortisone when she had a lower stress job
23   in 2019.  And as long as she was no longer
24   taking hydrocortisone, I would imagine I

Page 43

1    removed it from her diagnosis list.  Because
2    she was doing well enough without it --
3    corticoid -- glucocorticoid support.
4          Q.        Okay.  Now, I'd like to know
5    when you diagnosed Stacey Wolking with
6    babesiosis -- meaning, what date?
7          A.        Well, I believe -- I believe
8    you'll find that I proffered the tentative
9    diagnosis in an encounter in June of 2021.
10         Q.        And was there ever a time when
11   it became more than a tentative diagnosis and
12   became just a regular diagnosis?
13         A.        Yes.  When she began to take
14   antibabesial medications -- or, you know, also
15   called antimalarials, when they are specific
16   for Babesia or malaria.  And she had very
17   typical Herxheimer-like reactions that occur
18   when a person has this Babesia infestation and
19   had this -- similar reactions to several
20   different antimalarials -- all of, you know --
21   but a similar kind of negative increase in
22   various symptoms, sometimes addition of new
23   symptoms.  At that point, I felt it was -- it
24   had become clinically -- evidence that she has

Page 44

1    chronic babesiosis.
2          Q.        And do you know what date that
3    was?
4          A.        Not offhand, but it's all
5    documented in the chart as to when she first
6    took atovaquone.  I am not sure.
7          Q.        Okay.  I just --
8          A.        It was sometime in --
9          Q.        I'm just going to ask you
10   about --
11         MS. SCHWED:  Do you want your
12     answer?
13   BY MR. LAMB:
14         Q.        Yeah.  I know it's a long
15   medical record.  So, I'm just going to ask you
16   about a couple of different dates that I saw.
17   And you can tell me whether any of them --
18         A.        (Unintelligible).
19         Q.        So, this one is -- we're on page
20   474 of Exhibit-1 --
21         A.        Right.
22         Q.        -- and the date of this patient
23   message is August 6, 2021.  Can you just take a
24   look at that.  And then, I'll ask you a

Page 45

1    question about it.
2          A.        Yes.
3          MS. SCHWED:  Read it.  And when
4      you're done reading it, let him know.
5          THE WITNESS:  I'm done.  I know
6      it.  Yes.
7    BY MR. LAMB:
8          Q.        So, this e-mail on August 6th of
9    2021, would you say that you have actually
10   fully diagnosed her with babesiosis by that
11   date?
12         A.        No.  I would say that it was
13   looking very likely.  I felt more confident
14   when she had a similar Herxheimer-like reaction
15   to taking tafenoquine, a 600 milligram dose,
16   and when over time she, you know, experienced
17   some improvements in taking atovaquone and
18   azithromycin.  So, I would say the diagnosis
19   was a, sort of, ongoing process for a few
20   months.
21         Q.        Okay.  I'm going to pull up now
22   what I have marked as Exhibit-6a.  And I'll
23   share my screen again.  Now, we received this
24   in discovery from your lawyer, as well.

WOLKING and DARYL WOLKING vs
HENRY LINDNER

Document 57-8

Filed 07/12/24

Page 14 of 120

Henry Lindner, M.D.
February 21, 2024

Page 46

1           - - -
2           (Whereupon, Exhibit-6a was
3     marked for identification.)
4           - - -
5 BY MR. LAMB:
6     Q.     Do you recognize this document
7 that we have marked as Exhibit-6a?
8     A.     Yes.
9     Q.     What is this?
10    A.     It is a guideline, a -- you
11 know, additional information I wrote up to give
12 to persons, whom I believe have chronic
13 babesiosis, to describe the disease and its
14 treatments.
15    Q.     And at the top here where it
16 says, "sent to patient 8/27/2021," do you know
17 who wrote that?
18    A.     I would have added that to let
19 you know when she was sent the information.
20    Q.     And by "she," you mean
21 Stacey Wolking?
22    A.     Yes.
23    Q.     And are you the author of this
24 treatment of chronic babesiosis document?

Page 47

1     A.     Yes.
2     Q.     Okay. Based on that, by
3 August 27th of 2021, had you diagnosed
4 Stacey Wolking with babesiosis?
5     A.     As I said, I was, you know,
6 convinced that it was very likely. And that
7 may have been from her response to the mepron
8 alone, where she felt, you know, worse for a
9 while, and then better, and then, worse when
10 she stopped it again. So, yes. I --
11 tentatively, I felt that she had chronic
12 babesiosis at that point.
13    Q.     Okay. So, the diagnosis on
14 August 27th of 2021, would you characterize
15 that as still tentative, as of that date?
16    A.     Yes. I look for more proof with
17 time. I -- every diagnosis is, more or less, a
18 theory in progress.
19    Q.     Okay. And I'm going back to
20 Exhibit-1 now. Going to page 271.
21          Do you see this document that's
22 titled "Consent for the Treatment of Chronic
23 Babesiosis"?
24    A.     Yes.

Page 48

1     Q.     And is that Stacey Wolking's
2 signature with a date of October 6, 2021, at
3 the bottom?
4     A.     Yes.
5     Q.     By October 6, 2021, was your
6 diagnosis of babesiosis for Stacey Wolking
7 still tentative?
8     A.     I would say I was quite certain
9 of it after she had the same response to
10 tafenoquine. A 600-milligram dose is the
11 same -- actually a very clear Herxheimer-like,
12 response, in which she said she experienced a
13 number of symptoms and worsening of symptoms
14 that were very characteristic. So, yes. I
15 would say I was quite confident in the
16 diagnosis, at that point.
17    Q.     Okay. And then, I had asked you
18 earlier about the problem list at the beginning
19 of Stacey's chart.
20    A.     Yes.
21    Q.     And I just want to look at that
22 quickly. That's on page 272.
23          So, on the problem list it has a
24 date of January 17, 2022, for babesiosis due to

Page 49

1 Babesia odocoilei, O-D-O-C-O-I-L-E-I.
2          So, that date, January 17, 2022,
3 how would you characterize her diagnosis at
4 that point?
5     A.     I would say I was certain. That
6 happens to be the date of an encounter, that
7 which is the only time, like, when I speak to a
8 patient by phone or in the office, that I can
9 change or add diagnoses to the chart.
10    Q.     Okay. So, I'm going to use this
11 date of January 17, 2022, for the next few
12 questions that I'm going to ask you.
13          Before the date of
14 January 17, 2022, am I correct that you had
15 been treating Stacey Wolking since November of
16 2013?
17    A.     Yes.
18    Q.     Okay. So, during that time
19 between November of 2013 and January 17th of
20 2022, I want to ask you just if you remember
21 any evidence, at all, of her experiencing
22 certain symptoms. And there is, kind of, a
23 list of them here. So, we'll go through them
24 one at a time. But I'm just asking what you

Page 50

1  remember now.
2            So, first I want to ask -- I
3  want to ask -- between November 2013 and
4  January 17, 2022, do you remember
5  Stacey Wolking suffering a perforated
6  intestine?
7       A.    No.
8       Q.    During that same time period, do
9  you remember her ever suffering from
10  bacteremia?
11      A.    No.
12      Q.    During that same time period, do
13  you ever remember her suffering from
14  peritonitis?
15      A.    No.
16      Q.    Do you remember her ever
17  suffering, during that same time period, from
18  sepsis or septic shock?
19      A.    No.
20      Q.    During that same time period, do
21  you remember her ever experiencing bone marrow
22  suppression?
23      A.    No.
24      Q.    During that same time period, do

Page 51

1  you ever remember her experiencing leukopenia,
2  L-E-U-K-O-P-E-N-I-A?
3       A.    No.
4       Q.    During that same time period, do
5  you remember her ever experiencing
6  thrombocytopenia?
7       A.    No.
8       Q.    During that same time period, do
9  you remember her ever experiencing acute
10  respiratory failure?
11      A.    No.
12      Q.    During that same time period, do
13  you remember her ever experiencing hypothalamic
14  pituitary axis dysfunction?
15      A.    Yes.  I -- as I mentioned,
16  glucocorticoid deficiency was something I felt
17  she was suffering from from 2014 to 2019.  But
18  I think it was just Babesia-related
19  inflammation.
20      Q.    And just to make sure I
21  understand what you're saying, are you -- do
22  you consider the glucocorticoid deficiency to
23  be related to HPA dysfunction?
24      A.    Yes.  Of a functional kind.

Page 52

1       Q.    Between November 2013 and
2  January 17, 2022, do you remember Stacey ever
3  experiencing hypoalbuminemia,
4  H-Y-P-O-A-L-B-U-M-I-N-E-M-I-A?
5       A.    No.
6       Q.    During that same time period
7  between November 2013 and January 17, 2022, did
8  Stacey ever experience steroid myopathy, that
9  you remember?
10      A.    No.
11      Q.    During that same time period, do
12  you remember whether she ever experienced a
13  deep vein thrombosis?
14      A.    No.  I will qualify that.  She
15  had a left leg swelling that would come and go,
16  over many years.  And I am not sure when that
17  began.  But it certainly -- it was, maybe -- I
18  don't -- maybe in 2020 it began.
19      Q.    And between November 2013 and
20  January 17, 2022, do you remember Stacey ever
21  experiencing bone density loss?
22      A.    No.
23      Q.    During that same time period, do
24  you remember her ever experiencing a stomach

Page 53

1  hernia?
2       A.    No.
3       Q.    During that same time period, do
4  you remember her experiencing hair loss?
5       A.    No.
6       Q.    During that same period, do you
7  remember her experiencing muscle loss?
8       A.    No.
9       Q.    During that same time period, do
10  you remember her experiencing PTSD?
11      A.    No.
12      Q.    And this is the last one.  I
13  thank you for patience on these.
14            During that time period, do you
15  remember her ever experiencing or expressing
16  suicidality?
17      A.    No.
18      Q.    There is a note, a few places in
19  your chart, that Stacey Wolking reported to you
20  that she had a tick bite in 2008.
21            Do you recall that?
22      A.    Yes.
23      Q.    Do you know whether she ever
24  reported any other tick bite to you?

WOLKING and DARYL WOLKING vs
HENRY LINDNER

Case No. 2020-0008-CV

Document 57-8    Filed 07/12/24    Page 16 of 120

Henry Lindner, M.D.
February 21, 2024

Page 54

1    A.    No.  I don't believe so.
2    Q.    And I'm on page 284 of your
3  medical chart for Stacey Wolking.  This is
4  Exhibit-1 still.  You touched on this earlier,
5  but I just wanted to give you a chance to
6  explain it a little more clearly.  There is
7  some lines on this page in which it says
8  "message" and other lines in which it says
9  "encounter."
10        Can you just explain the
11  difference between those two things?
12    A.    Yes.  An encounter is any time I
13  actually spoke to a patient, either by
14  telephone or in an office -- or in my office.
15    Q.    And what's a message?
16    A.    A message is, almost always, an
17  e-mail that I have exchanged with the patient
18  and saved to the chart.  Sometimes it is more
19  of a bookkeeping thing for my -- my secretary
20  will write in a -- that she's called in a
21  prescription -- or something like that.
22    Q.    These lines on page 284 and 285,
23  they don't appear to show whole e-mails.  So,
24  like, these -- an individual line like, let's

Page 55

1  say -- I'll give you an example.
2        At the top of page 284, where
3  you have 4/3/2015, and it's a message, "low
4  cortisol at night."  Who wrote, "low cortisol
5  at night"?
6    A.    Me.  That is the title I gave to
7  the message that I saved.  And I learned after
8  a while that it was very helpful to put in an
9  informative title, so I could, kind of, see the
10  patient's whole history by looking at the
11  titles of the messages.
12    Q.    How many times have you seen
13  Stacey Wolking in person?
14    A.    Just the initial visit in 2013.
15  I should add that I requested that she follow
16  up in the office the following year, but she
17  requested that she only do a phone consult.
18  And so that is what I agreed to.
19    Q.    Now, I'm pulling up what I have
20  marked as Exhibit-2.  I sent this to your
21  lawyer this morning.  And Ms. Schwed said -- I
22  think before we went on the record -- that you
23  have a copy of this e-mail printed out in front
24  of you; is that correct?

Page 56

1        - - -
2        (Whereupon, Exhibit-2 was marked
3    for identification.)
4        - - -
5        THE WITNESS:  Yes.
6        MS. SCHWED:  Yeah.  It's over
7    there.
8        MR. LAMB:  Okay.
9        MS. SCHWED:  Right there.
10  BY MR. LAMB:
11    Q.    Going down here to the second
12  page of Exhibit-2, there is a message here on
13  Friday, June 25, 2021, at 11:10 a.m.  It says,
14  "Stacey Wolking wrote: Dr. Lindner, I have a
15  couple more questions."
16        Can you just read that part to
17  yourself.  You don't have to read it out loud,
18  but just read it to yourself.  And then, let me
19  know when you're done.
20    A.    (Complied).  Okay.
21    Q.    And then, if we scroll up the
22  page a little bit to where it says, "Friday,
23  June 25, 2021 at 11:40 a.m., Henry Lindner."
24  If you just read that part down to the word

Page 57

1  "right" with a question mark next to it.
2  Again, just read it to yourself and let me
3  know.
4    A.    Yes.  Okay.
5    Q.    This exchange -- first of all,
6  is this an exchange between you and
7  Stacey Wolking?
8    A.    Yes.
9    Q.    Okay.  I did not see this
10  particular exchange of messages in Exhibit-1.
11  And you alluded earlier to how you put messages
12  into Exhibit-1.
13        So, can you, first of all, just
14  kind of, explain that a little more clearly --
15  of why there may be two messages between the
16  two of you that did not find their way into
17  Exhibit-1?
18    A.    Well, sometimes I do not save
19  messages if they don't have any clinical
20  relevance or if they are not important for me
21  to be able to look at.  Because there are many
22  e-mail messages that are very brief and provide
23  simple information to a patient.  Secondly, at
24  times, I could be rushed and could forget to

Page 58

1   copy and paste something into the chart,
2   because it's not an automated process.  I have
3   to manually, you know, copy and paste.
4        Q.      Okay.
5        A.      So, those are the two
6   possibilities.
7        Q.      This part of Exhibit-2 that
8   we're looking at right now, where it says,
9   "Stacey, No, the IGeneX test is insensitive."
10              Did you write that message?
11       A.      Yes.
12       Q.      Would that message still exist
13  in your e-mail account:
14  Henry@hormonerestoration.com?
15       A.      Sure.
16       Q.      Do you save all of your e-mail
17  messages in that account?
18       A.      Well, they are saved
19  automatically, unless I choose to delete them.
20  And I don't delete them ever.
21       Q.      So, another way of asking
22  that -- would all of your messages with
23  Stacey Wolking, from the entire you treated
24  her, all the way through -- would those all be

Page 59

1   in the Henry@hormonerestoration.com e-mail
2   account?
3        A.      Yes.
4        Q.      Okay.  And then, you choose the
5   ones to copy into the medical chart that we
6   have in Exhibit-1?
7        A.      Yes.  I can see that that e-mail
8   was a follow-up, immediately after I spoke with
9   her on June 25th of 2021.  I might have
10  considered she was just, you know, looking for
11  some additional information and so forth that I
12  didn't think needed to be added to the chart.
13  Or again, I may have just neglected to do so.
14       Q.      Where you write here that "there
15  is nothing I can send that will mean anything
16  to your GP," can you just explain that
17  statement?  Why was there nothing you could
18  send to her general practitioner?
19       A.      Well, this was before I had even
20  given her mepron to try to make a diagnosis.
21  Secondly, I explained it right there.  The info
22  is too complex and unfamiliar.  I, you know --
23  once she was diagnosed -- once I felt that she
24  had it, I sent her information.  And I may have

Page 60

1   sent her information even before I wrote this
2   e-mail.  I would have to see.  No.  Maybe I
3   didn't after the encounter on June 25th,
4   because we hadn't even tried the treatment that
5   would give me, you know, some, sort of,
6   impression as to whether she had this infection
7   or not.
8               So, I guess I questioned, you
9   know -- first of all, I don't know her -- this
10  address.  I guess, I could have sent something
11  to her.  But I felt, at that time, it was just
12  a tentative diagnosis, a very complex issue.
13  And I didn't see a purpose in sending something
14  to that doctor, at this time.
15       Q.      Okay.  I'm taking down
16  Exhibit-2, and we're going to go back to
17  Exhibit-1.  I asked you earlier about this
18  document that's on page 271 of Exhibit-1.  And
19  you identified --
20       A.      Yes.
21       Q.      -- you identified it as being
22  signed by Stacey Wolking on October 6, 2021.
23              Can you explain what this
24  document is and who created it?

Page 61

1        A.      It is a consent form to provide
2   information to the patient about the diagnosis
3   and treatment of this disease, chronic
4   babesiosis.  And I created it.
5        Q.      Were you the sole author of this
6   form?
7        A.      Yes.  I was.
8        Q.      Did you receive help or advice
9   from anybody in creating this form?
10       A.      Now that I think of it, the --
11  it is -- there are some aspects of it -- are --
12  that are somewhat similar to my -- the other
13  form she signed, which is the consent for
14  hormone restoration therapy.  And I took, I
15  think, some of the -- some of the statements
16  from that -- from a consent form that had been
17  produced by a doctor with whom I studied
18  hormone restoration therapy.  But it's very
19  much altered -- my hormone restoration consent
20  form.  And this consent form is even more so --
21  quite different.
22       Q.      We have a date on here of
23  August -- of October 6, 2021, when
24  Stacey Wolking signed it.

Page 62

1    Do you remember when you
2    actually created the form?
3    A.    No.  I don't.  But it's -- it
4    was somewhere in between -- somewhere in early
5    2' -- 2021, I believe.
6    Q.    As of October 2021, when Stacey
7    signed this form, how many patients had you
8    diagnosed with babesiosis at that point?
9    A.    That's a tough one.  As a
10   guess --
11   MS. SCHWED:  Well, don't guess.
12   But if you can estimate, do an educated
13   guess.
14   THE WITNESS:  Oh, an educated
15   guess, of course.  I would say 10, 15,
16   maybe.
17   BY MR. LAMB:
18   Q.    The term that you have at the
19   top of this page 271 is chronic babesiosis.
20   Where did you --
21   A.    Yes.
22   Q.    Where did you learn that term
23   from -- chronic babesiosis?
24   A.    It is my invention.  I produced

Page 63

1    the term to describe babesiosis that is not the
2    simple acute babesiosis known to the medical
3    profession.
4    Q.    So, is it your belief that you
5    were the first doctor in America using the term
6    chronic babesiosis?
7    A.    No.  I'm sure it was used by
8    others.  As you know, the physicians associated
9    with the International Lyme and Associated
10   Diseases Society that I left, they have been
11   treating chronic babesiosis for many years,
12   although I -- they never understood it or
13   understood its pathophysiology the way I came
14   to understand it.
15   Q.    But did you --
16   A.    Myself.
17   Q.    -- take -- sorry.
18   Did you take the term from one
19   of them?  Or where did you -- what made you put
20   those words in this consent form?
21   A.    Because it's a chronic form of
22   babesiosis and not the acute babesiosis known
23   to the medical profession.  The medical
24   professional, the IDSA and CDC, do not

Page 64

1    acknowledge that a chronic form of babesiosis
2    exists in immunocompetent patients.
3    Q.    Yeah.  I see here in the -- in
4    the second paragraph it says -- it talks about
5    how chronic babesiosis is not recognized by the
6    CDC and the IDSA.
7    How did you know when you
8    created this form that the CDC and IDSA did not
9    recognize chronic babesiosis?
10   A.    Well, you must recall, I had
11   gone through a horrific experience with my
12   daughter's progressive disability and illness,
13   after I pulled two engorged ticks off of her
14   when she was age 10.  And it was not until she
15   was 15 -- I'm sorry 24 or 25 -- that I actually
16   got the idea that she could have had -- she
17   could have a chronic infection from the tick
18   bites she had at the age of 10.  And it was
19   through her illness that I recognized -- and
20   her many positive tests and her many obvious
21   reactions to antimalarials and her improvements
22   with treatment -- I realized she had a form of
23   babesiosis unknown to the CDC and IDSA.
24   Q.    What I'm asking is how you came

Page 65

1    to realize that they did not recognize chronic
2    babesiosis?
3    A.    Oh, I'm sorry.  Because the
4    first thing I did was to read everything I
5    could about babesiosis.  Even years earlier
6    when, you know, she was very fatigued and
7    unable to function well, I was constantly
8    reading the guidelines from the IDSA and the
9    CDC regarding this illness.  I continued to
10   consult them.
11   Q.    And when you consulted those
12   guidelines, did you find any reference, at all,
13   to chronic babesiosis?
14   A.    No.  None at all.  It's
15   considered a brief illness that's easily
16   treated.
17   Q.    As of this date,
18   October 6, 2021, when Stacey signed this form,
19   was chronic babesiosis recognized as a disease
20   by any organization that you're aware of?
21   A.    As I would say, only ILADS, the
22   ILADS organization, was always, you know -- it
23   was one of their standard practices basically
24   to provide prolonged treatment.  They are

Page 66

1  physicians.  I do not know if they made any
2  statements concerning chronic babesiosis or
3  produced any guidelines, like they did for
4  chronic Lyme disease.
5      Q.      In this third paragraph on the
6  consent form it says that the "infection is
7  often not detectable by commercially available
8  tests."
9          Are you aware of any test, as of
10  October 2021, that could detect
11  Babesia odocoilei in a human?
12      A.      No -- no test that could specify
13  that Babesia species.  But IGeneX did have
14  tests which could specify any Babesia
15  species -- a FISH test, which actually
16  indicates that the organism is in the blood
17  currently.  And -- but it does not speciate the
18  organism.  They also had two antibody tests, at
19  that time, for Babesia microti and duncani
20  only.  But what I found with my daughter and
21  others was that they often tested positive for
22  antibodies to B. -- for Babesia duncani, which
23  was a cross-reaction with some other species,
24  because duncani is not in any ticks in the

Page 67

1  east -- in the Eastern United States.
2          MS. SCHWED:  Can you spell that
3      -- duncani -- for the record?
4          THE WITNESS:  Yeah.  Duncani is
5      D-U-N-K -- sorry.  D-U-N-C-A-N-I.  It is
6      a species found only in the West Coast,
7      and a different tick is involved.
8  BY MR. LAMB:
9      Q.      There were some references in
10  some of the things that you've written to -- a
11  paper that was published in May of 2021 by --
12  Scott was the author.
13          Was there a test -- was there a
14  test that he used to try to identify
15  Babesia odocoilei in human beings?
16      A.      Yes.  He worked with a
17  researcher in San Diego -- or at University of
18  California Davis to do the molecular
19  identification work on the blood of the
20  subjects that were tested.  So, it was a
21  research-only test.  It was a university
22  research lab.
23      Q.      So, if that paper was published
24  in May of 2021, is it fair to say that that

Page 68

1  research-only test existed in October of 2021
2  when Stacey signed this form?
3          MS. SCHWED:  Can you ask that
4      again, Conor?  Just -- I didn't -- it
5      broke up.  And I'm not sure I understood
6      it.
7          THE WITNESS:  Yeah.  The
8      research did exist.
9          MS. SCHWED:  Yeah.  I --
10          THE WITNESS:  He asked if the
11      research --
12          MS. SCHWED:  Oh, okay.
13          THE WITNESS:  -- when I had
14      Stacey find the form -- sign the form.
15      Yes.
16  BY MR. LAMB:
17      Q.      Did you ever have Stacey take
18  that test that the -- that Scott used -- that
19  was described in his paper?
20      A.      That test cannot be taken.  It
21  was, again, a uni- -- a specialized university
22  research protocol.
23          What I did do, as you have seen
24  in the chart, I ordered -- we had basically a

Page 69

1  choice of doing a testing at two laboratories.
2  I chose to test first at T-lab, where Doctor --
3  run by Dr. Mozayeni, who actually created a
4  Babesia odocoilei-specific FISH test.  That's
5  a -- that's a long name for fluorescent in situ
6  hybridization.  But it's a very sophisticated
7  technique that's used in -- throughout medicine
8  for many things.
9          And it -- he developed a test
10  once I informed him that I -- that this
11  organism that infected my daughter must be
12  Babesia odocoilei.  He developed a specific
13  test.
14          And I -- and Stacey agreed to
15  get that done.  The test result came back
16  indeterminant, neither could he call it
17  positive or negative.
18          And then, I recommended in
19  January of 2022 that she get tested at IGeneX.
20  Because by that time, I found that the IGeneX
21  FISH and antibody tests were more sensitive
22  generally for finding some ongoing Babesia
23  infection.
24          MS. SCHWED:  Okay.

Page 70

1  BY MR. LAMB:
2      Q.      I just want to ask one more
3  question about Scott to tie up that part for
4  now, at least.
5              Is what you're saying that the
6  test that Scott used in the paper he published
7  in May 2021, was not available to practitioners
8  like you?
9      A.      That's true.
10     Q.      In this paragraph that starts,
11  "I understand that there are risks and possible
12  complications," one of the risks and possible
13  complication that you list here is suicidality.
14             Do you see that?
15     A.      Yes.
16     Q.      What made you include
17  suicidality in the list of risks and possible
18  complications?
19     A.      Primarily my own daughter.  And
20  with greater experience, I have seen that it
21  was a problem more particular to additional --
22  an additional problem she had, not just
23  babesiosis in general.  And I do -- I have not
24  seen it very often, at all, in people who have

Page 71

1  babesiosis without the kind of other issues she
2  had.
3      Q.      Have you seen any other --
4      A.      (Unintelligible).
5      Q.      Go ahead.  Please finish.  I'm
6  sorry.
7              MS. SCHWED:  Could you finish
8      your answer to the question?
9              THE WITNESS:  Go ahead.  You're
10     asking me if I saw any other Babesia
11     patients with suicidality as a prominent
12     issue?  No.
13  BY MR. LAMB:
14     Q.      Okay.  Thank you.  So, it was
15  primarily your daughter's experience of
16  suicidality that made you list it as a risk and
17  possible complication of the treatment?
18     A.      Yes.  Also the derealization
19  that she experienced with the first Babesia
20  die-off.
21     Q.      And what about depression?  What
22  made you list that as a risk and possible
23  complication?
24     A.      I think that is more common

Page 72

1  because people have reduced brain function and
2  reduced functionality, which would usually be
3  called depression if they see another physician
4  who will say, "You don't get out of the bed
5  because you're depressed."
6      Q.      So, from what you're saying, is
7  it fair to say that by October of 2021, you had
8  seen babesiosis patients of yours experience
9  depression?
10     A.      I would say, again, that is
11  primarily referring to my daughter, who at the
12  time, I did not understand the other issues
13  involved in her mental state.
14     Q.      And you mentioned that a couple
15  of times.
16             What are those other issues that
17  you're referring to?
18             MS. SCHWED:  Well, just, you
19     know -- my only objection is we're still,
20     at this point, preserving -- hold on one
21     minute, Doctor -- the HIPAA privilege.
22             At least from my research,
23     Conor, and I'm not -- and I think I said
24     this in front of the judge -- I'm not

Page 73

1      pretending that it was extensive.  But it
2      seems like the HIPAA privilege extends
3      beyond death to 50 years.
4              So, I'll just caution him to
5      say, if it's something that you had put
6      out publically about your daughter -- I
7      know there was some on your website --
8      you can answer the question; otherwise,
9      I'm going to instruct you not to answer
10     because of the HIPAA privilege.
11             THE WITNESS:  Well, it is not
12     anything that I have put out on the
13     website.
14             MS. SCHWED:  Yeah.  Okay.  At
15     this point, Conor, I'm just going to
16     preserve the privilege until when and if
17     you file a motion and it's ruled upon.
18             MR. LAMB:  Okay.  I think we're
19     probably going to encounter that issue a
20     few times today, so we'll take it
21     question-by-question.
22
23  BY MR. LAMB:
24     Q.      I understand that -- I think

Page 74

1   what I'm trying to get at here is -- you listed
2   depression and suicidality as risks and
3   possible complications of babesiosis?
4       A.      Yeah.
5       Q.      And you -- if I could just
6   finish -- yeah.  Sorry.  And I'm trying to be
7   respectful of the line that your lawyer has
8   drawn here, so.
9               You listed those as possible
10  risks and complications of babesiosis itself,
11  based on your daughter's experience is what you
12  have said.
13              Are you now saying that that was
14  erroneous?  Or how would you characterize the
15  fact that you included those in this list?
16      A.      No.  Not erroneous.  Now that I
17  think about it, those -- that would also
18  characterize another patient that I treated,
19  who I had been helping for years, again with
20  some cortisol steroid replacement therapy.  I
21  would say that very much described her also.
22      Q.      Okay.  So then, we can wrap this
23  up by saying, as of October of 2021, even
24  though you subsequently found out your daughter

Page 75

1   had some other issues, you believed that
2   depression and suicidality were possible risks
3   and possible complications of babesiosis
4   treatment?
5       A.      Yes.
6       Q.      In the paragraph that deals with
7   corticosteroid therapy, it says that "I may
8   require doses that cause fluid retention,
9   muscle loss, bone density loss, high blood
10  sugar and high blood pressure" -- where did you
11  get this list of things that could be caused by
12  corticosteroid therapy?
13      A.      Those are available at any -- in
14  any site.  But I may have taken it directly
15  from UpToDate®, which I use extensively.  They
16  have an article on, you know, adverse effects
17  of glucocorticoids.
18      Q.      And by this point in October of
19  2021, had you had patients that experienced
20  these symptoms, starting with fluid retention
21  and going through high blood pressure?  Had you
22  had patients experience those things before?
23      A.      Once again, I would say, I saw
24  dramatic fluid retention with my daughter.  She

Page 76

1   was the primary person I have had to give high
2   doses of corticosteroids to.  I did not have to
3   give high doses to others, excepting one other
4   patient.
5               And so, it was, you know, seeing
6   those negative effects with my daughter, with
7   the doses that required that, you know,
8   prompted me to be sure to include those issues
9   that I had witnessed.  And she did have a bone
10  density test, maybe before I wrote of this
11  chronic babesiosis, that showed her bone
12  density was reduced.  But she had to take
13  more -- higher corticosteroid doses for longer
14  than anybody I had -- I have ever dealt with.
15      Q.      Just going to take down
16  Exhibit-1 for now.  And I'm going to open up
17  what I have marked as Exhibit-3.  And you can
18  see here, there are 56 slides in this
19  PowerPoint.  It's titled "Chronic Babesiosis."
20              - - -
21              (Whereupon, Exhibit-3 was marked
22      for identification.)
23              - - -
24  BY MR. LAMB:

Page 77

1       Q.      Do you recognize this?
2       A.      Oh, yes.
3       Q.      And who is the author of this
4   document, Exhibit-3?
5       A.      Myself.
6       Q.      Okay.  This presentation,
7   "Chronic Babesiosis" -- did you ever give this
8   presentation?
9       A.      Yes.
10      Q.      Where?
11      A.      At ILADS.
12      Q.      Go ahead.  I was just going to
13  ask where and when you gave the presentation.
14      A.      This one is marked 2021, so it
15  was -- and it was given at the ILADS
16  conference.  I think you have the name of the
17  ILADS -- International Lyme and Associated
18  Diseases Society.  It was -- I was invited to
19  present information about chronic babesiosis by
20  the then-president of ILADS,
21  Dr. Robert Mozayeni.  He had tried to help me
22  with my daughter, unsuccessfully.  And when I
23  determined what she had, what had made her so
24  ill, he understood it immediately, started to

Page 78

1  develop a test for it -- the FISH test I
2  mentioned about -- with his own laboratory.
3  And he invited me to come and speak in -- I
4  believe this is October of 2021 -- at the
5  annual ILADS conference -- about babesiosis.
6      Q.      Did you speak at the ILADS
7  conference more than once?
8      A.      Yes.  I also spoke in October of
9  2022.
10     Q.      Okay.  And your counsel sent us
11 two versions of this presentation.  I know that
12 it says 2021 on the first slide here, but if
13 you put 2022 in the title of the actual PDF
14 that you sent us, would that be the 2022
15 presentation that you gave?
16     A.      Yes.
17     Q.      Okay.  And I'm just going to go
18 to page 17 of Exhibit-3.
19             Can you tell me what this slide
20 shows?
21     A.      These are organisms that I saw
22 in my own daughter's blood, when I first
23 decided to see if I could find, you know, And
24 microscopic evidence of this infestation.  And

Page 79

1  I did so based on veterinary literature,
2  where -- with sequestering Babesia species,
3  which are a specialized kind of Babesia.  They
4  found that they could more easily find
5  organisms in capillary blood than they could in
6  venous blood.
7      Q.      And so, is this slide, the
8  picture that we see -- is that from a capillary
9  blood smear?
10     A.      From my daughter.
11     Q.      And that's Valerie?
12     A.      Valerie.
13     Q.      What are the blue images that we
14 see in this picture?
15     A.      What I would say -- what I need
16 to say at this point, is that I saw these
17 organisms a different kind of organism that
18 you will see on another slide.
19             I later discovered -- after I
20 talked in 2022, I sent these slides to many
21 people to try to see what they thought.
22 Because Babesia has a pure form shape.  And
23 some of these look exactly like Babesia that
24 are seen in, you know, published images.  But

Page 80

1  others are not so clear.  And in the end, I
2  realized there is a yeast in the skin that
3  looks enough like Babesia, a Babesia species,
4  that I really could not say for certain what I
5  am looking at here.  So, I deleted these kinds
6  of images from later presentations and papers.
7      Q.      Okay.  So, in the picture that
8  we're looking at on page 17, is it fair to say
9  you're not sure when it shows the Babesia
10 parasite or a yeast?
11     A.      That's right.  Some of them look
12 very typical.  Others can be interpreted as
13 this kind of yeast.  I wish I was convinced, at
14 the time, that it was a Babesia species altered
15 by persisting in these intravascular nests.
16 They still may be.  I am not certain.
17     Q.      Okay.
18     A.      Yes.  This is the --
19             MS. SCHWED:  Well, wait.  There
20     is no -- there is no question pending.
21     He'll ask you.
22             MR. LAMB:  Yeah.  Thanks.
23 BY MR. LAMB:
24     Q.      I'm on page 20 now.  It says

Page 81

1  "Other Patients."
2              So, is it fair to say that these
3  images were not of your daughter, Valerie?
4      A.      Umh-umh.
5              MS. SCHWED:  You have to say
6      yes.
7              THE WITNESS:  Yes.
8  BY MR. LAMB:
9      Q.      And what you were just saying
10 about being unable to distinguish the Babesia
11 parasite from a yeast, does that hold for these
12 images as well?  Or is there something in these
13 images that's important to point out as far as
14 babesiosis?
15     A.      Yes.  I would say also here,
16 well, I cannot say for certain.
17     Q.      What's this image on page 21?
18     A.      This is that Babesia odocoilei
19 FISH test produced by T-lab, by Dr. Mozayeni
20 working in cooperation with Drexel University's
21 medical diagnostics department.  They developed
22 a RNA strand that is complementary to a Babesia
23 RNA strand.  And they tie a fluorescent dye to
24 it.  This is why it's called fluorescent in

Page 82

1  situ hybridization.  So, when that strand finds
2  a complementary RNA strand in the -- from a
3  Babesia organism, it attaches to it.  And so,
4  you get areas with clearly increased
5  fluorescent signal.  And so, what we're seeing
6  are red blood cells with areas of increased
7  fluorescent signal near the periphery, which is
8  actually where Babesia odocoilei tends to stay
9  in a red blood cell.
10      Q.      So, is the yellow in the
11  image -- is that the fluorescence that your
12  talking about?
13      A.      Yes.  Yes.  The bright -- bright
14  yellow.
15      Q.      Is each one of these circles a
16  red blood cell?
17      A.      Yes.
18      Q.      Okay.  And this just says,
19  "Patient: B. Odocoilei FISH."
20              Do you know -- you don't even
21  have to tell me their identity -- but do you
22  know which patient these images were from?
23      A.      I'm almost certain that is my
24  daughter.  I would say that's daughter.  That's

Page 83

1  why I included it at that time.
2      Q.      The next slide, page 22, it
3  says, "B. Canis in Dogs: Model for B. Odocoilei
4  in Humans."
5              Can you explain that connection
6  for me?
7      A.      Yes.  I added that title to
8  the -- that's on a slide; right?  My daughter
9  was infested for, you know, 15 years before I
10  started to investigate this possibility of
11  infection.  And after treating her
12  aggressively, beginning in October of 2020,
13  when I saw very clear evidences of improvements
14  with the first round of these medications,
15  including tafenoquine, she had a marked
16  chemolysis and very marked improvements, but
17  also a lot of derealization.  I continued to
18  treat her for six months with very strong
19  antimalarial therapy, antibabesial therapy, but
20  very little improvement -- additional
21  improvement was occurring.
22              So, I looked into the literature
23  more carefully and found this paper on
24  Babesia canis in dogs, where Babesia canis was

Page 84

1  found to be a sequestering Babesia species,
2  which is very different than the Babesia
3  microti, which is known to the IDSA and CDC.
4  And in specifically, it used fibrin, the --
5  our -- this clotting protein in our own blood.
6  It used this fibrin.  It got into red blood
7  cells, would cause fibrin to be deposited on
8  the surface of the red blood cell.  The red
9  blood cell would then become adherent to the
10  lining -- or endothelium of the capillaries --
11  and actually lodge there.  And more red blood
12  cells, infected and uninfected, would also
13  lodge in the obstructed capillary.  And
14  essentially, what this describes is how this
15  organism creates these intravascular nests
16  throughout the infected animal.
17      Q.      And so the --
18      A.      And I would --
19      Q.      Sorry.  If I could just ask you
20  another question.
21      A.      Okay.
22      Q.      The link between that infection
23  in dogs and the odocoilei infection in humans,
24  was there -- what was your source for making

Page 85

1  that link between the two?
2      A.      Yes.  After reading this
3  article, I gave my daughter lumbrokinase.  It's
4  a simple over-the-counter fibrinolytic enzyme.
5  And the results were extremely dramatic.  She
6  started to get better.  She could do more
7  things, like, talk to somebody on the
8  telephone, like, try to help making dinner.
9              She also started to need much
10  higher steroid doses.  And she started to have
11  more hemolysis, which I interpret as, you know,
12  the fibrinolytic enzyme was breaking up these
13  nests to a degree and exposing more of these
14  sequestered Babesia to her immune system.
15              So, the breaking of the nests
16  caused a little better blood flow to areas of
17  her brain.  But she also, at the same time,
18  started to have a great deal more inflammation
19  from the exposing and then, killing of these
20  sequestered Babesia.  This -- so, I became
21  convinced at that time.  And I have seen it
22  repeated in other patients that fibrinolytics
23  are key, later in the treatment, to clearing
24  these intravascular nests that this parasite

Page 86

1   has created.
2       Q.      And other than your experience
3   with your daughter and the other patients you
4   mentioned, are you aware of anything published
5   anywhere in the medical literature that makes
6   this link between the B. canis infection in
7   dogs and the odocoilei infection in humans?
8       A.      Yes.  There is a published paper
9   from -- by Dr. Scott -- the same researcher who
10  published the paper identifying
11  Babesia odocoilei -- where he mentions this
12  process also.  But it is more recent.  I'm not
13  sure if it's 2022 or '23.
14      Q.      Other than Dr. Scott, are you
15  aware of anybody that has published concerning
16  a link between these two things -- the canis
17  infection in dogs and the odocoilei in humans?
18      A.      No.  I discovered the
19  connection.  I presented it and am presenting
20  it to the world.
21      Q.      Would it be fair to say it's a
22  hypothesis of yours that the B. canis infection
23  in dogs is a model for the odocoilei infection
24  in humans?

Page 87

1               MS. SCHWED:  Objection to form.
2           You may answer.
3               THE WITNESS:  No.  I don't
4           consider it a hypothesis.  I consider it
5           very clearly proven by the clinical
6           effects of oral fibrinolytics -- dramatic
7           clinical effects.  All they do is break
8           up fibrin.
9   BY MR. LAMB:
10      Q.      Do you know what Dr. Scott's
11  academic discipline is?
12      A.      Umh-umh.  He's at acarologist, a
13  tick specialist.
14      Q.      So, he's not a medical doctor,
15  correct?
16      A.      I should add -- no.  He's not.
17  But I should add to that that he himself has
18  suffered from this illness for years, which is
19  why he ended up investigating it.  And he
20  has -- he has given me permission to let people
21  know that.
22      Q.      Okay. I've moved to page 32 of
23  Exhibit-3.  It's a slide that's titled "A Tale
24  of Two Diseases."

Page 88

1               Can you just explain what you're
2   conveying on this slide.
3       A.      Yes.  Again, acute babesiosis is
4   what is known to be caused by -- is the obvious
5   state of babesiosis.  That is easy to diagnosis
6   because the person has fever.  There is
7   hemolysis that's evident.  If you look at a
8   microscopic slide, there are many Babesia
9   parasites seen.  In most cases, sometimes
10  they're very difficult to find, but sometimes
11  easily.
12              And this acute babesiosis is all
13  that doctors, you know, at the IDSA or CDC --
14  this is all they know of babesiosis -- is the
15  obvious, I would say tip-of-the-iceberg-form of
16  babesiosis.
17      Q.      And you refer earlier to chronic
18  babesiosis as a term of your own invention.
19              Since then, are you aware of
20  anyone that has published anything in the
21  medical literature using this term, chronic
22  babesiosis?
23      A.      Again, only Dr. Scott -- one
24  paper, which I could sent to you, if you so

Page 89

1   request.
2       Q.      I'm going to go to the next
3   slide -- 33.
4               You see the column that says
5   "Direct Effects of Nests"?
6       A.      Yes.
7       Q.      And there is a list here of
8   symptoms that patients experienced.
9               Where did you get this list
10  from?
11      A.      It is my own production from my
12  extensive experience with my daughter's own
13  illness and with other patients.
14      Q.      And is that also true for the
15  second column that's titled "Immune-Mediated
16  Effects"?
17      A.      Yes.  The immune-mediated
18  effects are those that are somewhat more known
19  to the medical profession.  They are the immune
20  system reacting to the Babesia infection.
21              Whereas, my daughter had none of
22  the immune-mediated effects for 14 years.  She
23  only had the direct effects the nests, meaning
24  her immune system was hardly reacting to this

---

Page 90

1 infection.  But the increasing number of these
2 nests that were blocking her capillaries and
3 venules, and restricting blood flow, and
4 causing a little bit of surrounding
5 inflammation, they were disabling her, in the
6 manner described on the left.
7     Q.      And that term "nest" -- that
8 term "nest" that you use on this slide and that
9 you have been using -- where does that term
10 come from?
11     A.      It is mine.  I think it's the
12 best description of what this parasite does in
13 a host.  It actually -- it is a nest.  Because
14 it hides from the immune system by blocking a
15 capillary or small vein -- completely blocking
16 it so blood flow does not flow through it.
17             Researchers -- now sequestering
18 Babesia species have been extensively described
19 in the medical and veterinary literature.  And
20 so, what they do and how they exist is well
21 known.  I chose to call it a nest, because even
22 they can proliferate within this -- within this
23 home -- or this sequestration -- and basically
24 live out their life there.

Page 91

1     Q.      Are you aware of anybody that
2 has published in the medical literature using
3 nests to refer to Babesia in the same way that
4 you have?
5     A.      Again, a paper published
6 afterwards by Dr. Scott.  I don't know if he
7 calls these nests.  I don't think so.  He may
8 call them sequestrations or something of that
9 sort.  But I find nests to be a much more -- a
10 more succinct and understandable term,
11 especially for communicating with other people
12 and patients.
13     Q.      And you used the term "host"
14 before.
15             Do you also recognize the term
16 "reservoir" being used to describe somewhere
17 that parasites live?
18     A.      Reservoir is typically referred
19 to hosts or the creatures that are generally
20 the host for the organism, from which it can be
21 picked up by ticks and given to other animals.
22     Q.      Is there any difference in your
23 mind between a host and a reservoir?
24     A.      Yes.  I -- they are different

Page 92

1 terms.  No.  No.  The host --
2     Q.      What is the difference?
3     A.      No.  The host -- I'm sorry.  A
4 host would be considered a reservoir.  Like, a
5 reservoir is a chronically infected host, shall
6 we say.  Like, the host or reservoir for
7 white -- for Babesia odocoilei is the
8 white-tailed deer.
9     Q.      But then, for your patients that
10 you have diagnosed with chronic babesiosis
11 caused by odocoilei, do you consider them a
12 host or a reservoir?  Or both?
13     A.      Yes.  They have become such.
14     Q.      They are both hosts and
15 reservoirs of Babesia odocoilei?
16     A.      Yes.  That is the parasitic
17 strategy.
18     Q.      And are you familiar with anyone
19 who has published in the medical literature
20 that a human being is a reservoir for
21 Babesia odocoilei?
22     A.      Again, only the paper by Scott.
23     Q.      Going to page 34 of Exhibit-3,
24 you see where it says, "Need capillary blood

Page 93

1 smear," and capillary is underlined?
2     A.      Yes.
3     Q.      You touched on this a little bit
4 before.
5             But I guess, what I wanted to
6 ask you was, based on your experience as a
7 doctor, are you aware of any diseases, at all,
8 where you have to have a capillary blood smear
9 in order to locate the disease?
10     A.      Yes.  It is used -- it is used
11 for sequestering Babesia species.  It is
12 considered the better place to get the blood
13 sample.  And this I got from veterinary
14 literature.
15     Q.      I understand that it would --
16 that you think it would be better.
17             I guess, what I'm asking is, is
18 your -- is your statement here, that when it
19 comes to chronic babesiosis, you have to have a
20 capillary blood smear?  Or just that it's more
21 advantageous than a venous blood smear?
22     A.      Again, this was at the time when
23 I believed I was seeing Babesia organisms in
24 capillary blood smears.  This needs a lot of

Page 94

1  further investigation to see if a capillary
2  blood smear versus a venous blood smear would
3  produce a higher yield in a molecular
4  identification way -- say, like doing a PCR
5  test or other definitive identification.  It
6  needs further research.
7           But at the time, I was excited
8  thinking, I, you know -- I could demonstrate
9  these organisms definitively with a microscopic
10  capillary blood.  By the way, capillary blood
11  is also used in malaria extensively.
12      Q.      Right.  I was just asking,
13  though, if you know of any diseases where it
14  has to be a capillary blood smear in order to
15  find the disease, as opposed to something that
16  is used?
17      A.      Sequestering -- yes.
18  Sequestering Babesia species -- it is the
19  preferred way.
20      Q.      And that's your still your
21  position today, even though you rethought --
22      A.      Yes.
23      Q.      -- some of the things you saw on
24  the capillary blood smears?

Page 95

1      A.      Yes.  It's documented in
2  veterinary literature with Babesia bulbous,
3  another sequestering species, but uses a
4  different mechanism to sequester.
5      Q.      You see here, where it -- at the
6  bottom of page 34, it says, "T-lab:
7  Research-only B.odocoilei 18s rRNA FISH"?
8      A.      Yes.
9      Q.      Is that the test you referred to
10  earlier that you had Stacey Wolking do?
11      A.      Yes.
12      Q.      The term "research only," what
13  does that mean to you?
14      A.      It means that the laboratory has
15  not completed the usual validation procedures
16  to get CLIA certification for the test.
17      Q.      Do you know how you spell CLIA?
18      A.      C-L-I-A.
19      Q.      What is CLIA?
20      A.      It is a division of CMS, which
21  is the Medicare parent organization, that deals
22  with laboratory certification.  I don't
23  remember the exact, you know, source of the
24  acronym.  But it is -- it is the legislation

Page 96

1  that determines how laboratories do their
2  testing and validate their tests.
3      Q.      Does the term "research only"
4  have anything to do with FDA approval, as far
5  as you know?
6      A.      No.  I can explain that.  FDA
7  approval is only sought for tests which are
8  going to be sold to other laboratories as kits.
9  All other tests are just under CLIA
10  certification.
11      Q.      Okay.  Slide 35 is titled,
12  "Diagnosis of Chronic Babesiosis."  If you
13  would not mind, just take a look at this slide.
14  And then, if you could explain to me what it
15  was you were trying to communicate to the crowd
16  with this slide?
17      A.      Well, that ultimately it is a
18  clinical judgement, because we don't have a
19  good tests for it.  I have seen many patients,
20  including my own daughter, who came up
21  completely negative at IGeneX initially with
22  their FISH and antibody test.  And often
23  they've become positive with repeated testing
24  after treatment.  Some things that may be seen

Page 97

1  on examination, the historical clues of a
2  history of tick exposure followed by some
3  flu-like syndrome for a while.  And then, you
4  know, these improvement or worsening with many
5  different things that one may try -- and I saw
6  that with hormones in these patients before I
7  realized they had babesiosis.  Thyroid and
8  cortisol would cause reactions, which I now
9  under- -- you know, understood as being
10  present.  Interminable herxing is when IDS --
11  I'm sorry -- the doc -- the ILADs doctors would
12  often try to treat these people for chronic
13  Lyme disease, when it's not Lyme disease.  And
14  the antibiotic just actually causes
15  Herxheimer-like reactions, meaning killing some
16  organisms, exposing them to the immune system,
17  but they never get better over time.  And
18  ultimately, I think the ultimate diag- --
19  criterion of diagnosing it is a diagnostic
20  trial or test for the individual patient -- of
21  giving them antibesials, and seeing if they
22  respond as an infected person.
23      Q.      Okay.  So, is that what you mean
24  by ultimate criterion -- that the diagnosis

WOLKING and DARYL WOLKING vs
HENRY LINDNER
KING, KING and WOLKING
Document 57-8    Filed 07/12/24    Page 27 of 120
Henry Lindner, M.D.
February 21, 2024

Page 98

1  should be based on the patient's response to
2  atovaquone and other medications?
3      A.    Yes.
4      Q.    Okay.  So --
5      A.    Yes.  If tests are negative, not
6  revealing.  I would say even if the test is
7  positive, I'm going to -- I want to make sure
8  this person actually responds like somebody who
9  has this infection.
10      Q.    So, it's fair to say, you don't
11  believe that a test result is necessary to make
12  a diagnosis of babesiosis?
13           MS. SCHWED:  Objection to form.
14      You may answer.
15           THE WITNESS:  No.  I do not
16      believe it is necessary.  I believe the
17      diagnosis can be made clinically by
18      several criteria.
19  BY MR. LAMB:
20      Q.    On slide 36, here, where it
21  says, "Synergy," and then, it mentions a few
22  different drug names.
23           Where did this combination of
24  drugs come from?  Did you take that from

Page 99

1  someone else or get it somewhere?  How did it
2  end up in your presentation?
3      A.    Well, I reviewed a great deal of
4  literature, research.  And there are animal
5  studies where these medications were combined
6  and given separately to see their effects
7  against Babesia infections in animals.  And it
8  was the approach I took with my daughter that
9  was so successful in initially clearing her of
10  a large number of the parasites.
11      Q.    So, this --
12      A.    I added --
13           MS. SCHWED:  Well, finish if
14      you --
15           THE WITNESS:  I added my
16      experience, you know -- in addition my
17      experience with other patients, you know,
18      doing the same thing.
19  BY MR. LAMB:
20      Q.    Okay.  So, this list starting
21  with atovaquone -- is it fair to say, that it's
22  a list of drugs you came up with?
23      A.    Yes.  To treat this chronic
24  babesiosis.

Page 100

1      Q.    Was there anywhere you're aware
2  of in the medical literature that listed this
3  particular list of four drugs for a babesiosis
4  patient?
5      A.    Oh, no.
6      Q.    And then, you talked a little
7  bit earlier about lumbrokinase -- and that's
8  mentioned here on page 36 of Exhibit-3, as
9  well.
10           Can you just explain succinctly
11  what lumbrokinase is.
12      A.    It is a fibrinolytic enzyme
13  that's obtained from earthworms.  It's sold
14  over-the-counter as a supplement.  You do not
15  need a prescription.  Yes.  That is the brand I
16  prefer and I recommend to patients.
17      Q.    While you were talking, I pulled
18  up what's been marked as Exhibit-B.
19           And you recognize this
20  B-O-L-U -- B-O-L-U-O-K-E, as the form of
21  lumbrokinase that you recommend?
22      A.    Yes
23      Q.    Do you see under disclaimers,
24  where it says, "This product is not intended to

Page 101

1  diagnosis, treat, cure or prevent any disease"?
2      A.    Of course.  That's a disclaimer
3  on every supplement that is sold in America.
4      Q.    So, did you know that disclaimer
5  was there when you encouraged your patients to
6  take this?
7      A.    Yes.  Of course.  It's on every
8  supplement that every doctor encourages a
9  patient to take.
10      Q.    Slide 37 is titled, "Babesia
11  Herxing" -- H-E-R-X-I-N-G.  You have mentioned
12  a couple of times a Herxheimer-like reaction.
13           Can you just explain -- I guess
14  first, how would you define a Herxheimer-like
15  reaction?
16      A.    Well, first of all, the
17  Jarisch-Herxheimer reaction was initially
18  described by these two physicians when people
19  with syphilis were given antimicrobials that
20  killed the syphilis parasites, the syphilis
21  bacteria.  And they would -- they could get,
22  you know -- they were living with this
23  bacteria, often for many years with syphilis.
24  But they could get very -- reactions varying

WOLKING and DARYL WOLKING vs
HENRY LINDNER

KING, et al, DARYL WOLKING vs

Document 57-8     Filed 07/12/24     Page 28 of 120

Henry Lindner, M.D.
February 21, 2024

Page 102

1  from just a fever to even, you know, severe
2  illness and death -- when they killed the
3  parasites.  Because they are immunovating
4  parasites, and when you kill them, now they are
5  exposed to the immune system, which can begin
6  reacting very strongly to the newly-seen
7  infection.  So, it can be very serious.  It's
8  been described in other illnesses -- malaria
9  also.  And it's to be expected when you begin
10  to kill a parasite that is, you know -- is
11  internal to a person, and you thereby expose it
12  to the immune system.
13       Q.       And you've used the term
14  Herxheimer-like reaction.
15            Is that different from the
16  Jarisch-Herxheimer reaction that occurred in
17  syphilis patients?
18       A.       I used the term Herxheimer-like
19  only because it is not syphilis we're talking
20  about.  It's also seen by with Lyme disease, by
21  the way, which is rather similar to the
22  syphilis organism.  So -- and I use it because
23  the more -- the more, kind of, commonly used
24  colloquial term, called herxing, you know,

Page 103

1  seems perhaps unscientific in medical
2  communications.  But it is what all doctors and
3  patients use.  They call it herxing in the, you
4  know, tick-borne treatment community.
5       Q.       Are you aware of anything in the
6  medical literature that's been published saying
7  that babesiosis patients experience an
8  Herxheimer-like reaction?
9       A.       No.  No.  I would take that
10  back.  I think there are descriptions of some
11  cases of Babesia microti treatment, where
12  patients worsen initially with treatment.  But
13  that's a very different illness.  Those
14  organisms, Babesia microti, are really not
15  evading the immune system very much.  But for
16  the most part, no.  I'm the first one to talk
17  about this particular reaction to trying to
18  treat chronic babesiosis.
19       Q.       And in the cases that you just
20  mentioned involving microti, do you remember
21  whether there was a published work actually
22  saying that the reaction was a Herxheimer-like
23  reaction?
24       A.       I don't think so.  I don't think

Page 104

1  there would be any statement of that sort.
2       Q.       And as far as you know, what
3  symptoms are associated with a Herxheimer-like
4  reaction?
5       A.       It's generally described as a
6  flu-like syndrome, you know, which means
7  achiness, fatigue, brain fog, headache, nausea,
8  you know -- what you might expect when someone
9  gets the flu.  It's this immune-activation
10  syndrome.  And generally, if they have chronic
11  babesiosis, it worsens the already-present
12  symptoms.
13       Q.       And for a Herxheimer reaction,
14  like the actually Jarisch-Herxheimer reaction
15  in syphilis patients and the other conditions
16  that you mentioned, do you know how long that
17  usually lasts?
18       A.       It's much briefer in syphilis
19  and in Lyme disease, maybe just two or three
20  days.  Because you have parasites that are easy
21  to access with the antimicrobials and easily
22  killed with them.
23       Q.       On page 38, the first statement
24  under the title it says, "Babesia are

Page 105

1  everywhere -- herxing in every tissue and
2  organ."
3            Is that something you believe to
4  be true for all of your babesiosis patients or
5  only some of them?
6       A.       They are -- essentially, they
7  can be everywhere.  And this has been described
8  in chronic falciparum malaria, which is a
9  sequestering species and in the veterinary
10  literature on Babesia infections.  And so,
11  that -- you know, it's an intervascular
12  parasite.  These capillary nests can form --
13  can be formed in any tissue or organ.  People
14  differ in where they have more less
15  sequestration, I believe.  Some have no
16  symptoms in their gastrointestinal system, for
17  one thing.  And others have severe
18  gastrointestinal symptoms.  So, it varies
19  person to person.  But they can be anywhere.
20       Q.       Is -- are you saying that the
21  location of the symptoms is an indicator of
22  where the Babesia are located?
23       A.       Yes.  It often is.  It often can
24  be.

Page 106

1    Q.    A little further down the same
2 slide, page 38, it lists -- there is the word
3 "psychiatric," and then, it lists a number of
4 psychiatric symptoms.
5    A.    Yeah.
6    Q.    Again, you have
7 "violent/suicidal ideation."
8         So, at the time that you gave
9 this presentation, which I believe you said was
10 October of 2022 or around there, how many
11 babesiosis patients had you seen experience
12 violent/suicidal ideation?
13    A.    Again, this was October 2021, I
14 would say only my daughter and one other
15 patient.  And I have since -- I have since seen
16 similar problems -- because -- in other people.
17 Because I have seen other people who have also
18 chronic Bartonella infections, which is another
19 intravascular parasite, which has been shown to
20 be associated with psychiatric problems.
21         So, when they -- I have -- what
22 I have seen is when they have a co-infection
23 with Bartonella and babesiosis, that the
24 Babesia herxing can greatly worsen some of the

Page 107

1 psychiatric issues they are dealing with.
2 That's what I would say.
3    Q.    This last line, where it says,
4 "Not side effects of antibabesials!  Different
5 agents," can you explain what you meant by that
6 line?
7    A.    Surely.  When I first saw my
8 daughter's terrible reactions to some of these
9 medications when they were prescribed by other
10 doctors, Lyme-literate MDs, I too initially
11 thought that maybe she's just having a very bad
12 drug reaction or side effects to, say
13 atovaquone, which made her very ill if she took
14 it for more than a week or so initially -- and
15 hydroxychloroquine, another antimalarial -- and
16 then, to the artesunate.  But indeed, they even
17 performed tests basically to stop that
18 medication and try another one -- which I knew
19 could kill Babesia -- and would see very
20 similar, you know, adverse effects.
21         And so, with time, I became
22 quite convinced -- and, you know, more so with
23 additional experience with other patients --
24 that these are not side effects of the

Page 108

1 antibabesial medications or antimalarials that
2 they -- because every one of them can cause the
3 same, very strong Herxheimer-like effect with
4 immune activation, which just -- it cannot be
5 explained as a side effect of every one of
6 those medications.
7    Q.    Are you aware that the drug
8 mepron, for example, which you mentioned, lists
9 gastrointestinal problems, insomnia and
10 depression as possible adverse reactions?
11    A.    Yup.  Very much aware.  And I
12 will explain that to you.
13    Q.    Go ahead.
14    A.    The prob- -- the first question
15 is why were people given mepron.  It would only
16 be because a doctor thought they had malaria or
17 babesiosis or toxoplasmosis, which are all
18 immune-system-evading parasites.  And so, a
19 Herxheimer-like reaction is going to occur.
20 And I believe in all those cases with mepron,
21 it is a Herxheimer-like reaction, not a side
22 effect.  But FDA, you know, information just
23 includes everything that everybody -- anybody
24 ever reported when they took the medication.

Page 109

1    Q.    And is there any published work,
2 that you're aware of, that concludes -- or
3 basically that supports what you just said?
4 That -- that these -- these three side effects
5 for mepron -- gastrointestinal, insomnia and
6 depression -- are actually a result of a
7 Herxheimer reaction as opposed to a side
8 effect?
9    A.    No.  I'm the first person to --
10 as clear here -- to actually figure this out.
11 And by the way, I have also given these
12 medications to other persons who had very light
13 infestations and had no such negative reactions
14 whatsoever, even until they were given
15 lumbrokinase, even though they were taking all
16 four of these medications, no negative --
17 adverse effects whatsoever.
18    Q.    Earlier we were using the date
19 of January 17, 2022, for when you diagnosed
20 Stacey Wolking with babesiosis.
21         At that time, are you aware of
22 any published reference material, at all, that
23 said that chronic babesiosis could exist in
24 human beings?

Page 110

1    A.    No.  No published literature at
2 all.  But a great deal of veterinary literature
3 regarding sequestering Babesia species, which
4 Babesia odocoilei is, in my opinion, and until
5 proven otherwise, and a great deal of
6 falciparum malaria literature, which I also
7 reviewed in detail -- it does create a
8 chronic -- it is a sequestering malaria
9 species.  Malaria and Babesia are very closely
10 allied species.  And much of southern -- much
11 of Africa in the malarial areas has people who
12 are chronically infected.  And this is well
13 known and discussed.
14    Q.    And my next question -- I think
15 your answer just answered it, but I just want
16 the record to be clear.  So, I apologize that
17 there's some overlap here.
18         When you diagnosed
19 Stacey Wolking on January 17, 2022, with
20 babesiosis, was there anything, at all,
21 published, you're aware of, saying that humans
22 could be infected by Babesia odocoilei?
23    A.    No.
24    Q.    We've talked about the Scott

Page 111

1 paper before.
2         Other than that, was there any
3 other human case of chronic babesiosis caused
4 by Babesia odocoilei that you consider proven
5 as of January 17, 2022?
6    A.    Published, no.  Personal
7 experience and published literature on Babesia
8 -- chronic Babesia infections in general, yes.
9    Q.    And the personal experience
10 you're referring to -- is that your own
11 patients?
12    A.    Yes -- who have tested positive
13 for Babesia odocoilei with the T-lab test, and
14 in many cases tested positive for ongoing
15 babesiosis -- these are chronically ill
16 people -- with the FISH test at IGeneX, which
17 does not speciate the Babesia organism.  But it
18 can find any Babesia species that is currently
19 in the blood.  Then -- so, you know, basically
20 everyone who gets a positive FISH test who has
21 been chronically ill, who does not have acute
22 babesiosis, has chronic babesiosis by
23 definition.
24    Q.    But as of January 2022, other

Page 112

1 than your own patients, did you know of any
2 human cases of chronic babesiosis caused by
3 odocoilei?
4    A.    Not by odocoilei, per se.  But
5 there was very strong suggestive evidence from
6 IGeneX's own published literature.  For
7 instance, they -- in 10,000 tests that they
8 did, 37 percent of them had evidence of
9 babesiosis -- more than Lyme -- more than they
10 detected Lyme disease.  And many of those are
11 positive FISH tests, indicating some kind of
12 chronic infestation with a Babesia species, of
13 a type that is not recognized by the IDSA or
14 CDC.
15    Q.    Do you know --
16    A.    There is no test --
17    Q.    Sorry.  Could you finish that?
18 There is no test --
19    A.    Besides the T-lab test, there is
20 no test that IGeneX -- even IGeneX does --
21 which will specify Babesia odocoilei.  I can
22 tell you that there is a work that is soon to
23 be published.  I don't know exactly when.
24 Another laboratory I have spoken with has

Page 113

1 developed a test that can actually find
2 Babesia odocoilei with PCR -- you know,
3 molecular identification.  And they are doing
4 so.  So, this is evolving information.
5    Q.    Do you know the name of that
6 company?
7    A.    That is the North Carolina --
8 it's not a company.  It's a research laboratory
9 called the Intracellular Pathogens Research
10 Laboratory at NC State.  I spoke with the --
11 with the principle investigator there, Dr.
12 Edward Breitschwerdt.
13         MS. SCHWED:  Do you know how to
14    spell his last name?
15         THE WITNESS:
16    B-R-E-I-T-S-C-H-W-E-R-D-T.  He's a world
17    renowned researcher in the field of
18    Bartonella, another chronic parasitic
19    infection, which is pretty much ignored
20    by the IDSA and CDC.
21 BY MR. LAMB:
22    Q.    That was an impressive bit of
23 spelling, I have to say.
24         Do you know what metagenomic

WOLKING and DARYL WOLKING vs
HENRY LINDNER

Case No. 2021-00601 KING

Document 57-8    Filed 07/12/24    Page 31 of 120

Henry Lindner, M.D.
February 21, 2024

Page 114

1  testing is?
2      A.      Not exactly.
3      Q.      Okay.  Next generation
4  testing -- does that ring a bell at all?
5      A.      No.
6      Q.      Have you ever heard of a company
7  called Karius, which is spelled K-A-R-I-U-S?
8      A.      Oh, yes.  They have a -- they
9  have a test which they think they can do on
10 people, which will show if -- show if there is
11 any of a very large number of organisms present
12 in the blood.
13     Q.      Are you familiar with any of the
14 results that they have achieved from doing
15 those kind of studies?
16     A.      No.  But I think I -- they --
17 they will have, as far as I know, no means to
18 detect Babesia odocoilei, as no laboratory does
19 now.  Because the PCR primers -- they don't
20 have the primers.  So, they can only detect an
21 organism that they know of, which in this case
22 would be microti or duncani or a more European
23 Babesia species named Babesia divergens.
24     Q.      Okay.  When you diagnosed

Page 115

1  Stacey Wolking with babesiosis -- and let's
2  just continue to use the January 17, 2022,
3  date -- because I think earlier you said you
4  were confident by that date.
5      A.      She had had --
6      Q.      When you --
7      A.      (Unintelligible) --
8      Q.      Yeah.  I think you were already
9  starting to answer the question I'm about to
10 ask.
11         So, when you diagnosed her by
12 that date, can you state succinctly just what
13 the basis of your diagnosis was.
14     A.      Yes.  She had had typical
15 Herxheimer-like reactions -- which maybe we can
16 call herxing for now -- to atovaquone and a
17 single tafenoquine dose.  She had taken
18 atovaquone and azithromycin for, I believe,
19 approximately four months continuously.  When I
20 spoke with her in January, she described
21 improvements in several long-term symptoms.  I
22 think she had less -- less nausea, less
23 fatigue, less of the, kind of,
24 tingling/numbness and vibration feelings in her

Page 116

1  extremities.  The record, you know, documents
2  them.
3         And so, that, to me, is
4  definitive, because not only was there herxing,
5  which some people may try to claim is a
6  medication side effect, but the medications
7  actually succeeded in producing improvements in
8  very long-standing symptoms.
9      Q.      Okay.  Other than the herxing
10 and the reported improvements, is there any
11 other basis for the diagnosis, as of that date?
12     A.      Just the gestalt -- the
13 history -- the history of getting ill after a
14 tick bite, of getting better with some Babesia
15 treatment in 2015, 2016, the numerous symptoms
16 she had affecting various organs, systems and
17 tissues in her body -- which have no other
18 explanation.
19     Q.      And I'm showing Exhibit-1 on the
20 screen again.  I'm on page 467.  And you can
21 see, here, a patient message from
22 October 15, 2021.
23         Can you just look over what's on
24 the screen.  And then, when you're ready,

Page 117

1  explain to me what it shows.
2         MS. SCHWED:  Did you say what it
3      shows, Conor?
4         MR. LAMB:  Yes.  What's shown on
5      the screen right now in Exhibit-1 -- if
6      you could just explain this e-mail
7      exchange.
8         THE WITNESS:  I'm just
9      describing to her the fact that the T-lab
10     was indeterminate, so it was not very
11     helpful.  And I mentioned at that time,
12     that testing at T-lab -- or IGeneX -- may
13     show the organisms.  And I offered to
14     arrange it and told her the price.  She
15     did not chose to have it then, and she
16     didn't choose to have the IGeneX testing
17     in January, when I actually did, you
18     know, send her an order and instructions
19     to get the testing done.
20 BY MR. LAMB:
21     Q.      So, as far as you know, is this
22 T-lab FISH test that you're talking about in
23 the e-mail on page 467 -- is that the only test
24 that Stacey Wolking did?

Page 118

1    A.    Yes.  Unless the -- unless the
2  Lyme doctor that she saw in 2015 or '16 had
3  done Babesia testing at IGeneX or some other
4  laboratory.  I shouldn't say Lyme doctor -- the
5  doctor.  I'm -- I think it was a Dr. Stewart.
6    Q.    And I'm going to page 600 of
7  Exhibit-1.
8         Do you recognize what this is?
9    A.    Certainly.
10    Q.    Is this the test result that you
11  were referring to in the e-mail on page 467?
12    A.    Yes.
13    Q.    I just want to ask about one
14  part of this page.  On the bottom, here, of
15  page 600, it says that "the test has not been
16  cleared or proved by the U.S. Food and Drug
17  Administration."
18         Do you see that?
19    A.    Yes.
20    Q.    Okay.  And did you know that at
21  the time that you ordered this test for Stacey?
22    A.    Of course.  As I said, if you
23  read the next sentence, it says that FDA
24  approval is not required for tests that are

Page 119

1  developed and run by a laboratory.  That
2  requires only CLIA approval.  FDA approval is
3  only for tests which are to be sent -- are to
4  be used by other laboratories or by patients
5  themselves.
6    Q.    And I see Dr. Mozayeni's name on
7  here.
8         You described earlier -- is that
9  the person that you worked with at the T-lab to
10  develop this test in the first place?
11    A.    Yes.  He had tried for eight
12  months to treat my daughter.  And the -- and,
13  you know, she had got worse and worst over
14  time.  And it was when I discovered -- or when
15  her Babesia testing came back positive and I
16  eventually was able to help her with
17  antibabesial treatment -- and then, I had
18  realized -- and most doctors don't even know
19  this -- that Babesia odocoilei is in 20 -- 17.5
20  or 20 percent of the ticks in Pennsylvania.  I
21  contacted him immediately and let him know
22  that, you know, I thought it was
23  Babesia odocoilei that was making my daughter
24  sick.  And in fact, he realized very quickly it

Page 120

1  was also making many of his patients sick.  He
2  didn't know that they had this chronic Babesia
3  infection.
4    Q.    And when you said that you
5  worked with him on the test, was it just
6  providing that information to him?  Or did you
7  do more to actually help create the test?
8    A.    No.  Just providing that
9  information.  He immediately began working with
10  the Drexel University to develop the nucleic
11  acid probe to be used to identify
12  Babesia odocoilei.
13    Q.    And did you also work with
14  IGeneX to develop their tests?
15    A.    I informed them of what I had
16  discovered with my daughter.  I had sent my
17  daughter's samples to them.  And the other
18  patients, I ordered tests through them.  With
19  one very sick patient I sent them, I had the
20  patient send several samples directly to IGeneX
21  in a, sort of, nonofficial way, you know, not
22  through ordering the test in the usual manner,
23  as they were doing it as a research
24  investigation.  So -- and IGeneX is closely

Page 121

1  associated with iLab, so I spoke with the
2  director there in 2021 and 2022, about, you
3  know, what I found.
4    Q.    I think you've mentioned a
5  couple of times a PCR.
6         Can you just define your
7  understanding of what a PCR is?
8    A.    Polymerase chain reaction.  It's
9  a way of multiplying the gene's DNA of the
10  organism or cancer or whatever it is you are
11  trying to identify.  So, you can multiply the
12  number of these organisms, and then, use
13  various identification techniques to tell what
14  the RNA or DNA has come from.
15    Q.    Do you know whether PCR tests
16  are ever used to detect babesiosis?
17    A.    Yes.  They are commonly used.
18  But they do not have a PCR test in any
19  laboratory in the world right now -- in any
20  commercial laboratory -- that can detect
21  Babesia odocoilei.  It just does not show up.
22  If it is in the blood in high enough numbers,
23  which as I mentioned, as a sequestering species
24  it essentially tries to avoid the bloodstream.

Page 122

1    Q.       And to your knowledge, what
2  Babesia species can be detected by a PCR?
3    A.       If it is in the blood, Babesia
4  microti -- they have identification methods for
5  that -- Babesia duncani and Babesia divergens.
6  But I'll mention another interesting issue I
7  have come across is I think there is a good
8  possibility that what's being identified as
9  microti in PCR tests can be Babesia odocoilei
10 instead, in many cases.  Because
11 Dr. Breitschwerdt's lab at NC State has found
12 that the usual 18s rRNA target that they are
13 using to determine -- or differentiate --
14 between Babesia species -- he has determined it
15 does not work very well to do that.  So, I have
16 a suspicion that much of what is called
17 Babesia microti in the literature is actually
18 odocoilei.  And I -- and one of the reasons I
19 say that, is that microti is in less than three
20 percent of the ticks, sometimes not even found
21 in tick surveys.  Whereas, the odocoilei is
22 very prominent -- very prevalent in the
23 ticks -- at 17 to 20 percent.
24    Q.       For Stacey Wolking, did you ever

Page 123

1  order a PCR test?
2    A.       No.
3    Q.       Did you consider --
4    A.       Because I --
5    Q.       All right.  Let me just ask it,
6  and then you can answer.  I think what you're
7  about to say...
8            Did you consider ordering a PCR
9  test for Stacey in order to rule out the three
10 other Babesia species that can be detected that
11 way?
12   A.       No.  Because none of them
13 produce chronic babesiosis.
14   Q.       And do you know what a blood
15 smear examination is?
16   A.       Absolutely.
17   Q.       Did you ever order any kind of
18 blood smear for Stacey Wolking?
19   A.       No.
20   Q.       Have you ever looked at an image
21 of Stacey's blood?
22   A.       No.  As mentioned, I had several
23 patients, including my daughter -- had venous,
24 you know, microscopy blood smears.  And they

Page 124

1  were all negative.  And knowing it's a
2  sequestering species, I knew it would be a
3  useless test.
4    Q.       Did you do anything, at all, to
5  rule out the other types of Babesia parasites
6  for Stacey Wolking?
7    A.       No.  I did order the IGeneX
8  testing, which could have determined if there
9  were antibodies to microti or duncani.  Which,
10 as I said, are probably cross reactions.  The
11 duncani antibodies are almost certainly cross
12 reactions with odocoilei antibodies.  Though,
13 it was that IGeneX test that I ordered for her
14 in January of 2021 that, you know, could have
15 shown evidence of exposure to microti.  But it
16 does not cause chronic babesiosis.
17   Q.       And I know you mentioned talking
18 to Dr. Mozayeni about your daughter's case.
19            Did you ever talk to him about
20 Stacey Wolking case?
21   A.       Never.
22   Q.       Did you talk to any other
23 doctors, besides the ones at, you know, the
24 hospital that you ended up talking to?  Besides

Page 125

1  them, did you talk to any other doctors about
2  Stacey Wolking case?
3    A.       No.  I didn't.
4    Q.       Are you familiar with the term
5  "standard of care"?
6    A.       Yes.  A legal term.
7    Q.       And what does that term mean to
8  you?
9    A.       That a physician should exercise
10 minimal competence in practicing medicine and
11 if deviating from, you know, known guidelines
12 or conventional approaches, should have, you
13 know, very good reason for doing so.
14   Q.       Do you believe that there is a
15 standard of care to diagnosis someone with
16 babesiosis?
17   A.       No.  There are guidelines issued
18 by certain organizations, which are basically
19 based on diagnosing Babesia microti or other
20 cases of acute babesiosis.  There is no
21 guideline that exists for diagnosing chronic
22 babesiosis caused by Babesia odocoilei or any
23 other species that can cause chronic
24 babesiosis.  The guidelines are completely set

Page 126

1  up for acute babesiosis.
2      Q.     So, is your position that there
3  is no standard of care for treating a patient
4  that you diagnose with Babesia -- chronic
5  babesiosis -- caused by odocoilei?
6      A.     There is no professional
7  guideline that is applicable.
8      Q.     So, is there any standard of
9  care that you believe would be applicable?
10     A.     Yes.  Exercising, you know --
11 having -- making an informed decision using
12 clinical judgement.  Making, you know, as I did
13 with Stacey -- closely following the reaction
14 of the patient to various interventions.
15     Q.     I'm going to take down Exhibit-1
16 again.
17         MS. SCHWED:  Conor, is this a
18         good place to just take a five-minute
19         comfort break?
20         MR. LAMB:  Sure.  Yeah.  That's
21         fine.  I'm changing topics.  And if you
22         need any longer than that, let me know.
23         MS. KEESLER:  Can we actually
24         take a ten-minute break?

Page 127

1          MS. SCHWED:  Yeah.  Okay.  So,
2          we'll see you back about 20 of.
3          MS. KEESLER:  Great.  Thank you.
4          MR. LAMB:  Okay.  12:40.
5          Thanks.
6          VIDEOGRAPHER:  Time is 12:26.
7          We're going off the record.
8              - - -
9          (Whereupon, a brief recess was
10         taken.)
11             - - -
12         VIDEOGRAPHER:  The time is
13         12:40 p.m. Eastern.  We're back on the
14         record.
15 BY MR. LAMB:
16     Q.     Okay.  Dr. Lindner, I asked you
17 earlier about hormonerestoration.com.  Now I
18 want to ask you about HenryLindner.net.
19         Is that also your website?
20     A.     Oh, yes.  It's for my
21 philosophical ideas.
22     Q.     Okay.  And I'm showing you on
23 the screen now what I marked as Exhibit-9B.
24         Do you recognize this document

Page 128

1  that I'm showing you?
2      A.     Of course.
3      Q.     And is this a printout of the
4  material that's on HenryLindner.net?
5      A.     Yes.  I guess, if it's a PDF or
6  Word document.  I'm not looking at the website.
7      Q.     Okay.  The words that you see on
8  the screen right now, which are from page 2 of
9  Exhibit-9B -- who wrote those?
10     A.     Yeah.  Oh, it's all me.
11     Q.     Is everything on
12 HenryLindner.net written by you?
13     A.     Yes.
14     Q.     I just want to ask you about
15 something in this section that's called "The
16 Problem With Science."  On page 5 it says,
17 "Science is, in fact, at the root of our
18 intellectual pathology.  It is part of the
19 problem, not the solution."
20     A.     Umh-umh.
21     Q.     Did you write that -- those two
22 sentences as well?
23     A.     Oh, yes indeed.
24     Q.     Okay.  Would that -- from what

Page 129

1  you mean there by science being part of the
2  problem, not the solution, does that include
3  the science of medicine as well?
4      A.     No.  I make it very clear in
5  that essay and elsewhere, that what I mean by
6  Science, with a capital S, is the restriction
7  of our intellectual capabilities to just
8  describing and measuring things and creating
9  mathematical models, in essence, just paying
10 attention to what is obvious to our senses and
11 not using our minds to reach beyond that to
12 understand the nature and causes of things.
13 So, that's what I mean by Science.  I am
14 absolutely a fan of science, with a small S.
15 I'm a -- I consider myself a scientific
16 philosopher.  And -- but science -- every
17 science really should be ultimately considered
18 a part of natural philosophy.  And the -- and
19 scientists should use their minds to get beyond
20 the measurements and the, you know -- what is
21 obvious to the senses.
22         Like with Babesia, all they pay
23 attention to, so far, is what's obvious --
24 people with fever, people with obvious

Page 130

1  parasites in their blood.  They have not been
2  looking -- they have not been forced to look,
3  like I did with my daughter, at other
4  possibilities -- and/or look -- they have not
5  looked at the big picture to consider that a
6  sequestering species could be infesting humans
7  and what would that look like.
8       Q.       When you say "they," who are
9  referring to?
10      A.       Academic scientists.  Academic
11 physicians.  People who are in positions of
12 authority to tell everyone else, you know, what
13 is true about everything.
14      Q.       And that, kind of, leads into my
15 next question here, which is on the next page,
16 page 6 of Exhibit-9B.  You wrote, "Therefore,
17 in all fields, the experts are incompetent
18 because their minds deformed by schooling and
19 inhibited by Science."
20          Would that include the medical
21 experts that you just referred to?
22          MS. SCHWED:  Objection to form.
23      But you may answer.
24          THE WITNESS:  Yes.  It

Page 131

1          definitely refers to many experts in many
2          areas.  Certainly not all, many fields'
3          experts are very knowledgeable and
4          competent.  But when it comes to certain
5          situations, like in this case, the IDSA
6          and CDC ignoring the overwhelming
7          evidence of chronic Bartonellosis and
8          other parasites that people get from
9          cats, dogs, lice and other organisms.
10         And, you know, I would say, people in
11         many -- in many other fields -- in
12         psychology, education and so forth -- I
13         think they are simply trained to believe
14         certain things and never try to think
15         outside the box that they got put in.
16 BY MR. LAMB:
17      Q.       Would you consider the people at
18 CDC -- I know you just mentioned
19 Bartonellosis -- but the people at CDC who
20 write the guidelines on babesiosis, would you
21 consider them competent or incompetent?
22          MS. SCHWED:  Object to form.
23      You may answer.
24          THE WITNESS:  I would consider

Page 132

1          them ignorant.
2  BY MR. LAMB:
3       Q.       And is that the same --
4       A.       Lacking knowledge.  They should
5  have -- they should have pursued to save my
6  daughter and Stacey and so many people from
7  many, many years of suffering.
8       Q.       And would you have the same
9  answer for the people at IDSA that work on
10 babesiosis?
11      A.       Yes.  I have spoken to some of
12 them.  And, you know, they have been
13 condescending, thinking that they know better
14 and essentially not helpful one bit.
15      Q.       The people that you spoke to at
16 IDSA, was that in the context of the reviews
17 that you provided us?  Or did you have other
18 conversations with people at IDSA?
19      A.       Other conversations --
20          MS. SCHWED:  Wait.  Just let him
21      finish the question.  I'm sorry.  Can you
22      start again, Conor?
23          MR. LAMB:  Yeah.  So, I don't --
24      I think it's that delay that's doing it.

Page 133

1          I understand you're trying.  But, yeah.
2  BY MR. LAMB:
3       Q.       Was it -- did you have other
4  conversations with people at IDSA besides the
5  reviews?
6       A.       I have had some e-mails
7  exchanges with Dr. Krause, who is the lead
8  author of the current Babesia guidelines.  I
9  have had a one-hour Zoom consultation and
10 follow up e-mails with Dr. Choukri Ben-Manuoun.
11         MS. SCHWED:  You're going to
12      have to spell that.
13         THE WITNESS:  Yeah.
14      C-H-O-U-K-R-I is the first name.  Last
15      name, B-E-N-M-A-N-U-O-U-N.  He is the top
16      PHD Babesia expert.  And they both are at
17      Yale.
18 BY MR. LAMB:
19      Q.       Do you recall when your e-mail
20 exchange with Dr. Krause was?  Just year,
21 month, if you have it?
22      A.       I initially e-mailed him and I
23 appreciated his responding when my daughter --
24 early in my daughter's -- in the -- in our

Page 134

1  efforts to investigate the infection she had
2  and when she had come up with a positive test
3  for Bartonellosis.  And he basically said to
4  me, chronic Bartonellosis and chronic
5  babesiosis doesn't exist.
6          Q.      And again, do you have any sense
7  of what year that was or?
8          A.      Most likely somewhere, like,
9  2019.
10         Q.      And the Zoom meeting and the
11 e-mails with the other doctor you mentioned, do
12 you know what year that was?
13         A.      That was most likely sometime in
14 early 2023, I would guess.
15         Q.      So, do you think that -- that
16 conversation was after Stacey Wolking's
17 hospitalization in October of 2022?
18         A.      Yes.
19         Q.      Other than those two people and
20 the reviews you gave us, which we're going to
21 talk about, was there anyone else at IDSA that
22 you communicated with about babesiosis?
23         A.      No.  I -- we probably consulted
24 with an IDSA member with my daughter, who -- a

Page 135

1  doctor at Jefferson -- to get his opinion.  And
2  this was in October of 2020.  And he too said
3  that he didn't believe in chronic babesiosis.
4  He didn't trust IGeneX testing.  And, you know,
5  that was the end of it, pretty much.
6          Q.      Do you remember that doctor's
7  name?
8          A.      I think it is Zurlo -- Z-E --
9  Z-U-R-L-O.
10         Q.      I'm pulling up on the screen now
11 what I have marked as Exhibit-4.
12                 - - -
13                 (Whereupon, Exhibit-4 was marked
14         for identification.)
15                 - - -
16 BY MR. LAMB:
17         Q.      Do you recognize what this is?
18         A.      Yes.
19         Q.      What is it?
20         A.      It is from a seminar I conducted
21 under the sponsorship of ILADS.  It's -- I
22 basically -- for four hours -- presented some
23 PowerPoint presentations and talked about this,
24 and then answered questions about the chronic

Page 136

1  babesiosis and this PowerPoint.
2          Q.      And it says this happened in
3  March of 2022; is that right?
4          A.      I believe that is correct, yes.
5          Q.      Was that the same ILADS seminar
6  or conference where you gave the other
7  presentation we talked about earlier -- about
8  chronic babesiosis?
9          A.      No.  I spoke then at their
10 annual conference, you know, at a hotel, a
11 five-day event.  This was simply a seminar that
12 they had asked me to do to present additional
13 information.  About 70 people signed up to
14 learn about, you know, what I had to tell them.
15         Q.      So, are you the author of the
16 slides in Exhibit-4?
17         A.      Yes.
18         Q.      Okay.  I'm on page 3 of
19 Exhibit-4, and there is a line at the bottom
20 that says, it starts with "Endocrine
21 association guidelines."
22                 Was there a particular endocrine
23 association that you're referring to there?
24         A.      No.  Just, in general, several

Page 137

1  of them.  There is the Endocrine Society.
2  There is the Association of Clinical
3  Endocrinologists.  There is
4  America Thyroid Association.  There is
5  American -- there is the OB/GYN -- the College
6  of Obstetrics and Gynecology.
7          Q.      And what is it you believe that
8  they are under-diagnosing and under-treating?
9          A.      Well, several things.  Number
10 one, hypothyroidism, because they are relying
11 on a test called the thyroid stimulating
12 hormone, which is an illogical reliance.  It is
13 utterly illogical to try to rely on it.  And
14 that is actually very evident in their own
15 guidelines.  I would say hypocortisolism,
16 insufficient cortisol is pretty much never
17 diagnosed.  They are stuck in an old idea,
18 which I called disease-based endocrinology.
19 They think everybody makes an enough thyroid or
20 enough -- enough cortisol or enough
21 testosterone, unless some disease has destroyed
22 their glands, their primary gland or their
23 pituitary system.  In essence, they are stuck
24 in ideas that is decades old.

| Page 138 | Page 140 |
|---|---|

**Page 138**

1     Q.     Does this analysis that you just
2 gave -- does it have anything to do with the
3 use of the prednisone and dexamethasone with
4 infectious disease patients?
5     A.     No. No. That's a separate
6 issue. This is about diagnosing and treating
7 people who are only suffering from inadequate
8 hormone effect. It is relevant in only one way
9 to the prednisone-dexamethasone treatment. And
10 that is, you know -- for 14 years I prescribed
11 these to people, prescribed hydrocortisone to
12 people as a kind of, you know, clinical test to
13 see if they could feel and function better.
14 And if they did, would continue it to see if
15 they would continue to feel and function
16 better.
17     And I carried over that clinical
18 approach to corticosteroid dosing to when my
19 daughter was quite ill and we were trying to
20 help her just with corticosteroids, then later
21 with antimicrobials, which made her so ill that
22 she needed to take corticosteroids to feel and
23 function well enough to survive -- basically to
24 get through a day.

**Page 139**

1     And so, I took this clinical
2 approach to dosing over into using
3 glucocorticoids to help her and others tolerate
4 the treatment of the infection.
5     Q.     Okay. And did anyone from a
6 more conventional endocrinology background
7 disagree with you, with respect to -- or
8 communicate their disagreement to you, with
9 respect to the doses of corticosteroids that
10 you were giving to babesiosis patients?
11     A.     No. No. I don't -- I don't
12 think they were aware of it. I did mention
13 my -- the doses my daughter needed in
14 presentations and that I -- that I put into
15 papers I, you know, submitted to infectious
16 disease journals.
17     Q.     Right. Okay. Yeah. I was just
18 trying to get out -- like, you spoke to IDSA
19 folks. I didn't know if this presentation --
20     A.     No. We didn't present
21 corticosteroids. No. We were just discussing,
22 you know, the presence of infections and, you
23 know, determining whether they were present and
24 so forth.

**Page 140**

1     Q.     There was no similar
2 conventional expert from endocrinology that you
3 spoke to about your corticosteroid dosing for
4 babesiosis patients.
5     A.     No. None at all.
6     Q.     This is slide 9 of Exhibit-4.
7     Where you say that there is a
8 "archaic and false infectious disease
9 paradigm," what do you mean by that?
10     A.     Yeah. Well, just what I have
11 listed there, in essence. Parasitology,
12 medical parasitology, is a specialty that is
13 many, many -- maybe over a 100 years old. And
14 it has certain terms. Like, it calls Babesia a
15 parasite, but it doesn't cause -- it doesn't
16 call -- they don't call bacteria parasites,
17 like Bartonella. And I think this is a
18 mistake. Because para- -- they are parasites
19 by their actions. And that is how biologists
20 define parasites -- by their strategy to
21 survive.
22     The idea of the internal
23 sterility is that we have no organisms in us.
24 We, you know -- a person who can walk and talk

**Page 141**

1 and stand cannot possibly have an ongoing
2 infection, unless they have a fever or some
3 other severe problem. That is just ignoring
4 what we know now to be the truth. Especially,
5 it's been well-proven that Bartonella -- many,
6 many people are chronically infected with
7 Bartonella. It's coursing through their blood.
8 It's been proven over and over -- ignored.
9     Again, they look on infections
10 as being something obvious, as so did I. I
11 thought my daughter could not possibly have a
12 chronic infection, because she had no fever.
13 She had a normal white count. She had no
14 elevated sed rate, and so forth.
15     Immaculate knowledge -- they
16 think that what they have being taught and
17 what's in -- what they tell each other in their
18 papers is all that exists. It's not true.
19 They -- they have -- there are huge deficits in
20 our knowledge. We have not reached the total
21 end of enlightenment of the human species
22 regarding medicine or anything else.
23     They think their tests are
24 immaculate -- meaning, if the test does not

Page 142

1  show the infection they are looking for, they
2  will believe it's not present.  That is not
3  true.  It's known that every test has false
4  negatives, false positives and maybe, even is
5  incapable of detecting the thing they think
6  they are looking for.  And this is very much
7  true in the case of the Bartonella, Babesia and
8  even Lyme disease.
9           And immaculate treatments -- the
10  treatment for Bartonella is, you know, two
11  weeks of some antibiotic that does not address
12  the chronic carrier state at all.  Same with
13  babesiosis.  Ten days of atovaquone and
14  azithromycin does not begin to touch these
15  people who have chronic babesiosis.
16          And so, they live in a world
17  that I wish were true, but it's not -- that
18  it's always easy to diagnosis an infection and
19  it's always easy to treat it.  It's not true.
20      Q.    Who is "they" in this situation?
21      A.    CDC, IDSA -- principals -- the
22  people who are making the policy and writing
23  the guidelines.
24      Q.    And you express at the bottom of

Page 143

1  this slide -- is that your opinion that the CDC
2  and IDSA guidelines are wrong?
3      A.    Yes.  On Bartonella and on
4  babesiosis.
5      Q.    And right above that, where it
6  says, "Impossible to understand zoonotic
7  parasitic infections," what do you mean by
8  that?
9      A.    Yes.  I mean that all these old
10  ideas and approaches have prevented them from
11  understanding that people are chronically
12  infected with Bartonella or can be chronically
13  infected with Babesia, and who knows how many
14  other organisms.  But they are -- they are the
15  big ones, because they are very common in our
16  environment and people are very commonly
17  exposed to them.
18      Q.    So, who is it impossible --
19      A.    They have to -- they have to be
20  thought of as -- because I was raised -- I was
21  trained like they were.  And that is to think
22  that anybody who has an infection has an
23  obvious presentation.  They have fever.  They
24  have -- you know, some obvious tests are run,

Page 144

1  even normal blood tests will show it, like a
2  white count, or a sed rate or a c-reactive
3  protein.  There will be something obvious to
4  their measurements, their labs or their, you
5  know -- otherwise, that will, you know --
6  clearly will show them this person is infected.
7           And so, when people walk into
8  their offices who have chronic babesiosis,
9  chronic Bartonellosis, they see that they don't
10  look like they can have an infection.  Their
11  usual labs are negative.  And they just say,
12  "No.  You have no infection.  Your problems are
13  due to some kind of psychiatric problem or who
14  knows what."
15          They need to understand that
16  parasitic infections are very different.
17  Parasites get into us and evade the immune
18  system.  They do not want to make us ill.
19  Their job is to get into us, stay in us, use
20  our resources to survive, and use us to get
21  themselves transferred to other organisms.
22  That's -- most animals nature have both
23  Bartonella and Babesia infestations.  All the
24  deer around us do.

Page 145

1      Q.    But this line about "it's
2  impossible to understand" -- for whom is it
3  impossible to understand zoonotic parasitic
4  infections?
5      A.    Doctors.  Doctors, including
6  them.
7      Q.    But not you?
8      A.    No.  Because I have had to think
9  outside the box.  My daughter's illness forced
10  me to do that.
11      Q.    On page 11 of Exhibit-4, where
12  it says, "if tests 'normal', consider
13  diagnostic/therapeutic trials," and then, it
14  says, "(see House)."
15          What's House?
16      A.    The show -- Doctor House.
17      Q.    The television show?
18      A.    Yes.  Have you seen it?
19      Q.    So, you're not referring to any,
20  sort of, medical source here?
21      A.    No.  It's what --
22  diagnostic/therapeutic trials is common medical
23  practice.
24      Q.    Even when a patient's tests are

## Page 146

1 normal?

2     A.     Yes. Because our tests are not
3 perfect.

4     Q.     Okay. I'm pulling up Exhibit-5,
5 which is your CV.

6     - - -

7     (Whereupon, Exhibit-5 was marked
8     for identification.)

9     - - -

10 BY MR. LAMB:

11     Q.     I just wanted to ask a question.
12 Here, where it says, "I was
13 forced to invent an effective treatment," is
14 that referring to the regiment of drugs that
15 we've talked about already, that you gave to
16 your chronic babesiosis patients?

17     A.     Yes. The regiment I gave her
18 and then, the addition of the lumbrokinase and
19 later, nattokinase that are so critical to
20 breaking up these nests.

21     Q.     Okay. And so, that -- when you
22 use the word "invent," is it fair to say that
23 what you mean is no one told you to use this
24 specific combination of drugs? That was

## Page 147

1 something you developed yourself?

2     A.     Yes. Based again on animal
3 literature, testing animals, malaria
4 literature, every source of information I could
5 use.

6     Q.     Okay. I'm back to Exhibit-6A --
7 we looked at this very briefly earlier -- which
8 is the treatment guides.

9     A.     Yes.

10     Q.     And I just want to show you, in
11 Exhibit-6A we have -- here on page 1, where you
12 have "Sent to patient 8/27/2021," and then, if
13 you go to -- if you go to page 7 of Exhibit-6A,
14 it says, "Sent to patient 1/17/2022."

15 Did you also write this "Sent to
16 patient 1/17/2022"?

17     A.     Yes. Yes.

18     Q.     And why did you send her two
19 different treatment guides?

20     A.     It was updated.

21     Q.     Okay.

22     A.     I thought it might contain more
23 and have more helpful information.

24     Q.     Now, with respect to this first

## Page 148

1 document, the one that you sent on 8/27/2021,
2 were there any sources in the medical
3 literature that you relied on in writing
4 this -- that we have not already talked about?

5     A.     I would say medical literature
6 sources -- the -- there is another paper that
7 was included in the information I sent to you,
8 by -- who was a -- a Babesia canis -- chronic
9 Babesia canis in dogs by Malherbe from 1956 --
10 is the only clinical description I could find
11 of chronic babesiosis symptoms in dogs. And I
12 used malaria literature to understand this
13 disease. So that, you know -- things that I
14 learned from human falciparum malaria
15 literature went into creating this guideline.
16 And it was based on my personal experience with
17 my daughter and other patients.

18     Q.     Okay. And I now have on the
19 screen what I've marked as Exhibit-20, which
20 was your answers to the interrogatories.

21 And in No. 11, we asked about
22 the chronic babesiosis treatment guide. So, I
23 just wanted to clarify that your answer here is
24 complete and that it applies to both of the two

## Page 149

1 treatment guides that I just showed you?

2 So, if you want to look what's
3 on the screen here and just make sure that it
4 lists a full list of all the sources that you
5 relied on.

6     A.     Can you go back up a bit?
7 What -- just so I can see your question.

8     Q.     Yup.

9     A.     Yes. There would need to be --
10 this basically is dealing with babesiosis,
11 since we did not get into the question of
12 Bartonellosis with Stacey Wolking. So, I did
13 not include Bartonella literature, which would
14 have been another -- which would have been
15 another list. Nor do I include in this
16 every -- all the literature that I had referred
17 to understand this disease and its treatment.
18 It would be probably 20, 30, 50 papers long of
19 things that informed what I did.

20     Q.     Then, how would you characterize
21 what you chose to include in this answer in
22 Exhibit-20? Are these, like, the most
23 important or prominent sources?

24     A.     Yeah. The most relevant papers

Page 150

1  to treating chronic babesiosis -- diagnosing
2  and treating it.
3      Q.      Okay.  Thanks.
4      A.      Any other references can easily
5  be found in those papers I submitted.
6      Q.      Right.  Here on page 1 of
7  Exhibit-6A, where it says, "Your small blood
8  vessels are heavily infested with this
9  organism" -- is that a -- is that a statement
10 you made in Stacey Wolking's case based on only
11 on her reaction to the drugs that you were
12 giving her?
13         MS. SCHWED:  Just objection to
14     form.  But you may answer.
15         THE WITNESS:  Yes.  Based on her
16     clinical reaction, which is extensive.  I
17     can explain to you how I believe -- how I
18     know she has this infestation, if you
19     want me to detail all the reasons.
20 BY MR. LAMB:
21     Q.      I think we did that earlier.
22 So, we can come back to it if you feel like
23 there's anything that you left out.  But I
24 think --

Page 151

1      A.      No.  We didn't get to it all.
2      Q.      I think that --
3      A.      We can come back to it, then.
4      Q.      What I was trying to specify was
5  you have not seen any image, of any kind, that
6  shows you Stacey Wolking's small blood vessels
7  being heavily invested with an organism;
8  correct?
9      A.      No.  That is -- but that is what
10 happens with a sequestering Babesia species.
11     Q.      On page 2 of Exhibit-6A, it
12 says, "You will experience psychiatric
13 disturbances, such as anxiety, depression," and
14 then, it lists a list of some other symptoms.
15         This statement -- was this also
16 based on the experience of your daughter and
17 the one other patient that you mentioned
18 earlier?
19     A.      Yes.  I would definitely say so.
20 I have seen other people who have no such
21 reactions.  They just have more of the typical,
22 you know, flu-like symptoms.  All of them do --
23 almost all have some degree of some
24 psychiatric, kind of, disturbance but nothing

Page 152

1  as dramatic as my daughter or the other
2  patient.  So, I should have said "you may" -- I
3  should have written "you may experience" --
4  would have been far more accurate.
5      Q.      But just so I'm clear, when you
6  said "them," you mean almost all of your
7  babesiosis patients experienced some kind of
8  psychiatric symptom?
9      A.      Yes.  They have some -- to some
10 degree -- some anxiety, some irritability.  I
11 think almost all experience something like
12 that.  In some cases, mild, in some cases, more
13 obvious.
14     Q.      On page 3, it says, "When one
15 layer of Babesia-infected RBCs is removed,
16 another layer is exposed."  And then, you say,
17 "It is like peeling an onion as the plugs are
18 gradually removed."
19         Where did that metaphor come
20 from of -- it was, I guess, technically a
21 simili.  Where did the simili of it being like
22 peeling an onion come from?
23     A.      Well, it comes from me.  And it
24 come from my experience of basically trying to

Page 153

1  remove these nests from my daughter over three
2  years of extensive treatment.  Every time I
3  gave her fibrinolytics, she would get very ill
4  with the Herxheimer-type reaction, need to take
5  more steroids to cope with it, until it calmed
6  down.  And then, I would give her another
7  course of lumbrokinase, nattokinase.  And of
8  course, I've seen the same reaction to
9  lumbrokinase and nattokinase in other patients.
10         If these nests could be just
11 removed, they would be gone.  And the person
12 would be fine after a course of antibabesials
13 or after one course of fibrinolytics.  But in
14 fact, if you look at the Schetters paper, you
15 can see that these nests can be long.  And
16 those were not even chronic nests; those dogs
17 were fairly recently infested and the, you
18 know, Babesia had sequestered in the blood
19 vessels using fibrin.  Fibrin is a clotting
20 protein.  It creates a clot essentially that is
21 hard to remove.
22     Q.      Have you ever seen an image of
23 what you're calling a Babesia nest in a human
24 being?

Page 154

1    A.    Yes.  I have.
2    Q.    And was that for your daughter's
3  case?
4    A.    No.  That may come if I am able
5  to obtain her slides.  I have spoke to the
6  pathologist doing the autopsy about the nests
7  and showed him some images.
8         But indeed, the one patient who
9  died -- who was extremely ill to begin with --
10  and her and her husband and I decided we just
11  simply had to try to give her antibabesial
12  treatment to see if it would help her to stay
13  out of an institution or worse.
14         She actually had hemophagocytic
15  syndrome in the hospital, as did Stacey.  In
16  this case, it was not diagnosed or treated, and
17  she was much more ill.  And like my daughter,
18  she eventually died of a bowel infarction.
19         But she had an autopsy.  The
20  husband and I arranged it.  And in her brain,
21  one can -- in her brain tissues, one can easily
22  see these nests --
23    Q.    Okay.
24    A.    -- with small nuclei

Page 155

1  representing the Babesia.
2    Q.    When did that patient die?  Both
3  month and year, if you know it?
4    A.    I believe it was July of '22.
5    Q.    And do you know what hospital
6  they died at?
7    A.    No.  I do not.
8    Q.    Do you know if it was in
9  Pennsylvania?
10    A.    No.  It was in Michigan.
11    Q.    And that image that you talked
12  about -- of the nests in her brain -- is that
13  an image that you still possess?
14    A.    Yes.
15    Q.    Is that the only image you know
16  of OF a babesiosis nest in a human being?
17    A.    Yes.  It is.
18    Q.    Sorry.  Just give me a second.
19  We've covered a lot of things that are in this
20  already.  So, I'm just trying to save you a
21  little bit of time.
22    A.    Take your time.
23    Q.    Okay.  Page 5 -- we're still on
24  Exhibit-6A.  In this section called "Physical

Page 156

1  Measures," where you say, "jumping jacks or
2  just stepping off a step and landing on your
3  heels will loosen plugs throughout your
4  body" -- how did you know that?
5    A.    Because whenever my daughter
6  engaged in such activities, even just doing
7  some physical exercise, she would have worse
8  herxing afterwards.  Even to try to help to
9  reduce the terribly heavy infestation in her
10  brain, I would actually, kind of, move -- bop
11  her head side-to-side and front-to-back.  And
12  she would get a worsening of her symptoms a --
13  a few hours later from this kind of activity.
14         And it's based on just
15  understanding what the nests are and where they
16  are.  And, you know, that some of them are not
17  very old or very firmly clotted, so to speak,
18  or fibrin-bound.  But some are looser or new
19  and you can -- you can move those Babesia.
20  Even anything that brings more blood flow to an
21  area where Babesia have just started to form a
22  nest by, say, just lining up on the
23  endothelium, you can push them off by bringing
24  more blood flow to the area -- or muscular

Page 157

1  activity, if it's in your muscles.  So, it's
2  simply common sense if, indeed, this
3  fibrin-bonding process, that was described in
4  dogs, is occurring with Babesia odocoilei also.
5    Q.    Well, did you ever try to
6  confirm that that was occurring by looking for
7  the nests in your daughter or any of the other
8  patients?
9    A.    There is no way to look for
10  nests, except to do a biopsy of tissue.  And
11  it -- and of course, if you're looking for them
12  in the brain, it would have to be a brain
13  biopsy.  So, it's not -- it's not feasible to
14  do.
15    Q.    Well, do you -- I mean, you've
16  testified, I think, that you felt Babesia could
17  be anywhere in the body.
18    A.    Yeah.
19    Q.    It is feasible to biopsy various
20  areas of the body; isn't it?
21    A.    One could potentially do a skin
22  biopsy and look for nests in the skin there.
23  And I hope somebody will do that someday.  But
24  I can't do it.  And how could -- I can't

Page 158

1  convince a laboratory to do it.
2       Q.      Did you ever try?
3       A.      No.
4       Q.      And I'm going to page 11.  So
5  now, we're on the second treatment guide, the
6  one that you sent in January of 2022.  And in
7  the section on prednisone and DHEA, the first
8  line is, "If you have a large Babesia load,"
9  then it says, "you may require hydrocortisone
10  or prednisone."
11           So, on that, how did you know if
12  someone had a large Babesia load?
13       A.      By inference from various
14  things.  Like, for instance, my daughter had
15  the largest load of any person I tried to
16  treat, because she had very large amounts of
17  hemolysis with killing Babesia or taking any
18  lumbrokinase or nattokinase.  But again, it's
19  simply obvious, common sense that people will
20  have larger or smaller amounts of these
21  organisms.  And in my daughter, I saw the
22  extreme case of a very large amount of
23  organisms -- but, you know, a lower immune
24  reaction, until we tried to start killing the

Page 159

1  organisms.  And then, they were exposed to an
2  immune system.  So, it's inference from their
3  clinical status.
4       Q.      And are you aware of how a
5  Babesia load or any parasitic load is measured
6  for patients that have what you've
7  characterized as acute babesiosis?  Are you
8  aware of how they measure the load of those
9  infections?
10       A.      Yeah.  Chronic babesiosis, you
11  meant to say?
12       Q.      No.  I mean acute.  So, in
13  the -- in the cases for someone that you've
14  characterized as acute --
15       A.      Okay.
16       Q.      -- are you aware of how the load
17  is measured?
18       A.      Sure.  It's called parasitemia.
19  You look -- they look at the red blood cells
20  and see how many of the -- what percentage of
21  the red blood cells have obvious Babesia
22  parasites.
23       Q.      And is it fair to say that your
24  contention is that cannot be done for chronic

Page 160

1  babesiosis patients?
2       A.      Yes.  Because of the
3  sequestration in the microvasculature.
4       Q.      Down in the second half of
5  page 11 of Exhibit-6A -- I'm just going to
6  highlight it for you on my screen, so that you
7  can see it.  It says, "Prolonged high
8  prednisone doses, more than 40mgs/day, have
9  many negative effects."
10           What led you to choose 40 --
11  more than 40 milligrams a day here, as your
12  example of a prolonged high prednisone dose?
13       A.      I guess, it was just a choice.
14  So, you know, it's writing -- of my writing at
15  the time and maybe experience with my daughter
16  and other patients.  But, you know, certainly I
17  understand that even more than ten milligrams a
18  day might be considered excessive in terms of
19  causing prolonged -- adverse effects with time.
20       Q.      Do you consider that excessive?
21       A.      In terms of being super
22  physiological, yes.
23       Q.      Do you still consider
24  40 milligrams a day -- or more than 40

Page 161

1  milligrams a day -- to be a high prednisone
2  dose?
3       A.      Yes.  It's super physiological
4  for almost all people.
5       Q.      And by super physiological,
6  I'm -- can you just tell me what you mean?  Do
7  you mean more than the body produces basically?
8       A.      Oh, yes.  Much more than the
9  body produces, and very likely to cause adverse
10  glucocorticoid-related problems over time.
11       Q.      And that's at more than 40
12  milligrams a day that it's very likely to cause
13  those problems over time?
14       A.      Yes.  But for some people, maybe
15  even doses over ten milligrams could cause
16  problems over time, especially if not
17  associated with DHEA replacement.
18       Q.      And you do mention here that
19  these prolonged high doses can have negative
20  effects.
21           Can you just specify what you
22  meant by negative effects, because I don't
23  think it's listed in here?
24       A.      No.  I did list them in the

Page 162

1  consent form that I have patients sign.  And I
2  tell patients about them, of course, all the
3  time when they are needing higher
4  corticosteroid doses.  I tell them this is
5  going to have long-term negative consequences.
6  And what we're going to try to do is give you
7  sufficient antibabesial treatment to kill off
8  and eliminate the Babesia that are currently
9  exposed to your immune system and thereby
10  causing you to have this strong immune
11  reaction.
12      Q.      What's your --
13      A.      As you see below there, I did
14  write -- sorry.  I did write that 10 milligrams
15  is a physiological dose, perhaps at the bottom
16  of that paragraph.
17      Q.      Right.  Thank you.  What's your
18  understanding of how corticosteroids affect the
19  immune system?
20      A.      They are the very -- they are
21  the most powerful immunosuppressant medications
22  we have.  They essentially reduce just about
23  every aspect of the immune system's reaction to
24  the pathogen or to one's own tissues, as in an

Page 163

1  autoimmune disease.  Reducing antibody
2  production, reducing the activity of the -- of
3  the killer T cells.  You know, if you read
4  about it, it's very, very extensive and
5  complex.  But they're the best
6  immunosuppressants and most rapid-acting
7  immunosuppressants we have.
8      Q.      So, why were you using an
9  immunosuppressant on patients that you believed
10  were trying to fight off an infectious disease?
11          MS. SCHWED:  Objection to form.
12      You may answer.
13          THE WITNESS:  Because I had seen
14      demonstrated very dramatically in my
15      daughter and in others, that the immune
16      reaction to the killing of these
17      parasites -- which up to that point were
18      evading and suppressing the immune
19      system -- can itself become so severe
20      that it makes the person not tolerate the
21      treatment, meaning they will never get
22      better if they don't suppress that strong
23      immune reaction to the organisms.  Or it
24      can even cause organ- or life-threatening

Page 164

1  inflammation.
2          So, it is to suppress the
3  excessive and, you know, inflammation
4  that corticosteroids can be used and are
5  helpful in combination with antibabesial
6  treatment.
7          If they are taken without
8  antibabesial treatment, you are just
9  allowing the organisms to proliferate
10  more, which unfortunately, happened to my
11  daughter and some other people that I
12  tried to help with corticosteroids alone,
13  at physiologic doses, for the most part.
14  In fact, it probably allowed the
15  organisms to proliferate, but I did not
16  know at the time that chronic babesiosis
17  existed.
18  BY MR. LAMB:
19      Q.      Okay.  I want to say something
20  about what I understand some of the science to
21  be.  And I want you to tell me if I state it
22  incorrectly.
23      A.      Sure.
24      Q.      When someone is suffering from

Page 165

1  an infectious disease, whether it's babesiosis,
2  or Lyme disease, or something else, is it
3  correct that when they receive a -- some sort
4  of antibiotic or antimicrobial medication for
5  that disease -- is it correct that the
6  antimicrobial medication and the person's
7  immune system typically work together to fight
8  off that infectious disease?
9      A.      Yes.
10      Q.      So, did you believe, in your
11  babesiosis patients, that the patient's immune
12  system was still able to perform this function,
13  even with the doses of corticosteroids that you
14  were giving them?
15      A.      Yes.  And that is obvious by how
16  ill they were from this strong immune reaction
17  to the -- to the infection, especially when the
18  organisms were being killed and they were
19  having that Herxheimer-like effect --
20      Q.      Okay.  So the --
21      A.      -- as I mentioned.  Go ahead.
22      Q.      So, it was -- it was your belief
23  that the corticosteroids could be suppressing
24  the patient's immune system but just not

Page 166

1  entirely suppressing it.
2          Is that, like, a fair way to
3  describe it?
4      A.    Yeah.  Definitely.  They were
5  necessary to reduce the person's very strong
6  immune reaction to the infection -- to a point
7  that it was tolerable and not self-damaging.
8          It's a unique situation here,
9  where you have -- the body has these nested
10 parasites in large amounts -- throughout the
11 body -- they are evading the immune system.
12 They're not exposed, because they are in these
13 nests.  And now, to treat this infection, you
14 have to start killing those organisms that
15 prevents them from hiding.  It exposes them.
16 And with the fact that this is a protozoa, it's
17 very highly immunostimulatory, even compared to
18 Lyme or other bacteria.  It creates a situation
19 in which very severe inflammation occurs.  It's
20 why people are often, you know, put -- are
21 often confined to bed, bed-bound, with chronic
22 babesiosis, which is often called chronic Lyme.
23 But I do not think it is in most cases -- Lyme
24 disease.  And that's because their immune

Page 167

1  reaction is so strong to the infection that
2  they do have, already -- even without trying to
3  kill the organisms.
4      Q.    And is there ever a point where
5  there is a danger that the corticosteroid dose
6  would go to too far in suppressing the immune
7  system for one of your patients?
8      A.    In terms of -- in terms of their
9  clinical need to suppress their reaction to the
10 babesiosis, I would say no.  I give -- I have
11 them take -- I allow them to take the doses
12 that they need to get some degree of comfort,
13 to be able to tolerate the treatment and to
14 make it safe.
15         Could it possibly make them
16 susceptible to some other infection?  That is
17 possible.  But I didn't -- I do not see it
18 much.  And it may be because the immune system
19 is so reactive to the Babesia, that it's
20 really, kind of, hyper -- hyped up anyway and
21 so, reacts very strongly to other infections
22 that show up -- other organisms.
23     Q.    And how do you know that there
24 isn't a danger of the corticosteroid dose

Page 168

1  eventually becoming so high that it did --
2  suppresses the immune system more than you
3  intend?
4      A.    Well, if it suppresses it more
5  than I intend, they would have no Herxheimer
6  reactions at all.  And they would feel very
7  comfortable.  They wouldn't have nausea,
8  headaches, you know.  And all their Babesia
9  symptoms would be -- would be far reduced, and
10 in which case, I would say, "Hey.  You can back
11 of off the dose."
12         But generally, people are just
13 trying to take the dose they need to get by
14 minimally, you know -- to tolerate the
15 treatment -- my daughter being included, in
16 that, she was my -- my, you know, experience,
17 initial experience.
18         And again, I have not seen
19 opportunistic infections.  That's what you call
20 it when somebody is taking steroids, and they
21 therefore get pneumocystis, jirovecii or, you
22 know, strep infection or some other infection
23 that only immunosuppressed people tend to get.
24 I have not seen them.  I never saw this in

Page 169

1  my daughter.  She got COVID while taking 20 or
2  30 or 40 of prednisone a day, and she got over
3  it better than we did.
4      Q.    Okay.  I'm back on page 9, here,
5  of Exhibit-6A, and I just wanted to ask you
6  about this sentence:  "No matter what problems
7  you experience with killing Babesia, there is
8  no alternative but to continue to increase the
9  potency of the regimen."
10         What lead you to write that
11 sentence -- that no matter what the problem
12 was, there is no alternative?
13     A.    That -- I saw that in the
14 complaint.  It's a poorly-worded sentence that
15 is not in the previous version of this
16 treatment guide nor in the latter versions.
17         I really was trying to
18 communicate that if you want to get better, you
19 will need to keep killing these organisms.  But
20 I have stated in this very guide and in other
21 locations -- and in the other guides -- even at
22 the beginning of this guide and elsewhere, you
23 will see that I have written that if the
24 Herxheim- -- herxing becomes excessive, we

Page 170

1  should cut back on the dose, though.  And I've
2  written that the therapy should be tolerable
3  and so forth.  So, again, it's a -- it's a bit
4  of a misstatement.  I am writing this myself.
5  I have no -- I have no reviewers or editors.
6      Q.    So, in Stacey's records -- I'm
7  going to take it off the screen share for a
8  second.
9           She is hospitalized in early
10  October 2022 for the long hospital stay.  So, I
11  just want to ask you about your experience with
12  patients up to that point when Stacey was
13  hospitalized in October of 2022.  You have
14  mentioned a few different patients in addition
15  to your daughter so far.
16           So just overall, had you had any
17  patients become hospitalized during your
18  treatment of them for babesiosis up to October
19  of 2022?
20      A.    Yes.  Two patients.
21      Q.    Were either of those your
22  daughter?
23      A.    My daughter would have been
24  hospitalized.  I had to take her to an

Page 171

1  emergency room at one point, when she was
2  having very, very heavy hemolysis from clearing
3  these Babesia organisms after our first
4  experience with lumbrokinase and its dramatic
5  effects.  But they wanted to admit her, but,
6  you know, I knew what was wrong with her and I
7  knew I could take of her at home.  So, she was
8  not admitted.
9           Then, there was the -- I think,
10  of -- in 2021 maybe -- I think
11  August/September -- another patient who had
12  come to me who was already requiring
13  80 milligrams of hydrocortisone to get through
14  a day -- came to me for, like, an endocrine
15  consult, but was referred by Dr. Mozayeni.  And
16  I realized that she -- and this was within a
17  few months of my, you know, beginning the
18  definitive treatment of my daughter.  So, I
19  realized that she might also have this
20  infection.  And indeed, she had, you know,
21  typical Herxheimer-like reactions with
22  treatment.  She already had positive Bartonella
23  testing.  But at any rate, she needed to take
24  more steroids when she started to take

Page 172

1  antibabesial therapy.  And she ended up
2  delaying taking the antibabesial therapy,
3  because she felt so much better and could
4  function better.  And they had some very
5  important work to get done.
6           Well, when I finally convinced
7  her that she had to start taking the stronger
8  antibabesials, she had a worsening of what had
9  been called multiple sclerosis years before,
10  where she had trouble moving.  She became very
11  confused.  Turns out that what she got from --
12  after she got the tick bite was called acute
13  disseminated encephalomyelitis.  It was not MS.
14  And that was later proven by imaging and by
15  subsequent consultations with neurologists.
16           So, when she took very strong
17  doses, she became unable to get out of bed.
18  When we started killing Babesia in earnest,
19  confused.  She ended up in an emergency room,
20  where they found her liver enzymes were highly
21  elevated.  Many of her laboratory parameters
22  were abnormal.
23           She was admitted to a hospital.
24  And very quickly it was obvious to me that she

Page 173

1  was suffering from a pretty serious case of
2  hemophagocytic syndrome.  And she had -- she
3  met many, many criteria.
4           I, again, communicated with
5  physicians.  They did not understand it or
6  believe it.  And they didn't believe she was
7  infected to start with, of course.  But she,
8  you know, gradually improved over time.  She
9  also had some bowel hemorrhaging or bleeding
10  from her colon, which is common in
11  hemophagocytic syndrome.  So she survived and
12  had she did well.
13           But she remained -- it remained
14  necessary for her to take steroids.  And her
15  and her parents are, you know, very
16  understanding of the nature of her disease and
17  its treatment.
18      Q.    And you had said something about
19  August/September of 2021.
20           Is that roughly when she went to
21  the hospital?  Or was that when you started
22  treating her?
23      A.    I believe that is -- yes.
24  That's -- no -- when she went to the hospital.

Page 174

1    Q.        Do you have any recollection of
2    the --
3    A.        (Unintelligible) --
4    Q.        Sorry.  Do you have any
5    recollection of the size of steroid dose that
6    she was on around that time?
7    A.        To try to help her with the, you
8    know, I tried to help her with the herxing and
9    then, with the -- with the acute disseminated
10   encephalomyelitis, which also is treated with
11   steroids, just like hemophagocytic syndrome.
12   I'm -- I am not sure.  I think maybe in the
13   range of 300 to 600 milligrams of prednisone
14   equivalents is what she was finding she was
15   needing to take.
16   Q.        Was that per day?
17   A.        Yes.
18   Q.        Okay.  You have mentioned a few
19   times the hemophagocytic syndrome.
20             Could you spell that for the
21   court reporter?  And then, also just give me
22   your definition of it?
23   A.        H-E-M-O-P-H-A-G-O-C-Y-T-I-C,
24   hemophagocytic syndrome.

Page 175

1    Q.        And your definition of it.
2    A.        What -- sure.  It is an
3    excessive, uncontrolled immune reaction to a
4    stimulus.  Often an infection, but it can also
5    be a cancer.  Because it's -- the cells are
6    abnormal, and they are seen as abnormal by the
7    immune system.  It's excessive to the point
8    where it becomes self-damaging.  The immune
9    system actually attaches -- attacks the
10   patient's own tissues.  So, they get
11   inflammation in their liver, their brain, their
12   heart, their muscles, their intestines.  It's
13   basically overwhelming, whole-body inflammation
14   caused by immune reaction.
15   Q.        And you said that that immune
16   reaction is in response to a stimulus.
17             Do you know whether that
18   stimulus could include the taking of drugs,
19   whether antimicrobials or corticosteroids?
20   A.        Never.
21   Q.        Up to October 2022 -- well,
22   first let me finish the previous.
23             You were talking about two
24   patients who were hospitalized.  You discussed,

Page 176

1    at length, the one.
2    Q.        Is the other woman that you
3    talked about who died, who you got to see the
4    brain image of?
5    A.        Yes.  Yes.
6    Q.        Okay.  And you had said you
7    thought that was roughly July of 2022?
8    A.        Yes.
9    Q.        Before Stacey was hospitalized
10   in October 2022, was that women who died the
11   only babesiosis patient of yours that died?
12   A.        Yes.  The only other one has
13   been my daughter.
14   Q.        Okay.  I'm pulling up what I've
15   marked as Exhibit-7.
16             - - -
17             (Whereupon, Exhibit-7 was marked
18        for identification.)
19             - - -
20   BY MR. LAMB:
21   Q.        Do you recognize what this is?
22   A.        Another babesiosis guide.  Maybe
23   that is something I have written up for
24   physicians as opposed to patients.  I'm not

Page 177

1    sure.
2    Q.        That's right.  Your lawyer
3    provided this to us in discovery.  And it looks
4    like it is guidance that you might have given
5    to physicians --
6    A.        Yes.
7    Q.        -- at the same time you made the
8    PowerPoint presentation?
9    A.        Yes.  I created it for
10   physicians.  It's a little more detailed and
11   goes into -- you know, it talks about patients
12   require this and so forth.  So, yes.  It's my
13   advice to physicians who are trying to treat
14   this illness in patients.  Oh, yeah -- from
15   that seminar -- the March 2022 seminar, where I
16   spoke for 4 hours.
17   Q.        Okay.  And I just wanted to ask
18   you about this statement here on page 2 of
19   Exhibit-7: "If the patient herxes in response
20   to Mepron, the diagnosis of babesiosis is
21   essentially confirmed."
22             Is that statement still accurate
23   as far as you know?
24   A.        I would say so, yes.  Herxing,

| Page 178 | Page 180 |
|---|---|
| 1 by definition, means that they have had | 1 presentation you gave in March of 2022. |
| 2 obvious, you know, indicating immune system | 2     A.    Yes. |
| 3 activation of taking Mepron. It seems to have | 3     Q.    So, is it fair to interpret this |
| 4 almost no negative or adverse effects of any | 4 to say that by March of 2022 you had more than |
| 5 sort. | 5 one patient need 300 to 1000 milligrams a day |
| 6     Q.    There is some testing that you | 6 of prednisone equivalent? |
| 7 list here on page 5 of the treatment guide. | 7     A.    Yes. |
| 8     A.    Yeah. | 8     Q.    And how would you define "short |
| 9     Q.    It says, "periodic safety labs." | 9 period," as you wrote it here? |
| 10 Ands it lists "a complete blood count, | 10     A.    A week. |
| 11 comprehensive metabolic panel." Let's just | 11     Q.    Did you have patients that took |
| 12 take those two to start. | 12 300 to 1000 milligrams a day of prednisone for |
| 13     Did you order either of these | 13 longer than a week? |
| 14 tests for Stacey Wolking while you were | 14     A.    My daughter, for sure. The |
| 15 treating her for babesiosis? | 15 patient -- in that range, for longer than a |
| 16     A.    Yes. She had testing done in | 16 week, I am -- I don't believe so. Except, of |
| 17 June and August of 2022. She -- | 17 course, Stacey Wolking. |
| 18     Q.    What testing was that, as far as | 18     Q.    Your daughter and Stacey would |
| 19 you remember? | 19 be the only ones? |
| 20     A.    Well, the CBC, complete CMP. I | 20     A.    Yes. I would say so -- who |
| 21 think an LVH in June, a -- liver function | 21 needed those doses for longer than a week. |
| 22 tests, including AST, ALT and bilirubin, and so | 22     Q.    You acknowledge on page 6 -- it |
| 23 forth. | 23 says, "prolonged usage of corticosteroids in |
| 24     The ones in -- the test in June | 24 high doses has well-known deleterious effects." |

| Page 179 | Page 181 |
|---|---|
| 1 showed mild inflammation. The test in August, | 1 And you have already mentioned a couple of |
| 2 late August, or I think it was the 18th of | 2 times, patients who had bowel issues. I think |
| 3 August, showed more severe inflammation. That | 3 one you said was a bowel hemorrhage, another |
| 4 was part of the decision, at that point, to -- | 4 one you said was a bowel -- |
| 5 to stop the antibabesials and to stop killing | 5     A.    Yes. |
| 6 the organisms and see how she would do with | 6     Q.    -- infarction. |
| 7 just the corticosteroid dose. | 7     Are those -- those injuries to |
| 8     Q.    Okay. And is that -- you | 8 the bowel, are those one of the possible |
| 9 mentioned August 18th -- is that the last date | 9 deleterious effects of prolonged corticosteroid |
| 10 you're aware of where any of these tests were | 10 usage? |
| 11 done? | 11     A.    Not those particular injuries. |
| 12     A.    Yes. I -- by myself. She also, | 12 But what is known is that in a very small |
| 13 of course, had those other short | 13 percentage of people given corticosteroids, |
| 14 hospitalizations, where all of this was tested. | 14 there can be some -- perforation may occur at |
| 15 That was in July. | 15 a site of a -- of a, you know, diverticulum. |
| 16     I generally test these things | 16 Like, a weakened part of the bowel wall can |
| 17 more often if I know the person is having a | 17 become weaker apparently. Nobody knows for |
| 18 strong, you know, reaction to the treatment. | 18 sure the actual pathophysiology. But in less |
| 19     Q.    And further down here on page 5, | 19 than .5 percent of people given |
| 20 it says, "A few patients will require very high | 20 corticosteroids, bowel perforations have been |
| 21 prednisone doses while herxing -- I had seen | 21 reported, almost always at site of diverticuli |
| 22 some need 300 to 1000mgs/day for a short | 22 [sic] in the colon. |
| 23 periods." | 23     Q.    And when did you find that out? |
| 24     So, you said earlier this was a | 24 That that was a risk of corticosteroid use? |

1    A.    Only after, I would say -- I
2  believe it was only after Stacey suffered this
3  perforation.  Because it is not listed in
4  UpToDate® among the adverse effects
5  corticosteroids.  As mentioned, it's quite
6  rare, less than .5 percent.
7    Q.    Okay.  Because you had an e-mail
8  with her with -- when they're all in the
9  hospital about what you just said about the
10 diverticulum.
11         So, is that something you just
12 looked up in order to write that e-mail?  Or
13 did you know about it earlier?
14    A.    Yes.  Yes.  I would have looked
15 it -- looked it up when it occurred -- when she
16 had a perforation -- to see what could -- what
17 could explain this.
18    Q.    Is a deep vein thrombosis one of
19 the possible deleterious effects of prolonged
20 steroid use?
21    A.    Not prolonged, per se.  But I
22 think if you -- if you look, you will find that
23 higher corticosteroid doses have some
24 relationship to increased clotting and deep

1  vein thrombosis.
2    Q.    And before October of 2022, had
3  you had patients develop DVTs while you were
4  treating them for babesiosis?
5    A.    One was the lady -- the patient
6  who I mentioned died in the hospital.  She did
7  develop an DVT and pulmonary embolism, but they
8  were not what caused her to die.  But they did
9  cause her to go to the hospital.
10    Q.    Did you have other patients, as
11 well, that experienced those?
12    A.    One young woman did have a DVT.
13 It was uncomplicated.
14    Q.    And again, on page 6 --
15    A.    If you look --
16    Q.    Oh, go ahead.  Sorry.
17    A.    I was going to say, if you look
18 at this that chart of Stacey's corticosteroid
19 treatment, you will see that when she got to
20 DVT, she was essentially taking no prednisone
21 or corticosteroid for a few weeks.
22    Q.    Yeah.  I'm still on page 6 of
23 the Exhibit-7.
24    A.    Okay.  Go ahead.

1    Q.    You -- here you write that high
2  prednisone dosage -- and you give an example of
3  more than 80 milligrams a day -- and it's
4  obviously twice as much as in the last exhibit
5  we talked about.
6         So, do you remember what made
7  you change your definition of high prednisone
8  doses from 40 milligrams to 80 milligrams?
9         MS. SCHWED:  Objection.
10         Objection to form.  You may answer.
11         THE WITNESS:  I'm not trying to
12    define high prednisone doses.  I said
13    it's this particular high prednisone dose
14    of around 80 milligrams a day.  Again,
15    more or less arbitrary, but a dose that I
16    think would cause most people a lot of
17    fluid retention.
18    Q.    Okay.  So, yeah.  That's all I
19 was trying to ask was whether there was a
20 source that you based this number on or a
21 specific reason that you used it.
22    A.    No.  Experience.
23    Q.    And you started to describe this
24 earlier, and I told you I would ask you about

1  it.  So, I'll just cover it now.  The -- let's
2  see if I can find it.  Here it is.
3         And still on page 6 of
4  Exhibit-7, you talk about how DHEA can --
5  basically it says, counteract "the catabolic
6  and immuno -- immunosuppressive effects of
7  cortisol and prednisone."
8         What is statement based on?  Did
9  you have any, sort of, source in the literature
10 for that statement?  Or where did you come up
11 with this?
12    A.    There is extensive DHEA
13 information in the literature about its many
14 effects.  I have -- at my
15 hormonerestoration.com, I have a link to the
16 hormones.  And I have a whole bunch of
17 abstracts that I have collected on every
18 hormone, including cortisol and DHEA.  There
19 are several published studies that show that
20 DHEA does counteract the catabolic or
21 tissue-weakening effects of cortisol.
22         One study in women who were
23 taking 10 milligrams of prednisone, found -- up
24 to 10 milligrams -- found that they did not

Page 186

1  have bone loss if they were given DHEA.
2            But even those studies used a
3  rather inefficient means of delivering it,
4  which is oral dosing.  Whereas, sublingual
5  dosing -- I studied it myself, looking at
6  levels in people -- sublingual dosing gets more
7  of the active DHEA into the bloodstream.
8  Whereas, when you swallow it, it all gets
9  converted into a sulfate, which can be
10  relatively ineffective.  And that's what
11  most -- that's what all medical studies have
12  used.
13            But there is also literature
14  that shows it increases immune system function,
15  natural killer cells are increased.  It is --
16  it actually counteracts cortisol at the tissue
17  level by inducing an enzyme that deactivates
18  cortisol within many cells of the body.  It is
19  called, I think, something beta hydroxysteroid
20  enzyme.
21            And so, the -- and I have seen
22  dramatic effects -- two patients -- one of --
23  the one woman who died in the hospital, and
24  also the woman who ended up in the hospital

Page 187

1  before her, you know, with the acute
2  disseminated encephalomyelitis and
3  hemophagocytic syndrome.  But both of them
4  could not tolerate any dose of DHEA.  It would
5  greatly increase their immune reaction to the
6  organisms.  This is a natural hormone, but
7  whenever they took it, they would get extremely
8  fatigued, weak, achy, brain fogged.
9       Q.    Okay.  And you mentioned in
10  there a study that looked at the effect of DHEA
11  on people that were taking prednisone; right?
12       A.    Yes.
13       Q.    Do you remember the author --
14       A.    (Unintelligible) --
15       Q.    Do you remember the author or
16  name of that study?
17       A.    No.  I do not.  I -- I can -- I
18  will happily get the information for you, if
19  you ask for it.
20       Q.    Do you remember any studies that
21  talk about DHEA counteracting the catabolic and
22  immunosuppressant effects, specifically of
23  prednisone?
24            So, let's forget about cortisol

Page 188

1  for right now.  I'm just -- prednisone.
2            Are there any studies or authors
3  you can think of which conclude that DHEA
4  counteracts the catabolic and immunosuppressant
5  effects of prednisone?
6       A.    Yes.  I can send you a study by
7  Arlt, A-R-L-T, which -- and another study by
8  Rubizon [sic], in which they argued we should
9  give everybody we give steroids to -- we should
10  give them DHEA.  And they marshall much of the
11  evidence.
12            It only makes sense, because
13  when our body naturally responds to stress, it
14  makes more cortisol and more DHEA together.
15  But when you take the steroid, you suppress the
16  DHEA production completely.  It actually
17  disappears from the bloodstream.
18       Q.    Okay.  We're going back to your
19  chart, which is Exhibit-1.  And I'm just going
20  to ask you about some of the e-mails that you
21  had with Stacey and Daryl Wolking.  We're not
22  going to go through the entire history.  I'm
23  here on -- I'm here on page 372 of Exhibit-1,
24  starting with an e-mail that Stacey Wolking

Page 189

1  wrote you on September 9th.
2            Can you just look over this part
3  from Friday, September 9th all the way through,
4  where she writes, "rifabuten were 8/19"?
5            Just let me know when you're
6  done reading it.
7       A.    Yes.  I'm done.
8       Q.    Do you remember the context of
9  this e-mail or the overall situation of her
10  treatment, where she's --
11       A.    Yes.
12       Q.    -- asking you about -- she's
13  basically -- and you can tell me if I'm wrong,
14  but it seems like she is trying to distinguish
15  prednisone withdrawal from herxing.
16            And can you just explain what
17  you remember about that?
18            MS. SCHWED:  Objection to form.
19            You may answer.
20            THE WITNESS:  She -- at this
21  time, is not taking antibabesial
22  medications.  As you can see, she writes
23  below there she hasn't been taking any
24  for weeks, couple weeks or more.  It's

Page 190

1    like three weeks.
2          And so, she's taking steroids
3    without taking antimicrobials, as she is
4    trying to, you know, tapper off and lower
5    the steroid dose.  And so, we're talking
6    about a situation where steroids are
7    being taken and there is no antibabesials
8    in the system.
9          I have found with my daughter
10   also, since I've -- and other patients
11   whom I tried to help with lower
12   corticosteroid doses, before I knew they
13   were infected -- that they had these
14   paradoxical reactions.  Because you're
15   suppressing the immune system response to
16   a parasite, but you are not -- you have
17   nothing in your system to kill or control
18   that parasite.  So, people find the
19   corticosteroid doses don't help the way
20   they normally will when they are actually
21   herxing strongly -- from killing
22   parasites.
23 BY MR. LAMB:
24   Q.      Okay.  And now I'm on --

Page 191

1    A.      And as you can see I --
2    Q.      Oh, go ahead.  Sorry.
3    A.      As you can see, I said, well, if
4  you're feeling worse after taking the dose, try
5  lowering it and see if, you know, see if you
6  will do okay.
7    Q.      And we will -- we'll go up to
8  your response.  I just -- I wanted to finish
9  her e-mail --
10   A.      Okay.
11   Q.      -- because it bled onto page
12  373.  So, if you just read the rest of her
13  message here -- everything you can see on the
14  screen basically.  This is same e-mail from her
15  on September 9th.  Just let me know when you're
16  done.
17   A.      Okay.
18   Q.      So, she -- in this she says, "I
19  feel worse every time I take any."  She says,
20  "Every dose makes me feel worse."  And then,
21  you can see the prednisone totals that she
22  listed for you here.
23          Is it fair to say that that --
24  at this point in her treatment, on September

Page 192

1  9th of 2022, Stacey Wolking is trying to reduce
2  the amount of the prednisone that she takes
3  every day?
4    A.      Yes.  That was our plan.
5    Q.      And then, I've gone back up
6  again to page 372, to what looks like your
7  response on September 9, 2022.
8          And as you alluded to earlier --
9  am I correct -- your response here to the
10  e-mail we just looked at is, "I sure agree that
11  it means you should take less"?
12   A.      Correct.
13   Q.      Now, you do say in this same
14  e-mail on September 9th of 2022, that you think
15  Stacey is having a combination of herxing and
16  withdrawal.
17          Can you explain how you would
18  conclude that she was experiencing both of
19  those two things at once?
20   A.      I was -- yes.  I mentioned that
21  she still has some in Krintafel in her body.  I
22  don't think it's an effective amount.  But I
23  was speculating that maybe there is some
24  herxing still, along with withdrawal from

Page 193

1  corticosteroids.  But the fact that she was
2  feeling worse after taking prednisone doses,
3  certainly means it wasn't just withdrawal.
4  Because that should have helped her with every
5  dose or with taking more.  Like I said, I have
6  seen that when people are not killing the bugs
7  effectively, they have these paradoxical
8  reactions to taking steroid doses.  And I think
9  that is overall what was going on.
10   Q.      What was your method of
11  distinguishing a herxing reaction from a
12  prednisone withdrawal reaction?
13   A.      I have extensive experience with
14  my daughter with this.  Ultimately, people who
15  have babesiosis are even herxing if they're not
16  taking antibabesials.  You could say that they
17  are suffering from their immune reaction to the
18  organism.  But that's not herxing.  That is --
19  because herxing is defined as what happens when
20  you take an antiparasitic or organism --
21  antimicrobial.
22          But the immune system's
23  reacting.  It is making them ill.  Prednisone
24  or steroids reduce that immune reaction, and so

Page 194

1  the patient feels less ill routinely, unless
2  the dose is too low or it wears off too quick.
3        And of course, we have a lot of
4  other experience with Stacey taking anti- --
5  taking prednisone, where more was helping her
6  most of the time.
7        Herxing is different than
8  withdrawal.  Withdrawal is typically just going
9  to cause some fatigue, lack of energy, more
10  achiness in general, and, you know, some degree
11  of feeling, kind of, a little slow mentally.
12  Whereas, herxing adds a whole bunch of other
13  things.  Like, it could -- there could be night
14  sweats, nausea, headache, and so forth -- have
15  abdominal pain or -- well, you know, I have a
16  very long list of herxing symptoms there.
17        In a person who has babesiosis,
18  withdrawal will, in some cases, look somewhat
19  like herxing.  Because they start to react more
20  to the organisms, as they're withdrawing from
21  the corticosteroids.  A simple corticosteroid
22  withdrawal -- if you were to give a person who
23  doesn't have babesiosis corticosteroids, it's a
24  whole lot simpler -- causes fewer symptoms,

Page 195

1  doesn't cause the organ-specific symptoms that
2  one sees with herxing.
3        Q.    Okay.  But -- I -- what I'm just
4  trying to understand here is if she is taking
5  more -- if she's not getting relief from taking
6  prednisone, doesn't that seem to suggest that
7  it's not only withdrawal?  Is that what your
8  saying?  Because if it was only withdrawal,
9  you'd take more prednisone and you would feel
10  better; is that right?
11        A.    Yes.  That's what I'm --
12        Q.    Okay.
13        A.    That's what I'm saying.  And I
14  think the prednisone was having these
15  paradoxical effects, because I -- for -- number
16  one, unfortunately, as it turned out, these
17  doses were too low to help her.
18        Q.    Okay.  But -- so you say that --
19        A.    Her immune reaction.
20        Q.    -- the prednisone?  Okay.  So,
21  the prednisone, at this point, it's causing her
22  to feel worse, because she's still herxing from
23  the last antibabesial dose; is that right?
24        A.    Either still herxing or simply

Page 196

1  reacting -- still reacting very strongly to the
2  exposed Babesia.  And when you don't take
3  antibabesials for a while, or you get very low
4  levels, in many people they begin to
5  proliferate.  And the person becomes more ill.
6  I see this many times.  And perhaps, it what a
7  mistake to tell her to not take any
8  antibabesials for a month.  But I was -- I very
9  much wanted to see if she could get better and
10  not have to take any more antibabesial
11  treatment -- if she would be well enough by
12  getting down off the higher prednisone doses to
13  something physiological.  But it didn't work.
14        Q.    But if she is herxing from the
15  Babesia here, as you're saying, why isn't the
16  prednisone making that feel better?  I thought
17  that was the whole reason you give them
18  prednisone?
19        A.    (Unintelligible).
20        MS. SCHWED:  Yeah.  Wait.
21  Because -- start again, Conor.  You both
22  spoke over one another.
23        THE WITNESS:  I'm sorry.  I
24  spoke over you.

Page 197

1  BY MR. LAMB:
2        Q.    That's okay.  And I think for
3  the record, if you got my question in -- I
4  heard Dr. Lindner say it's too little.
5        A.    Okay.
6        Q.    So, I'll just restate it to make
7  sure -- and I'm just trying to make sure --
8        MS. SCHWED:  Oh, okay.
9  BY MR. LAMB:
10        Q.    -- I understand what you're
11  trying to say.
12        It's just that -- you're saying
13  that the negative effects she is feeling, at
14  that point, are still due to herxing.  And the
15  prednisone that she's taking is too little.
16  And that's why she's not feeling good after
17  taking it?
18        Is that a fair way to summarize
19  it?
20        A.    Yeah.  But I was saying -- not
21  exactly.  I was saying that it's not herxing so
22  much, probably at this point, but simply her
23  ongoing reaction and strong immune reaction to
24  the Babesia that are present.

Page 198

1    And this was all proven when,
2 several days later, you know, we spoke by phone
3 and she still feeling very badly -- five weeks
4 after the last tafenoquine dose.  And I had her
5 try a higher dose of prednisone.  She took 60
6 milligrams one morning, and she felt much
7 better and was able to do things.  So, what
8 that told me was these 20 -- these -- well, she
9 was taking 20 a day, as you saw there -- or 30.
10 These doses of taking a 10 or a 5 were far too
11 little to help her.
12    Q.    I want to ask you about a couple
13 of different statements that she made here.
14 Okay.  Well, actually before we get to that --
15 where she says here -- with all -- there is a
16 list of symptoms in her e-mail to you on
17 page 370, and that's from September 16th.
18    A.    Yes.
19    Q.    She says, "With all these
20 symptoms I am completely incapable of
21 determining if I need more or less or just
22 dealing with withdrawal symptoms."
23    Is -- when she says more or less
24 there, do you understand her to be referring to

Page 199

1 prednisone?
2    A.    Yes.
3    Q.    And just a little lower, when
4 she says, "I really would like to get
5 completely off the prednisone since many of
6 these symptoms are on the 'serious side
7 effects' list on the prednisone product
8 information.  I've often wondered if prednisone
9 just does not agree with me."
10    Did you think that was a valid
11 concern of hers -- that she was experiencing so
12 many of these side effects that --
13    A.    No.
14    Q.    -- she saw on the list?
15    A.    No.  It's not prednisone's side
16 effects at those doses that she's taking, at
17 all.
18    Q.    And how do you know that?
19    A.    Most people -- well, doctors --
20 again, lists of side effects are not medically
21 valid information.  If you want to see what the
22 side effects are, you have to use your
23 knowledge of the context -- the true side
24 effects.  You have to look at studies were

Page 200

1 people were given certain doses and what was
2 actually reported.
3    But prednisone is simply a --
4 almost identical to human cortisol.  And in my
5 experience, it works exactly the same.  So,
6 when somebody takes prednisone, they are just
7 raising their levels of a natural hormone
8 essentially.  And so, why would that cause side
9 effects of all kinds?
10    It's well known that when people
11 are given, you know, tapers of 40, 30, 20, 10
12 of pred all the time.  This is standard medical
13 practice for bad sinus infection or for low
14 back pain.  And I have seen people who got
15 those all the time.  Doctors have seen them all
16 the time.  All they complain about is feeling
17 over-stimulated, some agitation, feeling like
18 it's -- like they can't sleep well at night.
19 Most of them end up feeling a lot better,
20 because their inflammation is reduced.  So,
21 that whole list of the -- of symptoms she has
22 there, those are Babesia-related inflammation
23 symptoms.
24    Q.    Okay.  So, your opinion -- that

Page 201

1 listed side effects with corticosteroids are
2 not medically valid -- are you referring to the
3 adverse drug reactions that would be, like, in
4 the package insert for a corticosteroid?
5    A.    No.  Not the adverse drug
6 reactions.  I just have -- I have no idea where
7 she read that those are serious or on the
8 serious side effects list.  I don't know what
9 she was thinking or what she read.
10    The adverse effects are well
11 documented in medical, literature.  And, you
12 know, you can review them in the UpToDate®
13 that I referred to.  They do not include these
14 things.  Steroids are given to reduce pain in
15 people; they don't cause pain.  They reduce
16 fatigue; they don't cause fatigue.  And -- and
17 so on and so forth.  The puffy face is a -- a
18 matter of taking steroid -- a lot of steroid
19 for a while.  It does cause facial puffiness.
20 It can cause some white hair growth -- taking a
21 lot of steroid -- like, little tiny white hairs
22 on the face.
23    Appetite and weight gain --
24 she's -- by this time, I think as you go down,

Page 202

1  she is only taking 10 or 12 or 13 milligrams of
2  prednisone a day.  Yeah.  And she got -- she
3  was down to 9.  I mean, it's a physiologic
4  dose.
5          Why is she suffering so much
6  when taking a physiologic dose of prednisone,
7  as those lower doses are?  It's because she was
8  still strongly reacting to the Babesia.  And
9  they probably proliferated while she was off
10  antibabesials and the Krintafel was the only
11  thing in her system and was at very low levels
12  by this time.
13          And they are all symptoms
14  that -- you know, many of them are symptoms she
15  had chronically, before they even began to treat
16  her for babesiosis.  And many of them are
17  symptoms that improved when she got enough
18  prednisone in the past, like they did after --
19  soon after this listing of her symptoms.
20          We talked on the phone, and she
21  didn't ask me to  keep tapering off
22  corticosteroids.  If she did, I would have been
23  very happy to do so.  But I gave her -- I had
24  her take 60 milligrams of prednisone because,

Page 203

1  let us see -- my attitude was if what's
2  happening is you're just not getting anywhere
3  near enough.  And indeed, she took 60
4  milligrams and had a very good day, until that
5  dose wore off.  So, I was stuck with somebody
6  who is continuing to need high corticosteroid
7  doses to feel and function, you know, at any --
8  any good level.
9      Q.      On -- you've mentioned a couple
10  of times, a time that you spoke to her.  So, I
11  just want to look at the e-mails that I think
12  set up the call you're talking about.  You can
13  tell me if you're -- if I'm right.
14      A.      Yes.
15      Q.      We're on page 368.  This is
16  September 18th, an e-mail from Stacey Wolking
17  to you that starts with, "This is scary."
18          Can you just read that.  And
19  then, I'll go down from there when you're done
20  reading it.
21      A.      Okay.
22      Q.      Okay.  And then, there's this --
23  read -- if you want to read this to yourself --
24  there's just some more information on her

Page 204

1  recent dosing.
2      A.      Umh-umh.
3      Q.      And then, on the next page, 369,
4  she writes, "I just have no idea what is going
5  on or what to do.  Can you please call me?",
6  and gives you her phone number and says, "Daryl
7  wants to be there too."
8          So, I just wanted you to you
9  look at that, because it looks like you agree
10  to call her, in this e-mail at the top of page
11  368; is that right?
12      A.      Yes.
13      Q.      Okay.  And then, this -- 367 is,
14  just for some reason, a copy of the previous
15  two pages.  So, if we go here to the bottom of
16  page 365 -- we have a patient message.  You can
17  see it's from Henry.  And there's a caption.
18          But then, it looks to me that
19  this is not a normal e-mail -- that this is,
20  like, notes of a telephone call; is that
21  correct?  Or can you explain what this is on
22  365, if you go back?
23      A.      Yes.  Yes.  I do think -- I
24  chose to enter the results of the telephone

Page 205

1  consultation -- not in the encounter screen,
2  but in the message screen.
3      Q.      Okay.  So, that -- what we see
4  at the bottom of 365 and top of 366 are your
5  notes of the phone call with Stacey and
6  Daryl Wolking?
7      A.      Correct.  Correct.
8      Q.      Okay.  And in the -- what looks
9  like the subject line at the bottom of 365,
10  where it says, "Should restart antibabs," and
11  then, you have, like, an upward carat symbol
12  next to "Pred" -- can you explain what that
13  means?
14      A.      Yes.  Increase the prednisone
15  dose.
16      Q.      What do you remember about this
17  conversation with the Wolkings on September
18  19th of 2022?
19      A.      What I remember is pretty much
20  what I recorded -- is that she was doing
21  terribly after taking no antibabesials for five
22  weeks and -- and having tapered gradually --
23  prednisone down to the this physiologic level.
24  She was, you know, feeling at times, she said,

Page 206

1   in some ways worse than ever.
2           And as I wrote, she has not
3   improved substantially with stopping the
4   antibabesials.  But she is a bit better than
5   when she was herxing from, you know, very
6   high-dose Krintafel and Arte-M.
7           And I believe that the only way
8   forward was to -- and like I said, she may be
9   feeling worse partly because of regrowth of
10  parasites and increased exposure to her immune
11  system.  Like I said, we need to restart the
12  antibabesials.  We need to restart the
13  prednisone and begin another cycle of killing
14  these parasites, so we can get her to a better
15  state.
16      Q.      Did you recommend that she
17  increase the prednisone in this phone call?
18      A.      I did recommend that she restart
19  prednisone and restart atovaquone, I see here.
20  I think in the following e-mails, one will see
21  exactly what she did and in -- and in what
22  order and how we proceeded.  But I do remember
23  that, at this time, she took 60 milligrams of
24  prednisone one morning with very good effect.

Page 207

1       Q.      Right.  I -- my question is
2   though, did you advise her to increase the
3   prednisone doses compared to what she was
4   taking before -- in this phone call?
5       A.      Yes.  I believe so.  And again,
6   she did not object.  If she wanted to keep
7   tapering off the prednisone, I would have said,
8   "Go for it.  But I, you know -- I think you're
9   probably just going to remain very ill."
10      Q.      The letters --
11      A.      If she had done that.
12      Q.      Okay.  Sorry.  The letters "AP"
13  here, on page 366 -- is that an abbreviation
14  for something?
15      A.      Assessment and plan.
16      Q.      Okay.  And you said earlier that
17  the substance of the call you thought was
18  similar to what you recorded here.  So, where
19  it says right here, "Killing the parasites is
20  the only way forward" -- did you say that to
21  the Wolkings in this call?
22      A.      I don't recall.  I believe I
23  would have said something like that, because I
24  was telling her that we need to restart the

Page 208

1   antibabesials.  I would have rationalized --
2   gave an -- a rationale -- gave some rationale.
3       Q.      So, it's possible that you said
4   "killing the parasites is only way forward"?
5       A.      Yes.
6       Q.      Here where it says, "Will decide
7   on Babesia testing," can you explain what that
8   means?
9       A.      Can you go back up?  Because I
10  listed the tests.  So, I ordered, again, a test
11  at IGeneX.  She is the one who's -- it was sent
12  to the patient.  She -- it was the -- my
13  annotation there is that she will decide on
14  whether to do Babesia testing.
15      Q.      Okay.  So, that phone call -- at
16  least your notes of it -- were at -- here 12:32
17  p.m.  If we go up on page 365 to the next
18  e-mail she sent you about two hours later, 2:27
19  p.m. -- she ends that by saying, "I guess those
20  are some of the reasons why I keep thinking
21  that the prednisone is not helping me or is too
22  much."
23          So, was she still -- was she
24  still hesitant about the prednisone amount,

Page 209

1   even after that phone call?  Or what do you
2   remember about that?
3       A.      She was hesitant for sure about
4   the amounts that she tried, because they did
5   not help her.  And I think she took, according
6   to that note, some atovaquone.  She restarted
7   this milder antibabesial and tried taking more
8   prednisone -- a couple 10 milligram doses.  And
9   that's when I told her, as you can see there,
10  "Tomorrow morning try 60 mgs."  Let us do a
11  clinical test and see if prednisone is actually
12  making you worse or if more will make you much
13  better.
14      Q.      And just a little higher up,
15  here on 3 -- sorry -- on 365 -- this is
16  something you touched on earlier, but I just
17  want to make sure I understand it in the
18  context of this e-mail.
19          Where you write, "Prednisone
20  should not have side effects" -- do you mean
21  literally not any side effects?  Or what do you
22  mean there?
23      A.      My whole hormone restoration
24  practice is based around understanding some

Page 210

1  things.  And one of them is a that hormones do
2  not have side effects, meaning, drugs have side
3  effects.  It's a term from drug use.
4          If you get testosterone -- if I
5  give you testosterone and, you know, you get
6  too many erections or you grow too much facial
7  hair, I would say that's an effect of
8  testosterone.  And likewise, I believe -- I
9  believe prednisone works exactly like the
10  natural human cortisol.  It's just more
11  persistent.  And its molecular structure is
12  almost identical to cortisol.  The difference
13  is very tiny.  And so, when somebody has --
14  when I give people prednisone, cortisol or
15  dexamethasone, all I'm seeing is the effect of
16  increasing this natural hormone effect in the
17  body.  They do not have unusual, unpredictable
18  or strange side effects, like drugs do, which
19  are not hormones essentially.
20      Q.      But we haven't talked about --
21      A.      It's like terminology.
22      Q.      Okay.  Thank you.  In some of
23  your other written material, you did
24  acknowledge that corticosteroids can have

Page 211

1  negative impacts on people; right?
2      A.      Sure.  Adverse effects from
3  excessive, prolonged doses -- not side effects.
4      Q.      Did you ever --
5      A.      It's like splitting hairs --
6      Q.      Yeah.  Sorry.  Did you ever
7  explain that distinction -- between a side
8  effect and an adverse effect to Stacey Wolking?
9      A.      I think I was trying to do it
10  there.  I said that prednisone does not have
11  these side effects.  And she initially signed a
12  consent form for hormone restoration.  And that
13  kind of language is language I use all the
14  time.  I, you know -- remember for four years I
15  gave her hydrocortisone and we tried to adjust
16  that dose according to her clinical reactions.
17      Q.      Okay.  I'm just going to show
18  you a few different statements that she was
19  making in her e-mails around this time.  And
20  then, I want to ask you about them.
21          So, here on page 364, on
22  September 20, 2022, she says, "Please tell me
23  what to take."  And in a later e-mail that same
24  day she says, "So not sure what to do now

Page 212

1  please help."
2      A.      Yes.
3      Q.      If we go -- just let me get
4  through this list.  If we go up to 363, she
5  talks about the dosing and says, "I'm not real
6  sure what that means?"  She talks about how she
7  never could get enough to feel better again.
8  And then, if we go up to page 361, she asks you
9  on September 21st, "So it's crazy how much I'm
10  taking and nothing is helping.  Is there a
11  point that I stop?  Or a number that I
12  shouldn't go over?"  Further down there she
13  says, "Do I just keep throwing more at it?"
14  And then, if you go up to 356, she also asks
15  you, "Is there an amount I should just not let
16  myself go over in a day?"
17          So, these types of statements,
18  which are, kind of, all through the e-mails at
19  this period -- did that give you any concern
20  about whether she was the type of patient that
21  was capable of knowing how much prednisone she
22  should be taking?
23      A.      I was always concerned about
24  that.  So, that is why I communicated with her

Page 213

1  very, very frequently.  You see, this is very
2  different than my daughter.  She knew what she
3  needed to the milligram.  It was very
4  different.
5          So, that's why I communicated
6  with Stacey extensively.  I even tried to
7  answer her e-mails in the evenings also, to see
8  if I could help her get dosing for the next
9  day.  I had her try to take less at times to
10  see if it would work.  Like, I told her one
11  time -- just cut the dose, you know, 20 percent
12  or in half and see if you're better or worse.
13  We had to do a lot of basically clinical
14  experimentation to figure out what was going
15  on.
16          But knowing, as I do, that
17  prednisone was not causing her a drug side
18  effect but, in fact, it was interacting with
19  her immune reaction to the Babesia, I knew that
20  when she was suffering so much with taking
21  smaller and smaller doses of prednisone,
22  throughout that period, that it was almost
23  certainly due to the fact that she was just
24  still reacting the Babesia too strongly.  They

Page 214

1  had probably proliferated because she was
2  taking steroids for five weeks without taking
3  strong antibabesials.
4          And again, I had her take a test
5  of dose of 60 milligrams.  And it proved that
6  she was not having negative reactions to
7  prednisone.  She felt much better.  She was
8  able to get up and do things around the house.
9  And I said "That's it.  She needs high doses to
10 control this very powerful immune reaction
11 she's having to the Babesia.  And I just need
12 to let her take what she requires and get back
13 to killing the Babesia to reduce the number
14 that are exposed to her immune system and get
15 her corticosteroid dose down."
16     Q.     And so, particularly after that
17 reaction to the 60-milligram dose, you advised
18 her to keep taking more prednisone?
19     A.     Yes.  And to -- and to very
20 quickly start taking strong antibabesials to
21 kill off these organisms that, you know, had
22 made her life so extremely uncomfortable since
23 2008.
24     Q.     I just want to look at this

Page 215

1  e-mail on page 355.  It's from September 26th
2  of 2022, from you to Stacey.
3     A.     Sure.
4     Q.     And there is a sentence in here
5  that says, "There is no upper limit on dosing."
6          What led you to write that?  Was
7  there any source for that contention by you?
8  Or where did that come from -- your belief that
9  there was no upper limit on dosing?
10    A.     There is no upper limit on
11 dosing.  You will not find one in any medical
12 literature or in the prescriber -- FDA
13 prescriber information.  I -- that's the way it
14 goes.  When people have severe inflammation,
15 they can need very high levels.  People differ
16 tremendously in their sensitivity to
17 corticosteroids.  This is very well documented
18 in the medical literature.  Some are relatively
19 resistant and others sensitive.
20         The FDA prescriber information
21 for prednisone and Decadron says basically the
22 dose has to be determined by the patient's
23 disease and their response to the treatment.
24    Q.     Okay.

Page 216

1     A.     And again -- again, I -- I'll
2  just add, I didn't want her to take high-dose
3  steroids -- not the way it was misrepresented
4  in the complaint.  I was trying to get her
5  steroid need down and get her better, also.
6          May I say one thing.
7     Q.     Sure.
8          MS. SCHWED:  You gave an answer
9     to that question.  There is no question
10    pending.
11         THE WITNESS:  It's a
12    continuation.  The problem here is the
13    severity of the disease.  We can come
14    back to that.
15 BY MR. LAMB:
16    Q.     I'm on page 358 of Exhibit-1.
17 This an e-mail from you on September 23rd.  You
18 say to her, "You're needing a lot of pred."
19         I assume you mean prednisone by
20 that?
21    A.     Of course.
22    Q.     And when you say, "It's clear
23 you can't stop killing them now and get better.
24 And that is what we have to do" --

Page 217

1     A.     Yes.
2     Q.     -- are you -- is -- just to make
3  the record clear -- are -- you're referring to
4  the overall approach of taking both more
5  antimicrobials and more corticosteroid doses?
6     A.     I said, "It's clear you cannot
7  stop killing them and get better," because
8  that's what happened over the five weeks that
9  she had not taken any antibabesials.  She did
10 not get better.
11         If she had no disease -- if she
12 had no Babesia, she would have been a normal
13 person at the end of five weeks, with tapering
14 the prednisone, as she did.  But in fact, she
15 needed much higher prednisone dosing to become
16 functional again.  And so, that's why I said we
17 have to keep killing these organisms in order
18 to get you over the hump, so to speak, to where
19 you don't need such high corticosteroid doses
20 anymore.
21    Q.     Right.  But this part where
22 you're saying "that is what we have to do" --
23 am I correct that that's in --
24    A.     Yes.

Page 218

1    Q.       -- reference to her pred need
2    going up?  Her need for prednisone?
3    A.       Yes.  Killing the organisms is
4    what we have to do.  And, yes.  It is causing
5    the pred need to rise.
6    Q.       Okay.  I'm going to go to
7    page 350.  This is an e-mail from Daryl Wolking
8    to you on September 29th of 2022.  And in this
9    e-mail it appears that he tells you she took
10   1,526 milligrams of prednisone that day.
11   A.       Umh-umh.
12   Q.       At that point, on September 29th
13   of 2022, had you ever had a patient take that
14   amount of prednisone equivalent in one day --
15   1,526 milligrams?
16   A.       Yes.  My daughter.
17   Q.       Was she the only one?
18   A.       I believe so.  I believe, you
19   know, the other two patients who ended up in
20   the hospital may have been close.  I'd have to
21   review their information.  But the question
22   always comes down to why was she needing so
23   much, which we will get into discussing.
24   Q.       Sure.  And -- I know you

Page 219

1    mentioned earlier that you say that you wanted
2    to get her prednisone dose down.
3             In response to this e-mail from
4    Daryl about the 1,526 milligrams, did you
5    communicate to him that that was too much or
6    that you felt she should take less than 1,526
7    the next day?
8    A.       No.  I told them very clearly
9    she needed to take the amount that she required
10   to control the worst of her symptoms for at
11   least two hours.  And that's what they were
12   doing.  The doses would wear off, as you can
13   read throughout the e-mail messages we have.
14   They would wear off before two hours.  And she
15   would feel all -- the return of all these
16   Herxheimer-like symptoms or
17   inflammation-related symptoms.
18   Q.       And I'm going to page 348 now.
19   It's an e-mail from Stacey to you on
20   September 30th of 2022.  And here, she starts
21   off the e-mail by saying, "Now I have no idea
22   what to gauge dex doses on."  And in your
23   response above it you say, "If you were getting
24   too much you'd know.  You'd feel agitated,

Page 220

1    over-stimulated, and unable to sleep."
2             Are those the only three
3    symptoms you believe she would experience if
4    she was having too much dexamethasone?
5    A.       Yes.  Short-term.  Also, people
6    have -- my daughter and others -- have reported
7    a, kind of -- a light heart-beating, sort of, a
8    feeling, a light heart pounding.  But, yes --
9    agitated, over-stimulated, maybe flushing,
10   unable to sleep.  Whereas, if she took enough
11   dex, she was to able to sleep, which she found
12   over and over again.  She needed high doses to
13   be able to sleep through the night.  That's
14   many times recorded in our communications.
15   Q.       I'm going up to page 344 of
16   Exhibit-1.  I want to show you this sentence
17   down here where it says, "The downside is that
18   the prolonged high steroid doses are weakening
19   her muscles, bones and connective tissues."
20   And you talk about both Stacey and your
21   daughter in this e-mail, so I just want to
22   clarify.  This sentence here, "weakening her
23   muscles, bones and connective tissues," is that
24   in reference to Stacey Wolking?

Page 221

1    A.       Yes.
2    Q.       And if we go up a little further
3    up on page 344, there is an e-mail from
4    Daryl Wolking to you on October 4th, where he
5    tells you that Stacey's total prednisone the
6    day before was 1,848 milligrams of prednisone.
7             Up to this point on
8    October 4, 2022, had you ever had a patient
9    that took that much prednisone equivalent in
10   one day?
11   A.       Again, I would say my daughter.
12   I had seen her over 3,000.  Again, these are
13   mostly dexamethasone doses.
14            And as I wrote on this chart
15   here, dexamethasone induces its own metabolism
16   and elimination -- so, at higher doses --
17   over -- even just over 16 milligrams.  So, I
18   found with my daughter, too, it's very hard
19   to -- to actually translate high dexamethasone
20   doses to prednisone.  We found that
21   dexamethasone seemed a lot less more potent at
22   high doses than that 7-1 equivalence.
23            But yes -- yes.  Taking it as
24   dexamethasone -- as my daughter did also --

Page 222

1  that dose -- my daughter took up -- over 3,000
2  at one time when we cleared some nests with
3  lumbrokinase and nattokinase.
4       Q.       And was that -- the 3,000 -- was
5  that before these e-mails in October of 2022?
6       A.       Yes.  Yes.
7       Q.       I'm on page 340 now.  And there
8  is an e-mail from Daryl to you on
9  October 6, 2022.  Where he says here, "Her SpO2
10 was 88 this afternoon," do you know what that
11 means?
12      A.       Yes.  Tafenoquine causes --
13      Q.       What is it?  Go ahead.
14      A.       In -- yes.  Tafenoquine, which
15 is the Krintafel that she was taking -- it is
16 the most potent antibabesial that we have.  And
17 is actually -- have been -- has been studied by
18 the mainstream in a few -- in a few cases
19 recently for babesiosis.  Tafenoquine causes a
20 dose-related issue called methemoglobinemia.
21 And this is -- you might say, it is a side
22 effect.  It's an expected dose-related problem,
23 because it causes oxidation.  It can change the
24 nature of the iron that's in hemoglobin -- I

Page 223

1  think from an F+2 to an F+3 state.  And so, the
2  hemoglobin becomes less able to carry oxygen
3  when very high doses of tafenoquine or
4  primaquine are given to somebody.
5            And one way to monitor the
6  effect that the -- that tafenoquine is having
7  on their hemoglobin, is to look at a pulse
8  oximetry reading.  You know those things you
9  put on your finger and you get a reading of
10 your oxygen saturation?  Well, it goes down
11 when there is more methemoglobinemia.  And
12 generally, if you get very severe
13 methemoglobinemia, it will go down to, like, 85
14 and just stay there.  It tends not to go any
15 lower.  Because it's not really reading
16 methemoglobinemia levels, but it's a -- kind
17 of, a -- this has been studied and written
18 about.  It's a, kind of, a rough way of
19 judging methemoglobinemia.
20           Though, being that it was 9 --
21 over -- under -- under 90 is not -- does not
22 indicate severe methemoglobinemia.  It's
23 expected with taking this much tafenoquine.
24 And generally, methemoglobinemia will be

Page 224

1  manifest by people becoming, like, short of
2  breath.  They can't -- they don't get enough
3  oxygen to their tissues if the methemoglobin is
4  excessive.  And indeed, when she admitted, it
5  it wasn't excessive.
6       Q.       So, the -- is your understanding
7  that the SpO2 of 88 is Daryl's reading of her
8  oxygen saturation at that moment?
9       A.       Yes.  With a pulse oximeter,
10 which I, you know, advised them to get -- in --
11 and mentioned it -- I mentioned it in the
12 Babesia treatment guide.
13      Q.       So, was the -- did you think
14 that was an accurate reading or not?  That it
15 wasn't accurate because it was caused by
16 tafenoquine?
17      A.       No.  I -- it is never an
18 accurate measurement of the actual SpO2 when
19 somebody is -- got methemoglobinemia.
20 Methemoglobinemia does affect the way the SpO2
21 meter works.  It has to do with the frequency
22 of the methemoglobin, the wavelengths that it
23 absorbs and so forth.  So, it's a -- basically
24 a rough substitute for actually measuring

Page 225

1  methemoglobin levels.
2       Q.       I just want to ask about the
3  bowel perforation.  We started to talk about
4  this earlier.  So, this is --
5       A.       Yes.
6       Q.       I'm on page 337.  It looks like
7  a message from you to the Wolkings on
8  October 8th.  If you just want to read that to
9  yourself, I'll ask you some questions about it.
10      A.       Yes.  I read it.
11      Q.       So, is it fair to say that
12 you're acknowledging the possibility that the
13 higher prednisone doses contributed to the
14 bowel puncture that took place?
15      A.       This is -- I'm acknowledging the
16 possibility, yes, that they could have
17 contributed.  But I think in the end, that is
18 not what the surgical findings show.
19      Q.       Okay.  Yeah.  I was just asking
20 about what you meant in this e-mail.
21      A.       Again, that shows -- I'm sorry.
22 It shows that I was just learning about it,
23 because I looked up steroids and bowel
24 perforation.  And I found that there was indeed

Page 226

1 a connection, which I had not known about. To
2 that point, most physicians don't.
3       Q.       Okay.  I'm up here on page 366
4 now, where you talk about --
5              MS. SCHWED:  Page 30 --
6              MR. LAMB:  336 --
7              MS. SCHWED:  Oh, 336.
8              MR. LAMB:  Sorry.  I misstated
9       that.  Yeah.  Page 336.
10 BY MR. LAMB:
11       Q.       If you could just read what's on
12 the screen.  It's -- it looks like it's an
13 e-mail from you to Daryl Wolking on October
14 9th?  You can read that to yourself and let me
15 know.
16       A.       Okay.
17       Q.       So, this part where you tell
18 Daryl, "I am submitting articles on this
19 disease to major infectious disease
20 journals" -- I'm just trying to understand the
21 chronology of that.  Because this is October of
22 2022, and from what I understood from your
23 interrogatory responses, your articles were all
24 submitted by August of 2022 at the latest.

Page 227

1              Were there any of those articles
2 that were still pending at this time in October
3 of 2022?
4       A.       I don't think so.
5       Q.       Okay.
6       A.       But I am not sure.
7       Q.       So, at this -- and we're going
8 to talk about your articles and the responses
9 later -- but at this point in October 2022, all
10 of your articles had been rejected; correct?
11       A.       Yes.
12       Q.       Okay.  And did you ever tell
13 Daryl Wolking that?  That your articles had
14 been rejected?
15       A.       No.
16       Q.       And I'm going up to page 344
17 now -- on the same subject.  This is an e-mail
18 from October 10th of 2022, from you to Daryl
19 Wolking, and in it you say, "I've attached a
20 draft paper of an article that I have submitted
21 to the Infectious Diseases Society of America."
22              So I just wanted to make sure
23 that you -- because of the way this is set up,
24 I can't tell what you actually had attached to

Page 228

1 this e-mail.  You produced an article in
2 discovery that -- the file was called Medical
3 Literature Babesia Paper Provided to
4 Mr. Wolking.
5              So, would that be the article
6 that you're referring to in this e-mail?
7       A.       Yeah.  Almost certainly.  I
8 don't think I provided him with an article at
9 any other time.  And that -- that is the --
10 that is the -- the title at the top there --
11 Novel ID Cases.  That is the Infectious
12 Diseases Society Journal.
13       Q.       Okay.  So, I'm showing you now
14 Exhibit-10.
15              And do you agree that's the
16 paper that you sent to Daryl Wolking on
17 October 10th of 2022?
18       A.       I believe so.
19       Q.       Okay.  Going up to page 333,
20 there is an e-mail from you to Daryl on
21 October 11th of 2022, where you talk about
22 speaking to Dr. Pullarkat, P-U-L-L-A-R-K-A-T.
23       A.       Yes.
24       Q.       If you just want to read this

Page 229

1 e-mail to yourself and then, let me know -- is
2 there anything about the conversation with
3 Dr. Pullarkat you remember that is not recorded
4 in this e-mail?
5       A.       I don't see the date.  Was this
6 October 10th?
7       Q.       It looks like --
8       A.       11th -- 11th.  Okay.  No.  I
9 don't remember anything that's not written
10 here.
11       Q.       And was -- as far as you
12 remember now, is this the only time that you
13 spoke to Dr. Pullarkat?
14       A.       I believe so.
15       Q.       Going up to page 330, it looks
16 like on -- this is an e-mail from you to Daryl
17 on October 15th, and you write, "Discussed the
18 case with endocrinologist at fairfax -
19 Dr. Michelle."
20              Do you remember today whether
21 that was -- Dr. Michelle Jeffery was her full
22 name?
23       A.       No.  I don't remember her name
24 exactly.

WOLKING and DARYL WOLKING vs
HENRY LINDNER

Case No. 2:22-cv-00060-KGB

Document 57-8    Filed 07/12/24    Page 60 of 120

Henry Lindner, M.D.
February 21, 2024

Page 230

1    Q.    Is there anything else you
2  remember about the conversation with
3  Dr. Michelle that is not recorded in this
4  e-mail?
5    A.    Oh, this, I think, is something
6  I had copied from the online chart note.  And I
7  think what I copied is a note that was in the
8  chart.  And it actually turned out to be
9  inaccurate.  It wasn't Solu-Medrol®.  It was
10 hydrocortisone that she was getting.  Daryl
11 confirmed this for me later that she never
12 received Solu-Medrol®, as I had advised in the
13 letter or in talking to Dr. Pullarkat.
14    So, this was basically the way
15 she was given hydrocortisone -- instead it was
16 a 100 milligrams three time a day and then,
17 tapered.  100 milligrams of hydrocortisone to
18 start with on admission, and then, after a few
19 days, taper to 80 milligrams three times a day
20 and so forth.  That's clear from another
21 note -- or other notes -- in the medical
22 record.
23    Q.    Okay.  So, I guess -- just to
24 make sure I understand this then, where it says

Page 231

1  here, "Advised to taper steroids in the
2  following way," and then, it has these
3  different numbers -- is that you advising
4  Dr. Michelle?  Or you're saying because you
5  copied it -- is that actually Dr. Michelle's
6  advise that she provided?
7    A.    Yes.  That somebody -- somebody
8  has written that into a note.  And had --
9  somebody else -- a doctor at Loudon Hospital
10 had discussed the case with this
11 endocrinologist to determine a tapering
12 regiment.
13    Q.    Okay.  And here where it says,
14 "Optimum dose for her is the Cortef," whose
15 words were those?  Do you remember?
16    A.    I believe that is the
17 endocrinologist's words.  You know, as I state
18 above there, I basically am telling him I see
19 that they've decided to give her
20 methylprednisone.  And then, I copied what they
21 wrote.  It said Solu-Medrol®, which is
22 methylprednisone.  And I believe I copied it
23 down to that area where the optimal dose for
24 Cortef is 20 milligrams.

Page 232

1    This was confusion in the chart.
2  You know, I -- they didn't -- they wrote
3  methylprednisone in a couple places, when they
4  really meant hydrocortisone or Solu-Cortef.
5    Q.    Okay.  Other than this
6  conversation with Dr. Michelle and the last one
7  we asked -- we talked about with
8  Dr. Pullarkat -- do you remember any other
9  conversations with Stacey's treating
10 physicians?
11    A.    I remember -- sorry.  I did not
12 speak to Dr. Michelle.  That is -- one of
13 these -- this is a note from another physician
14 who did speak to him.
15    Q.    Oh, okay.  I'm sorry.  I didn't
16 realize you meant that for that part of it as
17 well.  Okay.  I understand.  So, you never
18 spoke to Dr. Michelle.  This -- that also was
19 copied out of the note?  Okay.
20    A.    Yes.
21    Q.    Then, other than Dr. Pullarkat,
22 did you speak to any of Stacey's treating
23 physicians?
24    A.    Yes.  I believe I spoke to the

Page 233

1  surgeon, Dr. Kelly -- or Kelly something.  I
2  think it was -- Kelly was the first name.
3    Q.    Yeah.
4    A.    And I probably made a note of
5  that in the chart also.  That would be on
6  October 7th or 8th.
7    Q.    Okay.  Yeah.  I didn't find that
8  in the chart, but it might be in there, and I
9  might have just missed it.  So, I'll just move
10 on.
11    A.    Yes.
12    Q.    Okay.  I'm on page 324 now of
13 Exhibit-1.  It looks like an e-mail from you to
14 Daryl on October 26th of 2022.  I want to start
15 asking you about this part where it says -- it
16 starts with, "Babesia are in the brain of
17 infected persons," and then it says, "the
18 parasites cause there can induce severe mental
19 suffering.  My daughter would feel an
20 unbearable mental malaise -- that made her want
21 to die rather than continue to feel it --
22 unless she took sufficient steroids."
23    Can you describe what exactly
24 you mean by "an unbearable mental malaise" in

Page 234

1  terms of the symptoms that your daughter
2  exhibited?
3      A.    Yes.  My daughter -- again, I
4  think had an additional infection and it is
5  a -- there is a whole other aspect of why she
6  had this unusual, severe trouble.  But she
7  called it her low-pred feeling.  And she told
8  me that if she did not get enough prednisone,
9  she could not get out of bed in the morning.
10 She could not eat food.  And she could not
11 sleep at night.  If she took large enough
12 doses -- and again, would -- to within the
13 milligram it was shocking -- even when she was
14 taking 1,400 or 1,500 milligrams of prednisone
15 equivalence daily, she had to get just the
16 right amount to keep this terrible feeling
17 under control.
18     Q.    And she had actually --
19     A.    I have not seen --
20     Q.    Sorry.  Go ahead.
21     A.    I have not seen such a problem
22 in any other patient -- not like my daughter.
23     Q.    And your daughter had actually
24 told you that she wanted to die rather than

Page 235

1  continue to feel that mental malaise?
2      A.    Yes.  When she was feeling it,
3  she had take enough prednisone.  She had
4  suicidal ideation for many years.  It's a
5  complicated story.  It wasn't just Babesia.
6          MS. SCHWED:  Well, don't --
7      don't get into anything that's not in the
8      public.
9          THE WITNESS:  Okay.
10         MS. SCHWED:  I'll just caution
11     you.
12         THE WITNESS:  You can read as
13     much as I can say about her now, you
14     know, at the website.
15 BY MR. LAMB:
16     Q.    And I am going to ask you about
17 that.  So, we can come back to the -- what's on
18 the website.
19     A.    Okay.
20     Q.    Page 326 -- this that e-mail
21 from you to Daryl on October 21, 2022, where
22 you say, "As with my other patient who had
23 overwhelming inflammation," and then, you talk
24 about steroid myopathy.

Page 236

1          Is that in reference to one of
2  the patients that we've already talked about
3  today?
4      A.    Yeah.  I believe that's the
5  patient -- that must be the patient I mentioned
6  who had the acute disseminated
7  encephalomyelitis.  It was actually a nerve
8  condition affecting her muscles.  And the
9  doctors just thought her weakness was due to
10 steroid myopathy at the time, but it wasn't.
11 But I think I'm, kind of, talking about her,
12 and at the same time, my daughter had gone
13 through a terrible episode of steroid myopathy,
14 when -- from the amount of steroids she needed
15 when we first started lumbrokinase and --
16 lumbrokinase, and we didn't stop it soon
17 enough.
18     Q.    Okay.  So, that -- is that the
19 patient, who is not your daughter -- is that
20 the one you were talking about who was
21 hospitalized in roughly August/September of
22 2021?
23     A.    Yes.  The one who did not die
24 but had this acute disseminated

Page 237

1  encephalomyelitis related to the Babesia.
2      Q.    And I just want to ask you about
3  you -- going to page 334 -- this is an e-mail
4  from you to Daryl on October 10, where you say
5  that your daughter had taken up to 2,000
6  milligrams of pred daily when needed.  There
7  are other -- there is another place in these
8  e-mails where you say it was 1,200.  This time
9  you used 2,000.  And then, earlier you told me
10 she had already taken 3,000 at this point.
11         So, is there a reason you were
12 using different numbers to describe your
13 daughter's treatment with the Wolkings?
14     A.    No.  Just different
15 recollections, I believe.  Not having -- I
16 think more recently I reviewed the amount of
17 steroids she needed in July of 2022, and it
18 actually did go up to 3,000.
19     Q.    That was -- you're saying the
20 3,000 was in July of 2022?
21     A.    Yes.  It -- only needed those
22 doses on -- at -- those kind of doses on a few
23 occasions.  And generally, we were able to get
24 it down within days with, you know, strong

Page 238

1   tafenoquine and artesunate doses.
2        Q.     But then, if we go back to
3   August of 2022 -- this is on page 397 -- you do
4   say your daughter once had to take
5   400 milligrams daily for six weeks.
6               Do you remember when that was
7   roughly?
8        A.     Yes.  That was June/July of
9   2021.  And as I mentioned, that's when we
10  really lost control of things.  Because we kept
11  giving her lumbrokinase.  We thought something
12  else was causing this increased inflammation.
13  We thought it was stopping -- this low-dose
14  immunotherapy she had been taking for
15  babesiosis.  But indeed, it was the
16  lumbrokinase acting.  Because it was the first
17  time I gave it to her, after reading that
18  article on Babesia canis and fibro -- fibrin
19  bonding.  And so, she -- this is where she got
20  very, very weak.
21       Q.     And is that when you said she
22  experienced steroid myopathy?
23       A.     Yes.  Very severe.  She lost her
24  muscles basically.

Page 239

1        Q.     Did she have any other physical
2   effects of those steroid doses during that
3   time?
4        A.     Yes.  We had switched -- earlier
5   on she went -- she had to take up to 1,200 --
6   with prednisone only.  And that gave her
7   tremendous fluid retention, which is why we had
8   switched to dexamethasone by this time --
9   facial puffiness.  At that time, she even had
10  very weak tissues in her mouth -- like, her
11  gums got weak.  Her -- the lining of her mouth
12  got weak.  The lining of her nose got weak.
13  She was bleeding in her mouth, bleeding from
14  her nose at different times.  She had
15  increased, you know, abdominal girth from --
16  probably from increased intra-abdominal fat,
17  which occurs with high prednisone, you know,
18  over long periods.  So, it was terrible, but we
19  couldn't do otherwise.  And she -- we were
20  stuck, because this was the first patient I had
21  to learn from, basically.
22       Q.     Did she ever have any blood
23  clots while you were treating her for
24  babesiosis -- your daughter?

Page 240

1        A.     No, thankfully.  No.  None at
2   all.
3               MS. SCHWED:  Yeah.  I'm only
4        going to just caution -- you've
5        answered -- you have be careful not to
6        say anything that's not on the website;
7        right?  You don't want to get into
8        anything else.
9               THE WITNESS:  Okay.
10  BY MR. LAMB:
11       Q.     All right.  I'm on page 404, and
12  there is an e-mail from you to Stacey in which
13  you say you spoke to your daughter about
14  Stacey's situation.
15              Do you remember speaking to your
16  daughter about Stacey's situation?
17       A.     Yes.  I didn't give her any
18  information about Stacey.  And she didn't know
19  her name or anything else.  But I asked her
20  about -- this patient is having this problem,
21  you know, what do you think?
22       Q.     And do you remember whether your
23  daughter's response affected your treatment of
24  Stacey?

Page 241

1        A.     Yeah.  I think -- I think it
2   helped me to give her some idea of how to try
3   to dose the steroids to get the best -- best
4   effect -- to get through the night and the
5   daytime.
6        Q.     Did you ever speak to your
7   daughter about Stacey's case on other
8   occasions?
9        A.     I would say I probably told her
10  when Stacey was admitted to the hospital.  I
11  mentioned I had a patient who was admitted.
12  She probably saw me working on the situation.
13  We were at the ILADS conference during part of
14  her treatment, so she knew I had to answer
15  e-mails in the evening to respond.  And of
16  course, she learned about the lawsuit.
17       Q.     But other than this -- what you
18  recount in this e-mail on August 3rd -- did
19  your daughter ever give you any advice or
20  guidance for how to treat Stacey?
21              MS. SCHWED:  Objection to form.
22       You may answer.
23              THE WITNESS:  Only when I asked
24       her this question -- to try to see if she

Page 242

1 could give me some insight into how the
2 help Stacey more.
3 BY MR. LAMB:
4      Q.      I'm on page 441 where it says --
5 you're telling Stacey, "You will be in bed on
6 bad herxing days," and then it says, "My
7 daughter was severely disabled until recently.
8 She could not do much at all besides lie in
9 bed."
10      I know with respect to the
11 psychiatric symptoms you've distinguished,
12 another condition that your daughter had --
13 with respect to what you're saying here -- your
14 daughter lying in bed all day -- was that
15 during your treatment of her for babesiosis?
16      A.      Well, it happened at several
17 times.  When she returned from her -- finishing
18 her senior year at college, she was basically
19 bedbound for months.  But, yes.  It would
20 happen when she was having a stronger
21 Herxheimer-like reaction to taking larger, you
22 know, tafenoquine and artesunate doses.  She --
23 she would be in bed those days, much of the
24 day.

Page 243

1      Q.      And that included when you were
2 giving her higher prednisone doses as well?
3      A.      Yes.  She was staking the higher
4 prednisone doses too -- at the same time.  But
5 no amount of prednisone can completely stop
6 Herxheimer reactions or make a person feel fine
7 when they are having that kind of immune
8 activation from killing Babesia.
9      Q.      And I want to ask about what's
10 been -- I've marked this as Exhibit-8.
11           - - -
12      (Whereupon, Exhibit-8 was marked
13      for identification.)
14           - - -
15 BY MR. LAMB:
16      Q.      Do you recognize what this
17 PowerPoint presentation is?
18      A.      Yes.  I do.
19      Q.      And based on what's on the first
20 page of Exhibit-8, is this a presentation you
21 gave at the ILADS conference in 2022?
22      A.      Yes.  It is.
23      Q.      And you -- and you alluded to
24 this earlier -- was your daughter with you at

Page 244

1 that conference?
2      A.      Yes.  Both conferences.
3      Q.      And on page 3 here, where it
4 says, "Valerie" -- is that a reference to your
5 daughter, Valerie?
6      A.      Yes.  It is.
7      Q.      And all of the information in
8 this PowerPoint presentation, Exhibit-8 -- is
9 that information that you wrote in this
10 presentation?
11      A.      Certainly.
12      Q.      Was your daughter's tick bite at
13 age ten the only tick bite that you knew about
14 for her?
15      A.      Yes.  There were two ticks that
16 I removed, and they were engorged.  So, they
17 could have transmitted disease.
18      Q.      I'm on page 28 of Exhibit-8.  At
19 the very bottom where it says, "None are
20 FDA-approved for babesiosis" -- what does the
21 "none" refer to?
22      A.      None of those medications are
23 FDA-approved.  In fact, there is no
24 FDA-approved medication for babesiosis.

Page 245

1      Q.      So, when you say those
2 medications, you mean these four that are
3 listed here, after the "AAAT=" sign?
4      A.      Yes.  Yes.  If I may add, it's a
5 stipulation of ILADS that you add to your
6 PowerPoint information as -- regarding
7 FDA-approval for the use you are recommending.
8      Q.      I just want to look quickly
9 at -- I'm going to ask you about two slides in
10 combination.  So, there is page 9, where you
11 have bartonellosis is "a tale of two diseases,"
12 and you say that chronic bartonellosis -- this
13 is "unknown to CDC, IDSA."  And then, page 39,
14 you have, "Encephalitis:  Also a tale of two
15 diseases" -- and it's the -- the chronic is
16 "unknown to neurologists and psychiatrists."
17 So, I just want to make sure I understand.
18      Is your position that there are
19 actually three conditions that are unknown to
20 the CDC and IDSA, which is are chronic
21 babesiosis, chronic bartonellosis and chronic
22 encephalitis?
23      A.      No.  Chronic encephalitis is an
24 issue for neurologists and psychiatrists, as I

Page 246

1    mention -- I think many, many people after
2    seeing my daughter.
3        Q.    Thank you for making that
4    clarification.  So, the chronic bartonellosis
5    and the chronic babesiosis are unknown to the
6    CDC and IDSA?  But the --
7        A.    Correct.
8        Q.    -- but the chronic encephalitis
9    is unknown to neurologists and psychiatrists;
10   is that right?
11       A.    Correct.
12       Q.    You have said up to this point
13   that you discovered chronic babesiosis or that
14   the term, at least, was of your own
15   invention -- would the terms chronic
16   bartonellosis and chronic encephalitis -- does
17   that same thing apply?  Would you say that
18   those are terms of your invention also?
19       A.    You know, I think that I am
20   using them to make my point very clear and to
21   make it more clear to have better language
22   surrounding the illnesses.  But, yeah.  I --
23   you do not see people taking about chronic
24   encephalitis in medical journals or ever

Page 247

1    mentioning it -- or chronic bartonellosis,
2    except in those few articles where it has been
3    proven.  But it is my terminology, I think, to
4    try to simplify and help people to understand
5    these problems.  Very simple -- if it's not
6    acute, if it's ongoing, it's chronic.
7        Q.    And I asked you at the beginning
8    of this deposition about -- to describe your
9    specialty or the type of medicine that you
10   practice.
11           Where you have "Enlightened
12   Neuropsychiatry" at the -- at the top of
13   page 40, are you a practitioner of enlightened
14   neuropsychiatry?
15       A.    I am recommending -- or giving
16   some idea of what enlightened neuropsychiatry
17   would look like, because I, indeed, learned a
18   great deal from having to understand what had
19   happened to my daughter.  I am not a
20   psychiatrist.  I did one year of psychiatric
21   training in a residency and dropped out for the
22   reasons I mentioned earlier.
23       Q.    Okay.  I want to ask you about
24   hormonerestoration.com quickly.

Page 248

1            - - -
2            (Whereupon, Exhibit-9a was
3        marked for identification.)
4            - - -
5    BY MR. LAMB:
6        Q.    Do you recognize what's on the
7    screen now?  It's marked as Exhibit-9a?
8        A.    Yes.  That's the chronic
9    babesiosis page.
10       Q.    Okay.  And who wrote this page?
11       A.    Me.
12       Q.    I just want to clarify, because
13   it is -- it is put in the third person -- like,
14   how Dr. Lindner's daughter's terrible illness,
15   et cetera -- but you are the sole author of
16   this page?
17       A.    Yes.  It's written in that, kind
18   of, voice.  That's all.
19       Q.    Do you have an opinion as to the
20   cause of your daughter's death?
21       A.    Yes.  I do.  It's stated right
22   there.  And it's -- it was very clear that she
23   got a viral illness that caused her activated
24   immune system to enter this state of -- which

Page 249

1    we call hemophagocytic syndrome, but which
2    really just means overwhelming, uncontrolled
3    self-damaging inflammation caused by the immune
4    system.
5        Q.    And the local teaching hospital
6    that you described taking her to -- was that
7    Geisinger Community Medical Center?
8        A.    That was.
9        Q.    I think you used the term bowel
10   infarction in here.
11           Did she actually have a blood
12   clot that you were aware of?
13       A.    No.  No blood clot was found or
14   seen at any time during the hospitalization.
15   The bowel infarction is due, almost certainly,
16   to severe damage to the bowel wall.  They --
17   she was too ill to undergo imaging or any
18   corrective surgery by that time.
19       Q.    And do have you any opinion
20   about what damaged the bowel wall?
21       A.    There are two possibilities.  I
22   think the most likely possibility is the
23   hemophagocytic syndrome, which -- because it's
24   an out-of-control immune system, it can attack

## Page 250

1  any tissue.  But in her case, it first attacked
2  her lungs where the virus had entered, which
3  makes sense, because that's where the
4  inflammation, you know, initially increase
5  during a reaction.  But I think hemophagocytic
6  syndrome may have attacked her bowel to a
7  greater degree, because there was Babesia
8  infestation in the small blood vessels of the
9  bowel, making it a target for increased
10 inflammation.
11         Bowel problems have been
12 frequently described in people with
13 hemophagocytic syndrome, including bleeding and
14 perforation requiring surgery.
15         Q.      And do you know when the autopsy
16 was performed?
17         A.      Yes.  She died on a Saturday
18 morning, and it was performed on Monday.
19         Q.      Has there been a conclusion
20 reached about the cause of her death?
21         A.      We have not received a report
22 from the pathologist yet.
23         But regarding the hemophagocytic
24 syndrome, I think I state right in the article

## Page 251

1  that the hematologist, with whom I discussed
2  her case earlier, finally agreed that she had
3  hemophagocytic syndrome when her blood cells
4  starts -- her blood cell counts began to fall
5  to very low levels, which is one of the
6  criteria.
7         Q.      Do you know the name of that
8  hematologist?
9         A.      Yes.  That was Dr. Lucas Murray.
10        Q.      Was he at Geisinger?
11        A.      Yes.
12        Q.      Other than him, did any of the
13 treating physicians at Geisinger express an
14 opinion to you about the cause of Valerie's
15 death?
16        A.      Of her death itself -- just the
17 physician assistant who was in the ICU that
18 night when her lactic acid levels began to rise
19 precipitously or very quickly.  And it was his
20 opinion that there was probably a bowel
21 infarction, based on increased intra --
22 increased pressure in her bladder.
23        MS. SCHWED:  Her bladder or
24        bowel?

## Page 252

1         THE WITNESS:  Her bladder.  They
2  had a sensor in her bladder to detect
3  pressure.  And he thought -- he saw that
4  it was going up.  And he thought that
5  meant that the -- that what was causing
6  her lactic acid level to rise was death
7  of some tissue.  And he thought it was,
8  most likely, her bowel.
9  BY MR. LAMB:
10        Q.      Did any of the treating
11 physicians express any opinion to you about why
12 she was hospitalized?
13        MS. SCHWED:  There again,
14        just -- I haven't had all of that.  So,
15        if it's on the website, you can talk
16        about.  But if it's not, you can't.
17        THE WITNESS:  I think -- I think
18        there is enough there.
19        MS. SCHWED:  Okay.
20        THE WITNESS:  I do talk about it
21        in the website.
22        MS. SCHWED:  Okay.
23        THE WITNESS:  Well, yes.  They
24        initially saw the severe lung

## Page 253

1  inflammation and thought it was
2  pneumonia.  But she had so many abnormal
3  levels -- practically not a single normal
4  test on any of her blood tests.  Very
5  soon they began to, at least, talk about
6  the possibility of hemophagocytic
7  syndrome.  Several doctors there admitted
8  that it was a possibility.
9         I took the time to go and find
10 the hematologist and tell him that I'm
11 certain that that's what she has.  He was
12 skeptical at first, because he wanted to
13 see more proof -- like, including a drop
14 in her blood cell counts.
15        And I have done a great deal of
16 research in hemophagocytic syndrome,
17 since this happened to a few patients
18 when I tried to kill their Babesia.  And
19 it -- it is commonly not diagnosed when a
20 person is still alive, because doctors
21 are not aware of it.  Even if they have
22 heard of it, they want to see every
23 criterion met.  Whereas, in fact, it's a
24 clinical diagnosis.  You just have to

Page 254

1    assess that there is inflammation that is
2    out of control or excessive relative to
3    the infection that is present.
4  BY MR. LAMB:
5    Q.    Okay.  Where it says here on
6  Exhibit-9a that after your daughter got the
7  rhinovirus, it says, "Within 2 days her
8  corticosteroid need rose to unprecedented
9  levels -- twice as high as the highest dose she
10 had ever needed."
11   A.    (Unintelligible) --
12   Q.    You testified -- you have
13 testified that before Stacey was ever
14 hospitalized, your daughter needed
15 3,000 milligrams a day.  So, am I doing the
16 math correctly?  Did she need 6,000 or more at
17 this point?
18   A.    No.
19   Q.    Or do you remember what the dose
20 was?
21   A.    No.  When she was -- she was at
22 college in the fall of 2022.  She was not
23 taking lumbrokinase, nattokinase.  She had some
24 very strong mental stress and emotional events.

Page 255

1  And unbelievably, she had to one day take 9,000
2  milligrams in prednisone equivalents -- mostly
3  dexamethasone.  It was shocking to see what she
4  required.  Again, we brought that down.  But as
5  a result of that, her steroid dose stayed
6  relatively high for quite a while.  When she
7  got that virus, within 24 hours she started
8  needing 20,000 dex equivalents in prednisone.
9    I had to go to -- I had to
10 use -- I had to go to every drugstore in town,
11 basically, in Scranton and Wilkes-Barre to try
12 to scrounge up enough dexamethasone, because
13 even a full bottle is 400 of des.  And she took
14 that in one dose one day.  So, she was
15 essentially self-treating her hemophagocytic
16 syndrome just as she had always, you know,
17 found a way to take enough prednisone to treat
18 the severe inflammation she was suffering from
19 when killing Babesia.
20    And believe me, we tried to stop
21 antibabesials in her case too, and her
22 prednisone need would just rise.  So, we had to
23 keep her on very high, aggressive antibabesial
24 regiments and increase them more -- you know,

Page 256

1  further, stronger when she had more herxing
2  from taking some lumbro in natural doses that
3  broke up the nests.
4    Q.    And the day that she reached
5  20,000 milligrams of dexamethasone -- when was
6  that in relation to -- to when she went to
7  Geisinger?
8    A.    Yes.  I believe I took her to
9  Geisinger on a Tuesday morning.  I believe
10 those doses were the previous week on -- on a
11 Wednesday and Thursday and Friday evening.  By
12 giving her very strong tafenoquine doses, we
13 were able to lower those doses from 20,000
14 to -- for -- she took 16,000 in the middle --
15 but two 20,000 doses.  And then, she was able
16 to lower it to, I think, 10,000, 6,000.  I
17 think 500.  The day -- and then -- then, she
18 just basically stopped taking prednisone or
19 dexamethasone.  She -- literally she didn't
20 have the low-pred feeling anymore.
21    We can speculate about why that
22 happened.  I think it was because of the
23 extreme overwhelming inflammation she was
24 having from hemophagocytic syndrome.  And she

Page 257

1  just -- she -- well, I just said, "Take
2  4 milligrams, you know, a few times today, just
3  to get something.  You shouldn't withdraw so
4  massively."  And we thought it was a good
5  thing.  But the minute she lowered the
6  prednisone dose to these very low levels, she
7  couldn't breathe very well.  And it turned out
8  to be this hemophagocytic syndrome attacking
9  her lungs.
10   Q.    Okay.
11    MR. LAMB:  I'm going to get into
12   the issue of the papers and the reviews.
13   And that's, kind of, like, one of two
14   major subject areas I have left.
15    So, I'm great to keep going.
16   But I don't know if anybody wanted a
17   break, you could take one for five
18   minutes now or --
19    THE WITNESS:  How about a
20   five-minute break?
21    MR. LAMB:  Okay.
22    THE WITNESS:  Okay.
23    MR. LAMB:  If that's okay with
24   everybody else, let's go off the record.

Page 258

1    MS. SCHWED:  Yes.
2    VIDEOGRAPHER:  Time the
3  3:28 p.m.  Going off the record.
4            - - -
5    (Whereupon, a brief recess was
6  taken.)
7            - - -
8    VIDEOGRAPHER:  The time is
9  3:35 p.m. Eastern.  We are back on the
10  record.
11  BY MR. LAMB:
12    Q.    Okay.  Dr. Lindner, I'm going to
13  show you a paper that you turned over to us in
14  discovery.  In the title of this paper when you
15  turned it over to us -- the file name, I should
16  say -- was Lindner Manuscript May 2022.
17    Do you recognize this?
18    A.    Yes.
19    Q.    What is it?
20    A.    It's a paper I submitted to this
21  journal, Zoonotic Diseases.
22    Q.    And if I pull up what I have
23  marked as exhibit -- so, the paper is marked as
24  Exhibit-11a.  If I pull up what I have marked

Page 259

1  as Exhibit-12 --
2    Do you recognize these?
3            - - -
4    (Whereupon, Exhibit-12 was
5    marked for identification.)
6            - - -
7    THE WITNESS:  Yes.
8  BY MR. LAMB:
9    Q.    Are these, the reviews that you
10  got from Zoonotic Diseases, in response to the
11  paper that's in Exhibit-11a?
12    A.    Now, you're looking at one
13  rather interesting review by one person.  There
14  was a second review and there, of course, are
15  other reviews from the other submissions.
16    Q.    Right.  And I'll -- we'll ask
17  about them.  I just wanted to make sure I
18  understood which paper was being reviewed.
19    So, in this Exhibit-12, do I
20  have it right that it's reviewing the paper
21  that's in Exhibit-11a, which is the May 2022
22  manuscript?
23    A.    I believe so.  I don't know
24  quite how I organized that.

Page 260

1    Q.    I was asking that just because
2  it -- on Exhibit-13, the review -- I'm sorry --
3  Exhibit-12, the review, it says, "Submission
4  Date 07 May 2022," and then the date of the
5  review is 31 May 2022.
6    So, does that suggest to you
7  that this reviewer in Exhibit-12 was reviewing
8  Exhibit-11a, the manuscript, from May 2022?
9    A.    I would have to check.  Maybe in
10  discovery I did put dates as to when I
11  submitted papers to various journals.  I think
12  I did.
13    Do we have that handy?
14    Q.    We do, yeah.  Although I -- it
15  just -- and I'll show it to you now.  It's
16  just -- I didn't think it really specified
17  among the different versions.  You turned over
18  different versions of what looked --
19    A.    Yeah.  I did.
20    Q.    -- to be the same or similar
21  papers, so.
22    A.    Okay.  Yes.  First was
23  Pathogens, rejected without comment.  Then
24  Zoonotic Diseases.  Ah, yes.  This is it,

Page 261

1  because I wrote that the second reviewer was
2  dismissive and irrational.
3    Q.    And so, just what I'm trying to
4  understand is -- those two reviews that we're
5  going to talk about, were they in response to
6  the May 2022 manuscript?
7    A.    Yes.  I believe so.
8    Q.    That's marked as Exhibit-11a.
9  Then, what I have marked as 11b is something
10  you turned over to us that was called
11  "Lindner Manuscript with TLab July 2022."
12    So, is that just an updated
13  version the same paper?
14    A.    Yes.
15    Q.    Okay.
16    A.    With my daughter's lab result
17  added, because I got permission to include that
18  from Dr. Mozayeni.  So, I think you're correct
19  here, because I resubmitted it.  And on this
20  resubmission, the editor just said, "Hey.  This
21  the too controversial.  You need to send it to
22  a medical journal."
23    Q.    Okay.
24    A.    So, I did.  There's no -- that's

Page 262

1   all I received on the July submission.  So, I
2   think this is the May submission for which that
3   review is applicable.
4        Q.     Okay.  And we'll go into that in
5   detail in a second.  I just want to distinguish
6   a few of these things.
7        A.     Sure.
8        Q.     You also -- you turned over this
9   file to us that was called "Additional Cases,"
10  and it also says "Zoonotic Diseases."
11         Do you have any memory of
12  whether this was part of one of the two
13  manuscripts or something you attached at some
14  point?  Or what this was?
15       A.     Yes.  It is listed as
16  Supplement 1, so I think it was my way of, you
17  know, adding -- not making the paper too
18  long -- but adding a number of other cases.
19       Q.     Okay.  So, all right.  I think I
20  understand you then.  Okay.
21         For Exhibit-11a, which is the
22  May 2022 manuscript, it says on page 2, "I have
23  since diagnosed this infection in 50 of my
24  long-term patients and 10 new patients."  And

Page 263

1   then, it says, "I have conformed the infection
2   in 53 cases by capillary blood smears, in 6 by
3   commercially available blood tests, in 5 by
4   clinical response to antimalarials."
5          So, was that information
6   accurate in May of 2022?
7        A.     Yes.  As I said, I, soon after
8   that, stopped trusting the capillary blood
9   smears the way I did initially.
10       Q.     And do I understand your --
11       A.     That was in September --
12       Q.     Sorry.  Go ahead.
13       A.     That was in September of 2022,
14  at the ILADS conference when a veterinarian
15  came up to me and said, "Hey, those organisms
16  look a lot like a yeast too."  And so, I looked
17  into the evidence and thought, yes, maybe it
18  would be impossible to tell them sometimes from
19  one and another.  And so, I simply stopped
20  using the capillary blood smears.  And in fact,
21  I'm quite happy they didn't publish any papers
22  that had the capillary blood smear images in
23  them.
24       Q.     In the part where you say "5

Page 264

1   only by clinical response to antimalarials," is
2   that the category that Stacey Wolking was in?
3        A.     Yes.  I would say so.
4        Q.     Okay.
5        A.     Might have been a different
6   category if she had done the additional IGeneX
7   test I ordered in January.
8        Q.     Where you say "50 of my
9   long-term patients," what did you mean by
10  long-term patients?
11       A.     I started that
12  hormone restoration practice in 2004 and very
13  quickly started to attract lots of people with
14  unexplained fatigue and brain fog and achiness,
15  depression.  And, you know, I just -- I had
16  limited my practice to endocrine treatment
17  only, so I didn't try to figure it out what
18  else was wrong with them.  They had been to
19  other doctors for all that.  And so, I had a
20  lot of patients in my practice with unexplained
21  fatigue and brain fog, depression and achiness
22  or some combination of those four.
23         And when I realized what my
24  daughter had, I started to see all these

Page 265

1   patients and follow up and realized this one
2   likely has it too and this one too.  And
3   thereby, you know, it became clear to me that
4   many of them had it.  And I see what -- yeah.
5   And I think I basically judged -- I didn't -- I
6   am sure I didn't tell 50 people that they had
7   it, but I believe they do.
8        Q.     Well, when you say diagnosed
9   this infection in 50 of my --
10       A.     Yeah.
11       Q.     -- long-term patients, are you
12  saying that you diagnosed people but didn't
13  tell them that they had it?
14       A.     No.  I don't think so.  Now that
15  I think of it, I had at least -- yeah.  Many of
16  them was -- were by the capillary blood smears.
17  As you can see, 53 are listed there.
18       Q.     Right.  Okay.  But the long-term
19  patients are people who, like Stacey, were
20  seeing you for a different problem, and then,
21  you diagnosed babesiosis in them?
22       A.     Yes.  Yes.  They were seeing me
23  for hormone replacement.
24       Q.     Do -- can you make an estimate

WOLKING and DARYL WOLKING vs
HENRY LINDNER
KING and DARYL WOLKING vs    Document 57-8    Filed 07/12/24    Page 69 of 120    Henry Lindner, M.D.
February 21, 2024

Page 266

1  of roughly what percentage of your long-term
2  patients that 50 would represent?
3       A.     Oh, boy.  I would imagine there
4  maybe 50 out of 1,200 or something like that.
5       Q.     Okay.  I'm going to Exhibit-12
6  now.  And you started talking about that
7  before, but can you just put it on the record.
8              What -- do you recognize
9  Exhibit-12?  And tell us what it is.
10      A.     This is the response I received
11 to that article -- from the -- the first -- the
12 May submission to Zoonotic Diseases.
13      Q.     Do you know who wrote this
14 review?
15      A.     I have a suspicion.  Shall I
16 tell you?
17      Q.     Who do you -- yes, please.
18 Because their name isn't listed on here.
19      A.     Yes.  I believe it's
20 Dr. Peter Krause, the main author of the
21 Babesia guidelines from 2020 -- IDSA.
22      Q.     And why do you believe that?
23      A.     This is the -- this is the same
24 person who told me that -- when I contacted him

Page 267

1  about my daughter -- that he said that chronic
2  babesiosis and chronic bartonellosis do not
3  exist.  A Dr. John Scott had had some
4  communications with him, in which Dr. Krause
5  was similarly dismissive of the idea that
6  Babesia odocoilei was infesting people.  And
7  Dr. Scott, whom I communicated with after I
8  read his paper -- he felt Dr. Krause was really
9  trying to stifle knowledge and research and
10 understanding of this disease.
11      Q.     There is a date on here.  It
12 says, "Date of this review is 31 May 2022."
13             Do you know when you received
14 this review?
15      A.     I think it would have been very
16 soon after that -- within days.
17      Q.     And then, correct me if I'm
18 wrong, but is what you were saying earlier that
19 the July manuscript, which we have marked as
20 11b, is a response to the review that's in
21 Exhibit-12.
22             Do I have that right?
23      A.     Yes.  Yes.  And I wrote letters
24 in response to this review and the other one,

Page 268

1  which you should have also.
2       Q.     I did not get those, so we'll
3  follow up with you for copies of those.
4       A.     Oh, I think --
5       Q.     Do you think you still have
6  them?
7       A.     Oh, that's an oversight.  I have
8  it.  It's an oversight on my part.
9       Q.     Okay.
10      A.     I got confused thinking I was --
11 I shouldn't send you a review to a paper when I
12 didn't resubmit the article yet.  But I
13 definitely responded to this letter and
14 submitted it.
15             MS. SCHWED:  Yeah.  If you would
16        just follow up, Conor, with an e-mail of
17        things that you want from the deposition,
18        that will be the reminder to get them.
19             MR. LAMB:  Okay.
20 BY MR. LAMB:
21      Q.     Do you remember -- I guess,
22 let's approach it this way.  I'm just going to
23 ask you some things that are in the review and
24 you can tell me if you agree with them or

Page 269

1  disagree with them.
2             "Chronic babesiosis due to
3  parasite sequestration and peripheral blood
4  vessels has never been described in humans."
5             Did you believe that was an
6  accurate statement by the reviewer or
7  inaccurate?
8       A.     That's correct.  I'm to -- I'm
9  the first one to do so.
10      Q.     Okay.  And when he says here,
11 "The structures shown in the images do not look
12 like Babesia parasites," is that a reference to
13 the same images you've said now might actually
14 be images of yeast?
15      A.     Yes.  Yes.  And other images,
16 which are acting like Babesia parasites but
17 don't look like them.  They're -- which I saw
18 only in my daughter and two other patients.
19 They're organisms of some sort, but they -- and
20 they're entering red blood cells, but they do
21 not look like Babesia species.
22      Q.     Okay.  Is there anything in this
23 review -- just this paragraph we're looking
24 here that starts with "I have very serious

Page 270

1  concerns" -- is there anything in this review
2  that you think is not accurate?
3      A.    Yes.  First of all, he says that
4  Babesia odocoilei is a parasite of wildlife.
5  That is accurate, I would say, but so is every
6  other Babesia species that infests humans.  The
7  fact that it's a parasite of wildlife is a
8  given.  The question is whether it's also
9  infesting humans.  We are not considering
10  wildlife for the purpose of this discussion.
11  And --
12      Q.    Is it -- go ahead.
13      A.    He says that there is no -- he
14  says that there is no good evidence that any of
15  these -- these patients are infected with
16  Babesia species.  I quoted -- I -- my daughter
17  had several positives tests, which were
18  mentioned.  I -- the other patient, I think,
19  had a positive test by that time.  I'm not
20  sure.  But it's five patients.  I would have to
21  look at the five that were involved.  But I
22  think, at least my daughter and a few others
23  did have positive tests.
24      Q.    Do you remember what you put in

Page 271

1  the response to this review?
2      A.    Yes.  Only bits and pieces,
3  though.  I basically, you know, argued against
4  each of these points, which essentially showed
5  this person had a very serious attitude
6  problem.  He did not deal with any of the
7  evidence that was presented.  He is actually,
8  you know, just trying to dismiss it in a way
9  that I think is not professional at all.
10      Q.    When did you develop the
11  suspicion that Dr. Krause was the author of
12  this review?
13      A.    I would say as soon as I read
14  it.
15      Q.    Okay.
16      A.    I don't know it to be the case.
17  It's just this person seems to have a lot to
18  lose.  And Dr. Krause certainly does.
19      Q.    Did you tell any of your
20  patients about this review?
21      A.    No.
22      Q.    And I'm pulling up what I have
23  marked as Exhibit-13.
24              - - -

Page 272

1          (Whereupon, Exhibit-13 was
2          marked for identification.)
3              - - -
4  BY MR. LAMB:
5      Q.    Is this the second review that
6  you received from Zoonotic Diseases?
7      A.    That is correct.
8      Q.    Okay.  And if we look at the
9  bottom of it, it also has a submission date of
10  07 May 2022 and the date of the review is
11  26 May 2022.
12          So, can we say it's for the same
13  May 2022 manuscript that you submitted?
14      A.    Yes.  Definitely I remember the
15  two reviews going together.
16      Q.    Do you have any suspicions or
17  knowledge about who wrote this review in
18  Exhibit-13?
19      A.    None at all.  But he thought the
20  case report had merit.
21      Q.    And did -- would you have read
22  this right around the same time as the other
23  one?  Shortly after you received it?
24      A.    I received them together.

Page 273

1      Q.    Okay.  There is a part here on
2  the -- on the first page of Exhibit-13 where he
3  says that in your review or revision of the
4  field of Babesia there are "serious mistakes
5  and incorrect generalizations."
6          Did you follow up, at all, to
7  find out what the serious mistakes and
8  incorrect generalizations were?
9      A.    I wrote a response to this
10  review.
11      Q.    Okay.
12      A.    Generally -- generally you
13  don't -- yeah.  Generally you don't go asking
14  reviewers to specify what they are talking
15  about.  And it's strange he didn't say more.
16      Q.    Did you ever get a response to
17  your responses to these reviews?
18      A.    No.  That is when I -- the
19  response I received was from the editor alone,
20  which said this is a medical matter and you
21  should submit it to a medical journal.  So, I
22  did submit to
23  Infectious Diseases Society of America, Novel
24  ID Cases -- or -- yeah.  I think, yes.  They

## Page 274

1  called it their -- they have another name for
2  the journal.  But I submitted to an IDSA
3  journal.
4          Q.        Okay.  Then, Exhibit-14 has an
5  e-mail dated February 27, 2022 -- that they are
6  not processing it further.  But then, there is
7  nothing --
8          A.        That --
9          Q.        -- nothing more after that, so.
10         A.        Sorry.
11         Q.        Go ahead.
12         A.        Sorry.  That's the very first
13 submission.  And it was rejected without
14 comment, so there are no reviews.
15         Q.        Okay.  So then, you have the May
16 submission.  And then, Exhibit-15 is two
17 different e-mails from July 14th of 2022.
18                   Is this what you were referring
19 to -- about how after you responded you got an
20 e-mail from them?
21         A.        Yes.
22         Q.        Okay.  In this case, the person
23 who wrote this response -- it's signed by Doris
24 Luo; correct?

## Page 275

1          A.        Yes.
2                    - - -
3                    (Whereupon, Exhibit-14 and
4          Exhibit-15 were marked for
5          identification.)
6                    - - -
7  BY MR. LAMB:
8          Q.        Did you write any response to
9  Doris in response to this --
10         A.        (Unintelligible).
11         Q.        -- July 14, 2022, e-mail?
12         A.        No.  I did not.  I simply took
13 her advice and, you know, recommended it to a
14 clinical infectious dis-- sent it to a
15 clinical infectious disease present journal, as
16 she recommended.
17         Q.        And I asked you about whether
18 you told your patients about those two reviews.
19                   Did you tell any of your
20 patients that you had received this message
21 from Doris Luo?
22         A.        No.
23         Q.        Then, Exhibit-16 is a -- the
24 file name of it is "IDSA Reviews."  It was

## Page 276

1  produced by your counsel.  This does not have a
2  date on it that I can find.
3                    Do you have any idea when you
4  received this from the IDSA?
5          A.        There is nothing at the top?
6          Q.        I don't think so, unless this ID
7  number --
8          A.        Did I put it --
9          Q.        -- somehow --
10         A.        I think put in discovery when I
11 had submitted it.
12         Q.        You did.  That's correct.  You
13 put in discovery that you submitted it in
14 August 2022.  So, I was trying to find out if
15 you knew when you received these reviews in
16 response.
17         A.        No.  I'm not certain.  I don't
18 think it was long, but I would be happy to get
19 that information to you.
20         Q.        And in Exhibit-16, where we
21 have -- well, I guess either of them --
22 Reviewer 1 and Reviewer 2 -- do you know who
23 either of them are?
24         A.        No.  I don't.

## Page 277

1          Q.        In the first review in
2  Exhibit-16, it says, "In a recent
3  meta-analysis...there was only one study," and
4  they reference Scott, "describing only 2 of 19
5  patients with evidence of B. odocoilei
6  infection among the included studies."
7                    Was that an accurate statement
8  by this reviewer -- that the Scott study
9  showing the 2 of 19 patients was the only study
10 out there showing infection of B. odocoilei in
11 humans?
12         A.        Yes.  It's the only one that
13 ever looked for it.  And that had to do with
14 Dr. Scott himself being a victim of this
15 infection and having had testing that was
16 positive at IGeneX for the FISH test and
17 antibodies.  And wondering as a tick
18 specialist, he knew that odocoilei was the most
19 dominant species in the ticks by far.  He has
20 published many papers on Babesia odocoilei.
21         Q.        Did you write any response to
22 either of these two reviews from IDSA?
23         A.        Yes.  I wrote a response but I
24 never sent it, because I didn't resubmit the

Page 278

1  paper.  You know, that's how it works.  You --
2  if you're going to resubmit, you should
3  resubmit with response to, you know, all of the
4  previous reservations, comments, criticisms of
5  your paper.
6      Q.      Do you still have that written
7  response?
8      A.      I do.  May I mention one thing
9  about this response?
10     Q.      Yeah.  Are you talking about the
11 first reviewer or the second?
12     A.      No.  The one you're currently
13 looking at.
14     Q.      Okay.  Go ahead.
15     A.      Makes it --
16     Q.      Yeah.  It's the first reviewer
17 in Exhibit-16.
18     A.      Yes.  He makes a point that the
19 cases presented for chronic babesiosis -- or
20 cases I'm going to present -- should meet the
21 CDC criteria for Babesia cases.  That is the
22 very problem.  The CDC criteria are only
23 applicable to acute babesiosis.  You have to
24 have a positive blood smear, a positive PCR for

Page 279

1  Babesia microti.  You should have a combination
2  of symptoms that they see in acute babesiosis.
3          So, that is really part of what
4  has kept medicine so blind to this common
5  parasite in our ticks -- is that they have
6  defined out of existence -- the, sort of,
7  babesiosis it causes.
8      Q.      On page 4 of Exhibit-16, where
9  the second reviewer says, "The TLab test used
10 to diagnosis B. odocoilei does not seem to have
11 any published validation work," was that an
12 accurate statement by the reviewer?
13     A.      Yes.  It was.  Whereas, the
14 IGeneX FISH test has a great deal of published
15 validation work.  And indeed, I regret ordering
16 the T-lab's instead.  But it was a test that
17 was new.  I thought it was very sensitive,
18 and it was specific to Babesia odocoilei.
19 Whereas, the IGeneX test is only of a
20 babesiosis species or genus -- a Babesia genus
21 test.
22     Q.      And did any of these reviews
23 that you received -- either from
24 Zoonotic Diseases or the IDSA -- did any of

Page 280

1  them affect the way you were treating your
2  babesiosis patients?
3      A.      Not one bit, because they said
4  nothing intelligent to teach me or make me
5  think anything differently.  They are -- they
6  were just repeating what I knew when I read
7  their guidelines many, many years ago.  And all
8  the other papers I read on babesiosis -- I was
9  familiar with all the literature that they have
10 read -- and probably much more familiar.
11     Q.      And the last paper that I want
12 to ask you about is on the screen here now.
13 It's marked as Exhibit-18 -- to Pathogens.
14          Is this the one that was
15 rejected without comment?
16     A.      I believe so.
17     Q.      If we look at your discovery
18 response -- okay.  It says Pathogens.  So, that
19 was -- all I was trying to find out was the
20 date.  That was -- so that paper in Exhibit-18
21 would be February 2022?
22     A.      Yes.
23     Q.      Okay.  Okay.  I want to ask you
24 some questions about

Page 281

1  Tunkhannock Compounding Center.  And I -- I'm
2  really getting toward the end here, so I
3  appreciate your patience up to this point.
4          Can you describe for me when you
5  first met Courtney Young?
6      A.      She bought the pharmacy from
7  Carol Daniels.  So, I met her sometime soon
8  after she took it over.  I do not recall the
9  date.  I can give you a ballpark, but.
10     Q.      Okay.  But then -- yeah.  So,
11 you -- Sorry.  You met her for the first time
12 either when she purchased the pharmacy or
13 sometime after; is that right?
14     A.      Yes.  Soon after she purchased
15 the pharmacy.  I can -- my daughter was very
16 ill that evening and I tried to take her to the
17 party that they were having.  It was -- I
18 believe it was sometime in 2021.
19     Q.      How -- let's say starting in
20 2021 and going into 2022, how often were you
21 sending prescriptions to
22 Tunkhannock Compounding Center?
23     A.      Every day I work, because I
24 prescribe a lot of compounded bioidentical

Page 282

1  hormones.  Bioidentical meaning the correct
2  molecule.  The compounded versions are, in some
3  cases, easier to use, more com- -- more
4  convenient for patients than FDA-approved
5  versions -- though, I was sending them
6  prescriptions for hormones on a regular basis.
7        Q.       How did
8  Tunkhannock Compounding Center compare to other
9  pharmacies, as far as the frequency with which
10 you sent prescriptions there?
11       A.       I sent them to Tunkhannock much
12 more frequently -- for the compounded hormones.
13 I didn't really send many prescriptions for any
14 other items, except on occasions.
15                They make these hormone
16 products, which is an estradiol and a cream for
17 menopausal women, progesterone and
18 under-the-tongue tablets and cream.  They had
19 good prices.  They were actually generally
20 better than any competitors.  But if anyone
21 wanted to use another compounding pharmacy, I
22 was completely open to that and even open to
23 trying, you know, FDA-approved versions of the
24 bioidentical hormones.

Page 283

1        Q.       Did you send -- I guess, for
2  your babesiosis patients, do you know roughly
3  what percentage of them filled their
4  prescriptions at
5  Tunkhannock Compounding Center?
6        A.       Very, very few, because it
7  would -- it was only -- well, I think Stacey
8  and later two other patients, yes, that I had
9  the Tunkhannock Compounding Center mail steroid
10 prescriptions to.
11       Q.       Okay.  So, I guess, what I'm
12 getting at is, was
13 Tunkhannock Compounding Center -- was that the
14 pharmacy that you dealt with the most, compared
15 to other pharmacies?  Or were there other
16 pharmacies that you dealt with more than
17 Tunkhannock Compounding Center?
18       A.       Well, I would say I dealt with
19 them the most by far, because I had so many
20 compounded hormones I was prescribing to women.
21 They often supplied testosterone to my male
22 patients too, because they were convenient.
23 But I, of course, sent prescriptions for
24 everything else -- for thyroid prescriptions,

Page 284

1  hydrocortisone for people who are taking, kind
2  of, physiologic cortisol replacement, for
3  progesterone, for those who wanted FDA-approved
4  versions of progesterone.  Those were sent to
5  whatever pharmacy they used.
6        Q.       And after you met Courtney Young
7  when she bought the pharmacy, how often would
8  you say that you spoke to Courtney Young on
9  average?
10       A.       That's a tough one.  We would
11 e-mail primarily about prescriptions or
12 questions about prescriptions.  But I would
13 often go up to see her to get prescriptions for
14 my daughter or my wife or myself.  So, I don't
15 know.  I would say probably once every two
16 weeks or so I was up, you know, talking to the
17 staff there.
18       Q.       And then, would you say you were
19 e-mailing with Courtney Young more often or
20 less often than that once every two weeks?
21       A.       I would say more often, yes.
22 Whenever there was the question about a
23 prescription or she needed a written
24 prescription for somebody instead of a, you

Page 285

1  know, an electronic or e-mail prescription.
2        Q.       Did you know Brian Bryk as well?
3  Spelled B-R-Y-K?
4        A.       Yes.  He came along within a few
5  months of her taking over the pharmacy.  So, he
6  was the additional pharmacist working there.
7        Q.       Did you also communicate with
8  Brian or was it all through Courtney?
9        A.       Both of them.  The e-mail
10 actually says "Courtney," so I never knew
11 whether it was Brian or Courtney.  And I didn't
12 know who would be up there whenever I went up
13 to get prescriptions or to buy some supplements
14 or something.
15       Q.       Okay.  Did you -- do you know if
16 you ever exchanged e-mails, with that Courtney
17 e-mail address, about Stacey Wolking?
18       A.       I believe I -- the only thing I
19 did was send prescriptions to her by e-mail.
20       Q.       Did you ever send any e-mails to
21 that e-mail address about the more general
22 issue of corticosteroid prescriptions for your
23 babesiosis patients?
24       A.       No.  No.  I did discuss that

Page 286

1  with them in person, because remember, I said I
2  got all my daughter's prescriptions there.  And
3  she was very sick, and so I would explain to
4  them what was wrong with my daughter and what
5  I'm doing to try to help her.  So, they came to
6  understand my approach to the treatment of this
7  disease for those who were requiring
8  corticosteroids.
9      Q.      And do you know when that
10 in-person conversation took place about your
11 daughter?
12     A.      Probably several times over the
13 years, from soon after she -- I started to
14 treat her -- well, soon after -- probably soon
15 after she started needing high dose steroids,
16 which began after a neurologist gave my
17 daughter 1,000 milligrams of methylprednisone a
18 day for 5 days to treat what he thought would
19 be autoimmune encephalitis.  And it was after
20 that my daughter got much, much worse when
21 withdrawal from the high steroid regiment --
22 and she started to need prednisone doses that
23 eventually got up to, like, 400 a day before I
24 took over her treatment.  So, even in that --

Page 287

1  that was in October 2020, so I must have gotten
2  those steroids from
3  Tunkhannock Compounding Center also.
4      Q.      Okay.  So, are you saying that
5  you think you spoke to Courtney Young about
6  this issue with your daughter on steroids
7  before October 2020?
8      A.      No.  Around October -- in
9  October 2020, I would say.
10     Q.      Do you remember where that
11 conversation took place?
12     A.      It would have been in the
13 Tunkhannock Compounding Center.  She never had
14 any reason to come to my office, which is
15 downstairs.
16     Q.      Do you remember if anyone else
17 was part of that conversation, besides you and
18 her?
19     A.      It's a small compounding center.
20 So, you know, people working there would
21 overhear what I would discuss with Courtney.
22 We were never in an isolated area.
23     Q.      And what did you discuss with
24 her in that conversation?

Page 288

1      A.      In multiple conversations, I
2  would discuss what's going on with my daughter
3  and how sick she is, why she needed large
4  amounts of steroids, how we were unable to
5  reduce her steroid dose, but -- how I was
6  treating her with antibabesials.  You know, I
7  discussed my daughter's case with her.
8      Q.      Did you ever tell Courtney Young
9  specifically what doses of prednisone
10 equivalent your daughter was taking in a day?
11     A.      Yes.  I'm sure I did.
12     Q.      And did that include times that
13 your daughter was taking, let's say, over
14 1,000 milligrams a day?  Did you tell
15 Courtney Young about that?
16     A.      I'm sure I did, because I had to
17 go and get, you know, very large amounts from
18 her.  And so, I would explain to her what was
19 going on with my daughter at the time.  And she
20 understood too how -- as I explained to her, I
21 could get her corticosteroid down -- dose down
22 by giving her strong tafenoquine and artesunate
23 doses on top of the other two antibabesials.
24     Q.      Did you ever give --

Page 289

1      A.      I --
2      Q.      Sorry.  Go ahead and finish.
3      A.      I mean, it was shocking to me
4  that -- I never imagined I would see such a
5  thing.  And so, I was quite happy to talk to
6  her -- talk to her about it and tell her, you
7  know, what was going on why and I was needing
8  to get these large amounts.
9      Q.      Did you ever give Courtney Young
10 any of the documents or PowerPoint
11 presentations that you authored about this --
12 about babesiosis and its treatment?
13     A.      No.  I don't believe so.
14     Q.      Did you ever share any reference
15 materials or documents with her, at all, about
16 babesiosis?
17     A.      I don't believe so.  You would
18 have to ask her.  I -- but I don't think I did.
19 I don't -- she ever asked for it.  I think just
20 listened and that was it.
21     Q.      Okay.  I'm going to pull up your
22 discovery responses again.  This is Exhibit-20.
23 And I'm going to look at answer number 20.  You
24 wrote, "The pharmacists of the

Page 290

1  Tunkhannock Compounding Center have routinely
2  questioned" your "prescriptions for hormone
3  products when they were implausible or
4  incomplete." So, I have a couple questions
5  about that.
6           One is, when the term hormone
7  products -- is that specific to your
8  hormone restoration practice or would it
9  include the corticosteroids for babesiosis
10 patients?
11    A.     Yeah. Primary there I was
12 talking about the hormone products, which, you
13 know, were questioned if the dose was weird. I
14 think they did ask me at least on one occasion
15 when I, you know, requested they send, say 400
16 tablets of dexamethasone to Stacey or to
17 another patient. I think they did ask, you
18 know, what is the -- maybe it was Brian in
19 particular asked what's the prescription? You
20 know, how many do you want to them to take at
21 any time? But of course, what I had explained
22 to Courtney -- and I never -- I talked to the
23 situation with Brian but not as much as
24 Courtney. But what, you know, the fact is I

Page 291

1  had no idea how much of the steroid the person
2  would need or how quickly. I just wanted to
3  make sure they got a large amount on hand that
4  they could use if they started to need very
5  high doses temporarily.
6     Q.     Okay. I guess, what I'm asking
7  you is a little simpler.
8           It's just -- did the pharmacists
9  question your prescriptions for corticosteroids
10 for a babesiosis patient? Did they question
11 them?
12    A.     No. Just -- they asked -- one
13 of them asked me at one point, you know, to
14 give a, you know -- a prescription in terms of
15 how many tablets to take for how long or
16 whatever. So, I gave them something that they
17 could use.
18          And I, you know, the same has
19 happened when I -- I have got some large doses
20 of corticosteroids for my daughter from a local
21 pharmacy called Weiss Markets. And -- I -- you
22 know, they also ask you do you have a, you know
23 -- what's the way of taking it. So, I would
24 just essentially make up something, because

Page 292

1  there was -- it was basically patient-guided
2  and, you know, physician-patient decision as to
3  what dose was being taken at -- on any given
4  day.
5     Q.     Okay. We'll come back to that.
6  But just to stay on this for a second, the --
7  when you say there were -- they questioned a
8  prescription when it was implausible or
9  incomplete, what did you mean by implausible or
10 incomplete?
11    A.     Ah, that would only apply to the
12 hormone products. You know, say, if I didn't
13 specify, you know, the concentration or --
14 implausible meant -- well, Carol Daniels used
15 to question me if I prescribed estradiol
16 without progesterone. She would say, "What's
17 going on? People need progesterone too if they
18 are taking estradiol." But, you know, one
19 occasionally makes mistakes with writing out a
20 prescription, and they would question me if it
21 didn't make any sense.
22    Q.     Okay. So, for Courtney Young
23 specifically, did she ever question you for a
24 corticosteroid prescription being implausible

Page 293

1  or incomplete?
2     A.     No. Unless she was one of them
3  that asked me at times for some kind of, you
4  know, instructions.
5     Q.     But -- and I know you mentioned
6  Carol Daniels, but did Courtney Young ever
7  question for you for a hormone product
8  prescription being implausible or incomplete?
9     A.     Oh, yes.
10    Q.     And is that for the same reasons
11 you mentioned -- that maybe something was
12 written down wrong or there was a lack of an
13 accompanying drug --
14    A.     Yes.
15    Q.     -- to go with it or something?
16    A.     Yes.
17    Q.     Okay. I'm going to pull up
18 Exhibit-1 again. And we're going to be on
19 page 393. This is an e-mail -- it looks like
20 from -- and actually you have to go onto page
21 392 to see the date. It looks like an e-mail
22 from you to Stacey on August 15th of 2022.
23          And if you go down on 393, do
24 you see the part where it says, "I want to you

WOLKING and DARYL WOLKING vs
HENRY LINDNER

WOLKING, et al. v. DUBOVE, et al.    Document 57-8    Filed 07/12/24    Page 76 of 120

Henry Lindner, M.D.
February 21, 2024

Page 294

1  purchase" -- if you could just read that
2  paragraph and let me know when you have read
3  it?
4       A.       Yes.  I have read it.
5       Q.       Okay.  Had a pharmacy ever
6  complained to your medical board before?  That
7  you know of?
8       A.       No.  Not -- no pharmacist
9  complained to my medical board.  I have had
10  pharmacist -- I had one pharmacist, relatively
11  early before this, refuse to fill a
12  prescription for benzodiazepine for a patient.
13  We had a -- some back and forth.  And I wrote a
14  letter.
15           But I've certainly heard of
16  stories where patients -- where doctors,
17  including one very prominent -- a Lyme-literate
18  doctor -- having pharmacists complain to a
19  medical board.  And his license was restricted
20  as a result.
21           So, it definitely happens.  And
22  it has been more common since COVID and the
23  kind of instructions that the pharmacists at
24  major chains have received to question doctors'

Page 295

1  prescriptions.
2       Q.       Okay.  And is it fair to say
3  from this, that you did not believe the
4  Tunkhannock Compounding Center would question
5  this dexamethazone prescription?
6       A.       Correct.  Because they knew my
7  practice.  They knew what I was doing.
8       Q.       And is that -- that's because of
9  the conversations you had had with Courtney
10  Young up to this point?
11       A.       Yes.
12       Q.       Okay.
13       A.       And probably Brian also.
14       Q.       Did Courtney or Brian ever tell
15  you that they would not report you to your
16  medical board?
17       A.       No.
18       Q.       Okay.  I'm going to pull up now
19  what I've marked as Exhibit-19.
20           Do you recognize what this is?
21       A.       Well, I see it's
22  Tunkhannock Compounding Center and a number of
23  prescriptions.
24       Q.       And I'm going to go page 2.

Page 296

1           MS. SCHWED:  Can we just
2  establish whether he's ever seen it or
3  not, Conor?
4           MR. LAMB:  Sure.
5           THE WITNESS:  I've never seen
6  it.  It --
7  BY MR. LAMB:
8       Q.       That answer may be different
9  between page 1 and page 2, so I was going to
10  ask you that for page 2.
11           But page 1, have you ever seen
12  it?
13       A.       No.
14       Q.       Okay.  Page 2 of Exhibit-19,
15  have you ever seen this?
16       A.       No.  It's apparently some, you
17  know, way that they write up prescriptions that
18  I have sent electronically.  They are printed
19  out.
20       Q.       Okay.  So, is this the --
21  the pre- -- the same information for a
22  prescription that you wrote for Stacey Wolking?
23       A.       I believe so, yes.
24       Q.       Okay.

Page 297

1       A.       I have no reason to question it.
2       Q.       Is what you're saying that --
3  that this is not the format in which you wrote
4  the prescription?
5       A.       Oh, I believe it is.  I think by
6  this time I was using electronic prescribing.
7  And I believe this is how their system prints
8  out an electronic prescription.
9       Q.       Okay.
10           MS. SCHWED:  When you say
11  "their," who do you mean?
12           THE WITNESS:  Tunkhannock
13  Compounding Center.
14  BY MR. LAMB:
15       Q.       Okay.  So, did you write a
16  prescription on August 4, 2022, for
17  Stacey Wolking for 500 tablets of prednisone,
18  10 milligram oral tablet, as it says on page 2
19  of Exhibit-19?
20       A.       I have no reason to doubt it.
21       Q.       Okay.  Let's take this
22  prescription.  You have mentioned several
23  conversations that you had with Courtney Young
24  about your daughter's treatment and

Page 298

1  corticosteroids and babesiosis.
2          Did you have any conversations
3  like that with Courtney Young about
4  Stacey Wolking specifically?
5      A.      I don't believe so.
6      Q.      On August 4, 2022, or before,
7  did you ever speak the Courtney Young about
8  Stacey Wolking at all?
9      A.      You know, I cannot rule out
10  that -- that maybe the first time I sent the
11  prescription to Stacey, I may have contacted --
12  I may have spoken with her about the patient.
13  I don't remember.
14      Q.      Okay.  After you wrote this
15  prescription on August 4, 2022, did you speak
16  to Courtney Young about this specific
17  prescription?
18      A.      Not that I recall.
19      Q.      Did you speak to Brian Bryk
20  about this particular prescription from
21  August 4, 2022?
22      A.      Not that I recall.
23      Q.      Did anyone that worked at
24  Tunkhannock Compounding Center question you

Page 299

1  about this prescription that we're looking at
2  on page 2 of Exhibit-19?
3      A.      Not that I recall.  Although,
4  this may be one in which they asked for a --
5  instructions for the prescription.  But I don't
6  know for sure.
7      Q.      And you were referring to that
8  earlier as well.
9          Is the answer you gave -- is
10  that what is recorded here under the word
11  instructions --
12      A.      Yes.
13      Q.      -- on page 2 of Exhibit-19?
14      A.      Yes.
15      Q.      Okay.
16      A.      Right.
17      Q.      So --
18      A.      See, for me it's --
19      Q.      Where it's -- go ahead.
20      A.      For me -- for me there was no
21  fixed instructions.  I just had to give
22  something to the pharmacist, you know, to fill
23  in their blank.
24      Q.      Okay.

Page 300

1      A.      As you can see from the chart,
2  it was a dynamic decision as to what she was
3  taking.
4      Q.      And I'm just going to page 3.
5  There is another prescription dated
6  August 15, 2022.
7          Is this also a prescription you
8  wrote for Stacey Wolking?
9      A.      Yes.
10      Q.      And did Courtney Young speak to
11  you, at all, about this prescription on page 3
12  of Exhibit-19?
13      A.      Again, not that I recall.
14      Q.      Did anyone that worked at
15  Tunkhannock Compounding Center speak to you
16  about this prescription?
17      A.      No.  Not that I recall.
18      Q.      And going down to page 4, there
19  is another prescription written
20  September 26, 2022.
21          Is this also a prescription that
22  you wrote to -- for Stacey Wolking?
23      A.      I believe so.
24      Q.      And same question -- did anyone

Page 301

1  that worked at Tunkhannock Compounding Center
2  question you about this prescription?
3      A.      Not that I recall.
4      Q.      Did Courtney Young speak to you
5  about this prescription at all?
6      A.      Not that I recall.
7      Q.      I'm going to go back to your
8  chart here.  Okay.  I'm on Exhibit-1, page 342.
9          Do you see the patient message
10  dated October 5, 2022, at 6:52 p.m.?
11      A.      Yes.  I do.
12      Q.      Okay.  What does this patient
13  message show?
14      A.      It shows that on that date,
15  which was just a couple of days before she was
16  admitted to the hospital, Daryl was afraid they
17  were going to run out of dexamethasone.  And
18  so, I got her 100 tablets at a local pharmacy,
19  in addition to asking
20  Tunkhannock Compounding Center to send a large
21  amount in case she needed it.
22      Q.      And the large amount that you're
23  referring to -- where it says -- it has a
24  number sign and then, it says 600.

WOLKING and DARYL WOLKING vs   Document 57-8   Filed 07/12/24   Page 78 of 120   Henry Lindner, M.D.
WOLKING and DARYL WOLKING vs
HENRY LINDNER
February 21, 2024

## Page 302

1            Can you tell me what that means?

2    A.    Yeah.  600 tablets.

3    Q.    So, did you actually --

4    A.    Because at that time --

5    Q.    Oh, go ahead.

6    A.    At that time, she was needing

7 very high doses, as you can see on that chart I

8 sent you.

9    Q.    Did you actually write a

10 prescription for 600 tablets of 4 milligram

11 dexamethasone for Stacey Wolking?

12    A.    Yes.  Again, another -- another

13 thing you have to realize is, since it was

14 being mailed, they have a mailing charge.  It

15 takes some time to get to them.  I simply

16 wanted to make sure she had all that she needed

17 on hand, should she continue to need high doses

18 for several days.

19    Q.    And just the same question that

20 I asked you about the other prescriptions --

21 did anyone that worked at

22 Tunkhannock Compounding Center question you

23 about this prescription on October 5, 2022?

24    A.    Not that I recall.

## Page 303

1    Q.    Okay.  Just a couple more

2 questions and then, I'm done -- at least for

3 now.

4           I want to ask you about your

5 understanding of the insurance policy that

6 covers your conduct in this case.

7           Do you know whether that policy

8 requires your consent in order to be able to

9 resolve the case?

10    A.    I do not know.

11         Amy, do you have an answer?

12    MS. SCHWED:  I believe that it

13 does.  This is a January policy.  I don't

14 know -- I mean, I guess his answer is I

15 don't -- he doesn't know.  I believe that

16 it does, Conor.

17    MR. LAMB:  Okay.  I've -- I have

18 requested the text of that policy before,

19 and I'll do it again as a follow-up to

20 this.  But I just wanted to know whether

21 you knew that.

22         I saw the message about someone

23 having a hard stop at 5:00.  So, I'm just

24 going to stop my questions there.  And

## Page 304

1 other counsel may have questions.

2    MS. SCHWED:  If Counsel for the

3 pharmacy has questions --

4    MS. KEESLER:  Thank you.

5           -  -  -

6         CROSS-EXAMINATION

7           -  -  -

8 BY MS. KEESLER:

9    Q.    Good afternoon, Dr. Lindner.  My

10 name is Susan Keesler.  I represent

11 Young's Apothecary, doing business as

12 Tunkhannock Compounding Center.  I just have a

13 few follow-up questions, based on your

14 testimony.

15         Counsel asked you several

16 questions about your interaction with

17 Tunkhannock.  I'm going to refer to them as TCC

18 throughout my questioning, just so you know.

19    A.    Okay.

20    Q.    My first for you is why did you

21 send -- or why did you send Stacey Wolking to

22 TCC instead of a local --

23    A.    Umh-umh.

24    Q.    -- pharmacy for the

## Page 305

1 corticosteroid prescriptions?

2    A.    Right.  That was because she --

3 I knew she understood my practice and why I

4 wanted the person just to have large amounts of

5 steroids on hand, in case they needed very high

6 amounts for some period of time, as I had

7 discussed with my daughter.  And I had bought

8 it in the same way for my daughter.  I would

9 buy, you know, several bottles of prednisone or

10 dexamethazone at once.

11         And also because, you know, I

12 would -- I considered that a pharmacist locally

13 would not understand the amounts -- wanting to

14 have a large amount on hand for the patient,

15 would not understand that -- that it's the --

16 the dose is going to be dynamic.  It's going to

17 be driven by what the patient thinks they

18 should take.  Would not understand chronic

19 babesiosis or it's treatment.  So, for these

20 reasons, I felt it was best for her to use my

21 pharmacy, meaning the pharmacy that was

22 familiar with my work, and not try to get all

23 these locally, which I don't think I could have

24 done even.

Page 306

1    Q.    Why is that?
2    A.    Well, because they wouldn't
3 understand the amounts that people have to take
4 in this situation, which are very high at
5 times -- where Stacey got up to
6 1,800 milligrams of prednisone equivalent in
7 one day. That is why.
8    Q.    Before you were -- before you
9 sent Stacey Wolking to TCC for the
10 corticosteroid prescriptions, was she getting
11 them filled at other pharmacies before then?
12    A.    Yes. When was not needing very
13 high amounts, they were generally being filled
14 elsewhere. I think you can see I started to
15 use -- I may have gotten her some -- if you
16 look at that steroid chart -- I don't know if
17 you got a copy of it, her dosing chart over
18 time -- I mean, she only got up to around 70 or
19 80 the first time she was basically going
20 through a treatment cycle. But then, the
21 second time, she got, you know, over
22 300 milligrams. And so, that's when I -- I was
23 afraid it could go much higher or could go on
24 for a while. But we were able to get the dose

Page 307

1 down relatively quickly by stopping the
2 antibabesials and having her try to taper off.
3 Lastly, the last prescriptions are sent during
4 this -- this, kind of, mountain of steroids
5 that she needed once she developed
6 hemophagocytic syndrome at home.
7    Q.    Okay.
8    A.    And the treatment is very high
9 dose steroid.
10    Q.    Okay. Do you recall the other
11 pharmacies that -- when she was not needing the
12 high amounts of corticosteroids, do you recall
13 which pharmacy she was getting her
14 corticosteroids from?
15    A.    Yeah. I thought recently he
16 showed me Harris Teeter.
17    Q.    Okay.
18    A.    I got her prescriptions from
19 otherwise, besides
20 Tunkhannock Compounding Center.
21    Q.    Anywhere else, other than the
22 Harris Teeter?
23    A.    Not that I know of.
24    Q.    Okay. Did anyone from

Page 308

1 Harris Teeter ever have discussions with you or
2 question you about the prescription of
3 corticosteroids to Stacey Wolking?
4    A.    No.
5    Q.    Do you recall the highest
6 amounts you were ordering from Harris Teeter
7 for Stacey Wolking's prescription of
8 corticosteroids?
9    A.    No. I don't. It may be the one
10 he just showed me that was 100 tablets of 4
11 milligram dexamethazone.
12    Q.    Okay.
13    A.    May I say something about this?
14    Q.    Sure.
15    A.    There were two other patients
16 that were in a similar situation. And I also,
17 you know, used a -- I used a local pharmacy
18 after maybe having Tunkhannock -- well, it came
19 to be -- it became the case that Tunkhannock
20 could no longer send prescriptions to
21 out-of-state patients, you know, when COVID --
22 COVID regulations were changed. And so, I
23 spoke to two other patients who had this kind
24 of need for high steroids. And I asked them to

Page 309

1 call a local pharmacy and explain their
2 situation. And then, I followed up by calling
3 the pharmacy myself to, you know -- to get --
4 to make sure we had a pharmacist who would
5 understand it and who was willing to prescribe
6 higher corticosteroid doses or amounts, as
7 needed. So, we did find pharmacists at both
8 locations that would do that. But it took some
9 time and effort.
10    Q.    Okay. So, these local
11 pharmacists who agreed to prescribe larger
12 amounts -- do you recall those pharmacies?
13    A.    I can get you that information,
14 if you would send it to me.
15    Q.    Yes.
16    A.    And I can also you get you the
17 information, you know, of what -- from
18 Weiss Pharmacy in Tunkhannock, who gave me such
19 amounts for my daughter.
20    Q.    Okay. Yes. I am going to make
21 a follow-up request for that information,
22 Dr. Lindner.
23    A.    Okay.
24    Q.    So, was this after -- I

WOLKING and DARYL WOLKING vs
HENRY LINDNER
Case 3:23-cv-00818-KM  Document 57-8  Filed 07/12/24  Page 80 of 120  Henry Lindner, M.D.
February 21, 2024

Page 310

1  understand there were two other patients. So,
2  these local pharmacists who were willing to
3  prescribe larger amounts of corticosteroids,
4  did that happen after or before you were
5  ordering the larger amounts for Stacey Wolking
6  at TCC?
7       A.       I believe one of them was before
8  and the other one, after.  No.  They may have
9  been both before.  Again, I will just have to
10  get you that information.
11      Q.       Okay.  If it was before,
12  Dr. Lindner, do you recall if you ever referred
13  Stacey Wolking to that particular local
14  pharmacy who was willing to prescribe larger
15  amounts?
16      A.       No.  Those were patients that,
17  you know, widely spread areas -- Ohio and
18  Michigan.
19      Q.       Okay.
20               MS. SCHWED:  I think there was a
21      breakdown.  I think he was talking about
22      local pharmacies as local to those
23      patients.
24               THE WITNESS:  Yeah.  Local to

Page 311

1       those patients in Ohio and Michigan.
2  BY MS. KEESLER:
3       Q.       Okay.  Okay.  I know that
4  counsel had asked you about whether -- he went
5  through each prescription of corticosteroids
6  that you ordered for Stacey Wolking.  And he
7  had asked you did you ever speak to Courtney or
8  Brian about the specific prescriptions.  And
9  you testified, "not that I recall."
10               Do you recall ever specifically
11  discussing your treatment plan for
12  Stacey Wolking's babesiosis diagnosis with
13  Courtney or Brian?
14      A.       No.  I don't recall discussing
15  her treatment plan in general.  It's just that
16  I had discussed my daughter's treatment with
17  them.  And I was -- I basically may have said,
18  "Here is another patient who is, kind of, like
19  my daughter, needing high doses at times."
20      Q.       Okay.  Sorry.  Give me one sec.
21               Before ordering the
22  corticosteroids for Stacey Wolking at TCC, did
23  you ever inform anyone at TCC about the other
24  prescriptions that plaintiff was taking at the

Page 312

1  time?
2       A.       No.  I don't -- I don't believe
3  so.  You mean like the antibabesials?
4       Q.       Correct.
5       A.       No.  I don't believe so.  Again,
6  I discussed those issues in relationship to my
7  daughter and the treatment was essentially the
8  same.
9       Q.       Okay.  So, do you recall where
10  Stacey was getting -- do you recall where
11  Stacey was getting her antibabesials from -- if
12  not from TCC?
13      A.       No.  That was all local.
14      Q.       Okay.
15               MS. SCHWED:  Local to the
16      patient; right?
17               THE WITNESS:  Local to the
18      patient.
19               MS. SCHWED:  Okay.
20               MS. KEESLER:  Thank you.
21  BY MS. KEESLER:
22      Q.       Would that also include the DHEA
23  that you previously testified about?
24      A.       That's an over-the-counter

Page 313

1  supplement, which she could order, you know,
2  online.  One other you may recall -- Stacey was
3  using Tunkhannock Compounding Center for many
4  years.  That's where she got her compounded
5  hormones over the years.
6       Q.       Okay.  Give me one moment.
7               So, you mentioned two
8  patients -- two other patients that you treated
9  for Babesia, other than Stacey and excluding
10  your daughter; correct?
11      A.       Umh-umh.
12      Q.       Yes?
13               MS. SCHWED:  You have to say yes
14      or no.
15               THE WITNESS:  Yes.
16  BY MS. KEESLER:
17      Q.       Were these -- did you treat
18  these two patients after Stacey?  Or before
19  Stacey?  Or during Stacey?
20      A.       Yes.  I think I mentioned that.
21  I -- I'm not exactly sure.  But I think both of
22  them got some local prescriptions before
23  Stacey.
24      Q.       Okay.

Page 314

1    A.        Meaning, I talked to the -- I
2  talked to the local pharmacist near them.  And
3  we determined, you know, that this -- see, I
4  was -- I had them talk to a pharmacist, because
5  I was leery of chain pharmacies, you know, like
6  CVS, Rite Aid and so forth.
7    Q.    Right.
8    A.        They are the ones who'd received
9  infor- -- you know, received instructions to
10 question physicians, prescriptions for various
11 things, for COVID, for instance.  And I had
12 gotten into, like I said, a disagreement with a
13 local CVS pharmacist over a treatment for a
14 patient who was very sick.  That was
15 benzodiazepine prescription.  So, I had them
16 call specifically a local, you know,
17 mom-and-pop pharmacy, a private pharmacy, where
18 I thought, you know, they wouldn't be bound to,
19 kind of, follow some, sort of, regulation or
20 feel that they were put upon by their managers
21 to refuse prescriptions or even complain to
22 medical boards.
23    Q.    Okay.  These two other
24 patients -- and I just want to, kind of,

Page 315

1  clarify for the record -- the two other
2  patients that you treated for Babesia, was one
3  of them the one that was hospitalized in July
4  of '22?
5    A.        No.  I do not believe so.  I'm
6  not certain.  I would -- but possibly.
7  Possibly that is a third patient for which I
8  got some steroids locally, where she lived.  I
9  would have to get that information to you.
10   Q.    Okay.  Let me ask you this --
11 let's focus on the two other patients that you
12 treated for Babesia that you earlier testified.
13   A.    Right.
14   Q.    Did they undergo --
15   A.    I need to --
16   Q.    Sorry?
17        MS. SCHWED:  Yeah.  Let her get
18      the question out.
19        THE WITNESS:  Go ahead.
20 BY MS. KEESLER:
21   Q.    Okay.  Did they undergo a
22 similar treatment plan to Stacey Wolking's, in
23 terms of the amounts of corticosteroids that
24 were prescribed to her?

Page 316

1    A.        Those two -- one of them, I
2  would say, did at one point take similar high
3  corticosteroid doses, when we tried to treat
4  her at some point after her hospitalization.
5  But we found, at that point, that the her acute
6  disseminated encephalomyelitis worsened so
7  badly with any killing of Babesia, that we had
8  to essentially stop trying to treat the
9  babesiosis after that.  So, there was only,
10 maybe, one time when she used such high
11 doses -- one treatment course.  The other --
12 there were relatively smaller doses involved.
13 But I do believe I, at least, arranged for her
14 to get it locally.  I'm not sure if we actually
15 had to do that.
16   Q.    Okay.  And these two patients,
17 do you recall if you treated them for Babesia
18 before or after Stacey?
19   A.    Both were being treated
20 concomitantly, I would say.  One of them
21 definitely began treatment before Stacey.  The
22 other, I think, sometime, maybe, shortly after
23 Stacey began treatment.
24   Q.    Okay.  The other -- the other

Page 317

1  two patients, Doctor, are you aware if -- well,
2  let me ask you this just generally -- can
3  babesiosis be eradicated fully with treatment?
4    A.    I do not believe -- I don't
5  believe so.  Not given the nature of these
6  fibrin-bonded nests that are in the -- that are
7  blocking small blood vessels.
8    Q.    Okay.  The two other patients we
9  just discussed -- for either patient, has the
10 babesiosis been eradicated?
11   A.    No.  Like I said, I don't think
12 it can be eradicated.  But the load can be
13 reduced.  The number -- initial improvement
14 comes from just killing the Babesia that are
15 exposed to the immune system -- like in the
16 ends of these nests or in incomplete nests.
17 And then, as with my daughter, once that's
18 over, if the person is still not well enough,
19 one has to add the lumbrokinase and nattokinase
20 and start trying to clear these fibrin-bonded
21 nests.
22   Q.    So, are you still --
23   A.    I have another --
24   Q.    -- treating these -- go ahead.

Page 318

1    A.    I have one other bit of
2 information for you, relevant to what you were
3 asking.  I did have to get large amounts of
4 steroids for a patient out in California also.
5 And I do believe that was all obtained locally.
6 But I'm not sure.
7    Q.    Okay.  All right.
8    A.    I'm sorry.  You were asking --
9    Q.    Yeah.  I lost my train of
10 thought.  But let me think for a sec.  Oh,
11 right.
12          Are you still treating those two
13 patients for babesiosis?
14    A.    Yes.  In the case of the one who
15 had -- who was -- who had the ADEM, I am not --
16 well, I am not treating her for babesiosis.
17 But I still supply the steroids that she has
18 required.
19    Q.    Okay.
20    A.    She is seeing a neurologist now,
21 who is trying some kind of other
22 immunosuppressive treatment to help her to get
23 better.  Because she's -- she is not able to
24 walk, due to this spinal cord involvement.

Page 319

1    Q.    Okay.  And the other patient?
2    A.    The other one -- the other
3 patient was hospitalized with bowel bleeding --
4 bleeding from her bowel when she took stronger
5 antibabesial doses.  That was an inflammation
6 problem.  Again, the Babesia infest the bowel.
7 And I have seen a lot of it.  But she was able
8 to eventually taper off corticosteroids and
9 antibabesials.  And fortunately, seems to be
10 much improved over all.
11    Q.    Okay.  Are you currently
12 treating any patients for Babesia, other than
13 the one you just mentioned?
14    A.    Oh, yes.  Quite a few.  Maybe
15 20, 25.  I am getting new patients who are
16 coming to me from all the over the country.
17 Fortunately, the vast majority do not require
18 corticosteroid treatment.  And given what I
19 have experienced here, I wouldn't even try to
20 help them with it -- beyond physiologic doses.
21    Q.    Okay.  Give me a moment.  Let me
22 ask you this -- did Stacey -- during your
23 treatment of Stacey Wolking for babesiosis, did
24 she ever discuss wanting to get a second

Page 320

1 opinion?
2    A.    No.  She never did.
3    Q.    Okay.
4    A.    And I would have encouraged her
5 to.  But if she was going to see a regular
6 infectious disease doctor, I know exactly what
7 he would have told her.  And I would have let
8 her know that that's what she was going to
9 hear.  But I -- I have had people get second
10 opinions, and that's what they got.
11    Q.    Okay.  Give me one moment.
12 And having spoken with -- actually, strike
13 that.
14          Based on your medical expertise
15 and opinion, Dr. Lindner, was it reasonable and
16 appropriate for TCC to dispense the
17 prescriptions that you ordered for Stacey in
18 accordance with your treatment plan?
19          I can't hear you.  Oh,
20 something's wrong with your audio.  Give us one
21 sec.
22          MS. SCHWED:  Can you hear us
23    now?  Something happened with our
24    browser.

Page 321

1          MS. KEESLER:  I can.
2          THE WITNESS:  Okay.  Good.
3          MS. KEESLER:  Okay.  Great.  I'm
4    going to repeat my question.
5          Are we back on the record?
6          THE WITNESS:  Yes.  It's being
7    recorded.
8          MS. KEESLER:  Okay.  Wonderful.
9          MS. SCHWED:  Thanks.
10 BY MS. KEESLER:
11    Q.    Dr. Lindner, based on your
12 medical expertise and opinion, was it
13 reasonable and appropriate for TCC to dispense
14 the prescriptions, including corticosteroids
15 that you ordered for Stacey Wolking in
16 accordance with your treatment plan for her
17 babesiosis?
18          MS. SCHWED:  Yeah.  I'm just
19    going to object to the form.
20          THE WITNESS:  Yes.
21 BY MS. KEESLER:
22    Q.    Your answer is yes?
23    A.    Yes.
24    Q.    Okay.

| Page 322 |
| --- |

1     A.     Yes.

2     Q.     Thank you, Doctor.  I don't have

3 anything further.

4     MS. SCHWED:  Conor, you're

5     muted, so I don't know if you said

6     anything.

7     MR. LAMB:  Well, I did say

8     objection to form, but so did you.  So, I

9     think that covers us both.

10     MS. SCHWED:  Yeah.

11     MR. LAMB:  Thank you.

12     MS. SCHWED:  Are we done or do

13     you have more, Conor?

14     MR. LAMB:  I have about three

15     follow-up questions.  Do you -- did you

16     want to ask anything, Amy, or?

17     MS. SCHWED:  Oh, no.

18     MR. LAMB:  Okay.

19     - - -

20     RE-EXAMINATION

21     - - -

22 BY MR. LAMB:

23     Q.     Just quickly, Doctor.  You -- a

24 few minutes ago you said, based on what you

| Page 323 |
| --- |

1 have experienced here, you wouldn't help a

2 patient that you felt needed corticosteroid

3 therapy.

4     Was that -- can you explain

5 that?  Was that a reference to the lawsuit?  Or

6 have you changed your opinion --

7     A.     Yes.

8     Q.     -- somehow on steroids?

9     A.     Yes.  I'm -- I worked very hard

10 to help someone with a very serious disease and

11 put my practice at risk.  I did so because I

12 was very enthusiastic about my ability to help

13 my daughter.  And I wanted to help other

14 people.  But now, I see that I am working in a

15 system that cannot understand this disease or

16 its treatment or the immense inflammation that

17 arises as the result of treating it in some

18 people.  So, I will just not be able to try

19 this type of approach again.  I've

20 unfortunately heard of a few patients who -- I

21 have heard from one patient who got into a

22 situation -- not my patient -- of needing very

23 high --

24     MS. SCHWED:  Doctor, don't get

| Page 324 |
| --- |

1     into other patients' --

2     THE WITNESS:  Okay.

3     MS. SCHWED:  -- situations.  He

4     just asked you very focused --

5     THE WITNESS:  Go ahead.  I'm

6     sorry.

7 BY MR. LAMB:

8     Q.     That's okay.  I'm almost done.

9     I just was trying to get to --

10 have you changed your opinion, at all, about

11 corticosteroid dosing and prescribing since

12 Stacey Wolking's hospitalization in October of

13 2022?

14     MS. SCHWED:  Okay.  Separate and

15     aside about what he said about the

16     lawsuit; right?

17     MR. LAMB:  Right.

18     MS. SCHWED:  Yeah.

19     THE WITNESS:  Have -- can you

20     repeat the question, please?

21 BY MR. LAMB:

22     Q.     Yeah.  My question was just

23 whether you changed your opinion about

24 corticosteroids themselves, as far as what you

| Page 325 |
| --- |

1 consider to be safe or good practice?

2     A.     No.  If the patient needs it --

3 if the inflammation is severe, they will need

4 it in order to continue treatment.

5     Q.     And I think in response to

6 counsel for Tunkhannock's questions -- I think

7 you mentioned that you had explained to

8 Courtney Young and Brian Bryk about your method

9 of treating your babesiosis patients.

10     Did that include -- did you

11 explain to Courtney Young the patient's role in

12 deciding the dose of corticosteroids, as you

13 saw it?

14     A.     I'm sure at some point, either

15 in regard to my daughter -- and probably with

16 the first -- the first time they maybe asked me

17 to give a description of the instructions for

18 the dose.  I believe I was on the phone with

19 one of them, maybe Brian, and I did say that,

20 you know, the dose is going to be what the

21 patient needs.  So, I'm -- I'm not sure what to

22 put there for the instructions.  And they --

23 they just wanted something -- something, you

24 know, representative.  So, that's why it would

Page 326

1  say -- I would say -- say, take ten tablets
2  daily, as, you know -- as required.  In fact, I
3  was having people take doses every two hours to
4  try to get the lowest dose that could get them
5  two hours, so that we -- we're not
6  over-treating by giving a single, huge dose and
7  waiting to see what happens, which usually
8  didn't work well with Babesia anyway.
9           MS. SCHWED:  But Doctor, the
10          question was just about the prescription
11          response.  You're off on other patients.
12  BY MR. LAMB:
13     Q.     Yeah.  I -- let me try to just
14  clarify it.  We have talked a little bit
15  already about what you saw as the patient's
16  role in determining the dose.
17     A.     Yes.
18     Q.     And I'm asking, did you explain
19  to Courtney Young your view of a patient's role
20  in deciding the dose of corticosteroids?
21     A.     Yes.  Definitely in relation to
22  my daughter at least.  And I think in relation
23  to another patient or two -- maybe Stacey.
24     Q.     And how did you explain that to

Page 327

1  Courtney Young -- what the patient's role was?
2     A.     I simply told her what was
3  happening with my daughter and how, you know,
4  she needed these immense corticosteroid doses,
5  according to her symptoms, to get two hours of
6  relief.  I explained this -- you know, what I
7  was seeing with my daughter -- to her.
8     Q.     And we did depose Courtney Young
9  in this case.  She described a phone
10  conversation that she remembered between you
11  and her sometime before August 8, 2022, that
12  was specifically about Stacey Wolking's
13  prescription.
14          Do you remember a phone
15  conversation with Courtney about that?
16          MS. KEESLER:  Objection to form.
17          MR. LAMB:  Go ahead.  And we'll
18          just make sure it's noted that counsel
19          for Tunkhannock has an objection to form.
20          That was a little choppy for me.
21          THE WITNESS:  I do not
22          remember -- I do not remember that
23          discussion.  It very well may have
24          happened.

Page 328

1  BY MR. LAMB:
2     Q.     Okay.  And as I understand your
3  testimony today, you don't remember any
4  conversations, at all, with anyone from
5  Tunkhannock Compounding Center that were
6  specifically about Stacey Wolking?
7     A.     Not that I recall.
8          MR. LAMB:  Okay.  Thank you.
9  I'm finished.
10          MS. SCHWED:  I think we're done.
11          MR. LAMB:  Okay.  We can go off
12          the record when everyone's ready.
13          THE WITNESS:  It's been a
14          long --
15          MS. SCHWED:  Hold on.  Okay.
16          Samantha, do you need anything
17          from me, as far as ordering?
18          THE COURT REPORTER:  When we go
19          off the record.
20          VIDEOGRAPHER:  Time is 5:02 p.m.
21  We're going off the record.
22          (Witness dismissed.)
23          (Deposition concluded at 5:02
24  p.m.)

Page 329

1           C E R T I F I C A T E
2
3           I do hereby certify that I am a
4  Notary Public in good standing, that the
5  aforesaid testimony was taken before me,
6  pursuant to notice, at the time and place
7  indicated; that said deponent was by me duly
8  sworn to tell the truth, the whole truth, and
9  nothing but the truth; that the testimony of
10  said deponent was correctly recorded in machine
11  shorthand by me, to the best of my ability, and
12  thereafter transcribed under my supervision
13  with computer-aided transcription; that the
14  deposition is a true and correct record of the
15  testimony given by the witness; and that I am
16  neither of counsel nor kin to any party in said
17  action, nor interested in the outcome thereof.
18           WITNESS my hand and official
19  seal this 8th day of March, 2024.
20
21
22
                    Notary Public
23
24

Page 330

```
1              INSTRUCTIONS TO WITNESS
2
3            Please read your deposition over
4  carefully and make any necessary corrections.
5  You should state the reason in the appropriate
6  space on the errata sheet for any corrections
7  that are made.
8            After doing so, please sign the
9  errata sheet and date it.
10            You are signing same subject to
11  the changes you have noted on the errata sheet,
12  which will be attached to your deposition.
13            It is imperative that you return
14  the original errata sheet to the deposing
15  attorney within thirty (30) days of receipt of
16  the deposition transcript by you.  If you fail
17  to do so, the deposition transcript may be
18  deemed to be accurate and may be used in court.
19
20
21
22
23
24
```

Page 332

```
1           ACKNOWLEDGMENT OF DEPONENT
2
3            I, _____, do
4  hereby certify that I have read the foregoing
5  pages ___ to ___ and that the same is a correct
6  transcription of the answers given by me to the
7  questions therein propounded, except for the
8  corrections or changes in form or substance, if
9  any, noted in the attached Errata Sheet.
10
11  _____      _____
12  DATE            SIGNATURE
13
14            Subscribed and sworn to before
15  me this _____ day of _____,
16  2024.
17
18            My commission expires:
19            _____
20
21            _____
22            Notary Public
23
24
```

Page 331

```
1              E  R  R  A Tunkhannock A
2                   -  -  -
3  PAGE    LINE    CHANGE
4  _____  _____  _____
5  Reason for
6  Change:_____
7  _____  _____  _____
8  Reason for
9  Change:_____
10  _____  _____  _____
11  Reason for
12  Change:_____
13  _____  _____  _____
14  Reason for
15  Change:_____
16  _____  _____  _____
17  Reason for
18  Change:_____
19  _____  _____  _____
20  Reason for
21  Change:_____
22  _____  _____  _____
23  Reason for
24  Change:_____
```

**0**

**07** 260:4 272:10

**1**

**1** 33:7 36:8 147:11 150:6 262:16 276:22 296:9,11

**1,000** 286:17 288:14

**1,200** 237:8 239:5 266:4

**1,400** 234:14

**1,500** 234:14

**1,526** 218:10,15 219:4,6

**1,800** 306:6

**1,848** 221:6

**1/17/2022** 147:14,16

**10** 62:15 64:14,18 162:14 185:23,24 198:10 200:11 202:1 209:8 237:4 262:24 297:18

**10,000** 112:7 256:16

**100** 140:13 230:16,17 301:18 308:10

**1000** 180:5,12

**1000mgs/day** 179:22

**10:00** 5:16

**10th** 227:18 228:17 229:6

**11** 10:17,20 145:11 148:21 158:4 160:5

**11:10** 56:13

**11:40** 56:23

**11b** 261:9 267:20

**11th** 228:21 229:8

**12** 202:1

**12:26** 127:6

**12:32** 208:16

**12:40** 127:4,13

**13** 18:4 202:1

**14** 23:3 25:3 31:16 89:22 138:10 275:11

**14th** 274:17

**15** 62:15 64:15 83:9 116:22 300:6

**15th** 229:17 293:22

**16** 118:2 221:17

**16,000** 256:14

**16th** 198:17

**17** 48:24 49:2,11,14 50:4 52:2,7,20 78:18 80:8 109:19 110:19 111:5 115:2 122:23

**17.5** 119:19

**17th** 49:19

**18** 10:20

**18615** 11:3

**18s** 95:7 122:12

**18th** 179:2,9 203:16

**19** 277:4,9

**1956** 148:9

**1981** 12:1

**1984** 11:23 12:19

**1989** 11:17 12:1,19 13:1

**1990** 11:17

**1995** 11:14 14:18 15:13,16

**1997** 15:14,16

**19th** 205:18

**2**

**2** 128:8 151:11 177:18 254:7 262:22 276:22 277:4,9 295:24 296:9,10,14 297:18 299:2,13

**2'** 62:5

**2,000** 237:5,9

**20** 80:24 119:19,20 122:23 127:2 149:18 169:1 198:8,9 200:11 211:22 213:11 231:24 289:23 319:15

**20,000** 255:8 256:5,13,15

**2001** 16:2,9,13

**2004** 16:11,13 32:21 264:12

**2007** 16:24 17:13 19:13 38:10

**2008** 53:20 214:23

**2012** 24:2

**2013** 41:17 49:16,19 50:3 52:1,7,19 55:14

**2014** 41:1,7 51:17

**2015** 42:18 116:15 118:2

**2016** 116:15

**2017** 24:11 31:7,9

**2019** 41:1,7 42:23 51:17 134:9

**2020** 52:18 83:12 135:2 266:21 287:1,7,9

**2021** 24:17 31:8 43:9 44:23 45:9 47:3,14 48:2,5 56:13,23 59:9 60:22 61:23 62:5,6 65:18 66:10 67:11,24 68:1 70:7 72:7 74:23 75:19 77:14 78:4,12 106:13 116:22 121:2 124:14 171:10 173:19 236:22 238:9 281:18,20

**2022** 31:9 48:24 49:2,11,14,20 50:4 52:2,7,20 69:19 78:9,13,14 79:20 86:13 106:10 109:19 110:19 111:5,24 115:2 121:2 134:17 136:3 158:6 170:10,13,19 175:21 176:7,10 177:15 178:17 180:1,4 183:2 192:1,7,14 205:18 211:22 215:2 218:8,13 219:20 221:8 222:5,9 226:22,24 227:3,9,18 228:17,21 233:14 235:21 237:17,20 238:3 243:21 254:22 258:16 259:21 260:4,5,8 261:6,11 262:22 263:6,13 267:12 272:10,11,13 274:5,17 275:11 276:14 280:21 281:20 293:22 297:16 298:6,15,21 300:6,20 301:10 302:23 324:13 327:11

**2023** 134:14

**2024** 5:15 21:8

**21** 5:15 81:17 235:21

**21st** 212:9

**22** 83:2 155:4 315:4

**220'** 31:8

**23** 86:13

**230** 17:22

**23rd** 216:17

**24** 15:8 64:15 255:7

**25** 56:13,23 64:15 319:15

**25th** 59:9 60:3

**26** 272:11 300:20

**267** 36:9

**268** 33:20 34:19 35:1,5 36:21 37:6,11 38:19

**26th** 215:1 233:14

**27** 274:5

**271** 47:20 60:18 62:19

**272** 39:19 48:22

**27th** 47:3,14

**28** 244:18

**284** 54:2,22 55:2

**285** 54:22

**29th** 218:8,12

**2:27** 208:18

---

### 3

**3** 136:18 152:14 209:15 244:3 300:4,
11

**3,000** 221:12 222:1,4 237:10,18,20
254:15

**30** 149:18 169:2 198:9 200:11 226:5

**300** 174:13 179:22 180:5,12 306:22

**30th** 219:20

**31** 260:5 267:12

**32** 87:22

**324** 233:12

**326** 235:20

**33** 89:3

**330** 229:15

**333** 228:19

**334** 237:3

**336** 226:6,7,9

**337** 225:6

**34** 92:23 95:6

**340** 222:7

**342** 301:8

**344** 220:15 221:3 227:16

**348** 219:18

**35** 96:11

**350** 218:7

**355** 215:1

**356** 212:14

**358** 216:16

**36** 98:20 100:8

**361** 212:8

**363** 212:4

**364** 211:21

**365** 204:16,22 205:4,9 208:17 209:15

**366** 205:4 207:13 226:3

**367** 204:13

**368** 203:15 204:11

**369** 204:3

**37** 101:10 112:8

**370** 198:17

**372** 188:23 192:6

**373** 191:12

**38** 104:23 106:2

**39** 245:13

**392** 293:21

**393** 293:19,23

**397** 238:3

**3:28** 258:3

**3:35** 258:9

**3rd** 241:18

---

### 4

**4** 177:16 221:8 257:2 279:8 297:16
298:6,15,21 300:18 302:10 308:10

**4/3/2015** 55:3

**40** 160:10,11,24 161:11 169:2 184:8
200:11 247:13

**400** 238:5 255:13 286:23 290:15

**404** 240:11

**40mgs/day** 160:8

**441** 242:4

**467** 116:20 117:23 118:11

**474** 44:20

**4th** 221:4

---

### 5

**5** 128:16 155:23 178:7 179:19 181:19
182:6 198:10 263:3,24 286:18 301:10
302:23

**5/24/2018** 41:12

**50** 73:3 149:18 262:23 264:8 265:6,9
266:2,4

**500** 256:17 297:17

**53** 263:2 265:17

**553** 37:11 38:19

**56** 76:18

**59** 11:2 16:17

**5:00** 303:23

**5:02** 328:20,23

---

### 6

**6** 44:23 48:2,5 60:22 61:23 65:18
130:16 180:22 183:14,22 185:3 222:9
263:2

**6,000** 254:16 256:16

**60** 198:5 202:24 203:3 206:23 209:10
214:5

**60-milligram** 214:17

**600** 45:15 118:6,15 174:13 301:24
302:2,10

**600-milligram** 48:10

**607** 33:6,7,19 35:18,21

**607-page** 34:4

**6:52** 301:10

**6th** 45:8

---

### 7

**7** 147:13

**7-1** 221:22

**70** 136:13 306:18

**7th** 233:6

---

### 8

**8** 327:11

**8/19** 189:4

**8/27/2021** 46:16 147:12 148:1

**80** 171:13 184:3,8,14 230:19 306:19

**85** 223:13

**88** 222:10 224:7

**8th** 225:8 233:6

## 9

**9** 140:6 169:4 192:7 202:3 223:20
245:10

**9,000** 255:1

**90** 223:21

**97** 16:2

**9th** 189:1,3 191:15 192:1,14 226:14


## A

**A-R-L-T** 188:7

**a.m.** 5:16 56:13,23

**AAAT** 245:3

**abbreviation** 207:13

**abdominal** 194:15 239:15

**ability** 323:12

**abnormal** 172:22 175:6 253:2

**absolutely** 123:16 129:14

**absorbs** 224:23

**abstracts** 185:17

**academic** 87:11 130:10

**acarologist** 87:12

**access** 104:21

**accompanied** 32:2

**accompanying** 293:13

**accordance** 320:18 321:16

**account** 20:11 58:13,17 59:2

**accurate** 39:13 152:4 177:22 224:14,
15,18 263:6 269:6 270:2,5 277:7
279:12

**accurately** 38:12

**achieved** 114:14

**achiness** 41:3 104:7 194:10 264:14,
21

**achy** 187:8

**acid** 120:11 251:18 252:6

**acknowledge** 64:1 180:22 210:24

**acknowledges** 13:15

**acknowledging** 225:12,15

**acronym** 95:24

**acting** 238:16 269:16

**action** 25:24

**actions** 140:19

**activated** 248:23

**activation** 108:4 178:3 243:8

**active** 12:19 42:18 186:7

**activities** 156:6

**activity** 156:13 157:1 163:2

**actual** 78:13 181:18 224:18

**acute** 51:9 63:2,22 88:3,12 111:21
125:20 126:1 159:7,12,14 172:12
174:9 187:1 236:6,24 247:6 278:23
279:2 316:5

**add** 49:9 55:15 87:16,17 216:2 245:4,
5 317:19

**added** 46:18 59:12 83:7 99:12,15
261:17

**adding** 262:17,18

**addition** 43:22 99:16 146:18 170:14
301:19

**additional** 15:4 46:11 59:11 70:21,
22 83:20 107:23 136:12 234:4 262:9
264:6 285:6

**address** 11:1 18:12 60:10 142:11
285:17,21

**adds** 194:12

**ADEM** 318:15

**adherent** 84:9

**adjust** 211:15

**Administration** 118:17

**admission** 230:18

**admit** 171:5

**admitted** 171:8 172:23 224:4
241:10,11 253:7 301:16

**adrenal** 27:20 31:23 32:5

**advantageous** 93:21

**adverse** 31:10,14,20 32:14,17 75:16
107:20 108:10 109:17 160:19 161:9
178:4 182:4 201:3,5,10 211:2,8

**advice** 61:8 177:13 241:19 275:13

**advise** 207:2 231:6

**advised** 214:17 224:10 230:12 231:1

**advising** 231:3

**affect** 162:18 224:20 280:1

**affected** 240:23

**affecting** 116:16 236:8

**afraid** 301:16 306:23

**Africa** 110:11

**afternoon** 222:10 304:9

**age** 10:20 64:14,18 244:13

**agents** 107:5

**aggressive** 255:23

**aggressively** 83:12

**agitated** 219:24 220:9

**agitation** 200:17

**agree** 8:13 10:1 192:10 199:9 204:9
228:15 268:24

**agreed** 5:2 55:18 69:14 251:2 309:11

**ahead** 19:23 71:5,9 77:12 108:13
165:21 183:16,24 191:2 222:13
234:20 263:12 270:12 274:11 278:14
289:2 299:19 302:5 315:19 317:24
324:5 327:17

**Aid** 314:6

**Air** 12:19,22 13:16 14:13 21:4,7

**alive** 253:20

**alleviate** 32:9

**allied** 110:10

**allowed** 164:14

**allowing** 164:9

**alluded** 57:11 192:8 243:23

**already-present** 104:11

**ALT** 178:22

**altered** 25:17 61:19 80:14

**alternative** 169:8,12

**Amazing** 37:20,24 38:9

**America** 63:5 101:3 137:4 227:21
273:23

**American** 14:10 137:5

**amount** 158:22 192:2,22 208:24
212:15 218:14 219:9 234:16 236:14
237:16 243:5 291:3 301:21,22 305:14

**amounts** 158:16,20 166:10 209:4
288:4,17 289:8 305:4,6,13 306:3,13
307:12 308:6 309:6,12,19 310:3,5,15
315:23 318:3

**Amy** 7:16 26:13 303:11 322:16

**analysis** 138:1

**and/or** 130:4

**Ands** 178:10

**animal** 84:16 99:4 147:2

**animals** 91:21 99:7 144:22 147:3

**annotation** 208:13

**annual** 78:5 136:10

**answering** 24:12

**answers** 148:20

**anti-** 194:4

**antibabesial** 43:14 83:19 108:1 119:17 154:11 162:7 164:5,8 172:1,2 189:21 195:23 196:10 209:7 222:16 255:23 319:5

**antibabesials** 97:21 107:4 153:12 172:8 179:5 190:7 193:16 196:3,8 202:10 205:21 206:4,12 208:1 214:3, 20 217:9 255:21 288:6,23 307:2 312:3,11 319:9

**antibabs** 205:10

**antibiotic** 97:14 142:11 165:4

**antibodies** 66:22 124:9,11,12 277:17

**antibody** 66:18 69:21 96:22 163:1

**anticipate** 9:21

**antimalarial** 83:19 107:15

**antimalarials** 43:15,20 64:21 108:1 263:4 264:1

**antimicrobial** 165:4,6 193:21

**antimicrobials** 101:19 104:21 138:21 175:19 190:3 217:5

**antiparasitic** 193:20

**anxiety** 151:13 152:10

**anymore** 217:20 256:20

**AP** 207:12

**apologize** 110:16

**Apothecary** 5:20 304:11

**apparently** 181:17 296:16

**appeared** 25:6

**appears** 218:9

**Appetite** 201:23

**applicable** 126:7,9 262:3 278:23

**applies** 148:24

**apply** 25:20 246:17 292:11

**appreciated** 133:23

**approach** 99:8 138:18 139:2 217:4 268:22 286:6 323:19

**approaches** 125:12 143:10

**approval** 96:4,7 118:24 119:2

**approximately** 115:19

**April** 14:18 15:12,16

**Arabia** 14:8 15:14 16:1,8

**arbitrary** 184:15

**archaic** 140:8

**area** 10:19 22:8 156:21,24 231:23 287:22

**areas** 82:4,6 85:16 110:11 131:2 157:20 257:14 310:17

**argued** 188:8 271:3

**arises** 323:17

**Arlt** 188:7

**arrange** 117:14

**arranged** 154:20 316:13

**Arte-m** 206:6

**artesunate** 107:16 238:1 242:22 288:22

**article** 75:16 85:3 227:20 228:1,5,8 238:18 250:24 266:11 268:12

**articles** 226:18,23 227:1,8,10,13 247:2

**asks** 212:8,14

**aspect** 162:23 234:5

**aspects** 61:11

**assess** 254:1

**Assessment** 207:15

**assistant** 251:17

**association** 136:21,23 137:2,4

**assume** 216:19

**AST** 178:22

**atovaquone** 44:6 45:17 98:2 99:21 107:13 115:16,18 142:13 206:19 209:6

**attached** 227:19,24 262:13

**attaches** 82:3 175:9

**attack** 249:24

**attacked** 250:1,6

**attacking** 257:8

**attacks** 175:9

**attended** 12:14

**attention** 129:10,23

**attitude** 203:1 271:5

**attract** 264:13

**audio** 320:20

**August** 44:23 45:8 47:3,14 61:23 178:17 179:1,2,3,9 226:24 238:3 241:18 276:14 293:22 297:16 298:6, 15,21 300:6 327:11

**August/september** 171:11 173:19 236:21

**author** 19:19 28:9 46:23 61:5 67:12 77:3 133:8 136:15 187:13,15 248:15 266:20 271:11

**authored** 289:11

**authority** 130:12

**authors** 29:18 188:2

**autoimmune** 163:1 286:19

**automated** 58:2

**automatically** 58:19

**autopsy** 154:6,19 250:15

**average** 284:9

**avoid** 121:24

**avoided** 27:16

**aware** 65:20 66:9 86:4,15 88:19 91:1 93:7 100:1 103:5 108:7,11 109:2,21 110:21 139:12 159:4,8,16 179:10 249:12 253:21 317:1

**axis** 51:14

**azithromycin** 45:18 115:18 142:14

---

**B**

**B-E-D-R-O-S-S-I-A-N** 11:12

**B-E-N-M-A-N-U-O-U-N** 133:15

**B-O-L-U** 100:20

WOLKING and DIARY DWOLKING vs
HENRY LINDNER
KING and DIARY DWOLKING vs    Document 57-8    Filed 07/12/24    Page 90 of 120
Henry Lindner, M.D.
February 21, 2024

**B-O-L-U-O-K-E** 100:20

**B-R-E-I-T-S-C-H-W-E-R-D-T** 113:16

**B-R-Y-K** 285:3

**B.odocoilei** 95:7

**Babesia** 9:1 43:16,18 49:1 66:11,13,
14,19,22 67:15 69:4,12,22 71:10,19
79:2,3,22,23 80:3,9,14 81:10,18,22
82:3,8 83:24 84:1,2 85:14,20 86:11
88:8 89:20 90:18 91:3 92:7,15,21
93:11,23 94:18 95:2 99:7 101:10
103:11,14 104:24 105:10,22 106:24
107:19 110:3,4,9,22 111:4,7,8,13,17,
18 112:12,21 113:2 114:18,23 116:14
118:3 119:15,19,23 120:2,12 121:21
122:2,3,5,9,14,17 123:10 124:5
125:19,22 126:4 129:22 133:8,16
140:14 142:7 143:13 144:23 148:8,9
151:10 153:18,23 155:1 156:19,21
157:4,16 158:8,12,17 159:5,21 162:8
167:19 168:8 169:7 171:3 172:18
196:2,15 197:24 202:8 208:7,14
213:19,24 214:11,13 217:12 224:12
228:3 233:16 235:5 237:1 238:18
243:8 250:7 253:18 255:19 266:21
267:6 269:12,16,21 270:4,6,16 273:4
277:20 278:21 279:1,18,20 313:9
315:2,12 316:7,17 317:14 319:6,12
326:8

**Babesia-infected** 152:15

**Babesia-related** 51:18 200:22

**babesiosis** 9:1 40:15,17,20 43:6
44:1 45:10 46:13,24 47:4,12,23 48:6,
24 61:4 62:8,19,23 63:1,2,6,11,22
64:1,5,9,23 65:2,5,13,19 66:2 70:23
71:1 72:8 74:3,10 75:3 76:11,19 77:7,
19 78:5 81:14 88:3,5,12,14,16,18,22
92:10 93:19 96:12 97:7 98:12 99:24
100:3 103:7,18 104:11 105:4 106:11,
23 108:17 109:20,23 110:20 111:3,
15,22 112:2,9 115:1 121:16 123:13
124:16 125:16,20,22,24 126:1,5
131:20 132:10 134:5,22 135:3 136:1,
8 139:10 140:4 142:13,15 143:4
144:8 146:16 148:11,22 149:10 150:1
152:7 155:16 159:7,10 160:1 164:16
165:1,11 166:22 167:10 170:18
176:11,22 177:20 178:15 183:4
193:15 194:17,23 202:16 222:19
238:15 239:24 242:15 244:20,24
245:21 246:5,13 248:9 265:21 267:2
269:2 278:19,23 279:2,7,20 280:2,8
283:2 285:23 289:12,16 290:9 291:10
298:1 305:19 311:12 316:9 317:3,10
318:13,16 319:23 321:17 325:9

**back** 15:24 18:15 47:19 60:16 69:15
103:10 119:15 127:2,13 147:6 149:6
150:22 151:3 168:10 169:4 170:1
188:18 192:5 200:14 204:22 208:9
214:12 216:14 235:17 238:2 258:9
292:5 294:13 301:7 321:5

**background** 10:14 139:6

**bacteremia** 50:10

**bacteria** 101:21,23 140:16 166:18

**bad** 42:7 107:11 200:13 242:6

**badly** 198:3 316:7

**ballpark** 281:9

**Bartonella** 106:18,23 113:18 140:17
141:5,7 142:7,10 143:3,12 144:23
149:13 171:22

**bartonellosis** 131:7,19 134:3,4
144:9 149:12 245:11,12,21 246:4,16
247:1 267:2

**based** 16:6 47:2 74:11 79:1 93:6
98:1 125:19 147:2 148:16 150:10,15
151:16 156:14 184:20 185:8 209:24
243:19 251:21 304:13 320:14 321:11
322:24

**basically** 15:9 17:16 36:5 65:23
68:24 90:23 107:17 109:3 111:19
125:18 134:3 135:22 138:23 149:10
152:24 161:7 175:13 185:5 189:13
191:14 213:13 215:21 224:23 230:14
231:18 238:24 239:21 242:18 255:11
256:18 265:5 271:3 292:1 306:19
311:17

**basis** 115:13 116:11 282:6

**beat** 20:9

**bed** 72:4 166:21 172:17 234:9 242:5,
9,14,23

**bed-bound** 166:21

**bedbound** 242:19

**Bedrossian** 11:8,12

**began** 18:1 28:21 43:13 52:17,18
120:9 202:15 251:4,18 253:5 286:16
316:21,23

**begin** 9:22 102:5,9 142:14 154:9
196:4 206:13

**beginning** 48:18 83:12 169:22
171:17 247:7

**begun** 20:23

**beings** 67:15 109:24

**belief** 38:19 63:4 165:22 215:8

**believed** 75:1 93:23 163:9

**bell** 114:4

**Ben-manuoun** 133:10

**benzodiazepine** 294:12 314:15

**beta** 186:19

**big** 130:5 143:15

**bilirubin** 178:22

**binder** 33:22 34:5 35:1,5

**bioidentical** 27:15 281:24 282:1,24

**biologists** 140:19

**biomedical** 21:1

**biopsy** 157:10,13,19,22

**bit** 8:16 10:13 19:23 20:2 21:13 27:4
40:14 56:22 90:4 93:3 100:7 113:22
132:14 149:6 155:21 170:3 206:4
280:3 318:1 326:14

**bite** 53:20,24 116:14 172:12 244:12,
13

**bites** 64:18

**bits** 271:2

**bladder** 251:22,23 252:1,2

**blank** 299:23

**bled** 191:11

**bleeding** 173:9 239:13 250:13 319:3,
4

**blind** 279:4

**blocking** 90:2,14,15 317:7

**blood** 66:16 67:19 75:9,10,21 78:22
79:5,6,9 82:6,9,16 84:5,6,8,9,11
85:16 90:3,16 92:24 93:8,12,20,21,24
94:2,10,14,24 111:19 114:12 121:22
122:3 123:14,18,21,24 130:1 141:7
144:1 150:7 151:6 153:18 156:20,24
159:19,21 178:10 239:22 249:11,13
250:8 251:3,4 253:4,14 263:2,3,8,20,
22 265:16 269:3,20 278:24 317:7

**bloodstream** 121:24 186:7 188:17

**blue** 79:13

**board** 21:24 294:6,9,19 295:16

**boards** 314:22

**body** 116:17 156:4 157:17,20 161:7,
9 166:9,11 186:18 188:13 192:21
210:17

**body's** 25:18

**Boeing** 14:8

**bonding** 238:19

**bone** 50:21 52:21 75:9 76:9,11 186:1

**bones** 220:19,23

**book** 25:10 26:18 28:9

**bookkeeping** 54:19

**bop** 156:10

**bottle** 255:13

**bottles** 305:9

**bottom** 48:3 95:6 118:14 136:19
142:24 162:15 204:15 205:4,9 244:19
272:9

**bought** 281:6 284:7 305:7

**bound** 314:18

**bowel** 154:18 173:9 181:2,3,4,8,16,
20 225:3,14,23 249:9,15,16,20 250:6,
9,11 251:20,24 252:8 319:3,4,6

**box** 131:15 145:9

**boy** 266:3

**brain** 29:1 41:3 72:1 85:17 104:7
154:20,21 155:12 156:10 157:12
175:11 176:4 187:8 233:16 264:14,21

**brand** 100:15

**break** 15:12 16:7 87:7 126:19,24
257:17,20

**breakdown** 310:21

**breaking** 85:12,15 146:20

**breath** 224:2

**breathe** 257:7

**Breitschwerdt** 113:12

**Breitschwerdt's** 122:11

**Brian** 285:2,8,11 290:18,23 295:13,
14 298:19 311:8,13 325:8,19

**briefer** 104:18

**briefly** 147:7

**bright** 82:13

**bringing** 156:23

**brings** 156:20

**broke** 68:5 256:3

**brought** 255:4

**browser** 320:24

**Bryk** 285:2 298:19 325:8

**bugs** 193:6

**building** 18:17,22 19:2

**bulbous** 95:2

**bunch** 185:16 194:12

**business** 304:11

**buy** 11:13 285:13 305:9

**C**

**C-H-O-U-K-R-I** 133:14

**C-L-I-A** 95:18

**C-L-Y-M-E-R** 11:23

**c-reactive** 144:2

**California** 67:18 318:4

**call** 15:8 69:16 90:21 91:8 103:3
115:16 140:16 168:19 203:12 204:5,
10,20 205:5 206:17 207:4,17,21
208:15 209:1 249:1 309:1 314:16

**called** 16:3 18:14,17 21:5 37:20
43:15 54:20 72:3 81:24 102:24 113:9
114:7 122:16 128:15 137:11,18
155:24 159:18 166:22 172:9,12
186:19 222:20 228:2 234:7 261:10
262:9 274:1 291:21

**calling** 153:23 309:2

**calls** 91:7 140:14

**calmed** 153:5

**cancer** 121:10 175:5

**canis** 83:3,24 86:6,16,22 148:8,9
238:18

**capabilities** 129:7

**capable** 212:21

**capillaries** 84:10 90:2

**capillary** 79:5,8 84:13 90:15 92:24
93:1,8,20,24 94:1,10,14,24 105:12
263:2,8,20,22 265:16

**capital** 129:6

**caption** 204:17

**carat** 205:11

**care** 14:12,23 15:4 33:22 125:5,15
126:3,9

**careful** 9:18 240:5

**carefully** 27:12,18 31:18 83:23

**Carol** 19:6 281:7 292:14 293:6

**Carolina** 113:7

**carried** 138:17

**carrier** 142:12

**carry** 223:2

**case** 10:15 38:6 111:3 114:21
124:18,20 125:2 131:5 142:7 150:10
154:3,16 158:22 168:10 173:1 229:18
231:10 241:7 250:1 251:2 255:21
271:16 272:20 274:22 288:7 301:21
303:6,9 305:5 308:19 318:14 327:9

**cases** 88:9 103:11,19 108:20 111:14
112:2 122:10 125:20 152:12 159:13
166:23 194:18 222:18 228:11 262:9,
18 263:2 273:24 278:19,20,21 282:3

**catabolic** 185:5,20 187:21 188:4

**category** 264:2,6

**cats** 131:9

**caused** 75:11 85:16 88:4 92:11
111:3 112:2 125:22 126:5 175:14
183:8 224:15 248:23 249:3

**causing** 90:4 160:19 162:10 195:21
213:17 218:4 238:12 252:5

**caution** 26:1 73:4 235:10 240:4

**CBC** 178:20

**CDC** 63:24 64:6,8,23 65:9 84:3 88:13
112:14 113:20 131:6,18,19 142:21
143:1 245:13,20 246:6 278:21,22

**cell** 82:9,16 84:8,9 251:4 253:14

**cells** 82:6 84:7,12 159:19,21 163:3
175:5 186:15,18 251:3 269:20

**center** 5:21 16:19 17:17 19:1 249:7
281:1,22 282:8 283:5,9,13,17 287:3,
13,19 290:1 295:4,22 297:13 298:24
300:15 301:1,20 302:22 304:12
307:20 313:3 328:5

**certification** 5:4 95:16,22 96:10

**certifications** 22:1

**cetera** 248:15

**chain** 121:8 314:5

**chains** 294:24

**chance** 21:4 54:5

**change** 27:4 49:9 184:7 222:23

changed 308:22 323:6 324:10,23

changing 126:21

chapter 25:10

chapters 26:18

characteristic 48:14

characterization 13:10,23 14:2

characterize 47:14 49:3 74:14,18
149:20

characterized 159:7,14

charge 15:3 302:14

chart 33:7 35:11,12 36:2 37:3,13,18
38:3,6,9,23 39:2,7,13 44:5 48:19 49:9
53:19 54:3,18 58:1 59:5,12 68:24
183:18 188:19 221:14 230:6,8 232:1
233:5,8 300:1 301:8 302:7 306:16,17

charting 40:1,4

Charts 37:20,24

check 260:9

Checking 33:21

chemolysis 83:16

children 12:3,6

choice 69:1 160:13

choose 58:19 59:4 117:16 160:10

choppy 327:20

chose 14:7 18:5 69:2 90:21 117:15
149:21 204:24

Choukri 133:10

chronic 44:1 46:12,24 47:11,22 61:3
62:19,23 63:6,11,21 64:1,5,9,17 65:1,
13,19 66:2,4 76:11,19 77:7,19 88:17,
21 92:10 93:19 96:12 97:12 99:23
103:18 104:10 105:8 106:18 109:23
110:8 111:3,8,22 112:2,12 113:18
120:2 123:13 124:16 125:21,23 126:4
131:7 134:4 135:3,24 136:8 141:12
142:12,15 144:8,9 146:16 148:8,11,
22 150:1 153:16 159:10,24 164:16
166:21,22 245:12,15,20,21,23 246:4,
5,8,13,15,16,23 247:1,6 248:8 267:1,
2 269:2 278:19 305:18

chronically 92:5 110:12 111:15,21
141:6 143:11,12 202:15

chronology 226:21

circles 82:15

city 18:24

claim 116:5

clarification 35:16 246:4

clarify 148:23 220:22 248:12 315:1
326:14

Clarks 18:23

clear 48:11 80:1 83:13 109:10 110:16
129:4 152:5 216:22 217:3,6 230:20
246:20,21 248:22 265:3 317:20

cleared 118:16 222:2

clearing 85:23 99:9 171:2

CLIA 95:16,17,19 96:9 119:2

client 8:6,8

clinic 15:6

clinical 23:6 57:19 87:5,7 96:18
126:12 137:2 138:12,17 139:1 148:10
150:16 159:3 167:9 209:11 211:16
213:13 253:24 263:4 264:1 275:14,15

clinically 43:24 98:17

close 218:20

closely 110:9 120:24 126:13

clot 153:20 249:12,13

clots 239:23

clotted 156:17

clotting 84:5 153:19 182:24

clues 97:1

Clymer 11:22

CMP 178:20

CMS 95:20

co-infection 106:22

Coast 67:6

collected 185:17

college 137:5 242:18 254:22

colloquial 102:24

colon 173:10 181:22

column 89:4,15

com- 282:3

combination 98:23 146:24 164:5
192:15 245:10 264:22 279:1

combined 99:5

comfort 126:19 167:12

comfortable 7:23 168:7

commands 38:3

comment 260:23 274:14 280:15

comments 278:4

commercial 18:16 121:20

commercially 66:7 263:3

common 71:24 143:15 145:22 157:2
158:19 173:10 279:4 294:22

commonly 102:23 121:17 143:16
253:19

communicate 96:15 139:8 169:18
219:5 285:7

communicated 134:22 173:4
212:24 213:5 267:7

communicating 91:11

communications 8:7 103:2 220:14
267:4

community 103:4 249:7

company 15:1 16:4 17:8 20:17
113:6,8 114:6

compare 282:8

compared 25:17 27:23 166:17 207:3
283:14

competence 125:10

competent 131:4,21

competitors 282:20

complain 200:16 294:18 314:21

complained 294:6,9

complaint 169:14 216:4

complementary 81:22 82:2

complete 22:2 38:20 40:9 148:24
178:10,20

completed 42:13 95:15

completely 90:15 96:21 125:24
188:16 198:20 199:5 243:5 282:22

completing 20:22

complex 59:22 60:12 163:5

complicated 21:14 235:5

complication 70:13 71:17,23

complications 70:12,18 74:3,10
75:3

Complied 56:20

compound 14:11

compounded 281:24 282:2,12
283:20 313:4

compounding 5:20 18:18,20 19:1
281:1,22 282:8,21 283:5,9,13,17
287:3,13,19 290:1 295:4,22 297:13
298:24 300:15 301:1,20 302:22
304:12 307:20 313:3 328:5

comprehensive 178:11

concentration 292:13

concern 199:11 212:19

concerned 13:13 212:23

concerns 270:1

conclude 188:3 192:18

concluded 328:23

concludes 109:2

conclusion 250:19

concomitantly 316:20

Concorde 16:10,20

condescending 132:13

condition 236:8 242:12

conditions 104:15 245:19

conduct 303:6

conducted 135:20

conference 77:16 78:5,7 136:6,10
241:13 243:21 244:1 263:14

conferences 244:2

confident 45:13 48:15 115:4

confined 166:21

confirm 157:6

confirmed 177:21 230:11

conformed 263:1

confused 172:11,19 268:10

confusion 232:1

connection 83:5 86:19 226:1

connective 220:19,23

Connor 21:11

Conor 6:20 33:22 34:10 42:7 68:4
72:23 73:15 117:3 126:17 132:22
196:21 268:16 296:3 303:16 322:4,13

consent 47:22 61:1,13,16,19,20
63:20 66:6 162:1 211:12 303:8

consequences 162:5

considered 13:7 59:10 65:15 92:4
93:12 129:17 160:18 305:12

constantly 65:7

consult 55:17 65:10 171:15

consultant 22:13

consultation 133:9 205:1

consultations 172:15

consulted 24:23 65:11 134:23

consulting 28:20

contacted 119:21 266:24 298:11

content 19:17

contention 159:24 215:7

contents 19:14

context 132:16 189:8 199:23 209:18

continuation 216:12

continue 115:2 138:14,15 169:8
233:21 235:1 302:17 325:4

continued 65:9 83:17

continues 37:11

continuing 203:6

continuous 42:3

continuously 16:1 115:19

contributed 225:13,17

control 190:17 214:10 219:10
234:17 238:10 254:2

controversial 261:21

convenient 282:4 283:22

conventional 125:12 139:6 140:2

conversation 134:16 205:17 229:2
230:2 232:6 286:10 287:11,17,24
327:10,15

conversations 132:18,19 133:4
232:9 288:1 295:9 297:23 298:2
328:4

converted 186:9

conveying 88:2

convince 158:1

convinced 47:6 80:13 85:21 107:22
172:6

cooperation 81:20

cope 153:5

copied 230:6,7 231:5,20,22 232:19

copies 268:3

copy 36:11 38:3 39:1,4 55:23 58:1,3
59:5 204:14 306:17

cord 318:24

corner 34:20

corporation 14:9 17:10

correct 49:14 55:24 87:15 136:4
151:8 165:3,5 192:9,12 204:21 205:7
217:23 227:10 246:7,11 261:18
267:17 269:8 272:7 274:24 276:12
282:1 295:6 312:4 313:10

corrected 39:14

corrective 249:18

correctly 254:16

Cortef 231:14,24

cortex 32:5

corticoid 43:3

corticosteroid 75:7,12 76:13
138:18 140:3 162:4 167:5,24 179:7
181:9,24 182:23 183:18,21 190:12,19
194:21 201:4 203:6 214:15 217:5,19
254:8 285:22 288:21 292:24 305:1
306:10 309:6 316:3 319:18 323:2
324:11 327:4

corticosteroids 76:2 138:20,22
139:9,21 162:18 164:4,12 165:13,23
175:19 180:23 181:13,20 182:5 193:1
194:21,23 201:1 202:22 210:24
215:17 286:8 290:9 291:9,20 298:1
307:12,14 308:3,8 310:3 311:5,22
315:23 319:8 321:14 324:24 325:12
326:20

cortisol 25:8,10,19 41:5 55:4 74:20
97:8 137:16,20 185:7,18,21 186:16,
18 187:24 188:14 200:4 210:10,12,14
284:2

counsel 5:2,23 33:8 37:22 78:10
276:1 304:1,2,15 311:4 325:6 327:1

counsel's 34:21

count 141:13 144:2 178:10

counteract 185:5,20

counteracting 187:21

counteracts 186:16 188:4

country 319:16

counts 251:4 253:14

WOLKING and DARY WOLKING vs
HENRY LINDNER     Document 57-8     Filed 07/12/24     Page 94 of 120     Henry Lindner, M.D.
February 21, 2024

**couple** 37:9 44:16 56:15 72:14
101:12 121:5 181:1 189:24 198:12
203:9 209:8 232:3 290:4 301:15
303:1

**Courses** 24:24

**coursing** 141:7

**court** 5:13,24 6:8,13 8:19 9:4,23
10:11 174:21 328:18

**Courtney** 281:5 284:6,8,19 285:8,
10,11,16 287:5,21 288:8,15 289:9
290:22,24 292:22 293:6 295:10,14
297:23 298:3,7,16 300:10 301:4
311:7,13 325:8,11 326:19 327:1,8,15

**cover** 185:1

**covered** 155:19

**covers** 303:6 322:9

**COVID** 169:1 294:22 308:21,22
314:11

**crazy** 212:9

**cream** 282:16,18

**create** 32:6 37:17 38:3 110:7 120:7

**created** 7:24 19:9,11 24:16 35:9
60:24 61:4 62:2 64:8 69:3 86:1 177:9

**creates** 84:15 153:20 166:18

**creating** 61:9 129:8 148:15

**creatures** 91:19

**criteria** 98:18 173:3 251:6 278:21,22

**criterion** 97:19,24 253:23

**critical** 146:19

**criticisms** 278:4

**cross** 124:10,11

**CROSS-EXAMINATION** 304:6

**cross-reaction** 66:23

**crowd** 96:15

**cure** 101:1

**current** 133:8

**cut** 38:24 170:1 213:11

**CV** 12:13 15:10 16:6,22 146:5

**CVS** 314:6,13

**cycle** 206:13 306:20

---

## D

**D-E-C-A-D-R-O-N** 31:4

**D-U-N-C-A-N-I** 67:5

**D-U-N-K** 67:5

**d/b/a** 5:20

**daily** 234:15 237:6 238:5 326:2

**damage** 249:16

**damaged** 249:20

**danger** 167:5,24

**Daniels** 19:6 281:7 292:14 293:6

**Daryl** 6:21 8:8 188:21 204:6 205:6
218:7 219:4 221:4 222:8 226:13,18
227:13,18 228:16,20 229:16 230:10
233:14 235:21 237:4 301:16

**Daryl's** 224:7

**date** 5:15 43:6 44:2,22 45:11 47:15
48:2,24 49:2,6,11,13 61:22 65:17
109:18 115:3,4,12 116:11 179:9
229:5 260:4 267:11,12 272:9,10
276:2 280:20 281:9 293:21 301:14

**dated** 274:5 300:5 301:10

**dates** 12:14 44:16 260:10

**daughter** 23:22 24:4,10,14 27:6
28:22 66:20 69:11 70:19 72:11 73:6
74:24 75:24 76:6 77:22 79:10 81:3
82:24 83:8 85:3 86:3 89:21 96:20
99:8 106:14 119:12,23 120:16 123:23
130:3 132:6 133:23 134:24 138:19
139:13 141:11 148:17 151:16 152:1
153:1 154:17 156:5 157:7 158:14,21
160:15 163:15 164:11 168:15 169:1
170:15,22,23 171:18 176:13 180:14,
18 190:9 193:14 213:2 218:16 220:6,
21 221:11,18,24 222:1 233:19 234:1,
3,22,23 236:12,19 237:5 238:4
239:24 240:13,16 241:7,19 242:7,12,
14 243:24 244:5 246:2 247:19 254:6,
14 264:24 267:1 269:18 270:16,22
281:15 284:14 286:4,11,17,20 287:6
288:2,10,13,19 291:20 305:7,8
309:19 311:19 312:7 313:10 317:17
323:13 325:15 326:22 327:3,7

**daughter's** 22:14 23:9 64:12 71:15
74:11 78:22 89:12 107:8 120:17
124:18 133:24 145:9 154:2 237:13
240:23 244:12 248:14,20 261:16
286:2 288:7 297:24 311:16

**Davis** 67:18

---

**day** 7:4 8:22 15:8 138:24 160:11,18,
24 161:1,12 169:2 171:14 174:16
180:5,12 184:3,14 192:3 198:9 202:2
203:4 211:24 212:16 213:9 218:10,14
219:7 221:6,10 230:16,19 242:14,24
254:15 255:1,14 256:4,17 281:23
286:18,23 288:10,14 292:4 306:7

**days** 39:11 104:20 142:13 198:2
230:19 237:24 242:6,23 254:7 267:16
286:18 301:15 302:18

**daytime** 241:5

**deactivates** 186:17

**deal** 25:8 26:20 85:18 99:3 110:2,5
247:18 253:15 271:6 279:14

**dealing** 107:1 149:10 198:22

**deals** 75:6 95:21

**dealt** 76:14 283:14,16,18

**death** 73:3 102:2 248:20 250:20
251:15,16 252:6

**decades** 137:24

**Decadron** 30:20 31:3 215:21

**decide** 208:6,13

**decided** 20:24 78:23 154:10 231:19

**deciding** 325:12 326:20

**decision** 126:11 179:4 292:2 300:2

**deep** 52:13 182:18,24

**deer** 92:8 144:24

**default** 7:21

**deficiencies** 21:20

**deficiency** 41:5,8,15,21,22 42:1,18
51:16,22

**deficits** 141:19

**define** 101:14 121:6 140:20 180:8
184:12

**defined** 193:19 279:6

**definition** 111:23 174:22 175:1
178:1 184:7

**definitive** 94:5 116:4 171:18

**definitively** 94:9

**deformed** 130:18

**degree** 85:13 151:23 152:10 167:12
194:10 250:7

**DEH** 32:11

WOLKING and MARY LU WOLKING vs
HENRY LINDNER
KING and MARY LU WOLKING vs
HENRY LINDNER · Document 57-8 · Filed 07/12/24 · Page 95 of 120
Henry Lindner, M.D.
February 21, 2024

**delay** 7:2,8 20:7 42:12 132:24

**delaying** 172:2

**delete** 58:19,20

**deleted** 80:5

**deleterious** 180:24 181:9 182:19

**delivering** 186:3

**demonstrate** 94:8

**demonstrated** 163:14

**density** 52:21 75:9 76:10,12

**department** 81:21

**deponent** 5:21

**depose** 327:8

**deposited** 84:7

**deposition** 5:12,17 247:8 268:17 328:23

**depressed** 72:5

**depression** 71:21 72:3,9 74:2 75:2 108:10 109:6 151:13 264:15,21

**derealization** 71:18 83:17

**des** 255:13

**describe** 14:21 21:9 27:11 40:18 46:13 63:1 91:16 166:3 184:23 233:23 237:12 247:8 281:4

**describes** 84:14

**describing** 117:9 129:8 277:4

**description** 90:12 148:10 325:17

**descriptions** 103:10

**destroyed** 137:21

**detail** 110:7 150:19 262:5

**detailed** 177:10

**detect** 66:10 114:18,20 121:16,20 252:2

**detectable** 66:7

**detected** 112:10 122:2 123:10

**detecting** 142:5

**determine** 122:13 231:11

**determined** 30:11 77:23 122:14 124:8 215:22 314:3

**determines** 96:1

**determining** 139:23 198:21 326:16

**develop** 78:1 119:10 120:10,14

183:3,7 271:10

**developed** 69:9,12 81:21 113:1 119:1 147:1 307:5

**deviating** 125:11

**dex** 219:22 220:11 255:8

**dexamethasone** 22:22 24:13,20 25:16,22 28:19,21 29:12,22 30:5,15, 19 31:2,8,11 32:15 138:3 210:15 220:4 221:13,15,19,21,24 239:8 255:3,12 256:5,19 290:16 301:17 302:11

**dexamethazone** 295:5 305:10 308:11

**DHEA** 32:2,4,8,11 158:7 161:17 185:4,12,18,20 186:1,7 187:4,10,21 188:3,10,14,16 312:22

**diag-** 97:18

**diagnose** 25:5 126:4

**diagnosed** 25:3 40:14,17,20 41:7 43:5 45:10 47:3 59:23 62:8 92:10 109:19 110:18 114:24 115:11 137:17 154:16 253:19 262:23 265:8,12,21

**diagnoses** 40:10 49:9

**diagnosing** 21:19 97:19 125:19,21 138:6 150:1

**diagnosis** 23:6 40:6,19,21 41:14,21 42:1,17,19 43:1,9,11,12 45:18 47:13, 17 48:6,16 49:3 59:20 60:12 61:2 88:5 96:12 97:24 98:12,17 101:1 115:13 116:11 125:15 142:18 177:20 253:24 279:10 311:12

**diagnostic** 97:19

**diagnostic/therapeutic** 145:13,22

**diagnostics** 81:21

**die** 155:2 183:8 233:21 234:24 236:23

**die-off** 71:20

**died** 154:9,18 155:6 176:3,10,11 183:6 186:23 250:17

**Diego** 67:17

**differ** 105:14 215:15

**difference** 54:11 91:22 92:2 210:12

**differentiate** 122:13

**differentiation** 29:9

**differently** 280:5

**difficult** 88:10

**dinner** 85:8

**direct** 89:5,23

**directly** 75:14 120:20

**director** 121:2

**dis-** 275:14

**disability** 64:12

**disabled** 242:7

**disabling** 90:5

**disagree** 139:7 269:1

**disagreement** 21:1 139:8 314:12

**disappears** 188:17

**discharge** 12:17 13:3,10,23

**discharged** 13:4

**discipline** 87:11

**disclaimer** 101:2,4

**disclaimers** 100:23

**discovered** 31:24 79:19 86:18 119:14 120:16 246:13

**discovery** 35:23 45:24 177:3 228:2 258:14 260:10 276:10,13 280:17 289:22

**discuss** 285:24 287:21,23 288:2 319:24

**discussed** 30:7 110:13 175:24 229:17 231:10 251:1 288:7 305:7 311:16 312:6 317:9

**discussing** 139:21 218:23 311:11, 14

**discussion** 270:10 327:23

**discussions** 308:1

**disease** 22:5 30:11 46:13 61:3 65:19 66:4 93:9 94:15 97:13 101:1 102:20 104:19 112:10 137:21 138:4 139:16 140:8 142:8 148:13 149:17 163:1,10 165:1,2,5,8 166:24 173:16 215:23 216:13 217:11 226:19 244:17 267:10 275:15 286:7 320:6 323:10,15

**disease-based** 137:18

**diseases** 63:10 77:18 87:24 93:7 94:13 227:21 228:12 245:11,15 258:21 259:10 260:24 262:10 266:12 272:6 273:23 279:24

**dismiss** 271:8

WOLKING and GARY DUBOW KING vs
HENRY LINDNER   KING and GARY DUBOW KING vs   Document 57-8   Filed 07/12/24   Page 96 of 120   Henry Lindner, M.D.
February 21, 2024

**dismissed** 328:22

**dismissive** 261:2 267:5

**dispense** 320:16 321:13

**disseminated** 172:13 174:9 187:2
236:6,24 316:6

**distinction** 211:7

**distinguish** 81:10 189:14 262:5

**distinguished** 242:11

**distinguishing** 193:11

**District** 5:13,14

**disturbance** 151:24

**disturbances** 151:13

**divergens** 114:23 122:5

**diverticuli** 181:21

**diverticulum** 181:15 182:10

**division** 95:20

**DNA** 121:9,14

**doc** 97:11

**doctor** 14:10 21:9 22:5,19 26:2 60:14
61:17 63:5 69:2 72:21 87:14 93:7
101:8 108:16 118:2,4,5 134:11 135:1
145:16 231:9 294:18 317:1 320:6
322:2,23 323:24 326:9

**doctor's** 135:6

**doctors** 25:13 31:19 88:13 97:11
103:2 107:10 119:18 124:23 125:1
145:5 199:19 200:15 236:9 253:7,20
264:19 294:16

**doctors'** 294:24

**document** 46:6,24 47:21 60:18,24
77:4 127:24 128:6 148:1

**documented** 44:5 95:1 201:11
215:17

**documents** 13:15 36:1 37:22,24
38:22 116:1 289:10,15

**dogs** 83:3,24 84:23 86:7,17,23 131:9
148:9,11 153:16 157:4

**dominant** 277:19

**Doris** 274:23 275:9,21

**dosage** 29:21 184:2

**dose** 28:1 30:2,10 45:15 48:10
115:17 160:12 161:2 162:15 167:5,24
168:11,13 170:1 174:5 179:7 184:13,
15 187:4 190:5 191:4,20 193:5 194:2

195:23 198:4,5 202:4,6 203:5 205:15
211:16 213:11 214:5,15,17 215:22
219:2 222:1 231:14,23 241:3 254:9,
19 255:5,14 257:6 286:15 288:5,21
290:13 292:3 305:16 306:24 307:9
325:12,18,20 326:4,6,16,20

**dose-related** 222:20,22

**doses** 24:6,15 30:7 31:21 41:10 75:8
76:2,3,7,13 85:10 139:9,13 160:8
161:15,19 162:4 164:13 165:13
167:11 172:17 179:21 180:21,24
182:23 184:8,12 190:12,19 193:2,8
195:17 196:12 198:10 199:16 200:1
202:7 203:7 207:3 209:8 211:3
213:21 214:9 217:5,19 219:12,22
220:12,18 221:13,16,20,22 223:3
225:13 234:12 237:22 238:1 239:2
242:22 243:2,4 256:2,10,12,13,15
286:22 288:9,23 291:5,19 302:7,17
309:6 311:19 316:3,11,12 319:5,20
326:3 327:4

**dosing** 30:1,3 138:18 139:2 140:3
186:4,5,6 204:1 212:5 213:8 215:5,9,
11 217:15 306:17 324:11

**doubt** 297:20

**downside** 220:17

**downstairs** 287:15

**downtown** 15:5

**draft** 25:10 227:20

**dramatic** 75:24 85:5 87:6 152:1
171:4 186:22

**dramatically** 163:14

**drawn** 74:8

**Drexel** 81:20 120:10

**driven** 305:17

**drop** 253:13

**dropped** 247:21

**drug** 8:24 25:1 98:22 107:12 108:7
118:16 201:3,5 210:3 213:17 293:13

**drugs** 22:23 98:24 99:22 100:3
146:14,24 150:11 175:18 210:2,18

**drugstore** 255:10

**due** 21:1 25:6 48:24 144:13 197:14
213:23 236:9 249:15 269:2 318:24

**duly** 6:5

**duncani** 66:19,22,24 67:3,4 114:22
122:5 124:9,11

**duty** 12:19

**DVT** 183:7,12,20

**DVTS** 183:3

**dye** 81:23

**dynamic** 300:2 305:16

**dysfunction** 51:14,23

**E**

**e-mail** 39:4 45:8 54:17 55:23 57:22
58:13,16 59:1,7 60:2 117:6,23 118:11
133:19 182:7,12 188:24 189:9 191:9,
14 192:10,14 198:16 203:16 204:10,
19 208:18 209:18 211:23 215:1
216:17 218:7,9 219:3,13,19,21
220:21 221:3 222:8 225:20 226:13
227:17 228:1,6,20 229:1,4,16 230:4
233:13 235:20 237:3 240:12 241:18
268:16 274:5,20 275:11 284:11
285:1,9,17,19,21 293:19,21

**e-mailed** 133:22

**e-mailing** 284:19

**e-mails** 38:24 39:2 54:23 133:6,10
134:11 188:20 203:11 206:20 211:19
212:18 213:7 222:5 237:8 241:15
274:17 285:16,20

**E-V-A** 12:8

**earlier** 35:14 48:18 54:4 57:11 60:17
65:5 88:17 95:10 100:7 109:18 115:3
119:8 127:17 136:7 147:7 150:21
151:18 179:24 182:13 184:24 192:8
207:16 209:16 219:1 225:4 237:9
239:4 243:24 247:22 251:2 267:18
299:8 315:12

**early** 24:11 62:4 133:24 134:14 170:9
294:11

**earnest** 172:18

**earthworms** 100:13

**easier** 9:4 34:11 282:3

**easily** 65:15 79:4 88:11 104:21 150:4
154:21

**east** 67:1

**Eastern** 5:16 67:1 127:13 258:9

**easy** 88:5 104:20 142:18,19

**eat** 234:10

**editor** 261:20 273:19

**editors** 170:5

educated 62:12,14

education 131:12

Edward 113:12

effect 23:12 25:8 108:3,5,22 109:8
116:6 138:8 165:19 187:10 206:24
210:7,15,16 211:8 213:18 222:22
223:6 241:4

effective 146:13 192:22

effectively 42:20 193:7

effects 32:17 75:16 76:6 87:6,7 89:5,
16,18,22,23 99:6 107:4,12,20,24
109:4,17 160:9,19 161:20,22 171:5
178:4 180:24 181:9 182:4,19 185:6,
14,21 186:22 187:22 188:5 195:15
197:13 199:12,16,20,22,24 200:9
201:1,8,10 209:20,21 210:2,3,18
211:2,3,11 239:2

effects' 199:7

effort 309:9

efforts 134:1

electronic 37:19 285:1 297:6,8

electronically 296:18

element 35:12

elements 35:11

elevated 141:14 172:21

eliminate 162:8

elimination 221:16

embolism 183:7

emergency 171:1 172:19

emotional 254:24

employees 14:9

employment 16:12,20

encephalitis 245:14,22,23 246:8,16,
24 286:19

encephalomyelitis 172:13 174:10
187:2 236:7 237:1 316:6

encounter 43:9 49:6 54:9,12 60:3
73:19 205:1

encouraged 19:3 101:5 320:4

encourages 101:8

end 7:11 12:24 35:21 37:8 42:11 80:1
99:2 135:5 141:21 200:19 217:13
225:17 281:2

ended 16:8 87:19 124:24 172:1,19

186:24 218:19

endocrine 23:2 40:22 136:20,22
137:1 171:14 264:16

endocrinologist 21:15,19 229:18
231:11

endocrinologist's 231:17

endocrinologists 25:4 137:3

endocrinology 21:16 137:18 139:6
140:2

endothelium 84:10 156:23

ends 208:19 317:16

energy 194:9

engaged 156:6

engorged 64:13 244:16

enlightened 247:11,13,16

enlightenment 141:21

enter 204:24 248:24

entered 38:23 40:6 250:2

entering 269:20

enters 29:1

enthusiastic 323:12

entire 32:20 38:3 40:7 58:23 188:22

entity 17:8 20:18

environment 143:16

enzyme 85:4,12 100:12 186:17,20

enzymes 172:20

episode 236:13

equivalence 221:22 234:15

equivalent 180:6 218:14 221:9
288:10 306:6

equivalents 174:14 255:2,8

eradicated 317:3,10,12

erections 210:6

erroneous 74:14,16

essay 129:5

essence 129:9 137:23 140:11

essentially 13:5 84:14 105:6 121:24
132:14 153:20 162:22 177:21 183:20
200:8 210:19 255:15 271:4 291:24
312:7 316:8

establish 296:2

Established 15:20

estimate 62:12 265:24

estradiol 282:16 292:15,18

European 114:22

Eva 12:7

evade 144:17

evading 103:15 163:18 166:11

evening 241:15 256:11 281:16

evenings 213:7

event 136:11

events 254:24

eventually 119:16 154:18 168:1
286:23 319:8

everyone's 328:12

evidence 43:24 49:21 78:24 112:5,8
124:15 131:7 188:11 263:17 270:14
271:7 277:5

evidences 83:13

evident 88:7 137:14

evolving 113:4

exact 95:23

examination 6:16 97:1 123:15

examined 6:6

excepting 76:3

excessive 160:18,20 164:3 169:24
175:3,7 211:3 224:4,5 254:2

exchange 57:5,6,10 117:7 133:20

exchanged 54:17 285:16

exchanges 133:7

excited 94:7

excluding 313:9

exercise 125:9 156:7

Exercising 126:10

exhibit 184:4 258:23

Exhibit-1 33:5,10,15 34:19 35:8 36:9
38:19 39:20 44:20 47:20 54:4 57:10,
12,17 59:6 60:17,18 76:16 116:19
117:5 118:7 126:15 188:19,23 216:16
220:16 233:13 293:18 301:8

Exhibit-10 228:14

Exhibit-11a 258:24 259:11,21 260:8
261:8 262:21

**Exhibit-12** 259:1,4,19 260:3,7 266:5,
9 267:21

**Exhibit-13** 260:2 271:23 272:1,18
273:2

**Exhibit-14** 274:4 275:3

**Exhibit-15** 274:16 275:4

**Exhibit-16** 275:23 276:20 277:2
278:17 279:8

**Exhibit-18** 280:13,20

**Exhibit-19** 295:19 296:14 297:19
299:2,13 300:12

**Exhibit-2** 55:20 56:2,12 58:7 60:16

**Exhibit-20** 148:19 149:22 289:22

**Exhibit-3** 76:17,21 77:4 78:18 87:23
92:23 100:8

**Exhibit-4** 135:11,13 136:16,19 140:6
145:11

**Exhibit-5** 146:4,7

**Exhibit-6a** 45:22 46:2,7 147:6,11,13
150:7 151:11 155:24 160:5 169:5

**Exhibit-7** 176:15,17 177:19 183:23
185:4

**Exhibit-8** 243:10,12,20 244:8,18

**Exhibit-9a** 248:2,7 254:6

**Exhibit-9b** 127:23 128:9 130:16

**Exhibit-b** 100:18

**exhibited** 234:2

**exist** 58:12 68:8 90:20 109:23 134:5
267:3

**existed** 68:1 164:17

**existence** 279:6

**exists** 64:2 125:21 141:18

**expect** 104:8

**expected** 102:9 222:22 223:23

**experience** 23:6,15 52:8 64:11
70:20 71:15 72:8 74:11 75:22 86:2
89:12 93:6 99:16,17 103:7 106:11
107:23 111:7,9 148:16 151:12,16
152:3,11,24 160:15 168:16,17 169:7
170:11 171:4 184:22 193:13 194:4
200:5 220:3

**experienced** 45:16 48:12 52:12
71:19 75:19 89:8 152:7 183:11
238:22 319:19 323:1

**experiencing** 49:21 50:21 51:1,5,9,
13 52:3,21,24 53:4,7,10,15 192:18
199:11

**experimentation** 213:14

**expert** 21:21 133:16 140:2

**expertise** 22:7 320:14 321:12

**experts** 130:17,21 131:1,3

**explain** 54:6,10 57:14 59:16 60:23
83:5 88:1 96:6,14 100:10 101:13
107:5 108:12 117:1,6 150:17 182:17
189:16 192:17 204:21 205:12 208:7
211:7 286:3 288:18 309:1 323:4
325:11 326:18,24

**explained** 59:21 108:5 288:20
290:21 325:7 327:6

**explanation** 116:18

**export** 38:4

**expose** 102:11

**exposed** 102:5 143:17 152:16 159:1
162:9 166:12 196:2 214:14 317:15

**exposes** 166:15

**exposing** 85:13,19 97:16

**exposure** 97:2 124:15 206:10

**express** 142:24 251:13 252:11

**expressing** 53:15

**extends** 73:2

**extensive** 73:1 89:12 150:16 153:2
163:4 185:12 193:13

**extensively** 28:16 75:15 90:18
94:11 213:6

**extra** 20:9 27:7

**extreme** 24:16 158:22 256:23

**extremely** 25:12 85:5 154:9 187:7
214:22

**extremities** 116:1

---

## F

**F+2** 223:1

**F+3** 223:1

**face** 201:17,22

**facial** 201:19 210:6 239:9

**fact** 25:9 30:9 74:15 117:9 119:24
128:17 153:14 164:14 166:16 193:1

213:18,23 217:14 244:23 253:23
263:20 270:7 290:24 326:2

**facts** 10:15

**failure** 51:10

**fair** 36:10 37:2 67:24 72:7 80:8 81:2
86:21 98:10 99:21 146:22 159:23
166:2 180:3 191:23 197:18 225:11
295:2

**fairfax** 229:18

**fairly** 153:17

**falciparum** 105:8 110:6 148:14

**fall** 251:4 254:22

**Falls** 10:21 11:2 12:10

**false** 140:8 142:3,4

**familiar** 23:8 25:12 92:18 114:13
125:4 280:9,10 305:22

**families** 15:1

**family** 22:19

**fan** 129:14

**fat** 239:16

**fatigue** 41:3,17,23 104:7 115:23
194:9 201:16 264:14,21

**fatigue/lethargy** 41:12

**fatigued** 65:6 187:8

**FDA** 30:4,9,24 96:4,6 108:22 118:23
119:2 215:12,20

**FDA-APPROVAL** 245:7

**FDA-APPROVED** 244:20,23,24
282:4,23 284:3

**feasible** 157:13,19

**February** 5:15 16:24 17:12 38:10
274:5 280:21

**feel** 138:13,15,22 150:22 168:6
191:19,20 195:9,22 196:16 203:7
212:7 219:15,24 233:19,21 235:1
243:6 314:20

**feeling** 191:4 193:2 194:11 197:13,
16 198:3 200:16,17,19 205:24 206:9
220:8 234:7,16 235:2 256:20

**feelings** 115:24

**feels** 194:1

**felt** 41:4 43:23 45:13 47:8,11 51:16
59:23 60:11 157:16 172:3 198:6
214:7 219:6 267:8 305:20 323:2

WOLKING and GARY WOLKING vs
HENRY LINDNER     Document 57-8     Filed 07/12/24     Page 99 of 120     Henry Lindner, M.D.
February 21, 2024

**fever** 88:6 102:1 129:24 141:2,12
143:23

**fewer** 194:24

**fiances** 15:23

**fibrin** 84:4,6,7 87:8 153:19 238:18

**fibrin-bonded** 317:6,20

**fibrin-bonding** 157:3

**fibrin-bound** 156:18

**fibrinolytic** 85:4,12 100:12

**fibrinolytics** 85:22 87:6 153:3,13

**fibro** 238:18

**field** 21:16 39:21 113:17 273:4

**fields** 130:17 131:11

**fields'** 131:2

**fight** 163:10 165:7

**figure** 109:10 213:14 264:17

**file** 33:14 34:4 35:7,8,18 73:17 228:2
258:15 262:9 275:24

**filing** 5:4

**fill** 294:11 299:22

**filled** 283:3 306:11,13

**finally** 172:6 251:2

**find** 29:2,6 38:2,11 43:8 57:16 65:12
68:14 78:23 79:4 88:10 91:9 94:15
111:18 113:1 148:10 181:23 182:22
185:2 190:18 215:11 233:7 253:9
273:7 276:2,14 280:19 309:7

**finding** 69:22 174:14

**findings** 225:18

**finds** 82:1

**fine** 33:23,24 126:21 153:12 243:6

**finger** 223:9

**finish** 24:12 71:5,7 74:6 99:13
112:17 132:21 175:22 191:8 289:2

**finished** 9:19 12:24 328:9

**finishing** 242:17

**firmly** 156:17

**FISH** 66:15 69:4,21 78:1 81:19 82:19
95:7 96:22 111:16,20 112:11 117:22
277:16 279:14

**five-day** 136:11

**five-minute** 126:18 257:20

**fixed** 299:21

**flow** 85:16 90:3,16 156:20,24

**flu** 104:9

**flu-like** 97:3 104:6 151:22

**fluid** 24:16 25:21,23 75:8,20,24
184:17 239:7

**fluorescence** 82:11

**fluorescent** 69:5 81:23,24 82:5,7

**flushing** 220:9

**focus** 315:11

**focused** 324:4

**fog** 41:3 104:7 264:14,21

**fogged** 187:8

**folks** 139:19

**follow** 55:15 133:10 265:1 268:3,16
273:6 314:19

**follow-up** 59:8 303:19 304:13
309:21 322:15

**food** 118:16 234:10

**Force** 12:19,22 13:16 14:13 21:4,7

**forced** 130:2 145:9 146:13

**forget** 57:24 187:24

**forgotten** 39:4

**form** 5:6 39:15 61:1,6,9,13,16,20
62:2,7 63:20,21 64:1,8,22 65:18 66:6
68:2,14 79:22 87:1 98:13 100:20
105:12 130:22 131:22 150:14 156:21
162:1 163:11 184:10 189:18 211:12
241:21 321:19 322:8 327:16,19

**format** 297:3

**formed** 105:13

**forms** 36:3

**fortunately** 319:9,17

**forward** 206:8 207:20 208:4

**found** 23:10 27:18 31:18 66:20 67:6
69:20 74:24 79:4 83:23 84:1 121:3
122:11,20 150:5 172:20 185:23,24
190:9 220:11 221:18,20 225:24
249:13 255:17 316:5

**free** 15:3

**frequency** 224:21 282:9

**frequently** 10:19 213:1 250:12
282:12

**Friday** 56:13,22 189:3 256:11

**friend** 14:12

**front** 34:5 55:23 72:24

**front-to-back** 156:11

**full** 38:20 149:4 229:21 255:13

**fully** 42:2 45:10 317:3

**function** 65:7 72:1 138:13,15,23
165:12 172:4 178:21 186:14 203:7

**functional** 51:24 217:16

**functionality** 72:2

---

**G**

**gain** 201:23

**gained** 12:21 23:5

**Gary** 10:18

**gastrointestinal** 105:16,18 108:9
109:5

**gauge** 219:22

**gave** 24:13 40:23 55:6 77:13 78:15
85:3 106:8 134:20 136:6 138:2
146:15,17 153:3 180:1 202:23 208:2
211:15 216:8 238:17 239:6 243:21
286:16 291:16 299:9 309:18

**Geisinger** 249:7 251:10,13 256:7,9

**gene's** 121:9

**general** 21:4,6 22:10 23:8 25:12
59:18 70:23 111:8 136:24 194:10
285:21 311:15

**generalizations** 273:5,8

**generally** 69:22 91:19 104:5,10
168:12 179:16 223:12,24 237:23
273:12,13 282:19 306:13 317:2

**generated** 39:24 40:3

**generation** 114:3

**generic** 30:24

**genus** 279:20

**gestalt** 116:12

**get all** 305:22

**girth** 239:15

**give** 7:20 20:3 46:11 54:5 55:1 60:5
76:1,3 77:7 153:6 154:11 155:18
162:6 167:10 174:21 184:2 188:9,10
194:22 196:17 210:5,14 212:19

231:19 240:17 241:2,19 242:1 281:9
288:24 289:9 291:14 299:21 311:20
313:6 319:21 320:11,20 325:17

**giving** 97:21 139:10 150:12 165:14
238:11 243:2 247:15 256:12 288:22
326:6

**gland** 137:22

**glands** 31:23 137:22

**glitch** 7:7

**glucocorticoid** 25:11 32:3,7 41:8,
15,20,21 42:1,17 43:3 51:16,22

**glucocorticoid-related** 161:10

**glucocorticoids** 25:13 29:8 32:1,18
75:17 139:3

**GMO** 21:6

**good** 96:19 122:7 125:13 126:18
197:16 203:4,8 206:24 257:4 270:14
282:19 304:9 321:2 325:1

**GP** 59:16

**gradually** 152:18 173:8 205:22

**gray** 39:21

**great** 11:10 25:8 26:20 85:18 99:3
110:2,5 127:3 247:18 253:15 257:15
279:14 321:3

**greater** 70:20 250:7

**greatly** 106:24 187:5

**grow** 10:16 210:6

**growth** 201:20

**guarantee** 39:3

**guess** 10:6 11:24 13:24 24:2 27:3
34:3 60:8,10 62:10,11,13,15 93:5,17
101:13 128:5 134:14 152:20 160:13
208:19 230:23 268:21 276:21 283:1,
11 291:6 303:14

**guidance** 177:4 241:20

**guide** 148:22 158:5 169:16,20,22
176:22 178:7 224:12

**guideline** 46:10 125:21 126:7
148:15

**guidelines** 65:8,12 66:3 125:11,17,
24 131:20 133:8 136:21 137:15
142:23 143:2 266:21 280:7

**guides** 147:8,19 149:1 169:21

**gums** 239:11

**Gynecology** 137:6

## H

**H-E-M-O-P-H-A-G-O-C-Y-T-I-C**
174:23

**H-E-R-X-I-N-G** 101:11

**H-Y-P-O-A-L-B-U-M-I-N-E-M-I-A**
52:4

**hair** 53:4 201:20 210:7

**hairs** 201:21 211:5

**half** 160:4 213:12

**half-second** 7:2

**hand** 291:3 302:17 305:5,14

**handy** 260:13

**happen** 242:20 310:4

**happened** 136:2 164:10 217:8
242:16 247:19 253:17 256:22 291:19
320:23 327:24

**happening** 203:2 327:3

**happily** 187:18

**happy** 13:17 202:23 263:21 276:18
289:5

**hard** 9:23 33:19 153:21 221:18
303:23 323:9

**Harris** 307:16,22 308:1,6

**he'll** 6:11 80:21

**head** 7:22 156:11

**headache** 104:7 194:14

**headaches** 168:8

**health** 12:21 37:19

**hear** 7:6 35:2 320:9,19,22

**heard** 114:6 197:4 253:22 294:15
323:20,21

**heart** 175:12 220:8

**heart-beating** 220:7

**heavily** 150:8 151:7

**heavy** 156:9 171:2

**heels** 156:3

**held** 5:17 14:17

**helped** 193:4 241:2

**helpful** 55:8 117:11 132:14 147:23
164:5

**helping** 74:19 194:5 208:21 212:10

**hematologist** 251:1,8 253:10

**hemoglobin** 222:24 223:2,7

**hemolysis** 85:11 88:7 158:17 171:2

**hemophagocytic** 154:14 173:2,11
174:11,19,24 187:3 249:1,23 250:5,
13,23 251:3 253:6,16 255:15 256:24
257:8 307:6

**hemorrhage** 181:3

**hemorrhaging** 173:9

**Henry** 5:19,22 6:4 36:22 56:23
204:17

**Henry@hormonerestoration.com**
58:14 59:1

**Henrylindner.net** 128:4,12

**Henrylindner.net.** 127:18

**hernia** 53:1

**herxes** 177:19

**Herxheim-** 169:24

**Herxheimer** 104:13 109:7 168:5
243:6

**Herxheimer-like** 43:17 45:14 48:11
97:15 101:12,14 102:14,18 103:8,22
104:3 108:3,19,21 115:15 165:19
171:21 219:16 242:21

**Herxheimer-type** 153:4

**herxing** 97:10 101:11 102:24 103:3
105:1 106:24 115:16 116:4,9 156:8
169:24 174:8 177:24 179:21 189:15
190:21 192:15,24 193:11,15,18,19
194:7,12,16,19 195:2,22,24 196:14
197:14,21 206:5 242:6 256:1

**hesitant** 208:24 209:3

**Hey** 168:10 261:20 263:15

**hides** 90:14

**hiding** 166:15

**high** 24:6,15 75:9,10,21 76:1,3
121:22 160:7,12 161:1,19 168:1
179:20 180:24 184:1,7,12,13 203:6
214:9 215:15 217:19 220:12,18
221:19,22 223:3 239:17 254:9 255:6,
23 286:15,21 291:5 302:7,17 305:5
306:4,13 307:8,12 308:24 311:19
316:2,10 323:23

**high-dose** 206:6 216:2

**higher** 25:24 76:13 85:10 94:3 162:3

182:23 196:12 198:5 209:14 217:15
221:16 225:13 243:2,3 306:23 309:6

**highest** 254:9 308:5

**highlight** 160:6

**highly** 166:17 172:20

**HIPAA** 72:21 73:2,10

**historical** 97:1

**history** 36:23 55:10 97:2 116:13
188:22

**hold** 72:20 81:11 328:15

**home** 10:20 12:9 90:23 171:7 307:6

**honorable** 13:11 14:4

**hope** 157:23

**hormonal** 40:23

**hormone** 16:24 17:6,7,13 21:17,20
22:13 25:11,19 27:14,21 41:5 61:14,
18,19 137:12 138:8 185:18 187:6
200:7 209:23 210:16 211:12 264:12
265:23 282:15 290:2,6,8,12 292:12
293:7

**hormonerestoration.com** 19:7,15,
20 36:22 185:15 247:24

**hormonerestoration.com.** 127:17

**hormones** 27:15 31:20 97:6 185:16
210:1,19 282:1,6,12,24 283:20 313:5

**horrific** 64:11

**hospital** 35:20 36:4,10,11,14 124:24
154:15 155:15 170:10 172:23 173:21,
24 182:9 183:6,9 186:23,24 218:20
231:9 241:10 249:5 301:16

**hospital's** 35:13

**hospitalization** 33:17 134:17
249:14 316:4 324:12

**hospitalizations** 36:16 179:14

**hospitalized** 170:9,13,17,24 175:24
176:9 236:21 252:12 254:14 315:3
319:3

**host** 90:13 91:13,20,23 92:1,3,4,5,6,
12

**hosts** 91:19 92:14

**hotel** 136:10

**hours** 15:8 135:22 156:13 177:16
208:18 219:11,14 255:7 326:3,5
327:5

**house** 15:20 16:17 145:14,15,16

214:8

**HPA** 51:23

**huge** 141:19 326:6

**Hugo** 11:2 16:17

**human** 66:11 67:15 92:20 109:24
111:3 112:2 141:21 148:14 153:23
155:16 200:4 210:10

**humans** 9:21 83:4 84:23 86:7,17,24
110:21 130:6 269:4 270:6,9 277:11

**hump** 217:18

**husband** 8:7 154:10,20

**hybridization** 69:6 82:1

**hydrocortisone** 23:3,5,7 24:1
25:18,22 27:2,19,24 29:5 31:16 41:10
42:22,24 138:11 158:9 171:13 211:15
230:10,15,17 232:4 284:1

**hydroxychloroquine** 107:15

**hydroxysteroid** 186:19

**hyped** 167:20

**hyper** 167:20

**hypoalbuminemia** 52:3

**hypocortisolism** 137:15

**hypothalamic** 51:13

**hypothesis** 86:22 87:4

**hypothyroidism** 137:10


**I**

**ICD** 39:22

**ICU** 251:17

**ID** 228:11 273:24 276:6

**idea** 17:5 64:16 137:17 140:22 201:6
204:4 219:21 241:2 247:16 267:5
276:3 291:1

**ideas** 127:21 137:24 143:10

**ideation** 106:7,12 235:4

**identical** 200:4 210:12

**identification** 33:11 46:3 56:3 67:19
76:22 94:4,5 113:3 121:13 122:4
135:14 146:8 176:18 243:13 248:3
259:5 272:2 275:5

**identified** 60:19,21 122:8

**identify** 67:14 120:11 121:11

**identifying** 86:10

**identity** 82:21

**IDS** 97:10

**IDSA** 63:24 64:6,8,23 65:8 84:3
88:13 112:13 113:20 131:5 132:9,16,
18 133:4 134:21,24 139:18 142:21
143:2 245:13,20 246:6 266:21 274:2
275:24 276:4 277:22 279:24

**IGENEX** 58:9 66:13 69:19,20 96:21
111:16 112:20 117:12,16 118:3
120:14,20,24 124:7,13 135:4 208:11
264:6 277:16 279:14,19

**IGeneX's** 112:6

**ignorant** 132:1

**ignoring** 131:6 141:3

**ilab** 121:1

**ILADS** 65:21,22 77:11,15,17,20 78:5,
6 97:11 135:21 136:5 241:13 243:21
245:5 263:14

**ill** 77:24 107:13 111:15,21 116:13
138:19,21 144:18 153:3 154:9,17
165:16 193:23 194:1 196:5 207:9
249:17 281:16

**illness** 22:14,16 23:9 64:12,19 65:9,
15 87:18 89:13 102:2 103:13 145:9
177:14 248:14,23

**illnesses** 102:8 246:22

**illogical** 137:12,13

**image** 81:17 82:11 123:20 151:5
153:22 155:11,13,15 176:4

**images** 79:13,24 80:6 81:3,12,13
82:22 154:7 263:22 269:11,13,14,15

**imagine** 40:5 42:24 266:3

**imagined** 289:4

**imaging** 172:14 249:17

**immaculate** 141:15,24 142:9

**immediately** 59:8 77:24 119:21
120:9

**immense** 323:16 327:4

**immune** 85:14 89:19,24 90:14 97:16
102:5,12 103:15 108:4 144:17 158:23
159:2 162:9,10,19,23 163:15,18,23
165:7,11,16,24 166:6,11,24 167:6,18
168:2 175:3,7,8,14,15 178:2 186:14
187:5 190:15 193:17,22,24 195:19
197:23 206:10 213:19 214:10,14
243:7 248:24 249:3,24 317:15

WOLKING and DARYL WOLKING vs Document 57-8 Filed 07/12/24 Page 102 of 120
KING and DARYL KING vs HENRY LINDNER Henry Lindner, M.D.
HENRY LINDNER February 21, 2024

**immune-activation** 104:9

**immune-mediated** 89:15,17,22

**immune-system-evading** 108:18

**immuno** 185:6

**immunocompetent** 64:2

**immunostimulatory** 166:17

**immunosuppressant** 162:21 163:9 187:22 188:4

**immunosuppressants** 163:6,7

**immunosuppressed** 168:23

**immunosuppressive** 185:6 318:22

**immunotherapy** 238:14

**immunovating** 102:3

**impacts** 211:1

**implausible** 290:3 292:8,9,14,24 293:8

**important** 57:20 81:13 149:23 172:5

**importantly** 31:24

**impossible** 143:6,18 145:2,3 263:18

**impression** 60:6

**impressive** 113:22

**improved** 173:8 202:17 206:3 319:10

**improvement** 83:20,21 97:4 317:13

**improvements** 45:17 64:21 83:13, 16 115:21 116:7,10

**in-person** 286:10

**inaccurate** 230:9 269:7

**inadequate** 138:7

**incapable** 142:5 198:20

**include** 70:16 76:8 129:2 130:20 149:13,15,21 175:18 201:13 261:17 288:12 290:9 312:22 325:10

**included** 36:18 74:15 83:1 148:7 168:15 243:1 277:6

**includes** 108:23

**including** 32:16 36:2 83:15 96:20 123:23 145:5 178:22 185:18 250:13 253:13 294:17 321:14

**incompetent** 130:17 131:21

**incomplete** 290:4 292:9,10 293:1,8 317:16

**incorrect** 273:5,8

**incorrectly** 164:22

**increase** 43:21 169:8 187:5 205:14 206:17 207:2 250:4 255:24

**increased** 82:4,6 182:24 186:15 206:10 238:12 239:15,16 250:9 251:21,22

**increases** 186:14

**increasing** 90:1 210:16

**indeterminant** 69:16

**indeterminate** 117:10

**Indiana** 10:18

**indicating** 112:11 178:2

**indicator** 105:21

**individual** 28:12 54:24 97:20

**induce** 233:18

**induces** 221:15

**inducing** 186:17

**ineffective** 186:10

**inefficient** 186:3

**infarction** 154:18 181:6 249:10,15 251:21

**infected** 69:11 84:12,16 92:5 97:22 110:12,22 141:6 143:12,13 144:6 173:7 190:13 233:17 270:15

**infection** 60:6 64:17 66:6 69:23 83:11 84:22,23 86:6,7,17,22,23 89:20 90:1 98:9 102:7 113:19 120:3 134:1 139:4 141:2,12 142:1,18 143:22 144:10,12 165:17 166:6,13 167:1,16 168:22 171:20 175:4 200:13 234:4 254:3 262:23 263:1 265:9 277:6,10, 15

**infections** 99:7 105:10 106:18 111:8 139:22 141:9 143:7 144:16 145:4 159:9 167:21 168:19

**infectious** 22:5 138:4 139:15 140:8 163:10 165:1,8 226:19 227:21 228:11 273:23 275:14,15 320:6

**inference** 158:13 159:2

**infest** 319:6

**infestation** 43:18 78:24 112:12 150:18 156:9 250:8

**infestations** 109:13 144:23

**infested** 83:9 150:8 153:17

**infesting** 130:6 267:6 270:9

**infests** 270:6

**inflammation** 25:7 51:19 85:18 90:5 164:1,3 166:19 175:11,13 179:1,3 200:20,22 215:14 235:23 238:12 249:3 250:4,10 253:1 254:1 255:18 256:23 319:5 323:16 325:3

**inflammation-related** 219:17

**info** 59:21

**infor-** 314:9

**inform** 311:23

**information** 28:6 29:21 30:6,10 38:12 40:2 46:11,19 57:23 59:11,24 60:1 61:2 77:19 108:22 113:4 120:6,9 136:13 147:4,23 148:7 185:13 187:18 199:8,21 203:24 215:13,20 218:21 240:18 244:7,9 245:6 263:5 276:19 296:21 309:13,17,21 310:10 315:9 318:2

**informative** 55:9

**informed** 69:10 120:15 126:11 149:19

**inhibited** 130:19

**initial** 15:21 55:14 168:17 317:13

**initially** 96:21 99:9 101:17 103:12 107:10,14 133:22 211:11 250:4 252:24 263:9

**injuries** 181:7,11

**insensitive** 58:9

**insert** 30:14 31:1 201:4

**inserts** 30:5

**insight** 242:1

**insomnia** 108:9 109:5

**instance** 31:23 112:7 158:14 314:11

**institution** 154:13

**instruct** 73:9

**instructions** 117:18 293:4 294:23 299:5,11,21 314:9 325:17,22

**insufficiency** 27:20

**insufficient** 137:16

**insurance** 303:5

**intellectual** 128:18 129:7

**intelligent** 280:4

**intend** 168:3,5

**intended** 100:24

**interacting** 213:18

**interaction** 304:16

**interesting** 29:1 122:6 259:13

**Interminable** 97:10

**internal** 102:11 140:22

**International** 63:9 77:17

**interpret** 85:11 180:3

**interpreted** 80:12

**interrogatories** 148:20

**interrogatory** 226:23

**intervascular** 105:11

**intervened** 19:2

**interventions** 126:14

**intestine** 50:6

**intestines** 175:12

**intra** 251:21

**intra-abdominal** 239:16

**Intracellular** 113:9

**intravascular** 80:15 84:15 85:24
   106:19

**introduced** 17:4

**invent** 146:13,22

**invention** 62:24 88:18 246:15,18

**invested** 151:7

**investigate** 83:10 134:1

**investigating** 87:19

**investigation** 94:1 120:24

**investigator** 113:11

**invited** 77:18 78:3

**involved** 67:7 72:13 270:21 316:12

**involvement** 318:24

**involving** 103:20

**iron** 222:24

**irrational** 261:2

**irritability** 152:10

**isolated** 287:22

**issue** 32:11 60:12 71:12 73:19 122:6
   138:6 222:20 245:24 257:12 285:22
   287:6

**issued** 125:17

**issues** 9:17 25:20 36:17 71:1 72:12,
   16 75:1 76:8 107:1 181:2 312:6

**items** 282:14

---

## J

**jacks** 156:1

**January** 16:10,13 48:24 49:2,11,14,
   19 50:4 52:2,7,20 69:19 109:19
   110:19 111:5,24 115:2,20 117:17
   124:14 158:6 264:7 303:13

**Jarisch-herxheimer** 101:17 102:16
   104:14

**Jefferson** 135:1

**Jeffery** 229:21

**jirovecii** 168:21

**job** 14:5,17,22 42:22 144:19

**John** 5:10 267:3

**journal** 228:12 258:21 261:22 273:21
   274:2,3 275:15

**journals** 26:19 139:16 226:20
   246:24 260:11

**judge** 72:24

**judged** 265:5

**judgement** 96:18 126:12

**judging** 223:19

**July** 15:14,16 155:4 176:7 179:15
   237:17,20 261:11 262:1 267:19
   274:17 275:11 315:3

**jumping** 156:1

**June** 16:9,13 24:17 43:9 56:13,23
   59:9 60:3 178:17,21,24

**June/july** 238:8

---

## K

**K-A-R-I-U-S** 114:7

**Karius** 114:7

**Keesler** 126:23 127:3 304:4,8,10
   311:2 312:20,21 313:16 315:20
   321:1,3,8,10,21 327:16

**Kelly** 233:1,2

**key** 85:23

**kill** 102:4,10 107:19 162:7 167:3
   190:17 214:21 253:18

**killed** 101:20 102:2 104:22 165:18

**killer** 163:3 186:15

**killing** 85:19 97:15 158:17,24 163:16
   166:14 169:7,19 172:18 175:9 190:21
   193:6 206:13 207:19 208:4 214:13
   216:23 217:7,17 218:3 243:8 255:19
   316:7 317:14

**kind** 13:14 19:1 27:22 43:21 49:22
   51:24 55:9 57:14 71:1 79:3,17 80:13
   102:23 112:11 114:15 115:23 123:17
   130:14 138:12 144:13 151:5,24 152:7
   156:10,13 167:20 194:11 211:13
   212:18 220:7 223:16,18 236:11
   237:22 243:7 248:17 257:13 284:1
   293:3 294:23 307:4 308:23 311:18
   314:19,24 318:21

**kinds** 80:5 200:9

**kits** 96:8

**knew** 107:18 124:2 171:6,7 190:12
   213:2,19 241:14 244:13 276:15
   277:18 280:6 285:10 295:6,7 303:21
   305:3

**knowing** 124:1 212:21 213:16

**knowledge** 122:1 132:4 141:15,20
   199:23 267:9 272:17

**knowledgeable** 131:3

**Krause** 133:7,20 266:20 267:4,8
   271:11,18

**Krintafel** 192:21 202:10 206:6
   222:15

---

## L

**L-E-U-K-O-P-E-N-I-A** 51:2

**lab** 20:18 67:22 122:11 261:16

**laboratories** 69:1 96:1,8 119:4

**laboratory** 78:2 95:14,22 112:24
   113:8,10 114:18 118:4 119:1 121:19,
   20 158:1 172:21

**labs** 36:3 144:4,11 178:9

**lack** 25:7 194:9 293:12

**lacking** 31:22 132:4

**lactic** 251:18 252:6

**lady** 183:5

**Lake** 18:21

---

WOLKING and DARYL WOLKING vs
HENRY LINDNER

KING and DARYL WOLKING vs

Document 57-8      Filed 07/12/24      Page 104 of 120

Henry Lindner, M.D.
February 21, 2024

**Lamb** 6:10,18,20 9:11 20:5,11,14
21:12,23 23:13 24:7 26:11,15,22
29:19 33:13,23 34:2,13,16,17 37:12
39:18 42:14,15 44:13 45:7 46:5 56:8,
10 62:17 67:8 68:16 70:1 71:13
73:18,23 76:24 80:22,23 81:8 87:9
98:19 99:19 113:21 117:4,20 126:20
127:4,15 131:16 132:2,23 133:2,18
135:16 146:10 150:20 164:18 176:20
190:23 197:1,9 216:15 226:6,8,10
235:15 240:10 242:3 243:15 248:5
252:9 254:4 257:11,21,23 258:11
259:8 268:19,20 272:4 275:7 296:4,7
297:14 303:17 322:7,11,14,18,22
324:7,17,21 326:12 327:17 328:1,8,
11

**landing** 156:2

**Lane** 11:2 16:17,19 17:5,17

**language** 211:13 246:21

**large** 99:10 114:11 158:8,12,16,22
166:10 234:11 288:3,17 289:8 291:3,
19 301:20,22 305:4,14 318:3

**larger** 158:20 242:21 309:11 310:3,5,
14

**largest** 158:15

**Lastly** 307:3

**lasts** 104:17

**late** 17:18 179:2

**latest** 226:24

**Lavern** 11:22 12:2

**law** 10:11

**lawsuit** 241:16 323:5 324:16

**lawyer** 45:24 55:21 74:7 177:2

**lawyer's** 36:7

**lawyers** 8:18

**layer** 152:15,16

**lead** 133:7 169:10

**leads** 130:14

**learn** 24:18,21 25:1 26:10 28:10
31:13 32:14 62:22 136:14 239:21

**learned** 26:17,18 55:7 148:14 241:16
247:17

**learning** 27:8 29:24 31:10 225:22

**leaving** 14:6

**led** 160:10 215:6

**leery** 314:5

**left** 10:20 52:15 63:10 90:6 150:23
257:14

**leg** 52:15

**legal** 125:6

**legislation** 95:24

**length** 176:1

**lethargy** 41:23

**letter** 230:13 268:13 294:14

**letters** 207:10,12 267:23

**leukopenia** 51:1

**level** 186:17 203:8 205:23 252:6

**levels** 186:6 196:4 200:7 202:11
215:15 223:16 225:1 251:5,18 253:3
254:9 257:6

**Lexitas** 5:11

**lice** 131:9

**license** 294:19

**lie** 242:8

**life** 10:18 90:24 214:22

**life-threatening** 163:24

**light** 109:12 220:7,8

**likewise** 210:8

**limit** 30:8 215:5,9,10

**limited** 15:14 22:12 264:16

**limits** 30:1

**Lindner** 5:19,22 6:4,20 33:7 34:19
36:22 56:14,23 127:16 197:4 258:12,
16 261:11 304:9 309:22 310:12
320:15 321:11

**Lindner's** 248:14

**lines** 54:7,8,22

**lining** 84:10 156:22 239:11,12

**link** 84:22 85:1 86:6,16 185:15

**list** 39:22 40:3,10 43:1 48:18,23
49:23 70:13,17 71:16,22 74:15 75:11
89:7,9 99:20,22 100:3 149:4,15
151:14 161:24 178:7 194:16 198:16
199:7,14 200:21 201:8 212:4

**listed** 16:23 74:1,9 100:2 140:11
161:23 182:3 191:22 201:1 208:10
245:3 262:15 265:17 266:18

**listen** 26:3

**listened** 289:20

**listing** 202:19

**lists** 106:2,3 108:8 149:4 151:14
178:10 199:20

**literally** 209:21 256:19

**literature** 25:9 26:21 29:3,7 79:1
83:22 86:5 88:21 90:19 91:2 92:19
93:14 95:2 99:4 100:2 103:6 105:10
110:1,2,6 111:7 112:6 122:17 147:3,4
148:3,5,12,15 149:13,16 185:9,13
186:13 201:11 215:12,18 228:3 280:9

**live** 10:24 12:10 14:11 16:1 90:24
91:17 142:16

**lived** 10:19 315:8

**liver** 172:20 175:11 178:21

**living** 10:22 101:22

**load** 158:8,12,15 159:5,8,16 317:12

**local** 249:5 291:20 301:18 304:22
308:17 309:1,10 310:2,13,22,24
312:13,15,17 313:22 314:2,13,16

**locally** 305:12,23 315:8 316:14 318:5

**locate** 93:9

**located** 16:16 17:14 105:22

**location** 11:3 17:19,22 18:6,20
105:21

**locations** 169:21 309:8

**lodge** 84:11,13

**long** 22:21 38:8 42:23 44:14 69:5
104:16 149:18 153:15 170:10 194:16
239:18 262:18 276:18 291:15 328:14

**long-lasting** 23:12

**long-standing** 116:8

**long-term** 115:21 162:5 262:24
264:9,10 265:11,18 266:1

**longer** 25:24 42:23 76:13 126:22
180:13,15,21 308:20

**looked** 27:12 28:3,10 29:11 30:23
32:14 83:22 123:20 130:5 147:7
182:12,14,15 187:10 192:10 225:23
260:18 263:16 277:13

**loosen** 156:3

**looser** 156:18

**lose** 271:18

**loss** 52:21 53:4,7 75:9 186:1

WOLKING and DARYL WOLKING vs
HENRY LINDNER
KING and DARYL WOLKING vs   Document 57-8   Filed 07/12/24   Page 105 of 120
Henry Lindner, M.D.
February 21, 2024

**lost** 238:10,23 318:9

**lot** 9:4 15:20 23:5 27:1 83:17 93:24
155:19 184:16 194:3,24 200:19
201:18,21 213:13 216:18 221:21
263:16 264:20 271:17 281:24 319:7

**lots** 264:13

**loud** 56:17

**Loudon** 231:9

**low** 55:3,4 194:2 195:17 196:3
200:13 202:11 251:5 257:6

**low-dose** 238:13

**low-pred** 234:7 256:20

**lower** 42:22 158:23 190:4,11 199:3
202:7 223:15 256:13,16

**lowered** 257:5

**lowering** 191:5

**lowest** 326:4

**Lucas** 251:9

**lumbro** 256:2

**lumbrokinase** 85:3 100:7,11,21
109:15 146:18 153:7,9 158:18 171:4
222:3 236:15,16 238:11,16 254:23
317:19

**lung** 252:24

**lungs** 250:2 257:9

**Luo** 274:24 275:21

**LVH** 178:21

**lying** 242:14

**Lyme** 63:9 66:4 77:17 97:13 102:20
104:19 112:9,10 118:2,4 142:8 165:2
166:18,22,23

**Lyme-literate** 107:10 294:17

---

**M**

**M.D.** 5:19 6:4 36:22

**made** 9:16 29:9 30:21 40:10 42:5,17
63:19 66:1 70:16 71:16,22 77:23
98:17 107:13 138:21 150:10 177:7
184:6 198:13 214:22 233:4,20

**Maiden** 11:22

**mail** 283:9

**mailed** 302:14

**mailing** 302:14

**main** 266:20

**mainstream** 222:18

**maintain** 37:17

**maintains** 38:11

**major** 226:19 257:14 294:24

**majority** 319:17

**make** 7:8,15,20 8:1 9:18 51:20 59:20
98:7,11 129:4 144:18 149:3 167:14,
15 197:6,7 209:12,17 217:2 227:22
230:24 243:6 245:17 246:20,21
259:17 265:24 280:4 282:15 291:3,24
292:21 302:16 309:4,20 327:18

**makes** 9:4,23 86:5 137:19 163:20
188:12,14 191:20 250:3 278:15,18
292:19

**making** 84:24 85:8 119:23 120:1
126:11,12 142:22 193:23 196:16
209:12 211:19 246:3 250:9 262:17

**malaise** 41:17,23 233:20,24 235:1

**malaria** 43:16 94:11 102:8 105:8
108:16 110:6,8,9 147:3 148:12,14

**malarial** 110:11

**male** 283:21

**Malherbe** 148:9

**managers** 14:9 314:20

**manifest** 224:1

**manner** 90:6 120:22

**manually** 58:3

**manufacturer** 30:21,22

**manufacturer's** 30:14

**manufacturers** 30:17

**manuscript** 258:16 259:22 260:8
261:6,11 262:22 267:19 272:13

**manuscripts** 262:13

**March** 136:3 177:15 180:1,4

**mark** 57:1

**marked** 33:5,10 45:22 46:3,7 55:20
56:2 76:17,21 77:14 83:15,16 100:18
127:23 135:11,13 146:7 148:19
176:15,17 243:10,12 248:3,7 258:23,
24 259:5 261:8,9 267:19 271:23
272:2 275:4 280:13 295:19

**Markets** 291:21

**marking** 34:21 35:4

**marriages** 11:19

**married** 11:15,21,24

**marrow** 50:21

**marshall** 188:10

**massively** 257:4

**material** 109:22 128:4 210:23

**materials** 289:15

**math** 254:16

**mathematical** 129:9

**matter** 5:18 25:9 28:1 169:6,11
201:18 273:20

**maximum** 30:1

**MDS** 107:10

**meaning** 19:16 43:6 89:23 97:15
141:24 163:21 210:2 282:1 305:21
314:1

**means** 95:14 104:6 114:17 178:1
186:3 192:11 193:3 205:13 208:8
212:6 222:11 249:2 302:1

**meant** 107:5 159:11 161:22 225:20
232:4,16 252:5 292:14

**measure** 159:8

**measured** 159:5,17

**measurement** 224:18

**measurements** 129:20 144:4

**Measures** 156:1

**measuring** 129:8 224:24

**mechanism** 95:4

**medical** 12:23 20:21 21:5,6 28:15
29:7 36:23 37:3,13,18 38:6,20 39:7,
12 44:15 54:3 59:5 63:2,23 81:21
86:5 87:14 88:21 89:19 90:19 91:2
92:19 100:2 103:1,6 130:20 140:12
145:20,22 148:2,5 186:11 200:12
201:11 215:11,18 228:2 230:21
246:24 249:7 261:22 273:20,21
294:6,9,19 295:16 314:22 320:14
321:12

**medically** 199:20 201:2

**Medicare** 95:21

**medication** 107:18 108:24 116:6
165:4,6 244:24

**medications** 26:6 43:14 83:14 98:2
99:5 107:9 108:1,6 109:12,16 116:6
162:21 189:22 244:22 245:2

---

**medicine** 14:21,23 15:22 22:19 69:7
125:10 129:3 141:22 247:9 279:4

**meet** 278:20

**meeting** 134:10

**member** 134:24

**memory** 262:11

**menopausal** 282:17

**menopause** 40:24

**mental** 72:13 233:18,20,24 235:1
254:24

**mentally** 194:11

**mention** 122:6 139:12 161:18 246:1
278:8

**mentioned** 25:2 31:3,15 37:21 51:15
72:14 78:2 86:4 100:8 101:11 103:20
104:16 108:8 117:11 121:4,23 123:22
124:17 131:18 134:11 151:17 165:21
170:14 174:18 179:9 181:1 182:5
183:6 187:9 192:20 203:9 219:1
224:11 236:5 238:9 241:11 247:22
270:18 293:5,11 297:22 313:7,20
319:13 325:7

**mentioning** 247:1

**mentions** 86:11 98:21

**mepron** 47:7 59:20 108:8,15,20
109:5 177:20 178:3

**merit** 272:20

**message** 39:1 44:23 54:8,15,16
55:3,7 56:12 58:10,12 116:21 191:13
204:16 205:2 225:7 275:20 301:9,13
303:22

**messages** 55:11 57:10,11,15,19,22
58:17,22 219:13

**met** 14:13 173:3 253:23 281:5,7,11
284:6

**meta-analysis...there** 277:3

**metabolic** 178:11

**metabolism** 221:15

**metagenomic** 113:24

**metaphor** 152:19

**meter** 224:21

**methemoglobin** 224:3,22 225:1

**methemoglobinemia** 222:20
223:11,13,16,19,22,24 224:19,20

**method** 193:10 325:8

**methods** 122:4

**methylprednisone** 231:20,22 232:3
286:17

**mgs** 209:10

**Michelle** 229:19,21 230:3 231:4
232:6,12,18

**Michelle's** 231:5

**Michigan** 155:10 310:18 311:1

**microscopic** 78:24 88:8 94:9

**microscopy** 123:24

**microti** 66:19 84:3 103:11,14,20
114:22 122:4,9,17,19 124:9,15
125:19 279:1

**microvasculature** 160:3

**middle** 5:14 256:14

**mild** 152:12 179:1

**milder** 209:7

**military** 12:16,20 13:8,20 14:2,6

**milligram** 45:15 209:8 213:3 234:13
297:18 302:10 308:11

**milligrams** 160:11,17,24 161:1,12,
15 162:14 171:13 174:13 180:5,12
184:3,8,14 185:23,24 198:6 202:1,24
203:4 206:23 214:5 218:10,15 219:4
221:6,17 230:16,17,19 231:24 234:14
237:6 238:5 254:15 255:2 256:5
257:2 286:17 288:14 306:6,22

**mind** 91:23 96:13

**minds** 129:11,19 130:18

**mine** 90:11

**minimal** 125:10

**minimally** 168:14

**minute** 72:21 257:5

**minutes** 257:18 322:24

**misrepresented** 216:3

**missed** 233:9

**missing** 15:11

**misstated** 226:8

**misstatement** 170:4

**mistake** 140:18 196:7

**mistakes** 273:4,7 292:19

**model** 21:2 83:3 86:23

**models** 129:9

**molecular** 67:18 94:3 113:3 210:11

**molecule** 282:2

**molecules** 25:17

**mom-and-pop** 314:17

**moment** 26:7 224:8 313:6 319:21
320:11

**Monday** 250:18

**monitor** 223:5

**month** 133:21 155:3 196:8

**months** 45:20 83:18 115:19 119:12
171:17 242:19 285:5

**morning** 55:21 198:6 206:24 209:10
234:9 250:18 256:9

**motion** 73:17

**mountain** 307:4

**mouth** 239:10,11,13

**move** 156:10,19 233:9

**moved** 17:19,24 18:12,21 87:22

**moving** 172:10

**Mozayeni** 69:3 77:21 81:19 124:18
171:15 261:18

**Mozayeni's** 119:6

**multiple** 172:9 288:1

**multiply** 121:11

**multiplying** 121:9

**Murray** 251:7

**muscle** 53:7 75:9

**muscles** 157:1 175:12 220:19,23
236:8 238:24

**muscular** 156:24

**muted** 322:5

**myopathy** 52:8 235:24 236:10,13
238:22

**N**

**named** 114:23

**names** 28:6 98:22

**Napolitan** 6:1

**nattokinase** 146:19 153:7,9 158:18
222:3 254:23 317:19

**natural** 9:20 25:18,22 41:5 129:18 186:15 187:6 200:7 210:10,16 256:2

**naturally** 188:13

**nature** 129:12 144:22 173:16 222:24 317:5

**nausea** 104:7 115:22 168:7 194:14

**NC** 113:10 122:11

**needed** 15:4 24:15 59:12 138:22 139:13 171:23 180:21 213:3 217:15 219:9 220:12 236:14 237:6,17,21 254:10,14 284:23 288:3 301:21 302:16 305:5 307:5 309:7 323:2 327:4

**needing** 162:3 174:15 216:18 218:22 255:8 286:15 289:7 302:6 306:12 307:11 311:19 323:22

**negative** 43:21 69:17 76:6 96:21 98:5 109:13,16 124:1 144:11 160:9 161:19,22 162:5 178:4 197:13 211:1 214:6

**negatives** 142:4

**neglected** 59:13

**nerve** 236:7

**nest** 90:7,8,13,21 153:23 155:16 156:22

**nested** 166:9

**nests** 80:15 84:15 85:13,15,24 89:5, 23 90:2 91:3,7,9 105:12 146:20 153:1,10,15,16 154:6,22 155:12 156:15 157:7,10,22 166:13 222:2 256:3 317:6,16,21

**neurologist** 286:16 318:20

**neurologists** 172:15 245:16,24 246:9

**neuropsychiatry** 247:12,14,16

**newly-seen** 102:6

**night** 55:4,5 194:13 200:18 220:13 234:11 241:4 251:18

**nod** 7:21

**nonofficial** 120:21

**normal** 141:13 144:1 146:1 204:19 217:12 253:3

**normal'** 145:12

**North** 113:7

**nose** 239:12,14

**note** 53:18 209:6 230:6,7,21 231:8 232:13,19 233:4

**noted** 5:23 36:9 327:18

**notes** 204:20 205:5 208:16 230:21

**noticed** 15:10

**November** 49:15,19 50:3 52:1,7,19

**nuclei** 154:24

**nucleic** 120:10

**number** 48:13 90:1 99:10 106:3 114:11 121:12 137:9 184:20 195:15 204:6 212:11 214:13 262:18 276:7 289:23 295:22 301:24 317:13

**numbers** 121:22 231:3 237:12

**numerous** 116:15

### O

**O-D-O-C-O-I-L-E-I** 49:1

**oath** 10:10

**OB/GYN** 137:5

**object** 131:22 207:6 321:19

**objection** 39:15 72:19 87:1 98:13 130:22 150:13 163:11 184:9,10 189:18 241:21 322:8 327:16,19

**objections** 5:5

**obligation** 12:24

**Obstetrics** 137:6

**obstructed** 84:13

**obtain** 13:17 154:5

**obtained** 100:13 318:5

**obvious** 7:10 64:20 88:4,15 129:10, 21,23,24 141:10 143:23,24 144:3 152:13 158:19 159:21 165:15 172:24 178:2

**occasion** 290:14

**occasionally** 23:4 292:19

**occasions** 237:23 241:8 282:14

**occur** 43:17 108:19 181:14

**occurred** 102:16 182:15

**occurring** 83:21 157:4,6

**occurs** 166:19 239:17

**October** 48:2,5 60:22 61:23 62:6 65:18 66:10 68:1 72:7 74:23 75:18

78:4,8 83:12 106:10,13 116:22 134:17 135:2 170:10,13,18 175:21 176:10 183:2 221:4,8 222:5,9 225:8 226:13,21 227:2,9,18 228:17,21 229:6,17 233:6,14 235:21 237:4 287:1,7,8,9 301:10 302:23 324:12

**odocoilei** 49:1 66:11 67:15 69:12 81:18 82:8,19 83:3 84:23 86:7,11,17, 23 92:7,11,15,21 110:4,22 111:4,13 112:3,4,21 113:2 114:18 119:19,23 120:12 121:21 122:9,18,21 124:12 125:22 126:5 157:4 267:6 270:4 277:5,10,18,20 279:10,18

**odocoilei-specific** 69:4

**offered** 117:13

**offhand** 44:4

**office** 17:16 18:23 35:24 36:7 49:8 54:14 55:16 287:14

**officer** 13:5,7,20 21:5,6

**offices** 144:8

**Ohio** 310:17 311:1

**one's** 162:24

**one-hour** 133:9

**ongoing** 41:2 45:19 69:22 111:14 141:1 197:23 247:6

**onion** 152:17,22

**online** 230:6 313:2

**open** 76:16 282:22

**operating** 18:11

**opinion** 110:4 135:1 143:1 200:24 248:19 249:19 251:14,20 252:11 320:1,15 321:12 323:6 324:10,23

**opinions** 320:10

**opportunistic** 168:19

**opposed** 94:15 109:7 176:24

**optimal** 231:23

**Optimum** 231:14

**oral** 87:6 186:4 297:18

**order** 93:9 94:14 117:18 123:1,9,17 124:7 178:13 182:12 206:22 217:17 303:8 313:1 325:4

**ordered** 68:24 118:21 120:18 124:13 208:10 264:7 311:6 320:17 321:15

**ordering** 120:22 123:8 279:15 308:6 310:5 311:21 328:17

KING and DARYL WOLKING vs
HENRY LINDNER

WOLKING and DARYL WOLKING
Document 57-8    Filed 07/12/24    Page 108 of 120
Henry Lindner, M.D.
February 21, 2024

**organ** 105:2,13

**organ-** 163:24

**organ-specific** 195:1

**organism** 66:16,18 69:11 79:17 82:3
84:15 91:20 102:22 111:17 114:21
121:10 150:9 151:7 193:18,20

**organisms** 78:21 79:5,17 93:23 94:9
97:16 103:14 114:11 117:13 121:12
131:9 140:23 143:14 144:21 158:21,
23 159:1 163:23 164:9,15 165:18
166:14 167:3,22 169:19 171:3 179:6
187:6 194:20 214:21 217:17 218:3
263:15 269:19

**organization** 20:17 65:20,22 95:21

**organizations** 125:18

**organized** 259:24

**organs** 116:16

**out-of-control** 249:24

**out-of-state** 308:21

**over-stimulated** 200:17 220:1,9

**over-the-counter** 85:4 100:14
312:24

**over-treating** 326:6

**overhear** 287:21

**overlap** 110:17

**oversight** 268:7,8

**overwhelming** 131:6 175:13 235:23
249:2 256:23

**owned** 11:7

**owner** 11:6 19:2

**oxidation** 222:23

**oximeter** 224:9

**oximetry** 223:8

**oxygen** 223:2,10 224:3,8

---

**P**

**P-U-L-L-A-R-K-A-T** 228:22

**p.m.** 127:13 208:17,19 258:3,9
301:10 328:20,24

**package** 201:4

**pages** 19:17 33:20 35:18,21 36:8,18
37:9 38:18 204:15

**pain** 194:15 200:14 201:14,15

**panel** 178:11

**paper** 67:11,23 68:19 70:6 83:23
86:8,10 88:24 91:5 92:22 111:1 148:6
153:14 227:20 228:3,16 258:13,14,
20,23 259:11,18,20 261:13 262:17
267:8 268:11 278:1,5 280:11,20

**papers** 26:19 80:6 139:15 141:18
149:18,24 150:5 257:12 260:11,21
263:21 277:20 280:8

**para-** 140:18

**paradigm** 140:9

**paradoxical** 190:14 193:7 195:15

**paragraph** 64:4 66:5 70:10 75:6
162:16 269:23 294:2

**parameters** 172:21

**parasite** 80:10 81:11 85:24 90:12
102:10 105:12 106:19 140:15 190:16,
18 269:3 270:4,7 279:5

**parasitemia** 159:18

**parasites** 88:9 91:17 99:10 101:20
102:3,4 104:20 108:18 124:5 130:1
131:8 140:16,18,20 144:17 159:22
163:17 166:10 190:22 206:10,14
207:19 208:4 233:18 269:12,16

**parasitic** 92:16 113:18 143:7 144:16
145:3 159:5

**parasitology** 140:11,12

**parent** 95:21

**parents** 173:15

**part** 21:18 56:16,24 58:7 70:3 103:16
118:14 128:18 129:1,18 164:13 179:4
181:16 189:2 217:21 226:17 232:16
233:15 241:13 262:12 263:24 268:8
273:1 279:3 287:17 293:24

**parties** 5:3

**partly** 206:9

**partnership** 20:17

**party** 281:17

**past** 202:18

**paste** 39:1,4 58:1,3

**pathogen** 162:24

**Pathogens** 113:9 260:23 280:13,18

**pathologist** 154:6 250:22

**pathology** 128:18

**pathophysiology** 63:13 181:18

**patience** 53:13 281:3

**patient** 23:23 24:4,5 40:7 44:22
46:16 49:8 54:13,17 57:23 61:2 74:18
76:4 82:19,22 97:20 100:4 101:9
106:15 116:21 120:19,20 126:3,14
147:12,14,16 151:17 152:2 154:8
155:2 171:11 176:11 177:19 180:5,15
183:5 194:1 204:16 208:12 212:20
218:13 221:8 234:22 235:22 236:5,19
239:20 240:20 241:11 270:18 290:17
291:10 294:12 298:12 301:9,12
305:14,17 311:18 312:16,18 314:14
315:7 317:9 318:4 319:1,3 323:2,21,
22 325:2,21 326:23

**patient's** 30:11 55:10 98:1 145:24
165:11,24 175:10 215:22 325:11
326:15,19 327:1

**patient-guided** 292:1

**patients** 14:24 27:7 33:1 62:7 64:2
71:11 72:8 75:19,22 81:1 85:22 86:3
89:8,13 91:12 92:9 96:19 97:6 99:17
100:16 101:5 102:17 103:3,7,12
104:15 105:4 106:11 107:23 111:11
112:1 119:4 120:1,18 123:23 138:4
139:10 140:4 146:16 148:17 152:7
153:9 157:8 159:6 160:1,16 162:1,2
163:9 165:11 167:7 170:12,14,17,20
175:24 176:24 177:11,14 179:20
180:11 181:2 183:3,10 186:22 190:10
218:19 236:2 253:17 262:24 264:9,
10,20 265:1,11,19 266:2 269:18
270:15,20 271:20 275:18,20 277:5,9
280:2 282:4 283:2,8,22 285:23
290:10 294:16 308:15,21,23 310:1,
16,23 311:1 313:8,18 314:24 315:2,
11 316:16 317:1,8 318:13 319:12,15
323:20 325:9 326:11

**patients'** 38:15 324:1

**pay** 12:23 129:22

**paying** 129:9

**PCR** 94:4 113:2 114:19 121:5,7,15,18
122:2,9 123:1,8 278:24

**PDF** 33:6 34:4 35:7,8,18 38:4 78:13
128:5

**PDFS** 36:7

**peeling** 152:17,22

**pending** 80:20 216:10 227:2

**Pennsylvania** 5:14 10:21 11:3
17:18 18:21 119:20 155:9

**people** 7:21 9:24 14:24 22:15 24:24

WOLKING and DARYL WOLKING vs
HENRY LINDNER     Document 57-8    Filed 07/12/24    Page 109 of 120    Henry Lindner, M.D.
February 21, 2024

25:5 27:20 31:16 70:24 72:1 79:21
87:20 91:11 97:12 101:18 105:13
106:16,17 108:15 110:11 111:16
114:10 116:5 129:24 130:11 131:8,
10,17,19 132:6,9,15,18 133:4 134:19
136:13 138:7,11,12 141:6 142:15,22
143:11,16 144:7 151:20 158:19
161:4,14 164:11 166:20 168:12,23
181:13,19 184:16 186:6 187:11
190:18 193:6,14 196:4 199:19 200:1,
10,14 201:15 210:14 211:1 215:14,15
220:5 224:1 246:1,23 247:4 250:12
264:13 265:6,12,19 267:6 284:1
287:20 292:17 306:3 320:9 323:14,18
326:3

**perceive** 7:10

**percent** 112:8 119:20 122:20,23
181:19 182:6 213:11

**percentage** 159:20 181:13 266:1
283:3

**perception** 20:7

**perfect** 146:3

**perforated** 50:5

**perforation** 181:14 182:3,16 225:3,
24 250:14

**perforations** 181:20

**perform** 165:12

**performed** 107:17 250:16,18

**perimenopause** 40:22

**period** 12:24 31:6 50:8,12,17,20,24
51:4,8,12 52:6,11,23 53:3,6,9,14
180:9 212:19 213:22 305:6

**periodic** 178:9

**periods** 179:23 239:18

**peripheral** 269:3

**periphery** 82:7

**peritonitis** 50:14

**permission** 87:20 261:17

**persistent** 210:11

**persisting** 80:15

**person** 43:18 55:13 76:1 88:6 97:22
98:8 102:11 105:19 109:9 119:9
140:24 144:6 153:11 158:15 163:20
179:17 194:17,22 196:5 217:13 243:6
248:13 253:20 259:13 266:24 271:5,
17 274:22 286:1 291:1 305:4 317:18

**person's** 165:6 166:5

**personal** 111:6,9 148:16

**persons** 46:12 109:12 233:17

**Peter** 266:20

**pharmacies** 282:9 283:15,16 306:11
307:11 309:12 310:22 314:5

**pharmacist** 18:19,24 285:6 294:8,10
299:22 305:12 309:4 314:2,4,13

**pharmacist's** 19:5

**pharmacists** 289:24 291:8 294:18,
23 309:7,11 310:2

**pharmacy** 18:11,14,18 20:18 281:6,
12,15 282:21 283:14 284:5,7 285:5
291:21 294:5 301:18 304:3,24 305:21
307:13 308:17 309:1,3,18 310:14
314:17

**PHD** 133:16

**Philadelphia** 16:10

**philosopher** 129:16

**philosophical** 127:21

**philosophy** 129:18

**phone** 49:8 55:17 198:2 202:20
204:6 205:5 206:17 207:4 208:15
209:1 325:18 327:9,14

**physical** 155:24 156:7 239:1

**physically** 16:15

**physician** 72:3 125:9 232:13 251:17

**physician-patient** 292:2

**physicians** 63:8 66:1 101:18 130:11
173:5 176:24 177:5,10,13 226:2
232:10,23 251:13 252:11 314:10

**physiologic** 41:10 164:13 202:3,6
205:23 284:2 319:20

**physiological** 31:21 160:22 161:3,5
162:15 196:13

**picked** 91:21

**picture** 79:8,14 80:7 130:5

**pieces** 271:2

**pituitary** 51:14 137:23

**place** 16:19,23 93:12 119:10 126:18
225:14 237:7 286:10 287:11

**places** 53:18 232:3

**plaintiff** 311:24

**plaintiffs** 6:21

**plan** 15:22 192:4 207:15 311:11,15
315:22 320:18 321:16

**platform** 28:14

**plugs** 152:17 156:3

**pneumocystis** 168:21

**pneumonia** 253:2

**point** 39:4 41:24 43:23 47:12 48:16
49:4 62:8 72:20 73:15 75:18 79:16
81:13 163:17 166:6 167:4 170:12
171:1 175:7 179:4 191:24 195:21
197:14,22 212:11 218:12 221:7 226:2
227:9 237:10 246:12,20 254:17
262:14 278:18 281:3 291:13 295:10
316:2,4,5 325:14

**points** 271:4

**policy** 142:22 303:5,7,13,18

**Polymerase** 121:8

**poorly-worded** 169:14

**population** 14:12

**Portage** 10:18

**position** 14:7,15 94:21 126:2 245:18

**positions** 130:11

**positive** 64:20 66:21 69:17 96:23
98:7 111:12,14,20 112:11 119:15
134:2 171:22 270:19,23 277:16
278:24

**positives** 142:4 270:17

**possess** 155:13

**possibilities** 58:6 130:4 249:21

**possibility** 83:10 122:8 225:12,16
249:22 253:6,8

**possibly** 141:1,11 167:15 315:6,7

**potency** 25:24 169:9

**potent** 221:21 222:16

**potential** 29:4

**potentially** 157:21

**pounding** 220:8

**powerful** 162:21 214:10

**Powerpoint** 76:19 135:23 136:1
177:8 243:17 244:8 245:6 289:10

**practically** 253:3

**practice** 17:1 20:16 22:12 23:2 27:14
145:23 200:13 209:24 247:10 264:12,
16,20 290:8 295:7 305:3 323:11

325:1

**practiced** 14:22

**practices** 65:23

**practicing** 32:21 125:10

**practitioner** 22:10 59:18 247:13

**practitioners** 70:7

**pre-** 32:19 296:21

**precipitously** 251:19

**pred** 200:12 205:12 216:18 218:1,5 237:6

**prednisone** 22:22 23:4,11,20 24:9, 15,19,22 25:1,15,16,21 27:6,9,13,16 28:4,11 29:5,22 30:5,15,23 31:7,11 32:15 138:3 158:7,10 160:8,12 161:1 169:2 174:13 179:21 180:6,12 183:20 184:2,7,12,13 185:7,23 187:11,23 188:1,5 189:15 191:21 192:2 193:2, 12,23 194:5 195:6,9,14,20,21 196:12, 16,18 197:15 198:5 199:1,5,7,8 200:3,6 202:2,6,18,24 205:14,23 206:13,17,19,24 207:3,7 208:21,24 209:8,11,19 210:9,14 211:10 212:21 213:17,21 214:7,18 215:21 216:19 217:14,15 218:2,10,14 219:2 221:5,6, 9,20 225:13 234:8,14 235:3 239:6,17 243:2,4,5 255:2,8,17,22 256:18 257:6 286:22 288:9 297:17 305:9 306:6

**prednisone's** 199:15

**prednisone-dexamethasone** 138:9

**preface** 23:1

**prefer** 100:16

**preferred** 94:19

**prescribe** 281:24 309:5,11 310:3,14

**prescribed** 107:9 138:10,11 292:15 315:24

**prescriber** 30:6,9 215:12,13,20

**prescribing** 22:22 23:3,18 283:20 297:6 324:11

**prescription** 54:21 100:15 284:23, 24 285:1 290:19 291:14 292:8,20,24 293:8 294:12 295:5 296:22 297:4,8, 16,22 298:11,15,17,20 299:1,5 300:5, 7,11,16,19,21 301:2,5 302:10,23 308:2,7 311:5 314:15 326:10 327:13

**prescriptions** 281:21 282:6,10,13 283:4,10,23,24 284:11,12,13 285:13, 19,22 286:2 290:2 291:9 295:1,23

296:17 302:20 305:1 306:10 307:3,18 308:20 311:8,24 313:22 314:10,21 320:17 321:14

**presence** 139:22

**present** 21:14,21 77:19 97:10 114:11 136:12 139:20,23 142:2 197:24 254:3 275:15 278:20

**presentation** 77:6,8,13 78:11,15 99:2 106:9 136:7 139:19 143:23 177:8 180:1 243:17,20 244:8,10

**presentations** 80:6 135:23 139:14 289:11

**presented** 86:19 135:22 271:7 278:19

**presenting** 86:19

**preserve** 73:16

**preserving** 72:20

**pressure** 75:10,21 251:22 252:3

**presume** 35:10

**pretending** 73:1

**pretty** 25:19 27:16 113:19 135:5 137:16 173:1 205:19

**prevalent** 122:22

**prevent** 101:1

**prevented** 143:10

**prevents** 166:15

**previous** 18:20 169:15 175:22 204:14 256:10 278:4

**previously** 312:23

**price** 117:14

**prices** 282:19

**primaquine** 223:4

**primarily** 70:19 71:15 72:11 284:11

**primary** 14:23 40:21 76:1 137:22 290:11

**primers** 114:19,20

**principals** 142:21

**principle** 113:11

**printed** 55:23 296:18

**printout** 128:3

**prints** 297:7

**private** 314:17

**privilege** 72:21 73:2,10,16

**prob-** 108:14

**probe** 120:11

**problem** 7:11 13:19 15:2 26:15 34:13,16 39:22 40:3,6 42:14 48:18,23 70:21,22 128:16,19 129:2 141:3 144:13 169:11 216:12 222:22 234:21 240:20 265:20 271:6 278:22 319:6

**problems** 27:22 29:4 32:6,9 38:14 106:16,20 108:9 144:12 161:10,13,16 169:6 247:5 250:11

**procedures** 95:15

**proceeded** 206:22

**process** 45:19 58:2 86:12 157:3

**processing** 274:6

**produce** 94:3 123:13

**produced** 33:7 35:18 61:17 62:24 66:3 81:19 228:1 276:1

**produces** 25:21,23 161:7,9

**producing** 116:7

**product** 100:24 199:7 293:7

**production** 32:4 89:11 163:2 188:16

**products** 282:16 290:3,7,12 292:12

**profession** 12:22 63:3,23 89:19

**professional** 63:24 126:6 271:9

**proffered** 43:8

**progesterone** 282:17 284:3,4 292:16,17

**program** 37:16,20 38:1,9 40:1,4

**progress** 47:18

**progressive** 64:12

**proliferate** 90:22 164:9,15 196:5

**proliferated** 202:9 214:1

**prolonged** 65:24 160:7,12,19 161:19 180:23 181:9 182:19,21 211:3 220:18

**prominent** 71:11 122:22 149:23 294:17

**prompted** 76:8

**proof** 47:16 253:13

**proper** 38:2

**properties** 12:11

**property** 10:23,24 11:4,13

**proprietor** 17:10

**protein** 84:5 144:3 153:20

**protocol** 68:22

**protozoa** 166:16

**proved** 118:16 214:5

**proven** 87:5 110:5 111:4 141:8
172:14 198:1 247:3

**provide** 57:22 61:1 65:24

**provided** 16:6 132:17 177:3 228:3,8
231:6

**providing** 120:6,8

**psychiatric** 20:23 106:3,4,20 107:1
144:13 151:12,24 152:8 242:11
247:20

**psychiatrist** 247:20

**psychiatrists** 245:16,24 246:9

**psychology** 131:12

**PTSD** 53:10

**public** 235:8

**publically** 73:6

**publication** 28:9

**publish** 263:21

**published** 67:11,23 70:6 79:24 86:4,
8,10,15 88:20 91:2,5 92:19 103:6,21
109:1,22 110:1,21 111:6,7 112:6,23
185:19 277:20 279:11,14

**Pubmed** 28:16

**puffiness** 201:19 239:9

**puffy** 201:17

**pull** 33:4 45:21 258:22,24 289:21
293:17 295:18

**Pullarkat** 228:22 229:3,13 230:13
232:8,21

**pulled** 64:13 100:17

**pulling** 55:19 135:10 146:4 176:14
271:22

**pulmonary** 183:7

**pulse** 223:7 224:9

**puncture** 225:14

**purchase** 294:1

**purchased** 281:12,14

**pure** 79:22

**purpose** 60:13 270:10

**purposes** 7:24 9:13

**pursued** 132:5

**push** 156:23

**put** 34:1 35:22 38:12,16 55:8 57:11
63:19 73:5,12 78:13 131:15 139:14
166:20 223:9 248:13 260:10 266:7
270:24 276:8,10,13 314:20 323:11
325:22

## Q

**qualify** 52:14

**question** 5:6 7:6,15,19 9:19,21 10:3
13:24 19:24 23:16 24:12 26:4,6 27:4
28:18,24 35:19 42:16 45:1 57:1 70:3
71:8 73:8 80:20 84:20 108:14 110:14
115:9 130:15 132:21 146:11 149:7,11
197:3 207:1 216:9 218:21 241:24
270:8 284:22 291:9,10 292:15,20,23
293:7 294:24 295:4 297:1 298:24
300:24 301:2 302:19,22 308:2 314:10
315:18 321:4 324:20,22 326:10

**question-by-question** 73:21

**questioned** 60:8 290:2,13 292:7

**questioning** 304:18

**questions** 8:5,10 10:6 49:12 56:15
135:24 225:9 280:24 284:12 290:4
303:2,24 304:1,3,13,16 322:15 325:6

**quick** 194:2

**quickly** 48:22 119:24 172:24 214:20
245:8 247:24 251:19 264:13 291:2
307:1 322:23

**quoted** 270:16

## R

**raised** 143:20

**raising** 200:7

**range** 174:13 180:15

**rapid-acting** 163:6

**rare** 182:6

**rate** 141:14 144:2 171:23

**rationale** 208:2

**rationalized** 208:1

**RBCS** 152:15

**RE-EXAMINATION** 322:20

**reach** 129:11

**reached** 141:20 250:20 256:4

**react** 194:19

**reacting** 89:20,24 102:6 193:23
196:1 202:8 213:24

**reaction** 45:14 101:12,15,17 102:14,
16 103:8,17,22,23 104:4,13,14
107:12 108:19,21 109:7 121:8 126:13
150:11,16 153:4,8 158:24 162:11,23
163:16,23 165:16 166:6 167:1,9
175:3,14,16 179:18 187:5 193:11,12,
17,24 195:19 197:23 213:19 214:10,
17 242:21 250:5

**reactions** 31:11,14,21 32:14 43:17,
19 64:21 97:8,15 101:24 107:8
108:10 109:13 115:15 124:10,12
151:21 168:6 171:21 190:14 193:8
201:3,6 211:16 214:6 243:6

**reactive** 167:19

**reacts** 167:21

**read** 6:12 25:8 30:4 45:3 56:16,17,18,
24 57:2 65:4 118:23 163:3 191:12
201:7,9 203:18,23 219:13 225:8,10
226:11,14 228:24 235:12 267:8
271:13 272:21 280:6,8,10 294:1,2,4

**reading** 15:21 45:4 65:8 85:2 189:6
203:20 223:8,9,15 224:7,14 238:17

**ready** 116:24 328:12

**real** 212:5

**realize** 65:1 232:16 302:13

**realized** 64:22 80:2 97:7 119:18,24
171:16,19 264:23 265:1

**reason** 125:13 184:21 196:17 204:14
237:11 287:14 297:1,20

**reasonable** 320:15 321:13

**reasons** 122:18 150:19 208:20
247:22 293:10 305:20

**recall** 24:8 29:13 30:13 53:21 64:10
133:19 207:22 281:8 298:18,22 299:3
300:13,17 301:3,6 302:24 307:10,12
308:5 309:12 310:12 311:9,10,14
312:9,10 313:2 316:17 328:7

**receive** 13:10 61:8 165:3

**received** 45:23 230:12 250:21 262:1
266:10 267:13 272:6,23,24 273:19
275:20 276:4,15 279:23 294:24

314:8,9

**recent** 86:12 204:1 277:2

**recently** 39:8,10 153:17 222:19 237:16 242:7 307:15

**recess** 127:9 258:5

**recognize** 19:8 32:24 33:14 39:23 46:6 64:9 65:1 77:1 91:15 100:19 118:8 127:24 135:17 176:21 243:16 248:6 258:17 259:2 266:8 295:20

**recognized** 64:5,19 65:19 112:13

**recollection** 174:1,5

**recollections** 237:15

**recommend** 100:16,21 206:16,18

**recommended** 69:18 275:13,16

**recommending** 245:7 247:15

**record** 5:10,24 7:24 34:1 35:13,21 36:5,10,12 37:20 38:20 44:15 55:22 67:3 110:16 116:1 127:7,14 197:3 217:3 230:22 257:24 258:3,10 266:7 315:1 321:5 328:12,19,21

**recorded** 205:20 207:18 220:14 229:3 230:3 299:10 321:7

**records** 36:15 38:16 170:6

**recount** 241:18

**red** 82:6,9,16 84:6,8,11 159:19,21 269:20

**reduce** 156:9 162:22 166:5 192:1 193:24 201:14,15 214:13 288:5

**reduced** 72:1,2 76:12 168:9 200:20 317:13

**reducing** 163:1,2

**refer** 15:5 88:17 91:3 244:21 304:17

**reference** 24:23 28:8 65:12 109:22 218:1 220:24 236:1 244:4 269:12 277:4 289:14 323:5

**references** 29:18 67:9 150:4

**referred** 91:18 95:9 130:21 149:16 171:15 201:13 310:12

**referring** 72:11,17 111:10 118:11 130:9 136:23 145:19 146:14 198:24 201:2 217:3 228:6 274:18 299:7 301:23

**refers** 131:1

**refine** 26:12,13

**refuse** 294:11 314:21

**regard** 325:15

**regimen** 169:9

**regiment** 146:14,17 231:12 286:21

**regiments** 255:24

**regret** 279:15

**regrowth** 206:9

**regular** 43:12 282:6 320:5

**regulation** 314:19

**regulations** 308:22

**rejected** 227:10,14 260:23 274:13 280:15

**related** 28:24 29:3 51:23 237:1

**relation** 256:6 326:21,22

**relationship** 182:24 312:6

**relative** 41:4,8 254:2

**relevance** 57:20

**relevant** 138:8 149:24 318:2

**reliance** 137:12

**relied** 148:3 149:5

**relief** 23:24 195:5 327:6

**rely** 137:13

**relying** 137:10

**remain** 42:18 207:9

**remained** 173:13

**remember** 13:2 14:1 18:1,5 19:4,11 28:2,5,8,20 29:10,20,24 31:10 32:13 49:20 50:1,4,9,13,16,21 51:1,5,9,13 52:2,9,12,20,24 53:4,7,10,15 62:1 95:23 103:20 135:6 178:19 184:6 187:13,15,20 189:8,17 205:16,19 206:22 209:2 211:14 229:3,9,12,20, 23 230:2 231:15 232:8,11 238:6 240:15,22 254:19 268:21 270:24 272:14 286:1 287:10,16 298:13 327:14,22 328:3

**remembered** 327:10

**reminder** 268:18

**remote** 5:11

**remotely** 5:18 7:1

**remove** 153:1,21

**removed** 43:1 152:15,18 153:11 244:16

**renowned** 113:17

**rented** 17:16

**repeat** 8:11 321:4 324:20

**repeated** 85:22 96:23

**repeating** 280:6

**rephrase** 8:11

**replacement** 17:6 22:13 27:21 32:2, 8 74:20 161:17 265:23 284:2

**report** 250:21 272:20 295:15

**reported** 53:19,24 108:24 116:10 181:21 200:2 220:6

**reporter** 5:24 6:8,13 8:20 9:5,23 174:21 328:18

**represent** 6:20 266:2 304:10

**representative** 325:24

**representing** 155:1

**request** 33:8 35:24 89:1 309:21

**requested** 55:15,17 290:15 303:18

**require** 24:14 75:8 158:9 177:12 179:20 319:17

**required** 76:7 118:24 219:9 255:4 318:18 326:2

**requires** 119:2 214:12 303:8

**requiring** 171:12 250:14 286:7

**research** 20:18 26:20 27:1,7 67:22 68:8,11,22 72:22 94:6 95:12 96:3 99:4 113:8,9 120:23 253:16 267:9

**research-only** 67:21 68:1 95:7

**researched** 27:18 28:3 31:17

**researcher** 67:17 86:9 113:17

**Researchers** 90:17

**reservations** 278:4

**reserved** 5:6 13:7

**reservoir** 91:16,18,23 92:4,5,6,12,20

**reservoirs** 92:15

**residency** 20:23,24 22:3 247:21

**residents** 14:24

**resign** 20:24

**resigned** 13:21

**resistant** 215:19

**resolve** 303:9

**resort** 23:10

**Resource** 15:14 16:8

**resources** 144:20

**respect** 29:12 139:7,9 147:24 242:10,13

**respectful** 74:7

**respective** 5:3

**respiratory** 51:10

**respond** 97:22 241:15

**responded** 268:13 274:19

**responding** 133:23

**responds** 98:8 188:13

**response** 30:12 33:8 36:1 47:7 48:9, 12 98:1 175:16 177:19 190:15 191:8 192:7,9 215:23 219:3,23 240:23 259:10 261:5 263:4 264:1 266:10 267:20,24 271:1 273:9,16,19 274:23 275:8,9 276:16 277:21,23 278:3,7,9 280:18 325:5 326:11

**responses** 226:23 227:8 273:17 289:22

**rest** 191:12

**restart** 205:10 206:11,12,18,19 207:24

**restarted** 209:6

**restate** 7:17 197:6

**restoration** 16:24 17:7,13 21:17 61:14,18,19 209:23 211:12 264:12 290:8

**restricted** 294:19

**restricting** 90:3

**restriction** 129:6

**resubmission** 261:20

**resubmit** 268:12 277:24 278:2,3

**resubmitted** 261:19

**result** 69:15 98:11 109:6 118:10 255:5 261:16 294:20 323:17

**results** 85:5 114:14 204:24

**retained** 39:2

**retention** 24:16 25:21,23 75:8,20,24 184:17 239:7

**rethought** 94:21

**retire** 15:22

**return** 219:15

**returned** 242:17

**revealing** 98:6

**review** 39:10 201:12 218:21 259:13, 14 260:2,3,5 262:3 266:14 267:12,14, 20,24 268:11,23 269:23 270:1 271:1, 12,20 272:5,10,17 273:3,10 277:1

**reviewed** 39:7 99:3 110:7 237:16 259:18

**reviewer** 260:7 261:1 269:6 276:22 277:8 278:11,16 279:9,12

**reviewers** 170:5 273:14

**reviewing** 259:20 260:7

**reviews** 132:16 133:5 134:20 257:12 259:9,15 261:4 272:15 273:17 274:14 275:18,24 276:15 277:22 279:22

**revision** 273:3

**rhinovirus** 254:7

**rifabuten** 189:4

**right-hand** 34:20

**ring** 114:4

**rise** 218:5 251:18 252:6 255:22

**risk** 71:16,22 181:24 323:11

**risks** 70:11,12,17 74:2,10 75:2

**Rite** 314:6

**Riyadh** 14:8

**RNA** 81:22,23 82:2 121:14

**Robert** 77:21

**role** 325:11 326:16,19 327:1

**room** 171:1 172:19

**root** 128:17

**rose** 254:8

**rough** 223:18 224:24

**roughly** 31:7,8 173:20 176:7 236:21 238:7 266:1 283:2

**round** 83:14

**routinely** 194:1 290:1

**rrna** 95:7 122:12

**Rubizon** 188:8

**rule** 123:9 124:5 298:9

**ruled** 73:17

**run** 69:3 119:1 143:24 301:17

**rural** 11:3

**rushed** 57:24

**S**

**safe** 28:1 30:1 167:14 325:1

**safety** 178:9

**Samantha** 6:1,12 328:16

**sample** 93:13

**samples** 120:17,20

**San** 67:17

**saturation** 223:10 224:8

**Saturday** 250:17

**Saudi** 14:8 16:1

**save** 57:18 58:16 132:5 155:20

**saved** 54:18 55:7 58:18

**scary** 203:17

**Schetters** 153:14

**scholarship** 12:22

**school** 12:23

**schooling** 130:18

**schools** 12:14

**Schwed** 6:11,14 9:8 19:22 20:3,10 21:10 23:16 26:1,9,14 29:15 33:21 34:9,14 37:6,9 39:15 42:6,10 44:11 45:3 55:21 56:6,9 62:11 67:2 68:3,9, 12 69:24 71:7 72:18 73:14 80:19 81:5 87:1 98:13 99:13 113:13 117:2 126:17 127:1 130:22 131:22 132:20 133:11 150:13 163:11 184:9 189:18 196:20 197:8 216:8 226:5,7 235:6,10 240:3 241:21 251:23 252:13,19,22 258:1 268:15 296:1 297:10 303:12 304:2 310:20 312:15,19 313:13 315:17 320:22 321:9,18 322:4,10,12, 17 323:24 324:3,14,18 326:9 328:10, 15

**science** 128:16,17 129:1,3,6,13,14, 16,17 130:19 164:20

**Sciences** 15:14 16:8

**scientific** 129:15

**scientists** 129:19 130:10

**sclerosis** 172:9

**Scott** 67:12 68:18 70:3,6 86:9,14 88:23 91:6 92:22 110:24 267:3,7 277:4,8,14

**Scott's** 87:10

**Scranton** 255:11

**screen** 33:4 39:20 45:23 116:20,24 117:5 127:23 128:8 135:10 148:19 149:3 160:6 170:7 191:14 205:1,2 226:12 248:7 280:12

**scroll** 56:21

**scrounge** 255:12

**sealing** 5:3

**sec** 311:20 318:10 320:21

**secretary** 54:19

**section** 128:15 155:24 158:7

**sed** 141:14 144:2

**sees** 195:2

**self-damaging** 166:7 175:8 249:3

**self-treating** 255:15

**seminar** 135:20 136:5,11 177:15

**send** 59:15,18 117:18 120:20 147:18 188:6 261:21 268:11 282:13 283:1 285:19,20 290:15 301:20 304:21 308:20 309:14

**sending** 37:21 60:13 281:21 282:5

**senior** 242:18

**sense** 134:6 157:2 158:19 188:12 250:3 292:21

**senses** 129:10,21

**sensitive** 69:21 215:19 279:17

**sensitivity** 215:16

**sensor** 252:2

**sentence** 118:23 169:6,11,14 215:4 220:16,22

**sentences** 128:22

**separate** 13:6 17:20 138:5 324:14

**separated** 12:20 13:16

**separately** 36:2 99:6

**separating** 13:7

**sepsis** 50:18

**September** 189:1,3 191:15,24 192:7,14 198:17 203:16 205:17 211:22 212:9 215:1 216:17 218:8,12 219:20 263:11,13 300:20

**septic** 50:18

**sequester** 95:4

**sequestered** 85:14,20 153:18

**sequestering** 79:2 84:1 90:17 93:11 94:17,18 95:3 105:9 110:3,8 121:23 124:2 130:6 151:10

**sequestration** 90:23 105:15 160:3 269:3

**sequestrations** 91:8

**series** 8:5

**service** 12:16 14:2

**set** 17:10 125:24 203:12 227:23

**severe** 41:3 102:1 105:17 141:3 163:19 166:19 179:3 215:14 223:12, 22 233:18 234:6 238:23 249:16 252:24 255:18 325:3

**severely** 242:7

**severity** 216:13

**shake** 7:22

**shape** 79:22

**share** 20:16,19 33:3 45:23 170:7 289:14

**shock** 50:18

**shocking** 234:13 255:3 289:3

**short** 179:13,22 180:8 224:1

**Short-term** 220:5

**shortly** 272:23 316:22

**show** 34:18 54:23 114:10 117:13 121:21 142:1 144:1,6 145:16,17 147:10 167:22 185:19 211:17 220:16 225:18 258:13 260:15 301:13

**showed** 36:4 76:11 149:1 154:7 179:1,3 271:4 307:16 308:10

**showing** 33:15 116:19 127:22 128:1 228:13 277:9,10

**shown** 32:5,8 106:19 117:4 124:15 269:11

**shows** 78:20 80:9 117:1,3 151:6 186:14 225:21,22 301:14

**sic** 181:22 188:8

**sick** 119:24 120:1,19 286:3 288:3 314:14

**side** 18:17 107:4,12,24 108:5,21 109:4,7 116:6 199:6,12,15,20,22,23 200:8 201:1,8 209:20,21 210:2,18 211:3,7,11 213:17 222:21

**side-to-side** 156:11

**sign** 6:12 68:14 162:1 245:3 301:24

**signal** 82:5,7

**signature** 48:2

**signed** 36:3 60:22 61:13,24 62:7 65:18 68:2 136:13 211:11 274:23

**similar** 43:19,21 45:14 61:12 102:21 106:16 107:20 140:1 207:18 260:20 308:16 315:22 316:2

**similarly** 267:5

**simili** 152:21

**simple** 57:23 63:2 85:4 194:21 247:5

**simpler** 194:24 291:7

**simplify** 247:4

**simply** 131:13 136:11 154:11 157:2 158:19 195:24 197:22 200:3 263:19 275:12 302:15 327:2

**single** 115:17 253:3 326:6

**sinus** 200:13

**sit** 28:7

**site** 32:17 75:14 181:15,21

**situ** 69:5 82:1

**situation** 40:23 142:20 166:8,18 189:9 190:6 240:14,16 241:12 290:23 306:4 308:16 309:2 323:22

**situations** 131:5 324:3

**size** 174:5

**skeptical** 253:12

**skin** 80:2 157:21,22

**sleep** 200:18 220:1,10,11,13 234:11

**slide** 78:12,19 79:7,18 83:2,8 87:23 88:2,8 89:3 90:8 96:11,13,16 98:20 101:10 106:2 140:6 143:1

**slides** 76:18 79:20 136:16 154:5 245:9

**slightest** 20:7

**slow** 194:11

**small** 90:15 129:14 150:7 151:6 154:24 181:12 250:8 287:19 317:7

**smaller** 158:20 213:21 316:12

**smear** 79:9 93:1,8,20,21 94:2,14 123:15,18 263:22 278:24

**smears** 93:24 94:24 123:24 263:2,9,

WOLKING and DARYL WOLKING vs
HENRY LINDNER
KING and DARYL WOLKING vs    Document 57-8    Filed 07/12/24    Page 115 of 120
Henry Lindner, M.D.
February 21, 2024

20 265:16

**Society** 63:10 77:18 137:1 227:21
228:12 273:23

**software** 38:1

**sold** 96:8 100:13 101:3

**sole** 11:6 17:9 19:19 61:5 248:15

**solo** 17:1 20:15

**Solu-cortef** 232:4

**Solu-medrol®** 230:9,12 231:21

**solution** 128:19 129:2

**somebody's** 8:23

**someday** 157:23

**something's** 320:20

**sophisticated** 69:6

**sort** 7:2 17:11 20:16,18 40:19 45:19
60:5 91:9 104:1 120:21 145:20 165:3
178:5 185:9 220:7 269:19 279:6
314:19

**sought** 96:7

**source** 84:24 95:23 145:20 147:4
184:20 185:9 215:7

**sources** 28:3 148:2,6 149:4,23

**southern** 110:10

**speak** 49:7 78:3,6 156:17 217:18
232:12,14,22 241:6 298:7,15,19
300:10,15 301:4 311:7

**speaking** 228:22 240:15

**special** 22:7

**specialist** 87:13 277:18

**specialized** 68:21 79:3

**specialty** 15:5 20:21 21:11 140:12
247:9

**speciate** 66:17 111:17

**species** 66:13,15,23 67:6 79:2 80:3,
14 84:1 90:18 93:11 94:18 95:3 105:9
110:3,9,10 111:18 112:12 114:23
121:23 122:2,14 123:10 124:2 125:23
130:6 141:21 151:10 269:21 270:6,16
277:19 279:20

**specific** 22:7,16 26:5 27:8 29:11,14
30:20 43:15 69:12 146:24 184:21
279:18 290:7 298:16 311:8

**specifically** 30:10 84:4 187:22
288:9 292:23 298:4 311:10 314:16
327:12 328:6

**speculate** 10:5 256:21

**speculating** 192:23

**spell** 9:2,3 67:2 95:17 113:14 133:12
174:20

**spelled** 11:8,9 114:7 285:3

**spelling** 113:23

**spinal** 318:24

**splitting** 211:5

**Spo2** 222:9 224:7,18,20

**spoke** 24:24 54:13 59:8 78:8 113:10
115:20 121:1 132:15 136:9 139:18
140:3 154:5 177:16 196:22,24 198:2
203:10 229:13 232:18,24 240:13
284:8 287:5 308:23

**spoken** 112:24 132:11 298:12
320:12

**sponsorship** 135:21

**spread** 310:17

**Stacey** 6:21 8:6 32:23 36:11,24 37:4,
14 38:6,21 39:7 40:11 43:5 46:21
47:4 48:1,6 49:15 50:5 52:2,8,20
53:19 54:3 55:13 56:14 57:7 58:9,23
60:22 61:24 62:6 65:18 68:2,14,17
69:14 95:10 109:20 110:19 115:1
117:24 118:21 122:24 123:9,18
124:6,20 125:2 126:13 132:6 134:16
149:12 150:10 151:6 154:15 170:12
176:9 178:14 180:17,18 182:2
188:21,24 192:1,15 194:4 203:16
205:5 211:8 213:6 215:2 219:19
220:20,24 240:12,18,24 241:10,20
242:2,5 254:13 264:2 265:19 283:7
285:17 290:16 293:22 296:22 297:17
298:4,8,11 300:8,22 302:11 304:21
306:5,9 308:3,7 310:5,13 311:6,12,22
312:10,11 313:2,9,18,19,23 315:22
316:18,21,23 319:22,23 320:17
321:15 324:12 326:23 327:12 328:6

**Stacey's** 48:19 123:21 170:6 183:18
221:5 232:9,22 240:14,16 241:7

**staff** 284:17

**staking** 243:3

**stand** 26:3 141:1

**standard** 65:23 125:5,15 126:3,8
200:12

**start** 9:20 15:13 23:17 27:17 132:22
158:24 166:14 172:7 173:7 178:12
194:19 196:21 214:20 230:18 233:14
317:20

**started** 16:9 17:12 22:15 24:9,14
25:14 77:24 83:10 85:6,9,10,18
156:21 171:24 172:18 173:21 184:23
225:3 236:15 255:7 264:11,13,24
266:6 286:13,15,22 291:4 306:14

**starting** 16:23 30:7 75:20 99:20
115:9 188:24 281:19

**starts** 70:10 136:20 203:17 219:20
233:16 251:4 269:24

**state** 12:15 21:15 72:13 88:5 113:10
115:12 122:11 142:12 164:21 206:15
223:1 231:17 248:24 250:24

**stated** 30:8 169:20 248:21

**statement** 59:17 93:18 104:1,23
150:9 151:15 177:18,22 185:8,10
269:6 277:7 279:12

**statements** 61:15 66:2 198:13
211:18 212:17

**states** 5:13 30:10 67:1

**status** 159:3

**stay** 82:8 144:19 154:12 170:10
223:14 292:6

**stayed** 255:5

**stenographic** 5:24

**step** 156:2

**stepping** 156:2

**sterility** 140:23

**steroid** 52:8 74:20 85:10 174:5
182:20 188:15 190:5 193:8 201:18,21
216:5 220:18 235:24 236:10,13
238:22 239:2 255:5 283:9 286:21
288:5 291:1 306:16 307:9

**steroids** 23:8,18 30:9 153:5 168:20
171:24 173:14 174:11 188:9 190:2,6
193:24 201:14 214:2 216:3 225:23
231:1 233:22 236:14 237:17 241:3
286:15 287:2,6 288:4 305:5 307:4
308:24 315:8 318:4,17 323:8

**Stewart** 118:5

**stifle** 267:9

**stimulating** 137:11

**stimulus** 175:4,16,18

**stipulated** 5:1

**stipulation** 245:5

**stipulations** 6:9

**stomach** 52:24

**stop** 107:17 179:5 212:11 216:23
   217:7 236:16 243:5 255:20 303:23,24
   316:8

**stopped** 47:10 256:18 263:8,19

**stopping** 206:3 238:13 307:1

**stories** 294:16

**storing** 38:15

**story** 235:5

**strand** 81:22,23 82:1,2

**strange** 210:18 273:15

**strategy** 92:17 140:20

**Street** 17:22

**strep** 168:22

**stress** 42:22 188:13 254:24

**strike** 320:12

**strong** 83:18 108:3 112:5 162:10
   163:22 165:16 166:5 167:1 172:16
   179:18 197:23 214:3,20 237:24
   254:24 256:12 288:22

**stronger** 172:7 242:20 256:1 319:4

**strongly** 102:6 167:21 190:21 196:1
   202:8 213:24

**structure** 210:11

**structures** 269:11

**stuck** 137:17,23 203:5 239:20

**studied** 61:17 186:5 222:17 223:17

**studies** 27:22 28:13,15,24 29:3,11,
   14 32:6,16 99:5 114:15 185:19 186:2,
   11 187:20 188:2 199:24 277:6

**study** 28:12,13 185:22 187:10,16
   188:6,7 277:3,8,9

**subject** 205:9 227:17 257:14

**subjects** 67:20

**sublingual** 186:4,6

**submission** 260:3 262:1,2 266:12
   272:9 274:13,16

**submissions** 259:15

**submit** 273:21,22

**submitted** 139:15 150:5 226:24
   227:20 258:20 260:11 268:14 272:13
   274:2 276:11,13

**submitting** 26:19 226:18

**subscriber** 32:20

**subsequent** 172:15

**subsequently** 74:24

**substance** 207:17

**substantially** 206:3

**substitute** 224:24

**succeeded** 116:7

**successful** 99:9

**succinct** 91:10

**succinctly** 100:10 115:12

**suffered** 87:18 182:2

**suffering** 50:5,9,13,17 51:17 132:7
   138:7 164:24 173:1 193:17 202:5
   213:20 233:19 255:18

**sufficient** 23:11,24 25:7 162:7
   233:22

**sugar** 75:10

**suggest** 195:6 260:6

**suggestive** 112:5

**suicidal** 235:4

**suicidality** 53:16 70:13,17 71:11,16
   74:2 75:2

**sulfate** 186:9

**summarize** 197:18

**Summit** 18:23

**super** 160:21 161:3,5

**supplement** 100:14 101:3,8 262:16
   313:1

**supplements** 285:13

**supplied** 283:21

**supply** 318:17

**support** 43:3

**supports** 109:3

**suppress** 32:3 163:22 164:2 167:9
   188:15

**suppresses** 168:2,4

**suppressing** 163:18 165:23 166:1
   167:6 190:15

**suppression** 50:22

**Surely** 107:7

**surface** 84:8

**surgeon** 233:1

**surgery** 249:18 250:14

**surgical** 225:18

**surrounding** 90:4 246:22

**surveys** 122:21

**survive** 138:23 140:21 144:20

**survived** 173:11

**Susan** 304:10

**susceptible** 167:16

**suspicion** 122:16 266:15 271:11

**suspicions** 272:16

**swallow** 186:8

**swear** 6:2

**sweats** 194:14

**swelling** 52:15

**switched** 239:4,8

**sworn** 6:5

**symbol** 205:11

**symptom** 41:18 152:8

**symptoms** 24:1 25:6 41:2,6 43:22,
   23 48:13 49:22 75:20 89:8 104:3,12
   105:16,18,21 106:4 115:21 116:8,15
   148:11 151:14,22 156:12 168:9
   194:16,24 195:1 198:16,20,22 199:6
   200:21,23 202:13,14,17,19 219:10,
   16,17 220:3 234:1 242:11 279:2
   327:5

**syndrome** 97:3 104:6,10 154:15
   173:2,11 174:11,19,24 187:3 249:1,
   23 250:6,13,24 251:3 253:7,16
   255:16 256:24 257:8 307:6

**Synergy** 98:21

**syphilis** 101:19,20,23 102:17,19,22
   104:15,18

**system** 85:14 89:20,24 90:14 97:16
   102:5,12 103:15 105:16 137:23
   144:18 159:2 162:9,19 163:19 165:7,
   12,24 166:11 167:7,18 168:2 175:7,9
   178:2 186:14 190:8,15,17 202:11
   206:11 214:14 248:24 249:4,24 297:7
   317:15 323:15

**system's** 162:23 193:22

**systems** 116:16

---

**T**

---

**T-LAB** 69:2 81:19 95:6 111:13

112:19 117:9,12,22 119:9

**T-lab's** 279:16

**tablet** 30:24 297:18

**tablets** 282:18 290:16 291:15 297:17 301:18 302:2,10 308:10 326:1

**tafenoquine** 45:15 48:10 83:15 115:17 198:4 222:12,14,19 223:3,6, 23 224:16 238:1 242:22 256:12 288:22

**takes** 192:2 200:6 302:15

**taking** 42:24 45:15,17 60:15 109:15 158:17 168:20 169:1 172:2,7 175:18 178:3 183:20 185:23 187:11 189:21, 23 190:2,3 191:4 193:2,5,8,16 194:4, 5 195:4,5 197:15,17 198:9,10 199:16 201:18,20 202:1,6 205:21 207:4 209:7 212:10,22 213:20 214:2,18,20 217:4 221:23 222:15 223:23 234:14 238:14 242:21 246:23 249:6 254:23 256:2,18 284:1 285:5 288:10,13 291:23 292:18 300:3 311:24

**tale** 87:23 245:11,14

**talk** 26:12 85:7 103:16 124:19,22 125:1 134:21 140:24 185:4 187:21 220:20 225:3 226:4 227:8 228:21 235:23 252:15,20 253:5 261:5 289:5, 6 314:4

**talked** 8:15 79:20 100:6 110:24 135:23 136:7 146:15 148:4 155:11 176:3 184:5 202:20 210:20 232:7 236:2 290:22 314:1,2 326:14

**talking** 7:5 9:24 13:22 35:11 82:12 100:17 102:19 117:22 124:17,24 175:23 190:5 203:12 230:13 236:11, 20 266:6 273:14 278:10 284:16 290:12 310:21

**talks** 64:4 177:11 212:5,6

**taper** 42:21 230:19 231:1 307:2 319:8

**tapered** 205:22 230:17

**tapering** 202:21 207:7 217:13 231:11

**tapers** 200:11

**tapper** 190:4

**target** 122:12 250:9

**taught** 21:2 141:16

**TCC** 304:17,22 306:9 310:6 311:22, 23 312:12 320:16 321:13

**teach** 280:4

**teaching** 249:5

**technically** 152:20

**technique** 69:7

**techniques** 121:13

**Teeter** 307:16,22 308:1,6

**telephone** 54:14 85:8 204:20,24

**television** 145:17

**telling** 207:24 231:18 242:5

**tells** 218:9 221:5

**temporarily** 291:5

**ten** 142:13 160:17 161:15 244:13 326:1

**ten-minute** 126:24

**tend** 9:12 31:19 168:23

**tended** 27:14

**tentative** 43:8,11 47:15 48:7 60:12

**tentatively** 47:11

**term** 62:18,22 63:1,5,18 88:18,21 90:7,8,9 91:10,13,15 95:12 96:3 102:13,18,24 125:4,6,7 210:3 246:14 249:9 290:6

**terminology** 210:21 247:3

**terms** 20:22 21:10 92:1 140:14 160:18,21 167:8 234:1 246:15,18 291:14 315:23

**terrible** 107:8 234:16 236:13 239:18 248:14

**terribly** 156:9 205:21

**test** 58:9 66:9,12,15 67:13,14,21 68:1,18,20 69:2,4,9,13,15 70:6 76:10 78:1 81:19 94:5 95:9,16 96:22 97:20 98:6,11 111:13,16,20 112:16,18,19, 20 113:1 114:9 117:22,23 118:10,15, 21 119:10 120:5,7,22 121:18 123:1,9 124:3,13 134:2 137:11 138:12 141:24 142:3 178:24 179:1,16 208:10 209:11 214:4 253:4 264:7 270:19 277:16 279:9,14,16,19,21

**tested** 66:21 67:20 69:19 111:12,14 179:14

**testified** 6:6 157:16 254:12,13 311:9 312:23 315:12

**testimony** 304:14 328:3

**testing** 15:4 69:1 96:2,23 114:1,4

117:12,16,19 118:3 119:15 124:8 135:4 147:3 171:23 178:6,16,18 208:7,14 277:15

**testosterone** 137:21 210:4,5,8 283:21

**tests** 64:20 66:8,14,18 69:21 96:2,7, 9,19 98:5 107:17 112:7,11 118:24 119:3 120:14,18 121:15 122:9 141:23 143:24 144:1 145:12,24 146:2 178:14,22 179:10 208:10 253:4 263:3 270:17,23

**text** 303:18

**thankfully** 240:1

**then-president** 77:20

**theory** 47:18

**therapy** 17:6 61:14,18 74:20 75:7,12 83:19 170:2 172:1,2 323:3

**thing** 9:17 34:12 54:19 65:4 99:18 105:17 142:5 202:11 216:6 246:17 257:5 278:8 285:18 289:5 302:13

**things** 54:11 67:10 69:8 75:11,22 85:7 86:16 94:23 96:24 97:5 129:8,12 131:14 137:9 148:13 149:19 155:19 158:14 179:16 192:19 194:13 198:7 201:14 210:1 214:8 223:8 238:10 262:6 268:17,23 314:11

**thinking** 15:21 18:23 94:8 132:13 201:9 208:20 268:10

**thinks** 305:17

**thought** 15:3 79:21 107:11 108:16 119:22 141:11 143:20 147:22 176:7 196:16 207:17 236:9 238:11,13 252:3,4,7 253:1 257:4 263:17 272:19 279:17 286:18 307:15 314:18 318:10

**thrombocytopenia** 51:6

**thrombosis** 52:13 182:18 183:1

**throwing** 212:13

**Thursday** 256:11

**thyroid** 97:7 137:4,11,19 283:24

**tick** 53:20,24 64:17 67:7 87:13 97:2 116:14 122:21 172:12 244:12,13 277:17

**tick-borne** 103:4

**ticks** 64:13 66:24 91:21 119:20 122:20,23 244:15 277:19 279:5

**tie** 70:3 81:23

**time** 5:7,15 7:5 8:9,24 12:21 15:23

16:16 17:17 18:18 21:2 23:9 27:17
31:6,12 32:20 43:10 45:16 47:17
49:7,18,24 50:8,12,17,20,24 51:4,8,
12 52:6,11,23 53:3,9,14 54:12 60:11,
14 66:19 69:20 72:12 80:14 83:1
85:17,21 93:22 94:7 97:17 106:8
107:21 109:21 117:11 118:21 119:14
127:6,12 153:2 155:21,22 160:15,19
161:10,13,16 162:3 164:16 173:8
174:6 177:7 189:21 191:19 194:6
200:12,15,16 201:24 202:12 203:10
206:23 211:14,19 213:11 222:2 227:2
228:9 229:12 230:16 236:10,12 237:8
238:17 239:3,8,9 243:4 249:14,18
253:9 258:2,8 270:19 272:22 281:11
288:19 290:21 297:6 298:10 302:4,6,
15 305:6 306:18,19,21 309:9 312:1
316:10 325:16 328:20

**times** 9:4 41:18 55:12 57:24 72:15
73:20 101:12 121:5 174:19 181:2
196:6 203:10 205:24 213:9 220:14
230:19 239:14 242:17 257:2 286:12
288:12 293:3 306:5 311:19

**tingling/numbness** 115:24

**tiny** 201:21 210:13

**Tioga** 17:22

**tip-of-the-iceberg-form** 88:15

**tissue** 105:1,13 157:10 186:16 250:1
252:7

**tissue-weakening** 185:21

**tissues** 116:21 154:21 162:24
175:10 220:19,23 224:3 239:10

**title** 33:6 55:6,9 78:13 83:7 104:24
228:10 258:14

**titled** 47:22 76:19 87:23 89:15 96:11
101:10

**titles** 55:11

**TLAB** 261:11 279:9

**today** 7:5 8:5,18 10:10 19:16 21:8
73:20 94:21 229:20 236:3 257:2
328:3

**Today's** 5:14

**told** 14:14 117:14 146:23 184:24
198:8 209:9 213:10 219:8 234:7,24
237:9 241:9 266:24 275:18 320:7
327:2

**tolerable** 166:7 170:2

**tolerate** 139:3 163:20 167:13 168:14
187:4

**Tomorrow** 209:10

**top** 46:15 55:2 62:19 133:15 204:10
205:4 228:10 247:12 276:5 288:23

**topics** 126:21

**total** 141:20 221:5

**totals** 191:21

**touch** 142:14

**touched** 54:4 93:3 209:16

**tough** 62:9 284:10

**town** 255:10

**toxoplasmosis** 108:17

**train** 318:9

**trained** 131:13 143:21

**training** 247:21

**transcribed** 8:19

**transcript** 9:16

**transferred** 144:21

**transitioned** 27:5

**translate** 221:19

**transmitted** 244:17

**treat** 83:18 97:12 99:23 101:1 103:18
119:12 142:19 158:16 166:13 177:13
202:15 241:20 255:17 286:14,18
313:17 316:3,8

**treated** 25:2,3 29:8 42:2,20 58:23
65:16 74:18 154:16 174:10 313:8
315:2,12 316:17,19

**treating** 21:20 25:14 40:18 49:15
63:11 83:11 126:3 138:6 150:1,2
173:22 178:15 183:4 232:9,22 239:23
251:13 252:10 280:1 288:6 317:24
318:12,16 319:12 323:17 325:9

**treatment** 8:5 23:7 25:11 30:12 32:1,
7 38:21 40:8,24 46:24 47:22 60:4
61:3 64:22 65:24 71:17 75:4 85:23
96:24 103:4,11,12 116:15 119:17
138:9 139:4 142:10 146:13 147:8,19
148:22 149:1,17 153:2 154:12 158:5
162:7 163:21 164:6,8 167:13 168:15
169:16 170:18 171:18,22 173:17
178:7 179:18 183:19 189:10 191:24
196:11 215:23 224:12 237:13 240:23
241:14 242:15 264:16 286:6,24
289:12 297:24 305:19 306:20 307:8
311:11,15,16 312:7 314:13 315:22
316:11,21,23 317:3 318:22 319:18,23
320:18 321:16 323:16 325:4

**treatments** 46:14 142:9

**tremendous** 239:7

**tremendously** 215:16

**trial** 5:7 97:20

**trials** 145:13,22

**trouble** 172:10 234:6

**true** 37:5 70:9 89:14 105:4 130:13
141:18 142:3,7,17,19 199:23

**trust** 135:4

**trusting** 263:8

**truth** 141:4

**Tuesday** 256:9

**Tunkhannock** 5:20 17:18 18:8,18
19:1 281:1,22 282:8,11 283:5,9,13,17
287:3,13 290:1 295:4,22 297:12
298:24 300:15 301:1,20 302:22
304:12,17 307:20 308:18,19 309:18
313:3 327:19 328:5

**Tunkhannock's** 325:6

**turned** 195:16 230:8 257:7 258:13,15
260:17 261:10 262:8

**Turns** 172:11

**type** 14:1,21 31:2 37:16 112:13
212:20 247:9 323:19

**typed** 8:19

**types** 124:5 212:17

**typical** 43:17 80:12 115:14 151:21
171:21

**typically** 29:7 91:18 165:7 194:8

### U

**U.S.** 12:19,22 13:16 14:13 21:7
118:16

**uh-uh** 9:13

**ultimate** 97:18,24

**ultimately** 96:17 97:18 129:17
193:14

**Umh-umh** 9:7 81:4 87:12 128:20
204:2 218:11 304:23 313:11

**unable** 65:7 81:10 172:17 220:1,10
288:4

**unbearable** 233:20,24

**unbelievably** 255:1

**uncomfortable** 214:22

**uncomplicated** 183:13

**uncontrolled** 175:3 249:2

**under-** 97:9

**under-diagnosing** 137:8

**under-the-tongue** 282:18

**under-treating** 137:8

**undergo** 249:17 315:14,21

**underlined** 93:1

**understand** 8:2,9,12 9:6 10:7,9
31:19 51:21 63:14 70:11 72:12 73:24
93:15 129:12 133:1 143:6 144:15
145:2,3 148:12 149:17 160:17 164:20
173:5 195:4 197:10 198:24 209:17
226:20 230:24 232:17 245:17 247:4,
18 261:4 262:20 263:10 286:6
305:13,15,18 306:3 309:5 310:1
323:15 328:2

**understandable** 91:10

**understanding** 8:17 121:7 143:11
156:15 162:18 173:16 209:24 224:6
267:10 303:5

**understood** 26:16,24 63:12,13 68:5
77:24 97:9 226:22 259:18 288:20
305:3

**unexplained** 264:14,20

**unfamiliar** 59:22

**uni-** 68:21

**uninfected** 84:12

**Unintelligible** 34:14 44:18 71:4
115:7 174:3 187:14 196:19 254:11
275:10

**unique** 166:8

**United** 5:13 67:1

**university** 67:17,21 68:21 120:10

**University's** 81:20

**unknown** 64:23 245:13,16,19 246:5,
9

**unprecedented** 254:8

**unpredictable** 210:17

**unscientific** 103:1

**unsuccessfully** 77:22

**unusual** 9:2 210:17 234:6

**updated** 147:20 261:12

**upper** 30:8 215:5,9,10

**Uptodate®** 28:17 32:17 75:15 182:4
201:12

**upward** 205:11

**usage** 180:23 181:10

**useless** 124:3

**usual** 6:8 95:15 120:22 122:12
144:11

**utterly** 137:13

## V

**Valerie** 12:7 79:11,12 81:3 244:4,5

**Valerie's** 251:14

**valid** 199:10,21 201:2

**validate** 96:2

**validation** 95:15 279:11,15

**varies** 105:18

**varying** 101:24

**vast** 319:17

**Veal** 5:10

**vein** 52:13 90:15 182:18 183:1

**venous** 79:6 93:21 94:2 123:23

**venules** 90:3

**verbal** 7:20 8:1

**version** 169:15 261:13

**versions** 78:11 169:16 260:17,18
282:2,5,23 284:4

**versus** 5:18 35:12 94:2

**vessels** 150:8 151:6 153:19 250:8
269:4 317:7

**veterinarian** 263:14

**veterinary** 79:1 90:19 93:13 95:2
105:9 110:2

**vibration** 115:24

**victim** 277:14

**video** 5:12

**view** 326:19

**views** 29:2

**violent/suicidal** 106:7,12

**viral** 248:23

**virus** 250:2 255:7

**visit** 55:14

**visited** 10:19

**voice** 248:18

**voluntarily** 12:20

## W

**wait** 9:19 20:1 42:6,9 80:19 132:20
196:20

**waiting** 326:7

**waived** 5:4

**walk** 140:24 144:7 318:24

**wall** 181:16 249:16,20

**wanted** 54:5 93:5 146:11 148:23
169:5 171:5 177:17 191:8 196:9
204:8 207:6 219:1 227:22 234:24
253:12 257:16 259:17 282:21 284:3
291:2 302:16 303:20 305:4 323:13
325:23

**wanting** 305:13 319:24

**warnings** 30:2

**wavelengths** 224:22

**ways** 206:1

**weak** 187:8 238:20 239:10,11,12

**weakened** 181:16

**weakening** 220:18,22

**weaker** 181:17

**weakness** 236:9

**wear** 219:12,14

**wears** 194:2

**website** 19:9,12 73:7,13 127:19
128:6 235:14,18 240:6 252:15,21

**Wednesday** 256:11

**week** 107:14 180:10,13,16,21 256:10

**weeks** 142:11 183:21 189:24 190:1
198:3 205:22 214:2 217:8,13 238:5
284:16,20

**weight** 201:23

**weird** 290:13

**Weiss** 291:21 309:18

**well-known** 180:24

**well-proven** 141:5

**Wellness** 16:19 17:5,17

**West** 17:22 67:6

**whatsoever** 109:14,17

**white** 92:7 141:13 144:2 201:20,21

**white-tailed** 92:8

**who'd** 314:8

**whole-body** 175:13

**widely** 310:17

**wife** 11:7 284:14

**wildlife** 270:4,7,10

**Wilkes-barre** 255:11

**Winola** 18:21

**withdraw** 257:3

**withdrawal** 189:15 192:16,24 193:3,
12 194:8,18,22 195:7,8 198:22
286:21

**withdrawing** 194:20

**witnessed** 76:9

**Wolking** 5:18 6:21 8:6,8 32:23 37:4,
14 40:11 43:5 46:21 47:4 48:6 49:15
50:5 53:19 54:3 55:13 56:14 57:7
58:23 60:22 61:24 95:10 109:20
110:19 115:1 117:24 122:24 123:18
124:6,20 125:2 149:12 178:14 180:17
188:21,24 192:1 203:16 205:6 211:8
218:7 220:24 221:4 226:13 227:13,19
228:4,16 264:2 285:17 296:22 297:17
298:4,8 300:8,22 302:11 304:21
306:9 308:3 310:5,13 311:6,22
319:23 321:15 328:6

**Wolking's** 36:11,24 38:6,21 39:7
48:1 134:16 150:10 151:6 308:7
311:12 315:22 324:12 327:12

**Wolking-lindner000268** 34:22

**Wolkings** 205:17 207:21 225:7
237:13

**woman** 176:2 183:12 186:23,24

**women** 176:10 185:22 282:17
283:20

**wondered** 199:8

**Wonderful** 321:8

**wondering** 277:17

**word** 9:1 56:24 106:2 128:6 146:22
299:10

**words** 19:16 40:19 63:20 128:7
231:15,17

**wore** 203:5

**work** 21:16 67:19 103:21 109:1
112:22 120:13 122:15 132:9 165:7
172:5 196:13 213:10 279:11,15
281:23 305:22 326:8

**worked** 15:16 17:15 18:19 67:16
119:9 120:5 298:23 300:14 301:1
302:21 323:9

**working** 15:1 81:20 120:9 241:12
285:6 287:20 323:14

**works** 24:23 200:5 210:9 224:21
278:1

**world** 86:20 113:16 121:19 142:16

**worse** 47:8,9 119:13 154:13 156:7
191:4,19,20 193:2 195:22 206:1,9
209:12 213:12 286:20

**worsen** 103:12 106:24

**worsened** 316:6

**worsening** 48:13 97:4 156:12 172:8

**worsens** 104:11

**worst** 119:13 219:10

**wrap** 74:22

**write** 54:20 58:10 59:14 128:21
131:20 147:15 162:14 169:10 182:12
184:1 209:19 215:6 229:17 275:8
277:21 296:17 297:15 302:9

**writes** 19:17 189:4,22 204:4

**writing** 15:21 26:18 142:22 148:3
160:14 170:4 292:19

**written** 25:10 41:9 67:10 128:12
152:3 169:23 170:2 176:23 210:23
223:17 229:9 231:8 248:17 278:6
284:23 293:12 300:19

**wrong** 143:2 171:6 189:13 264:18
267:18 286:4 293:12 320:20

**wrote** 46:11,17 55:4 56:14 60:1
76:10 128:9 130:16 180:9 189:1
206:2 221:14 231:21 232:2 244:9
248:10 261:1 266:13 267:23 272:17
273:9 274:23 277:23 289:24 294:13
296:22 297:3 298:14 300:8,22

## Y

**Yale** 133:17

**year** 24:8 55:16 133:20 134:7,12
155:3 242:18 247:20

**years** 10:17 11:24 12:16 15:19 17:18
23:3 25:3 31:16 52:16 63:11 65:5
73:3 74:19 83:9 87:18 89:22 101:23
132:7 138:10 140:13 153:2 172:9
211:14 235:4 280:7 286:13 313:4,5

**yeast** 80:2,10,13 81:11 263:16
269:14

**yellow** 82:10,14

**yield** 94:3

**young** 183:12 281:5 284:6,8,19
287:5 288:8,15 289:9 292:22 293:6
295:10 297:23 298:3,7,16 300:10
301:4 325:8,11 326:19 327:1,8

**Young's** 5:19 304:11

**Yup** 108:11 149:8

## Z

**Z-A** 11:11

**Z-A-B-E-L** 11:11

**Z-E** 135:8

**Z-U-R-L-O** 135:9

**Zabel** 11:8,16 12:5,10

**Zoom** 133:9 134:10

**zoonotic** 143:6 145:3 258:21 259:10
260:24 262:10 266:12 272:6 279:24

**Zurlo** 135:8