1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
NO. 3:23-cv-00806-JFS

| | | |
|---|---|---|
| STACEY WOLKING and | ) | DEPOSITION UPON |
| DARYL WOLKING, w/h, | ) | |
| | ) | |
| Plaintiffs, | ) | ORAL EXAMINATION |
| | ) | |
| - vs - | ) | |
| | ) | OF |
| HENRY LINDER, M.D., | ) | |
| and YOUNGS | ) | |
| APOTHECARY, INC., | ) | MARK DERSHWITZ, |
| d/b/a TUNKHANNOCK | ) | M.D., PH.D. |
| COMPOUNDING CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

- - - - - - - - - - -

TRANSCRIPT OF VIDEOTAPED
DEPOSITION, taken by and before PATRICE
SWEENEY, Professional Reporter and Notary
Public, via Zoom, with the witness and all
counsel being in their respective locations,
on Tuesday, June 4,2024, commencing at 10:01
a.m.

ERSA COURT REPORTERS
30 South 17th Street
United Plaza - Suite 1520
Philadelphia, PA 19103
(215) 564-1233

**2**

1  A P P E A R A N C E S :
2  (Via Zoom)
3
      KLINE & SPECTER, P.C.
4  BY:  CONOR LAMB, ESQUIRE
          Conor.Lamb@klinespecter.com
5      1525 Locust Street
        19th Floor
6      Philadelphia, PA 19102
          Attorneys for the Plaintiffs
7
8
      CIPRIANI & WERNER, P.C.
9  BY:  AMY A. SHWED, ESQUIRE
          AShwed@c-wlaw.com
10    415 Wyoming Avenue
        Scranton, PA 18503
11        Attorneys for the Defendant,
          Henry Lindner, M.D.
12
13
      MCCORMICK & PRIORE, P.C.
14  BY:  CONRAD JAMES BENEDETTO, ESQUIRE
          CBenedetto@mccormickpriore.com
15      SUSAN C. KEESLER, ESQUIRE
          Skeesler@mccormickpriore.com
16    2001 Market Street
        Suite 3810
17    Philadelphia, PA 19103
          Attorneys for the Defendant,
18        Youngs Apothecary, Inc., d/b/a
          Tunkhannock Compounding Center
19
20
21  A L S O  P R E S E N T :
22      Bob Odell, Videographer
23
24

**3**

1              I N D E X
2
3  WITNESS                    PAGE
4
5  MARK DERSHWITZ, M.D., PH.D.
6  (Via Zoom)
7
8  By:  Mr. Benedetto          5, 115
9  By:  Mr. Lamb               107
10
11              - - -
12
13
14          E X H I B I T S
15              PAGE    PAGE
16  NUMBER    DESCRIPTION    MARKED  ATTACHED
17  Exhibit-1  Amended NOD      4    124
18  Exhibit-2  Curriculum Vitae  4   125
19  Exhibit-3  Dershwitz Testimony 4  126
20  Exhibit-4  4/4/24 Report    4    127
21
22              - - -
23
24

**4**

1          P R O C E E D I N G S
2
3          (At this time, documents were
4  premarked for identification as Exhibit-1
5  through Exhibit-4.)
6
7          THE VIDEOGRAPHER:  This video is
8  being taken at 10:01 on June 4th, 2024, and
9  this deposition is for the United States
10  District Court for the Middle District of
11  Pennsylvania, civil action number
12  3:23-cv-00806-JFS, in the case of Stacey
13  Wolking, et al. versus Henry Linder, M.D.,
14  et al.
15          Present for the taking of this
16  video deposition are the deponent, Dr. Mark
17  Dershwitz, and counsel who will now
18  introduce themselves.
19          MR. LAMB:  Conor Lamb for the
20  plaintiffs.
21          MS. SHWED:  Amy Shwed for
22  Dr. Henry Lindner.
23          MR. BENEDETTO:  Conrad James
24  Benedetto on behalf of Youngs Apothecary.

**5**

1          MS. KEESLER:  Susan Keesler on
2  behalf of the same.
3          THE VIDEOGRAPHER:  Thank you,
4  counsel.
5          The court reporter is Patrice
6  Sweeney of ERSA, and the court reporter
7  will now swear in the witness.
8          MARK DERSHWITZ, M.D., PH.D.,
9  after having been duly sworn, was examined
10  and testified as follows:
11          THE VIDEOGRAPHER:  We will now
12  begin questioning.
13  BY MR. BENEDETTO:
14  Q.    Good morning, Doctor.  You heard me state
15  my name on the record and we introduced ourselves
16  earlier.  My name is Conrad.  I will be taking your
17  deposition.  I represent a compounding center called
18  Youngs Apothecary and the compounding center name is
19  Tunkhannock Compounding Center.
20          Prior to this litigation, had you ever
21  heard of Tunkhannock Compounding Center?
22  A.    No.
23  Q.    Okay.  We're here to take your deposition.
24          I have seen from the materials you've

2 (Pages 2 to 5)

**6**

1  produced you have had your deposition taken before
2  and relatively recently; that's correct?
3  A.    Yes.
4  Q.    Okay. I'm just going to go over a few
5  ground rules just to refresh your memory and make
6  sure that this runs smoothly.
7         I don't think we're going to be here
8  prohibitively long. I certainly don't want to keep
9  you from your duties, but it may take a while. So
10  if we need to take a break at any point, just let me
11  know. You're not being held here against your will
12  or anything like that. I just ask that if there's a
13  question that I've asked, that you answer it before
14  we take a break.
15        Is that understood?
16  A.    Yes.
17  Q.    Okay. And please answer affirmatively or
18  negatively with words, not a shrug of the shoulder
19  or sounds because that does not get picked up by the
20  transcript.
21        And you'll understand that, correct?
22  A.    Yes.
23  Q.    Okay. And you understand that if you have
24  to, you can estimate or approximate, but not -- I

**7**

1  would ask you not to guess on any answer that you
2  provide.
3         Understood?
4  A.    Yes.
5  Q.    Okay. And you -- well, let's -- currently,
6  Dr. Dershwitz, what is your current occupation?
7  A.    I'm an anesthesiologist and pharmacologist.
8  Q.    Okay. Do you practice anesthesiology
9  currently?
10  A.    Yes. But I do not do any clinical work in
11  the operating room anymore.
12  Q.    When was the last time you performed
13  clinical anesthesiology in the operating room?
14  A.    January of 2020.
15  Q.    Okay. And since January of 2020 have you
16  been primarily researching and teaching?
17  A.    Teaching. I don't do research anymore.
18  Q.    What level do you currently teach?
19  A.    I teach medical students, and I teach
20  anesthesiology residents.
21  Q.    What location?
22  A.    University of Massachusetts.
23  Q.    Is that Massachusetts General or is that at
24  Amherst?

**8**

1  A.    Neither. It's in Worcester.
2  Q.    Oh, Worcester. Right. Okay.
3         Yeah. All right.
4         Okay. And how long have you been currently
5  teaching students -- anesthesiology residents and
6  medical students at University of Massachusetts?
7  A.    Since 2000.
8  Q.    Okay. Do you teach pharmacology --
9  A.    Yes.
10  Q.    -- currently?
11        And where do you teach pharmacology?
12  A.    At UMass.
13  Q.    And who do you teach pharmacology to? What
14  level students?
15  A.    Medical students and anesthesiology
16  residents.
17  Q.    And has that also been since 2000?
18  A.    That's actually going back to the '80s.
19  Q.    Okay. And is there a clinical practice of
20  pharmacology?
21  A.    No.
22  Q.    Okay.
23        All right. So I've premarked,
24  Dr. Dershwitz, four exhibits and they are not

**9**

1  anything surprising. They are the notice, your
2  C.V., your list of testimony, and the report that
3  you authored on April 23rd, I believe, 2024. I just
4  want to go through those with you and that's going
5  to be the basis of my questions today.
6         Okay?
7  A.    Okay.
8  Q.    All right. Do you have a copy of each of
9  those documents in front of you?
10  A.    Several of -- I have in front of me. I
11  could get a copy of the notice quickly. There was
12  nothing in there of interest to me.
13  Q.    Okay. We can put it up on the screen if
14  you need to, but if you have a copy, please let me
15  know.
16        MR. BENEDETTO: Conor, would you
17  rather I put it up on the screen?
18        MR. LAMB: Yeah, I think just put
19  it up on the screen.
20        MR. BENEDETTO: Okay.
21        All right. So can we please put
22  up on the screen what has been premarked as
23  Dershwitz-1, the amended notice of
24  deposition, that was forwarded to Mr. Lamb

10

1    and Dr. Dershwitz, please?
2        Am I doing it?
3        THE COURT REPORTER:  Do you want
4    me to do it?
5        MR. BENEDETTO:  Am I doing it?
6    Oh, I thought -- hold on.  Sorry, guys.
7    Hold on one second.
8        THE COURT REPORTER:  I can throw
9    it up real quick.  Okay.
10       MR. BENEDETTO:  No.  There you
11   go.
12       Does everybody see that?
13       THE VIDEOGRAPHER:  Yes.
14   BY MR. BENEDETTO:
15   Q.    Okay.  Dr. Dershwitz, do you see the
16   amended notice of deposition of Mark Dershwitz,
17   M.D., Ph.D. in front of you?
18   A.    Yes.
19   Q.    Okay.  I just have a -- a few questions
20   regarding this notice.
21       So, as you see, here's my -- my cursor
22   here, it says we're taking your deposition via Zoom
23   videoconferencing.
24       Where are you currently testifying from?

11

1    A.    My home.
2    Q.    Okay.  And are you -- do you reside in
3    Worcester?
4    A.    No.  I live in Holliston, Massachusetts.
5    Q.    Okay.  And you understand that it's being
6    video recorded?
7    A.    Yes.
8    Q.    Okay.  Notice this last paragraph:  The
9    deponent shall bring with him any and all documents,
10   recordings, and tangible things, including all
11   notes, correspondence, photos, and memoranda,
12   related to this litigation.
13       Do you see where I just read?
14   A.    Yes.
15   Q.    Okay.  Do you have any documents,
16   recordings, tangible things, notes, correspondence,
17   photos, and memoranda, in front of you as we sit
18   here?
19   A.    Everything is on my computer, but right now
20   the only screen I have on is my Zoom screen.
21   Q.    Okay.  Prior to this deposition, and I do
22   not want to know if you spoke with Mr. Lamb about
23   this deposition or what you spoke about with him,
24   but did you review any documents, recordings,

12

1    tangible things, notes, correspondence, photos, and
2    memorandum, related to this litigation?
3    A.    Well, in addition to what's listed in my
4    report, the other two documents that he provided me
5    with afterward were the two expert reports from the
6    defendants.
7    Q.    Okay.  Other than the materials that you
8    cite in your report and those two defendant reports,
9    have you reviewed any documents, recordings,
10   tangible things, notes, correspondence, photos, or
11   memoranda, in preparation for today?
12   A.    No.
13   Q.    Okay.  Dr. Dershwitz, I'm going to turn
14   your attention to what I've marked as Dershwitz-2,
15   which is your curriculum vitae.
16       One question I had.  I noticed it was 21
17   pages and it's dated March 26, 2024, then there was
18   a list of testimony and then there was a prior C.V.
19   from about 2021, based on my memory.
20       Is it fair to say that the first 21 pages
21   of what was provided to me is your current C.V.?
22   A.    I -- I think so.  I have no idea what you
23   mean by having something appended.  It's not
24   something I did.

13

1    Q.    Okay.  Yeah, it -- it was like a second
2    C.V. from November 14th, 2021.  But I think it's
3    fair to say that the one that's -- says prepared 26
4    March 2024, that we will mark as Dershwitz-2, is
5    your most recent and current C.V., correct?
6    A.    Yes.  I think that the previous one you
7    should just ignore.
8    Q.    Okay.
9        All right.  Fair enough.  Thank you.
10       And to confirm, you received your
11   bachelor's in chemistry cum laude 1974 from Oakland
12   University?
13   A.    Yes.
14   Q.    Okay.  Did you have a concentration in what
15   you majored in in chemistry?
16   A.    No.
17   Q.    Okay.  And then from there it looks like
18   your next degree was a Ph.D. in pharmacology at
19   Northwestern; is that correct?
20   A.    Yes.
21   Q.    So in those intervening eight years, were
22   you a Ph.D. student at Northwestern?
23   A.    I was an M.D., Ph.D. student.  That's why
24   it took so long.

14

1   Q.      Gotcha.
2           And you graduated also in 1982 with a
3   medical degree from Northwestern?
4   A.      Right.  And I couldn't do the medical
5   degree in a year.  I was doing the two degrees
6   simultaneously, but the Ph.D. did come first.
7   Q.      Okay.  And were -- the Ph.D. and M.D., was
8   that a joint program offered by Northwestern?
9   A.      Yes.
10  Q.      Okay.  And what was that program?
11  A.      It was called the M.D., Ph.D. program or
12  medical science program.
13  Q.      And what was its focus in?
14  A.      It was --
15  Q.      Yeah, if there was a focus?
16  A.      The focus was whatever the student wanted
17  to, you know, study.  People in the program could
18  have gotten Ph.D.s besides in pharmacology and
19  biochemistry, physiology, anatomy, microbiology,
20  et cetera.
21  Q.      So a Ph.D. in a related biochemical
22  physical field along with your medical degree?
23  A.      Yes.
24  Q.      And you had a Ph.D. in pharmacology,

15

1   correct?
2   A.      Yes.
3   Q.      So -- and I know this is a bit pedantic in
4   by way of background, but back in the late -- in the
5   '70s and early '80s, what was -- what was your goal
6   in terms of obtaining a Ph.D. in pharmacology along
7   with the medical degree?
8   A.      To be able to do research in addition to
9   practicing medicine.
10  Q.      Okay.  And research in what?
11  A.      Pharmacology.
12  Q.      What is pharmacology?
13  A.      Well, broadly speaking, it's the study of
14  the interaction between chemicals and biological
15  systems.
16  Q.      So, for example, the -- and tell me if I
17  understand this correctly, the interaction of
18  chemicals and using your medical degree with the
19  human body, the human -- and the system of the human
20  body?
21  A.      That is part of it, but is it not limited
22  to humans.  I mean, pharmacologists study other
23  organisms as well as invitro system.
24  Q.      Okay.  So a pharmacologist could study the

16

1   chemical use with flora, any type of animal,
2   whatever it is, correct?
3   A.      Yes.
4   Q.      Okay.  And you do not have a degree in
5   pharmacy, Pharm D, correct?
6   A.      Correct.
7   Q.      Did you study or take any courses in a
8   pharmacy school either during your undergrad or
9   during your grad program?
10  A.      No.
11  Q.      Did you take any pharmacy courses during
12  that program?
13  A.      No.
14  Q.      You completed an internship at Carney
15  Hospital and then a -- your residency at Mass
16  General, correct, in anesthesiology?
17  A.      Yes.
18  Q.      During residency, did you study
19  pharmacy?
20  A.      No.
21  Q.      Did you take any courses or perform any
22  clinical work in pharmacy during --
23  A.      No.
24  Q.      -- your residency?

17

1   A.      No.
2   Q.      Did you dispense any medication during your
3   residency?
4   A.      If your definition is dispense, probably
5   not.  But anesthesiologists are unique in that the
6   vast majority of medications we administer are not
7   based upon a doctor's order.  The vast majority of
8   medical specialties the physician writes an order or
9   writes a prescription, the medication is then
10  dispensed by a pharmacist and either the patient
11  administers the drug to themselves or a nurse
12  administers the drug to a patient.
13  Anesthesiologists virtually never follow that
14  pathway if they are practicing in the operating
15  room.  The anesthesiologist draws up the medication
16  and injects it into -- it's almost always an IV
17  medication, and administers it to the patient
18  themselves.  And that's rarely done elsewhere in
19  medicine.
20  Q.      Right.
21          And -- and the nature of the work of an
22  anesthesiologist in the O.R. is to administer the
23  medicine that the anesthesiologist determines is
24  required for that procedure himself or herself,

18

1  correct?
2  A.    Typically, yes.
3  Q.    Okay.  And so as an anesthesiologist you
4  typically -- even in the hospital setting, you do
5  not work with pharmacists in the sense of you do not
6  prescribe or write a prescription and then provide
7  it to the pharmacist to dispense it, correct?
8  A.    No.  That's not correct.  Because both
9  preoperatively and postoperatively we do write
10  orders that need to be filled by a pharmacist and
11  then are typically administered by a nurse.  But in
12  the operating room, we administer the medications
13  ourselves.
14  Q.    And that medication postop -- or preop and
15  postop, and that's for medication related to the
16  anesthesia that was provided or administered prior
17  to the operation, correct?
18  A.    Not necessarily.  It could be just
19  medications that the patients need at that moment in
20  time.  For example, antibiotic therapy is typically
21  provided by the anesthesiologist.
22  Q.    Okay.  Does -- in your practice of
23  anesthesiology, in the operating room or in the --
24  in that setting, how often does an anesthesiologist

19

1  administer steroids?
2  A.    Very commonly.
3  Q.    And what would the anesthesiologist
4  administer steroids for?
5  A.    So the two primary indications would be,
6  number one, to prevent acute adrenal insufficiency
7  in a patient who is at risk for that and, number
8  two, to start or to continue immunosuppressive
9  therapy in a patient.
10  Q.    And why would the anesthesiologist be
11  providing that medication, or administering that
12  medication I should say?
13  A.    Because anesthesiologists administer
14  virtually all medications in the perioperative
15  period.
16  Q.    Okay.  And in this setting, am I
17  understanding you that you -- that an
18  anesthesiologist would be administering steroids for
19  either acute adrenal insufficiency or due to an
20  autoimmune condition prior to an operation in order
21  to keep the patient, for lack of a better word,
22  balanced during that operation in terms of the
23  required steroid consumption for those conditions,
24  adrenal insufficiency or their autoimmune condition?

20

1  A.    Well, it's typically to prevent adrenal
2  insufficiency.
3  Q.    Okay.
4  A.    In other words, patients who chronically
5  take glucocorticoids are at risk for acute adrenal
6  insufficiency during any period of stress like a
7  surgical procedure and they need additional doses of
8  glucocorticoids on the day of surgery and possibly
9  following.
10  In addition, the administration of
11  glucocorticoids in the perioperative period goes
12  well beyond just somebody with an autoimmune
13  phenomenon, very commonly it involves or it -- it
14  includes administering the first dose of
15  immunosuppressive drug in a patient who is going to
16  undergo a transplant.
17  Q.    Okay.  And is there a typical dosage of
18  corticosteroids to administer to a patient
19  preoperatively to avoid the adrenal insufficiency?
20  A.    So typically if a patient is at risk for
21  acute adrenal insufficiency, we use hydrocortisone
22  as the glucocorticoid because it has the fastest
23  onset.  We give a hundred milligram dose and it's
24  repeated every eight hours for a few doses

21

1  afterward.
2  Q.    Okay.  Other than the setting of a patient
3  that's at risk for adrenal insufficiency or an
4  autoimmune suppressant situation, are there
5  opportunities or times where an anesthesiologist
6  will administer corticosteroids to a patient?
7  A.    Well, when you use the term
8  corticosteroids, the answer is yes.  Because if a
9  patient has Addison's disease, they are going to
10  need glucocorticoids as well as mineralocorticoids
11  in the perioperative period.  And there are other
12  indications for -- for giving glucocorticoids
13  besides, you know, a patient with an autoimmune
14  disease or a transplant patient, but those would be
15  the common ones.
16  Q.    Okay.  And outside of the operating
17  setting, whether preop, during the operation, or
18  postop, is there an opportunity where
19  anesthesiologists administer steroids to a patient?
20  A.    So physicians who are anesthesiologists who
21  practice pain medicine very commonly use steroid
22  injections to manage the patient's pain.  I hadn't
23  done that since my residency because I did not
24  practice pain management, but lots of my colleagues

22

1   do.
2   Q.   So you performed a rotation of pain
3   management during your residency?
4   A.   Yes.  That's required.
5   Q.   Okay.  But since then, you have not
6   practiced pain management either in the realm of
7   pain management or anesthesiology since the
8   residency?
9   A.   I practiced acute pain management every
10  day, but chronic pain, which is a different
11  subspecialty, is not something that I did.
12  Q.   And when you say "acute pain management
13  every day," you mean in the operation -- operative
14  setting, correct?
15  A.   And postop.
16  Q.   And postop, okay.
17       But for a patient who requires a surgical
18  operation to remedy anything from a -- I don't know,
19  a broken bone to a transplant as we talked about
20  earlier?
21  A.   Those would be examples, yes.
22  Q.   Okay.  Did you teach pharmacology between
23  1982 and 2000?
24  A.   Yes.

23

1   Q.   Okay.  And where did you teach
2   pharmacology?
3   A.   Harvard.
4   Q.   What were the dates of you teaching
5   pharmacology at Harvard?
6        I'll tell -- and I'm looking at page 2 of
7   your C.V., Doctor.  Just looking through your
8   academic appointments, it just looks like you were a
9   lecturer in pharmacology at Illinois College of
10  Optometry and podiatric medicine until 1982,
11  approximately, and then you started teaching
12  molecular pharmacology at UMass in 2000, but I
13  didn't see anything in between?
14  A.   I did not actually have a formal teaching
15  appointment at Harvard, nor do I now, but I have
16  been teaching in their pharmacology course since I
17  -- approximately 1990.
18  Q.   Okay.
19  A.   So it's over 30 years.  Probably closer to
20  35 years that I've been teaching at Harvard.
21  Q.   Okay.  And since your residency in 1986,
22  until 2020, were you a practicing anesthesiologist?
23  A.   Yes.
24  Q.   Okay.

24

1   A.   I should also point out that under the
2   rules of the Massachusetts Board of Registration in
3   Medicine, I am considered actively in the practice
4   of anesthesiology because I continue to teach
5   residents.  But I realize that's a semantic
6   definition.
7   Q.   Right.
8        I mean, the last time you were in an
9   operating room though was approximately 2020?
10  A.   As an anesthesiologist, yes.
11  Q.   Yes, okay.
12       And it looks like on page 1, sorry to go
13  backwards, but on page 1, you were certified by the
14  American Board of Anesthesiology in 2005 and
15  recertified in 2016.
16       My question is:  Between 1986 and 2005 were
17  you board certified?
18  A.   Yes.  In fact, I was -- I was board
19  certified back in the '80s, and both the 2005 and
20  the second one are both re-certifications that in my
21  case were completely voluntary.  Because anybody who
22  was board certified before 2000 has a lifetime board
23  certification, but --
24  Q.   In anesthesiology?

25

1   A.   In anesthesiology.  But I voluntarily
2   recertified twice to set an example with my
3   colleagues.
4   Q.   Okay.  And prior to 2000, that was the rule
5   of the American Board of Anesthesiology --
6   A.   It was a life --
7   Q.   -- a lifetime board member?
8   A.   You are a lifetime -- you know -- you're
9   lifetime certification --
10  Q.   Yup.
11  A.   -- if you certified before 2000.  And then
12  after 2000, your certification needed to be renewed
13  every ten years.
14  Q.   Okay.  What are antiemetics?
15  A.   Drugs to treat or prevent postoperative
16  nausea and vomiting.
17  Q.   What is malignant hyperthermia?
18  A.   Malignant hyperthermia is a pharmacogenetic
19  disease that may result in a fatal rise in body
20  temperature along with severe metabolic
21  derangements.  The person needs to have a genetic
22  susceptibility and the episode is triggered either
23  by depolarizing muscle relaxants or by volatile
24  anesthetics.

26

1 Q. And where do you see that, like in what
2 types of patients?
3 A. The gene is present in approximately 1 in
4 2500, if you take all-comers to the operating room.
5 Q. What's Droperidol?
6 A. Droperidol is the most commonly used drug
7 to prevent or treat nausea and vomiting in the
8 perioperative period.
9 Q. And it looks like a large amount of your
10 published work is in that realm, the postoperative
11 nausea and the -- and I'm blanking on the term -- in
12 the antiemetics and malignant hyperthemia and the
13 monitoring of anesthesia; is that correct?
14 A. Yes. I also published a number of papers
15 on the pharmacology of opioids.
16 Q. Yes. I see that. Okay.
17    Okay. I want to turn your attention to
18 Exhibit-3, which is the last page or the middle page
19 of the two C.V.s I got regarding your testimony.
20    I don't know, do you have that in front of
21 you?
22 A. I can pull it up very quickly.
23 Q. Okay. Please do. If you can't, I can
24 share the screen again.

27

1    And this has been marked as Dershwitz-3,
2 and it's looks like it's page 22, which goes with
3 the C.V., and it's titled Mark Dershwitz, M.D.,
4 Ph.D., Rule 26 Disclosure, for the record.
5 A. Okay. I've got it on my screen.
6 Q. Great. Thank you.
7    All right. I just want to go through each
8 of these cases --
9 A. If I could just save you some time --
10 Q. Sure.
11 A. -- I remember almost nothing about most of
12 these.
13 Q. Okay.
14 A. If -- if you want me to be able to go
15 through these, I would need to prepare, but I did
16 not expect to need to do that.
17 Q. And that's okay. I -- you know, I'm not
18 necessarily going to go through details of your
19 deposition testimony of each or what the case was in
20 depth. But I did want to -- I did have a few
21 questions.
22    So these all listed here were in state
23 court, correct? Either Georgia or Rhode Island or
24 North Carolina?

28

1 A. It -- it looks like it. There were cases
2 in federal court, but they are probably on previous
3 pages.
4 Q. Okay. And when you say "previous pages,"
5 are you saying that the testimony that in either
6 deposition or trial you would have provided in
7 federal court would have been before August 10th,
8 2020?
9 A. Well, actually, the page that I have goes
10 back to 2017. I can tell you when my last federal
11 case --
12 Q. Sure. If you could tell me the last
13 federal case and the name of it, that would be
14 helpful. Thank you.
15 A. Yeah, it was back in 2014 in the U.S.
16 District Court, the Southern District of Ohio.
17 Q. And what was the name of that case?
18 A. In re: Ohio execution protocol litigation.
19 Q. Okay. And I'm going to go out on a limb
20 and propose that that testimony in that case had to
21 deal with certain drugs being administered during
22 the execution process, correct?
23 A. Yes. My expert testimony just was narrowly
24 focused on the pharmacology of the drugs they used

29

1 in their lethal injection protocol.
2 Q. Sure. Okay. Thank you.
3    Did any of these cases and the testimony
4 that you provided either at deposition or trial in
5 Exhibit-3 relate to the administering and dispensing
6 of steroids?
7 A. There -- I have testified about
8 glucocorticoids a number of times amongst these
9 80-odd cases but off the top of my head, I don't
10 remember which ones they were.
11 Q. Okay. Did any of the testimony you provide
12 involve the administration and dispensing of
13 steroids as it relates to the treatment of
14 tick-borne illnesses?
15 A. No.
16 Q. Did any of the testimony that you provided
17 either here or -- Exhibit-3 or previously, relate to
18 the administration of steroids as it relates to a
19 patient that had previously treated for -- with
20 human [sic] replacement therapy medication?
21 A. To be honest, I wouldn't know.
22 Q. Okay. And why not?
23 A. Because hormone replacement therapy is so
24 common and it generally falls below my radar screen

30

1    when it is given concurrently with some other
2    treatment that a patient is receiving.
3    Q.    Okay.  And did any of this testimony
4    involve the administration and dispensing of
5    antimalarial medication?
6    A.    Again, there's a case or two where a
7    patient was taking antimalarials but not for
8    malaria, they were taking it for an autoimmune
9    disease like lupus, but I don't remember the
10   details.
11   Q.    Did that involve an injury to a patient
12   that had been taking the antimalarials?
13   A.    Well, it wouldn't have ended up in court
14   unless the person was injured.  So I would have to
15   say yes, but I don't remember the details.
16   Q.    Okay.  Have you studied the relationship
17   pharmacologically with antimalarials in the human
18   body?
19   A.    Yes.  It was part of my Ph.D. dissertation.
20   Q.    Okay.  Can antimalarials cause a bowel
21   perforation?
22   A.    By themselves, no.
23   Q.    Is there a dosage amount of antimalarials
24   that could cause a bowel perforation?

31

1    A.    Not that I'm aware of.
2    Q.    Looking at Exhibit-3, it looks like two of
3    the matters, one was in Georgia, one was in Rhode
4    Island, you testified on behalf of the defense.  And
5    out of -- so it looks like 2 out of 9.
6          Typically, what is your breakdown in terms
7    of providing expert testimony or consultation on
8    behalf of either the plaintiff or the defense?
9    A.    All of the cases that cross my desk,
10   they're about evenly split.  And over the years,
11   I've testified on behalf of both plaintiffs and
12   defendants.  I would have to actually go through the
13   list to count them up; I haven't done that.
14   Q.    Okay.  What was -- do you remember the
15   first time that you provided expert testimony in a
16   state or federal court?
17   A.    Well, on page 1 of my Rule 26 list, the
18   first time I gave a deposition was in February of
19   '99.
20   Q.    So in those 25 years, Dr. Dershwitz, have
21   you ever been disqualified as an expert in federal
22   court?
23   A.    That's a very good question.  I don't know
24   the answer to that.  I do know that there were cases

32

1    in which the lawyers were arguing about a principle
2    that's related to Daubert, but I was actually never
3    told the results of -- of those arguments going back
4    and forth.  But no judge has ever disqualified me,
5    as far as I know.
6    Q.    Okay.  Of these listed, at least on the
7    page I have, of the nine cases since August 2020, it
8    looks like there's a lot in Georgia.
9          Is there any particular reason why you have
10   testified a lot in state court in Georgia?
11   A.    Because lawyers love to talk to each other.
12   Q.    Fair enough.
13         And you're not licensed to practice in
14   Georgia, correct?
15   A.    I am not.
16   Q.    Okay.  And you have never resided in
17   Georgia, correct?
18   A.    No.
19   Q.    Okay.  Do you remember any particulars
20   about your testimony in those cases where there were
21   Daubert arguments or discussions, as you said,
22   between the lawyers about disqualifying your
23   testimony as to what about your testimony was being
24   argued?

33

1    A.    There was one case that involved the drug
2    aprotinin.  Aprotinin is a -- a drug that can be
3    given to a surgical patient to decrease the risk of
4    bleeding perioperatively and in the past it was
5    commonly given to patients having open heart surgery
6    to try to decrease bleeding, but subsequently, it
7    was recognized that the people who were given
8    aprotinin were also more likely to have renal
9    failure postoperatively.  And there was a class
10   action lawsuit, I'm pretty sure it was in federal
11   court, where they were arguing that the manufacturer
12   of aprotinin was liable for these people who were
13   injured by experiencing renal failure.  And as a
14   pharmacologist, I was an expert and described the
15   mechanisms by which aprotinin may damage the kidney.
16   Q.    As a pharmacologist?
17   A.    As a pharmacologist, yes.
18   Q.    On the eight that -- or the nine that are
19   listed here on Dershwitz-3, do you know which ones
20   of these you testified on as -- on behalf of the
21   party that you were testifying for as a
22   anesthesiologist versus a pharmacologist?
23   A.    I -- I really don't remember.  It's very
24   common for me to be admitted as both an expert in

34

1  pharmacology and an expert in anesthesiology.  Some
2  of these cases had nothing to do with anesthesia, so
3  I was admitted as an expert in pharmacology only.
4  But I -- off the top of my head, I would have to go
5  back and look these up to try -- and I don't have
6  most of these records anymore either.  So I probably
7  have to contact the attorneys to ask them what --
8  what did you call me when I was -- when I was called
9  to the stand.
10  Q.    And we can agree that this case does not
11  concern anesthesiology, correct?
12  A.    That is correct.
13  Q.    Okay.
14  A.    For example, the time when I testified most
15  recently, which was in October of '23, the attorneys
16  originally hired me as an anesthesiologist because
17  the defendant was an anesthesiologist, but because I
18  discovered a different view to the case, all of my
19  court testimony ended up being on pharmacology
20  because, in fact, the case ended up hinging on a
21  product defect.  So this was a product liability
22  case not really -- it started as a medical
23  malpractice case, but the defense -- the defense
24  ended up being alleging product liability.

35

1  Q.    Okay.
2  A.    And that was something that I recognized.
3  Q.    And that was the McBee versus Hutcheson
4  Anesthesia & Pain Treatment, LLC case, correct?
5  A.    Yes.
6  Q.    Okay.  Do you recall -- you have listed
7  here March 27th testimony of this year in a case
8  Logue versus Thurman-Watson in Toombs County,
9  Georgia?
10  A.    Yes.
11  Q.    What did that -- that's your most recent it
12  looks like.  What did that case involve?
13  A.    So that case involves a woman who underwent
14  a colonoscopy allegedly under sedation but, in fact,
15  the clinical team crossed the line and induced
16  general anesthesia in her and they did so without
17  the benefit of an endotracheal tube, which was a
18  significant deviation from the standard of care, and
19  she ended up experiencing aspiration, pneumonia,
20  which has left her with permanent severe lung
21  scarring.  And this was very likely a preventable
22  occurrence.
23  Q.    That sounds like, to me, that you offered
24  testimony as an anesthesiologist in terms of your

36

1  standard of care of anesthesiology?
2  A.    Yes.
3  Q.    Okay.  How would you see yourself on a --
4  say over the last 25 years, are you predominately a
5  medical doctor who practices anesthesiology or are
6  you a pharmacologist who studies the pharmacology of
7  medication?
8  A.    Well, it's pretty much split down the
9  middle.  Because even when I was practicing
10  anesthesia, I had approximately a 50 percent, later
11  60 percent, FTE in the medical school to teach.
12  I've actually never worked more than two and a half
13  days a week in the operating room through --
14  throughout my entire career because I always had
15  either significant research or significant teaching
16  responsibilities.
17  Q.    Okay.  So, for the most part, even when you
18  were practicing in anesthesiology, it was only two
19  or three days a week at most?
20  A.    Never three.  It was two or two and a half.
21  Q.    Two or two and a half.
22          Okay.  When you say you had significant
23  teaching requirements, in what capacity?
24  A.    Well, ever since I joined the UMass faculty

37

1  in 2020, I have been the primary teacher of
2  pharmacology in the medical school.
3  Q.    Okay.
4          Okay.  But, again, I want to just make sure
5  it's clear.  As a pharmacologist, you do not
6  dispense medication in a pharmacy either in the
7  hospital or consumer setting, correct?
8  A.    Correct.
9  Q.    And you never have, correct?
10  A.    Correct.
11  Q.    And as an anesthesiologist, we talked about
12  the administering of medication preop, during the
13  operation, postop, but you have never dispensed
14  medication as a pharmacist in a pharmacy, correct?
15  A.    Correct.
16  Q.    Okay.  And as -- as an anesthesiologist, do
17  you round postoperatively or preoperatively?
18  A.    That practice has been evolving.  When I
19  started in anesthesia, just about everybody came to
20  the hospital the day before surgery and they spent
21  the night in the hospital, and back then we did see
22  our patients preop and postop.  Things have changed
23  in four decades.
24          And so the majority of my patients come to

38

1  the hospital on the day of surgery, many of them
2  visit the preop clinic, but I virtually never worked
3  in the preop clinic, so I typically met my patients
4  on the day of surgery.  If they spent a hospital
5  night postoperatively, I would see them afterward
6  the next day.  But if -- the typical patient would
7  go home the same day, so the last time I would see
8  them would be in the recovery room.
9       Q.      And so do you have any interaction with the
10  pharmacist on the team covering that patient as an
11  anesthesiologist?
12      A.      If the patient is coming in for surgery on
13  the day of the operation and going home the same
14  day, that patient typically is not taken care of by
15  a hospital pharmacist.
16      Q.      Okay.
17      A.      The only time a pharmacist would get
18  involved would be if somebody, typically other than
19  an anesthesiologist, would write an order for a
20  preoperative or postoperative medication that would
21  be administered by a preoperative or postoperative
22  nurse.  And that does happen, but it is in the
23  minority of patients.
24      Q.      And are you talking only in the inpatient

39

1  -- or excuse me, outpatient setting in terms of
2  operations or are you talking about inpatient as
3  well?
4       A.      Well, the vast majority of patients are
5  exclusively outpatient today.
6       Q.      Okay.  In what setting?  In the operative
7  setting?
8       A.      Yeah.  Almost everybody who has -- almost
9  every operation goes home the same day.
10      Q.      Either in these nine cases here cited since
11  August 2020 or to your recollection, prior
12  testimony, have you ever offered opinions against a
13  pharmacist as an expert?
14      A.      I believe so.  But, again, it's been a few
15  years and I don't remember the details.
16      Q.      But you --
17      A.      The pharmacist -- the pharmacist was not
18  the only defendant.  But, you know, on this Rule 26
19  list, there is a case called Shepherd versus Rite
20  Aid, and, again, off the top of my head I don't
21  remember the details, but I think the pharmacy was
22  the -- was the primary defendant.
23      Q.      And what happened -- I don't have Shepherd
24  versus Rite Aid.  Could you tell me the year or the

40

1  court?
2       A.      It's November 14th, 2017, I was deposed,
3  and it was in the Circuit Court of Montgomery
4  County, Alabama.
5       Q.      Okay.  And do you recall any details of
6  that case?
7       A.      None.
8       Q.      And so how do you know that you provided
9  testimony against the pharmacist?
10      A.      Because in the far right-hand column it
11  says P, and that means that I was on the plaintiff's
12  side.
13      Q.      Okay.  But you don't recall what aspect of
14  the pharmacist's, whether it was Rite Aid or the
15  individual pharmacist, actions or inactions that you
16  provided testimony against as -- on behalf of the
17  plaintiff in that case?
18      A.      No.  Sorry, but that was too many years ago
19  for me to have remembered.  That case also never
20  went to trial.
21      Q.      If you look on your Rule 26 disclosure of
22  cases, and it's a deposition given in July -- on
23  July 13th, 2022, the case is Polanco versus
24  University Medical Group in Rhode Island, and the

41

1  attorney was Mark Fleury, and you provided testimony
2  on behalf of defense.
3       Do you recall what that case was about?
4       A.      Again, I haven't looked at it in a couple
5  of years, so I would rather not try to re --
6  guess --
7       Q.      All right.
8       A.      -- like we talked about.
9       Q.      Okay.  And then the next one listed in
10  August of 2022 is a trial, you testified on behalf
11  of plaintiff, it was called Dorsey v. Kepner in
12  Fulton County, Georgia.
13      Do you recall what that case was about?
14      A.      Yes.  So that case involved a patient who
15  was undergoing a surgical procedure to treat chronic
16  pain.  And so the surgeon in the case was actually
17  an anesthesiologist, although he was not the
18  defendant.  The person providing the anesthesia was
19  a nurse anesthetist who was not being medically
20  directed by the anesthesiologist doing the surgery,
21  that nurse anesthetist was being medically directed
22  by an anesthesiologist who was physically not even
23  on the site.  And that nurse anesthetist also
24  crossed the line from sedation to general anesthesia

**42**

1    and the patient was -- was injured.
2         And so the defendants were the nurse
3    anesthetist on the case, as well as the
4    anesthesiologist supervisor who was not physically
5    on site.
6         And that case did go to the jury and the
7    jury found on behalf of the plaintiff.
8    Q.    The next one, which is deposition testimony
9    in May 2023, so approximately one year ago, in
10   Mecklenberg County, North, Carolina, Connette versus
11   Charlotte-Mecklenberg Hospital Authority.
12        Do you recall what that case was about?
13   A.    Yes.  So the lead attorney on that is -- is
14   the former Senator from North Carolina.
15   Q.    Okay.
16   A.    And -- and his client was the family of a
17   young girl who had significant heart disease from
18   birth and she needed a relatively minor surgical
19   procedure and they chose to give her an anesthetic
20   regimen that caused her to suffer a cardiac arrest
21   and she was severely injured.  She did survive, but
22   was much more severely impaired post --
23   post-procedure.  And I believe that that injury was
24   largely preventable.

**43**

1    Q.    To your knowledge or recollection, how much
2    time did you spend in this case reviewing the
3    materials and preparing your report?
4    A.    Well, I could tell you exactly if I just
5    pull up my billing records, which will just take a
6    second here.
7    Q.    Sure.
8    A.    So I submitted my first bill to Mr. Lamb's
9    firm on May 17th, 2023, and that bill was for 12.9
10   hours.
11   Q.    Okay.
12   A.    And I submitted my second bill on April
13   24th of this year and that bill was for 5.8 hours.
14   And since then, I've spent a few hours reviewing for
15   my deposition today as well as speaking with
16   Mr. Lamb.
17   Q.    Okay.  And we discussed earlier, other than
18   the materials you cite in the report, including some
19   -- there are several articles and -- and cases,
20   legal cases, and, again, articles or book chapters,
21   anything that was not cited in this report, did you
22   review any materials, articles, chapters, textbooks?
23   A.    No.  What I -- I did look up some drugs in
24   the FDA database.  FDA has a database in which you

**44**

1    can review package inserts, and I did review the
2    package labels of some of the relevants medications
3    in this case.  Not the glucocorticoids, but some of
4    the -- some of the other medications that she was
5    given.
6    Q.    What -- what medication package inserts on
7    the FDA website did you specifically review?
8    A.    I looked up Rifabutin, azithromycin,
9    atovaquone, and tafenoquine.
10   Q.    And, to be clear, you did not look up
11   prednisone or dexamethasone, correct?
12   A.    I didn't need to.
13   Q.    And why not?
14   A.    Because I know the drugs like the back of
15   my hand.
16   Q.    And why do you know the drugs like the back
17   of your hand?
18   A.    Because I use -- in my practice, I would
19   use them typically multiple times a week.  Plus I've
20   been teaching endocrine pharmacology for almost 50
21   years.
22   Q.    Okay.  And in your practice when you say
23   you use them multiple times a week, in what
24   capacity?

**45**

1    A.    As an anesthesiologist.
2    Q.    Okay.  And related to those patients that
3    we talked about earlier in your deposition?
4    A.    Yes.  But some additional.  For example,
5    virtually every neurosurgical patient gets a dose of
6    dexamethasone.  Neurosurgeons love to give that drug
7    in the perioperative period.
8    Q.    Why do they do that?
9    A.    Because it decreases brain swelling.
10   Q.    Okay.  And do you administer that?
11   A.    Yes.
12   Q.    And when a patient is going in for
13   neurosurgery, what is a typical dosing of
14   dexamethasone?
15   A.    That really varies a lot from neurosurgeon
16   to neurosurgeon because there's really no good study
17   that I'm aware of that tells the optimum dose, but
18   -- but typical doses would probably be in the
19   vicinity of 8 to 12 milligrams.
20   Q.    Okay.  But it does vary, correct?
21   A.    Yes.  I mean, some neurosurgeons might say,
22   you know, give four now and four later.  But I would
23   say that the highest dose that a neurosurgeon would
24   typically request would be 12 or 16 milligrams.

**46**

1    And, again, the drug is usually given in
2  multiples of four because the intervenous
3  preparation is 4 milligrams per milliliter and
4  everybody knows that we like to give things in even
5  multiples of milliliters.
6    Q.    And because there is no, I would say,
7  either clinically or mandatory max dosage or optimum
8  dosage, a neurosurgeon will vary the dosing?
9    A.    Yes. It's my -- my experience is that the
10 dose they request is usually not based on any
11 particular scientific study. But we do know that
12 the maximum degree of decreasing or preventing brain
13 swelling probably occurs in the vicinity of 12 to 16
14 milligrams, and higher doses really don't achieve
15 anything more.
16   Q.    And this is in the operative setting or
17 generally?
18   A.    In the perioperative setting for
19 neurosurgery.
20   Q.    Okay. And while they might not use a
21 scientific -- scientifically rigorous method, the
22 neurosurgeons, they are taking into account things
23 like the patient's age, weight, conditions, prior
24 medical treatment, things like that, correct?

**47**

1    A.    Virtually never.
2    Q.    Okay.
3    A.    A surgeon typically has their favorite dose
4  of dexamethasone in the perioperative period and
5  they give it to everybody.
6    Q.    So if there are two different patients,
7  hypothetically, one who's a 74-year-old woman with
8  multiple prior heart and lung and kidney conditions
9  and a 30-year-old male who's 6'2" and 175 pounds and
10 who runs marathons, that neurosurgeon will provide a
11 steroid medication to them in both requiring
12 neurosurgery, in your experience, not based on their
13 conditions or their prior conditions but just
14 because he has a set amount that he likes to use in
15 his surgery?
16         MR. LAMB: I'm going to object to
17    the form.
18         But you can answer, Mark.
19         THE WITNESS: That's a pretty
20    accurate description.
21         MR. BENEDETTO: Okay.
22         Do you guys mind if we take a
23    three to five minute comfort break?
24         THE WITNESS: Not at all.

**48**

1         MR. LAMB: No problem.
2         MR. BENEDETTO: All right. Could
3    we go off the record, please?
4         THE VIDEOGRAPHER: The time is
5    now 11 o'clock. Going off video record.
6         (At this time, a short break was
7    taken.)
8         THE VIDEOGRAPHER: The time is
9    now 11:07. We're back on video record.
10 BY MR. BENEDETTO:
11   Q.    Okay. Doctor, I'm going to turn your
12 attention to what I've marked as Dershwitz-4, which
13 is your report, and I want to go through this with
14 you.
15         One thing I want to ask, do you have any
16 opinions to offer that are not contained in your
17 report?
18   A.    Yes, because I have opinions about the
19 expert reports that I read recently after I wrote my
20 report.
21   Q.    Okay. And we can get into that, I guess,
22 as well after we get to the end of this one.
23         So page 1 of your report there's a couple
24 paragraphs where you talk about the adrenal medulla

**49**

1  and the secretion of hormones. I was a little bit
2  confused as to why it was either in the report
3  generally or here, and I just -- maybe it ties into
4  this particular case, but what does the adrenal
5  gland and the hormones produced by the adrenal gland
6  have to do with this particular case?
7    A.    To differentiate between physiological and
8  pharmacological dosing, that is a very important
9  pharmacology concept.
10   Q.    Okay. And -- and what is the importance of
11 that concept?
12   A.    That when glucocorticoids are given in
13 pharmacological doses, 100 percent of the patients
14 experience toxicity.
15         MS. KEESLER: Sorry, is anybody
16    else having trouble hearing him?
17         MS. SHWED: Yeah. I was just
18    going to say I am too. I hear Conrad
19    really well for whatever -- and I was
20    hearing you, Doctor, before the break
21    perfectly fine, and I turned the volume up
22    on my speakers as loud as they could go,
23    and I was just having a hard time hearing
24    you too.

50

1          THE COURT REPORTER:  Doctor, can
2    you turn up your headphones or your volume,
3    please?
4          THE WITNESS:  I -- I don't have a
5    volume control.
6          THE VIDEOGRAPHER:  We can hear
7    you better now.  I think you adjusted it
8    closer to your mouth.
9          MR. BENEDETTO:  Yeah, the mic.
10         MS. SHWED:  I see.  The
11   microphone.  Okay.  Thank you.
12   BY MR. BENEDETTO:
13   Q.    So the last point you made was that in a
14   pharmacological setting, a patient, person,
15   individual, taking corticosteroids a hundred percent
16   of the time suffers from toxicity, correct?
17   A.    Yes.  Not in a pharmacological setting.
18   When glucocorticoids are given in pharmacological
19   doses as opposed to physiological doses.
20   Q.    Correct.  And what you're -- and correct me
21   if I'm wrong, but what I'm understanding from you is
22   that as your body secretes corticosteroids, you
23   might get toxicity from that because of a condition
24   or you might not, that's a human occurrence.  But in

51

1    the pharmacological setting where you're ingesting
2    them outside of the -- your personal secretion of
3    said corticosteroids, a hundred percent of the time
4    there is a certain level of toxicity that is
5    associated with those?
6    A.    Correct.
7          MR. LAMB:  Objection to form.
8    Objection to form.
9          Mark, you can answer now so it's
10   picked up on the record.
11         THE WITNESS:  Yes, that is
12   correct.
13   BY MR. BENEDETTO:
14   Q.    Okay.  Is there ever a time where there's
15   no toxicity when an individual patient consumes or
16   ingests corticosteroids in the pharmacological
17   setting?
18   A.    No.
19   Q.    What is your definition -- definition of
20   toxicity?
21   A.    An adverse effect on the individual.
22   Q.    And what do you define as "adverse effect"?
23   A.    I think adverse effect speaks for itself.
24   It is something untoward that happens to the

52

1    patient.
2    Q.    Can an adverse affect be beneficial?
3    A.    No.
4    Q.    At the bottom of the page you cited
5    materials reviewed, which are Lindner chart 1
6    through 607, which is discovery provided by
7    Dr. Lindner, the medical records from Fairfax
8    Hospital in January to April of 2023, Ms. Wolking's
9    journal entries, and the complaint.
10         Additionally you discussed earlier the two
11   reports produced by my client Youngs Apothecary.
12         Are there any other materials that you
13   reviewed for your -- for the opinions that you
14   reached in this report?
15   A.    Well, I also mentioned that I did look up
16   some package labels.  But the answer is no.
17   Q.    Okay.
18   A.    I would also like to take this opportunity
19   to point out that on page 1 of this report, I
20   detected a typo yesterday that I had not previously
21   recognized.
22         And so in the last full paragraph on that
23   page above where it says materials reviewed, in the
24   fifth line that begins "a dose" --

53

1    Q.    Yes.
2    A.    -- where it says 4 milligrams of
3    prednisone, that should read 2.5.
4          The potency ratio of prednisone is 4, but
5    the dose is 2.5.
6    Q.    And the dose of the dexamethasone is still
7    .4 milligrams?
8    A.    Yes.
9    Q.    And so what is the ratio between prednisone
10   and dexamethasone?
11   A.    6.25.
12   Q.    Okay.  Did you review Courtney Young's
13   deposition testimony?
14   A.    No.
15   Q.    Did you review --
16   A.    I didn't receive -- receive any depositions
17   to review.
18   Q.    Okay.  So you did not review Brian Bryk's
19   testimony, correct?
20   A.    Correct.
21   Q.    And you did not review Dr. Lindner's
22   testimony, correct?
23   A.    Correct.
24   Q.    And you did not review Ms. Wolking's

54

1　testimony, correct?
2　A.　　Correct.
3　Q.　　And you did not review Mr. Wolking's
4　testimony, correct?
5　A.　　Correct.
6　Q.　　Did Ms. Wolking suffer from an adrenal
7　insufficiency?
8　A.　　No. What she suffered from was the risk of
9　developing acute adrenal insufficiency during a
10　period of stress, and this risk applies to 100
11　percent of the patients who are given
12　glucocorticoids in pharmacological doses.
13　Q.　　Okay. So if -- so a hundred percent,
14　meaning every single human being who takes a
15　pharmacological dose of corticosteroids is at risk
16　for adrenal insufficiency or acute adrenal
17　insufficiency?
18　A.　　Yes. Once -- this would not apply if the
19　patient takes the glucocorticoids for a day or two.
20　But for everybody who takes glucocorticoids for more
21　than a few weeks, chronically, 100 percent of these
22　patients are at risk for acute adrenal insufficiency
23　if they are given glucocorticoids in pharmacological
24　doses because their adrenal gland shrivels up into a

55

1　little thing that looks like a rasin.
2　Q.　　What's the -- is there a time limit? In
3　other words, you said a couple days versus chronic.
4　What's the amount of time that I could be taking
5　corticosteroids before I am at risk or I could start
6　suffering from acute adrenal insufficiency?
7　A.　　It's a few weeks. And I'm deliberately
8　vague on what a few is, but it's clearly single
9　digits.
10　Q.　　Okay. And what is the dosing per day and
11　the total dosing that would lead to acute adrenal
12　insufficiency?
13　A.　　The total dose is irrelevant. But if
14　somebody were to take 10 milligrams of cortisol or
15　2.5 milligrams of prednisone or .4 milligrams of
16　dexamethasone every day, after a few weeks they will
17　be at risk for acute adrenal insufficiency when
18　stressed.
19　Q.　　And what do you mean by "stressed"? You
20　said that several times. What -- what are you
21　defining as stress?
22　A.　　Anything that is stressful. It could be
23　emotional. It could be physical. The typical
24　things that we worry about in medicine would be a

56

1　severe infection or the stress relating to trauma or
2　the stress relating to a surgical procedure. That's
3　one of the reasons why anesthesiologists so commonly
4　give glucocorticoids to prevent acute adrenal
5　insufficiency, because in the perioperative period,
6　that sort of stress can trigger acute adrenal
7　insufficiency in somebody who's
8　hypothalamic-pituitary-adrenal axis is turned off.
9　Q.　　If I were to take -- instead of 2.5
10　milligrams of prednisone every day for several
11　weeks, if I were to take 60 or 100 or 120 milligrams
12　of prednisone for three or four days, am I at risk
13　for acute adrenal insufficiency after those three or
14　four days?
15　A.　　The dose is irrelevant as long as it is the
16　equivalent of 10 milligrams of cortisol or longer.
17　It is the time frame that puts the person at risk,
18　and that time frame is a few weeks.
19　Q.　　On the second page of the report, the first
20　paragraph about duty and breach, you write: I am
21　aware that pharmacists in Pennsylvania have a duty
22　to exercise due care and diligence in the
23　performance of their professional duties, including
24　a duty to warn a patient or notify a prescribing

57

1　physician when a prescription is unreasonable on its
2　face, creating a substantial risk of serious harm to
3　the patient.
4　　　　I read that correctly?
5　A.　　Yes.
6　Q.　　Okay. And you cited a case, it's called
7　Riff v. Morgan Pharmacy, 508 A.2d 1247, Pennsylvania
8　Superior Court 1986, correct?
9　A.　　Yes.
10　Q.　　Okay. And you understand it's up to the
11　court, it's a legal question whether -- what the
12　duty is of a pharmacist, correct?
13　A.　　Well, I think that an expert can -- can
14　opine on this. But, you know, clearly it should be
15　obvious to you that that particular paragraph I had
16　help writing it, and it was to meet the legal need
17　for the -- for the report. But -- but clearly I
18　have a very good understanding about the practice of
19　pharmacy and I understand what their
20　responsibilities are to their patients.
21　Q.　　And what is that responsibility of a
22　pharmacist to their patient?
23　A.　　Well, broadly speaking, they need to
24　accurately dispense what was ordered, but they also

58

1   need to be aware of what is reasonable and if
2   something appears not reasonable, they need to
3   intervene.
4       Q.      And by intervening, what do you mean?  What
5   steps is the pharmacist to take if a prescription
6   appears to be unreasonable whether in dosing, time
7   frame, amount, type?
8       A.      The first thing that they should do is call
9   the prescriber.  And unless they are completely
10  satisfied with what the prescriber says, they should
11  not fill the prescription.
12      Q.      And then what are they to do?
13      A.      There's nothing to do after that.  You tell
14  the patient that I can't in good conscience fill
15  this prescription.
16      Q.      Okay.  What do you consider a high dose of
17  corticosteroid?
18      A.      I don't draw a line in the sand.  But I
19  will say that when somebody is prescribed doses that
20  are much, much higher, multiple factors higher than
21  anything that any reasonable person prescribes in
22  the practice of medicine, I would say that's a red
23  flag.
24      Q.      And when you say prescribe higher dosing --

59

1   or higher doses, what is the amount?
2       A.      Well, I said I will not be pinned down with
3   a line in the sand, but I'll give you an example.
4   If the maximum dose that any reasonable physician
5   will ever prescribe of prednisone to an outpatient
6   is 60 to 80 milligrams in a day, period, there is no
7   indication for a higher dose of prednisone in a
8   patient for any medical condition on Earth.  If
9   somebody is giving two, three, four times that
10  maximum dose, that is a red flag, the prescription
11  should not be filled and the patient should be
12  counseled that there is no indication for using
13  prednisone at that dose.
14      Q.      Okay.  So there is no -- absolutely no
15  situation where a patient in an outpatient setting
16  should be taking more than 60 to 80 milligrams of
17  prednisone daily?
18      A.      That is correct.  There is no medical
19  indication for prednisone at a higher dose in an
20  outpatient.
21      Q.      In this case, what was the maximum dose
22  daily or total that was being prescribed that was
23  communicated by Youngs to Ms. Wolking?
24      A.      Well, if we look at what she actually took,

60

1   and I will refer you to the -- to the --
2       Q.      Chart on page 3?
3       A.      Let's see here.  Okay.  Hold on.
4           Okay.  So, yes, on page 3, there is an
5   approximation, and I admit that this is an
6   approximation because many of these days she did not
7   take prednisone, she took dexamethasone.  But
8   Dr. Lindner had instructed her to think in terms of
9   prednisone equivalence and so that's what she
10  recorded in her -- in her diary.  And so most of
11  these days from September 20th onward, every single
12  day she took a dose of prednisone or its equivalent
13  that was wildly in excess of anything a reasonable
14  physician would prescribe.
15      Q.      Okay.  And Dr. Lindner was instructing her
16  on the dosing, correct?
17      A.      That is correct.
18      Q.      That was her --
19      A.      However --
20      Q.      And that was per her communication or her
21  husband's communications with Dr. Lindner and
22  Dr. Lindner's communications with her or her
23  husband, correct?
24          MS. SHWED:  Objection to form.

61

1           THE WITNESS:  Correct.
2   BY MR. BENEDETTO:
3       Q.      Okay.  And so I guess what I'm -- well,
4   strike that.
5           So going back to the prior page, page --
6   it's not numbered, so I'm just -- 2.  It's page 2
7   and with the duty and breach at the top of the page.
8   The second paragraph, we were discussing that right
9   now about the high dosing.
10          What was the high dose -- or excuse me,
11  what was the dose on each prescription that was
12  dispensed by Youngs Apothecary or Tunkhannock
13  Compounding Center?
14      A.      So in the last two months before she was
15  admitted to the hospital on August 8th, they
16  dispensed 5,000 milligrams of -- of prednisone.
17  Down here.  On August 16th, they dispensed 800
18  milligrams of dexamethasone.  On September 27th,
19  they dispensed 400 milligrams of dexamethasone.  And
20  a week later on October 4th, they dispensed 800
21  milligrams of dexamethasone again.  And if we add up
22  the prednisone equivalence that she received from
23  this pharmacy in the last two months before she
24  ended up in the hospital, that's 17,000 milligrams

**62**

1  of prednisone equivalence.
2  Q.    Okay.  Are you sure that the October 5th,
3  2022, prescription was dispensed?
4  A.    I actually don't know.  I know that the --
5  the October 5th prescription for dexamethasone was
6  sent to Harris Teeter, not to Tunkhannock.
7  Q.    Okay.
8  A.    But that was only for a total of 120
9  milligrams.  That in the overall scheme of things is
10  a drop in the bucket.
11  Q.    Okay.  But, again, I'm going to go back to
12  my question before.
13      I know the total amount of milligrams that
14  have been dispensed, but what was the dosing on the
15  prescription itself that was dispensed?
16  A.    For each of these?
17  Q.    Yes.
18  A.    So on -- on August 8th, the prednisone
19  tablets were 10 milligrams each and she was
20  prescribed 500 all at once; that is a completely,
21  completely unreasonable quantity to ever order at
22  one time.
23  Q.    Why is that?
24  A.    Because there's no reason ever that a

**63**

1  patient needs to take 5,000 milligrams in a month.
2  Q.    Well, why do you say that it was 5,000
3  milligrams a month?
4  A.    Because the prescription says 30 days'
5  worth.
6  Q.    Okay.
7  A.    And on August 16th there were -- all of the
8  dexamethasone tablets were 4 milligrams.  On August
9  16th, she was dispensed 200 tablets, so that's 800
10  milligrams of dexamethasone which is equivalent to
11  4,800 milligrams of prednisone.  On September 27th
12  she got 100 more tablets, so that's the equivalent
13  of 2,400 milligrams of prednisone.  And then on
14  October 4th, again she got another 200 milligrams,
15  only a week later, and, again, that's equivalent to
16  another 4,800 milligrams of prednisone.
17      You know, these prescriptions unequivocally
18  should have raised red flags all over the place with
19  the pharmacy staff.  And -- and I understand that --
20  that they may have had conversations with
21  Dr. Lindner and they trusted Dr. Lindner, but that's
22  not adequate.  If -- if the physician is doing
23  something that's -- to -- that is just not anywhere
24  near the mainstream of medicine, the pharmacist

**64**

1  shouldn't honor their request when the request
2  doesn't make any sense.
3  Q.    And what should the pharmacist do?
4  A.    The pharmacist should first -- they have an
5  obligation to talk to the prescribing physician.
6  But apparently there were ongoing conversations
7  between the pharmacy and the -- and the physician
8  and -- and they said that he explained why he was
9  doing this.  But his explanation does not hold water
10  because it is not supported by any reasonable
11  medical practice.  And pharmacists should be aware
12  of what is the usual and customary dose range for a
13  particular medication, because mistakes can happen.
14      And so just to give you an example.  You
15  know, some medications are given in milligram doses,
16  some medications are given in gram doses.  If a
17  physician makes a mistake and writes gram instead of
18  milligram, the pharmacist should not dispense a gram
19  of medication when a milligram was intended.  The
20  pharmacist needs to call the physician and ask for
21  an explanation.  And that's why pharmacists need to
22  know what is a reasonable and customary dose.  And
23  Dr. Lindner was exceeding by many manyfold what any
24  reasonable physician would consider a reasonable and

**65**

1  customary dose.
2  Q.    Is there an upper dosing limit of
3  prednisone?
4  A.    Again, I will not draw a line in the sand,
5  but 17,000 milligrams over a two-month period
6  greatly exceeds anything that would be considered
7  reasonable.
8  Q.    What happens if it were over a six or
9  12-month period, would that be unreasonable?
10  A.    It would still be very high.
11  Q.    Have you heard of chronic babesiosis?
12  A.    Well, since Babesia is endemic to where I
13  live, yes.  There are -- there are people I know who
14  have been diagnosed with babesiosis, however not
15  with the species that was allegedly in Ms. Wolking.
16  All reasonable infectious disease specialists
17  consider the species that was allegedly found in
18  Ms. Wolking to be nonpathogenic in humans.
19  Q.    And I'll get this out of the way:  You're
20  not an infectious disease doctor, correct?
21  A.    No.  But I know a lot about antimicrobial
22  and antiprotozoal chemotherapy.
23  Q.    And you're not a gastrointestinal
24  physician, correct?

**17 (Pages 62 to 65)**

66

1    A.    No.
2    Q.    Okay.  What is the upper dosing limit of
3    steroids to treat chronic babesiosis?
4    A.    Well, first of all, there's no randomized
5    control trial that guides physicians.  But if you're
6    going to give the patient outpatient therapy, you
7    would still want to stay below the maximum dose that
8    you would ever give to somebody with a
9    life-threatening -- a life-threatening condition
10   simply because we know that after you get to a
11   certain dose, increasing the dose doesn't achieve
12   anything; in other words, you've wiped out the
13   immune system to a maximum degree and you can't wipe
14   it out any more.
15   Q.    Is there ever a situation in which a
16   physician will prescribe a medication, and we can
17   use prednisone or dexamethasone as -- as a
18   hypothetical, or we can use any medication, that is
19   what I will term off label?
20   A.    Sure.  I mean, in my own practice I used
21   off-label medications literally every day.
22   Q.    And what was the purpose of using
23   medication off label?
24   A.    Because of the way the FDA is structured in

67

1    the United States, if a drug is available to be
2    prescribed, that means that it is approved to treat
3    at least one indication.  For a drug to be approved
4    to treat a second indication requires clinical
5    trials that, depending on who you ask, will
6    typically cost the drug company between 250 and 500
7    million dollars to get one additional indication.
8         Now, a great example of this that's been in
9    the news all over the place are these medications
10   that were initially introduced to treat diabetes but
11   now have been found to be miracle drugs to aid
12   people with obesity in losing weight.  So the drug
13   companies upon discovering this did the studies to
14   get the second indication knowing that they were
15   going to recoup their investment manyfold over.  But
16   Eli Lilly spent more than half a billion dollars
17   getting tirzepatide secondarily approved for obesity
18   after it was primarily approved for diabetes, and
19   that was a great investment on their part.
20        Now, when you consider dexamethasone and
21   prednisone, these are generic drugs, they cost
22   pennies per tablet and no drug company will ever do
23   any drug study to satisfy FDA.  So what physicians
24   then rely on when they are considering using a drug

68

1    off label is to typically refer to a randomized
2    control trial that is smaller and doesn't meet FDA
3    standards but still, for example, meets the criteria
4    for publication in a respected journal.  And that's
5    how most physicians choose whether or not to use a
6    drug off label, based upon one of their colleagues
7    writing a paper and getting it published in a
8    respected journal.  As an anesthesiologist, I used
9    off-label drugs, again, all the time.
10   Q.    Would a pharmacist know when a physician is
11   using a medication off label?
12   A.    Absolutely.  Absolutely.  A pharmacist is
13   expected to know what is the FDA approved indication
14   for every medication they dispense.
15   Q.    What is the FDA approved medication -- or
16   indication related to prednisone and the treatment
17   of Babesia?
18   A.    There is none.
19   Q.    Okay.  In the fourth paragraph of page 2 of
20   the report -- I'm sorry, the third paragraph, I
21   think we pretty much covered this, but you say TCC
22   dispensed the equivalent of approximately 10,600
23   milligrams of prednisone in just eight days.  And
24   then I'm going to tie that into the third paragraph

69

1    where there were approximately 50 days between the
2    first prescription listed in the complaint on August
3    8th and the next.
4         It seems to me that you're assuming that
5    Ms. Wolking was taking 10,600 milligrams from August
6    8th to September 27th.  Are you assuming that or did
7    you have that information?
8    A.    Well, what I'm assuming is what is listed
9    in the table on --
10   Q.    Okay.
11   A.    -- page 3.  In other words, on page 2, I'm
12   talking in generalities about total dosing over a
13   range of time.  But on page 3, I list in prednisone
14   equivalents what the patient self-reported that she
15   took on each given day.
16   Q.    Okay.  And so in terms of dosing on page 2,
17   you're taking that 10,600 milligrams over 50 days
18   and you're just dividing that and you're coming to
19   the 212 where she is saying that she would have
20   consumed approximately 212 milligrams of prednisone
21   equivalent per day on average?
22   A.    Right.  But if you look on page 3, on the
23   majority of those days, she was way over that.
24   Q.    Yes.  Okay.

70

1    And of those -- each of those milligrams on
2    page 3, for example, which ones of those were
3    dispensed by Tunkhannock Compounding Center?
4    A.    Well, I can't tell the difference between
5    the dexamethasone tablet that was dispensed by
6    Tunkhannock and the dexamethasone tablet that was
7    dispensed by Harris Teeter, but I know that
8    Tunkhannock dispensed about two-and-a-half fold more
9    than Harris Teeter did.
10   Q.    Is there an amount that would have caused
11   Ms. Wolking's injury?
12   A.    I don't understand the question.
13   Q.    Sure.
14        Is there an amount of dexamethasone taken
15   either daily or over a certain amount of time that
16   would have caused Ms. Wolking's injury?
17   A.    I can't put a number on it.
18   Q.    Can you identify whether the medication
19   dispensed by Harris Teeter or by Tunkhannock caused
20   Ms. Wolking's injury?
21   A.    Well --
22   Q.    Specific medication?
23   A.    More likely than not.  In other words,
24   beyond a reasonable degree of medical certainty,

71

1    there was significantly more dexamethasone, about
2    two-and-a-half fold more, dispensed by Tunkhannock.
3    So if we use the more likely than not standard, then
4    more likely than not the dexamethasone dispensed by
5    Tunkhannock was the approximate cause of her injury.
6    Q.    But you cannot identify which dexamethasone
7    allegedly caused Ms. Wolking's injury?
8    A.    I have no idea how she admits the tablets,
9    whether she kept them separate, whether in different
10   bottles.  I have no idea how she handled the
11   tablets, but that is irrelevant to my opinion.
12   Q.    Okay.  Did her consumption of
13   corticosteroids cause her injury?
14   A.    Yes.
15   Q.    Why do you reach that conclusion?
16   A.    Because there's no other plausible
17   explanation for why this particular woman would
18   suffer a jejunal perforation at the time she did.
19   She was on these very, very high doses of
20   glucocorticoids, glucocorticoids are known to cause
21   jejunal perforation, and there is no other plausible
22   explanation.
23        And when we get to Dr. Smith's report, I
24   will describe why some of his explanations do not

72

1    make sense to me.
2    Q.    Okay.  And there's no other plausible
3    explanation of what could cause an inflammation or
4    an injury to the distal jejunum --
5    A.    Not --
6    Q.    -- in this particular setting?
7    A.    Not in this setting.
8    Q.    In other words, with these particular facts
9    related to Ms. Wolking?
10   A.    Correct.
11   Q.    Okay.
12   A.    We have a saying in medicine, common things
13   happen commonly.  And are there possible remote rare
14   entities that could have affected her?  Yes.  But
15   there's nothing plausible that could have caused
16   this.
17        If we look at perforated viscus patients
18   globally, the first two most common causes of a
19   perforated viscus -- meaning somewhere in the GI
20   tract between the stomach and the anus anywhere, we
21   call it a perforated viscus.  The two most common
22   causes are cancer or inflammatory bowel disease.  We
23   already know she had neither of those.
24        And the third most common cause is drug

73

1    induced.  The two most common drug classes that
2    cause a perforated viscus are aspirin and its
3    related antiinflammatory agents and glucocorticoids.
4    We know she was not taking antiinflammatory drugs in
5    the aspirin class.  So there is really no other
6    plausible explanation other than glucocorticoids
7    induced jejunum perforation.
8    Q.    Can steroids cause an injury or an
9    inflammation to the sigmoid colon?
10   A.    It's possible, but it's -- certainly the --
11   the site of a perforation caused by glucocorticoids
12   can happen anywhere between the stomach and the
13   anus.
14   Q.    Where is it more likely to occur?
15   A.    Small intestine.
16   Q.    What about in the stomach?
17   A.    It's possible but less likely.
18   Q.    In paragraph 4 on page 2 you say:  Over a
19   50-day period, that dosage creates an increased,
20   more substantial, risk of serious harm.  In fact,
21   serious harm becomes almost certain.
22   Corticosteroids are simply not designed to be
23   consumed at that dosage for that length of time.
24        Are you referring to 50 days at

74

1    approximately on average 212 milligrams?
2    A.    Yes.
3    Q.    Okay.  Is there any scenario where taking
4    corticosteroids over a 50-day period is warranted?
5    A.    Well, some patients need to be on
6    corticosteroids indefinitely, but not at an average
7    daily dose of 212 milligrams.
8    Q.    Is there ever a time a patient would
9    require a 50 day or more steroid regimen above 200
10   or 215, 220 milligrams?
11   A.    Yes.  As an inpatient.
12   Q.    In an outpatient setting?
13   A.    No.
14   Q.    And, again, you've never -- did you
15   complete a GI rotation during your residency?
16   A.    Not during my residency.  During my
17   internship I did.
18   Q.    Okay.  And since then, have you performed
19   any GI surgery or -- or practiced any medicine
20   related to GI surgery or gastrointestinal tract?
21   A.    No.  Other than giving countless
22   anesthetics for surgery on the GI tract.
23   Q.    Okay.
24   A.    Of course I didn't perform the surgery, but

75

1    I was taking care of the patient while they
2    underwent surgery.
3    Q.    Doctor, I didn't ask you this:  What was
4    your -- yeah, what O.R. did you primarily work in,
5    or more than one, over, say, the last -- from 2000
6    until 2020, what O.R. were you working in?
7    A.    So at my hospital, I was credentialed to
8    give anesthesia for everything except two types of
9    patients:  One, open heart surgery and, number two,
10   premature babies.  And so I actually did anesthesia
11   for everything else under the sun.
12         Now, one of my major interests clinically
13   was to give anesthesia for peripheral vascular
14   surgery, and so I did that often but certainly not
15   exclusively.  And -- and I did give anesthesia for
16   -- for pretty much everything else, including
17   children down to the age of zero and, you know, as
18   well as all different types of surgical specialties.
19   Q.    Was there an O.R. that you would say you
20   predominately spent your time in more than the
21   others?
22   A.    There was one particular operating room
23   where it had very sophisticated radiology equipment
24   for the peripheral vascular surgeons, and I was very

76

1    often assigned to that operating room but certainly
2    not exclusively.
3    Q.    Okay.  And it seems like based on your
4    chart on page 3 that we're about to go to, you read
5    e-mails between Dr. Lindner and Ms. Wolking that
6    they sent to each other in September 2022, correct,
7    when you were forming your opinion and writing your
8    report?
9    A.    Yeah.
10   Q.    Okay.  Are you aware of whether Dr. Lindner
11   and Ms. Wolking were either cc'ing or simultaneously
12   consulting with Tunkhannock during this time?
13   A.    I don't know.
14   Q.    Should Dr. Lindner have been consulting
15   with Tunkhannock at this time after the prescription
16   had been dispensed and during --
17         MS. SHWED:  Objection to the
18    form.
19   BY MR. BENEDETTO:
20   Q.    -- and during his treatment of Ms. Wolking?
21   A.    Well, it sounds to me like he already had
22   an understanding with Tunkhannock Compounding
23   Center, because as I -- as I quote on the first full
24   paragraph on that page, Dr. Lindner told Ms. Wolking

77

1    to fill her prescriptions at Tunkhannock Compounding
2    Center because, quote, if we get any more from the
3    local pharmacy, I assume he meant Harris Teeter
4    there, they will start asking questions and possibly
5    complain to my medical board, unquote.  That says to
6    me that Dr. Lindner believed that the pharmacist at
7    Harris Teeter would probably not dispense these
8    very, very high doses because they realized that
9    they didn't make any sense.
10   Q.    Do you know whether Dr. Lindner
11   communicated this to Tunkhannock before telling
12   Ms. Wolking?
13   A.    I don't know.
14   Q.    Okay.  And do you know if that is, in fact,
15   what would occur if she had her prescriptions filled
16   at Harris Teeter?
17   A.    I don't know.
18   Q.    Okay.  And then using this chart -- you --
19   you would agree with me that Ms. Wolking alleges
20   that she had a perforated bowel and that she
21   underwent surgery and had an ostomy, correct?
22   A.    Yes.
23   Q.    Okay.  Using this chart here between
24   September 19th and October 7th, which of these days

**78**

1  caused that injury?
2  A.    I don't know.  I don't think it's proper to
3  say that it was any one particular day, because to
4  form a perforation, which typically starts with an
5  ulcer, it's an ongoing process that does not happen
6  in a day.  It takes a period of days.  And so if she
7  had taken, for example, a few hundred milligrams of
8  prednisone on one day and one day only, almost
9  certainly she would not have had an ulcer or a
10  perforation.  But it's the cumulative effect that
11  takes place over several days, I don't know how many
12  several is, that ultimately leads to the development
13  of the ulcer that later perforates.
14      The other thing that's very important to
15  remember is that the glucocorticoids that she was
16  taking masked the most common symptoms of a
17  perforated viscus.  So the typical perforated viscus
18  comes to the patient's attention because, first of
19  all, they experience significant pain, they probably
20  have a fever, and when they finally seek medical
21  attention, they have a high white count and evidence
22  of systemic infection.  However, the glucocorticoids
23  mask all of these symptoms.  And so the pain -- I
24  admit that she did experience pain, but her pain was

**79**

1  significantly mitigated by these high doses of
2  glucocorticoids.  She never reported a fever and
3  when she got to the hospital, she did not have
4  evidence of -- laboratory evidence in the form of a
5  systemic infection.  This is common in patients who
6  take glucocorticoids at high doses and later go on
7  to develop a perforated viscus.
8  Q.    Are there any other medications that could
9  mask some of those symptoms that you just
10  prescribed?
11  A.    No.
12  Q.    Is there any document or information that
13  shows that Tunkhannock was aware that Ms. Wolking
14  would consume this amount between September 9th,
15  2022, and October 7th, 2022?
16  A.    Well, the fact that she was given a total
17  of four prescriptions in the last two months, that
18  were filled by Tunkhannock, logic says that you
19  don't give the patient another prescription unless
20  it is anticipated that they will run out from their
21  previous one.  And so --
22  Q.    Is there ever a scenario where you might be
23  prescribed medication and duplicative or redundant
24  medication within a certain amount of time where the

**80**

1  intention is not to take it during that certain
2  amount of time but that it's prescribed and
3  dispensed to you as a patient; is there ever a
4  scenario where that occurs?
5  A.    Yes.  Maybe the first prescription for
6  5,000 milligrams of prednisone, and depending on
7  what instructions Dr. Lindner gave her, that could
8  potentially have lasted her many weeks depending on
9  the dose she took.  But just a week later, she gets
10  an equivalent dose of dexamethasone.  And then she
11  gets more.  And then she gets more.  And so any
12  reasonable person would think that these repeated
13  prescriptions are due to the fact that she's running
14  out of the previous one.  There's no reasonable
15  reason why subsequent prescriptions would have been
16  given other than the anticipation that she's going
17  to run out.
18  Q.    Is there ever a scenario where you are
19  prescribed prednisone and then before -- or within a
20  certain amount of time, you are then prescribed
21  dexamethasone whether you're running out of
22  prednisone or not?
23  A.    That does not make sense.
24  Q.    Okay.  And --

**81**

1  A.    The two drugs are essentially
2  interchangable except for the fact that one is more
3  potent than the other.  But they do exactly the same
4  thing pharmacologically to the immune system.
5  Q.    And is there ever a scenario where the
6  prednisone would be prescribed and then within 30
7  days, 50 days, dexamethasone be prescribed even
8  where the prednisone and the first dexamethasone
9  prescription has not been completely taken by the
10  patient?
11  A.    Well, the problem with your question is the
12  word completely.  Because in a person who is taking
13  glucocorticoids chronically, it's very important not
14  to run out.
15  Q.    Why is that?
16  A.    Because then they will experience adrenal
17  insufficiency.  They will have an Addisonian crisis.
18  Q.    Okay.
19  A.    So it's very important that they not run
20  out.  But clearly these repeated prescriptions from
21  Dr. Lindner were not designed to just simply prevent
22  her from running out.  They were designed for her to
23  be able to continue to self-administer these very,
24  very high doses under his guidance.  And he -- you

82

1  know, he kept telling her, based upon your symptom
2  today, you need to take more of this, this higher
3  dose. That has no medical reasonableness associated
4  with it.
5      Q.    Do you have any material or information
6  that shows that Tunkhannock was aware that
7  Dr. Lindner's communication to Ms. Wolking between
8  September 19th and October 7th that you cite here in
9  your report on page 3 was specifically for this
10  amount of dosing and not for any other potentially
11  possible scenario?
12     A.    Well, again, if I refer to the -- to the
13  report that was submitted by your expert --
14     Q.    Dr. Smith?
15     A.    No. Dr. Green.
16     Q.    Dr. Green?
17     A.    Dr. Green describes regular communications
18  between the staff at Tunkhannock Compounding Center
19  and Dr. Lindner, and they had a very good
20  understanding of what he was trying to achieve but
21  they didn't question it even though it made no
22  sense.
23     Q.    Did Dr. Lindner tell Tunkhannock what the
24  daily dosing was?

83

1      A.    No. But he told them what the goal was.
2      Q.    On page 4 of your report, you -- at the
3  first and second sentence you say: These high doses
4  of corticosteroids caused the injuries listed in the
5  complaint.
6          Is that based on your opinion in reading
7  the materials and your ex -- and your experience as
8  an anesthesiologist, toxicologist -- or
9  pharmacologist or are you basing this on other
10  information?
11         MR. LAMB: Objection to form.
12         You can answer.
13         THE WITNESS: And by --
14  BY MR. BENEDETTO:
15     Q.    In other words, I -- are you basing this
16  on, say, her surgical records after October 7th,
17  2022, or is this based on your review of the
18  materials that we've talked about already?
19     A.    This is based on the review of the
20  materials.
21         MR. LAMB: And I'm just going to
22  object to the form and note, of course,
23  that her medical records are included in
24  the materials he has discussed.

84

1          MR. BENEDETTO: Yes. Understood.
2  BY MR. BENEDETTO:
3      Q.    And you say it can cause a life-threatening
4  bowel perforation and myopathy.
5          Did Ms. Wolking suffer from a bowel
6  perforation here?
7      A.    Yes.
8      Q.    And where in the bowel?
9      A.    Jejunum.
10     Q.    And further down in this paragraph, you
11  state: There is no plausible alternative
12  explanation for the occurrence of these adverse
13  effects in her aside from her taking these extremely
14  high prescribed doses of corticosteroids.
15         And your -- your testimony today is that
16  there are no plausible alternative explanations?
17     A.    That is correct.
18     Q.    Okay. And, to be clear, you have not since
19  graduating college reviewed a prescription for
20  appropriateness and dispensed it in a pharmaceutical
21  setting either inpatient -- in the hospital or in a
22  consumer setting?
23     A.    So that's a compound question. And I
24  actually do review prescriptions written by my

85

1  trainees.
2      Q.    Okay.
3      A.    So the first half of your question I -- I
4  would disagree with, but the second half regarding
5  dispensing, I do not dispense medications.
6      Q.    Okay. What's the difference between a
7  compounding pharmacy and a regular pharmacy?
8      A.    So that description is actually very, very
9  well-described by -- you know, by the report by
10  Dr. Green, and I -- I agree with her description of
11  a compounding pharmacy. However, I was going to
12  point out to you later that the fact that
13  Tunkhannock Compounding Center does compounding,
14  where lots of other pharmacies do not, has
15  absolutely no relevance to this case whatsoever,
16  because the medications that they dispensed to her
17  were not compounded. They did not compound them.
18  They just purchased them in a bottle and -- and gave
19  her the same tablets that they received in a bottle.
20     Q.    So is there any difference in the duty
21  between a compounding center and, say, a commercial
22  consumer pharmacy such as CVS or Walgreens, to use
23  two random examples?
24     A.    None. The only meaningful difference would

86

1    be that there are prescriptions that a patient could
2    present to a large chain like CVS or Walgreens and
3    they will tell the patient, we don't do this stuff
4    but here is the address of somebody who does.
5    Q.    We discussed this a bit, but what is your
6    standard, you as an anesthesiologist and a
7    pharmacologist, the standard or basis for when to
8    reject a prescription or say, Doc, I'm not filling
9    it, good luck?
10    A.    It would be, you know, based upon a level
11    of discomfort, you know, based upon what they know
12    is a reasonable prescription.  And as I pointed out
13    previously, the maximum dose of prednisone or the
14    maximum dose of dexamethasone that ever used in an
15    outpatient should be a familiar fact to a -- to a
16    pharmacist, and when somebody is exceeding that, you
17    know, not twofold, but when they are exceeding it by
18    many manyfold over a long period of time, the
19    pharmacist should say to his or herself, self, this
20    isn't reasonable, I can't in good conscience fill
21    this.
22    Q.    Again, in this setting, what -- what is
23    that line?
24    A.    I -- there is no line.

87

1    Q.    Okay.  Can a pharmacist dispense medication
2    if a patient refuses counseling?
3    A.    Sure.  I do all the time.
4    Q.    And then what happens when the patient
5    takes too much of that medication all at once, for
6    example, because the doctor instructed -- the
7    treating physician instructed her to do that?
8    A.    Well, again, the pharmacist should have an
9    expectation of how the patient is -- is expected to
10    use this medication over a period of time.
11         Now, if the -- if the pharmacist knows that
12    5,000 milligrams of prednisone are designed to last
13    the patient a year, that's a very, very different
14    scenario than when the patient is being given 5,000
15    milligrams of prednisone and then another similar
16    prescription is given a week later.  That is not
17    reasonable.  That is a red flag.
18    Q.    Are there -- are there any circumstances
19    where it will be harmful to a patient not to
20    dispense a medication, in your opinion?
21    A.    Yes.  So, for example, a pharmacist
22    certainly has an understanding of acute adrenal
23    insufficiency in somebody who runs out of
24    glucocorticoids.  And so if a patient presented a

88

1    prescription that was unreasonable, it is both legal
2    and ethically defensible for a pharmacist to
3    dispense a fraction of a prescription.  And so the
4    pharmacist could tell the patient, I can't in good
5    conscience dispense this whole prescription because
6    it is nuts, but I will give you enough of the
7    glucocorticoids to make sure that you don't
8    experience acute adrenal insufficiency, but you
9    really need to discuss this with your prescribing
10    physician to make sure that you are not injured
11    further.
12    Q.    I wanted to go back briefly.
13         You stated earlier -- very early on in the
14    testimony that the antimalarial medication in and of
15    itself would not cause an injury such as the one we
16    see here.
17         Did I recall that correctly?
18    A.    So of the antimalarials that she was
19    taking, which included atovaquone, tafenoquine, and
20    then the herbal product, you know, which is -- which
21    contains artemisinin, which is a derivative or an
22    extract of the plant in the genius Artemisia, these
23    medications that may be used to treat malaria or
24    other protozoal infections are not statistically

89

1    associated with bowel perforation.
2    Q.    Could they be though, in conjunction with
3    other medication?
4    A.    There's no mechanistic explanation for that
5    to occur.
6    Q.    Okay.  So the taking of the atovaquone
7    could not have caused Ms. Wolking's injury?
8    A.    No.
9    Q.    And the taking of the tafenoquine could not
10    have caused Ms. Wolking's injury?
11    A.    No.
12    Q.    And the azithromycin?
13    A.    No.
14    Q.    And the herbal remedy?
15    A.    No.
16    Q.    Is -- 600 milligrams of tafenoquine, is
17    that a high dose?
18    A.    It is.
19    Q.    Is that too high?
20    A.    For what indication?  I mean, tafenoquine
21    is not indicated in babesiosis with the species that
22    she had anyway.  So it was not an appropriate
23    medication to give her in the first place.
24    Q.    Did you want to supplement your conclusions

90

1  and opinions reached in your report?
2  A.    Well, I would like to discuss some things
3  that I found in Dr. Green's and Dr. Smith's reports
4  with which I disagree.
5  Q.    Okay. Doctor, I'm assuming you are pulling
6  them up. I'm ready whenever you are.
7  A.    Okay. Do you care which one I do first?
8  Q.    Whichever one is on your screen.
9  A.    Okay. So I'll start with -- with
10 Dr. Green.
11 Q.    Okay. What do you disagree with
12 Dr. Green's conclusions and opinions and/or how
13 would you like to supplement your conclusions and
14 opinions based on Dr. Green's report?
15 A.    Okay. So on the bottom of page 4, on top
16 of page 5, I have already said this, but she very
17 well-describes how a compounding pharmacy is
18 different from a typical retail pharmacy. I just
19 want to point out that that difference is not
20 relevant in any way, shape, or form to this case.
21 Q.    Are you aware of either a legal duty or a
22 pharmaceutical duty that may be different between a
23 compounding pharmacy and a consumer pharmacy?
24 A.    Not in relation to their relationship with

91

1  a patient like Ms. Wolking.
2  Q.    Okay.
3  A.    At the top of page 5, she writes, they,
4  meaning the staff pharmacists, trusted Dr. Lindner
5  to adjust doses as necessary ensuring Ms. Wolking
6  had sufficient medication on hand to treat her rare
7  condition.
8        They should have realized that the doses of
9  glucocorticoids that Dr. Linder was prescribing are
10 not indicated in any outpatient setting let alone
11 chronic babesiosis due to an alleged pathogen that
12 isn't pathogenic.
13 Q.    And what is your basis for that conclusion?
14 A.    Because the highest doses of
15 glucocorticoids given to an outpatient are given for
16 indications that are acutely life-threatening,
17 meaning that the patient will die in the matter of
18 hours to days without the glucocorticoids. I'll
19 give you two examples. One would be autoimmune
20 vasculitis, especially if it's affecting the central
21 nervous system. The other example would be brain
22 swelling or cerebral edema. Those are indications
23 for maximum outpatient dosing of glucocorticoids.
24 There is no medical entity of any kind that would

92

1  ever justify a higher outpatient dose of a
2  glucocorticoid, period.
3  Q.    But you disagree with the phrase they
4  trusted Dr. Lindner to adjust dosages as necessary
5  ensuring Ms. Wolking had sufficient medication on
6  hand?
7  A.    So with regard to the glucocorticoids, they
8  should know that there is no medical indication of
9  any kind for the glucocorticoid doses that he was
10 prescribing.
11 Q.    But there's no indication of any max dosing
12 either, correct?
13 A.    There is no such thing as a -- as a max
14 dose --
15 Q.    Because there's no indication, according to
16 you, for a dosing, period?
17 A.    You didn't let me finish.
18 Q.    Sorry. Go ahead.
19 A.    They -- there's no such thing as a max
20 dose. But they should have realized that there is
21 no medical indication to warrant the doses of
22 glucocorticoids that Dr. Lindner was repeatedly
23 prescribing.
24 Q.    Again, what was that dosing?

93

1  A.    Well, I told you that the maximum
2  outpatient dose of prednisone is typically taken at
3  60 to 80 milligrams a day. And he exceeded that by
4  manyfold. And that was a red flag and they should
5  not have filled the prescriptions.
6  Q.    Where is that indicated on the
7  prescriptions or in the materials that were
8  possessed by Tunkhannock at the time they dispensed
9  the medication?
10 A.    Well, they had a list of all of the
11 prescriptions that they dispensed. They -- they
12 should realize that after the prescription -- and
13 I'm just starting in August because that's where I
14 pretty much began my discussion. But, you know, on
15 August 8th he prescribes a very large dose of
16 prednisone, but by itself we -- we don't know that
17 that is not a medically defensible prescription by
18 itself. But then a week later, he essentially gives
19 the same dose all over again. And then he does the
20 same thing at the end of September and beginning of
21 October. These repeated prescriptions for very,
22 very high doses are not defensible, they are not
23 reasonable, they are not used by any reasonable
24 physician, and any pharmacist should know this.

94

1    Q.      And the first dose -- just to be clear, the
2    first dose and the second dose that you're referring
3    to in early August 2022 and late September 2022,
4    those are for two different medications?
5    A.      But they do exactly the same thing and so
6    we could interchange them in our minds.
7    Q.      Okay.  And there's no scenario where it
8    would be medically necessary for a patient to either
9    take one and not the other or switch from one to the
10   other?
11   A.      I could think of no reason why -- if the
12   prednisone is working or if it's doing what somebody
13   thinks it's supposed to do, there's -- there's no
14   reason to switch to dexamethasone.  The only -- the
15   only thing that -- that with dexamethasone,
16   because it's more potent, one can take fewer
17   milligrams, but that really doesn't benefit the
18   patient in any way.
19   Q.      Okay.  Did you want to supplement your
20   opinion and conclusions regarding the information
21   that you learned from Dr. Smith's report?
22   A.      So in the middle of the third paragraph,
23   she writes --
24   Q.      I'm sorry, we're still on Dr. Green.  I'm

95

1    sorry.  Go ahead.
2    A.      Yes.  We're on a -- she writes:  Unable to
3    access medical charts or treatment details.
4    Pharmacists rely on a provider's expertise in
5    understanding their patients' needs.
6            It is not reasonable for a pharmacist to
7    say I don't have reference materials that I could
8    refer to.  That is just not reasonable.  I don't
9    care if the pharmacy doesn't subscribe to journals
10   or have books on the shelf.  But in the 21st
11   Century, the pharmacist has access to databases that
12   can tell them everything they need to know about a
13   medication.
14   Q.      Including the FDA, correct?
15   A.      Correct.
16   Q.      And including dosing for certain
17   indications or diseases, correct?
18   A.      Yes.  The pharmacist has on their computer
19   access to the complete package label of every
20   medication approved by FDA in the country.
21   Q.      Okay.
22   A.      And in -- in the penultimate paragraph, she
23   says:  Such prescriptions with their elevated
24   quantities should raise questions for any

96

1    pharmacist.
2            I agree with that statement completely.
3    Q.      Okay.
4    A.      And, finally, on the last page, she refers
5    to Drs. Young and Burke trusted Dr. Lindner's
6    clinical judgement and dispensed prescriptions under
7    the understanding that Dr. Lindner would oversee
8    dosage adjustments.
9            That trust should have been unwarranted
10   based upon their cumulative knowledge of all of the
11   drugs that he was giving.
12   Q.      Did you review Ms. Wolking's prescriptions
13   or drug regimen related to her hormone replacement
14   therapy?
15   A.      I -- that is mentioned in her e-mails with
16   Dr. Lindner before he diagnosed her with babesiosis.
17   So, yes, I looked at that, but it's really not
18   relevant to my opinions.
19   Q.      And do you know how long Dr. Lindner and
20   Ms. Wolking had an ongoing doctor-patient
21   relationship?
22   A.      It was years, but I couldn't tell you
23   exactly.  I don't remember when they started.
24   Q.      Okay.  And do you know where Ms. Wolking

97

1    had her hormone replacement therapy medication
2    fulfilled?
3    A.      Again, I don't know because it wasn't
4    relevant to me.
5    Q.      Okay.
6    A.      Shall I go on to Dr. Smith?
7    Q.      Yes.  But I -- I don't have a question yet,
8    Doctor, just -- I will ask the question before you
9    respond to anything or provide any information on.
10   I'm taking a second here.
11   A.      Okay.
12   Q.      Okay.  Would you like to supplement your
13   opinion and conclusions contained in your report and
14   your testimony today based on the report of
15   Dr. Smith and his opinions and conclusions?
16   A.      Yes.
17   Q.      Okay.  What would you like to supplement?
18   A.      Okay.  So on page 16, at the end of the
19   first full paragraph, he writes:  It is more likely
20   than not that Ms. Wolking's severe prolonged
21   neutropenia diagnosed on October 7th, 2022, was
22   secondary to one or more of these drugs.
23           And the list of drugs is above.
24           I agree with that.  I believe that her

98

1    neutropenia was drug induced. I wouldn't call it
2    severe.
3    Q.    Why would you not call it severe?
4    A.    Because it wasn't severe. It was below
5    normal, but it wasn't -- it wasn't severe. In other
6    words, was she solely due to the neutropenia? Was
7    she at risk, for example, for developing an exotic
8    infection? And the answer is no. She had enough
9    neutrophils to protect her from most infections.
10   But it was below normal and I do believe that it was
11   drug induced.
12   Q.    Okay.
13   A.    Then in the first sentence of the next
14   paragraph, he writes: In this case, the placer
15   source of Ms. Wolking's GI perforation is important.
16        That's also a true statement, and I agree
17   with that.
18        At the bottom of page 16 and the top of
19   page 17, he describes the anatomy of the
20   gastrointestinal tract, but he left out one
21   important structure.
22        So in between the ilium and the beginning
23   of the colon, which is the ascending colon, there's
24   a part of the colon called the cecum. And I just

100

1    Q.    Hold on one second. My computer -- I'm
2    freezing, or Dr. Dershwitz is freezing.
3         Doctor, do you hear me?
4    A.    I can hear you fine.
5         MR. LAMB: Yeah, no problems on
6    my end either, so that might be on your
7    end.
8         MR. BENEDETTO: Yeah, no, it came
9    up, so -- and I apologize, because you were
10   going through some technical stuff.
11        THE WITNESS: I can start over
12   that paragraph if you would like.
13        MR. BENEDETTO: Well --
14        MR. LAMB: Let's determine -- can
15   we determine if the court reporter got
16   everything?
17        THE COURT REPORTER: Yeah, I did
18   not have any freezing on my end.
19        MR. BENEDETTO: Okay. That's
20   fine.
21        THE WITNESS: So if I just
22   continue, based upon what Dr. Smith wrote,
23   I can say that his logic is not likely,
24   very unlikely, that this was neutropenic

99

1    point that out because I'm going to refer to it in a
2    little while. But I do think that the knowledge of
3    the anatomy is important.
4        Now, at the top of page 19 -- and he had
5    gone on to describe her low neutrophil counts and
6    the fact that he thought her jejunal perforation may
7    be related to her low neutrophil counts. And at the
8    top of page 19, he writes: Patients with very low
9    neutrophil counts can develop neutropenic
10   enterocolitis, a serious infection breakdown of the
11   intestinal walls, unquote.
12        That is a true statement. However,
13   neutropenic enterocolitis very, very rarely affects
14   the jejunum and very, very rarely affects the
15   sigmoid colon. It is most common in the cecum, and
16   it may progress proximally into the ilium and it may
17   progress distally into the ascending colon, but it
18   is very, very unlikely to affect the jejunum or the
19   -- the sigmoid colon.
20        And so, therefore, when I talk about common
21   things happening commonly, I can conclude that
22   glucocorticoid-induced perforation of her jejunum
23   was even more likely than what I might have said
24   before.

101

1    enterocolitis because of the location of
2    her pathology. Her pathology described by
3    the surgeon was in the jejunum and the
4    sigmoid colon. And if we look at the
5    typical cases of neutropenic enterocolitis,
6    they are far most likely to start in the
7    cecum and then the inflammation can spread
8    proximally to the ilium --
9    BY MR. BENEDETTO:
10   Q.    Into the ilium or the -- you're breaking up
11   again. I'm sorry, but I understand.
12   A.    It can go proximally to the ilium or
13   distally to the ascending colon, but it's very, very
14   rare for neutropenic enterocolitis to affect either
15   the jejunum or the sigmoid colon. And so that just
16   re-enforces my contention that there is no plausible
17   alternative to glucocorticoid-induced perforation as
18   the cause of Ms. Wolking's injury.
19   Q.    And is there -- you say very rare, but is
20   it possible where that could occur?
21   A.    Everything is possible.
22   Q.    Are there conditions where it is more
23   likely than others or more likely than not when it
24   could occur?

102

1   A.    Yes.  It can most likely occur in the cecum
2   and surrounding structures.  And it is very
3   unlikely, much less likely than not, much, much less
4   likely than not, to affect the beginning of the
5   small bowel, like the jejunum, or the end of the
6   large intestine, which is the sigmoid colon.
7   Q.    No, I -- I understand that's what your
8   opinion is, Doctor.  You must have misunderstood my
9   question, and I apologize for that.
10        Is there a condition or a situation in a
11  patient where the neutropenia enterocolitis could
12  occur farther up proximally or lower down distally
13  from the cecum than in the two areas attached to the
14  cecum?
15  A.    It is possible but extremely unlikely.
16  Q.    Right.  But is there -- are there other
17  conditions in an individual patient where this could
18  occur where it's not very rare, but it's rare or
19  unlikely but, you know, not surprising, for example?
20  A.    There are no risk factors that I could
21  identify that make it more likely to occur at the
22  very beginning or very end of the intestines.
23  Q.    Okay.  So to see it in the jejunum or the
24  ascending colon -- or I'm sorry, the descending

103

1   colon it's not -- not likely?
2   A.    Well, not descending, but sigmoid.
3   Q.    The sigmoid colon, I'm sorry, yes.
4         That's not likely, correct?
5   A.    It's extremely unlikely.
6   Q.    Okay.
7   A.    Anyway, that is all I had to say about
8   Dr. Smith's report with which I disagree.
9   Q.    Okay.  And what is neutropenia?  Excuse me,
10  neutropenia.
11  A.    Neutropenia is defined as an absolute
12  deficiency in the subfraction of white cells called
13  polymorphonuclear neutrophils.  And absolute
14  neutropenia is taken when the neutrophil count,
15  counted separately than the rest of the white cells,
16  when the neutrophil count is less than 500.
17  Q.    And when does that occur?
18  A.    Well, it occurs in almost everybody who
19  gets various cancer chemotherapy drugs.  In fact,
20  many cancer drugs are titrated to the point of
21  wiping out the bone marrow to the point where the
22  patient almost but doesn't die.
23  Q.    Could taking high doses of antimalarial
24  drugs cause that?

104

1   A.    No.
2   Q.    Okay.
3   A.    The neutropenia -- so let's be specific
4   now.  Neutropenia has been reported to happen with
5   Rifabutin that she took and it has been reported
6   with pharmacologically grade artemisinin, which is
7   used in some countries against malaria.  We don't
8   have that available in our country.  What we have in
9   our country is an herbal product that of course is
10  completely unregulated.  So we have no idea what's
11  in that bottle of RK-M that -- that the patient took
12  because nobody is measuring what's in the bottle and
13  nobody is regulating what's in the bottle.
14  Q.    But --
15  A.    If the --
16  Q.    Could the RK-M cause that?
17  A.    Well, I don't know, because I don't know
18  what's in the bottle.  But allegedly there is a
19  species of artemisia plant that is ground up and put
20  in this bottle.  And if that plant species happens
21  to have the active ingredient artemisinin, that drug
22  is known to depress the neutrophil count in some
23  patients who take it for malaria.  But, again, the
24  neutropenia that occurs with Rifabutin or with the

105

1   artemisinin derivative is never life-threatening.
2   It never gets to the very, very low numbers that
3   cancer patients experience when they're -- when
4   they're getting bone marrow toxic chemotherapy.
5         But I point this out only to say that we do
6   have a plausible explanation for why her neutrophil
7   count was a little low, and it wasn't very low, it
8   was a little low, and -- but -- but the neutropenic
9   number that was found in her was -- was certainly
10  not the cause of -- of -- her life-threatening, you
11  know, bowel injury.
12  Q.    Other than the package labels on the FDA
13  website that you testified at the very beginning,
14  did you look up any package labels on the FDA
15  website?
16  A.    Nope.  Didn't need to.
17  Q.    Okay.
18        MR. BENEDETTO:  Could we go off
19  the video record, please?
20        THE VIDEOGRAPHER:  The time is
21  now 12:29.  Going off video record.
22        MR. BENEDETTO:  Could we go off
23  the stenographic record too?
24        (At this time, a short break was

106

1    taken.)
2        THE VIDEOGRAPHER:  The time is
3    now 12:41.  We're back on video record.
4
5    BY MR. BENEDETTO:
6    Q.    Dr. Dershwitz, several follow-up final
7    questions for you.
8        Your conclusion and opinion regarding
9    Dr. Smith's conclusion and opinion regarding the
10   neutropenia enterocolitis, what's the basis of that
11   opinion that you reached, the testimony you just
12   previously provided that we took a break?
13   A.    It is a fact.
14   Q.    Okay.  And -- and your opinion that instead
15   the steroids that caused Ms. Wolking's injury, what
16   is the basis of that information?  Is there any
17   experience, journal article, study, that you can
18   cite to that forms of basis of your opinion on that?
19   A.    I mean, I've known for more than 50 years
20   that glucocorticoids cause gastrointestinal
21   ulceration and perforation, that's just common
22   knowledge in pharmacology.  I can't tell you where I
23   first learned it.
24   Q.    Okay.

107

1    A.    But it was a very long time ago.  So it's
2    common knowledge.
3    Q.    Okay.
4        MR. BENEDETTO:  Those are the
5    only questions I had.  I am finished with
6    my questions, Doctor.  I appreciate your
7    time.
8        Conor, do you have any questions?
9        MR. LAMB:  Yeah.  I'm just going
10   to ask a few follow-ups.
11       MR. BENEDETTO:  Sure.
12       MR. LAMB:  Thanks.
13   BY MR. LAMB:
14   Q.    Dr. Dershwitz, I wanted to -- I'm going --
15   I'm going to share my screen, if that's possible
16   here.
17       Okay.  Are you able to see your expert
18   report on the screen, Dr. Dershwitz?
19   A.    Yes.
20   Q.    Okay.  We're on the page that says duty and
21   breach at the top.  And in the second full paragraph
22   there's this first sentence that says:  It is my
23   opinion as a toxicologist.
24       Do you see that sentence?

108

1    A.    Yes.
2    Q.    The first thing I just wanted to ask is:
3    You say it is my opinion as a toxicologist, and then
4    you say to a reasonable degree of pharmacological
5    certainty.
6        Would you normally refer to yourself here
7    as a toxicologist or a pharmacologist?
8    A.    Well, toxicology is a subdiscipline of
9    pharmacology.  And so I'm certainly a
10   pharmacologist, but because much of my research over
11   the last decades has been in the area of toxicology,
12   including my -- my Ph.D. research, you know, I get
13   to call myself a toxicologist too.  But they are not
14   mutually exclusive, you know, one is a subset of the
15   other.
16   Q.    Okay.  Is it your understanding that in
17   this case, the plaintiffs, the Wolkings, have
18   retained you to express your expert opinion as a
19   toxicologist?
20   A.    That would make sense, because I'm
21   primarily talking about a drug-induced injury which
22   clearly falls within the realm of toxicology with
23   the understanding that toxicology is a subset of
24   pharmacology.

109

1    Q.    Right.  So it could be your expertise in
2    pharmacology or toxicology, which is a subset of
3    that?
4    A.    Yes.  Referring to myself as a toxicologist
5    just makes it more specific.
6    Q.    And I just wanted to rule out, you're not
7    being retained for your expertise in anesthesiology,
8    for example?
9    A.    Not at all.
10   Q.    Okay.  And in this paragraph, your opinion
11   to a reasonable degree of pharmacological certainty
12   is an opinion about the risk of harm created by the
13   amount of corticosteroids dispensed to Ms. Wolking,
14   correct?
15   A.    Yes.
16   Q.    Okay.  So you have not been retained by the
17   Wolkings to express an opinion, for example, about
18   what the pharmacist's duty was in this case?
19   A.    If you tell me that that is the case, then
20   it must be true.  Because --
21   Q.    Well, I'm actually just asking you on the
22   basis of the report that you have written.  There's
23   two places where you expressed an opinion.
24       I don't see you express an opinion about

110

1 the pharmacist's duty; am I correct about that?
2 A.     I don't -- I don't express an expert
3 opinion on that.  And if I use the analogy in -- in
4 other cases where I gave opinions, I typically
5 didn't give expert opinions about the job
6 performance of healthcare providers who are not
7 physicians.  But I certainly feel comfortable
8 talking about how a patient was injured by the fact
9 that the pharmacy dispensed a very, very large
10 quantity of drug that could not be possibly
11 indicated.
12 Q.     Right.  Yeah, no, and I understand why
13 you've talked about that, because you got a number
14 of questions about that from defense counsel.  I'm
15 just trying to clarify for the purposes of this
16 transcript the two expert opinions that you have
17 expressed in this report.
18        And the first one we're looking at here is
19 your expert opinion as a pharmacologist with respect
20 to the risk created by these drugs; is that correct?
21 A.     Yes.
22 Q.     Okay.  The second opinion is two pages
23 down, it's on the fourth page of your report, it's
24 again a sentence that starts:  It is my opinion, to

111

1 a reasonable degree of pharmacological certainty.
2        Do you see that sentence that I'm talking
3 about?
4 A.     Yes.
5 Q.     And is it fair to say that sentence
6 expresses an expert opinion with respect to the
7 cause of Ms. Wolking's injuries?
8 A.     Yes.
9 Q.     Okay.  So just to wrap that up, you have
10 been retained as an expert by the plaintiffs to
11 express an opinion about the risk created by the
12 drugs and the cause of the injuries?
13 A.     Yes.
14 Q.     With respect to the first of those, the
15 risk created by the drugs, why is a pharmacologist
16 capable of explaining to the jury the risk posed by
17 these corticosteroids?
18 A.     Well, I'm not sure that every
19 pharmacologist is knowledgeable in this area,
20 because pharmacology is a very broad topic.  But
21 primarily because of the fact that as an
22 anesthesiologist, I would be the primary person to
23 administer glucocorticoids in the perioperative
24 period, coupled with the fact that I have been

112

1 teaching the pharmacology of the adrenal gland for
2 many decades, provides me with expertise that many
3 pharmacologists have but not necessarily all of
4 them.
5 Q.     And does that allow you to explain to a
6 jury how corticosteroids act on the human body?
7 A.     Yes.
8 Q.     Same question with respect to cause.  Why
9 are you as a pharmacologist able to help a jury
10 understand what caused Ms. Wolking's injuries?
11 A.     Because within the global umbrella of
12 pharmacology exists this subdivision called
13 toxicology.  Toxicology is the study of the adverse
14 effects produced by chemicals on an organism.  And
15 so, therefore, in this particular case, I as a
16 toxicologist feel very comfortable talking about how
17 glucocorticoids can damage the gastrointestinal
18 tract as they did in this patient.
19 Q.     And do you -- are you also able to express
20 an opinion about other injuries as you did in your
21 report?
22 A.     Yes.  For example, her muscle weakness,
23 there's no other plausible reason why she should
24 have muscle weakness to the degree that she could

113

1 barely get out of bed.
2 Q.     Okay.  Just changing subjects a little bit.
3        There were a number of questions from
4 defense counsel about whether the pharmacy knew what
5 amounts of corticosteroids Stacey Wolking was taking
6 on a particular day; do you remember those questions
7 from earlier?
8 A.     Yes.
9        MR. BENEDETTO:  Objection to
10    form.
11 BY MR. LAMB:
12 Q.     Okay.  The -- to go back to your first
13 opinion, the opinion about the substantial risk
14 created by these drugs.  Is it your opinion that the
15 risk posed by these corticosteroids existed at the
16 moment they were dispensed in such a large amount to
17 Stacey Wolking?
18        MR. BENEDETTO:  Objection to
19    form.
20        THE WITNESS:  Yes, because it
21    should be apparent to the dispensing
22    pharmacist by looking at the sequence of
23    all of the prescriptions that they filled
24    for her that she is going through these

## 114

1      drugs at a much, much more rapid pace than
2      would be acceptable or reasonable for any
3      patient with any inflammatory disease.
4          And, you know, a pharmacist does not live
5      and work in a vacuum, they're not just
6      dispensing this one prescription.  They
7      have right in front of them the data of
8      what this patient has been getting over a
9      period of time, and that cumulative dose
10     should have raised serious red flags about
11     what was reasonable and what isn't.
12 BY MR. LAMB:
13     Q.     And I think the last question I have for
14 you is:  At the very end, defense counsel was asking
15 you about the basis for part of your disagreement
16 with Dr. Smith.  You had referred to the likelihood
17 of causes of bowel perforation, I think you made a
18 reference to aspirin or similar types of drugs as a
19 leading cause and corticosteroids as the second most
20 leading cause.
21         Can you explain where -- where that
22 knowledge comes from?
23     A.     Well, again, I have been teaching these
24 drugs for decades.  You know, aspirin and other

## 115

1  drugs in its class fall into a different category
2  typically referred to as tox or cyclooxygenase
3  inhibitors, they're typically used as
4  antiinflammatory drugs, for example, in arthritis
5  and they are well-known to cause gastrointestinal
6  injury.
7          So amongst drug-induced gastrointestinal
8  injury, the aspirin and its related drugs and
9  glucocorticoids are the -- by far the top two.  And
10 any other medication that damages the GI tract would
11 be far lower on the list.  Number three probably
12 would be alcohol, which is, you know, typically not
13 considered a therapeutic drug, but it's still a
14 chemical that lots of people ingest.  And alcohol
15 can certainly damage the gastrointestinal tract
16 also.
17         MR. LAMB:  Okay.  Thank you,
18     Doctor.  I don't have any more questions.
19         MR. BENEDETTO:  Just one
20     follow-up.
21         MR. LAMB:  Go ahead.
22 BY MR. BENEDETTO:
23     Q.     Doctor, do you have any basis or
24 documentation to indicate that Ms. Wolking

## 116

1  communicated to Tunkhannock Compounding Center what
2  doses she was taking daily, specifically from
3  September 19th, 2022, to October 7th, 2022?
4      A.     On a specific daily basis, probably not.
5  But based upon what they dispensed and the fact that
6  they needed to continue to dispense, if they
7  averaged it out, as they should have, over a period
8  of time like a week, the number that they would have
9  come up with is completely unreasonable.
10     Q.     And, again, you said average -- they should
11 have averaged it out.  What is the basis of that
12 conclusion?
13     A.     Well, the fact is that they need to
14 understand when they are giving thousands of
15 milligrams of prednisone to a patient, is this
16 intended to be -- to be taken by the patient over a
17 week?  A month?  A year?  It's obvious to them that
18 it's not a long-term prescription because it's being
19 renewed in a week or two.  That makes it
20 unreasonable.
21     Q.     But you agree with me there's no
22 documentation or material that you have to indicate
23 that exact proposition, correct?
24     A.     I don't --

## 117

1          MR. LAMB:  Objection to form.
2          You can answer.
3          THE WITNESS:  I don't need any
4      documentation.  It is just a fact that a
5      pharmacist cannot live in a vacuum.  They
6      have to look at the patient and they have
7      to look at all of the drugs they are
8      taking.  And, for example, if they identify
9      a potential drug interaction, we know that
10     they have a responsibility to notify the
11     patient and to notify the prescribing
12     physician.
13         So just like they have a
14     responsibility to pick up a drug
15     interaction, they have a responsibility to
16     pick up an inappropriate dosing regimen,
17     and this is clearly an inappropriate dosing
18     regimen.
19 BY MR. BENEDETTO:
20     Q.     And where is the basis for you to say that
21 there is a dosing regimen or an inappropriate dosing
22 regimen?
23     A.     Well, if we look at the -- if we look at
24 what the pharmacist would see, the pharmacist would

118

1    see a date and what was dispensed on that date, and
2    it would be a series of drugs dispensed on a series
3    of dates.  And there's no plausible medical
4    condition that would justify the doses of
5    glucocorticoids that she was given, period.
6    Q.    Okay.
7    A.    And we're not -- and we're not talking
8    about, well, they were a little high.  Compared to
9    what any reasonable physician would prescribe, this
10   was many manyfold higher and they should have
11   recognized that and done something about it.
12   Q.    And -- and to finish up, just to clarify,
13   you did not review the deposition testimony of the
14   pharmacist, Dr. Lindner, or the patient's here,
15   correct?
16   A.    That is correct.
17         MR. BENEDETTO:  Okay.  Thank you.
18   No more questions.
19         THE VIDEOGRAPHER:  That's it?
20         MS. SHWED:  Yeah.  I have no
21   questions.
22         MR. BENEDETTO:  Thank you, Amy.
23   Thank you, Conor.  Thank you, Doctor.  I
24   appreciate your time.

119

1          THE WITNESS:  You're welcome.
2          THE VIDEOGRAPHER:  The time is
3    now 12:55.  That concludes this video
4    deposition.
5          (At this time, the doctor
6    requests to read and sign and will remain
7    under oath.)
8          (Witness excused.)
9          (Deposition via Zoom concluded at
10   12:55 p.m.)
11         (At this time, documents were
12   marked for identification as Exhibit-1
13   through Exhibit-4.)
14
15
16
17
18
19
20
21
22
23
24

120

1           C E R T I F I C A T I O N
2
3
4          I, Patrice Sweeney,
5    Professional Court Reporter License No.
6    30XT00006600 and Notary Public, do hereby
7    certify that the foregoing is a true and
8    accurate transcript of the stenographic
9    notes taken by me in the aforementioned
10   matter.
11
12                - - -
13
14
15
16
17
18
19
20
21   DATE:    _____
22            Patrice Sweeney
23            Court Reporter, Notary Public
24            License No. 30XT00006600

121

1          INSTRUCTIONS TO WITNESS
2
3          Please read your deposition
4    over carefully and make any necessary
5    corrections.  You should state the reason
6    in the appropriate space on the errata
7    sheet for any corrections that are made.
8          After doing so, please sign the
9    errata sheet and date it.
10         You are signing same subject to
11   the changes you have noted on the errata
12   sheet, which will be attached to your
13   deposition.
14         It is imperative that you return
15   the original errata sheet to the deposing
16   attorney within thirty (30) days of receipt
17   of the deposition transcript by you.  If
18   you fail to do so, the deposition
19   transcript may be deemed to be accurate and
20   may be used in court.
21
22
23
24

122

```
 1                - - - - - - - -
 2                 E R R A T A
 3                - - - - - - - -
 4     PAGE       LINE       CHANGE
 5     - - -  - - -  - - - - - - - - - - -
 6     - - -  - - -  - - - - - - - - - - -
 7     - - -  - - -  - - - - - - - - - - -
 8     - - -  - - -  - - - - - - - - - - -
 9     - - -  - - -  - - - - - - - - - - -
10     - - -  - - -  - - - - - - - - - - -
11     - - -  - - -  - - - - - - - - - - -
12     - - -  - - -  - - - - - - - - - - -
13     - - -  - - -  - - - - - - - - - - -
14     - - -  - - -  - - - - - - - - - - -
15     - - -  - - -  - - - - - - - - - - -
16     - - -  - - -  - - - - - - - - - - -
17     - - -  - - -  - - - - - - - - - - -
18     - - -  - - -  - - - - - - - - - - -
19     - - -  - - -  - - - - - - - - - - -
20     - - -  - - -  - - - - - - - - - - -
21     - - -  - - -  - - - - - - - - - - -
22     - - -  - - -  - - - - - - - - - - -
23     - - -  - - -  - - - - - - - - - - -
24     - - -  - - -  - - - - - - - - - - -
```

123

```
 1          ACKNOWLEDGMENT OF DEPONENT
 2
 3             I, MARK DERSHWITZ, M.D., PH.D.,
 4     do hereby certify that I have read the
 5     foregoing pages, and that the same is a
 6     correct transcription of the answers given
 7     by me to the questions therein propounded,
 8     except for the corrections or changes in
 9     form or substance, if any, noted in the
10     attached errata sheet.
11
12  DATE:  _____   _____
13              MARK DERSHWITZ, M.D.,
14                   PH.D.
15
16  Subscribed and sworn to before me.
17
18
19
20          PATRICE SWEENEY
21          NOTARY PUBLIC
22
23
24
```

124

```
 1                 EXHIBIT-1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

125

```
 1                 EXHIBIT-2
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

**32 (Pages 122 to 125)**

126

1                    EXHIBIT-3
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

127

1                    EXHIBIT-4
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**A**

**A.2d** 57:7
**a.m** 1:20
**able** 15:8 27:14 81:23 107:17
  112:9,19
**absolute** 103:11,13
**absolutely** 59:14 68:12,12
  85:15
**academic** 23:8
**acceptable** 114:2
**access** 95:3,11,19
**account** 46:22
**accurate** 47:20 120:8 121:19
**accurately** 57:24
**achieve** 46:14 66:11 82:20
**ACKNOWLEDGMENT**
  123:1
**act** 112:6
**action** 4:11 33:10
**actions** 40:15
**active** 104:21
**actively** 24:3
**acute** 19:6,19 20:5,21 22:9,12
  54:9,16,22 55:6,11,17 56:4
  56:6,13 87:22 88:8
**acutely** 91:16
**add** 61:21
**Addison's** 21:9
**Addisonian** 81:17
**addition** 12:3 15:8 20:10
**additional** 20:7 45:4 67:7
**Additionally** 52:10
**address** 86:4
**adequate** 63:22
**adjust** 91:5 92:4
**adjusted** 50:7
**adjustments** 96:8
**administer** 17:6,22 18:12
  19:1,4,13 20:18 21:6,19
  45:10 111:23
**administered** 18:11,16 28:21
  38:21
**administering** 19:11,18
  20:14 29:5 37:12
**administers** 17:11,12,17
**administration** 20:10 29:12
  29:18 30:4
**admit** 60:5 78:24
**admits** 71:8
**admitted** 33:24 34:3 61:15

**adrenal** 19:6,19,24 20:1,5,19
  20:21 21:3 48:24 49:4,5
  54:6,9,16,16,22,24 55:6,11
  55:17 56:4,6,13 81:16 87:22
  88:8 112:1
**adverse** 51:21,22,23 52:2
  84:12 112:13
**affect** 52:2 99:18 101:14
  102:4
**affirmatively** 6:17
**aforementioned** 120:9
**afterward** 12:5 21:1 38:5
**age** 46:23 75:17
**agents** 73:3
**ago** 40:18 42:9 107:1
**agree** 34:10 77:19 85:10 96:2
  97:24 98:16 116:21
**ahead** 92:18 95:1 115:21
**aid** 39:20,24 40:14 67:11
**al** 4:13,14
**Alabama** 40:4
**alcohol** 115:12,14
**all-comers** 26:4
**alleged** 91:11
**allegedly** 35:14 65:15,17 71:7
  104:18
**alleges** 77:19
**alleging** 34:24
**allow** 112:5
**alternative** 84:11,16 101:17
**amended** 3:17 9:23 10:16
**American** 24:14 25:5
**Amherst** 7:24
**amount** 26:9 30:23 47:14
  55:4 58:7 59:1 62:13 70:10
  70:14,15 79:14,24 80:2,20
  82:10 109:13 113:16
**amounts** 113:5
**Amy** 2:9 4:21 118:22
**analogy** 110:3
**anatomy** 14:19 98:19 99:3
**and/or** 90:12
**anesthesia** 18:16 26:13 34:2
  35:4,16 36:10 37:19 41:18
  41:24 75:8,10,13,15
**anesthesiologist** 7:7 17:15,22
  17:23 18:3,21,24 19:3,10,18
  21:5 23:22 24:10 33:22
  34:16,17 35:24 37:11,16
  38:11,19 41:17,20,22 42:4

  45:1 68:8 83:8 86:6 111:22
**anesthesiologists** 17:5,13
  19:13 21:19,20 56:3
**anesthesiology** 7:8,13,20 8:5
  8:15 16:16 18:23 22:7 24:4
  24:14,24 25:1,5 34:1,11
  36:1,5,18 109:7
**anesthetic** 42:19
**anesthetics** 25:24 74:22
**anesthetist** 41:19,21,23 42:3
**animal** 16:1
**answer** 6:13,17 7:1 21:8
  31:24 47:18 51:9 52:16
  83:12 98:8 117:2
**answers** 123:6
**antibiotic** 18:20
**anticipated** 79:20
**anticipation** 80:16
**antiemetics** 25:14 26:12
**antiinflammatory** 73:3,4
  115:4
**antimalarial** 30:5 88:14
  103:23
**antimalarials** 30:7,12,17,20
  30:23 88:18
**antimicrobial** 65:21
**antiprotozoal** 65:22
**anus** 72:20 73:13
**anybody** 24:21 49:15
**anymore** 7:11,17 34:6
**anyway** 89:22 103:7
**apologize** 100:9 102:9
**Apothecary** 1:8 2:18 4:24
  5:18 52:11 61:12
**apparent** 113:21
**apparently** 64:6
**appears** 58:2,6
**appended** 12:23
**applies** 54:10
**apply** 54:18
**appointment** 23:15
**appointments** 23:8
**appreciate** 107:6 118:24
**appropriate** 89:22 121:6
**appropriateness** 84:20
**approved** 67:2,3,17,18 68:13
  68:15 95:20
**approximate** 6:24 71:5
**approximately** 23:11,17 24:9
  26:3 36:10 42:9 68:22 69:1

69:20 74:1
**approximation** 60:5,6
**April** 9:3 43:12 52:8
**aprotinin** 33:2,2,8,12,15
**area** 108:11 111:19
**areas** 102:13
**argued** 32:24
**arguing** 32:1 33:11
**arguments** 32:3,21
**arrest** 42:20
**artemisia** 88:22 104:19
**artemisinin** 88:21 104:6,21
   105:1
**arthritis** 115:4
**article** 106:17
**articles** 43:19,20,22
**ascending** 98:23 99:17
   101:13 102:24
**AShwed@c-wlaw.com** 2:9
**aside** 84:13
**asked** 6:13
**asking** 77:4 109:21 114:14
**aspect** 40:13
**aspiration** 35:19
**aspirin** 73:2,5 114:18,24
   115:8
**assigned** 76:1
**associated** 51:5 82:3 89:1
**assume** 77:3
**assuming** 69:4,6,8 90:5
**atovaquone** 44:9 88:19 89:6
**attached** 3:16 102:13 121:12
   123:10
**attention** 12:14 26:17 48:12
   78:18,21
**attorney** 41:1 42:13 121:16
**attorneys** 2:6,11,17 34:7,15
**August** 28:7 32:7 39:11 41:10
   61:15,17 62:18 63:7,8 69:2
   69:5 93:13,15 94:3
**authored** 9:3
**Authority** 42:11
**autoimmune** 19:20,24 20:12
   21:4,13 30:8 91:19
**available** 67:1 104:8
**Avenue** 2:10
**average** 69:21 74:1,6 116:10
**averaged** 116:7,11
**avoid** 20:19
**aware** 31:1 45:17 56:21 58:1

64:11 76:10 79:13 82:6
   90:21
**axis** 56:8
**azithromycin** 44:8 89:12

---

### B

**B** 3:14
**Babesia** 65:12 68:17
**babesiosis** 65:11,14 66:3
   89:21 91:11 96:16
**babies** 75:10
**bachelor's** 13:11
**back** 8:18 15:4 24:19 28:10
   28:15 32:3 34:5 37:21
   44:14,16 48:9 61:5 62:11
   88:12 106:3 113:12
**background** 15:4
**backwards** 24:13
**balanced** 19:22
**barely** 113:1
**based** 12:19 17:7 46:10 47:12
   68:6 76:3 82:1 83:6,17,19
   86:10,11 90:14 96:10 97:14
   100:22 116:5
**basing** 83:9,15
**basis** 9:5 86:7 91:13 106:10
   106:16,18 109:22 114:15
   115:23 116:4,11 117:20
**bed** 113:1
**began** 93:14
**beginning** 93:20 98:22 102:4
   102:22 105:13
**begins** 52:24
**behalf** 4:24 5:2 31:4,8,11
   33:20 40:16 41:2,10 42:7
**believe** 9:3 39:14 42:23 97:24
   98:10
**believed** 77:6
**Benedetto** 2:14 3:8 4:23,24
   5:13 9:16,20 10:5,10,14
   47:21 48:2,10 50:9,12 51:13
   61:2 76:19 83:14 84:1,2
   100:8,13,19 101:9 105:18
   105:22 106:5 107:4,11
   113:9,18 115:19,22 117:19
   118:17,22
**beneficial** 52:2
**benefit** 35:17 94:17
**better** 19:21 50:7
**beyond** 20:12 70:24

**bill** 43:8,9,12,13
**billing** 43:5
**billion** 67:16
**biochemical** 14:21
**biochemistry** 14:19
**biological** 15:14
**birth** 42:18
**bit** 15:3 49:1 86:5 113:2
**blanking** 26:11
**bleeding** 33:4,6
**blood** 79:4
**board** 24:2,14,17,18,22,22
   25:5,7 77:5
**Bob** 2:22
**body** 15:19,20 25:19 30:18
   50:22 112:6
**bone** 22:19 103:21 105:4
**book** 43:20
**books** 95:10
**bottle** 85:18,19 104:11,12,13
   104:18,20
**bottles** 71:10
**bottom** 52:4 90:15 98:18
**bowel** 30:20,24 72:22 77:20
   84:4,5,8 89:1 102:5 105:11
   114:17
**brain** 45:9 46:12 91:21
**breach** 56:20 61:7 107:21
**break** 6:10,14 47:23 48:6
   49:20 105:24 106:12
**breakdown** 31:6 99:10
**breaking** 101:10
**Brian** 53:18
**briefly** 88:12
**bring** 11:9
**broad** 111:20
**broadly** 15:13 57:23
**broken** 22:19
**Bryk's** 53:18
**bucket** 62:10
**Burke** 96:5

---

### C

**C** 2:1,15 4:1 120:1,1
**C.V** 9:2 12:18,21 13:2,5 23:7
   27:3
**C.V.s** 26:19
**call** 34:8 58:8 64:20 72:21
   98:1,3 108:13
**called** 5:17 14:11 34:8 39:19

41:11 57:6 98:24 103:12
  112:12
**cancer** 72:22 103:19,20 105:3
**capable** 111:16
**capacity** 36:23 44:24
**cardiac** 42:20
**care** 35:18 36:1 38:14 56:22
  75:1 90:7 95:9
**career** 36:14
**carefully** 121:4
**Carney** 16:14
**Carolina** 27:24 42:10,14
**case** 4:12 24:21 27:19 28:11
  28:13,17,20 30:6 33:1 34:10
  34:18,20,22,23 35:4,7,12,13
  39:19 40:1,6,17,19,23 41:3,13
  41:14,16 42:3,6,12 43:2
  44:3 49:4,6 57:6 59:21
  85:15 90:20 98:14 108:17
  109:18,19 112:15
**cases** 27:8 28:1 29:3,9 31:9
  31:24 32:7,20 34:2 39:10
  40:22 43:19,20 101:5 110:4
**category** 115:1
**cause** 30:20,24 71:5,13,20
  72:3,24 73:2,8 84:3 88:15
  101:18 103:24 104:16
  105:10 106:20 111:7,12
  112:8 114:19,20 115:5
**caused** 42:20 70:10,16,19
  71:7 72:15 73:11 78:1 83:4
  89:7,10 106:15 112:10
**causes** 72:18,22 114:17
**CBenedetto@mccormickp...**
  2:14
**cc'ing** 76:11
**cecum** 98:24 99:15 101:7
  102:1,13,14
**cells** 103:12,15
**center** 1:9 2:18 5:17,18,19,21
  61:13 70:3 76:23 77:2
  82:18 85:13,21 116:1
**central** 91:20
**Century** 95:11
**cerebral** 91:22
**certain** 28:21 51:4 66:11
  70:15 73:21 79:24 80:1,20
  95:16
**certainly** 6:8 73:10 75:14
  76:1 78:9 87:22 105:9

108:9 110:7 115:15
**certainty** 70:24 108:5 109:11
  111:1
**certification** 24:23 25:9,12
**certified** 24:13,17,19,22
  25:11
**certify** 120:7 123:4
**cetera** 14:20
**chain** 86:2
**CHANGE** 122:4
**changed** 37:22
**changes** 121:11 123:8
**changing** 113:2
**chapters** 43:20,22
**Charlotte-Mecklenberg**
  42:11
**chart** 52:5 60:2 76:4 77:18,23
**charts** 95:3
**chemical** 16:1 115:14
**chemicals** 15:14,18 112:14
**chemistry** 13:11,15
**chemotherapy** 65:22 103:19
  105:4
**children** 75:17
**choose** 68:5
**chose** 42:19
**chronic** 22:10 41:15 55:3
  65:11 66:3 91:11
**chronically** 20:4 54:21 81:13
**CIPRIANI** 2:8
**Circuit** 40:3
**circumstances** 87:18
**cite** 12:8 43:18 82:8 106:18
**cited** 39:10 43:21 52:4 57:6
**civil** 4:11
**clarify** 110:15 118:12
**class** 33:9 73:5 115:1
**classes** 73:1
**clear** 37:5 44:10 84:18 94:1
**clearly** 55:8 57:14,17 81:20
  108:22 117:17
**client** 42:16 52:11
**clinic** 38:2,3
**clinical** 7:10,13 8:19 16:22
  35:15 67:4 96:6
**clinically** 46:7 75:12
**closer** 23:19 50:8
**colleagues** 21:24 25:3 68:6
**college** 23:9 84:19
**colon** 73:9 98:23,23,24 99:15

99:17,19 101:4,13,15 102:6
  102:24 103:1,3
**colonoscopy** 35:14
**column** 40:10
**come** 14:6 37:24 116:9
**comes** 78:18 114:22
**comfort** 47:23
**comfortable** 110:7 112:16
**coming** 38:12 69:18
**commencing** 1:19
**commercial** 85:21
**common** 21:15 29:24 33:24
  72:12,18,21,24 73:1 78:16
  79:5 99:15,20 106:21 107:2
**commonly** 19:2 20:13 21:21
  26:6 33:5 56:3 72:13 99:21
**communicated** 59:23 77:11
  116:1
**communication** 60:20 82:7
**communications** 60:21,22
  82:17
**companies** 67:13
**company** 67:6,22
**Compared** 118:8
**complain** 77:5
**complaint** 52:9 69:2 83:5
**complete** 74:15 95:19
**completed** 16:14
**completely** 24:21 58:9 62:20
  62:21 81:9,12 96:2 104:10
  116:9
**compound** 84:23 85:17
**compounded** 85:17
**compounding** 1:9 2:18 5:17
  5:18,19,21 61:13 70:3 76:22
  77:1 82:18 85:7,11,13,13,21
  90:17,23 116:1
**computer** 11:19 95:18 100:1
**concentration** 13:14
**concept** 49:9,11
**concern** 34:11
**conclude** 99:21
**concluded** 119:9
**concludes** 119:3
**conclusion** 71:15 91:13 106:8
  106:9 116:12
**conclusions** 89:24 90:12,13
  94:20 97:13,15
**concurrently** 30:1
**condition** 19:20,24 50:23

59:8 66:9 91:7 102:10 118:4
**conditions** 19:23 46:23 47:8 47:13,13 101:22 102:17
**confirm** 13:10
**confused** 49:2
**conjunction** 89:2
**Connette** 42:10
**Conor** 2:4 4:19 9:16 107:8 118:23
**Conor.Lamb@klinespecte...** 2:4
**Conrad** 2:14 4:23 5:16 49:18
**conscience** 58:14 86:20 88:5
**consider** 58:16 64:24 65:17 67:20
**considered** 24:3 65:6 115:13
**considering** 67:24
**consultation** 31:7
**consulting** 76:12,14
**consume** 79:14
**consumed** 69:20 73:23
**consumer** 37:7 84:22 85:22 90:23
**consumes** 51:15
**consumption** 19:23 71:12
**contact** 34:7
**contained** 48:16 97:13
**contains** 88:21
**contention** 101:16
**continue** 19:8 24:4 81:23 100:22 116:6
**control** 50:5 66:5 68:2
**conversations** 63:20 64:6
**copy** 9:8,11,14
**correct** 6:2,21 13:5,19 15:1 16:2,5,6,16 18:1,7,8,17 22:14 26:13 27:23 28:22 32:14,17 34:11,12 35:4 37:7 37:8,9,10,14,15 44:11 45:20 46:24 50:16,20,20 51:6,12 53:19,20,22,23 54:1,2,4,5 57:8,12 59:18 60:16,17,23 61:1 65:20,24 72:10 76:6 77:21 84:17 92:12 95:14,15 95:17 103:4 109:14 110:1 110:20 116:23 118:15,16 123:6
**corrections** 121:5,7 123:8
**correctly** 15:17 57:4 88:17

**correspondence** 11:11,16 12:1,10
**corticosteroid** 58:17
**corticosteroids** 20:18 21:6,8 50:15,22 51:3,16 54:15 55:5 71:13 73:22 74:4,6 83:4 84:14 109:13 111:17 112:6 113:5,15 114:19
**cortisol** 55:14 56:16
**cost** 67:6,21
**counsel** 1:18 4:17 5:4 110:14 113:4 114:14
**counseled** 59:12
**counseling** 87:2
**count** 31:13 78:21 103:14,16 104:22 105:7
**counted** 103:15
**countless** 74:21
**countries** 104:7
**country** 95:20 104:8,9
**counts** 99:5,7,9
**County** 35:8 40:4 41:12 42:10
**couple** 41:4 48:23 55:3
**coupled** 111:24
**course** 23:16 74:24 83:22 104:9
**courses** 16:7,11,21
**court** 1:1,21 4:10 5:5,6 10:3,8 27:23 28:2,7,16 30:13 31:16 31:22 32:10 33:11 34:19 40:1,3 50:1 57:8,11 100:15 100:17 120:5,23 121:20
**Courtney** 53:12
**covered** 68:21
**covering** 38:10
**created** 109:12 110:20 111:11,15 113:14
**creates** 73:19
**creating** 57:2
**credentialed** 75:7
**crisis** 81:17
**criteria** 68:3
**cross** 31:9
**crossed** 35:15 41:24
**cum** 13:11
**cumulative** 78:10 96:10 114:9
**current** 7:6 12:21 13:5
**currently** 7:5,9,18 8:4,10

10:24
**curriculum** 3:18 12:15
**cursor** 10:21
**customary** 64:12,22 65:1
**CVS** 85:22 86:2
**cyclooxygenase** 115:2

**D**

**D** 3:1 4:1 16:5
**d/b/a** 1:8 2:18
**daily** 59:17,22 70:15 74:7 82:24 116:2,4
**damage** 33:15 112:17 115:15
**damages** 115:10
**DARYL** 1:4
**data** 114:7
**database** 43:24,24
**databases** 95:11
**date** 118:1,1 120:21 121:9 123:12
**dated** 12:17
**dates** 23:4 118:3
**Daubert** 32:2,21
**day** 20:8 22:10,13 37:20 38:1 38:4,6,7,13,14 39:9 54:19 55:10,16 56:10 59:6 60:12 66:21 69:15,21 74:9 78:3,6 78:8,8 93:3 113:6
**days** 36:13,19 55:3 56:12,14 60:6,11 68:23 69:1,17,23 73:24 77:24 78:6,11 81:7,7 91:18 121:16
**days'** 63:4
**deal** 28:21
**decades** 37:23 108:11 112:2 114:24
**decrease** 33:3,6
**decreases** 45:9
**decreasing** 46:12
**deemed** 121:19
**defect** 34:21
**defendant** 1:10 2:11,17 12:8 34:17 39:18,22 41:18
**defendants** 12:6 31:12 42:2
**defense** 31:4,8 34:23,23 41:2 110:14 113:4 114:14
**defensible** 88:2 93:17,22
**deficiency** 103:12
**define** 51:22
**defined** 103:11

**defining** 55:21
**definition** 17:4 24:6 51:19,19
**degree** 13:18 14:3,5,22 15:7
    15:18 16:4 46:12 66:13
    70:24 108:4 109:11 111:1
    112:24
**degrees** 14:5
**deliberately** 55:7
**depending** 67:5 80:6,8
**depolarizing** 25:23
**deponent** 4:16 11:9 123:1
**deposed** 40:2
**deposing** 121:15
**deposition** 1:3,15 4:9,16 5:17
    5:23 6:1 9:24 10:16,22
    11:21,23 27:19 28:6 29:4
    31:18 40:22 42:8 43:15
    45:3 53:13 118:13 119:4,9
    121:3,13,17,18
**depositions** 53:16
**depress** 104:22
**depth** 27:20
**derangements** 25:21
**derivative** 88:21 105:1
**Dershwitz** 1:8 3:5,19 4:17 5:8
    7:6 8:24 10:1,15,16 12:13
    27:3 31:20 100:2 106:6
    107:14,18 123:3,13
**Dershwitz-1** 9:23
**Dershwitz-2** 12:14 13:4
**Dershwitz-3** 27:1 33:19
**Dershwitz-4** 48:12
**descending** 102:24 103:2
**describe** 71:24 99:5
**described** 33:14 101:2
**describes** 82:17 98:19
**description** 3:16 47:20 85:8
    85:10
**designed** 73:22 81:21,22
    87:12
**desk** 31:9
**details** 27:18 30:10,15 39:15
    39:21 40:5 95:3
**detected** 52:20
**determine** 100:14,15
**determines** 17:23
**develop** 79:7 99:9
**developing** 54:9 98:7
**development** 78:12
**deviation** 35:18

**dexamethasone** 44:11 45:6
    45:14 47:4 53:6,10 55:16
    60:7 61:18,19,21 62:5 63:8
    63:10 66:17 67:20 70:5,6,14
    71:1,4,6 80:10,21 81:7,8
    86:14 94:14,15
**diabetes** 67:10,18
**diagnosed** 65:14 96:16 97:21
**diary** 60:10
**die** 91:17 103:22
**difference** 70:4 85:6,20,24
    90:19
**different** 22:10 34:18 47:6
    71:9 75:18 87:13 90:18,22
    94:4 115:1
**differentiate** 49:7
**digits** 55:9
**diligence** 56:22
**directed** 41:20,21
**disagree** 85:4 90:4,11 92:3
    103:8
**disagreement** 114:15
**disclosure** 27:4 40:21
**discomfort** 86:11
**discovered** 34:18
**discovering** 67:13
**discovery** 52:6
**discuss** 88:9 90:2
**discussed** 43:17 52:10 83:24
    86:5
**discussing** 61:8
**discussion** 93:14
**discussions** 32:21
**disease** 21:9,14 25:19 30:9
    42:17 65:16,20 72:22 114:3
**diseases** 95:17
**dispense** 17:2,4 18:7 37:6
    57:24 64:18 68:14 77:7
    85:5 87:1,20 88:3,5 116:6
**dispensed** 17:10 37:13 61:12
    61:16,17,19,20 62:3,14,15
    63:9 68:22 70:3,5,7,8,19
    71:2,4 76:16 80:3 84:20
    85:16 93:8,11 96:6 109:13
    110:9 113:16 116:5 118:1,2
**dispensing** 29:5,12 30:4 85:5
    113:21 114:6
**disqualified** 31:21 32:4
**disqualifying** 32:22
**dissertation** 30:19

**distal** 72:4
**distally** 99:17 101:13 102:12
**District** 1:1,1 4:10,10 28:16
    28:16
**dividing** 69:18
**Doc** 86:8
**doctor** 5:14 23:7 36:5 48:11
    49:20 50:1 65:20 75:3 87:6
    90:5 97:8 100:3 102:8
    107:6 115:18,23 118:23
    119:5
**doctor's** 17:7
**doctor-patient** 96:20
**document** 79:12
**documentation** 115:24
    116:22 117:4
**documents** 4:3 9:9 11:9,15,24
    12:4,9 119:11
**doing** 10:2,5 14:5 41:20
    63:22 64:9 94:12 121:8
**dollars** 67:7,16
**Dorsey** 41:11
**dosage** 20:17 30:23 46:7,8
    73:19,23 96:8
**dosages** 92:4
**dose** 20:14,23 45:5,17,23
    46:10 47:3 52:24 53:5,6
    54:15 55:13 56:15 58:16
    59:4,7,10,13,19,21 60:12
    61:10,11 64:12,22 65:1 66:7
    66:11,11 74:7 80:9,10 82:3
    86:13,14 89:17 92:1,14,20
    93:2,15,19 94:1,2,2 114:9
**doses** 20:7,24 45:18 46:14
    49:13 50:19,19 54:12,24
    58:19 59:1 64:15,16 71:19
    77:8 79:1,6 81:24 83:3
    84:14 91:5,8,14 92:9,21
    93:22 103:23 116:2 118:4
**dosing** 45:13 46:8 49:8 55:10
    55:11 58:6,24 60:16 61:9
    62:14 65:2 66:2 69:12,16
    82:10,24 91:23 92:11,16,24
    95:16 117:16,17,21,21
**Dr** 4:16,22 7:6 8:24 10:1,15
    12:13 31:20 52:7 53:21
    60:8,15,21,22 63:21,21
    64:23 71:23 76:5,10,14,24
    77:6,10 80:7 81:21 82:7,14
    82:15,16,17,19,23 85:10

90:3,3,10,12,14 91:4,9 92:4
92:22 94:21,24 96:5,7,16,19
97:6,15 100:2,22 103:8
106:6,9 107:14,18 114:16
118:14
**draw** 58:18 65:4
**draws** 17:15
**drop** 62:10
**Droperidol** 26:5,6
**Drs** 96:5
**drug** 17:11,12 20:15 26:6
33:1,2 45:6 46:1 67:1,3,6,12
67:22,23,24 68:6 72:24 73:1
96:13 98:1,11 104:21
110:10 115:13 117:9,14
**drug-induced** 108:21 115:7
**drugs** 25:15 28:21,24 43:23
44:14,16 67:11,21 68:9 73:4
81:1 96:11 97:22,23 103:19
103:20,24 110:20 111:12,15
113:14 114:1,18,24 115:1,4
115:8 117:7 118:2
**due** 19:19 56:22 80:13 91:11
98:6
**duly** 5:9
**duplicative** 79:23
**duties** 6:9 56:23
**duty** 56:20,21,24 57:12 61:7
85:20 90:21,22 107:20
109:18 110:1

E

**E** 2:1,1,21,21 3:1,14 4:1,1
120:1 122:2
**e-mails** 76:5 96:15
**earlier** 5:16 22:20 43:17 45:3
52:10 88:13 113:7
**early** 15:5 88:13 94:3
**Earth** 59:8
**edema** 91:22
**effect** 51:21,22,23 78:10
**effects** 84:13 112:14
**eight** 13:21 20:24 33:18
68:23
**either** 16:8 17:10 19:19 22:6
25:22 27:23 28:5 29:4,17
31:8 34:6 36:15 37:6 39:10
46:7 49:2 70:15 76:11
84:21 90:21 92:12 94:8
100:6 101:14

**elevated** 95:23
**Eli** 67:16
**emotional** 55:23
**ended** 30:13 34:19,20,24
35:19 61:24
**endemic** 65:12
**endocrine** 44:20
**endotracheal** 35:17
**ensuring** 91:5 92:5
**enterocolitis** 99:10,13 101:1
101:5,14 102:11 106:10
**entire** 36:14
**entities** 72:14
**entity** 91:24
**entries** 52:9
**episode** 25:22
**equipment** 75:23
**equivalence** 60:9 61:22 62:1
**equivalent** 56:16 60:12 63:10
63:12,15 68:22 69:21 80:10
**equivalents** 69:14
**errata** 121:6,9,11,15 123:10
**ERSA** 1:21 5:6
**especially** 91:20
**ESQUIRE** 2:4,9,14,15
**essentially** 81:1 93:18
**estimate** 6:24
**et** 4:13,14 14:20
**ethically** 88:2
**evenly** 31:10
**everybody** 10:12 37:19 39:8
46:4 47:5 54:20 103:18
**evidence** 78:21 79:4,4
**evolving** 37:18
**ex** 83:7
**exact** 116:23
**exactly** 43:4 81:3 94:5 96:23
**EXAMINATION** 1:5
**examined** 5:9
**example** 15:16 18:20 25:2
34:14 45:4 59:3 64:14 67:8
68:3 70:2 78:7 87:6,21
91:21 98:7 102:19 109:8,17
112:22 115:4 117:8
**examples** 22:21 85:23 91:19
**exceeded** 93:3
**exceeding** 64:23 86:16,17
**exceeds** 65:6
**excess** 60:13
**exclusive** 108:14

**exclusively** 39:5 75:15 76:2
**excuse** 39:1 61:10 103:9
**excused** 119:8
**execution** 28:18,22
**exercise** 56:22
**Exhibit-1** 3:17 4:4 119:12
124:1
**Exhibit-2** 3:18 125:1
**Exhibit-3** 3:19 26:18 29:5,17
31:2 126:1
**Exhibit-4** 3:20 4:5 119:13
127:1
**exhibits** 8:24
**existed** 113:15
**exists** 112:12
**exotic** 98:7
**expect** 27:16
**expectation** 87:9
**expected** 68:13 87:9
**experience** 46:9 47:12 49:14
78:19,24 81:16 83:7 88:8
105:3 106:17
**experiencing** 33:13 35:19
**expert** 12:5 28:23 31:7,15,21
33:14,24 34:1,3 39:13 48:19
57:13 82:13 107:17 108:18
110:2,5,16,19 111:6,10
**expertise** 95:4 109:1,7 112:2
**explain** 112:5 114:21
**explained** 64:8
**explaining** 111:16
**explanation** 64:9,21 71:17,22
72:3 73:6 84:12 89:4 105:6
**explanations** 71:24 84:16
**express** 108:18 109:17,24
110:2 111:11 112:19
**expressed** 109:23 110:17
**expresses** 111:6
**extract** 88:22
**extremely** 84:13 102:15
103:5

F

**F** 120:1
**face** 57:2
**fact** 24:18 34:20 35:14 73:20
77:14 79:16 80:13 81:2
85:12 86:15 99:6 103:19
106:13 110:8 111:21,24
116:5,13 117:4

**factors** 58:20 102:20
**facts** 72:8
**faculty** 36:24
**fail** 121:18
**failure** 33:9,13
**fair** 12:20 13:3,9 32:12 111:5
**Fairfax** 52:7
**fall** 115:1
**falls** 29:24 108:22
**familiar** 86:15
**family** 42:16
**far** 32:5 40:10 101:6 115:9,11
**farther** 102:12
**fastest** 20:22
**fatal** 25:19
**favorite** 47:3
**FDA** 43:24,24 44:7 66:24
    67:23 68:2,13,15 95:14,20
    105:12,14
**February** 31:18
**federal** 28:2,7,10,13 31:16,21
    33:10
**feel** 110:7 112:16
**fever** 78:20 79:2
**fewer** 94:16
**field** 14:22
**fifth** 52:24
**fill** 58:11,14 77:1 86:20
**filled** 18:10 59:11 77:15
    79:18 93:5 113:23
**filling** 86:8
**final** 106:6
**finally** 78:20 96:4
**fine** 49:21 100:4,20
**finish** 92:17 118:12
**finished** 107:5
**firm** 43:9
**first** 12:20 14:6 20:14 31:15
    31:18 43:8 56:19 58:8 64:4
    66:4 69:2 72:18 76:23
    78:18 80:5 81:8 83:3 85:3
    89:23 90:7 94:1,2 97:19
    98:13 106:23 107:22 108:2
    110:18 111:14 113:12
**five** 47:23
**flag** 58:23 59:10 87:17 93:4
**flags** 63:18 114:10
**Fleury** 41:1
**Floor** 2:5
**flora** 16:1

**focus** 14:13,15,16
**focused** 28:24
**fold** 70:8 71:2
**follow** 17:13
**follow-up** 106:6 115:20
**follow-ups** 107:10
**following** 20:9
**follows** 5:10
**foregoing** 120:7 123:5
**form** 47:17 51:7,8 60:24
    76:18 78:4 83:11,22 90:20
    113:10,19 117:1 123:9
**formal** 23:14
**former** 42:14
**forming** 76:7
**forms** 106:18
**forth** 32:4
**forwarded** 9:24
**found** 42:7 65:17 67:11 90:3
    105:9
**four** 8:24 37:23 45:22,22 46:2
    56:12,14 59:9 79:17
**fourth** 68:19 110:23
**fraction** 88:3
**frame** 56:17,18 58:7
**freezing** 100:2,2,18
**front** 9:9,10 10:17 11:17
    26:20 114:7
**FTE** 36:11
**fulfilled** 97:2
**full** 52:22 76:23 97:19 107:21
**Fulton** 41:12
**further** 84:10 88:11

## G

**G** 4:1
**gastrointestinal** 65:23 74:20
    98:20 106:20 112:17 115:5
    115:7,15
**gene** 26:3
**general** 7:23 16:16 35:16
    41:24
**generalities** 69:12
**generally** 29:24 46:17 49:3
**generic** 67:21
**genetic** 25:21
**genius** 88:22
**Georgia** 27:23 31:3 32:8,10
    32:14,17 35:9 41:12
**getting** 67:17 68:7 105:4

114:8
**GI** 72:19 74:15,19,20,22
    98:15 115:10
**girl** 42:17
**give** 20:23 42:19 45:6,22 46:4
    47:5 56:4 59:3 64:14 66:6,8
    75:8,13,15 79:19 88:6 89:23
    91:19 110:5
**given** 30:1 33:3,5,7 40:22
    44:5 46:1 49:12 50:18
    54:11,23 64:15,16 69:15
    79:16 80:16 87:14,16 91:15
    91:15 118:5 123:6
**gives** 93:18
**giving** 21:12 59:9 74:21
    96:11 116:14
**gland** 49:5,5 54:24 112:1
**global** 112:11
**globally** 72:18
**glucocorticoid** 20:22 92:2,9
**glucocorticoid-induced**
    99:22 101:17
**glucocorticoids** 20:5,8,11
    21:10,12 29:8 44:3 49:12
    50:18 54:12,19,20,23 56:4
    71:20,20 73:3,6,11 78:15,22
    79:2,6 81:13 87:24 88:7
    91:9,15,18,23 92:7,22
    106:20 111:23 112:17 115:9
    118:5
**go** 6:4 9:4 10:11 24:12 27:7
    27:14,18 28:19 31:12 34:4
    38:7 42:6 48:3,13 49:22
    62:11 76:4 79:6 88:12
    92:18 95:1 97:6 101:12
    105:18,22 113:12 115:21
**goal** 15:5 83:1
**goes** 20:11 27:2 28:9 39:9
**going** 6:4,7 8:18 9:4 12:13
    20:15 21:9 27:18 28:19
    32:3 38:13 45:12 47:16
    48:5,11 49:18 61:5 62:11
    66:6 67:15 68:24 80:16
    83:21 85:11 99:1 100:10
    105:21 107:9,14,15 113:24
**good** 5:14 31:23 45:16 57:18
    58:14 82:19 86:9,20 88:4
**Gotcha** 14:1
**gotten** 14:18
**grad** 16:9

grade 104:6
graduated 14:2
graduating 84:19
gram 64:16,17,18
great 27:6 67:8,19
greatly 65:6
Green 82:15,16,17 85:10
   90:10 94:24
Green's 90:3,12,14
ground 6:5 104:19
Group 40:24
guess 7:1 41:6 48:21 61:3
guidance 81:24
guides 66:5
guys 10:6 47:22

**H**

H 3:14
half 36:12,20,21 67:16 85:3,4
hand 44:15,17 91:6 92:6
handled 71:10
happen 38:22 64:13 72:13
   73:12 78:5 104:4
happened 39:23
happening 99:21
happens 51:24 65:8 87:4
   104:20
hard 49:23
harm 57:2 73:20,21 109:12
harmful 87:19
Harris 62:6 70:7,9,19 77:3,7
   77:16
Harvard 23:3,5,15,20
head 29:9 34:4 39:20
headphones 50:2
healthcare 110:6
hear 49:18 50:6 100:3,4
heard 5:14,21 65:11
hearing 49:16,20,23
heart 33:5 42:17 47:8 75:9
held 6:11
help 57:16 112:9
helpful 28:14
Henry 1:7 2:11 4:13,22
herbal 88:20 89:14 104:9
high 58:16 61:9,10 65:10
   71:19 77:8 78:21 79:1,6
   81:24 83:3 84:14 89:17,19
   93:22 103:23 118:8
higher 46:14 58:20,20,24

59:1,7,19 82:2 92:1 118:10
highest 45:23 91:14
hinging 34:20
hired 34:16
hold 10:6,7 60:3 64:9 100:1
Holliston 11:4
home 11:1 38:7,13 39:9
honest 29:21
honor 64:1
hormone 29:23 96:13 97:1
hormones 49:1,5
hospital 16:15 18:4 37:7,20
   37:21 38:1,4,15 42:11 52:8
   61:15,24 75:7 79:3 84:21
hours 20:24 43:10,13,14
   91:18
human 15:19,19,19 29:20
   30:17 50:24 54:14 112:6
humans 15:22 65:18
hundred 20:23 50:15 51:3
   54:13 78:7
husband 60:23
husband's 60:21
Hutcheson 35:3
hydrocortisone 20:21
hyperthemia 26:12
hyperthermia 25:17,18
hypothalamic-pituitary-ad...
   56:8
hypothetical 66:18
hypothetically 47:7

**I**

idea 12:22 71:8,10 104:10
identification 4:4 119:12
identify 70:18 71:6 102:21
   117:8
ignore 13:7
ilium 98:22 99:16 101:8,10
   101:12
Illinois 23:9
illnesses 29:14
immune 66:13 81:4
immunosuppressive 19:8
   20:15
impaired 42:22
imperative 121:14
importance 49:10
important 49:8 78:14 81:13
   81:19 98:15,21 99:3

inactions 40:15
inappropriate 117:16,17,21
included 83:23 88:19
includes 20:14
including 11:10 43:18 56:23
   75:16 95:14,16 108:12
increased 73:19
increasing 66:11
indefinitely 74:6
indicate 115:24 116:22
indicated 89:21 91:10 93:6
   110:11
indication 59:7,12,19 67:3,4
   67:7,14 68:13,16 89:20 92:8
   92:11,15,21
indications 19:5 21:12 91:16
   91:22 95:17
individual 40:15 50:15 51:15
   51:21 102:17
induced 35:15 73:1,7 98:1,11
infection 56:1 78:22 79:5
   98:8 99:10
infections 88:24 98:9
infectious 65:16,20
inflammation 72:3 73:9
   101:7
inflammatory 72:22 114:3
information 69:7 79:12 82:5
   83:10 94:20 97:9 106:16
ingest 115:14
ingesting 51:1
ingests 51:16
ingredient 104:21
inhibitors 115:3
initially 67:10
injection 29:1
injections 21:22
injects 17:16
injured 30:14 33:13 42:1,21
   88:10 110:8
injuries 83:4 111:7,12 112:10
   112:20
injury 30:11 42:23 70:11,16
   70:20 71:5,7,13 72:4 73:8
   78:1 88:15 89:7,10 101:18
   105:11 106:15 108:21 115:6
   115:8
inpatient 38:24 39:2 74:11
   84:21
inserts 44:1,6

**instructed** 60:8 87:6,7
**instructing** 60:15
**instructions** 80:7 121:1
**insufficiency** 19:6,19,24 20:2
  20:6,19,21 21:3 54:7,9,16
  54:17,22 55:6,12,17 56:5,7
  56:13 81:17 87:23 88:8
**intended** 64:19 116:16
**intention** 80:1
**interaction** 15:14,17 38:9
  117:9,15
**interchangable** 81:2
**interchange** 94:6
**interest** 9:12
**interests** 75:12
**internship** 16:14 74:17
**intervene** 58:3
**intervening** 13:21 58:4
**intervenous** 46:2
**intestinal** 99:11
**intestine** 73:15 102:6
**intestines** 102:22
**introduce** 4:18
**introduced** 5:15 67:10
**investment** 67:15,19
**invitro** 15:23
**involve** 29:12 30:4,11 35:12
**involved** 33:1 38:18 41:14
**involves** 20:13 35:13
**irrelevant** 55:13 56:15 71:11
**Island** 27:23 31:4 40:24
**IV** 17:16

**J**

**James** 2:14 4:23
**January** 7:14,15 52:8
**jejunal** 71:18,21 99:6
**jejunum** 72:4 73:7 84:9
  99:14,18,22 101:3,15 102:5
  102:23
**job** 110:5
**joined** 36:24
**joint** 14:8
**journal** 52:9 68:4,8 106:17
**journals** 95:9
**judge** 32:4
**judgement** 96:6
**July** 40:22,23
**June** 1:19 4:8
**jury** 42:6,7 111:16 112:6,9

**justify** 92:1 118:4

**K**

**keep** 6:8 19:21
**Keesler** 2:15 5:1,1 49:15
**Kepner** 41:11
**kept** 71:9 82:1
**kidney** 33:15 47:8
**kind** 91:24 92:9
**KLINE** 2:3
**knew** 113:4
**know** 6:11 9:15 11:22 14:17
  15:3 21:13 22:18 25:8
  26:20 27:17 29:21 31:23,24
  32:5 33:19 39:18 40:8
  44:14,16 45:22 46:11 57:14
  62:4,4,13 63:17 64:15,22
  65:13,21 66:10 68:10,13
  70:7 72:23 73:4 75:17
  76:13 77:10,13,14,17 78:2
  78:11 82:1 85:9 86:10,11,11
  86:17 88:20 92:8 93:14,16
  93:24 95:12 96:19,24 97:3
  102:19 104:17,17 105:11
  108:12,14 114:4,24 115:12
  117:9
**knowing** 67:14
**knowledge** 43:1 96:10 99:2
  106:22 107:2 114:22
**knowledgeable** 111:19
**known** 71:20 104:22 106:19
**knows** 46:4 87:11

**L**

**L** 2:21
**label** 66:19,23 68:1,6,11
  95:19
**labels** 44:2 52:16 105:12,14
**laboratory** 79:4
**lack** 19:21
**Lamb** 2:4 3:9 4:19,19 9:18,24
  11:22 43:16 47:16 48:1
  51:7 83:11,21 100:5,14
  107:9,12,13 113:11 114:12
  115:17,21 117:1
**Lamb's** 43:8
**large** 26:9 86:2 93:15 102:6
  110:9 113:16
**largely** 42:24
**lasted** 80:8

**late** 15:4 94:3
**laude** 13:11
**lawsuit** 33:10
**lawyers** 32:1,11,22
**lead** 42:13 55:11
**leading** 114:19,20
**leads** 78:12
**learned** 94:21 106:23
**lecturer** 23:9
**left** 35:20 98:20
**legal** 43:20 57:11,16 88:1
  90:21
**length** 73:23
**let's** 7:5 60:3 100:14 104:3
**lethal** 29:1
**level** 7:18 8:14 51:4 86:10
**liability** 34:21,24
**liable** 33:12
**License** 120:5,24
**licensed** 32:13
**life** 25:6
**life-threatening** 66:9,9 84:3
  91:16 105:1,10
**lifetime** 24:22 25:7,8,9
**likelihood** 114:16
**likes** 47:14
**Lilly** 67:16
**limb** 28:19
**limit** 55:2 65:2 66:2
**limited** 15:21
**Linder** 1:7 4:13 91:9
**Lindner** 2:11 4:22 52:5,7
  60:8,15,21 63:21,21 64:23
  76:5,10,14,24 77:6,10 80:7
  81:21 82:19,23 91:4 92:4,22
  96:7,16,19 118:14
**Lindner's** 53:21 60:22 82:7
  96:5
**line** 35:15 41:24 52:24 58:18
  59:3 65:4 86:23,24 122:4
**list** 9:2 12:18 31:13,17 39:19
  69:13 93:10 97:23 115:11
**listed** 12:3 27:22 32:6 33:19
  35:6 41:9 69:2,8 83:4
**literally** 66:21
**litigation** 5:20 11:12 12:2
  28:18
**little** 49:1 55:1 99:2 105:7,8
  113:2 118:8
**live** 11:4 65:13 114:4 117:5

**LLC** 35:4
**local** 77:3
**location** 7:21 101:1
**locations** 1:18
**Locust** 2:5
**logic** 79:18 100:23
**Logue** 35:8
**long** 6:8 8:4 13:24 56:15
  86:18 96:19 107:1
**long-term** 116:18
**longer** 56:16
**look** 34:5 40:21 43:23 44:10
  52:15 59:24 69:22 72:17
  101:4 105:14 117:6,7,23,23
**looked** 41:4 44:8 96:17
**looking** 23:6,7 31:2 110:18
  113:22
**looks** 13:17 23:8 24:12 26:9
  27:2 28:1 31:2,5 32:8 35:12
  55:1
**losing** 67:12
**lot** 32:8,10 45:15 65:21
**lots** 21:24 85:14 115:14
**loud** 49:22
**love** 32:11 45:6
**low** 99:5,7,8 105:2,7,7,8
**lower** 102:12 115:11
**luck** 86:9
**lung** 35:20 47:8
**lupus** 30:9

---

**M**

**M.D** 1:7,8 2:11 3:5 4:13 5:8
  10:17 13:23 14:7,11 27:3
  123:3,13
**mainstream** 63:24
**major** 75:12
**majored** 13:15
**majority** 17:6,7 37:24 39:4
  69:23
**malaria** 30:8 88:23 104:7,23
**male** 47:9
**malignant** 25:17,18 26:12
**malpractice** 34:23
**manage** 21:22
**management** 21:24 22:3,6,7
  22:9,12
**mandatory** 46:7
**manufacturer** 33:11
**manyfold** 64:23 67:15 86:18

93:4 118:10
**marathons** 47:10
**March** 12:17 13:4 35:7
**mark** 1:8 3:5 4:16 5:8 10:16
  13:4 27:3 41:1 47:18 51:9
  123:3,13
**marked** 3:16 12:14 27:1
  48:12 119:12
**Market** 2:16
**marrow** 103:21 105:4
**mask** 78:23 79:9
**masked** 78:16
**Mass** 16:15
**Massachusetts** 7:22,23 8:6
  11:4 24:2
**material** 82:5 116:22
**materials** 5:24 12:7 43:3,18
  43:22 52:5,12,23 83:7,18,20
  83:24 93:7 95:7
**matter** 91:17 120:10
**matters** 31:3
**max** 46:7 92:11,13,19
**maximum** 46:12 59:4,10,21
  66:7,13 86:13,14 91:23 93:1
**McBee** 35:3
**MCCORMICK** 2:13
**mean** 12:23 15:22 22:13 24:8
  45:21 55:19 58:4 66:20
  89:20 106:19
**meaning** 54:14 72:19 91:4,17
**meaningful** 85:24
**means** 40:11 67:2
**meant** 77:3
**measuring** 104:12
**mechanisms** 33:15
**mechanistic** 89:4
**Mecklenberg** 42:10
**medical** 7:19 8:6,15 14:3,4,12
  14:22 15:7,18 17:8 34:22
  36:5,11 37:2 40:24 46:24
  52:7 59:8,18 64:11 70:24
  77:5 78:20 82:3 83:23
  91:24 92:8,21 95:3 118:3
**medically** 41:19,21 93:17
  94:8
**medication** 17:2,9,15,17
  18:14,15 19:11,12 29:20
  30:5 36:7 37:6,12,14 38:20
  44:6 47:11 64:13,19 66:16
  66:18,23 68:11,14,15 70:18

70:22 79:23,24 87:1,5,10,20
  88:14 89:3,23 91:6 92:5
  93:9 95:13,20 97:1 115:10
**medications** 17:6 18:12,19
  19:14 44:2,4 64:15,16 66:21
  67:9 79:8 85:5,16 88:23
  94:4
**medicine** 15:9 17:19,23 21:21
  23:10 24:3 55:24 58:22
  63:24 72:12 74:19
**medulla** 48:24
**meet** 57:16 68:2
**meets** 68:3
**member** 25:7
**memoranda** 11:11,17 12:11
**memorandum** 12:2
**memory** 6:5 12:19
**mentioned** 52:15 96:15
**met** 38:3
**metabolic** 25:20
**method** 46:21
**mic** 50:9
**microbiology** 14:19
**microphone** 50:11
**middle** 1:1 4:10 26:18 36:9
  94:22
**milligram** 20:23 64:15,18,19
**milligrams** 45:19,24 46:3,14
  53:2,7 55:14,15,15 56:10,11
  56:16 59:6,16 61:16,18,19
  61:21,24 62:9,13,19 63:1,3
  63:8,10,11,13,14,16 65:5
  68:23 69:5,17,20 70:1 74:1
  74:7,10 78:7 80:6 87:12,15
  89:16 93:3 94:17 116:15
**milliliter** 46:3
**milliliters** 46:5
**million** 67:7
**mind** 47:22
**minds** 94:6
**mineralocorticoids** 21:10
**minor** 42:18
**minority** 38:23
**minute** 47:23
**miracle** 67:11
**mistake** 64:17
**mistakes** 64:13
**misunderstood** 102:8
**mitigated** 79:1
**molecular** 23:12

**moment** 18:19 113:16
**monitoring** 26:13
**Montgomery** 40:3
**month** 63:1,3 116:17
**months** 61:14,23 79:17
**Morgan** 57:7
**morning** 5:14
**mouth** 50:8
**multiple** 44:19,23 47:8 58:20
**multiples** 46:2,5
**muscle** 25:23 112:22,24
**mutually** 108:14
**myopathy** 84:4

**N**

**N** 2:1,21 3:1 4:1 120:1
**name** 5:15,16,18 28:13,17
**narrowly** 28:23
**nature** 17:21
**nausea** 25:16 26:7,11
**near** 63:24
**necessarily** 18:18 27:18
 112:3
**necessary** 91:5 92:4 94:8
 121:4
**need** 6:10 9:14 18:10,19 20:7
 21:10 27:15,16 44:12 57:16
 57:23 58:1,2 64:21 74:5
 82:2 88:9 95:12 105:16
 116:13 117:3
**needed** 25:12 42:18 116:6
**needs** 25:21 63:1 64:20 95:5
**negatively** 6:18
**neither** 8:1 72:23
**nervous** 91:21
**neurosurgeon** 45:15,16,23
 46:8 47:10
**neurosurgeons** 45:6,21 46:22
**neurosurgery** 45:13 46:19
 47:12
**neurosurgical** 45:5
**neutropenia** 97:21 98:1,6
 102:11 103:9,10,11,14
 104:3,4,24 106:10
**neutropenic** 99:9,13 100:24
 101:5,14 105:8
**neutrophil** 99:5,7,9 103:14
 103:16 104:22 105:6
**neutrophils** 98:9 103:13
**never** 17:13 32:2,16 36:12,20

37:9,13 38:2 40:19 47:1
 74:14 79:2 105:1,2
**news** 67:9
**night** 37:21 38:5
**nine** 32:7 33:18 39:10
**NOD** 3:17
**nonpathogenic** 65:18
**Nope** 105:16
**normal** 98:5,10
**normally** 108:6
**North** 27:24 42:10,14
**Northwestern** 13:19,22 14:3
 14:8
**Notary** 1:16 120:6,23 123:21
**note** 83:22
**noted** 121:11 123:9
**notes** 11:11,16 12:1,10 120:9
**notice** 9:1,11,23 10:16,20
 11:8
**noticed** 12:16
**notify** 56:24 117:10,11
**November** 13:2 40:2
**number** 3:16 4:11 19:6,7
 26:14 29:8 70:17 75:9
 105:9 110:13 113:3 115:11
 116:8
**numbered** 61:6
**numbers** 105:2
**nurse** 17:11 18:11 38:22
 41:19,21,23 42:2
**nuts** 88:6

**O**

**O** 2:21 4:1 120:1
**o'clock** 48:5
**O.R** 17:22 75:4,6,19
**Oakland** 13:11
**oath** 119:7
**obesity** 67:12,17
**object** 47:16 83:22
**Objection** 51:7,8 60:24 76:17
 83:11 113:9,18 117:1
**obligation** 64:5
**obtaining** 15:6
**obvious** 57:15 116:17
**occupation** 7:6
**occur** 73:14 77:15 89:5
 101:20,24 102:1,12,18,21
 103:17
**occurrence** 35:22 50:24

84:12
**occurs** 46:13 80:4 103:18
 104:24
**October** 34:15 61:20 62:2,5
 63:14 77:24 79:15 82:8
 83:16 93:21 97:21 116:3
**Odell** 2:22
**off-label** 66:21 68:9
**offer** 48:16
**offered** 14:8 35:23 39:12
**Oh** 8:2 10:6
**Ohio** 28:16,18
**okay** 5:23 6:4,17,23 7:5,8,15
 8:2,4,8,19,22 9:6,7,13,20
 10:9,15,19 11:2,5,8,15,21
 12:7,13 13:1,8,14,17 14:7
 14:10 15:10,24 16:4 18:3,22
 19:16 20:3,17 21:2,16 22:5
 22:16,22 23:1,18,21,24
 24:11 25:4,14 26:16,17,23
 27:5,13,17 28:4,19 29:2,11
 29:22 30:3,16,20 31:14 32:6
 32:16,19 34:13 35:1,6 36:3
 36:17,22 37:3,4,16 38:16
 39:6 40:5,13 41:9 42:15
 43:11,17 44:22 45:2,10,20
 46:20 47:2,21 48:11,21
 49:10 50:11 51:14 52:17
 53:12,18 54:13 55:10 57:6
 57:10 58:16 59:14 60:3,4,15
 61:3 62:2,7,11 63:6 66:2
 68:19 69:10,16,24 71:12
 72:2,11 74:3,18,23 76:3,10
 77:14,18,23 80:24 81:18
 84:18 85:2,6 87:1 89:6 90:5
 90:7,9,11,15 91:2 94:7,19
 95:21 96:3,24 97:5,11,12,17
 97:18 98:12 100:19 102:23
 103:6,9 104:2 105:17
 106:14,24 107:3,17,20
 108:16 109:10,16 110:22
 111:9 113:2,12 115:17
 118:6,17
**once** 54:18 62:20 87:5
**ones** 21:15 29:10 33:19 70:2
**ongoing** 64:6 78:5 96:20
**onset** 20:23
**onward** 60:11
**open** 33:5 75:9
**operating** 7:11,13 17:14

18:12,23 21:16 24:9 26:4
36:13 75:22 76:1
**operation** 18:17 19:20,22
21:17 22:13,18 37:13 38:13
39:9
**operations** 39:2
**operative** 22:13 39:6 46:16
**opine** 57:14
**opinion** 71:11 76:7 83:6
87:20 94:20 97:13 102:8
106:8,9,11,14,18 107:23
108:3,18 109:10,12,17,23
109:24 110:3,19,22,24
111:6,11 112:20 113:13,13
113:14
**opinions** 39:12 48:16,18
52:13 90:1,12,14 96:14
97:15 110:4,5,16
**opioids** 26:15
**opportunities** 21:5
**opportunity** 21:18 52:18
**opposed** 50:19
**optimum** 45:17 46:7
**Optometry** 23:10
**ORAL** 1:5
**order** 17:7,8 19:20 38:19
62:21
**ordered** 57:24
**orders** 18:10
**organism** 112:14
**organisms** 15:23
**original** 121:15
**originally** 34:16
**ostomy** 77:21
**outpatient** 39:1,5 59:5,15,20
66:6 74:12 86:15 91:10,15
91:23 92:1 93:2
**outside** 21:16 51:2
**overall** 62:9
**oversee** 96:7

---

**P**

**P** 2:1,1,21 4:1 40:11
**P.C** 2:3,8,13
**p.m** 119:10
**PA** 1:23 2:6,10,17
**pace** 114:1
**package** 44:1,2,6 52:16 95:19
105:12,14
**page** 3:3,15,15 23:6 24:12,13

26:18,18 27:2 28:9 31:17
32:7 48:23 52:4,19,23 56:19
60:2,4 61:5,5,6,7 68:19
69:11,11,13,16,22 70:2
73:18 76:4,24 82:9 83:2
90:15,16 91:3 96:4 97:18
98:18,19 99:4,8 107:20
110:23 122:4
**pages** 12:17,20 28:3,4 110:22
123:5
**pain** 21:21,22,24 22:2,6,7,9
22:10,12 35:4 41:16 78:19
78:23,24,24
**paper** 68:7
**papers** 26:14
**paragraph** 11:8 52:22 56:20
57:15 61:8 68:19,20,24
73:18 76:24 84:10 94:22
95:22 97:19 98:14 100:12
107:21 109:10
**paragraphs** 48:24
**part** 15:21 30:19 36:17 67:19
98:24 114:15
**particular** 32:9 46:11 49:4,6
57:15 64:13 71:17 72:6,8
75:22 78:3 112:15 113:6
**particulars** 32:19
**party** 33:21
**pathogen** 91:11
**pathogenic** 91:12
**pathology** 101:2,2
**pathway** 17:14
**patient** 17:10,12,17 19:7,9,21
20:15,18,20 21:2,6,9,13,14
21:19 22:17 29:19 30:2,7,11
33:3 38:6,10,12,14 41:14
42:1 45:5,12 50:14 51:15
52:1 54:19 56:24 57:3,22
58:14 59:8,11,15 63:1 66:6
69:14 74:8 75:1 79:19 80:3
81:10 86:1,3 87:2,4,9,13,14
87:19,24 88:4 91:1,17 94:8
94:18 102:11,17 103:22
104:11 110:8 112:18 114:3
114:8 116:15,16 117:6,11
**patient's** 21:22 46:23 78:18
118:14
**patients** 18:19 20:4 26:2 33:5
37:22,24 38:3,23 39:4 45:2
47:6 49:13 54:11,22 57:20

72:17 74:5 75:9 79:5 99:8
104:23 105:3
**patients'** 95:5
**Patrice** 1:15 5:5 120:4,22
123:20
**pedantic** 15:3
**pennies** 67:22
**Pennsylvania** 1:1 4:11 56:21
57:7
**penultimate** 95:22
**people** 14:17 33:7,12 65:13
67:12 115:14
**percent** 36:10,11 49:13 50:15
51:3 54:11,13,21
**perfectly** 49:21
**perforated** 72:17,19,21 73:2
77:20 78:17,17 79:7
**perforates** 78:13
**perforation** 30:21,24 71:18
71:21 73:7,11 78:4,10 84:4
84:6 89:1 98:15 99:6,22
101:17 106:21 114:17
**perform** 16:21 74:24
**performance** 56:23 110:6
**performed** 7:12 22:2 74:18
**period** 19:15 20:6,11 21:11
26:8 45:7 47:4 54:10 56:5
59:6 65:5,9 73:19 74:4 78:6
86:18 87:10 92:2,16 111:24
114:9 116:7 118:5
**perioperative** 19:14 20:11
21:11 26:8 45:7 46:18 47:4
56:5 111:23
**perioperatively** 33:4
**peripheral** 75:13,24
**permanent** 35:20
**person** 25:21 30:14 41:18
50:14 56:17 58:21 80:12
81:12 111:22
**personal** 51:2
**Ph.D** 1:8 3:5 5:8 10:17 13:18
13:22,23 14:6,7,11,21,24
15:6 27:4 30:19 108:12
123:3,14
**Ph.D.s** 14:18
**Pharm** 16:5
**pharmaceutical** 84:20 90:22
**pharmacies** 85:14
**pharmacist** 17:10 18:7,10
37:14 38:10,15,17 39:13,17

39:17 40:9,15 57:12,22 58:5
63:24 64:3,4,18,20 68:10,12
77:6 86:16,19 87:1,8,11,21
88:2,4 93:24 95:6,11,18
96:1 113:22 114:4 117:5,24
117:24 118:14
**pharmacist's** 40:14 109:18
110:1
**pharmacists** 18:5 56:21
64:11,21 91:4 95:4
**pharmacogenetic** 25:18
**pharmacological** 49:8,13
50:14,17,18 51:1,16 54:12
54:15,23 108:4 109:11
111:1
**pharmacologically** 30:17
81:4 104:6
**pharmacologist** 7:7 15:24
33:14,16,17,22 36:6 37:5
83:9 86:7 108:7,10 110:19
111:15,19 112:9
**pharmacologists** 15:22 112:3
**pharmacology** 8:8,11,13,20
13:18 14:18,24 15:6,11,12
22:22 23:2,5,9,12,16 26:15
28:24 34:1,3,19 36:6 37:2
44:20 49:9 106:22 108:9,24
109:2 111:20 112:1,12
**pharmacy** 16:5,8,11,19,22
37:6,14 39:21 57:7,19 61:23
63:19 64:7 77:3 85:7,7,11
85:22 90:17,18,23,23 95:9
110:9 113:4
**phenomenon** 20:13
**Philadelphia** 1:23 2:6,17
**photos** 11:11,17 12:1,10
**phrase** 92:3
**physical** 14:22 55:23
**physically** 41:22 42:4
**physician** 17:8 57:1 59:4
60:14 63:22 64:5,7,17,20,24
65:24 66:16 68:10 87:7
88:10 93:24 117:12 118:9
**physicians** 21:20 66:5 67:23
68:5 110:7
**physiological** 49:7 50:19
**physiology** 14:19
**pick** 117:14,16
**picked** 6:19 51:10
**pinned** 59:2

**place** 63:18 67:9 78:11 89:23
**placer** 98:14
**places** 109:23
**plaintiff** 31:8 40:17 41:11
42:7
**plaintiff's** 40:11
**plaintiffs** 1:5 2:6 4:20 31:11
108:17 111:10
**plant** 88:22 104:19,20
**plausible** 71:16,21 72:2,15
73:6 84:11,16 101:16 105:6
112:23 118:3
**Plaza** 1:22
**please** 6:17 9:14,21 10:1
26:23 48:3 50:3 105:19
121:3,8
**Plus** 44:19
**pneumonia** 35:19
**podiatric** 23:10
**point** 6:10 24:1 50:13 52:19
85:12 90:19 99:1 103:20,21
105:5
**pointed** 86:12
**Polanco** 40:23
**polymorphonuclear** 103:13
**posed** 111:16 113:15
**possessed** 93:8
**possible** 72:13 73:10,17
82:11 101:20,21 102:15
107:15
**possibly** 20:8 77:4 110:10
**post** 42:22
**post-procedure** 42:23
**postop** 18:14,15 21:18 22:15
22:16 37:13,22
**postoperative** 25:15 26:10
38:20,21
**postoperatively** 18:9 33:9
37:17 38:5
**potency** 53:4
**potent** 81:3 94:16
**potential** 117:9
**potentially** 80:8 82:10
**pounds** 47:9
**practice** 7:8 8:19 18:22 21:21
21:24 24:3 32:13 37:18
44:18,22 57:18 58:22 64:11
66:20
**practiced** 22:6,9 74:19
**practices** 36:5

**practicing** 15:9 17:14 23:22
36:9,18
**prednisone** 44:11 53:3,4,9
55:15 56:10,12 59:5,7,13,17
59:19 60:7,9,12 61:16,22
62:1,18 63:11,13,16 65:3
66:17 67:21 68:16,23 69:13
69:20 78:8 80:6,19,22 81:6
81:8 86:13 87:12,15 93:2,16
94:12 116:15
**predominately** 36:4 75:20
**premarked** 4:4 8:23 9:22
**premature** 75:10
**preop** 18:14 21:17 37:12,22
38:2,3
**preoperative** 38:20,21
**preoperatively** 18:9 20:19
37:17
**preparation** 12:11 46:3
**prepare** 27:15
**prepared** 13:3
**preparing** 43:3
**prescribe** 18:6 58:24 59:5
60:14 66:16 118:9
**prescribed** 58:19 59:22 62:20
67:2 79:10,23 80:2,19,20
81:6,7 84:14
**prescriber** 58:9,10
**prescribes** 58:21 93:15
**prescribing** 56:24 64:5 88:9
91:9 92:10,23 117:11
**prescription** 17:9 18:6 57:1
58:5,11,15 59:10 61:11 62:3
62:5,15 63:4 69:2 76:15
79:19 80:5 81:9 84:19 86:8
86:12 87:16 88:1,3,5 93:12
93:17 114:6 116:18
**prescriptions** 63:17 77:1,15
79:17 80:13,15 81:20 84:24
86:1 93:5,7,11,21 95:23
96:6,12 113:23
**present** 4:15 26:3 86:2
**presented** 87:24
**pretty** 33:10 36:8 47:19
68:21 75:16 93:14
**prevent** 19:6 20:1 25:15 26:7
56:4 81:21
**preventable** 35:21 42:24
**preventing** 46:12
**previous** 13:6 28:2,4 79:21

80:14
**previously** 29:17,19 52:20
   86:13 106:12
**primarily** 7:16 67:18 75:4
   108:21 111:21
**primary** 19:5 37:1 39:22
   111:22
**principle** 32:1
**prior** 5:20 11:21 12:18 18:16
   19:20 25:4 39:11 46:23
   47:8,13 61:5
**PRIORE** 2:13
**probably** 17:4 23:19 28:2
   34:6 45:18 46:13 77:7
   78:19 115:11 116:4
**problem** 48:1 81:11
**problems** 100:5
**procedure** 17:24 20:7 41:15
   42:19 56:2
**process** 28:22 78:5
**produced** 6:1 49:5 52:11
   112:14
**product** 34:21,21,24 88:20
   104:9
**professional** 1:16 56:23
   120:5
**program** 14:8,10,11,12,17
   16:9,12
**progress** 99:16,17
**prohibitively** 6:8
**prolonged** 97:20
**proper** 78:2
**propose** 28:20
**proposition** 116:23
**propounded** 123:7
**protect** 98:9
**protocol** 28:18 29:1
**protozoal** 88:24
**provide** 7:2 18:6 29:11 47:10
   97:9
**provided** 12:4,21 18:16,21
   28:6 29:4,16 31:15 40:8,16
   41:1 52:6 106:12
**provider's** 95:4
**providers** 110:6
**provides** 112:2
**providing** 19:11 31:7 41:18
**proximally** 99:16 101:8,12
   102:12
**Public** 1:17 120:6,23 123:21

**publication** 68:4
**published** 26:10,14 68:7
**pull** 26:22 43:5
**pulling** 90:5
**purchased** 85:18
**purpose** 66:22
**purposes** 110:15
**put** 9:13,17,18,21 70:17
   104:19
**puts** 56:17

**Q**

**quantities** 95:24
**quantity** 62:21 110:10
**question** 6:13 12:16 24:16
   31:23 57:11 62:12 70:12
   81:11 82:21 84:23 85:3
   97:7,8 102:9 112:8 114:13
**questioning** 5:12
**questions** 9:5 10:19 27:21
   77:4 95:24 106:7 107:5,6,8
   110:14 113:3,6 115:18
   118:18,21 123:7
**quick** 10:9
**quickly** 9:11 26:22
**quote** 76:23 77:2

**R**

**R** 2:1,21 4:1 120:1 122:2,2
**radar** 29:24
**radiology** 75:23
**raise** 95:24
**raised** 63:18 114:10
**random** 85:23
**randomized** 66:4 68:1
**range** 64:12 69:13
**rapid** 114:1
**rare** 72:13 91:6 101:14,19
   102:18,18
**rarely** 17:18 99:13,14
**rasin** 55:1
**ratio** 53:4,9
**re-certifications** 24:20
**re-enforces** 101:16
**reach** 71:15
**reached** 52:14 90:1 106:11
**read** 11:13 48:19 53:3 57:4
   76:4 119:6 121:3 123:4
**reading** 83:6
**ready** 90:6

**real** 10:9
**realize** 24:5 93:12
**realized** 77:8 91:8 92:20
**really** 33:23 34:22 45:15,16
   46:14 49:19 73:5 88:9
   94:17 96:17
**realm** 22:6 26:10 108:22
**reason** 9:3 62:24 80:15
   94:11,14 112:23 121:5
**reasonable** 58:1,2,21 59:4
   60:13 64:10,22,24,24 65:7
   65:16 70:24 80:12,14 86:12
   86:20 87:17 93:23,23 95:6,8
   108:4 109:11 111:1 114:2
   114:11 118:9
**reasonableness** 82:3
**reasons** 56:3
**recall** 35:6 40:5,13 41:3,13
   42:12 88:17
**receipt** 121:16
**receive** 53:16,16
**received** 13:10 61:22 85:19
**receiving** 30:2
**recertified** 24:15 25:2
**recognized** 33:7 35:2 52:21
   118:11
**recollection** 39:11 43:1
**record** 5:15 27:4 48:3,5,9
   51:10 105:19,21,23 106:3
**recorded** 11:6 60:10
**recordings** 11:10,16,24 12:9
**records** 34:6 43:5 52:7 83:16
   83:23
**recoup** 67:15
**recovery** 38:8
**red** 58:22 59:10 63:18 87:17
   93:4 114:10
**redundant** 79:23
**refer** 60:1 68:1 82:12 95:8
   99:1 108:6
**reference** 95:7 114:18
**referred** 114:16 115:2
**referring** 73:24 94:2 109:4
**refers** 96:4
**refresh** 6:5
**refuses** 87:2
**regard** 92:7
**regarding** 10:20 26:19 85:4
   94:20 106:8,9
**regimen** 42:20 74:9 96:13

117:16,18,21,22
**Registration** 24:2
**regular** 82:17 85:7
**regulating** 104:13
**reject** 86:8
**relate** 29:5,17
**related** 11:12 12:2 14:21
18:15 32:2 45:2 68:16 72:9
73:3 74:20 96:13 99:7
115:8
**relates** 29:13,18
**relating** 56:1,2
**relation** 90:24
**relationship** 30:16 90:24
96:21
**relatively** 6:2 42:18
**relaxants** 25:23
**relevance** 85:15
**relevant** 44:2 90:20 96:18
97:4
**rely** 67:24 95:4
**remain** 119:6
**remedy** 22:18 89:14
**remember** 27:11 29:10 30:9
30:15 31:14 32:19 33:23
39:15,21 78:15 96:23 113:6
**remembered** 40:19
**remote** 72:13
**renal** 33:8,13
**renewed** 25:12 116:19
**repeated** 20:24 80:12 81:20
93:21
**repeatedly** 92:22
**replacement** 29:20,23 96:13
97:1
**report** 3:20 9:2 12:4,8 43:3
43:18,21 48:13,17,20,23
49:2 52:14,19 56:19 57:17
68:20 71:23 76:8 82:9,13
83:2 85:9 90:1,14 94:21
97:13,14 103:8 107:18
109:22 110:17,23 112:21
**reported** 79:2 104:4,5
**reporter** 1:16 5:5,6 10:3,8
50:1 100:15,17 120:5,23
**REPORTERS** 1:21
**reports** 12:5,8 48:19 52:11
90:3
**represent** 5:17
**request** 45:24 46:10 64:1,1

**requests** 119:6
**require** 74:9
**required** 17:24 19:23 22:4
**requirements** 36:23
**requires** 22:17 67:4
**requiring** 47:11
**research** 7:17 15:8,10 36:15
108:10,12
**researching** 7:16
**reside** 11:2
**resided** 32:16
**residency** 16:15,18,24 17:3
21:23 22:3,8 23:21 74:15,16
**residents** 7:20 8:5,16 24:5
**respect** 110:19 111:6,14
112:8
**respected** 68:4,8
**respective** 1:18
**respond** 97:9
**responsibilities** 36:16 57:20
**responsibility** 57:21 117:10
117:14,15
**rest** 103:15
**result** 25:19
**results** 32:3
**retail** 90:18
**retained** 108:18 109:7,16
111:10
**return** 121:14
**review** 11:24 43:22 44:1,1,7
53:12,15,17,18,21,24 54:3
83:17,19 84:24 96:12
118:13
**reviewed** 12:9 52:5,13,23
84:19
**reviewing** 43:2,14
**Rhode** 27:23 31:3 40:24
**Rifabutin** 44:8 104:5,24
**Riff** 57:7
**right** 8:2,3,23 9:8,21 11:19
13:9 14:4 17:20 24:7 27:7
41:7 48:2 61:8 69:22
102:16 109:1 110:12 114:7
**right-hand** 40:10
**rigorous** 46:21
**rise** 25:19
**risk** 19:7 20:5,20 21:3 33:3
54:8,10,15,22 55:5,17 56:12
56:17 57:2 73:20 98:7
102:20 109:12 110:20

111:11,15,16 113:13,15
**Rite** 39:19,24 40:14
**RK-M** 104:11,16
**room** 7:11,13 17:15 18:12,23
24:9 26:4 36:13 38:8 75:22
76:1
**rotation** 22:2 74:15
**round** 37:17
**rule** 25:4 27:4 31:17 39:18
40:21 109:6
**rules** 6:5 24:2
**run** 79:20 80:17 81:14,19
**running** 80:13,21 81:22
**runs** 6:6 47:10 87:23

S

**S** 2:1,21,21 3:14 4:1
**sand** 58:18 59:3 65:4
**satisfied** 58:10
**satisfy** 67:23
**save** 27:9
**saying** 28:5 69:19 72:12
**says** 10:22 13:3 40:11 52:23
53:2 58:10 63:4 77:5 79:18
95:23 107:20,22
**scarring** 35:21
**scenario** 74:3 79:22 80:4,18
81:5 82:11 87:14 94:7
**scheme** 62:9
**school** 16:8 36:11 37:2
**science** 14:12
**scientific** 46:11,21
**scientifically** 46:21
**Scranton** 2:10
**screen** 9:13,17,19,22 11:20
11:20 26:24 27:5 29:24
90:8 107:15,18
**second** 10:7 13:1 24:20 43:6
43:12 56:19 61:8 67:4,14
83:3 85:4 94:2 97:10 100:1
107:21 110:22 114:19
**secondarily** 67:17
**secondary** 97:22
**secretes** 50:22
**secretion** 49:1 51:2
**sedation** 35:14 41:24
**see** 10:12,15,21 11:13 23:13
26:1,16 36:3 37:21 38:5,7
50:10 60:3 88:16 102:23
107:17,24 109:24 111:2

117:24 118:1
**seek** 78:20
**seen** 5:24
**self** 86:19
**self-administer** 81:23
**self-reported** 69:14
**semantic** 24:5
**Senator** 42:14
**sense** 18:5 64:2 72:1 77:9
  80:23 82:22 108:20
**sent** 62:6 76:6
**sentence** 83:3 98:13 107:22
  107:24 110:24 111:2,5
**separate** 71:9
**separately** 103:15
**September** 60:11 61:18 63:11
  69:6 76:6 77:24 79:14 82:8
  93:20 94:3 116:3
**sequence** 113:22
**series** 118:2,2
**serious** 57:2 73:20,21 99:10
  114:10
**set** 25:2 47:14
**setting** 18:4,24 19:16 21:2,17
  22:14 37:7 39:1,6,7 46:16
  46:18 50:14,17 51:1,17
  59:15 72:6,7 74:12 84:21,22
  86:22 91:10
**severe** 25:20 35:20 56:1
  97:20 98:2,3,4,5
**severely** 42:21,22
**shape** 90:20
**share** 26:24 107:15
**sheet** 121:7,9,12,15 123:10
**shelf** 95:10
**Shepherd** 39:19,23
**short** 48:6 105:24
**shoulder** 6:18
**shows** 79:13 82:6
**shrivels** 54:24
**shrug** 6:18
**Shwed** 2:9 4:21,21 49:17
  50:10 60:24 76:17 118:20
**sic** 29:20
**side** 40:12
**sigmoid** 73:9 99:15,19 101:4
  101:15 102:6 103:2,3
**sign** 119:6 121:8
**significant** 35:18 36:15,15,22
  42:17 78:19

**significantly** 71:1 79:1
**signing** 121:10
**similar** 87:15 114:18
**simply** 66:10 73:22 81:21
**simultaneously** 14:6 76:11
**single** 54:14 55:8 60:11
**sit** 11:17
**site** 41:23 42:5 73:11
**situation** 21:4 59:15 66:15
  102:10
**six** 65:8
**Skeesler@mccormickprio...**
  2:15
**small** 73:15 102:5
**smaller** 68:2
**Smith** 82:14 97:6,15 100:22
  114:16
**Smith's** 71:23 90:3 94:21
  103:8 106:9
**smoothly** 6:6
**solely** 98:6
**somebody** 20:12 38:18 55:14
  56:7 58:19 59:9 66:8 86:4
  86:16 87:23 94:12
**sophisticated** 75:23
**sorry** 10:6 24:12 40:18 49:15
  68:20 92:18 94:24 95:1
  101:11 102:24 103:3
**sort** 56:6
**sounds** 6:19 35:23 76:21
**source** 98:15
**South** 1:22
**Southern** 28:16
**space** 121:6
**speakers** 49:22
**speaking** 15:13 43:15 57:23
**speaks** 51:23
**specialists** 65:16
**specialties** 17:8 75:18
**species** 65:15,17 89:21
  104:19,20
**specific** 70:22 104:3 109:5
  116:4
**specifically** 44:7 82:9 116:2
**SPECTER** 2:3
**spend** 43:2
**spent** 37:20 38:4 43:14 67:16
  75:20
**split** 31:10 36:8
**spoke** 11:22,23

**spread** 101:7
**Stacey** 1:3 4:12 113:5,17
**staff** 63:19 82:18 91:4
**stand** 34:9
**standard** 35:18 36:1 71:3
  86:6,7
**standards** 68:3
**start** 19:8 55:5 77:4 90:9
  100:11 101:6
**started** 23:11 34:22 37:19
  96:23
**starting** 93:13
**starts** 78:4 110:24
**state** 5:14 27:22 31:16 32:10
  84:11 121:5
**stated** 88:13
**statement** 96:2 98:16 99:12
**States** 1:1 4:9 67:1
**statistically** 88:24
**stay** 66:7
**stenographic** 105:23 120:8
**steps** 58:5
**steroid** 19:23 21:21 47:11
  74:9
**steroids** 19:1,4,18 21:19 29:6
  29:13,18 66:3 73:8 106:15
**stomach** 72:20 73:12,16
**Street** 1:22 2:5,16
**stress** 20:6 54:10 55:21 56:1
  56:2,6
**stressed** 55:18,19
**stressful** 55:22
**strike** 61:4
**structure** 98:21
**structured** 66:24
**structures** 102:2
**student** 13:22,23 14:16
**students** 7:19 8:5,6,14,15
**studied** 30:16
**studies** 36:6 67:13
**study** 14:17 15:13,22,24 16:7
  16:18 45:16 46:11 67:23
  106:17 112:13
**stuff** 86:3 100:10
**subdiscipline** 108:8
**subdivision** 112:12
**subfraction** 103:12
**subject** 121:10
**subjects** 113:2
**submitted** 43:8,12 82:13

subscribe 95:9
Subscribed 123:16
subsequent 80:15
subsequently 33:6
subset 108:14,23 109:2
subspecialty 22:11
substance 123:9
substantial 57:2 73:20
  113:13
suffer 42:20 54:6 71:18 84:5
suffered 54:8
suffering 55:6
suffers 50:16
sufficient 91:6 92:5
Suite 1:22 2:16
sun 75:11
Superior 57:8
supervisor 42:4
supplement 89:24 90:13
  94:19 97:12,17
supported 64:10
supposed 94:13
suppressant 21:4
sure 6:6 27:10 28:12 29:2
  33:10 37:4 43:7 62:2 66:20
  70:13 87:3 88:7,10 107:11
  111:18
surgeon 41:16 47:3 101:3
surgeons 75:24
surgery 20:8 33:5 37:20 38:1
  38:4,12 41:20 47:15 74:19
  74:20,22,24 75:2,9,14 77:21
surgical 20:7 22:17 33:3
  41:15 42:18 56:2 75:18
  83:16
surprising 9:1 102:19
surrounding 102:2
survive 42:21
Susan 2:15 5:1
susceptibility 25:22
swear 5:7
Sweeney 1:16 5:6 120:4,22
  123:20
swelling 45:9 46:13 91:22
switch 94:9,14
sworn 5:9 123:16
symptom 82:1
symptoms 78:16,23 79:9
system 15:19,23 66:13 81:4
  91:21

systemic 78:22 79:5
systems 15:15

---

**T**

T 2:21 3:14 120:1,1 122:2
table 69:9
tablet 67:22 70:5,6
tablets 62:19 63:8,9,12 71:8
  71:11 85:19
tafenoquine 44:9 88:19 89:9
  89:16,20
take 5:23 6:9,10,14 16:7,11
  16:21 20:5 26:4 43:5 47:22
  52:18 55:14 56:9,11 58:5
  60:7 63:1 79:6 80:1 82:2
  94:9,16 104:23
taken 1:15 4:8 6:1 38:14 48:7
  70:14 78:7 81:9 93:2
  103:14 106:1 116:16 120:9
takes 54:14,19,20 78:6,11
  87:5
talk 32:11 48:24 64:5 99:20
talked 22:19 37:11 41:8 45:3
  83:18 110:13
talking 38:24 39:2 69:12
  108:21 110:8 111:2 112:16
  118:7
tangible 11:10,16 12:1,10
TCC 68:21
teach 7:18,19,19 8:8,11,13
  22:22 23:1 24:4 36:11
teacher 37:1
teaching 7:16,17 8:5 23:4,11
  23:14,16,20 36:15,23 44:20
  112:1 114:23
team 35:15 38:10
technical 100:10
Teeter 62:6 70:7,9,19 77:3,7
  77:16
tell 15:16 23:6 28:10,12
  39:24 43:4 58:13 70:4
  82:23 86:3 88:4 95:12
  96:22 106:22 109:19
telling 77:11 82:1
tells 45:17
temperature 25:20
ten 25:13
term 21:7 26:11 66:19
terms 15:6 19:22 31:6 35:24
  39:1 60:8 69:16

testified 5:10 29:7 31:4,11
  32:10 33:20 34:14 41:10
  105:13
testifying 10:24 33:21
testimony 3:19 9:2 12:18
  26:19 27:19 28:5,20,23 29:3
  29:11,16 30:3 31:7,15 32:20
  32:23,23 34:19 35:7,24
  39:12 40:9,16 41:1 42:8
  53:13,19,22 54:1,4 84:15
  88:14 97:14 106:11 118:13
textbooks 43:22
Thank 5:3 13:9 27:6 28:14
  29:2 50:11 115:17 118:17
  118:22,23,23
Thanks 107:12
therapeutic 115:13
therapy 18:20 19:9 29:20,23
  66:9 96:14 97:1
thing 48:15 55:1 58:8 78:14
  81:4 92:13,19 93:20 94:5,15
  108:2
things 11:10,16 12:1,10 37:22
  46:4,22,24 55:24 62:9 72:12
  90:2 99:21
think 6:7 9:18 12:22 13:2,6
  39:21 50:7 51:23 57:13
  60:8 68:21 78:2 80:12
  94:11 99:2 114:13,17
thinks 94:13
third 68:20,24 72:24 94:22
thirty 121:16
thought 10:6 99:6
thousands 116:14
three 36:19,20 47:23 56:12
  56:13 59:9 115:11
throw 10:8
Thurman-Watson 35:8
tick-borne 29:14
tie 68:24
ties 49:3
time 4:3 7:12 18:20 24:8 27:9
  31:15,18 34:14 38:7,17 43:2
  48:4,6,8 49:23 50:16 51:3
  51:14 55:2,4 56:17,18 58:6
  62:22 68:9 69:13 70:15
  71:18 73:23 74:8 75:20
  76:12,15 79:24 80:2,20
  86:18 87:3,10 93:8 105:20
  105:24 106:2 107:1,7 114:9

116:8 118:24 119:2,5,11
**times** 21:5 29:8 44:19,23
  55:20 59:9
**tirzepatide** 67:17
**titled** 27:3
**titrated** 103:20
**today** 9:5 12:11 39:5 43:15
  82:2 84:15 97:14
**told** 32:3 76:24 83:1 93:1
**Toombs** 35:8
**top** 29:9 34:4 39:20 61:7
  90:15 91:3 98:18 99:4,8
  107:21 115:9
**topic** 111:20
**total** 55:11,13 59:22 62:8,13
  69:12 79:16
**tox** 115:2
**toxic** 105:4
**toxicity** 49:14 50:16,23 51:4
  51:15,20
**toxicologist** 83:8 107:23
  108:3,7,13,19 109:4 112:16
**toxicology** 108:8,11,22,23
  109:2 112:13,13
**tract** 72:20 74:20,22 98:20
  112:18 115:10,15
**trainees** 85:1
**transcript** 1:14 6:20 110:16
  120:8 121:17,19
**transcription** 123:6
**transplant** 20:16 21:14 22:19
**trauma** 56:1
**treat** 25:15 26:7 41:15 66:3
  67:2,4,10 88:23 91:6
**treated** 29:19
**treating** 87:7
**treatment** 29:13 30:2 35:4
  46:24 68:16 76:20 95:3
**trial** 28:6 29:4 40:20 41:10
  66:5 68:2
**trials** 67:5
**trigger** 56:6
**triggered** 25:22
**trouble** 49:16
**true** 98:16 99:12 109:20
  120:7
**trust** 96:9
**trusted** 63:21 91:4 92:4 96:5
**try** 33:6 34:5 41:5
**trying** 82:20 110:15

**tube** 35:17
**Tuesday** 1:19
**Tunkhannock** 1:8 2:18 5:19
  5:21 61:12 62:6 70:3,6,8,19
  71:2,5 76:12,15,22 77:1,11
  79:13,18 82:6,18,23 85:13
  93:8 116:1
**turn** 12:13 26:17 48:11 50:2
**turned** 49:21 56:8
**twice** 25:2
**two** 12:4,5,8 14:5 19:5,8
  26:19 30:6 31:2 36:12,18,20
  36:20,21,21 47:6 52:10
  54:19 59:9 61:14,23 72:18
  72:21 73:1 75:8,9 79:17
  81:1 85:23 91:19 94:4
  102:13 109:23 110:16,22
  115:9 116:19
**two-and-a-half** 70:8 71:2
**two-month** 65:5
**twofold** 86:17
**type** 16:1 58:7
**types** 26:2 75:8,18 114:18
**typical** 20:17 38:6 45:13,18
  55:23 78:17 90:18 101:5
**typically** 18:2,4,11,20 20:1
  20:20 31:6 38:3,14,18 44:19
  45:24 47:3 67:6 68:1 78:4
  93:2 110:4 115:2,3,12
**typo** 52:20

**U**

**U.S** 28:15
**ulcer** 78:5,9,13
**ulceration** 106:21
**ultimately** 78:12
**UMass** 8:12 23:12 36:24
**umbrella** 112:11
**Unable** 95:2
**undergo** 20:16
**undergoing** 41:15
**undergrad** 16:8
**understand** 6:21,23 11:5
  15:17 57:10,19 63:19 70:12
  101:11 102:7 110:12 112:10
  116:14
**understanding** 19:17 50:21
  57:18 76:22 82:20 87:22
  95:5 96:7 108:16,23
**understood** 6:15 7:3 84:1

**underwent** 35:13 75:2 77:21
**unequivocally** 63:17
**unique** 17:5
**United** 1:1,22 4:9 67:1
**University** 7:22 8:6 13:12
  40:24
**unquote** 77:5 99:11
**unreasonable** 57:1 58:6
  62:21 65:9 88:1 116:9,20
**unregulated** 104:10
**untoward** 51:24
**unwarranted** 96:9
**upper** 65:2 66:2
**use** 16:1 20:21 21:7,21 44:18
  44:19,23 46:20 47:14 66:17
  66:18 68:5 71:3 85:22
  87:10 110:3
**usual** 64:12
**usually** 46:1,10

**V**

**v** 41:11 57:7
**vacuum** 114:5 117:5
**vague** 55:8
**varies** 45:15
**various** 103:19
**vary** 45:20 46:8
**vascular** 75:13,24
**vasculitis** 91:20
**vast** 17:6,7 39:4
**versus** 4:13 33:22 35:3,8
  39:19,24 40:23 42:10 55:3
**vicinity** 45:19 46:13
**video** 4:7,16 11:6 48:5,9
  105:19,21 106:3 119:3
**videoconferencing** 10:23
**Videographer** 2:22 4:7 5:3
  5:11 10:13 48:4,8 50:6
  105:20 106:2 118:19 119:2
**VIDEOTAPED** 1:14
**view** 34:18
**virtually** 17:13 19:14 38:2
  45:5 47:1
**viscus** 72:17,19,21 73:2 78:17
  78:17 79:7
**visit** 38:2
**vitae** 3:18 12:15
**volatile** 25:23
**volume** 49:21 50:2,5
**voluntarily** 25:1

**voluntary** 24:21
**vomiting** 25:16 26:7
**vs** 1:6

## W

**w/h** 1:4
**Walgreens** 85:22 86:2
**walls** 99:11
**want** 6:8 9:4 10:3 11:22
26:17 27:7,14,20 37:4 48:13
48:15 66:7 89:24 90:19
94:19
**wanted** 14:16 88:12 107:14
108:2 109:6
**warn** 56:24
**warrant** 92:21
**warranted** 74:4
**wasn't** 97:3 98:4,5,5 105:7
**water** 64:9
**way** 15:4 65:19 66:24 69:23
90:20 94:18
**we're** 5:23 6:7 10:22 48:9
76:4 94:24 95:2 106:3
107:20 110:18 118:7,7
**we've** 83:18
**weakness** 112:22,24
**website** 44:7 105:13,15
**week** 36:13,19 44:19,23
61:20 63:15 80:9 87:16
93:18 116:8,17,19
**weeks** 54:21 55:7,16 56:11,18
80:8
**weight** 46:23 67:12
**welcome** 119:1
**well-described** 85:9
**well-describes** 90:17
**well-known** 115:5
**went** 40:20
**WERNER** 2:8
**whatsoever** 85:15
**Whichever** 90:8
**white** 78:21 103:12,15
**wildly** 60:13
**wipe** 66:13
**wiped** 66:12
**wiping** 103:21
**witness** 1:17 3:3 5:7 47:19,24
50:4 51:11 61:1 83:13
100:11,21 113:20 117:3
119:1,8 121:1

**Wolking** 1:3,4 4:13 54:6
59:23 65:15,18 69:5 72:9
76:5,11,20,24 77:12,19
79:13 82:7 84:5 91:1,5 92:5
96:20,24 109:13 113:5,17
115:24
**Wolking's** 52:8 53:24 54:3
70:11,16,20 71:7 89:7,10
96:12 97:20 98:15 101:18
106:15 111:7 112:10
**Wolkings** 108:17 109:17
**woman** 35:13 47:7 71:17
**Worcester** 8:1,2 11:3
**word** 19:21 81:12
**words** 6:18 20:4 55:3 66:12
69:11 70:23 72:8 83:15
98:6
**work** 7:10 16:22 17:21 18:5
26:10 75:4 114:5
**worked** 36:12 38:2
**working** 75:6 94:12
**worry** 55:24
**worth** 63:5
**wouldn't** 29:21 30:13 98:1
**wrap** 111:9
**write** 18:6,9 38:19 56:20
**writes** 17:8,9 64:17 91:3
94:23 95:2 97:19 98:14
99:8
**writing** 57:16 68:7 76:7
**written** 84:24 109:22
**wrong** 50:21
**wrote** 48:19 100:22
**Wyoming** 2:10

## X

**X** 3:1,14

## Y

**yeah** 8:3 9:18 13:1 14:15
28:15 39:8 49:17 50:9 75:4
76:9 100:5,8,17 107:9
110:12 118:20
**year** 14:5 35:7 39:24 42:9
43:13 87:13 116:17
**years** 13:21 23:19,20 25:13
31:10,20 36:4 39:15 40:18
41:5 44:21 96:22 106:19
**yesterday** 52:20
**young** 42:17 96:5

**Young's** 53:12
**Youngs** 1:7 2:18 4:24 5:18
52:11 59:23 61:12
**Yup** 25:10

## Z

**zero** 75:17
**Zoom** 1:17 2:2 3:6 10:22
11:20 119:9

## 0

## 1

**1** 24:12,13 26:3 31:17 48:23
52:5,19
**10** 55:14 56:16 62:19
**10,600** 68:22 69:5,17
**10:01** 1:19 4:8
**100** 49:13 54:10,21 56:11
63:12
**107** 3:9
**10th** 28:7
**11** 48:5
**11:07** 48:9
**115** 3:8
**12** 45:19,24 46:13
**12-month** 65:9
**12.9** 43:9
**12:29** 105:21
**12:41** 106:3
**12:55** 119:3,10
**120** 56:11 62:8
**124** 3:17
**1247** 57:7
**125** 3:18
**126** 3:19
**127** 3:20
**13th** 40:23
**14th** 13:2 40:2
**1520** 1:22
**1525** 2:5
**16** 45:24 46:13 97:18 98:18
**16th** 61:17 63:7,9
**17** 98:19
**17,000** 61:24 65:5
**175** 47:9
**17th** 1:22 43:9
**18503** 2:10
**19** 99:4,8
**19102** 2:6

**19103** 1:23 2:17
**1974** 13:11
**1982** 14:2 22:23 23:10
**1986** 23:21 24:16 57:8
**1990** 23:17
**19th** 2:5 77:24 82:8 116:3

**2**

**2** 23:6 31:5 61:6,6 68:19
  69:11,16 73:18
**2,400** 63:13
**2.5** 53:3,5 55:15 56:9
**200** 63:9,14 74:9
**2000** 8:7,17 22:23 23:12
  24:22 25:4,11,12 75:5
**2001** 2:16
**2005** 24:14,16,19
**2014** 28:15
**2016** 24:15
**2017** 28:10 40:2
**2020** 7:14,15 23:22 24:9 28:8
  32:7 37:1 39:11 75:6
**2021** 12:19 13:2
**2022** 40:23 41:10 62:3 76:6
  79:15,15 83:17 94:3,3 97:21
  116:3,3
**2023** 42:9 43:9 52:8
**2024** 4:8 9:3 12:17 13:4
**20th** 60:11
**21** 12:16,20
**212** 69:19,20 74:1,7
**215** 1:23 74:10
**21st** 95:10
**22** 27:2
**220** 74:10
**23** 34:15
**23rd** 9:3
**24th** 43:13
**25** 31:20 36:4
**250** 67:6
**2500** 26:4
**26** 12:17 13:3 27:4 31:17
  39:18 40:21
**27th** 35:7 61:18 63:11 69:6

**3**

**3** 60:2,4 69:11,13,22 70:2
  76:4 82:9
**3:23-cv-00806-JFS** 1:2 4:12
**30** 1:22 23:19 63:4 81:6

121:16
**30-year-old** 47:9
**30XT00006600** 120:6,24
**35** 23:20
**3810** 2:16

**4**

**4** 3:17,18,19,20 46:3 53:2,4,7
  55:15 63:8 73:18 83:2
  90:15
**4,2024** 1:19
**4,800** 63:11,16
**4/4/24** 3:20
**400** 61:19
**415** 2:10
**4th** 4:8 61:20 63:14

**5**

**5** 3:8 90:16 91:3
**5,000** 61:16 63:1,2 80:6 87:12
  87:14
**5.8** 43:13
**50** 36:10 44:20 69:1,17 73:24
  74:9 81:7 106:19
**50-day** 73:19 74:4
**500** 62:20 67:6 103:16
**508** 57:7
**564-1233** 1:23
**5th** 62:2,5

**6**

**6'2** 47:9
**6.25** 53:11
**60** 36:11 56:11 59:6,16 93:3
**600** 89:16
**607** 52:6

**7**

**70s** 15:5
**74-year-old** 47:7
**7th** 77:24 79:15 82:8 83:16
  97:21 116:3

**8**

**8** 45:19
**80** 59:6,16 93:3
**80-odd** 29:9
**800** 61:17,20 63:9
**80s** 8:18 15:5 24:19
**8th** 61:15 62:18 69:3,6 93:15

**9**

**9** 31:5
**99** 31:19
**9th** 79:14



Wolking, et al. v.
Lindner, et al.
**Exhibit-1**
P. Sweeney 6/4/24

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACEY WOLKING and<br>DARYL WOLKING, W/H | CIVIL ACTION<br>3:23-cv-00806-JFS |
| Plaintiffs, | JURY TRIAL DEMANDED |
| v. | **AMENDED NOTICE OF DEPOSITION**<br>**OF MARK DERSHWITZ, M.D., Ph.D.** |
| HENRY LINDER, M.D., and YOUNGS<br>APOTHECARY, INC.<br>d/b/a TUNKHANNOCK COMPOUNDING<br>CENTER | |
| Defendants. | |

TO:    Mark Dershwitz, M.D., Ph.D.,
       c/o Conor Lamb, Esquire
       Kline & Specter, P.C.
       1525 Locust Street
       19th Floor
       Philadelphia, PA 19102
       ***Attorney for Plaintiff***

       **PLEASE TAKE NOTICE t**hat pursuant to the Federal Rules of Civil Procedure, Defendant Youngs Apothecary, Inc. d/b/a Tunkhannock Compounding Center will take the deposition, upon oral examination before a person authorized by the laws of the State of Pennsylvania to administer oaths, of **Mark Dershwitz, M.D., Ph.D.,** via Zoom videoconferencing or some other virtual platform, commencing on **Tuesday, June 4, 2024 beginning at 10:00 a.m.** and continuing every day thereafter until completion.  The deposition is to be simultaneously recorded by sound, visual, stenographic, and Zoom recording.

       The deponent shall bring with him any and all documents, recordings, and tangible things, including all notes, correspondence, photos, and memoranda, related to this litigation.

                              **MCCORMICK & PRIORE, P.C.**

By:    */s/ Susan C. Keesler*
          Philip D. Priore, Esquire
          Attorney ID: 38987
          Conrad James Benedetto, Esquire
          Attorney ID: 312404
          Susan C. Keesler, Esquire
          Attorney ID: 312977
          2001 Market Street, Suite 3810
          Philadelphia, PA 19103
          (T) 215-972-0161
          (F) 215-972-5580
          ppriore@mccormickpriore.com
          cbenedetto@mccormickpriore.com
          skeesler@mccormickpriore.com
          Attorneys for Defendant,
          Youngs Apothecary, Inc. d/b/a
          Tunkhannock Compounding Center

Date: June 3, 2024

## <u>CERTIFICATE OF SERVICE</u>

I, Susan C. Keesler, certify that the foregoing Notice of Deposition of Mark Dershwitz, M.D.,

Ph.D., was served on parties of record by electronic mail on this day:

<div align="center">

Conor Lamb, Esquire
Kline & Specter, P.C.
1525 Locust Street
19th Floor
Philadelphia, PA 19102
215-772-1000
215-402-2359
***Attorney for Plaintiff***

Amy A. Shwed, Esquire
Cipriani & Werner, P.C.
415 Wyoming Ave.
Scranton, PA 18503
570-347-0600
***Attorney for Defendant,***
***Hendry Lindner, M.D.***

</div>

**MCCORMICK & PRIORE, P.C.**

By:___*/s/ Susan C. Keesler*_____
      Philip D. Priore, Esquire
      Attorney ID: 38987
      Conrad James Benedetto, Esquire
      Attorney ID: 312404
      Susan C. Keesler, Esquire
      Attorney ID: 312977
      2001 Market Street, Suite 3810
      Philadelphia, PA 19103
      (T) 215-972-0161
      (F) 215-972-5580
      ppriore@mccormickpriore.com
      cbenedetto@mccormickpriore.com
      skeesler@mccormickpriore.com
      Attorneys for Defendant,
      Youngs Apothecary, Inc. d/b/a
      Tunkhannock Compounding Center

Date: <u>June 3, 2024</u>

Wolking, et al. v.
Lindner, et al.
**Exhibit-2**
P. Sweeney 6/4/24
exhibitsticker.com

# CURRICULUM VITAE
(prepared 26 March 2024)

NAME:                   Mark Dershwitz

ADDRESS:                33 Wildwood Drive
                        Sherborn, MA  01770
                        Telephone (508) 651-1120

PLACE OF BIRTH:         Dearborn, MI

EDUCATION:

1974                    B.A. cum laude
                        Chemistry, with Departmental Honors
                        Oakland University, Rochester, MI  48063

1982                    Ph.D. (Pharmacology)
                        Northwestern University, Evanston, IL  60201

1982                    M.D. Northwestern University, Chicago, IL  60611

POSTDOCTORAL TRAINING:

   INTERNSHIPS AND RESIDENCIES:

1983                    Transitional Resident
                        Carney Hospital, Boston, MA  02124

1984 — 1986             Resident in Anesthesia
                        Massachusetts General Hospital, Boston, MA  02114

   RESEARCH FELLOWSHIPS:

1986 — 1988             Department of Anesthesia
                        Massachusetts General Hospital, Boston, MA  02114

LICENSURE AND CERTIFICATION:

1984                    Massachusetts
1987                    American Board of Anesthesiology
1990                    Maine
2005 — 2015             American Board of Anesthesiology, Maintenance of Certification
                            in Anesthesiology
2016 — 2026             American Board of Anesthesiology, Maintenance of Certification
                            In Anesthesiology

ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 1977 — 1979 | Lecturer in Pharmacology, Illinois College of Podiatric Medicine |
| 1979 — 1982 | Lecturer in Pharmacology, Illinois College of Optometry |
| 1984 — 1987 | Clinical Fellow in Anæsthesia, Harvard Medical School |
| 1987 — 1990 | Instructor in Anæsthesia, Harvard Medical School |
| 1990 — 1997 | Assistant Professor of Anæsthesia, Harvard Medical School |
| 1997 — 2000 | Associate Professor of Anæsthesia, Harvard Medical School |
| 2000 — 2015 | Professor and Academic Vice Chair of Anesthesiology |
| | Professor of Biochemistry & Molecular Pharmacology |
| | University of Massachusetts Medical School |
| 2015 — 2023 | Professor of Anesthesiology |
| | Professor of Biochemistry & Molecular Pharmacology |
| | University of Massachusetts Medical School |
| 2023 — | Professor of Anesthesiology |
| | Professor of Biochemistry & Molecular Biotechnology |
| | University of Massachusetts Medical School |

HOSPITAL APPOINTMENTS:

| | |
|---|---|
| 1986 — 1990 | Assistant in Anesthesia, Massachusetts General Hospital |
| 1990 — 1996 | Assistant Anesthetist, Massachusetts General Hospital |
| 1996 — 2000 | Associate Anesthetist, Massachusetts General Hospital |
| 2000 — 2002 | Clinical Associate in Anesthesia, Massachusetts General Hospital |
| 2000 — | Anesthesiologist, UMass Memorial Medical Center |

AWARDS AND HONORS:

| | |
|---|---|
| 1972 | Michigan Higher Education Association Scholarship |
| 1972 — 1974 | Oakland University Competitive Scholarship |
| 1973 — 1974 | National Merit Scholarship |
| 1979 | American Society for Pharmacology and Experimental Therapeutics Travel Award |
| 1981 | Biophysical Society Samuel A. Talbot Award |
| 1982 | Alpha Omega Alpha Research Award |
| 1986 — 1988 | NIH National Research Service Award |
| 2001 | Distinguished Alumnus Award |
| | Oakland University Department of Chemistry |
| 2002 | Outstanding Teacher Award |
| | University of Massachusetts Department of Anesthesiology |
| 2003 | Outstanding Medical Educator Award |
| | University of Massachusetts Medical School |

AWARDS AND HONORS (continued):

| | |
|---|---|
| 2003 | Outstanding Teacher Award |
| | University of Massachusetts Department of Anesthesiology |
| 2004 — | Listed in **Who's Who in America** |
| 2005 | Teaching Recognition Award, Honorable Mention |
| | International Anesthesia Research Society |
| 2011 | Educational Achievement "Star" Award |
| | University of Massachusetts Medical School |
| 2012 | Outstanding Medical Educator Award |
| | University of Massachusetts Medical School |
| 2013 | Outstanding Medical Educator Award |
| | University of Massachusetts Medical School |
| 2014 | Outstanding Medical Educator Award |
| | University of Massachusetts Medical School |
| 2016 | Class of 2018 Oath Ceremony Speaker |
| | University of Massachusetts Medical School |
| 2016 | Outstanding Medical Educator Award |
| | University of Massachusetts Medical School |
| 2017 | Lamar Soutter Award for Excellence in Medical Education |
| | University of Massachusetts Medical School |

MEMBERSHIPS IN PROFESSIONAL SOCIETIES:

Association of University Anesthesiologists
International Anesthesia Research Society
International Society for Anesthetic Pharmacology
American Society for Pharmacology and Experimental Therapeutics
American Society for Clinical Pharmacology and Therapeutics
Biophysical Society
Massachusetts Medical Society
Anesthesia History Association

RESEARCH INTERESTS:

Intravenous anesthetics
Antiemetics
Monitoring depth of anesthesia
Malignant hyperthermia

RESEARCH FUNDING:

| | |
|---|---|
| 1986 — 1988 | National Institutes of Health GM11656 (PI)<br>The role of glutathione in malignant hyperthermia |
| 1988 — 1989 | Anaquest, Inc. (PI)<br>Comparison of the sedative effects of midazolam and butorphanol |
| 1989 — 1990 | Glaxo, Inc. (Co-I)<br>A randomized, double-blind comparison of intravenous ondansetron and placebo in the prevention of postoperative nausea and vomiting in female patients undergoing abdominal gynecological surgical procedures |
| 1990 — 1991 | Glaxo, Inc. (Co-I)<br>A randomized, double-blind, placebo-controlled study of the effects of two dose levels of intravenous ondansetron on respiratory depression induced by alfentanil in healthy male volunteers |
| 1991 — 1992 | Glaxo, Inc. (Co-I)<br>A dose finding and comparative trial of GI87084B and alfentanil for anesthesia maintenance |
| 1992 — 1993 | Glaxo, Inc. (Co-I)<br>Pharmacokinetics and pharmacodynamics of GI87084B in subjects with hepatic impairment compared to subjects with normal hepatic function |
| 1993 — 1994 | Marion Merrell Dow, Inc. (PI)<br>A randomized, double-blind, placebo-controlled, dose response trial to assess single dose intravenous dolasetron mesylate in patients experiencing postoperative nausea and vomiting |
| 1993 — 1994 | Marion Merrell Dow, Inc. (PI)<br>A randomized, double-blind, placebo-controlled, dose response trial to assess single dose intravenous dolasetron mesylate in preventing postoperative nausea and vomiting |
| 1993 — 1994 | Glaxo, Inc. (Co-I)<br>Pharmacokinetics and pharmacodynamics of GI87084B in subjects with renal impairment compared to subjects with normal renal function |
| 1995 — 1996 | Glaxo, Inc. (PI)<br>A randomized, double-blind, dose-response study of ondansetron in the prevention of postoperative nausea and vomiting in inpatients |

RESEARCH FUNDING (continued):

| | |
|---|---|
| 1996 — 1997 | Aradigm Corporation (Co-I)<br>Comparison of the pharmacokinetics and pharmacodynamics of inhaled versus intravenous morphine sulfate in healthy volunteers |
| 1999 — 2000 | Searle, Inc. (PI)<br>Clinical Protocol for a Double-blind, Placebo-Controlled, Randomized Study of the Efficacy of Parecoxib 20 mg IV and Parecoxib 40 mg IV Given Postoperatively to Determine Narcotic-Sparing Effectiveness in a Post-General Surgery Pain Model |

CLINICAL RESPONSIBILITIES:

| | |
|---|---|
| 1986 — 1988 | Attending Anesthesiologist (20% clinical responsibility)<br>Massachusetts General Hospital |
| 1988 — 2000 | Attending Anesthesiologist (50% clinical responsibility)<br>Massachusetts General Hospital |
| 1994 — 1997 | Team Leader, East-West Anesthesia Service<br>Massachusetts General Hospital |
| 1997 — 2000 | Team Leader, General Surgery Anesthesia Service<br>Massachusetts General Hospital |
| 2000 — 2017 | Attending Anesthesiologist (40% clinical responsibility)<br>UMass Memorial Medical Center |
| 2017 — 2020 | Attending Anesthesiologist (20% clinical responsibility)<br>UMass Memorial Medical Center |

TEACHING EXPERIENCE:

| | |
|---|---|
| 1976 — 1980 | Dental Hygiene Pharmacology<br>Northwestern University Dental School<br>5 hours and Course Director |
| 1977 — 1979 | Medical Pharmacology<br>Illinois College of Podiatric Medicine<br>22 hours and Course Director |
| 1978 — 1981 | Dental Pharmacology<br>Northwestern University Dental School<br>3 hours |

TEACHING EXPERIENCE (continued):

| | |
|---|---|
| 1979 — 1982 | General Pharmacology<br>Illinois College of Optometry<br>20 hours and Course Director |
| 1979 — 1982 | Ocular Pharmacology<br>Illinois College of Optometry<br>10 hours and Course Director |
| 1980 — 1981 | Nursing Pharmacology, Northwestern University<br>5 hours |
| 1994 — | HST 150 Introduction to Pharmacology<br>Harvard-MIT Program in Health, Science and Technology<br>4-6 hours |
| 1996 — 2009; 2012 | Harvard Anesthesia Review and Update<br>1-2 hrs |
| 2001 — 2011 | Medical Pharmacology<br>University of Massachusetts Medical School<br>11-16 hrs and Course Co-Director |
| 2007 — 2010 | Medical Biochemistry<br>University of Massachusetts Medical School<br>2 hrs |
| 2010 — 2022 | Principles of Pharmacology<br>University of Massachusetts Medical School<br>10-12 hrs and Course Co-Director |
| 2011 — 2023 | The Brain<br>University of Massachusetts Medical School<br>13-14 hrs and Director of Pharmacology |
| 2013 — 2019 | Development, Structure, and Function<br>University of Massachusetts Medical School<br>1-3 hours |
| 2014 — 2023 | Organ System Disease<br>University of Massachusetts Medical School |
| 2015 —2018 | 4th year Clerkship in Anesthesiology<br>University of Massachusetts Medical School<br>Clerkship Co-Director |

TEACHING EXPERIENCE (continued):

2022 —                      Principles 2 – Foundations of Disease, Prevention and Treatment
                            Skin and Musculoskeletal
                            Nervous System and Behavior
                            Endocrine and Reproductive Systems
                            University of Massachusetts Medical School


VISITING PROFESSORSHIPS:

April 6-7, 1994       University of Pennsylvania

May 17-18, 1994       University of North Carolina at Chapel Hill

Sept 20-22, 1994      State University of New York at Stony Brook

April 5-6, 1995       Albany Medical College

May 8-10, 1997        University of Texas Southwestern Medical Center

Dec 8-9, 1998         Temple University

Dec 16-17, 1998       University of Pittsburgh

Nov 7-8, 2001         State University of New York at Buffalo


COMMITTEE MEMBERSHIPS:

LOCAL:
2000 — 2021           Pharmacy and Therapeutics Committee
                      UMass Memorial Medical Center

2001 — 2015           Clinician's Health and Well-Being Committee
                      UMass Memorial Medical Center

2001 —                Educational Policy Committee
                      University of Massachusetts Medical School

2008 — 2021           Ethics Committee
                      University of Massachusetts Medical School

2009 — 2020           Longitudinal Curriculum Committee (Chair)
                      University of Massachusetts Medical School


NATIONAL:
1999 — 2002           Subcommittee on Anesthetic Action and Biochemistry
                      American Society of Anesthesiologists

COMMITTEE MEMBERSHIPS (continued):

| | |
|---|---|
| 2001 — 2009 | Subcommittee on Drug Disposition<br>American Society of Anesthesiologists |
| 2012 — 2021 | Board of Directors (President 2020 – 2021)<br>International Society for Anesthetic Pharmacology |

EDITORIAL BOARD MEMBERSHIPS:

| | |
|---|---|
| 2000 — 2013 | International Anesthesiology Clinics |
| 2008 — 2021 | AccessAnesthesiology.com (Editor-in-Chief) |
| 2013 — 2018 | BMC Anesthesiology (Associate Editor) |

BIBLIOGRAPHY:

ORIGINAL REPORTS:

1.  Novak RF, Dershwitz M, Novak FC.  The interaction of benzene with human hemoglobin as studied by $^1$H Fourier transform NMR spectroscopy.  **Biochem Biophys Res Commun** 1978; 82:634-40.

2.  Novak RF, Dershwitz M, Novak FC.  Characterization of the interaction of the aromatic hydrocarbons benzene and toluene with human hemoglobin.  **Mol Pharmacol** 1979; 16:1046-58.

3.  Dershwitz M, Novak RF.  Lack of inhibition of glutathione reductase by unnitrated derivatives of nitrofurantoin.  **Biochem Biophys Res Commun** 1980; 92:1313-19.

4.  Dershwitz M, Novak RF.  Lack of inhibition of glutathione reductase by anthracycline antibiotics.  **Biochem Pharmacol** 1981; 30:676-8.

5.  Dershwitz M, Novak RF.  Generation of superoxide anion via the interaction of nitro-furantoin with human hemoglobin.  **J Biol Chem** 1982; 257:75-9.

6.  Dershwitz M, Novak RF.  Studies on the mechanism of nitrofurantoin-mediated red cell toxicity.  **J Pharm Exp Ther** 1982; 222:430-4.

7.  Dershwitz M, Ts'ao CH, Novak RF.  Metabolic and morphologic effects of the antimicrobial agent nitrofurantoin on human erythrocytes in vitro.  **Biochem Pharmacol** 1985; 34:1963-70.

8.  Dershwitz M, Sréter FA, Ryan JF.  Ketamine does not trigger malignant hyperthermia in susceptible swine.  **Anesth Analg** 1989; 69:501-3.

9.  Dershwitz M, Ryan JF, Guralnick W.  Safety of amide local anesthetics in patients susceptible to malignant hyperthermia.  **J Am Dent Assoc** 1989; 118:276-80.

ORIGINAL REPORTS (continued):

10. Dershwitz M, Sréter FA.  Azumolene reverses episodes of malignant hyperthermia in susceptible swine.  **Anesth Analg** 1990; 70:253-5.

11. Dershwitz M, Rosow CE, Di Biase PM, Zaslavsky A.  Comparison of the sedative effects of butorphanol and midazolam.  **Anesthesiology** 1991; 74:717-24.

12. Dershwitz M, Sherman EP.  Acute myocardial infarction symptoms masked by epidural morphine?  **J Clin Anesth** 1991; 3:146-8.

13. Dershwitz M, Rosow CE, Di Biase PM, Joslyn AF, Sanderson PE.  Ondansetron is effective in decreasing postoperative nausea and vomiting.  **Clin Pharmacol Ther** 1992; 52:96-101.

14. Dershwitz M, Di Biase PM, Rosow CE, Wilson RS, Sanderson PE, Joslyn AF.  Ondansetron does not affect alfentanil-induced ventilatory depression or sedation.  **Anesthesiology** 1992; 77:447-52.

15. McKenzie R, Sharifi-Azad S, Dershwitz M, Miguel R, Joslyn A, Tantisira B, Rosenblum F, Rosow C, Downs J, Bowie J, Odell S, Lessin J, Di Biase P, Nations M.  A randomized, double-blind pilot study examining the use of intravenous ondansetron in the prevention of postoperative nausea and vomiting in female inpatients.  **J Clin Anesth** 1993; 5:30-6.

16. Dershwitz M, Randel GI, Rosow CE, Fragen RJ, Connors PM, Librojo ES, Shaw DL, Peng AW, Jamerson BD.  Initial clinical experience with remifentanil, a new opioid metabolized by esterases.  **Anesth Analg** 1995; 81:619-23.

17. Dershwitz M, Hoke JF, Rosow CE, Michałowski P, Connors PM, Muir KT, Dienstag JL.  Pharmacokinetics and pharmacodynamics of remifentanil in volunteer subjects with severe liver disease.  **Anesthesiology** 1996; 84:812-20.

18. Dershwitz M, Rosow CE.  The pharmacokinetics and pharmacodynamics of remifentanil in volunteers with severe hepatic or renal dysfunction.  **J Clin Anesth** 1996; 8:88S-90S.

19. Kovac AL, Scuderi PE, Boerner TF, Chelly JE, Goldberg ME, Hantler CB, Hahne WF, Brown RA, Dolasetron Mesylate PONV Treatment Study group.  Treatment of postoperative nausea and vomiting with single intravenous doses of dolasetron mesylate: a multicenter trial.  **Anesth Analg** 1997; 85:546-52.

20. Hoke JF, Shlugman D, Dershwitz M, Michałowski P, Malthouse-Dufore S, Connors PM, Marten D, Rosow CE, Muir KT, Rubin N, Glass PSA.  Pharmacokinetics and pharmacodynamics of remifentanil in subjects with renal failure compared to healthy volunteers.  **Anesthesiology** 1997; 87:533-41.

21. Gan TJ, Glass PS, Windsor A, Payne F, Rosow C, Sebel P, Manberg P, BIS Utility Study Group.  Bispectral index monitoring allows faster emergence and improved recovery from propofol, alfentanil, and nitrous oxide anesthesia.  **Anesthesiology** 1997; 87:808-15.

ORIGINAL REPORTS (continued):

22. Kearse LA, Rosow C, Zaslavsky A, Connors P, Dershwitz M, Denman W. Bispectral analysis of the electroencephalogram predicts conscious processing of information during propofol sedation and hypnosis. **Anesthesiology** 1998; 88:25-34.

23. Dershwitz M, Conant JA, Chang YC, Rosow CE, Connors PM. A randomized double-blind dose-response study of ondansetron in the prevention of postoperative nausea and vomiting. **J Clin Anesth** 1998; 10:314-20.

24. Philip BK, Pearman MH, Kovac AL, Chelly JE, Wetchler BV, McKenzie R, Monk TG, Dershwitz M, Mingus M, Sung YF, Hahne WF, Brown RA, Dolasetron PONV Prevention Study Group. Dolasetron for the prevention of postoperative nausea and vomiting following outpatient surgery with general anaesthesia: a randomized, placebo-controlled study. **Eur J Anaesthesiol** 2000; 17:23-32.

25. Philip BK, McLeskey CH, Chelly JE, McKenzie R, Kovac AL, Diemunsch P, DuBois DM, Dolasetron Prophylaxis Study Group. Pooled analysis of three large clinical trials to determine the optimal dose of dolasetron mesylate needed to prevent postoperative nausea and vomiting. **J Clin Anesth** 2000; 12:1-8. (erratum published in **J Clin Anesth** 2000; 12:577-78).

26. Dershwitz M, Walsh JL, Morishige RJ, Connors PM, Rubsamen RM, Shafer, SL, Rosow C. Pharmacokinetics and pharmacodynamics of inhaled versus intravenous morphine in healthy volunteers. **Anesthesiology** 2000; 93:619-28.

27. Dershwitz M, Michałowski P, Chang YC, Rosow CE, Conlay LA. Postoperative nausea and vomiting following total intravenous anesthesia with propofol and remifentanil or alfentanil. How important is the opioid? **J Clin Anesth** 2002; 14:275-78.

28. Dershwitz M. Droperidol: should the black box be light gray? **J Clin Anesth** 2002; 14:598-603.

29. Dershwitz M. There should be a threshold dose for the FDA black-box warning on droperidol (letter). **Anesth Analg** 2003; 97:1542-3.

30. Dershwitz M. Is droperidol safe? Probably… **Semin Anesth** 2004; 23:291-301.

31. Cooper JB, Blum RH, Carroll JS, Dershwitz M, Feinstein DM, Gaba DM, Morey JC, Singla AK. Differences in safety climate among hospital anesthesia departments and the effect of a realistic simulation-based training program. **Anesth Analg** 2008; 106: 574-584.

32. Shay D, Kumar B, Bellamy D, Palepu A, Dershwitz M, Walz JM, Schaefer MS, Beam A. Assessment of ChatGPT Anesthesiology-Specialty Medical Knowledge on Anesthesiology Board Examination Practice Questions. **Br J Anaes** 2023; 131:e31-e34.

33. Shay D, Kumar B, Redaelli S, von Wedel D, Liu M, Dershwitz M, Schaefer MS, Beam A. Could ChatGPT-4 pass an anaesthesiology board examination? Follow-up assessment of a comprehensive set of board examination practice questions. **Br J Anaesth** 2024; 132:172-174.

PROCEEDINGS OF MEETINGS:

1.  Kharasch ED, Dershwitz M, Novak RF.  Differential hemeprotein involvement in microsomal and red cell lysate quinone and nitro group reduction.  In:  Sato R, Kato R, eds.  **Microsomes, Drug Oxidations, and Drug Toxicity**.  New York:  Wiley Interscience, 1982:237-8.

BOOKS:

1.  Stelmack TR, Dershwitz M.  **Manual for the Use of Pharmaceutical Agents for Ocular Diagnostic Purposes,** ICO Press, Chicago, 1980.

2.  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  4th ed.  Norwalk, CT:  Appleton & Lange, 1994.

3.  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  5th ed.  Norwalk, CT:  Appleton & Lange, 1998.

4.  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.**  6th ed.  New York:  McGraw-Hill, 2006.

5.  Vacanti CA, Sikka PK, Urman RD, Dershwitz M, Segal BS, eds.  **Essential Clinical Anesthesia.**  Cambridge:  Cambridge University Press, 2011.

6.  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.**  7th ed.  New York:  McGraw-Hill, 2013.

CHAPTERS IN BOOKS:

1.  Dershwitz M, Ten Eick RE.  Pharmacology.  In: **National Boards Examination Review for Part I, Basic Sciences**.  Garden City, NY:  Medical Examination Publishing Co., 1981.

2.  Dershwitz M.  Pharmacology.  In:  **National Boards Examination Review for Part I, Basic Sciences**.  New Hyde Park, NY:  Medical Examination Publishing Co., 1984.

3.  Dershwitz M.  Pharmacology.  In:  **National Boards Examination Review for Part I, Basic Sciences.**  New York:  Elsevier Science Publishing Co., Inc., 1987.

4.  Dershwitz M.  Local anesthetics.  In:  Firestone LL, Lebowitz PW, Cook CE, eds.  **Clinical Anesthesia Procedures of the Massachusetts General Hospital,** 3rd ed.  Boston:  Little, Brown and Co., 1988.

5.  Dershwitz M.  Physics and chemistry.  In:  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  4th ed.  Norwalk, CT:  Appleton & Lange, 1994.

6.  Dershwitz M.  Anesthesia equipment.  In:  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  4th ed.  Norwalk, CT:  Appleton & Lange, 1994.

CHAPTERS IN BOOKS (continued):

7.  Dershwitz M.  Renal, hepatic, endocrine, hematologic, and metabolic systems.  In:  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  4th ed.  Norwalk, CT:  Appleton & Lange, 1994.

8.  Dershwitz M.  Pharmacology.  In:  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  4th ed.  Norwalk, CT:  Appleton & Lange, 1994.

9.  Dershwitz M.  General anesthesia.  In:  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  4th ed.  Norwalk, CT:  Appleton & Lange, 1994.

10.  Dershwitz, M.  Regional anesthesia.  In:  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  4th ed.  Norwalk, CT:  Appleton & Lange, 1994.

11.  Dershwitz M.  Respiratory therapy.  In:  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  4th ed.  Norwalk, CT:  Appleton & Lange, 1994.

12.  Dershwitz M.  Antiemetics.  In:  Bowdle TA, Horita A, Kharasch ED, eds.  **The Pharmacological Basis of Anesthesia**.  New York:  Churchill Livingstone, 1994.

13.  Dershwitz M.  Antiemetic drugs.  In:  White PF, ed.  **Ambulatory Anesthesia and Surgery.**  London:  W.B. Saunders Co., 1997.

14.  Rosow CE, Dershwitz M.  Opioid analgetics.  In:  Longnecker DE, Tinker JH, Morgan GE, eds.  **Principles and Practice of Anesthesiology**, 2nd ed.  Philadelphia: Mosby-Year Book, Inc., 1997.

15.  Starnbach A, Dershwitz M.  Intravenous and inhalation anesthetics. In:  Hurford WE, Bailin MT, Davison JK, et al., eds.   **Clinical Anesthesia Procedures of the Massachusetts General Hospital**, 5th ed.  Philadelphia:  Lippincott-Raven, 1998.

16.  Dershwitz M.  Agents for general anesthesia.  In:  Schirmer BD, Rattner DW, eds.  **Ambulatory Surgery.**  Philadelphia:  W.B. Saunders Co., 1998.

17.  Dershwitz M.  Physics and chemistry.  In:  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  5th ed.  Norwalk, CT:  Appleton & Lange, 1998.

18.  Dershwitz M.  Anesthesia equipment.  In:  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  5th ed.  Norwalk, CT:  Appleton & Lange, 1998.

19.  Dershwitz M.  Renal, hepatic, endocrine, hematologic, and metabolic systems.  In:  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.** 5th ed.  Norwalk, CT: Appleton & Lange, 1998.

20.  Dershwitz M.  Pharmacology.  In:  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  5th ed.  Norwalk, CT:  Appleton & Lange, 1998.

21.  Dershwitz M.  General anesthesia.  In:  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  5th ed.  Norwalk, CT:  Appleton & Lange, 1998.

22.  Dershwitz M.  Regional anesthesia.  In:  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  5th ed.  Norwalk, CT:  Appleton & Lange, 1998.

CHAPTERS IN BOOKS (continued):

23.  Dershwitz M.  Intravenous and inhalation anesthetics.  In:  Hurford WE, ed.  **Clinical Anesthesia Procedures of the Massachusetts General Hospital**, 6th ed.  Philadelphia:  Lippincott Williams and Wilkins, 2002.

24.  Dershwitz M, Landow L, Joshi-Ryzewicz W.  Anesthesia for bedside procedures.  In:  Irwin RS, Cerra FB, Rippe JM, eds.  **Irwin and Rippe's Intensive Care Medicine**, 5th ed.  Philadelphia:  Lippincott, Williams, and Wilkins, 2003.

25.  Dershwitz M, Landow L, Joshi-Ryzewicz W.  Anesthesia for bedside procedures.  In:  Irwin RS, Rippe JM, Curley FJ, Heard SO, eds.  **Procedures and Techniques in Intensive Care Medicine**, 3rd ed.  Philadelphia:  Lippincott, Williams, and Wilkins, 2003.

26.  Dershwitz M.  Antipsychotics.  In:  Fink M, Abraham E, Vincent J-L, et al., eds.  **Textbook of Critical Care**, 5th ed.  Philadelphia:  Elsevier, 2005.

27.  Dershwitz M.  Analgesic cyclooxygenase inhibitors for ambulatory anesthesia.  In:  Steele S, Nielsen K, eds.  **Ambulatory Anesthesia and Perioperative Analgesia**.  New York:  McGraw Hill, 2005.

28.  Walz JM, Dershwitz M.  Anesthesia for bedside procedures.  In:  Irwin RS, Rippe JM, eds.  **Manual of Intensive Care Medicine**, 4th ed.  Philadelphia:  Lippincott Williams & Wilkins, 2005.

29.  Dershwitz M.  Physics and chemistry.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.**  6th ed.  New York:  McGraw-Hill, 2006.

30.  Dershwitz M.  Anesthesia equipment.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.**  6th ed.  New York:  McGraw-Hill, 2006.

31.  Goetzler RM, Dershwitz M.  Renal, hepatic, endocrine, hematologic, and metabolic systems.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.**  6th ed.  New York:  McGraw-Hill, 2006.

32.  Walz JM, Dershwitz M.  Pharmacology.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.**  6th ed.  New York:  McGraw-Hill, 2006.

33.  Dershwitz M.  General anesthesia.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.**  6th ed.  New York:  McGraw-Hill, 2006.

34.  Dershwitz M.  Regional anesthesia.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.**  6th ed.  New York:  McGraw-Hill, 2006.

35.  Dershwitz M.  Anesthesia for bedside procedures.  In:  Irwin RS, Rippe JM, eds.  **Irwin and Rippe's Intensive Care Medicine**, 6th ed.  Philadelphia:  Lippincott, Williams, and Wilkins, 2007.

36.  Dershwitz M.  Anesthesia for bedside procedures.  In:  Irwin RS, Rippe JM, Lisbon A, Heard SO, eds.  **Procedures, Techniques, and Minimally Invasive Monitoring in Intensive Care Medicine,** 4th ed.  Philadelphia:  Lippincott, Williams, and Wilkins, 2007.

CHAPTERS IN BOOKS (continued):

37. Dershwitz M, Rosow CE.  Intravenous anesthetics.  In:  Longnecker DE, Brown D, Newman M, Zapol WM, eds.  **Anesthesiology**.  New York:  McGraw-Hill, 2008.

38. Rosow CE, Dershwitz M.  Opioid analgesics.  In:  Longnecker DE, Brown D, Newman M, Zapol WM, eds.  **Anesthesiology**.  New York:  McGraw-Hill, 2008.

39. Dershwitz M, Rosow CE.  Appendix A:  Formulary.  In:  Longnecker DE, Brown D, Newman M, Zapol WM, eds.  **Anesthesiology**.  New York:  McGraw-Hill, 2008.

40. Nichols A, Dershwitz M.  Preoperative evaluation of the noncardiac surgical patient.  In:  Domino FJ, et al., eds.  **The 5-Minute Clinical Consult,** 18th ed.  Philadelphia:  Wolters Kluwer, 2009.

41. Nichols A, Dershwitz M.  Preoperative evaluation of the noncardiac surgical patient.  In:  Domino FJ, et al., eds.  **The 5-Minute Clinical Consult,** 19th ed.  Philadelphia:  Wolters Kluwer, 2010.

42. Rosow CE, Dershwitz M.  Clinical pharmacology of opioids.  In:  Evers A, Maze M, Kharasch E, eds.  **Anesthetic Pharmacology**, 2nd ed.  Cambridge:  Cambridge University Press, 2011.

43. Pappas L, Dershwitz M.  Pharmacokinetics of intravenous agents.  In:  Vacanti CA, et al., eds.  **Essential Clinical Anesthesia**.  Cambridge:  Cambridge University Press, 2011.

44. Agarwala A, Dershwitz M.  Intravenous induction agents.  In:  Vacanti CA, et al., eds.  **Essential Clinical Anesthesia**.  Cambridge:  Cambridge University Press, 2011.

45. Parish B, Dershwitz M.  COX inhibitors and alpha-2 adrenoceptor agonists.  In:  Vacanti CA, et al., eds.  **Essential Clinical Anesthesia**.  Cambridge:  Cambridge University Press, 2011.

46. Dershwitz M.  Antipsychotics.  In:  Vincent J-L, Abraham E, Moore FA, et al., eds.  **Textbook of Critical Care**, 6th ed.  Philadelphia:  Elsevier, 2011.

47. Dershwitz M, Rosow CE.  Intravenous anesthetics.  In:  Longnecker DE, Brown D, Newman M, Zapol WM, eds.  **Anesthesiology,** 2nd ed.  New York:  McGraw-Hill, 2012.

48. Rosow CE, Dershwitz M.  Opioid analgesics.  In:  Longnecker DE, Brown D, Newman M, Zapol WM, eds.  **Anesthesiology,** 2nd ed.  New York:  McGraw-Hill, 2012.

49. Dershwitz M, Rosow CE.  Appendix A:  Formulary.  In:  Longnecker DE, Brown D, Newman M, Zapol WM, eds.  **Anesthesiology,** 2nd ed.  New York:  McGraw-Hill, 2012.

50. Dershwitz M.  Anesthesia for bedside procedures.  In:  Irwin RS, Rippe JM, eds.  **Irwin and Rippe's Intensive Care Medicine**, 7th ed.  Philadelphia:  Lippincott, Williams, and Wilkins, 2012.

CHAPTERS IN BOOKS (continued):

51. Dershwitz M.  Physics, chemistry, and mathematics.  In:  Dershwitz M, Walz JM, eds. **McGraw-Hill Specialty Board Review: Anesthesiology.** 7th ed.  New York:  McGraw-Hill, 2013.

52. Dershwitz M.  Anesthesia equipment.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.** 7th ed.  New York:  McGraw-Hill, 2013.

53. Goetzler RM, Dershwitz M.  Renal, hepatic, endocrine, hematologic, and metabolic systems.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.** 7th ed.  New York:  McGraw-Hill, 2013.

54. Walz JM, Dershwitz M.  Pharmacology.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.** 7th ed.  New York:  McGraw-Hill, 2013.

55. Dershwitz M.  General anesthesia.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.** 7th ed.  New York:  McGraw-Hill, 2013.

56. Duduch EM, Dershwitz M.  Anesthesia for miscellaneous procedures.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.** 7th ed.  New York:  McGraw-Hill, 2013.

57. Dershwitz M, Pieters RS.  Treatment of cancer pain.  In: Pieters RS, Liebmann J, eds.  Cancer Concepts:  A Guidebook for the NonOncologist.  Worcester, MA:  University of Massachusetts Medical School; 2016. doi: 10.7191/cancer_concepts.1024.

58. Dershwitz M.  Anesthesia for bedside procedures.  In:  Irwin RS, Lilly CM, Mayo PH, Rippe JM, eds.  **Irwin and Rippe's Intensive Care Medicine**, 8th ed.  Philadelphia: Lippincott, Williams, and Wilkins, 2018.

59. Dershwitz M, Rosow CE.  Intravenous anesthetics.  In:  Longnecker DE, Newman M, Sandberg W, Zapol WM, eds.  **Anesthesiology,** 3rd ed.  New York:  McGraw-Hill, 2018.

60. Rosow CE, Dershwitz M.  Opioid analgesics.  In:  Longnecker DE, Newman M, Sandberg W, Zapol WM, eds.  **Anesthesiology,** 3rd ed.  New York:  McGraw-Hill, 2018.

61. Dershwitz M, Rosow CE.  Appendix A: Formulary.  In:  Longnecker DE, Newman M, Sandberg W, Zapol WM, eds.  **Anesthesiology**, 3rd ed.  New York:  McGraw-Hill, 2018.

62. Dershwitz M.  Anesthesia for bedside procedures.  In:  Lilly CM, Mayo PH, Koenig SJ, Irwin RS, eds.  **Irwin and Rippe's Ultrasonography for the Management of the Critically Ill**.  Riverwoods, IL: Wolters Kluwer, 2020.

63. Mitchon G, Dershwitz M.  Anesthesia for bedside procedures.  In:  Lilly CM, Irwin RS, Boyle WA, Kelly WF, eds.  **Irwin and Rippe's Intensive Care Medicine**, 9th ed. Philadelphia:  Lippincott, Williams, and Wilkins, 2023.

REVIEWS AND EDUCATIONAL MATERIALS:

1.  Dershwitz M.  Advances in antiemetic therapy.  **Anesth Clinics North Amer** 1994; 12:119-32.

2.  Dershwitz M.  How can the costs of anesthesia be decreased?  **Intravenous Anesth Today** 1994; 1(3):4-9.

3.  Dershwitz M.  5-HT$_3$ antagonists in postoperative nausea and vomiting.  **Ambulatory Anesth** 1995; 10(1):9-11.

4.  Ballantyne JC, Dershwitz M.  The pharmacology of non-steroidal anti-inflammatory drugs for acute pain.  **Curr Opin Anaesthesiol** 1995; 8:461-68.

5.  Dershwitz M, Rosow CE.  Remifentanil:  a truly-short-acting opioid.  **Semin Anesth** 1996; 15:88-96.

6.  Dershwitz M, Rosow CE.  Remifentanil: an opioid metabolized by esterases.  **Exp Opin Invest Drugs** 1996; 5:1361-76.

7.  Dershwitz M.  Should we measure depth of anesthesia?  **Semin Anesth** 2001; 20:246-56.

8.  Dershwitz M, Henthorn TK.  The pharmacokinetics and pharmacodynamics of thiopental as used in lethal injection.  **Fordham Urban Law J** 2008; 35:931-56.


Non-Print Materials:

1.  Dershwitz M.  Use of short-acting analgesia in surgery:  achieving cost-effective care (videotape).  Rancho Mirage, CA:  Annenberg Center for Health Sciences, 1996.

2.  Dershwitz M.  General considerations (section editor).  In:  Bailin M. ed.  **Harvard Electronic Anesthesia Library** (CD-ROM).  Philadelphia:  Lippincott Williams & Wilkins, 2001.

3.  Dershwitz M.  Practical pharmacokinetics of intravenous anesthetics.  In:  Bailin M. ed.  **Harvard Electronic Anesthesia Library** (CD-ROM).  Philadelphia:  Lippincott Williams & Wilkins, 2001.

4.  Dershwitz M.  Clinical pharmacology of analgesic drugs.  **Audio-Digest Anesthesiology Board Review**, 2015.

5.  Dershwitz M.  General principles of pharmacology.  **Audio-Digest Anesthesiology Board Review**, 2018.

6.  Dershwitz M.  Pharmacology of local anesthetics.  **Audio-Digest Anesthesiology Board Review**, 2018.

7.  Dershwitz M.  Monitoring the depth of anesthesia.  **Audio-Digest Anesthesiology CME**, 2020.

Non-Print Materials (continued):

8.  Dershwitz M.  Drug interactions in anesthesiology.  **Audio-Digest Anesthesiology CME**, 2020.

9.  Dershwitz M.  Anticoagulants.  **Audio-Digest Anesthesiology CME**, 2020.

10. Dershwitz M.  Sympathomimetic agents.  **Audio-Digest Anesthesiology CME**, 2020.


INVITED LECTURES:

1.  Pharmacokinetics and pharmacodynamics of remifentanil in volunteer subjects with severe liver disease.  Association of University Anesthesiologists Annual Meeting; Chicago, Illinois; May, 1994.

2.  Solutions for problem solutions.  International Society for Anesthetic Pharmacology Annual Meeting; San Diego, California; October, 2015.


ABSTRACTS:

1.  Bruer P, Cantarella J, Dershwitz M, Undy L, Young DC.  Polarographic studies of copper (II) complexes of glycine peptides.  Abstract #6, Anachem Society Meeting, Detroit, MI, 1976.

2.  Dershwitz M, Novak RF.  The interaction of nitrofurantoin with human hemoglobin.  **Fed Proc** 1979; 38:544.

3.  Dershwitz M, Novak RF.  Metabolic effects of nitrofurantoin on the human erythrocyte.  **The Pharmacologist** 1979; 21:170.

4.  Dershwitz M, Novak RF.  Depletion of erythrocyte adenosine-5'-triphosphate and reduced glutathione levels by nitrofurantoin and unnitrated derivatives.  **Fed Proc** 1980; 39:748.

5.  Dershwitz M, Lack of inhibition of glutathione reductase by unnitrated derivatives of nitrofurantoin.  **Fed Proc** 1980; 39:1751.

6.  Dershwitz M, Novak RF.  Oxidation of human hemoglobin by nitrofurantoin.  **Biophys J** 1981; 33:81a.

7.  Dershwitz M, Novak RF.  The effects of ethyl isocyanide on nitrofurantoin-mediated depletion of red cell glutathione.  **Fed Proc** 1981; 40:667.

8.  Dershwitz M, Novak RF.  Studies on the mechanism of nitrofurantoin-mediated red cell toxicity.  **Eighth International Congress on Pharmacology,** Tokyo, Japan, 1981.

9.  Kharasch ED, Dershwitz M, Novak RF.  Differential hemeprotein involvement in microsomal and red cell lysate quinone and nitro group reduction.  **Fifth International Symposium on Microsomes and Drug Oxidations,** Tokyo, Japan, 1981.

ABSTRACTS (continued):

10. Dershwitz M, Novak RF.  On the mechanism of nitrofurantoin-mediated red cell toxicity.  **The Pharmacologist** 1981; 23:211.

11. Dershwitz M, Novak RF.  Generation of activated oxygen species in human red cells by nitrofurantoin.  **Seventh International Biophysics Congress and Third Pan-American Biochemistry Congress,** Mexico City, Mexico, 1981.

12. Dershwitz M, Sréter FA.  Substrate requirements for glutathione maintenance in pig red cells in vitro.  **The Pharmacologist** 1987; 29:210.

13. López JR, Dershwitz M, Sanchez V, Sréter FA.  [K$^+$] and [Na$^+$] in malignant hyperthermia-susceptible swine.  **Biophys J** 1988; 53:609a.

14. Chang RJ, Dershwitz M, Sréter FA, Smilowitz H.  Skeletal muscle from malignant hyperthermia-susceptible swine contains decreased levels of monoclonal antibody reactive dihydropyridine receptor.  **The Pharmacologist** 1988; 30:A88.

15. Kim DH, Lee YS, Sréter FA, Ohkisa T, Dershwitz M, Ikemoto N.  Effects of azumolene on the kinetics of Ca release from normal and malignant hyperthermic sarcoplasmic reticulum.  **Biophys J** 1990; 57:497a.

16. Dershwitz M, Sréter FA.  Reversal of malignant hyperthermia episodes by azumolene in susceptible swine.  **Anesth Analg** 1990; 70:S81.

17. Dershwitz M, Rosow CE, Di Biase PM, Zaslavsky A.  Characterization of the sedative effects of butorphanol in humans.  **The Pharmacologist** 1990; 32:139.

18. Dershwitz M, Rosow CE, Di Biase PM, Joslyn AF, Sanderson PE.  Prophylaxis of postoperative vomiting by ondansetron.  **Clin Pharm Ther** 1991; 49:184.

19. Dershwitz M, Rosow CE, Di Biase PM, Joslyn AF, Sanderson PE.  Ondansetron is effective in decreasing postoperative nausea and vomiting.  **Jap J Anesthesiol** 1991; 40:S312.

20. Dershwitz M, Di Biase PM, Rosow CE, Wilson RS.  Ondansetron does not affect alfentanil-induced ventilatory depression.  **Anesthesiology** 1991; 75:A321.

21. Nakamura H, deBros F, Roberts J, Dershwitz M, Sweet W, Poletti C, Philbin D.  Plasma catecholamine concentrations before and after trigeminal rhizotomy:  a clinical study.  5th International Symposium on Endocrinology in Anesthesia and Critical Care, Berlin, October, 1991.

22. Nakamura H, deBros F, Roberts J, Dershwitz M, Sweet W, Poletti C, Philbin D.  Plasma catecholamine concentrations before and after trigeminal rhizotomy:  a clinical study.  **Anesth Analg** 1992; 74:S217.

23. Dershwitz M, Randel G, Rosow CE, Fragen R, Di Biase PM, Librojo ES, Jamerson B, Shaw DL.  Dose-response relationship of GI87084B, a new ultra-short acting opioid.  **Anesthesiology** 1992; 77:A396.

ABSTRACTS (continued):

24. Dershwitz M, Rosow CE, Di Biase PM, Wilson RS. Ventilatory depression during and after a low dose alfentanil infusion in normal volunteers. **Anesthesiology** 1992; 77:A360.

25. Dershwitz M, Rosow CE, Michałowski P, Connors PM, Hoke JF, Muir KT, Dienstag JL. Pharmacokinetics and pharmacodynamics of remifentanil in volunteer subjects with severe liver disease. Association of University Anesthesiologists Annual Meeting; Chicago, Illinois; May, 1994.

26. Dershwitz M, Rosow CE, Michałowski P, Connors PM, Hoke JF, Muir KT, Dienstag JL. Pharmacokinetics and pharmacodynamics of remifentanil in subjects with severe liver disease compared with normal subjects. **Anesthesiology** 1994; 81:A377.

27. Shlugman D, Dufore S, Dershwitz M, Michałowski P, Hoke J, Muir KT, Rosow C, Glass PSA. Respiratory effects of remifentanil in subjects with severe renal impairment compared to matched controls. **Anesthesiology** 1994; 81:A1417.

28. Hoke JF, Muir KT, Glass PSA, Shlugman D, Rosow CE, Dershwitz M, Michałowski P. Pharmacokinetics of remifentanil and its metabolite (GR90291) in subjects with renal disease. **Clin Pharm Ther** 1995; 57:148.

29. Kovac A, Melson T, Graczyk S, Scuderi P, Watkins WD, MCPR44 Study Group. Treatment of postoperative nausea and vomiting with single doses of IV dolasetron: a multicenter trial. **Anesthesiology** 1995; 83:A6.

30. Kearse L, Rosow C, Connors P, Denman W, Dershwitz M. Propofol sedation/hypnosis and bispectral EEG analysis in volunteers. **Anesthesiology** 1995; 83:A506.

31. Kovac A, Chelly J, McKenzie R, Philip B, Pearman M, Brown R, MCPR45 Study Group. Multicenter intravenous dose response trial to assess the efficacy and safety of dolasetron mesylate in preventing postoperative nausea and vomiting. **Anesthesiology** 1996; 85:A1.

32. Dershwitz M, Conant JA, Rosow CE, Connors PM, Zaslavsky A. A dose-response study of ondansetron in preventing postoperative nausea and vomiting in female inpatients. **Anesthesiology** 1996; 85:A331.

33. Rosow CE, Connors PM, Hennessy D, Rosow D, Dershwitz M, Shyu WC, Vachharajani N. Bioavailability of nasal butorphanol. **Anesthesiology** 1996; 85:A314.

34. Denman WT, Rosow D, Hennessy D, Dershwitz M, Rosow C. Miotic effects of alfentanil, and fentanyl occur at extremely low doses. **The Pharmacologist** 1997; 39:109.

35. Dershwitz M, Morishige RJ, Walsh JL, Rodriguez-Paz JM, Maarschalk LA, Rubsamen RM, Connors PM, Rosow CE. Pharmacokinetics of inhaled morphine in normal volunteers. **Anesthesiology** 1997; 87:A376.

ABSTRACTS (continued):

36. Denman WT, Rosow D, Hennessy D, Dershwitz M, Rosow CE.  Miotic effects of alfentanil, and fentanyl occur at extremely low doses.  **Anesthesiology** 1997; 87:A316.

37. Michałowski P, Dershwitz M, Rosow CE, Conlay LA, Chang YC.  Total intravenous anesthesia with remifentanil or alfentanil in ambulatory orthopedic surgery carries minimal risk of postoperative nausea and vomiting.  **Anesthesiology** 1998; 89:A34.

38. Walsh J, Dershwitz M, Rosow C, Connors PM, Morishige R, Rubsamen R.  Intravenous and inhaled morphine pharmacokinetics and pharmacodynamics as measured by pupillometry.  **Anesthesiology** 1998; 89:A521.

39. Dershwitz M, Walsh JL, Krause S, Makris N, Gollub R.  Using functional magnetic resonance imaging to measure opioid effects in discrete brain regions.  Association of University Anesthesiologists Annual Meeting; Pittsburgh, Pennsylvania; May, 1999.

40. Gollub RL, Breiter H, Dershwitz M, Elman I, Kantor H, Gastfriend D, Benson E, Lazar S, Krause S, Makris N, Kennedy D, Campbell T, Weisskoff R, Rosen B:  Cocaine dose dependent activation of brain reward circuitry in humans revealed by 3T fMRI. International Conference on Functional Mapping of the Human Brain, 1999.

41. Dershwitz M, Walsh JL, Krause S, Makris N, Gollub R.  Using functional magnetic resonance imaging to measure opioid effects in discrete brain regions.  **Anesthesiology** 1999; 91:A367.

42. He YL, Walsh J, Denman W, Dershwitz M, Kim J, Rosow C.  Pharmacodynamic modeling of the miotic effects of alfentanil in humans measured with infrared pupillometry.   Association of University Anesthesiologists Annual Meeting; Rochester, NY; May, 2001.

43. Gollub R, Aquino P, Kong J, Gracely R, Kramet T, Dershwitz M.  Reliable intensity and laterality encoding of noxious pressure and heat pain in cortex within single subjects using 1.5T fMRI.  Organization for Human Brain Mapping 7th Annual Meeting; Brighton, UK; June, 2001.

44. Aquino P, Kong J, Gracely RH, Kramer T, Dershwitz M, Gollub R.  Reliable encoding of brief noxious mechanical stimuli in single subjects using 1.5T fMRI.  Society for Neuroscience, 2001.

45. O'Neil MP,  Johansen K, McGee S, Oleson E, Burnham C, Dershwitz M.  Image atlas of aging:  age related structural and functional changes in the liver.  American Geriatrics Society Annual Meeting; Orlando, FL; May, 2014.

46. Gagliardi SB, Garg N, Smith T, Dershwitz M, Rogoff M.  BRAIN case exercises: integrative, collaborative, graded problem-solving.  Northeast Group on Educational Affairs, American Association of Medical Colleges Annual Meeting; Worcester, MA; April, 2015.

ABSTRACTS (continued):

47. Sagerström C, Dershwitz M.  Do medical students cheat on unmonitored online exams? Data from the UMass Principles of Pharmacology course.  Northeast Group on Educational Affairs, American Association of Medical Colleges Annual Meeting; Worcester, MA; April, 2015.

48. Ko W-C, Fischer MA, Dershwitz M.  Are lecturers teaching you what they think they are teaching?  Northeastern Group on Educational Affairs of the Association of American Medical Colleges Annual Meeting; Providence, RI; April, 2016.

49. Petrillo C, Dershwitz M.  Pyridostigmine reversal during rocuronium neuromuscular blockade for abbreviated surgery.  American Society of Anesthesiologists Annual Meeting; Chicago, IL; October, 2016.

50. Ko W-C, Fischer MA, Dershwitz M.  Are lecturers teaching you what they think they are teaching?  Association of American Medical Colleges Annual Meeting; Seattle, WA; November, 2016.

51. Erskine NA, Schoor MS, Dershwitz M, Shaikh S.  Finding a culprit for delayed emergence following an emergent procedure.  New England Anesthesia Resident Conference Annual Meeting; Boston, MA; May, 2018.



Wolking, et al. v.
Lindner, et al.
**Exhibit-3**
P. Sweeney 6/4/24

22

# Mark Dershwitz, M.D., Ph.D.
## Rule 26 Disclosure

| Date | Type | Case # | Description | Location | Attorney | Firm | Plaintiff/Defense |
|------|------|--------|-------------|----------|----------|------|-------------------|
| 8/10/20 | Deposition | 18A69722 | Tolbert v Emory Healthcare, Inc., et al. | State Court Dekalb County, GA | Michael Perez | Warshauer Law Group | P |
| 11/11/20 | Deposition | 18EV005769 | Hammontree v Piedmont Mountainside Hospital, Inc., et al. | State Court Fulton County, GA | Stephen R. Chance | Watkins, Lourie, Roll & Chance, P.C. | P |
| 6/15/21 | Deposition | 19A73040 | Maso v Hammond, et al. | State Court Dekalb County, GA | Andrew B. Cash | Cash, Krugler & Fredericks, LLC | P |
| 11/18/21 | Deposition | 20EV002058 | Manning v Georgia Anesthesiologists, LLC, et al. | State Court Fulton County, GA | Robert Roll | Watkins, Lourie, Roll & Chance, P.C. | P |
| 7/13/22 | Deposition | PC16-3629 | Polanco v University Medical Group, Inc., et al. | Superior Court Providence, RI | Mark Fleury | Barton Gilman, LLP | D |
| 8/23/22 | Trial | 16EV005756 | Dorsey v Kepner, et al. | State Court Fulton County, GA | Jay Sadd | Slappey & Sadd | P |
| 5/16/23 | Deposition | 11-CVS-18175 | Connette, et al., v Charlotte-Mecklenberg Hospital Authority, et al. | Superior Court Mecklenberg County, NC | Michael Sindoni | Edwards Kirby, LLP | P |
| 10/27/23 | Trial | 16C00765-5 | McBee v Hutcheson Anesthesia & Pain Treatment, LLC, et al. | Superior Court Gwinnett County, GA | Stephen B. Moseley | Brinson, Askew, Berry, Seigler, Richardson & Davis | D |
| 3/27/24 | Deposition | 19SV00045 | Logue, et al. v Thurman-Watson, et al. | State Court Toombs County, GA | H. Craig Stafford | Arnold & Stafford | P |

Wolking, et al. v. Lindner, et al.
Exhibit-4
P. Sweeney 6/4/24
exhibitsticker.com

**Background and Experience**

My name is Dr. Mark Dershwitz. I received my Ph.D. in pharmacology with a specialty interest in toxicology from Northwestern University. I also received my M.D. degree from Northwestern University. I did a residency in anesthesiology and practiced that specialty for 34 years.

I have also taught pharmacology to professional students, including medical and dental students, for 49 years. During this period, I have taught the pharmacology of the endocrine system, including the adrenal gland. As an anesthesiologist, I evaluated countless patients for their risk of developing acute adrenal insufficiency in the perioperative period, an entity that is fatal if not properly identified and treated. I also managed the endocrine needs of all of my patients during the perioperative period.

I am being compensated at the rate of $600 per hour for my consulting work on this case. My curriculum vitae is appended to this report and is incorporated herein.

The adrenal medulla makes and secretes two classes of hormones, the glucocorticoids and the mineralocorticoids. The primary glucocorticoid hormone released by the adrenal gland is cortisol. In *physiological* concentrations, the concentrations that occur in the bloodstream in a healthy individual, the glucocorticoids help to maintain a normal concentration of glucose in the blood (along with numerous other hormones). In *pharmacological* concentrations, those that occur when additional larger amounts of glucocorticoid are given to a patient, the glucocorticoids suppress the immune system and decrease the intensity of the inflammatory response. That is why they are so useful in persons with a variety of autoimmune and inflammatory disorders. When administered in *pharmacological* doses, however, glucocorticoids *always* result in observable adverse effects. The primary mineralocorticoid hormone released from the adrenal gland is aldosterone. It is released, following a cascade of events triggered by the kidney, when the kidney detects a decrease in blood pressure or blood flow. Aldosterone causes the kidney to retain sodium ion and water thereby increasing blood pressure and circulating volume.

A healthy person weighing 70 kg releases about 10 mg of cortisol into the bloodstream every day. A person with Addison disease, either from failure of, or surgical removal of, both adrenal glands, therefore needs to take about 10 mg of cortisol each day. More commonly, such patients are treated with synthetic glucocorticoid medications such a prednisone or dexamethasone. A dose of 4 mg prednisone or 0.4 mg dexamethasone are equivalent to 10 mg of cortisol. These doses are considered *physiological* replacement. Larger equivalent doses of any glucocorticoid are considered *pharmacological* therapy and are *always* associated with observable adverse effects.

**Materials Reviewed**

Lindner Chart 1-607.pdf (provided by defense in discovery)

Medical records from Fairfax Hospital 1/23 – 4/23

Ms. Wolking's journal entries (P24-000001-36)

Complaint

**Duty and Breach**

I am aware that pharmacists in Pennsylvania have a duty to exercise due care and diligence in the performance of their professional duties, including a duty to warn a patient or notify a prescribing physician when a prescription is unreasonable on its face, creating a substantial risk of serious harm to the patient.[1]

It is my opinion as a toxicologist, to a reasonable degree of pharmacological certainty, that the four prescriptions dispensed by Tunkhannock Compounding Center ("TCC") to Stacey Wolking on the dates described in the Complaint created a substantial risk of serious harm. That risk was due to the high doses of corticosteroids contained in those prescriptions and dispensed to Ms. Wolking in such a short time.

TCC dispensed the equivalent of approximately 10,600 mg of prednisone in just eight days in August, 2022. The risk of adverse effects of that quantity of corticosteroids given to a single patient, especially outside of a hospital setting, is extremely high. There is no medical entity, of any kind, that would warrant that quantity of corticosteroids to be prescribed to an outpatient in just eight days. For example, in the treatment of temporal arteritis, an inflammatory disease of the blood vessels supplying the eye that when untreated leads to blindness, the initial prednisone dose is 60 mg per day.[2] The treatment of life-threatening cerebral edema (swelling of the brain) due to a malignant brain tumor is with up to 12 mg per day of dexamethasone.[3] These are two examples in which the maximum outpatient doses of prednisone or dexamethasone, respectively, would be used in an outpatient. Ms. Wolking's symptoms of inflammation, even if they were real, would not have warranted using anywhere near these maximum doses of corticosteroids.

There were approximately 50 days between the first prescription listed in the Complaint (on August 8) and TCC's next dispensing of corticosteroids to Ms. Wolking on September 27, 2022. During those 50 days, if Ms. Wolking consumed all 10,600 mg from the August prescriptions, she would have consumed approximately 212 mg of prednisone-equivalent per day (on average). As discussed below, I am aware that she in fact consumed more than that dosage on several days. Still, a 200 milligram dose of corticosteroids – or anything even close to it – creates a substantial risk of serious harm to any patient for a single day, especially outside of a hospital setting and without direct supervision. Over a 50-day period, that dosage creates an increased (more substantial) risk of serious harm. In fact, serious harm becomes almost certain. Corticosteroids are simply not designed to be consumed at that dosage for that length of time.

TCC's decision to dispense an additional quantity of corticosteroids to Ms. Wolking on September 27 and October 5, 2022 – equivalent to 8,400 milligrams of prednisone – increased the substantial risk of serious harm to Ms. Wolking even further. The pharmacy knew that her previous doses would have allowed her to consume more than 200 milligrams of prednisone-equivalent

---

[1]*See Riff v. Morgan Pharmacy*, 508 A.2d 1247, 1251-52 (Pa. Super. Ct. 1986).

[2]Langford CA, Fauci AS, The vasculitis syndromes. In: Loscalzo J, et al., eds., *Harrison's Principles of Internal Medicine*, 21st ed., New York: McGraw-Hill, 2022.

[3]DeAngelis LM, ; Wen PY, Primary and metastatic tumors of the nervous system. In: Loscalzo J, et al., eds., *Harrison's Principles of Internal Medicine*, 21st ed., New York: McGraw-Hill, 2022.

daily, and making it possible for her to continue that dose for additional time raised the substantial risk of her being seriously injured even further.

**Cause and Damages**

I have reviewed the daily amounts of corticosteroids consumed by Ms. Wolking, and reported by her to Dr. Lindner, in particular between September 19, 2022 and her hospitalization on October 7, 2022. I have also reviewed Dr. Lindner's records of the prescriptions he wrote for Ms. Wolking, and it is clear that the vast majority of corticosteroids consumed by Ms. Wolking between September 19 and October 7, 2022, were dispensed by TCC. Although Harris Teeter appears to have dispensed dexamethasone to Ms. Wolking on August 13, 2022, I have read the email dated August 15, 2022, when Dr. Lindner told Ms. Wolking to fill her prescriptions at TCC going forward because "[i]f we get anymore from the local pharmacy they'll start asking questions and possibly complain to my medical board."[4] Ms. Wolking consumed the following doses of corticosteroids, using the prednisone-equivalence formula given to her by Dr. Lindner, that I will use for the purposes of this analysis:

| DATE | TOTAL |
|---|---|
| 9/19/22 | 20 mg |
| 9/20/22 | 165 mg |
| 9/21/22 | 295 mg |
| 9/22/22 | 220 mg |
| 9/23/22 | 426 mg |
| 9/24/22 | 775 mg |
| 9/25/22 | 672 mg |
| 9/26/22 | 686 mg |
| 9/27/22 | 910 mg |
| 9/28/22 | 1272 mg |
| 9/29/22 | 1526 mg |
| 9/30/22 | 700 mg |
| 10/1/22 | 1092 mg |
| 10/2/22 | 854 mg |
| 10/3/22 | 1848 mg |
| 10/4/22 | 952 mg |
| 10/5/22 | 714 mg |
| 10/6/22 | 694 mg |
| 10/7/22 | 392 mg |

---

[4]I have also reviewed the email dated August 30, 2022, when Dr. Lindner acknowledges sending an additional prednisone prescription to Harris Teeter. However, that prescription was for 180 tablets of 1 mg prednisone each, which makes the dosage far smaller than the 10 mg prednisone tablets dispensed by TCC. Based on Ms. Wolking's contemporaneous reporting to Dr. Lindner, she likely consumed this prednisone within ten days. *See* WOLKING-LINDNER 000373-374.

It is my opinion, to a reasonable degree of pharmacological certainty, that these high doses of corticosteroids caused the injuries listed in the Complaint. In particular, it is well documented that prescribing accepted and recommended doses of corticosteroids, far lower doses than those listed above, can cause life-threatening bowel perforation and myopathy.[5] During the ten days prior to her hospital admission on October 7, 2022, Ms. Wolking experienced severe abdominal pain and muscle weakness as evidenced by her difficulty getting out of bed. In the diagnosis of intestinal perforation and profound muscle weakness, there is no plausible alternative explanation for the occurrence of these adverse effects in her aside from her taking these extremely high prescribed doses of corticosteroids. Furthermore, corticosteroid-induced myopathy is not necessarily reversible upon discontinuation of the medication. It is noteworthy that Ms. Wolking remains weak and has not regained her former degree of tolerance to activity. In addition, the occurrence in her of hair loss, scarring and disfigurement, mental anguish, and severe emotional distress were all, more likely than not, a direct result of the excessive doses of corticosteroids prescribed to her.[5]

Mark Dershwitz, M.D., Ph.D.                                        April 23, 2024

---

[5] Hupfeld CJ, Iñiguez-Lluhí JA, Adrenocorticotropic hormone, adrenal steroids, and the adrenal cortex. In: Brunton LL, Knollmann BC. eds., *Goodman & Gilman's The Pharmacological Basis of Therapeutics*, 14th ed., New York: McGraw-Hill, 2023.

**Background and Experience**

My name is Dr. Mark Dershwitz.  I received my Ph.D. in pharmacology with a specialty interest in toxicology from Northwestern University.  I also received my M.D. degree from Northwestern University.  I did a residency in anesthesiology and practiced that specialty for 34 years.

I have also taught pharmacology to professional students, including medical and dental students, for 49 years.  During this period, I have taught the pharmacology of the endocrine system, including the adrenal gland.  As an anesthesiologist, I evaluated countless patients for their risk of developing acute adrenal insufficiency in the perioperative period, an entity that is fatal if not properly identified and treated.  I also managed the endocrine needs of all of my patients during the perioperative period.

I am being compensated at the rate of $600 per hour for my consulting work on this case.  My curriculum vitae is appended to this report and is incorporated herein.

The adrenal medulla makes and secretes two classes of hormones, the glucocorticoids and the mineralocorticoids.  The primary glucocorticoid hormone released by the adrenal gland is cortisol.  In *physiological* concentrations, the concentrations that occur in the bloodstream in a healthy individual, the glucocorticoids help to maintain a normal concentration of glucose in the blood (along with numerous other hormones).  In *pharmacological* concentrations, those that occur when additional larger amounts of glucocorticoid are given to a patient, the glucocorticoids suppress the immune system and decrease the intensity of the inflammatory response.  That is why they are so useful in persons with a variety of autoimmune and inflammatory disorders.  When administered in *pharmacological* doses, however, glucocorticoids *always* result in observable adverse effects.  The primary mineralocorticoid hormone released from the adrenal gland is aldosterone.  It is released, following a cascade of events triggered by the kidney, when the kidney detects a decrease in blood pressure or blood flow.  Aldosterone causes the kidney to retain sodium ion and water thereby increasing blood pressure and circulating volume.

A healthy person weighing 70 kg releases about 10 mg of cortisol into the bloodstream every day.  A person with Addison disease, either from failure of, or surgical removal of, both adrenal glands, therefore needs to take about 10 mg of cortisol each day.  More commonly, such patients are treated with synthetic glucocorticoid medications such a prednisone or dexamethasone.  A dose of 4 mg prednisone or 0.4 mg dexamethasone are equivalent to 10 mg of cortisol.  These doses are considered *physiological* replacement.  Larger equivalent doses of any glucocorticoid are considered *pharmacological* therapy and are *always* associated with observable adverse effects.

**Materials Reviewed**

Lindner Chart 1-607.pdf (provided by defense in discovery)

Medical records from Fairfax Hospital 1/23 – 4/23

Ms. Wolking's journal entries (P24-000001-36)

Complaint

**Duty and Breach**

I am aware that pharmacists in Pennsylvania have a duty to exercise due care and diligence in the performance of their professional duties, including a duty to warn a patient or notify a prescribing physician when a prescription is unreasonable on its face, creating a substantial risk of serious harm to the patient.[1]

It is my opinion as a toxicologist, to a reasonable degree of pharmacological certainty, that the four prescriptions dispensed by Tunkhannock Compounding Center ("TCC") to Stacey Wolking on the dates described in the Complaint created a substantial risk of serious harm. That risk was due to the high doses of corticosteroids contained in those prescriptions and dispensed to Ms. Wolking in such a short time.

TCC dispensed the equivalent of approximately 10,600 mg of prednisone in just eight days in August, 2022. The risk of adverse effects of that quantity of corticosteroids given to a single patient, especially outside of a hospital setting, is extremely high. There is no medical entity, of any kind, that would warrant that quantity of corticosteroids to be prescribed to an outpatient in just eight days. For example, in the treatment of temporal arteritis, an inflammatory disease of the blood vessels supplying the eye that when untreated leads to blindness, the initial prednisone dose is 60 mg per day.[2] The treatment of life-threatening cerebral edema (swelling of the brain) due to a malignant brain tumor is with up to 12 mg per day of dexamethasone.[3] These are two examples in which the maximum outpatient doses of prednisone or dexamethasone, respectively, would be used in an outpatient. Ms. Wolking's symptoms of inflammation, even if they were real, would not have warranted using anywhere near these maximum doses of corticosteroids.

There were approximately 50 days between the first prescription listed in the Complaint (on August 8) and TCC's next dispensing of corticosteroids to Ms. Wolking on September 27, 2022. During those 50 days, if Ms. Wolking consumed all 10,600 mg from the August prescriptions, she would have consumed approximately 212 mg of prednisone-equivalent per day (on average). As discussed below, I am aware that she in fact consumed more than that dosage on several days. Still, a 200 milligram dose of corticosteroids – or anything even close to it – creates a substantial risk of serious harm to any patient for a single day, especially outside of a hospital setting and without direct supervision. Over a 50-day period, that dosage creates an increased (more substantial) risk of serious harm. In fact, serious harm becomes almost certain. Corticosteroids are simply not designed to be consumed at that dosage for that length of time.

TCC's decision to dispense an additional quantity of corticosteroids to Ms. Wolking on September 27 and October 5, 2022 – equivalent to 8,400 milligrams of prednisone – increased the substantial risk of serious harm to Ms. Wolking even further. The pharmacy knew that her previous doses would have allowed her to consume more than 200 milligrams of prednisone-equivalent

---

[1] *See Riff v. Morgan Pharmacy*, 508 A.2d 1247, 1251-52 (Pa. Super. Ct. 1986).

[2] Langford CA, Fauci AS, The vasculitis syndromes. In: Loscalzo J, et al., eds., *Harrison's Principles of Internal Medicine*, 21st ed., New York: McGraw-Hill, 2022.

[3] DeAngelis LM, ; Wen PY, Primary and metastatic tumors of the nervous system. In: Loscalzo J, et al., eds., *Harrison's Principles of Internal Medicine*, 21st ed., New York: McGraw-Hill, 2022.

daily, and making it possible for her to continue that dose for additional time raised the substantial risk of her being seriously injured even further.

**Cause and Damages**

I have reviewed the daily amounts of corticosteroids consumed by Ms. Wolking, and reported by her to Dr. Lindner, in particular between September 19, 2022 and her hospitalization on October 7, 2022. I have also reviewed Dr. Lindner's records of the prescriptions he wrote for Ms. Wolking, and it is clear that the vast majority of corticosteroids consumed by Ms. Wolking between September 19 and October 7, 2022, were dispensed by TCC. Although Harris Teeter appears to have dispensed dexamethasone to Ms. Wolking on August 13, 2022, I have read the email dated August 15, 2022, when Dr. Lindner told Ms. Wolking to fill her prescriptions at TCC going forward because "[i]f we get anymore from the local pharmacy they'll start asking questions and possibly complain to my medical board."[4] Ms. Wolking consumed the following doses of corticosteroids, using the prednisone-equivalence formula given to her by Dr. Lindner, that I will use for the purposes of this analysis:

| DATE | TOTAL |
|---|---|
| 9/19/22 | 20 mg |
| 9/20/22 | 165 mg |
| 9/21/22 | 295 mg |
| 9/22/22 | 220 mg |
| 9/23/22 | 426 mg |
| 9/24/22 | 775 mg |
| 9/25/22 | 672 mg |
| 9/26/22 | 686 mg |
| 9/27/22 | 910 mg |
| 9/28/22 | 1272 mg |
| 9/29/22 | 1526 mg |
| 9/30/22 | 700 mg |
| 10/1/22 | 1092 mg |
| 10/2/22 | 854 mg |
| 10/3/22 | 1848 mg |
| 10/4/22 | 952 mg |
| 10/5/22 | 714 mg |
| 10/6/22 | 694 mg |
| 10/7/22 | 392 mg |

---

[4]I have also reviewed the email dated August 30, 2022, when Dr. Lindner acknowledges sending an additional prednisone prescription to Harris Teeter. However, that prescription was for 180 tablets of 1 mg prednisone each, which makes the dosage far smaller than the 10 mg prednisone tablets dispensed by TCC. Based on Ms. Wolking's contemporaneous reporting to Dr. Lindner, she likely consumed this prednisone within ten days. *See* WOLKING-LINDNER 000373-374.

It is my opinion, to a reasonable degree of pharmacological certainty, that these high doses of corticosteroids caused the injuries listed in the Complaint. In particular, it is well documented that prescribing accepted and recommended doses of corticosteroids, far lower doses than those listed above, can cause life-threatening bowel perforation and myopathy.[5] During the ten days prior to her hospital admission on October 7, 2022, Ms. Wolking experienced severe abdominal pain and muscle weakness as evidenced by her difficulty getting out of bed. In the diagnosis of intestinal perforation and profound muscle weakness, there is no plausible alternative explanation for the occurrence of these adverse effects in her aside from her taking these extremely high prescribed doses of corticosteroids. Furthermore, corticosteroid-induced myopathy is not necessarily reversible upon discontinuation of the medication. It is noteworthy that Ms. Wolking remains weak and has not regained her former degree of tolerance to activity. In addition, the occurrence in her of hair loss, scarring and disfigurement, mental anguish, and severe emotional distress were all, more likely than not, a direct result of the excessive doses of corticosteroids prescribed to her.[5]

April 23, 2024

Mark Dershwitz, M.D., Ph.D.

---

[5]Hupfeld CJ, Iñiguez-Lluhí JA, Adrenocorticotropic hormone, adrenal steroids, and the adrenal cortex. In: Brunton LL, Knollmann BC. eds., *Goodman & Gilman's The Pharmacological Basis of Therapeutics*, 14th ed., New York: McGraw-Hill, 2023.

# CURRICULUM VITAE
(prepared 26 March 2024)

NAME:             Mark Dershwitz

ADDRESS:          33 Wildwood Drive
                  Sherborn, MA  01770
                  Telephone (508) 651-1120

PLACE OF BIRTH:   Dearborn, MI

EDUCATION:

| | | |
|---|---|---|
| 1974 | B.A. cum laude<br>Chemistry, with Departmental Honors<br>Oakland University, Rochester, MI  48063 | |
| 1982 | Ph.D. (Pharmacology)<br>Northwestern University, Evanston, IL  60201 | |
| 1982 | M.D. Northwestern University, Chicago, IL  60611 | |

POSTDOCTORAL TRAINING:

INTERNSHIPS AND RESIDENCIES:

| | |
|---|---|
| 1983 | Transitional Resident<br>Carney Hospital, Boston, MA  02124 |
| 1984 — 1986 | Resident in Anesthesia<br>Massachusetts General Hospital, Boston, MA  02114 |

RESEARCH FELLOWSHIPS:

| | |
|---|---|
| 1986 — 1988 | Department of Anesthesia<br>Massachusetts General Hospital, Boston, MA  02114 |

LICENSURE AND CERTIFICATION:

| | |
|---|---|
| 1984 | Massachusetts |
| 1987 | American Board of Anesthesiology |
| 1990 | Maine |
| 2005 — 2015 | American Board of Anesthesiology, Maintenance of Certification in Anesthesiology |
| 2016 — 2026 | American Board of Anesthesiology, Maintenance of Certification In Anesthesiology |

ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 1977 — 1979 | Lecturer in Pharmacology, Illinois College of Podiatric Medicine |
| 1979 — 1982 | Lecturer in Pharmacology, Illinois College of Optometry |
| 1984 — 1987 | Clinical Fellow in Anæsthesia, Harvard Medical School |
| 1987 — 1990 | Instructor in Anæsthesia, Harvard Medical School |
| 1990 — 1997 | Assistant Professor of Anæsthesia, Harvard Medical School |
| 1997 — 2000 | Associate Professor of Anæsthesia, Harvard Medical School |
| 2000 — 2015 | Professor and Academic Vice Chair of Anesthesiology |
| | Professor of Biochemistry & Molecular Pharmacology |
| | University of Massachusetts Medical School |
| 2015 — 2023 | Professor of Anesthesiology |
| | Professor of Biochemistry & Molecular Pharmacology |
| | University of Massachusetts Medical School |
| 2023 — | Professor of Anesthesiology |
| | Professor of Biochemistry & Molecular Biotechnology |
| | University of Massachusetts Medical School |

HOSPITAL APPOINTMENTS:

| | |
|---|---|
| 1986 — 1990 | Assistant in Anesthesia, Massachusetts General Hospital |
| 1990 — 1996 | Assistant Anesthetist, Massachusetts General Hospital |
| 1996 — 2000 | Associate Anesthetist, Massachusetts General Hospital |
| 2000 — 2002 | Clinical Associate in Anesthesia, Massachusetts General Hospital |
| 2000 — | Anesthesiologist, UMass Memorial Medical Center |

AWARDS AND HONORS:

| | |
|---|---|
| 1972 | Michigan Higher Education Association Scholarship |
| 1972 — 1974 | Oakland University Competitive Scholarship |
| 1973 — 1974 | National Merit Scholarship |
| 1979 | American Society for Pharmacology and Experimental Therapeutics Travel Award |
| 1981 | Biophysical Society Samuel A. Talbot Award |
| 1982 | Alpha Omega Alpha Research Award |
| 1986 — 1988 | NIH National Research Service Award |
| 2001 | Distinguished Alumnus Award |
| | Oakland University Department of Chemistry |
| 2002 | Outstanding Teacher Award |
| | University of Massachusetts Department of Anesthesiology |
| 2003 | Outstanding Medical Educator Award |
| | University of Massachusetts Medical School |

AWARDS AND HONORS (continued):

| | |
|---|---|
| 2003 | Outstanding Teacher Award |
| | University of Massachusetts Department of Anesthesiology |
| 2004 — | Listed in **Who's Who in America** |
| 2005 | Teaching Recognition Award, Honorable Mention |
| | International Anesthesia Research Society |
| 2011 | Educational Achievement "Star" Award |
| | University of Massachusetts Medical School |
| 2012 | Outstanding Medical Educator Award |
| | University of Massachusetts Medical School |
| 2013 | Outstanding Medical Educator Award |
| | University of Massachusetts Medical School |
| 2014 | Outstanding Medical Educator Award |
| | University of Massachusetts Medical School |
| 2016 | Class of 2018 Oath Ceremony Speaker |
| | University of Massachusetts Medical School |
| 2016 | Outstanding Medical Educator Award |
| | University of Massachusetts Medical School |
| 2017 | Lamar Soutter Award for Excellence in Medical Education |
| | University of Massachusetts Medical School |

MEMBERSHIPS IN PROFESSIONAL SOCIETIES:

Association of University Anesthesiologists
International Anesthesia Research Society
International Society for Anesthetic Pharmacology
American Society for Pharmacology and Experimental Therapeutics
American Society for Clinical Pharmacology and Therapeutics
Biophysical Society
Massachusetts Medical Society
Anesthesia History Association

RESEARCH INTERESTS:

Intravenous anesthetics
Antiemetics
Monitoring depth of anesthesia
Malignant hyperthermia

RESEARCH FUNDING:

| | |
|---|---|
| 1986 — 1988 | National Institutes of Health GM11656 (PI)<br>The role of glutathione in malignant hyperthermia |
| 1988 — 1989 | Anaquest, Inc. (PI)<br>Comparison of the sedative effects of midazolam and butorphanol |
| 1989 — 1990 | Glaxo, Inc. (Co-I)<br>A randomized, double-blind comparison of intravenous ondansetron and placebo in the prevention of postoperative nausea and vomiting in female patients undergoing abdominal gynecological surgical procedures |
| 1990 — 1991 | Glaxo, Inc. (Co-I)<br>A randomized, double-blind, placebo-controlled study of the effects of two dose levels of intravenous ondansetron on respiratory depression induced by alfentanil in healthy male volunteers |
| 1991 — 1992 | Glaxo, Inc. (Co-I)<br>A dose finding and comparative trial of GI87084B and alfentanil for anesthesia maintenance |
| 1992 — 1993 | Glaxo, Inc. (Co-I)<br>Pharmacokinetics and pharmacodynamics of GI87084B in subjects with hepatic impairment compared to subjects with normal hepatic function |
| 1993 — 1994 | Marion Merrell Dow, Inc. (PI)<br>A randomized, double-blind, placebo-controlled, dose response trial to assess single dose intravenous dolasetron mesylate in patients experiencing postoperative nausea and vomiting |
| 1993 — 1994 | Marion Merrell Dow, Inc. (PI)<br>A randomized, double-blind, placebo-controlled, dose response trial to assess single dose intravenous dolasetron mesylate in preventing postoperative nausea and vomiting |
| 1993 — 1994 | Glaxo, Inc. (Co-I)<br>Pharmacokinetics and pharmacodynamics of GI87084B in subjects with renal impairment compared to subjects with normal renal function |
| 1995 — 1996 | Glaxo, Inc. (PI)<br>A randomized, double-blind, dose-response study of ondansetron in the prevention of postoperative nausea and vomiting in inpatients |

RESEARCH FUNDING (continued):

| 1996 — 1997 | Aradigm Corporation (Co-I) |
| | Comparison of the pharmacokinetics and pharmacodynamics of inhaled versus intravenous morphine sulfate in healthy volunteers |
| 1999 — 2000 | Searle, Inc. (PI) |
| | Clinical Protocol for a Double-blind, Placebo-Controlled, Randomized Study of the Efficacy of Parecoxib 20 mg IV and Parecoxib 40 mg IV Given Postoperatively to Determine Narcotic-Sparing Effectiveness in a Post-General Surgery Pain Model |

CLINICAL RESPONSIBILITIES:

| 1986 — 1988 | Attending Anesthesiologist (20% clinical responsibility) |
| | Massachusetts General Hospital |
| 1988 — 2000 | Attending Anesthesiologist (50% clinical responsibility) |
| | Massachusetts General Hospital |
| 1994 — 1997 | Team Leader, East-West Anesthesia Service |
| | Massachusetts General Hospital |
| 1997 — 2000 | Team Leader, General Surgery Anesthesia Service |
| | Massachusetts General Hospital |
| 2000 — 2017 | Attending Anesthesiologist (40% clinical responsibility) |
| | UMass Memorial Medical Center |
| 2017 — 2020 | Attending Anesthesiologist (20% clinical responsibility) |
| | UMass Memorial Medical Center |

TEACHING EXPERIENCE:

| 1976 — 1980 | Dental Hygiene Pharmacology |
| | Northwestern University Dental School |
| | 5 hours and Course Director |
| 1977 — 1979 | Medical Pharmacology |
| | Illinois College of Podiatric Medicine |
| | 22 hours and Course Director |
| 1978 — 1981 | Dental Pharmacology |
| | Northwestern University Dental School |
| | 3 hours |

TEACHING EXPERIENCE (continued):

| | |
|---|---|
| 1979 — 1982 | General Pharmacology<br>Illinois College of Optometry<br>20 hours and Course Director |
| 1979 — 1982 | Ocular Pharmacology<br>Illinois College of Optometry<br>10 hours and Course Director |
| 1980 — 1981 | Nursing Pharmacology, Northwestern University<br>5 hours |
| 1994 — | HST 150 Introduction to Pharmacology<br>Harvard-MIT Program in Health, Science and Technology<br>4-6 hours |
| 1996 — 2009; 2012 | Harvard Anesthesia Review and Update<br>1-2 hrs |
| 2001 — 2011 | Medical Pharmacology<br>University of Massachusetts Medical School<br>11-16 hrs and Course Co-Director |
| 2007 — 2010 | Medical Biochemistry<br>University of Massachusetts Medical School<br>2 hrs |
| 2010 — 2022 | Principles of Pharmacology<br>University of Massachusetts Medical School<br>10-12 hrs and Course Co-Director |
| 2011 — 2023 | The Brain<br>University of Massachusetts Medical School<br>13-14 hrs and Director of Pharmacology |
| 2013 — 2019 | Development, Structure, and Function<br>University of Massachusetts Medical School<br>1-3 hours |
| 2014 — 2023 | Organ System Disease<br>University of Massachusetts Medical School |
| 2015 — 2018 | 4th year Clerkship in Anesthesiology<br>University of Massachusetts Medical School<br>Clerkship Co-Director |

TEACHING EXPERIENCE (continued):

| 2022 — | Principles 2 – Foundations of Disease, Prevention and Treatment |
| | Skin and Musculoskeletal |
| | Nervous System and Behavior |
| | Endocrine and Reproductive Systems |
| | University of Massachusetts Medical School |

VISITING PROFESSORSHIPS:

| April 6-7, 1994 | University of Pennsylvania |
| May 17-18, 1994 | University of North Carolina at Chapel Hill |
| Sept 20-22, 1994 | State University of New York at Stony Brook |
| April 5-6, 1995 | Albany Medical College |
| May 8-10, 1997 | University of Texas Southwestern Medical Center |
| Dec 8-9, 1998 | Temple University |
| Dec 16-17, 1998 | University of Pittsburgh |
| Nov 7-8, 2001 | State University of New York at Buffalo |

COMMITTEE MEMBERSHIPS:

LOCAL:

| 2000 — 2021 | Pharmacy and Therapeutics Committee |
| | UMass Memorial Medical Center |
| 2001 — 2015 | Clinician's Health and Well-Being Committee |
| | UMass Memorial Medical Center |
| 2001 — | Educational Policy Committee |
| | University of Massachusetts Medical School |
| 2008 — 2021 | Ethics Committee |
| | University of Massachusetts Medical School |
| 2009 — 2020 | Longitudinal Curriculum Committee (Chair) |
| | University of Massachusetts Medical School |

NATIONAL:

| 1999 — 2002 | Subcommittee on Anesthetic Action and Biochemistry |
| | American Society of Anesthesiologists |

COMMITTEE MEMBERSHIPS (continued):

| 2001 — 2009 | Subcommittee on Drug Disposition<br>American Society of Anesthesiologists |
| 2012 — 2021 | Board of Directors (President 2020 – 2021)<br>International Society for Anesthetic Pharmacology |

EDITORIAL BOARD MEMBERSHIPS:

| 2000 — 2013 | International Anesthesiology Clinics |
| 2008 — 2021 | AccessAnesthesiology.com (Editor-in-Chief) |
| 2013 — 2018 | BMC Anesthesiology (Associate Editor) |

BIBLIOGRAPHY:

ORIGINAL REPORTS:

1.  Novak RF, Dershwitz M, Novak FC.  The interaction of benzene with human hemoglobin as studied by $^1$H Fourier transform NMR spectroscopy.  **Biochem Biophys Res Commun** 1978; 82:634-40.

2.  Novak RF, Dershwitz M, Novak FC.  Characterization of the interaction of the aromatic hydrocarbons benzene and toluene with human hemoglobin.  **Mol Pharmacol** 1979; 16:1046-58.

3.  Dershwitz M, Novak RF.  Lack of inhibition of glutathione reductase by unnitrated derivatives of nitrofurantoin.  **Biochem Biophys Res Commun** 1980; 92:1313-19.

4.  Dershwitz M, Novak RF.  Lack of inhibition of glutathione reductase by anthracycline antibiotics.  **Biochem Pharmacol** 1981; 30:676-8.

5.  Dershwitz M, Novak RF.  Generation of superoxide anion via the interaction of nitrofurantoin with human hemoglobin.  **J Biol Chem** 1982; 257:75-9.

6.  Dershwitz M, Novak RF.  Studies on the mechanism of nitrofurantoin-mediated red cell toxicity.  **J Pharm Exp Ther** 1982; 222:430-4.

7.  Dershwitz M, Ts'ao CH, Novak RF.  Metabolic and morphologic effects of the antimicrobial agent nitrofurantoin on human erythrocytes in vitro.  **Biochem Pharmacol** 1985; 34:1963-70.

8.  Dershwitz M, Sréter FA, Ryan JF.  Ketamine does not trigger malignant hyperthermia in susceptible swine.  **Anesth Analg** 1989; 69:501-3.

9.  Dershwitz M, Ryan JF, Guralnick W.  Safety of amide local anesthetics in patients susceptible to malignant hyperthermia.  **J Am Dent Assoc** 1989; 118:276-80.

ORIGINAL REPORTS (continued):

10. Dershwitz M, Sréter FA.  Azumolene reverses episodes of malignant hyperthermia in susceptible swine.  **Anesth Analg** 1990; 70:253-5.

11. Dershwitz M, Rosow CE, Di Biase PM, Zaslavsky A.  Comparison of the sedative effects of butorphanol and midazolam.  **Anesthesiology** 1991; 74:717-24.

12. Dershwitz M, Sherman EP.  Acute myocardial infarction symptoms masked by epidural morphine?  **J Clin Anesth** 1991; 3:146-8.

13. Dershwitz M, Rosow CE, Di Biase PM, Joslyn AF, Sanderson PE.  Ondansetron is effective in decreasing postoperative nausea and vomiting.  **Clin Pharmacol Ther** 1992; 52:96-101.

14. Dershwitz M, Di Biase PM, Rosow CE, Wilson RS, Sanderson PE, Joslyn AF.  Ondansetron does not affect alfentanil-induced ventilatory depression or sedation.  **Anesthesiology** 1992; 77:447-52.

15. McKenzie R, Sharifi-Azad S, Dershwitz M, Miguel R, Joslyn A, Tantisira B, Rosenblum F, Rosow C, Downs J, Bowie J, Odell S, Lessin J, Di Biase P, Nations M.  A randomized, double-blind pilot study examining the use of intravenous ondansetron in the prevention of postoperative nausea and vomiting in female inpatients.  **J Clin Anesth** 1993; 5:30-6.

16. Dershwitz M, Randel GI, Rosow CE, Fragen RJ, Connors PM, Librojo ES, Shaw DL, Peng AW, Jamerson BD.  Initial clinical experience with remifentanil, a new opioid metabolized by esterases.  **Anesth Analg** 1995; 81:619-23.

17. Dershwitz M, Hoke JF, Rosow CE, Michałowski P, Connors PM, Muir KT, Dienstag JL.  Pharmacokinetics and pharmacodynamics of remifentanil in volunteer subjects with severe liver disease.  **Anesthesiology** 1996; 84:812-20.

18. Dershwitz M, Rosow CE.  The pharmacokinetics and pharmacodynamics of remifentanil in volunteers with severe hepatic or renal dysfunction.  **J Clin Anesth** 1996; 8:88S-90S.

19. Kovac AL, Scuderi PE, Boerner TF, Chelly JE, Goldberg ME, Hantler CB, Hahne WF, Brown RA, Dolasetron Mesylate PONV Treatment Study group.  Treatment of postoperative nausea and vomiting with single intravenous doses of dolasetron mesylate: a multicenter trial.  **Anesth Analg** 1997; 85:546-52.

20. Hoke JF, Shlugman D, Dershwitz M, Michałowski P, Malthouse-Dufore S, Connors PM, Marten D, Rosow CE, Muir KT, Rubin N, Glass PSA.  Pharmacokinetics and pharmacodynamics of remifentanil in subjects with renal failure compared to healthy volunteers.  **Anesthesiology** 1997; 87:533-41.

21. Gan TJ, Glass PS, Windsor A, Payne F, Rosow C, Sebel P, Manberg P, BIS Utility Study Group.  Bispectral index monitoring allows faster emergence and improved recovery from propofol, alfentanil, and nitrous oxide anesthesia.  **Anesthesiology** 1997; 87:808-15.

ORIGINAL REPORTS (continued):

22. Kearse LA, Rosow C, Zaslavsky A, Connors P, Dershwitz M, Denman W. Bispectral analysis of the electroencephalogram predicts conscious processing of information during propofol sedation and hypnosis. **Anesthesiology** 1998; 88:25-34.

23. Dershwitz M, Conant JA, Chang YC, Rosow CE, Connors PM. A randomized double-blind dose-response study of ondansetron in the prevention of postoperative nausea and vomiting. **J Clin Anesth** 1998; 10:314-20.

24. Philip BK, Pearman MH, Kovac AL, Chelly JE, Wetchler BV, McKenzie R, Monk TG, Dershwitz M, Mingus M, Sung YF, Hahne WF, Brown RA, Dolasetron PONV Prevention Study Group. Dolasetron for the prevention of postoperative nausea and vomiting following outpatient surgery with general anaesthesia: a randomized, placebo-controlled study. **Eur J Anaesthesiol** 2000; 17:23-32.

25. Philip BK, McLeskey CH, Chelly JE, McKenzie R, Kovac AL, Diemunsch P, DuBois DM, Dolasetron Prophylaxis Study Group. Pooled analysis of three large clinical trials to determine the optimal dose of dolasetron mesylate needed to prevent postoperative nausea and vomiting. **J Clin Anesth** 2000; 12:1-8. (erratum published in **J Clin Anesth** 2000; 12:577-78).

26. Dershwitz M, Walsh JL, Morishige RJ, Connors PM, Rubsamen RM, Shafer, SL, Rosow C. Pharmacokinetics and pharmacodynamics of inhaled versus intravenous morphine in healthy volunteers. **Anesthesiology** 2000; 93:619-28.

27. Dershwitz M, Michałowski P, Chang YC, Rosow CE, Conlay LA. Postoperative nausea and vomiting following total intravenous anesthesia with propofol and remifentanil or alfentanil. How important is the opioid? **J Clin Anesth** 2002; 14:275-78.

28. Dershwitz M. Droperidol: should the black box be light gray? **J Clin Anesth** 2002; 14:598-603.

29. Dershwitz M. There should be a threshold dose for the FDA black-box warning on droperidol (letter). **Anesth Analg** 2003; 97:1542-3.

30. Dershwitz M. Is droperidol safe? Probably... **Semin Anesth** 2004; 23:291-301.

31. Cooper JB, Blum RH, Carroll JS, Dershwitz M, Feinstein DM, Gaba DM, Morey JC, Singla AK. Differences in safety climate among hospital anesthesia departments and the effect of a realistic simulation-based training program. **Anesth Analg** 2008; 106: 574-584.

32. Shay D, Kumar B, Bellamy D, Palepu A, Dershwitz M, Walz JM, Schaefer MS, Beam A. Assessment of ChatGPT Anesthesiology-Specialty Medical Knowledge on Anesthesiology Board Examination Practice Questions. **Br J Anaes** 2023; 131:e31-e34.

33. Shay D, Kumar B, Redaelli S, von Wedel D, Liu M, Dershwitz M, Schaefer MS, Beam A. Could ChatGPT-4 pass an anaesthesiology board examination? Follow-up assessment of a comprehensive set of board examination practice questions. **Br J Anaesth** 2024; 132:172-174.

PROCEEDINGS OF MEETINGS:

1.  Kharasch ED, Dershwitz M, Novak RF.  Differential hemeprotein involvement in microsomal and red cell lysate quinone and nitro group reduction.  In:  Sato R, Kato R, eds.  **Microsomes, Drug Oxidations, and Drug Toxicity**.  New York:  Wiley Interscience, 1982:237-8.

BOOKS:

1.  Stelmack TR, Dershwitz M.  **Manual for the Use of Pharmaceutical Agents for Ocular Diagnostic Purposes,** ICO Press, Chicago, 1980.

2.  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  4th ed.  Norwalk, CT: Appleton & Lange, 1994.

3.  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  5th ed.  Norwalk, CT: Appleton & Lange, 1998.

4.  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.** 6th ed.  New York:  McGraw-Hill, 2006.

5.  Vacanti CA, Sikka PK, Urman RD, Dershwitz M, Segal BS, eds.  **Essential Clinical Anesthesia.**  Cambridge:  Cambridge University Press, 2011.

6.  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.** 7th ed.  New York:  McGraw-Hill, 2013.

CHAPTERS IN BOOKS:

1.  Dershwitz M, Ten Eick RE.  Pharmacology.  In: **National Boards Examination Review for Part I, Basic Sciences**.  Garden City, NY:  Medical Examination Publishing Co., 1981.

2.  Dershwitz M.  Pharmacology.  In:  **National Boards Examination Review for Part I, Basic Sciences**.  New Hyde Park, NY:  Medical Examination Publishing Co., 1984.

3.  Dershwitz M.  Pharmacology.  In:  **National Boards Examination Review for Part I, Basic Sciences.**  New York:  Elsevier Science Publishing Co., Inc., 1987.

4.  Dershwitz M.  Local anesthetics.  In:  Firestone LL, Lebowitz PW, Cook CE, eds. **Clinical Anesthesia Procedures of the Massachusetts General Hospital,** 3rd ed. Boston:  Little, Brown and Co., 1988.

5.  Dershwitz M.  Physics and chemistry.  In:  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  4th ed.  Norwalk, CT:  Appleton & Lange, 1994.

6.  Dershwitz M.  Anesthesia equipment.  In:  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  4th ed.  Norwalk, CT:  Appleton & Lange, 1994.

CHAPTERS IN BOOKS (continued):

7.  Dershwitz M.  Renal, hepatic, endocrine, hematologic, and metabolic systems.  In:  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  4th ed.  Norwalk, CT:  Appleton & Lange, 1994.

8.  Dershwitz M.  Pharmacology.  In:  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  4th ed.  Norwalk, CT:  Appleton & Lange, 1994.

9.  Dershwitz M.  General anesthesia.  In:  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  4th ed.  Norwalk, CT:  Appleton & Lange, 1994.

10.  Dershwitz, M.  Regional anesthesia.  In:  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  4th ed.  Norwalk, CT:  Appleton & Lange, 1994.

11.  Dershwitz M.  Respiratory therapy.  In:  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  4th ed.  Norwalk, CT:  Appleton & Lange, 1994.

12.  Dershwitz M.  Antiemetics.  In:  Bowdle TA, Horita A, Kharasch ED, eds.  **The Pharmacological Basis of Anesthesia**.  New York:  Churchill Livingstone, 1994.

13.  Dershwitz M.  Antiemetic drugs.  In:  White PF, ed.  **Ambulatory Anesthesia and Surgery.**  London:  W.B. Saunders Co., 1997.

14.  Rosow CE, Dershwitz M.  Opioid analgetics.  In:  Longnecker DE, Tinker JH, Morgan GE, eds.  **Principles and Practice of Anesthesiology**, 2nd ed.  Philadelphia:  Mosby-Year Book, Inc., 1997.

15.  Starnbach A, Dershwitz M.  Intravenous and inhalation anesthetics. In:  Hurford WE, Bailin MT, Davison JK, et al., eds.  **Clinical Anesthesia Procedures of the Massachusetts General Hospital**, 5th ed.  Philadelphia:  Lippincott-Raven, 1998.

16.  Dershwitz M.  Agents for general anesthesia.  In:  Schirmer BD, Rattner DW, eds.  **Ambulatory Surgery.**  Philadelphia:  W.B. Saunders Co., 1998.

17.  Dershwitz M.  Physics and chemistry.  In:  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  5th ed.  Norwalk, CT:  Appleton & Lange, 1998.

18.  Dershwitz M.  Anesthesia equipment.  In:  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  5th ed.  Norwalk, CT:  Appleton & Lange, 1998.

19.  Dershwitz M.  Renal, hepatic, endocrine, hematologic, and metabolic systems.  In:  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.** 5th ed.  Norwalk, CT:  Appleton & Lange, 1998.

20.  Dershwitz M.  Pharmacology.  In:  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  5th ed.  Norwalk, CT:  Appleton & Lange, 1998.

21.  Dershwitz M.  General anesthesia.  In:  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  5th ed.  Norwalk, CT:  Appleton & Lange, 1998.

22.  Dershwitz M.  Regional anesthesia.  In:  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  5th ed.  Norwalk, CT:  Appleton & Lange, 1998.

CHAPTERS IN BOOKS (continued):

23.  Dershwitz M.  Intravenous and inhalation anesthetics.  In:  Hurford WE, ed.  **Clinical Anesthesia Procedures of the Massachusetts General Hospital**, 6th ed.  Philadelphia: Lippincott Williams and Wilkins, 2002.

24.  Dershwitz M, Landow L, Joshi-Ryzewicz W.  Anesthesia for bedside procedures.  In: Irwin RS, Cerra FB, Rippe JM, eds.  **Irwin and Rippe's Intensive Care Medicine**, 5th ed.  Philadelphia:  Lippincott, Williams, and Wilkins, 2003.

25.  Dershwitz M, Landow L, Joshi-Ryzewicz W.  Anesthesia for bedside procedures.  In: Irwin RS, Rippe JM, Curley FJ, Heard SO, eds.  **Procedures and Techniques in Intensive Care Medicine**, 3rd ed.  Philadelphia:  Lippincott, Williams, and Wilkins, 2003.

26.  Dershwitz M.  Antipsychotics.  In:  Fink M, Abraham E, Vincent J-L, et al., eds. **Textbook of Critical Care**, 5th ed.  Philadelphia:  Elsevier, 2005.

27.  Dershwitz M.  Analgesic cyclooxygenase inhibitors for ambulatory anesthesia.   In: Steele S, Nielsen K, eds.  **Ambulatory Anesthesia and Perioperative Analgesia**.  New York:  McGraw Hill, 2005.

28.  Walz JM, Dershwitz M.  Anesthesia for bedside procedures.  In:  Irwin RS, Rippe JM, eds.  **Manual of Intensive Care Medicine**, 4th ed.  Philadelphia:  Lippincott Williams & Wilkins, 2005.

29.  Dershwitz M.  Physics and chemistry.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.**  6th ed.  New York:  McGraw-Hill, 2006.

30.  Dershwitz M.  Anesthesia equipment.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.**  6th ed.  New York:  McGraw-Hill, 2006.

31.  Goetzler RM, Dershwitz M.  Renal, hepatic, endocrine, hematologic, and metabolic systems.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.**  6th ed.  New York:  McGraw-Hill, 2006.

32.  Walz JM, Dershwitz M.  Pharmacology.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.**  6th ed.  New York:  McGraw-Hill, 2006.

33.  Dershwitz M.  General anesthesia.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.**  6th ed.  New York:  McGraw-Hill, 2006.

34.  Dershwitz M.  Regional anesthesia.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.**  6th ed.  New York:  McGraw-Hill, 2006.

35.  Dershwitz M.  Anesthesia for bedside procedures.  In:  Irwin RS, Rippe JM, eds.  **Irwin and Rippe's Intensive Care Medicine**, 6th ed.  Philadelphia:  Lippincott, Williams, and Wilkins, 2007.

36.  Dershwitz M.  Anesthesia for bedside procedures.  In:  Irwin RS, Rippe JM, Lisbon A, Heard SO, eds.  **Procedures, Techniques, and Minimally Invasive Monitoring in Intensive Care Medicine,** 4th ed.  Philadelphia:  Lippincott, Williams, and Wilkins, 2007.

CHAPTERS IN BOOKS (continued):

37. Dershwitz M, Rosow CE.  Intravenous anesthetics.  In:  Longnecker DE, Brown D, Newman M, Zapol WM, eds.  **Anesthesiology**.  New York:  McGraw-Hill, 2008.

38. Rosow CE, Dershwitz M.  Opioid analgesics.  In:  Longnecker DE, Brown D, Newman M, Zapol WM, eds.  **Anesthesiology**.  New York:  McGraw-Hill, 2008.

39. Dershwitz M, Rosow CE.  Appendix A:  Formulary.  In:  Longnecker DE, Brown D, Newman M, Zapol WM, eds.  **Anesthesiology**.  New York:  McGraw-Hill, 2008.

40. Nichols A, Dershwitz M.  Preoperative evaluation of the noncardiac surgical patient.  In:  Domino FJ, et al., eds.  **The 5-Minute Clinical Consult,** 18th ed.  Philadelphia:  Wolters Kluwer, 2009.

41. Nichols A, Dershwitz M.  Preoperative evaluation of the noncardiac surgical patient.  In:  Domino FJ, et al., eds.  **The 5-Minute Clinical Consult,** 19th ed.  Philadelphia:  Wolters Kluwer, 2010.

42. Rosow CE, Dershwitz M.  Clinical pharmacology of opioids.  In:  Evers A, Maze M, Kharasch E, eds.  **Anesthetic Pharmacology**, 2nd ed.  Cambridge:  Cambridge University Press, 2011.

43. Pappas L, Dershwitz M.  Pharmacokinetics of intravenous agents.  In:  Vacanti CA, et al., eds.  **Essential Clinical Anesthesia**.  Cambridge:  Cambridge University Press, 2011.

44. Agarwala A, Dershwitz M.  Intravenous induction agents.  In:  Vacanti CA, et al., eds.  **Essential Clinical Anesthesia**.  Cambridge:  Cambridge University Press, 2011.

45. Parish B, Dershwitz M.  COX inhibitors and alpha-2 adrenoceptor agonists.  In:  Vacanti CA, et al., eds.  **Essential Clinical Anesthesia**.  Cambridge:  Cambridge University Press, 2011.

46. Dershwitz M.  Antipsychotics.  In:  Vincent J-L, Abraham E, Moore FA, et al., eds.  **Textbook of Critical Care**, 6th ed.  Philadelphia:  Elsevier, 2011.

47. Dershwitz M, Rosow CE.  Intravenous anesthetics.  In:  Longnecker DE, Brown D, Newman M, Zapol WM, eds.  **Anesthesiology,** 2nd ed.  New York:  McGraw-Hill, 2012.

48. Rosow CE, Dershwitz M.  Opioid analgesics.  In:  Longnecker DE, Brown D, Newman M, Zapol WM, eds.  **Anesthesiology,** 2nd ed.  New York:  McGraw-Hill, 2012.

49. Dershwitz M, Rosow CE.  Appendix A:  Formulary.  In:  Longnecker DE, Brown D, Newman M, Zapol WM, eds.  **Anesthesiology,** 2nd ed.  New York:  McGraw-Hill, 2012.

50. Dershwitz M.  Anesthesia for bedside procedures.  In:  Irwin RS, Rippe JM, eds.  **Irwin and Rippe's Intensive Care Medicine**, 7th ed.  Philadelphia:  Lippincott, Williams, and Wilkins, 2012.

CHAPTERS IN BOOKS (continued):

51. Dershwitz M.  Physics, chemistry, and mathematics.  In:  Dershwitz M, Walz JM, eds. **McGraw-Hill Specialty Board Review: Anesthesiology.** 7th ed.  New York:  McGraw-Hill, 2013.

52. Dershwitz M.  Anesthesia equipment.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.** 7th ed.  New York:  McGraw-Hill, 2013.

53. Goetzler RM, Dershwitz M.  Renal, hepatic, endocrine, hematologic, and metabolic systems.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.** 7th ed.  New York:  McGraw-Hill, 2013.

54. Walz JM, Dershwitz M.  Pharmacology.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.** 7th ed.  New York:  McGraw-Hill, 2013.

55. Dershwitz M.  General anesthesia.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.** 7th ed.  New York:  McGraw-Hill, 2013.

56. Duduch EM, Dershwitz M.  Anesthesia for miscellaneous procedures.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.** 7th ed.  New York:  McGraw-Hill, 2013.

57. Dershwitz M, Pieters RS.  Treatment of cancer pain.  In: Pieters RS, Liebmann J, eds. Cancer Concepts:  A Guidebook for the NonOncologist.  Worcester, MA:  University of Massachusetts Medical School; 2016. doi: 10.7191/cancer_concepts.1024.

58. Dershwitz M.  Anesthesia for bedside procedures.  In:  Irwin RS, Lilly CM, Mayo PH, Rippe JM, eds.  **Irwin and Rippe's Intensive Care Medicine**, 8th ed.  Philadelphia: Lippincott, Williams, and Wilkins, 2018.

59. Dershwitz M, Rosow CE.  Intravenous anesthetics.  In:  Longnecker DE, Newman M, Sandberg W, Zapol WM, eds.  **Anesthesiology,** 3rd ed.  New York:  McGraw-Hill, 2018.

60. Rosow CE, Dershwitz M.  Opioid analgesics.  In:  Longnecker DE, Newman M, Sandberg W, Zapol WM, eds.  **Anesthesiology,** 3rd ed.  New York:  McGraw-Hill, 2018.

61. Dershwitz M, Rosow CE.  Appendix A: Formulary.  In:  Longnecker DE, Newman M, Sandberg W, Zapol WM, eds.  **Anesthesiology**, 3rd ed.  New York:  McGraw-Hill, 2018.

62. Dershwitz M.  Anesthesia for bedside procedures.  In:  Lilly CM, Mayo PH, Koenig SJ, Irwin RS, eds.  **Irwin and Rippe's Ultrasonography for the Management of the Critically Ill**.  Riverwoods, IL: Wolters Kluwer, 2020.

63. Mitchon G, Dershwitz M.  Anesthesia for bedside procedures.  In:  Lilly CM, Irwin RS, Boyle WA, Kelly WF, eds.  **Irwin and Rippe's Intensive Care Medicine**, 9th ed. Philadelphia:  Lippincott, Williams, and Wilkins, 2023.

REVIEWS AND EDUCATIONAL MATERIALS:

1. Dershwitz M.  Advances in antiemetic therapy.  **Anesth Clinics North Amer** 1994; 12:119-32.

2. Dershwitz M.  How can the costs of anesthesia be decreased?  **Intravenous Anesth Today** 1994; 1(3):4-9.

3. Dershwitz M.  5-HT$_3$ antagonists in postoperative nausea and vomiting.  **Ambulatory Anesth** 1995; 10(1):9-11.

4. Ballantyne JC, Dershwitz M.  The pharmacology of non-steroidal anti-inflammatory drugs for acute pain.  **Curr Opin Anaesthesiol** 1995; 8:461-68.

5. Dershwitz M, Rosow CE.  Remifentanil:  a truly-short-acting opioid.  **Semin Anesth** 1996; 15:88-96.

6. Dershwitz M, Rosow CE.  Remifentanil: an opioid metabolized by esterases.  **Exp Opin Invest Drugs** 1996; 5:1361-76.

7. Dershwitz M.  Should we measure depth of anesthesia?  **Semin Anesth** 2001; 20:246-56.

8. Dershwitz M, Henthorn TK.  The pharmacokinetics and pharmacodynamics of thiopental as used in lethal injection.  **Fordham Urban Law J** 2008; 35:931-56.

Non-Print Materials:

1. Dershwitz M.  Use of short-acting analgesia in surgery:  achieving cost-effective care (videotape).  Rancho Mirage, CA:  Annenberg Center for Health Sciences, 1996.

2. Dershwitz M.  General considerations (section editor).  In:  Bailin M. ed.  **Harvard Electronic Anesthesia Library** (CD-ROM).  Philadelphia:  Lippincott Williams & Wilkins, 2001.

3. Dershwitz M.  Practical pharmacokinetics of intravenous anesthetics.  In:  Bailin M. ed.  **Harvard Electronic Anesthesia Library** (CD-ROM).  Philadelphia:  Lippincott Williams & Wilkins, 2001.

4. Dershwitz M.  Clinical pharmacology of analgesic drugs.  **Audio-Digest Anesthesiology Board Review**, 2015.

5. Dershwitz M.  General principles of pharmacology.  **Audio-Digest Anesthesiology Board Review**, 2018.

6. Dershwitz M.  Pharmacology of local anesthetics.  **Audio-Digest Anesthesiology Board Review**, 2018.

7. Dershwitz M.  Monitoring the depth of anesthesia.  **Audio-Digest Anesthesiology CME**, 2020.

Non-Print Materials (continued):

8.    Dershwitz M.  Drug interactions in anesthesiology.  **Audio-Digest Anesthesiology CME**, 2020.

9.    Dershwitz M.  Anticoagulants.  **Audio-Digest Anesthesiology CME**, 2020.

10.   Dershwitz M.  Sympathomimetic agents.  **Audio-Digest Anesthesiology CME**, 2020.


INVITED LECTURES:

1.    Pharmacokinetics and pharmacodynamics of remifentanil in volunteer subjects with severe liver disease.  Association of University Anesthesiologists Annual Meeting; Chicago, Illinois; May, 1994.

2.    Solutions for problem solutions.  International Society for Anesthetic Pharmacology Annual Meeting; San Diego, California; October, 2015.


ABSTRACTS:

1.    Bruer P, Cantarella J, Dershwitz M, Undy L, Young DC.  Polarographic studies of copper (II) complexes of glycine peptides.  Abstract #6, Anachem Society Meeting, Detroit, MI, 1976.

2.    Dershwitz M, Novak RF.  The interaction of nitrofurantoin with human hemoglobin. **Fed Proc** 1979; 38:544.

3.    Dershwitz M, Novak RF.  Metabolic effects of nitrofurantoin on the human erythrocyte.  **The Pharmacologist** 1979; 21:170.

4.    Dershwitz M, Novak RF.  Depletion of erythrocyte adenosine-5'-triphosphate and reduced glutathione levels by nitrofurantoin and unnitrated derivatives.  **Fed Proc** 1980; 39:748.

5.    Dershwitz M, Lack of inhibition of glutathione reductase by unnitrated derivatives of nitrofurantoin.  **Fed Proc** 1980; 39:1751.

6.    Dershwitz M, Novak RF.  Oxidation of human hemoglobin by nitrofurantoin.  **Biophys J** 1981; 33:81a.

7.    Dershwitz M, Novak RF.  The effects of ethyl isocyanide on nitrofurantoin-mediated depletion of red cell glutathione.  **Fed Proc** 1981; 40:667.

8.    Dershwitz M, Novak RF.  Studies on the mechanism of nitrofurantoin-mediated red cell toxicity. **Eighth International Congress on Pharmacology,** Tokyo, Japan, 1981.

9.    Kharasch ED, Dershwitz M, Novak RF.  Differential hemeprotein involvement in microsomal and red cell lysate quinone and nitro group reduction.  **Fifth International Symposium on Microsomes and Drug Oxidations,** Tokyo, Japan, 1981.

ABSTRACTS (continued):

10. Dershwitz M, Novak RF.  On the mechanism of nitrofurantoin-mediated red cell toxicity.  **The Pharmacologist** 1981; 23:211.

11. Dershwitz M, Novak RF.  Generation of activated oxygen species in human red cells by nitrofurantoin.  **Seventh International Biophysics Congress and Third Pan-American Biochemistry Congress,** Mexico City, Mexico, 1981.

12. Dershwitz M, Sréter FA.  Substrate requirements for glutathione maintenance in pig red cells in vitro.  **The Pharmacologist** 1987; 29:210.

13. López JR, Dershwitz M, Sanchez V, Sréter FA.   $[K^+]$  and  $[Na^+]$  in malignant hyperthermia-susceptible swine.  **Biophys J** 1988; 53:609a.

14. Chang RJ, Dershwitz M, Sréter FA, Smilowitz H.  Skeletal muscle from malignant hyperthermia-susceptible swine contains decreased levels of monoclonal antibody reactive dihydropyridine receptor.  **The Pharmacologist** 1988; 30:A88.

15. Kim DH, Lee YS, Sréter FA, Ohkisa T, Dershwitz M, Ikemoto N.  Effects of azumolene on the kinetics of Ca release from normal and malignant hyperthermic sarcoplasmic reticulum.  **Biophys J** 1990; 57:497a.

16. Dershwitz M, Sréter FA.  Reversal of malignant hyperthermia episodes by azumolene in susceptible swine.  **Anesth Analg** 1990; 70:S81.

17. Dershwitz M, Rosow CE, Di Biase PM, Zaslavsky A.  Characterization of the sedative effects of butorphanol in humans.  **The Pharmacologist** 1990; 32:139.

18. Dershwitz M, Rosow CE, Di Biase PM, Joslyn AF, Sanderson PE.  Prophylaxis of postoperative vomiting by ondansetron.  **Clin Pharm Ther** 1991; 49:184.

19. Dershwitz M, Rosow CE, Di Biase PM, Joslyn AF, Sanderson PE.  Ondansetron is effective in decreasing postoperative nausea and vomiting.  **Jap J Anesthesiol** 1991; 40:S312.

20. Dershwitz M, Di Biase PM, Rosow CE, Wilson RS.  Ondansetron does not affect alfentanil-induced ventilatory depression.  **Anesthesiology** 1991; 75:A321.

21. Nakamura H, deBros F, Roberts J, Dershwitz M, Sweet W, Poletti C, Philbin D.  Plasma catecholamine concentrations before and after trigeminal rhizotomy:  a clinical study.  5th International Symposium on Endocrinology in Anesthesia and Critical Care, Berlin, October, 1991.

22. Nakamura H, deBros F, Roberts J, Dershwitz M, Sweet W, Poletti C, Philbin D.  Plasma catecholamine concentrations before and after trigeminal rhizotomy:  a clinical study.  **Anesth Analg** 1992; 74:S217.

23. Dershwitz M, Randel G, Rosow CE, Fragen R, Di Biase PM, Librojo ES, Jamerson B, Shaw DL.  Dose-response relationship of GI87084B, a new ultra-short acting opioid.  **Anesthesiology** 1992; 77:A396.

ABSTRACTS (continued):

24. Dershwitz M, Rosow CE, Di Biase PM, Wilson RS. Ventilatory depression during and after a low dose alfentanil infusion in normal volunteers. **Anesthesiology** 1992; 77:A360.

25. Dershwitz M, Rosow CE, Michałowski P, Connors PM, Hoke JF, Muir KT, Dienstag JL. Pharmacokinetics and pharmacodynamics of remifentanil in volunteer subjects with severe liver disease. Association of University Anesthesiologists Annual Meeting; Chicago, Illinois; May, 1994.

26. Dershwitz M, Rosow CE, Michałowski P, Connors PM, Hoke JF, Muir KT, Dienstag JL. Pharmacokinetics and pharmacodynamics of remifentanil in subjects with severe liver disease compared with normal subjects. **Anesthesiology** 1994; 81:A377.

27. Shlugman D, Dufore S, Dershwitz M, Michałowski P, Hoke J, Muir KT, Rosow C, Glass PSA. Respiratory effects of remifentanil in subjects with severe renal impairment compared to matched controls. **Anesthesiology** 1994; 81:A1417.

28. Hoke JF, Muir KT, Glass PSA, Shlugman D, Rosow CE, Dershwitz M, Michałowski P. Pharmacokinetics of remifentanil and its metabolite (GR90291) in subjects with renal disease. **Clin Pharm Ther** 1995; 57:148.

29. Kovac A, Melson T, Graczyk S, Scuderi P, Watkins WD, MCPR44 Study Group. Treatment of postoperative nausea and vomiting with single doses of IV dolasetron: a multicenter trial. **Anesthesiology** 1995; 83:A6.

30. Kearse L, Rosow C, Connors P, Denman W, Dershwitz M. Propofol sedation/hypnosis and bispectral EEG analysis in volunteers. **Anesthesiology** 1995; 83:A506.

31. Kovac A, Chelly J, McKenzie R, Philip B, Pearman M, Brown R, MCPR45 Study Group. Multicenter intravenous dose response trial to assess the efficacy and safety of dolasetron mesylate in preventing postoperative nausea and vomiting. **Anesthesiology** 1996; 85:A1.

32. Dershwitz M, Conant JA, Rosow CE, Connors PM, Zaslavsky A. A dose-response study of ondansetron in preventing postoperative nausea and vomiting in female inpatients. **Anesthesiology** 1996; 85:A331.

33. Rosow CE, Connors PM, Hennessy D, Rosow D, Dershwitz M, Shyu WC, Vachharajani N. Bioavailability of nasal butorphanol. **Anesthesiology** 1996; 85:A314.

34. Denman WT, Rosow D, Hennessy D, Dershwitz M, Rosow C. Miotic effects of alfentanil, and fentanyl occur at extremely low doses. **The Pharmacologist** 1997; 39:109.

35. Dershwitz M, Morishige RJ, Walsh JL, Rodriguez-Paz JM, Maarschalk LA, Rubsamen RM, Connors PM, Rosow CE. Pharmacokinetics of inhaled morphine in normal volunteers. **Anesthesiology** 1997; 87:A376.

ABSTRACTS (continued):

36. Denman WT, Rosow D, Hennessy D, Dershwitz M, Rosow CE.  Miotic effects of alfentanil, and fentanyl occur at extremely low doses.  **Anesthesiology** 1997; 87:A316.

37. Michałowski P, Dershwitz M, Rosow CE, Conlay LA, Chang YC.  Total intravenous anesthesia with remifentanil or alfentanil in ambulatory orthopedic surgery carries minimal risk of postoperative nausea and vomiting.  **Anesthesiology** 1998; 89:A34.

38. Walsh J, Dershwitz M, Rosow C, Connors PM, Morishige R, Rubsamen R.  Intravenous and inhaled morphine pharmacokinetics and pharmacodynamics as measured by pupillometry.  **Anesthesiology** 1998; 89:A521.

39. Dershwitz M, Walsh JL, Krause S, Makris N, Gollub R.  Using functional magnetic resonance imaging to measure opioid effects in discrete brain regions.  Association of University Anesthesiologists Annual Meeting; Pittsburgh, Pennsylvania; May, 1999.

40. Gollub RL, Breiter H, Dershwitz M, Elman I, Kantor H, Gastfriend D, Benson E, Lazar S, Krause S, Makris N, Kennedy D, Campbell T, Weisskoff R, Rosen B:  Cocaine dose dependent activation of brain reward circuitry in humans revealed by 3T fMRI. International Conference on Functional Mapping of the Human Brain, 1999.

41. Dershwitz M, Walsh JL, Krause S, Makris N, Gollub R.  Using functional magnetic resonance imaging to measure opioid effects in discrete brain regions.  **Anesthesiology** 1999; 91:A367.

42. He YL, Walsh J, Denman W, Dershwitz M, Kim J, Rosow C.  Pharmacodynamic modeling of the miotic effects of alfentanil in humans measured with infrared pupillometry.  Association of University Anesthesiologists Annual Meeting; Rochester, NY; May, 2001.

43. Gollub R, Aquino P, Kong J, Gracely R, Kramet T, Dershwitz M.  Reliable intensity and laterality encoding of noxious pressure and heat pain in cortex within single subjects using 1.5T fMRI.  Organization for Human Brain Mapping 7th Annual Meeting; Brighton, UK; June, 2001.

44. Aquino P, Kong J, Gracely RH, Kramer T, Dershwitz M, Gollub R.  Reliable encoding of brief noxious mechanical stimuli in single subjects using 1.5T fMRI.  Society for Neuroscience, 2001.

45. O'Neil MP,  Johansen K, McGee S, Oleson E, Burnham C, Dershwitz M.  Image atlas of aging:  age related structural and functional changes in the liver.  American Geriatrics Society Annual Meeting; Orlando, FL; May, 2014.

46. Gagliardi SB, Garg N, Smith T, Dershwitz M, Rogoff M.  BRAIN case exercises: integrative, collaborative, graded problem-solving.  Northeast Group on Educational Affairs, American Association of Medical Colleges Annual Meeting; Worcester, MA; April, 2015.

ABSTRACTS (continued):

47. Sagerström C, Dershwitz M.  Do medical students cheat on unmonitored online exams? Data from the UMass Principles of Pharmacology course.  Northeast Group on Educational Affairs, American Association of Medical Colleges Annual Meeting; Worcester, MA; April, 2015.

48. Ko W-C, Fischer MA, Dershwitz M.  Are lecturers teaching you what they think they are teaching?  Northeastern Group on Educational Affairs of the Association of American Medical Colleges Annual Meeting; Providence, RI; April, 2016.

49. Petrillo C, Dershwitz M.  Pyridostigmine reversal during rocuronium neuromuscular blockade for abbreviated surgery.  American Society of Anesthesiologists Annual Meeting; Chicago, IL; October, 2016.

50. Ko W-C, Fischer MA, Dershwitz M.  Are lecturers teaching you what they think they are teaching?  Association of American Medical Colleges Annual Meeting; Seattle, WA; November, 2016.

51. Erskine NA, Schoor MS, Dershwitz M, Shaikh S.  Finding a culprit for delayed emergence following an emergent procedure.  New England Anesthesia Resident Conference Annual Meeting; Boston, MA; May, 2018.

# Mark Dershwitz, M.D., Ph.D.
## Rule 26 Disclosure

| Date | Type | Case # | Description | Location | Attorney | Firm | Plaintiff/Defense |
|------|------|--------|-------------|----------|----------|------|-------------------|
| 8/10/20 | Deposition | 18A69722 | Tolbert v Emory Healthcare, Inc., et al. | State Court Dekalb County, GA | Michael Perez | Warshauer Law Group | P |
| 11/11/20 | Deposition | 18EV005769 | Hammontree v Piedmont Mountainside Hospital, Inc., et al. | State Court Fulton County, GA | Stephen R. Chance | Watkins, Lourie, Roll & Chance, P.C. | P |
| 6/15/21 | Deposition | 19A73040 | Maso v Hammond, et al. | State Court Dekalb County, GA | Andrew B. Cash | Cash, Krugler & Fredericks, LLC | P |
| 11/18/21 | Deposition | 20EV002058 | Manning v Georgia Anesthesiologists, LLC, et al. | State Court Fulton County, GA | Robert Roll | Watkins, Lourie, Roll & Chance, P.C. | P |
| 7/13/22 | Deposition | PC16-3629 | Polanco v University Medical Group, Inc., et al. | Superior Court Providence, RI | Mark Fleury | Barton Gilman, LLP | D |
| 8/23/22 | Trial | 16EV005756 | Dorsey v Kepner, et al. | State Court Fulton County, GA | Jay Sadd | Slappey & Sadd | P |
| 5/16/23 | Deposition | 11-CVS-18175 | Connette, et al., v Charlotte-Mecklenberg Hospital Authority, et al. | Superior Court Mecklenberg County, NC | Michael Sindoni | Edwards Kirby, LLP | P |
| 10/27/23 | Trial | 16C00765-5 | McBee v Hutcheson Anesthesia & Pain Treatment, LLC, et al. | Superior Court Gwinnett County, GA | Stephen B. Moseley | Brinson, Askew, Berry, Seigler, Richardson & Davis | D |
| 3/27/24 | Deposition | 19SV00045 | Logue, et al. v Thurman-Watson, et al. | State Court Toombs County, GA | H. Craig Stafford | Arnold & Stafford | P |

# CURRICULUM VITAE
(prepared 14 November 2021)

NAME:                    Mark Dershwitz

ADDRESS:                 33 Wildwood Drive
                         Sherborn, MA  01770
                         Telephone (508) 651-1120

PLACE OF BIRTH:          Dearborn, MI

EDUCATION:

| | |
|---|---|
| 1974 | B.A. cum laude<br>Chemistry, with Departmental Honors<br>Oakland University, Rochester, MI  48063 |
| 1982 | Ph.D. (Pharmacology)<br>Northwestern University, Evanston, IL  60201 |
| 1982 | M.D. Northwestern University, Chicago, IL  60611 |

POSTDOCTORAL TRAINING:

INTERNSHIPS AND RESIDENCIES:

| | |
|---|---|
| 1983 | Transitional Resident<br>Carney Hospital, Boston, MA  02124 |
| 1984 — 1986 | Resident in Anesthesia<br>Massachusetts General Hospital, Boston, MA  02114 |

RESEARCH FELLOWSHIPS:

| | |
|---|---|
| 1986 — 1988 | Department of Anesthesia<br>Massachusetts General Hospital, Boston, MA  02114 |

LICENSURE AND CERTIFICATION:

| | |
|---|---|
| 1984 | Massachusetts |
| 1987 | American Board of Anesthesiology |
| 1990 | Maine |
| 2005 — 2015 | American Board of Anesthesiology, Maintenance of Certification in Anesthesiology |
| 2016 — 2026 | American Board of Anesthesiology, Maintenance of Certification In Anesthesiology |

## ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 1977 — 1979 | Lecturer in Pharmacology, Illinois College of Podiatric Medicine |
| 1979 — 1982 | Lecturer in Pharmacology, Illinois College of Optometry |
| 1984 — 1987 | Clinical Fellow in Anæsthesia, Harvard Medical School |
| 1987 — 1990 | Instructor in Anæsthesia, Harvard Medical School |
| 1990 — 1997 | Assistant Professor of Anæsthesia, Harvard Medical School |
| 1997 — 2000 | Associate Professor of Anæsthesia, Harvard Medical School |
| 2000 — 2015 | Professor and Academic Vice Chair of Anesthesiology |
| | Professor of Biochemistry & Molecular Pharmacology |
| | University of Massachusetts Medical School |
| 2015 — | Professor of Anesthesiology |
| | Professor of Biochemistry & Molecular Pharmacology |
| | University of Massachusetts Medical School |

## HOSPITAL APPOINTMENTS:

| | |
|---|---|
| 1986 — 1990 | Assistant in Anesthesia, Massachusetts General Hospital |
| 1990 — 1996 | Assistant Anesthetist, Massachusetts General Hospital |
| 1996 — 2000 | Associate Anesthetist, Massachusetts General Hospital |
| 2000 — 2002 | Clinical Associate in Anesthesia, Massachusetts General Hospital |
| 2000 — | Anesthesiologist, UMass Memorial Medical Center |

## AWARDS AND HONORS:

| | |
|---|---|
| 1972 | Michigan Higher Education Association Scholarship |
| 1972 — 1974 | Oakland University Competitive Scholarship |
| 1973 — 1974 | National Merit Scholarship |
| 1979 | American Society for Pharmacology and Experimental Therapeutics Travel Award |
| 1981 | Biophysical Society Samuel A. Talbot Award |
| 1982 | Alpha Omega Alpha Research Award |
| 1986 — 1988 | NIH National Research Service Award |
| 2001 | Distinguished Alumnus Award |
| | Oakland University Department of Chemistry |
| 2002 | Outstanding Teacher Award |
| | University of Massachusetts Department of Anesthesiology |
| 2003 | Outstanding Medical Educator Award |
| | University of Massachusetts Medical School |
| 2003 | Outstanding Teacher Award |
| | University of Massachusetts Department of Anesthesiology |
| 2004 — | Listed in **Who's Who in America** |

AWARDS AND HONORS (continued):

| | |
|---|---|
| 2005 | Teaching Recognition Award, Honorable Mention |
| | International Anesthesia Research Society |
| 2011 | Educational Achievement "Star" Award |
| | University of Massachusetts Medical School |
| 2012 | Outstanding Medical Educator Award |
| | University of Massachusetts Medical School |
| 2013 | Outstanding Medical Educator Award |
| | University of Massachusetts Medical School |
| 2014 | Outstanding Medical Educator Award |
| | University of Massachusetts Medical School |
| 2016 | Class of 2018 Oath Ceremony Speaker |
| | University of Massachusetts Medical School |
| 2016 | Outstanding Medical Educator Award |
| | University of Massachusetts Medical School |
| 2017 | Lamar Soutter Award for Excellence in Medical Education |
| | University of Massachusetts Medical School |

MEMBERSHIPS IN PROFESSIONAL SOCIETIES:

Association of University Anesthesiologists
International Anesthesia Research Society
International Society for Anesthetic Pharmacology
American Society for Pharmacology and Experimental Therapeutics
American Society for Clinical Pharmacology and Therapeutics
Biophysical Society
Massachusetts Medical Society
Anesthesia History Association

RESEARCH INTERESTS:

Intravenous anesthetics
Antiemetics
Monitoring depth of anesthesia
Malignant hyperthermia

RESEARCH FUNDING:

| | |
|---|---|
| 1986 — 1988 | National Institutes of Health GM11656 (PI) |
| | The role of glutathione in malignant hyperthermia |

RESEARCH FUNDING (continued):

| | |
|---|---|
| 1988 — 1989 | Anaquest, Inc. (PI)<br>Comparison of the sedative effects of midazolam and butorphanol |
| 1989 — 1990 | Glaxo, Inc. (Co-I)<br>A randomized, double-blind comparison of intravenous ondansetron and placebo in the prevention of postoperative nausea and vomiting in female patients undergoing abdominal gynecological surgical procedures |
| 1990 — 1991 | Glaxo, Inc. (Co-I)<br>A randomized, double-blind, placebo-controlled study of the effects of two dose levels of intravenous ondansetron on respiratory depression induced by alfentanil in healthy male volunteers |
| 1991 — 1992 | Glaxo, Inc. (Co-I)<br>A dose finding and comparative trial of GI87084B and alfentanil for anesthesia maintenance |
| 1992 — 1993 | Glaxo, Inc. (Co-I)<br>Pharmacokinetics and pharmacodynamics of GI87084B in subjects with hepatic impairment compared to subjects with normal hepatic function |
| 1993 — 1994 | Marion Merrell Dow, Inc. (PI)<br>A randomized, double-blind, placebo-controlled, dose response trial to assess single dose intravenous dolasetron mesylate in patients experiencing postoperative nausea and vomiting |
| 1993 — 1994 | Marion Merrell Dow, Inc. (PI)<br>A randomized, double-blind, placebo-controlled, dose response trial to assess single dose intravenous dolasetron mesylate in preventing postoperative nausea and vomiting |
| 1993 — 1994 | Glaxo, Inc. (Co-I)<br>Pharmacokinetics and pharmacodynamics of GI87084B in subjects with renal impairment compared to subjects with normal renal function |
| 1995 — 1996 | Glaxo, Inc. (PI)<br>A randomized, double-blind, dose-response study of ondansetron in the prevention of postoperative nausea and vomiting in inpatients |
| 1996 — 1997 | Aradigm Corporation (Co-I)<br>Comparison of the pharmacokinetics and pharmacodynamics of inhaled versus intravenous morphine sulfate in healthy volunteers |

RESEARCH FUNDING (continued):

| | |
|---|---|
| 1999 — 2000 | Searle, Inc. (PI)<br>Clinical Protocol for a Double-blind, Placebo-Controlled, Randomized Study of the Efficacy of Parecoxib 20 mg IV and Parecoxib 40 mg IV Given Postoperatively to Determine Narcotic-Sparing Effectiveness in a Post-General Surgery Pain Model |

CLINICAL RESPONSIBILITIES:

| | |
|---|---|
| 1986 — 1988 | Attending Anesthesiologist (20% clinical responsibility)<br>Massachusetts General Hospital |
| 1988 — 2000 | Attending Anesthesiologist (50% clinical responsibility)<br>Massachusetts General Hospital |
| 1994 — 1997 | Team Leader, East-West Anesthesia Service<br>Massachusetts General Hospital |
| 1997 — 2000 | Team Leader, General Surgery Anesthesia Service<br>Massachusetts General Hospital |
| 2000 — 2017 | Attending Anesthesiologist (40% clinical responsibility)<br>UMass Memorial Medical Center |
| 2017 — 2020 | Attending Anesthesiologist (20% clinical responsibility)<br>UMass Memorial Medical Center |

TEACHING EXPERIENCE:

| | |
|---|---|
| 1976 — 1980 | Dental Hygiene Pharmacology<br>Northwestern University Dental School<br>5 hours and Course Director |
| 1977 — 1979 | Medical Pharmacology<br>Illinois College of Podiatric Medicine<br>22 hours and Course Director |
| 1978 — 1981 | Dental Pharmacology<br>Northwestern University Dental School<br>3 hours |
| 1979 — 1982 | General Pharmacology<br>Illinois College of Optometry<br>20 hours and Course Director |

TEACHING EXPERIENCE (continued):

| | |
|---|---|
| 1979 — 1982 | Ocular Pharmacology<br>Illinois College of Optometry<br>10 hours and Course Director |
| 1980 — 1981 | Nursing Pharmacology, Northwestern University<br>5 hours |
| 1994 — | HST 150 Introduction to Pharmacology<br>Harvard-MIT Program in Health, Science and Technology<br>4-6 hours |
| 1996 — 2009; 2012 | Harvard Anesthesia Review and Update<br>1-2 hrs |
| 2001 — 2011 | Medical Pharmacology<br>University of Massachusetts Medical School<br>11-16 hrs and Course Co-Director |
| 2007 — 2010 | Medical Biochemistry<br>University of Massachusetts Medical School<br>2 hrs |
| 2010 — | Principles of Pharmacology<br>University of Massachusetts Medical School<br>10-12 hrs and Course Co-Director |
| 2011 — | The Brain<br>University of Massachusetts Medical School<br>13-14 hrs and Director of Pharmacology |
| 2013 — 2019 | Development, Structure, and Function<br>University of Massachusetts Medical School<br>1-3 hours |
| 2014 — | Organ System Disease<br>University of Massachusetts Medical School<br>3 hours |
| 2015 — 2018 | 4th year Clerkship in Anesthesiology<br>University of Massachusetts Medical School<br>Clerkship Co-Director |

VISITING PROFESSORSHIPS:

| | |
|---|---|
| April 6-7, 1994 | University of Pennsylvania |
| May 17-18, 1994 | University of North Carolina at Chapel Hill |

VISITING PROFESSORSHIPS (continued):

| | |
|---|---|
| Sept 20-22, 1994 | State University of New York at Stony Brook |
| April 5-6, 1995 | Albany Medical College |
| May 8-10, 1997 | University of Texas Southwestern Medical Center |
| Dec 8-9, 1998 | Temple University |
| Dec 16-17, 1998 | University of Pittsburgh |
| Nov 7-8, 2001 | State University of New York at Buffalo |

COMMITTEE MEMBERSHIPS:

LOCAL:

| | |
|---|---|
| 2000 — 2021 | Pharmacy and Therapeutics Committee<br>UMass Memorial Medical Center |
| 2001 — 2015 | Clinician's Health and Well-Being Committee<br>UMass Memorial Medical Center |
| 2001 — | Educational Policy Committee<br>University of Massachusetts Medical School |
| 2008 — 2021 | Ethics Committee<br>University of Massachusetts Medical School |
| 2009 — 2020 | Longitudinal Curriculum Committee (Chair)<br>University of Massachusetts Medical School |

NATIONAL:

| | |
|---|---|
| 1999 — 2002 | Subcommittee on Anesthetic Action and Biochemistry<br>American Society of Anesthesiologists |
| 2001 — 2009 | Subcommittee on Drug Disposition<br>American Society of Anesthesiologists |
| 2012 — 2021 | Board of Directors (President 2020 – 2021)<br>International Society for Anesthetic Pharmacology |

EDITORIAL BOARD MEMBERSHIPS:

| | |
|---|---|
| 2000 — 2013 | International Anesthesiology Clinics |
| 2008 — 2021 | AccessAnesthesiology.com (Editor-in-Chief) |
| 2013 — 2018 | BMC Anesthesiology (Associate Editor) |

BIBLIOGRAPHY:

ORIGINAL REPORTS:

1. Novak RF, Dershwitz M, Novak FC.  The interaction of benzene with human hemoglobin as studied by [1]H Fourier transform NMR spectroscopy.  **Biochem Biophys Res Commun** 1978; 82:634-40.

2. Novak RF, Dershwitz M, Novak FC.  Characterization of the interaction of the aromatic hydrocarbons benzene and toluene with human hemoglobin.  **Mol Pharmacol** 1979; 16:1046-58.

3. Dershwitz M, Novak RF.  Lack of inhibition of glutathione reductase by unnitrated derivatives of nitrofurantoin.  **Biochem Biophys Res Commun** 1980; 92:1313-19.

4. Dershwitz M, Novak RF.  Lack of inhibition of glutathione reductase by anthracycline antibiotics.  **Biochem Pharmacol** 1981; 30:676-8.

5. Dershwitz M, Novak RF.  Generation of superoxide anion via the interaction of nitrofurantoin with human hemoglobin.  **J Biol Chem** 1982; 257:75-9.

6. Dershwitz M, Novak RF.  Studies on the mechanism of nitrofurantoin-mediated red cell toxicity.  **J Pharm Exp Ther** 1982; 222:430-4.

7. Dershwitz M, Ts'ao CH, Novak RF.  Metabolic and morphologic effects of the antimicrobial agent nitrofurantoin on human erythrocytes in vitro.  **Biochem Pharmacol** 1985; 34:1963-70.

8. Dershwitz M, Sréter FA, Ryan JF.  Ketamine does not trigger malignant hyperthermia in susceptible swine.  **Anesth Analg** 1989; 69:501-3.

9. Dershwitz M, Ryan JF, Guralnick W.  Safety of amide local anesthetics in patients susceptible to malignant hyperthermia.  **J Am Dent Assoc** 1989; 118:276-80.

10. Dershwitz M, Sréter FA.  Azumolene reverses episodes of malignant hyperthermia in susceptible swine.  **Anesth Analg** 1990; 70:253-5.

11. Dershwitz M, Rosow CE, Di Biase PM, Zaslavsky A.  Comparison of the sedative effects of butorphanol and midazolam.  **Anesthesiology** 1991; 74:717-24.

12. Dershwitz M, Sherman EP.  Acute myocardial infarction symptoms masked by epidural morphine?  **J Clin Anesth** 1991; 3:146-8.

13. Dershwitz M, Rosow CE, Di Biase PM, Joslyn AF, Sanderson PE.  Ondansetron is effective in decreasing postoperative nausea and vomiting.  **Clin Pharmacol Ther** 1992; 52:96-101.

14. Dershwitz M, Di Biase PM, Rosow CE, Wilson RS, Sanderson PE, Joslyn AF.  Ondansetron does not affect alfentanil-induced ventilatory depression or sedation.  **Anesthesiology** 1992; 77:447-52.

ORIGINAL REPORTS (continued):

15. McKenzie R, Sharifi-Azad S, Dershwitz M, Miguel R, Joslyn A, Tantisira B, Rosenblum F, Rosow C, Downs J, Bowie J, Odell S, Lessin J, Di Biase P, Nations M. A randomized, double-blind pilot study examining the use of intravenous ondansetron in the prevention of postoperative nausea and vomiting in female inpatients. **J Clin Anesth** 1993; 5:30-6.

16. Dershwitz M, Randel GI, Rosow CE, Fragen RJ, Connors PM, Librojo ES, Shaw DL, Peng AW, Jamerson BD. Initial clinical experience with remifentanil, a new opioid metabolized by esterases. **Anesth Analg** 1995; 81:619-23.

17. Dershwitz M, Hoke JF, Rosow CE, Michałowski P, Connors PM, Muir KT, Dienstag JL. Pharmacokinetics and pharmacodynamics of remifentanil in volunteer subjects with severe liver disease. **Anesthesiology** 1996; 84:812-20.

18. Dershwitz M, Rosow CE. The pharmacokinetics and pharmacodynamics of remifentanil in volunteers with severe hepatic or renal dysfunction. **J Clin Anesth** 1996; 8:88S-90S.

19. Kovac AL, Scuderi PE, Boerner TF, Chelly JE, Goldberg ME, Hantler CB, Hahne WF, Brown RA, Dolasetron Mesylate PONV Treatment Study group. Treatment of postoperative nausea and vomiting with single intravenous doses of dolasetron mesylate: a multicenter trial. **Anesth Analg** 1997; 85:546-52.

20. Hoke JF, Shlugman D, Dershwitz M, Michałowski P, Malthouse-Dufore S, Connors PM, Marten D, Rosow CE, Muir KT, Rubin N, Glass PSA. Pharmacokinetics and pharmacodynamics of remifentanil in subjects with renal failure compared to healthy volunteers. **Anesthesiology** 1997; 87:533-41.

21. Gan TJ, Glass PS, Windsor A, Payne F, Rosow C, Sebel P, Manberg P, BIS Utility Study Group. Bispectral index monitoring allows faster emergence and improved recovery from propofol, alfentanil, and nitrous oxide anesthesia. Anesthesiology 1997; 87:808-15.

22. Kearse LA, Rosow C, Zaslavsky A, Connors P, Dershwitz M, Denman W. Bispectral analysis of the electroencephalogram predicts conscious processing of information during propofol sedation and hypnosis. Anesthesiology 1998; 88:25-34.

23. Dershwitz M, Conant JA, Chang YC, Rosow CE, Connors PM. A randomized double-blind dose-response study of ondansetron in the prevention of postoperative nausea and vomiting. J Clin Anesth 1998; 10:314-20.

24. Philip BK, Pearman MH, Kovac AL, Chelly JE, Wetchler BV, McKenzie R, Monk TG, Dershwitz M, Mingus M, Sung YF, Hahne WF, Brown RA, Dolasetron PONV Prevention Study Group. Dolasetron for the prevention of postoperative nausea and vomiting following outpatient surgery with general anaesthesia: a randomized, placebo-controlled study. Eur J Anaesthesiol 2000; 17:23-32.

ORIGINAL REPORTS (continued):

25.  Philip BK, McLeskey CH, Chelly JE, McKenzie R, Kovac AL, Diemunsch P, DuBois
     DM, Dolasetron Prophylaxis Study Group.  Pooled analysis of three large clinical trials
     to determine the optimal dose of dolasetron mesylate needed to prevent postoperative
     nausea and vomiting.  J Clin Anesth 2000; 12:1-8. (erratum published in J Clin Anesth
     2000; 12:577-78).

26.  Dershwitz M, Walsh JL, Morishige RJ, Connors PM, Rubsamen RM, Shafer, SL, Rosow
     C.  Pharmacokinetics and pharmacodynamics of inhaled versus intravenous morphine
     in healthy volunteers.  Anesthesiology 2000; 93:619-28.

27.  Dershwitz M, Michałowski P, Chang YC, Rosow CE, Conlay LA.  Postoperative nausea
     and vomiting following total intravenous anesthesia with propofol and remifentanil
     or alfentanil.  How important is the opioid?  J Clin Anesth 2002; 14:275-78.

28.  Dershwitz M.  Droperidol:  should the black box be light gray?  J Clin Anesth 2002;
     14:598-603.

29.  Dershwitz M.  There should be a threshold dose for the FDA black-box warning on
     droperidol (letter).  Anesth Analg 2003; 97:1542-3.

30.  Dershwitz M.  Is droperidol safe?  Probably…  Semin Anesth 2004; 23:291-301.

31.  Cooper JB, Blum RH, Carroll JS, Dershwitz M, Feinstein DM, Gaba DM, Morey JC,
     Singla AK.  Differences in safety climate among hospital anesthesia departments and
     the effect of a realistic simulation-based training program.  Anesth Analg 2008; 106:
     574-584.


PROCEEDINGS OF MEETINGS:

1.  Kharasch ED, Dershwitz M, Novak RF.  Differential hemeprotein involvement in
    microsomal and red cell lysate quinone and nitro group reduction.  In:  Sato R, Kato R,
    eds.  **Microsomes, Drug Oxidations, and Drug Toxicity**.  New York:  Wiley
    Interscience, 1982:237-8.


BOOKS:

1.  Stelmack TR, Dershwitz M.  **Manual for the Use of Pharmaceutical Agents for Ocular
    Diagnostic Purposes,** ICO Press, Chicago, 1980.

2.  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  4th ed.  Norwalk, CT:
    Appleton & Lange, 1994.

3.  Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  5th ed.  Norwalk, CT:
    Appleton & Lange, 1998.

BOOKS (continued):

4.   Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.**
     6th ed.  New York:  McGraw-Hill, 2006.

5.   Vacanti CA, Sikka PK, Urman RD, Dershwitz M, Segal BS, eds.  **Essential Clinical
     Anesthesia.**  Cambridge:  Cambridge University Press, 2011.

6.   Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.**
     7th ed.  New York:  McGraw-Hill, 2013.


CHAPTERS IN BOOKS:

1.   Dershwitz M, Ten Eick RE.  Pharmacology.  In: **National Boards Examination Review
     for Part I, Basic Sciences**.  Garden City, NY:  Medical Examination Publishing Co.,
     1981.

2.   Dershwitz M.  Pharmacology.  In:  **National Boards Examination Review for Part I,
     Basic Sciences**.  New Hyde Park, NY:  Medical Examination Publishing Co., 1984.

3.   Dershwitz M.  Pharmacology.  In:  **National Boards Examination Review for Part I,
     Basic Sciences.**  New York:  Elsevier Science Publishing Co., Inc., 1987.

4.   Dershwitz M.  Local anesthetics.  In:  Firestone LL, Lebowitz PW, Cook CE, eds.
     **Clinical Anesthesia Procedures of the Massachusetts General Hospital,** 3rd ed.
     Boston:  Little, Brown and Co., 1988.

5.   Dershwitz M.  Physics and chemistry.  In: Dershwitz M, ed.  **The MGH Board Review
     of Anesthesiology.**  4th ed.  Norwalk, CT:  Appleton & Lange, 1994.

6.   Dershwitz M.  Anesthesia equipment.  In: Dershwitz M, ed.  **The MGH Board Review
     of Anesthesiology.**  4th ed.  Norwalk, CT:  Appleton & Lange, 1994.

7.   Dershwitz M.  Renal, hepatic, endocrine, hematologic, and metabolic systems.  In:
     Dershwitz M, ed.  **The MGH Board Review of Anesthesiology.**  4th ed.  Norwalk, CT:
     Appleton & Lange, 1994.

8.   Dershwitz M.  Pharmacology.  In:  Dershwitz M, ed.  **The MGH Board Review of
     Anesthesiology.**  4th ed.  Norwalk, CT:  Appleton & Lange, 1994.

9.   Dershwitz M.  General anesthesia.  In:  Dershwitz M, ed.  **The MGH Board Review of
     Anesthesiology.**  4th ed.  Norwalk, CT:  Appleton & Lange, 1994.

10.  Dershwitz, M.  Regional anesthesia.  In:  Dershwitz M, ed.  **The MGH Board Review
     of Anesthesiology.**  4th ed.  Norwalk, CT:  Appleton & Lange, 1994.

11.  Dershwitz M.  Respiratory therapy.  In:  Dershwitz M, ed.  **The MGH Board Review
     of Anesthesiology.**  4th ed.  Norwalk, CT:  Appleton & Lange, 1994.

12.  Dershwitz M.  Antiemetics.  In:  Bowdle TA, Horita A, Kharasch ED, eds.  **The
     Pharmacological Basis of Anesthesia**.  New York:  Churchill Livingstone, 1994.

CHAPTERS IN BOOKS (continued):

13. Dershwitz M. Antiemetic drugs. In: White PF, ed. **Ambulatory Anesthesia and Surgery.** London: W.B. Saunders Co., 1997.

14. Rosow CE, Dershwitz M. Opioid analgetics. In: Longnecker DE, Tinker JH, Morgan GE, eds. **Principles and Practice of Anesthesiology**, 2nd ed. Philadelphia: Mosby-Year Book, Inc., 1997.

15. Starnbach A, Dershwitz M. Intravenous and inhalation anesthetics. In: Hurford WE, Bailin MT, Davison JK, et al., eds. **Clinical Anesthesia Procedures of the Massachusetts General Hospital**, 5th ed. Philadelphia: Lippincott-Raven, 1998.

16. Dershwitz M. Agents for general anesthesia. In: Schirmer BD, Rattner DW, eds. **Ambulatory Surgery.** Philadelphia: W.B. Saunders Co., 1998.

17. Dershwitz M. Physics and chemistry. In: Dershwitz M, ed. **The MGH Board Review of Anesthesiology.** 5th ed. Norwalk, CT: Appleton & Lange, 1998.

18. Dershwitz M. Anesthesia equipment. In: Dershwitz M, ed. **The MGH Board Review of Anesthesiology.** 5th ed. Norwalk, CT: Appleton & Lange, 1998.

19. Dershwitz M. Renal, hepatic, endocrine, hematologic, and metabolic systems. In: Dershwitz M, ed. **The MGH Board Review of Anesthesiology.** 5th ed. Norwalk, CT: Appleton & Lange, 1998.

20. Dershwitz M. Pharmacology. In: Dershwitz M, ed. **The MGH Board Review of Anesthesiology.** 5th ed. Norwalk, CT: Appleton & Lange, 1998.

21. Dershwitz M. General anesthesia. In: Dershwitz M, ed. **The MGH Board Review of Anesthesiology.** 5th ed. Norwalk, CT: Appleton & Lange, 1998.

22. Dershwitz M. Regional anesthesia. In: Dershwitz M, ed. **The MGH Board Review of Anesthesiology.** 5th ed. Norwalk, CT: Appleton & Lange, 1998.

23. Dershwitz M. Intravenous and inhalation anesthetics. In: Hurford WE, ed. **Clinical Anesthesia Procedures of the Massachusetts General Hospital**, 6th ed. Philadelphia: Lippincott Williams and Wilkins, 2002.

24. Dershwitz M, Landow L, Joshi-Ryzewicz W. Anesthesia for bedside procedures. In: Irwin RS, Cerra FB, Rippe JM, eds. **Irwin and Rippe's Intensive Care Medicine**, 5th ed. Philadelphia: Lippincott, Williams, and Wilkins, 2003.

25. Dershwitz M, Landow L, Joshi-Ryzewicz W. Anesthesia for bedside procedures. In: Irwin RS, Rippe JM, Curley FJ, Heard SO, eds. **Procedures and Techniques in Intensive Care Medicine**, 3rd ed. Philadelphia: Lippincott, Williams, and Wilkins, 2003.

26. Dershwitz M. Antipsychotics. In: Fink M, Abraham E, Vincent J-L, et al., eds. **Textbook of Critical Care**, 5th ed. Philadelphia: Elsevier, 2005.

CHAPTERS IN BOOKS (continued):

27. Dershwitz M.  Analgesic cyclooxygenase inhibitors for ambulatory anesthesia.  In: Steele S, Nielsen K, eds.  **Ambulatory Anesthesia and Perioperative Analgesia**.  New York:  McGraw Hill, 2005.

28. Walz JM, Dershwitz M.  Anesthesia for bedside procedures.  In:  Irwin RS, Rippe JM, eds.  **Manual of Intensive Care Medicine**, 4th ed.  Philadelphia:  Lippincott Williams & Wilkins, 2005.

29. Dershwitz M.  Physics and chemistry.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.**  6th ed.  New York:  McGraw-Hill, 2006.

30. Dershwitz M.  Anesthesia equipment.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.**  6th ed.  New York:  McGraw-Hill, 2006.

31. Goetzler RM, Dershwitz M.  Renal, hepatic, endocrine, hematologic, and metabolic systems.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.**  6th ed.  New York:  McGraw-Hill, 2006.

32. Walz JM, Dershwitz M.  Pharmacology.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.**  6th ed.  New York: McGraw-Hill, 2006.

33. Dershwitz M.  General anesthesia.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.**  6th ed.  New York:  McGraw-Hill, 2006.

34. Dershwitz M.  Regional anesthesia.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.**  6th ed.  New York:  McGraw-Hill, 2006.

35. Dershwitz M.  Anesthesia for bedside procedures.  In:  Irwin RS, Rippe JM, eds.  **Irwin and Rippe's Intensive Care Medicine**, 6th ed.  Philadelphia:  Lippincott, Williams, and Wilkins, 2007.

36. Dershwitz M.  Anesthesia for bedside procedures.  In:  Irwin RS, Rippe JM, Lisbon A, Heard SO, eds.  **Procedures, Techniques, and Minimally Invasive Monitoring in Intensive Care Medicine,** 4th ed.  Philadelphia:  Lippincott, Williams, and Wilkins, 2007.

37. Dershwitz M, Rosow CE.  Intravenous anesthetics.  In:  Longnecker DE, Brown D, Newman M, Zapol WM, eds.  **Anesthesiology**.  New York:  McGraw-Hill, 2008.

38. Rosow CE, Dershwitz M.  Opioid analgesics.  In:  Longnecker DE, Brown D, Newman M, Zapol WM, eds.  **Anesthesiology**.  New York:  McGraw-Hill, 2008.

39. Dershwitz M, Rosow CE.  Appendix A:  Formulary.  In:  Longnecker DE, Brown D, Newman M, Zapol WM, eds.  **Anesthesiology**.  New York:  McGraw-Hill, 2008.

40. Nichols A, Dershwitz M.  Preoperative evaluation of the noncardiac surgical patient.  In:  Domino FJ, et al., eds.  **The 5-Minute Clinical Consult,** 18th ed.  Philadelphia:  Wolters Kluwer, 2009.

CHAPTERS IN BOOKS (continued):

41. Nichols A, Dershwitz M.  Preoperative evaluation of the noncardiac surgical patient.  In:  Domino FJ, et al., eds.  **The 5-Minute Clinical Consult,** 19th ed.  Philadelphia:  Wolters Kluwer, 2010.

42. Rosow CE, Dershwitz M.  Clinical pharmacology of opioids.  In:  Evers A, Maze M, Kharasch E, eds.  **Anesthetic Pharmacology**, 2nd ed.  Cambridge:  Cambridge University Press, 2011.

43. Pappas L, Dershwitz M.  Pharmacokinetics of intravenous agents.  In:  Vacanti CA, et al., eds.  **Essential Clinical Anesthesia**.  Cambridge:  Cambridge University Press, 2011.

44. Agarwala A, Dershwitz M.  Intravenous induction agents.  In:  Vacanti CA, et al., eds.  **Essential Clinical Anesthesia**.  Cambridge:  Cambridge University Press, 2011.

45. Parish B, Dershwitz M.  COX inhibitors and alpha-2 adrenoceptor agonists.  In:  Vacanti CA, et al., eds.  **Essential Clinical Anesthesia**.  Cambridge:  Cambridge University Press, 2011.

46. Dershwitz M.  Antipsychotics.  In:  Vincent J-L, Abraham E, Moore FA, et al., eds.  **Textbook of Critical Care**, 6th ed.  Philadelphia:  Elsevier, 2011.

47. Dershwitz M, Rosow CE.  Intravenous anesthetics.  In:  Longnecker DE, Brown D, Newman M, Zapol WM, eds.  **Anesthesiology,** 2nd ed.  New York:  McGraw-Hill, 2012.

48. Rosow CE, Dershwitz M.  Opioid analgesics.  In:  Longnecker DE, Brown D, Newman M, Zapol WM, eds.  **Anesthesiology,** 2nd ed.  New York:  McGraw-Hill, 2012.

49. Dershwitz M, Rosow CE.  Appendix A:  Formulary.  In:  Longnecker DE, Brown D, Newman M, Zapol WM, eds.  **Anesthesiology,** 2nd ed.  New York:  McGraw-Hill, 2012.

50. Dershwitz M.  Anesthesia for bedside procedures.  In:  Irwin RS, Rippe JM, eds.  **Irwin and Rippe's Intensive Care Medicine**, 7th ed.  Philadelphia:  Lippincott, Williams, and Wilkins, 2012.

51. Dershwitz M.  Physics, chemistry, and mathematics.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.** 7th ed.  New York:  McGraw-Hill, 2013.

52. Dershwitz M.  Anesthesia equipment.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.** 7th ed.  New York:  McGraw-Hill, 2013.

53. Goetzler RM, Dershwitz M.  Renal, hepatic, endocrine, hematologic, and metabolic systems.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.** 7th ed.  New York:  McGraw-Hill, 2013.

54. Walz JM, Dershwitz M.  Pharmacology.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.** 7th ed.  New York:  McGraw-Hill, 2013.

CHAPTERS IN BOOKS (continued):

55. Dershwitz M.  General anesthesia.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.**  7th ed.  New York:  McGraw-Hill, 2013.

56. Duduch EM, Dershwitz M.  Anesthesia for miscellaneous procedures.  In:  Dershwitz M, Walz JM, eds.  **McGraw-Hill Specialty Board Review: Anesthesiology.**  7th ed.  New York:  McGraw-Hill, 2013.

57. Dershwitz M, Pieters RS.  Treatment of cancer pain.  In:  Pieters RS, Liebmann J, eds.  Cancer Concepts:  A Guidebook for the NonOncologist.  Worcester, MA:  University of Massachusetts Medical School; 2016. doi: 10.7191/cancer_concepts.1024.

58. Dershwitz M.  Anesthesia for bedside procedures.  In:  Irwin RS, Lilly CM, Mayo PH, Rippe JM, eds.  **Irwin and Rippe's Intensive Care Medicine**, 8th ed.  Philadelphia:  Lippincott, Williams, and Wilkins, 2018.

59. Dershwitz M, Rosow CE.  Intravenous anesthetics.  In:  Longnecker DE, Newman M, Sandberg W, Zapol WM, eds.  **Anesthesiology,** 3rd ed.  New York:  McGraw-Hill, 2018.

60. Rosow CE, Dershwitz M.  Opioid analgesics.  In:  Longnecker DE, Newman M, Sandberg W, Zapol WM, eds.  **Anesthesiology,** 3rd ed.  New York:  McGraw-Hill, 2018.

61. Dershwitz M, Rosow CE.  Appendix A: Formulary.  In:  Longnecker DE, Newman M, Sandberg W, Zapol WM, eds.  **Anesthesiology**, 3rd ed.  New York:  McGraw-Hill, 2018.

62. Dershwitz M.  Anesthesia for bedside procedures.  In:  Lilly CM, Mayo PH, Koenig SJ, Irwin RS, eds.  **Irwin and Rippe's Ultrasonography for the Management of the Critically Ill**.  Riverwoods, IL:  Wolters Kluwer, 2020.


REVIEWS AND EDUCATIONAL MATERIALS:

1. Dershwitz M.  Advances in antiemetic therapy.  **Anesth Clinics North Amer** 1994; 12:119-32.

2. Dershwitz M.  How can the costs of anesthesia be decreased?  **Intravenous Anesth Today** 1994; 1(3):4-9.

3. Dershwitz M.  5-HT$_3$ antagonists in postoperative nausea and vomiting.  **Ambulatory Anesth** 1995; 10(1):9-11.

4. Ballantyne JC, Dershwitz M.  The pharmacology of non-steroidal anti-inflammatory drugs for acute pain.  **Curr Opin Anaesthesiol** 1995; 8:461-68.

5. Dershwitz M, Rosow CE.  Remifentanil: a truly-short-acting opioid.  **Semin Anesth** 1996; 15:88-96.

REVIEWS AND EDUCATIONAL MATERIALS (continued):

6.   Dershwitz M, Rosow CE.  Remifentanil:  an opioid metabolized by esterases.  **Exp Opin Invest Drugs** 1996; 5:1361-76.

7.   Dershwitz M.  Should we measure depth of anesthesia?  **Semin Anesth** 2001; 20:246-56.

8.   Dershwitz M, Henthorn TK.  The pharmacokinetics and pharmacodynamics of thiopental as used in lethal injection.  **Fordham Urban Law J** 2008; 35:931-56.


NON-PRINT MATERIALS:

1.   Dershwitz M.  Use of short-acting analgesia in surgery:  achieving cost-effective care (videotape).  Rancho Mirage, CA:  Annenberg Center for Health Sciences, 1996.

2.   Dershwitz M.  General considerations (section editor).  In:  Bailin M. ed.  **Harvard Electronic Anesthesia Library** (CD-ROM).  Philadelphia:  Lippincott Williams & Wilkins, 2001.

3.   Dershwitz M.  Practical pharmacokinetics of intravenous anesthetics.  In:  Bailin M. ed.  **Harvard Electronic Anesthesia Library** (CD-ROM).  Philadelphia:  Lippincott Williams & Wilkins, 2001.

4.   Dershwitz M.  Clinical pharmacology of analgesic drugs.  Audio-Digest Anesthesiology Board Review, 2015.

5.   Dershwitz M.  General principles of pharmacology.  Audio-Digest Anesthesiology Board Review, 2018.

6.   Dershwitz M.  Pharmacology of local anesthetics.  Audio-Digest Anesthesiology Board Review, 2018.

7.   Dershwitz M.  Monitoring the depth of anesthesia.  Audio-Digest Anesthesiology CME, 2020.

8.   Dershwitz M.  Drug interactions in anesthesiology.  Audio-Digest Anesthesiology CME, 2020.

9.   Dershwitz M.  Anticoagulants.  Audio-Digest Anesthesiology CME, 2020.

10.  Dershwitz M.  Sympathomimetic agents.  Audio-Digest Anesthesiology CME, 2020.


INVITED LECTURES:

1.   Pharmacokinetics and pharmacodynamics of remifentanil in volunteer subjects with severe liver disease.  Association of University Anesthesiologists Annual Meeting; Chicago, Illinois; May, 1994.

2.   Solutions for problem solutions.  International Society for Anesthetic Pharmacology Annual Meeting; San Diego, California; October, 2015.

ABSTRACTS:

1.  Bruer P, Cantarella J, Dershwitz M, Undy L, Young DC.  Polarographic studies of copper (II) complexes of glycine peptides.  Abstract #6, Anachem Society Meeting, Detroit, MI, 1976.

2.  Dershwitz M, Novak RF.  The interaction of nitrofurantoin with human hemoglobin.  **Fed Proc** 1979; 38:544.

3.  Dershwitz M, Novak RF.  Metabolic effects of nitrofurantoin on the human erythro-cyte.  **The Pharmacologist** 1979; 21:170.

4.  Dershwitz M, Novak RF.  Depletion of erythrocyte adenosine-5'-triphosphate and reduced glutathione levels by nitrofurantoin and unnitrated derivatives.  **Fed Proc** 1980; 39:748.

5.  Dershwitz M, Lack of inhibition of glutathione reductase by unnitrated derivatives of nitrofurantoin.  **Fed Proc** 1980; 39:1751.

6.  Dershwitz M, Novak RF.  Oxidation of human hemoglobin by nitrofurantoin.  **Biophys J** 1981; 33:81a.

7.  Dershwitz M, Novak RF.  The effects of ethyl isocyanide on nitrofurantoin-mediated depletion of red cell glutathione.  **Fed Proc** 1981; 40:667.

8.  Dershwitz M, Novak RF.  Studies on the mechanism of nitrofurantoin-mediated red cell toxicity.  **Eighth International Congress on Pharmacology,** Tokyo, Japan, 1981.

9.  Kharasch ED, Dershwitz M, Novak RF.  Differential hemeprotein involvement in microsomal and red cell lysate quinone and nitro group reduction.  **Fifth International Symposium on Microsomes and Drug Oxidations,** Tokyo, Japan, 1981.

10. Dershwitz M, Novak RF.  On the mechanism of nitrofurantoin-mediated red cell toxicity.  **The Pharmacologist** 1981; 23:211.

11. Dershwitz M, Novak RF.  Generation of activated oxygen species in human red cells by nitrofurantoin.  **Seventh International Biophysics Congress and Third Pan-American Biochemistry Congress,** Mexico City**,** Mexico, 1981.

12. Dershwitz M, Sréter FA.  Substrate requirements for glutathione maintenance in pig red cells <u>in</u> <u>vitro</u>.  **The Pharmacologist** 1987; 29:210.

13. López JR, Dershwitz M, Sanchez V, Sréter FA.  [$K^+$] and [$Na^+$] in malignant hyperthermia-susceptible swine.  **Biophys J** 1988; 53:609a.

14. Chang RJ, Dershwitz M, Sréter FA, Smilowitz H.  Skeletal muscle from malignant hyperthermia-susceptible swine contains decreased levels of monoclonal antibody reactive dihydropyridine receptor.  **The Pharmacologist** 1988; 30:A88.

15. Kim DH, Lee YS, Sréter FA, Ohkisa T, Dershwitz M, Ikemoto N.  Effects of azumolene on the kinetics of Ca release from normal and malignant hyperthermic sarcoplasmic reticulum.  **Biophys J** 1990; 57:497a.

ABSTRACTS (continued):

16. Dershwitz M, Sréter FA.  Reversal of malignant hyperthermia episodes by azumolene in susceptible swine.  **Anesth Analg** 1990; 70:S81.

17. Dershwitz M, Rosow CE, Di Biase PM, Zaslavsky A.  Characterization of the sedative effects of butorphanol in humans.  **The Pharmacologist** 1990; 32:139.

18. Dershwitz M, Rosow CE, Di Biase PM, Joslyn AF, Sanderson PE.  Prophylaxis of postoperative vomiting by ondansetron.  **Clin Pharm Ther** 1991; 49:184.

19. Dershwitz M, Rosow CE, Di Biase PM, Joslyn AF, Sanderson PE.  Ondansetron is effective in decreasing postoperative nausea and vomiting.  **Jap J Anesthesiol** 1991; 40:S312.

20. Dershwitz M, Di Biase PM, Rosow CE, Wilson RS.  Ondansetron does not affect alfentanil-induced ventilatory depression.  **Anesthesiology** 1991; 75:A321.

21. Nakamura H, deBros F, Roberts J, Dershwitz M, Sweet W, Poletti C, Philbin D.  Plasma catecholamine concentrations before and after trigeminal rhizotomy:  a clinical study. 5th International Symposium on Endocrinology in Anesthesia and Critical Care, Berlin, October, 1991.

22. Nakamura H, deBros F, Roberts J, Dershwitz M, Sweet W, Poletti C, Philbin D.  Plasma catecholamine concentrations before and after trigeminal rhizotomy:  a clinical study. **Anesth Analg** 1992; 74:S217.

23. Dershwitz M, Randel G, Rosow CE, Fragen R, Di Biase PM, Librojo ES, Jamerson B, Shaw DL.  Dose-response relationship of GI87084B, a new ultra-short acting opioid. **Anesthesiology** 1992; 77:A396.

24. Dershwitz M, Rosow CE, Di Biase PM, Wilson RS.  Ventilatory depression during and after a low dose alfentanil infusion in normal volunteers.  **Anesthesiology** 1992; 77:A360.

25. Dershwitz M, Rosow CE, Michałowski P, Connors PM, Hoke JF, Muir KT, Dienstag JL. Pharmacokinetics and pharmacodynamics of remifentanil in volunteer subjects with severe liver disease.  Association of University Anesthesiologists Annual Meeting; Chicago, Illinois; May, 1994.

26. Dershwitz M, Rosow CE, Michałowski P, Connors PM, Hoke JF, Muir KT, Dienstag JL. Pharmacokinetics and pharmacodynamics of remifentanil in subjects with severe liver disease compared with normal subjects.  **Anesthesiology** 1994; 81:A377.

27. Shlugman D, Dufore S, Dershwitz M, Michałowski P, Hoke J, Muir KT, Rosow C, Glass PSA.  Respiratory effects of remifentanil in subjects with severe renal impairment compared to matched controls.  **Anesthesiology** 1994; 81:A1417.

28. Hoke JF, Muir KT, Glass PSA, Shlugman D, Rosow CE, Dershwitz M, Michałowski P. Pharmacokinetics of remifentanil and its metabolite (GR90291) in subjects with renal disease.  **Clin Pharm Ther** 1995; 57:148.

ABSTRACTS (continued):

29.  Kovac A, Melson T, Graczyk S, Scuderi P, Watkins WD, MCPR44 Study Group. Treatment of postoperative nausea and vomiting with single doses of IV dolasetron: a multicenter trial. **Anesthesiology** 1995; 83:A6.

30.  Kearse L, Rosow C, Connors P, Denman W, Dershwitz M.  Propofol sedation/hypnosis and bispectral EEG analysis in volunteers. **Anesthesiology** 1995; 83:A506.

31.  Kovac A, Chelly J, McKenzie R, Philip B, Pearman M, Brown R, MCPR45 Study Group. Multicenter intravenous dose response trial to assess the efficacy and safety of dolasetron mesylate in preventing postoperative nausea and vomiting. **Anesthesiology** 1996; 85:A1.

32.  Dershwitz M, Conant JA, Rosow CE, Connors PM, Zaslavsky A.  A dose-response study of ondansetron in preventing postoperative nausea and vomiting in female inpatients. **Anesthesiology** 1996; 85:A331.

33.  Rosow CE, Connors PM, Hennessy D, Rosow D, Dershwitz M, Shyu WC, Vachharajani N.  Bioavailability of nasal butorphanol. **Anesthesiology** 1996; 85:A314.

34.  Denman WT, Rosow D, Hennessy D, Dershwitz M, Rosow C.  Miotic effects of alfentanil, and fentanyl occur at extremely low doses. **The Pharmacologist** 1997; 39:109.

35.  Dershwitz M, Morishige RJ, Walsh JL, Rodriguez-Paz JM, Maarschalk LA, Rubsamen RM, Connors PM, Rosow CE.  Pharmacokinetics of inhaled morphine in normal volunteers. **Anesthesiology** 1997; 87:A376.

36.  Denman WT, Rosow D, Hennessy D, Dershwitz M, Rosow CE.  Miotic effects of alfentanil, and fentanyl occur at extremely low doses. **Anesthesiology** 1997; 87:A316.

37.  Michałowski P, Dershwitz M, Rosow CE, Conlay LA, Chang YC.  Total intravenous anesthesia with remifentanil or alfentanil in ambulatory orthopedic surgery carries minimal risk of postoperative nausea and vomiting. **Anesthesiology** 1998; 89:A34.

38.  Walsh J, Dershwitz M, Rosow C, Connors PM, Morishige R, Rubsamen R.  Intravenous and inhaled morphine pharmacokinetics and pharmacodynamics as measured by pupillometry. **Anesthesiology** 1998; 89:A521.

39.  Dershwitz M, Walsh JL, Krause S, Makris N, Gollub R.  Using functional magnetic resonance imaging to measure opioid effects in discrete brain regions.  Association of University Anesthesiologists Annual Meeting; Pittsburgh, Pennsylvania; May, 1999.

40.  Gollub RL, Breiter H, Dershwitz M, Elman I, Kantor H, Gastfriend D, Benson E, Lazar S, Krause S, Makris N, Kennedy D, Campbell T, Weisskoff R, Rosen B:  Cocaine dose dependent activation of brain reward circuitry in humans revealed by 3T fMRI. International Conference on Functional Mapping of the Human Brain, 1999.

ABSTRACTS (continued):

41. Dershwitz M, Walsh JL, Krause S, Makris N, Gollub R.  Using functional magnetic resonance imaging to measure opioid effects in discrete brain regions.  **Anesthesiology** 1999; 91:A367.

42. He YL, Walsh J, Denman W, Dershwitz M, Kim J, Rosow C.  Pharmacodynamic modeling of the miotic effects of alfentanil in humans measured with infrared pupillometry.  Association of University Anesthesiologists Annual Meeting; Rochester, NY; May, 2001.

43. Gollub R, Aquino P, Kong J, Gracely R, Kramet T, Dershwitz M.  Reliable intensity and laterality encoding of noxious pressure and heat pain in cortex within single subjects using 1.5T fMRI.  Organization for Human Brain Mapping 7th Annual Meeting; Brighton, UK; June, 2001.

44. Aquino P, Kong J, Gracely RH, Kramer T, Dershwitz M, Gollub R.  Reliable encoding of brief noxious mechanical stimuli in single subjects using 1.5T fMRI.  Society for Neuroscience, 2001.

45. O'Neil MP,  Johansen K, McGee S, Oleson E, Burnham C, Dershwitz M.  Image atlas of aging:  age related structural and functional changes in the liver.  American Geriatrics Society Annual Meeting; Orlando, FL; May, 2014.

46. Gagliardi SB, Garg N, Smith T, Dershwitz M, Rogoff M.  BRAIN case exercises: integrative, collaborative, graded problem-solving.  Northeast Group on Educational Affairs, American Association of Medical Colleges Annual Meeting; Worcester, MA; April, 2015.

47. Sagerström C, Dershwitz M.  Do medical students cheat on unmonitored online exams? Data from the UMass Principles of Pharmacology course.  Northeast Group on Educational Affairs, American Association of Medical Colleges Annual Meeting; Worcester, MA; April, 2015.

48. Ko W-C, Fischer MA, Dershwitz M.  Are lecturers teaching you what they think they are teaching?  Northeastern Group on Educational Affairs of the Association of American Medical Colleges Annual Meeting; Providence, RI; April, 2016.

49. Petrillo C, Dershwitz M.  Pyridostigmine reversal during rocuronium neuromuscular blockade for abbreviated surgery.  American Society of Anesthesiologists Annual Meeting; Chicago, IL; October, 2016.

50. Ko W-C, Fischer MA, Dershwitz M.  Are lecturers teaching you what they think they are teaching?  Association of American Medical Colleges Annual Meeting; Seattle, WA; November, 2016.

51. Erskine NA, Schoor MS, Dershwitz M, Shaikh S.  Finding a culprit for delayed emergence following an emergent procedure.  New England Anesthesia Resident Conference Annual Meeting; Boston, MA; May, 2018.

**Background**

I am submitting this supplement to my expert report dated April 23, 2024, in the case of *Wolking v. Lindner*, et al.

**Materials Reviewed**

Report of defense expert Dr. Stephen M. Smith

**Correction**

On page 1, paragraph 5, I wish to correct a typographical error. The sentence beginning, "A dose of 4 mg prednisone or…" should read, "A dose of 2.5 mg prednisone or…"

**Addenda**

In the 57-day period prior to her hospitalization for a perforated viscus, TCC dispensed the following prescriptions for glucocorticoids to Stacey:

| Date | Medication | Pill Dose (mg) | # of Pills | Prednisone Equivalents (mg)[1] |
|------|------------|----------------|------------|-------------------------------|
| 8/8  | prednisone | 10 | 500 | 5,000 |
| 8/16 | dexamethasone | 4 | 200 | 4,800 |
| 9/27 | dexamethasone | 4 | 100 | 2,400 |
| 10/4 | dexamethasone | 4 | 200 | 4,800 |

The total dose of glucocorticoids, in prednisone equivalents, that TCC dispensed was 17,000 mg. That cumulative amount averaged 298 mg/day, although on numerous days Stacey recorded in her diary that she took more. This amount of glucocorticoids was far in excess of what any reasonable physician would prescribe to an outpatient for any diagnosis of any inflammatory syndrome and created a substantial risk of serious harm and was the proximate cause of her injuries. Any reasonable pharmacist would know that this cumulative amount of glucocorticoids over this period of time was inappropriate and dangerous.

The prescription written on 9/26 was for 300 4-mg tablets of dexamethasone and was dispensed in two portions, 100 tablets on 9/27 and 200 tablets on 10/4. The directions were to take up to 10 tablets per day. A daily dose of 40 mg of dexamethasone, equivalent to 240 mg of prednisone, was far in excess of what any reasonable physician would prescribe to an outpatient for any diagnosis of any inflammatory syndrome. Any reasonable pharmacist would know that this daily dose of glucocorticoids, and the overall quantity dispensed, created a substantial risk of serious harm. That risk would have been apparent to any reasonable pharmacist or medical provider, because the amount of glucocorticoids was massive.

On page 15 of his report, Dr. Smith refers to Stacey's "severe neutropenia." Although her absolute neutrophil count was indeed below normal, I would not characterize it as "severe." On

---

[1] The potency ratio between dexamethasone and prednisone is 6 (Hupfeld CJ, Iñiguez-Lluhí JA, Adrenocorticotropic hormone, adrenal steroids, and the adrenal cortex. In: Brunton LL, Knollmann BC. eds., *Goodman & Gilman's The Pharmacological Basis of Therapeutics*, 14th ed., New York: McGraw-Hill, 2023). In her diary, Stacey used a ratio of 7 as instructed by Dr. Lindner.

page 19, Dr. Smith wrote that "patients with very low neutrophil counts can develop neutropenic enterocolitis, a serious infection/breakdown of the intestinal walls." In fact, Stacey's presentation is *not* consistent with typical cases of neutropenic enterocolitis. First, most patients with neutropenic enterocolitis have much lower absolute neutrophil counts that have resulted from the administration of cancer chemotherapy medications.[2] Second, most cases of neutropenic enterocolitis begin in the cecum (the structure located in between the ileum and the ascending colon) and may also affect the adjoining ileum and/or ascending colon.[2] The gastrointestinal pathology Stacey experienced was localized to the jejunum and sigmoid colon, both of which are located further away from the cecum and are not usually affected in cases of neutropenic enterocolitis.

The two most common causes of a perforated viscus are cancer and inflammatory bowel disease. Stacey's pathology report ruled out both of these diagnoses. The third most common cause of a perforated viscus is an adverse effect of a medication. The most common drug class causing this effect is aspirin and related antiinflammatory agents, a class that Stacey was not taking. The second most common drug class causing this effect is the glucocorticoids, the class of medications that Stacey was prescribed, and that was dispensed to her by TCC, in much larger doses than was reasonable. None of the other medications she took, including the antimalarials, are associated with causing a perforated viscus. She also was taking the glucocorticoids every single day leading up to her hospitalization, to the point that her husband even reported that she vomited trying to get them all down. It is therefore more likely than not that the glucocorticoids, a much more common cause of a perforated viscus and the medication that Stacey was taking each day, caused her injury.

The opinions I have expressed in this supplement, I hold to a reasonable degree of pharmacological certainty, based upon my training, experience, and review of medical literature and other materials listed in my expert report dated April 23, 2024.

_____    June 8, 2024
Mark Dershwitz, M.D., Ph.D.

---

[2] Rodrigues FG, Dasilva G, Wexner SD. Neutropenic enterocolitis. World J Gastroenterol 2017; 23:42-7.

**Background**

I am submitting this supplement to my expert report dated April 23, 2024, in the case of *Wolking v. Lindner*, et al.

**Materials Reviewed**

Report of defense expert Dr. Stephen M. Smith

**Correction**

On page 1, paragraph 5, I wish to correct a typographical error. The sentence beginning, "A dose of 4 mg prednisone or…" should read, "A dose of 2.5 mg prednisone or…"

**Addenda**

In the 57-day period prior to her hospitalization for a perforated viscus, TCC dispensed the following prescriptions for glucocorticoids to Stacey:

| Date | Medication | Pill Dose (mg) | # of Pills | Prednisone Equivalents (mg)[1] |
|------|------------|----------------|------------|-------------------------------|
| 8/8 | prednisone | 10 | 500 | 5,000 |
| 8/16 | dexamethasone | 4 | 200 | 4,800 |
| 9/27 | dexamethasone | 4 | 100 | 2,400 |
| 10/4 | dexamethasone | 4 | 200 | 4,800 |

The total dose of glucocorticoids, in prednisone equivalents, that TCC dispensed was 17,000 mg. That cumulative amount averaged 298 mg/day, although on numerous days Stacey recorded in her diary that she took more. This amount of glucocorticoids was far in excess of what any reasonable physician would prescribe to an outpatient for any diagnosis of any inflammatory syndrome and created a substantial risk of serious harm and was the proximate cause of her injuries. Any reasonable pharmacist would know that this cumulative amount of glucocorticoids over this period of time was inappropriate and dangerous.

The prescription written on 9/26 was for 300 4-mg tablets of dexamethasone and was dispensed in two portions, 100 tablets on 9/27 and 200 tablets on 10/4. The directions were to take up to 10 tablets per day. A daily dose of 40 mg of dexamethasone, equivalent to 240 mg of prednisone, was far in excess of what any reasonable physician would prescribe to an outpatient for any diagnosis of any inflammatory syndrome. Any reasonable pharmacist would know that this daily dose of glucocorticoids, and the overall quantity dispensed, created a substantial risk of serious harm. That risk would have been apparent to any reasonable pharmacist or medical provider, because the amount of glucocorticoids was massive.

On page 15 of his report, Dr. Smith refers to Stacey's "severe neutropenia." Although her absolute neutrophil count was indeed below normal, I would not characterize it as "severe." On

---

[1] The potency ratio between dexamethasone and prednisone is 6 (Hupfeld CJ, Iñiguez-Lluhí JA, Adrenocorticotropic hormone, adrenal steroids, and the adrenal cortex. In: Brunton LL, Knollmann BC. eds., *Goodman & Gilman's The Pharmacological Basis of Therapeutics*, 14th ed., New York: McGraw-Hill, 2023). In her diary, Stacey used a ratio of 7 as instructed by Dr. Lindner.

page 19, Dr. Smith wrote that "patients with very low neutrophil counts can develop neutropenic enterocolitis, a serious infection/breakdown of the intestinal walls." In fact, Stacey's presentation is *not* consistent with typical cases of neutropenic enterocolitis. First, most patients with neutropenic enterocolitis have much lower absolute neutrophil counts that have resulted from the administration of cancer chemotherapy medications.[2] Second, most cases of neutropenic enterocolitis begin in the cecum (the structure located in between the ileum and the ascending colon) and may also affect the adjoining ileum and/or ascending colon.[2] The gastrointestinal pathology Stacey experienced was localized to the jejunum and sigmoid colon, both of which are located further away from the cecum and are not usually affected in cases of neutropenic enterocolitis.

The two most common causes of a perforated viscus are cancer and inflammatory bowel disease. Stacey's pathology report ruled out both of these diagnoses. The third most common cause of a perforated viscus is an adverse effect of a medication. The most common drug class causing this effect is aspirin and related antiinflammatory agents, a class that Stacey was not taking. The second most common drug class causing this effect is the glucocorticoids, the class of medications that Stacey was prescribed, and that was dispensed to her by TCC, in much larger doses than was reasonable. None of the other medications she took, including the antimalarials, are associated with causing a perforated viscus. She also was taking the glucocorticoids every single day leading up to her hospitalization, to the point that her husband even reported that she vomited trying to get them all down. It is therefore more likely than not that the glucocorticoids, a much more common cause of a perforated viscus and the medication that Stacey was taking each day, caused her injury.

The opinions I have expressed in this supplement, I hold to a reasonable degree of pharmacological certainty, based upon my training, experience, and review of medical literature and other materials listed in my expert report dated April 23, 2024.

_____    June 8, 2024
Mark Dershwitz, M.D., Ph.D.

---

[2] Rodrigues FG, Dasilva G, Wexner SD. Neutropenic enterocolitis. World J Gastroenterol 2017; 23:42-7.