IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CIVIL ACTION

NO: 3:23-cv-00806-JFS

STACEY WOLKING and DARYL ) VIDEO DEPOSITION UPON
WOLKING W/H,
                         ) ORAL EXAMINATION
        Plaintiff
                         )      OF
   - vs -
                         ) JONATHAN WILLIAMS, M.D.,
HENRY LINDNER, M.D. and     M.MSc
YOUNGS APOTHECARY, INC., )
d/b/a TUNKHANNOCK
COMPOUNDING CENTER,      )

        Defendants.    )
- - - - - - - - - - - - -

TRANSCRIPT OF VIDEOTAPE ZOOM
DEPOSITION, taken by and before Lisa Petitta, RPR,
CSR, on Tuesday, June 11, 2024, commencing at 11:00
a.m.

ERSA COURT REPORTERS
30 South 17th Street
United Plaza - Suite 1520
Philadelphia, Pennsylvania 19103
(215) 564-1233

JONATHAN WILLIAMS, M.D.

**2**

APPEARANCES:

KLINE & SPECTER, P.C.
BY: CONOR LAMB, ESQUIRE
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
Counsel for the Plaintiffs

CIPRIANI & WERNER, P.C.
BY: CIARA DeNAPLES, ESQUIRE
415 Wyoming Avenue
Scranton, PA 18503
Counsel for Henry Lindner, M.D.

McCORMICK & PRIORE, P.C.
BY: SUSAN C. KEESLER, ESQUIRE
CONRAD JAMES BENEDETTO, ESQUIRE
2001 Market Street, Suite 3810
Philadelphia, PA 19103
Counsel for Youngs Apothecary, Inc., d/b/a
Tunkhannock Compounding Center

ALSO PRESENT:

Bob Odell, Videographer

**3**

INDEX

WITNESS                        PAGE
JONATHAN WILLIAMS, M.D., M.MSc
  By: Ms. Keesler       5, 157
  By: Mr. Lamb          151

EXHIBITS

| NUMBER | DESCRIPTION | PAGE MARKED | PAGE ATTACHED |
|---|---|---|---|
| W-1 | Curriculum Vitae & Expert Report | 7 | 161 |
| W-2 | Deposition and Trial Testimony | 16 | 162 |
| W-3 | Complaint | 69 | 163 |

**4**

PROCEEDINGS

VIDEO TECHNICIAN: This video is being taken at 11:02 on June 11, 2024, and this video deposition is for the United States District Court for the Middle District of Pennsylvania, Civil Action, 3:23-cv-00806-JFS in the case of Stacey Wolking, et al., versus Henry Lindner, M.D., et al. Present for taking of this video deposition are the deponent, Dr. Jonathan Williams, and, Counsel, who will now introduce themselves.

MS. KEESLER: Good afternoon. Susan Keesler on behalf of Defendant Youngs Apothecary, Inc., doing business as Tunkhannock Compounding Center, and Brian Bryk.

MR. BENEDETTO: James Benedetto on behalf of the same.

MS. DeNAPLES: Ciara DeNaples on behalf of Dr. Henry Lindner.

MR. LAMB: Conor Lamb on behalf of Plaintiff Stacey Wolking.

**5**

VIDEO TECHNICIAN: Thank you, Counsel. The court reporter is Lisa Petitta of ERSA. The court reporter will now swear in the witness.

JONATHAN WILLIAMS, M.D., M.MSc, after first having been duly sworn, was examined and testified as follows:

VIDEO TECHNICIAN: We'll now begin questioning.

BY MS. KEESLER:
Q. Good morning, Dr. Williams. Thank you for being available today.
A. You're welcome.
Q. Have you ever been deposed before?
A. Yes.
Q. I'm going to go over a few deposition procedures that you might already be familiar with. So during today's deposition I'll be asking you questions and you will be providing answers. If at any point you do not understand any of my questions, just let me know. I'll attempt to rephrase it. Do you understand?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

6

1    A.    Yes.
2    Q.    Okay.  Also, just in order for us to keep a
3    very clean record, I would ask that you let me
4    finish my question first before you begin answering
5    so that we avoid talking over one another.  So the
6    court reporter can't take down what two people are
7    saying at the same time.  Okay?
8    A.    Yes.
9    Q.    Periodically through your deposition we'll
10   take some breaks, five-minute comfort breaks;
11   however, if you need a break before then, just let
12   me know.  I will ask you that if there is a
13   question pending, that you answer the question
14   before we take the break.  Do you understand?
15   A.    Yes.
16   Q.    Okay.  There might be some objections
17   during your testimony.  If so, we need to let the
18   attorney put the objection on the record before you
19   proceed with your answer and your attorney will let
20   you know if you are not answering the question.
21   Do you understand?
22   A.    Yes.
23   Q.    Is there any reason why you be unable to
24   testify today?

7

1    A.    No.
2    Q.    Do you have any questions before we begin?
3    A.    No.
4    Q.    Okay.  Dr. Williams, will you please state
5    your full name and business address for the record?
6    A.    My full name is Jonathan Sylvan Williams.
7    That's S-Y-L-V-A-N.  And my business address is 221
8    Longwood Avenue, Boston, Massachusetts 02115.
9    Q.    Thank you.  This would be the address of
10   Brigham and Women's Hospital Division of
11   Endocrinology, Diabetes, and Hypertension?
12   A.    Correct.
13   Q.    Where are you currently testifying from
14   today?
15   A.    This is my home.
16   Q.    And what is the address?
17   A.    184 High Street, that's H-I-G-H, in
18   Ashland, A-S-H-L-A-N-D, Massachusetts.
19   Q.    Thank you.  And do you understand that your
20   deposition is being video recorded today?
21   A.    Yes.
22   Q.    Doctor, I'm going to mark your CV, which
23   was provided by your counsel, as Exhibit Williams
24   1.  I'm going to share my screen with you.  Give me

8

1    one moment.  All right.  Do you see the document in
2    front of you?
3    A.    Yes, I see a document.
4    Q.    Let me just get down where your CV begins,
5    but your CV was provided with your report, with
6    your CV beginning on page 8 it looks like.  Do you
7    see that?
8    A.    Yes.
9    Q.    Is this the current and updated CV?
10   A.    Not according to that date.  I have a more
11   current one than that.
12   Q.    You do.  I'm going to make a request for
13   your updated CV.
14   A.    Sure.
15   Q.    And are you aware just as of today what
16   needs to be updated to this -- this 2015 CV?
17   A.    Oh, boy, that's nine years.
18   Q.    Yes.
19   A.    Scroll down to Academic Appointments.
20   Q.    Sure.
21   A.    There's a lot that needs to be added, so my
22   current academic appointment is Associate Professor
23   of Medicine at Harvard Medical School.  My current
24   institutional appointments, if you scroll down a

9

1    touch, I don't think they're on there yet, would be
2    Chair, Institutional Review Board at Mass General
3    Brigham Hospital.
4    Q.    Okay.
5    A.    Let's see, there would be a lot different
6    -- probably another 30 or 40 publications,
7    conference talks, grants.
8    Q.    Okay.  Do you happen to have that CV --
9    sorry.  Do you happen to have your updated CV at
10   your disposal currently?
11   A.    You bet.
12        MS. KEESLER:  Conor, I'm going to
13   ask him to send that to you.  I don't know
14   if you want to take a look at it before
15   you produce it to me.
16        MR. LAMB:  Yes.  Go ahead and email
17   it, Dr. Williams.
18        THE WITNESS:  Okay.
19   BY MS. KEESLER:
20   Q.    So, Doctor, what I'll do is I'll ask you
21   some questions about your CV.  To the extent that
22   you need to refer to your updated one that's in
23   front of you, just let us know.  Okay?
24   A.    You bet.

3 (Pages 6 to 9)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

**10**

1  Q.    All right. Can you briefly summarize your
2  educational background?
3  A.    Sure. So my undergraduate training was at
4  Brigham Young University in Provo, Utah. That was
5  a Bachelor's Degree in Microbiology with minors in
6  Chemistry and Spanish. I completed that in 1991.
7  And then I attended medical school at Hahnemann
8  University in Philadelphia, which is now called
9  Drexel University, and I graduated with my M.D. in
10 1998. And then I came to Boston and trained at
11 Brigham and Women's Hospital and Harvard Medical
12 School in Internal Medicine where I completed my
13 residency and that would have been 2001. And then
14 I completed fellowship at those same two
15 institutions in endocrinology, diabetes, and
16 metabolism and finished in 2004. During that
17 fellowship period I obtained a Master's in Medical
18 Science Degree from Harvard Medical School in 2004,
19 and then I joined the faculty in 2004 at Harvard
20 Medical School and as a physician at Brigham and
21 Women's Hospital and the VA Medical Center.
22 Q.    Okay. Now, Doctor, you mentioned that you
23 obtained your medical degree from Hahnemann
24 University, which is now Drexel. Did you study

**11**

1  with anyone specifically or were you mentored by a
2  specific professor during your time there?
3  A.    Not at Hahnemann University, no. I did
4  some research at Thomas Jefferson University in
5  Philadelphia, and then my mentor there was Laird
6  Jackson and that was genetics research.
7  Q.    Okay. And now you are currently employed
8  at Brigham and Women's Hospital Division of
9  Endocrinology, Diabetes, and Hypertension, correct?
10 A.    Correct.
11 Q.    How long have you been employed there?
12 A.    As a staff member since 2004. I was
13 employed there as a resident since 1998.
14 Q.    Do you have a particular title or position
15 there?
16 A.    Attending Physician Endocrinology.
17 Q.    Thank you. Dr. Williams, are you board
18 certified?
19 A.    Yes, I am.
20 Q.    And when did you receive your
21 certification?
22 A.    My internal medicine board certification I
23 believe was in 2001, and then in endocrinology I
24 think it was in 2003, and I updated that in 2013

**12**

1  and in 2023 or recertification is what it's called.
2  Q.    Okay. And I know that you'll be providing
3  us your updated CV, but let me just take a look at
4  your -- you mentioned you had about like 30, I
5  guess, subsequent publications, is that correct?
6  A.    If you -- if you could scroll down, I can
7  tell you.
8  Q.    Sure.
9  A.    Because I know what the number would be.
10 Q.    Would it be under Bibliography?
11 A.    Yes, you are in the right section.
12 Q.    Okay.
13 A.    You are getting there. There. Yes, it
14 would be about 30 to 40 more publications I would
15 say. I think it's around 90.
16 Q.    30 to 40.
17 A.    I did just email it over.
18 Q.    Okay. Thank you. Of all of your
19 publications listed and then the additional ones
20 you just testified to, have you authored any
21 articles regarding the association between high
22 dosage corticoid -- glucocorticoid usage and
23 jejunum perforation?
24 A.    No.

**13**

1  Q.    Doctor, I'm going to take this -- actually,
2  give me one second. We might revisit this one when
3  I receive your updated CV. Okay, Doctor?
4  A.    Yes.
5  Q.    I'm going to stop sharing the screen.
6  Doctor, what is your rate of compensation for
7  preparing expert reports?
8  A.    $450 per hour.
9  Q.    What is your rate of compensation for
10 testimony?
11 A.    For a deposition?
12 Q.    Yes.
13 A.    $750 per hour.
14 Q.    Then what about your rate of compensation
15 for trial testimony?
16 A.    I believe, it's $6,000 per day.
17 Q.    Okay. How much were you compensated in
18 this matter in preparing the expert report and
19 record review?
20 A.    I would have to look that up because I
21 believe it consists of a few invoices. Let me see.
22 There $3,000 for the deposition today for up to
23 four hours, and then my last invoice was April
24 30th, I believe, and the total to date if I have

JONATHAN WILLIAMS, M.D.

**14**

1  this right, which I may not, is $6,600 roughly.
2  Q.     Thank you. Doctor, are you able to
3  approximate how much time you have spent on
4  reviewing records in preparing for your report?
5  A.     I can do the math. So if it's $6,600
6  divided by $450 per hour, it's going to be
7  something like that.
8  Q.     Okay. So a little over 14 hours, does that
9  sound about right?
10  A.     Yes, but I'm sure there's probably another
11  invoice in the works for the last few days of work,
12  so that might be another two or three hours,
13  something like that.
14  Q.     Okay. That 14-plus hours, does that also
15  include the time spent on drafting your report?
16  A.     Correct. Yes. Everything. Everything
17  from the date I was notified about this case
18  through that report, yes.
19  Q.     Okay.
20  A.     And preparing for today.
21  Q.     Doctor, what percentage would you say of
22  your annual income is derived from expert reports?
23  A.     Expert reports?
24  Q.     Yes, in the legal context.

**15**

1  A.     Can you clarify what you mean by the legal
2  context?
3  Q.     Sure. So as in this case you've been
4  retained as an expert, correct, in this legal
5  matter?
6  A.     Yes.
7  Q.     Have you ever been retained as an expert in
8  other legal matters?
9  A.     Yes.
10  Q.     Okay. So how much -- what percentage would
11  you say, and you can provide an estimate, of your
12  annual income is derived from preparing expert
13  reports in the legal context or in legal cases?
14  A.     Three percent, five percent, somewhere
15  between there.
16  Q.     Okay. Are you able to provide a breakdown
17  of the number of times you've been retained as an
18  expert on behalf of plaintiff versus defense?
19  A.     I could guess probably three to one, so
20  plaintiffs three to every one defendant.
21  Q.     Okay. Have you ever testified as an expert
22  at a deposition or trial before?
23  A.     Is this considered testifying in a
24  deposition?

**16**

1  Q.     It is, yes.
2  A.     Yes, I have.
3  Q.     Okay. Approximately how many times?
4  A.     In 20 years, ten times.
5  Q.     Okay. How about trial? Have you ever
6  testified at a trial before as an expert?
7  A.     Yes, once.
8  Q.     When was the last time you testified as an
9  expert?
10  A.     In deposition or trial or either?
11  Q.     Either.
12  A.     I sent over a file, but I can't remember
13  the date.
14  Q.     Well, don't worry about that. I think I
15  know which document you are talking about, so I
16  will -- give me one second. Do you remember if it
17  was -- actually, hold on a second.
18  A.     I can pull it up.
19  Q.     All right. Give me one moment. I'm going
20  to mark this as Exhibit Williams 2.
21  A.     Yes.
22  Q.     Doctor, you see that document in front of
23  you?
24  A.     Yes, I do.

**17**

1  Q.     This was provided to me by your counsel.
2  It's titled Four-year Expert Medical Opinion
3  Deposition and Trial History. Do you want to take
4  a moment to review this before I ask you some
5  questions?
6  A.     Sure.
7  Q.     Let me know if you need me to scroll down.
8  A.     Can you scroll down a little more? That
9  trial testimony, when was that, 2020. Okay. Yes.
10  That's fine.
11  Q.     Okay. So would the last time you testified
12  as an expert be, I'm looking at this list, 2022?
13  A.     Yes.
14  Q.     Okay. And have you testified in both state
15  and federal cases before today?
16  A.     Yes.
17  Q.     How many would you say you've testified for
18  for state cases?
19  A.     I don't know. I'm not sure if I know the
20  difference between one or the other, but I know
21  that I've testified in federal and state.
22  Q.     Okay. Actually, let's go through some of
23  these cases that were provided. This first case,
24  Mitsubishi Tanabe Pharma versus Sandoz, Inc. It

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

18

1  looks like it took place in US District Court in
2  New Jersey, is that correct?
3  A.    Yes.
4  Q.    Okay.  So you were hired by Kasowitz Benson
5  Torres, LLP.  Is that a plaintiff or defense firm I
6  should say?
7  A.    That was a defendant.
8  Q.    Okay.  And it looks like you were deposed
9  in January of 2020.  Do you remember like just what
10  the nature of that case involved?
11  A.    Yes, that was an intellectual property case
12  regarding a diabetes medication.
13  Q.    Okay.  And what were you asked to opine on
14  in that case?
15  A.    The use of that medication in clinical
16  practice and it's research history that led up to
17  the development of that medication.
18  Q.    Okay.  Were you asked to provide any sort
19  of causation opinion in that case?
20  A.    No.
21  Q.    Do you know if any of your opinions were
22  excluded in that matter?
23  A.    No, I know that no opinions were excluded
24  in that matter.

19

1  Q.    Okay.  And then it looks like based on this
2  document that you either testified at the trial as
3  well, correct?
4  A.    That is correct.
5  Q.    Were you qualified as an expert during
6  trial?
7  A.    Yes, I was.
8  Q.    Okay.  Look at the second case.  John
9  Bennett versus Mayo Clinic in the US District Court
10  of Minnesota, is that correct?
11  A.    Correct.
12  Q.    The firm listed is Eugene H. Fahrenkrog,
13  Jr., PC.  Is that a plaintiff firm or defense firm?
14  A.    That was plaintiff's.
15  Q.    When you listed the firm, is that
16  indicating who hired you?
17  A.    I suppose.  I'm not sure.
18  Q.    Well, do you recall being hired by Eugene
19  H. Fahrenkrog to produce an expert opinion?
20  A.    Yes.
21  Q.    Okay.  All right.  And what was the nature
22  of that case?
23  A.    That was an adrenal tumor removal case.
24  Q.    Do you recall what you were asked to opine

20

1  on in this matter?
2  A.    The consequences of incomplete removal of
3  an adrenal tumor.
4  Q.    Therefore, from that case were you asked to
5  provide a causation opinion?
6  A.    Yes.
7  Q.    Do you know if any of your opinions in that
8  matter were excluded?
9  A.    I'm not aware of any, no.
10  Q.    Do you know if any Daubert motions were
11  filed?
12  A.    I don't know what that is.
13  Q.    Okay.  Do you know if any motions were
14  filed to exclude any expert opinion whether yours
15  or any of the other experts in that matter?
16  A.    I don't know.
17  Q.    Fair enough.  The third case, Tonya Forrest
18  versus Richard Bruce Van Eldik.  This took place in
19  the 5th Judicial Circuit in Marion County, Florida,
20  is that correct?
21  A.    Yes.
22  Q.    You have here Attorney listed Olivia T.
23  Kronenberg, Esquire.  Is she a plaintiff's attorney
24  or a defense attorney?

21

1  A.    I believe, that's plaintiff's.  I don't
2  remember this case as well.
3  Q.    Okay.  That's all right.  It looks like the
4  firm listed is Paul, Knopf & Bigger.  Does that
5  refresh your recollection?
6  A.    Nope.
7  Q.    That's all right.  Do you remember the
8  nature of this case?
9  A.    I can't remember the nature of that one for
10  some reason.
11  Q.    Okay.  Do you remember what you were asked
12  to opine on in that case?
13  A.    I would have to look it up.  I can't
14  remember.  I don't know why I can't remember that
15  one, but I would have to look it up.
16  Q.    Okay.  Looking at No. 4, William Bawgus
17  versus Downtown Baltimore Family Care.  Looks like
18  it took place in the Circuit Court or Baltimore,
19  Maryland, correct?
20  A.    Yes.
21  Q.    You were hired by the law firm of Barry R.
22  Glazer, is that correct?
23  A.    Yes.
24  Q.    Was this a plaintiff firm or defense firm?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

22

1    A.    I don't remember. I believe it was a
2    plaintiff's case.
3    Q.    What was the nature of that case?
4    A.    This is embarrassing, but I cannot remember
5    either even though this one is more current.
6    Q.    Okay. And do you recall what opinion or
7    what you were asked to opine on in that matter?
8    A.    I can guess related to endocrine disorders,
9    but I would have to look it up.
10   Q.    Okay. And then No. 5, let's see,
11   Dai'Vontay Hudson versus Miami Valley Hospital in
12   the Court of Common Pleas of Montgomery County,
13   Ohio, is that correct?
14   A.    Yes.
15   Q.    And it looks like you were hired by the
16   firm Nuremberg Paris, is that correct?
17   A.    Yes.
18   Q.    Is that a plaintiff firm or defense firm?
19   A.    I can't remember that one either. I'm not
20   sure. I would have to look it up, but I believe it
21   was a plaintiff's.
22   Q.    And do you recall what this case involved?
23   A.    I don't recall. I would have to look it
24   up.

23

1    Q.    Okay. Give me one second. Of all these
2    cases listed here that you testified in, were you
3    ever asked to provide a causation opinion as it
4    related to high dose cort -- glucocorticoid use and
5    gastrointestinal perforations?
6    A.    No.
7    Q.    Okay. How about in the entirety of your
8    deposition or trial testimony career, have you ever
9    testified as an expert as it relates to the
10   association in high dosage corticoid use and
11   gastrointestinal perforations other than this
12   matter?
13   A.    No.
14   Q.    I'm going to take this down. Dr. Williams,
15   have you ever been disqualified as an expert
16   before?
17   A.    No.
18   Q.    Have you ever been subject to any type of
19   motion to preclude your expert testimony?
20   A.    Not that I'm aware of.
21   Q.    Did you ever testify in a matter with the
22   caption Loverde versus Medifast, Inc.?
23   A.    Loverde, yes.
24   Q.    Loverde?

24

1    A.    Yes. Yes.
2    Q.    Do you recall what type of case that
3    involved or what the nature of the facts were that
4    were claimed?
5    A.    Yes.
6    Q.    Can you tell us a little bit about that?
7    A.    That was a thyroid case of a patient, a
8    person who was prescribed or taking an
9    over-the-counter supplement that affected her
10   thyroid function.
11   Q.    What were you asked to opine on in this
12   matter?
13   A.    How that product affects thyroid function.
14   Q.    Okay. Were you hired by plaintiff or
15   defense in that matter?
16   A.    Plaintiff. Plaintiff.
17   Q.    Okay. And was the product a Medifast
18   product? Is that the name you remember it by,
19   Medifast?
20   A.    I cannot remember if that's the name of the
21   product or the company or both.
22   Q.    Okay. You mentioned it was a supplement.
23   Do you recall what kind of supplement it was?
24   A.    I believe it was a weight-loss type

25

1    supplement or maybe a meal replacement supplement.
2    Q.    Do you remember what your opinion was in
3    that matter?
4    A.    Yes.
5    Q.    And what was it?
6    A.    My opinion was that the component contained
7    within that product interfered with normal thyroid
8    biosynthesis and that in persons who have a
9    predisposition to develop thyroid disorders, it
10   could tip the balance towards them having a lower
11   threshold to develop underactive or overactive
12   thyroid conditions.
13   Q.    Okay. I know I'm asking you to recall
14   cases from years ago but, Doctor, do you remember
15   how you arrived at that opinion, what methodology
16   you performed to arrive at that opinion?
17   A.    Yes, I would have reviewed the medical
18   literature, the research literature to arrive at
19   that opinion, over 60, 70 years of literature that
20   --
21   Q.    Okay.
22   A.    -- talks about products contained in
23   Medifast that leads to disruption of normal thyroid
24   biosynthesis.

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

JONATHAN WILLIAMS, M.D.

**26**

1   Q.    Okay.  Doctor, are you aware that the Court
2   in that case held that your opinions were
3   unreliable and as a result excluded your expert
4   opinion?
5   A.    I heard that they did, but they -- I
6   believe I was not allowed to testify before the
7   Court for that.  There was -- there was a
8   deposition leading into that in which I formed an
9   opinion, and then there was a court date set the
10  following week for me to sit before the Judge and
11  describe that opinion, and that was I believe the
12  opinion or the case was dismissed prior to me
13  arriving to provide that testimony.
14  Q.    Okay.  Are you aware of what the Court's
15  rationale was for excluding your opinion and
16  finding it unreliable?
17  A.    I don't recall what -- I'm not sure.  I
18  don't know what it was.
19  Q.    Okay.  In the Court's opinion, Doctor, the
20  Court stated that the basis for Mr. Williams'
21  opinion is that it is, quote, unquote, not unproven
22  that consumption of soy by one predisposed with
23  hypothyroidism is at risk of developing the
24  condition.  He did not opine or suggest that it has

**27**

1   been provided.  By his own admission he has no
2   scientific or medical evidence to support his
3   opinion.  Because it has not been quote, unquote,
4   unproven does not mean it has been proven.  His
5   testimony linking Ms. Loverde's hypothyroidism to
6   her ingestion of Medifast product is not based on
7   reliable medical and scientific evidence, thus, Dr.
8   Williams' unsupported opinion that Medifast
9   products caused or increased the risk of Ms.
10  Loverde's hypothyroidism is unreliable.  Were you
11  aware of this Court's opinion and holding and
12  rational?
13  A.    I heard about it in the late -- I think
14  that it was that Zydus trial testimony is when I
15  heard about it.
16  Q.    What is the Zydus?
17  A.    That last item on the trial history report
18  that you showed me.
19  Q.    The Mitsubishi Tanabe?
20  A.    Yes.
21  Q.    Okay.  So during that case did they address
22  this Loverde case and you having previously been
23  disqualified?
24  A.    They said -- yes, they talked about it, and

**28**

1   they said or we discussed that I didn't have the
2   opportunity to speak with the Judge on that matter,
3   that it was related to thyroid disorders, and that
4   the Zydus case was related to diabetes, so the
5   Judge said that I was a qualified expert in that
6   case for that trial.
7   Q.    Okay.
8   A.    And I disagreed with the Judge in the
9   thyroid case, the Judge's opinion, but I did not
10  have the opportunity to provide the testimony to
11  the Judge.
12  Q.    Now, Dr. Williams, have you ever met the
13  plaintiff in this matter, Stacey Wolking?
14  A.    No, I have never met Stacey Wolking.
15  Q.    Did you ever -- have you had any
16  conversations with Mrs. Wolking?
17  A.    No, I have not had any conversations with
18  her.
19  Q.    So fair to say you've never examined her;
20  correct?
21  A.    That is correct.  Let me -- I have seen --
22  sorry.  I have seen pictures of her, but I have
23  never met her face to face or communicated with her
24  directly.

**29**

1   Q.    Okay.  And you've never taken any blood
2   work or any lab work from Mrs. Wolking, correct?
3   A.    I have seen blood work and lab work from
4   Mrs. Wolking.
5   Q.    I mean, have you taken any lab work or
6   blood tests from her?
7   A.    No, I have not.
8   Q.    Okay.  Do you have any idea what
9   medications Mrs. Wolking is currently taking?
10  A.    I don't know off the top of my head what
11  she's currently taking.
12  Q.    Well, did you learn what she is currently
13  taking at any point during your record review?
14  A.    Well, I guess it depends on currently
15  because that might change from week to week, so I
16  imagine there are several times when I was aware of
17  what she was taking at that time over the last year
18  or so since I've been involved in the case, yes.
19  Q.    Okay.  We'll get back to that.  Do you know
20  what Mrs. Wolking's prior health history was prior
21  to this incident for which she has brought this
22  case?
23  A.    Roughly, but I'm aware of it, yes.
24  Q.    Okay.  What did that include?

8 (Pages 26 to 29)

JONATHAN WILLIAMS, M.D.

**30**

1    A.    I would have to look up her record.  I
2  can't remember off the top of my head.
3    Q.    Give me one moment.  You prepared an expert
4  -- you prepared a report in this matter, correct?
5    A.    Yes.
6    Q.    Okay.  It was dated April 24, 2024?
7    A.    Yes.
8    Q.    Do you recall what methodology you used in
9  preparing your report and the opinions contained
10  within?
11    A.    Yes.
12    Q.    What did that involve?
13    A.    My education, training, research in this
14  area, experience, literature review over the last
15  25 years of my career.
16    Q.    Anything else?
17    A.    No.
18    Q.    Did you review any records?
19    A.    Yes.  Apologies.  Plus the records provided
20  to me on this case.
21    Q.    Do you recall what records you reviewed?
22    A.    Yes, I believe they're listed on the April
23  24th report that you mentioned.
24    Q.    Okay.  Did you review Mrs. Wolking's

**31**

1  deposition from this matter?
2    A.    I'm looking at the list of items listed.
3    Q.    Okay.  So what I'm going to do just for the
4  benefit of all counsel, are you looking at your
5  expert report right now?
6    A.    Yes, I am.
7    Q.    Okay.  I'm going to pull it up and share my
8  screen.  Give me one minute.  We're going back to
9  Exhibit 1 or Williams 1.  Okay.  Is this your
10  report, Dr. Williams?
11    A.    Yes.
12    Q.    All right.  Do you need to -- so it looks
13  like the first page, is this a list of records that
14  you reviewed?
15    A.    Yes, that's correct.
16    Q.    Is there anything that needs to be added to
17  this list looking at it today?
18    A.    I don't believe so.  This is April 24th.  I
19  would have to look back and see if there's
20  something since then.
21    Q.    Okay.  Look at this list.  Did you review
22  the deposition of the plaintiff in this matter,
23  Stacey Wolking?
24    A.    I don't see it listed there.

**32**

1    Q.    Okay.  Do you have an independent
2  recollection of having reviewed the deposition of
3  Plaintiff Stacey Wolking?
4    A.    I don't recall having a -- I don't recall
5  reviewing that, and I'm looking at my files to see
6  if it's on here.
7    Q.    You can let me know if you see it on there.
8    A.    Okay.  I don't see it in the files that I
9  have down.  I would have to check my emails to see
10  if I missed it in some other communication.
11    Q.    Okay.  Would you find it important to
12  review the deposition of plaintiff in this case in
13  preparing your expert report and your opinions?
14    A.    Well, I received email communications
15  between the plaintiff and Dr. Lindner.
16    Q.    Okay.  So that's not exactly my question.
17  My question is would you find it important to
18  review the deposition transcript of the plaintiff
19  in this matter?
20    A.    It would be helpful.
21    Q.    Okay.  Do you recall asking for the
22  deposition transcript from counsel?
23    A.    I don't recall asking for it, no.
24    Q.    Other than the methodology you previously

**33**

1  testified to that you undertook in preparing this
2  expert report, did you conduct any independent
3  evaluation in this case whether it included
4  plaintiff's diagnosis and any association between
5  her corticosteroid use and her injuries?
6    A.    Can you rephrase that question?  I'm not
7  sure what you are asking.
8    Q.    Sure.  Did you conduct any independent
9  evaluation?  In other words, for example, if the
10  hospital -- if you reviewed hospital records, and
11  I'm guessing you did because they're listed, is
12  that correct?
13    A.    Yes.
14    Q.    Okay.  And the hospital arrived at certain
15  diagnoses, correct?
16    A.    Yes.
17    Q.    Did you yourself conduct any independent
18  evaluation of plaintiff's diagnoses based on her
19  vitals, her lab work, her blood cultures, et
20  cetera?
21    A.    Did I arrive at similar diagnoses as others
22  listed?
23    Q.    I'm not asking if you arrived at similar,
24  I'm asking if you conducted any independent

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

34

1    evaluation of what could have been plaintiff's
2    diagnosis, diagnosis or diagnoses?
3          MR. LAMB: I'm going to object to
4      the form as to the vagueness. You can
5      answer.
6          THE WITNESS: I'm not sure I
7      understand what you mean by independent.
8    BY MS. KEESLER:
9    Q.    Okay. Well, let me ask you this. If you
10   saw a diagnosis in the hospital records, did you
11   take it for it's worth or did you conduct your own
12   independent evaluation to see if you agreed with
13   the diagnosis?
14   A.    I suppose whenever you are reading a
15   medical record, you are formulating an opinion
16   based on the evidence provided in the record to
17   substantiate a diagnosis, that's the nature of
18   medicine, so yes.
19   Q.    Just going back briefly regarding your
20   testimony, prior testimony, Dr. Williams, have you
21   ever testified against a pharmacist or pharmacy
22   before?
23   A.    I don't recall ever doing that before, no,
24   but I don't know.

35

1    Q.    Okay. What limitations, if any, did you --
2    did you face in drafting or preparing your expert
3    report in this case?
4    A.    I'm not sure I understand what you mean by
5    limitations.
6    Q.    In other words, was there information
7    missing that you needed that would have been
8    helpful in arriving at your opinions or in your
9    review of the records?
10   A.    No, not that I can think of.
11   Q.    All right. Doctor, how long -- give me one
12   moment. Strike that. In your experience, Doctor,
13   as an endocrinologist, and forgive me because I
14   don't have much knowledge about the adrenal glands,
15   I might ask some basic questions to you, what does
16   the adrenal gland do in the human body, in other
17   words, what is it function?
18   A.    The adrenal gland is a life-sustaining
19   organ. It produces hormones involved in
20   metabolism, energy, blood pressure regulation,
21   glucose regulation. Those hormones affect every
22   tissue system. So if you remove the adrenal
23   glands, you will not be able to live very long.
24   Q.    Okay. In your endocrinology practice what

36

1    type of patients do you treat?
2    A.    Sorry. You dropped off there.
3    Q.    In your endocrinology practice what type of
4    patients do you treat?
5    A.    So I am an adrenal specialist.
6    Q.    I apologize.
7    A.    My practice focuses on adrenal disorders.
8    All of my research is related to adrenal gland
9    dysfunction and what are the risks of adrenal gland
10   dysfunction. And those publications that we
11   described, the majority of those have to do with
12   adrenal gland dysfunction in humans.
13   Q.    Okay. You mentioned in your report for
14   this case that the adrenal gland produces between
15   three to five milligrams of Prednisone equivalent
16   glucocorticoid per day in the form of cortisol, is
17   that correct?
18   A.    Correct.
19   Q.    What is cortisol?
20   A.    Cortisol is the main hormone that is
21   secreted by the adrenal cortex.
22   Q.    And what is it's function or what is
23   cortisol's function?
24   A.    Cortisol's function controls metabolism,

37

1    cellular metabolism throughout the body.
2    Q.    Okay. What happens if a person experiences
3    a lack of cortisol?
4    A.    I guess, it depends on how much a lack of
5    cortisol. So if we talk about cortisol deficiency,
6    they can develop signs and symptoms of fatigue,
7    abdominal complaints, cramping, lightheadedness,
8    dizziness, depression, mood disorders. There's a
9    long list of conditions associated with cortisol
10   deficiency. If they have absolute cortisol
11   absence, they will die.
12   Q.    Okay. In what instances, Doctor, might
13   glucocorticoids be prescribed by a physician to a
14   patient?
15   A.    So first would be if their adrenal glands
16   were destroyed, and they had no ability to produce
17   cortisol, they would require glucocorticoid
18   replacement in order to maintain living. That
19   would be the most extreme case. Glucocorticoids
20   are useful in that they have anti-inflammatory
21   properties and immune function properties so
22   they're useful in any kind of inflammatory
23   condition like rheumatoid arthritis, ulcerative
24   colitis, poison ivy, and they can be useful in

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

**38**

1  trying to modify the immune system to counteract
2  organ rejection in transplant, bone marrow
3  transplants, solid organ transplants.
4  Q.     Okay.  As an adrenal specialist, Dr.
5  Williams, have you ever prescribed glucocorticoid
6  replacement for patients, I guess, with issues with
7  their adrenal glands?
8  A.     Yes.
9  Q.     And how about for anti-inflammatory
10 illnesses or related to illness, have you ever
11 prescribed glucocorticoid for inflammation, I
12 should say?
13 A.     Yes.
14 Q.     And in what context?
15 A.     There are endocrine disorders which have an
16 inflammatory element or an immune modulating
17 element that requires what we describe as
18 pharmacologic doses of glucocorticoids or those
19 above just replacement doses, so there would be
20 several conditions in which I would prescribe those
21 higher doses of steroids for those conditions.
22 Q.     Can you give me an example of some of those
23 conditions?
24 A.     Sure.  Grave's eye disease.  It's an

**39**

1  inflammation of the eye, can cause blindness.  We
2  prescribe high dose steroids as one way of slowing
3  down the inflammation in that process.
4  Q.     You mentioned you have prescribed higher
5  dosages with respect to that?
6  A.     Yes.  I guess, higher needs a number behind
7  it.  So when I say higher doses, that would be
8  between 40 and 60 milligrams we generally refer to
9  as a high dose glucocorticoid of Prednisone.  For
10 other steroids like Dexamethasone, it might be 2 to
11 4 milligrams would be a high dose, Dexamethasone,
12 glucocorticoid.
13 Q.     Okay.  For the Grave's eye disease when you
14 mentioned having prescribed a high dose of 40 to
15 60 milligrams of Prednisone, do you recall for what
16 duration that Prednisone or that amount of
17 Prednisone would be prescribed for?
18 A.     It would vary by the patient, but
19 glucocorticoids, the standard of care in
20 prescribing glucocorticoids is the lowest effective
21 dose because the risks of high dose steroid to the
22 human body.  So for a typical Grave's eyes patient,
23 it might be 60 milligrams per week, followed by a
24 rapid taper down to zero over the next week, and

**40**

1  then quickly replacing that glucocorticoid because
2  of it's known toxicity with an alternative
3  medication which has less toxic side effects.
4  Q.     Okay.  Now, Doctor, you brought up a point
5  that it can vary by patient, is that correct?
6  A.     Yes.
7  Q.     The dosage can vary by patient.  Why is
8  that?  What are some of the factors that are
9  involved there?
10 A.     So it's probably patient to patient
11 variance, genetics.  It could be disease severity.
12 So different diseases might have presentation at
13 different severity levels.  Could be the disease
14 condition.  Could be comorbidities or other
15 conditions which may affect the toxicity or lean
16 the risk benefit away towards using higher dose
17 glucocorticoids because of the risks.
18 Q.     Okay.  Doctor, you agree that
19 glucocorticoids are not controlled substances,
20 correct?
21 A.     They're not schedule two or schedule one or
22 schedule three or schedule four, that is correct.
23 Q.     Thank you.  What are physiological doses of
24 synthetic glucocorticoids, like Prednisone and

**41**

1  Dexamethasone?
2  A.     So those Prednisone and Dexamethasone
3  synthetic glucocorticoids, the body does not make
4  those.  They make -- the body makes cortisol.  The
5  equivalent doses for physiologic, and to me
6  physiologic would mean a dose used to maintain
7  life, for Prednisone would be between 3 and 5
8  milligrams a day, for Dexamethasone it might be
9  0.25 to 0.375 milligrams per day.  For other
10 steroids that we use, like hydrocortisone it might
11 be between 10 to 12 and a half milligrams per day.
12 Q.     Okay.  And in what instances or situations
13 would physiological doses be prescribed,
14 prescribed?  Sorry.
15 A.     So if somebody does not have an adrenal
16 gland because their adrenal glands were destroyed,
17 they would require physiologic doses every day to
18 maintain the cellular processes that keep people
19 alive, so that would be one condition.  Another
20 condition could be, if they have been taking
21 chronic steroids at higher then physiologic levels,
22 which has turned off their own adrenal gland's
23 ability to make hormones, then those people often
24 will require low dose or a maintenance physiologic

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

JONATHAN WILLIAMS, M.D.

**42**

1  dose until their adrenal glands recover.  Those are
2  the two situations in which you would be using
3  physiologic doses.
4      Q.     Okay.  All right.  You brought up two
5  points that I'm particularly interested in.  Are
6  you stating that due to, I guess, prior
7  corticosteroid use that there's situations in which
8  the adrenal gland no longer produces hormones, is
9  that how you stated it, doesn't function?
10     A.     Say it again.  Sorry.  You cut off a
11 little bit there.
12     Q.     All right.  I'm trying to understand your
13 previous statement about prior corticoid use and
14 it's affect on adrenal gland in a situation in
15 which you might need to prescribe physiologic
16 doses, can you describe that situation again?
17     A.     Yes.  If somebody is prescribed higher than
18 physiologic required doses of glucocorticoids, for
19 example, Prednisone above 5 milligrams per day,
20 then the body considers that as a glucocorticoid
21 and will turn off the adrenal gland's need to
22 produce that same hormone.  If that process is
23 occurring on a daily regular basis over, we'll say,
24 three to six weeks, then you can in a sense put to

**43**

1  sleep the adrenal gland and, therefore, it takes
2  time for the adrenal glands to wake up again and
3  start making cortisol by themselves, so we usually
4  refer to this as a tapering process.  If somebody
5  is on a higher dose than physiologic, we taper the
6  steroid level down to that physiologic level to get
7  the adrenal glands to start waking up and making
8  their own hormone again.  And once they do, you can
9  stop taking those Prednisones and other steroid
10 hormones.
11     Q.     Okay.  How much glucocorticoid steroids
12 would someone need to take to cause the body to
13 turn off and the adrenal gland to no longer produce
14 the same hormone?
15     A.     1 milligram of Dexamethasone would do it.
16 In fact, that's a test that we use for adrenal
17 gland functioning.  If you give 1 milligram of
18 Dexamethasone one time, you will temporarily turn
19 off the adrenal gland from making cortisol for
20 about two days.
21     Q.     Okay.  And then you mentioned that the
22 adrenal gland can turn back on; correct?
23     A.     It can.  It depends on the condition of the
24 underlying adrenal gland and the duration that the

**44**

1  adrenal gland has been asleep.
2      Q.     Okay.  So, I guess, would it be fair to say
3  that the longer that the adrenal gland is put to
4  sleep, the longer it could take to come back on?
5      A.     Or it may never come back on.
6      Q.     Okay.  You used the phrase before that, you
7  know, the adrenal gland can recover.  I guess, in
8  what instances could the adrenal gland recover?
9      A.     Most cases the adrenal gland can recover if
10 the reason why it wasn't working was because it was
11 being suppressed by taking higher then physiologic
12 doses of outside glucocorticoids.  So if the gland
13 is simply sleep and not damaged or removed, then it
14 can recover.  It can, it may not, but it can
15 recover in those cases.  In some people it never
16 recovers.  It never wakes up again.
17     Q.     Okay.  So you are making a distinction
18 between an adrenal gland going to sleep versus an
19 adrenal gland being damaged, is that correct?
20     A.     So, yes, an adrenal gland that's been
21 damaged could recover, but as well as a adrenal
22 gland that's been suppressed could recover.
23     Q.     Okay.  What amounts of glucocorticoids are
24 considered -- I'm sorry.  Strike that.  What

**45**

1  amounts are considered pharmacologic doses of
2  glucocorticoids?
3      A.     Anything above physiologic.  So if we use
4  the example, Prednisone 3 to 5 milligrams for most
5  people would be physiologic, anything greater than
6  3 to 5 milligrams would be considered
7  pharmacologic.
8      Q.     Okay.  In what instances are
9  pharmacological doses of Prednisone and
10 Dexamethasone helpful?
11     A.     As we mentioned, in treating inflammatory
12 conditions, and in treating conditions which would
13 have an immune-regulating component to them, like
14 transplants, solid organ transplants, and then
15 occasionally a person who is dependent on
16 glucocorticoids, for example, if they don't have
17 adrenal glands or their adrenal glands are
18 suppressed, then you would need pharmacological
19 range of glucocorticoids when they're under stress,
20 and by stress I mean acute infection, surgery,
21 trauma.  In those instances the normal physiologic
22 response is to generate high doses of
23 glucocorticoids to mount that stress.  So in those
24 situations, a pharmacological dose is actually

**12 (Pages 42 to 45)**

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

**46**

1 physiologic.
2 Q. Okay. You stated in your report, Doctor,
3 that inflammatory conditions often treated with
4 pharmacological doses of steroids, including
5 asthma, arthritis, Lupus, contact dermatitis,
6 parentheses, poison ivy, do you remember that
7 statement?
8 A. Yes. If you can pull it up, it would be
9 helpful though just so I can see where we are.
10 Q. Sure.
11 A. I just want to know the context of when I
12 say things.
13 Q. I understand. I'm going to share my screen
14 with you. We're back on Exhibit 1. Do you see
15 where my little cursor is, little hand?
16 A. Yes.
17 Q. I have highlighted inflammatory conditions,
18 then you go on to state it, so it was right here.
19 A. Yes. I read that, yes.
20 Q. Okay. This list is not exhaustive,
21 correct?
22 A. No.
23 Q. And have you ever treated the conditions of
24 asthma, arthritis, Lupus, or contact dermatitis?

**47**

1 A. Yes.
2 Q. Yes.
3 A. Yes.
4 Q. Was that with your endocrine or your
5 adrenal specialist area or within some other
6 employment?
7 A. No, I'm an internal medicine doctor as
8 well, so when -- before I was an endocrinologist or
9 as I practiced as an internist, yes, I treated
10 these conditions and others.
11 Q. Did you ever treat the inflammation as it
12 related to these condition as an internal medicine,
13 doctor?
14 A. Yes.
15 Q. Did you ever treat those -- did you ever
16 treat that inflammation related to these conditions
17 with corticosteroids?
18 A. Yes, at the lowest effective dose possible.
19 Q. Okay. But fair to say you are not a
20 pulmonologist or dermatologist, correct?
21 A. It is entirely accurate to say that I'm not
22 board certified in pulmonary medicine or
23 dermatology, yes.
24 Q. Okay. So earlier you briefly described

**48**

1 tapering to us, Dr. Williams, and you also
2 addressed it in your report. Can you describe what
3 the tapering process is, like what is it and what
4 is it used for?
5 A. So tapering is primarily due to the
6 toxicities well-known for pharmacologic doses of
7 glucocorticoids. The whole concept of tapering is
8 to reduce those toxicities as quickly as possible.
9 We don't taper other medications because they might
10 have less, far less negative side effects than
11 glucocorticoids, but glucocorticoids since we know
12 they have a long list of side effects that we
13 reduce the dose as quickly as possible to minimize
14 those risks or we replace the glucocorticoids with
15 a less toxic medication.
16 Q. So I think you answered my question, but
17 there is a recognized practice of dosage tapering
18 of steroids, correct?
19 A. Can you -- I'm not quite sure what you
20 mean.
21 Q. So --
22 A. Practice.
23 Q. I just want to make sure I understand this.
24 This is a practice recognized in the medical field

**49**

1 of tapering glucocorticoids, including Prednisone
2 and Dexamethasone; correct?
3 A. Yes, tapering of Prednisone and
4 Dexamethasone could depend on the condition you are
5 treating and how the individual patient is
6 responding to that taper. Some people you don't
7 need to taper at all. You just stop the
8 glucocorticoids, you stop the Prednisone without a
9 taper, and that could mean because there's -- the
10 toxicity exceeds the tapering demand. So if the
11 glucocorticoids are immediately causing acute
12 problems, then you just stop and you wouldn't taper
13 because you would have to treat the more serious
14 condition. In other conditions you can taper
15 gradually the glucocorticoids, but in every case
16 you are trying to do so as quickly as possible to
17 minimize the known toxicity of maintaining
18 pharmacologic doses of glucocorticoids.
19 Q. I think you already explained it as to why
20 tapering of glucocorticoids is important or it's
21 purpose. Does a taper ever require a pulse or
22 pulsing after the tapering?
23 A. Can you describe what you mean by pulse?
24 Q. So are there ever situations, Doctor,

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

JONATHAN WILLIAMS, M.D.

50

1 where, you know, a patient is prescribed
2 glucocorticoids, then there's a period of taper,
3 then there might be a period of where they're
4 increasing their dosage, tapering again, just kind
5 of the tapering and then increasing dosage and then
6 tapering again?
7 A.     Yes, there are instances in which you could
8 be tapering and then need to increase it again, and
9 that could be due to a rebound of whatever
10 treatment you use the steroid for in the first
11 place and again --
12 Q.     Would you also agree that -- go ahead.
13 A.     Again, if there was a need to increase, it
14 would be exactly as you stated, you would then
15 taper it as quickly as you also again.
16 Q.     Okay.  Would you also agree that tapering
17 or increasing and tapering again could also depend
18 on the illness or the inflammation that's being
19 treated?
20 A.  Yes, that's what I said, yes.
21 Q.     Okay.  Do you agree that the dosing of
22 glucocorticoids might require, I think you answered
23 this, but may require high does for inflammatory
24 conditions?

51

1 A.     Yes, you would have to define what high
2 means when you say high.
3 Q.     So actually in your report, Doctor, you
4 mention or you stated that dosing might involve
5 high doses such as 60 milligrams of Prednisone a
6 day for one to two weeks duration, followed by a
7 rapid taper of a lower effective dose of 5 to 10
8 milligrams of Prednisone for inflammatory
9 conditions.  Do you remember that statement?
10 A.     Yes.
11 Q.     It's right -- right here.
12 A.     Yes, that was an example, yes, theoretical
13 example.
14 Q.     Okay.  And where did you get this
15 information?  What is that based on?
16 A.     My education, experience, training as an
17 endocrinologist and adrenal specialist.
18 Q.     Why is it that certain inflammatory
19 conditions might require higher doses of
20 glucocorticoids?
21 A.     When you say higher, you mean, the
22 60 milligrams in this example?
23 Q.     If that's how you understand to mean it,
24 yes.

52

1 A.     Yes, it would just depend on the severity
2 of that illness.  So if something is not responding
3 appropriately, and it's known that in the
4 literature there is evidence that the treatment
5 with a glucocorticoid can impact that disease
6 course, then you would prescribe a higher dose for
7 that situation because you would be balancing the
8 known risks of high dose glucocorticoids and
9 potentially treating that condition.  But, again,
10 as soon as you reach these high doses, you find the
11 effective lowest dose possible because of the
12 toxicities.
13 Q.     Okay.  So you have mentioned this severity
14 of the illness fact.  Is it fair to say that the
15 more severe the illnesses, the more glucocorticoid
16 steroids might be needed?
17 A.     If the toxicity of high dose steroids are
18 known, then you would only invoke them in severe
19 illnesses in which there is substantial medical
20 literature to justify the risk, and this is again
21 just because of the known toxicity of high dose
22 steroids at levels of 60 milligrams per day.
23 Q.     What effect can high doses of
24 glucocorticoid steroids achieve for inflammatory

53

1 conditions?
2 A.     They can cause decrease inflammation.
3 Q.     Why is that important?
4 A.     Well, it depends on the condition.  So if
5 your kidneys aren't working because they're
6 inflamed and there's substantial medical literature
7 which points to high dose steroids, 60 milligrams
8 of Prednisone per day can be effective in reversing
9 that damage to the kidney, then that would be an
10 instance in which you would want to calm the
11 inflammation down in the kidney because if your
12 kidneys don't work, you may die.  So very clear cut
13 that high dose steroids are effective in reducing
14 death in people with kidney disease due to
15 inflammation and there's substantial medical
16 literature to back that up.
17 Q.     Are you familiar with Babesiosis?
18 A.     I know that Babesiosis is a disease, yes.
19 Q.     What is your understanding of it?
20 A.     It's an infectious disease that's rarely
21 seen.  It can cause a condition called Babesiosis.
22 Q.     And you are not an infectious disease
23 specialist, correct?
24 A.     No, I am not.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

54

1    Q.    I'm guessing you have never treated a
2    patient for Babesiosis in your career, correct?
3    A.    I have never treated a patient with
4    Babesiosis in my career.
5    Q.    What is your understanding, if any, as to
6    why -- actually, strike that.  Doctor, regarding
7    Prednisone, is there an upper limit of Prednisone
8    dosing?
9    A.    There is no known upper limit.  It's as I
10   said before, standard of care is the lowest
11   effective dose possible.
12   Q.    And in your report you stated that the
13   medical literature does not establish a specific
14   maximum dose for Prednisone, correct?
15   A.    Correct.  Wait.  Can you point to where I
16   put that in there?  I want to see the context of
17   that to check.
18   Q.    One second.
19   A.    I see it.  It's in the paragraph below,
20   second sentence.
21   Q.    Yes.  Okay.
22   A.    Can I just read that?  Sorry.  Your cursor
23   thing is on top of it.  The medical literature does
24   not establish a specific quote, maximum dose, quote

55

1    for either medication, but that does not mean no
2    amount is too much or that there is no standard of
3    care with respect to dosing.  Okay.
4    Q.    So I'm guessing that also means there is no
5    upper limit for Dexamethasone dosing either,
6    correct?
7    A.    Correct.  But as I stated here that does
8    not mean that --
9    Q.    Hold on, Doctor.  Sorry.  There is no
10   question pending.  Doctor, Doctor, there is no
11   question pending.  Give me a second.  Doctor, how
12   is Dexamethasone different from Prednisone?
13   A.    It's a longer lasting medication.  Lasts in
14   the body for 24 to 36 hours.  It's higher potency.
15   It has less what we call mineralocorticoid
16   activity.  It's almost a pure glucocorticoid
17   synthetic hormone compared to Prednisone, so it's
18   about five to six times more potent as a
19   glucocorticoid than Prednisone but has no
20   mineralocorticoid activity compared to Prednisone.
21   Q.    And pharmacologically are there ingredients
22   or components in Dexamethasone that are not in
23   Prednisone and vice versa?
24   A.    Yes.

56

1    Q.    What would those be?
2    A.    I would have to pull the product labels for
3    both to know what those are.
4    Q.    Is there any relevance to the presence of
5    certain ingredients in Dex that's not in Prednisone
6    and vice versa?
7    A.    Yes.
8    Q.    What would the relevance include?
9    A.    Yes, that's what I was explaining before.
10   So Prednisone affects both glucocorticoid function
11   as well as mineralocorticoid function whereas
12   Dexamethasone is designed to be a pure
13   glucocorticoid synthetic hormone and not a
14   mineralocorticoid hormone, so different aspects of
15   the chemical structures were designed for those
16   purposes.
17   Q.    Okay.  Now, Doctor, are there instances
18   that you are aware of or that you yourself have
19   treated regarding doses of -- let's talk in the
20   Prednisone terms, higher than 60 milligrams a day?
21   A.    Yes.
22   Q.    And can you describe those conditions or
23   those situations in which it might have required
24   higher doses than 60 milligrams of Prednisone a

57

1    day?
2    A.    I have seen rarely 100 milligrams of
3    Prednisone briefly for a few days to treat chronic
4    obstructive pulmonary disease flare-ups or asthma
5    flare-ups, some rheumatologic conditions might
6    touch 100 milligrams per day, organ transplant
7    rejection protocols often or can use intravenous
8    forms of Prednisone in the hospital setting at
9    1,000 milligrams for a day or two tops.  So again
10   those are -- because there's a substantial body of
11   medical literature that supports that the risk
12   benefit tips towards benefit for those conditions.
13   Q.    Dr. Williams, as it relates to this matter,
14   what were you asked to opine on?
15   A.    Causality.
16   Q.    What specific -- what specifically about
17   causation?
18   A.    Did glucocorticoids cause harm to Mrs.
19   Wolking?
20   Q.    Give me one second.  I'm going to share my
21   screen with you briefly.  Okay.
22   A.    Yes.
23   Q.    Do you remember, just follow where my
24   cursor is, top of the second paragraph, do you

15 (Pages 54 to 57)

JONATHAN WILLIAMS, M.D.

**58**

1    remember being asked to address the question
2    whether there's a specific dose of either
3    Prednisone or Dexamethasone that is beyond the
4    standard of care for a physician to prescribe or
5    direct a patient to take?
6    A.    Yes.
7    Q.    But you already indicated and you also
8    indicate in your report that the medical literature
9    does not establish a specific maximum dose for
10    either, correct?
11    A.    Yes, but that dose does not mean no amount
12    is too much.
13    Q.    All right.  We're going to get to that.
14    I'm going to move onto my next.  In your report,
15    Doctor, you opined that a reasonable physician
16    would rarely if ever prescribe 100 milligrams of
17    Prednisone or it's corticosteroid equivalent per
18    day to a patient outside of a hospital setting.
19    You further stated even at that high of a dosage, a
20    reasonable physician would begin to taper down the
21    dosage within a few days.  There is no condition in
22    the medically literature for which, sorry.  There
23    is no condition in the medical literature for which
24    physicians following the standard of care would

**59**

1    give a patient the doses of glucocorticoids that
2    Dr. Lindner directed Mrs. Wolking to consume,
3    particularly for the length of time that she
4    consumed them in August, September, and October of
5    '22, and previously while under Dr. Lindner's care.
6    Do you remember making that opinion?
7    A.    Yes, I'm reading it, yes.
8    Q.    Okay.  And then you further stated that
9    those doses of glucocorticoids, Dexamethasone and
10    Prednisone, prescribed by Dr. Lindner to Mrs.
11    Wolking were outside the standards of care and are
12    by far the highest I have ever observed in an
13    outpatient setting in over 25 years of endocrine
14    practice.  Do you remember stating that?
15    A.    Yes, I do.
16    Q.    Okay.  What is this opinion based on?
17    A.    My research, training, experience,
18    education as a board certified endocrinologist and
19    adrenal specialist who sees patients all of the
20    time on steroids in a tertiary care referral system
21    where you would see the worst of the worst of the
22    worst, and I still haven't seen these things
23    before.
24    Q.    In your report, Doctor, you discuss or you

**60**

1    engage in a discussion with respect to the standard
2    of care required by one of the pharmacies in this
3    case, Tunkhannock Compounding Center.  I'm going to
4    refer to them as TCC during this deposition,
5    Doctor.
6    A.    Thank you, and I can to.
7    Q.    Okay.  You state that you're familiar with
8    normal pharmacy prescribing practices and a
9    pharmacist's obligation to contact the prescribing
10    provider when a questionable dose or suspected
11    error prescribing are encountered.  Do you remember
12    providing that opinion --
13    A.    Yes.
14    Q.    -- or rather stating that, that your
15    familiarity with the normal pharmacy prescribing
16    practices?
17    A.    Yes.
18    Q.    Okay.  How is it that you are familiar with
19    normal pharmacy prescribing practices?
20    A.    As a physician, the pharmacy is a -- as a
21    health care worker and a physician, I can't operate
22    without pharmacy being part of the team, a
23    pharmacist and a pharmacy being part of the medical
24    care I provide, so that creates a familiarity

**61**

1    certainly over 25 years of prescribing medications.
2    And then I also, as I mentioned in the same
3    paragraph, I chair the Mass General Brigham
4    Institutional Review Board, and I work very closely
5    with our investigative pharmacy services in
6    approving research protocols.
7    Q.    Okay.  You state -- it looks like you
8    stated that you worked directly with research and
9    clinical pharmacies, correct?
10    A.    Yes.
11    Q.    Okay.  What do research pharmacists do?
12    A.    Same as clinical pharmacists, they just
13    also --
14    Q.    Okay.
15    A.    -- they just also have expertise in
16    handling investigational medications or drugs that
17    aren't approved.
18    Q.    Do you agree that research pharmacists do
19    not dispense medication?
20    A.    No, I don't agree with that.
21    Q.    Okay.  So you have worked with research
22    pharmacists who dispense medication?
23    A.    Every day.
24    Q.    Okay.  And is this within the hospital

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

---

**62**

1  setting?
2  A.    Both inside the hospital and outside the
3  hospital setting.
4  Q.    Okay.  Have you yourself had experience --
5  have yourself ever had experience in filling
6  prescriptions before?
7  A.    No, I have never filled a prescription
8  myself, that's correct.
9  Q.    And you are not a licensed pharmacist,
10 correct?
11 A.    I'm not a licensed pharmacist, no.  I train
12 pharmacists on clinical practice and diabetes.
13 Q.    And have you ever verified or dispensed
14 medication as a pharmacist in a refill setting?
15 A.    No, I have not.
16 Q.    Did any of the prescriptions you wrote in
17 your career for glucocorticoids ever involve
18 treating a patient for Babesiosis?
19 A.    No.
20 Q.    During your practice, Doctor, have you ever
21 had one of your prescriptions questioned?
22 A.    Yes.
23 Q.    And can you describe that?
24 A.    So I can think of examples of where that's

---

**63**

1  happened, and it might be if the pharmacy is aware
2  of a second medication that I'm unaware of that
3  might be interacting with the medication that I'm
4  prescribing, they would call me up and say, Dr.
5  Williams, are you aware that your patient you
6  prescribed X is also taking Y, so, and being
7  unaware I'm very grateful that they brought that to
8  my attention to avoid any harm to that patient, so
9  that would be one example.  Another example, and
10 I'm sure this is common to physicians is can you
11 please clarify what you wrote in your prescription
12 because it is not quite legible.  That would be
13 another instance.
14 Q.    Okay.
15 A.    It might be they recognize something that's
16 inconsistent with prescribing behaviors, like are
17 you sure that's what you mean, Dr. Williams, when
18 you prescribed this, and sometimes they would be
19 absolutely right and will have caught something,
20 and other times I need to explain to them, no, this
21 is for this type of condition and this is why, so
22 lots of reasons.
23 Q.    Okay.  Have you ever -- have any of your
24 prescriptions been questioned as it relates to the

---

**64**

1  amount or the dosing instructions?
2  A.    Yes.
3  Q.    And tell me what happens if you have had --
4  was this questioned by a pharmacist?
5  A.    Yes.
6  Q.    And so tell me what happens.  So if the
7  pharmacist questioned you, was it about amounts or
8  dosing?
9  A.    It could be both.
10 Q.    And so let's talk in real terms, not could
11 be or would be, but in your experience you
12 mentioned you've been questioned with respect to
13 amounts and dosing, correct?
14 A.    Yes.
15 Q.    All right.  Let's talk about the amount
16 first.  So when you had a pharmacist question about
17 the amount of medication you were prescribing, what
18 conversations took place?
19 A.    I cannot remember specifics about a case.
20 I just know it's happened over 25 years.
21 Q.    Okay.  Well, after speaking with the
22 pharmacist -- strike that.  Did you provide an
23 explanation to the pharmacist in response to their
24 questioning as to why you were prescribing the

---

**65**

1  amount you were?
2  A.    If I needed to.  If they were correct in
3  stating you put an extra zero here, are you sure
4  you want that, I would say, oh, thank you for
5  letting me know that.  No, that is not what I
6  wanted, or you misread what I wrote, that's not a
7  zero, it's a one or something like that.
8  Q.    What about if it's not a situation of which
9  they're not correct, in other words, they see an
10 amount, they ask you, you know, are you sure this
11 is the amount you want, and it was in the fact the
12 amount you intended, so what would you -- what did
13 you say in that conversation?
14 A.    I would say I'm treating this condition.
15 That's why I'm prescribing this.
16 Q.    Will that be the extent of the
17 conversation?
18 A.    Yes.
19 Q.    Okay.  And so have there been instances in
20 your practice where you might have had a
21 conversation with the pharmacist in advance about a
22 condition that you are treating a particular
23 patient and why you might be prescribing certain
24 amounts to that patient as a result of the

---

**17 (Pages 62 to 65)**

66

1  condition?
2  A.    No, I cannot think of that pre-consultation
3  scenario if that's ever happened before.
4  Q.    Okay. And then when you've had a
5  pharmacist that questioned your dosing
6  instructions, what conversations took place between
7  you and the pharmacist?
8  A.    So it might be -- again, this would be --
9  this would be related or was, if I recall back, I
10 just can't remember specifics over 25 years, Dr.
11 Williams, so and so is prescribed drug Y. Are you
12 aware of the interaction and the need for dose
13 adjustment. And, again, that would be a
14 conversation in which I would either say thank you
15 for letting me know that, let's reduce the dose, or
16 it might be no, let's press forward with this dose.
17 Thank you for bringing that to my attention.
18 Q.    Okay. And have you ever had a situation
19 where a pharmacist questions either the amount
20 prescribed or the dosing instructions and then you
21 have a conversation with them about why you are
22 prescribing those amounts or instruct that
23 particular dosage and then they refuse to fill the
24 prescription?

67

1  A.    No.
2  Q.    Okay. So once you have a explained to a
3  pharmacist that you are treating this patient for a
4  particular condition, the pharmacist takes you at
5  your word, correct?
6  A.    I don't know. They fill the prescription,
7  so.
8  Q.    Okay.
9  A.    Do they take me at my word, I don't know if
10 I could know what they're thinking, but they do
11 fill the prescription.
12 Q.    Okay. We've been going about an hour and a
13 half, Doctor. Do you need a five-minute break?
14 A.    I'm good if you are good. Does not matter
15 to me. It's totally up to you.
16       MS. KEESLER: What about everybody
17 else?
18       MR. LAMB: I'm fine as long as you
19 guys are.
20       (At this time, a discussion was
21 held off the record.)
22 BY MS. KEESLER:
23 Q.    Now, Doctor, in your report -- well, let me
24 ask you this. What was your causation opinion in

68

1  this report?
2  A.    That glucocorticoids prescribed caused a
3  series of harm to Mrs. Wolking.
4  Q.    Okay. Now, in your report, Doctor, you
5  state that with respect to the cause of Mrs.
6  Wolking's injury, it's my opinion that many of
7  injuries listed in Paragraph 76 of the Complaint
8  were caused by Dr. Lindner's excessive and
9  unreasonable prescription of glucocorticoids and
10 TCC's dispensing these medications to Mrs. Wolking
11 on the dates prescribed in the Complaint. Do you
12 remember making that opinion?
13 A.    Yes.
14 Q.    I'm going to pull up -- do you remember
15 what those injuries were that were listed in
16 Paragraph 76 of the Complaint?
17 A.    Not the whole list off the top of my head,
18 no.
19 Q.    Okay. So what injuries are you asserting
20 were caused by the glucocorticoids?
21 A.    Can you pull up that list for me, please,
22 that I referred to?
23 Q.    Are you able to independently recollect as
24 to what injuries you are claiming were caused by

69

1  the glucocorticoids?
2  A.    It would be helpful if I saw the list just
3  because it's a long list.
4  Q.    Okay. So you cannot independently recall,
5  correct?
6  A.    Sure, I can independently recall some of
7  them, but it's a long list, and I don't want to
8  forget. The list of toxicities related to
9  Glucocorticoids is extensive.
10 Q.    What are some of the ones that you
11 remember?
12 A.    So some of the ones I remember is she had
13 mental health disturbances related to them. She
14 had weight gain, fluid retention. She had bowel
15 perforation. She had -- I don't know. I would
16 have to look at the list. I'm trying to think of
17 what else I put in here. It's in -- some of it is
18 in my opinion too.
19 Q.    Okay. Give me one moment. I'm going to
20 share the Complaint with you and mark this as
21 Williams 3. We're up to 3, right. All right.
22 Dr. Williams, do you see the document in front of
23 you?
24 A.    Yes. Complaint three, I think it says,

JONATHAN WILLIAMS, M.D.

70

1  yes.
2  Q.    Did you review this Complaint as part of
3  your record review?
4  A.    Yes.
5  Q.    All right. I'm going to jump to paragraph
6  76. Do you see where it states or it lists rather
7  plaintiff's claimed injuries?
8  A.    Yes, No. 76, yes.
9  Q.    Okay. I'm going to keep controlling down,
10 Doctor, because the list goes on, okay, but have
11 you had an opportunity to review these?
12 A.    Yes.
13 Q.    A through G?
14 A.    Yes.
15 Q.    Okay. And then just let me know when you
16 need me to scroll down.
17 A.    You can scroll down, yes. Is there more?
18 Q.    There is one more. CC.
19 A.    Okay.
20 Q.    So your opinions stated that it's your
21 opinion that many of the injuries listed in 76, in
22 Paragraph 76 of the Complaint, were caused by the
23 glucocorticoids. So which of the injuries listed
24 from A through double C are you opining were caused

71

1  by the glucocorticoids?
2  A.    Probably better if I just exclude the ones
3  that aren't.
4  Q.    Okay. Let me know if you need me to scroll
5  down.
6  A.    Yes, can you scroll down? Keep going down,
7  please.
8  Q.    Yep.
9  A.    All of them are part of it. None of them
10 are excluded.
11 Q.    So your opinion is that all of the injuries
12 listed in Paragraph 76 were caused by the
13 glucocorticoids?
14 A.    Yep. And the sequela, I think, that's what
15 it said, right. What did it say at the beginning
16 of that, 76? And their sequela, yes.
17 Q.    Let me ask you something -- give me one
18 second. Doctor, do you recall stating further in
19 your opinion that the plaintiff's bowel
20 perforations, peritonitis, and sepsis were caused
21 by the massive doses of glucocorticoids she had
22 been consuming based on the timing of her painful and
23 continuous gastrointestinal symptoms in the emails,

72

1  and the lack of any other apparent cause related to
2  her small bowels?
3  A.    Yes.
4  Q.    One second. I will pull up your report.
5  So I just read the highlighted portion, Doctor. Do
6  you see that? You stated bowel perforations
7  plural. Was there indication that she had more
8  than one perforation?
9  A.    I can't remember if I meant to put that S
10 there or not. I would have to look at the
11 pathologist's report and the surgeon's report to
12 refresh my memory.
13 Q.    By bowel perforation, you meant a
14 perforation in Mrs. Wolking's jejunum, correct?
15 A.    Did I put jejunum in here? I can't
16 remember. I'm trying to see if I specified jejunum
17 in this. Could you search that? I just can't read
18 the whole thing. I can remember if I said jejunum.
19 Q.    I didn't find any instances of jejunum in
20 your record. Let me ask you this. Based upon your
21 record review, Dr. Williams, do you know the exact
22 or precise location of where that perforation was?
23 A.    Yes, I would have to pull up the report,
24 the operative note and the pathology report to

73

1  refresh where exactly it was.
2  Q.    Okay. Well, I'm going to represent to you
3  that based on the records the surgeon found that
4  Mrs. Wolking had a small perforation in the distal
5  jejunum. Does that refresh your memory at all?
6  A.    If that's the complete operative report. I
7  don't know if that means that he said there were
8  areas elsewhere, so. I mean I don't recall what
9  the pathology report said as far as specifics and
10 whether there were multiple.
11 Q.    Okay. Do you know where the jejunum is
12 located?
13 A.    Yes.
14 Q.    And where is that?
15 A.    It's the second portion of the bowel, small
16 intestine.
17 Q.    And you would agree with me that this is
18 distinct from the sigmoid colon; correct?
19 A.    Yes, it's a different part of the
20 intestinal tract. They're all part of the
21 intestinal tract, yes.
22 Q.    Okay. Are you aware that the hospital
23 records do not indicate a perforation in the
24 sigmoid colon?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

74

1      MR. LAMB: Objection to form. You
2  can answer.
3      THE WITNESS: Can you say that
4  again? I got a negative put in there that
5  threw me.
6  BY MS. KEESLER:
7  Q.    Are you aware that the records did not
8  indicate that there was a perforation in the
9  sigmoid colon?
10  A.    I don't know that I'm aware that it does
11  not say that. I'm sure the record has a lot of
12  things that it does not say.
13  Q.    Okay. Well, let me ask you this. Based on
14  -- the time that you drafted this report, Dr.
15  Williams, were aware of the exact location of where
16  the perforation was in Mrs. Wolking?
17  A.    I would have to look at the operative
18  report and pathology report to see exactly where it
19  was located or whether there was more than one
20  there.
21  Q.    Sure. Did you know, though, at the time of
22  drafting your report where the perforation was?
23  A.    Yes.
24  Q.    Okay. And why did you not indicate that in

75

1  your report?
2  A.    I didn't think to put the specifics. There
3  is a lot of specifics I did not put in my report.
4  Q.    Okay. Well, when you stated bowel
5  perforation, were you referring to the small
6  intestine?
7  A.    It could be any part along the bowel,
8  bowels, small intestine, large intestine, including
9  sigmoid colon, the bowels, that whole GI,
10  gastrointestinal tract, or the intestinal tract.
11  Q.    Based on your review of the records,
12  Doctor, do you recall the hospital -- sorry. Give
13  me one second --- the surgeon observing areas of
14  tissue breakdown in the distal sigmoid although
15  without significant diverticular disease?
16      MR. LAMB: Objection to form. You
17  can answer.
18      THE WITNESS: It sounds like you
19  are reading it so, yes, that sounds
20  familiar.
21  BY MS. KEESLER:
22  Q.    Okay. Are you also aware that pathology
23  established that her sigmoid inflammation was not
24  secondary to diverticulitis?

76

1      MR. LAMB: Objection to form. You
2  can answer.
3      THE WITNESS: Yes, that sounds
4  familiar.
5  BY MS. KEESLER:
6  Q.    Okay. What does this indicate to you, if
7  anything?
8  A.    Well, I'm not a surgeon or a pathologist.
9  It indicates to me that there is non-diverticular
10  destruction of the sigmoid colon and that could be
11  consistent or would be consistent with excessive
12  glucocorticoid use, which breaks down bowel walls
13  and causes thinning of the bowel --
14  Q.    Sorry.
15  A.    And causes --
16  Q.    Sorry. I cut you off. I cut you off. Can
17  you repeat that?
18  A.    Sure. That last phrase was and causes
19  thinning of the bowel wall and fragility.
20  Q.    What is the significance of the small
21  perforation in her distal jejunum?
22      MR. LAMB: Objection to form. You
23  can answer.
24      THE WITNESS: So did you say what

77

1  is the significance of it?
2  BY MS. KEESLER:
3  Q.    Yes.
4  A.    It's --
5  Q.    That affects the perforation within the
6  jejunum.
7  A.    Well, the significance of the perforation
8  in the jejunum or anywhere is significant because
9  it can cause death, so it's an emergency. It needs
10  to be treated. It causes peritonitis, extreme
11  pain, and it needs to be fixed.
12  Q.    Doctor, when you were preparing your
13  report, did you conduct an independent evaluation
14  of the diagnosis of the small perforation in Mrs.
15  Wolking's distal jejunum?
16      MR. LAMB: Objection to form. You
17  can answer.
18      THE WITNESS: I'm just not sure
19  what you mean by independent again, when
20  you say independent evaluation.
21  BY MS. KEESLER:
22  Q.    Okay. Let met ask you this. When you
23  drafted your report, were your opinions based on
24  the diagnoses of the hospital or did you

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

**78**

1 independently look at the diagnosis, confirm that
2 the diagnosis was correct or did you have any
3 questions about the diagnosis?
4 A.    No, I didn't have any questions about the
5 diagnosis.  I did not seek alternative opinions
6 about the reports to determine if someone else
7 would have drawn the same conclusions if it were a
8 pathologist or a surgeon or a radiologist.  I did
9 not do any outside consultative work, so I used the
10 information provided in the reports to formulate an
11 opinion in the setting of her entire story.
12 Q.    All right.  Dr. Williams, have you ever
13 treated a patient for bowel perforation?
14 A.    Yes.
15 Q.    And was it within your adrenal specialty?
16 A.    Yes.
17 Q.    What did that treatment involve?
18 A.    Consulting a surgeon.
19 Q.    Okay.  So the surgeon -- go ahead.  I cut
20 you off.
21 A.     Consulting a gastroenterologist, radiology
22 was involved, infectious disease.
23 Q.     Do you remember what your consult entailed
24 with respect to the bowel perforation to the

**79**

1 gastroenterologist?
2 A.    Sorry.  Can you ask that again?  I'm not
3 sure I understood what you mean.
4 Q.    Sure.  So you just testified that you have
5 treated a bowel -- you've treated a patient for
6 bowel perforation by consulting a
7 gastroenterologist, is that correct?
8 A.    Yes, he would have been one of the people
9 that I consulted in that.
10 Q.    Okay.  Do you recall the summary of that
11 consult?  What was the issue?
12 A.    So a patient of mine had acute abdominal
13 pain.  I was concerned that they might have a bowel
14 perforation because they had a tender abdomen, and
15 I obtained imaging study, which suggested there was
16 a bowel perforation, I consulted with a
17 gastroenterologist for their expert opinion in that
18 area, and that led to a concurrence of opinion and
19 then a surgical consultation.
20 Q.    Are you qualified to make diagnoses for
21 bowel perforations?
22 A.    I'm an internal medicine specialist, so I
23 have a board certification in internal medicine and
24 that would be part of our training, but usually it

**80**

1 would be consulting a radiologist, maybe a surgeon
2 as well.  So most of that expertise would be
3 surgical expertise as far as management of a bowel
4 perforation or suspected bowel perforation.
5 Q.    Okay.  Does the same apply for making
6 diagnoses for peritonitis and sepsis?
7 A.    What do you mean the same, when you say the
8 same?
9 Q.    Are you qualified to diagnosis peritonitis
10 or sepsis --
11 A.    Yes, I'm qualified.
12 Q.    -- as an adrenal specialist?
13 A.    Sure.  As an internal medicine doctor, yes,
14 absolutely.
15 Q.    You don't have any type of specialty with
16 gastroenterology, correct?
17 A.    I'm not a gastroenterologist, no.  My
18 training in gastroenterology would be my exposure
19 as an internal medicine physician.
20 Q.    Give me one moment.  I would like to take a
21 five-minute break.  It's about 12:53.  I'm looking
22 at my notes.  Can we meet back in about five
23 minutes?
24 A.    You bet.

**81**

1     VIDEO TECHNICIAN:  Time is now
2 12:53.  Going off video record.
3     (At this time, a short recess was
4 taken.)
5     VIDEO TECHNICIAN:  Time is now
6 1:01.  We're back on video record.
7 BY MS. KEESLER:
8 Q.    Okay.  I'm going to share my screen with
9 you again, Dr. Williams.  This will be your report,
10 back to Exhibit 1.  Doctor, do you see where you
11 stated in particular highlighted?
12 A.    Yes.
13 Q.    In particular there is strong support in
14 the medical literature that the excessive
15 consumption of glucocorticoids can cause a
16 perforated bowel and associated sepsis and that
17 higher doses lead to hire risk?
18 A.    Yes.
19 Q.    What is that statement or that opinion
20 based on?
21 A.    My experience, training, and expertise, and
22 I put a couple references there just as examples.
23 Q.    Again, when you wrote this statement, when
24 you stated can cause a perforated bowel, were you

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

82

1   referring to the small intestine?
2   A.    I was referring to the gastrointestinal
3   tract.  I didn't think to specify certain areas of
4   the tract, no.
5   Q.    Okay.  So, yes, I noticed you cited some
6   articles in your report.  There is an article you
7   cited, let me just -- it looks like No. 4 that I
8   wanted to talk about.  No. 4 is titled The
9   Incidence of Gastrointestinal Perforation Among
10  Rheumatoid Arthritis Patients.  Regarding that
11  article -- give me one second.  What was the study
12  about, No. 4, that -- do you recall?
13  A.    You would have to pull it up.  I don't
14  recall.  It's about the title is what I can tell
15  you right now.
16  Q.    Okay.  Well, according to this study that
17  you cited, No. 4, stated that 37 patients out of
18  40,000 had gastrointestinal perforation.  Do you
19  recall the study now?
20  A.    Can you open it, please?  It's hard to
21  recall the specifics of the study.
22  Q.    Well, do you recall essentially what the
23  study -- you know what, I will just show it to you.
24  Give me one sec.  Doctor, I have displayed the

83

1   study.  Is this the study that you meant to cite
2   to?
3   A.    Yes.  Thank you.
4   Q.    Okay.  Now, looking at it, does it -- do
5   you recall what this study was about?
6   A.    It would be helpful if you show me the
7   whole abstract there.  Just scroll up a touch.
8   Thank you.  Perfect.  Perfect.  Perfect.  I'm just
9   going to read this to myself if that's okay.
10  Okay.
11  Q.    Okay.  So does that refresh your memory
12  now?
13  A.    Yes.  Thank you.
14  Q.    What is your -- are you able to provide a
15  summary of what this study is about?
16  A.    Yes.
17  Q.    What is it?
18  A.    That gastrointestinal perforations are
19  uncommon but serious adverse events among
20  rheumatoid arthritis patients and that
21  glucocorticoids can increase the risk of
22  gastrointestinal perforations.
23  Q.    Okay.
24  A.    And that these --

84

1   Q.    According to this -- go ahead.
2   A.    And that these patients using
3   glucocorticoids should be considered at higher
4   risk.
5   Q.    Okay.  So according to this study, Doctor,
6   37 patients out of 40,000 had gastrointestinal
7   perforation, is that correct?
8   A.    Yes.
9   Q.    And of the 37 patients with rheumatoid
10  arthritis and gastrointestinal perforation, 19 were
11  on oral corticosteroids at the time, correct?
12  A.    I would have to look.  I don't know where
13  you get the 19, but I'm assuming that's in a table.
14  Q.    Okay.  Is it your understanding that the
15  author considered the fact that these rheumatoid
16  arthritis patients who are on steroids are also on
17  a immunosuppressive drugs?
18  A.    Correct.
19  Q.    Okay.  For the patients who were on
20  corticosteroids but were not on other
21  immunosuppressive drugs, they had no increased rate
22  of gastrointestinal perforation, correct?
23  A.    Sorry.  Say that again.  I just want to
24  make sure I understood what you said.

85

1   Q.    For the patients who are on corticosteroids
2   but were not on other immunosuppressive drugs, they
3   had no increased rate of gastrointestinal
4   perforation, correct?
5   A.    Yes.
6   Q.    Okay.  I know you stated you reviewed some
7   of the medical records in this case.  You agree
8   that Mrs. Wolking was not taking other
9   immunosuppressive drugs in addition to the
10  corticosteroids correct?
11  A.    Yes, that's correct.
12  Q.    She also did not have any
13  previously-recognized diverticulitis, correct?
14  A.    Not that I'm aware of.  I don't know.  I
15  didn't see her whole medical record.  The point
16  with the glucocorticoids is that glucocorticoids
17  elevate risk on bowel -- GI.  That was the point of
18  this study.
19  Q.    Right.  But they did consider about whether
20  the patients where on other immunosuppressive
21  drugs, correct?
22  A.    That was the patient population, yes.  For
23  this particular study they were studying rheumatoid
24  arthritis.  Rheumatoid arthritis are treated with

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

86

1  immunosuppressing drugs, including glucocorticoids.
2  So the point of the study was to determine if
3  glucocorticoids elevate risk on top of or opposed
4  to other immunosuppressive drugs, and it does, and
5  that would be consistent with what we know about
6  glucocorticoids and GI Perforation risk.
7  Q.    Okay.
8  A.    So it is the -- it is the substance that
9  increases --
10 Q.    Sorry. Doctor, Doctor, hang on. I don't
11 have another question pending.
12        MR. LAMB:  If I can just lodge an
13        objection there. I think he was finishing
14        his previous question if he could just be
15        allowed to answer.
16 BY MS. KEESLER:
17 Q.    Were you?
18 A.    Yes, I was.
19 Q.    Okay. Go ahead.
20 A.    I was just saying it's the fact that the
21 glucocorticoids were the cause for the increased
22 risk. That was the point of the paper because they
23 wanted to make sure that patients being treated
24 with rheumatoid arthritis and their clinicians were

87

1  aware that using glucocorticoids elevated risk
2  beyond background risk.
3  Q.    All right. Well, when they use the term
4  gastrointestinal perforation, it's not specifying
5  where the perforation is, correct?
6  A.    I would have to look at that report to see
7  if they described where the perforations were. I
8  cannot recall off the top of my head.
9  Q.    Do you want to look at it again?
10 A.    Sure. If you show me the whole paper, they
11 might say there where these perforations were
12 located.
13 Q.    Let me know if you need me to scroll down.
14 A.    Yes, can you scroll down? Okay. Let's see
15 here. That's fine. This is introductions. You
16 can go down to methods. Usually they would have a
17 section here in the methods where they determined
18 eligibility to cause -- to call something a
19 perforation or not. Can you scroll down again,
20 please? And can you scroll down again here? Let's
21 see. So here it says outcome of interest of GIP.
22 GIP is gastrointestinal perforation.
23 Q.    So they're talking about the entire
24 gastrointestinal area, not any specific area of

88

1  either the small intestine or colon, correct?
2  A.    Correct. It looks like they're using -- it
3  was a case base, so they looked at claims to see
4  what was coded as a gastrointestinal or anywhere
5  along the gastrointestinal tract it sounds like.
6  Q.    Okay. But this study does not specifically
7  state --
8  A.    Sorry.
9  Q.    That glucocorticoid --
10 A.    Actually, I actually found it. I thing I
11 saw it scroll pass there. I saw the word duodenum.
12 Let's see. Scroll down a little bit, please. So
13 let's see here. Upper GI tract occurred in the
14 duodenum, so the duodenum is the part right above
15 the jejunum and the small intestine.
16 Q.    Okay. So the upper.
17 A.    So they qualified this, yes, they said it's
18 either upper GI tract, which was the small part of
19 the -- first part of the small intestine and
20 higher, and then everything else they said was the
21 lower GI tract, so that would be the jejunum all
22 the way down the rectum.
23 Q.    You are stating that the remainder would
24 include the jejunum and below?

89

1  A.    Yes. Correct.
2  Q.    Where are you getting that?
3  A.    Because it says duodenum is the delineating
4  part of the anatomy, so the duodenum --
5  Q.    Where is the duodenum located?
6  A.    So there is the stomach, after the stomach
7  is the duodenum, which is the first part of the
8  small intestine. Coming next after about a foot of
9  duodenum is the jejunum, which is the second part
10 of the small intestine, which is the majority of
11 the small intestine, and then at the end of that
12 would be the ilium of the small intestine, and the
13 ilium dumps into the colon, which is the large
14 intestine, and now it extends all the way down to
15 the sigmoid colon where diverticular disease is
16 seen, and then the rectum. So they clearly
17 delineated this at the duodenum as being above, and
18 everything below as being the remainder, including
19 the jejunum.
20 Q.    Okay. So given that only 37 out of 40,000
21 patients had a gastrointestinal perforation, that's
22 only .09 percent, correct?
23 A.    Yes. In this study, that's correct.
24 Q.    Okay. You also reference an article here,

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

90

1  I guess -- one second.  I want to go back to your
2  report.  Okay.  You also reference an article by
3  Mpofu, I don't know how to pronounce that, titled
4  Steroids, non-steroidal Anti-inflammatory drugs and
5  sigmoid diverticular abscess perforation in
6  rheumatic conditions.  Do you remember citing to
7  that article?
8  A.    Yes, it's No. 5 on the list, correct.
9  Q.    Yep.  What was this study about?
10  A.    Again, you would have to show me it.  I
11  just don't have these studies memory banked.
12  Q.    Well, Doctor, I reviewed the study.  It
13  seemed to represent the relationship between
14  corticosteroids and sigmoid diverticular abscess
15  perforations.  Do you remember that?
16           MR. LAMB:  Objection to form.  You
17  can answer.
18           THE WITNESS:  You have to show me
19  it.  I'm not -- no offense, but I want to
20  see the article before I can make any --
21  any summary statements.
22  BY MS. KEESLER:
23  Q.    Do you have the article?
24  A.    I'm looking if I pulled it down.  I don't

91

1  have it pulled down.  I have to pull it down.  If
2  you want to wait, I can find it.  I cannot hear
3  you.
4  Q.    Doctor, give me one second.  I'm going to
5  stop sharing and open share my screen with you.
6  Is this the article No. 5 that you referenced in
7  your report?
8  A.    Yes, this is the article.  Thank you.
9  Q.    Do you need me to scroll down to any
10  particular area to refresh your memory?
11  A.    Right here is perfect.
12  Q.    Okay.  Let me make it so you can view it
13  better.
14  A.    Thank you.  Okay.
15  Q.    After reviewing that, does this now refresh
16  your recollection about the study?
17  A.    Yes.
18  Q.    Okay.  And so according to this article, it
19  looks they examined the relationship between
20  corticosteroids and sigmoid diverticular abscess
21  perforation, correct?
22  A.    Yes.
23  Q.    The author of this article did not look at
24  patients with small bowel perforations or small

92

1  intestine perforations, correct?
2  A.    Yes, that was not the point of this
3  article.  They were looking at diverticular
4  disease.
5  Q.    Okay.  Let me take this down.  It looks
6  like you also cited article No. 9 as a basis for
7  your previous opinion.  No. 9 is by Weiner titled
8  Sigmoid diverticular perforation in neurosurgical
9  patients receiving high dose corticosteroids.  Do
10  you remember that study?
11  A.    Yes.
12  Q.    What is the -- what is the summary of that
13  study or what is that study about?
14  A.    Based on the title it looks like it's also
15  looking at diverticular disease in patients
16  receiving high dose glucocorticoids.  So it's
17  specifically looking at the question of
18  diverticular disease because that's a higher risk
19  condition for developing perforation.
20  Q.    Right.  But it was looking specifically at
21  sigmoid diverticular perforation, correct?
22  A.    Right.  That's the end of the bowel.
23  Q.    Okay.  Did all these patients -- all have
24  preexisting diverticulitis?

93

1  A.    I would have to look to see the article.  I
2  don't remember off the top of my head.
3  Q.    Well, would you agree that Mrs. Wolking did
4  not have preexisting diverticulitis disease,
5  correct?
6  A.    I can't remember what that -- you had
7  mentioned I think the pathology report earlier.
8  You had read it off and something about
9  diverticular.  I cannot remember what that said.
10  Q.    I'm talking about preexisting -- she didn't
11  have preexisting diverticulitis, correct?
12  A.    I don't know if she had preexisting
13  diverticulitis.  I don't recall seeing
14  diverticulitis in her medical record prior to that,
15  but I can't -- so diverticulitis versus
16  diverticulosis, those can be either radiographical,
17  so an imaging study, like a CAT Scan or MRI would
18  show that or a gastroenterologist might find it on
19  a colonoscopy or a surgeon, I guess, ultimately
20  when the operative field, so I don't -- I cannot
21  remember if the surgeon or the pathology report
22  described diverticular disease.
23  Q.    Okay.  This study that you cited, No. 9, it
24  does not establish any association between high

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

94

1  dose corticosteroids and jejunal diverticular
2  perforation?
3  A.    That was not the point of the study, no.
4  The point of the study was only to look at
5  diverticular disease.  It was not looking at the
6  gastrointestinal tract in complete.
7  Q.    Are you aware of any study or article that
8  associates high dose corticosteroids causing a
9  sigmoid perforation or increase in sigmoid abscess
10 in the absence of significant diverticulitis?
11 A.    Say that again.
12 Q.    Are you aware of any study or article that
13 associates high dose corticosteroids causing a
14 sigmoid perforation or increase in sigmoid abscess
15 in the absence of significant diverticulitis?
16 A.    I don't know.  I would have -- that's a
17 very specific question.  I would have to look that
18 up to see if that is accurate.
19 Q.    Okay.  Did you explore any other causes of
20 plaintiff's small perforation in the distal
21 jejunum?
22 A.    Did I explore any other causes?  I have
23 what is in front of me as far as the medical
24 record.  The medical records is describing --

95

1  Q.    Sorry.  So you relied on the medical
2  records, correct?
3  A.    I used the medical records, yes.
4  Q.    Okay.  Are you aware of the condition
5  neutropenic enterocolitis?
6  A.    Yes.
7  Q.    What is that?
8  A.    It's when a patient has a very low
9  neutrophil count.  Neutrophils are white blood
10 cells or infection fighting cells, and when that --
11 when they have a very low neutrophil count, that
12 can lead to instability of the intestinal wall and
13 can cause translocation bacteria that usually
14 resides nicely inside the intestine to kind of seep
15 out into the bloodstream.  It's a pretty rare
16 condition.
17 Q.    Give me one second.
18 A.    But I'm not an expert in infectious
19 diseases or a gastroenterologist, so I'm aware of
20 it because of my training as an internist.
21 Q.    Okay.  Did you consider whether neutropenia
22 was the cause for plaintiff's small perforation in
23 the distal jejunum and for her sigmoid
24 inflammation?

96

1  A.    Sure.  Neutropenia is not a good thing to
2  have, so if you have neutropenia for whatever
3  reason, it's a bad sign, and it makes you more
4  susceptible to infection, more susceptible to the
5  ability to heal wounds, so it was noted as an
6  important component of her presentation to the
7  hospital on October 7th.  She was a sick person.
8  The fact that she had neutropenia kind of put an
9  exclamation points on the acuity of her condition.
10 So it would be consistent with somebody who is very
11 ill if they have neutropenia.
12 Q.    Did you consider whether it was the cause
13 for her perforation in the distal jejunum for her
14 sigmoid inflammation?
15 A.    By cause you mean it was the only thing
16 that caused her to have a perforation in the
17 jejunum.
18 Q.    That it was the most likely cause?
19 A.    No, I did not think that was the most
20 likely cause.
21 Q.    And why not?
22 A.    Because she had insanely high doses of
23 glucocorticoids on presentation.  She had all of
24 the signs and symptoms of glucocorticoid excess on

97

1  her symptoms and presentation, and she had no other
2  louder cause to explain.  The fact that she had
3  imaging consistent with peritonitis and bowel
4  perforation, so the most significant cause was
5  given the body of evidence at that time was that
6  the glucocorticoids caused this because they are
7  known to cause thinning and weakening and
8  destruction of bowel walls and --
9  Q.    Do you know what caused plaintiff's
10 neutropenia?
11 A.    There could be several things that
12 contributed to her neutropenia.  In my opinion it
13 was the fact that she came in acutely ill, and we
14 see patients that are acutely ill that can create a
15 bone marrow -- an inability for the bone marrow to
16 mount an appropriate response.  So leukopenia or
17 decreased white blood cell counts and neutropenia
18 are seen in critically ill patients like that.  So
19 that would be the most consistent cause for a
20 neutropenia.
21 Q.    I'm sorry.  What would be the most
22 consistent cause of neutropenia?
23 A.    The acute presentation, the illness, the
24 severity of her illness at that time.

25 (Pages 94 to 97)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

98

1  Q.    What illness is that?
2  A.    That she had a perforated bowel.
3  Q.    So you are saying her perforated bowel
4  caused her neutropenia?
5  A.    That perforated bowel was the condition
6  that led to her acute toxic state when she
7  presented on October 7th and the body's reaction to
8  this toxicity occurring was suppression of the bone
9  marrow or inability of the bone marrow to produce
10 enough neutrophils, so the neutrophil count was a
11 consequence of her perforated bowel and acute
12 state.
13 Q.    What is that based on?  What is that
14 opinion based on, Doctor?
15 A.    My experience as a physician who has
16 treated people like this that have come in ill, and
17 when they're severely ill, we see bone marrow
18 suppression like this.  We see the inability of the
19 bone marrow to produce white blood cells.  And this
20 is as an internist we learn about these things, and
21 I have seen it many, many, many times in my
22 clinical experience.
23 Q.    Okay.  Did you review all of Mrs. Wolking's
24 vitals and her neutrophil count back at the time

99

1  she was admitted at Loudoun Hospital to the time of
2  her surgery, I'm sorry, not her surgery, to the
3  time she was discharged?
4  A.    Yes.
5  Q.    One moment.
6  A.    Oh, I know what I forgot.  Can I add one
7  thing, please?
8  Q.    Go ahead.
9  A.    Well, you were -- just a follow up in your
10 question about the neutropenia.  So when somebody
11 has this kind of neutropenic presentation because
12 of their illness, you would expect that once you
13 address the acute disaster, you know, this
14 peritonitis, this bowel perforation surgically,
15 then you remove this suppression or inability for
16 the bone marrow to create neutrophils, and you
17 would expect what we call a rebound, so an increase
18 or recovery of the neutrophil count and the white
19 blood cell count, and that is sure enough what we
20 saw in the days after her surgery that her
21 neutrophil count started to recover, her white
22 blood cell count started to recover.  So, again,
23 this is consistent with the cause being this acute
24 presentation and not some other factor.

100

1  Q.    What are you pointing to specifically?
2  What days or vital signs or counts are you
3  referring to specifically?
4  A.    Well, I know her white blood cell count in
5  the -- I would have to look it up -- was 12,000 in
6  seven or eight days after her surgery.  I would
7  have to look up the specific dates.  And her
8  neutrophil count had recovered above 500.  So
9  usually when we call -- when we say neutropenia,
10 we're talking about a neutrophil count that falls
11 below 500.  And when we talk about leukopenia, we
12 usually talk about total white blood cell counts
13 that fall below about 2500 or 3000.  And her white
14 blood cell count later in her hospital course had
15 recovered to 12,000, I believe, I saw off the top
16 of my head.
17 Q.    Do you recall what date that was?
18 A.    I would have to see.  Oh, boy, I would have
19 to dig through the Loudoun Hospital record.  There
20 were several.  It wasn't a singular finding.
21 There were several white blood cell counts that
22 were back to normal in her hospital course after
23 her surgery.
24        MR. LAMB:  I know there's a table.

101

1        I don't know, Susan, if you wanted to
2  identify it.  I know there's a table in
3  the medical records where it had listed
4  out her levels over several days.
5        MS. KEESLER:  Yes.
6        MR. LAMB:  I think that's -- one of
7  them at least is on page 81 of the Wolking
8  Lindner chart.
9        THE WITNESS:  Is that called
10 Loudoun Hospital?
11        MR. LAMB:  The pdf file is Lindner
12 chart is 1 to 607.  It's page 81 of that.
13 BY MS. KEESLER:
14 Q.    I'm going to share my screen with you.  See
15 if this refreshes your memory, Dr. Williams.
16 A.    There you go.  Thank you.  So, sorry, did
17 you have a question or do you want me to dive in?
18 Q.    Yes, I wanted you to point me to where you
19 were speaking of?
20 A.    Yes.  You bet.  So you can see her
21 admission date was October 7, and the top line is
22 white blood cell and --
23 Q.    Yep.
24 A.    -- then that's actually an absolute count,

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

**102**

1  so that's 660, not .66. These are recorded as
2  thousands of white blood cells. So leukopenia or
3  low white blood cell count would be usually less
4  than two and a half thousand, so this would be
5  considered leukopenia because it's only 660. If
6  you look down at the bottom of the chart, it says
7  segmented neutrophils. That's this neutrophil or
8  neutropenia you were talking about. That's
9  actually a percentage.
10  Q.    Yep.
11  A.    That's the percentage of white blood cells
12  that are neutrophils. So on October 7, 53 percent
13  of those 660 white blood cells were neutrophils,
14  meaning only about 330 neutrophils were present,
15  and that would be consistent with neutropenia or
16  extreme neutropenia less than 500. So as you kind
17  of move across on the days, you can follow the
18  white blood cell count going from right to left and
19  the recovery looks like it's occurring steadily.
20  You know, you can see the numbers moving from .66
21  on the 7th to kind of bouncing around I would say
22  on the 8th, the 9th, the 10th, and then the 11th I
23  would say is where things start to tick upwards.
24  We're at 830. Then by the 12th things have

**103**

1  recovered. So we have no more leukopenia. We have
2  a normal white blood cell count of 3200. And by
3  the 13th, 87 percent of the 6000 are neutrophils,
4  so that's whatever, several thousand neutrophils,
5  well above normal range by that point. So if you
6  follow this chart, I would say somewhere around the
7  11th, 12th is when the bone marrow recovery
8  occurred, about five days after her surgery. That
9  would be consistent with what you would expect to
10  see as far as rebound from somebody who had an
11  acute illness causing suppression or impairment of
12  their bone marrow capacity. Thanks for pulling
13  that up.
14  Q.    Yep. Give me one moment. You mentioned
15  here -- sorry. Give me one second. Doctor, did
16  you review the other prescriptions, so other than
17  the corticoid, the glucocorticoids, did you review
18  the other prescriptions that Mrs. Wolking was
19  taking leading up to her hospitalization on October
20  4th, 2022?
21  A.    Yes.
22  Q.    Okay. And --
23  A.    Can I qualify that?
24  Q.    Sure.

**104**

1  A.    Just because you said leading to, I have no
2  idea what your window is. You mean like the month
3  or two prior?
4  Q.    Let me give you that window. Give me a
5  second. Well in your -- give me one second. In
6  your report when you had made your opinion you
7  talked about -- you talked about the length of time
8  in which plaintiff took glucocorticoids in August,
9  September, and October of 2022. So did you
10  consider the other prescriptions that plaintiff was
11  taken in the month of August, September, and
12  October leading up to her hospitalization in
13  October of 2022?
14  A.    Consider them with regard to what?
15  Q.    Well, let me ask you this. Did you review
16  them first?
17  A.    Yes.
18  Q.    What is your understanding as to what other
19  prescriptions she was taking in August and
20  September and October leading up to her
21  hospitalization in October of 2022?
22  A.    Among them were some anti-microbial
23  agents. I believe it was azithromycin, which is an
24  antibiotic, and antimalarial, and some

**105**

1  antimalarial. I'm trying to think what it was
2  called, Tafenoquine, or something I believe.
3  Q.    Yep.
4  A.    And I think there were some supplements
5  that I'm not familiar with that she takes. What
6  was it called? Arm C or something. I'm trying to
7  remember off the top of my head. But you can tell
8  I can't remember everything that she was taking at
9  that time. I would have to look up the record to
10  see over that span of time what specific things she
11  was taking and when she was taking them and all
12  that.
13  Q.    Okay. Well, so you stated that you were
14  aware that she was prescribed antimalarial
15  medication, including Tafenoquine prescribed by Dr.
16  Lindner, correct?
17  A.    Yes.
18  Q.    And are you aware that those were ordered
19  through and filled by a pharmacy other than TCC?
20  A.    Yes.
21  Q.    And regarding her Tafenoquine usage, are
22  you aware that on 9/23/2022 she took one
23  Tafenoquine tablet?
24  A.    I cannot recall. That detail I cannot

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

106

1  recall.
2  Q.    Okay.  Are you aware on 9/24/2022 she took
3  two Tafenoquine tablets so one day after?
4  A.    I don't know the specifics.  It sounds like
5  you are reading off something, so I can assume you
6  are reading what she took.
7  Q.    Okay.  Are you aware that on 9/25, the
8  following day, she took four Tafenoquine tablets?
9  A.    Okay.
10  Q.    On 9/26/2022 are you aware that plaintiff
11  took two Tafenoquine tablets?
12  A.    Yes.
13  Q.    Okay.  On 9/27/2022 plaintiff -- are you
14  aware she took another two Tafenoquine tablets?
15  A.    Okay.  Yes.
16  Q.    And on 9/30/2022 are you aware that she
17  took four Tafenoquine tablets and appears to
18  indicate that was about 600 milligrams?
19  A.    Yes.  I guess, that's a good point.  When
20  you say tablets, I'm -- you are leaving out the
21  dose, so I'm not sure off the top of my head what
22  different doses and tablet strengths there are for
23  Tafenoquine.
24  Q.    But we can agree that based upon what she

107

1  reported in terms of what she took in terms of
2  Tafenoquine tablets from the time period of
3  9/23/2022 and 9/30/2022 she took 15 tablets of
4  Tafenoquine, correct?
5  A.    Okay.  Do you know the milligrams of those
6  just to kind of try to quantify how much a drug
7  that actually is.
8  Q.    So I'm going to represent the total dose
9  range is estimated from 2250 to 300 milligrams.
10  A.    Okay.
11  Q.    Are you aware that an overdose of
12  Tafenoquine can cause neutropenia?
13  A.    No, I'm not aware of that.
14  Q.    Did you take that into consideration when
15  you were -- hold on.  I'm not done with the
16  question.  Did you take into consideration when you
17  reviewed her dosage and prescription history
18  leading up to the hospitalization, did you consider
19  whether the overdose of Tafenoquine could have
20  caused her neutropenia?
21  A.    I want to see your reference for that
22  statement you made about Tafenoquine and
23  neutropenia before I comment.
24  Q.    I'm asking the question.  Are you aware

108

1  that an overdose of Tafenoquine can cause
2  neutropenia?
3  A.    I'm not aware, so therefore I'm not sure if
4  that's a true statement.  It may not be a true
5  statement.
6  Q.    Did you consider whether her -- the
7  Tafenoquine she took, the 15 tablets over the seven
8  or eight-day period could have caused her
9  neutropenia?
10  A.    I considered all the medications she was
11  taking as possible components of or her
12  presentation, but in the setting of the
13  overwhelming steroid dosing and the known
14  toxicities of it, the by far the most important and
15  loudest contributing factor for her presentation
16  was not anti-microbial agents and their possible
17  connection to neutropenia, but the fact that
18  steroids do this and that she was on doses 20 to 30
19  times higher than anybody else.
20  Q.    All right.  Now, Doctor, one moment you
21  stated, Doctor, in your report that Tunkhannock or
22  rather TCC's glucocorticoids, Prednisone and
23  Dexamethasone, were the vast majority of what Mrs.
24  Wolking consumed between September 19, 2022 when

109

1  Dr. Lindner told her to escalate her doses and her
2  hospitalization based on the records that I
3  reviewed.  Do you remember making that statement?
4  A.    Yes.
5  Q.    How did you arrive at that opinion?  What
6  is that based on?
7  A.    Sorry.  Say that again then.  I'm not sure
8  I heard you right the first time.
9  Q.    Sure.  What is that opinion based on?
10  A.    Prior to that, the one statement you said
11  prior to that.
12  Q.    When I was reading back the opinion?
13  A.    Yes.
14  Q.    You state in your report TCC's
15  glucocorticoids were the vast majority of what Mrs.
16  Wolking consumed between 9/19/2022 when Dr. Lindner
17  told her to escalate her doses and the
18  hospitalization based on the records that I have
19  reviewed.
20  A.    Yes.
21  Q.    What is the basis for that opinion?
22  A.    So TCC provided the large quantity steroids
23  to Mrs. Wolking during that time, which enabled her
24  to take the amounts that Dr. Lindner prescribed.

28 (Pages 106 to 109)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

110

1    If TCC had not given her those medications, she
2    would not have been able to take those doses and
3    she would not have had this problem.
4    Q.    Okay. Are you aware that she had received
5    glucocorticoid steroids filled at other pharmacies?
6    A.    Yes, one other pharmacy. It was called
7    Harris Teeter or something like that, and it looked
8    like about at most a third, maybe 30 percent of the
9    steroids she received in the months prior came from
10   that pharmacy during that time, but two thirds to
11   three quarters of the milligram dosing she received
12   came from TCC and not from Teeter, whatever that
13   is.
14   Q.    Okay. Looking at your report, and I'm on
15   page 3. Do you see that in front of you?
16   A.    Yes, I do, yes, on the screen.
17   Q.    All right. So the glucocorticoids that you
18   are referring that TCC dispensed are referenced, it
19   looks like based on this highlighted portion here
20   on page 3, correct, the August 8, 2022, the August
21   16, 2022, the September 27, 2022, and the
22   October 4, 2022 prescription, is that correct?
23   A.    Yes. Correct.
24   Q.    Okay. Do you recall what amounts and dates

111

1    that Harris Teeter filled and dispensed
2    glucocorticoids to Mrs. Wolking?
3    A.    From which window? Sorry. Let's say
4    August 8th.
5    Q.    So in August -- your opinion stated that
6    TCC's dispensing of glucocorticoids or Dr. Linder's
7    prescription orders and then filled by TCC in the
8    time frame of August, September, and October
9    leading up to her hospitalization caused her
10   injury?
11   A.    Yes.
12   Q.    So we're going to look at August,
13   September, and October.
14   A.    Okay.
15   Q.    Do you recall the amount that was dispensed
16   by Harris Teeter Pharmacy in that time frame and on
17   what date?
18   A.    Yes.
19   Q.    Did you review that information in
20   preparing your report and rendering your opinion?
21   A.    Yes.
22   Q.    Let's go over those amounts with respect to
23   Harris Teeter. On August 7, 2022 they filled a
24   prescription for 5 milligrams or I should say 100

112

1    tablets or 100 -- 125, 120 tablets, 5 milligrams
2    each on 8/7?
3    A.    Yes.
4    Q.    So would that be a total of about 600
5    milligrams of Prednisone?
6    A.    Correct.
7    Q.    Okay.
8         MR. LAMB: Are you reading this
9         from a document, Susan, or what records
10        are we using?
11        MS. KEESLER: I'm reading from my
12        notes. I'm reading this from my notes.
13        He does not have it listed in his report.
14   BY MS. KEESLER:
15   Q.    Dr. Williams, are you are that Harris
16   Teeter filled a prescription on 8/13/2022 for
17   Dexamethasone, 100 tablets, 4 milligrams each?
18   A.    Yes.
19   Q.    Okay. The Dexamethasone, what would be the
20   Prednisone equivalent in terms of the amount if you
21   can approximate?
22   A.    You mean what is a 4 milligram pill of
23   Dexamethasone if you were to make it a Prednisone
24   pill, is that what you are saying?

113

1    Q.    Yes. So, for example, they prescribed her,
2    I'm sorry, they dispensed her 100 tablets, 120
3    tablets, 4 milligrams each, so that would be 480
4    milligrams of Dexamethasone total, correct?
5    A.    Yes.
6    Q.    What would that be in terms of Prednisone
7    equivalent?
8    A.    About six times that number.
9    Q.    Okay. So 480 times six we have
10   2880 milligrams approximately of Prednisone
11   equivalent?
12   A.    Yes. You are leaving out one thing just to
13   make sure we're on the same, keep things constant,
14   when you prescribe, you prescribe the dose of the
15   pill, the milligram.
16   Q.    Right.
17   A.    You prescribe the quantity to dispense, and
18   then you prescribe the amount of time that that's
19   over, right, do you have the amount of time that's
20   over, and then usually there's a refill window
21   which is checked off, like how many refills are
22   allowed for that, so you mentioned August 7th.
23   Q.    Right now, Doctor, I'm just referring to
24   the total tablets and the milligram amounts. We'll

29 (Pages 110 to 113)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

114

1  get to the duration later.  Okay.  On August 30,
2  2022, are you aware that Harris Teeter dispensed
3  Prednisone to Mrs. Wolking in the amount of 180
4  tablets, 1 milligram each?
5  A.     Yes.
6  Q.     So that would be a total of 180 milligrams
7  of Prednisone?
8  A.     Yes.
9  Q.     Okay.  And then are you aware then on
10  September 26, 2022 that Harris Teeter dispensed a
11  prescription for Dexamethasone 120 tablets, 4
12  milligrams each?
13  A.     Yes.
14  Q.     Okay.  So just by my calculation it would
15  be 480 milligrams of Dexamethasone total, correct?
16  A.     In that prescription, yes.
17  Q.     And then the Prednisone equivalent again
18  would be approximately 2880 milligrams, is that
19  correct?
20  A.     Correct.
21  Q.     Okay.  Now, how did you make the
22  distinction -- so when you arose at your opinion
23  that the vast majority of the glucocorticoids came
24  from TCC during the time period of August,

115

1  September, and October leading up to her
2  hospitalization, how did you make the distinction
3  between the glucocorticoids filled by Harris Teeter
4  and TCC as to the potential cause for Mrs.
5  Wolking's injury?
6  A.     You didn't go over the prescriptions by
7  TCC, just so I can provide --
8  Q.     Okay.  Do you still have the report in
9  front of you?
10  A.     Yes.  Sorry.
11  Q.     Do you see the report in front of you?
12  A.     Yes.  Yes.  Yes.  Yes.
13  Q.     You see the prescriptions right here?
14  A.     Got it.  So you can quantify them as you
15  did for these as well.  You would have
16  5000 milligrams of Prednisone.  You would have 800
17  times six, 2400 milligrams of Prednisone equivalent
18  Dexamethasone, so that's, whatever, 7600
19  milligrams.  You would have 400 times six, another
20  2400 milligrams.  No, I think I miscounted there.
21  We're at like 10,000 milligrams now.  And then the
22  last one you have another four times six, that's
23  eight times six, so that's 48, so we're about
24  15,000 milligrams of Prednisone equivalent that

116

1  came out of TCC.  I don't know what your total was.
2  It sounded like it was significantly less than that
3  amount.
4  Q.     Sorry.  Let me just -- I want to make sure
5  I'm doing the calculations with you correctly.
6  Okay.  So August 8, 2022 as it relates to TCC's
7  prescriptions the 10 milligram Prednisone, 500
8  tablets, so that would be 5000 milligrams total
9  Prednisone, correct?
10  A.     Correct.
11  Q.     Then the August 16, 2022, so 4 milligrams
12  -- 200 tablets, 4 milligrams each that would be --
13  sorry.
14  A.     800 times six.
15  Q.     800, then we would times that by six you
16  said?
17  A.     Yes, that would be 4,800.
18  Q.     That would be 4,800.
19  A.     And then half of that.
20  Q.     So then the September 26, 100 tablets, 4
21  milligrams each, so we have 400 milligrams of
22  Dexamethasone total and then times six would be --
23  sorry.
24  A.     It's the same as the August.

117

1  Q.     2,400?
2  A.     No.  No.
3  Q.     2,400.
4  A.     The August 16th and the October 4th are the
5  exact same dose, right?
6  Q.     I'm talking about September 27th?
7  A.     Yes, it would be half that dose.  You are
8  right.
9  Q.     The 2,400, correct?
10  A.     Correct.
11  Q.     Prednisone equivalent?
12  A.     Correct.
13  Q.     And then the October 4th would be 4,800
14  Prednisone equivalent, correct?
15  A.     Yep.  So I have a total of
16  17,000 milligrams.
17  Q.     So your -- when I asked you how do you make
18  the distinction between the glucocorticoids filled
19  by Harris Teeter and TCC as a potential cause for
20  Mrs. Wolking's injury, how are you able to
21  distinguish that?  How are you able to make that
22  distinction?
23  A.     That a milligram dose --
24  Q.     Is that solely based -- sorry.  Go ahead.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

118

1    A.    It's based on the milligrams that were
2    provided by TCC to her.
3    Q.    Hold on one moment.  And, Doctor, are you
4    able to eliminate what she was taking from Harris
5    Teeter as a causative or contributive factor for
6    her injury?
7    A.    I cannot eliminate it because I don't know
8    which pill bottle she might have been consuming,
9    but it looks like it was the comparative minor
10   component of milligrams prescribed.
11   Q.    Okay.  Given the amounts of Prednisone or
12   the Prednisone equivalent dispensed by Harris
13   Teeter and the amounts she was reported taking to
14   Dr. Lindner in her emails, would you agree that she
15   could take well over 100 milligrams of Prednisone a
16   day alone from the orders filled by Harris Teeter?
17          MR. LAMB:  Objection to form.  You
18      can answer.
19          THE WITNESS:  You lost me.  Can you
20      do that again?
21   BY MRS. KEESLER:
22   Q.    Sure.  So based on the amounts -- now that
23   we've gone through the amounts, right, that was
24   dispensed by Harris Teeter, okay, given those

119

1    amounts of Prednisone dispensed by Harris Teeter
2    and the amounts she reported taking to Dr. Lindner,
3    in other words, in the emails, right, she's
4    self-reporting what she's taking?
5    A.    Yes.
6    Q.    Do you agree Mrs. Wolking was taking over
7    100 milligrams of Prednisone a day alone or that
8    she could well -- she could take well over
9    100 milligrams a Prednisone a day alone from the
10   orders filled by Harris Teeter?
11   A.    Yes.
12          MR. LAMB:  Objection to form.  You
13      can answer.
14          THE WITNESS:  Yes.
15   BY MS. KEESLER:
16   Q.    Okay.  How would taking amounts above that
17   have affected Mrs. Wolking?
18   A.    Escalate risk.  So there's a dose response
19   relationship between duration of glucocorticoids
20   taken and dose of glucocorticoids.  The more you
21   take, the longer you take, the higher the doses,
22   the higher the risks, so it would just escalate the
23   risk.
24   Q.    Okay.  And it would escalate the risk by

120

1    what percentage?
2    A.    I don't know.  It would just keep going up.
3    The problem is nobody could ever -- it would be
4    hard to control and design an experiment in which
5    you could determine what the percentage of risk
6    increases per milligram of dose, but we know that
7    the higher doses of Prednisone are associated with
8    increasing risk and there's a relationship between
9    those.
10   Q.    Increasing risk where?
11   A.    Everywhere, bowel perforation, mood
12   disturbances, hypertension, diabetes risk,
13   osteoporosis, everything related to glucocorticoid
14   excess.  So the higher the dose you are taking, the
15   more you are going to start to saturate everything
16   and cause all of these effects because
17   glucocorticoids affect every component of the body.
18   Q.    Okay.  Doctor, are you aware that TCC was
19   not aware of the other prescriptions plaintiff was
20   having filled at other pharmacies?
21   A.    No, I'm not aware of that.
22   Q.    Okay.  Are you stating here today that the
23   additional glucocorticoids dispensed by TCC
24   substantially increased the risk of plaintiff's

121

1    suffering a perforation in her jejunum?
2    A.    Yes.
3    Q.    What should have been the limit before TCC
4    either questioned or refused to fill a prescription
5    by Dr. Lindner as it pertained to the
6    glucocorticoids he ordered for Mrs. Wolking?
7    A.    You mean an absolute cutoff point where
8    they should have -- as a milligram dose or a total
9    number of pills or I'm not sure I understand your
10   question.
11   Q.    However -- if you are able to answer the
12   question, however you are able to best answer the
13   question.
14   A.    So I would say that when somebody comes
15   back to a pharmacy with a prescription in close
16   proximity to a prior high dose prescription, for
17   example, on September 27th and October 4th where we
18   have, what is it, 4 milligrams, 100 pills, that
19   alone would raise a flag.  That is a massive amount
20   of Dexamethasone for a 50-day supply.  That's just
21   an incredibly -- I would never prescribe that many
22   pills to a patient in an outpatient setting.  So
23   that would raise a flag.  In fact, my pharmacy
24   would probably call me and say, Dr. Williams, did

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

122

1  you mean 10 or did you mean 100, that's how off
2  this is from normal prescribing behaviors.
3  Q.    Okay.
4  A.    And --
5  Q.    So I understand what you just stated -- go
6  ahead.
7  A.    -- then to come back one week later on
8  October 4th and to say I have another prescription
9  and it's for 4 milligrams, but this time it's 200
10  pills, I cannot even imagine a pharmacy has 200
11  milligram -- pills of Dexamethasone, let alone
12  giving it to one person knowing that they just gave
13  them an obscene amount of Dexamethasone the week
14  before, so those -- that would put me well over the
15  top.  You know, if the first instance already was
16  outrageous, then that would be completely off the
17  wall.
18  Q.    Okay.  So I understand your testimony
19  about, you know, the subsequent prescriptions as
20  you state in close proximity to the last
21  prescription, but are you able to quantify what
22  should have been the limit before TCC refused to
23  fill the prescription or questioned the doctor on
24  his prescription?

123

1  A.    Yes, they would question it, I would say a
2  4 milligram prescription of Dexamethasone of more
3  than 20 pills in an outpatient setting would
4  probably raise suspicion.
5  Q.    Okay.  Let me ask you this, Doctor, you are
6  not aware of -- Doctor, let me ask you this.  You
7  are not aware of Mrs. Wolking's disease severity
8  level during this time period as it relates to her
9  Babesiosis?
10         MR. LAMB:  Objection to form.
11         Objection to form.  You can answer.
12         THE WITNESS:  Yes, I have a
13         question about her having Babesiosis.  She
14         didn't have Babesiosis, so if she doesn't
15         have Babesiosis --
16  BY MS. KEESLER:
17  Q.    Well, you are not an infectious disease
18  Doctor, correct?
19  A.    But I know Babesiosis is an acute
20  infection.  There is no condition caused -- called
21  chronic Babesiosis.  That does not exist.  So,
22  again, this would just accelerate the anxiety that
23  somebody is being treated for something that
24  doesn't exist with a toxic medication.

124

1  Q.    Okay.  Now, Doctor, what dose of
2  glucocorticoids in terms of Prednisone is enough to
3  increase the rate of small bowel perforation?
4         MR. LAMB:  Objection to form.  You
5         can answer.
6         THE WITNESS:  That's unknown.  It
7         varies from person to person and condition
8         to condition and duration of the disease
9         and a whole host of factors.
10  BY MS. KEESLER:
11  Q.    Okay.  What is the minimum dose of
12  glucocorticoids in terms of Prednisone that can
13  increase the rate of perforation?
14  A.    Again, same --
15         MR. LAMB:  Objection to form.  You
16         can answer.
17         THE WITNESS:  Same answer.
18  BY MS. KEESLER:
19  Q.    Unknown?
20  A.    Impossible to determine.  It depends on too
21  many variables to pinpoint a dose like that.
22  Q.    Can you estimate how many --
23  A.    It's why we choose -- we know that the
24  standard of care is to find the lowest effective

125

1  dose of glucocorticoids because of all of these
2  risks.  There are unknown risks of when that
3  perforation might occur, at what dose, at what
4  duration in which person, therefore, we minimize
5  the prescribing of the dose, duration of these
6  medications, and we make sure that the diagnosis in
7  which you are prescribing it matches that risk.
8  If there is no disease process in place, then there
9  would be absolutely no reason you would prescribe
10  glucocorticoids.  They're just that toxic.
11  Q.    Doctor, are you able to estimate how much a
12  person's rate of gastrointestinal perforation
13  increases by milligrams of Prednisone per day?
14         MR. LAMB:  Objection to form.  You
15         can answer.
16         THE WITNESS:  Yes.  Same answer.
17         There is no way to pinpoint that.
18  BY MS. KEESLER:
19  Q.    Okay.  You've opined that Mrs. Wolking's
20  gastrointestinal perforation was caused by the
21  glucocorticoids, correct?
22  A.    Correct.
23  Q.    How much did Mrs. Wolking's use of
24  glucocorticoids increased her chances for

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

126

1 gastrointestinal perforation?
2 A.  Substantially.
3 Q.  Are you able to quantify it by percentage?
4 A.  Far more than 50 percent.
5 Q.  Are you able to cite any articles or
6 studies that support that opinion that her use of
7 glucocorticoids increased her chance for her
8 jejunum perforation?
9 A.  You and I went over one of them.  No. 4 was
10 one of them.
11 Q.  You are saying that that study supports it?
12 A.  That study supported that increased risk of
13 lower intestine, defined as lower than duodenum,
14 which includes the jejunum, that would be an
15 example of one.
16 Q.  Okay.  You would agree though it did not
17 specifically speak to jejunum perforations,
18 correct?
19 A.  It didn't specifically speak to jejunum
20 perforation, but this is well-known that
21 glucocorticoids doses at high doses and duration
22 have an increased risk of gastrointestinal
23 perforation.
24 Q.  If glucocorticoids increased the chances of

127

1 gastrointestinal perforation, do you agree they're
2 must be some type of dose dependency?
3 A.  Yes, that's why I said that, as the dose
4 goes up, the risks increase, as the duration of
5 dosing goes up, the risks increase, but we don't
6 have absolute numbers that you can nail down to an
7 individual person.
8 Q.  Okay.
9 A.  Fortunately, fortunately, it's well-known
10 that these risks exist, so we don't encounter this
11 problem that much.  That's a good thing because we
12 keep the doses much, much, much lower than the
13 thousands of milligrams per day that were consumed
14 here.  Just to put it context, this is 20 to 30
15 times higher than anything I would normally
16 prescribe, so it's going to be very hard to find
17 cases where people have thousands and thousands of
18 milligrams in an undiseased population where she
19 does not have a treatable medical condition for
20 this.
21 Q.  Give me one second.  I'm going to stop
22 sharing my screen so I can see you.  Okay.  If a
23 person takes 1 milligram of Prednisone per day, is
24 that person's chance for gastrointestinal

128

1 perforation increased and, if so, by how much?
2 A.  For one day, no, because remember 1
3 milligram is physiologic.  It's not a pharmacologic
4 dose.
5 Q.  Okay.  So you indicate for one day, no.  So
6 how many days would it take for that rate -- for
7 them to be at increased risk?
8 A.  It's continuum, so the risk --
9 Q.  What does that mean?
10 A.  The risk will start to rise as a percentage
11 with the dose and the amount of time.  So if you
12 are at larger doses, then you accelerate that risk
13 in a shorter amount of time.  If you are on lower
14 doses, then it will take you longer time at that
15 dose to meet that risk.  If you have high dose and
16 long time, then you are going to make it even
17 riskier, so this is a continuum of risk.
18 Q.  Give me one moment.
19 A.  It's like driving a car.  You can probably
20 die in a car accident at one mile per hour but
21 you're more likely to die in a car accident if you
22 are going 3000 miles per hour.
23 Q.  So is it your opinion that the higher the
24 daily Prednisone use, the greater a person's chance

129

1 of jejunum perforation?
2 A.  Yes.
3 Q.  Is there a Prednisone dose above which the
4 rate of gastrointestinal perforation does not
5 increase, in other words, it levels off?
6 A.  No.
7 Q.  No, it does not level off?
8 A.  No, it's a continuum, so the risk will keep
9 going up and up and up the higher and higher the
10 dose goes.
11 Q.  Is -- so no threshold exists?
12 A.  You are not talking about threshold, you
13 are talking about ceiling it sounds like.
14 Q.  Okay.
15 A.  So I would argue there's -- I would say
16 there's no known ceiling for that risk.
17 Q.  Okay. What dose of glucocorticoids in terms
18 of Prednisone would Mrs. Wolking max out on?  In
19 other words, what is the maximum dosage that the
20 rate for increased risk for jejunum perforation
21 levels off if at all?
22 A.  It does not level off at all.
23 Q.  So are you saying that -- well, actually
24 give me one second.  Like let's say, for example, a

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

130

1 patient -- well, let me ask you this.  If a patient
2 is taking 125 milligrams of Prednisone, okay, would
3 you say that that amount would increase her risk of
4 gastrointestinal perforation?
5 A.    Yes.
6 Q.    Okay.  By what percent?
7 A.    It's a continuum.  Nobody knows that.
8 It's above zero, above zero.
9 Q.    All right.  Now, let's say that same
10 patient begins to take more Prednisone, so let's
11 500 milligrams or more.  Are you saying that that
12 increased dosage would increase the rate of
13 perforation?
14 A.    Increase the risk of perforation, yes.
15 Q.    Okay.  By what percent?
16 A.    Greater than the 125 milligram dose.
17 Q.    Greater than the what?
18 A.    Greater than the 125 milligram dose that
19 they were on prior.
20 Q.    But you are not able to quantify it,
21 correct?
22 A.    No, I can quantify it saying that it's
23 greater than, numerically than the risk at the 125
24 milligram dose.

131

1 Q.    Okay.  What is the basis for your opinion
2 on that -- are there any studies to support that?
3 A.    Yes, there's lots of -- there are studies
4 that support a relationship between dose of
5 glucocorticoids and duration of glucocorticoid use
6 and elevated risk of taking them.
7 Q.    Which studies support that?
8 A.    I would have to look them up.  This is
9 based on my experience and education as an
10 endocrinologist.  I teach this to Harvard medical
11 school students and fellows in endocrinology in
12 Boston for years.  These are very well-established
13 and known practices for decades now.
14 Q.    Okay.  Give me one second.  In your report,
15 Doctor, you talk about -- you talk about steroid
16 myopathy.  Do you remember?
17 A.    Yes, I do.
18 Q.    You didn't review Mrs. Wolking's
19 deposition, correct?
20 A.    Not that I recall, no.  I remember her
21 talking about steroid myopathy or symptoms
22 consistent with steroid myopathy in her email
23 communications to Dr. Lindner.
24 Q.    Okay.  Are you aware that he testified --

132

1 A.    And I saw subsequent medical records after
2 this hospitalization where she is continuing to
3 work with a physical therapist to address her
4 steroid myopathy and that was, I believe, in two
5 endocrinology notes whom she saw.  I just can't
6 remember their names off the top of my head.
7 Q.    Okay.  Is it your understanding that she's
8 continued to take steroids from the time Dr.
9 Lindner prescribed them until currently?
10 A.    Yes, unfortunately, and that would be as we
11 would worry because her adrenal glands probably
12 don't work anymore.  She's on, I believe, 2 and a
13 half milligrams of Prednisone a day, I think, last
14 I saw, which again is where you would want her to
15 be because that's in the physiologic normal range
16 and certainly much less than the thousands of
17 milligrams she was on before.
18 Q.    What would be the effects, though, if she
19 was taking well above 2 milligrams or 2 and a half
20 milligrams of Prednisone?
21 A.    Sorry.  Say that again.
22 Q.    What would be the effect if she was taking
23 well over 2.5 milligrams of Prednisone a day
24 currently?

133

1 A.    Can you quantify what you mean by well
2 over?
3 Q.    Okay.  45 milligrams of glucocorticoids a
4 day.
5 A.    For how long?
6 Q.    Every day.
7 A.    Like beginning today for the next week or
8 for the last two years at 45 milligrams a day?
9 Q.    Let's say for at least -- let's say the
10 last year and a half.
11 A.    So 45 milligrams daily for a year and a
12 half?
13 Q.    Correct.
14 A.    Yes, it's going to put her at increased
15 risk of everything we've been talking about; bone
16 disease, heart disease, diabetes, high blood
17 pressure, heart failure, weight gain, mood
18 disturbances, osteoporosis, cataract, myopathy,
19 everything.
20 Q.    Okay.  So that would include myopathy.  Are
21 you aware at her deposition she reports taking
22 45 milligrams of glucocorticoid steroids per day?
23       MR. LAMB:  Objection to form.
24       THE WITNESS:  I don't know, I'm not

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

134

1    aware, and I don't know the timing of that
2    when that was, how long that was, what
3    period of time.
4    BY MS. KEESLER:
5    Q.    Would that information have been helpful to
6    you in preparing your report?
7    A.    With regard to what?
8         MR. LAMB:  Objection to form on
9         that one as well.  You can answer.
10   BY MS. KEESLER:
11   Q.    Any parts of your report or your causation
12   opinions with respect to the glucocorticoids
13   causing any of her injuries that you indicated were
14   lists in Paragraph 76 of her Complaint?
15   A.    No because that's a different time
16   sequence.  We were talking about causation leading
17   up to October 7th.  It sounds like you are talking
18   about consequence care.
19   Q.    But what about consequence -- so what about
20   the consequence?  So with respect to her steroid
21   myopathy, would it be helpful to know that
22   information --
23         MR. LAMB:  Objection.  Objection to
24         form again.  You can answer.

135

1    BY MS. KEESLER:
2    Q.    With regard to her steroid myopathy?
3    A.    Yes, so if she's continuing to take high
4    dose steroids, that will make it more difficult for
5    her to recover from a steroid myopathy.
6    Q.    Okay.
7    A.    And that she will require physical therapy
8    to help with that.
9    Q.    Okay.  You opined that TCC enabled
10   continuing physical and emotional harm to Mrs.
11   Wolking.  Do you remember making that statement?
12   A.    If you are reading it, then, yes, I wrote
13   it.  I'm just trying to find it.
14   Q.    What's the basis for that opinion?
15   A.    The email communications between -- wait.
16   Which of those components?  You said emotional and
17   what was the other one?
18   Q.    You opined TCC enabled continuing physical
19   and emotional harm to Mrs. Wolking.
20   A.    Yes.  Your question is?
21   Q.    Yes.  What is your basis for that opinion?
22   A.    Because she would not have consumed the
23   glucocorticoids without TCC providing them to her.
24   Q.    In your report, Doctor, it looks like you

136

1    weigh out some additional opinions that, as a
2    result of her prior excessive steroid consumption,
3    that plaintiff -- and we already covered steroid
4    myopathy, but plaintiff has a lifelong risk for
5    developing osteoporosis.  Do you remember stating
6    that?
7    A.    Yes, I remember that.  I'm trying to pull
8    it up, but yes.
9    Q.    What is the basis for that opinion?
10   A.    There's a relationship between milligrams
11   of glucocorticoids used in excess and duration of
12   therapy and increased risk or developing
13   osteoporosis.
14   Q.    Is there any specific study that supports
15   that opinion?
16   A.    There probably are a couple hundred of
17   them.
18   Q.    Are you able to list any of them?
19   A.    No.  Not by memory, no, but I can get them
20   to you if you would like.  Happy to do so.  Again,
21   this is based on my experience, practice, and
22   education, and I teach these things to
23   endocrinologists, practitioners.  There is a
24   well-established risk between glucocorticoids and

137

1    development of osteoporosis, been known for
2    decades.
3    Q.    Are you able to estimate by what percentage
4    her risk for osteoporosis increased due to her
5    prior steroid consumption as you opined?
6    A.    Far more than 50 percent increased risk of
7    developing osteoporosis because of her steroid use
8    prior to entering the hospital.
9    Q.    Is that supported by any specific study?
10   A.    There will be lots of studies that support
11   that, but I would have to pull them up, but this is
12   based on my experience in treating many, many
13   patients with both glucocorticoid use and
14   osteoporosis.  As an endocrinologist, that's what
15   we treat, osteoporosis.
16   Q.    Okay.  But you are not aware of her current
17   -- I don't even know what it's called.
18   A.    I do.
19   Q.    Okay.  Go ahead.
20   A.    Her bone density.  I'm not aware of her
21   bone density.  Maybe there's a bone density study
22   there, but I don't know.  Has she had any
23   fractures, I don't recall if she's had any
24   fractures, bone fractures.  I don't know.

**35 (Pages 134 to 137)**

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

JONATHAN WILLIAMS, M.D.

**138**

1  Q.    Okay.  You also opined that as a result of
2  her prior excessive steroid consumption that she is
3  at increased risk for early cataract formation.
4  Do you remember that statement?
5  A.    Yes.
6  Q.    What is that opinion based on?
7  A.    It's the same thing as the osteoporosis,
8  that there is decades and decades of literature
9  describing the relationship between glucocorticoid
10  dosages, duration, and risk for developing
11  cataract.  I teach this, and there are hundreds and
12  hundreds of studies reporting this for decades and
13  --
14  Q.    Are you able to site any of these studies?
15  A.    Not off of top of my head, but any textbook
16  on endocrinology practice will describe these
17  things with a long list of citations.  These are
18  not --
19  Q.    Are you able to estimate -- are you able to
20  estimate by what percentage that Mrs. Wolking is at
21  risk for early cataract formation?
22  A.    Above 50 percent.  It has increased her
23  risk for than 50 percent for developing those
24  because of the steroids she's been on.

**139**

1  Q.    Are you aware of plaintiff's, I guess, her
2  eye health or her -- whether she has cataract?
3  A.    I don't know.  I don't know if she does or
4  if she's had eye care to evaluate that, yes.  She's
5  60 --
6  Q.    Are you aware --
7  A.    Excuse me.
8  Q.    Are you aware if plaintiffs had any
9  preexisting issues with her eyes?
10  A.    I'm not aware of any, no, off the top of my
11  head.  I would have to review her medical record to
12  see if there was something preexisting.
13  Q.    Okay.  You also mentioned that plaintiff is
14  at increased risk for overall reduced mortality as
15  a result of prior excessive steroid consumption.
16  Do you remember making that statement?
17  A.    Yes.
18  Q.    What is that opinion based on?
19  A.    The same thing.  We know that -- this is
20  one of the many reasons why glucocorticoids are
21  used in the minimum -- lowest effective dose
22  because they are known to impact mortality, so
23  there are lots of studies that show that excessive
24  glucocorticoid use shortens your life span, and

**140**

1  it's been known for a very long time, and I've seen
2  it in my patients that I treat, and there are lots
3  of studies that describe this association.  No, I
4  don't have them off the top of my head but I can
5  find them, and, yes, unfortunately her risk is
6  increased now, her mortality is impacted because of
7  this.
8  Q.    The mortality rate, what factor is that
9  based on?  Is that based on any preexisting
10  conditions?
11  A.    It's modified by preexisting conditions, so
12  mortality in anybody is modified by what other
13  conditions they might have.  If somebody has high
14  blood pressure, that reduces their mortality.  If
15  they then also have glucocorticoids with high blood
16  pressure, then you have a combined mortality
17  effect.
18  Q.    Okay.  Are you aware of plaintiff's
19  previous medical history or any preexisting
20  conditions she had?
21  A.    I know she's had -- she has May-Thurner's
22  syndrome, I believe, she was diagnosed with, which
23  is a -- I believe it lowers her threshold for
24  developing blood clots, so my guess is that could

**141**

1  impact her mortality in addition to her steroids.
2  Other than that, I would have to pull out her chart
3  and see what other conditions she might have that
4  modify her risk.
5  Q.    Sure.  Are you aware of other preexisting
6  conditions that might impact an individual's
7  mortality rate other than the one that you just
8  described?
9  A.    Sorry.  You said in individuals, like a
10  hypothetical or her?
11  Q.    Yes, a hypothetical.  Are you aware of
12  certain preexisting conditions that might affect an
13  individual's mortality rate?
14  A.    Sure.  Yes, it would be the condition for
15  what is being treated.  So glucocorticoids are used
16  to treat medical conditions, so the medical
17  conditions for which you are treating is likely
18  itself to affect your mortality, and the
19  glucocorticoids on top of that could accelerate it.
20  And, again, it speaks to why we want to find the
21  lowest effective does and only use them when you
22  are treating something in which there's enough
23  science to justify that risk.
24  Q.    Okay.  Give me one moment.  Are you able to

**36 (Pages 138 to 141)**

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

142

1 estimate by what percentage Mrs. Wolking is at
2 increased risk for reduced mortality due to her
3 prior steroid consumption?
4 A. It's greater than somebody else's risk who
5 would not have been exposed to the glucose. I
6 can't think of an absolute number I could give you
7 that would say that she's at X percent risk of
8 dying at a younger age than she should have.
9 Q. Are you able to estimate what you believe
10 Mrs. Wolking's estimated mortality is?
11 A. No, I cannot estimate what her individual
12 mortality is. You mean, at what year she will die,
13 no, I can't answer that.
14 Q. Correct.
15 A. I can't estimate that.
16 Q. What is the average lifespan of a female?
17 A. Keep going. In the United States?
18 Q. Given Mrs. Wolking's current age?
19 A. With no medical background, with a healthy
20 normal --
21 Q. Correct.
22 A. It was already 60 whatever she is years old
23 in the United States in her area of the country and
24 exposures and everything, probably 83, 85-ish, I'm

143

1 guessing. I don't know. Something like that. I
2 would have to look that up. There are calculators
3 and actuaries that do these things, but you would
4 have to calculate that out if you want a better
5 estimate.
6 Q. Okay. And you also stated in your report
7 that Mrs. Wolking had increased risk for, I'm
8 sorry, there's increased cardiovascular risk for
9 plaintiff based on her prior corticosteroid use.
10 What is that opinion based on?
11 A. Same, that glucocorticoids accelerate
12 cardiovascular disease. That's well-known, been
13 known for decades. Lots of literature on this. I
14 have seen it in my patients. I teach it to my
15 students and fellows and training. It's why we
16 keep the dose as low as possible. One of the many
17 reasons why.
18 Q. Are you able to city any specific study
19 that supports that opinion?
20 A. Not off the top of my head, but it's in
21 every you name it endocrine textbook, it's going to
22 be in there under glucocorticoids.
23 Q. Are you able to estimate by what percentage
24 she's at increased risk for cardiovascular issues

144

1 due to her prior steroid consumption?
2 A. It's certainly above it would be if she had
3 not consumed these doses of glucocorticoids. I
4 cannot give an exact number. It's going to be
5 above what you would see otherwise.
6 Q. Okay.
7 A. And there are calculators that figure these
8 things out.
9 Q. Are you aware as to whether Mrs. Wolking
10 had any preexisting cardiovascular issues?
11 A. She had a deep venous thrombosis. So if
12 we're going to call that a cardiovascular issue,
13 then she had a history of deep venous thrombosis,
14 one of which probably was exacerbated by the use of
15 glucocorticoids.
16 Q. Where are you getting that? What is that
17 based on?
18 A. That's known, same. There's a risk of --
19 elevated risk of thrombophlebitis or increase in
20 blood clotting from glucocorticoids. It's been
21 known for a long time.
22 Q. Do you know what the cause was of her deep
23 vein thrombosis?
24 A. I know she has this May-Thurner's Syndrome,

145

1 which increases her risk for developing blood
2 clots, so it's possible that that might have been a
3 pre-condition for her developing blood clots, but
4 again as a practitioner, if you are aware of that,
5 you would be very cautious in prescribing
6 glucocorticoids because you certainly would not
7 want to stir the hornet's nest and make her more
8 susceptible to developing deep venous clots.
9 Q. Okay. I just want to clarify. You didn't
10 have any of plaintiff's primary care records,
11 correct?
12 A. I don't know if I have -- whatever is on
13 that list is what I have so.
14 Q. You are not aware of her medical -- go
15 ahead.
16 A. No. Whatever is on that list is what I
17 have, so I cannot remember if those contain
18 components of primary care and other specialists
19 here and there because they're kind of mushed
20 together, several of them.
21 Q. Okay. So you are not -- you are not aware
22 of her medical history prior to 2013; correct?
23 A. Probably 2013 whomever she would have
24 seen at that time would have taken a past medical

JONATHAN WILLIAMS, M.D.

146

1    history and included that in their report. So as
2    far as that goes, I imagine, unless she had zero
3    medical history at 2013, but usually when we have
4    an intake with a new patient, we would review that
5    person's prior medical history up to that date and
6    write down what their prior medical history is so.
7    Q.    Have you seen any medical records -- any of
8    plaintiff's medical records from prior to 2013?
9    A.    I would have to look. I can't remember the
10   dates. There was a lot of medical records. It's
11   possible, but I just don't know off the top of my
12   head 2013.
13   Q.    But as you sit here today, you are not
14   aware of her medical history prior to 2013,
15   correct?
16   A.    I don't know if I can say I'm unaware of
17   it. I would be afraid I might find myself saying
18   oops, I forgot about that because there's a lot of
19   medical records.
20   Q.    Okay. Well, other than the deep vein
21   thrombosis and than, of course, this Loudoun
22   Hospital admission for the perforation, are you
23   aware of any other -- of her medical history?
24   A.    Well, yes, the deep venous thrombosis

147

1    occurred in July of 2022 is what I'm referring to,
2    so I don't know if you are referring to back to
3    something else prior to that, but I was referring
4    to the blood clot in July of 2022 a couple months
5    prior to her going to the hospital.
6    Q.    Okay. You are aware of her hormone
7    restoration therapy that began in 2013 under Dr.
8    Lindner?
9    A.    Yes, I saw some of that, yes.
10   Q.    Okay. So are you aware of anything before
11   that time period, 2013?
12   A.    Only if when I pull up Dr. Lindner's notes
13   again he referred to older history stuff. I would
14   have to look at those notes to see if he commented,
15   and then I cannot remember given the extent of
16   medical records provided to me whether I saw
17   anything prior to 2013. I would have to look.
18   Q.    Okay. But if you had any, if you saw
19   something of relevance, you would have put it in
20   your report?
21   A.    Probably, yes. That's fair, yes.
22   Q.    Okay. Are you able to -- you also stated
23   in your report, sorry, that plaintiff has chronic
24   adrenal insufficiency as a result of prior

148

1    excessive steroid consumption, is that correct?
2    A.    Correct.
3    Q.    What is that opinion based on?
4    A.    The fact that she's still required a
5    maintenance dose of steroids. I believe one or two
6    of her endocrinologists had attempted to taper her
7    glucocorticoids or Prednisone to off, and she --
8    they were unable to, meaning, she could not make
9    corticosteroids on her own, so they had to restart
10   those maintenance dose steroids, and that was
11   despite, you know, attempts to wean her from them.
12   So that would be consistent with somebody two years
13   out almost as having a reduced chance of recovering
14   her adrenal gland function, so I would agree with
15   that one.
16   Q.    Okay. But you didn't examine Mrs. Wolking,
17   correct?
18   A.    No, I did not examine Mrs. Wolking, no.
19   Q.    You are relying wholly on what was
20   communicated in terms of that she's continuing to
21   take glucocorticoid steroids, correct?
22   A.    I'm relying on an endocrinologist who
23   stated that they found that she requires them and
24   this is what endocrinologists do. They determine

149

1    whether people have proper adrenal gland function.
2    They're testing that's done to figure that out, and
3    they determined as experts in that field that she
4    requires maintenance dose and she can't recover her
5    adrenal glands.
6    Q.    Okay. Doctor, have you ever -- are you
7    aware or have you ever heard of dosing of
8    corticosteroids or glucocorticoids with a 1
9    milligram per 1 kilogram of the patient's weight?
10   A.    Yes.
11   Q.    Can you tell me a little bit about that?
12   A.    It's usually for certain conditions,
13   certain approved medical conditions that have
14   substantial diagnostic and management evidence that
15   doing that type of regimen is going to improve
16   their clinical care. So we call it migs per kig or
17   1 milligram per kilogram dosing might be used in
18   the hospital setting for treatment of solid organ
19   transplant rejection or for treatment of kidney
20   disease due to an inflammatory or autoimmune
21   process. So a migs per kig might be the average
22   persons about 75 to 100 kilograms. That would mean
23   75 milligrams to 100 milligrams of Prednisone or
24   Methylprednisolone, so those would be high doses of

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

150

1  steroids, but in the context of what we're
2  discussing in this case, still an order of
3  magnitude less than what she was receiving.
4  Q.   So if someone, and I'm trying to follow you
5  here, though, but if somebody is, I guess, is it
6  the greater the weight essentially the higher of
7  dosage that person might be given or can tolerate
8  or would be effective?
9  A.   Effective.
10  Q.   Okay.
11  A.   So, again, the migs per kig dosing is to
12  treat in a tailored fashion how many milligrams has
13  been shown by substantial medical evidence to
14  improve the condition of individuals.  The reason
15  why migs per kig dosing was even created was
16  because of glucocorticoid toxicity.  We knew giving
17  excessive amounts to people that weighed
18  50 kilograms was harmful to them, so they began
19  studies to try to reduce the dose as low as
20  possible, and that's where mig/kig dosing came out
21  or is one of the reasons why migs per kig dosing or
22  weight-based dosing came out to try to reduce that
23  risk.
24          VIDEO TECHNICIAN:  Time is now

151

1          2:39.  Going off video record.
2          (At this time, a short recess was
3      taken.)
4          VIDEO TECHNICIAN:  Time is now
5      2:44.  We're back on video record.
6          MS. KEESLER:  Thank you, Dr.
7      Williams.  I don't have anything further,
8      but your counsel may.
9          THE WITNESS:  You're welcome.
10  BY MR. LAMB:
11  Q.   Yep.  Just a few questions.  Let's start
12  with counsel for Tunkhannock asked you about Stacey
13  Wolking's deposition testimony and her daily intake
14  of corticosteroids presently, so I want to show you
15  what I think was being asked about.  Just give me
16  one second.  Do you see this transcript page?
17  A.   Yes, I do.
18  Q.   And I'll represent to you this is the
19  deposition of Stacey Wolking in this case taken
20  earlier this year.  There's a question here in
21  which she answers I have not stopped taking
22  steroids at all, and then we scroll down, and she
23  says I'm blanking on whether it's Hydrocortisone or
24  Prednisone, and then counsel asked how often do you

152

1  take whatever it is, generally three times a day.
2  Now, this is where we get into the amounts.  Stacey
3  says the morning is 20 milligrams and at 2:00 it's
4  15 milligrams.
5  A.   Yes.
6  Q.   And at 9:00 it's 10 milligrams.
7  A.   Yes.
8  Q.   Before we get there, is there a common
9  conversion ratio between Prednisone and
10  Hydrocortisone with the way there is between Pred
11  and Dex?
12  A.   Yes, it's about four to one, five to
13  one-ish, four and a half --
14  Q.   Okay.
15  A.   -- to one.
16  Q.   So if this 20 milligrams is Hydrocortisone
17  as you stated, what would that be in Prednisone?
18  A.   Two or three or four-ish maybe, four
19  milligrams maybe, something like that, four and a
20  half.
21  Q.   Okay.  So that would reduce this daily
22  regimen to something more like -- something less
23  than 10 milligrams of day of Prednisone?
24  A.   Yes.  So Hydrocortisone, unlike Prednisone,

153

1  Prednisone is usually dosed once a day.
2  Dexamethasone is usually dosed once a day.
3  Hydrocortisone is more normal, so we dose it twice
4  a day.  It's dosed at a higher dose in the morning
5  and then generally half that dose in the afternoon.
6  That's why I believe that's a Hydrocortisone
7  prescription and not a Prednisone prescription.  We
8  wouldn't dose Prednisone that way.
9  Q.   And if her pharmacy records show she was
10  continuing to be dispensed Hydrocortisone and not
11  Prednisone, would that also support your
12  conclusion?
13  A.   Yes, that would make sense and that's the
14  preferred way for treating adrenal hormone
15  maintenance.  Usually we don't like to use
16  Prednisone.  It's not physiologically normal as
17  compared to Hydrocortisone.
18  Q.   I want to show you something from your
19  report here.  Counsel asked you about this sentence
20  where you say it's evident that the Tunkhannock
21  Compounding Center's glucocorticoids were the vast
22  majority of what Mrs. Wolking consumed during this
23  time period.  Fair to say you are talking about the
24  vast majority of corticosteroids in this sentence,

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

154

1  correct?
2  A.    Glucocorticoids.
3  Q.    Glucocorticoids as opposed to all of the
4  medications that she was taking?
5  A.    Right.  Yes.  I was talking about
6  glucocorticoids.
7  Q.    Okay.  And so you and counsel discussed
8  some numbers of what Mrs. Wolking was taking from
9  Harris Teeter versus Tunkhannock Compounding
10  Center.  Do you remember agreeing with counsel that
11  the Tunkhannock Compounding Center doses or
12  prescriptions added up to about 17,000 milligrams.
13  Do you remember that 17,000 number?
14  A.    Yes, for the four prescriptions, yes.
15  Q.    Okay.  And do you remember that the Harris
16  Teeter prescriptions added up to 6,540 milligrams?
17  A.    Yes, that's what I had down.
18  Q.    So if you add those two together, do you
19  agree with me that you get --
20  A.    Oh, boy.
21  Q.    23,540 milligrams?
22  A.    Sounds right.
23  Q.    If you add 17,000 and 6,540?
24  A.    Yes.

155

1  Q.    So math is typically challenging for
2  lawyers, but if we treat that 23,540 as the
3  denominator and we want to know the percentage that
4  is represented by the 17,000 from Tunkhannock
5  Compounding Center and we just divide 17,000 over
6  23,540, would you agree with me that we get 72.2
7  percent?
8  A.    Yes, that's what I was referring to when I
9  said 70 to 75 percent of the prescribed
10  glucocorticoids were coming from TCC during that
11  time.
12  Q.    All right.  I think the last thing from me
13  is I want to look at -- I just want to look at Mrs.
14  Wolking's medical records from the hospital
15  quickly.  All right.  Do you see the operative note
16  by Kelly Sutter, October 7, 2022, 7:30 p.m.?
17  A.    Yes, I do.
18  Q.    Okay.  Let me suggest you read this whole
19  page just to yourself silently.  Let me know when
20  you are done.  I want to ask you some questions
21  about the sigmoid colon.
22  A.    Can you scroll up a touch?  I want to see
23  the top.  Thanks.  A little bit higher.  There.
24  Thanks.  Indications, I just want to see that.  Is

156

1  that the end of this or is there more below that?
2  Oh, boy.
3  Q.    After that it seems to be focused mostly on
4  the ostomy, so then let me just ask you a couple
5  questions, and you can let me know if you need to
6  read the rest of it but where it talks about the
7  inflammation was so severe that the tissue
8  dissected without even the slightest manual
9  manipulation, do you have any opinion as an expert
10  as to whether that is related to the corticosteroid
11  usage?
12  A.    Yes, I would say that would be consistent
13  with glucocorticoids steroid usage and thinning of
14  the intestinal wall --
15  Q.    Right.
16  A.    -- and friability.  They're describing this
17  fragility would be consistent with that type of
18  scenario.
19  Q.    So would these be -- would these be
20  injuries to the sigmoid colon that she's
21  describing?
22  A.    Yes.
23  Q.    Are they different than perforations?
24  A.    They could be perforations.  They could be

157

1  perforations in process.  There's no diverticular
2  disease.  They said there was no -- just read that
3  again.  Without significant diverticular disease,
4  so the diverticular disease could predispose this
5  area to having issues.  That's probably why they
6  included that specific comment to say, no, this is
7  not due to diverticular issues, but I'm not a
8  surgeon, so a lot of this would require surgical
9  expertise to kind of comment on why they described
10  something and how they describe it.
11  Q.    But from the standpoint of cause where they
12  -- where it says there were clear issues -- clear
13  areas of tissue breakdown in the sigmoid colon, is
14  your opinion that that tissue breakdown was caused
15  by the corticosteroids that Mrs. Wolking consumed?
16  A.    Yes, more likely than not.
17         MR. LAMB:  I think those are the
18      only questions that I have, and maybe
19      we'll go to Ms. DeNaples and see if she
20      has any before --
21         MS. DeNAPLES:  I have no questions.
22      Thank you, Dr. Williams.
23  BY MS. KEESLER:
24  Q.    I just have a brief follow-up.  Doctor,

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

158

1  with respect to the sigmoid colon paragraph that
2  counsel just asked you questions, are you aware of
3  any -- are you aware of any studies that support an
4  association between high dosage glucocorticoids and
5  tissue breakdown in the sigmoid colon in the
6  absence of diverticular disease?
7  A.    Again, the specificity of that question, I
8  would have to look up the medical literature to
9  see, but I would again point to that one that we
10  described, No. 4, as an example describing
11  perforations which would include the sigmoid colon.
12  Q.    Okay.  But you are aware of no other
13  studies that speak specifically to that issue?
14  A.    I would have to look it up to address that
15  specific question that you are asking.  I would
16  look up the literature to see if there's
17  that specificity in the literature about sigmoid
18  segments of the colon.
19        MS. KEESLER:  Okay.  I don't have
20    anything further.  Thank you.
21        MR. LAMB:  Is that it?
22        MS. KEESLER:  Yes.
23        VIDEO TECHNICIAN:  Time is now
24    2:57.  That concludes this video

159

1            deposition.
2              (Witness excused.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

160

1          C E R T I F I C A T I O N
2
3        I, LISA PETITTA, Certified
4  Shorthand Reporter and Registered Professional
5  Reporter, do hereby certify that the foregoing is a
6  true and accurate transcript of the stenographic
7  notes taken by me in the aforementioned matter.
8
9
10
11          - - -
12
13
14
15
16
17
18
19
20
21  DATE:
22          Lisa Petitta, CSR, RPR
23
24

161

1            EXHIBIT WILLIAMS 1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

162

1           EXHIBIT WILLIAMS 2
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

163

1           EXHIBIT WILLIAMS 3
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

**A**

A-S-H-L-A-N-D 7:18
a.m 1:19
abdomen 79:14
abdominal 37:7 79:12
ability 37:16 41:23 96:5
able 14:2 15:16 35:23 68:23
    83:14 110:2 117:20,21
    118:4 121:11,12 122:21
    125:11 126:3,5 130:20
    136:18 137:3 138:14,19,19
    141:24 142:9 143:18,23
    147:22
abscess 90:5,14 91:20 94:9,14
absence 37:11 94:10,15 158:6
absolute 37:10 101:24 121:7
    127:6 142:6
absolutely 63:19 80:14 125:9
abstract 83:7
academic 8:19,22
accelerate 123:22 128:12
    141:19 143:11
accident 128:20,21
accurate 47:21 94:18 160:6
achieve 52:24
Action 1:2 4:7
activity 55:16,20
actuaries 143:3
acuity 96:9
acute 45:20 49:11 79:12
    97:23 98:6,11 99:13,23
    103:11 123:19
acutely 97:13,14
add 99:6 154:18,23
added 8:21 31:16 154:12,16
addition 85:9 141:1
additional 12:19 120:23
    136:1
address 7:5,7,9,16 27:21 58:1
    99:13 132:3 158:14
addressed 48:2
adjustment 66:13
admission 27:1 101:21
    146:22
admitted 99:1
adrenal 19:23 20:3 35:14,16
    35:18,22 36:5,7,8,9,12,14

36:21 37:15 38:4,7 41:15,16
41:22 42:1,8,14,21 43:1,2,7
43:13,16,19,22,24 44:1,3,7
44:8,9,18,19,20,21 45:17,17
47:5 51:17 59:19 78:15
80:12 132:11 147:24 148:14
149:1,5 153:14
advance 65:21
adverse 83:19
affect 35:21 40:15 42:14
    120:17 141:12,18
aforementioned 160:7
afraid 146:17
afternoon 4:14 153:5
age 142:8,18
agents 104:23 108:16
ago 25:14
agree 40:18 50:12,16,21
    61:18,20 73:17 85:7 93:3
    106:24 118:14 119:6 126:16
    127:1 148:14 154:19 155:6
agreed 34:12
agreeing 154:10
ahead 9:16 50:12 78:19 84:1
    86:19 99:8 117:24 122:6
    137:19 145:15
al 4:9,10
alive 41:19
allowed 26:6 86:15 113:22
alternative 40:2 78:5
amount 39:16 55:2 58:11
    64:1,15,17 65:1,10,11,12
    66:19 111:15 112:20 113:18
    113:19 114:3 116:3 121:19
    122:13 128:11,13 130:3
amounts 44:23 45:1 64:7,13
    65:24 66:22 109:24 110:24
    111:22 113:24 118:11,13,22
    118:23 119:1,2,16 150:17
    152:2
anatomy 89:4
annual 14:22 15:12
answer 6:13,19 34:5 74:2
    75:17 76:2,23 77:17 86:15
    90:17 118:18 119:13 121:11
    121:12 123:11 124:5,16,17
    125:15,16 134:9,24 142:13

answered 48:16 50:22
answering 6:4,20
answers 5:21 151:21
anti-inflammatory 37:20
    38:9 90:4
anti-microbial 104:22 108:16
antibiotic 104:24
antimalarial 104:24 105:1,14
anxiety 123:22
anybody 108:19 140:12
anymore 132:12
Apologies 30:19
apologize 36:6
Apothecary 1:10 2:16 4:16
apparent 72:1
appears 106:17
apply 80:5
appointment 8:22
appointments 8:19,24
appropriate 97:16
appropriately 52:3
approved 61:17 149:13
approving 61:6
approximate 14:3 112:21
approximately 16:3 113:10
    114:18
April 13:23 30:6,22 31:18
area 30:14 47:5 79:18 87:24
    87:24 91:10 142:23 157:5
areas 73:8 75:13 82:3 157:13
argue 129:15
Arm 105:6
arose 114:22
arrive 25:16,18 33:21 109:5
arrived 25:15 33:14,23
arriving 26:13 35:8
arthritis 37:23 46:5,24 82:10
    83:20 84:10,16 85:24,24
    86:24
article 82:6,11 89:24 90:2,7
    90:20,23 91:6,8,18,23 92:3
    92:6 93:1 94:7,12
articles 12:21 82:6 126:5
Ashland 7:18
asked 18:13,18 19:24 20:4
    21:11 22:7 23:3 24:11
    57:14 58:1 117:17 151:12

JONATHAN WILLIAMS, M.D.

151:15,24 153:19 158:2
**asking** 5:20 25:13 32:21,23
    33:7,23,24 107:24 158:15
**asleep** 44:1
**aspects** 56:14
**asserting** 68:19
**Associate** 8:22
**associated** 37:9 81:16 120:7
**associates** 94:8,13
**association** 12:21 23:10 33:4
    93:24 140:3 158:4
**assume** 106:5
**assuming** 84:13
**asthma** 46:5,24 57:4
**ATTACHED** 3:11
**attempt** 5:23
**attempted** 148:6
**attempts** 148:11
**attended** 10:7
**Attending** 11:16
**attention** 63:8 66:17
**attorney** 6:18,19 20:22,23,24
**August** 59:4 104:8,11,19
    110:20,20 111:4,5,8,12,23
    113:22 114:1,24 116:6,11
    116:24 117:4
**author** 84:15 91:23
**authored** 12:20
**autoimmune** 149:20
**available** 5:14
**Avenue** 2:10 7:8
**average** 142:16 149:21
**avoid** 6:5 63:8
**aware** 8:15 20:9 23:20 26:1
    26:14 27:11 29:16,23 56:18
    63:1,5 66:12 73:22 74:7,10
    74:15 75:22 85:14 87:1
    94:7,12 95:4,19 105:14,18
    105:22 106:2,7,10,14,16
    107:11,13,24 108:3 110:4
    114:2,9 120:18,19,21 123:6
    123:7 131:24 133:21 134:1
    137:16,20 139:1,6,8,10
    140:18 141:5,11 144:9
    145:4,14,21 146:14,23
    147:6,10 149:7 158:2,3,12
**azithromycin** 104:23

**B**

**B** 3:10
**Babesiosis** 53:17,18,21 54:2,4
    62:18 123:9,13,14,15,19,21
**Bachelor's** 10:5
**back** 29:19 31:8,19 34:19
    43:22 44:4,5 46:14 53:16
    66:9 80:22 81:6,10 90:1
    98:24 100:22 109:12 121:15
    122:7 147:2 151:5
**background** 10:2 87:2
    142:19
**bacteria** 95:13
**bad** 96:3
**balance** 25:10
**balancing** 52:7
**Baltimore** 21:17,18
**banked** 90:11
**Barry** 21:21
**base** 88:3
**based** 19:1 27:6 33:18 34:16
    51:15 59:16 71:22 72:20
    73:3 74:13 75:11 77:23
    81:20 92:14 98:13,14
    106:24 109:2,6,9,18 110:19
    117:24 118:1,22 131:9
    136:21 137:12 138:6 139:18
    140:9,9 143:9,10 144:17
    148:3
**basic** 35:15
**basis** 26:20 42:23 92:6
    109:21 131:1 135:14,21
    136:9
**Bawgus** 21:16
**began** 147:7 150:18
**beginning** 8:6 71:15 133:7
**begins** 8:4 130:10
**behalf** 4:15,20,22,23 15:18
**behaviors** 63:16 122:2
**believe** 11:23 13:16,21,24
    21:1 22:1,20 24:24 26:6,11
    30:22 31:18 100:15 104:23
    105:2 132:4,12 140:22,23
    142:9 148:5 153:6
**Benedetto** 2:14 4:19,19
**benefit** 31:4 40:16 57:12,12
**Bennett** 19:9

**Benson** 18:4
**best** 121:12
**bet** 9:11,24 80:24 101:20
**better** 71:2 91:13 143:4
**beyond** 58:3 87:2
**Bibliography** 12:10
**Bigger** 21:4
**biosynthesis** 25:8,24
**bit** 24:6 42:11 88:12 149:11
    155:23
**blanking** 151:23
**blindness** 39:1
**blood** 29:1,3,6 33:19 35:20
    95:9 97:17 98:19 99:19,22
    100:4,12,14,21 101:22
    102:2,3,11,13,18 103:2
    133:16 140:14,15,24 144:20
    145:1,3 147:4
**bloodstream** 95:15
**board** 9:2 11:17,22 47:22
    59:18 61:4 79:23
**Bob** 2:21
**body** 35:16 37:1 39:22 41:3,4
    42:20 43:12 55:14 57:10
    97:5 120:17
**body's** 98:7
**bone** 38:2 97:15,15 98:8,9,17
    98:19 99:16 103:7,12
    133:15 137:20,21,21,24
**Boston** 7:8 10:10 131:12
**bottle** 118:8
**bottom** 102:6
**bouncing** 102:21
**bowel** 69:14 71:19 72:6,13
    73:15 75:4,7 76:12,13,19
    78:13,24 79:5,6,13,16,21
    80:3,4 81:16,24 85:17 91:24
    92:22 97:3,8 98:2,3,5,11
    99:14 120:11 124:3
**bowels** 72:2 75:8,9
**boy** 8:17 100:18 154:20 156:2
**break** 6:11,14 67:13 80:21
**breakdown** 15:16 75:14
    157:13,14 158:5
**breaks** 6:10,10 76:12
**Brian** 4:18
**brief** 157:24

**briefly** 10:1 34:19 47:24 57:3 57:21
**Brigham** 7:10 9:3 10:4,11,20 11:8 61:3
**bringing** 66:17
**brought** 29:21 40:4 42:4 63:7
**Bruce** 20:18
**Bryk** 4:18
**business** 4:16 7:5,7

**C**

**C** 2:1,14 4:1 70:24 105:6 160:1,1
**calculate** 143:4
**calculation** 114:14
**calculations** 116:5
**calculators** 143:2 144:7
**call** 55:15 63:4 87:18 99:17 100:9 121:24 144:12 149:16
**called** 10:8 12:1 53:21 101:9 105:2,6 110:6 123:20 137:17
**calm** 53:10
**capacity** 103:12
**caption** 23:22
**car** 128:19,20,21
**cardiovascular** 143:8,12,24 144:10,12
**care** 21:17 39:19 54:10 55:3 58:4,24 59:5,11,20 60:2,21 60:24 124:24 134:18 139:4 145:10,18 149:16
**career** 23:8 30:15 54:2,4 62:17
**case** 4:8 14:17 15:3 17:23 18:10,11,14,19 19:8,22,23 20:4,17 21:2,8,12 22:2,3,22 24:2,7 26:2,12 27:21,22 28:4,6,9 29:18,22 30:20 32:12 33:3 35:3 36:14 37:19 49:15 60:3 64:19 85:7 88:3 150:2 151:19
**cases** 15:13 17:15,18,23 23:2 25:14 44:9,15 127:17
**CAT** 93:17
**cataract** 133:18 138:3,11,21 139:2

**caught** 63:19
**Causality** 57:15
**causation** 18:19 20:5 23:3 57:17 67:24 134:11,16
**causative** 118:5
**cause** 39:1 43:12 53:2,21 57:18 68:5 72:1 77:9 81:15 81:24 86:21 87:18 95:13,22 96:12,15,18,20 97:2,4,7,19 97:22 99:23 107:12 108:1 115:4 117:19 120:16 144:22 157:11
**caused** 27:9 68:2,8,20,24 70:22,24 71:12,20 96:16 97:6,9 98:4 107:20 108:8 111:9 123:20 125:20 157:14
**causes** 76:13,15,18 77:10 94:19,22
**causing** 49:11 94:8,13 103:11 134:13
**cautious** 145:5
**CC** 70:18
**ceiling** 129:13,16
**cell** 97:17 99:19,22 100:4,12 100:14,21 101:22 102:3,18 103:2
**cells** 95:10,10 98:19 102:2,11 102:13
**cellular** 37:1 41:18
**Center** 1:11 2:16 4:17 10:21 60:3 154:10,11 155:5
**Center's** 153:21
**certain** 33:14 51:18 56:5 65:23 82:3 141:12 149:12 149:13
**certainly** 61:1 132:16 144:2 145:6
**certification** 11:21,22 79:23
**certified** 11:18 47:22 59:18 160:3
**certify** 160:5
**cetera** 33:20
**chair** 9:2 61:3
**challenging** 155:1
**chance** 126:7 127:24 128:24 148:13
**chances** 125:24 126:24

**change** 29:15
**chart** 101:8,12 102:6 103:6 141:2
**check** 32:9 54:17
**checked** 113:21
**chemical** 56:15
**Chemistry** 10:6
**choose** 124:23
**chronic** 41:21 57:3 123:21 147:23
**Ciara** 2:9 4:21
**CIPRIANI** 2:9
**Circuit** 20:19 21:18
**citations** 138:17
**cite** 83:1 126:5
**cited** 82:5,7,17 92:6 93:23
**citing** 90:6
**city** 143:18
**Civil** 1:2 4:7
**claimed** 24:4 70:7
**claiming** 68:24
**claims** 88:3
**clarify** 15:1 63:11 145:9
**clean** 6:3
**clear** 53:12 157:12,12
**clearly** 89:16
**Clinic** 19:9
**clinical** 18:15 61:9,12 62:12 98:22 149:16
**clinicians** 86:24
**close** 121:15 122:20
**closely** 61:4
**clot** 147:4
**clots** 140:24 145:2,3,8
**clotting** 144:20
**coded** 88:4
**colitis** 37:24
**colon** 73:18,24 74:9 75:9 76:10 88:1 89:13,15 155:21 156:20 157:13 158:1,5,11 158:18
**colonoscopy** 93:19
**combined** 140:16
**come** 44:4,5 98:16 122:7
**comes** 121:14
**comfort** 6:10
**coming** 89:8 155:10

commencing 1:18
comment 107:23 157:6,9
commented 147:14
common 22:12 63:10 152:8
communicated 28:23 148:20
communication 32:10
communications 32:14
  131:23 135:15
comorbidities 40:14
company 24:21
comparative 118:9
compared 55:17,20 153:17
compensated 13:17
compensation 13:6,9,14
Complaint 3:15 68:7,11,16
  69:20,24 70:2,22 134:14
complaints 37:7
complete 73:6 94:6
completed 10:6,12,14
completely 122:16
component 25:6 45:13 96:6
  118:10 120:17
components 55:22 108:11
  135:16 145:18
Compounding 1:11 2:16 4:17
  60:3 153:21 154:9,11 155:5
concept 48:7
concerned 79:13
concludes 158:24
conclusion 153:12
conclusions 78:7
concurrence 79:18
condition 26:24 37:23 40:14
  41:19,20 43:23 47:12 49:4
  49:14 52:9 53:4,21 58:21,23
  63:21 65:14,22 66:1 67:4
  92:19 95:4,16 96:9 98:5
  123:20 124:7,8 127:19
  141:14 150:14
conditions 25:12 37:9 38:20
  38:21,23 40:15 45:12,12
  46:3,17,23 47:10,16 49:14
  50:24 51:9,19 53:1 56:22
  57:5,12 90:6 140:10,11,13
  140:20 141:3,6,12,16,17
  149:12,13
conduct 33:2,8,17 34:11

77:13
conducted 33:24
conference 9:7
confirm 78:1
connection 108:17
Conor 2:5 4:23 9:12
CONRAD 2:14
consequence 98:11 134:18,19
  134:20
consequences 20:2
consider 85:19 95:21 96:12
  104:10,14 107:18 108:6
consideration 107:14,16
considered 15:23 44:24 45:1
  45:6 84:3,15 102:5 108:10
considers 42:20
consistent 76:11,11 86:5
  96:10 97:3,19,22 99:23
  102:15 103:9 131:22 148:12
  156:12,17
consists 13:21
constant 113:13
consult 78:23 79:11
consultation 79:19
consultative 78:9
consulted 79:9,16
consulting 78:18,21 79:6
  80:1
consume 59:2
consumed 59:4 108:24
  109:16 127:13 135:22 144:3
  153:22 157:15
consuming 71:22 118:8
consumption 26:22 71:23
  81:15 136:2 137:5 138:2
  139:15 142:3 144:1 148:1
contact 46:5,24 60:9
contain 145:17
contained 25:6,22 30:9
context 14:24 15:2,13 38:14
  46:11 54:16 127:14 150:1
continued 132:8
continuing 132:2 135:3,10,18
  148:20 153:10
continuous 71:24
continuum 128:8,17 129:8
  130:7

contributed 97:12
contributing 108:15
contributive 118:5
control 120:4
controlled 40:19
controlling 70:9
controls 36:24
conversation 65:13,17,21
  66:14,21
conversations 28:16,17 64:18
  66:6
conversion 152:9
correct 7:12 11:9,10 12:5
  14:16 15:4 18:2 19:3,4,10
  19:11 20:20 21:19,22 22:13
  22:16 28:20,21 29:2 30:4
  31:15 33:12,15 36:17,18
  40:5,20,22 43:22 44:19
  46:21 47:20 48:18 49:2
  53:23 54:2,14,15 55:6,7
  58:10 61:9 62:8,10 64:13
  65:2,9 67:5 69:5 72:14
  73:18 78:2 79:7 80:16 84:7
  84:11,18,22 85:4,10,11,13
  85:21 87:5 88:1,2 89:1,22
  89:23 90:8 91:21 92:1,21
  93:5,11 95:2 105:16 107:4
  110:20,22,23 112:6 113:4
  114:15,19,20 116:9,10
  117:9,10,12,14 123:18
  125:21,22 126:18 130:21
  131:19 133:13 142:14,21
  145:11,22 146:15 148:1,2
  148:17,21 154:1
correctly 116:5
cort 23:4
cortex 36:21
corticoid 12:22 23:10 42:13
  103:17
corticosteroid 33:5 42:7
  58:17 143:9 156:10
corticosteroids 47:17 84:11
  84:20 85:1,10 90:14 91:20
  92:9 94:1,8,13 148:9 149:8
  151:14 153:24 157:15
cortisol 36:16,19,20 37:3,5,5
  37:9,10,17 41:4 43:3,19

JONATHAN WILLIAMS, M.D.

cortisol's 36:23,24
counsel 2:6,11,16 4:12 5:2
  7:23 17:1 31:4 32:22 151:8
  151:12,24 153:19 154:7,10
  158:2
count 95:9,11 98:10,24 99:18
  99:19,21,22 100:4,8,10,14
  101:24 102:3,18 103:2
counteract 38:1
country 142:23
counts 97:17 100:2,12,21
County 20:19 22:12
couple 81:22 136:16 147:4
  156:4
course 52:6 100:14,22 146:21
court 1:1,22 4:6 5:2,3 6:6
  18:1 19:9 21:18 22:12 26:1
  26:7,9,20
Court's 26:14,19 27:11
covered 136:3
cramping 37:7
create 97:14 99:16
created 150:15
creates 60:24
critically 97:18
CSR 1:18 160:22
cultures 33:19
current 8:9,11,22,23 22:5
  137:16 142:18
currently 7:13 9:10 11:7 29:9
  29:11,12,14 132:9,24
Curriculum 3:12
cursor 46:15 54:22 57:24
cut 42:10 53:12 76:16,16
  78:19
cutoff 121:7
CV 7:22 8:4,5,6,9,13,16 9:8,9
  9:21 12:3 13:3

**D**

D 3:1 4:1
d/b/a 1:11 2:16
Dai'Vontay 22:11
daily 42:23 128:24 133:11
  151:13 152:21
damage 53:9
damaged 44:13,19,21

DARYL 1:6
date 8:10 13:24 14:17 16:13
  26:9 100:17 101:21 111:17
  146:5 160:21
dated 30:6
dates 68:11 100:7 110:24
  146:10
Daubert 20:10
day 13:16 36:16 41:8,9,11,17
  42:19 51:6 52:22 53:8
  56:20 57:1,6,9 58:18 61:23
  106:3,8 118:16 119:7,9
  125:13 127:13,23 128:2,5
  132:13,23 133:4,6,8,22
  152:1,23 153:1,2,4
days 14:11 43:20 57:3 58:21
  99:20 100:2,6 101:4 102:17
  103:8 128:6
death 53:14 77:9
decades 131:13 137:2 138:8,8
  138:12 143:13
decrease 53:2
decreased 97:17
deep 144:11,13,22 145:8
  146:20,24
defendant 4:15 15:20 18:7
Defendants 1:12
defense 15:18 18:5 19:13
  20:24 21:24 22:18 24:15
deficiency 37:5,10
define 51:1
defined 126:13
degree 10:5,18,23
delineated 89:17
delineating 89:3
demand 49:10
DeNAPLES 2:9 4:21,21
  157:19,21
denominator 155:3
density 137:20,21,21
depend 49:4 50:17 52:1
dependency 127:2
dependent 45:15
depends 29:14 37:4 43:23
  53:4 124:20
deponent 4:11
deposed 5:16 18:8

deposition 1:6,17 3:14 4:5,11
  5:18,20 6:9 7:20 13:11,22
  15:22,24 16:10 17:3 23:8
  26:8 31:1,22 32:2,12,18,22
  60:4 131:19 133:21 151:13
  151:19 159:1
depression 37:8
derived 14:22 15:12
dermatitis 46:5,24
dermatologist 47:20
dermatology 47:23
describe 26:11 38:17 42:16
  48:2 49:23 56:22 62:23
  138:16 140:3 157:10
described 36:11 47:24 87:7
  93:22 141:8 157:9 158:10
describing 94:24 138:9
  156:16,21 158:10
description 3:11 71:23
design 120:4
designed 56:12,15
despite 148:11
destroyed 37:16 41:16
destruction 76:10 97:8
detail 105:24
determine 78:6 86:2 120:5
  124:20 148:24
determined 87:17 149:3
develop 25:9,11 37:6
developing 26:23 92:19 136:5
  136:12 137:7 138:10,23
  140:24 145:1,3,8
development 18:17 137:1
Dex 56:5 152:11
Dexamethasone 39:10,11
  41:1,2,8 43:15,18 45:10
  49:2,4 55:5,12,22 56:12
  58:3 59:9 108:23 112:17,19
  112:23 113:4 114:11,15
  115:18 116:22 121:20
  122:11,13 123:2 153:2
diabetes 7:11 10:15 11:9
  18:12 28:4 62:12 120:12
  133:16
diagnosed 140:22
diagnoses 33:15,18,21 34:2
  77:24 79:20 80:6

JONATHAN WILLIAMS, M.D.

**diagnosis** 33:4 34:2,2,10,13
  34:17 77:14 78:1,2,3,5 80:9
  125:6
**diagnostic** 149:14
**die** 37:11 53:12 128:20,21
  142:12
**difference** 17:20
**different** 9:5 40:12,13 55:12
  56:14 73:19 106:22 134:15
  156:23
**difficult** 135:4
**dig** 100:19
**direct** 58:5
**directed** 59:2
**directly** 28:24 61:8
**disagreed** 28:8
**disaster** 99:13
**discharged** 99:3
**discuss** 59:24
**discussed** 28:1 154:7
**discussing** 150:2
**discussion** 60:1 67:20
**disease** 38:24 39:13 40:11,13
  52:5 53:14,18,20,22 57:4
  75:15 78:22 89:15 92:4,15
  92:18 93:4,22 94:5 123:7,17
  124:8 125:8 133:16,16
  143:12 149:20 157:2,3,4
  158:6
**diseases** 40:12 95:19
**dismissed** 26:12
**disorders** 22:8 25:9 28:3 36:7
  37:8 38:15
**dispense** 61:19,22 113:17
**dispensed** 62:13 110:18
  111:1,15 113:2 114:2,10
  118:12,24 119:1 120:23
  153:10
**dispensing** 68:10 111:6
**displayed** 82:24
**disposal** 9:10
**disqualified** 23:15 27:23
**disruption** 25:23
**dissected** 156:8
**distal** 73:4 75:14 76:21 77:15
  94:20 95:23 96:13
**distinct** 73:18

**distinction** 44:17 114:22
  115:2 117:18,22
**distinguish** 117:21
**District** 1:1,1 4:6,7 18:1 19:9
**disturbances** 69:13 120:12
  133:18
**dive** 101:17
**diverticular** 75:15 89:15 90:5
  90:14 91:20 92:3,8,15,18,21
  93:9,22 94:1,5 157:1,3,4,7
  158:6
**diverticulitis** 75:24 85:13
  92:24 93:4,11,13,14,15
  94:10,15
**diverticulosis** 93:16
**divide** 155:5
**divided** 14:6
**Division** 7:10 11:8
**dizziness** 37:8
**doctor** 7:22 9:20 10:22 13:1,3
  13:6 14:2,21 16:22 25:14
  26:1,19 35:11,12 37:12 40:4
  40:18 46:2 47:7,13 49:24
  51:3 54:6 55:9,10,10,11
  56:17 58:15 59:24 60:5
  62:20 67:13,23 68:4 70:10
  71:18 72:5 75:12 77:12
  80:13 81:10 82:24 84:5
  86:10,10 90:12 91:4 98:14
  103:15 108:20,21 113:23
  118:3 120:18 122:23 123:5
  123:6,18 124:1 125:11
  131:15 135:24 149:6 157:24
**document** 8:1,3 16:15,22
  19:2 69:22 112:9
**doing** 4:16 34:23 116:5
  149:15
**dosage** 12:22 23:10 40:7
  48:17 50:4,5 58:19,21 66:23
  107:17 129:19 130:12 150:7
  158:4
**dosages** 39:5 138:10
**dose** 23:4 39:2,9,11,14,21,21
  40:16 41:6,24 42:1 43:5
  45:24 47:18 48:13 51:7
  52:6,8,11,17,21 53:7,13
  54:11,14,24 58:2,9,11 60:10

  66:12,15,16 92:9,16 94:1,8
  94:13 106:21 107:8 113:14
  117:5,7,23 119:18,20 120:6
  120:14 121:8,16 124:1,11
  124:21 125:1,3,5 127:2,3
  128:4,11,15,15 129:3,10,17
  130:16,18,24 131:4 135:4
  139:21 143:16 148:5,10
  149:4 150:19 153:3,4,5,8
**dosed** 153:1,2,4
**doses** 38:18,19,21 39:7 40:23
  41:5,13,17 42:3,16,18 44:12
  45:1,9,22 46:4 48:6 49:18
  51:5,19 52:10,23 56:19,24
  59:1,9 71:21 81:17 96:22
  106:22 108:18 109:1,17
  110:2 119:21 120:7 126:21
  126:21 127:12 128:12,14
  144:3 149:24 154:11
**dosing** 50:21 51:4 54:8 55:3,5
  64:1,8,13 66:5,20 108:13
  110:11 127:5 149:7,17
  150:11,15,20,21,22
**double** 70:24
**Downtown** 21:17
**Dr** 4:11,22 5:13 7:4 9:17
  11:17 23:14 27:7 28:12
  31:10 32:15 34:20 38:4
  48:1 57:13 59:2,5,10 63:4
  63:17 66:10 68:8 69:22
  72:21 74:14 78:12 81:9
  101:15 105:15 109:1,16,24
  111:6 112:15 118:14 119:2
  121:5,24 131:23 132:8
  147:7,12 151:6 157:22
**drafted** 74:14 77:23
**drafting** 14:15 35:2 74:22
**drawn** 78:7
**Drexel** 10:9,24
**driving** 128:19
**dropped** 36:2
**drug** 66:11 107:6
**drugs** 61:16 84:17,21 85:2,9
  85:21 86:1,4 90:4
**due** 42:6 48:5 50:9 53:14
  137:4 142:2 144:1 149:20
  157:7

**duly** 5:7
**dumps** 89:13
**duodenum** 88:11,14,14 89:3 89:4,5,7,9,17 126:13
**duration** 39:16 43:24 51:6 114:1 119:19 124:8 125:4,5 126:21 127:4 131:5 136:11 138:10
**dying** 142:8
**dysfunction** 36:9,10,12

**E**

**E** 2:1,1,19,19 3:1,10 4:1,1 160:1
**earlier** 47:24 93:7 151:20
**early** 138:3,21
**education** 30:13 51:16 59:18 131:9 136:22
**educational** 10:2
**effect** 52:23 132:22 140:17
**effective** 39:20 47:18 51:7 52:11 53:8,13 54:11 124:24 139:21 141:21 150:8,9
**effects** 40:3 48:10,12 120:16 132:18
**eight** 100:6 115:23
**eight-day** 108:8
**either** 16:10,11 19:2 22:5,19 55:1,5 58:2,10 66:14,19 88:1,18 93:16 121:4
**Eldik** 20:18
**element** 38:16,17
**elevate** 85:17 86:3
**elevated** 87:1 131:6 144:19
**eligibility** 87:18
**eliminate** 118:4,7
**else's** 142:4
**email** 9:16 12:17 32:14 131:22 135:15
**emails** 32:9 71:24 118:14 119:3
**embarrassing** 22:4
**emergency** 77:9
**emotional** 135:10,16,19
**employed** 11:7,11,13
**employment** 47:6
**enabled** 109:23 135:9,18

**encounter** 127:10
**encountered** 60:11
**endocrine** 22:8 38:15 47:4 59:13 143:21
**endocrinologist** 35:13 47:8 51:17 59:18 131:10 137:14 148:22
**endocrinologists** 136:23 148:6,24
**endocrinology** 7:11 10:15 11:9,16,23 35:24 36:3 131:11 132:5 138:16
**energy** 35:20
**engage** 60:1
**entailed** 78:23
**entering** 137:8
**enterocolitis** 95:5
**entire** 78:11 87:23
**entirely** 47:21
**entirety** 23:7
**equivalent** 36:15 41:5 58:17 112:20 113:7,11 114:17 115:17,24 117:11,14 118:12
**error** 60:11
**ERSA** 1:22 5:3
**escalate** 109:1,17 119:18,22 119:24
**Esquire** 2:5,9,14,14 20:23
**essentially** 82:22 150:6
**establish** 54:13,24 58:9 93:24
**established** 75:23
**estimate** 15:11 124:22 125:11 137:3 138:19,20 142:1,9,11 142:15 143:5,23
**estimated** 107:9 142:10
**et** 4:9,10 33:19
**Eugene** 19:12,18
**evaluate** 139:4
**evaluation** 33:3,9,18 34:1,12 77:13,20
**events** 83:19
**everybody** 67:16
**evidence** 27:2,7 34:16 52:4 97:5 149:14 150:13
**evident** 153:20
**exacerbated** 144:14
**exact** 72:21 74:15 117:5

144:4
**exactly** 32:16 50:14 73:1 74:18
**EXAMINATION** 1:7
**examine** 148:16,18
**examined** 5:8 28:19 91:19
**example** 33:9 38:22 42:19 45:4,16 51:12,13,22 63:9,9 113:1 121:17 126:15 129:24 158:10
**examples** 62:24 81:22
**exceeds** 49:10
**excess** 96:24 120:14 136:11
**excessive** 68:8 76:11 81:14 136:2 138:2 139:15,23 148:1 150:17
**exclamation** 96:9
**exclude** 20:14 71:2
**excluded** 18:22,23 20:8 26:3 71:10
**excluding** 26:15
**Excuse** 139:7
**excused** 159:2
**exhaustive** 46:20
**Exhibit** 7:23 16:20 31:9 46:14 81:10 161:1 162:1 163:1
**exist** 123:21,24 127:10
**exists** 129:11
**expect** 99:12,17 103:9
**experience** 30:14 35:12 51:16 59:17 62:4,5 64:11 81:21 98:15,22 131:9 136:21 137:12
**experiences** 37:2
**experiment** 120:4
**expert** 3:13 13:7,18 14:22,23 15:4,7,12,18,21 16:6,9 17:2 17:12 19:5,19 20:14 23:9,15 23:19 26:3 28:5 30:3 31:5 32:13 33:2 35:2 79:17 95:18 156:9
**expertise** 61:15 80:2,3 81:21 157:9
**experts** 20:15 149:3
**explain** 63:20 97:2
**explained** 49:19 67:2

JONATHAN WILLIAMS, M.D.

explaining 56:9
explanation 64:23
explore 94:19,22
exposed 142:5
exposure 80:18
exposures 142:24
extends 89:14
extensive 69:9
extent 9:21 65:16 147:15
extra 65:3
extreme 37:19 77:10 102:16
eye 38:24 39:1,13 139:2,4
eyes 39:22 139:9

**F**

F 160:1
face 28:23,23 35:2
fact 43:16 52:14 65:11 84:15
  86:20 96:8 97:2,13 108:17
  121:23 148:4
factor 99:24 108:15 118:5
  140:8
factors 40:8 124:9
facts 24:3
faculty 10:19
Fahrenkrog 19:12,19
failure 133:17
fair 20:17 28:19 44:2 47:19
  52:14 147:21 153:23
fall 100:13
falls 100:10
familiar 5:19 53:17 60:7,18
  75:20 76:4 105:5
familiarity 60:15,24
Family 21:17
far 48:10 59:12 73:9 80:3
  94:23 103:10 108:14 126:4
  137:6 146:2
fashion 150:12
fatigue 37:6
federal 17:15,21
fellows 131:11 143:15
fellowship 10:14,17
female 142:16
field 48:24 93:20 149:3
fighting 95:10
figure 144:7 149:2

file 16:12 101:11
filed 20:11,14
files 32:5,8
fill 66:23 67:6,11 121:4
  122:23
filled 62:7 105:19 110:5
  111:1,7,23 112:16 115:3
  117:18 118:16 119:10
  120:20
filling 62:5
find 32:11,17 52:10 72:19
  91:2 93:18 124:24 127:16
  135:13 140:5 141:20 146:17
finding 26:16 100:20
fine 17:10 67:18 87:15
finish 6:4
finished 10:16
finishing 86:13
firm 18:5 19:12,13,13,15
  21:4,21,24,24 22:16,18,18
first 5:7 6:4 17:23 31:13
  37:15 50:10 64:16 88:19
  89:7 104:16 109:8 122:15
five 15:14 36:15 55:18 80:22
  103:8 152:12
five-minute 6:10 67:13 80:21
fixed 77:11
flag 121:19,23
flare-ups 57:4,5
Floor 2:5
Florida 20:19
fluid 69:14
focused 156:3
focuses 36:7
follow 57:23 99:9 102:17
  103:6 150:4
follow-up 157:24
followed 39:23 51:6
following 26:10 58:24 106:8
follows 5:8
foot 89:8
foregoing 160:5
forget 69:8
forgive 35:13
forgot 99:6 146:18
form 34:4 36:16 74:1 75:16
  76:1,22 77:16 90:16 118:17

  119:12 123:10,11 124:4,15
  125:14 133:23 134:8,24
formation 138:3,21
formed 26:8
forms 57:8
formulate 78:10
formulating 34:15
Forrest 20:17
fortunately 127:9,9
forward 66:16
found 73:3 88:10 148:23
four 13:23 40:22 106:8,17
  115:22 152:12,13,18,19
  154:14
four-ish 152:18
Four-year 17:2
fractures 137:23,24,24
fragility 76:19 156:17
frame 111:8,16
friability 156:16
front 8:2 9:23 16:22 69:22
  94:23 110:15 115:9,11
full 7:5,6
function 24:10,13 35:17
  36:22,23,24 37:21 42:9
  56:10,11 148:14 149:1
functioning 43:17
further 58:19 59:8 71:18
  151:7 158:20

**G**

G 4:1 70:13
gain 69:14 133:17
gastroenterologist 78:21
  79:1,7,17 80:17 93:18 95:19
gastroenterology 80:16,18
gastrointestinal 23:5,11
  71:24 75:10 82:2,9,18 83:18
  83:22 84:6,10,22 85:3 87:4
  87:2,24 88:4,5 89:21 94:6
  125:12,20 126:1,22 127:1
  127:24 129:4 130:4
General 9:2 61:3
generally 39:8 152:1 153:5
generate 45:22
genetics 11:6 40:11
getting 12:13 89:2 144:16

JONATHAN WILLIAMS, M.D.

**GI** 75:9 85:17 86:6 88:13,18
    88:21
**GIP** 87:21,22
**give** 7:24 13:2 16:16,19 23:1
    30:3 31:8 35:11 38:22
    43:17 55:11 57:20 59:1
    69:19 71:17 75:12 80:20
    82:11,24 91:4 95:17 103:14
    103:15 104:4,4,5 127:21
    128:18 129:24 131:14
    141:24 142:6 144:4 151:15
**given** 89:20 97:5 110:1
    118:11,24 142:18 147:15
    150:7
**giving** 122:12 150:16
**gland** 35:16,18 36:8,9,12,14
    41:16 42:8,14 43:1,13,17,19
    43:22,24 44:1,3,7,8,9,12,18
    44:19,20,22 148:14 149:1
**gland's** 41:22 42:21
**glands** 35:14,23 37:15 38:7
    41:16 42:1 43:2,7 45:17,17
    132:11 149:5
**Glazer** 21:22
**glucocorticoid** 12:22 23:4
    36:16 37:17 38:5,11 39:9,12
    40:1 42:20 43:11 52:5,15,24
    55:16,19 56:10,13 76:12
    88:9 96:24 110:5 120:13
    131:5 133:22 137:13 138:9
    139:24 148:21 150:16
**glucocorticoids** 37:13,19
    38:18 39:19,20 40:17,19,24
    41:3 42:18 44:12,23 45:2,16
    45:19,23 48:7,11,11,14 49:1
    49:8,11,15,18,20 50:2,22
    51:20 52:8 57:18 59:1,9
    62:17 68:2,9,20 69:1,9
    70:23 71:1,13,21 81:15
    83:21 84:3 85:16,16 86:1,3
    86:6,21 87:1 92:16 96:23
    97:6 103:17 104:8 108:22
    109:15 110:17 111:2,6
    114:23 115:3 117:18 119:19
    119:20 120:17,23 121:6
    124:2,12 125:1,10,21,24
    126:7,21,24 129:17 131:5

133:3 134:12 135:23 136:11
    136:24 139:20 140:15
    141:15,19 143:11,22 144:3
    144:15,20 145:6 148:7
    149:8 153:21 154:2,3,6
    155:10 156:13 158:4
**glucose** 35:21 142:5
**go** 5:18 9:16 17:22 46:18
    50:12 78:19 84:1 86:19
    87:16 90:1 99:8 101:16
    111:22 115:6 117:24 122:5
    137:19 145:14 157:19
**goes** 70:10 127:4,5 129:10
    146:2
**going** 5:18 7:22,24 8:12 9:12
    13:1,5 14:6 16:19 23:14
    31:3,7,8 34:3,19 44:18
    46:13 57:20 58:13,14 60:3
    67:12 68:14 69:19 70:5,9
    71:6 73:2 81:2,8 83:9 91:4
    101:14 102:18 107:8 111:12
    120:2,15 127:16,21 128:16
    128:22 129:9 133:14 142:17
    143:21 144:4,12 147:5
    149:15 151:1
**good** 4:14 5:13 67:14,14 96:1
    106:19 127:11
**gradually** 49:15
**graduated** 10:9
**grants** 9:7
**grateful** 63:7
**Grave's** 38:24 39:13,22
**greater** 45:5 128:24 130:16
    130:17,18,23 142:4 150:6
**guess** 12:5 15:19 22:8 29:14
    37:4 38:6 39:6 42:6 44:2,7
    90:1 93:19 106:19 139:1
    140:24 150:5
**guessing** 33:11 54:1 55:4
    143:1
**guys** 67:19

────────────────
                **H**
────────────────
**H** 3:10 19:12,19
**H-I-G-H** 7:17
**Hahnemann** 10:7,23 11:3
**half** 41:11 67:13 102:4

116:19 117:7 132:13,19
    133:10,12 152:13,20 153:5
**hand** 46:15
**handling** 61:16
**hang** 86:10
**happen** 9:8,9
**happened** 63:1 64:20 66:3
**happens** 37:2 64:3,6
**Happy** 136:20
**hard** 82:20 120:4 127:16
**harm** 57:18 63:8 68:3 135:10
    135:19
**harmful** 150:18
**Harris** 110:7 111:1,16,23
    112:15 114:2,10 115:3
    117:19 118:4,12,16,24
    119:1,10 154:9,15
**Harvard** 8:23 10:11,18,19
    131:10
**head** 29:10 30:2 68:17 87:8
    93:2 100:16 105:7 106:21
    132:6 138:15 139:11 140:4
    143:20 146:12
**heal** 96:5
**health** 29:20 60:21 69:13
    139:2
**healthy** 142:19
**hear** 91:2
**heard** 26:5 27:13,15 109:8
    149:7
**heart** 133:16,17
**held** 26:2 67:21
**help** 135:8
**helpful** 32:20 35:8 45:10 46:9
    69:2 83:6 134:5,21
**Henry** 1:10 2:11 4:9,22
**high** 7:17 12:21 23:4,10 39:2
    39:9,11,14,21 45:22 50:23
    51:1,2,5 52:8,10,17,21,23
    53:7,13 58:19 92:9,16 93:24
    94:8,13 96:22 121:16
    126:21 128:15 133:16 135:3
    140:13,15 149:24 158:4
**higher** 38:21 39:4,6,7 40:16
    41:21 42:17 43:5 44:11
    51:19,21 52:6 55:14 56:20
    56:24 81:17 84:3 88:20

92:18 108:19 119:21,22
120:7,14 127:15 128:23
129:9,9 150:6 153:4 155:23
**highest** 59:12
**highlighted** 46:17 72:5 81:11
110:19
**hire** 81:17
**hired** 18:4 19:16,18 21:21
22:15 24:14
**history** 17:3 18:16 27:17
29:20 107:17 140:19 144:13
145:22 146:1,3,5,6,14,23
147:13
**hold** 16:17 55:9 107:15 118:3
**holding** 27:11
**home** 7:15
**hormone** 36:20 42:22 43:8,14
55:17 56:13,14 147:6
153:14
**hormones** 35:19,21 41:23
42:8 43:10
**hornet's** 145:7
**hospital** 7:10 9:3 10:11,21
11:8 22:11 33:10,10,14
34:10 57:8 58:18 61:24
62:2,3 73:22 75:12 77:24
96:7 99:1 100:14,19,22
101:10 137:8 146:22 147:5
149:18 155:14
**hospitalization** 103:19
104:12,21 107:18 109:2,18
111:9 115:2 132:2
**host** 124:9
**hour** 13:8,13 14:6 67:12
128:20,22
**hours** 13:23 14:8,12,14 55:14
**Hudson** 22:11
**human** 35:16 39:22
**humans** 36:12
**hundred** 136:16
**hundreds** 138:11,12
**hydrocortisone** 41:10 151:23
152:10,16,24 153:3,6,10,17
**hypertension** 7:11 11:9
120:12
**hypothetical** 141:10,11
**hypothyroidism** 26:23 27:5

27:10

---

**I**

**idea** 29:8 104:2
**identify** 101:2
**ilium** 89:12,13
**ill** 96:11 97:13,14,18 98:16,17
**illness** 38:10 50:18 52:2,14
97:23,24 98:1 99:12 103:11
**illnesses** 38:10 52:15,19
**imagine** 29:16 122:10 146:2
**imaging** 79:15 93:17 97:3
**immediately** 49:11
**immune** 37:21 38:1,16
**immune-regulating** 45:13
**immunosuppressing** 86:1
**immunosuppressive** 84:17
84:21 85:2,9,20 86:4
**impact** 52:5 139:22 141:1,6
**impacted** 140:6
**impairment** 103:11
**important** 32:11,17 49:20
53:3 96:6 108:14
**Impossible** 124:20
**improve** 149:15 150:14
**inability** 97:15 98:9,18 99:15
**Incidence** 82:9
**incident** 29:21
**include** 14:15 29:24 56:8
88:24 133:20 158:11
**included** 33:3 146:1 157:6
**includes** 126:14
**including** 46:4 49:1 75:8 86:1
89:18 105:15
**income** 14:22 15:12
**incomplete** 20:2
**inconsistent** 63:16
**increase** 50:8,13 83:21 94:9
94:14 99:17 124:3,13 127:4
127:5 129:5 130:3,12,14
144:19
**increased** 27:9 84:21 85:3
86:21 120:24 125:24 126:7
126:12,22,24 128:1,7
129:20 130:12 133:14
136:12 137:4,6 138:3,22
139:14 140:6 142:2 143:7,8

143:24
**increases** 86:9 120:6 125:13
145:1
**increasing** 50:4,5,17 120:8,10
**incredibly** 121:21
**independent** 32:1 33:2,8,17
33:24 34:7,12 77:13,19,20
**independently** 68:23 69:4,6
78:1
**indicate** 58:8 73:23 74:8,24
76:6 106:18 128:5
**indicated** 58:7 134:13
**indicates** 76:9
**indicating** 19:16
**indication** 72:7
**Indications** 155:24
**individual** 49:5 127:7 142:11
**individual's** 141:6,13
**individuals** 141:9 150:14
**infection** 45:20 95:10 96:4
123:20
**infectious** 53:20,22 78:22
95:18 123:17
**inflamed** 53:6
**inflammation** 38:11 39:1,3
47:11,16 50:18 53:2,11,15
75:23 95:24 96:14 156:7
**inflammatory** 37:22 38:16
45:11 46:3,17 50:23 51:8,18
52:24 149:20
**information** 35:6 51:15
78:10 111:19 134:5,22
**ingestion** 27:6
**ingredients** 55:21 56:5
**injuries** 33:5 68:7,15,19,24
70:7,21,23 71:11 134:13
156:20
**injury** 68:6 111:10 115:5
117:20 118:6
**insanely** 96:22
**inside** 62:2 95:14
**instability** 95:12
**instance** 53:10 63:13 122:15
**instances** 37:12 41:12 44:8
45:8,21 50:7 56:17 65:19
72:19
**institutional** 8:24 9:2 61:4

**institutions** 10:15
**instruct** 66:22
**instructions** 64:1 66:6,20
**insufficiency** 147:24
**intake** 146:4 151:13
**intellectual** 18:11
**intended** 65:12
**interacting** 63:3
**interaction** 66:12
**interest** 87:21
**interested** 42:5
**interfered** 25:7
**internal** 10:12 11:22 47:7,12
  79:22,23 80:13,19
**internist** 47:9 95:20 98:20
**intestinal** 73:20,21 75:10
  95:12 156:14
**intestine** 73:16 75:6,8,8 82:1
  88:1,15,19 89:8,10,11,12,14
  92:1 95:14 126:13
**intravenous** 57:7
**introduce** 4:13
**introductions** 87:15
**investigational** 61:16
**investigative** 61:5
**invoice** 13:23 14:11
**invoices** 13:21
**invoke** 52:18
**involve** 30:12 51:4 62:17
  78:17
**involved** 18:10 22:22 24:3
  29:18 35:19 40:9 78:22
**issue** 79:11 144:12 158:13
**issues** 38:6 139:9 143:24
  144:10 157:5,7,12
**item** 27:17
**items** 31:2
**ivy** 37:24 46:6

---

**J**

**Jackson** 11:6
**James** 2:14 4:19
**January** 18:9
**Jefferson** 11:4
**jejunal** 94:1
**jejunum** 12:23 72:14,15,16
  72:18,19 73:5,11 76:21 77:6

77:8,15 88:15,21,24 89:9,19
  94:21 95:23 96:13,17 121:1
  126:8,14,17,19 129:1,20
**Jersey** 18:2
**John** 19:8
**joined** 10:19
**Jonathan** 1:9 3:4 4:12 5:6 7:6
**Jr** 19:13
**Judge** 26:10 28:2,5,8,11
**Judge's** 28:9
**Judicial** 20:19
**July** 147:1,4
**jump** 70:5
**June** 1:18 4:4
**justify** 52:20 141:23

---

**K**

**Kasowitz** 18:4
**keep** 6:2 41:18 70:9 71:6
  113:13 120:2 127:12 129:8
  142:17 143:16
**Keesler** 2:14 3:5 4:14,15 5:12
  9:12,19 34:8 67:16,22 74:6
  75:21 76:5 77:2,21 81:7
  86:16 90:22 101:5,13
  112:11,14 118:21 119:15
  123:16 124:10,18 125:18
  134:4,10 135:1 151:6
  157:23 158:19,22
**Kelly** 155:16
**kidney** 53:9,11,14 149:19
**kidneys** 53:5,12
**kig** 149:16,21 150:11,15,21
**kilogram** 149:9,17
**kilograms** 149:22 150:18
**kind** 24:23 37:22 50:4 95:14
  96:8 99:11 102:16,21 107:6
  145:19 157:9
**KLINE** 2:4
**knew** 150:16
**Knopf** 21:4
**know** 5:23 6:12,20 9:13,23
  12:2,9 16:15 17:7,19,19,20
  18:21,23 20:7,10,12,13,16
  21:14 25:13 26:18 29:10,19
  32:7 34:24 44:7 46:11
  48:11 50:1 53:18 56:3

64:20 65:5,10 66:15 67:6,9
  67:10 69:15 70:15 71:4
  72:21 73:7,11 74:10,21
  82:23 84:12 85:6,14 86:5
  87:13 90:3 93:12 94:16
  97:9 99:6,13 100:4,24 101:1
  101:2 102:20 106:4 107:5
  116:1 118:7 120:2,6 122:15
  122:19 123:19 124:23
  133:24 134:1,21 137:17,22
  137:24 139:3,3,19 140:21
  143:1 144:22,24 145:12
  146:11,16 147:2 148:11
  155:3,19 156:5
**knowing** 122:12
**knowledge** 35:14
**known** 40:2 49:17 52:3,8,18
  52:21 54:9 97:7 108:13
  129:16 131:13 137:1 139:22
  140:1 143:13 144:18,21
**knows** 130:7
**Kronenberg** 20:23

---

**L**

**L** 2:19
**lab** 29:2,3,5 33:19
**labels** 56:2
**lack** 37:3,4 72:1
**Laird** 11:5
**Lamb** 2:5 3:6 4:23,23 9:16
  34:3 67:18 74:1 75:16 76:1
  76:22 77:16 86:12 90:16
  100:24 101:6,11 112:8
  118:17 119:12 123:10 124:4
  124:15 125:14 133:23 134:8
  134:23 151:10 157:17
  158:21
**large** 75:8 89:13 109:22
**larger** 128:12
**lasting** 55:13
**Lasts** 55:13
**late** 27:13
**law** 21:21
**lawyers** 155:2
**lead** 81:17 95:12
**leading** 26:8 103:19 104:1,12
  104:20 107:18 111:9 115:1

134:16
**leads** 25:23
**lean** 40:15
**learn** 29:12 98:20
**leaving** 106:20 113:12
**led** 18:16 79:18 98:6
**left** 102:18
**legal** 14:24 15:1,4,8,13,13
**legible** 63:12
**length** 59:3 104:7
**let's** 9:5 17:22 22:10 56:19
    64:10,15 66:15,16 87:14,20
    88:12,13 111:3,22 129:24
    130:9,10 133:9,9 151:11
**letting** 65:5 66:15
**leukopenia** 97:16 100:11
    102:2,5 103:1
**level** 43:6,6 123:8 129:7,22
**levels** 40:13 41:21 52:22
    101:4 129:5,21
**licensed** 62:9,11
**life** 41:7 139:24
**life-sustaining** 35:18
**lifelong** 136:4
**lifespan** 142:16
**lightheadedness** 37:7
**limit** 54:7,9 55:5 121:3
    122:22
**limitations** 35:1,5
**Linder's** 111:6
**Lindner** 1:10 2:11 4:9,22
    32:15 59:2,10 101:8,11
    105:16 109:1,16,24 118:14
    119:2 121:5 131:23 132:9
    147:8
**Lindner's** 59:5 68:8 147:12
**line** 101:21
**linking** 27:5
**Lisa** 1:17 5:2 160:3,22
**list** 17:12 31:2,13,17,21 37:9
    46:20 48:12 68:17,21 69:2,3
    69:7,8,16 70:10 90:8 136:18
    138:17 145:13,16
**listed** 12:19 19:12,15 20:22
    21:4 23:2 30:22 31:2,24
    33:11,22 68:7,15 70:21,23
    71:12 101:3 112:13

**lists** 70:6 134:14
**literature** 25:18,18,19 30:14
    52:4,20 53:6,16 54:13,23
    57:11 58:8,22,23 81:14
    138:8 143:13 158:8,16,17
**little** 14:8 17:8 24:6 42:11
    46:15,15 88:12 149:11
    155:23
**live** 35:23
**living** 37:18
**LLP** 18:5
**located** 73:12 74:19 87:12
    89:5
**location** 72:22 74:15
**Locust** 2:5
**lodge** 86:12
**long** 11:11 35:11,23 37:9
    48:12 67:18 69:3,7 128:16
    133:5 134:2 138:17 140:1
    144:21
**longer** 42:8 43:13 44:3,4
    55:13 119:21 128:14
**Longwood** 7:8
**look** 9:14 12:3 13:20 19:8
    21:13,15 22:9,20,23 30:1
    31:19,21 69:16 72:10 74:17
    78:1 84:12 87:6,9 91:23
    93:1 94:4,17 100:5,7 102:6
    105:9 111:12 131:8 143:2
    146:9 147:14,17 155:13,13
    158:8,14,16
**looked** 88:3 110:7
**looking** 17:12 21:16 31:2,4
    31:17 32:5 80:21 83:4
    90:24 92:3,15,17,20 94:5
    110:14
**looks** 8:6 18:1,8 19:1 21:3,17
    22:15 31:12 61:7 82:7 88:2
    91:19 92:5,14 102:19
    110:19 118:9 135:24
**lost** 118:19
**lot** 8:21 9:5 74:11 75:3
    146:10,18 157:8
**lots** 63:22 131:3 137:10
    139:23 140:2 143:13
**louder** 97:2
**loudest** 108:15

**Loudoun** 99:1 100:19 101:10
    146:21
**Loverde** 23:22,23,24 27:22
**Loverde's** 27:5,10
**low** 41:24 95:8,11 102:3
    143:16 150:19
**lower** 25:10 51:7 88:21
    126:13,13 127:12 128:13
**lowers** 140:23
**lowest** 39:20 47:18 52:11
    54:10 124:24 139:21 141:21
**Lupus** 46:5,24

**M**
**M.D** 1:9,10 2:11 3:4 4:10 5:6
    10:9
**M.MSc** 1:10 3:4 5:6
**magnitude** 150:3
**main** 36:20
**maintain** 37:18 41:6,18
**maintaining** 49:17
**maintenance** 41:24 148:5,10
    149:4 153:15
**majority** 36:11 89:10 108:23
    109:15 114:23 153:22,24
**making** 43:3,7,19 44:17 59:6
    68:12 80:5 109:3 135:11
    139:16
**management** 80:3 149:14
**manipulation** 156:9
**manual** 156:8
**Marion** 20:19
**mark** 7:22 16:20 69:20
**MARKED** 3:11
**Market** 2:15
**marrow** 38:2 97:15,15 98:9,9
    98:17,19 99:16 103:7,12
**Maryland** 21:19
**Mass** 9:2 61:3
**Massachusetts** 7:8,18
**massive** 71:21 121:19
**Master's** 10:17
**matches** 125:7
**math** 14:5 155:1
**matter** 13:18 15:5 18:22,24
    20:1,8,15 22:7 23:12,21
    24:12,15 25:3 28:2,13 30:4

31:1,22 32:19 57:13 67:14 160:7

**matters** 15:8

**max** 129:18

**maximum** 54:14,24 58:9 129:19

**May-Thurner's** 140:21 144:24

**Mayo** 19:9

**McCORMICK** 2:13

**meal** 25:1

**mean** 15:1 27:4 29:5 34:7 35:4 41:6 45:20 48:20 49:9 49:23 51:21,23 55:1,8 58:11 63:17 73:8 77:19 79:3 80:7 96:15 104:2 112:22 121:7 122:1,1 128:9 133:1 142:12 149:22

**meaning** 102:14 148:8

**means** 51:2 55:4 73:7

**meant** 72:9,13 83:1

**medical** 8:23 10:7,11,17,18 10:20,21,23 17:2 25:17 27:2 27:7 34:15 48:24 52:19 53:6,15 54:13,23 57:11 58:8 58:23 60:23 81:14 85:7,15 93:14 94:23,24 95:1,3 101:3 127:19 131:10 132:1 139:11 140:19 141:16,16 142:19 145:14,22,24 146:3,5,6,7,8 146:10,14,19,23 147:16 149:13 150:13 155:14 158:8

**medically** 58:22

**medication** 18:12,15,17 40:3 48:15 55:1,13 61:19,22 62:14 63:2,3 64:17 105:15 123:24

**medications** 29:9 48:9 61:1 61:16 68:10 108:10 110:1 125:6 154:4

**medicine** 8:23 10:12 11:22 34:18 47:7,12,22 79:22,23 80:13,19

**Medifast** 23:22 24:17,19 25:23 27:6,8

**meet** 80:22 128:15

**member** 11:12

**memory** 72:12 73:5 83:11 90:11 91:10 101:15 136:19

**mental** 69:13

**mention** 51:4

**mentioned** 10:22 12:4 24:22 30:23 36:13 39:4,14 43:21 45:11 52:13 61:2 64:12 93:7 103:14 113:22 139:13

**mentor** 11:5

**mentored** 11:1

**met** 28:12,14,23 77:22

**metabolism** 10:16 35:20 36:24 37:1

**methodology** 25:15 30:8 32:24

**methods** 87:16,17

**Methylprednisolone** 149:24

**Miami** 22:11

**Microbiology** 10:5

**Middle** 1:1 4:6

**mig/kig** 150:20

**migs** 149:16,21 150:11,15,21

**mile** 128:20

**miles** 128:22

**milligram** 43:15,17 110:11 112:22 113:15,24 114:4 116:7 117:23 120:6 121:8 122:11 123:2 127:23 128:3 130:16,18,24 149:9,17

**milligrams** 36:15 39:8,11,15 39:23 41:8,9,11 42:19 45:4 45:6 51:5,8,22 52:22 53:7 56:20,24 57:2,6,9 58:16 106:18 107:5,9 111:24 112:1,5,17 113:3,4,10 114:6 114:12,15,18 115:16,17,19 115:20,21,24 116:8,11,12 116:21,21 117:16 118:1,10 118:15 119:7,9 121:18 122:9 125:13 127:13,18 130:2,11 132:13,17,19,20 132:23 133:3,8,11,22 136:10 149:23,23 150:12 152:3,4,6,16,19,23 154:12 154:16,21

**mine** 79:12

**mineralocorticoid** 55:15,20

56:11,14

**minimize** 48:13 49:17 125:4

**minimum** 124:11 139:21

**Minnesota** 19:10

**minor** 118:9

**minors** 10:5

**minute** 31:8

**minutes** 80:23

**miscounted** 115:20

**misread** 65:6

**missed** 32:10

**missing** 35:7

**Mitsubishi** 17:24 27:19

**modified** 140:11,12

**modify** 38:1 141:4

**modulating** 38:16

**moment** 8:1 16:19 17:4 30:3 35:12 69:19 80:20 99:5 103:14 108:20 118:3 128:18 141:24

**Montgomery** 22:12

**month** 104:2,11

**months** 110:9 147:4

**mood** 37:8 120:11 133:17

**morning** 5:13 152:3 153:4

**mortality** 139:14,22 140:6,8 140:12,14,16 141:1,7,13,18 142:2,10,12

**motion** 23:19

**motions** 20:10,13

**mount** 45:23 97:16

**move** 58:14 102:17

**moving** 102:20

**Mpofu** 90:3

**MRI** 93:17

**multiple** 73:10

**mushed** 145:19

**myopathy** 131:16,21,22 132:4 133:18,20 134:21 135:2,5 136:4

**N**

**N** 2:1,19 3:1 4:1 160:1

**nail** 127:6

**name** 7:5,6 24:18,20 143:21

**names** 132:6

**nature** 18:10 19:21 21:8,9

JONATHAN WILLIAMS, M.D.

**177**

22:3 24:3 34:17
**need** 6:11,17 9:22 17:7 31:12
    42:15,21 43:12 45:18 49:7
    50:8,13 63:20 66:12 67:13
    70:16 71:4 87:13 91:9
    156:5
**needed** 35:7 52:16 65:2
**needs** 8:16,21 31:16 39:6
    77:9,11
**negative** 48:10 74:4
**nest** 145:7
**neurosurgical** 92:8
**neutropenia** 95:21 96:1,2,8
    96:11 97:10,12,17,20,22
    98:4 99:10 100:9 102:8,15
    102:16 107:12,20,23 108:2
    108:9,17
**neutropenic** 95:5 99:11
**neutrophil** 95:9,11 98:10,24
    99:18,21 100:8,10 102:7
**neutrophils** 95:9 98:10 99:16
    102:7,12,13,14 103:3,4
**never** 28:14,19,23 29:1 44:5
    44:15,16 54:1,3 62:7 121:21
**new** 18:2 146:4
**nicely** 95:14
**nine** 8:17
**non-diverticular** 76:9
**non-steroidal** 90:4
**Nope** 21:6
**normal** 25:7,23 45:21 60:8,15
    60:19 100:22 103:2,5 122:2
    132:15 142:20 153:3,16
**normally** 127:15
**note** 72:24 155:15
**noted** 96:5
**notes** 80:22 112:12,12 132:5
    147:12,14 160:7
**noticed** 82:5
**notified** 14:17
**number** 3:11 12:9 15:17 39:6
    113:8 121:9 142:6 144:4
    154:13
**numbers** 102:20 127:6 154:8
**numerically** 130:23
**Nuremberg** 22:16

---

**O**

**O** 2:19 4:1 160:1
**object** 34:3
**objection** 6:18 74:1 75:16
    76:1,22 77:16 86:13 90:16
    118:17 119:12 123:10,11
    124:4,15 125:14 133:23
    134:8,23,23
**objections** 6:16
**obligation** 60:9
**obscene** 122:13
**observed** 59:12
**observing** 75:13
**obstructive** 57:4
**obtained** 10:17,23 79:15
**occasionally** 45:15
**occur** 125:3
**occurred** 88:13 103:8 147:1
**occurring** 42:23 98:8 102:19
**October** 59:4 96:7 98:7
    101:21 102:12 103:19 104:9
    104:12,13,20,21 110:22
    111:8,13 115:1 117:4,13
    121:17 122:8 134:17 155:16
**Odell** 2:21
**offense** 90:19
**oh** 8:17 65:4 99:6 100:18
    154:20 156:2
**Ohio** 22:13
**okay** 6:2,7,16 7:4 9:4,8,18,23
    10:22 11:7 12:2,12,18 13:3
    13:17 14:8,14,19 15:10,16
    15:21 16:3,5 17:9,11,14,22
    18:4,8,13,18 19:1,8,21
    20:13 21:3,11,16 22:6,10
    23:1,7 24:14,17,22 25:13,21
    26:1,14,19 27:21 28:7 29:1
    29:8,19,24 30:6,24 31:3,7,9
    31:21 32:1,8,11,16,21 33:14
    34:9 35:1,24 36:13 37:2,12
    38:4 39:13 40:4,18 41:12
    42:4 43:11,21 44:2,6,17,23
    45:8 46:2,20 47:19,24 50:16
    50:21 51:14 52:13 54:21
    55:3 56:17 57:21 59:8,16
    60:7,18 61:7,11,14,21,24
    62:4 63:14,23 64:21 65:19

---

66:4,18 67:2,8,12 68:4,19
    69:4,19 70:9,10,15,19 71:4
    73:2,11,22 74:13,24 75:4,22
    76:6 77:22 78:19 79:10
    80:5 81:8 82:5,16 83:4,9,10
    83:11,23 84:5,14,19 85:6
    86:7,19 87:14 88:6,16 89:20
    89:24 90:2 91:12,14,18 92:5
    92:23 93:23 94:19 95:4,21
    98:23 103:22 105:13 106:2
    106:7,9,13,15 107:5,10
    110:4,14,24 111:14 112:7
    112:19 113:9 114:1,9,14,21
    115:8 116:6 118:11,24
    119:16,24 120:18,22 122:3
    122:18 123:5 124:1,11
    125:19 126:16 127:8,22
    128:5 129:14,17 130:2,6,15
    131:1,14,24 132:7 133:3,20
    135:6,9 137:16,19 138:1
    139:13 140:18 141:24 143:6
    144:6 145:9,21 146:20
    147:6,10,18,22 148:16
    149:6 150:10 152:14,21
    154:7,15 155:18 158:12,19
**old** 142:22
**older** 147:13
**Olivia** 20:22
**once** 16:7 43:8 67:2 99:12
    153:1,2
**one-ish** 152:13
**ones** 12:19 69:10,12 71:2
**oops** 146:18
**open** 82:20 91:5
**operate** 60:21
**operative** 72:24 73:6 74:17
    93:20 155:15
**opine** 18:13 19:24 21:12 22:7
    24:11 26:24 57:14
**opined** 58:15 125:19 135:9
    135:18 137:5 138:1
**opining** 70:24
**opinion** 17:2 18:19 19:19
    20:5,14 22:6 23:3 25:2,6,15
    25:16,19 26:4,9,11,12,15,19
    26:21 27:3,8,11 28:9 34:15
    59:6,16 60:12 67:24 68:6,12

---

69:18 70:21 71:11,19 78:11
79:17,18 81:19 92:7 97:12
98:14 104:6 109:5,9,12,21
111:5,20 114:22 126:6
128:23 131:1 135:14,21
136:9,15 138:6 139:18
143:10,19 148:3 156:9
157:14
**opinions** 18:21,23 20:7 26:2
30:9 32:13 35:8 70:20
77:23 78:5 134:12 136:1
**opportunity** 28:2,10 70:11
**opposed** 86:3 154:3
**oral** 1:7 84:11
**order** 6:2 37:18 150:2
**ordered** 105:18 121:6
**orders** 111:7 118:16 119:10
**organ** 35:19 38:2,3 45:14
57:6 149:18
**osteoporosis** 120:13 133:18
136:5,13 137:1,4,7,14,15
138:7
**ostomy** 156:4
**outcome** 87:21
**outpatient** 59:13 121:22
123:3
**outrageous** 122:16
**outside** 44:12 58:18 59:11
62:2 78:9
**over-the-counter** 24:9
**overactive** 25:11
**overall** 139:14
**overdose** 107:11,19 108:1
**overwhelming** 108:13

**P**

**P** 2:1,1,19 4:1
**P.C** 2:4,9,13
**p.m** 155:16
**PA** 2:6,10,15
**page** 3:3,11,11 8:6 31:13
101:7,12 110:15,20 151:16
155:19
**pain** 77:11 79:13
**painful** 71:23
**paper** 86:22 87:10
**paragraph** 54:19 57:24 61:3

68:7,16 70:5,22 71:12
134:14 158:1
**parentheses** 46:6
**Paris** 22:16
**part** 60:22,23 70:2 71:9 73:19
73:20 75:7 79:24 88:14,18
88:19 89:4,7,9
**particular** 11:14 65:22 66:23
67:4 81:11,13 85:23 91:10
**particularly** 42:5 59:3
**parts** 134:11
**pass** 88:11
**pathologist** 76:8 78:8
**pathologist's** 72:11
**pathology** 72:24 73:9 74:18
75:22 93:7,21
**patient** 24:7 37:14 39:18,22
40:5,7,10,10 49:5 50:1 54:2
54:3 58:5,18 59:1 62:18
63:5,8 65:23,24 67:3 78:13
79:5,12 85:22 95:8 121:22
130:1,1,10 146:4
**patient's** 149:9
**patients** 36:1,4 38:6 59:19
82:10,17 83:20 84:2,6,9,16
84:19 85:1,20 86:23 89:21
91:24 92:9,15,23 97:14,18
137:13 140:2 143:14
**Paul** 21:4
**PC** 19:13
**pdf** 101:11
**pending** 6:13 55:10,11 86:11
**Pennsylvania** 1:1,23 4:7
**people** 6:6 41:18,23 44:15
45:5 49:6 53:14 79:8 98:16
127:17 149:1 150:17
**percent** 15:14,14 89:22
102:12 103:3 110:8 126:4
130:6,15 137:6 138:22,23
142:7 155:7,9
**percentage** 14:21 15:10
102:9,11 120:1,5 126:3
128:10 137:3 138:20 142:1
143:23 155:3
**perfect** 83:8,8,8 91:11
**perforated** 81:16,24 98:2,3,5
98:11

**perforation** 12:23 69:15 72:8
72:13,14,22 73:4,23 74:8,16
74:22 75:5 76:21 77:5,7,14
78:13,24 79:6,14,16 80:4,4
82:9,18 84:7,10,22 85:4
86:6 87:4,5,19,22 89:21
90:5 91:21 92:8,19,21 94:2
94:9,14,20 95:22 96:13,16
97:4 99:14 120:11 121:1
124:3,13 125:3,12,20 126:1
126:8,20,23 127:1 128:1
129:1,4,20 130:4,13,14
146:22
**perforations** 23:5,11 71:20
72:6 79:21 83:18,22 87:7,11
90:15 91:24 92:1 126:17
156:23,24 157:1 158:11
**performed** 25:16
**period** 10:17 50:2,3 107:2
108:8 114:24 123:8 134:3
147:11 153:23
**Periodically** 6:9
**peritonitis** 71:20 77:10 80:6
80:9 97:3 99:14
**person** 24:8 37:2 45:15 96:7
122:12 124:7,7 125:4 127:7
127:23 150:7
**person's** 125:12 127:24
128:24 146:5
**persons** 25:8 149:22
**pertained** 121:5
**Petitta** 1:17 5:3 160:3,22
**Pharma** 17:24
**pharmacies** 60:2 61:9 110:5
120:20
**pharmacist** 34:21 60:23 62:9
62:11,14 64:4,7,16,22,23
65:21 66:5,7,19 67:3,4
**pharmacist's** 60:9
**pharmacists** 61:11,12,18,22
62:12
**pharmacologic** 38:18 45:1,7
48:6 49:18 128:3
**pharmacological** 45:9,18,24
46:4
**pharmacologically** 55:21
**pharmacy** 34:21 60:8,15,19

60:20,22,23 61:5 63:1
105:19 110:6,10 111:16
121:15,23 122:10 153:9
**Philadelphia** 1:23 2:6,15
10:8 11:5
**phrase** 44:6 76:18
**physical** 132:3 135:7,10,18
**physician** 10:20 11:16 37:13
58:4,15,20 60:20,21 80:19
98:15
**physicians** 58:24 63:10
**physiologic** 41:5,6,17,21,24
42:3,15,18 43:5,6 44:11
45:3,5,21 46:1 128:3 132:15
**physiological** 40:23 41:13
**physiologically** 153:16
**pictures** 28:22
**pill** 112:22,24 113:15 118:8
**pills** 121:9,18,22 122:10,11
123:3
**pinpoint** 124:21 125:17
**place** 18:1 20:18 21:18 50:11
64:18 66:6 125:8
**plaintiff** 1:8 4:24 15:18 18:5
19:13 21:24 22:18 24:14,16
24:16 28:13 31:22 32:3,12
32:15,18 104:8,10 106:10
106:13 120:19 136:3,4
139:13 143:9 147:23
**plaintiff's** 19:14 20:23 21:1
22:2,21 33:4,18 34:1 70:7
71:19 94:20 95:22 97:9
120:24 139:1 140:18 145:10
146:8
**plaintiffs** 2:6 15:20 139:8
**Plaza** 1:23
**Pleas** 22:12
**please** 7:4 63:11 68:21 71:7
82:20 87:20 88:12 99:7
**plural** 72:7
**Plus** 30:19
**point** 5:22 29:13 40:4 54:15
85:15,17 86:2,22 92:2 94:3
94:4 101:18 103:5 106:19
121:7 158:9
**pointing** 100:1
**points** 42:5 53:7 96:9

**poison** 37:24 46:6
**population** 85:22 127:18
**portion** 72:5 73:15 110:19
**position** 11:14
**possible** 47:18 48:8,13 49:16
52:11 54:11 108:11,16
143:16 145:2 146:11 150:20
**potency** 55:14
**potent** 55:18
**potential** 115:4 117:19
**potentially** 52:9
**practice** 18:16 35:24 36:3,7
48:17,22,24 59:14 62:12,20
65:20 136:21 138:16
**practiced** 47:9
**practices** 60:8,16,19 131:13
**practitioner** 145:4
**practitioners** 136:23
**pre-condition** 145:3
**pre-consultation** 66:2
**precise** 72:22
**preclude** 23:19
**Pred** 152:10
**predispose** 157:4
**predisposed** 26:22
**predisposition** 25:9
**Prednisone** 36:15 39:9,15,16
39:17 40:24 41:2,7 42:19
45:4,9 49:1,3,8 51:5,8 53:8
54:7,7,14 55:12,17,19,20,23
56:5,10,20,24 57:3,8 58:3
58:17 59:10 108:22 112:5
112:20,23 113:6,10 114:3,7
114:17 115:16,17,24 116:7
116:9 117:11,14 118:11,12
118:15 119:1,7,9 120:7
124:2,12 125:13 127:23
128:24 129:3,18 130:2,10
132:13,20,23 148:7 149:23
151:24 152:9,17,23,24
153:1,7,8,11,16
**Prednisones** 43:9
**preexisting** 92:24 93:4,10,11
93:12 139:9,12 140:9,11,19
141:5,12 144:10
**preferred** 153:14
**prepared** 30:3,4

**preparing** 13:7,18 14:4,20
15:12 30:9 32:13 33:1 35:2
77:12 111:20 134:6
**prescribe** 38:20 39:2 42:15
52:6 58:4,16 113:14,14,17
113:18 121:21 125:9 127:16
**prescribed** 24:8 37:13 38:5
38:11 39:4,14,17 41:13,14
42:17 50:1 59:10 63:6,18
66:11,20 68:2,11 105:14,15
109:24 113:1 118:10 132:9
155:9
**prescribing** 39:20 60:8,9,11
60:15,19 61:1 63:4,16 64:17
64:24 65:15,23 66:22 122:2
125:5,7 145:5
**prescription** 62:7 63:11
66:24 67:6,11 68:9 107:17
110:22 111:7,24 112:16
114:11,16 121:4,15,16
122:8,21,23,24 123:2 153:7
153:7
**prescriptions** 62:6,16,21
63:24 103:16,18 104:10,19
115:6,13 116:7 120:19
122:19 154:12,14,16
**presence** 56:4
**present** 4:10 102:14
**presentation** 40:12 96:6,23
97:1,23 99:11,24 108:12,15
**presented** 98:7
**presently** 151:14
**press** 66:16
**pressure** 35:20 133:17
140:14,16
**pretty** 95:15
**previous** 42:13 86:14 92:7
140:19
**previously** 27:22 32:24 59:5
**previously-recognized** 85:13
**primarily** 48:5
**primary** 145:10,18
**prior** 26:12 29:20,20 34:20
42:6,13 93:14 104:3 109:10
109:11 110:9 121:16 130:19
136:2 137:5,8 138:2 139:15
142:3 143:9 144:1 145:22

146:5,6,8,14 147:3,5,17,24
**PRIORE** 2:13
**probably** 9:6 14:10 15:19
40:10 71:2 121:24 123:4
128:19 132:11 136:16
142:24 144:14 145:23
147:21 157:5
**problem** 110:3 120:3 127:11
**problems** 49:12
**procedures** 5:19
**proceed** 6:19
**process** 39:3 42:22 43:4 48:3
125:8 149:21 157:1
**processes** 41:18
**produce** 9:15 19:19 37:16
42:22 43:13 98:9,19
**produces** 35:19 36:14 42:8
**product** 24:13,17,18,21 25:7
27:6 56:2
**products** 25:22 27:9
**Professional** 160:4
**professor** 8:22 11:2
**pronounce** 90:3
**proper** 149:1
**properties** 37:21,21
**property** 18:11
**protocols** 57:7 61:6
**proven** 27:4
**provide** 15:11,16 18:18 20:5
23:3 26:13 28:10 60:24
64:22 83:14 115:7
**provided** 7:23 8:5 17:1,23
27:1 30:19 34:16 78:10
109:22 118:2 147:16
**provider** 60:10
**providing** 5:21 12:2 60:12
135:23
**Provo** 10:4
**proximity** 121:16 122:20
**publications** 9:6 12:5,14,19
36:10
**pull** 16:18 31:7 46:8 56:2
68:14,21 72:4,23 82:13 91:1
136:7 137:11 141:2 147:12
**pulled** 90:24 91:1
**pulling** 103:12
**pulmonary** 47:22 57:4

**pulmonologist** 47:20
**pulse** 49:21,23
**pulsing** 49:22
**pure** 55:16 56:12
**purpose** 49:21
**purposes** 56:16
**put** 6:18 42:24 44:3 54:16
65:3 69:17 72:9,15 74:4
75:2,3 81:22 96:8 122:14
127:14 133:14 147:19

## Q

**qualified** 19:5 28:5 79:20
80:9,11 88:17
**qualify** 103:23
**quantify** 107:6 115:14 122:21
126:3 130:20,22 133:1
**quantity** 109:22 113:17
**quarters** 110:11
**question** 6:4,13,13,20 32:16
32:17 33:6 48:16 55:10,11
58:1 64:16 86:11,14 92:17
94:17 99:10 101:17 107:16
107:24 121:10,12,13 123:1
123:13 135:20 151:20 158:7
158:15
**questionable** 60:10
**questioned** 62:21 63:24 64:4
64:7,12 66:5 121:4 122:23
**questioning** 5:11 64:24
**questions** 5:21,23 7:2 9:21
17:5 35:15 66:19 78:3,4
151:11 155:20 156:5 157:18
157:21 158:2
**quickly** 40:1 48:8,13 49:16
50:15 155:15
**quite** 48:19 63:12
**quote** 26:21 27:3 54:24,24

## R

**R** 2:1,19 4:1 21:21 160:1
**radiographical** 93:16
**radiologist** 78:8 80:1
**radiology** 78:21
**raise** 121:19,23 123:4
**range** 45:19 103:5 107:9
132:15

**rapid** 39:24 51:7
**rare** 95:15
**rarely** 53:20 57:2 58:16
**rate** 13:6,9,14 84:21 85:3
124:3,13 125:12 128:6
129:4,20 130:12 140:8
141:7,13
**ratio** 152:9
**rational** 27:12
**rationale** 26:15
**reach** 52:10
**reaction** 98:7
**read** 46:19 54:22 72:5,17
83:9 93:8 155:18 156:6
157:2
**reading** 34:14 59:7 75:19
106:5,6 109:12 112:8,11,12
135:12
**real** 64:10
**reason** 6:23 21:10 44:10 96:3
125:9 150:14
**reasonable** 58:15,20
**reasons** 63:22 139:20 143:17
150:21
**rebound** 50:9 99:17 103:10
**recall** 19:18,24 22:6,22,23
24:2,23 25:13 26:17 30:8,21
32:4,4,21,23 34:23 39:15
66:9 69:4,6 71:18 73:8
75:12 79:10 82:12,14,19,21
82:22 83:5 87:8 93:13
100:17 105:24 106:1 110:24
111:15 131:20 137:23
**receive** 11:20 13:3
**received** 32:14 110:4,9,11
**receiving** 92:9,16 150:3
**recertification** 12:1
**recess** 81:3 151:2
**recognize** 63:15
**recognized** 48:17,24
**recollect** 68:23
**recollection** 21:5 32:2 91:16
**record** 6:3,18 7:5 13:19 29:13
30:1 34:15,16 67:21 70:3
72:20,21 74:11 81:2,6 85:15
93:14 94:24 100:19 105:9
139:11 151:1,5

JONATHAN WILLIAMS, M.D.

recorded 7:20 102:1
records 14:4 30:18,19,21
  31:13 33:10 34:10 35:9
  73:3,23 74:7 75:11 85:7
  94:24 95:2,3 101:3 109:2,18
  112:9 132:1 145:10 146:7,8
  146:10,19 147:16 153:9
  155:14
recover 42:1 44:7,8,9,14,15
  44:21,22 99:21,22 135:5
  149:4
recovered 100:8,15 103:1
recovering 148:13
recovers 44:16
recovery 99:18 102:19 103:7
rectum 88:22 89:16
reduce 48:8,13 66:15 150:19
  150:22 152:21
reduced 139:14 142:2 148:13
reduces 140:14
reducing 53:13
refer 9:22 39:8 43:4 60:4
reference 89:24 90:2 107:21
referenced 91:6 110:18
references 81:22
referral 59:20
referred 68:22 147:13
referring 75:5 82:1,2 100:3
  110:18 113:23 147:1,2,3
  155:8
refill 62:14 113:20
refills 113:21
refresh 21:5 72:12 73:1,5
  83:11 91:10,15
refreshes 101:15
refuse 66:23
refused 121:4 122:22
regard 104:14 134:7 135:2
regarding 12:21 18:12 34:19
  54:6 56:19 82:10 105:21
regimen 149:15 152:22
Registered 160:4
regular 42:23
regulation 35:20,21
rejection 38:2 57:7 149:19
related 22:8 23:4 28:3,4 36:8
  38:10 47:12,16 66:9 69:8,13

72:1 120:13 156:10
relates 23:9 57:13 63:24
  116:6 123:8
relationship 90:13 91:19
  119:19 120:8 131:4 136:10
  138:9
relevance 56:4,8 147:19
reliable 27:7
relied 95:1
relying 148:19,22
remainder 88:23 89:18
remember 16:12,16 18:9
  21:2,7,9,11,14,14 22:1,4,19
  24:18,20 25:2,14 30:2 46:6
  51:9 57:23 58:1 59:6,14
  60:11 64:19 66:10 68:12,14
  69:11,12 72:9,16,18 78:23
  90:6,15 92:10 93:2,6,9,21
  105:7,8 109:3 128:2 131:16
  131:20 132:6 135:11 136:5
  136:7 138:4 139:16 145:17
  146:9 147:15 154:10,13,15
removal 19:23 20:2
remove 35:22 99:15
removed 44:13
rendering 111:20
repeat 76:17
rephrase 5:24 33:6
replace 48:14
replacement 25:1 37:18 38:6
  38:19
replacing 40:1
report 3:13 8:5 13:18 14:4,15
  14:18 27:17 30:4,9,23 31:5
  31:10 32:13 33:2 35:3
  36:13 46:2 48:2 51:3 54:12
  58:8,14 59:24 67:23 68:1,4
  72:4,11,11,23,24 73:6,9
  74:14,18,18,22 75:1,3 77:13
  77:23 81:9 82:6 87:6 90:2
  91:7 93:7,21 104:6 108:21
  109:14 110:14 111:20
  112:13 115:8,11 131:14
  134:6,11 135:24 143:6
  146:1 147:20,23 153:19
reported 107:1 118:13 119:2
reporter 5:2,3 6:6 160:4,5

REPORTERS 1:22
reporting 138:12
reports 13:7 14:22,23 15:13
  78:6,10 133:21
represent 73:2 90:13 107:8
  151:18
represented 155:4
request 8:12
require 37:17 41:17,24 49:21
  50:22,23 51:19 135:7 157:8
required 42:18 56:23 60:2
  148:4
requires 38:17 148:23 149:4
research 11:4,6 18:16 25:18
  30:13 36:8 59:17 61:6,8,11
  61:18,21
residency 10:13
resident 11:13
resides 95:14
respect 39:5 55:3 60:1 64:12
  68:5 78:24 111:22 134:12
  134:20 158:1
responding 49:6 52:2
response 45:22 64:23 97:16
  119:18
rest 156:6
restart 148:9
restoration 147:7
result 26:3 65:24 136:2 138:1
  139:15 147:24
retained 15:4,7,17
retention 69:14
reversing 53:8
review 9:2 13:19 17:4 29:13
  30:14,18,24 31:21 32:12,18
  35:9 61:4 70:2,3,11 72:21
  75:11 98:23 103:16,17
  104:15 111:19 131:18
  139:11 146:4
reviewed 25:17 30:21 31:14
  32:2 33:10 85:6 90:12
  107:17 109:3,19
reviewing 14:4 32:5 91:15
revisit 13:2
rheumatic 90:6
rheumatoid 37:23 82:10
  83:20 84:9,15 85:23,24

86:24
**rheumatologic** 57:5
**Richard** 20:18
**right** 8:1 10:1 12:11 14:1,9
  16:19 19:21 21:3,7 31:5,12
  35:11 42:4,12 46:18 51:11
  51:11 58:13 63:19 64:15
  69:21,21 70:5 71:15 78:12
  82:15 85:19 87:3 88:14
  91:11 92:20,22 102:18
  108:20 109:8 110:17 113:16
  113:19,23 115:13 117:5,8
  118:23 119:3 130:9 154:5
  154:22 155:12,15 156:15
**rise** 128:10
**risk** 26:23 27:9 40:16 52:20
  57:11 81:17 83:21 84:4
  85:17 86:3,6,22 87:1,2
  92:18 119:18,23,24 120:5,8
  120:10,12,24 125:7 126:12
  126:22 128:7,8,10,12,15,17
  129:8,16,20 130:3,14,23
  131:6 133:15 136:4,12,24
  137:4,6 138:3,10,21,23
  139:14 140:5 141:4,23
  142:2,4,7 143:7,8,24 144:18
  144:19 145:1 150:23
**riskier** 128:17
**risks** 36:9 39:21 40:17 48:14
  52:8 119:22 125:2,2 127:4,5
  127:10
**roughly** 14:1 29:23
**RPR** 1:17 160:22

---

**S**

**S** 2:1,19,19 3:10 4:1 72:9
**S-Y-L-V-A-N** 7:7
**Sandoz** 17:24
**saturate** 120:15
**saw** 34:10 69:2 88:11,11
  99:20 100:15 132:1,5,14
  147:9,16,18
**saying** 6:7 86:20 98:3 112:24
  126:11 129:23 130:11,22
  146:17
**says** 69:24 87:21 89:3 102:6
  151:23 152:3 157:12

**Scan** 93:17
**scenario** 66:3 156:18
**schedule** 40:21,21,22,22
**school** 8:23 10:7,12,18,20
  131:11
**science** 10:18 141:23
**scientific** 27:2,7
**Scranton** 2:10
**screen** 7:24 13:5 31:8 46:13
  57:21 81:8 91:5 101:14
  110:16 127:22
**scroll** 8:19,24 12:6 17:7,8
  70:16,17 71:4,6 83:7 87:13
  87:14,19,20 88:11,12 91:9
  151:22 155:22
**search** 72:17
**sec** 82:24
**second** 13:2 16:16,17 19:8
  23:1 54:18,20 55:11 57:20
  57:24 63:2 71:18 72:4
  73:15 75:13 82:11 89:9
  90:1 91:4 95:17 103:15
  104:5,5 127:21 129:24
  131:14 151:16
**secondary** 75:24
**secreted** 36:21
**section** 12:11 87:17
**see** 8:1,3,7 9:5 13:21 16:22
  22:10 31:19,24 32:5,7,8,9
  34:12 46:9,14 54:16,19
  59:21 65:9 69:22 70:6 72:6
  72:16 74:18 81:10 85:15
  87:6,14,21 88:3,12,13 90:20
  93:1 94:18 97:14 98:17,18
  100:18 101:14,20 102:20
  103:10 105:10 107:21
  110:15 115:11,13 127:22
  139:12 141:3 144:5 147:14
  151:16 155:15,22,24 157:19
  158:9,16
**seeing** 93:13
**seek** 78:5
**seen** 28:21,22 29:3 53:21 57:2
  59:22 89:16 97:18 98:21
  140:1 143:14 145:24 146:7
**seep** 95:14
**sees** 59:19

**segmented** 102:7
**segments** 158:18
**self-reporting** 119:4
**send** 9:13
**sense** 42:24 153:13
**sent** 16:12
**sentence** 54:20 153:19,24
**sepsis** 71:20 80:6,10 81:16
**September** 59:4 104:9,11,20
  108:24 110:21 111:8,13
  114:10 115:1 116:20 117:6
  121:17
**sequela** 71:14,16
**sequence** 134:16
**series** 68:3
**serious** 49:13 83:19
**services** 61:5
**set** 26:9
**setting** 57:8 58:18 59:13 62:1
  62:3,14 78:11 108:12
  121:22 123:3 149:18
**seven** 100:6 108:7
**severe** 52:15,18 156:7
**severely** 98:17
**severity** 40:11,13 52:1,13
  97:24 123:7
**share** 7:24 31:7 46:13 57:20
  69:20 81:8 91:5 101:14
**sharing** 13:5 91:5 127:22
**short** 81:3 151:2
**shortens** 139:24
**shorter** 128:13
**Shorthand** 160:4
**show** 82:23 83:6 87:10 90:10
  90:18 93:18 139:23 151:14
  153:9,18
**showed** 27:18
**shown** 150:13
**sick** 96:7
**side** 40:3 48:10,12
**sigmoid** 73:18,24 74:9 75:9
  75:14,23 76:10 89:15 90:5
  90:14 91:20 92:8,21 94:9,9
  94:14,14 95:23 96:14
  155:21 156:20 157:13 158:1
  158:5,11,17
**sign** 96:3

JONATHAN WILLIAMS, M.D.

significance 76:20 77:1,7
significant 75:15 77:8 94:10
    94:15 97:4 157:3
significantly 116:2
signs 37:6 96:24 100:2
silently 155:19
similar 33:21,23
simply 44:13
singular 100:20
sit 26:10 146:13
site 138:14
situation 42:14,16 52:7 65:8
    66:18
situations 41:12 42:2,7 45:24
    49:24 56:23
six 42:24 55:18 113:8,9
    115:17,19,22,23 116:14,15
    116:22
sleep 43:1 44:4,13,18
slightest 156:8
slowing 39:2
small 72:2 73:4,15 75:5,8
    76:20 77:14 82:1 88:1,15,18
    88:19 89:8,10,11,12 91:24
    91:24 94:20 95:22 124:3
solely 117:24
solid 38:3 45:14 149:18
somebody 41:15 42:17 43:4
    96:10 99:10 103:10 121:14
    123:23 140:13 142:4 148:12
    150:5
soon 52:10
sorry 9:9 28:22 36:2 41:14
    42:10 44:24 54:22 55:9
    58:22 75:12 76:14,16 79:2
    84:23 86:10 88:8 95:1
    97:21 99:2 101:16 103:15
    109:7 111:3 113:2 115:10
    116:4,13,23 117:24 132:21
    141:9 143:8 147:23
sort 18:18
sound 14:9
sounded 116:2
sounds 75:18,19 76:3 88:5
    106:4 129:13 134:17 154:22
South 1:22
soy 26:22

span 105:10 139:24
Spanish 10:6
speak 28:2 126:17,19 158:13
speaking 64:21 101:19
speaks 141:20
specialist 36:5 38:4 47:5
    51:17 53:23 59:19 79:22
    80:12
specialists 145:18
specialty 78:15 80:15
specific 11:2 54:13,24 57:16
    58:2,9 87:24 94:17 100:7
    105:10 136:14 137:9 143:18
    157:6 158:15
specifically 11:1 57:16 88:6
    92:17,20 100:1,3 126:17,19
    158:13
specificity 158:7,17
specifics 64:19 66:10 73:9
    75:2,3 82:21 106:4
specified 72:16
specify 82:3
specifying 87:4
SPECTER 2:4
spent 14:3,15
Stacey 1:6 4:8,24 28:13,14
    31:23 32:3 151:12,19 152:2
staff 11:12
standard 39:19 54:10 55:2
    58:4,24 60:1 124:24
standards 59:11
standpoint 157:11
start 43:3,7 102:23 120:15
    128:10 151:11
started 99:21,22
state 7:4 17:14,18,21 46:18
    60:7 61:7 68:5 88:7 98:6,12
    109:14 122:20
stated 26:20 42:9 46:2 50:14
    51:4 54:12 55:7 58:19 59:8
    61:8 70:20 72:6 75:4 81:11
    81:24 82:17 85:6 105:13
    108:21 111:5 122:5 143:6
    147:22 148:23 152:17
statement 42:13 46:7 51:9
    81:19,23 107:22 108:4,5
    109:3,10 135:11 138:4

139:16
statements 90:21
states 1:1 4:6 70:6 142:17,23
stating 42:6 59:14 60:14 65:3
    71:18 88:23 120:22 136:5
steadily 102:19
stenographic 160:6
steroid 39:21 43:6,9 50:10
    108:13 131:15,21,22 132:4
    134:20 135:2,5 136:2,3
    137:5,7 138:2 139:15 142:3
    144:1 148:1 156:13
steroids 38:21 39:2,10 41:10
    41:21 43:11 46:4 48:18
    52:16,17,22,24 53:7,13
    59:20 84:16 90:4 108:18
    109:22 110:5,9 132:8
    133:22 135:4 138:24 141:1
    148:5,10,21 150:1 151:22
stir 145:7
stomach 89:6,6
stop 13:5 43:9 49:7,8,12 91:5
    127:21
stopped 151:21
story 78:11
Street 1:22 2:5,15 7:17
strengths 106:22
stress 45:19,20,23
strike 35:12 44:24 54:6 64:22
strong 81:13
structures 56:15
students 131:11 143:15
studies 90:11 126:6 131:2,3,7
    137:10 138:12,14 139:23
    140:3 150:19 158:3,13
study 10:24 79:15 82:11,16
    82:19,21,23 83:1,1,5,15
    84:5 85:18,23 86:2 88:6
    89:23 90:9,12 91:16 92:10
    92:13,13 93:17,23 94:3,4,7
    94:12 126:11,12 136:14
    137:9,21 143:18
studying 85:23
stuff 147:13
subject 23:18
subsequent 12:5 122:19
    132:1

substance 86:8
substances 40:19
substantial 52:19 53:6,15
  57:10 149:14 150:13
substantially 120:24 126:2
substantiate 34:17
suffering 121:1
suggest 26:24 155:18
suggested 79:15
Suite 1:23 2:15
summarize 10:1
summary 79:10 83:15 90:21
  92:12
supplement 24:9,22,23 25:1
  25:1
supplements 105:4
supply 121:20
support 27:2 81:13 126:6
  131:2,4,7 137:10 153:11
  158:3
supported 126:12 137:9
supports 57:11 126:11
  136:14 143:19
suppose 19:17 34:14
suppressed 44:11,22 45:18
suppression 98:8,18 99:15
  103:11
sure 8:14,20 10:3 12:8 14:10
  15:3 17:6,19 19:17 22:20
  26:17 33:7,8 34:6 35:4
  38:24 46:10 48:19,23 63:10
  63:17 65:3,10 69:6 74:11,21
  76:18 77:18 79:3,4 80:13
  84:24 86:23 87:10 96:1
  99:19 103:24 106:21 108:3
  109:7,9 113:13 116:4
  118:22 121:9 125:6 141:5
  141:14
surgeon 73:3 75:13 76:8 78:8
  78:18,19 80:1 93:19,21
  157:8
surgeon's 72:11
surgery 45:20 99:2,2,20
  100:6,23 103:8
surgical 79:19 80:3 157:8
surgically 99:14
Susan 2:14 4:15 101:1 112:9

susceptible 96:4,4 145:8
suspected 60:10 80:4
suspicion 123:4
Sutter 155:16
swear 5:4
sworn 5:7
Sylvan 7:6
symptoms 37:6 71:24 96:24
  97:1 131:21
syndrome 140:22 144:24
synthetic 40:24 41:3 55:17
  56:13
system 35:22 38:1 59:20

─────────── T ───────────

T 2:19 3:10 20:22 160:1,1
table 84:13 100:24 101:2
tablet 105:23 106:22
tablets 106:3,8,11,14,17,20
  107:2,3 108:7 112:1,1,17
  113:2,3,24 114:4,11 116:8
  116:12,20
Tafenoquine 105:2,15,21,23
  106:3,8,11,14,17,23 107:2,4
  107:12,19,22 108:1,7
tailored 150:12
take 6:6,10,14 9:14 12:3 13:1
  17:3 23:14 34:11 43:12
  44:4 58:5 67:9 80:20 92:5
  107:14,16 109:24 110:2
  118:15 119:8,21,21 128:6
  128:14 130:10 132:8 135:3
  148:21 152:1
taken 1:17 4:4 29:1,5 81:4
  104:11 119:20 145:24 151:3
  151:19 160:7
takes 43:1 67:4 105:5 127:23
talk 37:5 56:19 64:10,15 82:8
  100:11,12 131:15,15
talked 27:24 104:7,7
talking 6:5 16:15 87:23 93:10
  100:10 102:8 117:6 129:12
  129:13 131:21 133:15
  134:16,17 153:23 154:5
talks 9:7 25:22 156:6
Tanabe 17:24 27:19
taper 39:24 43:5 48:9 49:6,7

49:9,12,14,21 50:2,15 51:7
  58:20 148:6
tapering 43:4 48:1,3,5,7,17
  49:1,3,10,20,22 50:4,5,6,8
  50:16,17
TCC 60:4 105:19 109:22
  110:1,12,18 111:7 114:24
  115:4,7 116:1 117:19 118:2
  120:18,23 121:3 122:22
  135:9,18,23 155:10
TCC's 68:10 108:22 109:14
  111:6 116:6
teach 131:10 136:22 138:11
  143:14
team 60:22
TECHNICIAN 4:3 5:1,10
  81:1,5 150:24 151:4 158:23
Teeter 110:7,12 111:1,16,23
  112:16 114:2,10 115:3
  117:19 118:5,13,16,24
  119:1,10 154:9,16
tell 12:7 24:6 64:3,6 82:14
  105:7 149:11
temporarily 43:18
ten 16:4
tender 79:14
term 87:3
terms 56:20 64:10 107:1,1
  112:20 113:6 124:2,12
  129:17 148:20
tertiary 59:20
test 43:16
testified 5:8 12:20 15:21 16:6
  16:8 17:11,14,17,21 19:2
  23:2,9 33:1 34:21 79:4
  131:24
testify 6:24 23:21 26:6
testifying 7:13 15:23
testimony 3:14 6:17 13:10,15
  17:9 23:8,19 26:13 27:5,14
  28:10 34:20,20 122:18
  151:13
testing 149:2
tests 29:6
textbook 138:15 143:21
thank 5:1,13 7:9,19 11:17
  12:18 14:2 40:23 60:6 65:4

JONATHAN WILLIAMS, M.D.

66:14,17 83:3,8,13 91:8,14
101:16 151:6 157:22 158:20
**Thanks** 103:12 155:23,24
**theoretical** 51:12
**therapist** 132:3
**therapy** 135:7 136:12 147:7
**thing** 54:23 72:18 88:10 96:1
96:15 99:7 113:12 127:11
138:7 139:19 155:12
**things** 46:12 59:22 74:12
97:11 98:20 102:23,24
105:10 113:13 136:22
138:17 143:3 144:8
**think** 9:1 11:24 12:15 16:14
27:13 35:10 48:16 49:19
50:22 62:24 66:2 69:16,24
71:14 75:2 82:3 86:13 93:7
96:19 101:6 105:1,4 115:20
132:13 142:6 151:15 155:12
157:17
**thinking** 67:10
**thinning** 76:13,19 97:7
156:13
**third** 20:17 110:8
**thirds** 110:10
**Thomas** 11:4
**thousand** 102:4 103:4
**thousands** 102:2 127:13,17
127:17 132:16
**three** 14:12 15:14,19,20
36:15 40:22 42:24 69:24
110:11 152:1,18
**threshold** 25:11 129:11,12
140:23
**threw** 74:5
**thrombophlebitis** 144:19
**thrombosis** 144:11,13,23
146:21,24
**thyroid** 24:7,10,13 25:7,9,12
25:23 28:3,9
**tick** 102:23
**time** 6:7 11:2 14:3,15 16:8
17:11 29:17 43:2,18 59:3,20
67:20 74:14,21 81:1,3,5
84:11 97:5,24 98:24 99:1,3
104:7 105:9,10 107:2 109:8
109:23 110:10 111:8,16

113:18,19 114:24 122:9
123:8 128:11,13,14,16
132:8 134:3,15 140:1
144:21 145:24 147:11
150:24 151:2,4 153:23
155:11 158:23
**times** 15:17 16:3,4 29:16
55:18 63:20 98:21 108:19
113:8,9 115:17,19,22,23
116:14,15,22 127:15 152:1
**timing** 71:22 134:1
**tip** 25:10
**tips** 57:12
**tissue** 35:22 75:14 156:7
157:13,14 158:5
**title** 11:14 82:14 92:14
**titled** 17:2 82:8 90:3 92:7
**today** 5:14 6:24 7:14,20 8:15
13:22 14:20 17:15 31:17
120:22 133:7 146:13
**today's** 5:20
**told** 109:1,17
**tolerate** 150:7
**Tonya** 20:17
**top** 29:10 30:2 54:23 57:24
68:17 86:3 87:8 93:2
100:15 101:21 105:7 106:21
122:15 132:6 138:15 139:10
140:4 141:19 143:20 146:11
155:23
**tops** 57:9
**Torres** 18:5
**total** 13:24 100:12 107:8
112:4 113:4,24 114:6,15
116:1,8,22 117:15 121:8
**totally** 67:15
**touch** 9:1 57:6 83:7 155:22
**toxic** 40:3 48:15 98:6 123:24
125:10
**toxicities** 48:6,8 52:12 69:8
108:14
**toxicity** 40:2,15 49:10,17
52:17,21 98:8 150:16
**tract** 73:20,21 75:10,10 82:3
82:4 88:5,13,18,21 94:6
**train** 62:11
**trained** 10:10

**training** 10:3 30:13 51:16
59:17 79:24 80:18 81:21
95:20 143:15
**transcript** 1:16 32:18,22
151:16 160:6
**translocation** 95:13
**transplant** 38:2 57:6 149:19
**transplants** 38:3,3 45:14,14
**trauma** 45:21
**treat** 36:1,4 47:11,15,16
49:13 57:3 137:15 140:2
141:16 150:12 155:2
**treatable** 127:19
**treated** 46:3,23 47:9 50:19
54:1,3 56:19 77:10 78:13
79:5,5 85:24 86:23 98:16
123:23 141:15
**treating** 45:11,12 49:5 52:9
62:18 65:14,22 67:3 137:12
141:17,22 153:14
**treatment** 50:10 52:4 78:17
149:18,19
**trial** 3:14 13:15 15:22 16:5,6
16:10 17:3,9 19:2,6 23:8
27:14,17 28:6
**true** 108:4,4 160:6
**try** 107:6 150:19,22
**trying** 38:1 42:12 49:16
69:16 72:16 105:1,6 135:13
136:7 150:4
**Tuesday** 1:18
**tumor** 19:23 20:3
**Tunkhannock** 1:11 2:16 4:17
60:3 108:21 151:12 153:20
154:9,11 155:4
**turn** 42:21 43:13,18,22
**turned** 41:22
**twice** 153:3
**two** 6:6 10:14 14:12 40:21
42:2,4 43:20 51:6 57:9
102:4 104:3 106:3,11,14
110:10 132:4 133:8 148:5
148:12 152:18 154:18
**type** 23:18 24:2,24 36:1,3
63:21 80:15 127:2 149:15
156:17
**typical** 39:22

**typically** 155:1

**U**

**ulcerative** 37:23
**ultimately** 93:19
**unable** 6:23 148:8
**unaware** 63:2,7 146:16
**uncommon** 83:19
**underactive** 25:11
**undergraduate** 10:3
**underlying** 43:24
**understand** 5:22,24 6:14,21
  7:19 34:7 35:4 42:12 46:13
  48:23 51:23 121:9 122:5,18
**understanding** 53:19 54:5
  84:14 104:18 132:7
**understood** 79:3 84:24
**undertook** 33:1
**undiseased** 127:18
**unfortunately** 132:10 140:5
**United** 1:1,23 4:5 142:17,23
**University** 10:4,8,9,24 11:3,4
**unknown** 124:6,19 125:2
**unproven** 26:21 27:4
**unquote** 26:21 27:3
**unreasonable** 68:9
**unreliable** 26:3,16 27:10
**unsupported** 27:8
**updated** 8:9,13,16 9:9,22
  11:24 12:3 13:3
**upper** 54:7,9 55:5 88:13,16
  88:18
**upwards** 102:23
**usage** 12:22 105:21 156:11
  156:13
**use** 18:15 23:4,10 33:5 41:10
  42:7,13 43:16 45:3 50:10
  57:7 76:12 87:3 125:23
  126:6 128:24 131:5 137:7
  137:13 139:24 141:21 143:9
  144:14 153:15
**useful** 37:20,22,24
**usually** 43:3 79:24 87:16
  95:13 100:9,12 102:3
  113:20 146:3 149:12 153:1
  153:2,15
**Utah** 10:4

**V**

**VA** 10:21
**vagueness** 34:4
**Valley** 22:11
**Van** 20:18
**variables** 124:21
**variance** 40:11
**varies** 124:7
**vary** 39:18 40:5,7
**vast** 108:23 109:15 114:23
  153:21,24
**vein** 144:23 146:20
**venous** 144:11,13 145:8
  146:24
**verified** 62:13
**versa** 55:23 56:6
**versus** 4:9 15:18 17:24 19:9
  20:18 21:17 22:11 23:22
  44:18 93:15 154:9
**vice** 55:23 56:6
**video** 1:6 4:3,3,5,11 5:1,10
  7:20 81:1,2,5,6 150:24
  151:1,4,5 158:23,24
**Videographer** 2:21
**VIDEOTAPE** 1:16
**view** 91:12
**Vitae** 3:12
**vital** 100:2
**vitals** 33:19 98:24
**vs** 1:9

**W**

**W-1** 3:12
**W-2** 3:14
**W-3** 3:15
**W/H** 1:7
**wait** 54:15 91:2 135:15
**wake** 43:2
**wakes** 44:16
**waking** 43:7
**wall** 76:19 95:12 122:17
  156:14
**walls** 76:12 97:8
**want** 9:14 17:3 46:11 48:23
  53:10 54:16 65:4,11 69:7
  84:23 87:9 90:1,19 91:2
  101:17 107:21 116:4 132:14

141:20 143:4 145:7,9
  151:14 153:18 155:3,13,13
  155:20,22,24
**wanted** 65:6 82:8 86:23
  101:1,18
**wasn't** 44:10 100:20
**way** 39:2 88:22 89:14 125:17
  152:10 153:8,14
**we'll** 5:10 6:9 29:19 42:23
  113:24 157:19
**we're** 31:8 46:14 58:13 69:21
  81:6 100:10 102:24 111:12
  113:13 115:21,23 144:12
  150:1 151:5
**we've** 67:12 118:23 133:15
**weakening** 97:7
**wean** 148:11
**week** 26:10 29:15,15 39:23
  39:24 122:7,13 133:7
**weeks** 42:24 51:6
**weigh** 136:1
**weighed** 150:17
**weight** 69:14 133:17 149:9
  150:6
**weight-based** 150:22
**weight-loss** 24:24
**Weiner** 92:7
**welcome** 5:15 151:9
**well-established** 131:12
  136:24
**well-known** 48:6 126:20
  127:9 143:12
**went** 126:9
**WERNER** 2:9
**white** 95:9 97:17 98:19 99:18
  99:21 100:4,12,13,21
  101:22 102:2,3,11,13,18
  103:2
**wholly** 148:19
**William** 21:16
**Williams** 1:9 3:4 4:12 5:6,13
  7:4,6,23 9:17 11:17 16:20
  23:14 28:12 31:9,10 34:20
  38:5 48:1 57:13 63:5,17
  66:11 69:21,22 72:21 74:15
  78:12 81:9 101:15 112:15
  121:24 151:7 157:22 161:1

162:1 163:1
**Williams'** 26:20 27:8
**window** 104:2,4 111:3 113:20
**witness** 3:3 5:4 9:18 34:6
  74:3 75:18 76:3,24 77:18
  90:18 101:9 118:19 119:14
  123:12 124:6,17 125:16
  133:24 151:9 159:2
**Wolking** 1:6,7 4:9,24 28:13
  28:14,16 29:2,4,9 31:23
  32:3 57:19 59:2,11 68:3,10
  73:4 74:16 85:8 93:3 101:7
  103:18 108:24 109:16,23
  111:2 114:3 119:6,17 121:6
  129:18 135:11,19 138:20
  142:1 143:7 144:9 148:16
  148:18 151:19 153:22 154:8
  157:15
**Wolking's** 29:20 30:24 68:6
  72:14 77:15 98:23 115:5
  117:20 123:7 125:19,23
  131:18 142:10,18 151:13
  155:14
**Women's** 7:10 10:11,21 11:8
**word** 67:5,9 88:11
**words** 33:9 35:6,17 65:9
  119:3 129:5,19
**work** 14:11 29:2,2,3,3,5
  33:19 53:12 61:4 78:9
  132:3,12
**worked** 61:8,21
**worker** 60:21
**working** 44:10 53:5
**works** 14:11
**worry** 16:14 132:11
**worst** 59:21,21,22
**worth** 34:11
**wouldn't** 49:12 153:8
**wounds** 96:5
**write** 146:6
**wrote** 62:16 63:11 65:6 81:23
  135:12
**Wyoming** 2:10

---

### X

**X** 3:1,10 63:6 142:7

---

### Y

**Y** 63:6 66:11
**year** 29:17 133:10,11 142:12
  151:20
**years** 8:17 16:4 25:14,19
  30:15 59:13 61:1 64:20
  66:10 131:12 133:8 142:22
  148:12
**Yep** 71:8,14 90:9 101:23
  102:10 103:14 105:3 117:15
  151:11
**Young** 10:4
**younger** 142:8
**Youngs** 1:10 2:16 4:16

---

### Z

**zero** 39:24 65:3,7 130:8,8
  146:2
**ZOOM** 1:16
**Zydus** 27:14,16 28:4

---

### 0

**0.25** 41:9
**0.375** 41:9
**02115** 7:8
**09** 89:22

---

### 1

**1** 7:24 31:9,9 43:15,17 46:14
  81:10 101:12 114:4 127:23
  128:2 149:8,9,17 161:1
**1,000** 57:9
**1:01** 81:6
**10** 41:11 51:7 116:7 122:1
  152:6,23
**10,000** 115:21
**100** 57:2,6 58:16 111:24
  112:1,17 113:2 116:20
  118:15 119:7,9 121:18
  122:1 149:22,23
**10th** 102:22
**11** 1:18 4:4
**11:00** 1:18
**11:02** 4:4
**11th** 102:22 103:7
**12** 41:11
**12,000** 100:5,15

---

**12:53** 80:21 81:2
**120** 112:1 113:2 114:11
**125** 112:1 130:2,16,18,23
**12th** 102:24 103:7
**13th** 103:3
**14** 14:8
**14-plus** 14:14
**15** 107:3 108:7 152:4
**15,000** 115:24
**151** 3:6
**1520** 1:23
**1525** 2:5
**157** 3:5
**16** 3:14 110:21 116:11
**161** 3:12
**162** 3:14
**163** 3:15
**16th** 117:4
**17,000** 117:16 154:12,13,23
  155:4,5
**17th** 1:22
**180** 114:3,6
**184** 7:17
**18503** 2:10
**19** 84:10,13 108:24
**19102** 2:6
**19103** 1:23 2:15
**1991** 10:6
**1998** 10:10 11:13
**19th** 2:5

---

### 2

**2** 16:20 39:10 132:12,19,19
  162:1
**2,400** 117:1,3,9
**2.5** 132:23
**2:00** 152:3
**2:39** 151:1
**2:44** 151:5
**2:57** 158:24
**20** 16:4 108:18 123:3 127:14
  152:3,16
**200** 116:12 122:9,10
**2001** 2:15 10:13 11:23
**2003** 11:24
**2004** 10:16,18,19 11:12
**2013** 11:24 145:22,23 146:3,8

146:12,14 147:7,11,17
**2015** 8:16
**2020** 17:9 18:9
**2022** 17:12 103:20 104:9,13
　104:21 108:24 110:20,21,21
　110:22 111:23 114:2,10
　116:6,11 147:1,4 155:16
**2023** 12:1
**2024** 1:18 4:4 30:6
**215** 1:24
**22** 59:5
**221** 7:7
**2250** 107:9
**23,540** 154:21 155:2,6
**24** 30:6 55:14
**2400** 115:17,20
**24th** 30:23 31:18
**25** 30:15 59:13 61:1 64:20
　66:10
**2500** 100:13
**26** 114:10 116:20
**27** 110:21
**27th** 117:6 121:17
**2880** 113:10 114:18

---

**3**

**3** 41:7 45:4,6 69:21,21 110:15
　110:20 163:1
**3,000** 13:22
**3:23-cv-00806-JFS** 1:3 4:8
**30** 1:22 9:6 12:4,14,16 108:18
　110:8 114:1 127:14
**300** 107:9
**3000** 100:13 128:22
**30th** 13:24
**3200** 103:2
**330** 102:14
**36** 55:14
**37** 82:17 84:6,9 89:20
**3810** 2:15

---

**4**

**4** 21:16 39:11 82:7,8,12,17
　110:22 112:17,22 113:3
　114:11 116:11,12,20 121:18
　122:9 123:2 126:9 158:10
**4,800** 116:17,18 117:13

**40** 9:6 12:14,16 39:8,14
**40,000** 82:18 84:6 89:20
**400** 115:19 116:21
**415** 2:10
**45** 133:3,8,11,22
**450** 13:8 14:6
**48** 115:23
**480** 113:3,9 114:15
**4th** 103:20 117:4,13 121:17
　122:8

---

**5**

**5** 3:5 22:10 41:7 42:19 45:4,6
　51:7 90:8 91:6 111:24
　112:1
**50** 126:4 137:6 138:22,23
　150:18
**50-day** 121:20
**500** 100:8,11 102:16 116:7
　130:11
**5000** 115:16 116:8
**53** 102:12
**564-1233** 1:24
**5th** 20:19

---

**6**

**6,000** 13:16
**6,540** 154:16,23
**6,600** 14:1,5
**60** 25:19 39:8,15,23 51:5,22
　52:22 53:7 56:20,24 139:5
　142:22
**600** 106:18 112:4
**6000** 103:3
**607** 101:12
**66** 102:1,20
**660** 102:1,5,13
**69** 3:15

---

**7**

**7** 3:12 101:21 102:12 111:23
　155:16
**7:30** 155:16
**70** 25:19 155:9
**72.2** 155:6
**75** 149:22,23 155:9
**750** 13:13

**76** 68:7,16 70:6,8,21,22 71:12
　71:16 134:14
**7600** 115:18
**7th** 96:7 98:7 102:21 113:22
　134:17

---

**8**

**8** 8:6 110:20 116:6
**8/13/2022** 112:16
**8/7** 112:2
**800** 115:16 116:14,15
**81** 101:7,12
**83** 142:24
**830** 102:24
**85-ish** 142:24
**87** 103:3
**8th** 102:22 111:4

---

**9**

**9** 92:6,7 93:23
**9/19/2022** 109:16
**9/23/2022** 105:22 107:3
**9/24/2022** 106:2
**9/25** 106:7
**9/26/2022** 106:10
**9/27/2022** 106:13
**9/30/2022** 106:16 107:3
**9:00** 152:6
**90** 12:15
**9th** 102:22

EXHIBIT

Williams-1

April 24, 2024


Conor Lamb, Esq.
Kline & Specter, P.C.
1525 Locust St.
Philadelphia, PA 19102


Dear Mr. Lamb,

At your request, I provide herein my opinion on the matter of Ms. Stacey Wolking's care after having reviewed the following records provided to me:

1. Civil Action Complaint with Exhibits
2. Lindner Chart 1-607.pdf
3. Babesia odocoilei Dr. Lindner presentation ILADS 2022
4. HormoneRestoration.com website material "To Physicians of Patients Taking Hydrocortisone"
5. HormoneRestoration.com website material "For Physicians of Patients Taking Thyroid Hormones"
6. HormoneRestoration.com website material "Letter to Primary Care Physician"
7. HormoneRestoration.com website material "Private Contract for Medicare Beneficiaries"
8. HormoneRestoration.com website material "Medical History"
9. HormoneRestoration.com website material "Consent for Bioidentical Hormone Restoration and Nutrition Therapy"
10. HormoneRestoration.com website material "Consent for the Treatment of Chronic Babesiosis, Bartonellosis, and/or Lyme Disease"
11. Deposition of Brian Bryk
12. Deposition of Dr. Henry Lindner
13. Deposition of Courtney Young
19. P3-000001, Pill Bottle 20230216_100223 (Client Produced);
20. P3-000002, Pill Bottle 20230216_100237 (Client Produced);
21. P3-000003, Pill Bottle 20230216_100519 (Client Produced);
22. P3-000004, Pill Bottle 20230216_100530 (1) (Client Produced);
23. P4-000001-P4-000005, Pharmacy records (Client Produced);
24. P5-000001-P5-001904, Encompass Rehab (Billing and Records); and
25. P6-000001-P6-000528, Loudoun Hospital (INOVA) (Medical Records).


References consulted:
1. UpToDate: Major adverse effects of systemic glucocorticoids. Updated March 2024
2. R. Pofi, et al. Treating the side effects of exogenous glucocorticoids: Can we separate the good from the bad? Endocrine Reviews, 2023:44; 975-1011
3. Spannenburg L, et al. Adverse cognitive effects of glucocorticoids: A systematic review of the literature. Steroids. 2023 Dec;200:109314
4. Curtis JR, et al The incidence of gastrointestinal perforations among rheumatoid arthritis patients. Arthritis Rheum. 2011 Feb;63(2):346-51.
5. Mpofu S, et al. Steroids, non-steroidal anti-inflammatory drugs, and sigmoid diverticular abscess perforation in rheumatic conditions. Ann Rheum Dis 2004;63:588–90
6. Piekarek K, Israelsson LA. Perforated colonic diverticular disease: the importance of NSAIDs, opioids, corticosteroids, and calcium channel blockers. Int J Colorectal Dis. 2008 Dec;23(12):1193-7

7. Guo Q, et al Clinical characteristics and associating risk factors of gastrointestinal perforation in children with IgA vasculitis. Ann Med. 2021 Dec;53(1):2315-2320.
8. Vaxman I, et al. Colon perforation in multiple myeloma patients - A complication of high-dose steroid treatment. Cancer Med. 2020 Dec;9(23):8895-8901.
9. Weiner HL, et al Sigmoid diverticular perforation in neurosurgical patients receiving high-dose corticosteroids. Neurosurgery. 1993 Jul;33(1):40-3.

I have attached my CV and ask that you consider it to be incorporated in this report.  By way of background, I am an active full-time board-certified practicing endocrinologist at Brigham and Women's Hospital, with an academic title of Associate Professor of Medicine at Harvard Medical School, in Boston, MA.  I completed my medical training in Internal Medicine and then in Endocrinology at these institutions.  I have an active endocrine research enterprise in hormonal dysfunction that contributes to a wide variety of disease states in humans. I am Principal Investigator on National Institutes of Health, foundation, and biopharmaceutical research awards with over 100 publications.  Relevant to my interests in human research, I am the Lead Medical Research Officer for the Center for Clinical Investigations at Brigham and Women's Hospital, Chair of the Institutional Review Board at Mass General Brigham that oversees the conduct of human research and clinical trials including those involving corticosteroids such as prednisone and dexamethasone, and standing member of the National Institutes of Health, National Institutes of Diabetes, and Digestive and Kidney Disease grant review study section. I formerly sat on the National Board of the Association for Patient-Oriented Research and the Nominating Committee of the Association for Clinical and Translational Science and served as Associate Editor for the journal Metabolism: Clinical and Experimental.  I have an active leadership and educator role at Harvard Medical School where I was the past Co-director of the Master's Program in Clinical and Translational Investigations, The Clinical and Translational Research Academy, and Director of the Brigham and Women's Research in Residency Clinical Investigations Pathway.  My clinical and educational experience include my role as Attending Physician for the Endocrine Services at both Brigham and Women's Hospital and Boston VA Healthcare Systems where I train medical students, residents, and fellows from Harvard Medical School, Boston University School of Medicine, and the Massachusetts College of Pharmacy and Health Sciences in clinical endocrine practice including management of adrenal disorders and clinical use of corticosteroids such as prednisone and dexamethasone.

I am being compensated to provide my analysis and opinion in this case, at a rate of $450 per hour.  If required to testify my rate is $3,000 for four hours, then $600 per hour.  At trial, I charge $6,000 per day, in addition to reimbursement for travel.

--------------------------------------------------------------------------------------------------------------------------

Ms. Stacey Wolking was 51 years-old in 2013 when she sought out medical advice and treatment for a series of complaints including, brain fog and fatigue.  She met with Dr. Lindner once in 2013 and remained a patient via email and telephone communication through 2022.

On June 25, 2021, in response to physical complaints of brain fog, headache, nausea, abdominal discomfort and persistent achiness, Dr. Lindner noted that these symptoms were consistent with a condition he titled "persistent infection with Babesia odocoilei".  He described that this condition is unknown in mainstream medicine and difficult to detect with laboratory testing. One blood test was obtained from Ms. Wolking which was inconclusive for babesiosis. No additional testing to confirm a diagnosis was performed. Regardless, Dr. Lindner began a treatment program consisting of prescribing anti-infective agents (azithromycin, atovaquone, tafenoquine) and glucocorticoids (prednisone and dexamethasone) for more than one year.  With this treatment

program, Ms. Wolking continued to describe physical and emotional consequences. These symptoms and complaints were shared thru a series of two-way email communications between Dr. Lindner and Ms. Wolking. On June 6, 2022 Ms. Wolking was taking around 40mg prednisone per day and complained of classic symptoms of prednisone excess; headaches, stomach pain, nausea, shortness of breath, leg swelling, facial swelling, insomnia, heart pounding, jitteriness, bruising, fatigue (WOLKING-LINDNER 000434). Dr. Lindner's reply to these symptoms is that they could be due to prednisone or effects of babesiosis treatment. Regarding how much prednisone she should take his advice is; "Mostly you just have to try more or less pred[nisone]" (WOLKING-LINDNER 00436). He explains that the symptoms she is having (fatigue, brain fog, blood in urine, abdominal pain, nausea) is related to the killing of the babesia, with bizarre descriptions of obscure residual "nests" of infection lingering in the body (WOLKING-LINDNER 000441). He attributes classic signs of steroid excess and toxicity as signs of "killing babesia" and microbial "herxing" (Id.). Dr. Lindner shared that his daughter also suffered from chronic babesiosis infection and had similar complaints and required similar and stronger therapy (Id.).

In July 2022, she develops a deep venous thrombosis of the lower extremity at Loudoun Hospital (Leesburg, VA—see SWolking Hospital July 2022 Notes and Labs). The admission note describes a known prior history of venous thrombosis after hip surgery, use of estrogen, and a reported questionable history of antiphospholipid syndrome (a condition that can lower susceptibility to venous clot formation), and later, a diagnosis of May Thurner Syndrome (which also predisposes to clot formation). Ms. Wolking shares this diagnosis with Dr. Lindner. It is well known that higher dosing of glucocorticoid steroids, including prednisone, can increase the risk for venous clot formation. Despite this, Dr. Linder never discloses this to Ms. Wolking, and continues to prescribe extremely high doses of prednisone.

By August 2022, Ms. Wolking's symptoms are continuing, with worsening nausea, shortness of breath, heart pounding, weakness and headache. Again, Dr. Lindner states that "These symptoms all make it clear that you need the Dex[amethasone]/Pred[nisone] you're taking—and that you need more to make it last 2 hrs." (WOLKING-LINDNER 000390). He writes larger prescriptions (larger quantities of prednisone and dexamethasone tablets). He is aware that the large quantity of tablets prescribed to one patient might raise suspicion with the Medical Board of Pennsylvania if he used traditional pharmacies, who he felt would not fill the prescriptions (Lindner Deposition, pg 305.11-24), but he believed that Tunkhannock Compounding Center would not report him and would dispense his prescriptions. (WOLKING-LINDNER 00393.) The prescribing records from Tunkhannock Compounding Center reveal the following extremely large prescriptions were filled:

> August 8, 2022: 10mg Prednisone, #500 tablets, 30-day
> August 16, 2022: 4mg Dexamethasone #200 tablets, 50-day
> September 27, 2022: 4mg Dexamethasone #100 tablets, 50-day
> October 4, 2022: 4mg Dexamethasone #200 tablets, 50-day

Accompanying these prescriptions are a steady stream of email communications from Dr. Lindner to Ms. Wolking which caused her to take doses of daily glucocorticoid consumption far exceeding even the most extreme standard of care dosing, along with correspondence from Ms. Wolking to Dr. Lindner reporting escalating symptoms and despair. By late September 2022 Ms. Wolking describes taking doses of more than 700mg of prednisone-equivalent (in the form of dexamethasone per day). (WOLKING-LINDNER 00356.) Ms. Wolking reports consistent signs and symptoms of steroid toxicity (diarrhea, headaches, extreme weakness, overstimulated, brain fog, blurry vision, jitteriness (WOLKING-LINDNER 000355-56). Dr. Lindner's recommendation is that "There is no upper limit of dosing. You just have to take as much as you need, whatever that

Dex/pred dose is" (WOLKING-LINDNER 000355). As would be anticipated, the toxicity of extreme glucocorticoid excess eventually led to hospitalization in early October 2022, where she was found to have a perforated bowel (a known side effect of high-dose glucocorticoid use) and peritonitis, which the admitting providers state is a consequence of her high-dose glucocorticoid prescriptions (Loudoun Hospital Medical Records, pg 5).  During this time, she displayed other classic signs and symptoms of steroid toxicity including proximal muscle weakness, abdominal pain and bloating, depression/anxiety and suicidality, facial swelling, massive weight gain, skin frailty, and others.  At many times leading up to and during her hospitalization she declared a feeling that she was dying, and/or a wish to end her life because of the widespread pain and suffering she experienced.

The hospital record includes consults from Endocrine and Infectious Disease specialties who felt that her prior care was unwarranted (SWolking Hospital October 2022, pg 37 and 74). The endocrinologist immediately reduced her steroid dosing, with directions to continue to taper the dose until completely stopped (SWolking Hospital October 2022, pg 74-75). Dr. Lindner reports to Ms. Wolking after the hospitalization that he has read the pathology report related to the bowel perforation surgery and states that the weak and fragile bowel wall was not due to steroids but due to what he claims is "hemophagocytic syndrome" (WOLKING-LINDNER 000057), a diagnosis not contained in the pathology report.  Dr. Lindner also encouraged Ms. Wolking's husband to remove her from hospital care in order to give her more corticosteroids than the hospital physicians were giving her, which Ms. Wolking's husband declined to do.  (WOLKING-LINDNER 000322-24.)

## Opinion

It can not be understated how extremely far from standard of care was Dr. Lindner's treatment of Ms. Wolking. He created a treatment program aware as stated in his deposition that it was not acknowledged by medical professionals. He used medications, in particular glucocorticoids, at excessive and toxic doses with careless disregard for Ms. Wolking's health, despite acknowledging and documenting the toxicity that was occurring.  Instead of changing course, he offered reassurance and personal testimonial of his daughter's condition to persuade Ms. Wolking to take even higher, catastrophic doses.  Even when confronted with the inevitable need for emergent hospitalization, Dr. Lindner warned that the treating providers might not agree with his plan and that Ms. Wolking might have to take the excessive steroids outside of the treating providers' knowledge.

In order to describe the standard of care that Dr. Lindner should have followed, it is important to provide clinical context.  The human adrenal gland produces between 3-5mg of prednisone-equivalent glucocorticoids per day in the form of cortisol. Cortisol is a life-sustaining hormone that controls a host of metabolic activities. As such, lack of cortisol leads to death without adequate replacement.  Synthetic glucocorticoids like prednisone and dexamethasone prescribed in doses higher than physiologic doses (ie. More than 3-5mg prednisone/day or 0.25mg dexamethasone/day) are termed pharmacologic doses of steroids and are useful as anti-inflammatory agents and in immunosuppression.  Inflammatory conditions often treated with pharmacological doses of steroids include asthma, arthritis, lupus, contact dermatitis (poison ivy). Immunosuppressive dosing of steroids is useful in organ transplantation to prevent rejection.  The standard of care with respect to dosing in these conditions requires physicians to seek the lowest possible effective dose because of the many known toxicities associated with pharmacologic dosing (muscle wasting, insulin resistance, high blood pressure, weight gain, anxiety, depression,

infection susceptibility, balding, excessive body hair, menstrual irregularities, cataract formation, osteoporosis, skin frailty, bowel perforation, cardiac damage, atherosclerosis, stroke, seizure, and death). Dosing might involve "high doses", such as 60mg prednisone/day for 1-2 weeks duration followed by a rapid taper to a lower-effective dose of 5-10mg/day for inflammatory conditions. Dexamethasone dosing is much lower due to its higher potency and longer duration of action, with doses of 2-8mg/day for 2-5 days before tapering to low doses. Even in extreme use conditions such as hospitalization for donor organ rejection, doses of 1,000mg of prednisone are prescribed by specialists under very close monitoring and for a few days before rapidly reducing to standard doses.

You have asked me to address the question whether there is a specific dose of either prednisone or dexamethasone that is beyond the standard of care for a physician to prescribe or direct a patient to take. The medical literature does not establish a specific "maximum dose" for either medication, but that does not mean no amount is too much, or that there is no standard of care with respect to dosing. As noted above, the standard of care requires physicians to seek the lowest possible effective dose because of the toxicities associated with these drugs (both listed above and encountered by Ms. Wolking). It is my opinion, to a reasonable degree of medical certainty, that a reasonable physician would rarely, if ever, prescribe 100 mg of prednisone (or its corticosteroid equivalent) per day to a patient outside of a hospital setting. Even at that high of a dosage, a reasonable physician would begin to taper down the dosage within a few days. There is no condition in the medical literature for which physicians following the standard of care would give a patient the doses of glucocorticoids that Dr. Lindner directed Ms. Wolking to consume, particularly for the length of time she consumed them in August, September and October 2022, and previously, while under Dr. Lindner's care.

The doses of glucocorticoids (dexamethasone and prednisone) prescribed by Dr. Lindner to Ms. Wolking were outside the standard of care, and are by far the highest I've ever observed in an outpatient setting in over 25 years of endocrine practice. Ms. Wolking is incredibly fortunate to be alive today. Bowel perforation with peritonitis is often a fatal event, especially given her circumstances. It is highly likely had she not sought medical attention at the time of presentation, that she would've died within a day or two from sepsis.

With respect to the standard of care required by the Tunkhannock Compounding Center pharmacists, it is my opinion, to a reasonable degree of professional certainty, that the doses they dispensed to Ms. Wolking were far outside normal prescribing practices. I am familiar with normal pharmacy prescribing practices and a pharmacist's obligation to contact the prescribing provider when a questionable dose or suspected error in prescribing is encountered and advocate for their patient's safety, because I serve as the Chair of the Mass General Brigham Institutional Review Board, which reviews and oversees all clinical research activity involving 1000's of investigational drug protocols, and I work directly with our Research and Clinical Pharmacies. The doses of steroids prescribed to Ms. Wolking would never have been allowed through our system—even under a controlled research environment—because it is well known that clinical equipoise could not be met. In other words, far more harm than any benefit would be inflicted by this quantity of glucocorticoid given to one patient outside of a hospital setting. In addition, I have written thousands of prescriptions for glucocorticoids during my career, which were filled at pharmacies. Thus, it is my opinion that employees at Tunkhannock Compounding Center filled prescriptions for prednisone and dexamethasone at doses and quantities that fell outside the standard of care and enabled continuing physical and emotional harm to Ms. Wolking.

With respect to the cause of Ms. Wolking's injuries, it is my opinion that many of the injuries listed in paragraph 76 of the Complaint were caused by Dr. Lindner's excessive and unreasonable

prescription of glucocorticoids and Tunkhannock Compounding Center's dispensing these medications to Ms. Wolking on the dates described in the Complaint.  It is evident that Tunkhannock Compounding Center's glucocorticoids (prednisone and dexamethasone) were the vast majority of what Ms. Wolking consumed between September 19, 2022, when Dr. Lindner told her to escalate her doses, and her hospitalization, based on the records I have reviewed.

In particular, there is strong support in the medical literature that the excessive consumption of glucocorticoids can cause a perforated bowel and associated sepsis and that higher doses lead to higher risk (1-2, 4-9).  In this case, it is my opinion that Ms. Wolking's bowel perforations, peritonitis and sepsis were caused by the massive doses of glucocorticoids she had been consuming based on the timing of her consumption, the description of her painful and continuous gastrointestinal symptoms in the emails, and the lack of any other apparent cause related to her small bowel.

In addition, the connection between glucocorticoids and proximal (large muscle group) muscle weakening, or "steroid myopathy," is well proven (1-2)  It is my opinion that Ms. Wolking's difficulty moving, getting out of bed, and performing other basic tasks before, during, and after her hospitalization reflects the weakening of her muscles caused by both the duration and high dose glucocorticoid consumption.

It is also my opinion that hair loss experienced by Ms. Wolking was caused by glucocorticoids prescribed by Dr. Lindner and dispensed by Tunkhannock Compounding Center.  Ms. Wolking described hair loss just three days after Dr. Lindner rapidly escalated her doses in September 2022.  (See WOLKING-LINDER 00360.)

The medical literature also establishes that the excessive consumption of glucocorticoids can cause emotional and psychological distress (1-3). This includes anxiety, depression, irritability, symptoms often described by patients as "brain fog" or decreased cognition. This is typically exacerbated by concomitant steroid-induced insomnia and dysregulation of the circardian and sleep-wake cycle. (1-3). It is my opinion that the many times Ms. Wolking and her husband described that Ms. Wolking felt like she was dying or close to death, that she could not sleep, and the other frequent expressions of emotional distress, especially from September through October 2022, are attributable to the effects of high-dose glucocorticoid steroid use.

In particular, once Ms. Wolking was hospitalized in October 2022, her desire to stop treatment and be allowed to die substantiates the severity of her depressed state. The tapering of steroids that occurred during the hospitalization was necessarily drastic given the stratospheric levels she arrived with and the known risk of impeding normal healing and impairing the ability to fight off infection (1-2). Even still, the doses were reduced to a level that was still far above physiologic norms.  Having tapered 1000's of patients off high-dose steroids either in the setting of Cushing's Syndrome or prescribed glucocorticoids, steroid withdrawal symptoms associated with depressed mood are not encountered at the level her steroids were tapered to.

In particular, it should be pointed out that Ms. Wolking did not make the decision to cease treatment and transfer to hospice for more than two weeks after she was first hospitalized (See WOLKING-LINDNER 000092).  The hospital admission record suggests that at the time of her suicidality, Ms. Wolking was complaining of "severe intractable pain all over her body and her abdomen, the site of her perforation, supporting my opinion that she was under extreme physical duress as the underlying inciting factor to want to end her life  (See WOLKING-LINDNER 000144). The records also show that her treating physicians attempted to persuade her to continue with the steroid taper, rather than cease medication entirely (See, e.g., WOLKING-LINDNER 000064).

Accordingly, my opinion is that Ms. Wolking's desire to die was not the result of an inappropriate steroid taper, but due to overwhelming pain, suffering, and fatigue associated with her injuries caused by the prior extreme doses of glucocorticoids.

I have also reviewed some of Ms. Wolking's medical records since her release from the hospital, and it is my opinion that she is continuing to suffer consequences of her prior excessive steroid consumption. This includes her current dependency on daily glucocorticoid dosing (prednisone 2.5mg/day) to maintain adequate, life-sustaining levels of steroids since her prior high-dose use has led to atrophy of her native adrenal gland function as described by her endocrinologists, Dr. Clement and Dr. Shitaye, during a subsequent hospitalization in March 2023 (Fairfax Hospital pg 11-12). They further commented on the continuing need to treat her persistent steroid-myopathy (weakness) with additional physical therapy.  She is at life-long risk for developing osteoporosis and early cataract formation from her prior excessive steroid use (1-2), and has an overall reduced mortality (1-2) and increased cardiovascular risk (1-2).  She will be required to wear a Medical Alert Identifier to alert medical professionals of her dependency on glucocorticoids. She will be at risk of fatal consequences if she does not have the ability to increase her dose of prednisone during acute illness or trauma. Thus, as is true of all patients who are steroid-dependent, she has a form of chronic adrenal insufficiency. If she can not take her prednisone by mouth, such as with a vomiting illness, she must be acutely taken to an emergency room for intravenous administration within hours to avoid fatal consequences.

My opinions are based on a reasonable degree of medical certainty and my training and experience in internal medicine and endocrinology and the documentation provided to me as of the time of this report. I reserve the right to amend this report if additional materials are provided to me.


Sincerely,

Jonathan Williams, MD, MMSc
Associate Professor of Medicine
Harvard Medical School
Director, Cardiometabolic Human Genetics Research Program
Division of Endocrinology, Diabetes and Hypertension
Brigham and Women's Hospital
Boston, MA 02115

# <u>Curriculum Vitae</u>

# Jonathan S. Williams, M.D., M.MSc.

Prepared:                        November 11, 2015

Office Address:          Brigham and Women's Hospital
                         Division of Endocrinology, Diabetes and Hypertension
                         221 Longwood Ave, RFB-395
                         Boston, MA  02115

Office Phone:            617.278.0882        Cell: 617-278-0882
Office Fax:              617.732.5764
E-mail:                  jwilliams5@partners.org

Home Address:            184 High Street
                         Ashland, MA  01721

Place of Birth:          Boston, MA

**Education:**

| | | |
|---|---|---|
| 1986-1992 | B.S. | <u>Brigham Young University</u>, Provo, UT<br>B.S. Microbiology (Minors: Chemistry, Spanish) |
| 1994-1998 | M.D. | <u>Hahnemann University School of Medicine</u>, Philadelphia, PA |
| 2002-2004 | M.MSc | <u>Harvard Medical School</u>, Scholars in Clinical Science Program, Boston, MA<br>Thesis:  "Dietary sodium, the renin-angiotensin system and, diastolic function" |

**Postdoctoral Training:**

| | | |
|---|---|---|
| 1998-2001 | Resident | <u>Internal Medicine</u>, Brigham and Women's Hospital /Harvard Medical School, Boston, MA |
| 2001-2004 | Fellow | <u>Endocrinology, Diabetes and Metabolism</u>, Brigham and Women's Hospital/ Harvard Medical School, Boston, MA |

**Academic/Institutional Appointments:**

| | |
|---|---|
| 2000-present | Associate Physician, New England Sinai Hospital, Stoughton, MA |
| 2003-present | Staff Physician, Endocrine Unit, Boston VA Healthcare Systems Boston, MA |
| 2004-present | Associate Physician, Division of Endocrinology, Diabetes and Hypertension, Brigham and Women's Hospital, Boston, MA |
| 2004-present | Associate Physician, Dana-Farber Cancer Institute, Boston, MA |
| 2004-2008 | Instructor in Medicine, Harvard Medical School, Boston, MA |
| 2005-present | Co-Director, Cardiovascular Endocrinology Genetics Program, Division of Endocrinology, Diabetes and Hypertension, Brigham And Women's Hospital, Boston, MA |
| 2008-present | Assistant Professor of Medicine, Harvard Medical School, Boston, MA Of Medicine, Boston, MA |

| 2013-2015 | Co-Director, Masters Program in Clinical and Translational Investigations, Harvard Medical School, Boston, MA |
| 2015-present | Co-Director, Program in Clinical and Translational Science, Harvard Medical School, Boston, MA |

**Board Memberships/Other Positions:**

| 2006-present | Member, Institutional Review Board, Partners Healthcare System/Brigham and Women's Hospital, Boston, MA |
| 2007-2013 | Director, Scholars in Clinical Science Program Human Investigations Course, Harvard Medical School, Boston, MA |
| 2008-2012 | Member, Committee on Admissions, Scholars in Clinical Science Program, Harvard Medical School, Boston, MA |
| 2009-present | Member, Committee on Admissions, Internal Medicine Residency Program, Brigham and Women's Hospital, Boston, MA |
| 2010, 2014 | Ad hoc Reviewer, National Institutes of Health, NIDDK Special Emphasis Panel Study Section |
| 2011-2013 | Board of Directors, Association for Patient-Oriented Research |
| 2012-present | Member, Committee on Admissions, Masters Program in Clinical and Translational Investigations, Harvard Medical School, Boston, MA |
| 2012-present | Faculty, Principles and Practice of Clinical Research, Department of Continuing Education, Harvard Medical School |
| 2012-2014 | Board Committee Member, Association for Clinical and Translational Science, Membership and Nominations Committee |
| 2012-2014 | Board Committee Member, Association for Clinical and Translational Science, Patient-Oriented Research Committee |
| 2010, 2014 | Reviewer, National Institutes of Health/National Institute for Diabetes, Digestive and Kidney Diseases Study Section, Special Emphasis Panel (T32, K23, K99, K08, K01) |

**Awards and Honors:**

| 1994-1998 | Annual Recipient, Calabrese Scholarship for Academic Excellence, Hahnemann University School of Medicine, Philadelphia, PA |
| 1996 | *Alpha Omega Alpha* National Medical Honor Society, Pennsylvania Zeta Chapter, Hahnemann University School of Medicine, Philadelphia, PA |
| 2003 | Recipient, Pfizer Scholars in Endocrinology Award |
| 2006-2009, 2013 | Nomination, Excellence in Mentoring Award, Harvard Medical School, Boston, MA |
| 2009 | Cardiovascular Leadership Award, Brigham and Women's Hospital, Boston, MA |
| 2012 | Early Career Mentoring Award, Brigham and Women's Hospital, Boston, MA |

**Licensure and Certification:**

| 2000- | Registered, Massachusetts Board of Registration in Medicine |
| 2001- | Board Certified, Internal Medicine (ABIM) |
| 2003- | Board Certified, Endocrinology, Diabetes and Metabolism (ABIM) |

**Professional Societies:**

| 1994 | Member, American Medical Association |

2

| | |
|---|---|
| 1994-1998 | Member, Pennsylvania Medical Society |
| 1996- | Member, Alpha Omega Alpha National Medical Honor Society |
| 2001 | Member, Massachusetts Medical Society |
| 2001-present | Member, Endocrine Society |
| 2003 | Member, American Association of Clinical Endocrinologists |
| 2008-present | Member, American Heart Association |
| 2011-2013 | <u>Board of Directors</u>, Association for Patient Oriented Research |
| 2012-2014 | <u>Board Committee Member</u>, Association for Clinical and Translational Science, Membership and Nominations Committee and Patient-Oriented Research Committee |

**Certifications:**

| | |
|---|---|
| 2001- | ABIM Internal Medicine |
| 2003-present | ABIM Endocrinology, Diabetes and Metabolism |

**Editorial Activities**

| | |
|---|---|
| 2011-2014 | <u>Associate Editor</u>, *Metabolism: Clinical and Experimental* |
| 2015-present | Editorial Board Member, *Metabolism: Clinical and Experimental* |

<u>Ad hoc Reviewer:</u>
*American Journal of Physiology-Heart and Circulation*
*Journal of Clinical Endocrinology and Metabolism*
*American Journal of Medical Sciences*
*Journal of Human Hypertension*
*Journal of the American Society of Hypertension*
*Journal of Clinical Therapeutics*
*American Journal of Epidemiology*
*Hypertension*
*Circulation*
*Metabolism: Clinical and Experimental*
*American Journal of Hypertension*
*Vascular Medicine*

**Formally Supervised Trainees**

| | |
|---|---|
| 2006-2009 | Bindu Chamarthi, MD, Instructor in Medicine, Harvard Medical School, Associate Physician, Division of Endocrinology, Diabetes and Hypertension, Brigham and Women's Hospital |
| 2007-present | Anand Vaidya, MD, Assistant Professor of Medicine, Harvard Medical School, Associate Physician, Division of Endocrinology, Diabetes and Hypertension, Brigham and Women's Hospital |
| 2007-2010 | Rigobert Lapau, Assistant Professor of Medicine, Moorehouse School of Medicine |
| 2008-2011 | John Tsay, MD, Staff Nephrologist, St. Elizabeth's Medical Center, Brighton, MA |
| 2008-2013 | Bei Sun, MD, PhD, Research Fellow in Medicine, Harvard Medical School |
| 2010-2013 | Qaiser Shafiq, MD, Research Fellow in Cardiology, University of Toledo School of Medicine, Toledo, OH |
| 2013-2014 | Ole-Petter Hamnvik, MBBS, Instructor in Medicine, Harvard Medical School |
| 2013 | Felicia Ovin, B.S. Co-operative Research Assistant, Northeastern University |
| 2013 | Michael Davis, B.S. Co-operative Research Assistant, Northeastern University |
| 2012-2013 | Nuru Hazirah Hisham, M.D. candidate Research Intern, Malaysian School of Medicine |
| 2014 | Michelle Nyeong, B.S. Co-operative Research Assistant, Northeastern University |
| 2014 | Anna Walsh, B.S. Co-operative Research Assistant, Northeastern University |

3

2014          Nicole Rodis,B.S.  Co-operative Research Assistant, Northeastern University
2015-present  Nina Vujovic, PhD, Research Fellow in Medicine, Division of Sleep Medicine,
              Harvard Medical School


**Research Support**:
Active:

1. 5P01 AG009975 (PPG PI: Cziesler,C; Project PI: Williams, JS)      7/1/2013 – 6/30/2018
   NIH/NIA
   "Adverse metablic impact of sleep loss in older adults:  insulin resistance"
   The overal goal of this project is to determine who sleep loss adversely affects insulin
   Sensitivity in older adults. It is project of a parent program project studying the the
   Interaction between sleep, aging, and circadian rhythms.

2. 1R01 HL104032-01  (PI: Pojoga, L)                            9/1/2010 – 5/31/2016
   NIH/NHLBI
   "Caveolin-1 and vascular dysfunction"
   The goal of this grant is to determine the role of Caveolin 1 in causing vascular
   dysfunction through human an animal models of hypertension, exploring the genetic
   basis of hypertension.
   Role: Co-Investigator

3. 1R01 HL102780  (PI:  Wang, T, Site-PI:  Williams, J)          5/1/2011-4/30/2016
   NIH/NHLBI
   "Obesity, salt sensitivity and the natriuretic peptides"
   The goal of this project is to define the role the natriuretic peptide system plays in
   cardiovascular function in obesity.

4. 5 UL 1RR025758 -03 (PI:  Nadler, L)                          5/1/2010 - 6/3/2016
   NIH/NCRR
   "Program in Clinical and Translational Science"
   The goal of this project is to provide a coordinated didactic and practical training
   program in translational investigation, human pharmacology and clinical trials for
   junior patient-oriented research investigators.
   Role:  Co-Director

5. 1R01 HL (PI: Williams, G)                                    7/1/2013 – 6/31/2017
   NIH/NHLBI
   "Striatin, Aldosterone, and Hypertension"
   The goal of this translational research project is to determine in humans and an
   animal model the functional role striatin plays in modifying aldosterone action in
   hypertension.
   Role: Co-Investigator

6. 1R01 HL107257 (PI:  Reboussin, D)                            12/1/2010 – 11/31/2018
   NIH/NHLBI
   "Systolic Blood pressure Intervention Trial (SPRINT)"
   The goal of this multi-site national study is to determine if a lower blood pressure goal
   reduces cardiovascular morbidity in elderly individuals
   Role: Co-investigator

4

Pending Funding:

1.  1R01 HL 127146 (PI:  Williams, JS)                                    12/1/2015 – 11/30/2020
    NIH/NHLBI (6/25/2015 CICS Review:  13th-%-ile)
    "Epigenetic regulation of aldosterone and salt sensitivity in hypertension"
    The goal of this project is to determine how genetic variants in a histone modifying
    enzyme (LSD1) influence regulation of aldosterone and salt interaction in
    hypertension

Completed Funding:

1.  Investigator-initiated Research Project Grant            12/1/2013-12/31/2014
    Diasoran Inc.  (PI: Williams, J)
    "Comparison of a novel direct renin assay to plasma renin activity in human
    hypertension"
    The goal of this project is to evaluate the accuracy and performance of a novel direct
    renin assay by comparing to plasma renin activity in individuals placed on a high and
    low salt diet conditions in a GCRC setting.

2.  Investigator-initiated Research Project Grant            6/1/2012-6/31/2014
    Otsuka Pharmaceutical        (PI:  Williams, J)
    "Effect of vasopressin blockade on renal sodium handling in healthy humans"
    The aim of this research project is to determine if antagonism at the vasopressin
    receptor 2 affects renal sodium excretion in healthy human subjects

3.  Investigator-initiated Research Grant                    6/1/2013 – 2/28/2014
    The Salt Institute  (PI's Garg, R and Williams, J)
    "Low salt diet intake and effect on insulin sensitivity in hypertension"
    The goal of this research project is determine whether low salt diet, by activation of
    renin-angiotensin system activity, results in a decrease in insulin sensitivity in
    subjects with hypertension.

4.  Investigator-initiated Research Project Grant            11/1/2009-12/31/2012
    Novartis Institute for Biologic Research      (PI:  Williams, J)
    "Assessment of renin inhibition on insulin resistance, diastolic function and aortic
    compliance"
    The goal of this investigator-initiated study is determine how renin inhibition affects
    insulin sensitivity and cardiovascular function in essential hypertension.

5.  1K23 HL084236-04 (PI:  Williams, J)                      3/01/07 – 2/29/12
    NIH/NHLBI
    "DASH diet, cardiovascular hemodynamics and type II diabetes mellitus"
    The goal of this mentored career award is to understand the cardiovascular impact of
    the DASH diet in type II diabetes mellitus

6.  Cardiovascular Leadership Group Investigator Award       7/1/2009 – 6/30/2011
    Brigham and Women's Hospital      (PI:  Williams, J)
    "Hormonal mechanisms of impaired cardiac relaxation"
    The goal of this project is to understand how the renin-angiotensin system interacts
    with dietary sodium to affect cardiac relaxation

**Bibliography:**

1.     **Williams JS**, Conlin PR.  A diagnostic approach for evaluating the adrenal mass. *Hospital Physician Board Review Manual, Endocrinology,* 2002 ; 4(2):1-12.

2.     **Williams JS,** Williams GH.  Fifty years of aldosterone.  *J Clin Endo Metab*, 2003; 88:2364-2372.

3.     **Williams JS,** Williams GH, Jeunemaitre X, Hopkins PN, Conlin PR.  Influence of dietary sodium on the renin-angiotensin-aldosterone system and prevalence of left ventricular hypertrophy by EKG criteria.  *J H Hypertension*, 2005  19:133-138.

4.     Raji A, Gerhard-Herman MD, **Williams JS**, O'Connor ME, Simonson DC.  Effect of pioglitazone on insulin sensitivity, vascular function and cardiovascular inflammatory markers in insulin resistant non-diabetic Asian Indians.  *Diab Medicine* 2006  23:537.

5.     **Williams JS,** Williams GH, Raji A, Jeuenemaitre X, Brown NJ, Hopkins PN, Conlin PR.  Prevalence of primary hyperaldosteronism in mild to moderate hypertension without hypokalemia.  *J Hum Hypertens* 2006  20:129-136.

6.     **Williams JS**, Solomon SD, Crivaro M, Conlin PR.  Dietary sodium intake modulates myocardial relaxation responsiveness to angiotensin II.  *Transl Res* 2006  148:49.

7.     Szmuilowicz ED, Adler GK, **Williams JS**, Green DE, Yao T, Seely EW.  Relationship between aldosterone and progesterone in the human menstrual cycle. *J Clin Endo Metab* 2006  91:3981-7.

8.     Pojoga L, Kolatkar NS, **Williams JS,** Perlstein TS, Jeunemaitre X, Brown NJ, Hopkins P, Raby BA, Williams GH.  Beta-2 adrenergic receptor diplotype defines a subset of salt sensitive hypertension.  *Hypertension* 2006  48:892-900.

9.      Raji A*, **Williams, JS**\*, Hopkins PN, Simonson DC, Williams GH.  Familial aggregation of insulin resistance and cardiovascular risk factors in hypertension.  *J Clin Hyperten* 2006  8:791-6.

10.     Chamarthi B, Kolatkar NS, Hunt SC, **Williams JS**, Seely EW, Murphey L, Brown NJ, Jeunemaitre X Williams GH. Urinary Free Cortisol: An intermediate phenotype and a potential genetic marker for a salt-resistant subset of essential hypertension. *J Clin Endo Metab* 2007 :1340-6.

11.     Gumieniak O, Perlstein TS, **Williams JS**, Hopkins PN, Brown NJ, Raby BA, Williams GH.  Ala92 type 2 deiodinase allele increases risk for the development of hypertension. *Hypertension* 2007  49:461-6.

12.     **Williams JS**, Brown SM, Conlin PR.  Videos in clinical medicine:  Blood-pressure measurement. *N Engl J Med* 2009  360(5):e6.

13.     Vaidya A, Bentley-Lewis R, Jeunematre X, **Williams, JS**.  Dietary sodium alters the prevalence of electrocardiographic left ventricular hypertrophy in hypertension.  *Am J Hypertens* 2009  22:669-73.

14.     *Chamarthi B , *Williams J, , Williams G.  A mechanism for salt-sensitive hypertension:  abnormal dietary sodium mediated vascular response to angiotensin II . *J Hypertens* 2010  28:1020-6.

15.     Underwood P, Sun B, Pojoga L, **Williams JS**, Chamarthi B, Su J, Brown N, Adler GK, Williams G.  The relationship between peroxisome proliferator-activated receptor-gamma and renin:  a human genetics study.  *J Clin Endo Metab* 2010  95:75-79.

16.     *Sun B, **Williams JS,** Svetky L, Conlin PR.  Beta adrenergic receptor genotype affects the renin-angiotensin-aldosterone system response to the Dietary Approaches to Stop Hypertension (DASH) dietary pattern. *Amer J Clin Nutr* 2010  92:444-9.

17.     Forman JP, **Williams JS**, Fisher NDK.  Plasma 25-hydroxyvitamin D levels and the renin-angiotensin system in humans. *Hypertension* 2010  55:1283-8.

18.     **Williams JS**.  Spironolactone and resistant hypertension.  *Nature Rev Endocrine* 2010  6:248-50.

19.     *Sun B, ***Williams JS**, Chamarthi B, Su J, Raby B, Williams GH.  Renin gene polymorphism: its relationship to hypertension, renin levels and vascular responses. *J Renin Angioten Aldost System* 2011  12:564-71.

20.     Vaidya A, Forman JP, **Williams JS**.  Vitamin D and the vascular sensitivity to angiotensin II in obese Caucasians with hypertension.  J *Hum Hypertens* 2011  25:672-8.

21.     Vaidya A, Pojoga L, Underwood PC, Forman JP, Hopkins PN, Williams GH**, Williams JS**.  The association of plasma resistin with dietary sodium manipulation, the renin-angiotensin-aldosterone syste, and 25-hydroxyvitamin D3 in human hypertension. *Clin Endocr*  2011  74:294-9.

22.     Vaidya A, Forman JP, Underwood PC, Jeunemaitre X, Hopkins PN, Brown NJ, Williams GH, Pojoga L, **Williams JS**.  The influence of body mass index and renin-angiotensin-aldosterone system activity on the relationship between 25-hydroxyvitamin D and adipoectin in Caucasian men.  *Eur J Endocrin* 2011  164:995-1002.

23.     Underwood P, Sun B, **Williams JS**, Pojoga L, Lasky-Su J, Raby B, Hopkins PN, Jeunemaitre X, Brown NJ, Williams GH.  The association of the angiotensinogen gene with insulin sensitivity in humans: a tagging single nucleotide polymorphism and haplotype approach.  *Metabolism* 2011  60:1150-7.

24.     Vaidya A, Forman JP, Hopkins PN, Seely EW, **Williams JS**.  25-hydroxyvitamin D is associated with plasma renin activity and the pressor response to dietary sodium intake in Caucasians. *J Ren Angioten Aldos Sys* 2011  12:311-9.

25.     Vaidya A, Sun B, Forman JP, Hopkins PN, Jeunemaitre X, Brown NJ, Kolatkar NS, Williams GH, **Williams JS**.  The Fok1 vitamin D receptor gene polymorphism is associated with plasma renin activity in Caucasians. *Clin Endocrin* 2011  74:783-90.

26.     Sun B, **Williams JS**, Conlin PR.  Biological factors that influence blood pressure response to lifestyle modifications. In Lin PH, Svetkey L (Eds.), "Nutrition, Lifestyle Factors and Blood Pressure" 2011; Oxford: Taylor & Francis Group.

27.     Pojoga LH, Underwood PC, Goodarzi MO, **Williams JS**, Adler GK, Jeunemaitre X, Hopkins PN, Raby BA, Lasky-Su J, Sun B, Cui J, Guo X, Taylor KD, Chen YDI, Xiang A, Raffel LJ, Buchanan TA, Rotter JI, Williams GH.  Variants of the caveolin-1 gene:  a translational investigation linking insulin resistance and hypertension. *J Clin Endocrin Metabol* 2011  96:E1288-92.

28.     **Williams JS**, Hopkins PN, Jeunemaitre X, Brown NJ. *CYP4A11* T8590C polymorphysim, salt-sensitive hypertension, and renal blood flow. *J Hypertens* 2011 29:1913-8.

29.     Pojoga LH, **Williams JS**, Yao TM, Kumar A, Raffetto JD, do Nascimento GR, Reslan OM, Adler GK, Williams GH, Shi Y, Khalil RA. Histone demethylase LSD1 deficiency during high salt diet is associated with enhanced vascular contraction, altered NO-cGMP relaxation pathway, and hypertension. *AJP-Heart and Circ* 2011  301:H1862-71.

30.     Vaidya A, **Williams JS**, Forman JP. The independent association between 25-hydroxyvitamin D and adiponectin and its relation with BMI in two large cohorts:  the NHS and the HPFS. *Obesity (Silver Spring)* 2012  20:186-91.

31.     Underwood PC, Chamarthi B, **Williams JS**, Sun B, Raby BA, Hopkins PN, Jeunemaitre X, Adler GK, Williams GH.  Replication and meta-analysis of the gene-environment interaction between body mass index and the interleukin-6 promoter polymorphism with higher insulin resistance. *Metabolism* 2012  61:667-71.

32.     *****Williams JS**, *Chamarthi B, Goodarzi MO, Pojoga LH, Sun B, Garza AE, Raby BA, Adler GK, Hopkins PN, Brown NJ, Jeunemaitre X, Ferri C, Fang R, Leonor T, Cui J, Taylor KD, Ida Chen YD, Xiang A, Raffel LJ, Buchanan TA, Rotter JI Williams GH, Shi Y.  Lysine-specific demethylase 1, an epigenetic regulator of salt-sensitive hypertension.  *Am J Hypertens* 2012  25:812-7.

33.    Vaidya A, **Williams JS**.  The relationship between vitamin D and the renin-angiotensin system in the pathophysiology of hypertension, kidney disease, and diabetes. *Metabolism* 2012  61:450-8.

34.    Underwood PC, Chamarthi B, **Williams JS**, Garg R, Costello L, Hopkins PN, Ferri C, Jeunemaitre X, Adler GK, McClain D, McCall A, Williams GH. Nonmodulation as the mechanism for salt sensitivity of blood pressure in individuals with hypertension and type 2 diabetes mellitus.. *J Clin Endocrin Metab* 2012  97:3775-82.

35.    *Larson C, *Vaidya A, Sun B, **Williams JS**.  The influence of dietary sodium modulation on electrocardiographic voltage criteria for left ventricular hypertrophy in normotensive individuals. *J Invest Med* 2012  60:39-43.

36.    Vaidya A, **Williams JS**.  Vitamin D and Insulin Sensitivity:  Can Gene Association and Pharmacogenetic Studies of the Vitamin D Receptor Provide Clarity?  *Metabolism* 2012 61:759-61.

37.    *Sun B, *Chamarthi B,  **Williams JS**, Krug A, Lasky-Su J, Raby BA, Hopkins PN, Jeunemaitre X, Brown NJ, Ferri C, Williams GH. Different Polymorphisms of the Mineralocorticoid Receptor Gene Are Associated with either Glucocorticoid or Mineralocorticoid Levels in Hypertension. *J Clin Endocrin and Metab* 2012  97:E1825-9.

38.    Vaidya A, Sun B, Larson C, Forman JP, **Williams JS**.  Vitamin D3 therapy corrects the tissue sensitivity to angiotensin II akin to the action of converting enzyme inhibitor in obese hypertensives:  A prospective study.  *J Clin Endocrin and Metab* 2012  97:2456-65.

39.    **Williams JS**.  The early-stage patient-oriented researcher in 2012:  Challenges and strategies.  *Clin Trans Science* 2012  5:221-2.

40.    Carey RM, Schoeffel CD, Gildea JJ, Jones JE, McGrath HE, Gordon LN, Park MJ, Sobata RS, Underwood PC, **Williams JS**, Sun B, Raby B, Laskey-Su J, Hopkins PN, Adler GK, Williams SM, Jose PA, Felder RA.  Salt-sensitivity of blood pressure is associated with polymorphisms in the sodium-bicarbonate co-transporter. *Hypertension* 2012  60:1359-66.

41.    Pojoga LH, Coutinho P, Rivera A, Yao TM, Maldonado ER, Youte R, Adler GK, **Williams JS**, Turchin A, Williams GH, Romero J.  Activation of the mineralocorticoid receptor increases striatin levels.  *Am J Hypertens* 2012  25:243-9. .

42.    Rao AD, Sun B, Saxena A, Hopkins PN, Jeunemaitre X, Brown  NJ, Adler GK, **Williams JS.**  Polymorphisms in the serum- and glucocorticoid-inducible kinase 1 gene are associated with blood pressure and renin response to dietary salt intake. *J Hum Hypertens* 2013  27:176-80.

43.    Krug AW, Tille E, Sun B, Pojoga L, **Williams JS**, Chamarthi B, Lichtman AH, Hopkins PN, Adler GK, Williams GH.  Lysine-specific demethylase-1 modifies the age-effect on blood pressure sensitivity to dietary salt intake. *AGE* (Dordr) 2013  35:1809-20.

44.    Vaidya A, Underwood PC, Annes JP, Sun B, Williams GH, Forman JP, **Williams JS**. The influence of sodium- and calcium-regulatory hormone interventions on adipocytokines in obesity. *Metabolism* 2013  62:539-47.

45.    **Williams JS**.  Evolving research in non-genomic actions of aldosterone.  *Cur Opin Endocrinol Diabetes Obes*  2013  20:198-203.

46.    Brown JM, Secinaro K, **Williams JS**, Vaidya A.  Evaluating hormonal mechanisms of vitamin D receptor agonist therapy in diabetic kidney disease:  the VALIDATE-D study.  *BMC Endocrine Disorders.* 2013 13:33.

47.    Brown JM, **Williams JS**, Luther JM, Garza A, Ruan DT, Pojoga LH, Williams, GH, Garg R, Adler GK, Vaidya A.  Human interventions to characterize the relationship between the renin-angiotensin-aldosterone system and parathyroid hormone.  *Hypertension* 2014 63:273-80.

48.    Seth B, **Williams JS**.  The new AHA/ACA cholesterol guidelines:  virtue or vice? *Metabolism* 2014 63:605-606.

49.    Coutinho P, Vega C, Pojoga L, Rivera A, Prado GN, Yao TM, Adler G, Torres-Grajales M, Maldonado ER, Ramos-Rivera A, **Williams JS**, Williams G, Romero JR.

8

Aldosterone's rapid, non-genomic effects are mediated by striatin: A modulator of aldosterone's effect on estrogen action. *Endocrinology* 2014 155:2233-43.

50.    **Williams JS**, Sun B, Garg R. Effect of low salt diet on insulin resistance in salt sensitive versus salt resistant hypertension. *Hypertension* 2014 64:1384-7.

51.    Hamnvik OP, Choueiri T, Turchin A, McKay R, Goyal L, Davis M, Kaymakalan M, **Williams JS**. Clinical risk factors for the development of hypertension in patients treated with small-molecule inhibitors of the VEGF signaling pathway. *Cancer* 2015 121:311-9.

52.    Garza A, Rariy C, Sun B, **Williams JS**, Lasky-Su J, Baudrand R, Yao T, Moize B, Hafiz W, Romero J, Adler G, Ferri C, Hopkins P, Pojoga L, Williams GH. Variants in striatin gene are associated with salt sensitive blood pressure in mice and humans. *Hypertension* 2015;65:211-7.

53.    Arora P, Reingold J, Baggish AL, Guanaga D, Wu C, Ghorbani A, Chen-Tournoux A, Khan A, Tainsh LT, Buys E, **Williams J**, Heublein D, Burnett J, Semigran M, Bloch K, Scherrer-Crosbie M, Newton-Cheh C, Wang T. Weight loss, saline loading, and the natriuretic peptide system. *JAHA* 2015 4(1).

54.    Vaidya A, Brown JM, **Williams JS**. The renin-angiotensin-aldosterone-system and calcium-regulatory hormones. *J Hum Hypertens* 2015 Jan 9 (Epub ahead of print).

55.    Baudrand R, Pojoga L, Vaidya A, Garza A, Vohringuer P, Jeunemaitre X, Hopkins P, **Williams, JS,** Yao T, Adler GK, Williams GH. Statin use and adrenal aldosterone productin in hypertensive and diabetic subjects. *Circulation* 2015 (in press).


**Local Invited Presentations:**

| | |
|---|---|
| 2006 | K23 Workshop Brigham and Women's Hospital/Partners Healthcare |
| 2007 | How to obtain a K23 Mentored Career Award |
| | Harvard Medical School |
| 2008 | NIH K23 and Loan Repayment Programs |
| | Harvard Medical School |
| 2009 | How to Obtain a K23 Award. Introduction to Clinical Research Program |
| | Harvard Medical School |
| 2009 | Dietary Sodium and Diastolic Dysfunction. Cardiovascular Leadership Award Conference |
| | Brigham and Women's Hospital |
| 2009 | Medical Grand Rounds: Hypogonadism and testosterone replacement therapy. |
| | Boston VA Healthcare Systems |
| 2010 | How to Obtain a K23 Award. Introduction to Clinical Research Program |
| | Harvard Medical School |
| 2010 | The NIH K23 and LRP Programs, Scholars in Clinical Science Program, Harvard Medical School |
| 2011 | The NIH K23 and LRP Programs, Scholars in Clinical Science Program, Harvard Medical School |
| 2011 | How to Obtain a K23 Award. Introduction to Clinical Research Program |
| | Harvard Medical School |
| 2012 | How to Apply for a NIH K23 Award", 9[th] Annual Introduction to Clinical Research Course, Brigham and Women's Hospital |
| 2012 | Anatomy and Art of Writing a Career Development Award Grant", Center for Clinical Investigations, Brigham and Women's Hospital and Children's Hospital |
| 2012 | Formulating the Research Question, Principles and Practice of Clinical Research Course, Department of Continuing Medical Education, Harvard Medical School |
| 2012 | Primary and Secondary Adrenal Insufficiency, Continuing Medical Education Program, Division of Endocrinology, Diabetes and Hypertension, Brigham and Women's Hospital |
| 2012 | Male Hypogonadism, Medical Grand Rounds, Boston, VA Healthcare Systems, Boston, MA |

| | |
|---|---|
| 2013 | Resistant Hypertension and Advances Towards Precision-based Medicine, Medical Grand Rounds, Boston VA Healthcare System, Boston, MA |
| 2013 | Formulating the Research Question, Principles and Practice of Clinical Research Course, Department of Continuing Medical Education, Harvard Medical School |
| 2013 | Obesity, Natriuretic Peptides and Salt Sensitvity, Continuing Medical Education, Center for Nursing Excellence, Center for Clinical Investigations, Brigham and Women's Hospital |
| 2013 | How to Apply for a NIH K23 Award?" 10th Annual Introduction to Clinical Research Course, Brigham and Women's Hospital |
| 2013 | NIH K23 and LRP programs, Longitudinal Seminar Series, Masters Program in Clinical and Translational Investigations |
| 2014 | Formulating the Research Question, Principles and Practice of Clinical Research Course, Department of Continuing Medical Education, Harvard Medical School |
| 2015 | How to Apply for a NIH K23 Award, 12th Annual Introduction to Clinical Research Course, Brigham and Women's Hospital |
| 2015 | Formulating the Research Question, Principles and Practice of Clinical Research Course, Department of Continuing Medical Education, Harvard Medical School |
| 2015 | The NIH K23 and LRP programs, Longitudinal Seminar Series, Program in Clinical and Translational Sciences, Harvard Medical School |
| 2015 | Primer on the Harvard Business School Case-base Instruction Method, Masters in Clinical and Translational Investigations |
| 2015 | Protocol Development, Harvard Catalyst Course in Clinical Trial Design |
| 2015 | Research Question Pitfalls, Harvard Catalyst Course in Clinical Trial Design |
| 2015 | Obesity and Hypertension, Clinical Update on Obesity, Diabetes, Hyperlipidemia and the Metabolic Syndrome, Boston VA Healthcare System, August 2015 |

**National and International Invited Presentations:**

| | |
|---|---|
| 2011 | K23 Workshop, Annual Meeting of the Association of Clinical Researchers and Training, Washington, DC |
| 2011 | K23 Workshop, Endocrine Society Annual Scientific Meeting, Boston, MA |
| 2012 | K23 Workshop, Endocrine Society Annual Scientific Meeting, Houston, TX |
| 2013 | K23 Workshop, Endocrine Society Annual Scientific Meeting, San Francisco, CA |
| 2006 | Non-modulating hypertension is associated with insulin resistance and the Lys528Arg variant of human adipocyte derived leucine aminopeptidase (abstract) |
| | American Heart Association Council for High Blood Pressure Research, Washington DC |
| 2008 | Genetic alteration of a histone demethylase is associated with altered aldosterone and vascular responsiveness: An intermediate phenotype of human hypertension |
| | American Heart Association Council for High Blood Pressure Research, Atlanta, GA |
| 2010 | Association of CYP4A11 T8590C Variant with Renal Vascular Resistance and Blood Pressure during High Salt Intake, American Heart Association Council for High Blood Pressure Research, Washington DC, October 13-16, 2010 |
| | American Heart Association Council for High Blood Pressure Research, Washington, DC |
| 2012 | Obesity and Hypertension, 9th Pan-Helenic Congress on Obesity, Athens, Greece, March 1-3, 2012 |
| 2013 | Clinical Utility of Renin Measurement in Hypertension, Labroots Webinar (Sponsor, DiaSorin, Inc) |
| 2013 | Sodium restriction reveals early aortic impedance and left ventricular systolic dysfunction in hypertension. Oral presentation, American Heart Association Scientific Sessions, Dallas, TX, November 16-21, 2013 |
| 2014 | NIH K Award Funding: Future Leaders in Advancing Endocrine Research Symposia, Endocrine Society, New Orleans, LA, February 8-9, 2014 |
| 2014 | K23 Workshop, Endocrine Society Annual Scientific Meeting, Chicago, IL, June 19-24, 2014 |

| 2014 | Vitamin D and the Renin-angiotensin-aldosterone system.  Vascular Biology and Hypertension 25th Annual Meeting, University of Alabama-Birmingham, AL, September 21-23, 2014 |
| 2015 | Introduction to Diabetes, IMEDIC, Distance-based learning (India) |
| 2015 | Diabetic Complications, IMEDIC, Distance-based learning (India) |
| 2015 | Diabetes Management, IMEDIC, Distance-based learning (India) |
| 2015 | Hypertension research as a model of clinical research programs.  Biomedical Research Foundation Academic of Athens, Diabetes, Obesity, and Metabolic Syndrome: From basic research to clinical practice. Nafplion, Greece, April 17-18, 2015. |
| 2015 | A model of formal clinical research training:  The Harvard MPCTI.  Biomedical Research Foundation Academic of Athens, Diabetes, Obesity, and Metabolic Syndrome: From basic research to clinical practice. Nafplion, Greece, April 17-18, 2015. |
| 2015 | American Diabetes Association: Clinical Highlights, IMEDIC, Distance-based learning (India) |
| 2015 | American Heart Association: Clinical Highlights, IMEDIC, Distance-based learning (India) |

**Four-year Expert Medical Opinion Deposition and Trial History**

*Updated June 5, 2024*

EXHIBIT

**Williams-2**

Jonathan Williams, MD, MMSc
184 High Street
Ashland, MA  01721

**Depositions**:

1.    Case:  Mitsubishi Tanabe Pharma v. Sandoz Inc., Zydus Pharmaceuticals Inc. et al (US District Court, NJ)
Attorney:  Hershey Stern (212-506-1794)
Firm:  Kasowitz Benson Torres, LLP (NYC, NY)
Deposition Date:  January 7, 2020

2.    Case:  John Bennet v. Mayo Clinic and Mayo Clinic Hospital-Rochester (US District Court, MN)
Attorney:  Eugene H. Fahrenkrog, Jr (314-241-4567)
Firm:  Eugene H. Fahrenkrog, Jr., PC (St. Louis, MO)
Deposition Date:  November 19, 2020

3.    Case:  Tonya Forrest v. Richard Bruce Van Eldik, M.D and Endoscopy Center of Ocala (5th Judicial Circuit Marion County, FL)
Attorney:  Olivia T. Kronenberg, Esq (855-292-2111)
Firm:  Paul, Knopf, Bigger (Winter Park, FL)
Deposition Date: April 5, 2021

4.    Case:  William Bawgus v. Downtown Baltimore Family Care, P.A., et al.  (Circuit Court for Baltimore, MD)
Attorney:  Robert Joyce, Esq (443-562-2992)
Firm:  Law Office of Barry R. Glazer, L.L.C.
Deposition Date:  January 14, 2022

5.    Case:  Dai'Vontay Hudson v. Miami Valley Hospital, et al (Court of Common Pleas, Montgomery County, OH)
Attorney:  Williams S. Jacobsen, Esq
Firm:  Nurenberg Paris
Deposition Date:  August 12, 2022

**Trial Testimony**:

1.    Mitsubishi Tanabe Pharma v. Sandoz Inc., Zydus Pharmaceuticals Inc. et al (US District Court, NJ)
The Honorable Freda L. Wolfson (Chief, United States District Judge)
Attorney:  Hershey Stern (212-506-1794)
Firm:  Kasowitz, Benson, Torres, LLP (NYC, NY)
Trial Appearance Date:  October 2, 2020

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STACEY WOLKING and DARYL    :
WOLKING, W/H                :
                             :
        Plaintiffs,      :   Civil Action #
                             :
       vs.              :
                             :
HENRY LINDNER, M.D., AND    :   JURY TRIAL DEMANDED
YOUNGS APOTHECARY, INC. D/B/A :
TUNKHANNOCK COMPOUNDING  :
CENTER                  :
        Defendants.    :

EXHIBIT

Williams-3

**<u>COMPLAINT</u>**

1.     Federal jurisdiction in this action is predicated upon diversity of citizenship under the statutory authority of 28 U.S.C. § 1332. The amount in controversy exceeds $75,000.00.

2.     Venue is in the Middle District of Pennsylvania pursuant to 28 U.S.C. § 1391(b) because (1) some or all defendants are residents of this judicial district and/or (2) the acts and omissions that form the subject matter of this action occurred in this judicial district.

3.     For purposes of diversity under 28 U.S.C. § 1332, all defendants are citizens of the Commonwealth of Pennsylvania and all plaintiffs are citizens of the Commonwealth of Virginia.

1

4.      Plaintiff Stacey Wolking ("Stacey") and Daryl Wolking ("Daryl") are wife and husband, and are adult citizens of the Commonwealth of Virginia, currently residing at 36937 Basswood Court, Purcellville, Virginia 20132.

5.      Defendant Henry Lindner, M.D. ("Dr. Lindner") is an adult citizen of the Commonwealth of Pennsylvania.  At all relevant times, he was a physician licensed to practice medicine in the Commonwealth of Pennsylvania, holding himself out as a practitioner in the areas of endocrinology and infectious disease.  Dr. Lindner maintained a medical practice, office, and place of business at 230 West Tioga Street, Suite 5, Tunkhannock, Pennsylvania 18657.  Plaintiffs are asserting a professional liability claim against this Defendant.  A Certificate of Merit pursuant to and in compliance with Pa.R.C.P. No. 1042.3 regarding this defendant is attached hereto as Exhibit A.

6.      Defendant Youngs Apothecary Inc., doing business as Tunkhannock Compounding Center ("Tunkhannock Compounding Center"), was at all relevant times a corporation or other jural entity organized according to and existing under the laws of the Commonwealth of Pennsylvania, with a license or other authority to sell and dispense prescription medications, with a business address at 230 West Tioga Street, Suite 3, Tunkhannock, Pennsylvania 18657.

7.      At all relevant times, Tunkhannock Compounding Center acted by and through its agents, servants, and/or employees who were acting within the course and scope of their agency and/or employment.

8.      At all relevant times, Tunkhannock Compounding Center was engaged directly or indirectly, though its agents and/or employees, in the care and treatment of

Stacey. Consequently, this Defendant had actual and/or constructive knowledge of the medications provided to Stacey by its pharmacists during the timeframe referenced in this Complaint. Stacey is asserting a professional liability claim against this Defendant for the negligence of its agents, servants, and/or employees under the theories of *respondeat superior*, vicarious liability, master-servant, agency and right of control. A Certificate of Merit pursuant to and in compliance with Pa.R.C.P. No. 1042.3 regarding this defendant is attached hereto as Exhibit B.

## **OPERATIVE FACTS**

9. In 2013, Stacey was fifty-one (51) years old, and she began looking for medical advice and treatment related to chronic fatigue, brain fog, malaise, and similar symptoms. She discovered Dr. Lindner, who advertised on a website, HormoneRestoration.com.

10. HormoneRestoration.com does not mention whether Dr. Lindner is board certified in any specialty. It states that he began a residency in psychiatry, but resigned after one year and became a general medical officer and flight surgeon in the United States Air Force.

11. Stacey met with Dr. Lindner one time in Tunkhannock, Pennsylvania, in and around 2013. From 2013 through 2022, Stacey was a patient of Dr. Lindner's and was under his medical care, and communicated with him by phone and email.

## I.    Dr. Lindner's Treatment of Stacey for Babesiosis

12.    On June 25, 2021, Dr. Lindner noted in Stacey's medical record that Stacey's persistent achiness, brain fog, headache, nausea, night sweats, abdominal discomfort, and shortness of breath were consistent with "persistent infection with Babesia odocoilei."

13.    *Babesia odocoilei* is one particular species of the babesia parasite.  An infection caused by a babesia parasite is known as "babesiosis."

14.    Almost all cases of babesiosis in the United States are caused by *babesia microti*, not *babesia odocoilei*.  Dr. Lindner has acknowledged that cases of human infection caused by *babesia odocoilei* are "unknown to mainstream medicine," and difficult to detect by laboratory testing.

15.    It is standard practice for doctors in the United States to diagnose babesiosis using epidemiological risk factors and clinical evidence, and to confirm the diagnosis with a blood smear examination or a polymerase chain reaction (PCR) test.

16.    Dr. Lindner diagnosed Stacey with babesiosis without ever confirming his diagnosis with a blood smear examination or a PCR test.

17.    Stacey has never tested positive for babesiosis.  Stacey took one blood test for babesiosis in September 2021, but the result was "indeterminate."

18.    According to the Centers for Disease Control and Prevention ("CDC"), for non-immunosuppressed people, babesiosis is either asymptomatic or causes an acute illness, which should be confirmed through testing and treated for 7-10 days with antimicrobials, such as azithromycin and atovaquone.

19.     A reasonable physician does not prescribe antimicrobial medications for months or longer without a specifically identified objective rationale, confirmed by testing, because of the risk that the patient will develop antimicrobial resistance and other adverse side effects.

20.     Despite not having a blood smear or PCR test result confirming that Stacey had babesiosis, Dr. Lindner prescribed a combination of antimicrobial medications to Stacey for longer than one year.

21.     Dr. Lindner knew that some of the medications he prescribed, such as tafenoquine, were not FDA approved for the treatment of babesiosis, or were not routinely recommended by the CDC or the Infections Diseases Society of America ("IDSA").

22.     On October 6, 2021, Stacey signed a form with the caption "HormoneRestoration.com, Henry Lindner, MD" and the title, "Consent for the Treatment of Chronic Babesiosis," which Dr. Lindner retained in Stacey's file.

23.     The consent form showed that Dr. Lindner was aware that his treatment program for babesiosis, which included high doses of corticosteroids, posed risks of depression and suicidality for his patients, as well as adverse physical side effects.

24.     On January 17, 2022, Dr. Lindner emailed Stacey a "Babesiosis Treatment Guide" that further described the risks of his treatment program, including gastrointestinal symptoms, anxiety, depression, delirium, and panic attacks.

25.     Dr. Lindner's "Babesiosis Treatment Guide" also stated, "No matter what problems you experience with killing babesia, there is no alternative but to continue to increase the potency of the regimen in order to keep eliminating the parasites."

26.     Stacey relied on Dr. Lindner's diagnosis and treatment advice for babesiosis.

27.     Dr. Lindner convinced Stacey that the harm caused by babesia parasites was worse than the possible side effects she would experience.

28.     Stacey relied on Dr. Lindner's diagnosis and treatment advise for babesiosis in part because Dr. Lindner told Stacey that he had diagnosed babesiosis in his own daughter, and he had developed the treatment program for her.

**II.     Dr. Lindner's Prescription of High Corticosteroid Doses**

29.     Dr. Lindner prescribed Stacey and other babesiosis patients high doses of corticosteroids, including prednisone, hydrocortisone, and dexamethasone, which he claimed could address the inflammation patients experienced as a result of the antimicrobial medications.

30.     Between June 2021 and October 2022, Stacey took the medications prescribed by Dr. Lindner and regularly reported her dosages, symptoms, and reactions to Dr. Lindner by email.

31.     In August and September 2022, Dr. Lindner began to recommend that Stacey take higher and higher dosages of corticosteroids.

32.     A reasonable physician would rarely, if ever, prescribe 100 milligrams of prednisone (or corticosteroid equivalent) per day to a patient outside of a hospital setting, and even at that high of a dosage, a reasonable physician would begin to taper down the dosage within a few days.

33.    On August 11, 2022, Stacey wrote to Dr. Lindner and described taking 137.5 milligrams of prednisone the day before.  In Dr. Lindner's reply email, written the same day, he told Stacey to "take all the pred you need."[1]

34.    In the same reply to Stacey on August 11, 2022, Dr. Lindner wrote that his daughter had taken 400 milligrams of prednisone daily for six weeks and suffered some adverse consequences that he considered to be reversible with time.

35.    On August 13, 2022, Stacey wrote to Dr. Lindner, "I'm dying," and reported having taken 190 milligrams and 185 milligrams of prednisone on recent days.  In reply, Dr. Lindner recommended that Stacey begin taking dexamethasone, explaining that "a 4mg Dex tab is like 28mgs of prednisone," and that Stacey should report her dosages using this equation.

36.    On August 14, 2022, Stacey wrote to Dr. Lindner that she had taken 288 milligrams of prednisone the day before.  She wrote that she was having great difficulty sleeping, as well as experiencing severe pain and nausea.

37.    In a reply email on August 15, 2022, Dr. Lindner continued to approve Stacey's high corticosteroid doses, and explained that his daughter had taken even more, while experiencing side effects including osteoporosis, weakened muscles, a puffy face, and protuberant abdomen.

---

[1] Throughout this Complaint, emails are quoted in relevant part, because they are too lengthy to be quoted in full.

38.     On August 16, 2022, Stacey wrote to Dr. Lindner that she had taken 388 milligrams of prednisone the day before and was continuing to experience intense abdominal pain and nausea.  Once again, Stacey wrote, "I am dying."

39.     The same day, on or about August 16, 2022, Dr. Lindner wrote Stacey an additional dexamethasone prescription (as described below).

40.     During the remainder of August 2022 and the beginning of September 2022, Stacey decided to taper her prednisone intake, and she and her husband Daryl updated Dr. Lindner by email.   Dr. Lindner warned Stacey and Daryl at various times in his communications with them about the adverse effects of prednisone withdrawal, including anxiety, brain fog, fatigue, achiness, nausea, and other symptoms.

41.     By September 16, 2022, Stacey was down to between 9 and 13 milligrams of prednisone per day, and intended to continue tapering her corticosteroid doses.

42.     On September 19, 2022, Dr. Lindner advised Stacey by phone that she should re-start the higher corticosteroid doses and the rest of his treatment program for babesiosis.

43.     The next day, September 20, 2022, Stacey reported to Dr. Lindner that she had taken 120 milligrams of prednisone in the past 24 hours.

44.     On September 21, 2022, Stacey reported to Dr. Lindner, "I ended up taking 165mg yesterday!"  Dr. Lindner replied the same day, "Do not concern yourself with the high amounts you need now.  You have no choice but to take these high amounts."

45.     On September 23, 2022, Dr. Lindner wrote to Stacey that she should take the equivalent of 168mgs of prednisone upon waking and 160 milligrams as soon as it felt like it was wearing off.

46.     On September 24, 2022, Stacey reported to Dr. Lindner that she had taken 733 milligrams of prednisone that day, after having taken 426 milligrams of prednisone on Friday.

47.     On September 25, 2022, Stacey wrote to Dr. Lindner that she had taken a total of 775 milligrams of prednisone the day before, and asked, "Is there an amount I should just not let myself go over in a day?"

48.     Dr. Lindner replied to Stacey on September 26, 2022, "There is no upper limit on dosing.  You just have to take as much as you need, whatever that Dex/pred dose is."

49.     On September 27, 2022, Stacey wrote to Dr. Lindner that she was experiencing severe diarrhea and a bad stomachache, and that it was hard to eat or take medications.  She described her prednisone dosages for the past three days as 775 milligrams , 672 milligrams, and 686 milligrams.

50.     Dr. Lindner's reply to Stacey on September 27, 2022, included "I suspect you're needing even more Dex/pred now than you are taking."

51.     Stacey wrote to Dr. Lindner again on September 27, 2022 and described having taken 1610 milligrams of prednisone in the previous thirty hours.

52.     The same day, on or about September 27, 2022, Dr. Lindner wrote Stacey a new prescription for dexamethasone (as described below).

53.     On September 28, 2022, Dr. Lindner replied to Stacey, approved of her prednisone doses, and added that his daughter had to take 1,200 milligrams per day at times.

54.     On September 29, 2022, Daryl wrote to Dr. Lindner on Stacey's behalf, and described Stacey's last three days of prednisone dosages as 910 milligrams, 1272 milligrams, and 1526 milligrams.  Daryl described Stacey as "near comatose."

55.     On September 30, 2022, Dr. Lindner replied to Daryl and explained that Stacey was the only other babesia patient besides his daughter who "needed" such high prednisone doses.

56.     On October 1, 2022, Stacey wrote to Dr. Lindner that her symptoms continued to include an intense headache, severe stomachache, nausea, heart pounding, constant sweats and chills, swollen feet, face, and hands, and the feeling that she could barely get out bed.  She wrote to Dr. Lindner, "It's too much I'm dying."

57.     On October 3, 2022, Daryl wrote to Dr. Lindner that Stacey had "vomited trying to take pred."  Daryl believed that Stacey would take 1100 milligrams by the end of the day.  Dr. Lindner replied the same day that Stacey should take DHEA to help balance the high corticosteroid doses.

58.     On October 4, 2022, Dr. Lindner wrote to Daryl and acknowledged "that the prolonged high steroid doses are weakening her muscles, bones, and connective tissues."

59.     Also on October 4, 2022, Daryl wrote to Dr. Lindner, "Her total pred yesterday was 1,848 milligrams in 14 doses."  Dr. Lindner's reply the same day included, "OK on the pred dose."

60.     On or about October 5, 2022, Dr. Lindner wrote two dexamethasone prescriptions for Stacey, which (combined) directed her to consume the equivalent of up to 840 milligrams of prednisone per day.

61.     On October 7, 2022, Daryl wrote to Dr. Lindner that he called an ambulance to take Stacey to the hospital, and that he was "listening to her screaming in pain in the CT scan room."

62.     Stacey was admitted to the Emergency Department at Loudon Hospital on October 7, 2022.  She presented with a small bowel perforation and underwent an exploratory laparotomy surgery with small bowel and sigmoid colon repair, and received an ostomy bag.

63.     On October 10, 2022, Stacey told her treatment providers at Loudon Hospital and her family that she felt she had nothing left to live for and wanted to end her suffering that day.  Stacey eventually agreed to accept a steroid taper and other therapies.

64.     Also on October 10, 2022, Daryl wrote to Dr. Lindner, "Yesterday and today have been consumed with [S]tacey's wish to stop treatment.  [S]he's very depressed, has talked about how to go about ending her life."

65.     In a response email on October 10, 2022, Dr. Lindner wrote to Daryl, "I feel terrible that Stacey has had these complications from my attempts to kill the babesia."

66.     Stacey's record from Loudon Hospital states that she was admitted to hospice care on October 24, 2022, because she decided to stop taking her medications, and did not want to live in severe pain.  The record reflects that Daryl and other family members spoke to her about this decision, but she had decided that she did not want to live anymore.

67.     On October 25, 2022, Dr. Lindner advised Daryl by email that he should remove Stacey from the hospital's care in order to give her more steroids, or to try to give her dexamethasone or prednisone tablets himself.  The same day, Dr. Lindner wrote to

Daryl by email that "withdrawal from steroids at such a time would make anyone want to die" and that "[b]abesiosis and steroid withdrawal are the only explanations for her severe malaise at this time."

68.     On October 26, 2022, Dr. Lindner wrote to Daryl that what Stacey was feeling was intolerable, and that "it is understandable that she'd want to die rather than continue to exist in this state.  The doctors there will not understand any of this."  Dr. Lindner once again encouraged Daryl to take Stacey "home or somewhere where you can give her steroids."

69.     Daryl did not remove Stacey from the hospital.  Stacey re-started a maintenance dose of corticosteroids on October 26, 2022, and decided to revoke hospice care.

70.     On October 28, 2022, Stacey was discharged from Loudon Hospital to Encompass Health Rehabilitation Hospital of Northern Virginia, where she remained until November 17, 2022.

### III.     Tunkhannock Compounding Center

71.     In an email on August 15, 2022, Dr. Lindner directed Stacey to stop filling her corticosteroid prescriptions at her local pharmacy, and instead to use the Tunkhannock Compounding Center, a pharmacy that shares the same address as Dr. Lindner's office.  Dr. Lindner wrote that Stacey's local pharmacy might complain to his medical board about the high corticosteroid doses.

72. In just eight days in August of 2022, Tunkhannock Compounding Center provided Stacey with the equivalent of 10,600 milligrams of prednisone, something that no reasonable pharmacist would do for a single patient outside of a hospital setting:

    a. On or about August 8, 2022, Tunkhannock Compounding Center filled a prescription ordered by Dr. Lindner for Stacey for five hundred 10-milligram prednisone tablets, and the prescription bottle contained the direction for Stacey to "Take up to 10 tablets daily as directed."

    b. On or about August 16, 2022, Tunkhannock Compounding Center filled a second prescription ordered by Dr. Lindner for Stacey, this time for two hundred 4-milligram dexamethasone tablets.

73. Stacey's prescription from August 8, 2022, was characterized as a 30-day supply, and her prescription from August 16, 2022, was characterized as a 50-day supply. Nonetheless, between September 27, 2022, and October 5, 2022, Tunkhannock Compounding Center provided Stacey with the equivalent of an additional 8,400 milligrams of prednisone, something that no reasonable pharmacist would do for a single patient outside of a hospital setting:

    a. On September 27, 2022, Tunkhannock Compounding Center filled a prescription ordered by Dr. Lindner for Stacey, again for 4-milligram dexamethasone tablets. This time the quantity was one hundred tablets, which the receipt characterized as a "50 day supply." The prescription bottle contained the direction to "Take up to 10 tablets by mouth daily as directed."

      b.  On or about October 5, 2022, Tunkhannock Compounding Center filled a prescription ordered by Dr. Lindner for Stacey, again for 4-milligram tablets of dexamethasone.  This time the quantity was two hundred tablets, and Dr. Lindner's notes state that he advised Stacey to take "Up to 20 tabs PO daily as directed."

74.    Combined, Tunkhannock Compounding Center provided Stacey with the equivalent of 19,000 milligrams of prednisone in less than two months, something that no reasonable pharmacist would do for a single patient outside of a hospital setting.

**IV.   Damages**

75.    Defendants caused Stacey to suffer such severe physical and emotional pain and distress that she became suicidal, refused all medical treatments, asked her doctors to allow her to die, and spent approximately two days in hospice care at Loudon Hospital.

76.    The care and treatment provided by Defendants and their agents, servants, and/or employees to Stacey was reckless, negligent, wanton, outrageous, and a substantial factor that increased the risk of harm and/or caused the following injuries and their sequela:

      a.  perforated small intestine;

      b.  perforated large intestine;

      c.  bacteroid fragilis bacteremia;

      d.  peritonitis;

      e.  sepsis and septic shock;

      f.  bone marrow suppression and/or failure;

      g.  leukopenia and thrombocytopenia;

14

h.   acute respiratory failure with hypoxia;

i.   hypothalamic pituitary axis dysfunction;

j.   hypoalbuminemia;

k.   steroid myopathy;

l.   deep vein thrombosis in Stacey's left leg;

m.  bone density loss;

n.   hernia of the stomach;

o.   hair loss;

p.   muscle loss;

q.   Post-traumatic Stress Disorder;

r.   past and future medical expenses;

s.   loss of future earnings;

t.   past and future pain and suffering;

u.   past and future loss of life's pleasures;

v.   mental anguish;

w.  severe emotional distress;

x.   embarrassment and humiliation;

y.   permanent physical disabilities;

z.   permanent cosmetic disabilities;

aa. scarring and disfigurement;

bb. other physical and mental injuries as described more fully in Stacey's

     medical records and/or recoverable under Pennsylvania law; and

cc. other incidental expenses.

77. Stacey's injuries, as described herein, were caused solely and wholly by reason of the recklessness, negligence, wantonness, outrageousness, and carelessness of Defendants, and were not caused or contributed thereto by any negligence on Stacey's part.

## COUNT ONE – NEGLIGENCE
## PLAINTIFF STACEY WOLKING v. HENRY LINDNER, M.D.

78. The preceding paragraphs of this Complaint are incorporated as though fully set forth herein.

79. The reckless, wanton, outrageous, and negligent acts and omissions of Dr. Lindner, in his medical management, care, and treatment of Stacey, as set forth above, include, but are not limited to, one or more of the following:

a. Dr. Lindner's failure to follow the standard of care with respect to the treatment of babesiosis;

b. Dr. Lindner's diagnosis of babesiosis without ever obtaining a positive test result for babesiosis;

c. Dr. Lindner's diagnosis of a form of babesiosis which he admitted was not recognized by mainstream medicine;

d. Dr. Lindner's prescription of a combination of antimicrobial medications and high doses of corticosteroids for more than one year;

e. Dr. Lindner's prescription of medications for purposes that he knew were not approved by the FDA;

f. Dr. Lindner's prescription of unreasonably high dosages of corticosteroids;

16

3:23-cv-00806

g. Dr. Lindner's repeated statements to Stacey that she should take more corticosteroids, and/or approving of her taking higher doses of corticosteroids, and/or that there was no upper limit on prednisone dosing;

h. Dr. Lindner's instruction to Stacey that she should fill prescriptions at the Tunkhannock Compounding Center so that her local pharmacy would not complain to his medical board.

80.    At all relevant times hereto, Dr. Lindner knew or should have known that he was not properly knowledgeable, skilled, and/or competent to treat Stacey for babesiosis, or to prescribe such unreasonably high doses of corticosteroids, and that doing so put Stacey at great and unreasonable risk of injury.

81.    Treating Stacey for babesiosis and/or prescribing such high doses of corticosteroids under these circumstances was outrageous, grossly negligent, wanton, and/or reckless.

82.    As a direct and proximate result of the reckless, wanton, outrageous, and negligent conduct of Dr. Lindner, as set forth above, with conscious disregard for Stacey's welfare and well-being, Stacey was caused to suffer the injuries and damages set forth above.

**COUNT TWO – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
PLAINTIFF STACEY WOLKING v. HENRY LINDNER, M.D.**

83.    The preceding paragraphs of this Complaint are incorporated as though fully set forth herein.

84.     Dr. Lindner's medical treatment of Stacey constitutes extreme and outrageous conduct, which included, but was not limited to, Dr. Lindner's prescription of a combination of medications in dosages that he knew would cause severe emotional distress, including suicidality and depression, and his prescription of corticosteroids in dosages that he knew would cause the severe emotional distress of steroid withdrawal.

85.     Dr. Lindner's extreme and outrageous conduct was reckless, in that he knew that Stacey's severe emotional distress was certain, or substantially certain, to result, and/or he deliberately disregarded a high degree of probability that Stacey's severe emotional distress would follow Dr. Lindner's conduct.

86.     Dr. Lindner's reckless, extreme, and outrageous conduct, done with wanton, conscious disregard for Stacey's welfare, caused Stacey to experience severe emotional distress including but not limited to, one or more of the following:

    a.  Stacey's feeling that she was dying, which she expressed throughout 2022;

    b.  Stacey's desire to die at Loudon Hospital, in October 2022, after which Stacey refused all medications, and asked to be transferred to hospice care;

    c.  Stacey's depression, hallucinations, and sleep disturbances while at Loudon Hospital and Encompass Northern Virginia Rehabilitation Hospital;

    d.  Stacey's desire to die at Encompass Northern Virginia Rehabilitation Hospital in October and November 2022; and

    e.  Post-traumatic Stress Disorder.

87.     As a result of the reckless, extreme, and outrageous conduct of Dr. Lindner as set forth in this Complaint, Stacey suffered and will continue to suffer physical

manifestations of severe emotional distress, including anxiety, depression, fatigue, insomnia, nausea, and other symptoms for which, under the law, she is entitled to recover compensatory and punitive damages.

### COUNT THREE – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS PLAINTIFF DARYL WOLKING v. HENRY LINDNER, M.D.

88.    The preceding paragraphs of this Complaint are incorporated as though fully set forth herein.

89.    Dr. Lindner's medical treatment of Stacey, as described above and at times communicated through Daryl, constitutes extreme and outrageous conduct, as do Dr. Lindner's communications with Daryl after Stacey was hospitalized in October 2022, which included, but was not limited to, Dr. Lindner's advice to Daryl that he remove Stacey from Loudon Hospital in order to give her more corticosteroids.

90.    Dr. Lindner's extreme and outrageous conduct was reckless, in that he knew that Daryl's severe emotional distress was certain, or substantially certain, to result, and/or he deliberately disregarded a high degree of probability that Daryl's severe emotional distress would follow Dr. Lindner's conduct.

91.    Dr. Lindner's reckless, extreme, and outrageous conduct, done with wanton, conscious disregard for Daryl's welfare, caused Daryl to experience severe emotional distress, including but not limited to one or more of the following:

    a.    Daryl's presence at the bedside and/or in Stacey's presence throughout 2022, causing him to witness and hear her suffering as a result of the combination and doses of medications that Dr. Lindner was prescribing; and

19

b. Daryl's presence at the bedside and/or in Stacey's presence at Loudon Hospital in October 2022, where he heard her scream in pain and express her desire to die, and where he witnessed her stop taking all medications and be transferred to hospice care, despite his pleas that she continue to live.

92. As a result of the reckless, extreme, and outrageous conduct of Dr. Lindner as set forth in this Complaint, Daryl suffered and will continue to suffer physical manifestations of severe emotional distress, including fatigue, insomnia, and other symptoms for which, under the law, he is entitled to recover compensatory and punitive damages.

## COUNT FOUR – LOSS OF CONSORTIUM
### PLAINTIFF DARYL WOLKING v. HENRY LINDNER, M.D.

93. The preceding paragraphs of this Complaint are incorporated as though fully set forth herein.

94. Plaintiff Daryl Wolking has been denied, and will in the future be denied, the companionship, love, affection, comfort, care, society, services, and consortium of his wife, Plaintiff Stacey Wolking.

## COUNT FIVE – NEGLIGENCE
### PLAINTIFF STACEY WOLKING v. YOUNGS APOTHECARY INC.,
### DOING BUSINESS AS TUNKHANNOCK COMPOUNDING CENTER

95. The preceding paragraphs of this Complaint are incorporated as though fully set forth herein.

96. Defendant Tunkhannock Compounding Center through its agents, servants, and/or employees provided prescription corticosteroids for the use of Stacey Wolking

which they knew or should have known were excessive, dangerous, inappropriate, and/or improper.

97.     Defendant Tunkhannock Compounding Center through its agents, servants, and/or employees provided prescription corticosteroids for the use of Stacey Wolking in violation of rules, regulations, practices, policies, and/or guidelines in place for the dispensing of prescription corticosteroids by a licensed pharmacy.

98.     Defendant Tunkhannock Compounding Center through its agents, servants, and/or employees failed to exercise due diligence in its professional capacity by failing to contact the prescribing physician, Dr. Lindner, to inquire about the unreasonably high doses of corticosteroids prescribed, and/or failing to take steps to correct any error by the prescribing physician, and/or by failing to refuse to fill the prescriptions for corticosteroids in the unreasonably high doses ordered by Dr. Lindner.

99.     As a direct and proximate result of the negligent conduct of Tunkhannock Compounding Center, and its agents, servants, and/or employees, as set forth above, Stacey was caused to suffer the injuries and damages set forth above.

## COUNT SIX – LOSS OF CONSORTIUM
## PLAINTIFF DARYL WOLKING v. YOUNGS APOTHECARY INC., DOING BUSINESS AS TUNKHANNOCK COMPOUNDING CENTER

100.     The preceding paragraphs of this Complaint are incorporated as though fully set forth herein.

101.     Plaintiff Daryl Wolking has been denied, and will in the future be denied, the companionship, love, affection, comfort, care, society, services, and consortium of his wife, Plaintiff Stacey Wolking.

**WHEREFORE**, Plaintiffs respectfully demand compensatory damages against all Defendants, jointly, severally, or in the alternative, and punitive damages against Dr. Lindner based upon his wanton, willful, and reckless medical malpractice, and his intentional infliction of emotional distress, in an amount in excess of the local arbitration limits, exclusive of interest, costs, and damages for prejudgment delay.

Respectfully submitted,

**KLINE & SPECTER, P.C.**

By:    *Conor Lamb*
_____
SHANIN SPECTER, ESQUIRE
PA Attorney I.D. No. 40928
CONOR LAMB, ESQUIRE
PA Attorney I.D. No. 304874
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
Telephone: (215) 772-1000
Facsimile: (215) 402-2359
Shanin.Specter@klinespecter.com
Conor.Lamb@klinespecter.com

*Attorneys for Plaintiffs*

Dated:  May 16, 2023

April 24, 2024

Conor Lamb, Esq.
Kline & Specter, P.C.
1525 Locust St.
Philadelphia, PA 19102

Dear Mr. Lamb,

At your request, I provide herein my opinion on the matter of Ms. Stacey Wolking's care after having reviewed the following records provided to me:

1. Civil Action Complaint with Exhibits
2. Lindner Chart 1-607.pdf
3. Babesia odocoilei Dr. Lindner presentation ILADS 2022
4. HormoneRestoration.com website material "To Physicians of Patients Taking Hydrocortisone"
5. HormoneRestoration.com website material "For Physicians of Patients Taking Thyroid Hormones"
6. HormoneRestoration.com website material "Letter to Primary Care Physician"
7. HormoneRestoration.com website material "Private Contract for Medicare Beneficiaries"
8. HormoneRestoration.com website material "Medical History"
9. HormoneRestoration.com website material "Consent for Bioidentical Hormone Restoration and Nutrition Therapy"
10. HormoneRestoration.com website material "Consent for the Treatment of Chronic Babesiosis, Bartonellosis, and/or Lyme Disease"
11. Deposition of Brian Bryk
12. Deposition of Dr. Henry Lindner
13. Deposition of Courtney Young
19. P3-000001, Pill Bottle 20230216_100223 (Client Produced);
20. P3-000002, Pill Bottle 20230216_100237 (Client Produced);
21. P3-000003, Pill Bottle 20230216_100519 (Client Produced);
22. P3-000004, Pill Bottle 20230216_100530 (1) (Client Produced);
23. P4-000001-P4-000005, Pharmacy records (Client Produced);
24. P5-000001-P5-001904, Encompass Rehab (Billing and Records); and
25. P6-000001-P6-000528, Loudoun Hospital (INOVA) (Medical Records).

References consulted:
1. UpToDate: Major adverse effects of systemic glucocorticoids. Updated March 2024
2. R. Pofi, et al. Treating the side effects of exogenous glucocorticoids: Can we separate the good from the bad? Endocrine Reviews, 2023:44; 975-1011
3.  Spannenburg L, et al. Adverse cognitive effects of glucocorticoids: A systematic review of the literature. Steroids. 2023 Dec;200:109314
4. Curtis JR, et al The incidence of gastrointestinal perforations among rheumatoid arthritis patients. Arthritis Rheum. 2011 Feb;63(2):346-51.
5. Mpofu S, et al. Steroids, non-steroidal anti-inflammatory drugs, and sigmoid diverticular abscess perforation in rheumatic conditions. Ann Rheum Dis 2004;63:588–90
6. Piekarek K, Israelsson LA. Perforated colonic diverticular disease: the importance of NSAIDs, opioids, corticosteroids, and calcium channel blockers. Int J Colorectal Dis. 2008 Dec;23(12):1193-7

7. Guo Q, et al Clinical characteristics and associating risk factors of gastrointestinal perforation in children with IgA vasculitis. Ann Med. 2021 Dec;53(1):2315-2320.
8. Vaxman I, et al. Colon perforation in multiple myeloma patients - A complication of high-dose steroid treatment. Cancer Med. 2020 Dec;9(23):8895-8901.
9. Weiner HL, et al Sigmoid diverticular perforation in neurosurgical patients receiving high-dose corticosteroids. Neurosurgery. 1993 Jul;33(1):40-3.

I have attached my CV and ask that you consider it to be incorporated in this report.  By way of background, I am an active full-time board-certified practicing endocrinologist at Brigham and Women's Hospital, with an academic title of Associate Professor of Medicine at Harvard Medical School, in Boston, MA.  I completed my medical training in Internal Medicine and then in Endocrinology at these institutions.  I have an active endocrine research enterprise in hormonal dysfunction that contributes to a wide variety of disease states in humans. I am Principal Investigator on National Institutes of Health, foundation, and biopharmaceutical research awards with over 100 publications.  Relevant to my interests in human research, I am the Lead Medical Research Officer for the Center for Clinical Investigations at Brigham and Women's Hospital, Chair of the Institutional Review Board at Mass General Brigham that oversees the conduct of human research and clinical trials including those involving corticosteroids such as prednisone and dexamethasone, and standing member of the National Institutes of Health, National Institutes of Diabetes, and Digestive and Kidney Disease grant review study section. I formerly sat on the National Board of the Association for Patient-Oriented Research and the Nominating Committee of the Association for Clinical and Translational Science and served as Associate Editor for the journal Metabolism: Clinical and Experimental.  I have an active leadership and educator role at Harvard Medical School where I was the past Co-director of the Master's Program in Clinical and Translational Investigations, The Clinical and Translational Research Academy, and Director of the Brigham and Women's Research in Residency Clinical Investigations Pathway.  My clinical and educational experience include my role as Attending Physician for the Endocrine Services at both Brigham and Women's Hospital and Boston VA Healthcare Systems where I train medical students, residents, and fellows from Harvard Medical School, Boston University School of Medicine, and the Massachusetts College of Pharmacy and Health Sciences in clinical endocrine practice including management of adrenal disorders and clinical use of corticosteroids such as prednisone and dexamethasone.

I am being compensated to provide my analysis and opinion in this case, at a rate of $450 per hour.  If required to testify my rate is $3,000 for four hours, then $600 per hour.  At trial, I charge $6,000 per day, in addition to reimbursement for travel.

-------------------------------------------------------------------------------------------------------------------

Ms. Stacey Wolking was 51 years-old in 2013 when she sought out medical advice and treatment for a series of complaints including, brain fog and fatigue.  She met with Dr. Lindner once in 2013 and remained a patient via email and telephone communication through 2022.

On June 25, 2021, in response to physical complaints of brain fog, headache, nausea, abdominal discomfort and persistent achiness, Dr. Lindner noted that these symptoms were consistent with a condition he titled "persistent infection with Babesia odocoilei".  He described that this condition is unknown in mainstream medicine and difficult to detect with laboratory testing. One blood test was obtained from Ms. Wolking which was inconclusive for babesiosis. No additional testing to confirm a diagnosis was performed. Regardless, Dr. Lindner began a treatment program consisting of prescribing anti-infective agents (azithromycin, atovaquone, tafenoquine) and glucocorticoids (prednisone and dexamethasone) for more than one year.  With this treatment

program, Ms. Wolking continued to describe physical and emotional consequences. These symptoms and complaints were shared thru a series of two-way email communications between Dr. Lindner and Ms. Wolking. On June 6, 2022 Ms. Wolking was taking around 40mg prednisone per day and complained of classic symptoms of prednisone excess; headaches, stomach pain, nausea, shortness of breath, leg swelling, facial swelling, insomnia, heart pounding, jitteriness, bruising, fatigue (WOLKING-LINDNER 000434).  Dr. Lindner's reply to these symptoms is that they could be due to prednisone or effects of babesiosis treatment. Regarding how much prednisone she should take his advice is; "Mostly you just have to try more or less pred[nisone]" (WOLKING-LINDNER 00436). He explains that the symptoms she is having (fatigue, brain fog, blood in urine, abdominal pain, nausea) is related to the killing of the babesia, with  bizarre descriptions of obscure residual "nests" of infection lingering in the body (WOLKING-LINDNER 000441).  He attributes classic signs of steroid excess and toxicity as signs of "killing babesia" and microbial "herxing" (Id.). Dr. Lindner shared that his daughter also suffered from chronic babesiosis infection and had similar complaints and required similar and stronger therapy (Id.).

In July 2022, she develops a deep venous thrombosis of the lower extremity at Loudoun Hospital (Leesburg, VA—see SWolking Hospital July 2022 Notes and Labs).  The admission note describes a known prior history of venous thrombosis after hip surgery, use of estrogen, and a reported questionable history of antiphospholipid syndrome (a condition that can lower susceptibility to venous clot formation), and later, a diagnosis of May Thurner Syndrome (which also predisposes to clot formation).  Ms. Wolking shares this diagnosis with Dr. Lindner. It is well known that higher dosing of glucocorticoid steroids, including prednisone, can increase the risk for venous clot formation. Despite this, Dr. Linder never discloses this to Ms. Wolking, and continues to prescribe extremely high doses of prednisone.

By August 2022, Ms. Wolking's symptoms are continuing, with worsening nausea, shortness of breath, heart pounding, weakness and headache. Again, Dr. Lindner states that "These symptoms all make it clear that you need the Dex[amethasone]/Pred[nisone] you're taking—and that you need more to make it last 2 hrs." (WOLKING-LINDNER 000390). He writes larger prescriptions (larger quantities of prednisone and dexamethasone tablets). He is aware that the large quantity of tablets prescribed to one patient might raise suspicion with the Medical Board of Pennsylvania if he used traditional pharmacies, who he felt would not fill the prescriptions (Lindner Deposition, pg 305.11-24), but he believed that Tunkhannock Compounding Center would not report him and would dispense his prescriptions.  (WOLKING-LINDNER 00393.) The prescribing records from Tunkhannock Compounding Center reveal the following extremely large prescriptions were filled:

> August 8, 2022:  10mg Prednisone, #500 tablets, 30-day
> August 16, 2022:  4mg Dexamethasone #200 tablets, 50-day
> September 27, 2022: 4mg Dexamethasone #100 tablets, 50-day
> October 4, 2022: 4mg Dexamethasone #200 tablets, 50-day

Accompanying these prescriptions are a steady stream of email communications from Dr. Lindner to Ms. Wolking which caused her to take doses of daily glucocorticoid consumption far exceeding even the most extreme standard of care dosing, along with correspondence from Ms. Wolking to Dr. Lindner reporting escalating symptoms and despair. By late September 2022 Ms. Wolking describes taking doses of more than 700mg of prednisone-equivalent (in the form of dexamethasone per day).  (WOLKING-LINDNER 00356.) Ms. Wolking reports consistent signs and symptoms of steroid toxicity (diarrhea, headaches, extreme weakness, overstimulated, brain fog, blurry vision, jitteriness (WOLKING-LINDNER 000355-56). Dr. Lindner's recommendation is that "There is no upper limit of dosing. You just have to take as much as you need, whatever that

Dex/pred dose is" (WOLKING-LINDNER 000355). As would be anticipated, the toxicity of extreme glucocorticoid excess eventually led to hospitalization in early October 2022, where she was found to have a perforated bowel (a known side effect of high-dose glucocorticoid use) and peritonitis, which the admitting providers state is a consequence of her high-dose glucocorticoid prescriptions (Loudoun Hospital Medical Records, pg 5). During this time, she displayed other classic signs and symptoms of steroid toxicity including proximal muscle weakness, abdominal pain and bloating, depression/anxiety and suicidality, facial swelling, massive weight gain, skin frailty, and others. At many times leading up to and during her hospitalization she declared a feeling that she was dying, and/or a wish to end her life because of the widespread pain and suffering she experienced.

The hospital record includes consults from Endocrine and Infectious Disease specialties who felt that her prior care was unwarranted (SWolking Hospital October 2022, pg 37 and 74). The endocrinologist immediately reduced her steroid dosing, with directions to continue to taper the dose until completely stopped (SWolking Hospital October 2022, pg 74-75). Dr. Lindner reports to Ms. Wolking after the hospitalization that he has read the pathology report related to the bowel perforation surgery and states that the weak and fragile bowel wall was not due to steroids but due to what he claims is "hemophagocytic syndrome" (WOLKING-LINDNER 000057), a diagnosis not contained in the pathology report. Dr. Lindner also encouraged Ms. Wolking's husband to remove her from hospital care in order to give her more corticosteroids than the hospital physicians were giving her, which Ms. Wolking's husband declined to do. (WOLKING-LINDNER 000322-24.)

## Opinion

It can not be understated how extremely far from standard of care was Dr. Lindner's treatment of Ms. Wolking. He created a treatment program aware as stated in his deposition that it was not acknowledged by medical professionals. He used medications, in particular glucocorticoids, at excessive and toxic doses with careless disregard for Ms. Wolking's health, despite acknowledging and documenting the toxicity that was occurring. Instead of changing course, he offered reassurance and personal testimonial of his daughter's condition to persuade Ms. Wolking to take even higher, catastrophic doses. Even when confronted with the inevitable need for emergent hospitalization, Dr. Lindner warned that the treating providers might not agree with his plan and that Ms. Wolking might have to take the excessive steroids outside of the treating providers' knowledge.

In order to describe the standard of care that Dr. Lindner should have followed, it is important to provide clinical context. The human adrenal gland produces between 3-5mg of prednisone-equivalent glucocorticoids per day in the form of cortisol. Cortisol is a life-sustaining hormone that controls a host of metabolic activities. As such, lack of cortisol leads to death without adequate replacement. Synthetic glucocorticoids like prednisone and dexamethasone prescribed in doses higher than physiologic doses (ie. More than 3-5mg prednisone/day or 0.25mg dexamethasone/day) are termed pharmacologic doses of steroids and are useful as anti-inflammatory agents and in immunosuppression. Inflammatory conditions often treated with pharmacological doses of steroids include asthma, arthritis, lupus, contact dermatitis (poison ivy). Immunosuppressive dosing of steroids is useful in organ transplantation to prevent rejection. The standard of care with respect to dosing in these conditions requires physicians to seek the lowest possible effective dose because of the many known toxicities associated with pharmacologic dosing (muscle wasting, insulin resistance, high blood pressure, weight gain, anxiety, depression,

4

infection susceptibility, balding, excessive body hair, menstrual irregularities, cataract formation, osteoporosis, skin frailty, bowel perforation, cardiac damage, atherosclerosis, stroke, seizure, and death). Dosing might involve "high doses", such as 60mg prednisone/day for 1-2 weeks duration followed by a rapid taper to a lower-effective dose of 5-10mg/day for inflammatory conditions. Dexamethasone dosing is much lower due to its higher potency and longer duration of action, with doses of 2-8mg/day for 2-5 days before tapering to low doses. Even in extreme use conditions such as hospitalization for donor organ rejection, doses of 1,000mg of prednisone are prescribed by specialists under very close monitoring and for a few days before rapidly reducing to standard doses.

You have asked me to address the question whether there is a specific dose of either prednisone or dexamethasone that is beyond the standard of care for a physician to prescribe or direct a patient to take. The medical literature does not establish a specific "maximum dose" for either medication, but that does not mean no amount is too much, or that there is no standard of care with respect to dosing. As noted above, the standard of care requires physicians to seek the lowest possible effective dose because of the toxicities associated with these drugs (both listed above and encountered by Ms. Wolking). It is my opinion, to a reasonable degree of medical certainty, that a reasonable physician would rarely, if ever, prescribe 100 mg of prednisone (or its corticosteroid equivalent) per day to a patient outside of a hospital setting. Even at that high of a dosage, a reasonable physician would begin to taper down the dosage within a few days. There is no condition in the medical literature for which physicians following the standard of care would give a patient the doses of glucocorticoids that Dr. Lindner directed Ms. Wolking to consume, particularly for the length of time she consumed them in August, September and October 2022, and previously, while under Dr. Lindner's care.

The doses of glucocorticoids (dexamethasone and prednisone) prescribed by Dr. Lindner to Ms. Wolking were outside the standard of care, and are by far the highest I've ever observed in an outpatient setting in over 25 years of endocrine practice. Ms. Wolking is incredibly fortunate to be alive today. Bowel perforation with peritonitis is often a fatal event, especially given her circumstances. It is highly likely had she not sought medical attention at the time of presentation, that she would've died within a day or two from sepsis.

With respect to the standard of care required by the Tunkhannock Compounding Center pharmacists, it is my opinion, to a reasonable degree of professional certainty, that the doses they dispensed to Ms. Wolking were far outside normal prescribing practices. I am familiar with normal pharmacy prescribing practices and a pharmacist's obligation to contact the prescribing provider when a questionable dose or suspected error in prescribing is encountered and advocate for their patient's safety, because I serve as the Chair of the Mass General Brigham Institutional Review Board, which reviews and oversees all clinical research activity involving 1000's of investigational drug protocols, and I work directly with our Research and Clinical Pharmacies. The doses of steroids prescribed to Ms. Wolking would never have been allowed through our system—even under a controlled research environment—because it is well known that clinical equipoise could not be met. In other words, far more harm than any benefit would be inflicted by this quantity of glucocorticoid given to one patient outside of a hospital setting. In addition, I have written thousands of prescriptions for glucocorticoids during my career, which were filled at pharmacies. Thus, it is my opinion that employees at Tunkhannock Compounding Center filled prescriptions for prednisone and dexamethasone at doses and quantities that fell outside the standard of care and enabled continuing physical and emotional harm to Ms. Wolking.

With respect to the cause of Ms. Wolking's injuries, it is my opinion that many of the injuries listed in paragraph 76 of the Complaint were caused by Dr. Lindner's excessive and unreasonable

prescription of glucocorticoids and Tunkhannock Compounding Center's dispensing these medications to Ms. Wolking on the dates described in the Complaint.  It is evident that Tunkhannock Compounding Center's glucocorticoids (prednisone and dexamethasone) were the vast majority of what Ms. Wolking consumed between September 19, 2022, when Dr. Lindner told her to escalate her doses, and her hospitalization, based on the records I have reviewed.

In particular, there is strong support in the medical literature that the excessive consumption of glucocorticoids can cause a perforated bowel and associated sepsis and that higher doses lead to higher risk (1-2, 4-9).  In this case, it is my opinion that Ms. Wolking's bowel perforations, peritonitis and sepsis were caused by the massive doses of glucocorticoids she had been consuming based on the timing of her consumption, the description of her painful and continuous gastrointestinal symptoms in the emails, and the lack of any other apparent cause related to her small bowel.

In addition, the connection between glucocorticoids and proximal (large muscle group) muscle weakening, or "steroid myopathy," is well proven (1-2)  It is my opinion that Ms. Wolking's difficulty moving, getting out of bed, and performing other basic tasks before, during, and after her hospitalization reflects the weakening of her muscles caused by both the duration and high dose glucocorticoid consumption.

It is also my opinion that hair loss experienced by Ms. Wolking was caused by glucocorticoids prescribed by Dr. Lindner and dispensed by Tunkhannock Compounding Center.  Ms. Wolking described hair loss just three days after Dr. Lindner rapidly escalated her doses in September 2022.  (See WOLKING-LINDER 00360.)

The medical literature also establishes that the excessive consumption of glucocorticoids can cause emotional and psychological distress (1-3). This includes anxiety, depression, irritability, symptoms often described by patients as "brain fog" or decreased cognition. This is typically exacerbated by concomitant steroid-induced insomnia and dysregulation of the circardian and sleep-wake cycle. (1-3). It is my opinion that the many times Ms. Wolking and her husband described that Ms. Wolking felt like she was dying or close to death, that she could not sleep, and the other frequent expressions of emotional distress, especially from September through October 2022, are attributable to the effects of high-dose glucocorticoid steroid use.

In particular, once Ms. Wolking was hospitalized in October 2022, her desire to stop treatment and be allowed to die substantiates the severity of her depressed state. The tapering of steroids that occurred during the hospitalization was necessarily drastic given the stratospheric levels she arrived with and the known risk of impeding normal healing and impairing the ability to fight off infection (1-2). Even still, the doses were reduced to a level that was still far above physiologic norms.  Having tapered 1000's of patients off high-dose steroids either in the setting of Cushing's Syndrome or prescribed glucocorticoids, steroid withdrawal symptoms associated with depressed mood are not encountered at the level her steroids were tapered to.

In particular, it should be pointed out that Ms. Wolking did not make the decision to cease treatment and transfer to hospice for more than two weeks after she was first hospitalized (See WOLKING-LINDNER 000092).  The hospital admission record suggests that at the time of her suicidality, Ms. Wolking was complaining of "severe intractable pain all over her body and her abdomen, the site of her perforation, supporting my opinion that she was under extreme physical duress as the underlying inciting factor to want to end her life  (See WOLKING-LINDNER 000144). The records also show that her treating physicians attempted to persuade her to continue with the steroid taper, rather than cease medication entirely (See, e.g., WOLKING-LINDNER 000064).

6

Accordingly, my opinion is that Ms. Wolking's desire to die was not the result of an inappropriate steroid taper, but due to overwhelming pain, suffering, and fatigue associated with her injuries caused by the prior extreme doses of glucocorticoids.

I have also reviewed some of Ms. Wolking's medical records since her release from the hospital, and it is my opinion that she is continuing to suffer consequences of her prior excessive steroid consumption. This includes her current dependency on daily glucocorticoid dosing (prednisone 2.5mg/day) to maintain adequate, life-sustaining levels of steroids since her prior high-dose use has led to atrophy of her native adrenal gland function as described by her endocrinologists, Dr. Clement and Dr. Shitaye, during a subsequent hospitalization in March 2023 (Fairfax Hospital pg 11-12). They further commented on the continuing need to treat her persistent steroid-myopathy (weakness) with additional physical therapy.  She is at life-long risk for developing osteoporosis and early cataract formation from her prior excessive steroid use (1-2), and has an overall reduced mortality (1-2) and increased cardiovascular risk (1-2).  She will be required to wear a Medical Alert Identifier to alert medical professionals of her dependency on glucocorticoids. She will be at risk of fatal consequences if she does not have the ability to increase her dose of prednisone during acute illness or trauma. Thus, as is true of all patients who are steroid-dependent, she has a form of chronic adrenal insufficiency. If she can not take her prednisone by mouth, such as with a vomiting illness, she must be acutely taken to an emergency room for intravenous administration within hours to avoid fatal consequences.

My opinions are based on a reasonable degree of medical certainty and my training and experience in internal medicine and endocrinology and the documentation provided to me as of the time of this report. I reserve the right to amend this report if additional materials are provided to me.


Sincerely,

Jonathan Williams, MD, MMSc
Associate Professor of Medicine
Harvard Medical School
Director, Cardiometabolic Human Genetics Research Program
Division of Endocrinology, Diabetes and Hypertension
Brigham and Women's Hospital
Boston, MA 02115

## Curriculum Vitae

# Jonathan S. Williams, M.D., M.MSc.

Prepared:              November 11, 2015

Office Address:        Brigham and Women's Hospital
                       Division of Endocrinology, Diabetes and Hypertension
                       221 Longwood Ave, RFB-395
                       Boston, MA  02115

Office Phone:          617.278.0882      Cell: 617-278-0882
Office Fax:            617.732.5764
E-mail:                jwilliams5@partners.org

Home Address:          184 High Street
                       Ashland, MA  01721

Place of Birth:        Boston, MA

**Education:**

| Years | Degree | Institution |
|---|---|---|
| 1986-1992 | B.S. | Brigham Young University, Provo, UT<br>B.S. Microbiology (Minors: Chemistry, Spanish) |
| 1994-1998 | M.D. | Hahnemann University School of Medicine, Philadelphia, PA |
| 2002-2004 | M.MSc. | Harvard Medical School, Scholars in Clinical Science Program, Boston, MA<br>Thesis: "Dietary sodium, the renin-angiotensin system and, diastolic function" |

**Postdoctoral Training:**

| Years | Position | |
|---|---|---|
| 1998-2001 | Resident | Internal Medicine, Brigham and Women's Hospital /Harvard Medical School, Boston, MA |
| 2001-2004 | Fellow | Endocrinology, Diabetes and Metabolism, Brigham and Women's Hospital/ Harvard Medical School, Boston, MA |

**Academic/Institutional Appointments:**

| Years | Appointment |
|---|---|
| 2000-present | Associate Physician, New England Sinai Hospital, Stoughton, MA |
| 2003-present | Staff Physician, Endocrine Unit, Boston VA Healthcare Systems Boston, MA |
| 2004-present | Associate Physician, Division of Endocrinology, Diabetes and Hypertension, Brigham and Women's Hospital, Boston, MA |
| 2004-present | Associate Physician, Dana-Farber Cancer Institute, Boston, MA |
| 2004-2008 | Instructor in Medicine, Harvard Medical School, Boston, MA |
| 2005-present | Co-Director, Cardiovascular Endocrinology Genetics Program, Division of Endocrinology, Diabetes and Hypertension, Brigham And Women's Hospital, Boston, MA |
| 2008-present | Assistant Professor of Medicine, Harvard Medical School, Boston, MA Of Medicine, Boston, MA |

| 2013-2015 | Co-Director, Masters Program in Clinical and Translational Investigations, Harvard Medical School, Boston, MA |
| 2015-present | Co-Director, Program in Clinical and Translational Science, Harvard Medical School, Boston, MA |

**Board Memberships/Other Positions:**

| 2006-present | Member, Institutional Review Board, Partners Healthcare System/Brigham and Women's Hospital, Boston, MA |
| 2007-2013 | Director, Scholars in Clinical Science Program Human Investigations Course, Harvard Medical School, Boston, MA |
| 2008-2012 | Member, Committee on Admissions, Scholars in Clinical Science Program, Harvard Medical School, Boston, MA |
| 2009-present | Member, Committee on Admissions, Internal Medicine Residency Program, Brigham and Women's Hospital, Boston, MA |
| 2010, 2014 | Ad hoc Reviewer, National Institutes of Health, NIDDK Special Emphasis Panel Study Section |
| 2011-2013 | <u>Board of Directors</u>, Association for Patient-Oriented Research |
| 2012-present | Member, Committee on Admissions, Masters Program in Clinical and Translational Investigations, Harvard Medical School, Boston, MA |
| 2012-present | Faculty, Principles and Practice of Clinical Research, Department of Continuing Education, Harvard Medical School |
| 2012-2014 | <u>Board Committee Member</u>, Association for Clinical and Translational Science, Membership and Nominations Committee |
| 2012-2014 | <u>Board Committee Member</u>, Association for Clinical and Translational Science, Patient-Oriented Research Committee |
| 2010, 2014 | Reviewer, National Institutes of Health/National Institute for Diabetes, Digestive and Kidney Diseases Study Section, Special Emphasis Panel (T32, K23, K99, K08, K01) |

**Awards and Honors:**

| 1994-1998 | Annual Recipient, Calabrese Scholarship for Academic Excellence, Hahnemann University School of Medicine, Philadelphia, PA |
| 1996 | *Alpha Omega Alpha* National Medical Honor Society, Pennsylvania Zeta Chapter, Hahnemann University School of Medicine, Philadelphia, PA |
| 2003 | Recipient, Pfizer Scholars in Endocrinology Award |
| 2006-2009, 2013 | Nomination, Excellence in Mentoring Award, Harvard Medical School, Boston, MA |
| 2009 | Cardiovascular Leadership Award, Brigham and Women's Hospital, Boston, MA |
| 2012 | Early Career Mentoring Award, Brigham and Women's Hospital, Boston, MA |

**Licensure and Certification:**

| 2000- | Registered, Massachusetts Board of Registration in Medicine |
| 2001- | Board Certified, Internal Medicine (ABIM) |
| 2003- | Board Certified, Endocrinology, Diabetes and Metabolism (ABIM) |

**Professional Societies:**

| 1994 | Member, American Medical Association |

| 1994-1998 | Member, Pennsylvania Medical Society |
| 1996- | Member, Alpha Omega Alpha National Medical Honor Society |
| 2001 | Member, Massachusetts Medical Society |
| 2001-present | Member, Endocrine Society |
| 2003 | Member, American Association of Clinical Endocrinologists |
| 2008-present | Member, American Heart Association |
| 2011-2013 | <u>Board of Directors</u>, Association for Patient Oriented Research |
| 2012-2014 | <u>Board Committee Member</u>, Association for Clinical and Translational Science, Membership and Nominations Committee and Patient-Oriented Research Committee |

**Certifications:**

| 2001- | ABIM Internal Medicine |
| 2003-present | ABIM Endocrinology, Diabetes and Metabolism |

**Editorial Activities**

| 2011-2014 | <u>Associate Editor</u>, *Metabolism: Clinical and Experimental* |
| 2015-present | Editorial Board Member, *Metabolism: Clinical and Experimental* |

<u>Ad hoc Reviewer:</u>
*American Journal of Physiology-Heart and Circulation*
*Journal of Clinical Endocrinology and Metabolism*
*American Journal of Medical Sciences*
*Journal of Human Hypertension*
*Journal of the American Society of Hypertension*
*Journal of Clinical Therapeutics*
*American Journal of Epidemiology*
*Hypertension*
*Circulation*
*Metabolism: Clinical and Experimental*
*American Journal of Hypertension*
*Vascular Medicine*

**Formally Supervised Trainees**

| 2006-2009 | Bindu Chamarthi, MD, Instructor in Medicine, Harvard Medical School, Associate Physician, Division of Endocrinology, Diabetes and Hypertension, Brigham and Women's Hospital |
| 2007-present | Anand Vaidya, MD, Assistant Professor of Medicine, Harvard Medical School, Associate Physician, Division of Endocrinology, Diabetes and Hypertension, Brigham and Women's Hospital |
| 2007-2010 | Rigobert Lapau, Assistant Professor of Medicine, Moorehouse School of Medicine |
| 2008-2011 | John Tsay, MD, Staff Nephrologist, St. Elizabeth's Medical Center, Brighton, MA |
| 2008-2013 | Bei Sun, MD, PhD, Research Fellow in Medicine, Harvard Medical School |
| 2010-2013 | Qaiser Shafiq, MD, Research Fellow in Cardiology, University of Toledo School of Medicine, Toledo, OH |
| 2013-2014 | Ole-Petter Hamnvik, MBBS, Instructor in Medicine, Harvard Medical School |
| 2013 | Felicia Ovin, B.S. Co-operative Research Assistant, Northeastern University |
| 2013 | Michael Davis, B.S. Co-operative Research Assistant, Northeastern University |
| 2012-2013 | Nuru Hazirah Hisham, M.D. candidate Research Intern, Malaysian School of Medicine |
| 2014 | Michelle Nyeong, B.S. Co-operative Research Assistant, Northeastern University |
| 2014 | Anna Walsh, B.S.  Co-operative Research Assistant, Northeastern University |

3

2014        Nicole Rodis,B.S.  Co-operative Research Assistant, Northeastern University
2015-present  Nina Vujovic, PhD, Research Fellow in Medicine, Division of Sleep Medicine,
            Harvard Medical School


**Research Support**:
Active:

1.  5P01 AG009975 (PPG PI: Cziesler,C; Project PI: Williams, JS)      7/1/2013 – 6/30/2018
    NIH/NIA
    "Adverse metablic impact of sleep loss in older adults:  insulin resistance"
    The overal goal of this project is to determine who sleep loss adversely affects insulin
    Sensitivity in older adults. It is project of a parent program project studying the the
    Interaction between sleep, aging, and circadian rhythms.

2.  1R01 HL104032-01  (PI: Pojoga, L)                                  9/1/2010 – 5/31/2016
    NIH/NHLBI
    "Caveolin-1 and vascular dysfunction"
    The goal of this grant is to determine the role of Caveolin 1 in causing vascular
    dysfunction through human an animal models of hypertension, exploring the genetic
    basis of hypertension.
    Role: Co-Investigator

3.  1R01 HL102780  (PI:  Wang, T, Site-PI:  Williams, J)               5/1/2011-4/30/2016
    NIH/NHLBI
    "Obesity, salt sensitivity and the natriuretic peptides"
    The goal of this project is to define the role the natriuretic peptide system plays in
    cardiovascular function in obesity.

4.  5 UL 1RR025758 -03 (PI:  Nadler, L)                                5/1/2010 - 6/3/2016
    NIH/NCRR
    "Program in Clinical and Translational Science"
    The goal of this project is to provide a coordinated didactic and practical training
    program in translational investigation, human pharmacology and clinical trials for
    junior patient-oriented research investigators.
    Role:  Co-Director

5.  1R01 HL (PI: Williams, G)                                          7/1/2013 – 6/31/2017
    NIH/NHLBI
    "Striatin, Aldosterone, and Hypertension"
    The goal of this translational research project is to determine in humans and an
    animal model the functional role striatin plays in modifying aldosterone action in
    hypertension.
    Role: Co-Investigator

6.  1R01 HL107257 (PI:  Reboussin, D)                                  12/1/2010 – 11/31/2018
    NIH/NHLBI
    "Systolic Blood pressure Intervention Trial (SPRINT)"
    The goal of this multi-site national study is to determine if a lower blood pressure goal
    reduces cardiovascular morbidity in elderly individuals
    Role: Co-investigator

4

Pending Funding:

1.  1R01 HL 127146 (PI:  Williams, JS)                          12/1/2015 – 11/30/2020
    NIH/NHLBI (6/25/2015 CICS Review:  13th-%-ile)
    "Epigenetic regulation of aldosterone and salt sensitivity in hypertension"
    The goal of this project is to determine how genetic variants in a histone modifying
    enzyme (LSD1) influence regulation of aldosterone and salt interaction in
    hypertension

Completed Funding:

1.  Investigator-initiated Research Project Grant            12/1/2013-12/31/2014
    Diasoran Inc.  (PI: Williams, J)
    "Comparison of a novel direct renin assay to plasma renin activity in human
    hypertension"
    The goal of this project is to evaluate the accuracy and performance of a novel direct
    renin assay by comparing to plasma renin activity in individuals placed on a high and
    low salt diet conditions in a GCRC setting.

2.  Investigator-initiated Research Project Grant            6/1/2012-6/31/2014
    Otsuka Pharmaceutical        (PI:  Williams, J)
    "Effect of vasopressin blockade on renal sodium handling in healthy humans"
    The aim of this research project is to determine if antagonism at the vasopressin
    receptor 2 affects renal sodium excretion in healthy human subjects

3.  Investigator-initiated Research Grant                    6/1/2013 – 2/28/2014
    The Salt Institute  (PI's Garg, R and Williams, J)
    "Low salt diet intake and effect on insulin sensitivity in hypertension"
    The goal of this research project is determine whether low salt diet, by activation of
    renin-angiotensin system activity, results in a decrease in insulin sensitivity in
    subjects with hypertension.

4.  Investigator-initiated Research Project Grant            11/1/2009-12/31/2012
    Novartis Institute for Biologic Research      (PI:  Williams, J)
    "Assessment of renin inhibition on insulin resistance, diastolic function and aortic
    compliance"
    The goal of this investigator-initiated study is determine how renin inhibition affects
    insulin sensitivity and cardiovascular function in essential hypertension.

5.  1K23 HL084236-04 (PI:  Williams, J)                      3/01/07 – 2/29/12
    NIH/NHLBI
    "DASH diet, cardiovascular hemodynamics and type II diabetes mellitus"
    The goal of this mentored career award is to understand the cardiovascular impact of
    the DASH diet in type II diabetes mellitus

6.  Cardiovascular Leadership Group Investigator Award       7/1/2009 – 6/30/2011
    Brigham and Women's Hospital      (PI:  Williams, J)
    "Hormonal mechanisms of impaired cardiac relaxation"
    The goal of this project is to understand how the renin-angiotensin system interacts
    with dietary sodium to affect cardiac relaxation

**Bibliography:**

1.      **Williams JS**, Conlin PR.  A diagnostic approach for evaluating the adrenal mass. *Hospital Physician Board Review Manual, Endocrinology,* 2002 ; 4(2):1-12.

2.      **Williams JS,** Williams GH.  Fifty years of aldosterone.  *J Clin Endo Metab*, 2003; 88:2364-2372.

3.      **Williams JS,** Williams GH, Jeunemaitre X, Hopkins PN, Conlin PR.  Influence of dietary sodium on the renin-angiotensin-aldosterone system and prevalence of left ventricular hypertrophy by EKG criteria.  *J H Hypertension*, 2005  19:133-138.

4.      Raji A, Gerhard-Herman MD, **Williams JS**, O'Connor ME, Simonson DC.  Effect of pioglitazone on insulin sensitivity, vascular function and cardiovascular inflammatory markers in insulin resistant non-diabetic Asian Indians.  *Diab Medicine* 2006  23:537.

5.      **Williams JS,** Williams GH, Raji A, Jeuenemaitre X, Brown NJ, Hopkins PN, Conlin PR.  Prevalence of primary hyperaldosteronism in mild to moderate hypertension without hypokalemia.  *J Hum Hypertens* 2006  20:129-136.

6.      **Williams JS**, Solomon SD, Crivaro M, Conlin PR.  Dietary sodium intake modulates myocardial relaxation responsiveness to angiotensin II.  *Transl Res* 2006  148:49.

7.      Szmuilowicz ED, Adler GK, **Williams JS**, Green DE, Yao T, Seely EW.  Relationship between aldosterone and progesterone in the human menstrual cycle. *J Clin Endo Metab* 2006  91:3981-7.

8.      Pojoga L, Kolatkar NS, **Williams JS,** Perlstein TS, Jeunemaitre X, Brown NJ, Hopkins P, Raby BA, Williams GH.  Beta-2 adrenergic receptor diplotype defines a subset of salt sensitive hypertension.  *Hypertension* 2006  48:892-900.

9.       Raji A\*, **Williams, JS**\*, Hopkins PN, Simonson DC, Williams GH.  Familial aggregation of insulin resistance and cardiovascular risk factors in hypertension.  *J Clin Hyperten* 2006  8:791-6.

10.      Chamarthi B, Kolatkar NS, Hunt SC, **Williams JS**, Seely EW, Murphey L, Brown NJ, Jeunemaitre X Williams GH. Urinary Free Cortisol: An intermediate phenotype and a potential genetic marker for a salt-resistant subset of essential hypertension. *J Clin Endo Metab* 2007 :1340-6.

11.      Gumieniak O, Perlstein TS, **Williams JS**, Hopkins PN, Brown NJ, Raby BA, Williams GH.  Ala92 type 2 deiodinase allele increases risk for the development of hypertension. *Hypertension* 2007  49:461-6.

12.      **Williams JS**, Brown SM, Conlin PR.  Videos in clinical medicine:  Blood-pressure measurement. *N Engl J Med* 2009  360(5):e6.

13.      Vaidya A, Bentley-Lewis R, Jeunematre X, **Williams, JS**.  Dietary sodium alters the prevalence of electrocardiographic left ventricular hypertrophy in hypertension.  *Am J Hypertens* 2009  22:669-73.

14.      \*Chamarthi B , \***Williams J**, , Williams G.  A mechanism for salt-sensitive hypertension:  abnormal dietary sodium mediated vascular response to angiotensin II . *J Hypertens* 2010  28:1020-6.

15.      Underwood P, Sun B, Pojoga L, **Williams JS**, Chamarthi B, Su J, Brown N, Adler GK, Williams G.  The relationship between peroxisome proliferator-activated receptor-gamma and renin:  a human genetics study.  *J Clin Endo Metab* 2010  95:75-79.

16.      \*Sun B, \***Williams JS,** Svetky L, Conlin PR.  Beta adrenergic receptor genotype affects the renin-angiotensin-aldosterone system response to the Dietary Approaches to Stop Hypertension (DASH) dietary pattern. *Amer J Clin Nutr* 2010  92:444-9.

17.      Forman JP, **Williams JS**, Fisher NDK.  Plasma 25-hydroxyvitamin D levels and the renin-angiotensin system in humans. *Hypertension* 2010  55:1283-8.

18.      **Williams JS**.  Spironolactone and resistant hypertension.  *Nature Rev Endocrine* 2010  6:248-50.

19. *Sun B, *__Williams JS__, Chamarthi B, Su J, Raby B, Williams GH. Renin gene polymorphism: its relationship to hypertension, renin levels and vascular responses. *J Renin Angioten Aldost System* 2011 12:564-71.

20. Vaidya A, Forman JP, __Williams JS__. Vitamin D and the vascular sensitivity to angiotensin II in obese Caucasians with hypertension. J *Hum Hypertens* 2011 25:672-8.

21. Vaidya A, Pojoga L, Underwood PC, Forman JP, Hopkins PN, Williams GH**, Williams JS**. The association of plasma resistin with dietary sodium manipulation, the renin-angiotensin-aldosterone syste, and 25-hydroxyvitamin D3 in human hypertension. *Clin Endocr* 2011 74:294-9.

22. Vaidya A, Forman JP, Underwood PC, Jeunemaitre X, Hopkins PN, Brown NJ, Williams GH, Pojoga L, __Williams JS__. The influence of body mass index and renin-angiotensin-aldosterone system activity on the relationship between 25-hydroxyvitamin D and adipoectin in Caucasian men. *Eur J Endocrin* 2011 164:995-1002.

23. Underwood P, Sun B, __Williams JS__, Pojoga L, Lasky-Su J, Raby B, Hopkins PN, Jeunemaitre X, Brown NJ, Williams GH. The association of the angiotensinogen gene with insulin sensitivity in humans: a tagging single nucleotide polymorphism and haplotype approach. *Metabolism* 2011 60:1150-7.

24. Vaidya A, Forman JP, Hopkins PN, Seely EW, __Williams JS__. 25-hydroxyvitamin D is associated with plasma renin activity and the pressor response to dietary sodium intake in Caucasians. *J Ren Angioten Aldos Sys* 2011 12:311-9.

25. Vaidya A, Sun B, Forman JP, Hopkins PN, Jeunemaitre X, Brown NJ, Kolatkar NS, Williams GH, __Williams JS__. The Fok1 vitamin D receptor gene polymorphism is associated with plasma renin activity in Caucasians. *Clin Endocrin* 2011 74:783-90.

26. Sun B, __Williams JS__, Conlin PR. Biological factors that influence blood pressure response to lifestyle modifications. In Lin PH, Svetkey L (Eds.), `"Nutrition, Lifestyle Factors and Blood Pressure" 2011;` Oxford: Taylor & Francis Group.

27. Pojoga LH, Underwood PC, Goodarzi MO, __Williams JS__, Adler GK, Jeunemaitre X, Hopkins PN, Raby BA, Lasky-Su J, Sun B, Cui J, Guo X, Taylor KD, Chen YDI, Xiang A, Raffel LJ, Buchanan TA, Rotter JI, Williams GH. Variants of the caveolin-1 gene: a translational investigation linking insulin resistance and hypertension. *J Clin Endocrin Metabol* 2011 96:E1288-92.

28. __Williams JS__, Hopkins PN, Jeunemaitre X, Brown NJ. *CYP4A11* T8590C polymorphysim, salt-sensitive hypertension, and renal blood flow. *J Hypertens* 2011 29:1913-8.

29. Pojoga LH, __Williams JS__, Yao TM, Kumar A, Raffetto JD, do Nascimento GR, Reslan OM, Adler GK, Williams GH, Shi Y, Khalil RA. Histone demethylase LSD1 deficiency during high salt diet is associated with enhanced vascular contraction, altered NO-cGMP relaxation pathway, and hypertension. *AJP-Heart and Circ* 2011 301:H1862-71.

30. Vaidya A, __Williams JS__, Forman JP. The independent association between 25-hydroxyvitamin D and adiponectin and its relation with BMI in two large cohorts: the NHS and the HPFS. *Obesity (Silver Spring)* 2012 20:186-91.

31. Underwood PC, Chamarthi B, __Williams JS__, Sun B, Raby BA, Hopkins PN, Jeunemaitre X, Adler GK, Williams GH. Replication and meta-analysis of the gene-environment interaction between body mass index and the interleukin-6 promoter polymorphism with higher insulin resistance. *Metabolism* 2012 61:667-71.

32. *__Williams JS__,*Chamarthi B, Goodarzi MO, Pojoga LH, Sun B, Garza AE, Raby BA, Adler GK, Hopkins PN, Brown NJ, Jeunemaitre X, Ferri C, Fang R, Leonor T, Cui J, Taylor KD, Ida Chen YD, Xiang A, Raffel LJ, Buchanan TA, Rotter JI Williams GH, Shi Y. Lysine-specific demethylase 1, an epigenetic regulator of salt-sensitive hypertension. *Am J Hypertens* 2012 25:812-7.

33.    Vaidya A, **Williams JS**.  The relationship between vitamin D and the renin-angiotensin system in the pathophysiology of hypertension, kidney disease, and diabetes. *Metabolism* 2012  61:450-8.

34.    Underwood PC, Chamarthi B, **Williams JS**, Garg R, Costello L, Hopkins PN, Ferri C, Jeunemaitre X, Adler GK, McClain D, McCall A, Williams GH. Nonmodulation as the mechanism for salt sensitivity of blood pressure in individuals with hypertension and type 2 diabetes mellitus.. *J Clin Endocrin Metab* 2012  97:3775-82.

35.    *Larson C, *Vaidya A, Sun B, **Williams JS**.  The influence of dietary sodium modulation on electrocardiographic voltage criteria for left ventricular hypertrophy in normotensive individuals. *J Invest Med* 2012  60:39-43.

36.    Vaidya A, **Williams JS**.  Vitamin D and Insulin Sensitivity:  Can Gene Association and Pharmacogenetic Studies of the Vitamin D Receptor Provide Clarity?  *Metabolism* 2012 61:759-61.

37.    *Sun B, *Chamarthi B,  **Williams JS**, Krug A, Lasky-Su J, Raby BA, Hopkins PN, Jeunemaitre X, Brown NJ, Ferri C, Williams GH. Different Polymorphisms of the Mineralocorticoid Receptor Gene Are Associated with either Glucocorticoid or Mineralocorticoid Levels in Hypertension. *J Clin Endocrin and Metab* 2012  97:E1825-9.

38.    Vaidya A, Sun B, Larson C, Forman JP, **Williams JS**.  Vitamin D3 therapy corrects the tissue sensitivity to angiotensin II akin to the action of converting enzyme inhibitor in obese hypertensives:  A prospective study.  *J Clin Endocrin and Metab* 2012  97:2456-65.

39.    **Williams JS**.  The early-stage patient-oriented researcher in 2012:  Challenges and strategies.  *Clin Trans Science* 2012  5:221-2.

40.    Carey RM, Schoeffel CD, Gildea JJ, Jones JE, McGrath HE, Gordon LN, Park MJ, Sobata RS, Underwood PC, **Williams JS**, Sun B, Raby B, Laskey-Su J, Hopkins PN, Adler GK, Williams SM, Jose PA, Felder RA.  Salt-sensitivity of blood pressure is associated with polymorphisms in the sodium-bicarbonate co-transporter. *Hypertension* 2012  60:1359-66.

41.    Pojoga LH, Coutinho P, Rivera A, Yao TM, Maldonado ER, Youte R, Adler GK, **Williams JS**, Turchin A, Williams GH, Romero J.  Activation of the mineralocorticoid receptor increases striatin levels.  *Am J Hypertens* 2012  25:243-9. .

42.    Rao AD, Sun B, Saxena A, Hopkins PN, Jeunemaitre X, Brown  NJ, Adler GK, **Williams JS.**  Polymorphisms in the serum- and glucocorticoid-inducible kinase 1 gene are associated with blood pressure and renin response to dietary salt intake. *J Hum Hypertens* 2013  27:176-80.

43.    Krug AW, Tille E, Sun B, Pojoga L, **Williams JS**, Chamarthi B, Lichtman AH, Hopkins PN, Adler GK, Williams GH.  Lysine-specific demethylase-1 modifies the age-effect on blood pressure sensitivity to dietary salt intake. *AGE* (Dordr) 2013  35:1809-20.

44.    Vaidya A, Underwood PC, Annes JP, Sun B, Williams GH, Forman JP, **Williams JS**.  The influence of sodium- and calcium-regulatory hormone interventions on adipocytokines in obesity. *Metabolism* 2013  62:539-47.

45.    **Williams JS**.  Evolving research in non-genomic actions of aldosterone.  *Cur Opin Endocrinol Diabetes Obes*  2013  20:198-203.

46.    Brown JM, Secinaro K, **Williams JS**, Vaidya A.  Evaluating hormonal mechanisms of vitamin D receptor agonist therapy in diabetic kidney disease:  the VALIDATE-D study.  *BMC Endocrine Disorders.* 2013 13:33.

47.    Brown JM, **Williams JS**, Luther JM, Garza A, Ruan DT, Pojoga LH, Williams, GH, Garg R, Adler GK, Vaidya A.  Human interventions to characterize the relationship between the renin-angiotensin-aldosterone system and parathyroid hormone.  *Hypertension* 2014 63:273-80.

48.    Seth B, **Williams JS**.  The new AHA/ACA cholesterol guidelines:  virtue or vice? *Metabolism* 2014 63:605-606.

49.    Coutinho P, Vega C, Pojoga L, Rivera A, Prado GN, Yao TM, Adler G, Torres-Grajales M, Maldonado ER, Ramos-Rivera A, **Williams JS**, Williams G, Romero JR.

Aldosterone's rapid, non-genomic effects are mediated by striatin:  A modulator of aldosterone's effect on estrogen action.  *Endocrinology* 2014  155:2233-43.

50.     **Williams JS**, Sun B, Garg R.  Effect of low salt diet on insulin resistance in salt sensitive versus salt resistant hypertension.  *Hypertension* 2014 64:1384-7.

51.     Hamnvik OP, Choueiri T, Turchin A, McKay R, Goyal L, Davis M, Kaymakalan M, **Williams JS**.  Clinical risk factors for the development of hypertension in patients treated with small-molecule inhibitors of the VEGF signaling pathway.  *Cancer* 2015 121:311-9.

52.     Garza A, Rariy C, Sun B, **Williams JS**, Lasky-Su J, Baudrand R, Yao T, Moize B, Hafiz W, Romero J, Adler G, Ferri C, Hopkins P, Pojoga L, Williams GH. Variants in striatin gene are associated with salt sensitive blood pressure in mice and humans.  *Hypertension* 2015;65:211-7.

53.     Arora P, Reingold J, Baggish AL, Guanaga D, Wu C, Ghorbani A, Chen-Tournoux A, Khan A, Tainsh LT, Buys E, **Williams J**, Heublein D, Burnett J, Semigran M, Bloch K, Scherrer-Crosbie M, Newton-Cheh C, Wang T.  Weight loss, saline loading, and the natriuretic peptide system.  *JAHA*  2015 4(1).

54.     Vaidya A, Brown JM, **Williams JS**.  The renin-angiotensin-aldosterone-system and calcium-regulatory hormones.  *J Hum Hypertens* 2015 Jan 9 (Epub ahead of print).

55.     Baudrand R, Pojoga L, Vaidya A, Garza A, Vohringuer P, Jeunemaitre X, Hopkins P, **Williams, JS,** Yao T, Adler GK, Williams GH.  Statin use and adrenal aldosterone productin in hypertensive and diabetic subjects.  *Circulation* 2015 (in press).


**Local Invited Presentations:**

| | |
|---|---|
| 2006 | K23 Workshop Brigham and Women's Hospital/Partners Healthcare |
| 2007 | How to obtain a K23 Mentored Career Award |
| | Harvard Medical School |
| 2008 | NIH K23 and Loan Repayment Programs |
| | Harvard Medical School |
| 2009 | How to Obtain a K23 Award. Introduction to Clinical Research Program |
| | Harvard Medical School |
| 2009 | Dietary Sodium and Diastolic Dysfunction.  Cardiovascular Leadership Award Conference |
| | Brigham and Women's Hospital |
| 2009 | Medical Grand Rounds:  Hypogonadism and testosterone replacement therapy. |
| | Boston VA Healthcare Systems |
| 2010 | How to Obtain a K23 Award. Introduction to Clinical Research Program |
| | Harvard Medical School |
| 2010 | The NIH K23 and LRP Programs, Scholars in Clinical Science Program, Harvard Medical School |
| 2011 | The NIH K23 and LRP Programs, Scholars in Clinical Science Program, Harvard Medical School |
| 2011 | How to Obtain a K23 Award. Introduction to Clinical Research Program |
| | Harvard Medical School |
| 2012 | How to Apply for a NIH K23 Award", 9[th] Annual Introduction to Clinical Research Course, Brigham and Women's Hospital |
| 2012 | Anatomy and Art of Writing a Career Development Award Grant", Center for Clinical Investigations, Brigham and Women's Hospital and Children's Hospital |
| 2012 | Formulating the Research Question, Principles and Practice of Clinical Research Course, Department of Continuing Medical Education, Harvard Medical School |
| 2012 | Primary and Secondary Adrenal Insufficiency, Continuing Medical Education Program, Division of Endocrinology, Diabetes and Hypertension, Brigham and Women's Hospital |
| 2012 | Male Hypogonadism, Medical Grand Rounds, Boston, VA Healthcare Systems, Boston, MA |

| | |
|---|---|
| 2013 | Resistant Hypertension and Advances Towards Precision-based Medicine, Medical Grand Rounds, Boston VA Healthcare System, Boston, MA |
| 2013 | Formulating the Research Question, Principles and Practice of Clinical Research Course, Department of Continuing Medical Education, Harvard Medical School |
| 2013 | Obesity, Natriuretic Peptides and Salt Sensitvity, Continuing Medical Education, Center for Nursing Excellence, Center for Clinical Investigations, Brigham and Women's Hospital |
| 2013 | How to Apply for a NIH K23 Award?" 10th Annual Introduction to Clinical Research Course, Brigham and Women's Hospital |
| 2013 | NIH K23 and LRP programs, Longitudinal Seminar Series, Masters Program in Clinical and Translational Investigations |
| 2014 | Formulating the Research Question, Principles and Practice of Clinical Research Course, Department of Continuing Medical Education, Harvard Medical School |
| 2015 | How to Apply for a NIH K23 Award, 12th Annual Introduction to Clinical Research Course, Brigham and Women's Hospital |
| 2015 | Formulating the Research Question, Principles and Practice of Clinical Research Course, Department of Continuing Medical Education, Harvard Medical School |
| 2015 | The NIH K23 and LRP programs, Longitudinal Seminar Series, Program in Clinical and Translational Sciences, Harvard Medical School |
| 2015 | Primer on the Harvard Business School Case-base Instruction Method, Masters in Clinical and Translational Investigations |
| 2015 | Protocol Development, Harvard Catalyst Course in Clinical Trial Design |
| 2015 | Research Question Pitfalls, Harvard Catalyst Course in Clinical Trial Design |
| 2015 | Obesity and Hypertension, Clinical Update on Obesity, Diabetes, Hyperlipidemia and the Metabolic Syndrome, Boston VA Healthcare System, August 2015 |

**National and International Invited Presentations:**

| | |
|---|---|
| 2011 | K23 Workshop, Annual Meeting of the Association of Clinical Researchers and Training, Washington, DC |
| 2011 | K23 Workshop, Endocrine Society Annual Scientific Meeting, Boston, MA |
| 2012 | K23 Workshop, Endocrine Society Annual Scientific Meeting, Houston, TX |
| 2013 | K23 Workshop, Endocrine Society Annual Scientific Meeting, San Francisco, CA |
| 2006 | Non-modulating hypertension is associated with insulin resistance and the Lys528Arg variant of human adipocyte derived leucine aminopeptidase (abstract) American Heart Association Council for High Blood Pressure Research, Washington DC |
| 2008 | Genetic alteration of a histone demethylase is associated with altered aldosterone and vascular responsiveness:  An intermediate phenotype of human hypertension American Heart Association Council for High Blood Pressure Research, Atlanta, GA |
| 2010 | Association of CYP4A11 T8590C Variant with Renal Vascular Resistance and Blood Pressure during High Salt Intake, American Heart Association Council for High Blood Pressure Research, Washington DC, October 13-16, 2010 American Heart Association Council for High Blood Pressure Research, Washington, DC |
| 2012 | Obesity and Hypertension, 9th Pan-Helenic Congress on Obesity, Athens, Greece, March 1-3, 2012 |
| 2013 | Clinical Utility of Renin Measurement in Hypertension, Labroots Webinar (Sponsor, DiaSorin, Inc) |
| 2013 | Sodium restriction reveals early aortic impedance and left ventricular systolic dysfunction in hypertension. Oral presentation, American Heart Association Scientific Sessions, Dallas, TX, November 16-21, 2013 |
| 2014 | NIH K Award Funding:  Future Leaders in Advancing Endocrine Research Symposia, Endocrine Society, New Orleans, LA, February 8-9, 2014 |
| 2014 | K23 Workshop, Endocrine Society Annual Scientific Meeting, Chicago, IL, June 19-24, 2014 |

| | |
|---|---|
| 2014 | Vitamin D and the Renin-angiotensin-aldosterone system.  Vascular Biology and Hypertension 25th Annual Meeting, University of Alabama-Birmingham, AL, September 21-23, 2014 |
| 2015 | Introduction to Diabetes, IMEDIC, Distance-based learning (India) |
| 2015 | Diabetic Complications, IMEDIC, Distance-based learning (India) |
| 2015 | Diabetes Management, IMEDIC, Distance-based learning (India) |
| 2015 | Hypertension research as a model of clinical research programs.  Biomedical Research Foundation Academic of Athens, Diabetes, Obesity, and Metabolic Syndrome: From basic research to clinical practice. Nafplion, Greece, April 17-18, 2015. |
| 2015 | A model of formal clinical research training:  The Harvard MPCTI.  Biomedical Research Foundation Academic of Athens, Diabetes, Obesity, and Metabolic Syndrome: From basic research to clinical practice. Nafplion, Greece, April 17-18, 2015. |
| 2015 | American Diabetes Association: Clinical Highlights, IMEDIC, Distance-based learning (India) |
| 2015 | American Heart Association: Clinical Highlights, IMEDIC, Distance-based learning (India) |