IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
NO. 3:23-cv-00806-JFS

STACEY WOLKING and      )   DEPOSITION UPON
DARYL WOLKING, w/h,     )
                        )
          Plaintiffs,   )   ORAL EXAMINATION
                        )
    - vs -              )
                        )           OF
HENRY LINDER, M.D.,     )
and YOUNGS              )   PAUL GISBERT
APOTHECARY, INC.,       )   AUWAERTER, MD, MBA,
d/b/a TUNKHANNOCK       )   FIDSA
COMPOUNDING CENTER      )
                        )
          Defendant.    )
- - - - - - - - - - - -

TRANSCRIPT OF VIDEOTAPED
DEPOSITION, taken by and before PATRICE
SWEENEY, Professional Reporter and Notary
Public, via Zoom, with the witness and all
counsel being in their respective locations,
on Thursday, June 13, 2024, commencing at 9:00
a.m.

ERSA COURT REPORTERS
30 South 17th Street
United Plaza - Suite 1520
Philadelphia, PA 19103
(215) 564-1233

**PAUL GISBERT**

**2**

1  A P P E A R A N C E S :
2  (Via Zoom)
3
4  KLINE & SPECTER, P.C.
   BY:  CONOR LAMB, ESQUIRE
5  Conor.Lamb@klinespecter.com
   1525 Locust Street
   19th Floor
6  Philadelphia, PA 19102
   Attorneys for the Plaintiffs
7
8
9  CIPRIANI & WERNER, P.C.
   BY:  CIARA DENAPLES, ESQUIRE
   Cdenaples@c-wlaw.com
10  415 Wyoming Avenue
   Scranton, PA 18503
11  Attorneys for the Defendant,
   Henry Lindner, M.D.
12
13
14  MCCORMICK & PRIORE, P.C.
   BY:  CONRAD JAMES BENEDETTO, ESQUIRE
   CBenedetto@mccormickpriore.com
15  2001 Market Street
   Suite 3810
16  Philadelphia, PA 19103
   Attorneys for the Defendant,
17  Youngs Apothecary, Inc., d/b/a
   Tunkhannock Compounding Center
18
19
20  A L S O  P R E S E N T :
21  Joseph DePasquale, Intern
   Anglesea DeNaples, Intern
22  Bob Odell, Videographer
23
24

**3**

1              I N D E X
2
3  WITNESS                    PAGE
4
5  PAUL GISBERT AUWAERTER, MD, MBA, FIDSA
6  (Via Zoom)
7
8    By:  Mr. Benedetto          5
9              - - -
10
11
12
13
14
15            E X H I B I T S
16                  PAGE    PAGE
17  NUMBER   DESCRIPTION    MARKED ATTACHED
18  Exhibit-1  Notice        4    121
19  Exhibit-2  Curriculm Vitae  4    122
20  Exhibit-3  Testimony     4    123
21  Exhibit-4  4/24/24 Report  4    124
22  Exhibit-5  10/7 blood culture 116  125
23              - - -
24

**4**

1              P R O C E E D I N G S
2
3        (At this time, documents were
4  marked for identification as Exhibit-1
5  through Exhibit-4.)
6
7        THE VIDEOGRAPHER:  This video
8  deposition is being taken on June 13, 2024,
9  at 9:00 a.m., and this deposition is for
10  the United States District Court for the
11  Middle District of Pennsylvania, civil
12  action No. 3:23-cv-00806-JFS, in the case
13  of Stacey Wolking, et al. versus Henry
14  Lindner, M.D., et al.
15        Present for the taking of this
16  video deposition are the deponent, Dr. Paul
17  Auwaerter, and counsel who will now
18  introduce themselves.
19        MR. LAMB:  Conor Lamb for the
20  plaintiffs, the Wolkings.
21        MR. BENEDETTO:  Conrad James
22  Benedetto for defendant Youngs Apothecary,
23  Courtney Young, and Brian Bryk.
24        MS. DENAPLES:  Ciara DeNaples for

**5**

1  Dr. Henry Lindner.
2        THE VIDEOGRAPHER:  Thank you,
3  counsel.
4        The court reporter is Patrice
5  Sweeney of ERSA, and the court reporter
6  will now swear in the witness.
7        PAUL GISBERT AUWAERTER, M.D.,
8  MBA, FIDSA, after having been duly sworn,
9  was examined and testified as follows:
10        THE VIDEOGRAPHER:  We will now
11  begin questioning.
12  BY MR. BENEDETTO:
13  Q.    Good morning, Doctor.  My name is Conrad
14  Benedetto.  I'll be taking your deposition.  We met
15  briefly before we went on the record.
16        Have you had your deposition taken before?
17  A.    I have.
18  Q.    Okay.  I will provide you some ground
19  rules, I'm sure your counsel has, I'm sure you
20  recall this from prior deposition testimony, but any
21  answer that you provide, make sure it's verbal.  A
22  nod of the head is not picked up by the court
23  reporter.
24        Do you understand that?

**PAUL GISBERT**

6

1    A.    Yes.
2    Q.    And I would ask you not to guess on any
3    question, but you may estimate or approximate.  I
4    just ask that you let us know that you're guessing
5    -- if you're approximating or estimating.
6          Do you understand that?
7    A.    Yes.
8    Q.    And I don't think we will be here
9    prohibitively long, but if there's a -- if you need
10   to take a break, just let us know, we will take a
11   break.  I only ask that if I ask a question, you
12   answer the question before we take a break.
13         Okay?
14   A.    Yes.
15   Q.    Okay.
16         MR. BENEDETTO:  And, Conor, can
17         we agree to objection for one, objection
18         for all, objection to the form and anything
19         else, that we can go off the video?
20         MR. LAMB:  Yes.
21         MR. BENEDETTO:  Okay.
22   BY MR. BENEDETTO:
23   Q.    And is there any medication or have you
24   suffered any recent head trauma or any reason why

7

1    you wouldn't be able to answer truthfully today,
2    Doctor?
3    A.    No, sir.
4    Q.    Okay.  And can you state your full name for
5    the record, Doctor?
6    A.    Yeah.  Paul G. Auwaerter.
7    Q.    And, Dr. Auwaerter, what is your current
8    title?
9    A.    I'm the clinical director for the division
10   of infectious diseases at the Johns Hopkins
11   University School of Medicine and also the Sherrilyn
12   and Ken Fisher Professor of Medicine.
13   Q.    As a clinical -- in you're clinical
14   position, do you treat patients actively today?
15   A.    Correct.
16   Q.    Okay.  I had prior -- previously marked for
17   the record the notice of deposition as Auwaerter-1,
18   your C.V. as Auwaerter-2, the last page of the C.V.
19   that I was provided with your notes of -- in the
20   testimony that you provided previously based on your
21   memories as Auwaerter-3, and the report as
22   Auwaerter-4.  And I'll be referring to those
23   documents.
24         Have you had an opportunity to review those

8

1    documents?
2    A.    Yes.
3    Q.    Okay.  And did you review those documents
4    in preparation for today?
5    A.    Yes.
6    Q.    Have you reviewed any other materials in
7    preparation for your deposition testimony today?
8    A.    I -- I do take -- I do have handwritten
9    notes that are just date extraction notes from the
10   records.  I also looked at Dr. Steven Smith's expert
11   report and some of his references.
12   Q.    Okay.  Have you reviewed any articles,
13   publications, case studies, or research papers in
14   preparation for today?
15   A.    I did.  One paper regarding toxicity of
16   tafenoquine.
17   Q.    Okay.  Where did you obtain that article?
18   A.    That was from a search on PubMed.
19   Q.    Okay.
20         Okay.  And you understand that you're being
21   video recorded today, correct?
22   A.    Yes.
23   Q.    Okay.  Where are you testifying from,
24   physically?

9

1    A.    My academic office.
2    Q.    Okay.  And at Johns Hopkins in Baltimore?
3    A.    Yes.  In the city.
4    Q.    Okay.  Doctor, your C.V. is very extensive.
5    I don't want to go into too much of it, but I do
6    want to cover a few things in it.  So bear with me
7    here while I pull it up.
8          Do you need to have it pulled up on the
9    screen for you?
10   A.    Maybe.  We will see.
11   Q.    Okay.
12   A.    I can pull it up myself.
13   Q.    Yeah.  And if you do, just let me know and
14   I can share my screen so it's up on the screen.  But
15   if you can pull it up, maybe it's easier for you to
16   control it as we -- as we go through it.
17         So you're currently the clinical director
18   of infectious disease in the department of medicine
19   at Johns Hopkins?
20   A.    Yes.
21   Q.    Okay.  And you've been in that role since
22   approximately July 2006; so approximately 18 years?
23   A.    That's true.
24   Q.    Okay.  And you are in an endowed share at

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

**PAUL GISBERT**

10

1   the medical school and you have been in that
2   position for approximately 11 years?
3   A.      Yes.
4   Q.      Okay.  Are you certified in infectious
5   disease?
6   A.      I am.
7   Q.      Okay.  And what certification do you have?
8   A.      American Board of Internal Medicine.
9   Q.      Do you have any other board certifications?
10  A.      Internal medicine.
11  Q.      Okay.  You studied biology at Columbia
12  College and graduated in 1984?
13  A.      Yes.
14  Q.      And you received your medical degree from
15  Columbia University in 1988?
16  A.      Yes.
17  Q.      Where did you complete your residency or
18  post-medical school training?
19  A.      Uh-huh.  Internal medicine was at Johns
20  Hopkins Hospital and the school of medicine and
21  subsequent infectious disease training was at the
22  same.
23  Q.      And then after your residency -- and that
24  was in 1991 you completed your residency?

11

1   A.      Yes.  Then I spent a chief resident year,
2   we call it an assistant chief of service, for one
3   year and subsequent to that did my infectious
4   diseases fellowship, joining the faculty in 1996.
5   Q.      Okay.  From 1989 to 1996 while you were
6   completing your residency and your fellowship in
7   infectious disease, did you work or study at any
8   other facility, treatment center, or location other
9   than Johns Hopkins University?
10  A.      I did do some moonlighting at Sinai
11  Hospital in Baltimore, the emergency department.
12  Q.      Anywhere else for a summer or six-week
13  program, anything like that?
14  A.      No.
15  Q.      Okay.  What rotation work and study did you
16  do during your infectious disease residency and
17  fellowship?  Just give me a little bit of
18  information about what a residency and fellowship
19  entails in terms of infectious disease.
20  A.      Well, residency is internal medicine
21  training, which certainly had components of
22  infectious diseases in it, and I also did an
23  infectious diseases rotation.
24          The infectious diseases fellowship ended up

12

1   being four years of which one year is clinical
2   training, which is fairly standard, with some
3   additional clinical duties during the subsequent
4   three years, where I primarily trained in virology
5   and immunology in a laboratory setting.
6   Q.      Oh, what is virology?
7   A.      A study of viruses.  I specifically worked
8   on measles virus both in some small animal models
9   and primate work.
10  Q.      And how about immunology, what is that?
11  A.      That's the study of host immune responses
12  to potential pathogens or just autoantigens as well.
13  Q.      During this period you treated patients,
14  correct?
15  A.      Yes.
16  Q.      And were there any specific types of
17  patients that you saw during your residency and your
18  fellowship or was it, I would say, all encompassing
19  in terms of infectious disease treatment?
20  A.      It was -- I would say it was generally
21  wide-ranging for both hospital infections, also
22  outpatient consultations as well.  It wasn't limited
23  to a specific area.
24  Q.      Okay.  And during this period, did you

13

1   perform any research or publication work during your
2   residency and fellowship?
3   A.      Yes.  Those are outlined in my C.V.
4   Q.      Do you currently have a subspecialty or a
5   focus in infectious disease?
6   A.      I would say my sort of research interest
7   delves into two areas -- well, research interest
8   primarily is on tick-borne diseases and vector-borne
9   diseases.  The other thing that I spend some time on
10  is as editor-in-chief of the Johns Hopkins
11  Antibiotic Guide which I suppose isn't research
12  per se, but is clinical decision support.
13  Q.      And how about your current clinical work,
14  is there any subspecialty or focus that you focus
15  on?
16  A.      Well, I -- I do see patients with
17  tick-borne diseases, but I am not limited in that
18  way.  I see general infectious diseases both
19  inpatient and outpatient.  I also work as a general
20  medical attending on a -- inpatient services, a
21  primary attending.  And I have a small primary care
22  practice as well.
23  Q.      Okay.  So you do -- you are an attending in
24  -- in the hospital setting, correct?

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

PAUL GISBERT

14

1  A.    Correct.  Meaning I have direct primary
2  responsibility for the patients, but I also do
3  consultative infectious diseases as well.
4  Q.    And do you -- and what unit do you -- do
5  you do rounds in the morning at the hospital?  Does
6  Johns Hopkins do that?
7  A.    Yeah.  When I'm on inpatient service, of
8  course.  Yes.
9  Q.    And -- and what unit or -- or division is
10 that in?
11 A.    Well, that's in the department of medicine.
12 Q.    Okay.  Is that the -- is there an ICU
13 component to that or it's just internal medicine
14 department?
15 A.    Yeah, I don't attend in the ICU.  I provide
16 consultative work in the ICU.  But when I serve as
17 patient attending, that's on a regular medical
18 floor.
19 Q.    Okay.  And when you serve in the ICU, are
20 you provide -- in the last 11 -- or I'm sorry.  In
21 the last 18 years, have you provided a treatment to
22 patients in the ICU setting for tick-borne
23 illnesses, to your recollection?
24 A.    Yeah.  That's happened on occasion.  It's

15

1  not very common.  We -- we hope to get to patients
2  before they are in the ICU.
3  Q.    Okay.
4  A.    Sometimes patients have late diagnoses and
5  end up critically ill.
6  Q.    Okay.  And what do you mean by late
7  diagnoses?
8  A.    Well, I just mean that their disease has
9  been present long enough to precipitate critical
10 illness.
11 Q.    In your practice as the -- after your
12 fellowship, residency at Johns Hopkins and 18 years
13 as a clinical physician in the -- and the head of
14 the ID department at Johns Hopkins, what's the
15 latest you've seen between an actual tick bite and a
16 diagnosis of a tick-borne illness stemming that tick
17 bite --
18 A.    Well --
19 Q.    -- before treatment is provided?
20 A.    Uh-huh.  I think that's a difficult
21 question to answer sometimes because many people are
22 unaware of a tick bite.  For example, Lyme
23 arthritis, late Lyme arthritis may occur months to a
24 year, or even up to two years, after when it may

16

1  have been acquired.  Other infections present much
2  more acutely, so that would be usually in a matter
3  of weeks; Rocky Mountain spotted fever,
4  ehrlichiosis, anaplasmosis.  Ehrlichiosis sometimes
5  can be subacute for a while or prolonged in patients
6  that are immunosuppressed.
7  Q.    Could it be subacute for 13 years?
8  A.    I have not seen that.
9  Q.    Okay.  When you wrote your report, did you
10 rely on any articles, research, or studies
11 specifically in compiling your report --
12 A.    Now --
13 Q.    -- that's potentially listed in your C.V.?
14 A.    Right.  I'm just looking at my report.  I
15 don't think I reference anything specifically.  So I
16 believe it's based on my education, research,
17 training, background, work on the babesia IDSA
18 guideline.  I think I do make a reference to
19 micrometrics just as a pharmacy reference that I
20 looked at and lists the drugs that treat babesiosis,
21 for example, just as an example of sort of a drug
22 reference tool, for example.
23 Q.    Okay.  And your C.V. is up-to-date?  That's
24 the most current C.V. that you have, that I was

17

1  provided with?
2  A.    Do you -- do you know what the date is at
3  the top?
4  Q.    April 22nd, 2024.
5  A.    I -- I can send an updated one.  It may
6  just have a couple more articles, but nothing
7  fundamentally changed in terms of my duties.
8  Q.    Okay.  What is your rate of compensation
9  for your opinion?
10 A.    Six hundred dollars per hour.
11 Q.    Okay.  And what about for testimony --
12 deposition testimony?
13 A.    Six hundred dollars an hour for the first
14 two hours and then $700 an hour if you go beyond
15 two.
16 Q.    Okay.  And how about trial testimony?
17 A.    I have to look that up.  I don't remember
18 what it is.
19 Q.    Okay.  In the last five years, how many
20 times have you been asked to provide your expert
21 opinion in a legal matter?
22 A.    When you say asked, formally or informally,
23 I guess, or --
24 Q.    So let's start informally -- totally?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

**18**

1  Informally, formally, and you've provided an opinion
2  and/or testified, all encompassing universe?
3  A.    Yeah.  I guess just in terms of what I can
4  accommodate.  I might look at about a case a month
5  probably over the past years.  It was certainly less
6  during COVID when I was quite busy.
7  Q.    Okay.
8  A.    So I would say that's the average.
9  Q.    And you said -- you brought up a good
10  point.  You said you were quite busy during COVID.
11       How were you busy during COVID?
12  A.    Well, the virus did upset a lot of our
13  standard medical practices.  So it was both adopting
14  to the pandemic, developing new strategies in the
15  hospital, working with the health system to develop
16  a formulary approach for treatment, for example,
17  which I spearheaded.  Lots of meetings.  So -- and
18  also I worked on COVID wards during that time.
19  Q.    Were you -- did you perform any work for
20  the federal government, state government, or a
21  regulatory agency during COVID in terms of treating
22  -- or finding -- finding what COVID was and then
23  finding a treatment for COVID?
24  A.    No.

**19**

1  Q.    In those -- again, we're just using the
2  general universe of, say, once a month reviewing
3  cases over the last several years.  Can you
4  approximately -- approximate the percentage of those
5  cases that you've done work or reviewed for
6  plaintiffs versus a defendant?
7  A.    I would say about 70 to 80 percent are for
8  the defense.
9  Q.    For the defense.
10       Okay.  Have you ever testify -- testified
11  as an expert at trial?
12  A.    Yes.
13  Q.    How many times in your entire career?
14  A.    I'm -- I am making -- I'm hazarding a
15  guess.  Since 1997, maybe somewhere between 15 to
16  25.
17  Q.    Okay.  How about in the last four years, so
18  since COVID?
19  A.    Almost none during COVID.  And let's see,
20  last year, I think I testified twice.
21  Q.    Okay.  And in that same time frame, in the
22  last four or five years, how many times have you
23  provided deposition testimony?
24  A.    That seems to be maybe anywhere from four

**20**

1  to six times a year, something like that.
2  Q.    Okay.  And can you give me a percentage in
3  terms of whether it's matters in federal court or in
4  state court?
5  A.    Yeah, I don't have a good feeling for that.
6  I have been in a federal court some years ago,
7  probably prior to COVID, maybe.
8  Q.    Have you ever had your opinion excluded
9  from trial?
10  A.    No.
11  Q.    Have you ever been disqualified as an
12  expert before either in federal court or state
13  court?
14  A.    No.  Not that I know of.
15  Q.    How much time did you spend doing
16  investigative work or research in terms of coming to
17  your conclusions and opinions reached in your
18  report?
19  A.    I -- I think you have those billing records
20  or they are part of my -- actually part of my
21  letter.  So 5148 divided by 600, I can do that.  But
22  it seems to be about ten hours.
23  Q.    Okay.  And how long did it take for you to
24  basically draft your report?  Is that part of that

**21**

1  --
2  A.    Yes.
3  Q.    -- 5148?
4  A.    Correct.
5  Q.    Okay.  And how many -- how much time did
6  you --
7  A.    That, I don't -- I would have -- I don't
8  know if that was the work going up to it.  I think
9  it's probably work going up to it.  Probably
10  reviewing records -- I'm just looking.  I can look
11  at my billing records, if you would like.  I just
12  don't --
13  Q.    Okay.  That's okay.
14       And how much time have you spent between
15  once you provided the report and today in terms of
16  preparing for your deposition and reading
17  supplemental materials and things like that?
18  A.    I -- I would have to look.  I would say
19  it's probably going to end up being three to four
20  hours, maybe a little more.
21  Q.    Okay.  Have you ever met Stacey Wolking?
22  A.    No.
23  Q.    Have you ever had any conversations with
24  Stacey Wolking or her husband?

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

PAUL GISBERT

**22**

1   A.   No.
2   Q.   So the testimony that you provided to us
3   generated from memory, you have two main cases where
4   you're -- from 2023 where you provided trial
5   testimony; do you recall that?
6   A.   Yeah, if you help me.
7   Q.   Sure. I can show you.
8        And this is Auwaerter-3, and I'll share my
9   screen.
10       Okay. Nope.
11       Do you see that?
12   A.   Yes. Thank you.
13   Q.   Okay. So it says Peter Smith, Maine,
14   plaintiff, and McCarthy, Maine, defense?
15   A.   Yes.
16   Q.   Okay. What was the Peter Smith case about
17   generally?
18   A.   Lyme disease.
19   Q.   Okay. And what was the -- what were the
20   facts and circumstances around Mr. Smith's claim in
21   that case?
22   A.   I -- I believe it was failure to diagnose
23   Lyme disease.
24   Q.   Okay. And Mr. Smith, did he bring a claim

**23**

1   against his -- who did he bring a claim against?
2   A.   I don't recall from my memory. I don't
3   remember the details on that. I'm sorry.
4   Q.   Okay. What did he suffer from, if you
5   recall? I mean, what were the symptoms manifested
6   by the Lyme disease?
7   A.   Initially a rash. And then he developed
8   carditis and unfortunately died.
9   Q.   Okay. And was it your opinion and
10   conclusion that he died because -- directly because
11   of the Lyme disease?
12   A.   Yeah. It was a causation opinion. Yes.
13   Q.   Okay. The McCarthy case, can you tell me a
14   bit about that, who did you represent and what was
15   the case about?
16   A.   That was a case of someone with chronic
17   edema and lymphedema who was receiving wound care
18   where the allegation was that there was an infection
19   present.
20   Q.   And were you asked to provide a causation
21   opinion on that case as well?
22   A.   I believe that's what it mainly centered
23   on. That's right.
24   Q.   And -- and as you testified on behalf of

**24**

1   the defense, do you recall the client on behalf of
2   whom you testified?
3   A.   I think it was the wound care doctors, but
4   I -- it's a little uncertain in my mind at this
5   point.
6   Q.   Was it -- were you representing a party
7   where the claim was ancillary to whether she --
8   whatever caused the edema, this was more about how
9   the edema was treated; would that be accurate?
10   A.   Well, I think it was how the wounds were
11   treated and whether antibiotics were employed or
12   not.
13   Q.   Okay. And the depositions that you have
14   listed there, you have Foutch in Oklahoma; do you
15   recall that case?
16   A.   Yes. That was Rocky Mountain spotted
17   fever, I believe.
18   Q.   Okay. What are the symptoms of Rocky
19   Mountain spotted fever?
20   A.   Classically, headache, fever, and rash.
21   Q.   Doctor, it sounds like you summed up a lot
22   of diseases there.
23       How do you diagnose Rocky Mountain spotted
24   fever versus something else?

**25**

1   A.   So you can do it from a biopsy --
2   Q.   Okay.
3   A.   -- of the rash. You can do it from a PCR
4   of a skin lesion swab. You can do it from acute and
5   convalescent serology.
6   Q.   Okay. And it was determined that
7   Mr. Foutch was suffering from Rocky Mountain spotted
8   fever based on lab results and biopsies?
9   A.   I -- I don't remember the details in that
10   case at the present.
11   Q.   Okay. And who did you provide an opinion
12   for, which party?
13   A.   Again, I -- I don't quite remember.
14   Q.   Okay.
15   A.   It was one of the doctors at one hospital
16   in Oklahoma.
17   Q.   Okay. And how about Brown in Illinois, do
18   you recall the facts and circumstances around that
19   case?
20   A.   Yeah, that's murkier. Oh, gosh. I really
21   -- I probably would be misstating at this point. I
22   just -- I don't remember the details. I remember
23   there was some allegation that she had dental -- a
24   dental abscess.

7 (Pages 22 to 25)

**PAUL GISBERT**

26

1  Q.    Okay.  And your counsel provided me a
2  couple from earlier this year --
3  A.    Yes.
4  Q.    -- where you testified on behalf of the
5  defense, one was called Temple in California.  Was
6  that trial or deposition testimony?
7  A.    Deposition, Mr. Benedetto.
8  Q.    Okay.  And what was that case in terms of
9  the facts and circumstances around that claim?
10  A.    It's a little more recent, so I can give
11  you some details.
12        That had to do with an allegation that
13  doctors did not diagnose Lyme disease.
14  Q.    Okay.
15  A.    Or did not --
16  Q.    And who -- what happened to the plaintiff
17  in that case?
18  A.    Oh, the plaintiff, who I think was 88, died
19  of dementia and malnutrition.
20  Q.    And that's your opinion in that case, that
21  it was not the Lyme disease, it was dementia and
22  malnutrition?
23  A.    Well, the patient never had Lyme disease.
24  Q.    Okay.  And who did you testify on behalf of

27

1  in that case?
2  A.    A Dr. Haddad who is an infectious disease
3  physician.
4  Q.    Okay.  And last one, Irving in Arizona,
5  what are the facts and circumstances around that
6  case?
7  A.    That was a brain abscess -- brain abscess
8  with intraventricular rupture.
9  Q.    And what was the alleged cause of that
10  condition?
11  A.    Well, the brain abscess probably developed
12  from odontogenic basis.
13  Q.    And that -- that was your opinion or
14  conclusion in that particular case?
15  A.    As to the etiology of the brain abscess,
16  yes.
17  Q.    And who did you provide your opinion on
18  behalf of?
19  A.    It might be the hospital.  I honestly don't
20  remember specifically.
21  Q.    Do you work closely with dermatologists in
22  your practice?
23  A.    No.  I would say -- I'm not sure what your
24  definition of close is.  We have them as

28

1  consultants.  We've used them, but I wouldn't say
2  they are integrated into our practice.
3  Q.    And that was more my question.  Whether it
4  be integrated or do you -- when you perform your
5  consultation work as an infectious disease physician
6  or do rounds, is a dermatologist part of your team
7  where you are treating tick-borne illnesses
8  specifically?
9  A.    No.
10  Q.    All right.  How about gastrointestinal
11  physicians?
12  A.    No.
13  Q.    Okay.  And you're not a certified -- board
14  certified dermatologist or GI physician, correct?
15  A.    That is true.
16  Q.    Okay.  And you have not studied pharmacy,
17  correct?
18  A.    Well, to be a pharmacist, that's true.
19  Certainly have a facility with pharmacology with
20  regards to antimicrobials and so on.
21  Q.    Okay.  But you don't have a Pharm D and
22  have not been a practicing pharmacist, correct?
23  A.    All true.
24  Q.    Okay.  So I'm -- we're going to turn to

29

1  your report, Doctor, if you want me to bring that
2  up, I can do so.
3  A.    I have it right in front of me.
4  Q.    Okay.  Good.
5        All right.  So that's been marked as
6  Auwaerter-4.
7        So we discussed your -- your background and
8  your compensation here.
9        Is there a geographic region in the United
10  States that has -- is predominately tick-borne
11  center of diseases?  In other words, like, is there
12  a geographic region where you find more tick-borne
13  illnesses than other regions?
14  A.    Well, I think my answer to that is, the
15  most common vector-borne disease in the United
16  States is Lyme disease, so that is far more common
17  than others.  So if you look at the distribution of
18  Lyme disease, that would be New England and the
19  Midatlantic states, as well as the upper Midwest,
20  Minnesota, Wisconsin, and so on.
21  Q.    Do you find Lyme in Virginia, meaning
22  below -- say, east of the Shenandoah Mountains,
23  below the -- the Appalachian Mountains?
24  A.    Yes.  I would say over the past 10 to 15

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

PAUL GISBERT

**30**

1    years, whereas Virginia previously was not the state
2    that we thought had significant amounts of Lyme
3    disease.  Northern Virginia and then moving down to
4    Shenandoah seems to be the case and not so much, for
5    example, in the tide water region.
6    Q.    Okay.  How about in the Potomac area in
7    terms of that valley or that -- that region?
8    A.    Yes.  So northern Virginia, especially
9    Loudoun County, that sort of area definitely there
10   are cases of acquired Lyme disease.
11   Q.    How many cases have you seen in the last 10
12   or 15 years in your practice of someone suffering
13   from Lyme disease -- diagnosed Lyme disease that
14   received a tick bite or acquired Lyme disease in
15   northern Virginia?
16   A.    Well, you know, we certainly see patients
17   from there.  I would say, you know, maybe 10 to 20.
18   You know, it's a little more of a distance to
19   Baltimore.  Especially with Washington D.C. traffic,
20   if you've ever tried to navigate that, many people
21   decide not to venture north.
22   Q.    And there are research hospitals and
23   university hospital centers in Washington D.C.,
24   correct?

**31**

1    A.    Yes.  There's Georgetown, GW, Howard.
2    Q.    Okay.  How did you become interested in
3    research of tick-borne illnesses?
4    A.    Newt Gingrich.
5    Q.    Tell me what you mean.
6    A.    Yeah, so initially I did laboratory work,
7    as I mentioned, on measles and immunology was sort
8    of headed toward laboratory work when he shut down
9    the government in the early '90s with the idea that
10   he was going to have an IH budget at which point I
11   was looking for a job and no academic medical center
12   wanted to take on new faculty members.  So I took a
13   clinical job in suburban Baltimore County as part of
14   Johns Hopkins medicine and my most common
15   consultation quickly became Lyme disease.
16   Q.    Okay.  And why do you find that research
17   topic interesting?
18   A.    Well, I think tick-borne diseases are
19   certainly important and have been increasing in
20   incidents in United States, really in North America.
21   It's a treatable disease and, also, there are some
22   challenges with appropriate diagnosis, for example,
23   and also understanding disease mechanisms.
24   Q.    And I'm sorry to jump back to your C.V.,

**32**

1    but just the current -- your current positions,
2    you're editor-in-chief of the Johns Hopkins
3    Antibiotic Guide; what is that?
4    A.    Yeah, that's an electronic antibiotic guide
5    sort of -- you know, everyone sort of has a drug and
6    bug guide they used to put in their white coat and
7    this was a way that when the PalmPilot came out in
8    the late '90s, we could condense information and put
9    it on an electronic device instead of carrying a fat
10   book in your pocket.  So this has gone on, and so
11   this is something that deals with diseases,
12   pathogens, and drugs and offers information for
13   appropriate diagnosis and therapy of many infectious
14   diseases.
15   Q.    So it's almost like a -- a -- I'm blanking
16   on the term we used to use in elementary or high
17   school -- a quick guide for diagnosing treatment
18   dosing of various diseases that an infectious
19   disease physician may come across?
20   A.    Yeah.  The idea is we develop the
21   architecture so that people who use the guide with
22   some regularity at bedside can find the information
23   they want within a minute or two and -- you know,
24   and help with either diagnosis or a therapy with the

**33**

1    idea that it's better to try to look something up
2    quickly, whereas if you needed ten minutes to look
3    something up, you wouldn't and you try to wing it.
4    So -- yeah.
5    Q.    Okay.  And the last one, for now at least,
6    that we did not discuss before, you're currently an
7    attending physician in pediatrics.
8         Is that general pediatrics or is that
9    specific to infectious diseases?
10   A.    Infectious diseases.
11   Q.    Okay.
12   A.    And predominately for vector-borne
13   diseases.
14   Q.    Okay.  And when you say "vector-borne,"
15   you've used that term several times, what do you
16   mean?
17   A.    So a vector means transmitted by something
18   other than person to person spread or direct
19   contact.  So mosquitoes and ticks would be the most
20   common; you could have lice, fleas, for example.
21   Q.    Is it always an animal?  Could it be plant?
22   Flower?
23   A.    No, that would not be a vector -- yeah.
24   Q.    So vector covers only animal, animal to

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

34

1  human?
2  A.    Correct.
3  Q.    Okay.  And it does not cover human to human
4  transmission?
5  A.    No.
6  Q.    Okay.  On page 1 of your report at the
7  bottom paragraph, it states:  I served as an author
8  of the Infectious Diseases Society of America 2020
9  Guideline on the Diagnosis and Management of
10  Babesiosis.
11      Can you discuss your role in that
12  publication and what that is, please?
13  A.    Right.  So that involved an evidence-based
14  literature review of really all of the literature
15  regarding babesiosis up to that date and then
16  developing key clinical questions and then, based on
17  literature, providing guidance on diagnostic aspects
18  and therapies.
19  Q.    Okay.  And what is babesia?
20  A.    Babesia is a parasite that in humans
21  infects red blood cells.  So it's often described as
22  a malaria-like parasite because people might have a
23  little more familiarity with malaria than babesia.
24  But unlike malaria, which is a mosquito-borne

35

1  disease, this is a tick-borne disease.  And in the
2  United States, predominately the pathogen is babesia
3  microti and is transmitted by the same tick as
4  Borrelia burgdorferi that is Lyme disease.  So
5  that's commonly referred to as a black legged or a
6  deer tick, Ixodes scapularis.
7  Q.    Is babesia transmitted by any other type of
8  tick other than what I always call a deer tick?
9  A.    Well, there are other species that can; for
10  example, there's babesia divergens in Europe, so
11  that's transmitted by a different tick.  And some
12  babesia that are very rare, meaning just a handful
13  of cases, in the Pacific Northwest, for example,
14  it's not quite clear what the vector is.
15  Q.    Okay.  What percentage of tick-borne
16  illness patients that you have treated have suffered
17  from that babesia infection?
18  A.    Well, Maryland traditionally had been
19  really at the edge of where babesia occurs and so
20  under a half dozen cases here, and most of those
21  were acquired via blood transfusion here in this
22  state.  But it's now increasing in numbers as it
23  creeps south, much like Lyme disease, and moves
24  southward into Virginia.

36

1  Q.    Annually, what percentage of tick-borne
2  illness patients suffer from an infection of babesia
3  in the whole universe of tick-borne illness patients
4  in the United States?
5  A.    Yeah.  Well --
6  Q.    Is there literature on that?
7  A.    Well, there is.  I mean, the -- the number
8  of cases of babesiosis usually venture in hundreds.
9  The ones that are reported at least are, you know,
10  in the hundreds to low thousands.  But -- but it's
11  probably in order of two magnitudes less than Lyme
12  disease.
13  Q.    Okay.
14  A.    But it's considered an uncommon to rare
15  diagnosis compared to Lyme disease.
16  Q.    And you talked about where the babesia is.
17      Geographically where would you find
18  babesia?  Would you find it in the same geographic
19  region as Lyme disease or would you -- is it
20  separate because the --
21  A.    Uh-huh.  Yeah, it's -- it's good.  We don't
22  quite understand why, but it's more limited than the
23  geographic regions of Borrelia burgdorferi.  So it's
24  not nearly spread quite as fast or as rapidly for

37

1  reasons that are not clear.  But the -- the states
2  that report them tend to be the same states that
3  have very high incidents of Lyme disease, the
4  exceptions would be some states at the margins of
5  those areas like Virginia, Maryland, West Virginia,
6  you know, and some of the states with some emerging
7  areas of Lyme disease like Michigan, Indiana, Ohio,
8  they don't really have much in the way of babesia
9  yet.  So it -- it seems to be a disease which is
10  more limited, but there is overlap but it's a
11  smaller footprint.
12  Q.    And so I understand it, babesia that we
13  have just been discussing is carried by the same
14  tick that carries Lyme disease but for some, at
15  least as of now, unknown reason, the footprint is
16  smaller than the Lyme disease that you find from the
17  same species of tick, correct?
18  A.    That's right.  And also the rate of
19  infection to humans is significantly less.
20  Q.    And what babesia strain do humans acquire
21  if they are bitten by, again, what we will call a
22  deer tick?
23  A.    Uh-huh.  So at least in this region, it's
24  babesia microti.

PAUL GISBERT

38

1    Q.    Okay.  And how do you determine if a
2    patient is suffering from an infection caused by
3    babesia microti?
4    A.    Uh-huh.  There are two main methods, one
5    would be performing a blood smear film and looking
6    for evidence of the parasite within red blood cells,
7    which can also help -- also determine what's called
8    a level of parasitemia, the other would be using a
9    polymerase chain reaction, a PCR, as -- on a blood
10   specimen, and that is another mechanism.
11   Q.    Okay.  And how reliable are these two
12   tests?
13   A.    Well, I think either of these would be
14   considered gold -- a gold standard.  These are a
15   part of our guideline.  Probably the PCR is a bit
16   more sensitive where it might detect very low levels
17   of babesia that might not be seen on a microscopic
18   exam.
19   Q.    Okay.  And is there a certain rate of false
20   negatives associated with these two tests?
21   A.    That's -- that's a tough one, because if
22   they are the best tests, I -- you know, there are
23   probably always operator error or disease that is --
24   is just quiescent and then becomes more prominent

39

1    later on.  We certainly see that in some of our
2    immunosuppressed patients.  But they are, in
3    general, very reliable tests.
4    Q.    Okay.  How many strains of babesia are
5    found in humans?
6    A.    Well, there's -- in the United States,
7    other than babesia microti, there's babesia duncani
8    D-U-C-A-N-I [sic], previously known as WA-1 in the
9    Pacific Northwest.  And then years ago there was a
10   babesia which has been called MO-1, and that was in
11   Missouri, as you might imagine from the letters.
12   But those are, you know, really just very few cases
13   in the -- in those regions.
14   Q.    And do you -- do you find babesia duncani
15   currently?
16   A.    Not on the east coast, no.
17   Q.    All right.  I noticed in your report, and
18   obviously in some of the records, the term babesia
19   odocoilei.  I might be pronouncing that incorrectly.
20   O-D-O-C --
21   A.    Odocoilei.
22   Q.    What is that?
23   A.    Yeah, well, that is apparently -- babesia
24   and a neighboring species called Theileria are,

40

1    again, red blood cell pathogens that infect many
2    different animals.  They are often adapted to those
3    animals and have specific ticks that transmit them.
4    So this is one that is found in a number of animals,
5    but is often described as a deer parasite.
6    Q.    And what you're suggesting or is it your --
7    your opinion that babesia odocoilei is found just in
8    deer or some species of deer that is transmitted to
9    the deer from the tick but not from the tick to the
10   human, correct?
11   A.    Well, that's right.  I mean, there is a
12   report in the literature, which, again, until others
13   describe, I would view with some scepticism as to
14   the legitimacy of that as a -- as a human pathogen.
15   Q.    Have you ever seen or reviewed any
16   research, article, or study that shows that it has
17   been found in humans as a human pathogen, the strain
18   of babesia or what has been described as babesia
19   odocoilei?
20   A.    Well, you know, in some of our research
21   meetings where I talk to other investigators, you
22   know, we discussed whether any of us have seen novel
23   or new cases of babesia, including this one, because
24   this was reported, and, you know, that's not

41

1    something, you know, that's been described.
2         You know, babesia can be seen on a blood
3    smear, although, this particular one, at least this
4    physician argued that you can't see it on a blood
5    smear.  But when you see it on a blood smear, if you
6    don't have a diagnosis, you can sequence it and
7    pretty rapidly understand what the pathogen might
8    be, you know, with modern molecular diagnostics.
9    Q.    Okay.  Are you aware of the diagnosis of
10   acute babesiosis?
11   A.    Yes.
12   Q.    Are you aware of the diagnosis termed
13   chronic babesiosis?
14   A.    Well, some people use that term.  I -- I
15   usually would probably term persistent or relapsing
16   babesia, which certainly can occur often more in
17   patients with immune compromise either because of
18   their own immune system or because of the drugs they
19   are taking.
20   Q.    Okay.  Have you ever diagnosed anyone with
21   acute babesiosis?
22   A.    Yes.
23   Q.    And how about what I'll term chronic
24   babesiosis --

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

**42**

1  A.    Well --
2  Q.    -- or prolonged babesiosis?
3  A.    Yeah, I tend to avoid the term chronic only
4  because a number of alternative medicine
5  practitioners use terms like chronic Lyme disease,
6  chronic Bartonella, chronic mycoplasma, chronic
7  babesia, and so on to label syndrome complexes due
8  to infection when there's really not objective
9  evidence that they have that disorder.
10       So I prefer to use prolonged or persistent
11 babesia.  But, yes, I have seen it.
12 Q.    Okay.  That was going to lead me to my next
13 question.
14       Have you ever diagnosed a patient or seen a
15 patient that you would say is suffering from chronic
16 Lyme disease?
17 A.    Yes.  In fact, we published several papers.
18 I mean, the bulk of our consultations are actually
19 for patients that have been diagnosed with any of
20 these chronic entities that I mentioned and so
21 that's all actually more common than acute
22 infections, at least in our consultative practice.
23 Q.    Okay.  On page 2 of your report, this full
24 first paragraph states -- the first sentence states:

**43**

1  I focused my review of the care rendered to Stacey
2  Wolking when she was under the treatment of
3  Dr. Henry Lindner from 2013 to 2022.
4        So we can agree that Dr. Lindner was
5  Ms. Wolking's treatment provider for a variety of
6  issues from 2013 to 2022, correct?
7  A.    That is true.
8  Q.    Okay.  And then your review and opinions
9  are based on the following documents, and you have
10 nine items with some subparagraphs listed there.
11       These nine items with the subparagraphs,
12 are these the materials that you used to form the
13 basis of your opinions and conclusions?
14 A.    Yes.  At the time that I wrote the letter;
15 since that time, I also reviewed Stacey Wolking's
16 deposition.
17 Q.    Okay.  So you have reviewed Stacey
18 Wolking's deposition?
19 A.    I have.
20 Q.    And have you reviewed Mr. Wolking's
21 deposition?
22 A.    I have not.
23 Q.    Okay.  Have you reviewed e-mails between
24 Mr. Wolking and Dr. Lindner?

**44**

1  A.    Yes.  That's the bulk of the medical
2  record.
3  Q.    In your brief summary, the first paragraph,
4  you list several complaints or symptoms that Stacey
5  Wolking went to Dr. Henry Lindner to treat,
6  including hot flashes, sweats, and cortisol
7  deficiency, and you put cortisol deficiency in
8  quotes.
9        Why did you put cortisol deficiency in
10 quotes?
11 A.    Because I never saw evidence in the medical
12 record that proves she had this.  And much like
13 chronic Lyme disease, cortisol deficiency is often a
14 clinical diagnosis by some of these alternative
15 physicians.
16 Q.    And when faced with a patient that is
17 suffering -- or claims to be suffering from
18 lethargy, for example?
19 A.    Well, I'm not quite sure what your question
20 is, but maybe you could phrase it.
21 Q.    Sure.  Sure.
22       You put it in quotes because what you term
23 alternative therapy practitioners would diagnose
24 someone with something like cortisol deficiency when

**45**

1  faced with certain complaints by the patient,
2  correct?
3  A.    At least.  I mean, I obviously don't have
4  their medical decision-making in their mind.  But
5  from many years of seeing this, both adrenal fatigue
6  and cortisol deficiency are some of these diagnoses
7  that are attributed as the basis for their fatigue.
8  Q.    For their fatigue.  And that was my
9  question.
10       For things like lethargy or fatigue,
11 correct?
12 A.    Yes.
13 Q.    Okay.  Sometimes things like sweats or hot
14 flashes, correct?
15 A.    Well, it -- often it covers a host of
16 sematic complaints.
17 Q.    Okay.  If you were to be suffering from a
18 tick-borne pathogen, would you -- are some of the
19 symptoms or signs of any tick-borne disease hot
20 flashes, sweats, or what may be viewed as a cortisol
21 deficiency?
22 A.    Well, I think if you have an acute
23 infection, they certainly could be.  We're talking
24 about symptoms that might be for a matter of days or

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

**PAUL GISBERT**

46

1  a couple of weeks. But I think when you're dealing
2  with months and years of infections and -- there's
3  no basis for the diagnosis of any of those
4  tick-borne disorders.
5  Q.     And refresh my memory for me, please. What
6  -- when you suffer from Lyme disease, how do you
7  reach that diagnosis?
8  A.     So it could be on the basis of seeing a
9  characteristic rash known as erythema migrans.
10 Alternatively there could be other health problems
11 that could be supported by a serologic diagnosis,
12 meaning antibody testing.
13 Q.     And that was going to be my follow up.
14        If you don't see a rash, before you order
15 the test, what are some of the symptoms a patient
16 may be complaining of that might make you,
17 Dr. Auwaerter, think, oh, this could be Lyme
18 disease?
19 A.     Uh-huh. They could have a cranial nerve
20 palsy. They could have a severe headache that would
21 be consistent with aseptic meningitis. They could
22 have a radiculopathy. They could have heart block
23 or carditis. They could have arthritis, especially
24 in the knee. That's beyond the rash. Those would

47

1  be some of the most common findings.
2        Children are sometimes are slightly
3  different.
4  Q.     Where do you typically see the rash on the
5  body?
6  A.     Well, the Ixodes ticks, unlike dog ticks
7  that love hair, tend to like warm, moist areas. So
8  classically it would be around the axilla, the groin
9  region, behind the knee; for woman, under the
10 breasts. But they really can attach everywhere.
11 But typically you don't see that on the hands, for
12 example. You rarely see them on the scalp, for
13 example.
14 Q.     And the rash is at the location of the bite
15 where the -- where the tick attaches to the body?
16 A.     At least the herald rash.
17 Q.     Okay. And by that, do you mean the
18 circular target looking rash?
19 A.     Yes. Some cases that are untreated go on
20 to develop what's called multiple erythema migrans,
21 so they can get, you know, two, three, five, 20, 30
22 lesions on the skin.
23 Q.     Okay. So you know for approximately seven
24 years Ms. Wolking was on hormone replacement

48

1  therapy, but she returns to Dr. Lindner in summer of
2  2020 with conditions and complaints such as stress,
3  hair loss, extreme fatigue, migraines, heart
4  pounding, insomnia, headaches, excessive sweating,
5  general achiness, and stiffness. And they were
6  diagnosed as symptomatic menopausal state and
7  treated with prescriptions of progesterone,
8  testosterone, estradiol, and DHEA.
9        Do you have any independent opinion as if
10 you were presented with those complaints at that
11 time after seven years of hormone replacement
12 therapy what Ms. Wolking could have been suffering
13 from?
14 A.     Well, there's certainly a differential.
15 But since there's no physical exam, this patient
16 hadn't been seen in the office in seven years, I
17 would be very hesitant to make any conclusions at
18 this stage, rather I would -- and what I do is, if
19 these patients come into my office, I take a
20 thorough history, do a thorough examination, review
21 the available medical records, and often see them in
22 person over a series of visits. And often it takes
23 a while to come to some conclusion as to what might
24 be the best diagnosis for them. And sometimes there

49

1  is syndromic diagnoses, for example.
2        So it's -- you know, this could be migraine
3  disorders. It could be anxiety. It could be
4  generalized anxiety disorder. It could be a sleep
5  disorder. It could be fibromyalgia. It could be
6  chronic fatigue syndrome. There could be a medical
7  problem. But, again, I didn't really have any basis
8  at this point. So my advice for this sort of
9  patient would be to have a -- you know, a fresh look
10 and fresh start.
11 Q.     From 2013 to 2022, would it be the standard
12 of care in medicine generally to see a patient in
13 person once in an initial visit and not see them in
14 person again and continue to make diagnoses or
15 opinions as to that patient's condition?
16 A.     Well, I'm not sure I have a standard of
17 care opinion here. I would just say certainly I
18 think best practices are that patients should be
19 seen with some frequency in person in order to
20 continue ongoing care, especially when they are out
21 of state.
22 Q.     Okay. And for this report and this
23 particular case, what have you been asked to provide
24 in terms of your expert opinion?

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

**PAUL GISBERT**

50

1  A.    Well, initially, I think it was focused on
2  whether the patient had babesiosis.  The second --
3  and the answer is no.
4       The second is, did the therapy that
5  Dr. Lindner used and prescribed cause harm to the
6  patient, and the answer is yes because that lead to
7  the intestinal perforation by corticosteroids.
8       So they're really causation opinions in the
9  sense of just what the diagnosis is or isn't and
10  then also medication effects.
11  Q.    Any of the other treatment that Dr. Lindner
12  provided or prescribed other than the
13  corticosteroids cause Ms. Wolking's injury?
14  A.    I don't believe so.  I think it was a high
15  dose corticosteroids.  Dr. Smith opined about
16  tafenoquine, and I -- you know, and that was
17  obviously a report that was issued after mine, so I
18  would be happy to speak to that.
19  Q.    Okay.  And we'll -- and we will get to
20  that.
21       Okay.  And then a year after the 2020
22  notes, there's the June 25th, 2021, notes where
23  Ms. Wolking claims to be suffering from fatigue,
24  nausea, abdominal discomfort, marked stiffness,

51

1  achiness, weight gain, brain fog, constant headache,
2  tinnitus, flushing, excessive sweating, leg
3  vibrations, left ankle/foot swelling, and urinary
4  incontinence, although her sleep was better.  And
5  that's contained in the last paragraph on page 2 of
6  your report.
7       Again, same question as before.  This is
8  without seeing the patient, you, Dr. Auwaerter, in
9  2021, and also without Dr. Linder seeing the
10  patient, what would you attribute these complaints
11  to based on her prior pathology and diagnoses?
12  A.    You can read my prior answer.
13  Q.    Okay.  And you do make a note here at the
14  bottom of page 2 and into page 3 that Dr. Lindner
15  notes a history of tick bites 13 years earlier in
16  2008, treated with antimicrobials with improvement
17  in 2018 but without resolution and worsening over
18  the last three years.
19       Is that possible?
20  A.    I don't think so.  I think Ms. Wolking
21  certainly had symptoms that waxed and waned.
22  Whether the antimicrobials prescribed had some
23  therapeutic effect, it's hard to understand.  But I
24  would tell you that she never had any evidence that

52

1  I saw of infection and she received some very
2  significant treatment during that time frame, even
3  going back earlier.  But, you know, why she
4  improved, I -- I can't say.
5  Q.    Okay.
6  A.    But it could have just been her disease
7  course.
8  Q.    And the next sentence is that Dr. Lindner
9  suspects infection with babesia odocoilei.
10       And we've discussed this.  It is your
11  opinion you don't find this strain of babesia in
12  humans, correct?
13  A.    That's true.  I mean, he diagnosed it in
14  his daughter and, you know, made a paradigm, I
15  think, of treatment based on that.  And even though
16  he -- and he used a laboratory that, you know, never
17  rendered anything positive, decided to proceed on a
18  clinical basis with that diagnosis.
19  Q.    And it's true that she had laboratory
20  testing which was negative for babesia, correct?
21  A.    That's true.  But also I would say more
22  importantly, clinically she did not have the kind of
23  evidence we would tend to see with babesia that
24  could include hemolytic anemia, for example,

53

1  cytopenia, fever.  You know, she had lots of what I
2  would call subjective symptoms but little on the way
3  of the objective problems that we tend to see with
4  babesiosis.
5  Q.    Objectively the symptomatology did not
6  reveal babesiosis in Ms. Wolking, correct?
7  A.    No.  I would -- I mean, what I can say
8  outright is if this patient came into my office, I
9  would never even entertain ordering babesia.
10  Q.    If she were suffering from babesiosis, it
11  notes here that atovaquone 750 milligrams suspension
12  is prescribed twice daily.
13       Would that be a standard treatment for
14  babesiosis?
15  A.    Partly.  The recommendation is to use
16  atovaquone with a macrolide antibiotic called
17  azithromycin, that's typically for a short period of
18  time, and I think she was continued on this far
19  longer.
20  Q.    Okay.  And how about that dosing of
21  atovaquone?
22  A.    That's -- that is the standard, 5 ML.
23  Twice daily is the standard dosing.
24  Q.    And you would use that with a Z-Pak with

PAUL GISBERT

54

1  azithromycin?
2  A.    Well, we would use it with daily
3  azithromycin, not -- not the Z-Pak.
4  Q.    Okay.  The next paragraph he seems to --
5  Dr. Lindner, according to your report and your
6  reading of Dr. Lindner's testimony and the medical
7  records, seems to come to this stronger conclusion
8  that she's -- you put in your report clearly has a
9  babesia infection.  So he orders tafenoquine 150
10 milligrams four times for a single -- No. 4 for a
11 single dose.
12         What do you mean by No. 4 here?
13 A.    Four -- four tablets.
14 Q.    Four totaling 150 milligrams, correct?
15 A.    No.  Totaling 600 milligrams.
16 Q.    Okay.  So tafenoquine 150 milligrams times
17 four for a single dose; would that be accurate to
18 say?
19 A.    Yes.
20 Q.    What is tafenoquine?
21 A.    Tafenoquine is a relative of drug called
22 Primaquine, which is FDA approved for prophylaxis or
23 terminal eradication of malaria parasites but has
24 been used on a case-report basis for some cases of

55

1  difficult to resolve babesia infection.
2  Q.    Would that be termed off-label treatment?
3  A.    Yes.  In fact, no drugs are on label for
4  babesia.
5  Q.    No drugs are on label for babesia?
6  A.    That's true.
7  Q.    Okay.  So any treatment for babesiosis
8  wouldn't be guided by FDA or even medical literature
9  in the sense that that medication would have been
10 FDA approved for that indication, correct?
11 A.    Well, just to make sure, because your
12 answer -- your question was a little -- sounded
13 broader.  But specifically there's not a FDA
14 indication probably because the disease is too rare
15 and drug companies would not pursue that.  You know,
16 there's a commercialization basis here.  So we treat
17 many, many infections that have no FDA indicated
18 label.
19 Q.    Sure.
20        And there are many uses of FDA approved
21 medication for certain indications that you would
22 treat with patients off label or for other
23 indications, correct?
24 A.    Yes.

56

1  Q.    Okay.  What is herxing?
2  A.    This is a term that I generally see
3  patients -- some alternative medical practitioners
4  use as a shortened form of Jarisch-Herxheimer
5  reaction, which is classically described in syphilis
6  where after penicillin people had almost an
7  anaphylactic-type reaction due to organisms with
8  rapid die-off that might last 24 to 48 hours.
9         What I see generally the alternative
10 medical practitioners do use is the term herxing for
11 a chronic condition that can go on for weeks,
12 months, and years which typically are side effects
13 of the medications they are prescribing but, in
14 fact, there's no die-off of any infections.  They
15 say that's what they use.  That's what Dr. Lindner
16 said.  And then will use supportive care in an
17 effort to decrease these so-called herxing symptoms
18 from the prescribed antimicrobial medications.
19 Q.    And is that -- if I understand you and your
20 interpretation of it, is -- are they saying, certain
21 physicians using the term herxing, that your body is
22 becoming either inflamed or you're suffering from
23 more acute symptoms at the immediate moment due to
24 the pathogen, quote, die-off or the killing of it

57

1  from the primary treatment or primary medication?
2  A.    Yeah, I -- I mean, you would have to ask
3  one of these doctors.  But that's how I had patients
4  explain it to me.
5  Q.    Okay.
6  A.    I generally have been told.
7  Q.    Okay.
8  A.    Even though, of course, A, they don't have
9  an infection and, B, it's usually from a die-off of
10 a very high level of infection.  And you can imagine
11 for someone that's been on medications for months or
12 years, you would think if there is any organism
13 burn, it would be very low and that you wouldn't
14 really have so-called herxing.
15 Q.    And you've diagnosed patients with
16 babesiosis or -- or acute illness from babesia,
17 correct?
18 A.    Yes.
19 Q.    And from babesia -- basesia microti,
20 correct?
21 A.    True.
22 Q.    And you have conducted lab testing, either
23 the smear, PCR testing, something to confirm that
24 diagnosis, correct?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

58

1   A.   Yes.
2   Q.   And then do you prescribe medication to
3   treat that babesia?
4   A.   Yes.
5   Q.   And what medication have you prescribed to
6   treat that babesia indication?
7   A.   Well, I would say years ago primarily for
8   those patients hospitalized with severe disease we
9   used clindamycin and -- and quinidine and quinine,
10  that is no longer a favorite strategy.  And so more
11  recently used atovaquone and azithromycin,
12  occasionally adding clindamycin for someone that is
13  severely ill.
14  Q.   And so -- and this has all been in the
15  inpatient or hospital setting, correct?
16  A.   I've treated I think at least one patient
17  outpatient.  Yes, most have been inpatient settings.
18  Q.   And what dosing of atovaquone would you
19  prescribe or provide the patient with?
20  A.   750 twice daily.  The azithromycin 250 or
21  500, depending on their tolerance, daily.  Again,
22  usually seven to ten days is sufficient treatment
23  for most patients with babesia.
24  Q.   And --

59

1   A.   And it's cleared on their own even without
2   treatment.
3   Q.   And you used the word or the words
4   depending on the patient's tolerance, and what do
5   you mean by that?
6   A.   Well, some patients have more GI upset on
7   500 milligram dosing of azithromycin.
8   Q.   Okay.  And have you treated any patients
9   for longer than ten days on this dosing of
10  atovaquone and azithromycin?
11  A.   Yes.  For a patient -- patient -- we had
12  one patient who was immune compromised and had some
13  trouble eradicating we are usually treating longer
14  than six weeks, for example.
15  Q.   Okay.  Any treatment longer than 90 days?
16  A.   Not in my practice.  Certainly there have
17  been case reports that have been very challenging
18  for eradication in patients, especially on certain
19  immunosuppressives such as those that get depressed
20  antibody production rituximab.  So there are a
21  number of instances where you will use combined
22  drugs and prolonged courses in effort to eradicate
23  the infection.
24  Q.   And will these patients typically be still

60

1   inpatient or that would be an outpatient setting?
2   A.   I think for the problems you just described
3   most would -- most I would think are outpatient.  In
4   fact, I -- you know, they usually have lower levels
5   of parasitemia in that, you know, less than 1
6   percent range or 1 or 2 percent.
7   Q.   And in this -- in the report, you go on to
8   describe a note from January 2022, what we just
9   discussed about the herxing and that Ms. Wolking is
10  prescribed ivermectin and noted to have skin
11  findings consistent with Bartonella.
12       What is Bartonella?
13  A.   Bartonella is a bacteria that certainly can
14  cause human illness.  You might be familiar with
15  something called cat-scratch disease.  It can also
16  cause some other problems in immunosuppressed
17  patients.  But what I find alternative med --
18  medical practitioners, if you look on any -- I'm not
19  sure what your age is, but any middle age Caucasian,
20  you can find what are called little red spots called
21  cherry angioma, they are benign skin lesions.  But
22  many of these doctors will say that you have
23  Bartonella based on that finding.
24  Q.   Okay.  And is that what you're referring to

61

1   where it's noted that she has skin findings
2   consistent with Bartonella?  Is it your opinion that
3   she had the cherry angioma or is it something else?
4   You don't know?
5   A.   I don't know.  Just Dr. Linder looked at
6   the skin and diagnosis.  As far as I know there are
7   no pathognomonic or even suggestive skin findings of
8   Bartonellosis.
9   Q.   Okay.
10  A.   With the exception of Oroya fever acquired
11  in the Andes Mountains from sand flies that can
12  cause something called Verruga Peruana.
13  Q.   Okay.  Would you, in treating Bartonella
14  infection, prescribe ivermectin?
15  A.   Yeah, ivermectin an antiparasitic which got
16  some notoriety as an anti-COVID therapy even though
17  it is not an antiviral.  I find ivermectin used as
18  sort of a broad spectrum agent by alternative
19  medical practitioners.  But, no, it is not the
20  suggested treatment for Bartonella.
21  Q.   Okay.  I think I know your answer to this
22  next question, but on May 13th, 2022, during a phone
23  call, she notes increased fatigue, brain fog,
24  shortness of breath, dark urine, headache, tinnitus,

16 (Pages 58 to 61)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

62

1  liver and armpit pain, itchy legs, itch feelings,
2  and trouble sleeping.
3       Same question as we went over a few minutes
4  ago from her summer of 2020 and summer of 2021
5  notes.  If you were presented with this patient with
6  her pathology, you know, what would you -- be your
7  diagnosis or your thoughts in terms of treatment
8  going forward?
9  A.     Again, I probably would ask her to come
10  into the office.
11  Q.     Okay.  What is Arte-M?
12  A.     Yeah, I had to look -- I probably forgot.
13  I had to look that up.  I wasn't sure what that was.
14       It seems to be a proprietary
15  over-the-counter compound that is purported to have
16  some component of artemether, which is a Chinese
17  herbal medication which actually has authentic
18  activity against malaria.  And it is a WHO
19  recommendation to use an artemether compound like
20  artemisinin for malaria.  But I think it has also
21  magnesium in it, I can't remember off the top of my
22  head.  But it's -- it's an over-the-counter product.
23  Q.     But used to treat malaria, generally?
24  A.     Well, I don't think Arte-M any infectious

63

1  disease physician would ever use because we don't
2  really know its components.  But as a broad
3  category, I would agree with you.  Yes.
4  Q.     And rifabutin, that's an antibiotic?
5  A.     Yeah, rifabutin is an antibacteria agent
6  typically used to treat tuberculosis.
7  Q.     Okay.
8  A.     Not a parasite.
9  Q.     And the next sentence discusses prednisone
10  being given to Ms. Wolking in approximately May --
11  starting in May 2022 at 15.75 milligrams per day and
12  a schedule for 59.25 milligrams spread out over 12
13  dosings per day.
14       Where did you obtain this information?
15  A.     I don't remember off the top of my head,
16  but I assume the medical record.
17  Q.     Okay.  Approximately 60 milligrams of
18  prednisone per day spread out over 12 dosings per
19  day, do we know how long she was taking that amount?
20  A.     Yeah.  I -- I found it very difficult to
21  follow the medical record and how the patient might
22  have been taking these antimicrobials or the
23  prednisone, for what dose and for how long.  So I --
24  you know, I would agree it's hard to know.

64

1       I will make the comment that by spreading
2  out prednisone over the whole day you're much more
3  prone to adrenal suppression, so it's not a practice
4  that's commonly done.
5  Q.     Is it usually done on one or two dosings
6  per day?
7  A.     Usually once -- once or twice daily.
8  Q.     And if -- could 60 milligrams per day over
9  a certain amount of time start to cause adverse
10  effects other than adrenal insufficiency in a human
11  if -- if taken for that certain amount of time?
12  A.     Well, certainly the long-term effects could
13  include immunosuppression.  So precipitation of
14  acquiring opportunistic infections, it could cause
15  certain tissue issues.  So, for example, bone loss
16  and osteoporosis or fractures can precipitate
17  ulcerative conditions or intestinal perforation can
18  precipitate mania.  Sleep difficulties, skin
19  thinning, muscle atrophy, are some of those off the
20  top of my head that we tend to review when we talk
21  to patients with long-term use.
22  Q.     Have you treated or seen a patient in your
23  practice that has been taking approximately 60
24  milligrams of prednisone spread out over 12 dosings

65

1  per day for several weeks or several months?
2  A.     Never --
3  Q.     Would that cause --
4  A.     -- until this report.
5  Q.     Would that cause a GI inflammation or
6  injury, in your opinion?
7  A.     Well, I think, you know, prednisone
8  generally, once you get into doses of 20 milligrams
9  or higher, is associated with some increased
10  incidents of ulceration or intestinal perforation.
11  No one has ever done any prospective studies because
12  we -- you know, we try to limit the amount of
13  steroids to the least possible to avoid injury to
14  patients to control disease.
15       So I think there's a general sense that
16  higher doses are worse for people, certainly.  And I
17  think we see patients who have taken high dose, and
18  what I mainly mean are 60 or 80 milligrams a day,
19  over a long period, you know, can become cushingoid
20  and have many of the side effects we just talked of.
21       But, you know, when certain people are
22  taking 300, 400, a thousand milligrams a day, you
23  would expect it might be worse but, you know,
24  there's not a lot of literature there, because it's

17 (Pages 62 to 65)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

66

1    -- you know, it's not something we have seen.
2    Q.    Right.
3          And -- and what would be the line, I guess,
4    in terms of the minimal dosing to the maximum dosing
5    that you've seen that would cause that?
6    A.    Well, certainly I -- you know, I prescribe
7    myself things like Solu-Medrol a thousand milligrams
8    a day, but that's just for two or three days, it's a
9    so-called steroid pulse for someone in the hospital,
10    you know, and then might be put on something like 60
11    milligrams a day or 40 or 20.
12    Q.    Are you aware of any condition where you
13    might be prescribed over 100 milligrams of
14    prednisone or prednisone equivalent for five days to
15    a week pulse and then taper down?
16    A.    I -- I am sure it's been done, mainly for
17    patients that don't want to come into the hospital
18    to get something like that or aren't ill enough for
19    that. But it's usually done on a very short-term
20    basis. Again, with the idea that you want to limit
21    this to the least amount possible to control a
22    disease process.
23    Q.    And so in -- it's about two-thirds down
24    page 3. You're talking about her taking prednisone

67

1    in August and the first amount is 190 milligrams of
2    prednisone that day.
3          Would that, in your opinion, be excess of
4    prednisone?
5    A.    Well, since she has a condition that
6    doesn't warrant prednisone, I'm -- I'm not talking
7    about standard of care here, I guess. But,
8    you know, certainly doesn't seem like there's a
9    condition that would warrant that dosing.
10    Q.    Okay.
11    A.    So the correct amount of prednisone dosing
12    would be zero.
13    Q.    Okay. Are you aware of any other
14    medication that she was taking concurrently during
15    this time frame where she had just taken 190
16    milligrams of prednisone that day?
17    A.    She is on a whole host of the medications.
18    I mean, she was on her hormonal agents. She was
19    also on this RTM. I believe she was also on
20    atovaquone. She also had gotten -- I'm thinking
21    August, September, to October had gotten
22    azithromycin. And at some point she was started on
23    tafenoquine as well.
24    Q.    And how much tafenoquine?

68

1    A.    I think I tallied that up recently. Hold
2    on just a moment.
3    Q.    Sure.
4    A.    So she took 1650 milligrams between
5    September 23rd and September 27th. I sort of looked
6    at the more approximate time to her hospitalization.
7    600 milligrams on September 30th. But she had been
8    taking some tafenoquine starting all the way back to
9    2021. She took it in January of 2022. She was
10    taking it intermittently in the spring of 2022.
11    Q.    Is that the standard of care, to take it
12    intermittently and every day or for a period of a
13    year, up so 600 milligrams a day?
14    A.    Well, you're asking me a standard of care
15    question. What I would say is, I've not seen that
16    in any practice done on a basis for that. I have
17    seen -- you know, people have written about using it
18    for a six-week period, for example, in an effort to
19    eradicate babesia. But it's more of a continual
20    treatment.
21    Q.    And for how long?
22    A.    Six weeks, I believe, is Gary Wormser. In
23    fact, it's one of the reports cited by Dr. Smith.
24    Q.    Okay. And is that -- any longer than six

69

1    weeks have you seen?
2    A.    I -- nor have I heard about that.
3    Q.    In the middle of that paragraph, it says:
4    During September, corticosteroid dosing continued,
5    including prednisone and hydrocortisone
6    combinations, as Dr. Lindner recommended.
7          You would agree with me too that she was
8    taking other medication during that period, correct?
9    A.    Yes.
10    Q.    And the corticosteroids dosing continued as
11    Dr. Lindner recommended.
12          Would you agree with me that Dr. Linder was
13    recommending her dosing, correct?
14    A.    It did not seem to be anyone else involved.
15    Q.    Okay. And that was based on your review of
16    the records, including Dr. Lindner's testimony and
17    the e-mails, correct?
18    A.    Yes. And his deposition, that's correct.
19    Q.    Okay. Have you ever seen a patient out in
20    the outpatient setting and non-cancerous indication
21    take 1526 milligrams of prednisone or equivalent in
22    one day or 1848 milligrams of prednisone or an
23    equivalent in one day?
24    A.    Never.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

**70**

1  Q.      Doctor, we've been going about 90 minutes
2  or so, do you want to take a break or do you want
3  to --
4  A.      No.  I'm -- I'm fine to keep going.  You
5  know, I think I indicated I do have a hard stop at a
6  little before noon, so...
7  Q.      Oh, okay.  We can keep going then.
8  A.      Yeah.
9  Q.      I'm sorry, I missed the hard stop and
10 that's fine.
11 A.      Well, I had indicated I unfortunately --
12 Q.      No, that's fine.  We're good.
13         Okay.  We will keep going.
14 A.      Okay.
15 Q.      And so are you aware that on August 7th --
16 well, strike that.
17         We will get to that in a second.
18         And then in -- the bottom of this page, the
19 last paragraph on page 3, you have the October
20 records and that's Ms. Wolking went into the
21 hospital on October 7th and she went into the O.R.
22 on October 8th; that's correct?
23 A.      Yeah, that's correct.
24 Q.      And then she was found to have a

**71**

1  pneumoperitoneum.
2         What is that?
3  A.      Air within the abdominal cavity.
4  Q.      What causes air within the abdominal
5  cavity?
6  A.      Well, I guess when someone is acutely in
7  the hospital, we think of it in two main avenues,
8  one is someone has a perforation of the
9  gastrointestinal tract or someone had a procedure --
10 or someone had a procedure like a laparoscopy where
11 you inflate the abdomen and there could be residual
12 air.  There are also instances where, you know,
13 woman can sometimes have air following oral sex.
14 Q.      And bear with me one second here.
15         And it's -- the next clause is which
16 required surgical resection of small bowel
17 perforation causing an ostomy.
18         What is an ostomy?
19 A.      Well, so she actually -- to amend that
20 slightly.  She had two areas that were resected by
21 the surgeon, one was part of the jejunum and the
22 other was part of her sigmoid colon.  And the
23 surgeon decided that they couldn't do a
24 re-anastomosis so the colon was pulled up to the

**72**

1  abdomen to create what's called a stoma so -- where
2  stool can egress into a bag.
3  Q.      Okay.  And you termed it as ostomy.  Would
4  that be a colostomy?
5  A.      Yes.  Yeah.  Uh-huh.
6  Q.      And then the next sentence in the final
7  sentence of that paragraph says:  Blood cultures
8  revealed polymicrobial bacteremia.
9         What is that?
10 A.      Well, if memory serves, I mean, I think
11 bacteroides fragilis grew from the blood, and maybe
12 I meant say polymicrobial infection and bacteremia.
13 And her abdominal cultures I think had klebsiella,
14 staph borealis, and one other organism that were
15 recovered from within the abdominal cavity.
16 Q.      Okay.  I'll show you what we will mark as
17 Auwaerter-5.
18         Do you see that?
19 A.      Yeah.
20 Q.      Okay.  And, for the record, this looks like
21 -- it's microbiology, all results, Stacey Wolking's
22 blood results?
23 A.      Yes.
24 Q.      Okay.  And then she's admitted on October

**73**

1  7th.  And these look like results from October 11th,
2  October 13th, and October 13th?
3  A.      Well, that's when they are finalized.
4  Q.      That's when they are finalized.
5         Okay.  And they were taken on -- or ordered
6  on October 7th?
7  A.      Yes.
8  Q.      Is that how I -- am I reading that
9  correctly?
10 A.      I believe when she was admitted.
11 Q.      Okay.  So on October 9th, it says:
12 Anaerobic blood culture positive in 24 to 48 hours.
13 Gram stain shows:  Gram negative rods.
14         What does that mean?
15 A.      Well, sometimes the growth is heavy enough
16 that when it's positive, a laboratory will take a
17 small amount of the blood culture vial and perform a
18 gram stain and basically will see whether the growth
19 is a gram positive organism or a gram negative.  In
20 this case, it's a gram negative that ultimately was
21 identified as bacteroides fragilis.
22 Q.      And then 10/10 it says growth of
23 bacteroides fragilis.
24         Is that what we discussed a few minutes

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

**PAUL GISBERT**

74

```
1    ago?
2    A.    Yes.
3    Q.    And then on October 13th:  Aerobic blood
4    culture, no growth.
5          Can you just reconcile just the -- for my
6    understanding the chronology here?
7    A.    Sure.
8          Bacteroides is a gram negative rod.  So
9    merely that rod was then identified as bacteroides
10   fragilis.
11   Q.    Okay.  Understood.
12         What does that have -- what does that
13   indicate in terms of this paragraph here regarding
14   her surgical procedure?
15   A.    Well, I think it's expected when someone
16   has pneumoperitoneum and likely intestinal
17   perforation either from the sigmoidal area or in
18   someone that has been taking long-term antibiotics,
19   even the small bowel can be colonized with bacteria.
20   So it could have come from that area as well.
21   Q.    Did this bacterial presence, indicated on
22   these test results, cause her perforation?
23   A.    No.  They are consequences.
24   Q.    And then the next paragraph it's just the
```

75

```
1    list of four -- four prescriptions filled by
2    Tunkhannock.
3          And then the next page, on page 4, it's a
4    list of five prescriptions filled by other
5    pharmacies.
6          Do you see that?
7    A.    Yes.
8    Q.    Okay.  So my question is very specific to
9    the other pharmacies.  When I did the math, and I
10   could be incorrect, the -- at least the first four,
11   8/7, 8/13, 8/30, and 9/26, that adds up to
12   approximately 7500 milligrams of prednisone or
13   prednisone equivalent medication, correct?
14   A.    Correct.
15   Q.    Okay.  And when I said prednisone
16   equivalent, what is your understanding of the
17   relationship or ratio between prednisone and
18   dexamethasone?
19   A.    Yeah.  So, well, that is sort of variable.
20   You know, 25 to 1, something like that.  25 to 4 and
21   1.  So hydrocortisone to prednisone or prednisolone
22   and then to dexamethasone.
23   Q.    So would it be fair to say approximately 6
24   or 7 milligrams of prednisone is equivalent to 1
```

76

```
1    milligram of dexamethasone?
2    A.    Yeah, some have used that.  Some have said
3    5, you know, something along those lines.  And,
4    again, I think even in Dr. Lindner's deposition
5    talked about prednisone equivalence given that she
6    was mixing the number of the pills.
7    Q.    Okay.  And so from these other pharmacies
8    -- and then there's the October 5th, dexamethasone 4
9    milligram 30 on -- and she was hospitalized on
10   October 7th, correct?
11   A.    Yes.
12   Q.    Okay.  So looking at this medication from
13   what you've termed other pharmacies, at 7500
14   milligrams of prednisone equivalent, in that time
15   period, on average per day, that would be around 130
16   milligrams of prednisone equivalent, correct, 7500
17   milligrams?
18         MR. LAMB:  I'm just going to
19   object to the form on the -- on the total
20   prednisone equivalent.
21         But can you answer, Doctor.
22         MS. DENAPLES:  Join.
23         THE WITNESS:  Yeah, would you --
24   would you just state that again, please?
```

77

```
1          MR. BENEDETTO:  Sure.
2    BY MR. BENEDETTO:
3    Q.    So between the -- so the -- those four
4    prednisone and dexamethasone from other pharmacy
5    prescriptions, we can agree that's approximately
6    7500 milligrams of prednisone or prednisone
7    equivalent steroids; we've agreed on that, correct?
8    A.    If you were to add -- if she were to take
9    all of those, yeah, I mean, that --
10   Q.    Yeah.  The total quantity?
11         MR. LAMB:  I'm just objecting to
12   the form on all of the conversions, so I'm
13   not going to keep repeating it.  Just
14   consider that a continued --
15         MR. BENEDETTO:  That's standing
16   on the conversion, Conor.
17         THE WITNESS:  Yeah.  I'll -- you
18   know, I am not very fast at math.  I could
19   get my calculator out there.  But, you
20   know, I think it varied on a day-to-day
21   basis how much she took.  And, you know, at
22   least in the days, you know -- and before
23   her infection, the average was almost a
24   thousand milligram -- over a thousand
```

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

**PAUL GISBERT**

78

1    milligrams a day -- milligram equivalence
2    of prednisone a day.
3  BY MR. BENEDETTO:
4    Q.    And we can agree that the e-mails between
5  Dr. Lindner and Ms. Wolking would indicate if
6  Ms. Wolking were taking what she said she were
7  taking, it was all over the place, as we stated, and
8  it was -- it was a significant amount, correct?
9    A.    Yes.  Yeah, I mean, I -- I think at some
10  level, it doesn't matter how much you're taking.
11  She clearly was north of 100 milligrams of
12  prednisone a day.
13    Q.    Okay.  And that was going to be my
14  question.  When you average it out, this total from
15  these other pharmacies, 7500 milligrams over that
16  time frame, even if she were taking the same amount
17  every day, that would be the equivalent of
18  approximately up to 125, 130 milligrams a day, 7500
19  divided by those days, correct?
20    A.    Just by the other pharmacies.
21    Q.    Just by the other pharmacies, correct?
22    A.    Yeah.  Something along those lines.  Yeah.
23    Q.    So for two full months at 130 milligrams of
24  prednisone or prednisone equivalent, have you

79

1  treated a patient for any tick-borne illness or any
2  infectious disease with that equivalent dosage?
3    A.    No.  We will usually use steroid-sparing
4  agents to avoid those high doses.
5    Q.    That dosing on -- just on average, taking
6  that as an average, would you consider that either
7  excessive or over dose of prednisone or prednisone
8  equivalent?
9    A.    Well, you know, in toto, you know, it has
10  to be, you know, relevant to a certain patient
11  situation.  I have not done it.  I'm not a
12  rheumatologist.  I'm not someone that usually uses
13  those for long term reasons at that high dose.  I
14  imagine it could be possible.
15    Q.    And that quantity and that high dose, just
16  using the other pharmacies, would that increase the
17  rate of gastrointestinal perforation?
18    A.    I think so, yes.
19    Q.    Under your opinions section on page 4,
20  first paragraph, the second sentence is:  These
21  nonspecific complaints prompted Dr. Lindner to
22  diagnose clinically, without laboratory indication
23  or compatible clinical symptoms, a chronic babesia
24  infection with a hitherto unrecognized agent of

80

1  human disease, babesia odocoilei.
2    So I read that correctly, yes?
3    A.    Yes.
4    Q.    This is forming your opinion that
5  Dr. Lindner diagnosed Ms. Wolking with an
6  unrecognized condition or indication, correct?
7    MS. DENAPLES:  Object to form.
8    THE WITNESS:  I -- I would say
9    that's true from a mainstream medical
10    standard.  Yes.
11  BY MR. BENEDETTO:
12    Q.    If you received a patient that was referred
13  to you with this diagnosis from another physician,
14  what would be your steps in terms of treatment of
15  this patient?
16    A.    Much like we talked about before, I think
17  probably just as a reassurance, I would get a blood
18  film exam to look for evidence of parasitemia.
19    Q.    If that blood film exam was negative, what
20  would then be your next step?
21    A.    Well, I would assume it would be negative
22  and much like we talked about before, very similar
23  strategy.
24    Q.    Okay.  The next sentence states:  She was

81

1  prescribed a variety of antimicrobial agents.
2    Are you referring to the atovaquone here?
3    A.    Atovaquone, azithromycin, the rifabutin,
4  the ivermectin, the tafenoquine, which she had
5  received previously.  There may be others.
6    Q.    Okay.  What is your understanding of the
7  purpose of diagnosing corticosteroids?
8    A.    I'm sorry, say that again.
9    Q.    Sure.
10    What is your understanding of the purpose
11  of prescribing corticosteroids?
12    A.    Well, they could be done at lower doses to
13  replace someone that's truly deficient in adrenal
14  hormones such as cortisol.  The other strategy would
15  be for trying to control an inflammatory condition
16  or occasionally infectious conditions that are
17  causing a lot of inflammation.  I think some may be
18  familiar with COVID whereas patients with severe
19  COVID pneumonia benefited from several days of 6
20  milligrams of dexamethasone once a day.
21    Q.    So what amount -- do you know what amounts
22  of corticosteroids are considered pharmacologic
23  doses?
24    A.    Well, I tend to think of replacement

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

PAUL GISBERT

82

1  therapy with hydrocortisone as something like 15 and
2  10 milligrams a day, so maybe 20 to 25 milligrams a
3  day replacement. So that might be 4 or 5 milligrams
4  of prednisone a day.
5  Q.      Okay. And you mentioned these terms
6  before, pulsing and tapering, but could you just
7  define for me what pulsing and tapering are?
8  A.      A pulse would be a high dose over short
9  period of time. A taper would be you're taking a
10  high dose and then gradually lowering.
11  Q.      If someone is pulsing or taking even just a
12  high dose of corticosteroids, would you agree with
13  me that it could --
14  A.      Sorry, my lights go off. This will look
15  very funny, so please don't show this at court.
16  Okay. Thank you.
17  Q.      Do you agree with me that either pulsing or
18  taking high doses of corticosteroids if you were not
19  to taper would lead to adverse effects or more
20  severe adverse effects than if you were to taper?
21  A.      Whoa, could you say that again, please?
22  Q.      Sure.
23         If a patient is on a high dosage of
24  corticosteroids, and by high I mean something in

83

1  excess of 60 milligrams, for a period of time,
2  whether it because they are on the high dosage or
3  they are pulsing, if instead of tapering they ceased
4  taking the steroids at a certain point in time
5  altogether, would you agree with me that the adverse
6  effects of that would be severe or worse than if
7  they were to taper?
8  A.      I am not sure about that. I mean, for
9  pulse dosing, for example, you might go from a
10  thousand and drop all the way to 60. That's a
11  pretty significant drop.
12         Now, for someone at high doses over a long
13  period of time when they have a non-existing
14  condition, I think if you stop abruptly, you know,
15  there might be some sense of loss -- some changes
16  just because you're taking such high hormonal
17  amounts. Usually we taper because you're treating a
18  condition that demands corticosteroid therapy as an
19  antiinflammatory -- you know, antiinflammatory
20  immunomodulator and, therefore, you are tapering to
21  gauge what dose you might need or you're trying to
22  replace it with another agent.
23         So, yes, we tend to taper, but there are
24  certainly times where we just stop dosing. And I --

84

1  Q.      And you could taper down only to pulse back
2  up, correct?
3  A.      Well, sometimes you will find that patients
4  don't tolerate a low dose. I have certainly done
5  that for adult-onset Still's disease, for example,
6  where you're trying to get down to 7, 8, or 9 or
7  lower amounts of prednisone once a day, but they
8  flair so I'll have them go back up to 40 milligrams
9  for a few days and go back down to find which dose
10  they were maintaining at. So, yes.
11  Q.      And there are non-cancerous indications
12  where you might prescribe even up to a thousand
13  milligrams and then ratchet it all the way back down
14  to approximately 60?
15  A.      True.
16  Q.      And non-cancerous indications --
17  A.      Or in a given none. Just do the three
18  days.
19  Q.      And then those same non-cancerous
20  indications, could you potentially then start again
21  prescribing additional corticosteroids at a high
22  level?
23  A.      Well, I don't know what you mean by high.
24  Q.      Sure.

85

1         More than 60 milligrams?
2  A.      Generally not. Maybe I've seen 80. I
3  don't think I've seen higher. But, certainly, you
4  know, there may be some reasons to do it.
5  Q.      Are there non-cancerous indications that
6  would require a chronic use of corticosteroids or --
7  well --
8  A.      Well, I've seen some patients with asthma,
9  sarcoid, giant cell arteritis that need 60 to 80
10  milligrams a day.
11  Q.      For how long?
12  A.      Sometimes they are on it chronically.
13  Q.      And by chronically you mean more than 90
14  days?
15  A.      Yeah. Probably.
16  Q.      More than six months?
17  A.      You know, I think anyone on that that long
18  we try to get them on a lower dose by some method.
19  But, you know, again, I'm not -- I've certainly seen
20  patients in the hospital who have been maintained on
21  prednisone 60 milligrams for asthma or sarcoid. I
22  don't know how long they have been on it off the top
23  of my head, but I would say it's been long term.
24  Q.      Do you treat patients with asthma?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

86

1  A.    In hospital settings, yes.  I don't have
2  many in my practice.
3  Q.    Have you treated a patient --
4  A.    That are steroid dependent.  Usually they
5  are cared for by pulmonary folks.
6  Q.    Okay.
7        MR. BENEDETTO:  And can we go off
8  the video record?
9        THE VIDEOGRAPHER:  The time is
10  10:45.  Going off video record.
11        MR. BENEDETTO:  And we're going
12  off the stenographic record too.
13        (At this time, a discussion was
14  held off the record.)
15        (At this time, a short break was
16  taken.)
17        THE VIDEOGRAPHER:  The time is
18  now 10:53.  We're back on video record.
19  BY MR. BENEDETTO:
20  Q.    Doctor, are there other antiinflammatory
21  medications to treat for non-cancerous indications
22  other than corticosteroids?
23  A.    Yes.
24  Q.    Would those be termed NSAIDs?

87

1  A.    Well, that's one class.  The non-steroidal
2  antiinflammatory drugs, yes.
3  Q.    And are there others?
4  A.    Well, there's a huge array of immune
5  modulating agents that include monoclonal
6  antibodies, drugs such as azathioprine or
7  methotrexate, hydroxychloroquine, for example.  So
8  there's many potential drugs.
9  Q.    Okay.  And we discussed a little bit
10  earlier, there's no FDA approved treatment for
11  babesiosis or illnesses caused by babesia, correct?
12  A.    That is true.  Although there are certainly
13  guideline and recommendations for therapy.
14  Q.    Okay.  And so you would agree with me
15  there's no -- if one were to use corticosteroids to
16  treat any inflammation caused by babesia, there's no
17  max dosage for the use of those corticosteroids,
18  correct?
19        MR. LAMB:  Objection to form.
20        You can answer.
21        THE WITNESS:  I'm just trying to
22  think how to answer this.  I would say
23  corticosteroids are contraindicated for the
24  therapy of babesia because it will

88

1  interfere with potentially clearing their
2  infection.  The only exception is there is
3  a post-infectious warm hemolytic anemia
4  that sometimes transpires after augmented
5  babesia infection for which steroids could
6  be used.  But that's more of consequence of
7  the infection in reaction rather than the
8  infection itself.
9  BY MR. BENEDETTO:
10  Q.    But, again, there's no FDA regulated or
11  mandated max dosage of the use of corticosteroids in
12  that scenario, correct?
13  A.    Yes, that is correct.  But there's also no
14  recommendation to use corticosteroids that I'm aware
15  of in any literature.
16  Q.    Okay.
17  A.    Or any reliable literature.
18  Q.    On October 7th when Ms. Wolking was
19  admitted into the hospital, was she septic?
20  A.    I would say yes.  Certainly her doses of
21  corticosteroids probably influenced her
22  presentation.  Often when people are septic, it's
23  because of cytokine generation from the infection.
24  Of course, she was on intensive doses of steroids

89

1  which probably downplayed that dispute having, you
2  know, organisms in her abdominal cavity and her
3  bloodstream.
4  Q.    What is your opinion as to what caused the
5  injury to Ms. Wolking that resulted in the October
6  8th surgery?
7  A.    I think if -- if she were not using the
8  corticosteroids for her illness, she would not have
9  suffered intestinal perforation.
10  Q.    Which corticosteroids?
11  A.    Well, whether it be the dexamethasone or
12  the prednisone.
13  Q.    And which corticosteroids provided by
14  Tunkhannock caused her injury?
15  A.    Well, certainly the number of pills in the
16  TCC far outnumber those from the other pharmacy.
17  Q.    TCC meaning Tunkhannock Compounding Center?
18  A.    Correct.
19  Q.    But can you differentiate between the pills
20  that she took from -- that were dispensed from
21  Tunkhannock versus the pills that were dispensed by
22  the other pharmacy or pharmacies that caused her
23  injury?
24        MR. LAMB:  Objection to form.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

90

1    You can answer.
2    THE WITNESS: Yeah. I would just
3  say it's her corticosteroids generally. I
4  -- certainly the majority of her
5  corticosteroids came from TCC as opposed to
6  the other. So -- but, you know, it's an
7  effect of the steroids no doubt that had
8  been ongoing for weeks -- you know, weeks
9  to a month or more.
10  BY MR. BENEDETTO:
11  Q.    And you would agree that her perforation
12  was found in the distal jejunum, correct? We
13  discussed that a little bit earlier.
14  A.    Well, the suspected per -- she had, no
15  doubt, a perforation, but the area the surgeon
16  identified was both the jejunum or the sigmoid
17  colon, because both areas were resected.
18  Q.    Was it a perforation in the sigmoid colon
19  or is it more of a breakdown of the tissue in the
20  wall of the sigmoid colon?
21  A.    Well, both were -- you know, whatever you
22  call it, she needed the surgery to remove those.
23  Q.    Okay. Are you aware if Ms. Wolking
24  suffered from diverticular disease prior to her

91

1  being admitted to the hospital on October 7th?
2  A.    Not that I remember from the medical
3  record.
4  Q.    Okay. Would you agree with me that there
5  are generally two causes of this type of injury,
6  either medication toxicity or sepsis?
7  A.    What injury are you speaking of?
8  Q.    The perforation in her distal jejunum and
9  what I've termed a tissue or wall breakdown of her
10  sigmoid colon?
11  A.    Well, medications certainly can cause
12  intestinal perforation. Sepsis can. So someone is
13  severely ill and has impaired blood flow, it could
14  cause ischemic bowel. I'm not generally sure that
15  infection per se causes perforation, it's more the
16  severe consequences of it. I think the infection
17  truly arose because of her either friable or
18  perforated areas in her intestinal tract.
19  Q.    Okay. On page 4 of your opinion, it's the
20  second paragraph under the subheading of opinions,
21  it's the sentence in the -- it looks like the third
22  sentence starting with "moreover".
23    Do you see where I'm referring?
24  A.    Yes.

92

1  Q.    All right. Moreover, significant infection
2  causes hemolytic anemia, often accompanied by
3  abnormalities in white blood cells, platelet counts,
4  and liver function tests, none of which she had as
5  evidence to support the diagnosis before starting
6  therapy.
7    What do you mean by abnormalities in white
8  blood cells?
9  A.    Outside of the normal ranges.
10  Q.    Okay.
11  A.    And that's also even true for the blood
12  tests, I think she had two, in 2022 which generally
13  fell in normal ranges even on these therapies.
14  Q.    Did you see -- look at her test results
15  from the hospital that included her white blood
16  count?
17  A.    Yes.
18  Q.    Okay. Could an infection -- did you notice
19  anything with the white blood count, whether it was
20  too high, too low, or within normal range?
21  A.    She had leukopenia, so she had low blood --
22  white blood cella.
23  Q.    Would an infection cause a low white blood
24  cell count?

93

1  A.    Yes.
2  Q.    Anything else cause a low white blood
3  count? Light white blood cell count?
4  A.    Well, in her situation, it's attributable
5  to her infection. Drugs can also cause low white
6  blood cell counts, classically chemotherapy drugs
7  for cancer.
8  Q.    Do large doses of corticosteroids cause
9  high or low white blood count -- white blood cell
10  counts?
11  A.    It depends on the person. And usually
12  there could be some immediate early elevation due to
13  something called demargination and then often it
14  comes closer to normal.
15  Q.    If you were to be taking the amounts of
16  corticosteroids for the two weeks immediately
17  proceeding her hospitalization, would you expect her
18  white blood count to be elevated or lowered at the
19  time that her tests were conducted in the hospital?
20  A.    I have never seen this dosing, so I'm not
21  sure I have read about it even in the literature.
22  So I'm not certain what it would do. And it's
23  occurring in the setting of intraabdominal
24  catastrophe.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

94

1    Q.    Are you aware of whether Ms. Wolking was
2 taking any other immunosuppressive drugs in addition
3 to the corticosteroids?
4    A.    Not that I'm aware of.  Certainly this one
5 stands far and above anything else she might have
6 been on.  I don't recollect that immediately.
7    Q.    Can excess dosage of tafenoquine cause
8 neutropenia?
9    A.    I'm not sure excess or the drug itself.
10 The paper that I examined generally said there were
11 no hematologic abnormalities regarding platelet
12 count or white blood cells seen in any of the
13 studies that they reviewed in 2021.  The paper that
14 Dr. Steven Smith outlined, I think the first author
15 was Persod, that patient had neutropenia developed
16 six weeks into therapy by taking it on a regular
17 dosing schedule.  That could have just been an
18 idiosyncratic reaction.  Almost any drug on an
19 idiosyncratic basis can cause it.  But that's the
20 only case report that I heard of or had seen that
21 described the situation which was different than
22 Ms. Wolking who had only really been taking it for
23 two -- you know, on a continual basis for, you know,
24 approximately two weeks before her hospitalization.

95

1    That case report, I think it was 42 days
2 before it developed.
3    Q.    At the bottom of page 4 of your report it
4 states, the first sentence of the last non-full
5 paragraph, the very last part:  Her symptoms fell
6 into a syndromic complex exacerbated by the side
7 effects of prescribed antimicrobials, including
8 atovaquone, azithromycin, artemether, rifabutin, and
9 tafenoquine.
10    So am I understanding that your conclusion
11 is that these medications that Ms. Wolking was
12 taking for a disease, which in the prior paragraph
13 and that we have discussed that you have concluded
14 do not -- is not found in human beings, created a
15 symptomology that -- that what, I guess is my
16 question?
17    A.    Well --
18         MS. DENAPLES:  Objection to form.
19         THE WITNESS:  I think she had
20    baseline symptoms, which we've talked
21    about, that she's had for years.  And then
22    we also talked about hexing, which was
23    Dr. Lindner's interpretation of her feeling
24    worse on the medication.

96

1    So my point is, many of her
2    complaints about her feeling worse or
3    feeling as if she's dying, which was called
4    herxing by Dr. Lindner, I would say were
5    her symptoms with additional feelings of
6    terribleness, I guess I would call it, made
7    by the drugs he was prescribing, including
8    the corticosteroids.
9 BY MR. BENEDETTO:
10    Q.    And then on page 5, the first full sentence
11 is:  It is my opinion, to a reasonable degree of
12 medical certainty, that these steroids caused her
13 bowel perforation.
14    So it's your opinion that the use of the
15 high -- what you've termed high dose steroid use
16 especially -- well, when?  What -- what steroids
17 caused her bowel perforation?
18    A.    Well, certainly in the weeks to month or so
19 preceding would be directly attributable.  There
20 could have been more cumulative effect over time.
21 But it was prednisone and/or dexamethasone causing
22 that either by -- you know, the mechanisms could be
23 decreasing gut mucosal barriers or a direct injury
24 from the pills are the two sort of thoughts as to

97

1 the mechanisms why this seems to occur.
2    Q.    And can you testify as to on what day or
3 dates that the bowel perforation became existent?
4    A.    Well, it was obviously before her
5 hospitalization.  She -- I think the medical records
6 suggest she had a significant increase six days
7 before.  Certainly I think she had the bowel
8 perforation at least a day or two before she came in
9 because she had this very low white blood cell
10 count, elevated respiratory rate, all consistent
11 with sepsis.
12    Q.    Are there any other --
13    A.    It could have been -- my point is, it could
14 be up to six days before.  But somewhere between --
15 before her hospitalization and up to six days.
16    Q.    Any earlier than the six days before the
17 hospitalization?
18    A.    I -- I doubt it.
19    Q.    And why do you doubt it?
20    A.    Just I think she would have come to
21 presentation.  I mean, I -- you know, I think the
22 steroids blunted her illness such that she came in
23 later than she would have if she hadn't been on
24 steroids with an intestinal perforation.  But, of

25 (Pages 94 to 97)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

**98**

1 course, if she hadn't been on steroids, she wouldn't
2 have had intestinal perforation.
3 Q.    Sorry, I lost track.  Something that you
4 just said.
5         MR. BENEDETTO:  Court reporter,
6 can you read back his last answer?
7         (At this time, the court reporter
8 read back from the record as was requested:
9         "A.  Just I think she would have
10 come to presentation.  I mean, I -- you
11 know, I think the steroids blunted her
12 illness such that she came in later than
13 she would have if she hadn't been on
14 steroids with an intestinal perforation.
15 But, of course, if she hadn't been on
16 steroids, she wouldn't have had intestinal
17 perforation.")
18 BY MR. BENEDETTO:
19 Q.    And we can't, Doctor, identify which
20 steroids from which pharmacy or dispensary that she
21 was taking at the time that her bowel perforation
22 could have occurred anywhere from six days before to
23 the day or two before her hospitalization, correct?
24         MR. LAMB:  Objection to form.

**99**

1         You can answer.
2         THE WITNESS:  I cannot.
3 BY MR. BENEDETTO:
4 Q.    Are you aware of any other steroids that
5 she was dispensed, other than what is listed in your
6 report, from either TCC or what you've termed other
7 pharmacies, but that we've termed from Harris Teeter
8 down in Virginia?
9 A.    No.  I think Dr. Smith's report may have
10 listed an erroneous one on September 7th.
11 Q.    Are you aware of any NSAIDS that she was
12 taking during this period from August to October
13 7th?
14 A.    Not that I saw from the medical record or
15 that the physicians at the hospital noted.
16 Q.    Would they necessarily have been in the
17 medical records?
18 A.    Well, I think if someone presented with an
19 intestinal perforation of unknown etiology, when
20 someone comes in, you would certainly do a careful
21 medical review.  So I think we would ask about
22 aspirin and non-steroids, because that's what we see
23 more commonly than, you know, corticosteroids.
24 Q.    But there could be a situation either in

**100**

1 the patient's presentation and condition or from --
2 for another unknown reason that we simply may not
3 know whether that patient was or was not taking
4 NSAIDs in a substantially large amount, meaning in
5 excess of 800 milligrams more frequently than every
6 four to six hours, correct?
7 A.    I didn't see any evidence of that in the
8 medical records, so I -- I would disagree.
9 Q.    Okay.  Your opinion on page 5, first full
10 paragraph, first sentence but second -- or second
11 and third clause:  If she were suffering from
12 babesiosis, corticosteroids are contraindicated as
13 they suppress the immune system and make infection
14 more difficult to eradicate or worsen the illness.
15         Would there be a situation where you would
16 have to prescribe corticosteroids to combat any
17 inflammation caused by babesiosis?
18 A.    Well, you never say never.  But I haven't
19 heard that as anywhere close to a routine practice
20 or consideration.  Obviously some patients are
21 already on these medicines when they become ill for
22 legitimate reasons.
23 Q.    You used Micromedex as a reference tool and
24 list six drugs of evidence for efficacy for

**101**

1 babesiosis.  And then you state that there's no
2 mention of corticosteroids therapy.  There's also no
3 mention of tafenoquine either, correct?
4 A.    That's right.  Because I would say that's
5 not considered standard therapy.  That's right.
6 Q.    Okay.  And you're not holding yourself out
7 to be an expert in pharmacy or pharmacology,
8 correct?
9 A.    That is true.
10 Q.    Okay.  Has a -- strike that.
11         Have you ever testified against a
12 pharmacist or a pharmacy?
13 A.    For standard of care, no.
14 Q.    Has a pharmacist ever confronted you, for
15 lack of a better verb, on one of the prescriptions
16 that you have written?
17 A.    Oh, confronted sounds like a very stress --
18 Q.    I know.  Questioned your -- questioned your
19 prescription?
20 A.    All the time.
21 Q.    Now, when they question your prescription,
22 have they questioned it over your handwriting, for
23 example?
24 A.    Not --

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

102

1    Q.    Not understanding what you wrote?
2    A.    Not since 2013, because we have an
3    electronic medical record. But they have
4    questioned, for example, a selection, dose
5    interaction, or amount and quantity certainly.
6    Q.    And have there been times where -- well,
7    let's step back.
8          You testified at the beginning of the
9    deposition your work since your residency has been
10   in the hospital or inpatient setting, correct?
11   A.    And outpatient. Both.
12   Q.    Outpatient.
13         But when -- have you written prescriptions
14   for patients to be dispensed and filled at
15   outpatient pharmacies?
16   A.    Yes. I would say that's more -- more,
17   because as an inpatient, we make recommendations and
18   primary teams write their orders.
19   Q.    And based on your experience as an
20   infectious disease and internal medicine doctor, is
21   there a difference in terms of interaction between
22   the pharmacist or the team of pharmacists at Johns
23   Hopkins Medical Center or hospital and the
24   outpatient setting?

103

1    A.    Well, certainly the intensity or the
2    severity of illness or the complexities are higher
3    in the inpatient setting. But outpatient, you know,
4    I prescribe to chain pharmacies, local drug stores.
5    I do get calls from all of them and sometimes from
6    insurers who are wondering why I'm ordering things
7    and issuing prior authorizations and these sorts of
8    things.
9    Q.    And you get calls about why this dosage or
10   this quantity of drug to treat whatever disease that
11   you're intending to treat, correct?
12   A.    Yes.
13   Q.    And then you explain yourself to the
14   pharmacist, hey, this is what I'm doing, I
15   understand that the insurance may not cover it, but
16   this is what we're doing here?
17   A.    True.
18   Q.    And then the pharmacist says, okay, that --
19   you know, I hear what you're saying, and then
20   dispenses the medication, correct?
21   A.    Yeah. I always appreciate when they call,
22   because, obviously, I mean, I have made mistakes
23   certainly and I appreciate their background and
24   their assistance.

104

1    Q.    And there are other situations where a
2    pharmacist may call and say, hey, it says 600 of
3    this, did you mean 600, and there are times where you
4    say, no, I meant 600 or, oh, you're right, I meant
5    60, correct? Either situation could occur or has
6    occurred with you?
7    A.    I don't have memories, but certainly I
8    have, you know, had those occasions.
9    Q.    Does -- at Johns Hopkins, does the
10   pharmacist round with the doctor during rounds with
11   the attending?
12   A.    Some of the times, yes.
13   Q.    Okay. Has there ever been a time inpatient
14   hospital setting where a pharmacist has refused to
15   verify or dispense an order that you've prescribed?
16   A.    I would say yes. I mean, sometimes this
17   comes down to issues about appropriateness in a
18   discussion that they definitely put a stop on it and
19   won't issue it.
20   Q.    And then do you have some type of
21   presentation where you and your team or the
22   pharmacist and their team, you know, basically have
23   the conversation or debate about why or why not it
24   should be dispensed?

105

1    A.    You know, there's usually a discussion or
2    -- or an appeal process. Uh-huh.
3    Q.    And how about in the outpatient setting,
4    have you ever had a pharmacy or pharmacist decline
5    to dispense one of your prescriptions?
6    A.    Well, usually it's because of insurance
7    issues. Typically I've not had that happen, at
8    least for declining it, certainly they have called
9    to make sure it's correct and so on and so forth.
10   Q.    Down on page 5 of your report, the
11   paragraph that starts "in summary," the second
12   sentence: While Dr. Lindner prescribed long term
13   and various antimicrobials that were without merit,
14   they may have contributed to some of her somatic
15   symptoms but did not directly lead to severe
16   consequences leading to hospitalization.
17         It's your opinion that her taking of
18   atovaquone, tafenoquine, Arte-M, none of those
19   antimicrobial medications that we talked about
20   earlier and listed in the report could have
21   contributed to her injury?
22   A.    Yes. That -- that's true and specifically
23   Dr. Smith's contention that the tafenoquine
24   precipitated neutropenia and a condition called

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

PAUL GISBERT

106

1   necrotizing enterocolitis.
2   Q.    And -- and we're at that point.
3         So you've had an opportunity to read
4   Dr. Smith's report?
5   A.    Yes.
6   Q.    And do you agree or disagree with his
7   opinions and conclusions reached in his report?
8   A.    Well, I think primarily the tafenoquine
9   aspect I think is conjecture, so...
10        And although there's a single case report
11  of neutropenia after six weeks, there have been
12  studies of using up to 2100 milligrams, close to
13  what the patient received, without any consequences
14  noted or serious hematologic conditions are, you
15  know, generally reported.  So it seems difficult to
16  think that that would be a direct cause.
17        The other is, the patient didn't really
18  have NEC -- I am going to say NEC instead of
19  necrotizing enterocolitis -- which usually affects
20  the cecum and the surrounding area.  It's also
21  called typhlitis.  That wasn't really seen on CT or
22  that's not where the surgeon operated.
23        Also, even the pathology specimens weren't
24  read as having necrotizing enterocolitis, and

107

1   usually that's seen in patients that are getting
2   chemotherapy and, you know, have active cancer.  So
3   it -- it seemed there are many political aspects of
4   necrotizing enterocolitis that didn't seem to fit
5   here.
6   Q.    But usually seen in immunocompromised
7   patients, correct?
8   A.    Correct.
9   Q.    And large doses of steroids could cause an
10  immunocompromised situation?
11  A.    Yeah.  I mean, it's certainly reported
12  in that patient circumstance, but it's usually
13  patients that are taking drugs like methotrexate
14  that suppress the white blood cell count.
15  Q.    And she had a suppressed white blood cell
16  count when she arrived at the hospital, correct?
17  A.    She did.  From infection.
18  Q.    Did she have a fever, an elevated body
19  temperature?
20  A.    No.  But she was also taking industrial
21  strength quantities of corticosteroids which
22  suppress fever.
23  Q.    And how was her -- her pulse and her other
24  vitals?

108

1   A.    Well, I think her respiratory rate was
2   elevated, I think 26 or so.  I mean, the others, at
3   least when she presented, were in normal range --
4   you know, reasonable ranges.
5   Q.    Is it possible though there is another
6   cause of her injury other than the large amounts of
7   corticosteroids?
8   A.    To a reasonable degree of medical
9   certainty, I don't think so.
10  Q.    Okay.  Did you have any other opinions or
11  want to change any opinion or conclusion that you've
12  reached upon reading the opinions and conclusions
13  reached by Dr. Smith other than what we talked
14  about?
15  A.    Can I -- well, can I pull up his report?
16  Q.    Sure.
17  A.    Well, you asked me to be more detailed
18  about Ms. Wolking's illness, I didn't think there
19  needed to be much additional explanation.  But I
20  think we've covered a lot in your questions,
21  Mr. Benedetto.
22  Q.    Okay.
23  A.    I mean, he says the source of the
24  intestinal perforation was not established.  I would

109

1   just say often small perforations causing
2   pneumoperitoneum are not found or discovered.
3   Certainly the surgeon removed two diseased areas of
4   the intestinal tract which seemed to solve her
5   situation and she no longer had pneumoperitoneum.
6   So unless he's invoking something else, which I
7   don't understand, it's -- it's sort of a straw
8   man argument.  You know, she obviously had a
9   condition that caused pneumoperitoneum that was
10  solved surgically.  And, you know -- so I think that
11  whole point he makes there is not one that's really
12  worth arguing.
13        And the leukopenia, you know, I think
14  there, although it took five days for recovery, I
15  would say that's not unusual in someone with sepsis.
16  And, also, she was quite malnourished.  I mean, her
17  albumin was very low.  And she admittedly, I think
18  also in her deposition, but in the statement said
19  she wasn't eating very much going back to August.
20  So that nutritional impairment could certainly
21  contribute to some delay in recovery.  I don't view
22  that as anything inconsistent with someone that just
23  had major abdominal surgery recovery and was really
24  malnourished during this time frame.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

110

1    Q.    Just to be clear though, we don't have
2  necessarily like documentation of her
3  malnourishment, just her either testimony or her --
4  malnourishment, just her either testimony or her --
5    A.    Well, albumin at one point, I think it was
6  1.2 or 1.6, is extraordinary low, although not --
7  you know, nutritionists will argue it's not an
8  authentic measure of nutrition.  It's certainly a
9  reasonable surrogate in this case.  You know, she
10 didn't present with -- you know, as if she had been
11 completely well and just hurt in a day or two
12 beforehand.  But certainly I think those could all
13 just be contributing factors.  And I think the idea
14 that the white count pops back in a day or two is --
15 is, you know, incorrect.
16        So, you know, four to five days is not
17 terribly unusual in this situation.  Also, you know,
18 she was on other drugs -- I'm sorry, she was -- also
19 had, you know, thrombocytopenia as well that got
20 worse during hospitalization, and I think there was
21 some thought that some of the antibiotics prescribed
22 in the hospital like cephradine could have somehow
23 had some impact, so that was switched to meropenem.
24        I mean, he writes that it rarely results in

111

1  absolute neutropenia.  Well, certainly when you have
2  very low white blood cell counts under a thousand,
3  you're going to have absolute neutropenia often.
4  And although it's rare, I agree with him these are
5  the settings that we see it.
6    Q.    Her -- based on her records --
7    A.    And the fact that she didn't have DIC may
8  be because of the consequence she was on so many
9  steroids.
10   Q.    She had absolute neutropenia that persisted
11 four days in the hospitalization though, correct?
12   A.    Yes.  I'm going through the report here.
13   Q.    So it's your opinion that it's not more
14 likely than not that her neutropenia was secondary
15 to the over dose of tafenoquine than from sepsis?
16   A.    That's correct.  Yeah, it's -- so I don't
17 think the tafenoquine was at play.
18   Q.    Okay.
19   A.    He -- well, one thing, just to clarify.
20 The maximum pill size of tafenoquine is 150
21 milligrams, so that was uncertain why he was giving
22 a dose range.  And -- and I believe it was the 150
23 that was prescribed.
24   Q.    Uh-huh.

112

1    A.    We talked about the one case report of
2  neutropenia that was with -- with a longer regimen.
3  He also invokes the other drugs as potentially
4  participating in the neutropenia, the Arte-M, the
5  tafenoquine, and azithromycin, neither of those are
6  generally associated with neutropenia.
7    Q.    Have you treated patients in your capacity
8  at Johns Hopkins that have been suffering from
9  malaria?
10   A.    Yes.  We have a fairly large -- being near
11 Washington, we have a fair number of people that
12 travel back and forth to malaria areas.
13   Q.    What's the highest or max dose of
14 tafenoquine in the use of treatment of malaria?
15   A.    Well, treatment -- I mean, it's not -- it
16 has been used for treatment.  I would have to look
17 that up.  I've never used it for treatment.  It's
18 generally -- it's been approved, and where I've seen
19 it used is for prevention.
20   Q.    Prophylactic use?
21   A.    Yes.
22   Q.    And what's the max dose in even
23 prophylactic use?
24   A.    I would have to look that up.  I haven't

113

1  prescribed it for that reason, so I don't have it
2  off the top of my head.  I would have to look that
3  up for you.
4    Q.    Do you know what the max dose -- or what
5  would you consider the max dose of these prednisone
6  or prednisone equivalent that would increase the
7  rate of a risk of a perforated jejunum such as --
8        MR. LAMB:  Objection to form.
9        You can answer.
10       THE WITNESS:  Well, I certainly
11       think once you're north of 20 milligrams
12       you know, it's been implicated.  But, you
13       know, I think 40, 60, may -- maybe those
14       cases, because that's usually what -- where
15       we've seen patients on those that have
16       developed it.
17 BY MR. BENEDETTO:
18   Q.    And does that risk increase or level off at
19 any number?  In other words, if your risk increases
20 up to 40, 60, 80, is there a difference between
21 taking 80 and 500 or a thousand at that point for a
22 risk of a perforated jejunum?
23   A.    I would think it's biologically plausible
24 that there's increased risk, but I don't know of any

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

PAUL GISBERT

114

1  information that, you know, has done that mainly
2  because those doses aren't used.
3  Q.    And those doses meaning 500 or a thousand?
4  A.    Per day.  Yeah.
5  Q.    Per day for an extended period of time
6  meaning more than --
7  A.    Correct.
8  Q.    -- seven days?
9  A.    I'm sorry, I'm on page -- I think I've made
10  it to page 15.
11  Q.    Okay.
12  A.    He has a long section here about how
13  perforation was never proven, but Dr. Smith really
14  doesn't entertain why the pneumoperitoneum occurred.
15  As I said, I don't think it really matters whether
16  it's friable or perforation, they are both diseased
17  areas that had to be resected.
18      Yeah, he says because of the bacterium
19  fragilis that it's a disease of the colon and not
20  the small intestine.  I'm not sure what point he's
21  trying to make there.  He's trying to link it to
22  this NEC, but if you have a disease in the sigmoid
23  colon, you can get bacterium fragilis.  And
24  potentially since she's immunosuppressed from the

115

1  steroids, her small bowel could even become
2  contaminated with bacterial overgrowth.  So she
3  could have had it even in her small intestine.
4      I'm not certain why he makes the leap to
5  the NEC just from a blood culture, that seems --
6  that seems to conflate the situation.  Yeah, that's
7  -- I think that's what I have.
8  Q.    Okay.  Anything else you would like to add
9  to your opinion or conclusions that we haven't
10  discussed?
11  A.    I don't believe so.  Mr. Lamb may have a
12  prompt, I'm not sure.
13  Q.    Okay.
14      MR. BENEDETTO:  I'll look over my
15      notes, but I think that's all of the
16      questions I have for you, Dr. Auwaerter.  I
17      appreciate your time.  I think either
18      Mr. Lamb or Ms. DeNaples may have some
19      questions for you.
20      THE WITNESS:  Okay.
21      MR. LAMB:  I don't have any.
22      Ciara, do you?
23      MS. DENAPLES:  No questions.
24  Thank you, Doctor.

116

1      MR. BENEDETTO:  That's it.
2      MR. LAMB:  Okay.
3      THE WITNESS:  May I read and sign
4  in this case; is that possible?
5      MR. LAMB:  Yeah.
6      THE VIDEOGRAPHER:  The time is
7  now 11:35.  That concludes this video
8  deposition.
9      (Witness excused.)
10      (Videotaped deposition via Zoom
11  concluded at 11:35 a.m.)
12      (At this time, a document was
13  marked for identification as Exhibit-5.)
14
15
16
17
18
19
20
21
22
23
24

117

1      C E R T I F I C A T I O N
2
3
4      I, Patrice Sweeney,
5  Professional Court Reporter License No.
6  30XT00006600 and Notary Public, do hereby
7  certify that the foregoing is a true and
8  accurate transcript of the stenographic
9  notes taken by me in the aforementioned
10  matter.
11
12          - - -
13
14
15
16
17
18
19
20
21  DATE:  _____
22      Patrice Sweeney
23      Court Reporter, Notary Public
24      License No. 30XT00006600

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

**PAUL GISBERT**

---

**118**

1    INSTRUCTIONS TO WITNESS
2
3          Please read your deposition
4    over carefully and make any necessary
5    corrections.  You should state the reason
6    in the appropriate space on the errata
7    sheet for any corrections that are made.
8          After doing so, please sign the
9    errata sheet and date it.
10          You are signing same subject to
11    the changes you have noted on the errata
12    sheet, which will be attached to your
13    deposition.
14          It is imperative that you return
15    the original errata sheet to the deposing
16    attorney within thirty (30) days of receipt
17    of the deposition transcript by you.  If
18    you fail to do so, the deposition
19    transcript may be deemed to be accurate and
20    may be used in court.
21
22
23
24

---

**120**

1    ACKNOWLEDGMENT OF DEPONENT
2
3          I, PAUL GISBERT AUWAERTER, MD,
4    MBA, FIDSA, do hereby certify that I have
5    read the foregoing pages, and that the same
6    is a correct transcription of the answers
7    given by me to the questions therein
8    propounded, except for the corrections or
9    changes in form or substance, if any, noted
10    in the attached errata sheet.
11
12    DATE: _____  _____
13              PAUL GISBERT AUWAERTER,
14              MD, MBA, FIDSA
15
16    Subscribed and sworn to before me.
17
18
19
20          PATRICE SWEENEY
21          NOTARY PUBLIC
22
23
24

---

**119**

```
1          - - - - - - - -
2            E R R A T A
3          - - - - - - - -
4    PAGE    LINE      CHANGE
5    --- --- --------------
6    --- --- --------------
7    --- --- --------------
8    --- --- --------------
9    --- --- --------------
10    --- --- --------------
11    --- --- --------------
12    --- --- --------------
13    --- --- --------------
14    --- --- --------------
15    --- --- --------------
16    --- --- --------------
17    --- --- --------------
18    --- --- --------------
19    --- --- --------------
20    --- --- --------------
21    --- --- --------------
22    --- --- --------------
23    --- --- --------------
24    --- --- --------------
```

---

**121**

1          EXHIBIT-1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

PAUL GISBERT

|     | 122 |
| --- | --- |

1                    EXHIBIT-2
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

|     | 124 |
| --- | --- |

1                    EXHIBIT-4
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

|     | 123 |
| --- | --- |

1                    EXHIBIT-3
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

|     | 125 |
| --- | --- |

1                    EXHIBIT-5
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

## A

**a.m** 1:20 4:9 116:11
**abdomen** 71:11 72:1
**abdominal** 50:24 71:3,4
  72:13,15 89:2 109:23
**able** 7:1
**abnormalities** 92:3,7 94:11
**abruptly** 83:14
**abscess** 25:24 27:7,7,11,15
**absolute** 111:1,3,10
**academic** 9:1 31:11
**accommodate** 18:4
**accompanied** 92:2
**accurate** 24:9 54:17 117:8
  118:19
**achiness** 48:5 51:1
**ACKNOWLEDGMENT**
  120:1
**acquire** 37:20
**acquired** 16:1 30:10,14 35:21
  61:10
**acquiring** 64:14
**action** 4:12
**active** 107:2
**actively** 7:14
**activity** 62:18
**actual** 15:15
**acute** 25:4 41:10,21 42:21
  45:22 56:23 57:16
**acutely** 16:2 71:6
**adapted** 40:2
**add** 77:8 115:8
**adding** 58:12
**addition** 94:2
**additional** 12:3 84:21 96:5
  108:19
**adds** 75:11
**admitted** 72:24 73:10 88:19
  91:1
**admittedly** 109:17
**adopting** 18:13
**adrenal** 45:5 64:3,10 81:13
**adult-onset** 84:5
**adverse** 64:9 82:19,20 83:5
**advice** 49:8
**Aerobic** 74:3
**aforementioned** 117:9

**age** 60:19,19
**agency** 18:21
**agent** 61:18 63:5 79:24 83:22
**agents** 67:18 79:4 81:1 87:5
**ago** 20:6 39:9 58:7 62:4 74:1
**agree** 6:17 43:4 63:3,24 69:7
  69:12 77:5 78:4 82:12,17
  83:5 87:14 90:11 91:4
  106:6 111:4
**agreed** 77:7
**air** 71:3,4,12,13
**al** 4:13,14
**albumin** 109:17 110:5
**allegation** 23:18 25:23 26:12
**alleged** 27:9
**alternative** 42:4 44:14,23
  56:3,9 60:17 61:18
**Alternatively** 46:10
**altogether** 83:5
**amend** 71:19
**America** 31:20 34:8
**American** 10:8
**amount** 63:19 64:9,11 65:12
  66:21 67:1,11 73:17 78:8,16
  81:21 100:4 102:5
**amounts** 30:2 81:21 83:17
  84:7 93:15 108:6
**Anaerobic** 73:12
**anaphylactic-type** 56:7
**anaplasmosis** 16:4
**ancillary** 24:7
**and/or** 18:2 96:21
**Andes** 61:11
**anemia** 52:24 88:3 92:2
**angioma** 60:21 61:3
**Anglesea** 2:21
**animal** 12:8 33:21,24,24
**animals** 40:2,3,4
**ankle/foot** 51:3
**Annually** 36:1
**answer** 5:21 6:12 7:1 15:21
  29:14 50:3,6 51:12 55:12
  61:21 76:21 87:20,22 90:1
  98:6 99:1 113:9
**answers** 120:6
**anti-COVID** 61:16
**antibacteria** 63:5

**antibiotic** 13:11 32:3,4 53:16
  63:4
**antibiotics** 24:11 74:18
  110:21
**antibodies** 87:6
**antibody** 46:12 59:20
**antiinflammatory** 83:19,19
  86:20 87:2
**antimicrobial** 56:18 81:1
  105:19
**antimicrobials** 28:20 51:16
  51:22 63:22 95:7 105:13
**antiparasitic** 61:15
**antiviral** 61:17
**anxiety** 49:3,4
**Apothecary** 1:8 2:17 4:22
**Appalachian** 29:23
**apparently** 39:23
**appeal** 105:2
**appreciate** 103:21,23 115:17
**approach** 18:16
**appropriate** 31:22 32:13
  118:6
**appropriateness** 104:17
**approved** 54:22 55:10,20
  87:10 112:18
**approximate** 6:3 19:4 68:6
**approximately** 9:22,22 10:2
  19:4 47:23 63:10,17 64:23
  75:12,23 77:5 78:18 84:14
  94:24
**approximating** 6:5
**April** 17:4
**architecture** 32:21
**area** 12:23 30:6,9 74:17,20
  90:15 106:20
**areas** 13:7 37:5,7 47:7 71:20
  90:17 91:18 109:3 112:12
  114:17
**argue** 110:7
**argued** 41:4
**arguing** 109:12
**argument** 109:8
**Arizona** 27:4
**armpit** 62:1
**arose** 91:17
**array** 87:4

PAUL GISBERT

**127**

arrived 107:16
Arte-M 62:11,24 105:18 112:4
artemether 62:16,19 95:8
artemisinin 62:20
arteritis 85:9
arthritis 15:23,23 46:23
article 8:17 40:16
articles 8:12 16:10 17:6
aseptic 46:21
asked 17:20,22 23:20 49:23 108:17
asking 68:14
aspect 106:9
aspects 34:17 107:3
aspirin 99:22
assistance 103:24
assistant 11:2
associated 38:20 65:9 112:6
assume 63:16 80:21
asthma 85:8,21,24
atovaquone 53:11,16,21 58:11,18 59:10 67:20 81:2,3 95:8 105:18
atrophy 64:19
attach 47:10
attached 3:17 118:12 120:10
attaches 47:15
attend 14:15
attending 13:20,21,23 14:17 33:7 104:11
attorney 118:16
Attorneys 2:6,11,16
attributable 93:4 96:19
attribute 51:10
attributed 45:7
augmented 88:4
August 67:1,21 70:15 99:12 109:19
authentic 62:17 110:8
author 34:7 94:14
authorizations 103:7
autoantigens 12:12
Auwaerter 1:8 3:5 4:17 5:7 7:6,7 46:17 51:8 115:16 120:3,13
Auwaerter-1 7:17

Auwaerter-2 7:18
Auwaerter-3 7:21 22:8
Auwaerter-4 7:22 29:6
Auwaerter-5 72:17
available 48:21
Avenue 2:10
avenues 71:7
average 18:8 76:15 77:23 78:14 79:5,6
avoid 42:3 65:13 79:4
aware 41:9,12 66:12 67:13 70:15 88:14 90:23 94:1,4 99:4,11
axilla 47:8
azathioprine 87:6
azithromycin 53:17 54:1,3 58:11,20 59:7,10 67:22 81:3 95:8 112:5

---

## B

B 3:15 57:9
babesia 16:17 34:19,20,23 35:2,7,10,12,17,19 36:2,16 36:18 37:8,12,20,24 38:3,17 39:4,7,7,10,14,18,23 40:7 40:18,18,23 41:2,16 42:7,11 52:9,11,20,23 53:9 55:1,4,5 57:16,19 58:3,6,23 68:19 79:23 80:1 87:11,16,24 88:5
babesial 54:9
babesiosis 16:20 34:10,15 36:8 41:10,13,21,24 42:2 50:2 53:4,6,10,14 55:7 57:16 87:11 100:12,17 101:1
back 31:24 52:3 68:8 84:1,8,9 84:13 86:18 98:6,8 102:7 109:19 110:14 112:12
background 16:17 29:7 103:23
bacteremia 72:8,12
bacteria 60:13 74:19
bacterial 74:21 115:2
bacterium 114:18,23
bacteroides 72:11 73:21,23 74:8,9
bag 72:2

Baltimore 9:2 11:11 30:19 31:13
barriers 96:23
Bartonella 42:6 60:11,12,13 60:23 61:2,13,20
Bartonellosis 61:8
based 7:20 16:16 25:8 34:16 43:9 51:11 52:15 60:23 69:15 102:19 111:6
baseline 95:20
basesia 57:19
basically 20:24 73:18 104:22
basis 27:12 43:13 45:7 46:3,8 49:7 52:18 54:24 55:16 66:20 68:16 77:21 94:19,23
bear 9:6 71:14
becoming 56:22
bedside 32:22
beginning 102:8
behalf 23:24 24:1 26:4,24 27:18
beings 95:14
believe 16:16 22:22 23:22 24:17 50:14 67:19 68:22 73:10 111:22 115:11
Benedetto 2:14 3:8 4:21,22 5:12,14 6:16,21,22 26:7 77:1,2,15 78:3 80:11 86:7 86:11,19 88:9 90:10 96:9 98:5,18 99:3 108:21 113:17 115:14 116:1
benefited 81:19
benign 60:21
best 38:22 48:24 49:18
better 33:1 51:4 101:15
beyond 17:14 46:24
billing 20:19 21:11
biologically 113:23
biology 10:11
biopsies 25:8
biopsy 25:1
bit 11:17 23:14 38:15 87:9 90:13
bite 15:15,17,22 30:14 47:14
bites 51:15
bitten 37:21
black 35:5

blanking 32:15
block 46:22
blood 3:22 34:21 35:21 38:5
    38:6,9 40:1 41:2,4,5 72:7,11
    72:22 73:12,17 74:3 80:17
    80:19 91:13 92:3,8,11,15,19
    92:21,22,23 93:2,3,6,9,9,18
    94:12 97:9 107:14,15 111:2
    115:5
bloodstream 89:3
blunted 97:22 98:11
board 10:8,9 28:13
Bob 2:22
body 47:5,15 56:21 107:18
bone 64:15
book 32:10
borealis 72:14
Borrelia 35:4 36:23
bottom 34:7 51:14 70:18 95:3
bowel 71:16 74:19 91:14
    96:13,17 97:3,7 98:21 115:1
brain 27:7,7,11,15 51:1 61:23
break 6:10,11,12 70:2 86:15
breakdown 90:19 91:9
breasts 47:10
breath 61:24
Brian 4:23
brief 44:3
briefly 5:15
bring 22:24 23:1 29:1
broad 61:18 63:2
broader 55:13
brought 18:9
Brown 25:17
Bryk 4:23
budget 31:10
bug 32:6
bulk 42:18 44:1
burgdorferi 35:4 36:23
burn 57:13
busy 18:6,10,11

**C**

C 2:1 4:1 117:1,1
C.V 7:18,18 9:4 13:3 16:13
    16:23,24 31:24
calculator 77:19

California 26:5
call 11:2 35:8 37:21 53:2
    61:23 90:22 96:6 103:21
    104:2
called 26:5 38:7 39:10,24
    47:20 53:16 54:21 60:15,20
    60:20 61:12 72:1 93:13
    96:3 105:8,24 106:21
calls 103:5,9
cancer 93:7 107:2
capacity 112:7
carditis 23:8 46:23
care 13:21 23:17 24:3 43:1
    49:12,17,20 56:16 67:7
    68:11,14 101:13
cared 86:5
career 19:13
careful 99:20
carefully 118:4
carried 37:13
carries 37:14
carrying 32:9
case 4:12 8:13 18:4 22:16,21
    23:13,15,16,21 24:15 25:10
    25:19 26:8,17,20 27:1,6,14
    30:4 49:23 59:17 73:20
    94:20 95:1 106:10 110:9
    112:1 116:4
case-report 54:24
cases 19:3,5 22:3 30:10,11
    35:13,20 36:8 39:12 40:23
    47:19 54:24 113:14
cat-scratch 60:15
catastrophe 93:24
category 63:3
Caucasian 60:19
causation 23:12,20 50:8
cause 27:9 50:5,13 60:14,16
    61:12 64:9,14 65:3,5 66:5
    74:22 91:11,14 92:23 93:2,5
    93:8 94:7,19 106:16 107:9
    108:6
caused 24:8 38:2 87:11,16
    89:4,14,22 96:12,17 100:17
    109:9
causes 71:4 91:5,15 92:2
causing 71:17 81:17 96:21

109:1
cavity 71:3,5 72:15 89:2
CBenedetto@mccormickp...
    2:14
Cdenaples@c-wlaw.com 2:9
ceased 83:3
cecum 106:20
cell 40:1 85:9 92:24 93:3,6,9
    97:9 107:14,15 111:2
cella 92:22
cells 34:21 38:6 92:3,8 94:12
center 1:9 2:17 11:8 29:11
    31:11 89:17 102:23
centered 23:22
centers 30:23
cephradine 110:22
certain 38:19 45:1 55:21
    56:20 59:18 64:9,11,15
    65:21 79:10 83:4 93:22
    115:4
certainly 11:21 18:5 28:19
    30:16 31:19 39:1 41:16
    45:23 48:14 49:17 51:21
    59:16 60:13 64:12 65:16
    66:6 67:8 83:24 84:4 85:3
    85:19 87:12 88:20 89:15
    90:4 91:11 94:4 96:18 97:7
    99:20 102:5 103:1,23 104:7
    105:8 107:11 109:3,20
    110:8,12 111:1 113:10
certainty 96:12 108:9
certification 10:7
certifications 10:9
certified 10:4 28:13,14
certify 117:7 120:4
chain 38:9 103:4
challenges 31:22
challenging 59:17
change 108:11 119:4
changed 17:7
changes 83:15 118:11 120:9
characteristic 46:9
chemotherapy 93:6 107:2
cherry 60:21 61:3
chief 11:1,2
Children 47:2
Chinese 62:16

**chronic** 23:16 41:13,23 42:3
  42:5,6,6,6,15,20 44:13 49:6
  56:11 79:23 85:6
**chronically** 85:12,13
**chronology** 74:6
**Ciara** 2:9 4:24 115:22
**CIPRIANI** 2:8
**circular** 47:18
**circumstance** 107:12
**circumstances** 22:20 25:18
  26:9 27:5
**cited** 68:23
**city** 9:3
**civil** 4:11
**claim** 22:20,24 23:1 24:7
  26:9
**claims** 44:17 50:23
**clarify** 111:19
**class** 87:1
**classically** 24:20 47:8 56:5
  93:6
**clause** 71:15 100:11
**clear** 35:14 37:1 110:1
**cleared** 59:1
**clearing** 88:1
**clearly** 54:8 78:11
**client** 24:1
**clindamycin** 58:9,12
**clinical** 7:9,13,13 9:17 12:1,3
  13:12,13 15:13 31:13 34:16
  44:14 52:18 79:23
**clinically** 52:22 79:22
**close** 27:24 100:19 106:12
**closely** 27:21
**closer** 93:14
**coast** 39:16
**coat** 32:6
**College** 10:12
**colon** 71:22,24 90:17,18,20
  91:10 114:19,23
**colonized** 74:19
**colostomy** 72:4
**Columbia** 10:11,15
**combat** 100:16
**combinations** 69:6
**combined** 59:21
**come** 32:19 48:19,23 54:7

62:9 66:17 74:20 97:20
  98:10
**comes** 93:14 99:20 104:17
**coming** 20:16
**commencing** 1:19
**comment** 64:1
**commercialization** 55:16
**common** 15:1 29:15,16 31:14
  33:20 42:21 47:1
**commonly** 35:5 64:4 99:23
**companies** 55:15
**compared** 36:15
**compatible** 79:23
**compensation** 17:8 29:8
**compiling** 16:11
**complaining** 46:16
**complaints** 44:4 45:1,16 48:2
  48:10 51:10 79:21 96:2
**complete** 10:17
**completed** 10:24
**completely** 110:11
**completing** 11:6
**complex** 95:6
**complexes** 42:7
**complexities** 103:2
**component** 14:13 62:16
**components** 11:21 63:2
**compound** 62:15,19
**Compounding** 1:9 2:17 89:17
**compromise** 41:17
**compromised** 59:12
**concluded** 95:13 116:11
**concludes** 116:7
**conclusion** 23:10 27:14 48:23
  54:7 95:10 108:11
**conclusions** 20:17 43:13
  48:17 106:7 108:12 115:9
**concurrently** 67:14
**condense** 32:8
**condition** 27:10 49:15 56:11
  66:12 67:5,9 80:6 81:15
  83:14,18 100:1 105:24
  109:9
**conditions** 48:2 64:17 81:16
  106:14
**conducted** 57:22 93:19
**confirm** 57:23

**confirmation** 79:22
**conflate** 115:6
**confronted** 101:14,17
**conjecture** 106:9
**Conor** 2:4 4:19 6:16 77:16
**Conor.Lamb@klinespecte...**
  2:4
**Conrad** 2:14 4:21 5:13
**consequence** 88:6 111:8
**consequences** 74:23 91:16
  105:16 106:13
**consider** 77:14 79:6 113:5
**consideration** 100:20
**considered** 36:14 38:14 81:22
  101:5
**consistent** 46:21 60:11 61:2
  97:10
**constant** 51:1
**consultants** 28:1
**consultation** 28:5 31:15
**consultations** 12:22 42:18
**consultative** 14:3,16 42:22
**contact** 33:19
**contained** 51:5
**contaminated** 115:2
**contention** 105:23
**continual** 68:19 94:23
**continue** 49:14,20
**continued** 53:18 69:4,10
  77:14
**contraindicated** 87:23
  100:12
**contribute** 109:21
**contributed** 105:14,21
**contributing** 110:13
**control** 9:16 65:14 66:21
  81:15
**convalescent** 25:5
**conversation** 104:23
**conversations** 21:23
**conversion** 77:16
**conversions** 77:12
**correct** 7:15 8:21 12:14 13:24
  14:1 21:4 28:14,17,22 30:24
  34:2 37:17 40:10 43:6 45:2
  45:11,14 52:12,20 53:6
  54:14 55:10,23 57:17,20,24

58:15 67:11 69:8,13,17,18
70:22,23 75:13,14 76:10,16
77:7 78:8,19,21 80:6 84:2
87:11,18 88:12,13 89:18
90:12 98:23 100:6 101:3,8
102:10 103:11,20 104:5
105:9 107:7,8,16 111:11,16
114:7 120:6
**corrections** 118:5,7 120:8
**correctly** 73:9 80:2
**corticosteroid** 69:4 83:18
**corticosteroids** 50:7,13,15
69:10 81:7,11,22 82:12,18
82:24 84:21 85:6 86:22
87:15,17,23 88:11,14,21
89:8,10,13 90:3,5 93:8,16
94:3 96:8 99:23 100:12,16
101:2 107:21 108:7
**cortisol** 44:6,7,9,13,24 45:6
45:20 81:14
**counsel** 1:18 4:17 5:3,19 26:1
**count** 92:16,19,24 93:3,3,9,18
94:12 97:10 107:14,16
110:14
**counts** 92:3 93:6,10 111:2
**County** 30:9 31:13
**couple** 17:6 26:2 46:1
**course** 14:8 52:7 57:8 88:24
98:1,15
**courses** 59:22
**court** 1:1,21 4:10 5:4,5,22
20:3,4,6,12,13 82:15 98:5,7
117:5,23 118:20
**Courtney** 4:23
**cover** 9:6 34:3 103:15
**covered** 108:20
**covers** 33:24 45:15
**COVID** 18:6,10,11,18,21,22
18:23 19:18,19 20:7 81:18
81:19
**cranial** 46:19
**create** 72:1
**created** 95:14
**creeps** 35:23
**critical** 15:9
**critically** 15:5
**CT** 106:21

**culture** 3:22 73:12,17 74:4
115:5
**cultures** 72:7,13
**cumulative** 96:20
**current** 7:7 13:13 16:24 32:1
32:1
**currently** 9:17 13:4 33:6
39:15
**Curriculm** 3:19
**cushingoid** 65:19
**cytokine** 88:23
**cytopenia** 53:1

**D**

**D** 3:1 4:1 28:21
**D-U-C-A-N-I** 39:8
**D.C** 30:19,23
**d/b/a** 1:8 2:17
**daily** 53:12,23 54:2 58:20,21
64:7
**dark** 61:24
**DARYL** 1:4
**date** 8:9 17:2 34:15 117:21
118:9 120:12
**dates** 97:3
**daughter** 52:14
**day** 63:11,13,18,19 64:2,6,8
65:1,18,22 66:8,11 67:2,16
68:12,13 69:22,23 76:15
78:1,2,12,17,18 81:20 82:2
82:3,4 84:7 85:10 97:2,8
98:23 110:11,14 114:4,5
**day-to-day** 77:20
**days** 45:24 58:22 59:9,15
66:8,14 77:22 78:19 81:19
84:9,18 85:14 95:1 97:6,14
97:15,16 98:22 109:14
110:16 111:11 114:8 118:16
**dealing** 46:1
**deals** 32:11
**debate** 104:23
**decide** 30:21
**decided** 52:17 71:23
**decision** 13:12
**decision-making** 45:4
**decline** 105:4
**declining** 105:8

**decrease** 56:17
**decreasing** 96:23
**deemed** 118:19
**deer** 35:6,8 37:22 40:5,8,8,9
**defendant** 1:10 2:11,16 4:22
19:6
**defense** 19:8,9 22:14 24:1
26:5
**deficiency** 44:7,7,9,13,24
45:6,21
**deficient** 81:13
**define** 82:7
**definitely** 30:9 104:18
**definition** 27:24
**degree** 10:14 96:11 108:8
**delay** 109:21
**delves** 13:7
**demands** 83:18
**demargination** 93:13
**dementia** 26:19,21
**DeNaples** 2:9,21 4:24,24
76:22 80:7 95:18 115:18,23
**dental** 25:23,24
**department** 9:18 11:11 14:11
14:14 15:14
**DePasquale** 2:21
**dependent** 86:4
**depending** 58:21 59:4
**depends** 93:11
**deponent** 4:16 120:1
**deposing** 118:15
**deposition** 1:3,15 4:8,9,16
5:14,16,20 7:17 8:7 17:12
19:23 21:16 26:6,7 43:16,18
43:21 69:18 76:4 102:9
109:18 116:8,10 118:3,13
118:17,18
**depositions** 24:13
**depressed** 59:19
**dermatologist** 28:6,14
**dermatologists** 27:21
**describe** 40:13 60:8
**described** 34:21 40:5,18 41:1
56:5 60:2 94:21
**DESCRIPTION** 3:17
**detailed** 108:17
**details** 23:3 25:9,22 26:11

PAUL GISBERT

**detect** 38:16
**determine** 38:1,7
**determined** 25:6
**develop** 18:15 32:20 47:20
**developed** 23:7 27:11 94:15
  95:2 113:16
**developing** 18:14 34:16
**device** 32:9
**dexamethasone** 75:18,22
  76:1,8 77:4 81:20 89:11
  96:21
**DHEA** 48:8
**diagnose** 22:22 24:23 26:13
  44:23 79:22
**diagnosed** 30:13 41:20 42:14
  42:19 48:6 52:13 57:15
  80:5
**diagnoses** 15:4,7 45:6 49:1,14
  51:11
**diagnosing** 32:17 81:7
**diagnosis** 15:16 31:22 32:13
  32:24 34:9 36:15 41:6,9,12
  44:14 46:3,7,11 48:24 50:9
  52:18 57:24 61:6 62:7
  80:13 92:5
**diagnostic** 34:17
**diagnostics** 41:8
**DIC** 111:7
**die-off** 56:8,14,24 57:9
**died** 23:8,10 26:18
**difference** 102:21 113:20
**different** 35:11 40:2 47:3
  94:21
**differential** 48:14
**differentiate** 89:19
**difficult** 15:20 55:1 63:20
  100:14 106:15
**difficulties** 64:18
**direct** 14:1 33:18 96:23
  106:16
**directly** 23:10 96:19 105:15
**director** 7:9 9:17
**disagree** 100:8 106:6
**discomfort** 50:24
**discovered** 109:2
**discuss** 33:6 34:11
**discussed** 29:7 40:22 52:10

60:9 73:24 87:9 90:13
  95:13 115:10
**discusses** 63:9
**discussing** 37:13
**discussion** 86:13 104:18
  105:1
**disease** 9:18 10:5,21 11:7,16
  11:19 12:19 13:5 15:8
  22:18,23 23:6,11 26:13,21
  26:23 27:2 28:5 29:15,16,18
  30:3,10,13,13,14 31:15,21
  31:23 32:19 35:1,1,4,23
  36:12,15,19 37:3,7,9,14,16
  38:23 42:5,16 44:13 45:19
  46:6,18 52:6 55:14 58:8
  60:15 63:1 65:14 66:22
  79:2 80:1 84:5 90:24 95:12
  102:20 103:10 114:19,22
**diseased** 109:3 114:16
**diseases** 7:10 11:4,22,23,24
  13:8,9,17,18 14:3 24:22
  29:11 31:18 32:11,14,18
  33:9,10,13 34:8
**disorder** 42:9 49:4,5
**disorders** 46:4 49:3
**dispensary** 98:20
**dispense** 104:15 105:5
**dispensed** 89:20,21 99:5
  102:14 104:24
**dispenses** 103:20
**dispute** 89:1
**disqualified** 20:11
**distal** 90:12 91:8
**distance** 30:18
**distribution** 29:17
**District** 1:1,1 4:10,11
**divergens** 35:10
**diverticular** 90:24
**divided** 20:21 78:19
**division** 7:9 14:9
**doctor** 5:13 7:2,5 9:4 24:21
  29:1 70:1 76:21 86:20
  98:19 102:20 104:10 115:24
**doctors** 24:3 25:15 26:13
  57:3 60:22
**document** 116:12
**documentation** 110:2

**documents** 4:3 7:23 8:1,3
  43:9
**dog** 47:6
**doing** 20:15 103:14,16 118:8
**dollars** 17:10,13
**dosage** 79:2 82:23 83:2 87:17
  88:11 94:7 103:9
**dose** 50:15 54:11,17 63:23
  65:17 79:7,13,15 82:8,10,12
  83:21 84:4,9 85:18 96:15
  102:4 111:15,22 112:13,22
  113:4,5
**doses** 65:8,16 79:4 81:12,23
  82:18 83:12 88:20,24 93:8
  107:9 114:2,3
**dosing** 32:18 53:20,23 58:18
  59:7,9 66:4,4 67:9,11 69:4
  69:10,13 79:5 83:9,24 93:20
  94:17
**dosings** 63:13,18 64:5,24
**doubt** 90:7,15 97:18,19
**downplayed** 89:1
**dozen** 35:20
**Dr** 4:16 5:1 7:7 8:10 27:2
  43:3,4,24 44:5 46:17 48:1
  50:5,11,15 51:8,9,14 52:8
  54:5,6 56:15 61:5 68:23
  69:6,11,12,16 76:4 78:5
  79:21 80:5 94:14 95:23
  96:4 99:9 105:12,23 106:4
  108:13 114:13 115:16
**draft** 20:24
**drop** 83:10,11
**drug** 16:21 32:5 54:21 55:15
  94:9,18 103:4,10
**drugs** 16:20 32:12 41:18 55:3
  55:5 59:22 87:2,6,8 93:5,6
  94:2 96:7 100:24 107:13
  110:18 112:3
**due** 42:7 56:7,23 93:12
**duly** 5:8
**duncani** 39:7,14
**duties** 12:3 17:7
**dying** 96:3

---
**E**
---
**E** 2:1,1,20,20 3:1,15 4:1,1

117:1 119:2
**e-mails** 43:23 69:17 78:4
**earlier** 26:2 51:15 52:3 87:10
　90:13 97:16 105:20
**early** 31:9 93:12
**easier** 9:15
**east** 29:22 39:16
**eating** 109:19
**edema** 23:17 24:8,9
**edge** 35:19
**editor-in-chief** 13:10 32:2
**education** 16:16
**effect** 51:23 90:7 96:20
**effects** 50:10 56:12 64:10,12
　65:20 82:19,20 83:6 95:7
**efficacy** 100:24
**effort** 56:17 59:22 68:18
**egress** 72:2
**ehrlichiosis** 16:4,4
**either** 20:12 32:24 38:13
　41:17 56:22 57:22 74:17
　79:6 82:17 91:6,17 96:22
　99:6,24 101:3 104:5 110:4
　115:17
**electronic** 32:4,9 102:3
**elementary** 32:16
**elevated** 93:18 97:10 107:18
　108:2
**elevation** 93:12
**emergency** 11:11
**emerging** 37:6
**employed** 24:11
**encompassing** 12:18 18:2
**ended** 11:24
**endowed** 9:24
**England** 29:18
**entails** 11:19
**enterocolitis** 106:1,19,24
　107:4
**entertain** 53:9 114:14
**entire** 19:13
**entities** 42:20
**equivalence** 76:5 78:1
**equivalent** 66:14 69:21,23
　75:13,16,24 76:14,16,20
　77:7 78:17,24 79:2,8 113:6
**eradicate** 59:22 68:19 100:14

**eradicating** 59:13
**eradication** 54:23 59:18
**errata** 118:6,9,11,15 120:10
**erroneous** 99:10
**error** 38:23
**ERSA** 1:21 5:5
**erythema** 46:9 47:20
**especially** 30:8,19 46:23
　49:20 59:18 96:16
**ESQUIRE** 2:4,9,14
**established** 108:24
**estimate** 6:3
**estimating** 6:5
**estradiol** 48:8
**et** 4:13,14
**etiology** 27:15 99:19
**Europe** 35:10
**evidence** 38:6 42:9 44:11
　51:24 52:23 80:18 92:5
　100:7,24
**evidence-based** 34:13
**exacerbated** 95:6
**exam** 38:18 48:15 80:18,19
**examination** 1:5 48:20
**examined** 5:9 94:10
**example** 15:22 16:21,21,22
　18:16 30:5 31:22 33:20
　35:10,13 44:18 47:12,13
　49:1 52:24 59:14 64:15
　68:18 83:9 84:5 87:7
　101:23 102:4
**exception** 61:10 88:2
**exceptions** 37:4
**excess** 67:3 83:1 94:7,9 100:5
**excessive** 48:4 51:2 79:7
**excluded** 20:8
**excused** 116:9
**Exhibit-1** 3:18 4:4 121:1
**Exhibit-2** 3:19 122:1
**Exhibit-3** 3:20 123:1
**Exhibit-4** 3:21 4:5 124:1
**Exhibit-5** 3:22 116:13 125:1
**existent** 97:3
**expect** 65:23 93:17
**expected** 74:15
**experience** 102:19
**expert** 8:10 17:20 19:11

　20:12 49:24 101:7
**explain** 57:4 103:13
**explanation** 108:19
**extended** 114:5
**extensive** 9:4
**extraction** 8:9
**extraordinary** 110:6
**extreme** 48:3

---

**F**

**F** 117:1
**faced** 44:16 45:1
**facility** 11:8 28:19
**fact** 42:17 55:3 56:14 60:4
　68:23 111:7
**factors** 110:13
**facts** 22:20 25:18 26:9 27:5
**faculty** 11:4 31:12
**fail** 118:18
**failure** 22:22
**fair** 75:23 112:11
**fairly** 12:2 112:10
**false** 38:19
**familiar** 60:14 81:18
**familiarity** 34:23
**far** 29:16 53:18 61:6 89:16
　94:5
**fast** 36:24 77:18
**fat** 32:9
**fatigue** 45:5,7,8,10 48:3 49:6
　50:23 61:23
**favorite** 58:10
**FDA** 54:22 55:8,10,13,17,20
　87:10 88:10
**federal** 18:20 20:3,6,12
**feeling** 20:5 95:23 96:2,3
**feelings** 62:1 96:5
**fell** 92:13 95:5
**fellowship** 11:4,6,17,18,24
　12:18 13:2 15:12
**fever** 16:3 24:17,19,20,24
　25:8 53:1 61:10 107:18,22
**fibromyalgia** 49:5
**FIDSA** 1:8 3:5 5:8 120:4,14
**filled** 75:1,4 102:14
**film** 38:5 80:18,19
**final** 72:6

PAUL GISBERT

**finalized** 73:3,4
**find** 29:12,21 31:16 32:22 36:17,18 37:16 39:14 52:11 60:17,20 61:17 84:3,9
**finding** 18:22,22,23 60:23
**findings** 47:1 60:11 61:1,7
**fine** 70:4,10,12
**first** 17:13 42:24,24 44:3 67:1 75:10 79:20 94:14 95:4 96:10 100:9,10
**Fisher** 7:12
**fit** 107:4
**five** 17:19 19:22 47:21 66:14 75:4 109:14 110:16
**flair** 84:8
**flashes** 44:6 45:14,20
**fleas** 33:20
**flies** 61:11
**floor** 2:5 14:18
**flow** 91:13
**Flower** 33:22
**flushing** 51:2
**focus** 13:5,14,14
**focused** 43:1 50:1
**fog** 51:1 61:23
**folks** 86:5
**follow** 46:13 63:21
**following** 43:9 71:13
**follows** 5:9
**footprint** 37:11,15
**foregoing** 117:7 120:5
**forgot** 62:12
**form** 6:18 43:12 56:4 76:19 77:12 80:7 87:19 89:24 95:18 98:24 113:8 120:9
**formally** 17:22 18:1
**forming** 80:4
**formulary** 18:16
**forth** 105:9 112:12
**forward** 62:8
**found** 39:5 40:4,7,17 63:20 70:24 90:12 95:14 109:2
**four** 12:1 19:17,22,24 21:19 54:10,13,13,14,17 75:1,1,10 77:3 100:6 110:16 111:11
**Foutch** 24:14 25:7
**fractures** 64:16

**fragilis** 72:11 73:21,23 74:10 114:19,23
**frame** 19:21 52:2 67:15 78:16 109:24
**frequency** 49:19
**frequently** 100:5
**fresh** 49:9,10
**friable** 91:17 114:16
**front** 29:3
**full** 7:4 42:23 78:23 96:10 100:9
**function** 92:4
**fundamentally** 17:7
**funny** 82:15

## G

**G** 4:1 7:6
**gain** 51:1
**Gary** 68:22
**gastrointestinal** 28:10 71:9 79:17
**gauge** 83:21
**general** 13:18,19 19:2 33:8 39:3 48:5 65:15
**generalized** 49:4
**generally** 12:20 22:17 49:12 56:2,9 57:6 62:23 65:8 85:2 90:3 91:5,14 92:12 94:10 106:15 112:6,18
**generated** 22:3
**generation** 88:23
**geographic** 29:9,12 36:18,23
**Geographically** 36:17
**Georgetown** 31:1
**getting** 107:1
**GI** 28:14 59:6 65:5
**giant** 85:9
**Gingrich** 31:4
**GISBERT** 1:7 3:5 5:7 120:3 120:13
**give** 11:17 20:2 26:10
**given** 63:10 76:5 84:17 120:7
**giving** 111:21
**go** 6:19 9:5,16 17:14 47:19 56:11 60:7 82:14 83:9 84:8 84:9 86:7
**going** 21:8,9,19 28:24 31:10

42:12 46:13 52:3 62:8 70:1 70:4,7,13 76:18 77:13 78:13 86:10,11 106:18 109:19 111:3,12
**gold** 38:14,14
**good** 5:13 18:9 20:5 29:4 36:21 70:12
**gosh** 25:20
**gotten** 67:20,21
**government** 18:20,20 31:9
**gradually** 82:10
**graduated** 10:12
**gram** 73:13,13,18,19,19,20 74:8
**grew** 72:11
**groin** 47:8
**ground** 5:18
**growth** 73:15,18,22 74:4
**guess** 6:2 17:23 18:3 19:15 66:3 67:7 71:6 95:15 96:6
**guessing** 6:4
**guidance** 34:17
**guide** 13:11 32:3,4,6,17,21
**guided** 55:8
**guideline** 16:18 34:9 38:15 87:13
**gut** 96:23
**GW** 31:1

## H

**H** 3:15
**Haddad** 27:2
**hair** 47:7 48:3
**half** 35:20
**handful** 35:12
**hands** 47:11
**handwriting** 101:22
**handwritten** 8:8
**happen** 105:7
**happened** 14:24 26:16
**happy** 50:18
**hard** 51:23 63:24 70:5,9
**harm** 50:5
**Harris** 99:7
**hazarding** 19:14
**head** 5:22 6:24 15:13 62:22 63:15 64:20 85:23 113:2

PAUL GISBERT

**headache** 24:20 46:20 51:1
61:24
**headaches** 48:4
**headed** 31:8
**health** 18:15 46:10
**hear** 103:19
**heard** 69:2 94:20 100:19
**heart** 46:22 48:3
**heavy** 73:15
**held** 86:14
**help** 22:6 32:24 38:7
**hematologic** 94:11 106:14
**hemolytic** 52:24 88:3 92:2
**Henry** 1:7 2:11 4:13 5:1 43:3
44:5
**herald** 47:16
**herbal** 62:17
**herxing** 56:1,10,17,21 57:14
60:9 95:22 96:4
**hesitant** 48:17
**hey** 103:14 104:2
**high** 32:16 37:3 50:14 57:10
65:17 79:4,13,15 82:8,10,12
82:18,23,24 83:2,12,16
84:21,23 92:20 93:9 96:15
96:15
**higher** 65:9,16 85:3 103:2
**highest** 112:13
**history** 48:20 51:15
**hitherto** 79:24
**Hold** 68:1
**holding** 101:6
**honestly** 27:19
**hope** 15:1
**Hopkins** 7:10 9:2,19 10:20
11:9 13:10 14:6 15:12,14
31:14 32:2 102:23 104:9
112:8
**hormonal** 67:18 83:16
**hormone** 47:24 48:11
**hormones** 81:14
**hospital** 10:20 11:11 12:21
13:24 14:5 18:15 25:15
27:19 30:23 58:15 66:9,17
70:21 71:7 85:20 86:1
88:19 91:1 92:15 93:19
99:15 102:10,23 104:14

107:16 110:22
**hospitalization** 68:6 93:17
94:24 97:5,15,17 98:23
105:16 110:20 111:11
**hospitalized** 58:8 76:9
**hospitals** 30:22
**host** 12:11 45:15 67:17
**hot** 44:6 45:13,19
**hour** 17:10,13,14
**hours** 17:14 20:22 21:20 56:8
73:12 100:6
**Howard** 31:1
**huge** 87:4
**human** 34:1,3,3 40:10,14,17
60:14 64:10 80:1 95:14
**humans** 34:20 37:19,20 39:5
40:17 52:12
**hundred** 17:10,13
**hundreds** 36:8,10
**hurt** 110:11
**husband** 21:24
**hydrocortisone** 69:5 75:21
82:1
**hydroxychloroquine** 87:7

---

**I**

**ICU** 14:12,15,16,19,22 15:2
**ID** 15:14
**idea** 31:9 32:20 33:1 66:20
110:13
**identification** 4:4 116:13
**identified** 73:21 74:9 90:16
**identify** 98:19
**idiosyncratic** 94:18,19
**IDSA** 16:17
**IH** 31:10
**ill** 15:5 58:13 66:18 91:13
100:21
**Illinois** 25:17
**illness** 15:10,16 35:16 36:2,3
57:16 60:14 79:1 89:8
97:22 98:12 100:14 103:2
108:18
**illnesses** 14:23 28:7 29:13
31:3 87:11
**imagine** 39:11 57:10 79:14
**immediate** 56:23 93:12

**immediately** 93:16 94:6
**immune** 12:11 41:17,18
59:12 87:4 100:13
**immunocompromised** 107:6
107:10
**immunology** 12:5,10 31:7
**immunomodulator** 83:20
**immunosuppressed** 16:6
39:2 60:16 114:24
**immunosuppression** 64:13
**immunosuppressive** 94:2
**immunosuppressives** 59:19
**impact** 110:23
**impaired** 91:13
**impairment** 109:20
**imperative** 118:14
**implicated** 113:12
**important** 31:19
**importantly** 52:22
**improved** 52:4
**improvement** 51:16
**incidents** 31:20 37:3 65:10
**include** 52:24 64:13 87:5
**included** 92:15
**including** 40:23 44:6 69:5,16
95:7 96:7
**inconsistent** 109:22
**incontinence** 51:4
**incorrect** 75:10 110:15
**incorrectly** 39:19
**increase** 79:16 97:6 113:6,18
**increased** 61:23 65:9 113:24
**increases** 113:19
**increasing** 31:19 35:22
**independent** 48:9
**Indiana** 37:7
**indicate** 74:13 78:5
**indicated** 55:17 70:5,11
74:21
**indication** 55:10,14 58:6
69:20 80:6
**indications** 55:21,23 84:11
84:16,20 85:5 86:21
**industrial** 107:20
**infect** 40:1
**infection** 23:18 35:17 36:2
37:19 38:2 42:8 45:23 52:1

52:9 54:9 55:1 57:9,10
59:23 61:14 72:12 77:23
79:24 88:2,5,7,8,23 91:15
91:16 92:1,18,23 93:5
100:13 107:17
**infections** 12:21 16:1 42:22
46:2 55:17 56:14 64:14
**infectious** 7:10 9:18 10:4,21
11:3,7,16,19,22,23,24 12:19
13:5,18 14:3 27:2 28:5
32:13,18 33:9,10 34:8 62:24
79:2 81:16 102:20
**infects** 34:21
**inflamed** 56:22
**inflammation** 65:5 81:17
87:16 100:17
**inflammatory** 81:15
**inflate** 71:11
**influenced** 88:21
**informally** 17:22,24 18:1
**information** 11:18 32:8,12,22
63:14 114:1
**initial** 49:13
**initially** 23:7 31:6 50:1
**injury** 50:13 65:6,13 89:5,14
89:23 91:5,7 96:23 105:21
108:6
**inpatient** 13:19,20 14:7 58:15
58:17 60:1 102:10,17 103:3
104:13
**insomnia** 48:4
**instances** 59:21 71:12
**INSTRUCTIONS** 118:1
**insufficiency** 64:10
**insurance** 103:15 105:6
**insurers** 103:6
**integrated** 28:2,4
**intending** 103:11
**intensity** 103:1
**intensive** 88:24
**interaction** 102:5,21
**interest** 13:6,7
**interested** 31:2
**interesting** 31:17
**interfere** 88:1
**intermittently** 68:10,12
**Intern** 2:21,21

**internal** 10:8,10,19 11:20
14:13 102:20
**interpretation** 56:20 95:23
**intestinal** 50:7 64:17 65:10
74:16 89:9 91:12,18 97:24
98:2,14,16 99:19 108:24
109:4
**intestine** 114:20 115:3
**intraabdominal** 93:23
**intraventricular** 27:8
**introduce** 4:18
**investigative** 20:16
**investigators** 40:21
**invokes** 112:3
**invoking** 109:6
**involved** 34:13 69:14
**Irving** 27:4
**ischemic** 91:14
**issue** 104:19
**issued** 50:17
**issues** 43:6 64:15 104:17
105:7
**issuing** 103:7
**itch** 62:1
**itchy** 62:1
**items** 43:10,11
**ivermectin** 60:10 61:14,15,17
81:4
**Ixodes** 35:6 47:6

**J**

**James** 2:14 4:21
**January** 60:8 68:9
**Jarisch-Herxheimer** 56:4
**jejunum** 71:21 90:12,16 91:8
113:7,22
**job** 31:11,13
**Johns** 7:10 9:2,19 10:19 11:9
13:10 14:6 15:12,14 31:14
32:2 102:22 104:9 112:8
**Join** 76:22
**joining** 11:4
**Joseph** 2:21
**July** 9:22
**jump** 31:24
**June** 1:19 4:8 50:22

**K**

**keep** 70:4,7,13 77:13
**Ken** 7:12
**key** 34:16
**killing** 56:24
**kind** 52:22
**klebsiella** 72:13
**KLINE** 2:3
**knee** 46:24 47:9
**know** 6:4,10 9:13 17:2 20:14
21:8 30:16,17,18 32:5,23
36:9 37:6 38:22 39:12
40:20,22,24 41:1,2,8 47:21
47:23 49:2,9 50:16 52:3,14
52:16 53:1 55:15 60:4,5
61:4,5,6,21 62:6 63:2,19,24
63:24 65:7,12,19,21,23 66:1
66:6,10 67:8 68:17 70:5
71:12 75:20 76:3 77:18,20
77:21,22 79:9,9,10 81:21
83:14,19 84:23 85:4,17,19
85:22 89:2 90:6,8,21 94:23
94:23 96:22 97:21 98:11
99:23 100:3 101:18 103:3
103:19 104:8,22 105:1
106:15 107:2 108:4 109:8
109:10,13 110:7,9,10,15,16
110:17,19 113:4,12,13,24
114:1
**known** 39:8 46:9

**L**

**L** 2:20
**lab** 25:8 57:22
**label** 42:7 55:3,5,18,22
**laboratory** 12:5 31:6,8 52:16
52:19 73:16 79:22
**lack** 101:15
**Lamb** 2:4 4:19,19 6:20 76:18
77:11 87:19 89:24 98:24
113:8 115:11,18,21 116:2,5
**laparoscopy** 71:10
**large** 93:8 100:4 107:9 108:6
112:10
**late** 15:4,6,23 32:8
**latest** 15:15
**lead** 42:12 50:6 82:19 105:15

leading 105:16
leap 115:4
left 51:3
leg 51:2
legal 17:21
legged 35:5
legitimacy 40:14
legitimate 100:22
legs 62:1
lesion 25:4
lesions 47:22 60:21
let's 17:24 19:19 102:7
lethargy 44:18 45:10
letter 20:21 43:14
letters 39:11
leukopenia 92:21 109:13
level 38:8 57:10 78:10 84:22
  113:18
levels 38:16 60:4
lice 33:20
License 117:5,24
Light 93:3
lights 82:14
limit 65:12 66:20
limited 12:22 13:17 36:22
  37:10
Linder 1:7 51:9 61:5 69:12
Lindner 2:11 4:14 5:1 43:3,4
  43:24 44:5 48:1 50:5,11
  51:14 52:8 54:5 56:15 69:6
  69:11 78:5 79:21 80:5 96:4
  105:12
Lindner's 54:6 69:16 76:4
  95:23
line 66:3 119:4
lines 76:3 78:22
link 114:21
list 44:4 75:1,4 100:24
listed 16:13 24:14 43:10 99:5
  99:10 105:20
lists 16:20
literature 34:14,14,17 36:6
  40:12 55:8 65:24 88:15,17
  93:21
little 11:17 21:20 24:4 26:10
  30:18 34:23 53:2 55:12
  60:20 70:6 87:9 90:13

liver 62:1 92:4
local 103:4
location 11:8 47:14
locations 1:18
Locust 2:5
long 6:9 15:9 20:23 63:19,23
  65:19 68:21 79:13 83:12
  85:11,17,22,23 105:12
  114:12
long-term 64:12,21 74:18
longer 53:19 58:10 59:9,13
  59:15 68:24 109:5 112:2
look 17:17 18:4 21:10,18
  29:17 33:1,2 49:9 60:18
  62:12,13 73:1 80:18 82:14
  92:14 112:16,24 113:2
  115:14
looked 8:10 16:20 61:5 68:5
looking 16:14 21:10 31:11
  38:5 47:18 76:12
looks 72:20 91:21
loss 48:3 64:15 83:15
lost 98:3
lot 18:12 24:21 65:24 81:17
  108:20
lots 18:17 53:1
Loudoun 30:9
love 47:7
low 36:10 38:16 57:13 84:4
  92:20,21,23 93:2,5,9 97:9
  109:17 110:6 111:2
lower 60:4 81:12 84:7 85:18
lowered 93:18
lowering 82:10
Lyme 15:22,23 22:18,23 23:6
  23:11 26:13,21,23 29:16,18
  29:21 30:2,10,13,13,14
  31:15 35:4,23 36:11,15,19
  37:3,7,14,16 42:5,16 44:13
  46:6,17
lymphedema 23:17

## M

M.D 1:7 2:11 4:14 5:7
macrolide 53:16
magnesium 62:21
magnitudes 36:11

main 22:3 38:4 71:7
Maine 22:13,14
mainstream 80:9
maintained 85:20
maintaining 84:10
major 109:23
majority 90:4
making 19:14
malaria 34:23,24 54:23 62:18
  62:20,23 112:9,12,14
malaria-like 34:22
malnourished 109:16,24
malnourishment 110:3,4
malnutrition 26:19,22
man 109:8
Management 34:9
mandated 88:11
mania 64:18
manifested 23:5
margins 37:4
mark 72:16
marked 3:17 4:4 7:16 29:5
  50:24 116:13
Market 2:15
Maryland 35:18 37:5
materials 8:6 21:17 43:12
math 75:9 77:18
matter 16:2 17:21 45:24
  78:10 117:10
matters 20:3 114:15
max 87:17 88:11 112:13,22
  113:4,5
maximum 66:4 111:20
MBA 1:8 3:5 5:8 120:4,14
McCarthy 22:14 23:13
MCCORMICK 2:13
MD 1:8 3:5 120:3,14
mean 15:6,8 23:5 31:5 33:16
  36:7 40:11 42:18 45:3
  47:17 52:13 53:7 54:12
  57:2 59:5 65:18 67:18
  72:10 73:14 77:9 78:9
  82:24 83:8 84:23 85:13
  92:7 97:21 98:10 103:22
  104:3,16 107:11 108:2,23
  109:16 110:24 112:15
meaning 14:1 29:21 35:12

46:12 89:17 100:4 114:3,6
**means** 33:17
**meant** 72:12 104:4,4
**measles** 12:8 31:7
**measure** 110:8
**mechanism** 38:10
**mechanisms** 31:23 96:22
    97:1
**med** 60:17
**medical** 10:1,14 13:20 14:17
    18:13 31:11 44:1,11 45:4
    48:21 49:6 54:6 55:8 56:3
    56:10 60:18 61:19 63:16,21
    80:9 91:2 96:12 97:5 99:14
    99:17,21 100:8 102:3,23
    108:8
**medication** 6:23 50:10 55:9
    55:21 57:1 58:2,5 62:17
    67:14 69:8 75:13 76:12
    91:6 95:24 103:20
**medications** 56:13,18 57:11
    67:17 86:21 91:11 95:11
    105:19
**medicine** 7:11,12 9:18 10:8
    10:10,19,20 11:20 14:11,13
    31:14 42:4 49:12 102:20
**medicines** 100:21
**meetings** 18:17 40:21
**members** 31:12
**memories** 7:21 104:7
**memory** 22:3 23:2 46:5 72:10
**meningitis** 46:21
**menopausal** 48:6
**mention** 101:2,3
**mentioned** 31:7 42:20 82:5
**merely** 74:9
**merit** 105:13
**meropenem** 110:23
**met** 5:14 21:21
**method** 85:18
**methods** 38:4
**methotrexate** 87:7 107:13
**Michigan** 37:7
**microbiology** 72:21
**Micromedex** 100:23
**micrometrics** 16:19
**microscopic** 38:17

**microti** 35:3 37:24 38:3 39:7
    57:19
**Midatlantic** 29:19
**middle** 1:1 4:11 60:19 69:3
**Midwest** 29:19
**migraine** 49:2
**migraines** 48:3
**migrans** 46:9 47:20
**milligram** 59:7 76:1,9 77:24
    78:1
**milligrams** 53:11 54:10,14,15
    54:16 63:11,12,17 64:8,24
    65:8,18,22 66:7,11,13 67:1
    67:16 68:4,7,13 69:21,22
    75:12,24 76:14,16,17 77:6
    78:1,11,15,18,23 81:20 82:2
    82:2,3 83:1 84:8,13 85:1,10
    85:21 100:5 106:12 111:21
    113:11
**mind** 24:4 45:4
**mine** 50:17
**minimal** 66:4
**Minnesota** 29:20
**minute** 32:23
**minutes** 33:2 62:3 70:1 73:24
**missed** 70:9
**Missouri** 39:11
**misstating** 25:21
**mistakes** 103:22
**mixing** 76:6
**ML** 53:22
**MO-1** 39:10
**models** 12:8
**modern** 41:8
**modulating** 87:5
**moist** 47:7
**molecular** 41:8
**moment** 56:23 68:2
**monoclonal** 87:5
**month** 18:4 19:2 90:9 96:18
**months** 15:23 46:2 56:12
    57:11 65:1 78:23 85:16
**moonlighting** 11:10
**morning** 5:13 14:5
**mosquito-borne** 34:24
**mosquitoes** 33:19
**Mountain** 16:3 24:16,19,23

25:7
**Mountains** 29:22,23 61:11
**moves** 35:23
**moving** 30:3
**mucosal** 96:23
**multiple** 47:20
**murkier** 25:20
**muscle** 64:19
**mycoplasma** 42:6

**N**

**N** 2:1,20 3:1 4:1 117:1
**name** 5:13 7:4
**nausea** 50:24
**navigate** 30:20
**near** 112:10
**nearly** 36:24
**NEC** 106:18,18 114:22 115:5
**necessarily** 99:16 110:2
**necessary** 118:4
**necrotizing** 106:1,19,24
    107:4
**need** 6:9 9:8 83:21 85:9
**needed** 33:2 90:22 108:19
**negative** 52:20 73:13,19,20
    74:8 80:19,21
**negatives** 38:20
**neighboring** 39:24
**neither** 112:5
**nerve** 46:19
**neutropenia** 94:8,15 105:24
    106:11 111:1,3,10,14 112:2
    112:4,6
**never** 26:23 44:11 51:24
    52:16 53:9 65:2 69:24
    93:20 100:18,18 112:17
    114:13
**new** 18:14 29:18 31:12 40:23
**Newt** 31:4
**nine** 43:10,11
**nod** 5:22
**non-cancerous** 69:20 84:11
    84:16,19 85:5 86:21
**non-existing** 83:13
**non-full** 95:4
**non-steroidal** 87:1
**non-steroids** 99:22

nonspecific 79:21
noon 70:6
Nope 22:10
normal 92:9,13,20 93:14
  108:3
north 30:21 31:20 78:11
  113:11
northern 30:3,8,15
Northwest 35:13 39:9
Notary 1:16 117:6,23 120:21
note 51:13 60:8
noted 60:10 61:1 99:15
  106:14 118:11 120:9
notes 7:19 8:9,9 50:22,22
  51:15 53:11 61:23 62:5
  115:15 117:9
notice 3:18 7:17 92:18
noticed 39:17
notoriety 61:16
novel 40:22
NSAIDs 86:24 99:11 100:4
number 3:17 36:7 40:4 42:4
  59:21 76:6 89:15 112:11
  113:19
numbers 35:22
nutrition 110:8
nutritional 109:20
nutritionists 110:7

**O**

O 2:20 4:1 117:1
O-D-O-C 39:20
O.R 70:21
object 76:19 80:7
objecting 77:11
objection 6:17,17,18 87:19
  89:24 95:18 98:24 113:8
objective 42:8 53:3
Objectively 53:5
obtain 8:17 63:14
obviously 39:18 45:3 50:17
  97:4 100:20 103:22 109:8
occasion 14:24
occasionally 58:12 81:16
occasions 104:8
occur 15:23 41:16 97:1 104:5
occurred 98:22 104:6 114:14

occurring 93:23
occurs 35:19
October 67:21 70:19,21,22
  72:24 73:1,2,2,6,11 74:3
  76:8,10 88:18 89:5 91:1
  99:12
Odell 2:22
odocoilei 39:19,21 40:7,19
  52:9 80:1
odontogenic 27:12
off-label 55:2
offers 32:12
office 9:1 48:16,19 53:8
  62:10
oh 12:6 25:20 26:18 46:17
  70:7 101:17 104:4
Ohio 37:7
okay 5:18 6:13,15,21 7:4,16
  8:3,12,17,19,20,23 9:2,4,11
  9:21,24 10:4,7,11 11:5,15
  12:24 13:23 14:12,19 15:3,6
  16:9,23 17:8,11,16,19 18:7
  19:10,17,21 20:2,23 21:5,13
  21:13,21 22:10,13,16,19,24
  23:4,9,13 24:13,18 25:2,6
  25:11,14,17 26:1,8,14,24
  27:4 28:13,16,21,24 29:4
  30:6 31:2,16 33:5,11,14
  34:3,6,19 35:15 36:13 38:1
  38:11,19 39:4 41:9,20 42:12
  42:23 43:8,17,23 45:13,17
  47:17,23 49:22 50:19,21
  51:13 52:5 53:20 54:4,16
  55:7 56:1 57:5,7 59:8,15
  60:24 61:9,13,21 62:11 63:7
  63:17 67:10,13 68:24 69:15
  69:19 70:7,13,14 72:3,16,20
  72:24 73:5,11 74:11 75:8,15
  76:7,12 78:13 80:24 81:6
  82:5,16 86:6 87:9,14 88:16
  90:23 91:4,19 92:10,18
  100:9 101:6,10 103:18
  104:13 108:10,22 111:18
  114:11 115:8,13,20 116:2
Oklahoma 24:14 25:16
once 19:2 21:15 49:13 64:7,7
  65:8 81:20 84:7 113:11

ones 36:9
ongoing 49:20 90:8
operated 106:22
operator 38:23
opined 50:15
opinion 17:9,21 18:1 20:8
  23:9,12,21 25:11 26:20
  27:13,17 40:7 48:9 49:17,24
  52:11 61:2 65:6 67:3 80:4
  89:4 91:19 96:11,14 100:9
  105:17 108:11 111:13 115:9
opinions 20:17 43:8,13 49:15
  50:8 79:19 91:20 106:7
  108:10,12
opportunistic 64:14
opportunity 7:24 106:3
opposed 90:5
oral 1:5 71:13
order 36:11 46:14 49:19
  104:15
ordered 73:5
ordering 53:9 103:6
orders 54:9 102:18
organism 57:12 72:14 73:19
organisms 56:7 89:2
original 118:15
Oroya 61:10
osteoporosis 64:16
ostomy 71:17,18 72:3
outlined 13:3 94:14
outnumber 89:16
outpatient 12:22 13:19 58:17
  60:1,3 69:20 102:11,12,15
  102:24 103:3 105:3
outright 53:8
Outside 92:9
over-the-counter 62:15,22
overgrowth 115:2
overlap 37:10

**P**

P 2:1,1,20 4:1
P.C 2:3,8,13
PA 1:23 2:6,10,16
Pacific 35:13 39:9
page 3:3,16,16 7:18 34:6
  42:23 51:5,14,14 66:24

70:18,19 75:3,3 79:19 91:19
  95:3 96:10 100:9 105:10
  114:9,10 119:4
**pages** 120:5
**pain** 62:1
**PalmPilot** 32:7
**palsy** 46:20
**pandemic** 18:14
**paper** 8:15 94:10,13
**papers** 8:13 42:17
**paradigm** 52:14
**paragraph** 34:7 42:24 44:3
  51:5 54:4 69:3 70:19 72:7
  74:13,24 79:20 91:20 95:5
  95:12 100:10 105:11
**parasite** 34:20,22 38:6 40:5
  63:8
**parasitemia** 38:8 60:5 80:18
**parasites** 54:23
**part** 20:20,20,24 28:6 31:13
  38:15 71:21,22 95:5
**participating** 112:4
**particular** 27:14 41:3 49:23
**Partly** 53:15
**party** 24:6 25:12
**pathogen** 35:2 40:14,17 41:7
  45:18 56:24
**pathogens** 12:12 32:12 40:1
**pathognomonic** 61:7
**pathology** 51:11 62:6 106:23
**patient** 14:17 26:23 38:2
  42:14,15 44:16 45:1 46:15
  48:15 49:9,12 50:2,6 51:8
  51:10 53:8 58:16,19 59:11
  59:11,12 62:5 63:21 64:22
  69:19 79:1,10 80:12,15
  82:23 86:3 94:15 100:3
  106:13,17 107:12
**patient's** 49:15 59:4 100:1
**patients** 7:14 12:13,17 13:16
  14:2,22 15:1,4 16:5 30:16
  35:16 36:2,3 39:2 41:17
  42:19 48:19 49:18 55:22
  56:3 57:3,15 58:8,23 59:6,8
  59:18,24 60:17 64:21 65:14
  65:17 66:17 81:18 84:3
  85:8,20,24 100:20 102:14

107:1,7,13 112:7 113:15
**Patrice** 1:15 5:4 117:4,22
  120:20
**Paul** 1:7 3:5 4:16 5:7 7:6
  120:3,13
**PCR** 25:3 38:9,15 57:23
**pediatrics** 33:7,8
**penicillin** 56:6
**Pennsylvania** 1:1 4:11
**people** 15:21 30:20 32:21
  34:22 41:14 56:6 65:16,21
  68:17 88:22 112:11
**percent** 19:7 60:6,6
**percentage** 19:4 20:2 35:15
  36:1
**perforated** 91:18 113:7,22
**perforation** 50:7 64:17 65:10
  71:8,17 74:17,22 79:17 89:9
  90:11,15,18 91:8,12,15
  96:13,17 97:3,8,24 98:2,14
  98:17,21 99:19 108:24
  114:13,16
**perforations** 109:1
**perform** 13:1 18:19 28:4
  73:17
**performing** 38:5
**period** 12:13,24 53:17 65:19
  68:12,18 69:8 76:15 82:9
  83:1,13 99:12 114:5
**persisted** 111:10
**persistent** 41:15 42:10
**Persod** 94:15
**person** 33:18,18 48:22 49:13
  49:14,19 93:11
**Peruana** 61:12
**Peter** 22:13,16
**Pharm** 28:21
**pharmacies** 75:5,9 76:7,13
  78:15,20,21 79:16 89:22
  99:7 102:15 103:4
**pharmacist** 28:18,22 101:12
  101:14 102:22 103:14,18
  104:2,10,14,22 105:4
**pharmacists** 102:22
**pharmacologic** 81:22
**pharmacology** 28:19 101:7
**pharmacy** 16:19 28:16 77:4

89:16,22 98:20 101:7,12
  105:4
**Philadelphia** 1:23 2:6,16
**phone** 61:22
**phrase** 44:20
**physical** 48:15
**physically** 8:24
**physician** 15:13 27:3 28:5,14
  32:19 33:7 41:4 63:1 80:13
**physicians** 28:11 44:15 56:21
  99:15
**picked** 5:22
**pill** 111:20
**pills** 76:6 89:15,19,21 96:24
**place** 78:7
**plaintiff** 22:14 26:16,18
**plaintiffs** 1:5 2:6 4:20 19:6
**plant** 33:21
**platelet** 92:3 94:11
**plausible** 113:23
**play** 111:17
**Plaza** 1:22
**please** 34:12 46:5 76:24
  82:15,21 118:3,8
**pneumonia** 81:19
**pneumoperitoneum** 71:1
  74:16 109:2,5,9 114:14
**pocket** 32:10
**point** 18:10 24:5 25:21 31:10
  49:8 67:22 83:4 96:1 97:13
  106:2 109:11 110:5 113:21
  114:20
**political** 107:3
**polymerase** 38:9
**polymicrobial** 72:8,12
**pops** 110:14
**position** 7:14 10:2
**positions** 32:1
**positive** 52:17 73:12,16,19
**possible** 51:19 65:13 66:21
  79:14 108:5 116:4
**post-infectious** 88:3
**post-medical** 10:18
**potential** 12:12 87:8
**potentially** 16:13 84:20 88:1
  112:3 114:24
**Potomac** 30:6

**pounding** 48:4
**practice** 13:22 15:11 27:22
  28:2 30:12 42:22 59:16
  64:3,23 68:16 86:2 100:19
**practices** 18:13 49:18
**practicing** 28:22
**practitioners** 42:5 44:23 56:3
  56:10 60:18 61:19
**preceding** 96:19
**precipitate** 15:9 64:16,18
**precipitated** 105:24
**precipitation** 64:13
**prednisolone** 75:21
**prednisone** 63:9,18,23 64:2
  64:24 65:7 66:14,14,24 67:2
  67:4,6,11,16 69:5,21,22
  75:12,13,15,17,21,24 76:5
  76:14,16,20 77:4,6,6 78:2
  78:12,24,24 79:7,7 82:4
  84:7 85:21 89:12 96:21
  113:5,6
**predominately** 29:10 33:12
  35:2
**prefer** 42:10
**preparation** 8:4,7,14
**preparing** 21:16
**prescribe** 58:2,19 61:14 66:6
  84:12 100:16 103:4
**prescribed** 50:5,12 51:22
  53:12 56:18 58:5 60:10
  66:13 81:1 95:7 104:15
  105:12 110:21 111:23 113:1
**prescribing** 56:13 81:11
  84:21 96:7
**prescription** 101:19,21
**prescriptions** 48:7 75:1,4
  77:5 101:15 102:13 105:5
**presence** 74:21
**present** 4:15 15:9 16:1 23:19
  25:10 110:10
**presentation** 88:22 97:21
  98:10 100:1 104:21
**presented** 48:10 62:5 99:18
  108:3
**pretty** 41:7 83:11
**prevention** 112:19
**previously** 7:16,20 30:1 39:8

81:5
**Primaquine** 54:22
**primarily** 12:4 13:8 58:7
  106:8
**primary** 13:21,21 14:1 57:1,1
  102:18
**primate** 12:9
**prior** 5:20 7:16 20:7 51:11,12
  90:24 95:12 103:7
**PRIORE** 2:13
**probably** 18:5 20:7 21:9,9,19
  25:21 27:11 36:11 38:15,23
  41:15 55:14 62:9,12 80:17
  85:15 88:21 89:1
**problem** 49:7
**problems** 46:10 53:3 60:2,16
**procedure** 71:9,10 74:14
**proceed** 52:17
**proceeding** 93:17
**process** 66:22 105:2
**product** 62:22
**production** 59:20
**Professional** 1:16 117:5
**Professor** 7:12
**progesterone** 48:7
**program** 11:13
**prohibitedly** 6:9
**prolonged** 16:5 42:2,10 59:22
**prominent** 38:24
**prompt** 115:12
**prompted** 79:21
**prone** 64:3
**pronouncing** 39:19
**prophylactic** 112:20,23
**prophylaxis** 54:22
**propounded** 120:8
**proprietary** 62:14
**prospective** 65:11
**proven** 114:13
**proves** 44:12
**provide** 5:18,21 14:15,20
  17:20 23:20 25:11 27:17
  49:23 58:19
**provided** 7:19,20 14:21 15:19
  17:1 18:1 19:23 21:15 22:2
  22:4 26:1 50:12 89:13
**provider** 43:5

**providing** 34:17
**Public** 1:17 117:6,23 120:21
**publication** 13:1 34:12
**publications** 8:13
**published** 42:17
**PubMed** 8:18
**pull** 9:7,12,15 108:15
**pulled** 9:8 71:24
**pulmonary** 86:5
**pulse** 66:9,15 82:8 83:9 84:1
  107:23
**pulsing** 82:6,7,11,17 83:3
**purported** 62:15
**purpose** 81:7,10
**pursue** 55:15
**put** 32:6,8 44:7,9,22 54:8
  66:10 104:18

**Q**

**quantities** 107:21
**quantity** 77:10 79:15 102:5
  103:10
**question** 6:3,11,12 15:21 28:3
  42:13 44:19 45:9 51:7
  55:12 61:22 62:3 68:15
  75:8 78:14 95:16 101:21
**questioned** 101:18,18,22
  102:4
**questioning** 5:11
**questions** 34:16 108:20
  115:16,19,23 120:7
**quick** 32:17
**quickly** 31:15 33:2
**quiescent** 38:24
**quinidine** 58:9
**quinine** 58:9
**quite** 18:6,10 25:13 35:14
  36:22,24 44:19 109:16
**quote** 56:24
**quotes** 44:8,10,22

**R**

**R** 2:1,20 4:1 117:1 119:2,2
**radiculopathy** 46:22
**range** 60:6 92:20 108:3
  111:22
**ranges** 92:9,13 108:4

PAUL GISBERT

**rapid** 56:8
**rapidly** 36:24 41:7
**rare** 35:12 36:14 55:14 111:4
**rarely** 47:12 110:24
**rash** 23:7 24:20 25:3 46:9,14
  46:24 47:4,14,16,18
**ratchet** 84:13
**rate** 17:8 37:18 38:19 79:17
  97:10 108:1 113:7
**ratio** 75:17
**re-anastomosis** 71:24
**reach** 46:7
**reached** 20:17 106:7 108:12
  108:13
**reaction** 38:9 56:5,7 88:7
  94:18
**read** 51:12 80:2 93:21 98:6,8
  106:3,24 116:3 118:3 120:5
**reading** 21:16 54:6 73:8
  108:12
**really** 25:20 31:20 34:14
  35:19 37:8 39:12 42:8
  47:10 49:7 50:8 57:14 63:2
  94:22 106:16,21 109:11,23
  114:13,15
**reason** 6:24 37:15 100:2
  113:1 118:5
**reasonable** 96:11 108:4,8
  110:9
**reasons** 37:1 79:13 85:4
  100:22
**reassurance** 80:17
**recall** 5:20 22:5 23:2,5 24:1
  24:15 25:18
**receipt** 118:16
**received** 10:14 30:14 52:1
  80:12 81:5 106:13
**receiving** 23:17
**recollect** 94:6
**recollection** 14:23
**recommendation** 53:15
  62:19 88:14
**recommendations** 87:13
  102:17
**recommended** 69:6,11
**recommending** 69:13
**reconcile** 74:5

**record** 5:15 7:5,17 44:2,12
  63:16,21 72:20 86:8,10,12
  86:14,18 91:3 98:8 99:14
  102:3
**recorded** 8:21
**records** 8:10 20:19 21:10,11
  39:18 48:21 54:7 69:16
  70:20 97:5 99:17 100:8
  111:6
**recovered** 72:15
**recovery** 109:14,21,23
**red** 34:21 38:6 40:1 60:20
**reference** 16:15,18,19,22
  100:23
**references** 8:11
**referred** 35:5 80:12
**referring** 7:22 60:24 81:2
  91:23
**refresh** 46:5
**refused** 104:14
**regarding** 8:15 34:15 74:13
  94:11
**regards** 28:20
**regimen** 112:2
**region** 29:9,12 30:5,7 36:19
  37:23 47:9
**regions** 29:13 36:23 39:13
**regular** 14:17 94:16
**regularity** 32:22
**regulated** 88:10
**regulatory** 18:21
**relapsing** 41:15
**relationship** 75:17
**relative** 54:21
**relevant** 79:10
**reliable** 38:11 39:3 88:17
**rely** 16:10
**remember** 17:17 23:3 25:9
  25:13,22,22 27:20 62:21
  63:15 91:2
**remove** 90:22
**removed** 109:3
**rendered** 43:1 52:17
**repeating** 77:13
**replace** 81:13 83:22
**replacement** 47:24 48:11
  81:24 82:3

**report** 3:21 7:21 8:11 16:9,11
  16:14 20:18,24 21:15 29:1
  34:6 37:2 39:17 40:12
  42:23 49:22 50:17 51:6
  54:5,8 60:7 65:4 94:20 95:1
  95:3 99:6,9 105:10,20 106:4
  106:7,10 108:15 111:12
  112:1
**reported** 36:9 40:24 106:15
  107:11
**reporter** 1:16 5:4,5,23 98:5,7
  117:5,23
**REPORTERS** 1:21
**reports** 59:17 68:23
**represent** 23:14
**representing** 24:6
**requested** 98:8
**require** 85:6
**required** 71:16
**research** 8:13 13:1,6,7,11
  16:10,16 20:16 30:22 31:3
  31:16 40:16,20
**resected** 71:20 90:17 114:17
**resection** 71:16
**residency** 10:17,23,24 11:6
  11:16,18,20 12:17 13:2
  15:12 102:9
**resident** 11:1
**residual** 71:11
**resolution** 51:17
**resolve** 55:1
**respective** 1:18
**respiratory** 97:10 108:1
**responses** 12:11
**responsibility** 14:2
**resulted** 89:5
**results** 25:8 72:21,22 73:1
  74:22 92:14 110:24
**return** 118:14
**returns** 48:1
**reveal** 53:6
**revealed** 72:8
**review** 7:24 8:3 34:14 43:1,8
  48:20 64:20 69:15 99:21
**reviewed** 8:6,12 19:5 40:15
  43:15,17,20,23 94:13
**reviewing** 19:2 21:10

PAUL GISBERT

**rheumatologist** 79:12
**rifabutin** 63:4,5 81:3 95:8
**right** 16:14 23:23 28:10 29:3
29:5 34:13 37:18 39:17
40:11 66:2 92:1 101:4,5
104:4
**risk** 113:7,18,19,22,24
**rituximab** 59:20
**Rocky** 16:3 24:16,18,23 25:7
**rod** 74:8,9
**rods** 73:13
**role** 9:21 34:11
**rotation** 11:15,23
**round** 104:10
**rounds** 14:5 28:6 104:10
**routine** 100:19
**RTM** 67:19
**rules** 5:19
**rupture** 27:8

**S**

**S** 2:1,20,20 3:15 4:1
**sand** 61:11
**sarcoid** 85:9,21
**saw** 12:17 44:11 52:1 99:14
**saying** 56:20 103:19
**says** 22:13 69:3 72:7 73:11,22
103:18 104:2 108:23 114:18
**scalp** 47:12
**scapularis** 35:6
**scenario** 88:12
**scepticism** 40:13
**schedule** 63:12 94:17
**school** 7:11 10:1,18,20 32:17
**Scranton** 2:10
**screen** 9:9,14,14 22:9
**se** 13:12 91:15
**search** 8:18
**second** 50:2,4 70:17 71:14
79:20 91:20 100:10,10
105:11
**secondary** 111:14
**section** 79:19 114:12
**see** 9:10 13:16,18 19:19 22:11
30:16 39:1 41:4,5 46:14
47:4,11,12 48:21 49:12,13
52:23 53:3 56:2,9 65:17

72:18 73:18 75:6 91:23
92:14 99:22 100:7 111:5
**seeing** 45:5 46:8 51:8,9
**seen** 15:15 16:8 30:11 38:17
40:15,22 41:2 42:11,14
48:16 49:19 64:22 66:1,5
68:15,17 69:1,19 85:2,3,8
85:19 93:20 94:12,20
106:21 107:1,6 112:18
113:15
**selection** 102:4
**sematic** 45:16
**send** 17:5
**sense** 50:9 55:9 65:15 83:15
**sensitive** 38:16
**sentence** 42:24 52:8 63:9
72:6,7 79:20 80:24 91:21,22
95:4 96:10 100:10 105:12
**separate** 36:20
**sepsis** 91:6,12 97:11 109:15
111:15
**September** 67:21 68:5,5,7
69:4 99:10
**septic** 88:19,22
**sequence** 41:6
**series** 48:22
**serious** 106:14
**serologic** 46:11
**serology** 25:5
**serve** 14:16,19
**served** 34:7
**serves** 72:10
**service** 11:2 14:7
**services** 13:20
**setting** 12:5 13:24 14:22
58:15 60:1 69:20 93:23
102:10,24 103:3 104:14
105:3
**settings** 58:17 86:1 111:5
**seven** 47:23 48:11,16 58:22
114:8
**severe** 46:20 58:8 81:18
82:20 83:6 91:16 105:15
**severely** 58:13 91:13
**severity** 103:2
**sex** 71:13
**share** 9:14,24 22:8

**sheet** 118:7,9,12,15 120:10
**Shenandoah** 29:22 30:4
**Sherrilyn** 7:11
**short** 53:17 82:8 86:15
**short-term** 66:19
**shortened** 56:4
**shortness** 61:24
**show** 22:7 72:16 82:15
**shows** 40:16 73:13
**shut** 31:8
**sic** 39:8
**side** 56:12 65:20 95:6
**sigmoid** 71:22 90:16,18,20
91:10 114:22
**sigmoidal** 74:17
**sign** 116:3 118:8
**significant** 30:2 52:2 78:8
83:11 92:1 97:6
**significantly** 37:19
**signing** 118:10
**signs** 45:19
**similar** 80:22
**simply** 100:2
**Sinai** 11:10
**single** 54:10,11,17 106:10
**sir** 7:3
**situation** 79:11 93:4 94:21
99:24 100:15 104:5 107:10
109:5 110:17 115:6
**situations** 104:1
**six** 17:10,13 20:1 59:14 68:22
68:24 85:16 94:16 97:6,14
97:15,16 98:22 100:6,24
106:11
**six-week** 11:12 68:18
**size** 111:20
**skin** 25:4 47:22 60:10,21 61:1
61:6,7 64:18
**sleep** 49:4 51:4 64:18
**sleeping** 62:2
**slightly** 47:2 71:20
**small** 12:8 13:21 71:16 73:17
74:19 109:1 114:20 115:1,3
**smaller** 37:11,16
**smear** 38:5 41:3,5,5 57:23
**Smith** 22:13,16,24 50:15
68:23 94:14 108:13 114:13

**Smith's** 8:10 22:20 99:9
  105:23 106:4
**so-called** 56:17 57:14 66:9
**Society** 34:8
**Solu-Medrol** 66:7
**solve** 109:4
**solved** 109:10
**somatic** 105:14
**sorry** 14:20 23:3 31:24 70:9
  81:8 82:14 98:3 110:18
  114:9
**sort** 13:6 16:21 30:9 31:7
  32:5,5 49:8 61:18 68:5
  75:19 96:24 109:7
**sorts** 103:7
**sounded** 55:12
**sounds** 24:21 101:17
**source** 108:23
**south** 1:22 35:23
**southward** 35:24
**space** 118:6
**speak** 50:18
**speaking** 91:7
**spearheaded** 18:17
**species** 35:9 37:17 39:24 40:8
**specific** 12:16,23 33:9 40:3
  75:8
**specifically** 12:7 16:11,15
  27:20 28:8 55:13 105:22
**specimen** 38:10
**specimens** 106:23
**SPECTER** 2:3
**spectrum** 61:18
**spend** 13:9 20:15
**spent** 11:1 21:14
**spots** 60:20
**spotted** 16:3 24:16,19,23 25:7
**spread** 33:18 36:24 63:12,18
  64:24
**spreading** 64:1
**spring** 68:10
**Stacey** 1:3 4:13 21:21,24 43:1
  43:15,17 44:4 72:21
**stage** 48:18
**stain** 73:13,18
**standard** 12:2 18:13 38:14
  49:11,16 53:13,22,23 67:7

68:11,14 80:10 101:5,13
**standing** 77:15
**stands** 94:5
**staph** 72:14
**start** 17:24 49:10 64:9 84:20
**started** 67:22
**starting** 63:11 68:8 91:22
  92:5
**starts** 105:11
**state** 7:4 18:20 20:4,12 30:1
  35:22 48:6 49:21 76:24
  101:1 118:5
**stated** 78:7
**statement** 109:18
**states** 1:1 4:10 29:10,16,19
  31:20 34:7 35:2 36:4 37:1,2
  37:4,6 39:6 42:24,24 80:24
  95:4
**stemming** 15:16
**stenographic** 86:12 117:8
**step** 80:20 102:7
**steps** 80:14
**steroid** 66:9 86:4 96:15
**steroid-sparing** 79:3
**steroids** 65:13 77:7 83:4 88:5
  88:24 90:7 96:12,16 97:22
  97:24 98:1,11,14,16,20 99:4
  107:9 111:9 115:1
**Steven** 8:10 94:14
**stiffness** 48:5 50:24
**Still's** 84:5
**stoma** 72:1
**stool** 72:2
**stop** 70:5,9 83:14,24 104:18
**stores** 103:4
**strain** 37:20 40:17 52:11
**strains** 39:4
**strategies** 18:14
**strategy** 58:10 80:23 81:14
**straw** 109:7
**Street** 1:22 2:5,15
**strength** 107:21
**stress** 48:2 101:17
**strike** 70:16 101:10
**stronger** 54:7
**studied** 10:11 28:16
**studies** 8:13 16:10 65:11

94:13 106:12
**study** 11:7,15 12:7,11 40:16
**subacute** 16:5,7
**subheading** 91:20
**subject** 118:10
**subjective** 53:2
**subparagraphs** 43:10,11
**Subscribed** 120:16
**subsequent** 10:21 11:3 12:3
**subspecialty** 13:4,14
**substance** 120:9
**substantially** 100:4
**suburban** 31:13
**suffer** 23:4 36:2 46:6
**suffered** 6:24 35:16 89:9
  90:24
**suffering** 25:7 30:12 38:2
  42:15 44:17,17 45:17 48:12
  50:23 53:10 56:22 100:11
  112:8
**sufficient** 58:22
**suggest** 97:6
**suggested** 61:20
**suggesting** 40:6
**suggestive** 61:7
**Suite** 1:22 2:15
**summary** 44:3 105:11
**summed** 24:21
**summer** 11:12 48:1 62:4,4
**supplemental** 21:17
**support** 13:12 92:5
**supported** 46:11
**supportive** 56:16
**suppose** 13:11
**suppress** 100:13 107:14,22
**suppressed** 107:15
**suppression** 64:3
**sure** 5:19,19,21 22:7 27:23
  44:19,21,21 49:16 55:11,19
  60:19 62:13 66:16 68:3
  74:7 77:1 81:9 82:22 83:8
  84:24 91:14 93:21 94:9
  105:9 108:16 114:20 115:12
**surgeon** 71:21,23 90:15
  106:22 109:3
**surgery** 89:6 90:22 109:23
**surgical** 71:16 74:14

**surgically** 109:10
**surrogate** 110:9
**surrounding** 106:20
**suspected** 90:14
**suspects** 52:9
**suspension** 53:11
**swab** 25:4
**swear** 5:6
**sweating** 48:4 51:2
**sweats** 44:6 45:13,20
**Sweeney** 1:16 5:5 117:4,22
  120:20
**swelling** 51:3
**switched** 110:23
**sworn** 5:8 120:16
**symptomatic** 48:6
**symptomatology** 53:5
**symptomology** 95:15
**symptoms** 23:5 24:18 44:4
  45:19,24 46:15 51:21 53:2
  56:17,23 79:23 95:5,20 96:5
  105:15
**syndrome** 42:7 49:6
**syndromic** 49:1 95:6
**syphilis** 56:5
**system** 18:15 41:18 100:13

**T**

**T** 2:20 3:15 117:1,1 119:2
**tablets** 54:13
**tafenoquine** 8:16 50:16 54:9
  54:16,20,21 67:23,24 68:8
  81:4 94:7 95:9 101:3
  105:18,23 106:8 111:15,17
  111:20 112:5,14
**take** 6:10,10,12 8:8 20:23
  31:12 48:19 68:11 69:21
  70:2 73:16 77:8
**taken** 1:15 4:8 5:16 64:11
  65:17 67:15 73:5 86:16
  117:9
**takes** 48:22
**talk** 40:21 64:20
**talked** 36:16 65:20 76:5
  80:16,22 95:20,22 105:19
  108:13 112:1
**talking** 45:23 66:24 67:6

**tallied** 68:1
**taper** 66:15 82:9,19,20 83:7
  83:17,23 84:1
**tapering** 82:6,7 83:3,20
**target** 47:18
**TCC** 89:16,17 90:5 99:6
**team** 28:6 102:22 104:21,22
**teams** 102:18
**Teeter** 99:7
**tell** 23:13 31:5 51:24
**temperature** 107:19
**Temple** 26:5
**ten** 20:22 33:2 58:22 59:9
**tend** 37:2 42:3 47:7 52:23
  53:3 64:20 81:24 83:23
**term** 32:16 33:15 39:18 41:14
  41:15,23 42:3 44:22 56:2,10
  56:21 79:13 85:23 105:12
**termed** 41:12 55:2 72:3 76:13
  86:24 91:9 96:15 99:6,7
**terminal** 54:23
**terming** 110:3
**terms** 11:19 12:19 17:7 18:3
  18:21 20:3,16 21:15 26:8
  30:7 42:5 49:24 62:7 66:4
  74:13 80:14 82:5 102:21
**terribleness** 96:6
**terribly** 110:17
**test** 46:15 74:22 92:14
**testified** 5:9 18:2 19:10,20
  23:24 24:2 26:4 101:11
  102:8
**testify** 19:10 26:24 97:2
**testifying** 8:23
**testimony** 3:20 5:20 7:20 8:7
  17:11,12,16 19:23 22:2,5
  26:6 54:6 69:16 110:4
**testing** 46:12 52:20 57:22,23
**testosterone** 48:8
**tests** 38:12,20,22 39:3 92:4
  92:12 93:19
**Thank** 5:2 22:12 82:16
  115:24
**Theileria** 39:24
**therapeutic** 51:23
**therapies** 34:18 92:13
**therapy** 32:13,24 44:23 48:1

48:12 50:4 61:16 82:1
  83:18 87:13,24 92:6 94:16
  101:2,5
**thing** 13:9 111:19
**things** 9:6 21:17 45:10,13
  66:7 103:6,8
**think** 6:8 15:20 16:15,18
  19:20 20:19 21:8 24:3,10
  26:18 29:14 31:18 38:13
  45:22 46:1,17 49:18 50:1,14
  51:20,20 52:15 53:18 57:12
  58:16 60:2,3 61:21 62:20,24
  65:7,15,17 68:1 70:5 71:7
  72:10,13 74:15 76:4 77:20
  78:9 79:18 80:16 81:17,24
  83:14 85:3,17 87:22 89:7
  91:16 92:12 94:14 95:1,19
  97:5,7,20,21 98:9,11 99:9
  99:18,21 106:8,9,16 108:1,2
  108:9,18,20 109:10,13,17
  110:5,12,13,20 111:17
  113:11,13,23 114:9,15
  115:7,15,17
**thinking** 67:20
**thinning** 64:19
**third** 91:21 100:11
**thirty** 118:16
**thorough** 48:20,20
**thought** 30:2 110:21
**thoughts** 62:7 96:24
**thousand** 65:22 66:7 77:24
  77:24 83:10 84:12 111:2
  113:21 114:3
**thousands** 36:10
**three** 12:4 21:19 47:21 51:18
  66:8 84:17
**thrombocytopenia** 110:19
**Thursday** 1:19
**tick** 15:15,16,22 30:14 35:3,6
  35:8,8,11 37:14,17,22 40:9
  40:9 47:15 51:15
**tick-borne** 13:8,17 14:22
  15:16 28:7 29:10,12 31:3,18
  35:1,15 36:1,3 45:18,19
  46:4 79:1
**ticks** 33:19 40:3 47:6,6
**tide** 30:5

**time** 4:3 13:9 18:18 19:21
20:15 21:5,14 43:14,15
48:11 52:2 53:18 64:9,11
67:15 68:6 76:14 78:16
82:9 83:1,4,13 86:9,13,15
86:17 93:19 96:20 98:7,21
101:20 104:13 109:24 114:5
115:17 116:6,12
**times** 17:20 19:13,22 20:1
33:15 54:10,16 83:24 102:6
104:3,12
**tinnitus** 51:2 61:24
**tissue** 64:15 90:19 91:9
**title** 7:8
**today** 7:1,14 8:4,7,14,21
21:15
**told** 57:6
**tolerance** 58:21 59:4
**tolerate** 84:4
**tool** 16:22 100:23
**top** 17:3 62:21 63:15 64:20
85:22 113:2
**topic** 31:17
**total** 76:19 77:10 78:14
**totaling** 54:14,15
**totally** 17:24
**toto** 79:9
**tough** 38:21
**toxicity** 8:15 91:6
**track** 98:3
**tract** 71:9 91:18 109:4
**traditionally** 35:18
**traffic** 30:19
**trained** 12:4
**training** 10:18,21 11:21 12:2
16:17
**transcript** 1:14 117:8 118:17
118:19
**transcription** 120:6
**transfusion** 35:21
**transmission** 34:4
**transmit** 40:3
**transmitted** 33:17 35:3,7,11
40:8
**transpires** 88:4
**trauma** 6:24
**travel** 112:12

**treat** 7:14 16:20 44:5 55:16
55:22 58:3,6 62:23 63:6
85:24 86:21 87:16 103:10
103:11
**treatable** 31:21
**treated** 12:13 24:9,11 35:16
48:7 51:16 58:16 59:8
64:22 79:1 86:3 112:7
**treating** 18:21 28:7 59:13
61:13 83:17
**treatment** 11:8 12:19 14:21
15:19 18:16,23 32:17 43:2,5
50:11 52:2,15 53:13 55:2,7
57:1 58:22 59:2,15 61:20
62:7 68:20 80:14 87:10
112:14,15,16,17
**trial** 17:16 19:11 20:9 22:4
26:6
**tried** 30:20
**trouble** 59:13 62:2
**true** 9:23 28:15,18,23 43:7
52:13,19,21 55:6 57:21 80:9
84:15 87:12 92:11 101:9
103:17 105:22 117:7
**truly** 81:13 91:17
**truthfully** 7:1
**try** 33:1,3 65:12 85:18
**trying** 81:15 83:21 84:6
87:21 114:21,21
**tuberculosis** 63:6
**Tunkhannock** 1:8 2:17 75:2
89:14,17,21
**turn** 28:24
**twice** 19:20 53:12,23 58:20
64:7
**two** 13:7 15:24 17:14,15 22:3
32:23 36:11 38:4,11,20
47:21 64:5 66:8 71:7,20
78:23 91:5 92:12 93:16
94:23,24 96:24 97:8 98:23
109:3 110:11,14
**two-thirds** 66:23
**type** 35:7 91:5 104:20
**types** 12:16
**typhlitis** 106:21
**typically** 47:4,11 53:17 56:12
59:24 63:6 105:7

**U**

**Uh-huh** 10:19 15:20 36:21
37:23 38:4 46:19 72:5
105:2 111:24
**ulceration** 65:10
**ulcerative** 64:17
**ultimately** 73:20
**unaware** 15:22
**uncertain** 24:4 111:21
**uncommon** 36:14
**understand** 5:24 6:6 8:20
36:22 37:12 41:7 51:23
56:19 103:15 109:7
**understanding** 31:23 74:6
75:16 81:6,10 95:10 102:1
**Understood** 74:11
**unfortunately** 23:8 70:11
**unit** 14:4,9
**United** 1:1,22 4:10 29:9,15
31:20 35:2 36:4 39:6
**universe** 18:2 19:2 36:3
**university** 7:11 10:15 11:9
30:23
**unknown** 37:15 99:19 100:2
**unrecognized** 79:24 80:6
**untreated** 47:19
**unusual** 109:15 110:17
**up-to-date** 16:23
**updated** 17:5
**upper** 29:19
**upset** 18:12 59:6
**urinary** 51:3
**urine** 61:24
**use** 32:16,21 41:14 42:5,10
53:15,24 54:2 56:4,10,16
59:21 62:19 63:1 64:21
79:3 85:6 87:15,17 88:11,14
96:14,15 112:14,20,23
**uses** 55:20 79:12
**usually** 16:2 36:8 41:15 57:9
58:22 59:13 60:4 64:5,7
66:19 79:3,12 83:17 86:4
93:11 105:1,6 106:19 107:1
107:6,12 113:14

**V**

**valley** 30:7

variable 75:19
varied 77:20
variety 43:5 81:1
various 32:18 105:13
vector 33:17,23,24 35:14
vector-borne 13:8 29:15
  33:12,14
venture 30:21 36:8
verb 101:15
verbal 5:21
verify 104:15
Verruga 61:12
versus 4:13 19:6 24:24 89:21
vial 73:17
vibrations 51:3
video 4:7,16 6:19 8:21 86:8
  86:10,18 116:7
Videographer 2:22 4:7 5:2
  5:10 86:9,17 116:6
Videotaped 1:14 116:10
view 40:13 109:21
viewed 45:20
Virginia 29:21 30:1,3,8,15
  35:24 37:5,5 99:8
virology 12:4,6
virus 12:8 18:12
viruses 12:7
visit 49:13
visits 48:22
Vitae 3:19
vitals 107:24
vs 1:6

**W**

w/h 1:4
WA-1 39:8
wall 90:20 91:9
waned 51:21
want 9:5,6 29:1 32:23 66:17
  66:20 70:2,2 108:11
wanted 31:12
wards 18:18
warm 47:7 88:3
warrant 67:6,9
Washington 30:19,23 112:11
wasn't 12:22 62:13 106:21
  109:19

water 30:5
waxed 51:21
way 13:18 32:7 37:8 53:2
  68:8 83:10 84:13
we'll 50:19
we're 19:1 28:24 45:23 70:12
  86:11,18 103:16 106:2
  110:3
we've 28:1 52:10 70:1 77:7
  95:20 99:7 108:20 113:15
week 66:15
weeks 16:3 46:1 56:11 59:14
  65:1 68:22 69:1 90:8,8
  93:16 94:16,24 96:18
  106:11
weight 51:1
went 5:15 44:5 62:3 70:20,21
weren't 106:23
WERNER 2:8
West 37:5
white 32:6 92:3,7,15,19,22,23
  93:2,3,5,9,9,18 94:12 97:9
  107:14,15 110:14 111:2
Whoa 82:21
wide-ranging 12:21
wing 33:3
Wisconsin 29:20
witness 1:17 3:3 5:6 76:23
  77:17 80:8 87:21 90:2
  95:19 99:2 113:10 115:20
  116:3,9 118:1
Wolking 1:3,4 4:13 21:21,24
  43:2,24 44:5 47:24 48:12
  50:23 51:20 53:6 60:9
  63:10 70:20 78:5,6 80:5
  88:18 89:5 90:23 94:1,22
  95:11
Wolking's 43:5,15,18,20
  50:13 72:21 108:18
Wolkings 4:20
woman 47:9 71:13
wondering 103:6
word 59:3
words 29:11 59:3 113:19
work 11:7,15 12:9 13:1,13,19
  14:16 16:17 18:19 19:5
  20:16 21:8,9 27:21 28:5

31:6,8 102:9
worked 12:7 18:18
working 18:15
Wormser 68:22
worse 65:16,23 83:6 95:24
  96:2 110:20
worsen 100:14
worsening 51:17
worth 109:12
wouldn't 7:1 28:1 33:3 55:8
  57:13 98:1,16
wound 23:17 24:3
wounds 24:10
write 102:18
writes 110:24
written 68:17 101:16 102:13
wrote 16:9 43:14 102:1
Wyoming 2:10

**X**

X 3:1,15

**Y**

yeah 7:6 9:13 14:7,15,24 18:3
  20:5 22:6 23:12 25:20 31:6
  32:4,20 33:4,23 36:5,21
  39:23 42:3 57:2 61:15
  62:12 63:5,20 70:8,23 72:5
  72:19 75:19 76:2,23 77:9,10
  77:17 78:9,22,22 85:15 90:2
  103:21 107:11 111:16 114:4
  114:18 115:6 116:5
year 11:1,3 12:1 15:24 19:20
  20:1 26:2 50:21 68:13
years 9:22 10:2 12:1,4 14:21
  15:12,24 16:7 17:19 18:5
  19:3,17,22 20:6 30:1,12
  39:9 45:5 46:2 47:24 48:11
  48:16 51:15,18 56:12 57:12
  58:7 95:21
Young 4:23
Youngs 1:7 2:17 4:22

**Z**

Z-Pak 53:24 54:3
zero 67:12
Zoom 1:17 2:2 3:6 116:10

PAUL GISBERT

| 0 |
| --- |

| 1 |
| --- |

**1** 34:6 60:5,6 75:20,21,24
**1.2** 110:6
**1.6** 110:6
**10** 29:24 30:11,17 82:2
**10/10** 73:22
**10/7** 3:22
**10:45** 86:10
**10:53** 86:18
**100** 66:13 78:11
**11** 10:2 14:20
**11:35** 116:7,11
**116** 3:22
**11th** 73:1
**12** 63:12,18 64:24
**121** 3:18
**122** 3:19
**123** 3:20
**124** 3:21
**125** 3:22 78:18
**13** 1:19 4:8 16:7 51:15
**130** 76:15 78:18,23
**13th** 61:22 73:2,2 74:3
**15** 19:15 29:24 30:12 82:1 114:10
**15.75** 63:11
**150** 54:9,14,16 111:20,22
**1520** 1:22
**1525** 2:5
**1526** 69:21
**1650** 68:4
**17th** 1:22
**18** 9:22 14:21 15:12
**1848** 69:22
**18503** 2:10
**190** 67:1,15
**19102** 2:6
**19103** 1:23 2:16
**1984** 10:12
**1988** 10:15
**1989** 11:5
**1991** 10:24
**1996** 11:4,5
**1997** 19:15
**19th** 2:5

| 2 |
| --- |

**2** 42:23 51:5,14 60:6
**20** 30:17 47:21 65:8 66:11 82:2 113:11
**2001** 2:15
**2006** 9:22
**2008** 51:16
**2013** 43:3,6 49:11 102:2
**2018** 51:17
**2020** 34:8 48:2 50:21 62:4
**2021** 50:22 51:9 62:4 68:9 94:13
**2022** 43:3,6 49:11 60:8 61:22 63:11 68:9,10 92:12
**2023** 22:4
**2024** 1:19 4:8 17:4
**2100** 106:12
**215** 1:23
**22nd** 17:4
**23rd** 68:5
**24** 56:8 73:12
**25** 19:16 75:20,20 82:2
**250** 58:20
**25th** 50:22
**26** 108:2
**27th** 68:5

| 3 |
| --- |

**3** 51:14 66:24 70:19
**3:23-cv-00806-JFS** 1:2 4:12
**30** 1:22 47:21 76:9 118:16
**300** 65:22
**30th** 68:7
**30XT00006600** 117:6,24
**3810** 2:15

| 4 |
| --- |

**4** 3:18,19,20,21 54:10,12 75:3 75:20 76:8 79:19 82:3 91:19 95:3
**4/24/24** 3:21
**40** 66:11 84:8 113:13,20
**400** 65:22
**415** 2:10
**42** 95:1
**48** 56:8 73:12

| 5 |
| --- |

**5** 3:8 53:22 76:3 82:3 96:10 100:9 105:10
**500** 58:21 59:7 113:21 114:3
**5148** 20:21 21:3
**564-1233** 1:23
**59.25** 63:12
**5th** 76:8

| 6 |
| --- |

**6** 75:23 81:19
**60** 63:17 64:8,23 65:18 66:10 83:1,10 84:14 85:1,9,21 104:3,5 113:13,20
**600** 20:21 54:15 68:7,13 104:2,4

| 7 |
| --- |

**7** 75:24 84:6
**70** 19:7
**700** 17:14
**750** 53:11 58:20
**7500** 75:12 76:13,16 77:6 78:15,18
**7th** 70:15,21 73:1,6 76:10 88:18 91:1 99:10,13

| 8 |
| --- |

**8** 84:6
**8/13** 75:11
**8/30** 75:11
**8/7** 75:11
**80** 19:7 65:18 85:2,9 113:20 113:21
**800** 100:5
**88** 26:18
**8th** 70:22 89:6

| 9 |
| --- |

**9** 84:6
**9/26** 75:11
**9:00** 1:19 4:9
**90** 59:15 70:1 85:13
**90s** 31:9 32:8
**9th** 73:11

Wolking, et al. v.
Lindner, et al.

**Exhibit-1**

P. Sweeney 6/13/24

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STACEY WOLKING and
DARYL WOLKING, W/H

        Plaintiffs,

    v.

HENRY LINDER, M.D., and YOUNGS
APOTHECARY, INC.
d/b/a TUNKHANNOCK COMPOUNDING
CENTER

        Defendants.

CIVIL ACTION
3:23-cv-00806-JFS

JURY TRIAL DEMANDED

**AMENDED NOTICE OF DEPOSITION
OF PAUL G. AUWAERTER, M.D.**

TO:   Paul G. Auwaerter, M.D.
      c/o Conor Lamb, Esquire
      Kline & Specter, P.C.
      1525 Locust Street
      19th Floor
      Philadelphia, PA 19102
      ***Attorney for Plaintiff***

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure,

Defendant Youngs Apothecary, Inc. d/b/a Tunkhannock Compounding Center will take the

deposition, upon oral examination before a person authorized by the laws of the State of

Pennsylvania to administer oaths, of **Paul G. Auwaerter, M.D.,** via Zoom videoconferencing or

some other virtual platform, commencing on **Thursday, June 13, 2024 beginning at 9:00 a.m.**

and continuing every day thereafter until completion.  The deposition is to be simultaneously

recorded by sound, visual, stenographic, and Zoom recording.

    The deponent shall bring with him any and all documents, recordings, and tangible

things, including all notes, correspondence, photos, and memoranda, related to this litigation.

**MCCORMICK & PRIORE, P.C.**

By:___*/s/ Susan C. Keesler*_____
        Philip D. Priore, Esquire
        Attorney ID: 38987
        Conrad James Benedetto, Esquire
        Attorney ID: 312404
        Susan C. Keesler, Esquire
        Attorney ID: 312977
        2001 Market Street, Suite 3810
        Philadelphia, PA 19103
        (T) 215-972-0161
        (F) 215-972-5580
        ppriore@mccormickpriore.com
        cbenedetto@mccormickpriore.com
        skeesler@mccormickpriore.com
        Attorneys for Defendant,
        Youngs Apothecary, Inc. d/b/a
        Tunkhannock Compounding Center

Date: June 3, 2024

## <u>CERTIFICATE OF SERVICE</u>

I, Susan C. Keesler, certify that the foregoing Notice of Deposition of Paul G. Auwaerter, M.D., was served on parties of record by electronic mail on this day:

Conor Lamb, Esquire
Kline & Specter, P.C.
1525 Locust Street
19th Floor
Philadelphia, PA 19102
215-772-1000
215-402-2359
***Attorney for Plaintiff***

Amy A. Shwed, Esquire
Cipriani & Werner, P.C.
415 Wyoming Ave.
Scranton, PA 18503
570-347-0600
***Attorney for Defendant,***
***Hendry Lindner, M.D.***

**MCCORMICK & PRIORE, P.C.**

By:    */s/ Susan C. Keesler*
Philip D. Priore, Esquire
Attorney ID: 38987
Conrad James Benedetto, Esquire
Attorney ID: 312404
Susan C. Keesler, Esquire
Attorney ID: 312977
2001 Market Street, Suite 3810
Philadelphia, PA 19103
(T) 215-972-0161
(F) 215-972-5580
ppriore@mccormickpriore.com
cbenedetto@mccormickpriore.com
skeesler@mccormickpriore.com
Attorneys for Defendant,
Youngs Apothecary, Inc. d/b/a
Tunkhannock Compounding Center

Date: June 3, 2024


Wolking, et al. v. Lindner, et al.
**Exhibit-2**
P. Sweeney 6/13/24

CURRICULUM VITAE
The Johns Hopkins University School of Medicine

_____                    <u>April 22, 2024</u>
Paul Gisbert Auwaerter, MD, MBA, FIDSA              Date

## DEMOGRAPHIC AND PERSONAL INFORMATION

Current appointments University and Hospital

02/03-present    Chief Medical Officer, Point of Care-Information Technology Center (POC-IT), Healthcare Solutions, Johns Hopkins University School of Medicine
07/06-present    Clinical Director, Division of Infectious Diseases, Department of Medicine, Johns Hopkins University School of Medicine
05/13-present    Sherrilyn and Ken Fisher Professor of Medicine, Sherrilyn and Ken Fisher Professor of Medicine, Divisions of Infectious Diseases and General Internal Medicine, Johns Hopkins University School of Medicine
01/17-present    Editor-in-Chief, Johns Hopkins Antibiotic (ABX) Guide
Current          Attending Physician, Medicine, Johns Hopkins Hospital and Clinics
                 Attending Physician, Pediatrics, Part-time, Johns Hopkins Hospital and Clinics
03/20-present    Johns Hopkins Medical Institutions COVID-19 Therapeutics Guidance Committee, Chair

<u>Personal Data</u>
Business Address

      Division of Infectious Diseases
      Department of Medicine
      725 N. Wolfe Street, Suite 231
      Baltimore, MD 21205
      Tel: 410-502-6938
      Fax: 410-502-7029
      E-mail: pauwaert@jhmi.edu

Practice Locations

      Johns Hopkins Hospital
      600 North Wolfe Street
      Baltimore, MD 21287

      Bayview Medical Center
      49940 Eastern Avenue
      Baltimore, MD 21224

      10751Falls Road, #412
      Lutherville, MD 21093
      Tel: 410-583-2900
      Fax: 410-583-2654

Education and Training
Undergraduate

05/84            A.B., Biology, *magna cum laude*, Columbia College, Columbia University, New York, NY

1

Doctoral/graduate
05/88            M.D., College of Physicians and Surgeons, Columbia University, New York, NY

Postdoctoral
07/88-06/89      Intern, Internal Medicine, Johns Hopkins Hospital, Baltimore, MD
07/89-06/91      Residency, Internal Medicine, Johns Hopkins Hospital, Baltimore, MD
07/92-06/96      Fellow, Infectious Diseases, Johns Hopkins University School of Medicine, Baltimore, MD
05/03            M.B.A., Johns Hopkins University School of Professional Studies in Business and Education,
                 Baltimore, MD

Professional Experience and other activities
07/91-06/92      Assistant Chief of Service, Instructor, Department of Medicine, Johns Hopkins University School of
                 Medicine, Baltimore, MD
07/93-06/96      Attending Physician, Part-time staff, Department of Emergency Medicine, Sinai Hospital, Baltimore,
                 MD
07/96-05/03      Assistant Professor, Medicine, Divisions of General Internal Medicine and Infectious Diseases, Johns
                 Hopkins University School of Medicine, Hopkins University School of Medicine, Baltimore, MD
07/00-08/06       Director of General Internal Medicine at Green Spring Station, Johns Hopkins School University of
                 Medicine, Baltimore, MD
01/02-12/16      Managing Editor, Johns Hopkins Antibiotic Guide, Baltimore, Maryland
05/03-05/13       Associate Professor, Medicine, Divisions of Infectious Diseases and General Internal Medicine,
                 Johns Hopkins University School of Medicine, Baltimore, MD
07/06-present    Clinical Director, Division of Infectious Diseases, Johns Hopkins University School of Medicine,
                 Baltimore, MD
12/11-present    Director, Sherrilyn and Ken Fisher Center for Environmental Infectious Diseases, Department of
                 Medicine, Division of  Infection Diseases, Johns Hopkins University School of Medicine, Baltimore,
                 MD
2012, 2017       Member, Ad hoc member, Scientific Review Committee, Intramural Programs, NIAID, NIH
2018-present     Board of Directors, American Lyme Disease Foundation
2021-2022        DSMB, Humanigen. Lenizulumab for Severe or Critical COVID-19
2022             Member, CDC Study Section, CK22-005: Vector-borne Disease Regional Centers of Excellence
2023-present     Board of Directors, Capricor Therapeutics, Inc. San Diego, CA

PUBLICATIONS

Original Research [OR]
1. Gaydos CA, Eiden JJ, Oldach D, Mundy LM, **Auwaerter PG**, Warner ML, Vance E, Burton AA, Quinn TC.
   Diagnosis of *Chlamydia pneumonia* in patients with community-acquired pneumonia by polymerase chain
   reaction enzyme immunoassay.  Clinical Infectious Diseases. 1994; 19(1): 157-161.
2. Mundy LM, **Auwaerter PG**, Oldach D, Warner ML, Burton A, Vance E, Gaydos CA, Joseph JM, Gopalan R,
   Moore RD, Quinn TC, Charache P, Bartlett JG. Community-acquired pneumonia: impact of immune status.
   American Journal of Respiratory and Critical Care Medicine. 1995; 152(4 Part 1): 1309-1315.
3. Fantry L, De Jonge E, **Auwaerter PG**, Lederman HM.  Immunodeficiency and elevated CD4 T lymphocyte
   counts in two patients coinfected with human immunodeficiency virus and human lymphotropic virus type I.
   Clinical Infectious Diseases. 1995; 21(6):1466-1468.
4. **Auwaerter PG**, Oldach D, Mundy LN, Burton A, Warner ML, Vance E, Moore RD, Rossi CA.  Hantavirus
   serologies in patients hospitalized with community-acquired pneumonia.  Journal of Infectious Diseases. 1996;
   173(1): 237-239.
5. **Auwaerter PG**, Hussey GD, Goddard EA, Hughes J, Ryon JJ, Stebel PM, Beatty D, Griffin DE. Changes within
   T cell receptor V beta subsets in infants following measles vaccination.  Clinical Immunology and
   Immunopathology. 1996; 79(2):163-170.
6. **Auwaerter PG**, Kaneshima H, McCune JM, Wiegand G, Griffin DE.  Measles virus infection of the thymic
   epithelium in the SCID-hu mouse leads to thymocyte apoptosis.  Journal of Virology.1996; 70(6): 3734-3740.
7. Mundy LM, Oldach D, **Auwaerter PG**, Gaydos CA, Moore RD, Bartlett JG, Quinn TC.  Implications for

macrolide treatment in community-acquired pneumonia. Chest. 1998; 113(5): 1201-1208.

8. Valsamakis A, Schneider H, **Auwaerter PG**, Kaneshima H, Billeter MA, Griffin DE. Recombinant measles viruses with mutations in the C, V, or F gene have altered growth phenotypes in vivo. Journal of Virology. 1008; 72(10):7754-7761.

9. Polack, FP, **Auwaerter PG**, Lee SH, Nousairi HC, Valsamakis A, Lieferman KM, Diwan A, Adams RJ, Griffin DE. Production of atypical measles in rhesus macaques: evidence for disease mediated by immune complex formation and eosinophils in the presence of fusion-inhibiting antibody. Nature Medicine. 1999; 5(6):629-34.

10. **Auwaerter PG**, Rota PA, Elkins WR, Adams RJ, DeLozier T, Shi Y, Bellini WJ, Murphy BR, Griffin DE. Measles virus infection in rhesus macaques: altered immune responses and comparison of the virulence of six different virus strains. Journal of Infectious Diseases. 1999; 180(4):950-958.

11. Valsamakis A, **Auwaerter PG**, Rima Bert, Kaneshima H, Griffin DE. Altered Virulence of Vaccine Strains of Measles Virus after Prolonged Replication in Human Tissue. Journal of Virology, October; 73 (10):8791-7, 1999.

12. Alghaferi MY, Anderson JM, Park J, **Auwaerter PG**, Aucott JN, Norris DE, Dumler JS. Borrelia burgdorferi ospC heterogeneity among human and murine isolates from a defined region of northern Maryland and southern Pennsylvania: lack of correlation with invasive and noninvasive genotypes. Journal of Clinical Microbiology. 2005; 43(4):1879-84.

13. Yang S, Lin S, Khalil A, Gaydos C, Nuermberger E, Juan G, Hardick J, Bartlett JG, **Auwaerter PG**, Rothman RE. Quantitative PCR assay using sputum samples for rapid diagnosis of pneumococcal pneumonia in adult emergency department patients. Journal of Clinical Microbiology. 2005; 43(7):3221-6

14. Coulter P, Lema C, Flayhart D, Linhardt AS, Aucott JN, **Auwaerter PG**, Dumler JS. Two-year evaluation of *Borrelia burgdorferi* culture and supplemental tests for definitive diagnosis of Lyme disease. Journal of Clinical Microbiology. 2005; 43(10):5080-5084.

15. Bochicchio GV, Smit PA, Moore R, Bochicchio K, **Auwaerter P**, Johnson SB, Scalea T, Bartlett JG. POC-IT Group. Pilot study of a web-based antibiotic decision management guide. Journal of the American College of Surgeons. 2006; 202(3):459-67.

16. **Auwaerter PG**, Dove J, Mackowiak PA. Simon Bolivar's medical labyrinth: an infectious diseases conundrum. Clinical Infectious Diseases. 2011; 52(1):78-85.

17. Alonso CD, Barclay S, Tao X, **Auwaerter PG**. Increasing incidence of iliopsoas abscesses with MRSA as a predominant pathogen. Journal of Infection. 2011; 63(1):1-7.

18. Barclay SS, Melia MT, **Auwaerter PG**. Misdiagnosis of late Lyme arthritis by inappropriate use of *B. burgdorferi* synovial fluid immunoblot testing. Clinical Vaccinology and Immunology. 2012; 19(11):1806-9.

19. Feng J, Wang T, Shi W, Zhang S, Sullivan D, **Auwaerter PG**, Zhang Y. Identification of novel activity against *Borrelia burgdorferi* persisters using an FDA approved drug library. Emerging Microbes & Infections 2014;3(7), e49.

20. O'Connell E1, Rosen LB, LaRue RW, Fabre V, Melia MT, **Auwaerter PG**, Holland SM, Browne SK. The First US Domestic Report of Disseminated Mycobacterium avium Complex and Anti-Interferon-γ Autoantibodies. J Clin Immunol 2014;34(8):928-32.

21. Lantos PM, **Auwaerter PG**, Wormser GP. A systemic review of Borrelia Burgdorferi morphologic variants does not support a role in chronic Lyme disease. Clinical Infectious Diseases 2014; 58(5):663-71.

22. Lantos PM, Shapiro ED, **Auwaerter PG**, Baker PJ, Halperin JJ, McSweegan E, Wormser GP. Unorthodox alternative therapies marketed to treat Lyme disease. Clinical Infectious Diseases 2015; 60(12):1776-82.

23. Cohen JE, Landis P, Trock BJ, Patel HD, Ball MW, **Auwaerter PG**, Schaeffer E, Carter B. Fluoroquinolone Resistance in the Rectal Carriage of Men in an Active Surveillance Cohort: Longitudinal Analysis. Journal of Urology 2015 Feb;193(2):552-6.

24. Feng J, **Auwaerter PG**, Zhang Y. Drug combinations against *Borrelia burgdorferi* persisters achieved by using daptomycin, cefoperazone and doxycycline. PLoS One 2015; 10(3):e0117207.

25. Lantos PM, Branda JA, Boggan JC, Chudgar SM, Wilson EA, Ruffin F, Fowler V, **Auwaerter PG**, Nigrovic LE. Poor Positive Predictive Value of Lyme Disease Serologic Testing in an Area of Low Disease Incidence. Clin Infect Dis. 2015 Jul 20. pii: civ584.

26. Lantos PM, Nigrovic LE, **Auwaerter PG**, Fowler VG Jr, Ruffin F, Brinkerhoff RJ, Reber J, Williams C, Broyhill J, Pan WK, Gaines DN. Geographic Expansion of Lyme Disease in the Southeastern United States, 2000-2014. Open Forum Infect Dis. 2015 Sep 27;2(4):ofv143.

27. Lantos PM, Branda JA, Boggan JC, Chudgar SM, Wilson EA, Ruffin F, Fowler V, **Auwaerter PG**, Nigrovic LE. Poor Positive Predictive Value of Lyme Disease Serologic Testing in an Area of Low Disease Incidence. Clin

Infect Dis. 2015 Nov 1;61(9):1374-80.

28. Lopez J, Zhong SS, Sankey EW, Swanson EW, Susarla H, Jusue-Torres I, Huang J, Brem H, **Auwaerter PG**, Gordon CR Time Interval Reduction for Delayed Implant-Based Cranioplasty Reconstruction in the Setting of Previous Bone Flap Osteomyelitis. Plast Reconstr Surg. 2016 Feb;137(2):394e-404.

29. Piggott DA, Higgins YM, Melia MT, Ellis B, Carroll KC, McFarland EG, **Auwaerter PG**. Characteristics and Treatment Outcomes of *Propionibacterium acnes* Prosthetic Shoulder Infections in Adults. Open Forum Infect Dis. 2015 Dec 9;3(1):ofv191, eCollection 2016 Jan..

30. Feng J, Shi W, Zhang S, Sullivan D, **Auwaerter PG**, Zhang Y. A Drug Combination Screen Identifies Drugs Active against Amoxicillin-Induced Round Bodies of In Vitro Borrelia burgdorferi Persisters from an FDA Drug Library. Front Microbiol. 2016 May 23;7:74

31. Keller SC, Cosgrove SE, Higgins Y, Piggott DA, Osgood G, **Auwaerter PG.** Role of Suppressive Oral Antibiotics in Orthopedic Hardware Infections for Those Not Undergoing Two-Stage Replacement Surgery. Open Forum Infect Dis. 2016;3(4).

32. Cadavid D, **Auwaerter PG**, Rumbaugh J, Gelderblom H. Antibiotics for the Neurological Complications of Lyme disease. Cochrane Database Syst Rev. 2016 Dec 8;12:CD006978

33. Lantos PM, Tsao J, Nigrovic LE, **Auwaerter PG**, Fowler VG, Ruffin F, Foster E, Hickling G. Geographic Expansion of Lyme Disease in Michigan, 2000-2014. Open Forum Infect Dis. 2017; 4(1).

34. Kobayashi T, Higgins Y, Samuels R, Moaven A, Sanyal A, Yenokyan G, Lantos PM, Melia MT, **Auwaerter** PG. Misdiagnosis of Lyme disease with Unnecessary Antimicrobial Treatment Characterizes Patients Referred to an Academic Infectious Diseases Clinic. Open Forum Infect Dis. Jul 2019;6(7).

35. Kobayashi T, Marra AR, Schweizer ML, Ten Eyck P, Wu C, Alzunitan M, Salinas JL, Siegel M, Farmakiotis D, **Auwaerter PG**, Healy HS, Diekema DJ. Impact of Infectious Disease Consultation in Patients With Candidemia: A Retrospective Study, Systematic Literature Review, and Meta-analysis. Open Forum Infect Dis. 2020 Aug 3;7(9):ofaa270.

36. Ignatius EH, Wang K, Karaba A, Robinson M, Avery RK, Blair P, Chida N, Jain , Petty GB, Siddiqui Z, Melia MT, **Auwaerter PG**, Xu Y, Garibaldi BT. Tocilizumab for the Treatment of COVID-19 Among Hospitalized Patients: A Matched Retrospective Cohort Analysis. Open Forum Infect Dis. 2020 Dec 28;8((1):ofaa598.

37. Andersen KM, Mehta HB, Palamuttam N, Ford D, Garibaldi BT, **Auwaerter PG**, Segal J, Alexander GC. Association Between Chronic Use of Immunosuppressive Drugs and Clinical Outcomes From Coronavirus Disease 20198 (COVID-19) Hospitalization: A Retrospective Cohort Study in a Large US Health System. Clin Infect Dis 2021 Jan 7:ciaa1488

38. Lantos PM, Tsao J, Janko M, Arab A, von Fricken ME, **Auwaerter PG**, Nigrovic LE, Fowler V, Ruffin F, Gaines D, Broyhill J, Swenson J. Environmental Correlates of Lyme Disease Emergence in Southwest Virginia, 2005-2014. J Med Entomol 2021 April 7.

39. Kobayashi T, Salinas JL, Ten Eyck P, Chen B, Ando T, Inagaki K, Alsuhaibani M, **Auwaerter PG**, Molano I, Diekema D. Palliative care consultation in patients with Staphylococcus aureus bacteremia. Palliat Med 2021 Apr;35(4):785-792.

40. Kessler R, **Auwaerter P.** Strategies to improve human papillomavirus (HPV) vaccination rates among college students. J Am Coll Health 2021, Sept 1, 1-8.

41. Andersen KM, Mehta HB, Palamuttam N, Ford D, Garibaldi BT, **Auwaerter PG,** Segal J, Alexander GC. Association Between Chronic Use of Immunosuppressive Drugs and Clinical Outcomes From Coronavirus Disease 2019 (COVID-19) Hospitalization: A Retrospective Cohort Study in a Large US Health System. Clin Infect Dis. 2021 Dec 6;73(11):e4124-e4130.

42. Wright WF, Simner PJ, Carroll KC, **Auwaerter PG**. Progress Report: Next-Generation Sequencing (NGS), Multiplex Polymerase Chain Reaction (PCR), and Broad-Range Molecular Assays as Diagnostic Tools for Fever of Unknown Origin (FUO) Investigations in Adults. Clin Infect Dis. 2022 Mar 9;74(5):924-932.

43. Andersen KM, Bates BA, Rashidi ES, Olex AL, Mannon RB, Patel RC, Singh J, Sun J, **Auwaerter PG,** Ng DK, Segal JB, Garibaldi BT, Mehta HB, Alexander GC; National COVID Cohort Collaborative Consortium. Long-term use of immunosuppressive medicines and in-hospital COVID-19 outcomes: a retrospective cohort study using data from the National COVID Cohort Collaborative. Lancet Rheumatol 2022 Jan;4(1):e33-e41.

44. Wright WF, Yenokyan G, Simner PG, Carroll KC, **Auwaerter PG**. Geographic Origin of Infectious Disease Diagnoses Among Patients With Fever of Unknown Origin: A Systematic Review and Meta-analysis. Open Forum Infect Dis 2022 Apr 9;9(5).

45. Kobayashi T, Higgins Y, Melia MT, **Auwaerter PG.** Mistaken Identity: Many Diagnoses are Frequently Misattributed to Lyme Disease. Am J Med 2022 Apr;135(4):503—511.

46. Wright WF, Betz JF, **Auwaerter PG**. Prospective Studies Comparing Structured vs Nonstructed Diagnostic Protocol Evaluations Among Patients with Fever of Unknown Origin: A Systematic Review and Meta-analysis. JAMA New Open 2022 Jun 1;5(6):e221500

47. Wright WF, Yenokyan G, **Auwaerter PG**. Geographic Influence Upon Noninfectious Diseases Accounting for Fever of Unknown Origin: A Systematic Review and Meta-Analysis. Open Forum Infect Dis 2022 Aug 1;9(8):ofac396

48. Jackson AP, Khiew YC, Duffy E, O'Connell J, Brown E, **Auwaerter PG**, Blumenthal RS, Schwartz BS, McEvoy JW. Climate Change and the Prevention of Cardiovascular Disease. Am J Cardiol 2022, Sept 11;12:100391

49. Bloch, EM, Zhu X, Krause, PJ, Patel EU, Grabowski MK, Goel R, **Auwaerter PG**, Tobian AAR. Comparing the Epidemiology and Health Burden of Lyme disease and Babesiosis Hospitalizations in the United States. Open Forum Infect Dis 2022 Nov 8;9(11):ofac5981

50. Wright WF, Wang J, **Auwaerter PG**. Investigator-determined Categories for Fever of Unknown Origin (FUO) Compared with International Classification of Diseases-10 Classification of Illness: A Systematic Review and Meta-analysis with a Proposal for Revised FUO Classification. Open Form Infect Dis 2023 Feb 24;10(3):ofad104.doi 10.1093/ofid/ofad104

51. Gupta I, Purekal S, Shaikh Y, Michtalik HJ, Eid SM, Wortman L, Vaeth ME, Locke CFS, Hoemeke E, Hariharan R, Callahan CD, Ficke JR, Pimenta I, **Auwaerter PG**, Kantsiper ME; CONQUER COVID Consortium; Siddiqui ZK. Feasibility of and Experience with Free State-Funded Telehealth-based Patient Self-referral for COVID-19 Monoclonal Antibody Therapy. Disaster Med Pubic Health Prep 2023 Sept 13:1-15.

52. Haddad NS, Nozick S, Ohanian S, Smith R, Elias S, **Auwaerter PG**, Lee FE, Daiss JL. Circulating antibody-secreting cells are a biomarker for early diagnosis in patients with Lyme disease. PLoS One. 2023 Nov 3;18(11):e0293203

53. Betrains A, Moreel L, Mulders-Manders CM, **Auwaerter PG,** Torné-Cachot J, Witzer F, Terasawa T, Ly KH, Schönau V, Blackmans D, Wright WF, Rovers C, Vanerschueren S. Comparison of diagnostic spectrum between inflammation of unknown origin and fever of unknown origin: A systematic review and meta-analysis. Eur J Intern Med 2024 Mar 1:S0953-6205(24)00077-3

Review Articles [RA]

1. **Auwaerter PG**. Infectious Mononucleosis in Middle Age. JAMA. 1999; 281(5): 454-459.

2. **Auwaerter PG**. Infectious mononucleosis in active patients: definitive answers to common questions. The Physician and Sports Medicine. 2002; 11:43-50.

3. **Auwaerter PG**, Aucott J, Dumler JS. Lyme borreliosis (Lyme disease): molecular and cellular pathobiology and prospects for prevention, diagnosis and treatment. Expert Reviews in Molecular Medicine. 2004; 6(2):1-22.

4. **Auwaerter PG**. Infectious mononucleosis: return to play. Clinics in Sports Medicine. 2004; 23(3):485-97.

5. Karp CL, **Auwaerter PG**. Coinfection with HIV and tropical diseases. I: Protozoal pathogens. Clinical Infectious Diseases. 2007; 45(9):1214-20.

6. Karp CL, **Auwaerter PG**. Coinfection with HIV and tropical infectious diseases. II. Helminthic, fungal, bacterial, and viral pathogens. Clinical Infectious Diseases. 2007; 45(9):1208-13.

7. **Auwaerter PG**. Cellulitis, skin abscesses, and community-acquired methicillin-resistant Staphylococcus aureus. Advanced Studies in Medicine 6 (2):62-70, 2006.

8. **Auwaerter PG**. Recent advances in the understanding of infectious mononucleosis: are prospects improved for treatment or control? Expert Review of Anti-infective Therapy. 2006; 4(6):1039-49

9. Feder HM Jr, Johnson BJ, O'Connell S, Shapiro ED, Steere AC, Wormser GP; Ad Hoc International Lyme

Disease Group, Agger WA, Artsob H, **Auwaerter P**, Dumler JS, Bakken JS, Bockenstedt LK, Green J, Dattwyler RJ, Munoz J, Nadelman RB, Schwartz I, Draper T, McSweegan E, Halperin JJ, Klempner MS, Krause PJ, Mead P, Morshed M, Porwancher R, Radolf JD, Smith RP Jr, Sood S, Weinstein A, Wong SJ, Zemel L. A critical appraisal of "chronic Lyme disease." New England Journal of Medicine. 2007; 357(14):1422-30.

10. McGrath-Morrow SA, Gower WA, Rothblum-Oviatt C, Brody AS, Langston C, Fan LL, Lefton-Greif MA, Crawford TO, Troche M, Sandlund JT, **Auwaerter PG**, Easley B, Loughlin GM, Carroll JL, Lederman HM. Evaluation and management of pulmonary disease in ataxia-telangiectasia. Pediatric Pulmonology. 2010; 45(9):847-59.

11. Lantos PM, **Auwaerter PG**, Nelson CA. Lyme Disease Serology. JAMA. 2016 Apr 26;315(16):1780-1781.

12. Wormser GP, Strle F, Shapiro ED, Dattwyler RJ, **Auwaerter PG.** A critical appraisal of the mild axonal peripheral neuropathy of late neurologic Lyme disease. Diagn Microbiol Infect Dis. 2017 Feb;87(2):163-167. doi: 10.1016/j.diagmicrobio.2016.11.003. Review.

13. Al-Tawfiq JA, **Auwaerter, PG**. Healthcare-associated infections: The hallmark of Middle East Respiratory Syndrome Coronavirus (MERS-CoV) with review of the literature. J Hosp Infect. 2019;101(1):20-29.

14. Bloch EM, Shoham S, Casadevall A, Sachais BS, Shaz B, Winters JL, van Buskirk C, Grossman BJ, Joyner M, Henderson JP, Pekosz A, Lau B, Wesolowski A, Katz L, Shan H, **Auwaerter** PG, Thomas D, Sullivan DJ, Paneth N, Gehrie E, Spitalnik S, Hod E, Pollack L, Nicholson WT, Pirofski LA, Bailey JA, Tobian AA. Deployment of Convalescent Serum for the Prevention and Treatment of COVID-19. J Clin Invest. 2020 Apr 7. pii: 138745. doi: 10.1172/JCI138745. [Epub ahead of print]

15. Wright WF, **Auwaerter PG**. Fever and Fever of Unknown Origin: Review, Recent Advances, and Lingering Dogma. Open Forum Infect Dis; 7(5), May 2020.

16. Wright WF, **Auwaerter PG**, Dibble EH, Rowe SP, Mackowiak PA. Imaging a Fever - Redefining the role of 18FDG-PET/CT in FUO Investigations. Clin Infect Dis. 2020 Aug 23.

17. Wormser GP, Strle F, Shapiro ED, **Auwaerter PG.** Comparison of the clinical practice guidelines for Lyme disease from the Infectious Diseases Society of America: 2000, 2006, and 2020. Diagn Microbiol Infect Dis. 2021 Oct;101(2):115446.

18. **Auwaerter PG,** Kobayashi T, Wormser GP. Guidelines for Lyme Disease Are Updated. Am J Med. 2021 Nov;134(11):1314-1316.

19. Wright WF, Simner PJ, Carroll KC, **Auwaerter PG**. Progress Report: Next-Generation Sequencing (NGS), Multiplex Polymerase Chain Reaction (PCR), and Broad-Range Molecular Assays as Diagnostic Tools for Fever of Unknown Origin (FUO) Investigations in Adults. Clin Infect Dis. 2022 Mar 9;74(5):924-932.

20. Kobayashi T, **Auwaerter PG.** Diagnostic Testing for Lyme disease. Infect Dis Clin North Am 2022 Sep;36(3):605-620.

21. Rowe SP, **Auwaerter PG**, Sheikhbahaei S, Solnes LB, Wright WF. Molecular Imaging of Infections: Emerging Techniques for Pathogen-Specific Diagnosis and Guided Therapy. J Infect Dis. 2023 Oct 3;228(Suppl 4):S241-S248.

22. Pishdad R, **Auwaerter PG**, Kalyani RR. Diabetes, SGLT-2 Inhibitors and Urinary Tract Infection: a Review. Curr Diab Rep 2024 Mar 1.

Case Reports [CR]

1. Yanez M, **Auwaerter PG**, Urban BA, Cahid C, Hepatic abscess detected by lung scintigraphy. The Journal of Critical Illness. 2000; 15(2): 87-90.

2. Hristov AC, **Auwaerter PG**, Romagnoli M, Carroll KC. Bordetella hinzii septicemia in association with Epstein-Barr virus viremia and an Epstein-Barr virus-associated diffuse large B-cell lymphoma. Diagnostic Microbiology and Infectious Disease. 2008; 61(4):484-6.

3. Chang LW, Reller ME, Bishop JA, Talaat K, Nutman TB, **Auwaerter PG**. A 41-year-old woman from Cameroon with infertility. Clinical Infectious Diseases. 2008; 47(1):141-3.

4. Smith TJ, **Auwaerter P,** Knowlton A, Saylor D, McArthur J. Treatment of human immunodeficiency virus-related neuropathy with Scrambler Therapy: a case report. Int J STD AIDS 2017; 28(2):202-204.

Letters, Correspondence, Book Reviews [LT]

1. **Auwaerter PG**. *The Pemberton and Maroni signs*.  Annals of Internal Medicine. 1997; 126(11):916.
2. **Auwaerter PG**. Book review: Molecular Biology, Host Interaction and Pathogenesis Borrelia: Molecular Biology, Host Interaction and Pathogenesis. Edited by D. Scott Samuels, and Justin D. Radolf. Norfolk, UK: Caister Academic Press 2010, in Clinical Infectious Disease  2011;52, 965.
3. Mackowiak PA, **Auwaerter PG**, Dove J. *Reply to Torres and Murillo, Bolivar.* Clinical Infectious Diseases 2011, 53: 305-306.
4. **Auwaerter PG**, Bakken JS, Dattwyler RJ, Halperin JJ, Nadelman RB, O'Connell S, Shapiro ED, Weinstein A, Wormser GP. *Reply to Hushe-Shires, Perrone, Tuttle, Lyme disease Antiscience.* Lancet Infectious Diseases 2012; 12:362-363.
5. Melia MT, Lantos PM, **Auwaerter PG**. Laboratory testing for Lyme neuroborreliosis-reply. JAMA Neurol. 2015 Jan 1;72(1):126.
6. Wormser GP, Strle F, Shapiro ED, Dattwyler RJ, **Auwaerter PG.**  Response letter to Drs. Halperin and Greenberg. Diagn Microbiol Infect Dis. 2017 May;88(1):108-109
7. **Auwaerter PG.** Striving to Connect in Lyme disease; Book review: Conquering Lyme disease by Fallon BA, Sotsky J. Lancet ID 2018; 11:1190.
8. **Auwaerter PG,** Kobayashi T, Wormser GP. The Reply. Am J Med 2022 Mar;135(3):e78-79.
9. **Auwaerter PG,** Kobayashi T, Wormser GP. The Reply. Am J Med 2022 Feb;135(2):e56-67.

Book Chapters, Monographs [BC]

1. **Auwaerter PG**.  Gram-negative meningitis. Neurobase III, 1997.  Arbor Publications, San Diego, CA.
2. **Auwaerter PG**.  Gram-positive meningitis. Neurobase III, 1997.  Arbor Publications, San Diego, CA.
3. **Auwaerter, PG**.  Listeria meningitis. Neurobase IV, 1997. Arbor Publications, San Diego, CA.
4. **Auwaerter PG**, Provost TT.  Septicemia. Cutaneous Medicine, eds. Provost TT, Flynn JA. 2001. BC Decker, Inc., Hamilton, Ontario, 530-534.
5. **Auwaerter PG**, Provost TT.  Streptococcal Infections.  Cutaneous Medicine, eds. Provost TT,         Flynn JA. 2001. BC Decker, Inc., Hamilton, Ontario, 535-540.
6. Provost TT, **Auwaerter PG**. Meningococcal Infections.  Cutaneous Medicine, eds. Provost TT,
7. Flynn JA.  2001. BC Decker, Inc., Hamilton, Ontario, 541-543.
8. Provost TT, **Auwaerter PG**.  Rickettsial Infections.  Cutaneous Medicine, eds. Provost TT, Flynn JA.  2001. BC Decker, Inc., Hamilton, Ontario, 544-546.
9. **Auwaerter PG**, Provost TT.  Haemophilus influenzae.  Cutaneous Medicine, eds. Provost TT, Flynn JA. 2001. BC Decker, Inc., Hamilton, Ontario, 547-548.
10. Provost TT, **Auwaerter PG**.  Tuberculosis.  Cutaneous Medicine, eds. Provost TT, Flynn  JA. 2001. BC Decker, Inc., Hamilton, Ontario, 549-556.
11. Provost TT, **Auwaerter PG**.  Leprosy.  Cutaneous Medicine, eds. Provost TT, Flynn JA. 2001. BC Decker, Inc., Hamilton, Ontario, 557-564.
12. Provost TT, **Auwaerter PG**.  Syphilis.  Cutaneous Medicine, eds. Provost TT, Flynn JA. 2001.         BC Decker, Inc., Hamilton, Ontario, 565-578.
13. Provost TT, **Auwaerter PG**.  Other Sexually Transmitted Diseases.  Cutaneous Medicine, eds. Provost TT, Flynn JA. 2001. BC Decker, Inc. Hamilton, Ontario, 579-584.
14. **Auwaerter PG**, Provost TT. Lyme Disease. Cutaneous Medicine, eds. Provost TT, Flynn JA. 2001.  BC Decker, Inc., Hamilton, Ontario, 585-589.
15. Provost TT, **Auwaerter PG**.  Erysipeloid. Cutaneous Medicine, eds. Provost TT, Flynn JA. 2001. BC Decker, Inc., Hamilton, Ontario, 592.
16. Provost TT, **Auwaerter PG**.  Pseudomonas aeruginosa. Cutaneous Medicine, eds. Provost TT, Flynn JA. 2001. BC Decker, Inc., Hamilton, Ontario, 593-594.
17. Flynn JA, **Auwaerter PG**. Tickborne Diseases. The Principles of Ambulatory Medicine, 6th ed., eds. Barker LR, Burton JR, Zieve PD, Fiebach NH, Kern DE, Thomas   PA, Ziegelstein RC. 2003. Lippincott, Williams & Wilkins, Philadelphia PA.
18. **Auwaerter PG**. Approach to the Patient with Fever. The Principles of Ambulatory Medicine, 6th ed., eds. Barker LR, Burton JR, Zieve PD, Fiebach NH, Kern DE, Thomas PA, Ziegelstein RC. 2003. Lippincott, Williams & Wilkins, Philadelphia PA.

19. Cheng A, **Auwaerter PG**. Bacterial Meningitis. The Osler Medical Handbook, eds. Cheng A, Zaas A. 2003. Mosby, Philadelphia PA.
20. **Auwaerter PG**. Bacterial Pneumonia. Conn's Current Therapy 2004, 56th ed., eds. Rakel RE, Bope ET. 2004. Saunders, Philadelphia PA, 265-268.
21. **Auwaerter PG**. Respiratory Infections. Johns Hopkins Board Review of Internal Medicine, eds. Miller RG, Ashar BH, Sisson SD. 2004. Mosby, Philadelphia PA.
22. **Auwaerter PG**. Lyme Disease. Distinguished Author Series, Internal Medicine. Oakstone Medical Publishing, Birmingham, Alabama, October 2005.
23. Kim S, Damico R, **Auwaerter PG**. Fever of Unknown Origin. The Osler Medical Handbook, 2nd ed., eds. Nilsson KR, Piccini JP. 2006. Saunders Elsevier, Philadelphia PA, 608-619.
24. Spivak A, Cheng A, Zaas A, **Auwaerter PG**. Central Nervous System Infections. The Osler Medical Handbook, 2nd ed., eds. Nilsson KR, Piccini JP. 2006. Saunders Elsevier, Philadelphia PA, 619-629.
25. **Auwaerter PG**. Approach to the patient with fever, Chapter 21. The Principles of Ambulatory Medicine, 7th ed., eds. Fiebach NH, Kern DE, Thomas PA, Ziegelstein RC. 2007. Lippincott, Williams & Wilkins, Philadelphia PA, 457-465.
26. **Auwaerter PG**, Flynn JF. Approach to the patient with Fever, Chapter 38. The Principle of Ambulatory Medicine, 7th ed., eds., Fiebach NH, Kern DE, Thomas PA, Ziegelstein RC. 2007. Lippincott, Williams & Wilkins, Philadelphia PA, 560-571.
27. **Auwaerter PG**, editor. Meeting the Challenges of Childhood Influenza Immunization: A Public Health Perspective. Advanced Studies in Medicine. 2007; 7:7.
28. **Auwaerter PG**. Respiratory Infections, Chapter 10. Johns Hopkins Board Internal Medicine Board Review, 2nd ed., eds. Miller RG, Ashar BH, Sisson SD. 2008. Mosby Elsevier, Philadelphia PA, 75-86.
29. **Auwaerter PG**. Infectious Mononucleosis. Google knol. June 2008
30. **Auwaerter PG**, Shapiro ED. Borrelia burgdorferi (Lyme disease). Antimicrobial Therapy and Vaccines, Volume I: Microbes, eds. Yu VL, Weber R, Raoult D. 2008. Antimicrobe, Pittsburgh, PA.
31. **Auwaerter PG,** Penn. Francisella tularensis (tularemia), Chap 227 in Mandell, Douglass & Bennett's Principles and Practice of Infectious Diseases, 9th ed., eds. Bennett JE, Dolin R, Blaser MJ. 2020, Elsevier.

Books, Textbook [BK]
1. The ABX Guide: Diagnosis and Treatment of Infectious Diseases, 1st edition. Editors: Bartlett JG, **Auwaerter PG**, Pham PA. Thomson PDR, Montvale, New Jersey, 2005.
2. The Johns Hopkins ABX Guide: Diagnosis and Treatment of Infectious Diseases, 2nd edition. Editors: Bartlett JG, **Auwaerter PG**, Pham PA. Jones and Bartlett Publishing, Sudbury, MA, 2010.
3. The Johns Hopkins ABX Guide: Diagnosis and Treatment of Infectious Diseases, 3rd edition. Editors: Bartlett JG, **Auwaerter PG**, Pham PA. Jones and Bartlett Publishing, Sudbury, MA, 2012
4. Lyme Disease and Other Infections Transmitted by *Ixodes* s*capularis.* Infectious Disease Clinics of North America. Vol 29 (2). Editor: **Auwaerter PG**. Elsevier, Philadelphia PA, 2015.

Guidelines/Protocols, Consensus Statement, Expert Opinion, Consortium Articles [GL]
1. **Auwaerter PG**. Antibiotics are not the answer for patients with persisting symptoms attributable to Lyme disease. Clinical Infectious Diseases. 2007; 45(2):143-8.
2. Marinopoulos SS, Coylewright M, **Auwaerter PG**, Flynn JA. Clinical Problem Solving. More than meets the ear. New England Journal of Medicine. 2010; 362(13):1228-33.
3. Mackowiak PA, **Auwaerter PG**, Dove J. Diagnosing the disorders of giants. The Pharos, Alpha Omega Alpha Honor Medical Society. Summer 2011; 24-28.
4. **Auwaerter PG**, Bakken JS, Dattwyler RJ, Dumler JS, Halperin JJ, McSweegan E, Nadelman RB, O'Connell S, Shapiro ED, Sood SK, Steere AC, Weinstein A, Wormser GP. Antiscience and ethical concerns associated with advocacy of Lyme disease. Lancet Infectious Diseases. 2011;11(9):713-9.
5. **Auwaerter PG**, Melia MT. Bullying Borrelia: When the Culture of Science is Under Attack. Transactions of the American Clinical and Climatological Society. 2012;123:79-90.
6. Bratzler DW, Dellinger EP, Olsen KM, Perl TM, **Auwaerter PG**, Bolon MK, Fish DN, Napolitano LM, Sawyer RG, Slain D, Steinberg JP, Weinstein RA. Clinical practice guidelines for antimicrobial prophylaxis in surgery. Am J Health Syst Pharm. 2013;70(3):195-28.
7. **Auwaerter PG**, Quinn TC, Sears CL, Thomas DL. John G. Bartlett: a transformative, visionary leader of Johns

Hopkins Infectious Diseases. Clinical Infectious Diseases 2014;59 Suppl 2:S61-2.

8. **Auwaerter PG**. Lyme disease: knowing good evidence to help inform practice. Infect Dis Clin North Am. 2015;29(2):xi-xvi.

9. Shoham S, Antar AA, **Auwaerter PG**, Durand CM, Sulkowski MS, Cotton DJ. Antimicrobial Access in the 21st Century: Delays and Critical Shortages. Ann Intern Med. 2016 Mar 22. doi: 10.7326/M15-3076.

10. Chida NM, Ghanem KG, **Auwaerter PG**, Wright SM, Melia MT. Defining Clinical Excellence in Adult Infectious Disease Practice. Open Forum Infect Dis. 2016 Jun 16;3(3).

11. Zahn M, Adalja AA, **Auwaerter** PG, Edelson PJ, Hansen GR, Hynes NA, Jezek A, MacArthur RD, Man abe YC, McGoodwin C, Duchin JS. Infectious Diseases Physicians: Improving and Protecting the Public's Health: Why Equitable Compensation is Critical. Clin Infect Dis. 2019 Jul 2;69(2):352-356.

12. Sears CL, Powderly WG, **Auwaerter PG**, Alexander BD, File TM. Pathways to Leadership: Reflections of Recent Infectious Diseases Society of America (IDSA) Leaders During Conception and Launch of the Inclusion, Diversity, Access, and Equity Movement Within the IDSA. J Infect Dis. 2020 Sep 14;222(Supplement_6):S554-S559

13. Lantos PM, Rumbaugh J, Bockenstedt LK, Falck-Ytter YT, Aguero-Rosenfeld ME, **Auwaerter PG,** Baldwin K, Bannuru RR, Belani KK, Bowie WR, Branda JA, Clifford DB, DiMario FJ Jr, Halperin JJ, Krause PJ, Lavergne V, Liang MH, Cody Meissner H, Nigrovic LE, Nocton JJJ, Osani MC, Pruitt AA, Rips J, Rosenfeld LE, Savoy ML, Sood SK, Steere AC, Strle F, Sundel R, Tsao J, Vaysbrot EE, Wormser GP, Zemel LS [Three simultaneous publications]. Clinical Practice Guidelines by the Infectious Diseases Society of America (IDSA), American Academy of Neurology (AAN), and American College of Rheumatology (ACR): 2020 Guidelines for the Prevention, Diagnosis and Treatment of Lyme Disease, Clin Infec Dis.  Nov 2020; Neurology. 2020 Nov 30:10.1212; Arthritis Rheumatol. 2020 Nov 29. Epubs ahead of print.

14. Krause PJ, **Auwaerter PG**, Bannuru RR, Branda JA, Falck-Ytter YT, Lantos PM, Lavergne V, Meissner HC, Osani MC, Rips JG, Sood SK, Vannier E, Vaysbrot EE, Wormser GP. Clinical Practice Guidelines by the Infectious Diseases Society of America (IDSA): 2020 Guideline on Diagnosis and Management of Babesiosis. Clin Infect Dis. 2020 Nov 30:ciaa1216. doi: 10.1093/cid/ciaa1216. Epub ahead of print.

15. Wormser GP, Strle F, Shapiro ED, **Auwaerter PG**. Comparison of clinical practice guidelines for Lyme disease from the Infectious Diseases Society of America: 2000, 2006 and 2020. Diagn Microbiol Infect Dis 2021 Oct;101(2):115446

16. **Auwaerter PG**, Kobayashi T, Wormser GP. Guidelines for Lyme disease are updated. Am J Med 2021, Aug 3:S0002-9343(21)00492-7.

17. Hughes MT, **Auwaerter PG,** Ehmann MR, Garibaldi BT, Golden SH, Lorigiano TJ, O'Conor KJ, Kachalia A, Kahn J.  Opinion: The importance of offering vaccine choice in the fight against COVID-19. Proc Natl Acad Sci USA. 2021 Oct 26;118(43):e2117185118.

18. Wright WF,Mulders-Manders CM, **Auwaerter PG,** Bleeker-Rovers CP. Fever of unknown origin—a call for new research standards and updated clinical management. Am J Med 2022 Feb;135(2):173-178.

19. Wright WF, Betrains A, Stelmash L, Mulders-Manders CM, Rovers CP, Vanderschueren S, **Auwaerter PG**. Development of a Consensus-Based List of Potential Quality Indicators for Fever and Inflammation of Unknown Origin. Open Forum Infect Dis 2024 Jan 11;11(2).


Editorials [ED]

1. Melia MT, Lantos PM, **Auwaerter PG**. Lyme Disease: Authentic Imitator or Wishful Imitation? JAMA Neurol. 2014 Oct 1;71(10):1209-10.

2. **Auwaerter PG**. Life after Lyme disease. Clinical Infectious Diseases 2015;61(2):248-50.

3. Melia MT, **Auwaerter PG**. Time for a different approach to Lyme disease and long-term symptoms. New Eng J Med 2016; 374(13):1277-1278.

4. **Auwaerter PG.** The race to understand post-COVID conditions. Ann Intern Med 2021, Oct;174(10):1458-1459.


Research Letters/White Papers/Brief Reports [RL]

1. Kaye KS, **Auwaerter P**, Bosso JA, Dean NC, Doern GV, Kays MB, Pogue JM, Ritchie DJ, Wispelwey BJ. Strategies to address appropriate fluoroquinolone use in the hospital. Hospital Pharmacy. 2010; 25(11); 844-853.

2. **Auwaerter PG**, Bakken JS, Dattwyler RJ, Dumler JS, Halperin JJ, McSweegan E, Nadelman RB, O'Connell S, Sood SK, Weinstein A, Wormser GP. Scientific evidence and best patient care practices should guide the ethics of

Lyme disease activism. Journal of Medical Ethics. 2011;37(2):68-73.

3. **Auwaerter PG.** Richard Starr Ross, MD: 1924 - 2015. Trans Am Clin Climatol Assoc. 2016;127:ci-cvi.

4. Zahn M, Adalja AA, **Auwaerter** PG, Edelson PJ, Hansen GR, Hynes NA, Jezek A, MacArthur RD, Manabe YC, McGoodwin C, Duchin J. Infectious Diseases Physicians: Improving and Protecting the Public's Health—Why Equitable Compensation is Critical. Clin Infect Dis. 2019 Jul 2;69(2):352-356

5. **Auwaerter PG.** Horton Corwin Hinshaw, MD: 1902-2000. Trans Am Clin Climatol Assoc. 2019; 130: cvi.

6. **Auwaerter PG.** Johns Collins Harvey, MD, PhD: 1923-2017. Trans Am Clin Climatol Assoc. 2020; 131: xcix–cii.

7. Hughes MT, **Auwaerter PG**, Ehmann MR, Garibaldi BT, Golden SH, Lorigiano TJ, O'Conor KJ, Kachalia A, Kahn J. Opinion: the importance of offering vaccine choice in the fight against COVID-19. PNAS 2021, Oct 26;118(43).

8. **Auwaerter PG.** Robert Wallace Wilkins, MD: 1906-2003. Trans Am Clin Climatol Assoc. 2022; 132: cxxxiii–cxxx.

9. **Auwaerter PG.** John Gill Bartlett, MD: 1937-2021. Trans Am Clin Climatol Assoc. 2023; 133: lxxxvi-xc.


Other Media [OM, note: *dates reflects original publication, not updated versions*]

1. Nettles R and **Auwaerter PG**. Pericarditis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, November 2002.

2. Nettles R and **Auwaerter PG**. Myocarditis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, November 2002.

3. **Auwaerter, PG**. Epstein Barr Virus. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, November 2002.

4. Blankson J and **Auwaerter PG**. Streptococcal Toxic Shock Syndrome. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, November 2002.

5. Blankson J and **Auwaerter PG**. Staphylococcal Toxic Shock Syndrome. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, November 2002.

6. Nuermberger E, **Auwaerter PG**. Diabetic Foot Infections. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, December 2002.

7. Nuermberger E, **Auwaerter PG**. Hardware-associated Septic Arthritis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, December 2002.

8. **Auwaerter PG.** Bacterial Meningitis, Community-acquired. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, December 2002.

9. Ghanen K, **Auwaerter PG**. Streptobacillus monilliformis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2003.

10. Ghanen K, **Auwaerter PG**. Rabies. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2003.

11. 11. Ghanen K, **Auwaerter PG**. Vaccinia. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2003.

12. **Auwaerter PG.** B Virus. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, February 2003.

13. **Auwaerter PG.** Whipple's Disease. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, February 2003.

14. Ghanen K, **Auwaerter PG**. Shigella species. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, April 2003.

15. Ghanen K, **Auwaerter PG**. Dermatophytes. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, April 2003.

16. **Auwaerter PG.** Measles. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, May 2003.

17. **Auwaerter PG.** Ehrlichia. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, May 2003.

18. **Auwaerter PG.** Varicella Zoster Virus. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org],

Baltimore, MD, June 2003.

19. **Auwaerter PG**. Nosocomial Diarrhea. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, August 2003.

20. **Auwaerter PG**. Bacillus species. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, August 2003.

21. **Auwaerter PG**. Mastitis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, August 2003.

22. **Auwaerter PG**. Rubella. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, August 2003.

23. **Auwaerter PG**. Acute Rheumatic Fever. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, September 2003.

24. **Auwaerter PG**. Serratia. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, September 2003.

25. Ghanen K, **Auwaerter PG**. Ascaris. Johns Hopkins Antibiotic Guide [http://hopkins- abxguide.org], Baltimore, MD, September 2003.

26. Ghanen K, **Auwaerter PG**. Cardiovascular Device Infections. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2003.

27. Ghanen K, **Auwaerter PG**. Onchocercosis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2004.

28. Ghanen K, **Auwaerter PG**. Taenia saginata. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2004.

29. Ghanen K, **Auwaerter PG**. Acanthamoeba. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2004.

30. Ghanen K, **Auwaerter PG**. JC/BK virus. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2004.

31. Ghanen K, **Auwaerter PG**. Lacrimal infections. Johns Hopkins Antibiotic Guide [http://Hopkins-abxguide.org], Baltimore, MD, January 2004.

32. Ghanen K, **Auwaerter PG**. Ocular keratitis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2004.

33. Ghanen K, **Auwaerter PG**. Orbital cellulitis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2004.

34. Ghanen K, **Auwaerter PG**. Parvovirus B19. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2004.

35. Ghanen K, **Auwaerter PG**. Prion diseases. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2004.

36. Ghanen K, **Auwaerter PG**. Ascaris. Johns Hopkins Antibiotic Guide [http://hopkins- abxguide.org], Baltimore, MD. January 2004.

37. Ghanen K, **Auwaerter PG**. Chronic Fatigue Syndrome. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD. January 2004.

38. Ghanen K, **Auwaerter PG**. Enterobius. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2004.

39. Ghanen K, **Auwaerter PG**. Fever and neutropenia. Johns Hopkins Antibiotic Guide  [http://hopkins-abxguide.org], Baltimore, MD, January 2004.

40. Ghanen K, **Auwaerter PG**. HHV6/HHV7. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2004.

41. Ghanen K, **Auwaerter PG**. Hookworm. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2004.

42. Zaas D, **Auwaerter PG**. Clostridium tetani. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2004.

43. Zaas D, **Auwaerter PG**. Bordetella. Johns Hopkins Antibiotic Guide [http://hopkins- abxguide.org],

Baltimore, MD, October 2004.

44. Zaas D, **Auwaerter PG**. Plesiomonas. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2004.

45. Zaas D, **Auwaerter PG**. Bronchiectasis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2004.

46. **Auwaerter PG**, Srinivasan AS. Antibiotic Prophylaxis for Surgery. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2004.

47. **Auwaerter PG**, Srinivasan AS. Helicobacter pylori. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2004.

48. **Auwaerter PG**. Haemophilus influenzae. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2004.

49. **Auwaerter PG**. Candida albicans. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2004.

50. **Auwaerter PG**. Streptococcus species. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2004.

51. **Auwaerter PG**. Cardiac Manifestations of HIV. Johns Hopkins HIV Guide [http://Hopkins-hivguide.org], Baltimore, MD. October 2004.

52. **Auwaerter PG**. Haemophilus influenzae. Johns Hopkins HIV Guide [http://hopkins-hivguide.org], Baltimore, MD, October 2004.

53. **Auwaerter PG**. Epstein-Barr Virus. Johns Hopkins HIV Guide [http://hopkins-hivguide.org], Baltimore, MD, October 2004.

54. **Auwaerter PG**. Nocardia. Johns Hopkins HIV Guide [http://hopkins-hivguide.org], Baltimore, MD, October 2004.

55. **Auwaerter PG**. E. coli. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, November 2004.

56. **Auwaerter PG**. Borrelia species. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, May 2005.

57. **Auwaerter PG**. Propionibacterium species. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, May 2005.

58. **Auwaerter PG**. Myelitis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, May 2005.

59. **Auwaerter PG**. Citrobacter species. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, March 2005.

60. **Auwaerter PG**. Capnocytophaga canimorsus. Johns Hopkins Antibiotic Guide [http://Hopkins-abxguide.org], Baltimore, MD, March 2005.

61. **Auwaerter PG**. Mumps. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, July 2005.

62. Aronson MD, **Auwaerter PG**. Infectious mononucleosis in adults and adolescents. Up-To-Date, ed. Rose, BD, Wellesley, MA, 2005.

63. **Auwaerter PG**. Aseptic Meningitis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, April 2007.

64. **Auwaerter PG**. Bacterial Meningitis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, May 2007.

65. **Auwaerter PG**. Lymphadenopathy. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, May 2007.

66. **Auwaerter PG**. Lymphangitis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, May 2007

67. **Auwaerter PG**. Myelitis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, May 2007.

68. **Auwaerter PG**, Dorman S. Mycobacterium ulcerans. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, May 2007.

69. **Auwaerter PG**, Dorman S. Mycobacterium xenopi. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, May 2007.

70. **Auwaerter PG**. Myocarditis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, May 2007.

71. **Auwaerter PG**. Nosocomial Diarrhea. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, June 2007.

72. **Auwaerter PG**. Encephalitis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, June 2007.

73. **Auwaerter PG**. Hepatitis A. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, June 2007.

74. **Auwaerter PG**. Hepatitis D. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, June 2007.

75. **Auwaerter PG**, Carpenter C. Hepatitis, non-A, B, C, D or E. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, June 2007.

76. **Auwaerter PG**. Brain Abscess. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, September 2007.

77. **Auwaerter PG**. CNS Shunt Infections. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, September 2007.

78. **Auwaerter PG**, Martins CR. Erythrasma. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, September 2007.

79. **Auwaerter PG**. Carbuncle/Furncle. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, September 2007.

80. **Auwaerter PG**, Martins CR. Impetigo. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, September 2007.

81. **Auwaerter PG**. Venous sinus thrombosis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, September 2007.

82. **Auwaerter PG**. Pericarditis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, September 2007.

83. **Auwaerter PG**, Dorman S. Mycobacterium abscessus. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2007.

84. **Auwaerter PG**, Dorman S. Mycobacterium fortuitum. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2007.

85. **Auwaerter PG**, Dorman S. Mycobacterium gordonae. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2007.

86. **Auwaerter PG**, Dorman S. Mycobacterium marinum. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2007.

87. **Auwaerter PG**, Dorman S. Mycobacterium scrofulaceum. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2007.

88. **Auwaerter PG**, Dorman S. Other atypical mycobacteria. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2007.

89. **Auwaerter PG**, Perl T. SARS (Severe Acute Respiratory Syndrome). Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2009.

90. **Auwaerter PG**. Aeromonas. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, July 2009.

91. **Auwaerter PG**. Chikungunya virus. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, July 2009.

92. **Auwaerter PG**, Vinetz J. Mycobacterium leprae. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, August 2009.

93. **Auwaerter PG**, Vinetz J. Rickettsia rickettsii. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, August 2009.

94. **Auwaerter PG**, Vinetz J. Rickettsia species. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org],

Baltimore, MD, August 2009.

95. **Auwaerter PG**, Vinetz J. Schistosoma species. Johns Hopkins Antibiotic Guide  [http://hopkins-abxguide.org], Baltimore, MD, August 2009.

96. **Auwaerter PG**, Vinetz J. Strongyloides stercoralis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, August 2009.

97. **Auwaerter PG**, Vinetz J. Taenia solium. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, August 2009.

98. **Auwaerter PG**, Vinetz J. Vibrio cholerae. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, August 2009.

99. **Auwaerter PG**, Vinetz J. Toxoplasma gondii. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, August 2009.

100. **Auwaerter PG**. Tick paralysis. MedLink Neurology [http://www.medlink.com/medlinkcontent.asp], San Diego, CA, October 2009.

101. **Auwaerter PG**. Subacute sclerosing encephalitis. MedLink Neurology [http://www.medlink.com/medlinkcontent.asp], San Diego, CA, January 2010.

102. **Auwaerter PG**. Polio. Johns Hopkins Antibiotic Guide  [http://hopkins-abxguide.org], Baltimore,  MD, April 2010.

103. **Auwaerter PG**. Cystoisospora belli. Johns Hopkins Antibiotic Guide  [http://hopkins-        abxguide.org], Baltimore, MD, November 2010.

104. **Auwaerter PG**. Blastocystis hominis. Johns Hopkins Antibiotic Guide [http://hopkins-        abxguide.org], Baltimore, MD, November 2011.

105. **Auwaerter PG**. Metapneumovirus. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, June 2012.

106. **Auwaerter PG**. Endometritis. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, June 2012.

107. **Auwaerter PG**. Chorioamnionitis. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, June 2012.

108. **Auwaerter PG**, Vinetz J. Hantavirus. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, October 2012.

109. **Auwaerter PG**. Babesia species. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, November 2012.

110. **Auwaerter PG**, Ghanem KG. HHV-6/HHV-7. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, November 2012.

111. Ghanem KG, **Auwaerter PG**. Parvovirus B19. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, November 2012.

112. Ghanem KG, **Auwaerter PG**. Vaccinia. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, November 2012.

113. **Auwaerter PG**. Ebola. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, June 2013.

114. **Auwaerter PG**. Chromoblastomycosis. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, July 2013.

115. **Auwaerter PG**. Burkholderia pseudomallei. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, July 2013.

116. **Auwaerter PG**. Chlamydiaophila psittaci. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, July 2013.

117. **Auwaerter PG**. MERS. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, July 2013.

118. **Auwaerter PG**. Strongyloides stercoralis. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, July 2013.

119. **Auwaerter PG**. HHV-6/HHV-7. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, August 2013.

14

120. **Auwaerter PG**. Powassan virus. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, January 2014

121. **Auwaerter PG**. Corynebacterium species. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, July 2014

122. **Auwaerter PG**. Peramivir. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub]Baltimore, MD, February 2015

123. Pham P, **Auwaerter PG**. Oseltamivir. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub]Baltimore, MD, February 2015

124. **Auwaerter PG**, Bartlett JG. Lyme disease. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, November 2015

125. **Auwaerter PG**. Heartland virus. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, February 2016

126. **Auwaerter PG**. Vaccinia. Johns Hopkins Antibiotic Guide, [http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2016

127. **Auwaerter PG**. Babesia species. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2017

128. **Auwaerter PG**. Tuberculosis, CNS/Meningitis. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2017

129. **Auwaerter PG**. Neisseria meningitidis. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2017

130. **Auwaerter PG**. Cutibacterium acnes. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2017

131. **Auwaerter PG**. Tick-borne encephalitis virus. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2018

132. **Auwaerter PG**. Bourbon virus. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2018

133. **Auwaerter PG**. Crimean Congo Hemorrhagic Fever. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2018

134. **Auwaerter PG**. Achromobacter. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2018

135. **Auwaerter PG**. Acute Sinusitis. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2018

136. **Auwaerter PG**. Legionella species. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2018

137. **Auwaerter PG**. Gnathosomiasis. Johns Hopkins Antibiotic Guide, http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2019

138. **Auwaerter PG**. Balantidium coli. Johns Hopkins Antibiotic Guide, http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2019

139. **Auwaerter PG**. Naeglaria fowleri. Johns Hopkins Antibiotic Guide, http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2019

140. **Auwaerter PG**. Lymphocytic choriomeningitis virus (LCMV). Johns Hopkins Antibiotic Guide, http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2020

141. **Auwaerter PG**. SARS-CoV-2 (COVID-19) Johns Hopkins Antibiotic Guide, http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2020

142. **Auwaerter PG**. Monkeypox (mpox) Johns Hopkins Antibiotic Guide, http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2022

143. **Auwaerter PG**. Mediastinitis. Johns Hopkins Antibiotic Guide, http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2023

144. **Auwaerter PG**. Spirochetosis. Johns Hopkins Antibiotic Guide, http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2023

145. **Auwaerter PG**. Colorado Tick Fever. Johns Hopkins Antibiotic Guide,
http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2023

FUNDING

INTRAMURAL Funding

| 1/24-6/29: | Fisher Center Discovery Fund |
| | $5,500,000.00 |
| | Role: Director |
| | Supervising awarding of intramural pilot grants for innovative studies |

EXTRAMURAL Funding

| 10/22-06/26 | An Efficacy, Safety, Tolerability, Immunogenicity and Lot-Consistency Clinical Trial of a 6-Valent OspA-Based Lyme disease Vaccine (VLA15)(VALOR) |
| | IRB00313849 |
| | Pfizer |
| | $1,858,727 |
| | PI: 5% effort |

Research Intra- and Extramural Funding - Previous

| 6/19-12/23 | Fisher Center Discovery Fund |
| | $3,500,000.00 |
| | Role: Director |
| | Supervising awarding of intramural pilot grants for innovative studies |

| 6/18-7/21 | Early Diagnostic for Early Lyme Disease, MicroBPlex |
| | NIH/SBIR: 596,428.00 |

| 11/13-5/18 | Fisher Center Discovery Fund |
| | $2,500,000.00 |
| | Role: Director |
| | Supervising awarding of intramural pilot grants for innovative studies |

| 4/11 – 11/12 | A phase 2, multicenter, randomized, double-blind, comparative study to evaluate the efficacy and safety of intravenous coadministered  ceftaroline fosamil and NXL104 versus intravenous doripenem in adult subjects with  complicated urinary tract infection |
| | NA_00043277 |
| | Cerexa/PPD |
| | $678,000 |
| | Role: Site PI |

| 2000-2003 | Etiologies of community-acquired pneumonia, and development of a prediction rule for admission to hospital in an urban population Johns Hopkins Hospital. |
| | Bayer |

16

$10,000
Role: PI

2000-2001          Clinical studies of a randomized double-blind, multi-center, comparative phase III study
                   of oral BMS-284756 versus oral azithromycin in the treatment of acute exacerbation of
                   chronic bronchitis.
                   RPN# 00-08-29-01
                   BMS
                   $38,000
                   Role: Site PI

2000-2001          Clinical studies of a placebo controlled, double blind, randomized trial of a tablet
                   formulation of pleconaril in the treatment of viral respiratory infection in adults
                   RPN# 00-06-28-03
                   Viropharma
                   $65,000
                   Role: Site PI

1999-2000          A multicenter investigator-blinded study of the efficacy and safety of Zithromax vs.
                   Levaquin in the treatment of acute bacterial exacerbations of COPD.
                   RPN#:  99-06-15-03
                   Pfizer
                   $26,000
                   Role: Site PI

1998-1999          Randomized, double Blind, multicenter, comparative study of cefprozil versus
                   clarithromycin in the treatment of acute exacerbation of chronic bronchitis.
                   RPN#: W98-04-24-02
                   SmithKline Beecham
                   $29,000
                   Role: Site PI

1997-1998          A randomized, multicenter, third party blinded trial comparing trovafloxacin with
                   amoxicillin/clavulanate (Augmentin) with or without erythromycin for the treatment of
                   community acquired pneumonia.
                   RPN #R97-0520
                   PPD Pharmaco/Pfizer
                   $23,500
                   Role: Site PI

CLINICAL ACTIVITIES

Certifications

Medical, other state/government licensure
1991          Medical License, State of Maryland, #D4141
1991          DEA: BA4796085

Boards, other specialty certifications
1992          Board certified, Internal Medicine (ABIM): December 1992, recertified 2002, 2012, LKMA
              2022-2025, recertification 2023 (unlimited w/ MOC)

1994                Board certified, Infectious Diseases (ABIM): December 1994, recertified 2004, 2014

Clinical (Service) Responsibilities
1996-present    Infectious Diseases Consultant, Johns Hopkins Hospital, Baltimore, MD
1996-present    General Internal Medicine, Attending, Johns Hopkins Hospital, Baltimore, MD
2018-present    Infectious Diseases Consultant, Pediatric outpatient, Johns Hopkins, Baltimore, MD
2021-present    Infectious Diseases Consultant, Bayview Medical Center, Baltimore, MD

Clinical Program Building/Leadership
1999-2006       Director, General Internal Medicine at Johns Hopkins, Green Spring Station
2006-present    Clinical Director, Division of Infectious Diseases, Johns Hopkins University School of
                Medicine
2009            Established Rockland Physician Practice and Research Group, Johns Hopkins at Green
                Spring Station
2011            Established Fisher Center for Environmental Infectious Diseases, Johns Hopkins
                University School of Medicine
2020            Established Johns Hopkins Medical Institutions Outpatient Parenteral Antimicrobial Therapy
                Service (OPAT)

EDUCATIONAL ACTIVITIES

Teaching
Classroom instruction
*JHMI/Regional*
1996-1999       Johns Hopkins University School of Medicine Microbiology Course Workshops
2006-2010       Johns Hopkins University School of Medicine Human Physiology Course, Introduction to
                Virology
2006-2010       Johns Hopkins University School of Medicine Human Physiology Course, RNA Viruses and
                Gastrointestinal Viruses
2010-2015       Johns Hopkins University School of Medicine Genes to Society Course, Introduction to Virology
2010-present    Lyme Disease and other Borrelia Infections. Principles of Bacterial Infections, 260.22, Molecular
                Microbiology and Immunology, Environmental Health Sciences, Epidemiology and Pathology,
                Johns Hopkins Bloomberg School of Public Health
2011            Bacterial and Fungal Infections of the Respiratory Tract. Environmental Health Sciences,
                Epidemiology and Pathology, Johns Hopkins Bloomberg School of Public Health
2018-present    Measles virus. Johns Hopkins Bloomberg School of Public Health Winter Institute.
                Lyme disease: North America and Global.  Summer Institute, Tropical Medicine and Public
                Health. Vector-borne Diseases in the Tropics

*National* – none

*International* – none

Clinical instruction
*JHMI/Regional*
1996-2002       Ambulatory Medicine Preceptor, Johns Hopkins House staff, Johns Hopkins Hospital
1996-present    Infectious Diseases, Clinical Inpatient Rotations, Department of Medicine, Johns Hopkins
                University School of Medicine
1996-present    General Internal Medicine, Firm Faculty, Janeway, Department of Medicine, Johns Hopkins
                University School of Medicine

18

| | |
|---|---|
| 1997-1999 | Intern Case Ambulatory Care Elective, Green Spring Station |
| 1999-present | Infectious Diseases Fellow Outpatient Clinic, preceptor, Green Spring Station |
| 2003-2005 | Infectious Diseases Outpatient Clinic, medical resident preceptor, Green Spring Station |

*National* – none

*International* – none

CME instruction
*JHMI/Regional*

| | |
|---|---|
| 10/96 | Cat Scratch Disease. Clinicopathological Conference, Department of Pathology, Johns Hopkins Hospital, Baltimore, MD |
| 10/96 | Generalized Vaccinia. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 11/96 | Varicella Zoster Virus. Saturday Medicine, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |
| 12/96 | Invasive Aspergillosis. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 5/97 | Enteric Fever. Saturday Medicine, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |
| 11/97 | Evaluation of Lymph Nodes. Saturday Medicine, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |
| 11/97 | Infectious Mononucleosis. Department of Medicine Grand Rounds, Johns Hopkins University School of Medicine, Baltimore, MD |
| 9/98 | Fever in a Returning Traveler. Infectious Diseases Clinical Case  Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 10/98 | Evaluation of Fevers of Unknown Origin. Saturday Medicine, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |
| 1/99 | Q Fever. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 5/99 | The Diagnostic Evaluation of Fevers of Unknown Origin. Topics in Internal Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |
| 6/99 | Prevention of Travel Related Illnesses. Preventative Ambulatory Medicine Conference, Loews Hotel, Annapolis, MD |
| 8/99 | Fevers of Unknown Origin. Medical Grand Rounds, Olney Hospital, Olney, MD |
| 10/99 | Prevention of Travel Related Illnesses. Saturday Medicine, Department of Medicine, Johns Hopkins University School of Medicine |
| 2/00 | The Pneumococcus and Antibiotic Resistance. Medicine Grand Rounds,  St. Joseph's Hospital, Towson, MD |
| 4/00 | Scrofulous Coccidiodes. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 5/00 | Prevention of Travel Related Illnesses. Topics in Internal Medicine. Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD. |
| 6/00 | Pneumonia Update. Medical Grand Rounds, Franklin Square Hospital, Baltimore, MD |
| 10/00 | Update in Travel Medicine. Medical Grand Rounds, Harbor Hospital, Baltimore, MD |
| 10/00 | Tuberculous Lymphadenitis and Extra-Pulmonary Tuberculosis, Grand Rounds, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |
| 11/00 | Pneumonia: 2000. Medical Grand Rounds, Kent and Queen Anne's Hospital, Chestertown, MD |
| 12/00 | Controversies in Lyme Disease (with workshop). Ambulatory Medicine Topics Course, Department of Medicine, Johns Hopkins University School of Medicine, Renaissance Hotel, Baltimore, MD |

| | |
|---|---|
| 1/01 | Cutaneous Alternaria. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 2/01 | Extra-pulmonary TB. Saturday Medicine, Johns Hopkins Hospital, Baltimore, MD |
| 2/01 | Spotted Fever Group Rickettsioses. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 5/01 | Lyme disease in Primary Care. Topics in Internal Medicine, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |
| 9/01 | Lyme disease: What You Need to Know. Saturday Medicine, Department of Medicine, Johns Hopkins Hospital, Baltimore, MD |
| 9/01 | Quinolone drugs: Is There Any Difference? Annual Meeting, Maryland Council of Pharmacists, University of Maryland, College Park, MD |
| 12/01 | Paroxysmal cold hemoglobinuria due to secondary syphilis and the Donath-Landsteiner Antibody. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 3/02 | Neuroborreliosis. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 5/02 | What You Need to Know About Lyme disease. Medicine Grand Rounds, Bayview Medical Center, Johns Hopkins University School of Medicine, Baltimore, MD |
| 5/02 | Trends in the Diagnosis and Management of Respiratory Infection. Grand Rounds, Southern Maryland Hospital, Clinton, MD |
| 5/02 | New Antibiotic Update. Topics in Internal Medicine, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |
| 5/02 | Update in the Management of Respiratory Infections. Hot Topics in Nursing, Annual Meeting of Maryland Nurse Practitioners, Johns Hopkins University School of Nursing, Baltimore, MD |
| 7/02 | Respiratory Tract Infections. Johns Hopkins Internal Medicine Board Review Course, Johns Hopkins University School of Medicine, Baltimore, MD |
| 10/02 | Fever and Fevers of Unknown Origin. Medicine Grand Rounds, Greater Baltimore Medical Center, Towson, MD |
| 10/02 | Trends in Respiratory Diseases with an Emphasis on Sinusitis. Medicine Grand Rounds, Holy Cross Hospital Center, Silver Spring, MD |
| 11/02 | Medicine Grand Rounds, St. Joseph's Hospital Center, Towson, MD |
| 1/03 | Update on Acute Exacerbation of Chronic Bronchitis. Medicine Grand Rounds, Brunswick General Hospital, Amityville, NY |
| 2/03 | Lyme Disease for the Internist. Medicine Grand Rounds, Good Samaritan Hospital, Baltimore, MD |
| 5/03 | Fever and Fever of Unknown Origin: Definitions and Concepts. Topics in Internal Medicine, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |
| 5/03 | Update on Antibiotic Use in Respiratory Tract Infections. Medicine Grand Rounds, South Mountain Home Hospital, South Mountain, PA |
| 9/03 | Chronic fatigue due to hemochromatosis. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 2004-2006 | Annual Conference on Information Technologies at the Point of Care, Conference Director, Johns Hopkins University School of Medicine, Baltimore, MD |
| 10/04 | Lyme Disease: What a Rheumatologist Needs to Know. Maryland Rheumatology Society, Baltimore, MD |
| 10/04 | Update on Respiratory Tract Infections and Antimicrobial Resistance. Grand Rounds, York Hospital, York, PA |
| 11/04 | Respiratory Tract Infections: Place of Fluoroquinolones and Ketolides. Maryland Society of Health System Pharmacists, Baltimore, MD |
| 11/04 | New Antibiotics: What Are Their Roles? Burlington County Medical Society, Burlington, NJ |
| 1/05 | Respiratory Tract Infection Update. Grand Rounds, Southern Maryland Hospital, Clinton, MD |

| | |
|---|---|
| 9/05 | Cellulitis, Skin Abscesses: When to Factor Community-Acquired MRSA? Infectious Diseases for the Primary Care Practitioner, Johns Hopkins University School of Baltimore, MD |
| 2/06 | Community-acquired Pneumonia: Agreement and Controversies. Infectious Diseases Grand Rounds, Walter Reed Hospital, Washington, DC |
| 2/06 | Respiratory Tract Infections: Diagnosis and Management in the Hospital and the Office. Malcolm Grow Medical Center, Andrews Air Force Base, Washington, DC |
| 4/06 | Amyloidosis masquerading as "chronic Lyme disease." Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 5/06 | Clinical Update, Lyme Disease 2006. Family Medicine Grand Rounds, Brookhaven Memorial Hospital (SUNY Stony Brook), East Patchogue, NY |
| 5/06 | Vaccine Update: Meningococcal, Tdap, Zoster and Influenza. Topics in Internal Medicine, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD. |
| 7/06 | Lyme Disease: Discussion of Controversies. Grand Rounds, Shore Memorial Hospital, Nassawadox, VA |
| 7/06 | FUO due to Schnitzler's Syndrome. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 11/06 | **Auwaerter PG**. Influenza Review. eInfection Literature Review. Johns Hopkins University Center for Continuing Medical Education, Vol. 1 No. 2, http://www.einfectionsreview.org/ |
| 2007-2010 | Co-editor, eInfections Review Monthly, Johns Hopkins University School of Medicine Office of Continuing Medical Education, Baltimore, MD, http://www.einfectionsreview.org/ |
| 6/07 | Lyme Update 2007. Medical and Pediatrics Grand Rounds, Peninsula Regional Medical Center, Salisbury, MD |
| 7/07 | **Auwaerter PG**. Common Tick-borne Infections in the United States. eInfection Review. Johns Hopkins University Center for Continuing Medical Education, Vol. 2 No. 1, http://www.einfectionsreview.org/ |
| 10/07 | Update on Common Respiratory Tract Infections.  Northern Virginia Medical Society, Alexandria, VA |
| 5/08 | **Auwaerter PG**. Infectious Mononucleosis. eInfection Review. Johns Hopkins University Center for Continuing Medical Education, Vol. 2, No. 11, http://www.einfectionsreview.org/ |
| 4/08 | "Chronic Lyme Disease" refractory to antibiotic treatment explained by pituitary-hypothalamic dysfunction secondary to neurosarcoidosis. Infectious Diseases Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 10/08 | Update on Antibiotic Prophylaxis. Blair Memorial Lectureship. Warren General Hospital, Warren, PA |
| 10/08 | Chronic Lyme disease: Facts and Foibles. Blair Memorial Lectureship. Warren General Hospital, Warren, PA |
| 2009-2016 | Annual Conference on Infectious Diseases for the Primary Care Provider, Co-director, Johns Hopkins University School of Medicine, Baltimore, MD |
| 1/09 | Complications of anti-TNF inhibitor therapy. Division of Allergy and Immunology Grand Rounds, Johns Hopkins University School of Medicine, Baltimore, MD |
| 2/09 | Issues in Endocarditis Treatment and Prophylaxis. Topics in Cardiovascular Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |
| 8/09 | CNS Shunt Infections. Infectious Diseases Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 11/09 | **Auwaerter PG**. Pandemic and Seasonal Influenza. eInfection Review. Johns Hopkins University Center for Continuing Medical Education, Vol. 3 No. 1, http://www.einfectionsreview.org/ |
| 2/10 | Chronic fatigue and other symptoms due to chronic arsenicosis, not Lyme disease. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 2/10 | Microsporidial keratitis. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |

| | |
|---|---|
| 5/10 | Antibiotics or Not? Topics in Internal Medicine, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |
| 6/10 | Lyme Disease. The 6th Annual Rheumatology Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 7/10 | Food poisoning due to Fiddlehead Ferns. . Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 9/10 | Erythromelalgia. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 4/11 | Sarcoidosis. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 5/11 | Lyme Disease. Topics in Internal Medicine, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |
| 10/11 | Ectoparasites. ID Update for Primary Care. Johns Hopkins University School of Medicine, Baltimore MD |
| 5/12 | Bedbugs, Scabies and Intimate Pets. Topics in Internal Medicine. Johns Hopkins University School of Medicine, Baltimore MD |
| 6/12 | Lyme Disease, Vector-borne Diseases in the Tropics Course, Bloomberg School of Public Health, Baltimore, MD |
| 10/12 | Tick-borne diseases other than Lyme disease. ID Update for Primary Care. Johns Hopkins University School of Medicine, Baltimore, MD. |
| 5/13 | Lyme disease in Primary Care. Topics in Internal Medicine. Johns Hopkins University School of Medicine, Baltimore, MD. |
| 10/13 | FUO. ID Update for Primary Care and Hospital Medicine. Johns Hopkins University School of Medicine, Baltimore, MD. |
| 10/13 | Lyme disease. ID Update for Primary Care and Hospital Medicine. Johns Hopkins University School of Medicine, Baltimore, MD. |
| 1/14 | 50 year old man with FUO after stay New Hampshire camp, Department of Medicine Grand Rounds, Johns Hopkins University School of Medicine, Baltimore, MD. |
| 5/14 | Fever of Unknown Origin?  Topics in Internal Medicine, Johns Hopkins University School of Medicine, Baltimore MD |
| 8/14 | Meningitis: Community-acquired and Nosocomial. Division of Infectious Diseases, Core Lecture Series, JHUSOM, Baltimore MD |
| 6/15 | Lyme disease. Introduction to vector-borne diseases, Tropical Medicine Summer Course, Bloomberg School of Public Health, Baltimore, MD |
| 10/16 | Infectious Mononucleosis and Mononucleosis Syndromes. ID Update for Primary Care and Hospital Medicine. Johns Hopkins University School of Medicine, Baltimore, MD. |
| 5/17 | Antimicrobial Resistance. Topics in Internal Medicine. Johns Hopkins University School of Medicine, Baltimore, MD |
| 5/18 | Lyme disease. Topics in Internal Medicine. Johns Hopkins University School of Medicine, Baltimore, MD |
| 4/20 | COVID-19. Grand Rounds, Department of Medicine, Union Memorial Hospital, Baltimore, MD |
| 6/20 | Fever of Unknown Origin. Department of Medicine Grand Rounds, Main Line Health, Lankenau Medical Center, Wynnewood, PA. |
| 5/21 | COVID-19 Therapeutics, Department of Medicine Grand Rounds/Tumulty Topics of Medicine, Baltimore, MD |
| 10/21 | COVID-19 Update. Grand Rounds, Department of Medicine, Union Memorial Hospital, Baltimore, MD |
| 3/22 | COVID-19 Update. Grand Rounds, Department of Medicine, Union Memorial Hospital, Baltimore, MD |
| 4/22 | Going Viral: Infectious Mononucleosis and Similar Diseases University Student Health, University of Maryland, College Park, MD |

| | |
|---|---|
| 9/22 | COVID-19 Update. Grand Rounds, Department of Medicine, Union Memorial Hospital, Baltimore, MD |

*National*

| | |
|---|---|
| 8/98 | Herpesvirus Infections 1-8. Johns Hopkins Infectious Disease Update Course, Santa Fe, NM |
| 8/98 | Approach to Fevers of Unknown Origin. Johns Hopkins Infectious Disease Update Course, Santa Fe, NM |
| 9/02 | New Oral and Topical Antimicrobials. Medicine Grand Rounds, Southpointe Hospital Center, St. Louis, MO |
| 11/02 | Pneumococcal Resistance: Do We Need to Change Our Clinical Practices? Medicine Grand Rounds, Marion General Hospital, Ohio State University, Marion, OH. |
| 11/02 | Trends in Respiratory Diseases with an Emphasis on Acute Exacerbations of Chronic Bronchitis and Acute Bacterial Sinusitis. Antibiotic Resistance: Where Do We Stand and What Can We Do? Medicine Grand Rounds, Holy Cross/Provident Hospital Center, Mission Hills, CA |
| 12/02 | Current Guidelines for the Management of Respiratory Tract Infections. CME Monthly Rounds, Lee's Summit Hospital, Lee's Summit, MO. |
| 01/04 | The Management of Acute Respiratory Tract Infections in an Era of Resistance. The Florida Allergy, Asthma and Immunology Society, Visiting Professor, Fort Lauderdale, FL |
| 3/04 | Trends in Respiratory Infections. Adams County Medical Society, Gettysburg, PA |
| 4/04 | Respiratory Tract Infections and Their Management for Primary Care Physicians. Grand Rounds, Lancaster Regional Hospital, Lancaster, PA |
| 8/04 | Fever of Unknown Origin and Tick-borne Diseases. The 9th Annual Topics in Infectious Diseases for Primary Care, Santa Fe, NM |
| 8/04 | Common Viral Infections in Primary Care. The 9th Annual Topics in Infectious Diseases for Primary Care, Santa Fe, NM |
| 8/06 | Acute Gastrointestinal Syndromes. The 11th Annual Topics in Infectious Diseases for Primary Care, San Diego, CA |
| 8/06 | Viral Infections and Tick-borne Diseases in Primary Care. The 11th Annual Topics in Infectious Diseases for Primary Care, San Diego, CA |
| 8/14-annually | Lyme disease, Infectious Diseases Board Review Course. George Washington University, Tysons Corner, VA |
| 8/14-annually | Ticks, Mites, Lice & the Diseases They Cause, Infectious Diseases Board Review Course. George Washington University, Tysons Corner, VA |
| 8/15-annually | Pneumonia, Infectious Diseases Board Review Course. George Washington University, Tysons Corner, VA |
| 9/17 | Lyme disease. St Joseph's Healthcare System Medicine Grand Rounds. Mishawaka, Indiana. |
| 5/18 | High Priorities for Infectious Diseases, Division of Infectious Diseases Grand Rounds, University of Pittsburgh Medical Center, Pittsburgh, PA |
| 2/19 | Going Viral: Infectious Mononucleosis and Similar Syndromes, St Joseph's Healthcare System Medicine Grand Rounds. Mishawaka, Indiana. |
| 2/19 | Lyme disease Update. 45th Remington Winder Course in Infectious Diseases, Beaver Creek, CO. |
| 2/19 | Emerging Vector-borne diseases. 45th Remington Winder Course in Infectious Diseases, Beaver Creek, CO. |
| 4/19 | What's New in Influenza, UCC Urgent Care Convention, West Palm Beach FL. |
| 9/19 | Update on Influenza, American Academy of Family Physicians Annual Meeting, Philadelphia, PA. |
| 10/19 | What's New with the Flu? American College of Emergency Physicians, Annual Meeting, Denver, CO |
| 04/21 | Fever and FUO: Do we need to change the Paradigm. Infectious Disease Grand Rounds, New York Medical College, Valhalla, NY |
| 02/21 | COVID-19 Therapeutics, Winter Course in Infectious Diseases (virtual) |

| | |
|---|---|
| 02/21 | Lyme Disease Update, Winter Course in Infectious Diseases (virtual) |
| 03/23 | Emerging Infectious diseases, Winter Course in Infectious Diseases, Beaver Creek, CO |
| 03/23 | Encephalitis and Meningitis, Winter Course in Infectious Diseases, Beaver Creek, CO |

*International*

| | |
|---|---|
| 7/05 | Newer Antibiotics and Vaccines. Johns Hopkins CME at Sea, Vancouver, Canada |
| 7/05 | Update on Respiratory Tract Infections. Johns Hopkins CME at Sea, Vancouver, Canada |
| 7/05 | Emerging Infectious Diseases and Antimicrobial Resistance. Johns Hopkins CME at Sea, Vancouver, Canada |
| 9/12 | Rationale use of Antibiotics. Medical Grand Rounds, Al-Adan Hospital, Kuwait City, Kuwait |

Mentoring

Pre-doctoral Advisees/Mentees

2012      Tyler Craig Henning, Master of Science Candidate, Department of Molecular Microbiology and Immunology, Bloomberg School of Public Health. "Identification and Characterization of Filarial Nematodes and Other Pathogens in a Population of Ticks in Fairfax County, Virginia."  Thesis reader.

Post-doctoral Advisees/Mentees

2003      Katherine Swanson, Doctor of Philosophy Candidate, Department of Molecular Microbiology and Immunology, School of Hygiene and Public Health, Johns Hopkins University, January 24, 2003.  "Vector Distribution of *Borrelia burgdorferi* among rodents, birds and reptiles in Southern Maryland." Oral thesis  defense committee.

## ORGANIZATIONAL ACTIVITIES

Institutional Administrative Appointments

| | |
|---|---|
| 1996-present | Member, Department of Medicine, Intern Selection Committee |
| 1998-2010 | Director, Board of Governors, Johns Hopkins Green Spring Station, Lutherville, MD |
| 2009-present | Advisory Board member, Office of Continuing Medical Education, Johns Hopkins University School of Medicine |
| 2014-present | Member, Appointments and Promotions Committee, Department of Medicine |
| 2020-2023 | Chair, JHMI Therapeutic Guidance for COVID-19 Therapeutics |
| 2020-present | Member, Scarcity Committee, Johns Hopkins Medical Institutions |

Journal peer review activities

     American Family Physician
     American Journal of Epidemiology
     American Journal of Managed Care
     American Journal of Medical Sciences
     American Journal of Medicine
     American Journal of Tropical Medicine and Hygiene
     Annal of Internal Medicine
     Antimicrobial Agents and Chemotherapy
     BMC Medicine
     British Medical Journal
     Clinical Infectious Diseases
     Diagnostic Microbiology and Infectious Disease
     Emerging Infectious Diseases
     European Journal of Internal Medicine
     IDSA Guideline Reviews

International Journal of Infectious Diseases
International Journal of STD & AIDS
Journal of the American Family Physician
Journal of the American Medical Association (JAMA)
Journal of Clinical Investigation
Journal of General Internal Medicine
Journal of Infection
Journal of Infectious Diseases
Journal of Pediatric Infectious Diseases
Journal of the Physician and Sports Medicine
Lancet
Lancet Infectious Diseases
Medicine
Medical Principles and Practice
New England Journal of Medicine
Open Forum Infectious Diseases
RMD Open
Science Translational Medicine
Ticks and Tick-borne Diseases
Vector-Borne and Zoonotic Diseases
World Journal of Pediatrics
Zoonoses and Public Health

**Advisory Committees, Review Groups/Study Sections**

| | |
|---|---|
| 1999-2000 | American College of Physicians, panel participant on Development of Guidelines for Acute ` Exacerbations of Chronic Bronchitis |
| 2005-2013 | Technical Expert Panel (TEP) Update on the Surgical Care Improvement Project (SCIP) – Infection, Foundation for Medical Quality |
| 2008-present | Editorial Advisory Board, Infectious Diseases, Medscape |
| 2009-present | Advisory Board Member, Palm Beach Infectious Disease Institute |
| 2011-2015 | Anti-infective Advisory Panel, Food and Drug Administration |
| 2014 | National Institutes of Health, National Institute of Allergy and Infectious Diseases, Board of Scientific Counselors, ad-hoc member |
| 2015-present | American Lyme Disease Foundation, Board of Directors |
| 2015 | FDA Public Workshop on Non-microbial Biomarkers of Infection for *in Vitro* Diagnostic Use |
| 2017 | CIHR Environments & Health Initiative, Lyme disease, Canadian Institutes of Health Research |
| 2018 | Transatlantic Taskforce on Antimicrobial Resistance, panelist |
| 2020-present | Editorial Advisory Board, Clinical Infectious Diseases |
| 2020 | National Disability Forum, "COVID-19 and SSA Programs: Long-term Health Effects. Office, Social Security Administration. |

**Professional Societies**

| | | |
|---|---|---|
| 1992-present | American College of Physicians, Fellow (elected 2001) | |
| 1993-present | Infectious Disease Society of America, Fellow (elected 2009) | |
| | 2004-2007 | Program Committee member for Annual Meeting of the Infectious Diseases Society of America |
| | 2008 | Vice Chair, Program Committee for combined ICAAC/IDSA 48th/46th Annual Meeting, October 24-28, 2008 Washington, DC |
| | 2009 | Chair, Annual Program Committee for the 47th Annual Infectious Diseases Society of America, October 29-November 1, 2009, Philadelphia, PA. |

25

| | | |
|---|---|---|
| | 2010 | Past Chair, Annual Program Committee for the 48th Annual Meeting of the Infectious Diseases Society of America, October 21-24 2010, Vancouver, BC |
| | 2011-2014 | Board of Directors |
| | 2015-2016 | Vice President, Executive Committee, Board of Directors |
| | 2016-2017 | President-elect, Executive Committee, Board of Directors |
| | 2017-2018 | President, Executive Committee, Board of Directors |
| | 2018-2019 | Immediate Past President, Executive Committee, Board of Directors |
| 1995-1997 | | American Society for Virology |
| 2006-present | | American Society of Microbiology |
| 2009-present | | The American Clinical and Climatological Association |
| 2014-present | | Association of Specialty Professors |
| 2015-present | | International Society for Infectious Diseases |
| 2017-present | | American Medical Association |
| 2017-present | | European Society of Clinical Microbiology and Infectious Diseases |
| 2018-present | | Anaerobe Society |
| 2019-present | | Infectious Diseases Society of America Foundation |
| | 2019-2021 | Vice-Chair, Board of Directors |
| | 2021-2023 | Chair, Board of Directors |
| 2020-2021 | | Society of General Internal Medicine |
| 2023-present | | American Society of Tropical Medicine and Hygiene (previous 1999-2004) |

Conference Organizer

| | |
|---|---|
| 2004-2006 | Annual Conference on Information Technologies at the Point of Care, Conference Director, Johns Hopkins University School of Medicine, Baltimore, MD. |
| 2009-2016 | Annual Infectious Diseases Update for Primary Care and Hospital Medicine, Co-director, Johns Hopkins University School of Medicine, Baltimore, MD |
| 2019-present | Co-Director, Winter Course in Infectious Diseases |
| 2019-current | Co-Director, George Washington Infectious Diseases Board Review Course |

RECOGNITION

Awards, Honors

| | |
|---|---|
| 1982 | Class of 1961 J. R. Macy Research Scholarship, Columbia University |
| 1984 | Phi Beta Kappa, Columbia University |
| 1988 | Aranow Prize in Medicine, Columbia University |
| 1995 | Young Investigator's Day Award, Johns Hopkins University School of Medicine |
| 1997 | The L. Randoll Barker General Internal Medicine Fellows Appreciation Award |
| 2002 | Top Doctor, Baltimore Magazine, Internal Medicine |
| 2003 | The John Moyer Visiting Professorship, University of Pittsburgh School of Medicine. Johnstown, Pennsylvania |
| 2003 | Visiting Professor, Department of Otolaryngology, University of Pennsylvania School of Medicine |
| 2004 | Visiting Professor, Robert Wood Johnson School of Medicine |
| 2007 | Top Doctor, Infectious Diseases and Internal Medicine, Baltimore Magazine |
| 2009 | Top Doctor, Baltimore Magazine, Infectious Diseases |
| 2011 | Top Doctor, Baltimore Magazine, Infectious Diseases |
| 2012 | Top Doctor, Baltimore Magazine, Infectious Diseases |
| 2013 | Outstanding Eagle Scout Award |

26

| 2014 | Top Doctor, Baltimore Magazine, Baltimore Sun |
|---|---|
| 2014 | Service Excellence Award, Health Network Foundation |
| 2014 | Distinguished Eagle Scout Award |
| 2017 | Harry Emerson Dascomb Award in Infectious Diseases, LSU Health New Orleans |
| 2017 | Top Doctor, Baltimore Magazine, Baltimore Sun, Infectious Diseases |
| 2018 | Outstanding Educator Award, University of Pittsburgh Medical Center, Division of Infectious Diseases |
| 2018 | Top Doctor, Baltimore Magazine, Baltimore Sun, Infectious Diseases |
| 2019 | Top Doctor, Baltimore Magazine, Infectious Diseases |
| 2020 | Top Doctor, Baltimore Magazine, Infectious Diseases |
| 2021 | Top Doctor, Baltimore Magazine, Infectious Diseases |
| 2021 | Institute for Excellence in Education Award, Outstanding Educational Innovation |
| 2022 | Service Excellence Award, Health Network Foundation |

Invited Talks, Panels
*JHMI/Regional*

| 3/00 | Antibiotic resistance and the Pneumococcus. Medical Grand Rounds, Wilmington Hospital, Wilmington, Delaware |
|---|---|
| 11/02 | Important Changes in Lower Respiratory Tract Infections and Pharmacological Interventions, Conference on Respiratory Illnesses, George Washington University Hospital, Washington, DC |
| 3/03 | What Anthrax and Acute Bronchitis Have in Common. American Medical Student Association National Convention, Arlington, VA |
| 5/03 | Keynote Speaker: "eTools for Medicine, Strategic Integrations." ePharma Summit, Baltimore Convention Center, Baltimore, MD |
| 5/06 | Turning Texts into Tools, Point of Care: From Where to Care. Association of American Medical Publishers Annual Meeting. New York, NY |
| 4/09 | The Microbiology and the Treatment of Chronic Lung Infections. Pulmonary Disease in Ataxia-Telangiectasia Conference, Ataxia-Telangiectasia Foundation, Baltimore, MD |
| 10/09 | Case Panel Discussion Panel, Moderator Timothy Raj Ghandi, MD, 47th Meeting Infectious Diseases Society of America, Philadelphia PA |
| 12/09 | Common Questions Regarding Antibiotic Prophylaxis. Pri-Med Annual Conference, Baltimore Convention Center, Baltimore MD |
| 2/10 | Lyme Disease for the Practitioner. Calvert County Medical Society, Prince Frederick, MD |
| 2/10 | Lyme Disease Update: Reality and Politics. Medicine Grand Rounds, Greater Baltimore Medical Center, Towson, MD |
| 4/10 | A Medical Labyrinth: Símon Bolívar. 17th Annual Historical Clinicopathological Conference. University of Maryland School of Medicine and the Veterans Affairs (VA) Maryland Health Care System, Baltimore, MD |
| 8/11 | Common Scenarios in Primary Care: Lyme disease. Pri-Med Annual Conference. Baltimore Convention Center, Baltimore, MD |
| 5/13 | Tickborne infections in Maryland. Grand Rounds, Greater Baltimore Medical Center, Towson MD. |
| 7/13 | Ectoparasites. National Security Agency, Medical Systems, Fort Meade, MD. |
| 1/14 | Tick-borne Diseases in the Mid-Atlantic: Beyond Lyme disease. Lankenau Hospital Medical Grand Rounds, Wynnewood, PA. |
| 5/14 | Antibiotics: 20th Century Miracle in Crisis. Calvert County Medical Society. Prince Frederick, MD. |
| 6/14 | Lyme disease. Medical Grand Rounds, National Security Agency, Medical Systems, Fort Meade, MD. |
| 8/14 | Lyme disease. 19th Annual Comprehensive Infectious Diseases Board Review Course 2014. Bethesda, Maryland |

| | |
|---|---|
| 11/14 | Lyme disease. 29th Annual Infectious Diseases in Children. New York City, NY |
| 2/15 | Fever of Unknown Origin in a 50-Year-old Man Returning From a New Hampshire Camp. Medical Grand Rounds. Union Memorial Hospital. Baltimore, Maryland. |
| 8/15 | Lyme disease. 20th Annual Comprehensive Infectious Diseases Board Review Course 2015. Bethesda, Maryland |
| 10/15 | Non-Microbial Biomarkers of Infection for In Vitro Diagnostic Device Use Workshop. Food and Drug Administration, Silver Spring, MD. |
| 12/15 | Antibiotics: 20th Century Miracle at Risk.  Saudi Aramco Healthcare, Dhahran, Saudi Arabia. |
| 4/16 | Fever of Unknown Origin. Medical Grand Rounds, St. Joseph's Medical Center, University of Maryland, Towson, MD. |
| 11/20 | Remdesivir: Is it an Effective COVID-19 Therapeutic? COVID-19 Grand Rounds. Division of Infectious Diseases. https://main.ccghe.net/sites/default/files/assets/zoom_0_0.mp4 |
| 03/23 | Prospects for Lyme disease Vaccine (Keynote speaker). 12th Annual Tick Summit, Patuxent Wildlife Refuge, Laurel MD. |

*National*

| | |
|---|---|
| 4/02 | Update in the Respiratory Infections and the Implications of Antibiotic Resistance. Annual Meeting for the Tennessee Osteopathic Association (TOMA), Kingsport, TN |
| 4/02 | Community-Acquired Pneumonia and Clinical Guidelines. Annual Meeting for the Tennessee Osteopathic Association (TOMA), Kingsport, TN |
| 5/02 | Prudent Use of Antibiotics in Respiratory Infections. NPACE/National Women's Healthcare Conference, Alliance for the Prudent Use of Antibiotics (APUA), Newport, RI |
| 5/02 | Management of Respiratory Infections.  NPACE/National Women's Healthcare Conference, Alliance for the Prudent Use of Antibiotics (APUA), Newport, RI |
| 5/02 | Trends in the Management of Respiratory Infections. Family Medicine Grand Rounds, University of Nebraska, Omaha, NE |
| 10/02 | Clinical Management of Infectious Diseases Panel, Moderator Merle Sande, M.D. 40th Meeting of the Infectious Diseases Society of America, Chicago, IL |
| 10/07 | Images in Infectious Diseases and Case Discussion Panel, Moderator Timothy Raj Ghandi, MD, 45th Meeting Infectious Diseases Society of America, San Diego, CA |
| 5/03 | Post Anthrax-Ciprofloxacin Resistance and Other Emerging Resistant Bacterial Organisms. 31st Annual Convention of the American Academy of Physician Assistants, New Orleans, LA |
| 11/04 | Clinical Management of Infectious Diseases Panel, Moderator Merle Sande, M.D., 42nd Meeting Infectious Diseases Society of America, Boston, MA |
| 10/07 | Treatment of Lyme Disease: The IDSA Perspective. Lyme and Other Tick-borne Diseases Conference, ILADS, Boston, MA |
| 10/10 | Ask the Experts. Pri-Med Annual Conference. Baltimore Convention Center, Baltimore, MD |
| 11/10 | Electronic Decision Support at the Point of Care: Integrating Content for a Low Resource Setting. Annual Meeting of the American Public Health Association, Denver, CO |
| 4/12 | Bullying Borrelia. NIAID Grand Rounds, NIH, Bethesda, MD. Intimate Pets: Scabies, Bedbugs, Lice and Other Creatures, Infectious Disease Society of Ohio, Ohio State University, Columbus OH |
| 4/12 | Perils and Pitfalls in Clinical Infectious Diseases, IDSA Annual Fellows Conference, Naples FL. |
| 5/12 | Chronic Lyme disease: Peril to Public Health. Massachusetts Society of Infectious Diseases, Boston MA. |
| 4/13 | How to Stay Happy in Infectious Diseases, IDSA Annual Fellows Conference, Ft Lauderdale FL. |
| 12/13 | Lyme disease: Essentials and Avoiding Pitfalls. Tick-borne Disease Symposium. University of Florida, Gainesville FL. |
| 2/14 | Lyme disease in the US Southeast.  Southeastern Research Center for Excellence on Emerging Infections and Biodefense Conference. Duke University, Durham, North Carolina. |
| 6/16 | Lyme disease Update 2016. Microbe-ASM, Boston, MA |

28

| | |
|---|---|
| 6/16 | Lyme disease: a Look at Alternative Diagnostics and Therapeutics, Microbe-ASM, Boston, MA |
| 2/17 | Infectious Mononucleosis and Similar Syndromes. Medical Grand Rounds, Main Line Health, Lankenau Hospital, Wynnewood, PA. |
| 4/17 | Avoiding Perils and Pitfalls in ID Clinical Practice. IDSA Clinical Fellows Meeting, Hilton Head SC. |
| 5/17 | Harry E. Dascomb Visiting Professor, Louisiana State University Health Sciences Center, New Orleans, LA. Lyme Disease: Facts and Fictions |
| 12/17 | Lyme disease Prevention, Diagnosis and Treatment. Tick-borne Disease Working Group, Advisory Committee. U.S. Department of Health & Human Services, Washington, D.C |
| 5/18 | What I have learned in Washington DC, Antimicrobial Resistance and the future of ID. University of Pittsburgh Infectious Diseases Grand Rounds, Pittsburgh PA. |
| 7/18 | Cutibacterium acnes and Shoulder Infections, Anaerobe 2018, 14th Biennial Congress, Anaerobic Society of American, Las Vegas, NV. |
| 10/18 | Where are the AMR Experts? World Antimicrobial Resistance Congress 2018, Washington, D.C. |
| 5/19 | Cutibacterium and Shoulder Prosthesis Infections: the Diagnostic Dilemmas. Infectious Diseases Association of California Spring Symposium, Santa Ana, CA. |
| 6/19 | Cutibacterium (ex. Proprionibacterium) acnes and Joint Infections. ASM Microbe, San Francisco, CA. |
| 5/20 | COVID-19 Therapeutics. Plenary session. Society for Academic Emergency Medicine, National Annual (virtual Meeting). |
| 10/20 | What's Hot in Clinical ID? IDWeek 2020 (virtual national meeting) |
| | Lyme disease: Cases and the new Guidelines. IDWeek 2020 (virtual national meeting) |
| 07/21 | Pandemic, Variants and Vaccines: COVID-19. Kentucky COVID-19 Task Force, University of Louisville, KY (virtual). |
| 9/21 | Variants and the Pandemic. Department of Medicine Grand Rounds, Louisville, KY. |
| 10/21 | Lakenau Medical Center, Department of Medicine Grand Rounds. Lyme disease Update. Lankenau, PA. |
| 3/22 | COVID-19 Therapeutics. North American Society of Obstetric Medicine (virtual). |
| 3/22 | Challenging Issues in Lyme Disease. Upstate Medical Center, Grand Rounds Division of Infectious Diseases, Syracuse, NY |
| 02/23 | Monkeypox. Broward Health Center Medical Grand Rounds. Miami, FL |
| 12/23 | Can We Do Better at Preventing Vector—borne Diseases? Visiting Professor, Department of Medicine Grand Rounds, University of Utah, Salt Lake City, Utah. |

*International*

| | |
|---|---|
| 10/99 | Malaria Update. The First Yemeni-American Medical Conference, US State Department, Sanaa, Yemen |
| 10/99 | The Problem of Antimicrobial Resistance and the Pneumococcus. The First Yemeni-American Medical Conference, US State Department, Sanaa, Yemen |
| 11/00 | Controversies in Diagnosis and Management of Pneumonia. The Pulmonology Society of Puerto Rico, San Juan, PR |
| 11/03 | New Pulmonary Pathogens. 6th Annual Convention of the Puerto Rican Society of Pulmonology, University of Puerto Rico School of Medicine, Rio Grande, PR |
| 10/06 | Are Antibiotics Indicated for the Persistent Symptoms in Lyme Disease? 44th Meeting Infectious Diseases Society of America, Toronto, Canada |
| 11/09 | Pandemic H1N1 2009. Medicine Grand Rounds, The Eric Williams Medical School, University of the West Indies, Port of Spain, Trinidad |
| 9/11 | Challenges in the acceptance and adoption of new diagnostic tests. EU-US Workshop TATFAR: Challenges and Solutions in the development of New Diagnostic Tests to Combat Antimicrobial Resistance. Place Madou, Brussels, Belgium. |
| 3/18 | Strengthening Partnerships, Transatlantic Taskforce on Antimicrobial Resistance (TATFAR), |

29

|      |                                                                                                                                                                                                                                                          |
|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|      | CDC, Atlanta GA.                                                                                                                                                                                                                                          |
| 4/18 | Key Messages from the Lyme disease Guideline Update. 28th European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), Madrid, Spain.                                                                                                    |
| 5/18 | Infectious Diseases Priorities and Global Impact, Plenary address for 92nd Annual Meeting of the Japanese Association of Infectious Diseases, 66th Annual Meeting of the Japanese Society of Chemotherapy; Okayama Japan                                |
| 7/18 | Infectious diseases Priorities. The First International Conference on Infectious Disease and Clinical Microbiology, 18th National Congress of Infectious Diseases, Beijing, China Plenary address: Lyme disease and Emerging Tick-borne Infections. The First International Conference on Infectious Disease and Clinical Microbiology, 18th National Congress of Infectious Diseases, Beijing, China |
| 8/21 | COVID-19 Therapeutics, India, USAID RISE seminar series - Session 4: COVID-19                                                                                                                                                                             |

Community Services

Club Physician: Caves Valley Golf Club, Owings Mills, Maryland
Volunteer: Boy Scouts of America, Maryland Advisory Council Committee; Troop 711, Lutherville, MD
Troop Eagle Scout Coach

30

Wolking, et al. v.
Lindner, et al.

**Exhibit-3**

P. Sweeney 6/13/24

exhibitsticker.com

Paul G. Auwaerter (generated from memory)

Trial appearances:

2023:

Peter Smith, Maine [Plaintiff]

McCarthy, Maine [Defense]


Depositions:

2023:

       Foutch, Oklahoma [Defense]

       Brown, Illinois [Defense]

Wolking, et al. v.
Lindner, et al.

**Exhibit-4**

P. Sweeney 6/13/24



# Paul G. Auwaerter, M.D.

*Infectious Diseases Consultant*

**Conor Lamb, Esquire**

Kline & Specter, PC
1525 Locust Street                                        24 April 2024
Philadelphia, Pennsylvania 19102

*Re: Stacey Wolking*

Dear Mr. Lamb:

Upon your request, I have reviewed the records relative to the above-captioned matter and submit this report to express my opinions from an infectious disease perspective.  My fees are $600/hour for reviewing records, making conference calls, and generating expert reports.  I have been paid $5148 to date,

I am a board-certified physician in infectious disease at the Johns Hopkins Hospital and Health System.  I serve as the Clinical Director of the Division of Infectious Diseases, Department of Medicine, at Johns Hopkins University School of Medicine and hold an endowed chair, the Sherrilyn and Ken Fisher Professor of Medicine.  I am also the chief medical officer at the Point of Care Information Technology Center at Johns Hopkins University School of Medicine and the editor-in-chief of the Johns Hopkins Antibiotic Guide. I received my undergraduate *A.B.* degree in biology from Columbia University in New York. I also obtained my medical degree from the College of Physicians and Surgeons, Columbia University.  My internal medicine residency training was accomplished at Johns Hopkins Hospital, and infectious diseases fellowship through the Johns Hopkins University School of Medicine in Baltimore, Maryland.  I have attached my *curriculum vitae*, which I have incorporated herein.  It contains additional information and details regarding my educational background, training, experience, affiliations, and publications.

I routinely evaluate patients with tickborne disease and chronic syndromic illnesses.  I served as an author of the *Infectious Diseases Society of America 2020 Guideline on the Diagnosis and Management of Babesiosis*. This guideline outlines the essentials to facilitate clinical decisions for diagnosing and treating the tickborne parasite babesia. The guideline

Post Office Box 1146                    410-978-2108                    pauwaert@gmail.com
Brooklandville, MD 21022               Fax: 410-296-3520

is based on a rigorous review of the best available scientific evidence and is meant to improve patient outcomes.

I focused my review on the care rendered to Stacey Walking when she was under the treatment of Dr. Henry Lindner from 2013 to 2022. My review and opinions are based on the following documents and information related to Ms. Wolking's care, provided to me by your office

1. Medical Records:
   a. Henry Lindner, MD (Lindner Chart 1-607.pdf)
   b. Images of pill bottles
   c. Pharmacy records
   d. Encompass Rehabilitation
   e. Loudoun Hospital (INOVA)
2. Henry H. Lindner's "About Me"
3. PowerPoint slide decks by Dr. Lindner
4. Medical Literature provided by Dr. Lindner
5. Case reports by Dr. Lindner
6. *Treatment of Chronic Babesiosis* authored by Dr. Linder and given to Ms. Wolking
7. Deposition of Courtney Young
8. Deposition of Brian Bryk
9. Deposition of Henry Lindner

**Brief Summary:**

Stacey Wolking was under the care of Dr. Henry Lindner first in 2013 for complaints of hot flashes, sweats and "cortisol deficiency." The focus of recommendations and treatments was on hormone replacement therapy, including pharmacy compounded products. This strategy was employed for subsequent years.

Office notes from June 30, 2020, and September 29. 2020 notes her symptoms as including getting more upset with stress, hair loss, extreme fatigue, migraines, heart pounding, insomnia, headaches, excessive sweating, general achiness and stiffness. These symptoms were diagnosed as a symptomatic menopausal state and treated with prescriptions of progesterone, testosterone, estradiol and also DHEA.

Her subsequent encounter on June 25, 2021, notes marked fatigue, nausea, abdominal discomfort, marked stiffness/achiness, weight gain, brain fog, constant headache, tinnitus, flushing, excessive sweating, leg vibrations, left ankle/foot swelling (since Sept '20) and urinary incontinence, although sleep was better. Treatment with hormones continues; however, Dr. Lindner notes a history of tick bites thirteen years earlier in 2008, treated with antimicrobials with improvement in

2

2018, but without resolution and worsening over the last three years.  He suspects infection with *Babesia odocoilei.* Atovaquone 750 mg/5mL suspension is prescribed twice daily # 210, RF x 1 called into Harris (Teeter) and testing at IGeneX is recommended.

An email from Dr. Lindner to Ms. Wolking (8/6/21) states that she clearly has a babesial infection. On 8/17/21, he ordered tafenoquine 150 mg #4 for a single dose. On 10/4/21, Dr. Lindner ordered azithromycin.  A note from 1/17/22 states her symptoms are most certainly due to *B. odocoilei* and that she is "herxing" in response to atovaquone, azithromycin and tafenoquine.   She is also prescribed ivermectin and is noted to have skin findings consistent with Bartonella.  During her May 13, 2022, phone call, she notes increased fatigue, brain fog, shortness of breath, dark urine, headache, tinnitus, liver and armpit pain, itchy legs, itch feelings, and trouble sleeping.  Dosings of hydrocortisone to treat the inflammation of dying babesia are changed to prednisone along with Arte-M (for babesia) and rifabutin for Babesia and Bartonella.  The initial prednisone dosing (based on his daughter's schedule) is 15.75 mg per day divided into 12 variable dosings, and she is also given a schedule for 59.25 mg spread out over 12 dosings per day.  Ms. Wolking's email of 5/21/22 indicates she took 88 mg on a Thursday and felt horrible most of the day.  June 2022 emails indicate she has taken prednisone in the 40 mg range.


She continued taking prednisone in August, including 8/13/22 notes that she had just taken 190 mg of prednisone that day.  On 8/21/22, Stacy's husband, Daryl, wrote Dr. Lindern to state that she feels like she is dying, "laying here wasting away."  High dosings of dexamethasone were taken, e.g., Sunday equaled 148 mg of prednisone-equivalent divided over 11 doses that day.  During September, corticosteroid dosing continued, including prednisone and hydrocortisone combinations, as Dr. Lindner recommended.  On 9/25/22, Ms. Wolking reported taking 775 mg yesterday.  Dr. Lindner's deposition states that dosings were as high as 1526 mg prednisone equivalents [9/29/22] and 1848 mg dose equivalents [10/3/22] to control "herxing."

In October, Ms. Wolking presented to the hospital with one week of abdominal pain. In the OR on 10/8/22, she was found to have a pneumoperitoneum, which required surgical resection of small bowel perforation, requiring an ostomy. Blood cultures revealed polymicrobial bacteremia.

Prescriptions by Dr. Lindner and filled for corticosteroids include:
    Tunkhannock Compounding Center
        8/8/22:      Prednisone 10 mg #500
        8/16/22:    Dexamethasone 4 mg #200
        9/27/22:    Dexamethasone 4 mg #100 (#300 original Rx)
        10/4/22:    Dexamethasone 4mg #200

3

Other pharmacies

| | | |
|---|---|---|
| 8/7/22: | Prednisone 5 mg #120 | |
| 8/13/22: | Dexamethaxone 4 mg #120 | |
| 8/30/22: | Prednisone 1 mg # 180 | |
| 9/26/22: | Dexamethasone 4 mg #120 | |
| 10/5/22: | Dexamethasone 4 mg #30 | |

**Opinions:**

Stacy Wolking suffered from long-standing symptoms of fatigue, hot flashes and sweats that were judged to worsen in 2021 to include other symptoms, including brain fog, headaches and weight gain. These nonspecific complaints prompted Dr. Lindner to diagnose clinically, without laboratory confirmation or compatible clinical symptoms, a chronic Babesia infection with a hitherto unrecognized agent of human disease, *Babesia odocoilei*. She was prescribed a variety of antimicrobial agents that failed to improve her condition substantially, and Dr. Lindner then added corticosteroid therapy to staunch suspected inflammation from what he believed to be organism die-off. Dr. Lindner's treatment of Ms. Wolking in August through October 2022 witnessed massive doses of corticosteroids (prednisone and dexamethasone).

Based on her nonspecific clinical symptoms and laboratory testing, Ms. Wolking had no evidence of babesial infection to account for her symptoms. Babesial infection can be subclinical or cause fever and chills, which were not mentioned during her care. Moreover, significant infection causes hemolytic anemia, often accompanied by abnormalities in white blood cells, platelet counts, and liver function tests—none of which she had as evidence to support the diagnosis before starting therapy. Even so, if Ms. Wolking had symptomatic babesial infection, treatment in non-immunocompromised patients is 7 to 10 days of antimicrobial therapy with atovaquone plus azithromycin as the first line—not the polypharmacy and long-term therapy employed by Dr. Lindner.

Specifically, persistent babesial infection strikes immunosuppressed patients, which was not a condition Ms. Wolking suffered in 2021. Moreover, the organism implicated, *Babesia odocoilei*, is a tick-transmitted infection of deer and had not been previously reported in humans. Given its wide prevalence in deer populations, it is notable that it has not caused human disease, which is typical of many babesia species that remain oriented to a specific animal host. Besides a report by Scott 2021 [Diagn 2021 Jun 11(6):947] of two possible patients (including the first author) with this organism, no other laboratory has corroborated this finding.

Her symptoms fell into a syndromic complex, exacerbated by the side effects of prescribed antimicrobials, including atovaquone, azithromycin, artemether, rifabutin and tafenoquine. Dr. Lindner then added the corticosteroid dosings starting in May

4

2022 but increasing to extraordinarily high levels in August, September and October. It is my opinion, to a reasonable degree of medical certainty, that these steroids caused her bowel perforation. Dr. Lindner's approach of using nonspecific symptoms without supporting laboratory evidence via email and phone consultations to diagnose a chronic, novel infection falls substantially far from reasonable medical care.

While Ms. Wolking had no infectious illness, hypothetically, if she were suffering from babesiosis, corticosteroids are contraindicated as they suppress the immune system and make infection more difficult to eradicate or worsen the illness. They have no role in the primary treatment of acute or persistent babesiosis. As an example, Micromedex®, a standard reference tool used by clinicians, including pharmacists, lists six drugs with evidence of efficacy for babesiosis: atovaquone, azithromycin, clindamycin hydrochloride, clindamycin palmitate hydrochloride, clindamycin phosphate and quinine sulfate. There is no mention of corticosteroid therapy. As a general principle that is common knowledge among medical students, clinicians, nurses and pharmacists, corticosteroids at high and prolonged doses are not used to treat any infection, whether it be bacterial, fungal, viral or parasitic.

In summary, Ms. Wolking suffered iatrogenic complications brought on by Dr. Lindner treating a factitious illness and prescribing outrageous quantities of prednisone and dexamethasone. While Dr. Lindner prescribed long-term and various antimicrobials that were without merit, they may have contributed to some of her somatic symptoms but did not directly lead to severe consequences leading to her hospitalization.

I hold these opinions to a reasonable degree of medical certainty. Should any additional records or information become available, I reserve the right to update my opinions.

Respectfully submitted,

Paul G. Auwaerter, M.D.

 **INOVA**™

LOUDOUN HOSPITAL
44045 Riverside Parkway
Leesburg VA 20176-5101
ROI Abstract Inpatient

Wolking, Stacey Underhill
MRN: 04331119, DOB: 9/26/1962, Sex: F
Adm: 10/7/2022, D/C: 10/24/2022

## Microbiology - All Results (continued)

### Culture, Anaerobic Bacteria [797186085] (continued)

Resulted: 10/11/22 1113, Result status: Final result

Culture, Anaerobic Bacteria      FINAL      10/11/22 11:13   +
10/11/22   Growth of Bacteroides fragilis

> Antibiotic susceptibility testing for anaerobic bacteria is not
> routinely performed. Please contact the laboratory to request
> sendout testing if necessary for patient care.

Wolking, et al. v.
Lindner, et al.

**Exhibit-5**

P. Sweeney 6/13/24

### Culture Blood Aerobic and Anaerobic [797050588]

Resulted: 10/13/22 1411, Result status: Final result

Ordering provider: Potluri, Jagadish, MD  10/07/22 1354      Resulting lab: INOVA CENTRAL LAB
Narrative:
22715 called Micro Results of Poss BC. Results read back by:22568, by 22715
on 10/09/2022 at 00:44
ORDER#: F40709205                ORDERED BY: POTLURI, JAGADI
SOURCE: Blood, Venipuncture Peripheral, Right AC    COLLECTED:  10/07/22 14:16
ANTIBIOTICS AT COLL.:                RECEIVED :  10/07/22 18:55
22715 called Micro Results of Poss BC. Results read back by:22568, by 22715 on 10/09/2022 at 00:44
Culture Blood Aerobic and Anaerobic      FINAL      10/13/22 14:11   +
10/09/22   Anaerobic Blood Culture Positive in 24 to 48 hours
           Gram Stain Shows: Gram negative rods
10/13/22   Aerobic Blood Culture No Growth
10/10/22   Growth of Bacteroides fragilis

> Antibiotic susceptibility testing for anaerobic bacteria is not
> routinely performed. Please contact the laboratory to request
> sendout testing if necessary for patient care.

### Culture Blood Aerobic and Anaerobic [797050589]

Resulted: 10/13/22 1411, Result status: Final result

Ordering provider: Potluri, Jagadish, MD  10/07/22 1354      Resulting lab: INOVA CENTRAL LAB
Narrative:
22715 called Micro Results of Poss BC. Results read back by: 43863, by 22715
on 10/09/2022 at 03:35
ORDER#: F40709206                ORDERED BY: POTLURI, JAGADI
SOURCE: Blood, Venipuncture Peripheral, Left AC    COLLECTED:  10/07/22 14:16
ANTIBIOTICS AT COLL.:                RECEIVED :  10/07/22 18:55
22715 called Micro Results of Poss BC. Results read back by: 43863, by 22715 on 10/09/2022 at 03:35
Culture Blood Aerobic and Anaerobic      FINAL      10/13/22 14:11   +
10/09/22   Anaerobic Blood Culture Positive in 24 to 48 hours
           Gram Stain Shows: Gram negative rods
10/13/22   Aerobic Blood Culture No Growth
10/10/22   Growth of Bacteroides fragilis

> Antibiotic susceptibility testing for anaerobic bacteria is not
> routinely performed. Please contact the laboratory to request
> sendout testing if necessary for patient care.

P6-000127

CURRICULUM VITAE
The Johns Hopkins University School of Medicine

_____                         April 22, 2024
Paul Gisbert Auwaerter, MD, MBA, FIDSA                          Date

## DEMOGRAPHIC AND PERSONAL INFORMATION

Current appointments University and Hospital

| | |
|---|---|
| 02/03-present | Chief Medical Officer, Point of Care-Information Technology Center (POC-IT), Healthcare Solutions, Johns Hopkins University School of Medicine |
| 07/06-present | Clinical Director, Division of Infectious Diseases, Department of Medicine, Johns Hopkins University School of Medicine |
| 05/13-present | Sherrilyn and Ken Fisher Professor of Medicine, Sherrilyn and Ken Fisher Professor of Medicine, Divisions of Infectious Diseases and General Internal Medicine, Johns Hopkins University School of Medicine |
| 01/17-present | Editor-in-Chief, Johns Hopkins Antibiotic (ABX) Guide |
| Current | Attending Physician, Medicine, Johns Hopkins Hospital and Clinics |
| | Attending Physician, Pediatrics, Part-time, Johns Hopkins Hospital and Clinics |
| 03/20-present | Johns Hopkins Medical Institutions COVID-19 Therapeutics Guidance Committee, Chair |

Personal Data
Business Address

> Division of Infectious Diseases
> Department of Medicine
> 725 N. Wolfe Street, Suite 231
> Baltimore, MD 21205
> Tel: 410-502-6938
> Fax: 410-502-7029
> E-mail: pauwaert@jhmi.edu

Practice Locations

> Johns Hopkins Hospital
> 600 North Wolfe Street
> Baltimore, MD 21287

> Bayview Medical Center
> 49940 Eastern Avenue
> Baltimore, MD 21224

> 10751Falls Road, #412
> Lutherville, MD 21093
> Tel: 410-583-2900
> Fax: 410-583-2654

Education and Training
Undergraduate

| | |
|---|---|
| 05/84 | A.B., Biology, *magna cum laude*, Columbia College, Columbia University, New York, NY |

Doctoral/graduate
05/88          M.D., College of Physicians and Surgeons, Columbia University, New York, NY

Postdoctoral
07/88-06/89    Intern, Internal Medicine, Johns Hopkins Hospital, Baltimore, MD
07/89-06/91    Residency, Internal Medicine, Johns Hopkins Hospital, Baltimore, MD
07/92-06/96    Fellow, Infectious Diseases, Johns Hopkins University School of Medicine, Baltimore, MD
05/03          M.B.A., Johns Hopkins University School of Professional Studies in Business and Education, Baltimore, MD

Professional Experience and other activities
07/91-06/92    Assistant Chief of Service, Instructor, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD
07/93-06/96    Attending Physician, Part-time staff, Department of Emergency Medicine, Sinai Hospital, Baltimore, MD
07/96-05/03    Assistant Professor, Medicine, Divisions of General Internal Medicine and Infectious Diseases, Johns Hopkins University School of Medicine, Hopkins University School of Medicine, Baltimore, MD
07/00-08/06     Director of General Internal Medicine at Green Spring Station, Johns Hopkins School University of Medicine, Baltimore, MD
01/02-12/16    Managing Editor, Johns Hopkins Antibiotic Guide, Baltimore, Maryland
05/03-05/13     Associate Professor, Medicine, Divisions of Infectious Diseases and General Internal Medicine, Johns Hopkins University School of Medicine, Baltimore, MD
07/06-present  Clinical Director, Division of Infectious Diseases, Johns Hopkins University School of Medicine, Baltimore, MD
12/11-present  Director, Sherrilyn and Ken Fisher Center for Environmental Infectious Diseases, Department of Medicine, Division of Infection Diseases, Johns Hopkins University School of Medicine, Baltimore, MD
2012, 2017     Member, Ad hoc member, Scientific Review Committee, Intramural Programs, NIAID, NIH
2018-present   Board of Directors, American Lyme Disease Foundation
2021-2022      DSMB, Humanigen. Lenizulumab for Severe or Critical COVID-19
2022           Member, CDC Study Section, CK22-005: Vector-borne Disease Regional Centers of Excellence
2023-present   Board of Directors, Capricor Therapeutics, Inc. San Diego, CA

PUBLICATIONS

Original Research [OR]
1. Gaydos CA, Eiden JJ, Oldach D, Mundy LM, **Auwaerter PG**, Warner ML, Vance E, Burton AA, Quinn TC. Diagnosis of *Chlamydia pneumonia* in patients with community-acquired pneumonia by polymerase chain reaction enzyme immunoassay. Clinical Infectious Diseases. 1994; 19(1): 157-161.
2. Mundy LM, **Auwaerter PG**, Oldach D, Warner ML, Burton A, Vance E, Gaydos CA, Joseph JM, Gopalan R, Moore RD, Quinn TC, Charache P, Bartlett JG. Community-acquired pneumonia: impact of immune status. American Journal of Respiratory and Critical Care Medicine. 1995; 152(4 Part 1): 1309-1315.
3. Fantry L, De Jonge E, **Auwaerter PG**, Lederman HM. Immunodeficiency and elevated CD4 T lymphocyte counts in two patients coinfected with human immunodeficiency virus and human lymphotropic virus type I. Clinical Infectious Diseases. 1995; 21(6):1466-1468.
4. **Auwaerter PG**, Oldach D, Mundy LN, Burton A, Warner ML, Vance E, Moore RD, Rossi CA. Hantavirus serologies in patients hospitalized with community-acquired pneumonia. Journal of Infectious Diseases. 1996; 173(1): 237-239.
5. **Auwaerter PG**, Hussey GD, Goddard EA, Hughes J, Ryon JJ, Stebel PM, Beatty D, Griffin DE. Changes within T cell receptor V beta subsets in infants following measles vaccination. Clinical Immunology and Immunopathology. 1996; 79(2):163-170.
6. **Auwaerter PG**, Kaneshima H, McCune JM, Wiegand G, Griffin DE. Measles virus infection of the thymic epithelium in the SCID-hu mouse leads to thymocyte apoptosis. Journal of Virology.1996; 70(6): 3734-3740.
7. Mundy LM, Oldach D, **Auwaerter PG**, Gaydos CA, Moore RD, Bartlett JG, Quinn TC. Implications for

macrolide treatment in community-acquired pneumonia. Chest. 1998; 113(5): 1201-1208.

8. Valsamakis A, Schneider H, **Auwaerter PG**, Kaneshima H, Billeter MA, Griffin DE. Recombinant measles viruses with mutations in the C, V, or F gene have altered growth phenotypes in vivo. Journal of Virology. 1008; 72(10):7754-7761.

9. Polack, FP, **Auwaerter PG**, Lee SH, Nousairi HC, Valsamakis A, Lieferman KM, Diwan A, Adams RJ, Griffin DE. Production of atypical measles in rhesus macaques: evidence for disease mediated by immune complex formation and eosinophils in the presence of fusion-inhibiting antibody. Nature Medicine. 1999; 5(6):629-34.

10. **Auwaerter PG**, Rota PA, Elkins WR, Adams RJ, DeLozier T, Shi Y, Bellini WJ, Murphy BR, Griffin DE. Measles virus infection in rhesus macaques: altered immune responses and comparison of the virulence of six different virus strains. Journal of Infectious Diseases. 1999; 180(4):950-958.

11. Valsamakis A, **Auwaerter PG**, Rima Bert, Kaneshima H, Griffin DE. Altered Virulence of Vaccine Strains of Measles Virus after Prolonged Replication in Human Tissue. Journal of Virology, October; 73 (10):8791-7, 1999.

12. Alghaferi MY, Anderson JM, Park J, **Auwaerter PG**, Aucott JN, Norris DE, Dumler JS. Borrelia burgdorferi ospC heterogeneity among human and murine isolates from a defined region of northern Maryland and southern Pennsylvania: lack of correlation with invasive and noninvasive genotypes. Journal of Clinical Microbiology. 2005; 43(4):1879-84.

13. Yang S, Lin S, Khalil A, Gaydos C, Nuermberger E, Juan G, Hardick J, Bartlett JG, **Auwaerter PG**, Rothman RE. Quantitative PCR assay using sputum samples for rapid diagnosis of pneumococcal pneumonia in adult emergency department patients. Journal of Clinical Microbiology. 2005; 43(7):3221-6

14. Coulter P, Lema C, Flayhart D, Linhardt AS, Aucott JN, **Auwaerter PG**, Dumler JS. Two-year evaluation of *Borrelia burgdorferi* culture and supplemental tests for definitive diagnosis of Lyme disease. Journal of Clinical Microbiology. 2005; 43(10):5080-5084.

15. Bochicchio GV, Smit PA, Moore R, Bochicchio K, **Auwaerter P**, Johnson SB, Scalea T, Bartlett JG. POC-IT Group. Pilot study of a web-based antibiotic decision management guide. Journal of the American College of Surgeons. 2006; 202(3):459-67.

16. **Auwaerter PG**, Dove J, Mackowiak PA. Simon Bolivar's medical labyrinth: an infectious diseases conundrum. Clinical Infectious Diseases. 2011; 52(1):78-85.

17. Alonso CD, Barclay S, Tao X, **Auwaerter PG**. Increasing incidence of iliopsoas abscesses with MRSA as a predominant pathogen. Journal of Infection. 2011; 63(1):1-7.

18. Barclay SS, Melia MT, **Auwaerter PG**. Misdiagnosis of late Lyme arthritis by inappropriate use of *B. burgdorferi* synovial fluid immunoblot testing. Clinical Vaccinology and Immunology. 2012; 19(11):1806-9.

19. Feng J, Wang T, Shi W, Zhang S, Sullivan D, **Auwaerter PG**, Zhang Y. Identification of novel activity against *Borrelia burgdorferi* persisters using an FDA approved drug library. Emerging Microbes & Infections 2014;3(7), e49.

20. O'Connell E1, Rosen LB, LaRue RW, Fabre V, Melia MT, **Auwaerter PG**, Holland SM, Browne SK. The First US Domestic Report of Disseminated Mycobacterium avium Complex and Anti-Interferon-γ Autoantibodies. J Clin Immunol 2014;34(8):928-32.

21. Lantos PM, **Auwaerter PG**, Wormser GP. A systemic review of Borrelia Burgdorferi morphologic variants does not support a role in chronic Lyme disease. Clinical Infectious Diseases 2014; 58(5):663-71.

22. Lantos PM, Shapiro ED, **Auwaerter PG**, Baker PJ, Halperin JJ, McSweegan E, Wormser GP. Unorthodox alternative therapies marketed to treat Lyme disease. Clinical Infectious Diseases 2015; 60(12):1776-82.

23. Cohen JE, Landis P, Trock BJ, Patel HD, Ball MW, **Auwaerter PG**, Schaeffer E, Carter B. Fluoroquinolone Resistance in the Rectal Carriage of Men in an Active Surveillance Cohort: Longitudinal Analysis. Journal of Urology 2015 Feb;193(2):552-6.

24. Feng J, **Auwaerter PG**, Zhang Y. Drug combinations against *Borrelia burgdorferi* persisters achieved by using daptomycin, cefoperazone and doxycycline. PLoS One 2015; 10(3):e0117207.

25. Lantos PM, Branda JA, Boggan JC, Chudgar SM, Wilson EA, Ruffin F, Fowler V, **Auwaerter PG**, Nigrovic LE. Poor Positive Predictive Value of Lyme Disease Serologic Testing in an Area of Low Disease Incidence. Clin Infect Dis. 2015 Jul 20. pii: civ584.

26. Lantos PM, Nigrovic LE, **Auwaerter PG**, Fowler VG Jr, Ruffin F, Brinkerhoff RJ, Reber J, Williams C, Broyhill J, Pan WK, Gaines DN. Geographic Expansion of Lyme Disease in the Southeastern United States, 2000-2014. Open Forum Infect Dis. 2015 Sep 27;2(4):ofv143.

27. Lantos PM, Branda JA, Boggan JC, Chudgar SM, Wilson EA, Ruffin F, Fowler V, **Auwaerter PG**, Nigrovic LE. Poor Positive Predictive Value of Lyme Disease Serologic Testing in an Area of Low Disease Incidence. Clin

Infect Dis. 2015 Nov 1;61(9):1374-80.

28. Lopez J, Zhong SS, Sankey EW, Swanson EW, Susarla H, Jusue-Torres I, Huang J, Brem H, **Auwaerter PG**, Gordon CR Time Interval Reduction for Delayed Implant-Based Cranioplasty Reconstruction in the Setting of Previous Bone Flap Osteomyelitis. Plast Reconstr Surg. 2016 Feb;137(2):394e-404.

29. Piggott DA, Higgins YM, Melia MT, Ellis B, Carroll KC, McFarland EG, **Auwaerter PG**. Characteristics and Treatment Outcomes of *Propionibacterium acnes* Prosthetic Shoulder Infections in Adults. Open Forum Infect Dis. 2015 Dec 9;3(1):ofv191, eCollection 2016 Jan..

30. Feng J, Shi W, Zhang S, Sullivan D, **Auwaerter PG**, Zhang Y. A Drug Combination Screen Identifies Drugs Active against Amoxicillin-Induced Round Bodies of In Vitro Borrelia burgdorferi Persisters from an FDA Drug Library. Front Microbiol. 2016 May 23;7:74

31. Keller SC, Cosgrove SE, Higgins Y, Piggott DA, Osgood G, **Auwaerter PG.** Role of Suppressive Oral Antibiotics in Orthopedic Hardware Infections for Those Not Undergoing Two-Stage Replacement Surgery. Open Forum Infect Dis. 2016;3(4).

32. Cadavid D, **Auwaerter PG**, Rumbaugh J, Gelderblom H. Antibiotics for the Neurological Complications of Lyme disease. Cochrane Database Syst Rev. 2016 Dec 8;12:CD006978

33. Lantos PM, Tsao J, Nigrovic LE, **Auwaerter PG**, Fowler VG, Ruffin F, Foster E, Hickling G. Geographic Expansion of Lyme Disease in Michigan, 2000-2014. Open Forum Infect Dis. 2017; 4(1).

34. Kobayashi T, Higgins Y, Samuels R, Moaven A, Sanyal A, Yenokyan G, Lantos PM, Melia MT, **Auwaerter** PG. Misdiagnosis of Lyme disease with Unnecessary Antimicrobial Treatment Characterizes Patients Referred to an Academic Infectious Diseases Clinic. Open Forum Infect Dis. Jul 2019;6(7).

35. Kobayashi T, Marra AR, Schweizer ML, Ten Eyck P, Wu C, Alzunitan M, Salinas JL, Siegel M, Farmakiotis D, **Auwaerter PG**, Healy HS, Diekema DJ. Impact of Infectious Disease Consultation in Patients With Candidemia: A Retrospective Study, Systematic Literature Review, and Meta-analysis. Open Forum Infect Dis. 2020 Aug 3;7(9):ofaa270.

36. Ignatius EH, Wang K, Karaba A, Robinson M, Avery RK, Blair P, Chida N, Jain , Petty GB, Siddiqui Z, Melia MT, **Auwaerter PG**, Xu Y, Garibaldi BT. Tocilizumab for the Treatment of COVID-19 Among Hospitalized Patients: A Matched Retrospective Cohort Analysis. Open Forum Infect Dis. 2020 Dec 28;8((1):ofaa598.

37. Andersen KM, Mehta HB, Palamuttam N, Ford D, Garibaldi BT, **Auwaerter PG**, Segal J, Alexander GC. Association Between Chronic Use of Immunosuppressive Drugs and Clinical Outcomes From Coronavirus Disease 20198 (COVID-19) Hospitalization: A Retrospective Cohort Study in a Large US Health System. Clin Infect Dis 2021 Jan 7:ciaa1488

38. Lantos PM, Tsao J, Janko M, Arab A, von Fricken ME, **Auwaerter PG**, Nigrovic LE, Fowler V, Ruffin F, Gaines D, Broyhill J, Swenson J. Environmental Correlates of Lyme Disease Emergence in Southwest Virginia, 2005-2014. J Med Entomol 2021 April 7.

39. Kobayashi T, Salinas JL, Ten Eyck P, Chen B, Ando T, Inagaki K, Alsuhaibani M, **Auwaerter PG**, Molano I, Diekema D. Palliative care consultation in patients with Staphylococcus aureus bacteremia. Palliat Med 2021 Apr35(4):785-792.

40. Kessler R, **Auwaerter P.** Strategies to improve human papillomavirus (HPV) vaccination rates among college students. J Am Coll Health 2021, Sept 1, 1-8.

41. Andersen KM, Mehta HB, Palamuttam N, Ford D, Garibaldi BT, **Auwaerter PG,** Segal J, Alexander GC. Association Between Chronic Use of Immunosuppressive Drugs and Clinical Outcomes From Coronavirus Disease 2019 (COVID-19) Hospitalization: A Retrospective Cohort Study in a Large US Health System. Clin Infect Dis. 2021 Dec 6;73(11):e4124-e4130.

42. Wright WF, Simner PJ, Carroll KC, **Auwaerter PG**. Progress Report: Next-Generation Sequencing (NGS), Multiplex Polymerase Chain Reaction (PCR), and Broad-Range Molecular Assays as Diagnostic Tools for Fever of Unknown Origin (FUO) Investigations in Adults. Clin Infect Dis. 2022 Mar 9;74(5):924-932.

43. Andersen KM, Bates BA, Rashidi ES, Olex AL, Mannon RB, Patel RC, Singh J, Sun J, **Auwaerter PG,** Ng DK, Segal JB, Garibaldi BT, Mehta HB, Alexander GC; National COVID Cohort Collaborative Consortium. Long-term use of immunosuppressive medicines and in-hospital COVID-19 outcomes: a retrospective cohort study using data from the National COVID Cohort Collaborative. Lancet Rheumatol 2022 Jan;4(1):e33-e41.

44. Wright WF, Yenokyan G, Simner PG, Carroll KC, **Auwaerter PG**. Geographic Origin of Infectious Disease Diagnoses Among Patients With Fever of Unknown Origin: A Systematic Review and Meta-analysis. Open Forum Infect Dis 2022 Apr 9;9(5).

45. Kobayashi T, Higgins Y, Melia MT, **Auwaerter PG.** Mistaken Identity: Many Diagnoses are Frequently Misattributed to Lyme Disease. Am J Med 2022 Apr;135(4):503—511.

46. Wright WF, Betz JF, **Auwaerter PG**. Prospective Studies Comparing Structured vs Nonstructed Diagnostic Protocol Evaluations Among Patients with Fever of Unknown Origin: A Systematic Review and Meta-analysis. JAMA New Open 2022 Jun 1;5(6):e221500

47. Wright WF, Yenokyan G, **Auwaerter PG**. Geographic Influence Upon Noninfectious Diseases Accounting for Fever of Unknown Origin: A Systematic Review and Meta-Analysis. Open Forum Infect Dis 2022 Aug 1;9(8):ofac396

48. Jackson AP, Khiew YC, Duffy E, O'Connell J, Brown E, **Auwaerter PG**, Blumenthal RS, Schwartz BS, McEvoy JW. Climate Change and the Prevention of Cardiovascular Disease. Am J Cardiol 2022, Sept 11;12:100391

49. Bloch, EM, Zhu X, Krause, PJ, Patel EU, Grabowski MK, Goel R, **Auwaerter PG**, Tobian AAR. Comparing the Epidemiology and Health Burden of Lyme disease and Babesiosis Hospitalizations in the United States. Open Forum Infect Dis 2022 Nov 8;9(11):ofac5981

50. Wright WF, Wang J, **Auwaerter PG**. Investigator-determined Categories for Fever of Unknown Origin (FUO) Compared with International Classification of Diseases-10 Classification of Illness: A Systematic Review and Meta-analysis with a Proposal for Revised FUO Classification. Open Form Infect Dis 2023 Feb 24;10(3):ofad104.doi 10.1093/ofid/ofad104

51. Gupta I, Purekal S, Shaikh Y, Michtalik HJ, Eid SM, Wortman L, Vaeth ME, Locke CFS, Hoemeke E, Hariharan R, Callahan CD, Ficke JR, Pimenta I, **Auwaerter PG**, Kantsiper ME; CONQUER COVID Consortium; Siddiqui ZK. Feasibility of and Experience with Free State-Funded Telehealth-based Patient Self-referral for COVID-19 Monoclonal Antibody Therapy. Disaster Med Pubic Health Prep 2023 Sept 13:1-15.

52. Haddad NS, Nozick S, Ohanian S, Smith R, Elias S, **Auwaerter PG**, Lee FE, Daiss JL. Circulating antibody-secreting cells are a biomarker for early diagnosis in patients with Lyme disease. PLoS One. 2023 Nov 3;18(11):e0293203

53. Betrains A, Moreel L, Mulders-Manders CM, **Auwaerter PG,** Torné-Cachot J, Witzer F, Terasawa T, Ly KH, Schönau V, Blackmans D, Wright WF, Rovers C, Vanerschueren S. Comparison of diagnostic spectrum between inflammation of unknown origin and fever of unknown origin: A systematic review and meta-analysis. Eur J Intern Med 2024 Mar 1:S0953-6205(24)00077-3

Review Articles [RA]

1. **Auwaerter PG**. Infectious Mononucleosis in Middle Age. JAMA. 1999; 281(5): 454-459.

2. **Auwaerter PG**. Infectious mononucleosis in active patients: definitive answers to common questions. The Physician and Sports Medicine. 2002; 11:43-50.

3. **Auwaerter PG**, Aucott J, Dumler JS. Lyme borreliosis (Lyme disease): molecular and cellular pathobiology and prospects for prevention, diagnosis and treatment. Expert Reviews in Molecular Medicine. 2004; 6(2):1-22.

4. **Auwaerter PG**. Infectious mononucleosis: return to play. Clinics in Sports Medicine. 2004; 23(3):485-97.

5. Karp CL, **Auwaerter PG**. Coinfection with HIV and tropical diseases. I: Protozoal pathogens. Clinical Infectious Diseases. 2007; 45(9):1214-20.

6. Karp CL, **Auwaerter PG**. Coinfection with HIV and tropical infectious diseases. II. Helminthic, fungal, bacterial, and viral pathogens. Clinical Infectious Diseases. 2007; 45(9):1208-13.

7. **Auwaerter PG**. Cellulitis, skin abscesses, and community-acquired methicillin-resistant Staphylococcus aureus. Advanced Studies in Medicine 6 (2):62-70, 2006.

8. **Auwaerter PG**. Recent advances in the understanding of infectious mononucleosis: are prospects improved for treatment or control? Expert Review of Anti-infective Therapy. 2006; 4(6):1039-49

9. Feder HM Jr, Johnson BJ, O'Connell S, Shapiro ED, Steere AC, Wormser GP; Ad Hoc International Lyme

Disease Group, Agger WA, Artsob H, **Auwaerter P**, Dumler JS, Bakken JS, Bockenstedt LK, Green J, Dattwyler RJ, Munoz J, Nadelman RB, Schwartz I, Draper T, McSweegan E, Halperin JJ, Klempner MS, Krause PJ, Mead P, Morshed M, Porwancher R, Radolf JD, Smith RP Jr, Sood S, Weinstein A, Wong SJ, Zemel L. A critical appraisal of "chronic Lyme disease." New England Journal of Medicine. 2007; 357(14):1422-30.

10. McGrath-Morrow SA, Gower WA, Rothblum-Oviatt C, Brody AS, Langston C, Fan LL, Lefton-Greif MA, Crawford TO, Troche M, Sandlund JT, **Auwaerter PG**, Easley B, Loughlin GM, Carroll JL, Lederman HM. Evaluation and management of pulmonary disease in ataxia-telangiectasia. Pediatric Pulmonology. 2010; 45(9):847-59.

11. Lantos PM, **Auwaerter PG**, Nelson CA. Lyme Disease Serology. JAMA. 2016 Apr 26;315(16):1780-1781.

12. Wormser GP, Strle F, Shapiro ED, Dattwyler RJ, **Auwaerter PG**. A critical appraisal of the mild axonal peripheral neuropathy of late neurologic Lyme disease. Diagn Microbiol Infect Dis. 2017 Feb;87(2):163-167. doi: 10.1016/j.diagmicrobio.2016.11.003. Review.

13. Al-Tawfiq JA, **Auwaerter, PG**. Healthcare-associated infections: The hallmark of Middle East Respiratory Syndrome Coronavirus (MERS-CoV) with review of the literature. J Hosp Infect. 2019;101(1):20-29.

14. Bloch EM, Shoham S, Casadevall A, Sachais BS, Shaz B, Winters JL, van Buskirk C, Grossman BJ, Joyner M, Henderson JP, Pekosz A, Lau B, Wesolowski A, Katz L, Shan H, **Auwaerter** PG, Thomas D, Sullivan DJ, Paneth N, Gehrie E, Spitalnik S, Hod E, Pollack L, Nicholson WT, Pirofski LA, Bailey JA, Tobian AA. Deployment of Convalescent Serum for the Prevention and Treatment of COVID-19. J Clin Invest. 2020 Apr 7. pii: 138745. doi: 10.1172/JCI138745. [Epub ahead of print]

15. Wright WF, **Auwaerter PG**. Fever and Fever of Unknown Origin: Review, Recent Advances, and Lingering Dogma. Open Forum Infect Dis; 7(5), May 2020.

16. Wright WF, **Auwaerter PG**, Dibble EH, Rowe SP, Mackowiak PA. Imaging a Fever - Redefining the role of 18FDG-PET/CT in FUO Investigations. Clin Infect Dis. 2020 Aug 23.

17. Wormser GP, Strle F, Shapiro ED, **Auwaerter PG**. Comparison of the clinical practice guidelines for Lyme disease from the Infectious Diseases Society of America: 2000, 2006, and 2020. Diagn Microbiol Infect Dis. 2021 Oct;101(2):115446.

18. **Auwaerter PG**, Kobayashi T, Wormser GP. Guidelines for Lyme Disease Are Updated. Am J Med. 2021 Nov;134(11):1314-1316.

19. Wright WF, Simner PJ, Carroll KC, **Auwaerter PG**. Progress Report: Next-Generation Sequencing (NGS), Multiplex Polymerase Chain Reaction (PCR), and Broad-Range Molecular Assays as Diagnostic Tools for Fever of Unknown Origin (FUO) Investigations in Adults. Clin Infect Dis. 2022 Mar 9;74(5):924-932.

20. Kobayashi T, **Auwaerter PG**. Diagnostic Testing for Lyme disease. Infect Dis Clin North Am 2022 Sep;36(3):605-620.

21. Rowe SP, **Auwaerter PG**, Sheikhbahaei S, Solnes LB, Wright WF. Molecular Imaging of Infections: Emerging Techniques for Pathogen-Specific Diagnosis and Guided Therapy. J Infect Dis. 2023 Oct 3;228(Suppl 4):S241-S248.

22. Pishdad R, **Auwaerter PG**, Kalyani RR. Diabetes, SGLT-2 Inhibitors and Urinary Tract Infection: a Review. Curr Diab Rep 2024 Mar 1.

Case Reports [CR]

1. Yanez M, **Auwaerter PG**, Urban BA, Cahid C, Hepatic abscess detected by lung scintigraphy. The Journal of Critical Illness. 2000; 15(2): 87-90.

2. Hristov AC, **Auwaerter PG**, Romagnoli M, Carroll KC. Bordetella hinzii septicemia in association with Epstein-Barr virus viremia and an Epstein-Barr virus-associated diffuse large B-cell lymphoma. Diagnostic Microbiology and Infectious Disease. 2008; 61(4):484-6.

3. Chang LW, Reller ME, Bishop JA, Talaat K, Nutman TB, **Auwaerter PG**. A 41-year-old woman from Cameroon with infertility. Clinical Infectious Diseases. 2008; 47(1):141-3.

4. Smith TJ, **Auwaerter P**, Knowlton A, Saylor D, McArthur J. Treatment of human immunodeficiency virus-related neuropathy with Scrambler Therapy: a case report. Int J STD AIDS 2017; 28(2):202-204.

6

Letters, Correspondence, Book Reviews [LT]

1. **Auwaerter PG**. *The Pemberton and Maroni signs*.  Annals of Internal Medicine. 1997; 126(11):916.
2. **Auwaerter PG**. Book review: Molecular Biology, Host Interaction and Pathogenesis Borrelia: Molecular Biology, Host Interaction and Pathogenesis. Edited by D. Scott Samuels, and Justin D. Radolf. Norfolk, UK: Caister Academic Press 2010, in Clinical Infectious Disease  2011;52, 965.
3. Mackowiak PA, **Auwaerter PG**, Dove J. *Reply to Torres and Murillo, Bolivar.* Clinical Infectious Diseases 2011, 53: 305-306.
4. **Auwaerter PG**, Bakken JS, Dattwyler RJ, Halperin JJ, Nadelman RB, O'Connell S, Shapiro ED, Weinstein A, Wormser GP. *Reply to Hushe-Shires, Perrone, Tuttle, Lyme disease Antiscience.* Lancet Infectious Diseases 2012; 12:362-363.
5. Melia MT, Lantos PM, **Auwaerter PG**. Laboratory testing for Lyme neuroborreliosis-reply. JAMA Neurol. 2015 Jan 1;72(1):126.
6. Wormser GP, Strle F, Shapiro ED, Dattwyler RJ, **Auwaerter PG.**  Response letter to Drs. Halperin and Greenberg. Diagn Microbiol Infect Dis. 2017 May;88(1):108-109
7. **Auwaerter PG.** Striving to Connect in Lyme disease; Book review: Conquering Lyme disease by Fallon BA, Sotsky J. Lancet ID 2018; 11:1190.
8. **Auwaerter PG**, Kobayashi T, Wormser GP. The Reply. Am J Med 2022 Mar;135(3):e78-79.
9. **Auwaerter PG,** Kobayashi T, Wormser GP. The Reply. Am J Med 2022 Feb;135(2):e56-67.

Book Chapters, Monographs [BC]

1. **Auwaerter PG**.  Gram-negative meningitis. Neurobase III, 1997.  Arbor Publications, San Diego, CA.
2. **Auwaerter PG**.  Gram-positive meningitis. Neurobase III, 1997.  Arbor Publications, San Diego, CA.
3. **Auwaerter, PG**.  Listeria meningitis. Neurobase IV, 1997. Arbor Publications, San Diego, CA.
4. **Auwaerter PG**, Provost TT.  Septicemia. Cutaneous Medicine, eds. Provost TT, Flynn JA. 2001. BC Decker, Inc., Hamilton, Ontario, 530-534.
5. **Auwaerter PG**, Provost TT.  Streptococcal Infections.  Cutaneous Medicine, eds. Provost TT,        Flynn JA. 2001. BC Decker, Inc., Hamilton, Ontario, 535-540.
6. Provost TT, **Auwaerter PG**. Meningococcal Infections.  Cutaneous Medicine, eds. Provost TT,
7. Flynn JA.  2001. BC Decker, Inc., Hamilton, Ontario, 541-543.
8. Provost TT, **Auwaerter PG**.  Rickettsial Infections.  Cutaneous Medicine, eds. Provost TT, Flynn JA.  2001. BC Decker, Inc., Hamilton, Ontario, 544-546.
9. **Auwaerter PG**, Provost TT.  Haemophilus influenzae.  Cutaneous Medicine, eds. Provost TT, Flynn JA. 2001. BC Decker, Inc., Hamilton, Ontario, 547-548.
10. Provost TT, **Auwaerter PG**.  Tuberculosis.  Cutaneous Medicine, eds. Provost TT, Flynn  JA. 2001. BC Decker, Inc., Hamilton, Ontario, 549-556.
11. Provost TT, **Auwaerter PG**.  Leprosy.  Cutaneous Medicine, eds. Provost TT, Flynn JA. 2001. BC Decker, Inc., Hamilton, Ontario, 557-564.
12. Provost TT, **Auwaerter PG**.  Syphilis.  Cutaneous Medicine, eds. Provost TT, Flynn JA. 2001.         BC Decker, Inc., Hamilton, Ontario, 565-578.
13. Provost TT, **Auwaerter PG**.  Other Sexually Transmitted Diseases.  Cutaneous Medicine, eds. Provost TT, Flynn JA. 2001. BC Decker, Inc. Hamilton, Ontario, 579-584.
14. **Auwaerter PG**, Provost TT. Lyme Disease. Cutaneous Medicine, eds. Provost TT, Flynn JA. 2001.  BC Decker, Inc., Hamilton, Ontario, 585-589.
15. Provost TT, **Auwaerter PG**.  Erysipeloid. Cutaneous Medicine, eds. Provost TT, Flynn JA. 2001. BC Decker, Inc., Hamilton, Ontario, 592.
16. Provost TT, **Auwaerter PG**.  Pseudomonas aeruginosa. Cutaneous Medicine, eds. Provost TT, Flynn JA. 2001. BC Decker, Inc., Hamilton, Ontario, 593-594.
17. Flynn JA, **Auwaerter PG**. Tickborne Diseases. The Principles of Ambulatory Medicine, 6th ed., eds. Barker LR, Burton JR, Zieve PD, Fiebach NH, Kern DE, Thomas   PA, Ziegelstein RC. 2003. Lippincott, Williams & Wilkins, Philadelphia PA.
18. **Auwaerter PG**. Approach to the Patient with Fever. The Principles of Ambulatory Medicine, 6th ed., eds. Barker LR, Burton JR, Zieve PD, Fiebach NH, Kern DE, Thomas PA, Ziegelstein RC. 2003. Lippincott, Williams & Wilkins, Philadelphia PA.

19. Cheng A, **Auwaerter PG**. Bacterial Meningitis. The Osler Medical Handbook, eds. Cheng A, Zaas A. 2003. Mosby, Philadelphia PA.
20. **Auwaerter PG**. Bacterial Pneumonia. Conn's Current Therapy 2004, 56th ed., eds. Rakel RE, Bope ET. 2004. Saunders, Philadelphia PA, 265-268.
21. **Auwaerter PG**. Respiratory Infections. Johns Hopkins Board Review of Internal Medicine, eds. Miller RG, Ashar BH, Sisson SD. 2004. Mosby, Philadelphia PA.
22. **Auwaerter PG**. Lyme Disease. Distinguished Author Series, Internal Medicine. Oakstone Medical Publishing, Birmingham, Alabama, October 2005.
23. Kim S, Damico R, **Auwaerter PG**. Fever of Unknown Origin. The Osler Medical Handbook, 2nd ed., eds. Nilsson KR, Piccini JP. 2006. Saunders Elsevier, Philadelphia PA, 608-619.
24. Spivak A, Cheng A, Zaas A, **Auwaerter PG**. Central Nervous System Infections. The Osler Medical Handbook, 2nd ed., eds. Nilsson KR, Piccini JP. 2006. Saunders Elsevier, Philadelphia PA, 619-629.
25. **Auwaerter PG**. Approach to the patient with fever, Chapter 21. The Principles of Ambulatory Medicine, 7th ed., eds. Fiebach NH, Kern DE, Thomas PA, Ziegelstein RC. 2007. Lippincott, Williams & Wilkins, Philadelphia PA, 457-465.
26. **Auwaerter PG**, Flynn JF. Approach to the patient with Fever, Chapter 38. The Principle of Ambulatory Medicine, 7th ed., eds., Fiebach NH, Kern DE, Thomas PA, Ziegelstein RC. 2007. Lippincott, Williams & Wilkins, Philadelphia PA, 560-571.
27. **Auwaerter PG**, editor. Meeting the Challenges of Childhood Influenza Immunization: A Public Health Perspective. Advanced Studies in Medicine. 2007; 7:7.
28. **Auwaerter PG**. Respiratory Infections, Chapter 10. Johns Hopkins Board Internal Medicine Board Review, 2nd ed., eds. Miller RG, Ashar BH, Sisson SD. 2008. Mosby Elsevier, Philadelphia PA, 75-86.
29. **Auwaerter PG**. Infectious Mononucleosis. Google knol. June 2008
30. **Auwaerter PG**, Shapiro ED. Borrelia burgdorferi (Lyme disease). Antimicrobial Therapy and Vaccines, Volume I: Microbes, eds. Yu VL, Weber R, Raoult D. 2008. Antimicrobe, Pittsburgh, PA.
31. **Auwaerter PG,** Penn. Francisella tularensis (tularemia), Chap 227 in Mandell, Douglass & Bennett's Principles and Practice of Infectious Diseases, 9th ed., eds. Bennett JE, Dolin R, Blaser MJ. 2020, Elsevier.

Books, Textbook [BK]
1. The ABX Guide: Diagnosis and Treatment of Infectious Diseases, 1st edition. Editors: Bartlett JG, **Auwaerter PG**, Pham PA. Thomson PDR, Montvale, New Jersey, 2005.
2. The Johns Hopkins ABX Guide: Diagnosis and Treatment of Infectious Diseases, 2nd edition. Editors: Bartlett JG, **Auwaerter PG**, Pham PA. Jones and Bartlett Publishing, Sudbury, MA, 2010.
3. The Johns Hopkins ABX Guide: Diagnosis and Treatment of Infectious Diseases, 3rd edition. Editors: Bartlett JG, **Auwaerter PG**, Pham PA. Jones and Bartlett Publishing, Sudbury, MA, 2012
4. Lyme Disease and Other Infections Transmitted by *Ixodes* s*capularis.* Infectious Disease Clinics of North America. Vol 29 (2). Editor: **Auwaerter PG**. Elsevier, Philadelphia PA, 2015.

Guidelines/Protocols, Consensus Statement, Expert Opinion, Consortium Articles [GL]
1. **Auwaerter PG**. Antibiotics are not the answer for patients with persisting symptoms attributable to Lyme disease. Clinical Infectious Diseases. 2007; 45(2):143-8.
2. Marinopoulos SS, Coylewright M, **Auwaerter PG**, Flynn JA. Clinical Problem Solving. More than meets the ear. New England Journal of Medicine. 2010; 362(13):1228-33.
3. Mackowiak PA, **Auwaerter PG**, Dove J. Diagnosing the disorders of giants. The Pharos, Alpha Omega Alpha Honor Medical Society. Summer 2011; 24-28.
4. **Auwaerter PG**, Bakken JS, Dattwyler RJ, Dumler JS, Halperin JJ, McSweegan E, Nadelman RB, O'Connell S, Shapiro ED, Sood SK, Steere AC, Weinstein A, Wormser GP. Antiscience and ethical concerns associated with advocacy of Lyme disease. Lancet Infectious Diseases. 2011;11(9):713-9.
5. **Auwaerter PG**, Melia MT. Bullying Borrelia: When the Culture of Science is Under Attack. Transactions of the American Clinical and Climatological Society. 2012;123:79-90.
6. Bratzler DW, Dellinger EP, Olsen KM, Perl TM, **Auwaerter PG**, Bolon MK, Fish DN, Napolitano LM, Sawyer RG, Slain D, Steinberg JP, Weinstein RA. Clinical practice guidelines for antimicrobial prophylaxis in surgery. Am J Health Syst Pharm. 2013;70(3):195-28.
7. **Auwaerter PG**, Quinn TC, Sears CL, Thomas DL. John G. Bartlett: a transformative, visionary leader of Johns

Hopkins Infectious Diseases. Clinical Infectious Diseases 2014;59 Suppl 2:S61-2.
8.  **Auwaerter PG**.  Lyme disease: knowing good evidence to help inform practice. Infect Dis Clin North Am. 2015;29(2):xi-xvi.
9.  Shoham S, Antar AA, **Auwaerter PG**, Durand CM, Sulkowski MS, Cotton DJ. Antimicrobial Access in the 21st Century: Delays and Critical Shortages. Ann Intern Med. 2016 Mar 22. doi: 10.7326/M15-3076.
10. Chida NM, Ghanem KG, **Auwaerter PG**, Wright SM, Melia MT. Defining Clinical Excellence in Adult Infectious Disease Practice. Open Forum Infect Dis. 2016 Jun 16;3(3).
11. Zahn M, Adalja AA, **Auwaerter** PG, Edelson PJ, Hansen GR, Hynes NA, Jezek A, MacArthur RD, Man abe YC, McGoodwin C, Duchin JS. Infectious Diseases Physicians: Improving and Protecting the Public's Health: Why Equitable Compensation is Critical. Clin Infect Dis. 2019 Jul 2;69(2):352-356.
12. Sears CL, Powderly WG, **Auwaerter PG**, Alexander BD, File TM. Pathways to Leadership: Reflections of Recent Infectious Diseases Society of America (IDSA) Leaders During Conception and Launch of the Inclusion, Diversity, Access, and Equity Movement Within the IDSA. J Infect Dis. 2020 Sep 14;222(Supplement_6):S554-S559
13. Lantos PM, Rumbaugh J, Bockenstedt LK, Falck-Ytter YT, Aguero-Rosenfeld ME, **Auwaerter PG**, Baldwin K, Bannuru RR, Belani KK, Bowie WR, Branda JA, Clifford DB, DiMario FJ Jr, Halperin JJ, Krause PJ, Lavergne V, Liang MH, Cody Meissner H, Nigrovic LE, Nocton JJJ, Osani MC, Pruitt AA, Rips J, Rosenfeld LE, Savoy ML, Sood SK, Steere AC, Strle F, Sundel R, Tsao J, Vaysbrot EE, Wormser GP, Zemel LS [Three simultaneous publications]. Clinical Practice Guidelines by the Infectious Diseases Society of America (IDSA), American Academy of Neurology (AAN), and American College of Rheumatology (ACR): 2020 Guidelines for the Prevention, Diagnosis and Treatment of Lyme Disease, Clin Infec Dis.  Nov 2020; Neurology. 2020 Nov 30:10.1212; Arthritis Rheumatol. 2020 Nov 29. Epubs ahead of print.
14. Krause PJ, **Auwaerter PG**, Bannuru RR, Branda JA, Falck-Ytter YT, Lantos PM, Lavergne V, Meissner HC, Osani MC, Rips JG, Sood SK, Vannier E, Vaysbrot EE, Wormser GP. Clinical Practice Guidelines by the Infectious Diseases Society of America (IDSA): 2020 Guideline on Diagnosis and Management of Babesiosis. Clin Infect Dis. 2020 Nov 30:ciaa1216. doi: 10.1093/cid/ciaa1216. Epub ahead of print.
15. Wormser GP, Strle F, Shapiro ED, **Auwaerter PG**. Comparison of clinical practice guidelines for Lyme disease from the Infectious Diseases Society of America: 2000, 2006 and 2020. Diagn Microbiol Infect Dis 2021 Oct;101(2):115446
16. **Auwaerter PG**, Kobayashi T, Wormser GP. Guidelines for Lyme disease are updated. Am J Med 2021, Aug 3:S0002-9343(21)00492-7.
17. Hughes MT, **Auwaerter PG,** Ehmann MR, Garibaldi BT, Golden SH, Lorigiano TJ, O'Conor KJ, Kachalia A, Kahn J.  Opinion: The importance of offering vaccine choice in the fight against COVID-19. Proc Natl Acad Sci USA. 2021 Oct 26;118(43):e2117185118.
18. Wright WF,Mulders-Manders CM, **Auwaerter PG,** Bleeker-Rovers CP. Fever of unknown origin—a call for new research standards and updated clinical management. Am J Med 2022 Feb;135(2):173-178.
19. Wright WF, Betrains A, Stelmash L, Mulders-Manders CM, Rovers CP, Vanderschueren S, **Auwaerter PG**. Development of a Consensus-Based List of Potential Quality Indicators for Fever and Inflammation of Unknown Origin. Open Forum Infect Dis 2024 Jan 11;11(2).


Editorials [ED]
1.  Melia MT, Lantos PM, **Auwaerter PG**. Lyme Disease: Authentic Imitator or Wishful Imitation? JAMA Neurol. 2014 Oct 1;71(10):1209-10.
2.  **Auwaerter PG**. Life after Lyme disease. Clinical Infectious Diseases 2015;61(2):248-50.
3.  Melia MT, **Auwaerter PG**. Time for a different approach to Lyme disease and long-term symptoms. New Eng J Med 2016; 374(13):1277-1278.
4.  **Auwaerter PG.** The race to understand post-COVID conditions. Ann Intern Med 2021, Oct;174(10):1458-1459.


Research Letters/White Papers/Brief Reports [RL]
1.  Kaye KS, **Auwaerter P**, Bosso JA, Dean NC, Doern GV, Kays MB, Pogue JM, Ritchie DJ, Wispelwey BJ. Strategies to address appropriate fluoroquinolone use in the hospital. Hospital Pharmacy. 2010; 25(11); 844-853.
2.  **Auwaerter PG**, Bakken JS, Dattwyler RJ, Dumler JS, Halperin JJ, McSweegan E, Nadelman RB, O'Connell S, Sood SK, Weinstein A, Wormser GP. Scientific evidence and best patient care practices should guide the ethics of

9

Lyme disease activism. Journal of Medical Ethics. 2011;37(2):68-73.

3. **Auwaerter PG.** Richard Starr Ross, MD: 1924 - 2015. Trans Am Clin Climatol Assoc. 2016;127:ci-cvi.

4. Zahn M, Adalja AA, **Auwaerter** PG, Edelson PJ, Hansen GR, Hynes NA, Jezek A, MacArthur RD, Manabe YC, McGoodwin C, Duchin J. Infectious Diseases Physicians: Improving and Protecting the Public's Health—Why Equitable Compensation is Critical. Clin Infect Dis. 2019 Jul 2;69(2):352-356

5. **Auwaerter PG.** Horton Corwin Hinshaw, MD: 1902-2000. Trans Am Clin Climatol Assoc. 2019; 130: cvi.

6. **Auwaerter PG.** Johns Collins Harvey, MD, PhD: 1923-2017. Trans Am Clin Climatol Assoc. 2020; 131: xcix– cii.

7. Hughes MT, **Auwaerter PG**, Ehmann MR, Garibaldi BT, Golden SH, Lorigiano TJ, O'Conor KJ, Kachalia A, Kahn J. Opinion: the importance of offering vaccine choice in the fight against COVID-19. PNAS 2021, Oct 26;118(43).

8. **Auwaerter PG.** Robert Wallace Wilkins, MD: 1906-2003. Trans Am Clin Climatol Assoc. 2022; 132: cxxxiii–cxxx.

9. **Auwaerter PG.** John Gill Bartlett, MD: 1937-2021. Trans Am Clin Climatol Assoc. 2023; 133: lxxxvi-xc.

Other Media [OM, note: *dates reflects original publication, not updated versions*]

1. Nettles R and **Auwaerter PG**. Pericarditis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, November 2002.

2. Nettles R and **Auwaerter PG**. Myocarditis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, November 2002.

3. **Auwaerter, PG**. Epstein Barr Virus. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, November 2002.

4. Blankson J and **Auwaerter PG**. Streptococcal Toxic Shock Syndrome. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, November 2002.

5. Blankson J and **Auwaerter PG**. Staphylococcal Toxic Shock Syndrome. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, November 2002.

6. Nuermberger E, **Auwaerter PG**. Diabetic Foot Infections. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, December 2002.

7. Nuermberger E, **Auwaerter PG**. Hardware-associated Septic Arthritis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, December 2002.

8. **Auwaerter PG**. Bacterial Meningitis, Community-acquired. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, December 2002.

9. Ghanen K, **Auwaerter PG**. Streptobacillus monilliformis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2003.

10. Ghanen K, **Auwaerter PG**. Rabies. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2003.

11. 11. Ghanen K, **Auwaerter PG**. Vaccinia. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2003.

12. **Auwaerter PG**. B Virus. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, February 2003.

13. **Auwaerter PG**. Whipple's Disease. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, February 2003.

14. Ghanen K, **Auwaerter PG**. Shigella species. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, April 2003.

15. Ghanen K, **Auwaerter PG**. Dermatophytes. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, April 2003.

16. **Auwaerter PG**. Measles. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, May 2003.

17. **Auwaerter PG**. Ehrlichia. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, May 2003.

18. **Auwaerter PG**. Varicella Zoster Virus. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org],

Baltimore, MD, June 2003.

19. **Auwaerter PG**. Nosocomial Diarrhea. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, August 2003.

20. **Auwaerter PG**. Bacillus species. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, August 2003.

21. **Auwaerter PG**. Mastitis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, August 2003.

22. **Auwaerter PG**. Rubella. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, August 2003.

23. **Auwaerter PG**. Acute Rheumatic Fever. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, September 2003.

24. **Auwaerter PG**. Serratia. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, September 2003.

25. Ghanen K, **Auwaerter PG**. Ascaris. Johns Hopkins Antibiotic Guide [http://hopkins- abxguide.org], Baltimore, MD, September 2003.

26. Ghanen K, **Auwaerter PG**. Cardiovascular Device Infections. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2003.

27. Ghanen K, **Auwaerter PG**. Onchocercosis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2004.

28. Ghanen K, **Auwaerter PG**. Taenia saginata. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2004.

29. Ghanen K, **Auwaerter PG**. Acanthamoeba. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2004.

30. Ghanen K, **Auwaerter PG**. JC/BK virus. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2004.

31. Ghanen K, **Auwaerter PG**. Lacrimal infections. Johns Hopkins Antibiotic Guide [http://Hopkins-abxguide.org], Baltimore, MD, January 2004.

32. Ghanen K, **Auwaerter PG**. Ocular keratitis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2004.

33. Ghanen K, **Auwaerter PG**. Orbital cellulitis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2004.

34. Ghanen K, **Auwaerter PG**. Parvovirus B19. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2004.

35. Ghanen K, **Auwaerter PG**. Prion diseases. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2004.

36. Ghanen K, **Auwaerter PG**. Ascaris. Johns Hopkins Antibiotic Guide [http://hopkins- abxguide.org], Baltimore, MD. January 2004.

37. Ghanen K, **Auwaerter PG**. Chronic Fatigue Syndrome. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD. January 2004.

38. Ghanen K, **Auwaerter PG**. Enterobius. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2004.

39. Ghanen K, **Auwaerter PG**. Fever and neutropenia. Johns Hopkins Antibiotic Guide  [http://hopkins-abxguide.org], Baltimore, MD, January 2004.

40. Ghanen K, **Auwaerter PG**. HHV6/HHV7. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2004.

41. Ghanen K, **Auwaerter PG**. Hookworm. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2004.

42. Zaas D, **Auwaerter PG**. Clostridium tetani. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2004.

43. Zaas D, **Auwaerter PG**. Bordetella. Johns Hopkins Antibiotic Guide [http://hopkins- abxguide.org],

11

Baltimore, MD, October 2004.

44. Zaas D, **Auwaerter PG**. Plesiomonas. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2004.

45. Zaas D, **Auwaerter PG**. Bronchiectasis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2004.

46. **Auwaerter PG**, Srinivasan AS. Antibiotic Prophylaxis for Surgery. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2004.

47. **Auwaerter PG**, Srinivasan AS. Helicobacter pylori. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2004.

48. **Auwaerter PG**. Haemophilus influenzae. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2004.

49. **Auwaerter PG**. Candida albicans. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2004.

50. **Auwaerter PG**. Streptococcus species. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2004.

51. **Auwaerter PG**. Cardiac Manifestations of HIV. Johns Hopkins HIV Guide [http://Hopkins-hivguide.org], Baltimore, MD. October 2004.

52. **Auwaerter PG**. Haemophilus influenzae. Johns Hopkins HIV Guide [http://hopkins-hivguide.org], Baltimore, MD, October 2004.

53. **Auwaerter PG**. Epstein-Barr Virus. Johns Hopkins HIV Guide [http://hopkins-hivguide.org], Baltimore, MD, October 2004.

54. **Auwaerter PG**. Nocardia. Johns Hopkins HIV Guide [http://hopkins-hivguide.org], Baltimore, MD, October 2004.

55. **Auwaerter PG**. E. coli. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, November 2004.

56. **Auwaerter PG**. Borrelia species. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, May 2005.

57. **Auwaerter PG**. Propionibacterium species. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, May 2005.

58. **Auwaerter PG**. Myelitis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, May 2005.

59. **Auwaerter PG**. Citrobacter species. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, March 2005.

60. **Auwaerter PG**. Capnocytophaga canimorsus. Johns Hopkins Antibiotic Guide [http://Hopkins-abxguide.org], Baltimore, MD, March 2005.

61. **Auwaerter PG**. Mumps. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, July 2005.

62. Aronson MD, **Auwaerter PG**. Infectious mononucleosis in adults and adolescents. Up-To-Date, ed. Rose, BD, Wellesley, MA, 2005.

63. **Auwaerter PG**. Aseptic Meningitis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, April 2007.

64. **Auwaerter PG**. Bacterial Meningitis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, May 2007.

65. **Auwaerter PG**. Lymphadenopathy. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, May 2007.

66. **Auwaerter PG**. Lymphangitis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, May 2007

67. **Auwaerter PG**. Myelitis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, May 2007.

68. **Auwaerter PG**, Dorman S. Mycobacterium ulcerans. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, May 2007.

69. **Auwaerter PG**, Dorman S. Mycobacterium xenopi. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, May 2007.
70. **Auwaerter PG**. Myocarditis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, May 2007.
71. **Auwaerter PG**. Nosocomial Diarrhea. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, June 2007.
72. **Auwaerter PG**. Encephalitis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, June 2007.
73. **Auwaerter PG**. Hepatitis A. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, June 2007.
74. **Auwaerter PG**. Hepatitis D. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, June 2007.
75. **Auwaerter PG**, Carpenter C. Hepatitis, non-A, B, C, D or E. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, June 2007.
76. **Auwaerter PG**. Brain Abscess. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, September 2007.
77. **Auwaerter PG**. CNS Shunt Infections. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, September 2007.
78. **Auwaerter PG**, Martins CR. Erythrasma. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, September 2007.
79. **Auwaerter PG**. Carbuncle/Furncle. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, September 2007.
80. **Auwaerter PG**, Martins CR. Impetigo. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, September 2007.
81. **Auwaerter PG**. Venous sinus thrombosis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, September 2007.
82. **Auwaerter PG**. Pericarditis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, September 2007.
83. **Auwaerter PG**, Dorman S. Mycobacterium abscessus. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2007.
84. **Auwaerter PG**, Dorman S. Mycobacterium fortuitum. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2007.
85. **Auwaerter PG**, Dorman S. Mycobacterium gordonae. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2007.
86. **Auwaerter PG**, Dorman S. Mycobacterium marinum. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2007.
87. **Auwaerter PG**, Dorman S. Mycobacterium scrofulaceum. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2007.
88. **Auwaerter PG**, Dorman S. Other atypical mycobacteria. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, October 2007.
89. **Auwaerter PG**, Perl T. SARS (Severe Acute Respiratory Syndrome). Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, January 2009.
90. **Auwaerter PG**. Aeromonas. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, July 2009.
91. **Auwaerter PG**. Chikungunya virus. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, July 2009.
92. **Auwaerter PG**, Vinetz J. Mycobacterium leprae. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, August 2009.
93. **Auwaerter PG**, Vinetz J. Rickettsia rickettsii. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, August 2009.
94. **Auwaerter PG**, Vinetz J. Rickettsia species. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org],

Baltimore, MD, August 2009.

95. **Auwaerter PG**, Vinetz J. Schistosoma species. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, August 2009.

96. **Auwaerter PG**, Vinetz J. Strongyloides stercoralis. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, August 2009.

97. **Auwaerter PG**, Vinetz J. Taenia solium. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, August 2009.

98. **Auwaerter PG**, Vinetz J. Vibrio cholerae. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, August 2009.

99. **Auwaerter PG**, Vinetz J. Toxoplasma gondii. Johns Hopkins Antibiotic Guide [http://hopkins-abxguide.org], Baltimore, MD, August 2009.

100. **Auwaerter PG**. Tick paralysis. MedLink Neurology [http://www.medlink.com/medlinkcontent.asp], San Diego, CA, October 2009.

101. **Auwaerter PG**. Subacute sclerosing encephalitis. MedLink Neurology [http://www.medlink.com/medlinkcontent.asp], San Diego, CA, January 2010.

102. **Auwaerter PG**. Polio. Johns Hopkins Antibiotic Guide  [http://hopkins-abxguide.org], Baltimore,  MD, April 2010.

103. **Auwaerter PG**. Cystoisospora belli. Johns Hopkins Antibiotic Guide  [http://hopkins-     abxguide.org], Baltimore, MD, November 2010.

104. **Auwaerter PG**. Blastocystis hominis. Johns Hopkins Antibiotic Guide [http://hopkins-     abxguide.org], Baltimore, MD, November 2011.

105. **Auwaerter PG**. Metapneumovirus. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, June 2012.

106. **Auwaerter PG**. Endometritis. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, June 2012.

107. **Auwaerter PG**. Chorioamnionitis. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, June 2012.

108. **Auwaerter PG**, Vinetz J. Hantavirus. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, October 2012.

109. **Auwaerter PG**. Babesia species. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, November 2012.

110. **Auwaerter PG**, Ghanem KG. HHV-6/HHV-7. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, November 2012.

111. Ghanem KG, **Auwaerter PG**. Parvovirus B19. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, November 2012.

112. Ghanem KG, **Auwaerter PG**. Vaccinia. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, November 2012.

113. **Auwaerter PG**. Ebola. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, June 2013.

114. **Auwaerter PG**. Chromoblastomycosis. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, July 2013.

115. **Auwaerter PG**. Burkholderia pseudomallei. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, July 2013.

116. **Auwaerter PG**. Chlamydiaophila psittaci. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, July 2013.

117. **Auwaerter PG**. MERS. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, July 2013.

118. **Auwaerter PG**. Strongyloides stercoralis. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, July 2013.

119. **Auwaerter PG**. HHV-6/HHV-7. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, August 2013.

120. **Auwaerter PG**. Powassan virus. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, January 2014
121. **Auwaerter PG**. Corynebacterium species. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub], Baltimore, MD, July 2014
122. **Auwaerter PG**. Peramivir. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub]Baltimore, MD, February 2015
123. Pham P, **Auwaerter PG**. Oseltamivir. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub]Baltimore, MD, February 2015
124. **Auwaerter PG**, Bartlett JG. Lyme disease. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, November 2015
125. **Auwaerter PG**. Heartland virus. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, February 2016
126. **Auwaerter PG**. Vaccinia. Johns Hopkins Antibiotic Guide, [http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2016
127. **Auwaerter PG**. Babesia species. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2017
128. **Auwaerter PG**. Tuberculosis, CNS/Meningitis. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2017
129. **Auwaerter PG**. Neisseria meningitidis. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2017
130. **Auwaerter PG**. Cutibacterium acnes. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2017
131. **Auwaerter PG**. Tick-borne encephalitis virus. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2018
132. **Auwaerter PG**. Bourbon virus. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2018
133. **Auwaerter PG**. Crimean Congo Hemorrhagic Fever. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2018
134. **Auwaerter PG**. Achromobacter. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2018
135. **Auwaerter PG**. Acute Sinusitis. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2018
136. **Auwaerter PG**. Legionella species. Johns Hopkins Antibiotic Guide [http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2018
137. **Auwaerter PG**. Gnathosomiasis. Johns Hopkins Antibiotic Guide, http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2019
138. **Auwaerter PG**. Balantidium coli. Johns Hopkins Antibiotic Guide, http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2019
139. **Auwaerter PG**. Naeglaria fowleri. Johns Hopkins Antibiotic Guide, http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2019
140. **Auwaerter PG**. Lymphocytic choriomeningitis virus (LCMV). Johns Hopkins Antibiotic Guide, http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2020
141. **Auwaerter PG**. SARS-CoV-2 (COVID-19) Johns Hopkins Antibiotic Guide, http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2020
142. **Auwaerter PG**. Monkeypox (mpox) Johns Hopkins Antibiotic Guide, http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2022
143. **Auwaerter PG**. Mediastinitis. Johns Hopkins Antibiotic Guide, http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2023
144. **Auwaerter PG**. Spirochetosis. Johns Hopkins Antibiotic Guide, http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2023

145. **Auwaerter PG**. Colorado Tick Fever. Johns Hopkins Antibiotic Guide, http://www.hopkinsguides.com/Hopkins/ub] Baltimore, MD, 2023

FUNDING

INTRAMURAL Funding

1/24-6/29:         Fisher Center Discovery Fund
                  $5,500,000.00
                  Role: Director
                  Supervising awarding of intramural pilot grants for innovative studies

EXTRAMURAL Funding

10/22-06/26       An Efficacy, Safety, Tolerability, Immunogenicity and Lot-Consistency Clinical Trial of
                  a 6-Valent OspA-Based Lyme disease Vaccine (VLA15)(VALOR)
                  IRB00313849
                  Pfizer
                  $1,858,727
                  PI: 5% effort

Research Intra- and Extramural Funding - Previous

6/19-12/23        Fisher Center Discovery Fund
                  $3,500,000.00
                  Role: Director
                  Supervising awarding of intramural pilot grants for innovative studies

6/18-7/21         Early Diagnostic for Early Lyme Disease, MicroBPlex
                  NIH/SBIR: 596,428.00

11/13-5/18        Fisher Center Discovery Fund
                  $2,500,000.00
                  Role: Director
                  Supervising awarding of intramural pilot grants for innovative studies

4/11 – 11/12      A phase 2, multicenter, randomized, double-blind, comparative study to evaluate the
                  efficacy and safety of intravenous coadministered  ceftaroline fosamil and NXL104
                  versus intravenous doripenem in adult subjects with  complicated urinary tract infection
                  NA_00043277
                  Cerexa/PPD
                  $678,000
                  Role: Site PI

2000-2003         Etiologies of community-acquired pneumonia, and development of a prediction rule for
                  admission to hospital in an urban population Johns Hopkins Hospital.
                  Bayer

16

$10,000
Role: PI

2000-2001     Clinical studies of a randomized double-blind, multi-center, comparative phase III study of oral BMS-284756 versus oral azithromycin in the treatment of acute exacerbation of chronic bronchitis.
RPN# 00-08-29-01
BMS
$38,000
Role: Site PI

2000-2001     Clinical studies of a placebo controlled, double blind, randomized trial of a tablet formulation of pleconaril in the treatment of viral respiratory infection in adults
RPN# 00-06-28-03
Viropharma
$65,000
Role: Site PI

1999-2000     A multicenter investigator-blinded study of the efficacy and safety of Zithromax vs. Levaquin in the treatment of acute bacterial exacerbations of COPD.
RPN#:  99-06-15-03
Pfizer
$26,000
Role: Site PI

1998-1999     Randomized, double Blind, multicenter, comparative study of cefprozil versus clarithromycin in the treatment of acute exacerbation of chronic bronchitis.
RPN#: W98-04-24-02
SmithKline Beecham
$29,000
Role: Site PI

1997-1998     A randomized, multicenter, third party blinded trial comparing trovafloxacin with amoxicillin/clavulanate (Augmentin) with or without erythromycin for the treatment of community acquired pneumonia.
RPN #R97-0520
PPD Pharmaco/Pfizer
$23,500
Role: Site PI

## CLINICAL ACTIVITIES

Certifications

Medical, other state/government licensure
1991     Medical License, State of Maryland, #D4141
1991     DEA: BA4796085

Boards, other specialty certifications
1992     Board certified, Internal Medicine (ABIM): December 1992, recertified 2002, 2012, LKMA 2022-2025, recertification 2023 (unlimited w/ MOC)

17

1994                Board certified, Infectious Diseases (ABIM): December 1994, recertified 2004, 2014


Clinical (Service) Responsibilities
1996-present    Infectious Diseases Consultant, Johns Hopkins Hospital, Baltimore, MD
1996-present    General Internal Medicine, Attending, Johns Hopkins Hospital, Baltimore, MD
2018-present    Infectious Diseases Consultant, Pediatric outpatient, Johns Hopkins, Baltimore, MD
2021-present    Infectious Diseases Consultant, Bayview Medical Center, Baltimore, MD

Clinical Program Building/Leadership
1999-2006      Director, General Internal Medicine at Johns Hopkins, Green Spring Station
2006-present    Clinical Director, Division of Infectious Diseases, Johns Hopkins University School of
                Medicine
2009            Established Rockland Physician Practice and Research Group, Johns Hopkins at Green
                Spring Station
2011            Established Fisher Center for Environmental Infectious Diseases, Johns Hopkins
                University School of Medicine
2020            Established Johns Hopkins Medical Institutions Outpatient Parenteral Antimicrobial Therapy
                Service (OPAT)


EDUCATIONAL ACTIVITIES

Teaching
Classroom instruction
*JHMI/Regional*
1996-1999      Johns Hopkins University School of Medicine Microbiology Course Workshops
2006-2010      Johns Hopkins University School of Medicine Human Physiology Course, Introduction to
                Virology
2006-2010      Johns Hopkins University School of Medicine Human Physiology Course, RNA Viruses and
                Gastrointestinal Viruses
2010-2015      Johns Hopkins University School of Medicine Genes to Society Course, Introduction to Virology
2010-present    Lyme Disease and other Borrelia Infections. Principles of Bacterial Infections, 260.22, Molecular
                Microbiology and Immunology, Environmental Health Sciences, Epidemiology and Pathology,
                Johns Hopkins Bloomberg School of Public Health
2011            Bacterial and Fungal Infections of the Respiratory Tract. Environmental Health Sciences,
                Epidemiology and Pathology, Johns Hopkins Bloomberg School of Public Health
2018-present    Measles virus. Johns Hopkins Bloomberg School of Public Health Winter Institute.
                Lyme disease: North America and Global.  Summer Institute, Tropical Medicine and Public
                Health. Vector-borne Diseases in the Tropics


*National* – none


*International* – none


Clinical instruction
*JHMI/Regional*
1996-2002      Ambulatory Medicine Preceptor, Johns Hopkins House staff, Johns Hopkins Hospital
1996-present    Infectious Diseases, Clinical Inpatient Rotations, Department of Medicine, Johns Hopkins
                University School of Medicine
1996-present    General Internal Medicine, Firm Faculty, Janeway, Department of Medicine, Johns Hopkins
                University School of Medicine

18

1997-1999    Intern Case Ambulatory Care Elective, Green Spring Station
1999-present    Infectious Diseases Fellow Outpatient Clinic, preceptor, Green Spring Station
2003-2005    Infectious Diseases Outpatient Clinic, medical resident preceptor, Green Spring Station

*National* – none

*International* – none

CME instruction
*JHMI/Regional*

10/96    Cat Scratch Disease. Clinicopathological Conference, Department of Pathology, Johns Hopkins Hospital, Baltimore, MD

10/96    Generalized Vaccinia. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD

11/96    Varicella Zoster Virus. Saturday Medicine, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD

12/96    Invasive Aspergillosis. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD

5/97    Enteric Fever. Saturday Medicine, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD

11/97    Evaluation of Lymph Nodes. Saturday Medicine, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD

11/97    Infectious Mononucleosis. Department of Medicine Grand Rounds, Johns Hopkins University School of Medicine, Baltimore, MD

9/98    Fever in a Returning Traveler. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD

10/98    Evaluation of Fevers of Unknown Origin. Saturday Medicine, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD

1/99    Q Fever. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD

5/99    The Diagnostic Evaluation of Fevers of Unknown Origin. Topics in Internal Medicine, Johns Hopkins University School of Medicine, Baltimore, MD

6/99    Prevention of Travel Related Illnesses. Preventative Ambulatory Medicine Conference, Loews Hotel, Annapolis, MD

8/99    Fevers of Unknown Origin. Medical Grand Rounds, Olney Hospital, Olney, MD

10/99    Prevention of Travel Related Illnesses. Saturday Medicine, Department of Medicine, Johns Hopkins University School of Medicine

2/00    The Pneumococcus and Antibiotic Resistance. Medicine Grand Rounds,  St. Joseph's Hospital, Towson, MD

4/00    Scrofulous Coccidiodes. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD

5/00    Prevention of Travel Related Illnesses. Topics in Internal Medicine. Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD.

6/00    Pneumonia Update. Medical Grand Rounds, Franklin Square Hospital, Baltimore, MD

10/00    Update in Travel Medicine. Medical Grand Rounds, Harbor Hospital, Baltimore, MD

10/00    Tuberculous Lymphadenitis and Extra-Pulmonary Tuberculosis, Grand Rounds, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD

11/00    Pneumonia: 2000. Medical Grand Rounds, Kent and Queen Anne's Hospital, Chestertown, MD

12/00    Controversies in Lyme Disease (with workshop). Ambulatory Medicine Topics Course, Department of Medicine, Johns Hopkins University School of Medicine, Renaissance Hotel, Baltimore, MD

19

| | |
|---|---|
| 1/01 | Cutaneous Alternaria. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 2/01 | Extra-pulmonary TB. Saturday Medicine, Johns Hopkins Hospital, Baltimore, MD |
| 2/01 | Spotted Fever Group Rickettsioses. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 5/01 | Lyme disease in Primary Care. Topics in Internal Medicine, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |
| 9/01 | Lyme disease: What You Need to Know. Saturday Medicine, Department of Medicine, Johns Hopkins Hospital, Baltimore, MD |
| 9/01 | Quinolone drugs: Is There Any Difference? Annual Meeting, Maryland Council of Pharmacists, University of Maryland, College Park, MD |
| 12/01 | Paroxysmal cold hemoglobinuria due to secondary syphilis and the Donath-Landsteiner Antibody. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 3/02 | Neuroborreliosis. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 5/02 | What You Need to Know About Lyme disease. Medicine Grand Rounds, Bayview Medical Center, Johns Hopkins University School of Medicine, Baltimore, MD |
| 5/02 | Trends in the Diagnosis and Management of Respiratory Infection. Grand Rounds, Southern Maryland Hospital, Clinton, MD |
| 5/02 | New Antibiotic Update. Topics in Internal Medicine, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |
| 5/02 | Update in the Management of Respiratory Infections. Hot Topics in Nursing, Annual Meeting of Maryland Nurse Practitioners, Johns Hopkins University School of Nursing, Baltimore, MD |
| 7/02 | Respiratory Tract Infections. Johns Hopkins Internal Medicine Board Review Course, Johns Hopkins University School of Medicine, Baltimore, MD |
| 10/02 | Fever and Fevers of Unknown Origin. Medicine Grand Rounds, Greater Baltimore Medical Center, Towson, MD |
| 10/02 | Trends in Respiratory Diseases with an Emphasis on Sinusitis. Medicine Grand Rounds, Holy Cross Hospital Center, Silver Spring, MD |
| 11/02 | Medicine Grand Rounds, St. Joseph's Hospital Center, Towson, MD |
| 1/03 | Update on Acute Exacerbation of Chronic Bronchitis. Medicine Grand Rounds, Brunswick General Hospital, Amityville, NY |
| 2/03 | Lyme Disease for the Internist. Medicine Grand Rounds, Good Samaritan Hospital, Baltimore, MD |
| 5/03 | Fever and Fever of Unknown Origin: Definitions and Concepts. Topics in Internal Medicine, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |
| 5/03 | Update on Antibiotic Use in Respiratory Tract Infections. Medicine Grand Rounds, South Mountain Home Hospital, South Mountain, PA |
| 9/03 | Chronic fatigue due to hemochromatosis. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 2004-2006 | Annual Conference on Information Technologies at the Point of Care, Conference Director, Johns Hopkins University School of Medicine, Baltimore, MD |
| 10/04 | Lyme Disease: What a Rheumatologist Needs to Know. Maryland Rheumatology Society, Baltimore, MD |
| 10/04 | Update on Respiratory Tract Infections and Antimicrobial Resistance. Grand Rounds, York Hospital, York, PA |
| 11/04 | Respiratory Tract Infections: Place of Fluoroquinolones and Ketolides. Maryland Society of Health System Pharmacists, Baltimore, MD |
| 11/04 | New Antibiotics: What Are Their Roles? Burlington County Medical Society, Burlington, NJ |
| 1/05 | Respiratory Tract Infection Update. Grand Rounds, Southern Maryland Hospital, Clinton, MD |

20

| | |
|---|---|
| 9/05 | Cellulitis, Skin Abscesses: When to Factor Community-Acquired MRSA? Infectious Diseases for the Primary Care Practitioner, Johns Hopkins University School of Baltimore, MD |
| 2/06 | Community-acquired Pneumonia: Agreement and Controversies. Infectious Diseases Grand Rounds, Walter Reed Hospital, Washington, DC |
| 2/06 | Respiratory Tract Infections: Diagnosis and Management in the Hospital and the Office. Malcolm Grow Medical Center, Andrews Air Force Base, Washington, DC |
| 4/06 | Amyloidosis masquerading as "chronic Lyme disease." Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 5/06 | Clinical Update, Lyme Disease 2006. Family Medicine Grand Rounds, Brookhaven Memorial Hospital (SUNY Stony Brook), East Patchogue, NY |
| 5/06 | Vaccine Update: Meningococcal, Tdap, Zoster and Influenza. Topics in Internal Medicine, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD. |
| 7/06 | Lyme Disease: Discussion of Controversies. Grand Rounds, Shore Memorial Hospital, Nassawadox, VA |
| 7/06 | FUO due to Schnitzler's Syndrome. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 11/06 | **Auwaerter PG**. Influenza Review. eInfection Literature Review. Johns Hopkins University Center for Continuing Medical Education, Vol. 1 No. 2, http://www.einfectionsreview.org/ |
| 2007-2010 | Co-editor, eInfections Review Monthly, Johns Hopkins University School of Medicine Office of Continuing Medical Education, Baltimore, MD, http://www.einfectionsreview.org/ |
| 6/07 | Lyme Update 2007. Medical and Pediatrics Grand Rounds, Peninsula Regional Medical Center, Salisbury, MD |
| 7/07 | **Auwaerter PG**. Common Tick-borne Infections in the United States. eInfection Review. Johns Hopkins University Center for Continuing Medical Education, Vol. 2 No. 1, http://www.einfectionsreview.org/ |
| 10/07 | Update on Common Respiratory Tract Infections.  Northern Virginia Medical Society, Alexandria, VA |
| 5/08 | **Auwaerter PG**. Infectious Mononucleosis. eInfection Review. Johns Hopkins University Center for Continuing Medical Education, Vol. 2, No. 11, http://www.einfectionsreview.org/ |
| 4/08 | "Chronic Lyme Disease" refractory to antibiotic treatment explained by pituitary-hypothalamic dysfunction secondary to neurosarcoidosis. Infectious Diseases Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 10/08 | Update on Antibiotic Prophylaxis. Blair Memorial Lectureship. Warren General Hospital, Warren, PA |
| 10/08 | Chronic Lyme disease: Facts and Foibles. Blair Memorial Lectureship. Warren General Hospital, Warren, PA |
| 2009-2016 | Annual Conference on Infectious Diseases for the Primary Care Provider, Co-director, Johns Hopkins University School of Medicine, Baltimore, MD |
| 1/09 | Complications of anti-TNF inhibitor therapy. Division of Allergy and Immunology Grand Rounds, Johns Hopkins University School of Medicine, Baltimore, MD |
| 2/09 | Issues in Endocarditis Treatment and Prophylaxis. Topics in Cardiovascular Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |
| 8/09 | CNS Shunt Infections. Infectious Diseases Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 11/09 | **Auwaerter PG**. Pandemic and Seasonal Influenza. eInfection Review. Johns Hopkins University Center for Continuing Medical Education, Vol. 3 No. 1, http://www.einfectionsreview.org/ |
| 2/10 | Chronic fatigue and other symptoms due to chronic arsenicosis, not Lyme disease. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 2/10 | Microsporidial keratitis. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |

| | |
|---|---|
| 5/10 | Antibiotics or Not? Topics in Internal Medicine, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |
| 6/10 | Lyme Disease. The 6th Annual Rheumatology Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 7/10 | Food poisoning due to Fiddlehead Ferns. . Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 9/10 | Erythromelalgia. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 4/11 | Sarcoidosis. Infectious Diseases Clinical Case Conference, Johns Hopkins University School of Medicine, Baltimore, MD |
| 5/11 | Lyme Disease. Topics in Internal Medicine, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |
| 10/11 | Ectoparasites. ID Update for Primary Care. Johns Hopkins University School of Medicine, Baltimore MD |
| 5/12 | Bedbugs, Scabies and Intimate Pets. Topics in Internal Medicine. Johns Hopkins University School of Medicine, Baltimore MD |
| 6/12 | Lyme Disease, Vector-borne Diseases in the Tropics Course, Bloomberg School of Public Health, Baltimore, MD |
| 10/12 | Tick-borne diseases other than Lyme disease. ID Update for Primary Care. Johns Hopkins University School of Medicine, Baltimore, MD. |
| 5/13 | Lyme disease in Primary Care. Topics in Internal Medicine. Johns Hopkins University School of Medicine, Baltimore, MD. |
| 10/13 | FUO. ID Update for Primary Care and Hospital Medicine. Johns Hopkins University School of Medicine, Baltimore, MD. |
| 10/13 | Lyme disease. ID Update for Primary Care and Hospital Medicine. Johns Hopkins University School of Medicine, Baltimore, MD. |
| 1/14 | 50 year old man with FUO after stay New Hampshire camp, Department of Medicine Grand Rounds, Johns Hopkins University School of Medicine, Baltimore, MD. |
| 5/14 | Fever of Unknown Origin?  Topics in Internal Medicine, Johns Hopkins University School of Medicine, Baltimore MD |
| 8/14 | Meningitis: Community-acquired and Nosocomial. Division of Infectious Diseases, Core Lecture Series, JHUSOM, Baltimore MD |
| 6/15 | Lyme disease. Introduction to vector-borne diseases, Tropical Medicine Summer Course, Bloomberg School of Public Health, Baltimore, MD |
| 10/16 | Infectious Mononucleosis and Mononucleosis Syndromes. ID Update for Primary Care and Hospital Medicine. Johns Hopkins University School of Medicine, Baltimore, MD. |
| 5/17 | Antimicrobial Resistance. Topics in Internal Medicine. Johns Hopkins University School of Medicine, Baltimore, MD |
| 5/18 | Lyme disease. Topics in Internal Medicine. Johns Hopkins University School of Medicine, Baltimore, MD |
| 4/20 | COVID-19. Grand Rounds, Department of Medicine, Union Memorial Hospital, Baltimore, MD |
| 6/20 | Fever of Unknown Origin. Department of Medicine Grand Rounds, Main Line Health, Lankenau Medical Center, Wynnewood, PA. |
| 5/21 | COVID-19 Therapeutics, Department of Medicine Grand Rounds/Tumulty Topics of Medicine, Baltimore, MD |
| 10/21 | COVID-19 Update. Grand Rounds, Department of Medicine, Union Memorial Hospital, Baltimore, MD |
| 3/22 | COVID-19 Update. Grand Rounds, Department of Medicine, Union Memorial Hospital, Baltimore, MD |
| 4/22 | Going Viral: Infectious Mononucleosis and Similar Diseases University Student Health, University of Maryland, College Park, MD |

| | |
|---|---|
| 9/22 | COVID-19 Update. Grand Rounds, Department of Medicine, Union Memorial Hospital, Baltimore, MD |

*National*

| | |
|---|---|
| 8/98 | Herpesvirus Infections 1-8. Johns Hopkins Infectious Disease Update Course, Santa Fe, NM |
| 8/98 | Approach to Fevers of Unknown Origin. Johns Hopkins Infectious Disease Update Course, Santa Fe, NM |
| 9/02 | New Oral and Topical Antimicrobials. Medicine Grand Rounds, Southpointe Hospital Center, St. Louis, MO |
| 11/02 | Pneumococcal Resistance: Do We Need to Change Our Clinical Practices? Medicine Grand Rounds, Marion General Hospital, Ohio State University, Marion, OH. |
| 11/02 | Trends in Respiratory Diseases with an Emphasis on Acute Exacerbations of Chronic Bronchitis and Acute Bacterial Sinusitis. Antibiotic Resistance: Where Do We Stand and What Can We Do? Medicine Grand Rounds, Holy Cross/Provident Hospital Center, Mission Hills, CA |
| 12/02 | Current Guidelines for the Management of Respiratory Tract Infections. CME Monthly Rounds, Lee's Summit Hospital, Lee's Summit, MO. |
| 01/04 | The Management of Acute Respiratory Tract Infections in an Era of Resistance. The Florida Allergy, Asthma and Immunology Society, Visiting Professor, Fort Lauderdale, FL |
| 3/04 | Trends in Respiratory Infections. Adams County Medical Society, Gettysburg, PA |
| 4/04 | Respiratory Tract Infections and Their Management for Primary Care Physicians. Grand Rounds, Lancaster Regional Hospital, Lancaster, PA |
| 8/04 | Fever of Unknown Origin and Tick-borne Diseases. The 9th Annual Topics in Infectious Diseases for Primary Care, Santa Fe, NM |
| 8/04 | Common Viral Infections in Primary Care. The 9th Annual Topics in Infectious Diseases for Primary Care, Santa Fe, NM |
| 8/06 | Acute Gastrointestinal Syndromes. The 11th Annual Topics in Infectious Diseases for Primary Care, San Diego, CA |
| 8/06 | Viral Infections and Tick-borne Diseases in Primary Care. The 11th Annual Topics in Infectious Diseases for Primary Care, San Diego, CA |
| 8/14-annually | Lyme disease, Infectious Diseases Board Review Course. George Washington University, Tysons Corner, VA |
| 8/14-annually | Ticks, Mites, Lice & the Diseases They Cause, Infectious Diseases Board Review Course. George Washington University, Tysons Corner, VA |
| 8/15-annually | Pneumonia, Infectious Diseases Board Review Course. George Washington University, Tysons Corner, VA |
| 9/17 | Lyme disease. St Joseph's Healthcare System Medicine Grand Rounds. Mishawaka, Indiana. |
| 5/18 | High Priorities for Infectious Diseases, Division of Infectious Diseases Grand Rounds, University of Pittsburgh Medical Center, Pittsburgh, PA |
| 2/19 | Going Viral: Infectious Mononucleosis and Similar Syndromes, St Joseph's Healthcare System Medicine Grand Rounds. Mishawaka, Indiana. |
| 2/19 | Lyme disease Update. 45th Remington Winder Course in Infectious Diseases, Beaver Creek, CO. |
| 2/19 | Emerging Vector-borne diseases. 45th Remington Winder Course in Infectious Diseases, Beaver Creek, CO. |
| 4/19 | What's New in Influenza, UCC Urgent Care Convention, West Palm Beach FL. |
| 9/19 | Update on Influenza, American Academy of Family Physicians Annual Meeting, Philadelphia, PA. |
| 10/19 | What's New with the Flu? American College of Emergency Physicians, Annual Meeting, Denver, CO |
| 04/21 | Fever and FUO: Do we need to change the Paradigm. Infectious Disease Grand Rounds, New York Medical College, Valhalla, NY |
| 02/21 | COVID-19 Therapeutics, Winter Course in Infectious Diseases (virtual) |

23

02/21   Lyme Disease Update, Winter Course in Infectious Diseases (virtual)
03/23   Emerging Infectious diseases, Winter Course in Infectious Diseases, Beaver Creek, CO
03/23   Encephalitis and Meningitis, Winter Course in Infectious Diseases, Beaver Creek, CO

*International*
7/05   Newer Antibiotics and Vaccines. Johns Hopkins CME at Sea, Vancouver, Canada
7/05   Update on Respiratory Tract Infections. Johns Hopkins CME at Sea, Vancouver, Canada
7/05   Emerging Infectious Diseases and Antimicrobial Resistance. Johns Hopkins CME at Sea, Vancouver, Canada
9/12   Rationale use of Antibiotics. Medical Grand Rounds, Al-Adan Hospital, Kuwait City, Kuwait

Mentoring
Pre-doctoral Advisees/Mentees
2012   Tyler Craig Henning, Master of Science Candidate, Department of Molecular Microbiology and Immunology, Bloomberg School of Public Health. "Identification and Characterization of Filarial Nematodes and Other Pathogens in a Population of Ticks in Fairfax County, Virginia." Thesis reader.

Post-doctoral Advisees/Mentees
2003   Katherine Swanson, Doctor of Philosophy Candidate, Department of Molecular Microbiology and Immunology, School of Hygiene and Public Health, Johns Hopkins University, January 24, 2003. "Vector Distribution of *Borrelia burgdorferi* among rodents, birds and reptiles in Southern Maryland." Oral thesis defense committee.

ORGANIZATIONAL ACTIVITIES

Institutional Administrative Appointments
1996-present Member, Department of Medicine, Intern Selection Committee
1998-2010  Director, Board of Governors, Johns Hopkins Green Spring Station, Lutherville, MD
2009-present Advisory Board member, Office of Continuing Medical Education, Johns Hopkins University School of Medicine
2014-present Member, Appointments and Promotions Committee, Department of Medicine
2020-2023  Chair, JHMI Therapeutic Guidance for COVID-19 Therapeutics
2020-present Member, Scarcity Committee, Johns Hopkins Medical Institutions

Journal peer review activities
   American Family Physician
   American Journal of Epidemiology
   American Journal of Managed Care
   American Journal of Medical Sciences
   American Journal of Medicine
   American Journal of Tropical Medicine and Hygiene
   Annal of Internal Medicine
   Antimicrobial Agents and Chemotherapy
   BMC Medicine
   British Medical Journal
   Clinical Infectious Diseases
   Diagnostic Microbiology and Infectious Disease
   Emerging Infectious Diseases
   European Journal of Internal Medicine
   IDSA Guideline Reviews

International Journal of Infectious Diseases
International Journal of STD & AIDS
Journal of the American Family Physician
Journal of the American Medical Association (JAMA)
Journal of Clinical Investigation
Journal of General Internal Medicine
Journal of Infection
Journal of Infectious Diseases
Journal of Pediatric Infectious Diseases
Journal of the Physician and Sports Medicine
Lancet
Lancet Infectious Diseases
Medicine
Medical Principles and Practice
New England Journal of Medicine
Open Forum Infectious Diseases
RMD Open
Science Translational Medicine
Ticks and Tick-borne Diseases
Vector-Borne and Zoonotic Diseases
World Journal of Pediatrics
Zoonoses and Public Health

**Advisory Committees, Review Groups/Study Sections**

| | |
|---|---|
| 1999-2000 | American College of Physicians, panel participant on Development of Guidelines for Acute ` Exacerbations of Chronic Bronchitis |
| 2005-2013 | Technical Expert Panel (TEP) Update on the Surgical Care Improvement Project (SCIP) – Infection, Foundation for Medical Quality |
| 2008-present | Editorial Advisory Board, Infectious Diseases, Medscape |
| 2009-present | Advisory Board Member, Palm Beach Infectious Disease Institute |
| 2011-2015 | Anti-infective Advisory Panel, Food and Drug Administration |
| 2014 | National Institutes of Health, National Institute of Allergy and Infectious Diseases, Board of Scientific Counselors, ad-hoc member |
| 2015-present | American Lyme Disease Foundation, Board of Directors |
| 2015 | FDA Public Workshop on Non-microbial Biomarkers of Infection for *in Vitro* Diagnostic Use |
| 2017 | CIHR Environments & Health Initiative, Lyme disease, Canadian Institutes of Health Research |
| 2018 | Transatlantic Taskforce on Antimicrobial Resistance, panelist |
| 2020-present | Editorial Advisory Board, Clinical Infectious Diseases |
| 2020 | National Disability Forum, "COVID-19 and SSA Programs: Long-term Health Effects. Office, Social Security Administration. |

**Professional Societies**

| | |
|---|---|
| 1992-present | American College of Physicians, Fellow (elected 2001) |
| 1993-present | Infectious Disease Society of America, Fellow (elected 2009) |

| | |
|---|---|
| 2004-2007 | Program Committee member for Annual Meeting of the Infectious Diseases Society of America |
| 2008 | Vice Chair, Program Committee for combined ICAAC/IDSA 48th/46[th] Annual Meeting, October 24-28, 2008 Washington, DC |
| 2009 | Chair, Annual Program Committee for the 47th Annual Meeting Infectious Diseases Society of America, October 29-November 1, 2009, Philadelphia, PA. |

25

| | |
|---|---|
| 2010 | Past Chair, Annual Program Committee for the 48th Annual Meeting of the Infectious Diseases Society of America, October 21-24 2010, Vancouver, BC |
| 2011-2014 | Board of Directors |
| 2015-2016 | Vice President, Executive Committee, Board of Directors |
| 2016-2017 | President-elect, Executive Committee, Board of Directors |
| 2017-2018 | President, Executive Committee, Board of Directors |
| 2018-2019 | Immediate Past President, Executive Committee, Board of Directors |

| | |
|---|---|
| 1995-1997 | American Society for Virology |
| 2006-present | American Society of Microbiology |
| 2009-present | The American Clinical and Climatological Association |
| 2014-present | Association of Specialty Professors |
| 2015-present | International Society for Infectious Diseases |
| 2017-present | American Medical Association |
| 2017-present | European Society of Clinical Microbiology and Infectious Diseases |
| 2018-present | Anaerobe Society |
| 2019-present | Infectious Diseases Society of America Foundation |
| | 2019-2021 Vice-Chair, Board of Directors |
| | 2021-2023 Chair, Board of Directors |
| 2020-2021 | Society of General Internal Medicine |
| 2023-present | American Society of Tropical Medicine and Hygiene (previous 1999-2004) |

## Conference Organizer

| | |
|---|---|
| 2004-2006 | Annual Conference on Information Technologies at the Point of Care, Conference Director, Johns Hopkins University School of Medicine, Baltimore, MD. |
| 2009-2016 | Annual Infectious Diseases Update for Primary Care and Hospital Medicine, Co-director, Johns Hopkins University School of Medicine, Baltimore, MD |
| 2019-present | Co-Director, Winter Course in Infectious Diseases |
| 2019-current | Co-Director, George Washington Infectious Diseases Board Review Course |

## RECOGNITION

### Awards, Honors

| | |
|---|---|
| 1982 | Class of 1961 J. R. Macy Research Scholarship, Columbia University |
| 1984 | Phi Beta Kappa, Columbia University |
| 1988 | Aranow Prize in Medicine, Columbia University |
| 1995 | Young Investigator's Day Award, Johns Hopkins University School of Medicine |
| 1997 | The L. Randoll Barker General Internal Medicine Fellows Appreciation Award |
| 2002 | Top Doctor, Baltimore Magazine, Internal Medicine |
| 2003 | The John Moyer Visiting Professorship, University of Pittsburgh School of Medicine. Johnstown, Pennsylvania |
| 2003 | Visiting Professor, Department of Otolaryngology, University of Pennsylvania School of Medicine |
| 2004 | Visiting Professor, Robert Wood Johnson School of Medicine |
| 2007 | Top Doctor, Infectious Diseases and Internal Medicine, Baltimore Magazine |
| 2009 | Top Doctor, Baltimore Magazine, Infectious Diseases |
| 2011 | Top Doctor, Baltimore Magazine, Infectious Diseases |
| 2012 | Top Doctor, Baltimore Magazine, Infectious Diseases |
| 2013 | Outstanding Eagle Scout Award |

26

| 2014 | Top Doctor, Baltimore Magazine, Baltimore Sun |
|---|---|
| 2014 | Service Excellence Award, Health Network Foundation |
| 2014 | Distinguished Eagle Scout Award |
| 2017 | Harry Emerson Dascomb Award in Infectious Diseases, LSU Health New Orleans |
| 2017 | Top Doctor, Baltimore Magazine, Baltimore Sun, Infectious Diseases |
| 2018 | Outstanding Educator Award, University of Pittsburgh Medical Center, Division of Infectious Diseases |
| 2018 | Top Doctor, Baltimore Magazine, Baltimore Sun, Infectious Diseases |
| 2019 | Top Doctor, Baltimore Magazine, Infectious Diseases |
| 2020 | Top Doctor, Baltimore Magazine, Infectious Diseases |
| 2021 | Top Doctor, Baltimore Magazine, Infectious Diseases |
| 2021 | Institute for Excellence in Education Award, Outstanding Educational Innovation |
| 2022 | Service Excellence Award, Health Network Foundation |

Invited Talks, Panels
*JHMI/Regional*

| 3/00 | Antibiotic resistance and the Pneumococcus. Medical Grand Rounds, Wilmington Hospital, Wilmington, Delaware |
|---|---|
| 11/02 | Important Changes in Lower Respiratory Tract Infections and Pharmacological Interventions, Conference on Respiratory Illnesses, George Washington University Hospital, Washington, DC |
| 3/03 | What Anthrax and Acute Bronchitis Have in Common. American Medical Student Association National Convention, Arlington, VA |
| 5/03 | Keynote Speaker: "eTools for Medicine, Strategic Integrations." ePharma Summit, Baltimore Convention Center, Baltimore, MD |
| 5/06 | Turning Texts into Tools, Point of Care: From Where to Care. Association of American Medical Publishers Annual Meeting. New York, NY |
| 4/09 | The Microbiology and the Treatment of Chronic Lung Infections. Pulmonary Disease in Ataxia-Telangiectasia Conference, Ataxia-Telangiectasia Foundation, Baltimore, MD |
| 10/09 | Case Panel Discussion Panel, Moderator Timothy Raj Ghandi, MD, 47th Meeting Infectious Diseases Society of America, Philadelphia PA |
| 12/09 | Common Questions Regarding Antibiotic Prophylaxis. Pri-Med Annual Conference, Baltimore Convention Center, Baltimore MD |
| 2/10 | Lyme Disease for the Practitioner. Calvert County Medical Society, Prince Frederick, MD |
| 2/10 | Lyme Disease Update: Reality and Politics. Medicine Grand Rounds, Greater Baltimore Medical Center, Towson, MD |
| 4/10 | A Medical Labyrinth: Símon Bolívar. 17th Annual Historical Clinicopathological Conference. University of Maryland School of Medicine and the Veterans Affairs (VA) Maryland Health Care System, Baltimore, MD |
| 8/11 | Common Scenarios in Primary Care: Lyme disease. Pri-Med Annual Conference. Baltimore Convention Center, Baltimore, MD |
| 5/13 | Tickborne infections in Maryland. Grand Rounds, Greater Baltimore Medical Center, Towson MD. |
| 7/13 | Ectoparasites. National Security Agency, Medical Systems, Fort Meade, MD. |
| 1/14 | Tick-borne Diseases in the Mid-Atlantic: Beyond Lyme disease. Lankenau Hospital Medical Grand Rounds, Wynnewood, PA. |
| 5/14 | Antibiotics: 20th Century Miracle in Crisis. Calvert County Medical Society. Prince Frederick, MD. |
| 6/14 | Lyme disease. Medical Grand Rounds, National Security Agency, Medical Systems, Fort Meade, MD. |
| 8/14 | Lyme disease. 19th Annual Comprehensive Infectious Diseases Board Review Course 2014. Bethesda, Maryland |

| 11/14 | Lyme disease. 29th Annual Infectious Diseases in Children. New York City, NY |
| 2/15 | Fever of Unknown Origin in a 50-Year-old Man Returning From a New Hampshire Camp. Medical Grand Rounds. Union Memorial Hospital. Baltimore, Maryland. |
| 8/15 | Lyme disease. 20th Annual Comprehensive Infectious Diseases Board Review Course 2015. Bethesda, Maryland |
| 10/15 | Non-Microbial Biomarkers of Infection for In Vitro Diagnostic Device Use Workshop. Food and Drug Administration, Silver Spring, MD. |
| 12/15 | Antibiotics: 20th Century Miracle at Risk.  Saudi Aramco Healthcare, Dhahran, Saudi Arabia. |
| 4/16 | Fever of Unknown Origin. Medical Grand Rounds, St. Joseph's Medical Center, University of Maryland, Towson, MD. |
| 11/20 | Remdesivir: Is it an Effective COVID-19 Therapeutic? COVID-19 Grand Rounds. Division of Infectious Diseases. https://main.ccghe.net/sites/default/files/assets/zoom_0_0.mp4 |
| 03/23 | Prospects for Lyme disease Vaccine (Keynote speaker). 12th Annual Tick Summit, Patuxent Wildlife Refuge, Laurel MD. |

*National*

| 4/02 | Update in the Respiratory Infections and the Implications of Antibiotic Resistance. Annual Meeting for the Tennessee Osteopathic Association (TOMA), Kingsport, TN |
| 4/02 | Community-Acquired Pneumonia and Clinical Guidelines. Annual Meeting for the Tennessee Osteopathic Association (TOMA), Kingsport, TN |
| 5/02 | Prudent Use of Antibiotics in Respiratory Infections. NPACE/National Women's Healthcare Conference, Alliance for the Prudent Use of Antibiotics (APUA), Newport, RI |
| 5/02 | Management of Respiratory Infections.  NPACE/National Women's Healthcare Conference, Alliance for the Prudent Use of Antibiotics (APUA), Newport, RI |
| 5/02 | Trends in the Management of Respiratory Infections. Family Medicine Grand Rounds, University of Nebraska, Omaha, NE |
| 10/02 | Clinical Management of Infectious Diseases Panel, Moderator Merle Sande, M.D. 40th Meeting of the Infectious Diseases Society of America, Chicago, IL |
| 10/07 | Images in Infectious Diseases and Case Discussion Panel, Moderator Timothy Raj Ghandi, MD, 45th Meeting Infectious Diseases Society of America, San Diego, CA |
| 5/03 | Post Anthrax-Ciprofloxacin Resistance and Other Emerging Resistant Bacterial Organisms. 31st Annual Convention of the American Academy of Physician Assistants, New Orleans, LA |
| 11/04 | Clinical Management of Infectious Diseases Panel, Moderator Merle Sande, M.D., 42nd Meeting Infectious Diseases Society of America, Boston, MA |
| 10/07 | Treatment of Lyme Disease: The IDSA Perspective. Lyme and Other Tick-borne Diseases Conference, ILADS, Boston, MA |
| 10/10 | Ask the Experts. Pri-Med Annual Conference. Baltimore Convention Center, Baltimore, MD |
| 11/10 | Electronic Decision Support at the Point of Care: Integrating Content for a Low Resource Setting. Annual Meeting of the American Public Health Association, Denver, CO |
| 4/12 | Bullying Borrelia. NIAID Grand Rounds, NIH, Bethesda, MD. Intimate Pets: Scabies, Bedbugs, Lice and Other Creatures, Infectious Disease Society of Ohio, Ohio State University, Columbus OH |
| 4/12 | Perils and Pitfalls in Clinical Infectious Diseases, IDSA Annual Fellows Conference, Naples FL. |
| 5/12 | Chronic Lyme disease: Peril to Public Health. Massachusetts Society of Infectious Diseases, Boston MA. |
| 4/13 | How to Stay Happy in Infectious Diseases, IDSA Annual Fellows Conference, Ft Lauderdale FL. |
| 12/13 | Lyme disease: Essentials and Avoiding Pitfalls. Tick-borne Disease Symposium. University of Florida, Gainesville FL. |
| 2/14 | Lyme disease in the US Southeast.  Southeastern Research Center for Excellence on Emerging Infections and Biodefense Conference. Duke University, Durham, North Carolina. |
| 6/16 | Lyme disease Update 2016. Microbe-ASM, Boston, MA |

| 6/16 | Lyme disease: a Look at Alternative Diagnostics and Therapeutics, Microbe-ASM, Boston, MA |
| 2/17 | Infectious Mononucleosis and Similar Syndromes. Medical Grand Rounds, Main Line Health, Lankenau Hospital, Wynnewood, PA. |
| 4/17 | Avoiding Perils and Pitfalls in ID Clinical Practice. IDSA Clinical Fellows Meeting, Hilton Head SC. |
| 5/17 | Harry E. Dascomb Visiting Professor, Louisiana State University Health Sciences Center, New Orleans, LA. Lyme Disease: Facts and Fictions |
| 12/17 | Lyme disease Prevention, Diagnosis and Treatment. Tick-borne Disease Working Group, Advisory Committee. U.S. Department of Health & Human Services, Washington, D.C |
| 5/18 | What I have learned in Washington DC, Antimicrobial Resistance and the future of ID. University of Pittsburgh Infectious Diseases Grand Rounds, Pittsburgh PA. |
| 7/18 | Cutibacterium acnes and Shoulder Infections, Anaerobe 2018, 14th Biennial Congress, Anaerobic Society of American, Las Vegas, NV. |
| 10/18 | Where are the AMR Experts? World Antimicrobial Resistance Congress 2018, Washington, D.C. |
| 5/19 | Cutibacterium and Shoulder Prosthesis Infections: the Diagnostic Dilemmas. Infectious Diseases Association of California Spring Symposium, Santa Ana, CA. |
| 6/19 | Cutibacterium (ex. Proprionibacterium) acnes and Joint Infections. ASM Microbe, San Francisco, CA. |
| 5/20 | COVID-19 Therapeutics. Plenary session. Society for Academic Emergency Medicine, National Annual (virtual Meeting). |
| 10/20 | What's Hot in Clinical ID? IDWeek 2020 (virtual national meeting) |
|  | Lyme disease: Cases and the new Guidelines. IDWeek 2020 (virtual national meeting) |
| 07/21 | Pandemic, Variants and Vaccines: COVID-19. Kentucky COVID-19 Task Force, University of Louisville, KY (virtual). |
| 9/21 | Variants and the Pandemic. Department of Medicine Grand Rounds, Louisville, KY. |
| 10/21 | Lakenau Medical Center, Department of Medicine Grand Rounds. Lyme disease Update. Lankenau, PA. |
| 3/22 | COVID-19 Therapeutics. North American Society of Obstetric Medicine (virtual). |
| 3/22 | Challenging Issues in Lyme Disease. Upstate Medical Center, Grand Rounds Division of Infectious Diseases, Syracuse, NY |
| 02/23 | Monkeypox. Broward Health Center Medical Grand Rounds. Miami, FL |
| 12/23 | Can We Do Better at Preventing Vector—borne Diseases? Visiting Professor, Department of Medicine Grand Rounds, University of Utah, Salt Lake City, Utah. |

*International*

| 10/99 | Malaria Update. The First Yemeni-American Medical Conference, US State Department, Sanaa, Yemen |
| 10/99 | The Problem of Antimicrobial Resistance and the Pneumococcus. The First Yemeni-American Medical Conference, US State Department, Sanaa, Yemen |
| 11/00 | Controversies in Diagnosis and Management of Pneumonia. The Pulmonology Society of Puerto Rico, San Juan, PR |
| 11/03 | New Pulmonary Pathogens. 6th Annual Convention of the Puerto Rican Society of Pulmonology, University of Puerto Rico School of Medicine, Rio Grande, PR |
| 10/06 | Are Antibiotics Indicated for the Persistent Symptoms in Lyme Disease? 44th Meeting Infectious Diseases Society of America, Toronto, Canada |
| 11/09 | Pandemic H1N1 2009. Medicine Grand Rounds, The Eric Williams Medical School, University of the West Indies, Port of Spain, Trinidad |
| 9/11 | Challenges in the acceptance and adoption of new diagnostic tests. EU-US Workshop TATFAR: Challenges and Solutions in the development of New Diagnostic Tests to Combat Antimicrobial Resistance. Place Madou, Brussels, Belgium. |
| 3/18 | Strengthening Partnerships, Transatlantic Taskforce on Antimicrobial Resistance (TATFAR), |

29

|       | CDC, Atlanta GA. |
|-------|------------------|
| 4/18  | Key Messages from the Lyme disease Guideline Update. 28th European Congress of Clinical Microbiology and Infectious Diseases (ECCMID), Madrid, Spain. |
| 5/18  | Infectious Diseases Priorities and Global Impact, Plenary address for 92nd Annual Meeting of the Japanese Association of Infectious Diseases, 66th Annual Meeting of the Japanese Society of Chemotherapy; Okayama Japan |
| 7/18  | Infectious diseases Priorities. The First International Conference on Infectious Disease and Clinical Microbiology, 18th National Congress of Infectious Diseases, Beijing, China |
|       | Plenary address: Lyme disease and Emerging Tick-borne Infections. The First International Conference on Infectious Disease and Clinical Microbiology, 18th National Congress of Infectious Diseases, Beijing, China |
| 8/21  | COVID-19 Therapeutics, India, USAID RISE seminar series - Session 4: COVID-19 |

Community Services

Club Physician: Caves Valley Golf Club, Owings Mills, Maryland
Volunteer: Boy Scouts of America, Maryland Advisory Council Committee; Troop 711, Lutherville, MD
Troop Eagle Scout Coach



# Paul G. Auwaerter, M.D.

*Infectious Diseases Consultant*

**Conor Lamb, Esquire**

Kline & Specter, PC
1525 Locust Street                                                    13 June 2024
Philadelphia, Pennsylvania 19102

*Re: Stacey Wolking*

Dear Mr. Lamb:

I was asked by Mr. Lamb to comment on Ms. Wolking's intestinal perforation and hospitalization in October 2022, addressing defense expert Dr. Stephen Smith's theories regarding the cause. In my internal medicine practice and infectious diseases consultation, I prescribe corticosteroids in inpatient and outpatient settings.

In the three weeks before her hospitalization, Ms. Wolking took an artemether compound (Arte-M), atovaquone, azithromycin and tafenoquine prescribed by Dr. Linder for babesiosis. Acknowledging the long half-life of tafenoquine of approximately 15 days, she took 1650 mg between September 23 and 27 and then 600 mg on 9/30/22 before presenting to the hospital on 10/7/2202. Dr. Smith surmises that her perforation was from neutropenia due to a tafenoquine overdose.

Hematological toxicities from tafenoquine arise from G6PD deficiency, which Ms. Wolking did not appear to have.  Higher as well as customary doses of tafenoquine have been linked to psychiatric disorders, which can also cause anxiety, insomnia, abnormal dreams and somnolence. Other side effects include GI upset, headaches, dizziness, renal or liver disease, and eye disorders.  However, generally, the drug is well-tolerated.  Early dosing-finding studies have explored using 2100 mg taken over 2 to 7 days[1].

Moreover, studies have not found clinically significant side effects reported regarding bone marrow effects or precipitation of neutropenia[1].  Dr. Smith cites a single case report where a patient with refractory babesial infection was placed on tafenoquine and developed neutropenia after long-term use of tafenoquine (46 days)[2]. Still, there is no likely mechanism to back his conclusion, and this case report is likely idiosyncratic based on the



Post Office Box 1146                     410-978-2108                     pauwaert@gmail.com
Brooklandville, MD 21022                 Fax: 410-296-3520

cumulative review of medical studies on toxicities[1].  Ms. Wolking's tafenoquine totals (2250 mg) are similar to the dose-ranging studies and have not been reported to cause neutropenia[1]. Additionally, she did not develop neutropenia or bowel complications with earlier doses of tafenoquine in 2021-2022.

While perforation was not described in her surgical specimens, small perforations are frequently not identified in pathology studies. Given her presentation of pneumoperitoneum, there is no question that perforation occurred in either the small or large bowel or both, given the small bowel and sigmoid colon resections. Her polymicrobial culture results are consistent with either perforation location, especially in a patient taking long-term antimicrobials.

The mechanism(s) for corticosteroid-induced perforation are not precisely understood but may include disruption of the mucosal barrier, direct injury, and impaired healing. While Ms. Wolking was not extremis, her average prednisone dose in the ten days before admission was 1018 mg per day.  This extraordinary dose may modulate the cytokines usually produced by intestinal perforation and sepsis. Also, her abdominal pain started six days before her presentation to the hospital. It worsened through the week, meaning she may have had a subacute presentation with intestinal perforation and bacteremia for longer than if she had the same problem, not on corticosteroids.

Cytopenias in sepsis can result from bone marrow production decreases or increased destruction.  Leukopenia and thrombocytopenia can result from inadequate bone marrow progenitor supply or hemophagocytosis. Regardless, recovery is often unpredictable, especially for someone as ill as Ms. Wolking, and it can take days.  Also, Ms. Wolking was malnourished, and this may take a toll and impair cellular recovery.

Regarding the contention that Ms. Wolking has neutropenic enterocolitis (NEC), she would not be the typical host. First, in adults, this mainly occurs in people with hematological malignancies who are receiving chemotherapy that damages the integrity of the gut mucosa in the setting of drug-induced neutropenia.  Second, NEC strikes the cecum, terminal ileum, and ascending colon (typhlitis), which was not identified by CT imaging on 10/7. Third, surgeons, if they think NEC is occurring, avoid surgery due to complications in this population.  Therefore, since tafenoquine does not cause her neutropenia, and corticosteroids do not suppress the bone marrow, sepsis is the leading explanation for cytopenias, and NEC is impossible. Moreover, the pathologist did not describe NEC in the submitted specimens.

In summary, there is no compelling reason to implicate drug-induced leukopenia or bone marrow suppression due to tafenoquine in Ms. Wolking's presentation and recovery. Instead, her corticosteroid therapy led to bowel perforation, pneumoperitoneum and sepsis, producing leukopenia and thrombocytopenia due to her intrabdominal infection and bacteremia.

2

Respectfully submitted,

Paul G. Auwaerter, MD

[1]Chu CS, Hwang J. Tafenoquine: a toxicity overview. Expert Opin Drug Saf. 2021 Mar;20(3):349-362.

[2]Prasad PJ, Wormser GP. Failure of an Approximately Six Week Course of Tafenoquine to Completely Eradicate Babesia microti Infection in an Immunocompromised Patient. Pathogens. 2022; 11(9):1051.

Paul G. Auwaerter (generated from memory)

Trial appearances:

2023:

      Peter Smith, Maine [Plaintiff]

      McCarthy, Maine [Defense]


Depositions:

2023:

      Foutch, Oklahoma [Defense]

      Brown, Illinois [Defense]

      Irby, Arizona [Defense]

      Temple, California [Defense]