**In the Matter Of:**

*WOLKING vs*

*HENRY LINDNER*

---

*STEPHEN SMITH, M.D.*

*June 17, 2024*

---



1

2            UNITED STATES DISTRICT COURT

3       FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

4     -------------------------------X
      STACEY WOLKING and DARYL
5     WOLKING, H/W,

6                         Plaintiffs,

7             VS.              No. 3:23-cv-00806-MEM

8     HENRY LINDNER, M.D. and YOUNGS
      APOTHECARY, INC., d/b/a
9     Tunkhannock Compounding Center,

10                        Defendants.
      -------------------------------X
11

12

13

14         REMOTE VIDEOTAPED DEPOSITION

15                      OF

16         STEPHEN M. SMITH, M.D.

17         Monday, June 17, 2024

18

19

20

21

22                 Reported by:
           AYLETTE GONZALEZ, RPR, CLR, CCR
23              JOB NO. 2024-942997

24

25

Page 2

```
1
2                    DATE:  June 17, 2024
3                    TIME:  1:00 p.m.
4
5
6        Remote videotaped deposition of
7    STEPHEN M. SMITH, M.D., pursuant to NOTICE,
8    before AYLETTE GONZALEZ, a Registered
9    Professional Reporter, Certified LiveNote
10   Reporter, Certified Court Reporter and
11   Notary Public of the States of New York,
12   New Jersey, Pennsylvania, Delaware and
13   Texas.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1
2       R E M O T E   A P P E A R A N C E S:
3
4    McCORMICK & PRIORE, P.C.
5    Counsel for Defendant
6    YOUNGS APOTHECARY, INC.
7           2001 Market Street
8           Philadelphia, Pennsylvania  19103
9    BY:      SUSAN KEESLER, ESQ.
10   EMAIL:   skeesler@mccormickpriore.com
11
12
13   ALSO PRESENT:
14           ADAM BALENCIAGA, Videographer
15           ANGELA DeNAPLES
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1
2       R E M O T E   A P P E A R A N C E S:
3
4    KLINE & SPECTER, P.C.
5    Counsel for Plaintiffs
6           1525 Locust Street
7           Philadelphia, Pennsylvania  19102
8    BY:      CONOR LAMB, ESQ.
9    EMAIL:   Conor.Lamb@KlineSpecter.com
10
11
12   CIPRIANI & WERNER, P.C.
13   Counsel for Defendant
14   HENRY LINDNER, M.D.
15           415 Wyoming Avenue
16           Scranton, Pennsylvania  18503
17   BY:      CIARA L. DeNAPLES, ESQ.
18   EMAIL:   cdenaples@c-law.com
19
20
21
22
23
24
25
```

Page 5

```
1        DR. SMITH (6/17/2024)
2        THE VIDEOGRAPHER:  We are now
3    on the record.  My name is Adam
4    Balenciaga.  I am a videographer
5    retained by Lexitas Reporting.
6        This is a video deposition for
7    the United States District Court, the
8    Middle District of Pennsylvania.
9        Today's date is June 17, 2024,
10   and the video time is 1:01 p.m.  This
11   deposition is being held over Zoom in
12   the matter of Wolking verses Lindner,
13   et al.  The deponent is Dr. Stephen
14   Smith, M.D.
15        All counsel will be noted on
16   the stenographic record.  Will all
17   counsel please identify themselves.
18        MR. LAMB:  Conor Lamb for the
19   plaintiffs, the Wolkings.
20        MS. KEESLER:  Good afternoon.
21   Susan Keesler on behalf of Youngs
22   Apothecary, Inc., doing business as
23   Tunkhannock Compounding Center.
24        MS. DeNAPLES:  Ciara DeNaples
25   on behalf of defendant Dr. Henry
```

Page 6

```
 1            DR. SMITH (6/17/2024)
 2    Lindner.
 3            THE VIDEOGRAPHER:  The court
 4       reporter is Aylette Gonzalez and will
 5       now swear in the witness.
 6 S T E P H E N   M.   S M I T H,
 7       called as a witness, having been
 8       first duly sworn by a Notary Public,
 9       was examined and testified as
10       follows:
11 EXAMINATION BY
12 MR. LAMB:
13       Q.   Dr. Smith, my name is Conor
14 Lamb, from the law firm of Kline & Specter.
15 I represent Stacey and Daryl Wolking.  I
16 want to thank you for participating today.
17            I understand you're a very
18 experienced witness, so I'm not going to
19 run through the normal list of instructions
20 and questions.
21            Am I correct that upfront just
22 to understand that you've been retained by
23 Youngs Apothecary, but not by Henry
24 Lindner; is that correct?
25       A.   That's correct.  I've been
```

Page 7

```
 1            DR. SMITH (6/17/2024)
 2 retained by a law firm, yes.
 3       Q.   Okay.
 4            (Cross-talk.)
 5       Q.   Well, you're testifying for the
 6 pharmacy, correct?
 7       A.   That's correct.
 8       Q.   Okay.  And have you been asked
 9 by the pharmacy to testify about the
10 standard of care for pharmacists?
11       A.   No.
12       Q.   Okay.  Have you been asked to
13 testify about the cause of Mr. Wolking's
14 injuries?
15       A.   Yes.
16       Q.   Is it fair to say that the
17 cause of her injuries is the sole element
18 of Ms. Wolking's claims that you've been
19 asked to address?
20            MS. KEESLER:  Objection to
21       form.
22       A.   I believe so.  I don't know
23 exactly what the question means.  I don't
24 know all her claims, but I believe it's the
25 -- the thing that I was asked about was the
```

Page 8

```
 1            DR. SMITH (6/17/2024)
 2 possible causations of her gastrointestinal
 3 appropriation diagnosis on October 7, 2022.
 4 I don't know if -- and that's my opinion
 5 sort of.
 6       Q.   Okay.  You answered my question
 7 there.  I just wanted to understand if you
 8 were here to testify on the issue of
 9 causation in general?
10       A.   Yes.
11       Q.   Okay.  In the past four years,
12 have you testified in a deposition or a
13 trial?
14       A.   Both.
15       Q.   Okay.  Do you know roughly how
16 many times?
17       A.   Depositions, probably 60, 70.
18 Trials, I think maybe -- four years?  I'm
19 sorry, you said four years.  I thought you
20 meant in total.  I don't know.  2020, I was
21 a little obviously preoccupied.  I don't
22 think I gave any deposition in February or
23 not.  I don't think so.
24            So over the last '21 on, I
25 don't know, maybe ten depositions.  I'm not
```

Page 9

```
 1            DR. SMITH (6/17/2024)
 2 sure.
 3       Q.   Okay.  And Ms. Keesler sent
 4 this list to us today, if you can see it on
 5 your screen.  Is this list accurate and
 6 complete for depositions and trial since
 7 May of 2020?
 8       A.   Yes, I think so.
 9       Q.   Okay.
10       A.   There was one in question, we
11 went back and forth on, yeah.
12       Q.   Okay.  And I can't tell from
13 looking at the law firms alone.  Do you
14 know of these that are listed here --
15            MR. LAMB:  And we'll mark this
16       Exhibit 1 at the end, his prior case
17       list.
18            MS. KEESLER:  Okay.
19            (Smith Exhibit 1, Stephen M.
20       Smith, M.D.'s deposition & trial
21       appearances from May 2020 - May 2024
22       was marked for identification, as of
23       this date.)
24 BY MR. LAMB:
25       Q.   Do you know from these cases
```

| Page 10 |
| --- |

DR. SMITH (6/17/2024)

1    
2    that we can see, how many were for the
3    defense?
4         A.   I know that -- first of all,
5    they're not all -- well, this is med-mal,
6    so it doesn't matter.  You're asking about
7    just plaintiff.  I know Pegalis was
8    plaintiff.  I guess that's line 14.
9    O'Connor, Parsons is plaintiff as well.
10   And that's it.
11              My job is going to be they're
12   not all med-mal, but that answers your
13   question.
14        Q.   Just to make sure I understand,
15   how many were for the plaintiff; did you
16   say three?
17        A.   Two, I think.
18        Q.   Two, okay.  And the rest would
19   be defense?
20        A.   Correct.
21        Q.   Okay.  Do you know how many
22   times in your career you've testified as an
23   expert at trial?
24        A.   No, I don't.  I would -- you
25   want a guess or not?  I don't know.

| Page 11 |
| --- |

DR. SMITH (6/17/2024)

1    
2         Q.   Can you estimate?
3         A.   Say about 20, 25.  I don't
4    think it's 25, but it's always fewer than I
5    think, but....
6         Q.   Has a court ever declined to
7    recognize you as an expert?
8         A.   No, not to my knowledge.
9         Q.   In the cases where you've been
10   recognized as an expert by a court, so in
11   trial, let's say, is there one way in which
12   your expertise is most often described,
13   such as --
14        A.   Causation.
15        Q.   I don't mean the issue.  Yeah,
16   I mean the actual expertise.  Is it always
17   infectious disease or is it something more
18   specific or?
19        A.   Probably less specific
20   actually.  You know, infectious disease
21   doctors, you know, like House are
22   diagnosticians.  So I am called in to
23   explain the cause of a disease.  It may or
24   may not be infectious disease.
25        Q.   What are some of the other ways

| Page 12 |
| --- |

DR. SMITH (6/17/2024)

1    
2    in which you've been recognized as an
3    expert?
4         A.   You mean what other types of
5    cause -- you mean causation?
6         Q.   No.
7         A.   Is that what you're asking?
8         Q.   No, I mean, sorry, usually in
9    the courtroom, the lawyer who has retained
10   you will ask the judge, you know, I ask
11   that Dr. Smith be recognized as an expert
12   in fill in the blank.  I'm just asking what
13   that fill in the blank typically is.
14        A.   I think it's as infectious
15   disease expert, but within that --
16        Q.   Okay.
17        A.   -- realm, I also serve as a
18   diagnostician because not every case I've
19   dealt with was truly infection, at least
20   that's my memory.  I don't have any
21   specific examples of where the -- disease
22   was not as a result of an
23   infection.  But in that realm of infectious
24   diseases includes diseases that aren't
25   infections.

| Page 13 |
| --- |

DR. SMITH (6/17/2024)

1    
2         Q.   Before this case -- it does,
3    thank you.
4              Before this case, have you ever
5    expressed an opinion in a legal matter
6    about the cause of a bowel perforation?
7         A.   I don't remember.  I don't
8    remember that.
9         Q.   Okay.  Have you ever expressed
10   an opinion in a legal matter about the
11   effect of corticosteroids on a patient?
12        A.   Probably.  I mean that's a very
13   broad question, so I don't remember
14   specifically, but probably.
15        Q.   Did you have something you
16   wanted to say to the prior question?  It
17   seemed like you were starting to?
18        A.   I was trying to remember
19   another case of operations.  I don't
20   remember exactly.  I don't remember
21   exactly.  I think I had have been involved
22   in cases where there was bowel disease, but
23   I don't remember them exactly.  So I don't
24   -- I guess I just -- I won't go further.
25        Q.   Are you board certified in

Page 14

```
 1              DR. SMITH (6/17/2024)
 2   infectious disease?
 3        A.    I am.
 4        Q.    And how do you define
 5   infectious disease?
 6        A.    How I do or who?  I mean....
 7        Q.    Like I guess the medical
 8   community of infectious disease doctors to
 9   be board certified, is there a certain
10   definition that's used?
11        A.    Board certified.  Do you mean
12   how do you get board certified?
13        Q.    No, I mean, I just mean the
14   term "infectious disease," what it includes
15   and what it doesn't include.
16        A.    That's a very broad field.  As
17   I mentioned, we are the diagnosticians, you
18   know, well, the primary diagnosticians of
19   many different types of disease, and we're
20   obviously trained in recognizing how to
21   diagnose diseases or infectious or
22   non-infectious and how to treat the
23   infectious ones and sometimes to treat the
24   non-infectious ones.  So it's a very broad
25   field.
```

Page 15

```
 1              DR. SMITH (6/17/2024)
 2        Q.    Okay.  When was the last time
 3   you were board certified in internal
 4   medicine?
 5        A.    1992.
 6        Q.    And is that -- when did that
 7   expire?
 8        A.    I don't know.  The ABIM down in
 9   Philly, the American Board of Internal
10   Medicine, at some point decided that if you
11   only maintain your subspecialty board
12   certification as I had, that you were no
13   longer internal medicine board certified.
14              So, you know, kind of like
15   Prince, who was formerly known as Prince or
16   whatever, I'm a formerly board certified
17   internal medicine -- internal medicine is
18   considered by the American Board of
19   Internal Medicine, and I am currently board
20   certified in infectious diseases, which is
21   weird to be obviously board in a
22   subspecialty of a specialty.
23              But I am also actively involved
24   in the maintenance of certificate I think
25   is the term they use, by the American Board
```

Page 16

```
 1              DR. SMITH (6/17/2024)
 2   of Internal Medicine, meaning I'm actively
 3   accruing CMEs and other actions to maintain
 4   my board certification.
 5        Q.    In infectious disease?
 6        A.    Yes.
 7        Q.    Right.  Okay.
 8              Have you yourself ever been
 9   sued for malpractice?
10        A.    No.
11        Q.    Have you ever been investigated
12   by a medical board?
13        A.    No.
14        Q.    In the last four years, so
15   thinking about that chart that we just
16   looked at with your past cases, can you
17   estimate roughly what percentage of your
18   income has been due to expert work in legal
19   cases?
20        A.    Well, in 2020, it was very low,
21   so the average would probably be maybe 50
22   percent.
23        Q.    Okay.  And where do you
24   currently practice medicine?
25        A.    I'm in Jersey.
```

Page 17

```
 1              DR. SMITH (6/17/2024)
 2        Q.    Where in New Jersey?
 3        A.    I'm sorry, do you mean which
 4   hospital do I go to or?
 5        Q.    Just in general where do you
 6   practice every day?  So do you have a
 7   clinic?  Do you go to the hospital?  Do you
 8   have an office?
 9        A.    So I go to a hospital.  I go to
10   one -- let me describe it more broadly.  I
11   am part of a three-doctor three-mid-level
12   practitioner practice.  I'm the owner, I
13   guess, of it.  We go to one hospital.  The
14   hospital used to be called St. Barnabas
15   Medical Center.  It's now called Cooperman
16   Barnabas Medical Center.  It's part of the
17   RWJBarnabas Health System.  We are product
18   practitioners there.
19              Additionally, my practice goes
20   to several -- I forget the number now, 15,
21   16 different subacute rehab centers, where
22   patients are -- we follow patients that we
23   had seen in the hospital and got discharged
24   through rehab centers or we were primarily
25   consulted by the physicians there because
```

Page 18

```
 1            DR. SMITH (6/17/2024)
 2  the patient has a possible infection.
 3            And then separately, my wife
 4  and I own a nonprofit center.  This is a
 5  coincidence, by the way.  I didn't plan
 6  this.  This is the Smith Center for -- I
 7  forget the name -- for Infectious Disease
 8  and Urban Health.  The Smith Center I
 9  founded in 2009.  We started seeing
10  patients in 2010.  It's in East Orange,
11  close to Newark, New Jersey.  It's
12  primarily an HIV clinic.  We're nonprofit
13  501(c)(3).  We receive our funding
14  primarily from the federal grant system.
15       Q.   Do you treat patients at the
16  Smith Center?
17       A.   Not any longer.  I did for the
18  first several years, of course.  Now, I
19  just have too many responsibilities.  I'm
20  the medical director and grant writer,
21  et cetera, but I don't see patients there.
22       Q.   And in your practice with the
23  other doctors that you described, do you
24  see any outpatients?
25       A.   Yes.  Not many.  I saw -- I
```

Page 19

```
 1            DR. SMITH (6/17/2024)
 2  guess the last time I saw a patient
 3  in-house was a couple Sundays ago, a
 4  patient I take care of before called up and
 5  I had them come to my house where I have
 6  essentially set up an exam room and -- or
 7  at least a treat medicine cabinet.  So
 8  I....
 9       Q.   Would it be accurate to say
10  that most of your treatment time these days
11  is spent consulting in the hospitals and
12  rehab clinics that you mentioned?
13       A.   Yes.
14       Q.   Okay.
15       A.   Just a correction, I once in a
16  while go to the rehab centers.  Most of my
17  time clinically is helping out.  I often
18  discuss cases with the physician's
19  assistant onerous practitioner about.  Kipp
20  Ace is there.  But the other two physicians
21  are primarily responsible for overseeing
22  patients at the rehab centers.
23       Q.   Okay.  How many hours a week
24  would you estimate that you're with a
25  patient at this point?
```

Page 20

```
 1            DR. SMITH (6/17/2024)
 2       A.   So with a patient or working a
 3  patient is a big difference.
 4       Q.   Sure.  I guess, I mean, I'd
 5  like to know the answer to both, but I
 6  guess first maybe tell me actually with a
 7  patient face-to-face.
 8       A.   So we're rounding probably
 9  around probably average of four days a
10  week, I think is the average.  I'm talking
11  about seven days a week now, that includes
12  one third of the weekends.
13            Face time in front of the
14  patient is probably two-plus hours of those
15  days each day.  Then the non-face time, the
16  other work is two to three times more than
17  that.
18       Q.   Okay.
19       A.   Probably even more.  It depends
20  on whether I have mid-level practitioners
21  help us at the hospital as well.  Sometimes
22  I have assistance from one of them or
23  sometimes I don't.  So when I don't,
24  obviously, I have to do more work.
25       Q.   And let's just focus on the
```

Page 21

```
 1            DR. SMITH (6/17/2024)
 2  patients that you see in the hospital for
 3  now.  What are the most -- are there any
 4  sort of common conditions that you end up
 5  seeing more often than others?
 6       A.   I'm not sure.  We see lots of
 7  different types of infectious, not one
 8  particular infection we see.
 9       Q.   Okay.
10       A.   Well, since 2020 and 2021.
11       Q.   Right.  One of the things we're
12  going to talk about in this deposition is
13  neutropenic enterocolitis.  Have you ever
14  treated a patient with that?
15       A.   Sure.
16       Q.   Is that common for you?
17       A.   No.
18       Q.   Do you remember when the last
19  time you treated a patient with NE was?
20       A.   I think it was a couple years
21  ago.  Again, just from memory, yeah, I
22  don't remember exactly, but I think it was
23  one the past couple of years.
24       Q.   And --
25       A.   It's not common.
```

Page 22

```
 1            DR. SMITH (6/17/2024)
 2      Q.    What about babesiosis?
 3      A.    Yes.
 4      Q.    Have you ever treated someone
 5 with babesiosis?
 6      A.    Yes.
 7      Q.    Do you remember when the last
 8 one of those was?
 9      A.    No.
10      Q.    Do you think you had one in the
11 last two or three years?
12      A.    No, I do.  It was -- I think it
13 was during covid.  Guy came up from the
14 shore and I saw something on their CBC that
15 made me think he might have mollus, maybe
16 it was a UA, so I ordered a Babesia.  It
17 was two, three years ago.
18      Q.    Okay.  Do you recognize the
19 term "chronic babesiosis"?
20      A.    No.
21      Q.    Have you ever heard of that
22 term before this case?
23      A.    No.
24      Q.    Do you know whether babesiosis
25 is recognized in the medical community as a
```

Page 23

```
 1            DR. SMITH (6/17/2024)
 2 chronic disease?
 3      A.    In humans, no.  I wouldn't know
 4 about animals.
 5      Q.    Yeah, I mean -- I mean in
 6 humans.
 7      A.    It does cause recurrent disease
 8 as described in the case report I provided.
 9 There's a difference between recurrent and
10 chronic.  It's subtle, but there's a
11 difference.
12      Q.    Does the difference have to do
13 with whether a patient is immunosuppressed?
14      A.    No.  You could have -- I mean
15 most cases are recurrent babesiosis.  You
16 could have recurrent disease we're talking
17 about.  I'm just talking about the
18 difference between a recurrent infection
19 broadly and a chronic infection broadly,
20 not just referring to babesiosis.
21      Q.    Okay.  In general, do you know
22 whether the medical community views
23 babesiosis as an acute disease?
24      A.    Yes, I know it and it does.
25      Q.    Have you ever looked at the
```

Page 24

```
 1            DR. SMITH (6/17/2024)
 2 CDC's guidance on babesiosis?
 3      A.    Probably.
 4      Q.    Do you remember how you
 5 accessed it?  Do you remember how you found
 6 out what the CDC recommended on babesiosis?
 7      A.    I don't, no.  I mean, through
 8 my phone maybe.  I don't know.  I mean I
 9 knew -- I can tell you more broadly where I
10 go to look for treatment regimens that I'm
11 not, quote, familiar with, I could tell you
12 that if you'd like.
13      Q.    Sure.  Let's take the example
14 of the guy who came up from the shore and
15 you ordered the -- I think you said it was
16 a blood panel babesiosis.  What did you
17 look up to find out how to diagnose that
18 disease?
19      A.    I probably -- again, more
20 broadly, I don't remember exactly what I
21 looked up, but I know the basic, you know,
22 treatments.  So I confirmed probably
23 through Up-to-Date, which is an online
24 textbook that covers more than infectious
25 diseases, but also covers infectious
```

Page 25

```
 1            DR. SMITH (6/17/2024)
 2 diseases.  I may have gone to CDC's website
 3 as well, I don't know.
 4            The third place I go to for in
 5 general review would be the Textbook
 6 Principles and Practices of Infectious
 7 Diseases.  So Principles and Practices of
 8 Infectious Diseases.  These are the copies
 9 of the old ones right there, the red and
10 black ones.  It's also called Mandell.
11 This is the textbook to which Dr. Auwaerter
12 is a contributor, an author.
13      Q.    Okay.  Do you remember if you
14 prescribed any medications to the gentleman
15 that you diagnosed babesiosis in?
16      A.    Yes, we did.
17      Q.    Do you remember what they were?
18      A.    No, I'm not sure.  I think -- I
19 forgot the regimen we used, but no, I don't
20 remember off the top of my head.  There's a
21 couple regimens to choose from.  I don't
22 remember which one we choose.
23      Q.    Do you know whether you
24 prescribed any corticosteroids for him?
25      A.    I did not.
```

Page 26

1            DR. SMITH (6/17/2024)
2        Q.    Okay.  Do you know whether
3    corticosteroids are part of a recommended
4    regimen for babesiosis?
5        A.    Not that I'm aware.
6        Q.    Do you know what a vector-borne
7    illness is?
8        A.    Yes.
9        Q.    Do you know if there are any
10   vector-borne illnesses where it would be
11   common to prescribe corticosteroids?
12       A.    Well, that's a -- I mean I have
13   to think about that for a while.  There may
14   be.  Yeah, there might be.  Yeah, I'm
15   trying to think if -- so the -- I'm trying
16   to think of when -- there's a certain form
17   of Borelli that -- infection that -- I
18   don't know if they recommend prescribing.
19   It's rare, but steroids upfront,
20   corticosteroids upfront to prevent the
21   Jarisch-Herxheimer Reaction to the
22   antibiotics therapy, otherwise known in
23   this case, I guess, as Herxing.
24            So I don't know if the
25   recommendations are for you to give

Page 27

1            DR. SMITH (6/17/2024)
2    steroids before or wait for the reaction to
3    occur after treatment.
4        Q.    Other than that one instance,
5    have you ever heard it recommended to give
6    corticosteroids for a babesiosis patient?
7        A.    Babesiosis, no.  I didn't say
8    babesiosis.
9        Q.    Do you know any reason why
10   corticosteroids would be contraindicated
11   for a disease like babesiosis?
12       MS. KEESLER:  Object to form.
13       A.    I guess that's a broad
14   question.  You talk about there's all sorts
15   of nuances to that question.  It's really
16   difficult to answer the way you phrased it.
17       Q.    I can be a little more specific
18   if you'd like.  One aspect of or one effect
19   of corticosteroids can be the suppression
20   of the immune system.  As an infectious
21   disease doctor, would it ever concern you
22   to prescribe corticosteroids to someone
23   with a vector-borne illness who's fighting
24   an illness?
25       MS. KEESLER:  Objection to

Page 28

1            DR. SMITH (6/17/2024)
2    form.
3        A.    Yeah, I would say -- I wouldn't
4    really separate out vector-borne from other
5    infections.  You know infections -- the
6    infection can be vector-borne or not and we
7    still worry about immunosuppression.
8            Now, having said that, there
9    are at least three or four now diseases
10   that are infection types really, in
11   general, that we co-administer steroids
12   with.
13            So the co-administration of
14   steroids with antimicrobial agents, which
15   you call antibiotics, occurs, you know,
16   with certain infection types and so it just
17   depends on the situation.
18       Q.    What are the infection types
19   you mentioned where the co-administration
20   takes place?
21       A.    I think the last one I saw,
22   which I don't do yet is pneumonia.  Before
23   that, pseudodata, steroids help with
24   cellulitis and I think it's established
25   established that steroids help with

Page 29

1            DR. SMITH (6/17/2024)
2    tuberculosis pericarditis, steroids help
3    with bacterial meningitis and I think would
4    be considered standard of care with
5    bacterial meningitis treatment prior to
6    initiation of antibiotic therapy, and then
7    there's bacterial meningitis, CNS disease
8    with tuberculosis where it's a little bit
9    controversial.
10       Q.    Are any of those conditions
11   involving a parasite?
12       A.    I don't think so.
13       Q.    Have you ever heard of the
14   co-administration of steroids in
15   antimicrobials with a parasitic infection?
16       A.    How are you defining parasite?
17       Q.    If you have a definition of it,
18   yeah, I mean to include Babesia or malaria,
19   I don't know if there's a more accurate
20   term than parasite, but --
21       A.    They're protozoans but yeah, I
22   mean, you know, worms or -- yeah, I don't
23   remember off the top of my head any
24   parasitic or protozoan infection being
25   treated with a co-administration of

| Page 30 |
| --- |

1          DR. SMITH (6/17/2024)
2    steroids.
3          Q.    Okay.  In the list of things
4    you reviewed before writing your report,
5    did you become familiar with Dr. Lindner's
6    theory that he could co-administer steroids
7    as well as antimalarial drugs?
8              MS. KEESLER:  Objection to
9          form.
10         A.    I mean I read some of that.  I
11   didn't -- I don't know what become familiar
12   means.  But I read that he was using
13   co-administration of steroids to reduce the
14   inflammatory response from killing the
15   organisms, and he called it the response, I
16   think, to the killing he called Herxing,
17   and I think that's the abbreviation for the
18   acronym I used earlier of -- of
19   Jarisch-Herxheimer Reaction.  That's a
20   tough thing to say, Jarisch-Herxheimer.  I
21   think that's what Herxing stands for, is
22   the reaction to the organism -- infected --
23   the infecting organism and allergic way,
24   inflammatory way after you give antibiotics
25   to kill that organism.

| Page 31 |
| --- |

1          DR. SMITH (6/17/2024)
2          Q.    Did you read -- did you read
3    the emails or other documents where
4    Dr. Lindner explained his rationale for
5    that treatment approach?
6          A.    I did, but I didn't focus on
7    that, but I did read them, yes.
8          Q.    Did you reach any opinions
9    about the soundness of his theory from an
10   infectious disease perspective?
11         A.    I'm not familiar with the --
12             MS. KEESLER:  Objection.  Form.
13         A.    Sorry.  I'm not familiar with
14   the disease he's talking about, chronic
15   babesiosis.  It's not to my knowledge
16   recognized as a disease, and I'm not
17   familiar with human infections with a
18   species of Babesia that he cited.  So
19   therefore I am not familiar with treatment
20   of a disease that I don't know about or
21   haven't heard about.
22         Q.    Have you ever heard of a doctor
23   using the similar approach to Dr. Lindner's
24   with respect to any disease?
25         A.    I don't know.  That's very

| Page 32 |
| --- |

1          DR. SMITH (6/17/2024)
2    broad.
3              MS. KEESLER:  Objection.
4          A.    I mean there was -- I've seen
5    doctors do all sorts of things, but I don't
6    remember, you know, anything like that,
7    this specific, I mean.
8          Q.    Okay.  Have you prescribed
9    corticosteroids during your career?
10         A.    Yes, of course.  You mean this
11   week?
12         Q.    Right.  No, I recognize that
13   they're common.  I just didn't know in the
14   conditions that you're treating, how often
15   you're prescribing them.
16             Can I take from your response
17   that it's something common for you to
18   prescribe?
19         A.    Yes.
20         Q.    Does that include both
21   prednisone and dexamethasone?
22         A.    Sure.  I don't know how you
23   would -- you know, the -- for instance,
24   covid.  If you were hypoxic and you were
25   admitted to the hospital, we gave everybody

| Page 33 |
| --- |

1          DR. SMITH (6/17/2024)
2    dexamethasone, not particularly great.  But
3    we were the ones prescribing it, we being
4    my team, and we saw a lot of covid
5    patients.
6              And then other situations where
7    I used prednisone.  From our point of view,
8    there's not a whole lot of difference.
9    There are subtle differences for sure and
10   there are potency differences of course.
11             Prednisone is oral.
12   Dexamethasone is both oral and intravenous.
13   Dexamethasone is more potent.  Prednisone
14   has more mineralocorticoid activity, that
15   kind of thing.
16             In general, we use prednisone
17   when we're using an oral agent and then we
18   use usually probably dexamethasone or
19   hydrocortisone when using an intravenous
20   agent.
21         Q.    One of the prescriptions
22   dispensed to Ms. Wolking in this case was
23   200 tablets of dexamethasone and those were
24   four milligrams each.
25             Have you ever written a

Page 34

DR. SMITH (6/17/2024)

1    dexamethasone prescription of that
2    quantity?
3    A.    No.
4    Q.    From your knowledge of
5    corticosteroids, are there any risks of
6    adverse reactions from a dexamethasone
7    prescription of that quantity?
8        MS. KEESLER:  Objection to
9    form.
10    A.    I don't know if it's quantities
11    is absolutely -- the steroid,
12    corticosteroid risk factors are well
13    described.  And in some of your -- I think
14    Dr. Williams cited a review or two reviews
15    on the adverse effects of corticosteroids.
16    And the -- they're not particular to the
17    particular corticosteroid.  They are four,
18    I believe, corticosteroids that can be
19    used:  hydrocortisone, prednisone,
20    methylprednisolone, that's known as
21    Solu-Medrol or Medrol, and then
22    dexamethasone, which is also known as
23    decadron.
24        I think the adverse effects are

Page 35

DR. SMITH (6/17/2024)

1    really related to someone to dose and
2    certainly to -- certainly to dose to some
3    extent and certainly to duration, but the
4    -- I don't think they're different for
5    dexamethasone versus the others.
6    Q.    In this case, with the
7    prescription I mentioned, the doctor
8    instructed the patient to take up to ten
9    tablets of the four milligram dexamethasone
10    per day.
11        So you just mentioned that
12    there are some risks of adverse effect with
13    respect to dose.  Do you know whether a
14    dose of ten four milligram dexamethasone
15    tablets per day would create a risk of any
16    adverse effects?
17        MS. KEESLER:  Objection to
18    form.
19    A.    Again, duration would be very
20    important.  For instance, neurosurgeons
21    often use high doses of dexamethasone, you
22    know, pre- -- for their patients with
23    inflammation of the brain, and so the risks
24    really depend on duration as well.

Page 36

DR. SMITH (6/17/2024)

1    Q.    But the risks also depend on
2    dose, right?
3    A.    Yes, to a degree.  I mean,
4    there's like -- you know, as far as I know,
5    there's a limit, you know, once you're
6    above a certain dose, the levels -- most
7    things in biology are we call an S shaped
8    curve and that is -- in this situation, S
9    shaped curve would mean that a low dose
10    really wouldn't have an effect no matter
11    how long you took it and a high dose, once
12    you're past a certain dose, there's no
13    increased effect or very minimal increase
14    in the effect.
15    Q.    And where did you learn about
16    that limit with respect to corticosteroids?
17    A.    First of all, well, most --
18    corticosteroids are hormones and it's true
19    for most things in biology.
20    Corticosteroids work by binding two
21    intercellular receptors.  So if you occupy
22    all the receptors, it goes to understanding
23    that you can't really do much difference.
24    There isn't a -- it's not like you have a

Page 37

DR. SMITH (6/17/2024)

1    -- you know, a linear response.  In that
2    case, then there would be a situation where
3    a dose of some kind would cause every
4    adverse effect and I guess, you know,
5    pretty soon.
6        Remember, it's dose and
7    duration and so the -- you're suggesting
8    that some -- some dose, you eventually got
9    to 100 percent after some duration of every
10    adverse effect for a linear.  That's just
11    math.
12    Q.    Right.  I'm not suggesting
13    anything.  I'm just asking if you -- do you
14    have a citation for the proposition that
15    there's a limit above which the risk to a
16    patient does not increase for
17    corticosteroids?
18    A.    I think the -- I have the risk
19    of the alternative, which is that they're
20    below which there's not and then above
21    which, you know, at least they were grouped
22    the same as having the same risk.  There's
23    cutoffs like you'll see greater than 7.5
24    milligrams of prednisone per day, some

Page 38

DR. SMITH (6/17/2024)

1  cutoffs for some adverse effects,
2  et cetera.  So I'd say there's that rather
3  than the -- I don't know that the people
4  that studied incremental dosing or
5  incremental durations of time, that would
6  be obviously a weird study to do, to say
7  okay, this -- you know, you're going to
8  have an escalating dose over escalating
9  time, and then you're going to look at the
10  adverse effects.
11          I don't think those studies --
12  there's no situation where I think that
13  could happen, where you could study that.
14      Q.   So can you provide a citation
15  for the idea that the risk does not
16  increase over a certain limit for
17  corticosteroids?
18      A.   No, not off the top of my head.
19  I think the reviews by Dr. Williams
20  actually imply or come close to stating
21  that actually.  I think Dr. Williams
22  himself said something similar.
23      Q.   Do you know whether it's
24  possible to overdose on prednisone or

Page 39

DR. SMITH (6/17/2024)

1  dexamethasone?
2          MS. KEESLER:  Objection to
3  form.
4      A.   Not to my knowledge.
5      Q.   So you've never seen a patient
6  who was overdosed on either prednisone or
7  dexamethasone?
8      A.   I don't know of an overdose
9  syndrome secondary to high doses of
10  corticosteroids, no.
11      Q.   Have you ever seen a patient
12  who was taking prednisone or dexamethasone
13  suffer a bowel perforation?
14      A.   I don't remember.  Probably.
15      Q.   In the past, let's say, ten
16  years, have you prescribed -- well, I guess
17  it hasn't been on the market for ten years.
18          In the past six years, have you
19  prescribed tafenoquine to any patients?
20      A.   No.
21      Q.   Apart from corticosteroids,
22  have you ever been involved in the
23  treatment of a patient with a bowel
24  perforation from any cause?

Page 40

DR. SMITH (6/17/2024)

1      A.   Many times, yes, of course.
2  This -- I have one now.
3      Q.   When you say, "many times," can
4  you put that in perspective for me; are we
5  talking dozens or hundreds or?
6      A.   It's certainly above dozens,
7  yeah, so I guess it's -- I mean I wouldn't
8  even think about it as being a, you know,
9  number I'd keep track of.
10      Q.   Okay.  Have you ever published
11  any written work that deals with the
12  effects of corticosteroids?
13      A.   Not to my memory.
14      Q.   Have you ever published any
15  written work that deals with the causes of
16  bowel perforations?
17      A.   No, I don't think so.
18      Q.   I just want to ask about the
19  materials you reviewed before writing your
20  report.  So I'm going to pull that up so
21  you could see it.
22          All right.  Can you see the
23  first page of your report on the screen?
24      A.   I can.

Page 41

DR. SMITH (6/17/2024)

1      Q.   There's a list of 35 items in
2  your report spanning pages one and two.  Is
3  that a complete list of the things you
4  reviewed before writing this?
5      A.   I'm not sure.  I'd have to go
6  back and, you know, those are -- I don't
7  think it was anything of -- that I -- I
8  included in my report that's not on -- in
9  some document on this list, but there might
10  be records I looked at that I didn't -- by
11  accident, I left off.  I don't know.
12      Q.   Okay.  Since you wrote this
13  report on May 17th, is there anything
14  additional that you've reviewed?
15      A.   The supplemental reports from
16  your -- plaintiffs' experts.
17      Q.   Any additional medical records
18  or emails or other documents that aren't
19  listed?
20      A.   I don't think so.  I don't
21  remember.  I mean I could -- no, I don't
22  think so.
23      Q.   How much time did you spend
24  reviewing those materials and then writing

Page 42

```
1              DR. SMITH (6/17/2024)
2    the report?
3         A.    I don't remember, but it could
4    have been -- it was over 20, I know that.
5    I don't remember if it was up to 30 or not.
6         Q.    Between 20 and 30 hours, would
7    that be a fair estimate?
8         A.    Yes.
9         Q.    Now I just want to ask you
10   about some of the individual pages.  Put
11   that back up again.  And we'll mark --
12   we'll mark the report as Exhibit 2.
13        (Smith Exhibit 2, expert report
14        of Dr. Stephen Smith was marked for
15        identification, as of this date.)
16   BY MR. LAMB:
17        Q.    Page 10, I'd like to ask you
18   about.  Okay.  Are you looking at page 10
19   of your report?
20        A.    Yes.  I'm looking at what
21   you're showing, yes.
22        Q.    Yes, okay.  It looks to me like
23   you -- on page 10, you are noting some
24   different lab results for Ms. Wolking for
25   the days after she was initially
```

Page 43

```
1              DR. SMITH (6/17/2024)
2    hospitalized; is that accurate?
3         A.    Yes.  The attempt is to provide
4    a summary of it and, you know, obviously in
5    this case, the -- these lab values and bio
6    signs are important.
7         Q.    Okay.  It looks to me like the
8    last day that you noted her white blood
9    count and other signs was on October 12,
10   2022; is that accurate?
11        A.    That's accurate, yes.
12        Q.    Why did you stop -- why did you
13   stop noting that data on October 12th?
14        A.    After that, it was normal
15   level.
16        Q.    Okay.  So starting on
17   October 13th, it was at normal level?
18        A.    The next that was measured
19   which may have been October 13th.
20        Q.    Going to page 11, there was a
21   prescription in this table that you noted
22   on September 7th of 2022, for dexamethasone
23   from Harris Teeter.  Do you see where my
24   cursor is down here?
25        A.    Yes, that was in error.
```

Page 44

```
1              DR. SMITH (6/17/2024)
2         Q.    Okay.  And an error in the
3    sense that it's not just the wrong date,
4    it's an extra prescription that shouldn't
5    be there, right?
6         A.    Correct.
7         Q.    And the same would be true then
8    for item six here on page 13?
9         A.    Yes.
10        Q.    Okay.  Then in the table on
11   page 12, there's a list of different
12   medications that Ms. Wolking was taking.
13   You have two tafenoquine tablets on
14   September 27th.
15              Could you tell me where you
16   found evidence that Ms. Wolking took two
17   tafenoquine tablets on September 27th?
18        A.    I'd have to go back and look.
19   I can't tell you off the top of my head
20   certainly.  There was different emails
21   between -- it was from the emails from
22   Dr. Lindner and probably Ms. Wolking's
23   husband Daryl.  That's probably where I got
24   -- I know that's where I got it from.  I
25   just don't know which email.
```

Page 45

```
1              DR. SMITH (6/17/2024)
2         Q.    Okay.  I'm going to -- I'm
3    going to pull up the document called
4    Lindner chart 1 to 607, and I'll keep us
5    straight here.
6              So so far I have your past
7    testimony document Exhibit 1.  Your report
8    is Exhibit 2.  Lindner chart 1 to 607 is
9    going to be Exhibit 3.
10             (Smith Exhibit 3, Lindner chart
11        1 through 607 was marked for
12        identification, as of this date.)
13   BY MR. LAMB:
14        Q.    And I am looking at page --
15   starting on page WOLKING-LINDNER 000351.
16   Here in the middle of the page, do you see
17   an email on September 28, 2022, roughly
18   about noon where Stacey Wolking wrote to
19   Dr. Lindner, "Took 9 Krintafel between 9/23
20   and 9/26"?
21        A.    Yes.
22        Q.    Okay.  And then if we go to
23   your report and look at the period from
24   9/23 to 9/26, would you agree you list nine
25   tablets of tafenoquine there, correct?
```

1           DR. SMITH (6/17/2024)
2     A.   Yes.
3     Q.   Okay.  Now I'm going to go on
4  to page 350 -- I'm going to go on to page
5  353, spanning on to 354 of Lindner chart
6  1-607.
7           You can see an email here on
8  September 27th, from 12:16 p.m., Stacey
9  Wolking, if you just read that to yourself
10 all the way to the bottom here where she
11 signs her name Stacey.  Let me know when
12 you're done reading it.  I'll just ask you
13 a question.
14    A.   It's hard to read when you
15 can't control the scroll.  Okay.
16    Q.   Okay.  Do you see where again
17 she repeats that she took nine Krintafel
18 from 9/23 to 9/26?
19    A.   Yes.
20    Q.   Do you see any evidence in this
21 email from 9/27 that she took an additional
22 Krintafel after that?
23    A.   Not this email, but I think
24 this email only describes the morning.
25    Q.   Right.  Okay.  So we're going

1           DR. SMITH (6/17/2024)
2  to go up from here.  The next email on 9/27
3  is from Dr. Lindner to her.  Then if we go
4  up further, you can see where it crosses
5  from September 27th to September 28th.
6           Could you just read to yourself
7  again from the first September 28th email
8  down.  Let me know when you're done up to
9  the line, "Do I keep taking more??"
10    A.   Okay.
11    Q.   Do you see any evidence in
12 those emails that she took an additional
13 Krintafel after 9/26?
14    A.   No.
15    Q.   Can you think of anywhere else
16 in the records that you reviewed where it
17 showed that she took two Krintafel on
18 September 27th?
19    A.   I would have to be able to
20 search for it myself.  It's tough to read
21 this and, you know, through selective
22 emails.  I'd have to -- if you give me a
23 chance to search it myself.
24    Q.   Did you review Ms. Wolking's
25 notebook that was turned over in this case?

1           DR. SMITH (6/17/2024)
2     A.   Notebook, I don't know if I --
3  the notebook, I saw some -- I think some,
4  like, diary thing after her
5  hospitalization.  Something.  I don't
6  remember seeing a notebook.
7     Q.   You don't remember seeing
8  scanned images of drug totals that she was
9  taking by the date?
10    A.   No.
11    Q.   Okay.  You also put in your
12 report on page 15, that her tafenoquine
13 dose range was from 2,250 to 3,000
14 milligrams based on the tablets.  Why did
15 you write that?
16    A.   I didn't know she -- I didn't
17 have her prescription and I think -- I
18 think now, looking at Dr. Lindner's -- that
19 she was taking a 200 milligram dose.  I
20 didn't know what size dose she was taking.
21 She was describing taking tablets.  She
22 talked about her dosage of steroids and
23 prednisone milligram equivalent.  She did
24 not or Ms. Wolking and her husband did not
25 describe taking tafenoquine in milligrams.

1           DR. SMITH (6/17/2024)
2  I was assuming two different doses there.
3  And I think it was -- if memory serves, I
4  found a comment from Dr. Lindner that it
5  suggest it was the higher dose, in other
6  words, 3,000.
7     Q.   Are you aware of any company
8  that makes a 200 milligram tafenoquine
9  tablet?
10    A.   I don't know where she got,
11 period, tafenoquine so I don't know what
12 dose she had.
13    Q.   Did you have access to
14 Dr. Lindner's medical chart for Stacey
15 Wolking?
16    A.   Yes.  That's where I came from.
17 I think it was at one point, he said take
18 three tablets or 600 milligrams.  I think
19 that's where I inferred the dosing.
20    Q.   Okay.  Did you look at the
21 section of Dr. Lindner's medical chart for
22 Stacey Wolking where it said all the drugs
23 that he prescribed for her?
24    A.   I'm not sure which section
25 you're talking about.

| Page 50 | Page 52 |
|---|---|

DR. SMITH (6/17/2024)

1
2    Q.    Okay.  Do you recognize the
3  brand name Krintafel?
4    A.    Yes.
5    Q.    And I'm just showing you again
6  what we marked as Exhibit 3, which is the
7  Lindner chart 1 to 607 PDF.  This part that
8  you can see on the screen now is from the
9  hospital so I'm just going to go down to
10  where we're in Dr. Lindner's medical chart.
11          Do you recognize what I'm
12  showing you on the screen now,
13  WOLKING-LINDNER page 272?
14    A.    Correct, that's from the
15  hospital.  No, that's from -- the page
16  you're showing me now is presumably the
17  first page or so of Dr. Lindner's actual
18  office records.
19    Q.    Okay.  And do you see here
20  where on May 13, 2022, it says, "Krintafel
21  150MG oral tablet"?
22    A.    Yes, I see that, yeah.
23    Q.    And then there's three places
24  you can see it highlighted on page 275.  Do
25  you see Krintafel on page 275?

DR. SMITH (6/17/2024)

1
2  I was saying, well, it's -- the problem
3  with our terms is they overlap in medicine.
4  So intestinal perforation can mean a
5  perforation of the small intestines or the
6  bowel.  And some people use bowel means
7  small intestine.
8          I think your plaintiffs used
9  the term "bowel" interchangeably, where a
10  surgeon typically would say bowel is small
11  intestines.  The large intestine, that's
12  colon.
13          As I remember, I think some of
14  your experts might have used the term
15  "bowel" to cover the entire intestinal
16  tract and I was just trying to say -- I was
17  trying to break it down, we don't know if
18  it was in the colon or the intestines.  The
19  intestines here would be the small bowel.
20    Q.    Is it your opinion that there
21  was a perforation?
22    A.    Yes.
23    Q.    Do you know where the
24  perforation occurred?
25    A.    I know at least some part of

| Page 51 | Page 53 |
|---|---|

DR. SMITH (6/17/2024)

1
2    A.    Yes.
3    Q.    Each time it's a 150 milligram
4  tablet, correct?
5    A.    Yes.
6    Q.    Did you see anywhere in the
7  medical record where it suggested that
8  there was a 200 milligram Krintafel tablet?
9    A.    No, I thought I -- I thought
10  from other things, comments, I inferred
11  that.  I thought at one point Dr. Lindner
12  said three tablets being 600 milligrams but
13  I may have misread that.  I don't know.
14    Q.    Do you know if there even is a
15  200 milligram Krintafel tablet on the
16  market?
17    A.    I do not know.
18    Q.    If we go to page 13 of your
19  report, you use the term
20  "colonic/intestinal perforation."  Why did
21  you use that term "colonic/intestinal"?
22    A.    You want to show me the area or
23  sentence or you want me to look?
24    Q.    Sure, I'll pull it up.
25    A.    I think this is the part where

DR. SMITH (6/17/2024)

1
2  it.  There had to be at least a perforation
3  of the sigmoid based on the other data.
4    Q.    What's the data that showed you
5  there had to be a perforation of the
6  sigmoid?
7    A.    The microbiologic data.  The
8  microbiologic data are as follows.  The
9  blood cultures on 10/7/2022 from
10  Ms. Wolking grew one organism, not many.
11  And that organism is bacteroides fragilis.
12  Bacteroides fragilis occurs in high
13  concentrations in the -- typically in the
14  sigmoid but also in the colon.  Things
15  occur in high concentrations in the
16  jejunum.
17          The other part of the
18  microbiologic data are the cultures taken
19  from the peritoneal fluid at the time of
20  surgery, which were polymicrobial and
21  included other microorganisms in addition
22  to the bacteroides fragilis.
23          So taken together, these data
24  strong and of course then there's the
25  description of the sigmoid's appearance and

---

Page 54

```
 1            DR. SMITH (6/17/2024)
 2   friability by the surgeon who did the
 3   operation.
 4            Taken together, these all point
 5   to at least the perforation.  At least one
 6   perforation was in the sigmoid or colon.
 7       Q.   Does the presence of free air
 8   in the bowel also support the existence of
 9   a perforation?
10       A.   Yes.  It should be free gas, by
11   the way.
12       Q.   Okay.  Do you have any opinion
13   with respect to whether there was a
14   perforation of the jejunum?
15       A.   I don't.  You know, the data
16   are -- that's what obviously the surgeon --
17   I want to look at their name, if you're
18   referring to her -- by her as the surgeon.
19   The --
20       Q.   Are you referring to Dr. Sutter
21   by any chance?
22       A.   S-I-T-T -- yes, Kelly Sutter, I
23   believe, right.  The surgeon does -- felt
24   strongly.  It was the diverticulum and the
25   jejunum that perforated then the
```

Page 55

```
 1            DR. SMITH (6/17/2024)
 2   pathologist didn't show that.  I don't know
 3   that there was a perforation that was
 4   missed by the pathologist, I can't tell you
 5   that.
 6            It does appear that the
 7   pathology -- the pathologist also saw some
 8   inflammation of the jejunum, but not
 9   overwhelming information.  And I don't
10   remember Dr. Sutter describing the jejunum
11   as being fried, but I think she described
12   it as being inflamed, where she described
13   in a thing in a way that's unique to me, I
14   never heard a surgeon describe the sigmoid
15   as being friable, which of course means
16   breaks apart easily.
17            So that's what, you know, I
18   could tell you, and the pathology of the
19   sigmoid was also showed inflammation and it
20   showed a serosal, a white tan exudate.
21   That's like a -- kind of like a -- the best
22   way to describe it maybe be like cheese or
23   something on the outside surface of the
24   colon.  The colon, the serosal surface, the
25   outside surface, like the outside of a
```

Page 56

```
 1            DR. SMITH (6/17/2024)
 2   sausage, you know, old fashion sausage.
 3            And the sausage was made from
 4   small bowel.  I don't think large bowel but
 5   they still both have serosal surfaces,
 6   meaning the third layer.  And on top of the
 7   third layer, the outside part of the
 8   sigmoid, the pathologist saw white tan
 9   exudate, that's not normal.
10            And the inflammation was in the
11   friability was widespread, that's why
12   Dr. Sutter performed a sigmoidectomy and
13   then that resulted in the colostomy.
14       Q.   Is it possible that the jejunum
15   was also perforated?
16       A.   Yes.
17       Q.   You agree that Ms. Wolking was
18   septic upon her arrival at the hospital?
19       A.   Yes.
20       Q.   You mentioned earlier that
21   you've treated a number of cases where a
22   patient had a perforated bowel.  At any
23   time before you wrote this report, did you
24   look up what the most common causes are of
25   perforated bowels?
```

Page 57

```
 1            DR. SMITH (6/17/2024)
 2       A.   I wouldn't have to.  I know.
 3       Q.   What are they?
 4       A.   Well that -- first of all,
 5   let's go back to definitions.  Bowel, by
 6   bowel you mean -- what do you mean by
 7   bowel?
 8       Q.   I'm referring to the entire GI
 9   tract.
10       A.   Okay.  All right.  Yeah, that's
11   the problem, that's why I use those term,
12   that slash word you asked me about.
13            So upper tract perforations,
14   either gastric or duodenal, duodenum is the
15   first part of the small intestine.  The
16   most common cause perforation and used to
17   be the most common cause of perforation
18   period in the gastrointestinal tract, was
19   peptic ulcer disease.  And contrary to
20   Dr. Dershwitz's supplemental report, IBD
21   and cancer are not the most common cause of
22   gastrointestinal perforation.  The most
23   common cause of colonic perforation by far
24   and away is diverticulitis.  It's not even
25   close.
```

Page 58

DR. SMITH (6/17/2024)

1
2    So those are the -- used to be
3    peptic ulcer disease, which is a lot less
4    common nowadays, because we have drugs like
5    Nexium, et cetera, and we can treat
6    H. pylori infection, that was a very common
7    cause of either gastric or duodenal
8    perforation.
9    There aren't common causes of
10   jejunal perforation, which is the next
11   third of the small intestine.  There are
12   not common causes to my knowledge of ilial
13   perforation, but if there was a common
14   cause of perforation of the ilium, I'm not
15   sure.  Maybe it would be Crohn's disease,
16   which is one form of inflammatory bowel
17   disease, which is what IBD stands for.  IBD
18   stands for inflammatory bowel disease.  And
19   there are two types, Crohn's disease and
20   ulcerative colitis.
21   The old fashion term for
22   Crohn's disease was terminal ileitis.  That
23   means it caused inflammation of the last
24   part of the ilium, so I'd be guessing, but
25   I'd think Crohn's disease is the most

Page 59

DR. SMITH (6/17/2024)

1
2    common cause of the perforation of the
3    ilium.
4    But overall, by far and away,
5    of all the perforations in the
6    gastrointestinal tract, it's
7    diverticulitis.  It's not -- there's
8    nothing second or third.  There are, but I
9    mean I'm being funny.
10   Q.    Did you see any evidence in
11   Ms. Wolking's medical record that she was
12   suffering from diverticulitis?
13   A.    No.  That was a surprising part
14   and as Dr. Williams' literature pointed
15   out, the risk factor that has been possibly
16   associated with steroid juice and colonic
17   perforation is related to diverticular
18   disease.
19   And both -- well, the surgeon
20   certainly commented that she didn't see
21   evidence of diverticular disease and the
22   pathologist also didn't comment on a lack
23   of diverticular disease.
24   So this was -- this was -- this
25   is the sigmoid inflammation.  This is not a

Page 60

DR. SMITH (6/17/2024)

1
2    simple perforation of one diverticulum --
3    diverticula -- lum -- I'm sorry.
4    Diverticula is the plural and diverticulum
5    is the singular.
6    When you have diverticulitis
7    with perforations, usually from one --
8    almost always from one diverticula.  So
9    this process was not like that at all.
10   This was inflammation and friability of the
11   entire sigmoid or at least a large portion
12   of sigmoid as described by Dr. Sutter.  So
13   this was not diverticular disease.
14   Q.    I want to ask you about some of
15   Ms. Wolking's other injuries.  Does your
16   report contain any opinion with respect to
17   peritonitis?
18   A.    Yeah, I guess the cause of
19   peritonitis was the perforation.
20   Q.    Okay.  So you -- you agree that
21   Ms. Wolking suffered from peritonitis?
22   A.    Oh, yes.
23   Q.    Does your report contain any
24   opinion with respect to steroid myopathy?
25   A.    No.

Page 61

DR. SMITH (6/17/2024)

1
2    Q.    Does your report contain any
3    opinion with respect to hair loss?
4    A.    Whose?  I'm kidding.  Sorry.  I
5    couldn't resist.
6    No.
7    Q.    Does your report contain any
8    opinion with respect to posttraumatic
9    stress disorder?
10   A.    I won't be funny.  No.
11   Q.    And the same for emotional
12   distress and mental anguish?
13   A.    Same.
14   Q.    Okay.  Last one.  Does your
15   report contain any opinion with respect to
16   physical or cosmetic disability such as
17   scarring?
18   A.    No.
19   Q.    I'm going to ask you about
20   tafenoquine.  On page 16 of -- first of
21   all, I just want to make sure I understand
22   from before.  You have never actually
23   prescribed tafenoquine to one of your
24   patients, correct?
25   A.    That's correct still.  I

Page 62

```
 1            DR. SMITH (6/17/2024)
 2   haven't since I last answered the question,
 3   you know, signed a script.
 4        Q.    On page 16, you cite, "A
 5   patient with recurrent Babesia microti was
 6   given malaria treatment doses of
 7   tafenoquine."
 8        A.    Microti.  No.
 9        Q.    The report that you cite there,
10   did that involve only one patient?
11        A.    Yes, that's what it says, yes.
12        Q.    I just wanted to make sure that
13   wasn't a subset of a larger group.  What's
14   the proper way to prescribe a paper like
15   that that involves one patient?  Should we
16   call it a report or study or what would you
17   consider the proper way to describe that?
18        A.    We call that a case report.
19        Q.    Case report.
20              The patient in that case report
21   was immunocompromised, correct?
22        A.    Yes.
23        Q.    And the patient had a relapsing
24   form of babesiosis?
25        A.    Right.  That's what I was
```

Page 63

```
 1            DR. SMITH (6/17/2024)
 2   referring to recurrent, yes.
 3        Q.    Do you know of any studies or
 4   case reports that looked at whether
 5   tafenoquine caused neutropenia in people
 6   who did not have an infection?
 7        A.    I know plenty -- I mean I'm
 8   aware of several studies.  And no, there's
 9   -- I don't know that that's been used in
10   this prophylaxis dose that much, but it's
11   -- the dosing -- I mean, I haven't read a
12   lot of the dosing studies provided by
13   Dr. Auwaerter's review, but no, there's not
14   -- I don't think there's any particular
15   study saying that, you know, tafenoquine
16   causes neutropenia in this percentage of
17   patients.
18        Q.    There's no study that shows
19   tafenoquine causes neutropenia in patients
20   that do not have an infection, correct?
21        A.    I'm sorry.
22        Q.    There's no study you're aware
23   of that shows tafenoquine causes
24   neutropenia in patients that don't have an
25   infection, correct?
```

Page 64

```
 1            DR. SMITH (6/17/2024)
 2        A.    No, there's no study like that.
 3        Q.    But there are studies of
 4   tafenoquine in patients that don't have
 5   infections, correct, otherwise known as
 6   healthy patients?
 7            MS. KEESLER:  Objection to
 8        form.
 9        A.    They use malaria treatments
10   there so are you talking about prophylaxis
11   or?
12        Q.    I'm talking about when they
13   brought tafenoquine to market, don't
14   they do studies called dose ranging studies
15   to find out what doses are safe?
16        A.    Yes.
17        Q.    Aren't there healthy patients
18   included in those studies who don't have an
19   active infection?
20        A.    Yes, and those patients also
21   are not on several other medications.
22   That's what goes along with being healthy.
23        Q.    Right.  My question is simply
24   it has been studied given tafenoquine to
25   patients that do not have an active
```

Page 65

```
 1            DR. SMITH (6/17/2024)
 2   infection, correct?
 3        A.    Of course.
 4        Q.    Besides the case report that
 5   you cited in your report, are you aware of
 6   anything published in medical literature
 7   that shows tafenoquine causing neutropenia?
 8        A.    Not off the top of my head.
 9   There are, of course, many articles on
10   tafenoquine related compounds and
11   antimalaria in general causing neutropenia.
12        Q.    Has any other medical
13   practitioner ever told you that tafenoquine
14   causes neutropenia?
15        A.    No.
16        Q.    Has anyone -- has any medical
17   practitioner ever told you that tafenoquine
18   causes enterocolitis?
19        A.    It's not my -- the answer is
20   no, but it's not my opinion that
21   tafenoquine itself caused enterocolitis.
22        Q.    Do I understand your opinion to
23   be that tafenoquine caused neutropenia and
24   that neutropenia caused enterocolitis?
25        A.    That's not my opinion.
```

Page 66

DR. SMITH (6/17/2024)

2    Q.    Okay.  Could you -- could you
3  correct me then?  Could you state your
4  opinion?
5    A.    It's in the report.  My opinion
6  is that tafenoquine and/or in part or in
7  all or probably interacting with these
8  other medications also given at the same
9  time caused drug induced neutropenia and
10 the neutropenia was absolute and the
11 neutropenia led to Ms. Wolking's
12 inflammation of her sigmoid and her
13 jejunum.
14         The idea that it could have
15 been something else to me is really frankly
16 absurd.  That it was from sepsis, she
17 wasn't septic.
18    Q.    Okay.  The opinion that I
19 stated had two elements.  It was
20 tafenoquine causing neutropenia.
21 Neutropenia causing enterocolitis.
22         Do I understand from what you
23 just said, the second part is consistent
24 that you believe that neutropenia caused
25 enterocolitis?

Page 67

DR. SMITH (6/17/2024)

2    A.    Yes, as is in my report, yes.
3    Q.    Okay.  And so the first half of
4  the opinion is that tafenoquine plus these
5  other drugs caused the neutropenia?
6    A.    Tafenoquine and/or these other
7  drugs.  These other drugs or the other
8  drugs, it was drug induced neutropenia, and
9  that was -- that's clear.
10         And by drugs, I mean the other
11 drugs, not corticosteroids.
12    Q.    We have -- we have page 16 of
13 your report on the screen here.  By other
14 drugs, do you mean artemisia, atovaquone,
15 and azithromycin?
16    A.    Yes.
17    Q.    Do you mean to include any
18 other drugs besides those three?
19    A.    I think that's the only ones
20 she was on.  Yeah, I think those are the
21 three.
22    Q.    Okay.  Now, you have this
23 sentence here on page 16, where it says,
24 "The interaction of these drugs on
25 Ms. Wolking's bone marrow is unknown."

Page 68

DR. SMITH (6/17/2024)

2         "These drugs" in that sentence,
3  does that refer to artemisia, atovaquone,
4  and azithromycin?
5    A.    Yes, in combination, and
6  tafenoquine.  Where is the sentence here?
7    Q.    I'm looking at this sentence,
8  "The interactions of these drugs on
9  Ms. Wolking's bone marrow is unknown"?
10   A.    I'm referring to all four
11 drugs, tafenoquine atovaquone, art --
12 artemisia, and azithromycin.
13   Q.    When you say that the
14 interaction of those four drugs with
15 Ms. Wolking's bone marrow is unknown, do
16 you mean that it has not been studied
17 whether those four drugs affect the
18 patient's bone marrow?
19   A.    Right.  No one has a study
20 looking at these doses and similar
21 population to see what it does to their
22 white count or the red count or platelets.
23   Q.    So if the interaction of those
24 four drugs on Ms. Wolking's bone marrow is
25 unknown, how could it have caused the

Page 69

DR. SMITH (6/17/2024)

2  neutropenia?
3    A.    Because I'm saying no one
4  studied it.  She was taking these drugs,
5  okay.  There's other data with similar
6  drugs to artemisia and tafenoquine that do
7  cause, very well establish caused
8  neutropenia, either alone or together.
9         So there's -- those -- that
10 study, but this pattern of her neutropenia,
11 really there's no other explanation, you
12 know, that it has to be really drug
13 induced, and that makes it most likely, and
14 there is this -- and I provided a case
15 report as noted where tafenoquine in a much
16 lower dose than Ms. Wolking received, you
17 know, resulted in neutropenia.
18         So I'm saying here's an
19 example, right.  I'm not saying -- I'm
20 saying now you have a patient who's on a
21 higher dose of tafenoquine and high doses
22 of the artemisia.  She was, I believe,
23 taking six a day where -- towards the end
24 of when she got the perforation, six
25 capsules per day where the recommended dose

Page 70

1      DR. SMITH (6/17/2024)
2  is two capsules per day.
3            On top of that, she's taking
4  atovaquone. On top of that, she's take
5  azithromycin. We don't know. Azithromycin
6  has with other drugs been associated with
7  neutropenia. We don't -- no one has ever
8  been on that kind of combination before.
9            I'm saying but this has to be
10 drug induced. I don't know which drugs are
11 doing it. I know it's drug induced.
12       Q.    The other data that you're
13 referring to about drugs causing
14 neutropenia, did you cite any of that data
15 in your report?
16       A.    No.
17       Q.    Do you ever look at product
18 labeling to determine whether drugs present
19 risk of adverse reactions?
20       A.    I guess.
21       Q.    Do you or don't you?
22       A.    So yes, I do.
23       Q.    Before you wrote this report,
24 did you look at the FDA approved product
25 label for Krintafel?

Page 71

1      DR. SMITH (6/17/2024)
2      A.    I did look at, yeah.
3      Q.    Did you see any warnings in
4  that product label that it could cause
5  neutropenia in patients?
6      A.    I did not. Actually -- no, I
7  did not.
8      Q.    Did you look at any of the
9  studies that evaluated tafenoquine for
10 overall toxicity in larger populations than
11 just one patient?
12     A.    I looked at probably -- yeah, I
13 looked at a couple of the studies on
14 tafenoquine use in clinical trials. They
15 were using lower doses, the ones I looked
16 at.
17     Q.    Do you know what dose ranging
18 studies are?
19     A.    Yes. We already talked about
20 that.
21     Q.    And did you see any of the
22 studies where patients were taking up to
23 3,000 milligrams of tafenoquine?
24     A.    I didn't see any of the studies
25 no. I think Dr. Auwaerter's review cites

Page 72

1      DR. SMITH (6/17/2024)
2  or Dr. Auwaerter says this reviews, cites
3  several of these studies, but he didn't
4  provide specific studies. So I didn't --
5  you know, I didn't have the time to go
6  pulling up, trying to figure out which of
7  those studies had higher doses or not.
8      Q.    Would it surprise you to learn
9  that there are dose ranging studies of
10 patients taking up to 3,000 milligrams of
11 tafenoquine that do not find a risk of
12 neutropenia?
13         MS. KEESLER: Sorry. I need to
14         interrupt for a second. Conor, you
15         have like your web browser up right
16         now. I don't think you mean for that
17         maybe.
18         MR. LAMB: I do. I'm just on
19         the wrong tab. I'll just correct it.
20     A.    I mean they do dose ranging
21 studies. I don't know, you know, that --
22 are you trying to compare the people in the
23 studies to Ms. Wolking, that would be
24 difficult to do, but I don't know. I'm not
25 necessarily surprised, but I'm not -- I

Page 73

1      DR. SMITH (6/17/2024)
2  don't know what to say other than that.
3      Q.    Okay. Do you know what a
4  meta-analysis is?
5      A.    Yeah.
6      Q.    What's a meta-analysis?
7      A.    It's when statisticians
8  essentially pull together available trials
9  and a -- that have similarities and they
10 try and pick certain trials based on
11 criteria that meet their -- where they're
12 trying to answer it. And then they try to
13 do analysis to bring trials -- bigger
14 numbers to one question or several
15 questions. So instead of you have three
16 trials with 100 people each. Now you have
17 a pool of 300.
18     Q.    When you prepared your report,
19 did you look at a meta-analysis by Chu and
20 Hwang entitled "Tafenoquine: a toxicity
21 overview"?
22     A.    I don't remember looking at it,
23 no.
24     Q.    Okay. Pulling up your report
25 again. After the sentence where it says,

Page 74

```
 1              DR. SMITH (6/17/2024)
 2   "The interactions of these drugs on
 3   Ms. Wolking's bone marrow is unknown," it
 4   then says, "Regardless, it is more likely
 5   than not that Ms. Wolking's severe
 6   prolonged neutropenia diagnosed on
 7   10/7/2022 was secondary to one or more of
 8   these drugs."
 9        Is it fair to say you don't
10   know whether all four of the drugs you
11   named contributed to her neutropenia?
12        A.    Yes.
13        MR. LAMB:  Objection to form.
14        Q.    Do you know if any of them are
15   definitely included in this sentence, one
16   or more of these drugs?
17        A.    I don't.  I don't know which
18   drugs they were that said that.  It's -- it
19   has the pattern of drug induced neutropenia
20   and it -- it's one or more of them.  I
21   can't -- you know, you need both or one,
22   you need more than -- you need only one of
23   the four or two of the four, three of the
24   four or four of the four.
25        Q.    So in other words, you don't
```

Page 75

```
 1              DR. SMITH (6/17/2024)
 2   know if tafenoquine is one of the four that
 3   could have use caused it?
 4        A.    Correct.
 5        Q.    Do you know what the diagnostic
 6   criteria are for neutropenic enterocolitis?
 7        A.    I'm not sure what it is you're
 8   referring to.  Really has to do with an
 9   inflammation of some part of the either
10   small bowel and/or large bowel in a patient
11   with severe -- absolute neutropenia.
12        Q.    Do you know if physicians use
13   CT scans to diagnose neutropenic
14   enterocolitis?
15        A.    Yes, we do.  I'm one of those
16   physicians.
17        Q.    What would you need to see on a
18   CT scan to diagnose neutropenic
19   enterocolitis?
20        A.    First of all, you're looking at
21   -- you're doing it based on symptoms.  Now
22   you're looking at the patient first.  You
23   don't -- you obviously don't do CT scans on
24   everybody that has neutropenia and
25   suspicion of an infection, but we -- in
```

Page 76

```
 1              DR. SMITH (6/17/2024)
 2   patients that we are suspicion of an
 3   infection, then we do CT scan -- sorry, of
 4   enterocolitis.
 5        And you're really just looking
 6   for inflammation of the wall of the cecum.
 7   You're looking for inflammation of the
 8   walls of the small -- part of the small
 9   bowel, part of the colon set, those two
10   organs.
11        Q.    Is -- are inflammation and
12   bowel wall thickening the same thing or are
13   they different?
14        A.    I think you can have bowel wall
15   thickening without necessarily inflammation
16   but certainly inflammation causes bowel
17   wall thickening.
18        Just to because I just want to
19   make sure we're talking about the same
20   thing.  To me, bowel means the small
21   intestine.  I think you're using it to
22   describe both the small and large
23   intestine; is that correct?
24        Q.    I'm just using the terminology
25   that is out there for diagnosing
```

Page 77

```
 1              DR. SMITH (6/17/2024)
 2   neutropenic enterocolitis, so I can't say
 3   for sure how it's being used by those
 4   authorities.  But one of the things they
 5   recommend, they say that you have to find
 6   on the CT scan is bowel wall thickening, so
 7   I don't know if that's a term that you're
 8   familiar with.
 9        A.    That is.
10        Q.    Okay.  And in your view, it is
11   different than inflammation?
12        A.    No.  I'm saying inflammation is
13   one of the causes of bowel wall thickening.
14        Q.    Okay.  Did you look at the
15   report of the CT scans done on Ms. Wolking
16   in this case when she went to the hospital
17   on October 7, 2022?
18        A.    Yes.
19        Q.    Did you see any actual CT
20   images in this case?
21        A.    No.
22        Q.    Do you recall seeing that the
23   bowel wall thickening was mild and
24   nonspecific in Ms. Wolking's CT?
25        A.    No, I don't remember the
```

Page 78

1          DR. SMITH (6/17/2024)
2  report.
3          Q.    And we discussed this earlier,
4  but the CT scan also is what showed that
5  she had significant free intraperitoneal
6  air?
7          A.    Yes.
8          Q.    Do you know whether
9  intraperitoneal air is typically observed
10  in a patient that has neutropenic
11  enterocolitis?
12          A.    I can't be sure.  Depends how
13  far it's gotten along.
14          Q.    From your review of the record,
15  did any of the physicians that treated
16  Ms. Wolking note that she was suffering
17  from neutropenic enterocolitis?
18          A.    No.  If it did, I mean, I don't
19  even -- more broadly, there's -- the
20  records aren't complete.  More broadly, it
21  didn't appear to me that she had absolute
22  neutropenia, and that's even after the
23  surgery.  So if they would, I think they
24  would have been a little more scared as I
25  was reading it.

Page 79

1          DR. SMITH (6/17/2024)
2          But -- so her severe
3  neutropenia, you know, that makes it much
4  harder for us to get patients better.  She
5  fortunately improved rapidly.
6          Q.    I'm on the last page of your
7  report now, where it says, "The surgeon's
8  description and the pathologist's findings
9  of Ms. Wolking's jejunum and sigmoid are
10  most consistent with this diagnosis,"
11  referring to neutropenic enterocolitis.
12          Let's start with the -- either
13  one, the surgeon description or the
14  pathologist findings, what are you
15  referring to in this sentence?
16          A.    I already testified, I will
17  repeat it.  The surgeon found apparently
18  inflammation around this area of the
19  jejunum and I felt it was a perforation
20  there as well.
21          And then she -- Dr. Sutter also
22  found that the sigmoid was severely
23  inflamed, which was not really appreciated
24  on the CT scan because of Ms. Wolking's
25  prosthetic hip or hips.  And so she is

Page 80

1          DR. SMITH (6/17/2024)
2  obviously very concerned about this
3  sigmoid, removes the entire thing, and then
4  performs a colostomy.
5          So the -- she also notes
6  Mr. Sutter that there was no significant
7  diverticular disease as she expected, but
8  -- so that's the general surgical findings
9  and the other part of the surgery of course
10  is that she does, I think, a side-to-side
11  anastomosis of the jejunum.  She does not
12  perform a jejunostomy as implied by
13  Mr. Auwaerter's report, I think.
14          So you have the surgeon finding
15  two areas of inflammation separated by the
16  ilium and the right-sided colon, transverse
17  colon, and part of the descending colon,
18  and the areas of inflammation are -- the
19  sigmoid is the entire thing pretty much and
20  there's no real explanation for it, but she
21  does remove it.
22          Now, the pathologic findings, I
23  think both surfaces, both serosal surfaces
24  had exudate, and both showed inflammation
25  of the jejunum and the sigmoid, the sigmoid

Page 81

1          DR. SMITH (6/17/2024)
2  again did not show diverticular disease.
3  So I think those are the broad strokes of
4  the pathologic and surgical findings that
5  support this opinion.
6          Q.    Why is it that they support a
7  finding of neutropenic enterocolitis?
8          A.    Because you have -- you have
9  inflammation of two separate areas in a
10  person who's neutropenic and it's not from
11  any of the other causes as part of it and
12  it's widespread.  You don't -- in
13  enterocolitis -- in diverticulitis with
14  perforation as in all of Dr. Williams'
15  literature that refers to steroid risk and
16  perforation, they're all -- that's a
17  diverticulum.
18          This is the large area of the
19  sigmoid that's inflamed and affected.  That
20  doesn't happen from corticosteroids.  That
21  doesn't happen from diverticulitis.  She
22  didn't have diverticulitis disease.  So
23  that fits with enterocolitis.
24          Enterocolitis refers to entero
25  being the small bowel, and the colon being

Page 82

```
 1           DR. SMITH (6/17/2024)
 2  the colitis part, meaning you can get
 3  inflammation anywhere in that tract.
 4           Here she has two separated
 5  areas of inflammation and a large area of
 6  inflammation in the sigmoid at least.  So
 7  the -- that fits with enterocolitis.  By
 8  definition, that is enterocolitis by the
 9  way.  You have inflammation of the small
10  bowel and the colon simultaneously, that's
11  enterocolitis.
12           Now you can argue about the
13  cause.  Well, corticosteroids doesn't cause
14  severe neutropenia, absolute neutropenia
15  does, so that's the reason I'm saying it
16  supports it.
17      Q.    Okay.  But if -- with respect
18  to the definition of enterocolitis, you do
19  agree that the diagnostic criteria would
20  include pathologic bowel wall thickening,
21  correct?
22      A.    I agree that pathological --
23  the C bowel wall thickening, sure.
24      Q.    That's actually -- do you agree
25  that's actually the published diagnostic
```

Page 83

```
 1           DR. SMITH (6/17/2024)
 2  criteria, the diagnosed neutropenia
 3  enterocolitis?
 4      A.    Pathologic immunopathology.
 5      Q.    Pathologic bowel wall
 6  thickening.
 7      A.    Okay.  Show me.  I don't know
 8  what you're referring to.  I don't know
 9  what kind of lines you're referring to in
10  your definition.  Could you show me that.
11  I'd appreciate it.
12      Q.    Sure.  Do you use the National
13  Library of Medicine?
14      A.    You're looking at -- oh, the
15  StatPearls, yeah, that's not very good.
16      Q.    So do you disagree that's not
17  part of the diagnostic criteria?
18      A.    It doesn't -- I don't think you
19  have to have bowel wall thickening, but I
20  don't know, you know, where this came from
21  or what you're referring to.  Let me see
22  what you got.
23      MS. KEESLER:  Conor, sorry,
24      what's the title?  You said the
25      national library?
```

Page 84

```
 1           DR. SMITH (6/17/2024)
 2      MR. LAMB:  This is the
 3      national --
 4      A.    Let me explain, please.
 5      Q.    Sure.  Go ahead.
 6      A.    I'm pretty sure you don't know.
 7  StatPearls are these little vignettes that
 8  the four, five paragraphs that somehow got
 9  put together by the government.  And some
10  of them, I know one I read had like three
11  or four errors.  They're often written by
12  people that don't know, aren't familiar
13  with the topic.
14           The one I remember finding
15  errors in a couple years ago was written by
16  a resident and a -- and it was an
17  infectious disease issue.  It was a
18  resident or internist or something, a
19  fellow, a resident and a fellow, and they
20  were just wrong like three or four times in
21  the -- these are like little chapters, not
22  even full chapters.  I'm familiar with
23  StatPearls.
24      Q.    Okay.  I'm asking you though
25  about the issue of bowel wall thickening
```

Page 85

```
 1           DR. SMITH (6/17/2024)
 2  being used to diagnose neutropenic
 3  enterocolitis.
 4           Do you agree or disagree that
 5  that is part of the diagnostic criteria?
 6      A.    I'm a little confused.  She had
 7  inflammation of the bowel and she had
 8  ascending colon, okay.  Okay.  Now, where
 9  are you referring to?  Evaluation is --
10  you're looking at --
11      Q.    Yeah, I'm asking you whether
12  pathological bowel wall thickening is
13  something that is required to diagnose
14  neutropenic enterocolitis?
15      A.    No, I don't think it's
16  required.  I think that most people have
17  it, but you mean -- you said pathologic.
18  Where is the pathology?  I don't see that.
19  Show me.
20      Q.    The pathology of who?
21      A.    You said path -- you said the
22  pathologist -- you said pathologic bowel
23  wall thickening.
24      Q.    Right.  If you don't agree --
25  if you don't agree with that, that's fine.
```

Page 86

1            DR. SMITH (6/17/2024)
2    I'm just asking if you agree that that's
3    part of the diagnostic criteria.
4            A.    You have not shown me any
5    pathology reports or anything to do with
6    histology.  I was referring to the
7    pathology.  You're talking about what here
8    with bowel wall thickening?  You're talking
9    about the CT scans?
10           Q.    I'm just asking you if
11   pathological evidence of bowel wall
12   thickening is required to diagnose
13   neutropenic enterocolitis?
14           A.    What evidence?  That's what I'm
15   asking.
16           Q.    I guess anything that would --
17   anything that would show bowel wall
18   thickening.
19           A.    I don't know what you're
20   asking, so I can't really answer.
21           Q.    In other words, there are --
22   there are two factors in this case that
23   seem not to indicate neutropenic
24   enterocolitis.  One is the absence of
25   significance of bowel wall thickening --

Page 87

1            DR. SMITH (6/17/2024)
2            A.    Where?
3            Q.    The other is -- anywhere --
4            MS. KEESLER:  Hold on.  There's
5        a lot of interruption going, so,
6        Dr. Smith, if you wouldn't mind
7        letting Mr. Lamb complete his full
8        question and then answer, just so we
9        can avoid talking over one another.
10       Thank you.
11           THE WITNESS:  I'm sorry.
12           Q.    That is the first and the
13   second is the presence of intraperitoneal
14   air not being associated with neutropenic
15   enterocolitis.
16           So all I'm asking you is
17   whether you agree that those two factors
18   are significant to those -- that diagnosis.
19   If you don't think they're significant,
20   okay.  I'm just asking what your opinion is
21   as to the importance of those two factors
22   in diagnosing neutropenic enterocolitis?
23           A.    I don't know what you're asking
24   so I really can't answer.
25           Q.    Okay.  Do you know if there are

Page 88

1            DR. SMITH (6/17/2024)
2    certain areas of the bowel that are more
3    commonly affected by neutropenic
4    enterocolitis than others?
5            A.    Yes.
6            Q.    Which ones?
7            A.    I trained at NIH and NIH was --
8    actually, I was technically in National
9    Institutes of Allergy and Immunology --
10   Allergy and Infectious Diseases.  My
11   institute was NIAID.  That's where I did my
12   fellowship in infectious diseases.
13           NIAID didn't have many
14   patients, but the NCI sure did.  And so we
15   -- it's unusual fellowship in that the
16   focus of the -- the bulk of the patients
17   that we saw when we did our rotations at
18   NIH were neutropenic patients or patients
19   of chemotherapy.  They were NCI patients.
20           It was there that Dr. Phil
21   Pizzo, pediatric hematologist, oncologist,
22   first really prodded the infectious disease
23   doctors there, these later became my
24   mentors, to look into a thing called
25   febrile neutropenia.

Page 89

1            DR. SMITH (6/17/2024)
2            And Dr. Pizzo and the doctors,
3    infectious disease doctors I worked under,
4    and Dr. Pizzo was still there when I was a
5    first year fellow, there the -- helped
6    describe this field.
7            And this is a field defined by
8    two things, a person's temperature and a
9    person's neutrophil count, that's you know,
10   unusual for infectious disease doctors to
11   describe things like that.  It's not
12   described on an organism, an organism or
13   location.
14           And they were the sub-experts,
15   if you will.  They were some of the
16   founders of this field.  So I spent a lot
17   of time learning about things associated
18   with the neutropenia like nephritis, and
19   enterocolitis.
20           The typhlitis thing, that
21   came -- you know, that was seen -- by this
22   means inflammation of the cecum.  Can you
23   hear me?
24           MS. KEESLER:  Yes, I'm getting
25       feedback.

| Page 90 | Page 92 |
|---|---|

**Page 90**

1          DR. SMITH (6/17/2024)
2          A.    So yes, they have enterocolitis
3    often occurs -- often is probably a bad
4    word.  It's not a very common disease but
5    it tends to involve the cecum, but it
6    doesn't have to.  And so we learned -- you
7    know, I learned a lot about febrile or
8    neutropenic associated infections and
9    certainly necrotizing enterocolitis is one
10   of them.
11          So yes, I'm familiar with the
12   -- how to diagnose it.
13          Q.    But my question was whether
14   certain areas of the GI tract are more
15   commonly affected by it than others?  Do I
16   understand your answer to be that the cecum
17   is more common than others?
18          A.    Yes.
19          Q.    Okay.  We talked about
20   tafenoquine earlier.  I just want to ask
21   you about artemisia, specifically Arte-M
22   that Ms. Wolking was taking.  Are you aware
23   of anything published in medical literature
24   that shows artemisia causing neutropenia?
25          A.    Yes, it -- yes, it takes --

**Page 91**

1          DR. SMITH (6/17/2024)
2    yes, artemisia as I understand it contains
3    artesunate and that has been associated
4    with neutropenia, yes, and especially in
5    combination with imod [sic] -- if I'm
6    mispronouncing imodoquin [sic], which is
7    similar a drug to tafenoquine, so yes.
8          Q.    Did you cite anything in your
9    report showing that artemisia caused
10   neutropenia?
11          A.    No.
12          Q.    And same question for
13   atovaquone, are you familiar with any study
14   showing atovaquone causing neutropenia?
15          A.    I don't know.  I don't remember
16   seeing any, but no, I don't remember.
17          Q.    And lastly azithromycin, do you
18   know of any studies showing that
19   azithromycin caused neutropenia?
20          A.    Yes.
21          Q.    Did you cite any of those in
22   your report?
23          A.    No.
24          Q.    And for any of these four
25   drugs, tafenoquine, artemisia, atovaquone

**Page 92**

1          DR. SMITH (6/17/2024)
2    and azithromycin, are you familiar with any
3    studies or case reports where it showed it
4    causing neutropenia at a similar level to
5    what Ms. Wolking was experiencing?
6          A.    Yes.
7          Q.    In what studies or case reports
8    are that?
9          A.    I'm sorry, you're asking about
10   which drugs now?
11          Q.    Well, you have attributed her
12   neutropenia to some combination of four
13   drugs, tafenoquine, artemisia, atovaquone,
14   and azithromycin.  So I'm asking if you
15   know of any case reports or studies where
16   one or a combination of those four drugs
17   caused neutropenia at a level that was
18   similar to what Ms. Wolking was
19   experiencing?
20          A.    Yes.  I mean I already have the
21   case report for tafenoquine so I assume you
22   mean the other three drugs.  Yes, and
23   artesunate at least, I don't know that
24   Arte-M itself causes it.  But artesunate is
25   in artemisia, the plant, the same.  It's

**Page 93**

1          DR. SMITH (6/17/2024)
2    derived from a plant.
3          And so, yes, artesunate, yes,
4    and then azithromycin, yes.  I don't
5    remember seeing anything atovaquone.
6          Q.    I just want to make clear what
7    I'm asking you compared to earlier.  You
8    described Ms. Wolking's neutropenia as
9    severe when she presented to the hospital.
10   I'm asking if you know of studies or case
11   reports where these drugs caused a
12   similarly severe level of neutropenia?
13          A.    Is there any other kind?  Yes.
14   That's really what we care about, absolute
15   neutropenia, but yes.
16          Q.    Okay.  Can you name any of
17   those?
18          A.    Not off the top of my head, no.
19          Q.    And you didn't cite any of them
20   in your report, correct?
21          A.    No.
22          Q.    Okay.
23          MR. LAMB:  Susan, I don't think
24   I have any other questions.  Do you
25   or Ciara have any?

Page 94

1              DR. SMITH (6/17/2024)
2         MS. KEESLER:  I do.  I need
3    like ten minutes, so if we could take
4    a ten-minute break.
5         MR. LAMB:  Okay.
6         MS. KEESLER:  Ciara, do you
7    have any questions?  I'll let you ask
8    yours first.
9         MS. DeNAPLES:  No questions for
10   me right now.
11        MS. KEESLER:  Okay.
12        THE VIDEOGRAPHER:  The time is
13   2:37 p.m., we're going off the video
14   record.
15        (Recess taken at 2:37 p.m.)
16        THE VIDEOGRAPHER:  The time is
17   2:50 p.m., we are now back on the
18   video record.
19   EXAMINATION BY
20   MS. KEESLER:
21        Q.   Dr. Smith, I have a few
22   follow-up questions based on your previous
23   testimony.  Give me one moment.
24             Okay.  Earlier counsel asked
25   you if you yourself, have you ever seen a

Page 95

1              DR. SMITH (6/17/2024)
2    patient on steroids suffer a bowel
3    perforation.  I couldn't quite hear your
4    testimony.  You're a fast talker, but did
5    you say you don't remember, probably?
6         A.   I don't remember what I said,
7    but I'm sure I have seen.  I mean, it's --
8         Q.   Okay.
9         A.   The -- you know, steroids when
10   they came out, might have been in my
11   report, the upper tract association with
12   peptic ulcer disease was reported very
13   early after corticosteroids were introduced
14   into -- meaning being used in patients.
15             So that, you know, I certainly
16   have seen.  And I'm sure I've seen other
17   perforations and so, yeah, I'm sure I've
18   seen them.
19        Q.   Okay.  So what part would the
20   upper GI tract include, what organs?
21        A.   So that's the upper GI tract,
22   we're talking about the stomach and
23   duodenum.  The duodenum is the first part
24   of the small intestine.
25        Q.   Okay.  So would the upper tract

Page 96

1              DR. SMITH (6/17/2024)
2    include the jejunum or no?
3         A.   No.
4         Q.   Okay.
5         A.   Jejunum is the middle part of
6    the intestine so the third part is the
7    ilium.
8         Q.   Okay.  So if the patient used
9    steroids suffered a bowel perforation, have
10   any of those patients, did they suffer a
11   bowel perforation in the jejunum as far as
12   you know?
13        A.   I don't remember in the absence
14   of trauma ever seeing a jejunal perforation
15   but not that -- I don't remember.  The
16   thoughts we talked related to
17   corticosteroid use, those were upper tract.
18        Q.   Upper tract, okay.
19             Did you see any involving the
20   sigmoid, like a perforation of the sigmoid?
21        A.   I'm sure I've seen because
22   steroid use is common and sick people get
23   sick.  What I mean by that is, I guess
24   about 50 percent of people age 60 and older
25   have diverticuli -- la, and then they can

Page 97

1              DR. SMITH (6/17/2024)
2    get diverticulitis and then if they're on
3    steroids, they can perf.
4             And so I'm sure I've seen them,
5    patients on steroids get perforation
6    because the two things are common, but I
7    don't remember them specifically.
8         Q.   When you say the two things are
9    common, does that -- do you know
10   necessarily whether one caused the other,
11   whether the corticosteroid caused the
12   sigmoid perforation?
13        A.   No, I don't mean that at all.
14   I just mean that they're -- people on
15   steroids can have of course.  The older you
16   are, the more likely, I guess, it is to be
17   on corticosteroids in a way.  And the older
18   you are the more likely it is that you're
19   going to have a diverticular perforation
20   estimate, the two things occur in the same
21   patient, that's all.
22        Q.   Okay.  Give me one moment.
23             Okay.  I know that counsel had
24   asked you about certain entries in your
25   report, in your tables.  So I do want to

Page 98

```
 1              DR. SMITH (6/17/2024)
 2    just pull up just to kind of -- so that you
 3    can actually see this.
 4              You mentioned that in your
 5    Table 2 -- so this is Table 2, where it
 6    indicated the dosages taken from 9/23 to
 7    10/6 of 2022.
 8              And you had an entry for 9/27
 9    indicating two tafenoquine tablets taken.
10        A.    Yes.
11        Q.    You indicated in your testimony
12    that you believed you got that information
13    from an email, whether it was between
14    Dr. Lindner and Stacey Wolking or maybe
15    Stacey's husband Daryl; is that correct?
16        A.    Yes.
17        Q.    Okay.  I'm going to share my
18    screen with you briefly.  You see the email
19    in front of you, Dr. Smith?
20        A.    Yes.
21        Q.    Okay.  You see in the upper
22    right-hand corner, it's dated 9/26/2022, at
23    10:30 a.m.?
24        A.    Yes.
25        Q.    Okay.  And the email is from
```

Page 99

```
 1              DR. SMITH (6/17/2024)
 2    Henry Lindner, and it looks like a patient
 3    message to Stacey.  I highlighted a
 4    portion, directing your attention with my
 5    cursor, it says, "Go ahead and take the
 6    additional 2 Krintafel tabs."
 7              Is that the email that you're
 8    referring to that lead you to believe that
 9    she took two Krinta tabs on 9 -- on 9/27 or
10    would that be for -- do you know one way or
11    another whether this is the email you're
12    relying on?
13        A.    I don't remember.  I'd have to
14    -- again, I'd have to take time to go
15    through it.
16        Q.    Okay.  Give me one second.  And
17    then do you see lower in the email here,
18    there's another email here at September 26,
19    3:54 a.m., and Stacey Wolking writes, "Can
20    I still really handle another two more
21    Krintafel tomorrow?" referring to 9/27?
22        A.    Yes.
23        Q.    Do you see that?
24        A.    Yes.
25        Q.    Do you recall if this is the
```

Page 100

```
 1              DR. SMITH (6/17/2024)
 2    email that you were referring to as it
 3    pertains to believing that she took two
 4    additional Krintafel tablets on 9/27?
 5              MR. LAMB:  And I'm just going
 6         to object -- I'm just going to object
 7         to the form, but you can answer
 8         obviously.
 9              MS. DeNAPLES:  Join.
10        A.    Yes, I believe that's it.
11        Q.    Okay.  Take this down.
12        A.    Let me look at this.  So my
13    dosing, I'm saying -- so there's another
14    email that says --
15        Q.    If you want to give me the
16    Bates stamped page, Dr. Smith, I'll display
17    it.  I don't know what record you're
18    referring to.
19        A.    353, I think it reinforces this
20    now.
21        Q.    353.
22        A.    352.
23        Q.    Give me one moment.  Was it
24    LINDNER 352 or WOLKING-LINDNER 352?
25        A.    WOLKING-LINDNER.
```

Page 101

```
 1              DR. SMITH (6/17/2024)
 2        Q.    Okay.  Let me see.  I've got a
 3    -- all right.  I might need a little
 4    assistance here.
 5        A.    It's just an email.
 6        Q.    All right.  So do you see this
 7    document in front of you?
 8        A.    Um-hmm.
 9        Q.    Okay.  What Bates stamped page
10    are you referring to?
11        A.    The next page, "You've taken."
12    Starting with paragraph "You've taken."
13    Right.  I can't point.  I'm sorry.
14        Q.    Here?
15        A.    Um-hmm.
16        Q.    All right.  Give me a sec.
17    Okay.
18        A.    It's just an implication.  "You
19    have taken a very strong antibabesial
20    regimen these last 2 days with the
21    Krintafel doses and double Arte-M doses."
22              That's just to me obviously an
23    implication rather than a direct statement,
24    but that reinforces that she -- that
25    Ms. Wolking took it on the 26th and 27th.
```

| Page 102 | Page 104 |
|---|---|

**Page 102**

1       DR. SMITH (6/17/2024)
2           MS. KEESLER:  Okay.  Just for
3       the record, for counsel, this is
4       Bates stamped page WOLKING-LINDNER
5       353.  Let me take this down.
6       Q.    Okay.  I want to go back to
7   just your report here.  Let me just pull up
8   your report.  Okay.  You see your report
9   here?
10      A.    Yeah.  Yes.
11      Q.    I wish I could show a double
12  doc, give me one second.  I'm going to stop
13  sharing this for a second.
14          Earlier there was testimony
15  about what -- if you were aware of what
16  milligram the Krintafel was and you weren't
17  sure.  I believe there was testimony as to
18  whether it was 150 milligrams or --
19      A.    Correct.
20      Q.    -- 600 milligrams; is that
21  correct?
22      A.    Correct.  I don't know either.
23  I don't know where Ms. Wolking got the
24  tafenoquine or what strength she got.
25      Q.    Okay.  I'm going to show you an

**Page 103**

1       DR. SMITH (6/17/2024)
2   email.  Give me one moment.
3           You see the document in front
4   of you?
5       A.    Yes.
6           MS. KEESLER:  Okay.  For the
7       record, this is Bates stamped -- it
8       looks like LINDNER 779.  Also cross
9       Bates stamped WOLKING-LINDNER 347.
10      Q.    All right.  Do you see the
11  upper right-hand corner, it says October 2,
12  2022, at 9:48 a.m.?
13      A.    Yes.
14      Q.    The message is from Henry
15  Lindner and then -- I'm sorry, it looks
16  like the patient message from Stacey
17  Wolking.  Do you see here in the top line
18  I've highlighted, it says, "Took TAF 600
19  milligrams on Friday"?
20      A.    Right.
21      Q.    You see that?
22      A.    Yes.
23      Q.    Okay.  Is this the e-mail that
24  you were referring to regarding the -- I
25  guess the total milligram that she had

**Page 104**

1       DR. SMITH (6/17/2024)
2   taken on that date?
3       A.    Yes.  Yes.
4       Q.    All right.  I'm going to stop
5   sharing that for a second, and then I'm
6   going to pull your report back up.
7           Okay.  So looking at this
8   table, does 600 milligrams, would that
9   correspond with this 9/30 four tablets?
10      A.    Yes.  That would give you a 150
11  strength.
12      Q.    150, okay.
13      A.    In that case, her total dose I
14  think would have been 2,250 milligrams.
15      Q.    Right.  So if we see one --
16  okay.  We've got three, plus four, seven,
17  nine, 11, 15 tablets.  If we multiply 15
18  tablets times 150 milligrams.
19      A.    Yes.
20      Q.    Doing a little math, I get
21  2,250 milligrams?
22      A.    Correct.
23      Q.    Okay.  Even with this dosage,
24  Dr. Smith, is this still considered an
25  overdose of tafenoquine?

**Page 105**

1       DR. SMITH (6/17/2024)
2       A.    It's higher than anything
3   approved by the FDA, much higher.
4       Q.    Okay.
5       A.    The highest -- it's -- the way
6   tafenoquine doses are used are either in
7   treatment with another drug, such as
8   artesunate or with -- by itself, that's for
9   treatment of disease versus prophylaxis by
10  itself.  The prophylaxis is actually where
11  they get the higher dose because you're
12  just using one drug and you're taking it
13  for a longer period of time.  And it's -- I
14  believe it's 250 milligrams for the first
15  three days and then 200 milligrams
16  thereafter weekly, for many weeks.
17          So the most regimen anyone
18  would take would be on the first eight
19  days, they would get 600 milligrams or --
20  800 milligrams.  That's -- so this is, you
21  know, two-and-a-half times the -- that
22  recommended dose.
23      Q.    Okay.  Let's just assume for
24  argument's sake that Ms. Wolking did not
25  take these two tablets on 9/27, those two

Page 106

1      DR. SMITH (6/17/2024)
2    tablets, okay?
3        A.    Um-hmm.
4        Q.    So therefore between 9/23 to
5    9/30, instead of 15 tablets as the table
6    shows, we're now working under the
7    assumption she took 13 tablets.
8        A.    That would be --
9        Q.    So we would arrive at 1,950
10   milligrams?
11       A.    Correct.
12       Q.    Is that number still
13   significant?
14       A.    Yes, still over twice the
15   higher dose the FDA recommends for a period
16   of tafenoquine, yes.  800 over the --
17   that's just the first week.  That's it.
18   They never -- you never come close to that
19   dose again.  So, yes, that's much higher.
20       Q.    Okay.  I'm going to stop
21   sharing one moment.  One second.  Let me
22   show you another email.  Actually, one
23   moment.  Give me one moment.
24             Okay.  A point that I just
25   needed to clarify and I know there was some

Page 107

1      DR. SMITH (6/17/2024)
2    confusion.  Counsel earlier asked you about
3    the diagnostic criteria and I'm going to
4    probably butcher the pronunciation of this.
5        A.    Enterocolitis.
6        Q.    Enterocolitis?
7        A.    Yes.
8        Q.    Okay.  He asked whether
9    pathological evidence of bowel wall
10   thickening is a required diagnostic
11   criteria for enterocolitis; you remember
12   that question?
13       A.    Yes.
14       Q.    Okay.  And I think your
15   testimony was that you didn't quite
16   understand the question.
17       A.    I understood it to be a poor
18   question.  I'm just asking if it's the
19   pathology that's showing the whole thing or
20   the imaging.  So bowel wall thickening by
21   definition is pathologic.  Pathologic just
22   means abnormal, you know, from a disease.
23   It's not normal when you have pathology.
24   So what bowel wall thickening is pathologic
25   so I didn't understand what type of where

Page 108

1      DR. SMITH (6/17/2024)
2    or how the bowel wall thickening was --
3    that Dr. -- that Mr. Lamb was referring to.
4    Was it on histology meaning under the
5    microscope or was it on CT scan?  That's
6    where the --
7        Q.    Okay.  Does it matter whether
8    it a -- does it matter whether it's on a CT
9    scan versus -- versus pathological?
10       A.    First of all --
11       Q.    -- pathology?
12       A.    -- I don't think -- you know,
13   you don't necessarily make -- you could
14   make a diagnosis without CT scan, but for
15   instance, you know, if Ms. Wolking, for
16   instance, had had just a three-way of the
17   abdomen, meaning X-rays, and it showed free
18   air, the surgeon would have gone in that
19   night because she had a perforated viscus,
20   there would never have been a CT scan.  You
21   don't have to have a CT scan to have a
22   diagnosis of neutropenic enterocolitis.
23             Further, on the CT scan, which
24   Ms. Wolking did have, it did show bowel
25   wall thickening of the small bowel.

Page 109

1      DR. SMITH (6/17/2024)
2             It also said of the sigmoid, I
3    can't rule out perforation, I'm
4    personalizing the radiologist.  I'm not --
5    he couldn't -- the radiologist couldn't see
6    a lot because the artifact -- couldn't see
7    a lot of the sigmoid because of the
8    artifact of the prosthetic hip or hips.
9        Q.    Okay.  But you indicated on the
10   CT scan, it did show bowel wall thickening
11   of the small bowel?
12       A.    Yes, it does show bowel wall
13   thickening.  But again you don't need to --
14   you don't have even a CT scan to make the
15   diagnosis.
16       Q.    Okay.
17       A.    So I don't know if he's talking
18   about imaging, then that's, I think,
19   Mr. Lamb is referring to, trying to have
20   him pin down, which it was.
21       Q.    Okay.
22       A.    But the term pathological bowel
23   wall thickening is redundant, that's all.
24       Q.    Okay.  Got it.
25             Okay.  Earlier counsel asked

Page 110

DR. SMITH (6/17/2024)

1  you if there's certain areas of the GI
2  tract that are more commonly affected by
3  neutropenic enterocolitis than others.  I
4  believe your testimony was that the cecum
5  is more common than others; is that
6  correct?
7      A.   Yeah, that's correct.  That was
8  the observation.
9      Q.   Okay.
10     A.   Fortunately, not a lot of cases
11 of it.
12     Q.   Okay.  But it's -- but jejunum
13 -- in other words -- sorry, let me rephrase
14 that.
15     A.   So the name was revised from
16 whatever, I think they first used nephritis
17 which is an old term.  As I understood the
18 experts, some of which I trained under,
19 revised the name to neutropenic
20 enterocolitis to encompass the entirety of
21 the small and large intestine because they
22 -- because that's where it would occur.
23 They didn't call it neutropenic typhlitis
24 or neutropenic right-sided colitis.  They

Page 111

DR. SMITH (6/17/2024)

1  changed the name to broadened the area of
2  coverage.
3      Q.   Okay.  So it could affect other
4  areas such as the jejunum?
5      A.   It does.
6      Q.   And the sigmoid?
7      A.   Yeah, it does affect other
8  areas, yes.
9      Q.   Okay.  One moment.  So I know
10 you briefly explained this and I just want
11 to confirm.  Do corticosteroids cause
12 neutropenia?
13     A.   No, they tend to cause
14 leukocytosis.  I'm forgetting the term.
15 Demargination.  The idea is the physiology
16 put forward by the effective systemic or
17 therapeutic doses of corticosteroids
18 causing a leukocytosis meaning increase in
19 white cells, is that they cause white blood
20 cells that are sticking to the sides of
21 your vessels, and not in circulation
22 coming, they're already out there, but out
23 of the marrow, bone marrow at least, now
24 they come into circulation.  That's called

Page 112

DR. SMITH (6/17/2024)

1  demargination.
2      Q.   Okay.  So based on your review
3  of the records and experience, why is it
4  that -- why is that you believe the
5  neutropenia was caused by the combination
6  of either the tafenoquine -- I can't
7  pronounce, the atovaquone?
8      A.   You could say the other drugs.
9      Q.   In other words, the
10 noncorticosteroid drugs, why is that --
11 what about the records or the evidence
12 indicates that the noncorticosteroid drugs
13 caused the neutropenia as opposed to the
14 corticosteroid causing the neutropenia?
15     A.   The first, actually, when I
16 just looked at the initial vital signs in
17 the chart, I thought that's an awfully low
18 white count for sepsis.  You know, I'm used
19 to seeing patients with serious sepsis,
20 usually septic shock so I could talk about
21 leukopenia and sepsis, and, you know,
22 separately.
23     But to answer your question, it
24 was the pattern.  She has -- Ms. Wolking

Page 113

DR. SMITH (6/17/2024)

1  had absolute or severe neutropenia,
2  whichever term you'd like to use.  And then
3  with this, it didn't get better, and as she
4  got better.
5     Patients with a sepsis induced
6  leukopenia, like I said, rarely, I don't
7  know if I remember seeing one that got down
8  to absolute neutropenia from bacterial
9  sepsis.
10    But they either -- they either
11 -- they don't survive or they -- they get
12 better, the white count gets better
13 rapidly.  So it's a transient thing.
14    So as I was going through the
15 records, and then I'm confused at first as
16 to why the white count is not going up.  I
17 noticed it's really not going up.  Even by
18 10/10, the fourth day of admission,
19 Ms. Wolking normal vital signs, if anything
20 slightly hypertensive I think, she is --
21 now has -- still has an absolute neutro
22 count below 500.  Well, that's certainly
23 not from sepsis.  There is no more sepsis.
24    She didn't even meet the flimsy

---

Page 114

1        DR. SMITH (6/17/2024)
2   SIRS criteria for sepsis, which we -- you
3   know, no one uses and been thrown out a
4   long time ago but she didn't even meet
5   those criteria and that -- the problem with
6   SIRS criteria, it's overly -- it's
7   sensitive and everybody or not specific,
8   everybody having the flu meets SIRS
9   criteria.  She didn't even meet those
10  criteria on four-day of admission.
11       She had an absolute neutropenia
12  count.  Let's see what my reports say.  I
13  think it was 300-something.
14       Q.   Here I could pull up the
15  report.  Give me one moment.
16       A.   This is 10/10 of 2022,
17  Ms. Wolking's absolute white count is
18  .53000 per microliter or 530 cells per
19  microliter.  Her absolute neutro count was
20  307 cells per microliter.  This is -- her
21  vital signs are that she's slightly
22  hypertensive and her respiratory rate is 12
23  which is the low end of normal.  Her pulse
24  is 62, which is the low end of normal.  Her
25  temperature is 97.9, which of course is

Page 115

1        DR. SMITH (6/17/2024)
2   normal.
3        So those things don't go
4   together.  You don't get -- again, I don't
5   remember ever seeing absolute neutropenia
6   from sep -- bacterial sepsis, and I sure as
7   heck haven't seen it four days after the
8   patient's respond to therapy.  You know,
9   she gets the surgery.  She immediately
10  starts improving, thankfully.  And the --
11  with normal vital signs and appropriate
12  antibiotics, the patient's absolute neutro
13  count is still less than 500.
14       Q.   Okay.  So if this -- if this
15  had been sepsis induced neutropenia, I
16  guess what number -- what numbers would we
17  be paying attention to and what would they
18  look like, in other words, what would the
19  pattern look like?
20       A.   Typically what we see in people
21  with substance induced neutropenia, usually
22  they come in with a high white count and a
23  high white count is over 11 usually.
24       Q.   Okay.
25       A.   And -- 11 thousand, and

Page 116

1        DR. SMITH (6/17/2024)
2   typically they'll have a high white count
3   and then it will plummet, and then we're,
4   like, uh-oh, and that's a bad prognostic
5   marker, meaning those patients, they're not
6   responding to therapy, they're getting --
7   and it's a really bad prognostic marker,
8   meaning this is something that happens, you
9   know, right before they die.
10       You know, the vast majority of
11  patients that I've seen with leuko- --
12  sepsis-induced leukopenia, again, we call
13  it leukopenia rather than neutropenia
14  because they don't get absolutely
15  neutropenic.  You know, the white count
16  goes like 20 thousand, which is elevated
17  down to, you know, four or three.  That's a
18  real bad find.  And most of those patients
19  have septic shock.  And so -- which is the
20  end stage form of sepsis.
21       So like I said, either they
22  resolve or you don't, you pass on.  So it's
23  -- that's the pattern.  And you don't see
24  pattern that -- Ms. Wolking's pattern is
25  not from sepsis.

Page 117

1        DR. SMITH (6/17/2024)
2        Q.   Okay.  And there's no
3   indication that she went into septic shock
4   during her hospital admission, correct?
5        A.   No, I looked hard for it.  She
6   was never in septic shock and that's
7   defined by the use of vasopressor agents to
8   keep up a person that has shock secondary
9   to sepsis, and she did not need those.
10       Q.   Okay.  And if she had -- sorry,
11  strike that.
12       You reference this term
13  "absolute neutropenia," what does that
14  mean?
15       A.   So the way that a white count
16  is reported, so there's three cellular
17  components -- backing up.  A CBC is a
18  complete blood count.  It measures the
19  cellular components of blood as opposed to
20  serum component.
21       The serum components are white
22  blood cells, red blood cells, and
23  platelets.  White blood cells aren't
24  actually white.  They're just not red.  And
25  so they're surnamed.

| Page 118 |
| --- |

```
 1            DR. SMITH (6/17/2024)
 2          There are five basic types of
 3  white blood cells, they're not super
 4  related.  The neutrophils typically
 5  represent about 70 percent of total white
 6  blood cell count.  So if your white blood
 7  cell count is 10,000, about 6 to 7,000 are
 8  neutrophils.
 9          And the next most common
10  percentagewise are lymphocytes which are
11  about 20 to 30.  And then following that,
12  monocytes are down in that lower level.
13  Basophils and eosinophils are the last two,
14  but they're at very low levels.
15          Absolute counts of any of those
16  five types of white blood cells is just
17  taking the percentage and multiplying it by
18  the total white count.  So, again, if you
19  had a white count of 10,000 and, you know,
20  70 percent neutrophils, your absolute
21  neutrophil count would be 7,000.  If you
22  had a white count of 5,000 and your
23  absolute -- your percent of neutrophils was
24  10,000, your absolute neutrophil count
25  would be 500, so that's all it is, and as
```

| Page 119 |
| --- |

```
 1            DR. SMITH (6/17/2024)
 2  opposed to a percentage.
 3          Because traditionally and
 4  historically, we've always reported the
 5  percentages of these different types of
 6  white blood cells instead of the absolute
 7  number.  So what you see when you see a
 8  white blood count, what we call
 9  differential, you'll see the percentage of
10  neutrophils, the percentage of lymphocytes,
11  the percentage of monocytes, the percentage
12  of basophils, and the percentage of
13  eosinophils.  To reach the absolute numbers
14  that each of those types of cells, you
15  simply multiply the percentage times the
16  total.
17      Q.    Okay.
18      A.    So it has to do with the
19  history of how we talk about it.  We talk
20  about percentages more or the data given to
21  us, given as percentages, but really you're
22  interested in the absolute amount.
23      Q.    Okay.  All right.  I'm going to
24  take this one down.  One moment.  Okay.
25          Doctor, why was it significant
```

| Page 120 |
| --- |

```
 1            DR. SMITH (6/17/2024)
 2  that Ms. Wolking did not have
 3  diverticulitis -- diverticulitis disease?
 4      A.    So the only literature that I
 5  know of and that -- the only literature
 6  cited by Dr. Williams, I believe, he was
 7  the only plaintiffs' expert to cite
 8  literature, corticosteroids being
 9  associated with any type of
10  gastrointestinal perforations is increased
11  rates of perforation possibly in patients
12  with diverticulitis.
13          And so there is not an
14  association with what Ms. Wolking had, for
15  instance, she didn't have it.  So this
16  whole sigmoid was inflamed and friable but
17  it's -- given the literature that is not
18  conclusive at all, in fact, I think
19  Dr. Williams cited two reviews in his first
20  report, one of which is just about adverse
21  effects of leukocorticoids -- or
22  corticosteroids and it doesn't even mention
23  gastrointestinal perforation as a cause.
24          So the only association to that
25  is the literature, weak literature at best,
```

| Page 121 |
| --- |

```
 1            DR. SMITH (6/17/2024)
 2  is that of a diverticulitis perforation,
 3  not of a type of perforation.
 4          And so if you don't have
 5  divertic -- 'ticular, if you don't have
 6  diverticulitis, you can't have increased
 7  rate of perforation from steroids.
 8      Q.    Okay.
 9      A.    Again, this is assuming, you
10  know, they're correct.
11      Q.    And why was it significant that
12  Ms. Wolking -- why was it significant that
13  Ms. Wolking or that the surgeons observed a
14  perforation of the jejunum and then
15  inflammation in the sigmoid, as you
16  testified, it was two different areas with
17  inflammation, why is that significant to
18  your opinion?
19      A.    Well, I never heard -- the
20  steroids -- there's no data suggesting
21  steroids or even applying steroids increase
22  the rates of jejunal perforation.  Jejunal
23  perforation I don't think I've seen outside
24  of trauma.  So right there, that's
25  different.  And none of -- like I said a
```

Page 122

```
1             DR. SMITH (6/17/2024)
2   few times already, none of the data from
3   the plaintiffs' experts or none of the
4   literature cited by plaintiffs' experts
5   even come close to saying jejunum
6   perforation.  So that in itself is very
7   important.
8             Then also two different areas
9   that are involved.  So the argument -- I'm
10  trying to figure out what exactly their
11  pathophysiologic reason is, but this
12  argument is that you can have two different
13  areas of inflammation caused by
14  corticosteroids at the same time and in one
15  of those areas was the whole sigmoid.
16  That's tough to understand.
17            But there are no data and it's
18  -- I think it's just irresponsible to say
19  otherwise that -- listen, we talked -- you
20  know, as I talked about earlier, you know,
21  upper GI tract meaning duodenal and gastric
22  ulcers causing increased perforation from
23  corticosteroids.
24            And then there's, you know,
25  literature, you know, not -- not, you know,
```

Page 123

```
1             DR. SMITH (6/17/2024)
2   super quality literature that Dr. Williams
3   cited on diverticulitis associated
4   perforation on the left side.  Sigmoid
5   diverticulitis perforation in patients on
6   steroids having an increased rate.
7             So they're talking about local
8   areas.  There's no literature at all saying
9   that the jejunum has an increased rate of
10  perforation in steroid.  Why would we -- if
11  that occurred, why wouldn't we say -- why
12  wouldn't the literature be there right and
13  so I don't understand even the reasoning
14  and the idea that well, associated with
15  corticosteroids broadly associated with
16  some forms of gastrointestinal perforation,
17  therefore even a jejunal perforation is
18  increased.
19            That is not how medicine works.
20  We work by observing.  And no one has
21  observed that association.  No one has
22  observed the association between any dose
23  of steroids and any jejunal perforation.
24       Q.   Okay.  Thank you.
25            Okay.  Dr. Smith, I know
```

Page 124

```
1             DR. SMITH (6/17/2024)
2   earlier that you had testified that the
3   combination of the four noncorticosteroid
4   drugs caused Ms. Wolking's absolute
5   neutropenia.
6             Is it your opinion that
7   tafenoquine -- I believe in your report --
8   give me one moment.
9             Why is -- so I know that your
10  earlier testimony that you're not sure
11  whether the tafenoquine alone caused the
12  neutropenia, correct?
13       A.   I'm not sure tafenoquine alone
14  caused it.  I'm not sure tafenoquine was
15  involved in it, but it's awfully
16  coincidentally that she was taking a high
17  -- you know, extraordinary dose of
18  tafenoquine.
19       Q.   Okay.
20       A.   Then there's that case report
21  and then there's other literature that I
22  alluded to, but I haven't discussed.
23       Q.   So that was my question, why is
24  the amount that Ms. Wolking took of
25  tafenoquine significant, so that range of
```

Page 125

```
1             DR. SMITH (6/17/2024)
2   anywhere between 1950 milligrams and 2250
3   milligrams, depending on whether we agree
4   she took 15 tablets or 13 tablets in the
5   eight-day period?
6       A.   Right.  So most adverse
7   effects, especially rare ones, are seen
8   when people take higher than normal doses.
9   So and -- then -- so that's the basic
10  starting point, that if you take higher
11  than normal doses, then you're more likely
12  to have an adverse effect.  It may not even
13  been described in other literature, so
14  that's -- then of course there is that case
15  report, and then there's the other
16  literature on other antimalaria similar to
17  tafenoquine -- I mean antimalaria similar
18  to tafenoquine causing absolute
19  neutropenia, and of course they -- this is
20  also being given with her Arte-M at
21  increased doses.
22       Q.   Okay.  And the case report that
23  you're referring to, why is that case
24  report significant as it pertains to
25  tafenoquine?
```

Page 126

1        DR. SMITH (6/17/2024)
2        A.    For one, I trust the authors.
3  It's always the first -- Gary Oringer is
4  one of the leading infectious disease
5  doctors on vector-borne disease.  I don't
6  know if Gary is retired yet, but he worked
7  up in Valhalla, just in Westchester County.
8  And he was, you know, one of, again, the
9  leading doctors in vector-borne disease, so
10 I trust him.
11       And two, it clearly shows that
12 in this person, there was -- it did cause
13 leukopenia and again, for me, that's not
14 super surprising because other malarias
15 have caused or do leukopenia and
16 neutropenia.
17       Q.    Okay.  All right.  Dr. Smith,
18 you mentioned earlier that you had the
19 opportunity to review the supplemental
20 reports.  So in addition to the primary
21 reports of plaintiffs' experts, you also
22 reviewed the supplemental reports from
23 plaintiffs --
24       A.    Yes, I did have the privilege
25 and the honor.

Page 127

1        DR. SMITH (6/17/2024)
2        Q.    Okay.  In addition to the
3  opinions that you've already testified to,
4  do you wish to provide any opinions in
5  response to plaintiffs' experts
6  supplemental reports?
7        MR. LAMB:  Susan, just before
8        he answers, I'd like to place an
9        objection onto the record to that
10       question since you were denied the
11       opportunity to submit supplemental
12       reports, I'll object to this portion
13       of his testimony, but obviously he
14       can put his answer on the record.
15       MS. KEESLER:  Sure.
16       A.    Yeah, I'm probably not done
17 collecting my -- my opinions about their
18 opinions, but I could give you some of
19 them.
20       Q.    Let's start with
21 Dr. Auwaerter's.  I'm going to pull that up
22 for you.  Give me one moment.  Actually,
23 let's start with his -- do you have any
24 responses to his initial report as well?
25       A.    Yes, I think --

Page 128

1        DR. SMITH (6/17/2024)
2        Q.    Okay.  Let's start with that
3  just so we go chronologically.
4        A.    Right.  So --
5        Q.    I'm going to pull it up just in
6  case --
7        A.    You know, I know Paul as a
8  colleague.  I met Paul, but I have
9  communicated with him in the past on some
10 cases.  So he -- let's start with that
11 preamble.
12       All right.  So this is the
13 report dated April 24th, I believe?
14       Q.    Yes.
15       A.    Okay.  So there's the --
16 Dr. Auwaerter summarizes Ms. Wolking's
17 October 7th hospitalization I believe in
18 three sentences.
19       The first sentence is in
20 October, Ms. Wolking presented to the
21 hospital with one week abdominal pain,
22 that's period.
23       The next two sentences --
24 that's -- I agree with.
25       The next two sentences, the

Page 129

1        DR. SMITH (6/17/2024)
2  second sentence is in the OR on 10/8/22,
3  she was found to have pneumoperitoneum,
4  which required surgical resection of small
5  bowel perforation, requiring an ostomy.
6        Okay.  So there's two mistakes
7  here.  First, the operation occurred on
8  10/7, it's a trivial mistake.
9        Q.    Okay.
10       A.    The other one is requiring an
11 ostomy.  An ostomy is a surgery to perform
12 -- to bring up a stoma, that means create
13 an opening like a tracheostomy or a
14 colostomy.
15       Now, in Ms. Wolking's case, the
16 -- Paul is right or Dr. Auwaerter is right
17 that there was a resection of the small
18 bowel then it was reconnected, it was
19 brought together by the surgeon.  So the
20 ostomy was not involving the small bowel
21 perforation as stated here.
22       The ostomy was a colostomy of
23 course and it was created because
24 Dr. Sutter took out Ms. Wolking's sigmoid.
25 So the idea that the ostomy was used to

Page 130

```
1              DR. SMITH (6/17/2024)
2   help with the small bowel perforation is
3   just not correct at all.
4              And it's, you know, strange
5   that the type of ostomy was not described,
6   you know, as a -- in this case, it was a
7   colostomy, meaning the colon was brought up
8   and a stoma was formed at the end of that
9   colon.
10             And then the third sentence is
11  blood cultures reveal polymicrobial
12  bacteremia.  That means that you have more
13  than one bacteria in your blood cultures.
14  That too is incorrect.  Ms. Wolking had
15  four maybe bacteria grow out of her
16  peritoneal fluid but she only had one
17  bacteria species grow out of -- one
18  bacteria grow out of her blood cultures and
19  that bacteria was bacteroides fragilis.
20  And bacteroides fragilis is found in high
21  concentrations again in the sigmoid.  So
22  that's another error that was, you know, I
23  was just surprised, you know, someone with
24  Paul's experience -- I mean Paul is a very
25  experienced doctor, so I was surprised by
```

Page 131

```
1              DR. SMITH (6/17/2024)
2   that.
3              And again I don't know why he
4   would leave out the cold part of ostomy.
5   And Paul didn't mention in the summary,
6   that's it for the summary of it, the
7   hospitalization, those three sentences.
8              Did not mention the pathologic
9   findings of the small bowel.  Did not
10  mention the fact that Ms. Wolking had
11  neutropenia.  Did not mention that there
12  was a sigmoidectomy.  Did not mention the
13  surgeon's findings during the operation.
14  So that's it.  That's very brief.
15             And then to give causation
16  opinions with that kind of summary is, you
17  know, that's to me at least tough to do.
18  Now we're -- that's --
19       Q.   Okay.
20       A.   That's the -- yeah, right.  So
21  then I don't think I have --
22       Q.   Well, let me ask you this, in
23  the primary report, if we did not -- did he
24  mention or what is the significance of --
25  actually, strike that.
```

Page 132

```
1              DR. SMITH (6/17/2024)
2        Is it correct that
3   Dr. Auwaerter did not mention the severe
4   inflammation of Ms. Wolking's sigmoid?
5        A.   Yes.
6        Q.   Okay.  Why is that significant?
7        A.   Because it's incomplete.  Your
8   -- your -- he's -- you're only saying that
9   one thing happened.  You know, clearly,
10  it's almost like a -- I don't know what the
11  reasoning is exactly.  But there's no
12  mention of the sigmoid inflammation.
13  There's no mention of the sigmoidectomy.
14  But there is mention of an ostomy, but it's
15  a colostomy.
16             It's written that the ostomy
17  was performed as part of the surgical
18  resection of the small intestine, which is
19  incorrect.  So when you have these two
20  different areas that are involved in this
21  case, the jejunum and the sigmoid, I think
22  the causation opinions are going to change
23  or might change.  And that -- so yes, it's
24  important.
25       Q.   You also note -- I think you
```

Page 133

```
1              DR. SMITH (6/17/2024)
2   earlier testified that he didn't mention
3   the pathology finding in his report; is
4   that correct?
5        A.   Yeah, I said -- I said actually
6   just the pathology of the small bowel, but
7   of course Dr. Auwaerter didn't mention the
8   sigmoidectomy so he didn't discuss the
9   pathology findings -- the pathologist's
10  findings of the sigmoid sample that was
11  sent.
12       Q.   Okay.  And why is that of
13  significance?
14       A.   Because two things.  One,
15  neither the surgeon nor the pathologist
16  found diverticular disease.  Second, they
17  count on the serosal surface of both, the
18  small jejunum section and the sigmoid
19  section that there was an exudate on the
20  serosal surface, that's not normal.  It
21  shouldn't have, you know, an exudate on the
22  serosal surface of the jejunum and the
23  sigmoid -- or the sigmoid.  That would be
24  tough -- I don't know how corticosteroids
25  would cause that.
```

Page 134

DR. SMITH (6/17/2024)

1
2      Q.    Give me one moment.  All right.
3  I'm going to take this down shortly.  I'm
4  going to pull up Dr. Auwaerter's
5  supplemental report, all right.
6         Dr. Smith, do you see
7  Dr. Auwaerter's June 13, 2024 report in
8  front of you?
9      A.    Yes.
10     Q.    Okay.  In his supplemental
11 report, did you have any opinions in
12 response to his supplemental report?
13        MR. LAMB:  My objection is
14        standing for all use of supplemental
15        reports.  I'm just making that clear
16        for the record.  Thanks.
17     Q.    You can go ahead, Dr. Smith.
18     A.    So first I think Dr. Auwaerter
19 says -- he criticizes my use of a case
20 report in describing unknown adverse
21 effect, but that's how rare adverse effects
22 are first often reported.  I thought that
23 was strange.
24        Dr. Auwaerter also says -- said
25 that the hematological toxicities that

Page 135

DR. SMITH (6/17/2024)

1
2  occur secondary to tafenoquine are in
3  patients with a certain enzyme deficiency.
4  That enzyme is called G6PD and the
5  implication, the way I read it at least,
6  was that we know that the mechanism of
7  tafenoquine causing problems in patients
8  with that enzyme deficiency and it caused a
9  problem with red blood cells and we don't
10 have any known mechanism for tafenoquine
11 causing leukopenia so, therefore, it can't
12 cause leukopenia.
13        I mean, if I'm inferring it
14 wrong, I don't know, but if that's -- if
15 I'm inferring it right, that doesn't of
16 course make sense.  We don't know the
17 mechanisms of most adverse effects.
18        For instance, Paul I talked
19 later talked about how increasing doses of
20 tafenoquine, you have increasing
21 leukoenceph effects.  You have increasing
22 insomnia, nightmares, et cetera,
23 psychiatric disorders, anxiety.  Right.  No
24 one knows how those things are caused.
25        Another example would be of

Page 136

DR. SMITH (6/17/2024)

1
2  unknown things, no one knows how Tylenol
3  suppresses fever or how hydroxychloroquine,
4  not really -- not bringing scenarios to
5  antimalarial but it was an ant -- an
6  antimalarial drug and it's still used as
7  antimalarial agent in same areas of the
8  world.
9         Hydroxychloroquine was
10 introduced to be as used to -- as
11 prophylaxis in the colonists, the Colonial
12 Europe, Europeans colonizing areas of
13 malaria, and it was the women or the
14 patients, subjects taking
15 hydroxychloroquine to prevent malaria felt
16 better, with lupus patients.  I mean,
17 people with lupus also taking
18 hydroxychloroquine to prevent malaria felt
19 better.  So hydroxychloroquine got studied
20 for lupus.
21        To this date, I believe this is
22 still correct, it was a year or so ago,
23 hydroxychloroquine is the only drug known
24 to improve the life expectancy of lupus.
25 And to the date, we still have no idea how

Page 137

DR. SMITH (6/17/2024)

1
2  it works.  Lupus is an autoimmune process.
3  Hydroxychloroquine affects the immune
4  system in some way that helps lupus
5  patients.
6         So not having a mechanism of
7  known mechanism of action is very common in
8  medicine and more the norm than not.  So
9  that was like a first observation.
10     Q.    Okay.  So does that mean that
11 -- sorry.  This is going to be a double
12 negative.
13        Does that mean that just
14 because the mechanism of action is unknown
15 for a drug, for example, like tafenoquine,
16 that doesn't necessarily mean there's not
17 an association with a condition like
18 neutropenia?
19     A.    Correct.
20     Q.    Okay.  Sorry.  You can go on.
21     A.    I think Dr. Auwaerter, you
22 know, again, he misrepresented my opinion
23 when he stated Dr. Smith surmises that her
24 perforation was from neutropenia due to
25 tafenoquine overdose.

Page 138

DR. SMITH (6/17/2024)
1
2         The first part, as I've
3  testified earlier is correct, but I said
4  tafenoquine over -- high dose of
5  tafenoquine.  To me overdose means there's
6  some, you know, like you're a heroin
7  overdose.
8         But to me a high dose of
9  tafenoquine or a very high dose of
10 tafenoquine may be part of the reason she
11 had drug induced neutropenia.  Not -- as I
12 stated, you know, several times that it is
13 one or more of those four drugs in
14 combination or alone that cause her severe
15 neutropenia.
16    Q.    Give me one moment.  Did you
17 have -- one moment.  I'm sorry.
18         I don't know if you see can see
19 where I'm looking at here, do you see this
20 statement here, hematological toxicities
21 from tafenoquine arise from G6PD deficiency
22 which Ms. Wolking did not appear to have?
23    A.    Yes.
24    Q.    Do you have a response to this
25 opinion?

Page 139

DR. SMITH (6/17/2024)
1
2    A.    Yeah, that's what I was
3  alluding to earlier.  I was surprised that
4  the way that reads, he's saying the only
5  people that get hematologic toxicity, I
6  didn't think hematological was a word,
7  maybe he's right.
8         Hematologic toxicities from
9  tafenoquine are people with G6PD deficiency
10 or -- yeah, that doesn't make sense of
11 course.  You could have other toxicities.
12 That's a known toxicity.  I agree with
13 that, but that doesn't mean you only can
14 get that.
15    Q.    Okay.
16    A.    The next part of this
17 paragraph, Dr. Auwaerter discusses the --
18 you know, the side effects that are I
19 believe dose related and we don't know why
20 -- how they happened either.  So certainly
21 -- well pretty much every drug has some
22 adverse effect not recognized in the --
23 until the post-marketing period.
24         That's why the FDA requires
25 post-marketing data collections on drugs.

Page 140

DR. SMITH (6/17/2024)
1
2  Several drugs have been shelved or pulled
3  because of post-marketing adverse effects.
4  So to say that because we didn't see it in
5  the pre-marketing developmental stages of
6  tafenoquine doesn't mean it doesn't exist.
7    Q.    And just so we're all clear,
8  what is G6PD?
9    A.    Can I look up the name of the
10 enzyme?
11    Q.    What does it do?
12    A.    It's an enzyme.
13    Q.    Okay.
14    A.    The red cells, it's a relative
15 deficiency.  So glucose-6 --
16 glucose-6-phosphate dehydrogenase.  And I
17 got to remember my med school stuff.  I
18 don't think I thought about the name of
19 G6PD in a long time.
20         But yeah, I think it's
21 glucose-6 is -- is -- glucose-6 PD -- I got
22 it pretty close, glucose-6-phosphate
23 dehydrogenase and if you're deficient, you
24 could have varying levels of that
25 deficiency.  You can be prone when you take

Page 141

DR. SMITH (6/17/2024)
1
2  certain drugs or certain foods to having
3  those red cells -- a lot of your red cells
4  explode essentially, we called hemolytic
5  anemia.
6         Tafenoquine is a cousin to
7  primaquine and I think it's trying to be
8  used to replace primaquine in some
9  instances.  Primaquine is notorious for
10 causing that acute reaction in red blood
11 cells with patients with a deficiency in
12 this enzyme.
13         But in the relevance here, I
14 don't know why Paul brought it up,
15 Dr. Auwaerter brought it up.  It has no
16 real -- I don't know.  I didn't say
17 anything about red blood cells or G6PD
18 deficiency in my report.
19    Q.    Dr. Smith, it looks like
20 Dr. Auwaerter cites two articles in his
21 supplemental report.  Did you take issue
22 with any of the articles he cited and if
23 so, why?
24    A.    He cited -- actually, one of
25 the articles is the article I cited so

Page 142

```
 1              DR. SMITH (6/17/2024)
 2   that's --
 3        Q.    Sorry, his article?
 4        A.    Yeah, so the other article --
 5   he had two citations, but one is the case
 6   report I cite.
 7        Q.    Right.
 8        A.    The other article is a review
 9   of tafenoquine toxicity, and -- which I've
10   since re-read.  This is a big review or a
11   long, I should say, but it's a review and
12   according to Dr. Auwaerter, I'm not saying
13   he's wrong, he said that there's several
14   studies that are cited in this review that
15   used, you know, big doses of tafenoquine.
16   I don't know.  I didn't have the time to go
17   through all these references or try to
18   figure out, it's not mentioned in the
19   article itself I believe.  I didn't see if
20   it is.
21              I didn't see him saying, okay,
22   well, this study looked at this dose,
23   really high dose, but that's -- that's
24   called cross-referencing and I'd appreciate
25   you know, it's a lot better that you --
```

Page 143

```
 1              DR. SMITH (6/17/2024)
 2   when you're citing something, you cite the
 3   primary reference rather than cite
 4   cross-referencing, so that didn't happen.
 5              So Dr. Auwaerter cited four
 6   articles on tafenoquine, you know, dose
 7   escalation, it would have been easy for me
 8   to look at and compare it to Ms. Wolking.
 9        Q.    You don't know which studies or
10   cases he's specifically citing to when he
11   cross-referenced that article?
12        A.    Correct.
13        Q.    Okay.  Dr. Smith, give me one
14   moment.  I'm just pulling up -- okay.
15              Dr. Smith, are you aware of a
16   study or article titled Evaluation of
17   Leukopenia During Sepsis as a Marker of
18   Sepsis-Defining Organ Dysfunction?
19        A.    Yes.
20        Q.    By Belok, et al, published in
21   PLoS one in 2021?
22        A.    Yes, I am.
23        Q.    Okay.  How is it that you
24   became aware of that study?
25        A.    Well, I -- after seeing the
```

Page 144

```
 1              DR. SMITH (6/17/2024)
 2   opinions of the plaintiffs' experts, I --
 3   you know, I looked -- I was looking at the
 4   literature on -- which is not robust by the
 5   way, the literature on sepsis and
 6   leukopenia is limited.  We all know it
 7   happens.  We all -- we being infectious
 8   disease practitioners and intensivist of
 9   course know that too.
10              But, you know, there are a lot
11   of quality literature studies on it.  This
12   is one of the few studies that actually has
13   a large population.  And so, you know, I
14   was looking through it to see, you know,
15   what does it say about people with absolute
16   neutropenia, what percent have it, and the
17   weird part is they excluded people with a
18   white blood cell count of less than a
19   thousand.  They felt that -- there were --
20   to quote that article, I think, saying,
21   they wanted to minimize confounding other
22   confounding issues of the processes that
23   would contribute to leukopenia, because if
24   you -- you know, obviously they didn't
25   think if you have a white count less than a
```

Page 145

```
 1              DR. SMITH (6/17/2024)
 2   thousand, that's probably not from sepsis.
 3   Otherwise I'm assuming they would have
 4   included that group.  They excluded that
 5   group.
 6              So to be leukopenic in their
 7   study, you had to have a white count
 8   between a thousand and I think four maybe
 9   thousand in it.
10              But the other part I was
11   reading, you know, through there and I
12   noticed there was some sentences that were
13   similar to those I found in Dr. Auwaerter's
14   report.
15              And that was -- and I remember
16   thinking about the awkward wording or at
17   least I felt it was awkward in
18   Dr. Auwaerter's report.  So I remember
19   these sentences and then they were very
20   similar to two sentences in this
21   publication.
22        Q.    Do you recall where in
23   Auwaerter's report the language seemed
24   similar to the article?
25        A.    Yes.  It's the first two
```

Page 146

```
1           DR. SMITH (6/17/2024)
2  sentences on page 2 of the supplemental
3  report starting with cytopenias.
4        Q.    Sorry, page 2.
5        A.    Cytopenias.
6        Q.    Right here?
7        A.    Correct.  That's the first
8  sentence and then you can keep going all
9  the way to hemophagocytosis.  So the -- I
10 don't know if you have the article from
11 Belok, et. al, but those two sentences are
12 very similar to the two sentences in
13 Dr. Auwaerter's supplemental report, and
14 they're not cited, they're not identical,
15 but they're very similar.  And I was
16 surprised by that.  I don't think this is
17 by chance.
18       Q.    Okay.  And why -- what is the
19 significance of the white blood cell count
20 in the study as it pertains to Ms. Wolking
21 and her white blood cells?
22       A.    She wouldn't have been
23 qualified for the study.  She was -- her
24 white count was too low.  It excluded
25 patients with white counts less than a
```

Page 147

```
1           DR. SMITH (6/17/2024)
2  thousand because I think they thought other
3  factors would be causing a white count less
4  than a thousand so she wouldn't have been
5  included in the study.
6           So they -- you know, they
7  didn't think -- in other words, they don't
8  think as people that studied sepsis and
9  leukopenia think of a white count as less
10 than a thousand is not from sepsis, that's
11 my inference at least.
12       Q.    All right.  Does this study in
13 any way impact your opinion to support
14 or --
15       A.    Well, that's what I said.  I
16 said the same thing.  We don't see, you
17 know, severe leukopenia or absolute
18 neutropenia from bacterial sepsis.  These
19 are all ICE patients.  There's over five
20 thousand ICU patients in the study.
21       Q.    Therefore does that article
22 support your opinion that Ms. Wolking did
23 not suffer from sepsis induced neutropenia?
24       A.    Yes.
25       Q.    Okay.  I'm going to stop
```

Page 148

```
1           DR. SMITH (6/17/2024)
2  sharing for one moment.  Okay.  One moment.
3           Okay.  Did you have -- did you
4  have any opinions in response to
5  Dr. Williams' supplemental report?
6        A.    Well besides the fact that
7  he wrote one and criticized, yeah, I do.
8        Q.    Okay.  Give me one moment.  I'm
9  just going to pull that up so we can take a
10 look.  One moment.
11          All right.  Do you see that
12 article in front of you?
13       A.    Yeah.
14       Q.    Okay.  First, why are you
15 surprised that Dr. Williams produced a
16 supplemental report?
17       A.    Dr. Williams is experienced in
18 academic endocrinologist.  He's not well
19 versed in the field of sepsis or I don't
20 think he was trained specifically in
21 febrile neutropenia.  My guess is he has
22 not, you know, treated or diagnosed someone
23 with severe sepsis in a long time.
24          Endocrinologists in my
25 experience often don't come -- don't come
```

Page 149

```
1           DR. SMITH (6/17/2024)
2  to the hospital a lot.  So I think he'd
3  have a rather limited kind of experience
4  and I doubt he's, you know, staying
5  up-to-date or reading about sepsis like I
6  do.
7           I mean just look, there's a
8  sentence in the I disagree paragraph.
9        Q.    One moment.
10       A.    Yeah.
11       Q.    Right here?
12       A.    Right.  Again, he doesn't -- if
13 you read this paragraph, Dr. Williams
14 doesn't even mention the sigmoidectomy.
15 Her need for bowel -- he says this
16 condition led to emergent presentation and
17 need for bowel resection.  Doesn't even
18 talk about sigmoid.  I don't understand
19 that.
20          And it says including the
21 operative -- the pathology shows that the
22 small bowel was diseased.  How do you say
23 that, but not also talk about the sigmoid,
24 I don't know.  How do you not say yes, she
25 had small bowel resection.  Yes, there was
```

Page 150

DR. SMITH (6/17/2024)

1
2  some inflammation there and she also had a
3  sigmoidectomy in a -- with inflammation and
4  both had exudates on the serosal surface.
5  That's just to me insincere.
6         Now this next sentence is
7  really the problem.  There is evidence of
8  bowel bacteria in blood cultures indicative
9  of damage intestinal lining.  Well, clearly
10 he doesn't know what he's talking about.  I
11 mean, I'm sorry, but bacteroides fragilis
12 is much higher concentrations in the stool
13 than it is the contents of the jejunum,
14 tschüss.  It's called tschüss.  So I don't
15 know why he would go into a territory he's
16 not familiar with.
17        So then he -- Dr. Williams
18 talks about leukopenia, substance induced
19 leukopenia.  Again, I don't know what kind
20 of experience he's had, I'm pretty sure
21 it's pretty limited.
22        But even he says that in the
23 following days, if you start treatment, you
24 should get better.  If you get better, but
25 it didn't, that's the whole point.  It

Page 151

DR. SMITH (6/17/2024)

1
2  actually should get better right away.
3  Leukopenia should resolve really quickly
4  when you're treating sepsis correctly.
5         So that was -- I was -- you
6  know, I don't know why he would go out on a
7  limb like that because he does say that in
8  the -- it should increase -- it should
9  increase the following days and hers
10 didn't.  And her -- her ANC, her absolute
11 neutrophil count was 307 on day four and
12 her -- and the vital signs were normal, so
13 I don't think Dr. Williams has wrote a
14 whole lot of that, sepsis induced
15 leukopenia.
16        But then again, I don't know.
17 He didn't cite in the articles I don't
18 believe.  Again, he didn't actually address
19 the issue of which part of the bowel.  And
20 then Dr. Williams' the only plaintiffs'
21 expert to cite article saying steroids are
22 -- maybe associated with gastrointestinal
23 perforation.  All those articles that were
24 diverticular perforation of the sigmoid,
25 not one dealt with increased rates of

Page 152

DR. SMITH (6/17/2024)

1
2  jejunum perforation.  He didn't even
3  address that in his supplemental report.  I
4  don't know how he doesn't -- didn't.
5         And then the dose dependency,
6  I'm trying to think if he -- yeah, he
7  addresses --
8         MR. LAMB:  Could I interrupt
9     for -- I'm sorry, could I interrupt
10    for one second.
11       Susan, I don't know if you want
12    to go off the record.  I just want
13    to clarify something about my objection.
14    I'm happy to place it on the record,
15    too.
16       MS. KEESLER:  Sure.
17       MR. LAMB:  Okay.  So the -- I
18    was just looking, I believe
19    Dr. Smith's deposition fee included
20    two hours of deposition, so I just
21    want to clarify that this entire
22    portion where he's responding to
23    supplemental reports, that the court
24    has denied your client the ability to
25    respond to, when and if that is ever

Page 153

DR. SMITH (6/17/2024)

1
2  ruled upon, I will be moving to have
3  this portion of the deposition not
4  chargeable to my clients.  So I just
5  wanted to make sure that's clear.
6  That all the extra time that you're
7  using for this, it should not be
8  attributable to my client at the end
9  of the day.
10       MS. KEESLER:  Conor, I note
11 your objection.  We don't agree.  The
12 order didn't specifically say that
13 Dr. Smith is precluded from providing
14 opinions during his deposition in
15 response to the supplemental reports.
16       I do know that she said we
17 ourselves could not provide
18 supplemental report but I think we
19 have a disagreement as to what the
20 order meant.  So I'm just going to --
21       MR. LAMB:  That's totally fine.
22 I just want to make sure the record
23 reflects that I may move for that
24 portion not to be -- that I'm not
25 consenting to be charged financially

Page 154

```
 1           DR. SMITH (6/17/2024)
 2    for this portion of the deposition.
 3    That was all I wanted to place in the
 4    transcript.
 5           MS. KEESLER:  That's noted.
 6       Okay.  We can go back on the
 7    record.
 8    A.    So Dr. Williams --
 9           MR. LAMB:  Sorry, we were on
10    the record the whole time, correct?
11    We were on the record the whole time,
12    weren't we?
13           MS. KEESLER:  Sorry, I thought
14    you said to go off the record.
15           THE VIDEOGRAPHER:  We did not
16    go off the record.
17           MR. LAMB:  No, I wanted that on
18    the record.  I wanted to make sure.
19    Thanks.
20    A.    I'm sorry, where were we?
21    Q.    Regarding Dr. Williams --
22    sorry.
23           MS. KEESLER:  Court Reporter --
24    sorry, Court Reporter, could you read
25    back the last two lines.
```

Page 155

```
 1           DR. SMITH (6/17/2024)
 2           (Whereupon, the referred to
 3        answer was read back by the
 4        Reporter.)
 5    Q.    Does that refresh where you
 6    left off, Dr. Smith?
 7    A.    Yes.
 8    Q.    Okay.
 9    A.    Thank you.
10           Dr. Williams in his first
11    report, I think, is paragraph starting
12    glucocorticoid toxicity, Dr. Williams, the
13    second to last paragraph, he now talks
14    about a -- there is no ceiling when it
15    comes to glucocorticoid side effects and
16    dose.
17           Whereas, I don't know if this
18    contradicts his primary report, maybe not,
19    he said there's no maximal dose, which may
20    be different than this.
21           Now, like I said, there's a
22    dose relationship, there is, but there's a
23    minimal dose and then you increase the rate
24    along with duration, with the dose and then
25    at some point, it levels off.  If not,
```

Page 156

```
 1           DR. SMITH (6/17/2024)
 2    then, you know, at some dose and iteration,
 3    everybody would get -- you know, would be
 4    100 percent, that's just math.  And so of
 5    course there was a ceiling effect.
 6           And so that's -- there has to
 7    be at least isotonic feeling if it's not an
 8    absolute ceiling.  So that means -- by
 9    isotonic ceiling, I mean that the rate will
10    -- you know, say a rate above a hundred
11    milligrams a day, if you go to 150, that
12    may increase, but it's not increasing a
13    lot.  That kind of thing.
14           That's what I mean by isotonic,
15    where if you go from five to hundred,
16    that's a big increase, okay.  So you know,
17    you go to thousand, it's probably -- that
18    increase for side effects is probably less
19    than going from ten to a hundred.
20           So there's no data on that, but
21    there is certainly a ceiling effect when it
22    comes to these sort of glucocorticoid
23    toxicities and that's the main thing.
24           Again, he was criti --
25    Dr. Williams was critical of me citing this
```

Page 157

```
 1           DR. SMITH (6/17/2024)
 2    single case report but as with
 3    Dr. Auwaerter, that's how, you know, things
 4    get started a lot, one case report.  So
 5    that doesn't mean they're not true, not
 6    applicable, but I found that criticism
 7    invalid.
 8           Yeah.  So it's just -- I don't
 9    think -- I guess I'll stop there.
10    Q.    Okay.  All right.  Thank you.
11    Give me one second.  All right.
12           And then with respect to
13    Dr. Dershwitz's supplemental report, give
14    me one moment, I'm going to pull this up.
15    There we go.
16           Did you have any opinions in
17    response to Dr. Dershwitz's report?
18    A.    Well, it was -- I guess my
19    first thought or feeling was it was weird
20    to be criticized by a retired
21    anesthesiologist on infectious disease
22    issues.
23    Q.    I'm sorry.  Just before we -- I
24    just want to clarify it's in response to
25    the supplemental report dated April 23,
```

Page 158

```
 1           DR. SMITH (6/17/2024)
 2  2024, correct?
 3       A.    No, it's actually June 8th.
 4       Q.    I'm sorry, I have the wrong --
 5  give me one moment.
 6       A.    That's it.
 7       Q.    It is.  I just read the wrong
 8  date.  Yes, June 8, 2024.
 9       A.    Yeah, I have a few opinions.
10       Q.    Okay.
11       A.    Well, first, Dr. Dershwitz's
12  primary report, I think it's from 9/23 on
13  or something.  No, it's before -- hold on.
14  Let me just get his primary report.
15       Q.    Sure.  Do you want me to pull
16  that up?
17       A.    Yes, please.
18       Q.    Give me one moment.  I
19  displayed Dr. Dershwitz's primary report.
20       A.    I think it's the third page,
21  there's a table untitled there.
22       Q.    This table?
23       A.    Yes.
24       Q.    Okay.
25       A.    So this table has, I believe,
```

Page 159

```
 1           DR. SMITH (6/17/2024)
 2  the dates and doses of prednisone
 3  equivalent that Ms. Wolking took during
 4  each date -- took on each date, okay.
 5  That's what I believe Dr. Dershwitz is
 6  communicating here.
 7           I can confirm a lot of those
 8  dates.  I could not confirm her doses
 9  rather.  I could not confirm the 30th of
10  September.  I could not confirm the
11  October 6th dose or the October 7th dose.
12       Q.    Okay.
13       A.    Okay.  All these doses are
14  using a conversion that Ms. Wolking and her
15  husband used and that is seven to one.
16  This may be a minor point, when you go to
17  the supplemental report now.
18       Q.    Give me one moment.  I'm going
19  to stop sharing this.
20           Okay.  Do you see
21  Dr. Dershwitz's supplemental report?
22       A.    Yes.  And notice the -- if you
23  go down to the table again, and the
24  conversion here is, I believe, six to one.
25  So the prednisone equivalent for
```

Page 160

```
 1           DR. SMITH (6/17/2024)
 2  dexamethasone, I believe, is, you know, six
 3  to one.  So that's -- that confused me a
 4  little bit.  So I'm not sure which, you
 5  know, the cumulative doses referring to,
 6  because using her dose, using different
 7  ratios.
 8           But to continue on, when he
 9  starts to talk about he -- Dr. Dershwitz,
10  I'm quite certain, never treated someone --
11  I shouldn't say never, but hasn't in many
12  years, diagnosed or treated someone with
13  neutropenic enterocolitis or considered
14  that diagnosis.  I don't think he was a
15  doctor -- Dr. Dershwitz was a
16  diagnostician.
17           So I was surprised he would
18  comment at all.  His only knowledge would
19  be from reading.  And he cites a review
20  that I have not looked at yet from World
21  Journal of Gastroenterology.
22           But then if you go to the
23  second to last sentence of his report --
24  the second to last paragraph.
25       Q.    Sorry.  Hang on, one second.
```

Page 161

```
 1           DR. SMITH (6/17/2024)
 2       A.    The two most common.
 3       Q.    Yeah.
 4       A.    Okay.  That's just incorrect.
 5  I mean no.  IBD at best is in .5 of the
 6  population.  IBD is inflammatory bowel
 7  disease.
 8       Q.    Okay.  So just sorry,
 9  Dr. Smith, I'm just going to place on the
10  record, so the first line of this paragraph
11  says, "The two most common causes of a
12  perforated viscus are cancer and
13  inflammatory bowel disease."
14           So that statement is incorrect?
15       A.    That's incorrect, yes.
16       Q.    Okay.  And why is that?
17       A.    Not even close.  I mean
18  diverticulitis by far is the most common
19  cause of gastrointestinal perforation.
20  Probably followed by pepsic ulcer disease
21  in the upper GI tract.
22           And inflammatory bowel disease
23  itself is only in -- well less than a
24  percent of the U.S. population, so I mean
25  we're conversely in people over 60, 60 or
```

Page 162

```
1              DR. SMITH (6/17/2024)
2   over, 50 percent of them have diverticula
3   in the sigmoid.  So they have the
4   outpocketing, the anatomic abnormalities.
5   They don't all get diverticulitis but
6   they're susceptible to it.
7              Whereas inflammatory bowel
8   disease rarely in my experience is
9   presented with gastrointestinal
10  perforation.  I have relatives with
11  gastroin- -- IBD and not just patients, and
12  it's -- I don't remember seeing
13  inflammatory bowel disease present with a
14  perforation.  I'm sure it happens but it's
15  got to be rare.  And certainly cancer is --
16  that would be a really rare presentation
17  for cancer as well.
18              So even when you have these
19  things that are much less common than
20  diverticular within that group, the
21  perforation rate is lower in the group, so
22  that's just an incorrect statement.
23              So -- and so it's weird that he
24  goes that it must be a drug because it's
25  not these other two things.  It's not from
```

Page 163

```
1              DR. SMITH (6/17/2024)
2   cancer.  Ms. Wolking's perforation is not
3   from cancer.  It's not from inflammatory
4   bowel disease.
5              And the third most common
6   according to Dr. Dershwitz is medications.
7   I don't really know what's talking about
8   because I said the whole gastrointestinal
9   tract or are you talking about colonic
10  perforation or are you talking about
11  jejunal perforation or both.  And he's, I
12  think, walking them together.
13              He says the most -- the third
14  sentence of that -- or fourth sentence --
15  sorry, in the most common drug class
16  causing this effect is aspirin and
17  antiinflammatories.  That group of drugs is
18  called -- the group aspirin, Ibuprofen,
19  Naproxen, they're all nonsteroidal
20  antiinflammatory agents.  They're
21  associated with causing upper GI problems,
22  causing irritation of either the -- because
23  of the stomach or the duodenum.
24              And then I increased
25  perforation maybe slightly there.  More
```

Page 164

```
1              DR. SMITH (6/17/2024)
2   importantly, it's associated with
3   gastrointestinal bleeding.  They're not in
4   any way that I know of a jejunal
5   perforation or diverticular perforation.
6   And again, this is the NSAID class.
7              So again, I thought it was
8   strange that the logic is the two most
9   common causes of perforated viscus are
10  cancer inflammatory bowel disease.
11  Ms. Wolking doesn't have them so it must be
12  the medication and I just don't get it.
13              And he doesn't describe of
14  course the pathology reports.  He doesn't
15  even mention the surgeon's findings.  None
16  of this fits with, you know, aspirin
17  induced gastric -- you know, gastric ulcer.
18              So Celebrex, drugs like
19  Celebrex COX-2 inhibitors were developed
20  because they have fewer stomach and
21  duodenal effects.  It has nothing to do
22  with duodenal -- I mean the diverticulum.
23  And nothing to do with the sigmoid or the
24  jejunum.  I don't know what he knows about
25  aspirin associated gastrointestinal issues,
```

Page 165

```
1              DR. SMITH (6/17/2024)
2   but those -- as I understand it, that class
3   of drugs has no increased effect on the
4   jejunum.  And I don't know of any increased
5   effect on the sigmoid.  So again, that's
6   just wrong, so, and uncited of course.
7              And speaking of uncited, it was
8   -- I thought it was interesting that
9   neither Dr. Williams nor Dr. Auwaerter
10  cited, you know, reports saying, you know,
11  Stephen is wrong.  I'm wrong about absolute
12  neutropenia and sepsis.  You know, that
13  leukopenia -- that I am wrong about sepsis
14  induced leukopenia being -- that it's a
15  rare cause of absolute neutropenia.  They
16  just didn't mention that at all.
17              So the citations were rather
18  limited and really, if anything, the
19  citations go against their theory.
20  Dr. Williams' citations, again, they're
21  very problematic.  Like I said, the one
22  review didn't even have -- mention gastric
23  -- any sort of gastrointestinal perforation
24  as an adverse effect of corticosteroid use.
25  The other studies were highly flawed.  So
```

Page 166

DR. SMITH (6/17/2024)

1    it's -- I just don't understand the
2    impression of my opinions with their
3    opinions without citations and without --
4    and of course without experience.
5    Q.   Okay.
6    A.   And now the steroids are
7    interesting.  The -- now, Dr. Dershwitz's
8    main thing was about the amount of steroids
9    that somehow separating in his mind that
10   the Harris-Teeter steroids weren't as bad
11   as the steroids dispensed by Tunkhannock
12   Pharmacy.  Of course that makes no logical
13   sense but there's also a math problem.
14   Q.   Right.  Okay.  We're going to
15   get there.  Give me just one moment.
16   A.   Okay.
17   Q.   Regarding Dr. Dershwitz's
18   opinion as to causes of perforations, does
19   he essentially combine causes of upper GI
20   tract perforations with lower GI tract
21   perforation?
22   A.   I assume because there's no
23   associates that I know of of aspirin with
24   intestinal -- jejunal or diverticular

Page 167

DR. SMITH (6/17/2024)

1    perforation.
2    Q.   And in your opinion, when
3    you're analyzing causation, does the
4    location of the perforation matter?
5    A.   Of course.
6    Q.   And why?
7    A.   Well, they're different.
8    They're named -- they're very different
9    places, different tissues, different
10   structures, different blood supplies,
11   everything.  That's why they're named
12   different organs.  That's why they're named
13   different sections.
14   Yeah, so peptic ulcer disease
15   does not affect the jejunum, right.  Peptic
16   ulcer disease does not affect the sigmoid.
17   So that is a cause or -- and was one of the
18   leading cause -- is one of the leading
19   causes of upper GI perforation, so it's
20   very important.
21   Diverticuli -- diverticulum can
22   occur in any part of the gastrointestinal
23   tract but when we talk about
24   diverticulitis, we're really talking about

Page 168

DR. SMITH (6/17/2024)

1    colonic diverticulitis.  There is -- I
2    don't -- there's no small bowel
3    diverticulitis.  I'm not saying it can't
4    happen.  It's very common thing to have,
5    colonic diverticulitis.
6    The vast majority of colonic
7    diverticulitis occurs in the sigmoid.  So
8    it would be -- you know, we don't talk
9    about, you know, gastric diverticulitis.
10   We don't really talk about cecum
11   diverticulitis very often which is on the
12   right side.  Usually the cecum doesn't have
13   diverticulitis.  Most diverticulitis cases
14   are on the descending colon or in the
15   sigmoid area of the descending colon.
16   So it's very important to talk
17   about the different areas and separate them
18   and talk about different risk factors with
19   different processes.
20   Q.   Are you aware of any articles
21   or studies or case studies that support the
22   -- an association between corticosteroids
23   and friable sigmoids?
24   A.   No.  I, in fact, never heard a

Page 169

DR. SMITH (6/17/2024)

1    surgeon talk about a sigmoid being friable.
2    Q.   And in your -- in your
3    experience, what does friable mean?
4    A.   It's like a stale cake without
5    icing, it breaks apart very easily.
6    Q.   Give me one moment.
7    Dr. Smith, in your review of
8    the records, was there any indication that
9    Ms. Wolking's jejunum showed any signs of
10   congenital issues or congenital jejunal
11   diverticulum issues?
12   A.   So like I said, diverticular, a
13   lot can occur throughout the GI tract and
14   elsewhere.  And she -- Ms. Wolking had a
15   true diverticulum of her jejunum.  My
16   opinion would be she was born with that,
17   the diverticulum I mean.
18   The true diverticulum means
19   that the three layers all form an
20   outpocketing or blab in the wall.  It would
21   be akin to an blab in an inner tube and as
22   opposed to a false diverticulum, which
23   there is -- there's not these actual hole
24   in at least one of the parts of the wall,

Page 170

DR. SMITH (6/17/2024)

1        DR. SMITH (6/17/2024)
2    but it's not a complete hole.
3            So she had a true diverticulum.
4    That means that it was just -- it's not
5    uncommon to have a diverticulum in the
6    small bowel.  I don't know the rates of it,
7    but they don't tend to cause disease at
8    all.
9        Q.    Okay.  I'm just going to ask
10    you that.  Is that separate and distinct
11    from diverticulitis disease?
12        A.    Yeah, I remember seeing -- I
13    mean I know sometimes they can cause
14    diverticulum.  I think the most common form
15    of small bowel type of diverticulum would
16    be something called the Meckel's
17    diverticulum.  And I think that's typically
18    in the ilium maybe, but they can once in a
19    while cause problems, but they're not
20    nearly as uncommon as a -- the
21    diverticulitis problem in the sigmoid
22    colon.  So it's a different process all
23    together.
24            So, yeah, I think she was born
25    with true diverticulum and it appears that

Page 171

DR. SMITH (6/17/2024)

1        DR. SMITH (6/17/2024)
2    area became inflamed and may have
3    perforated, I don't know, during -- when
4    she had severe neutropenia.
5        Q.    Okay.  Give me one moment.
6            Okay.  Dr. Smith, so Dr. Paul
7    Auwaerter previously testified in this
8    matter and I'm going to represented to you
9    that he testified or he agreed that
10    plaintiff had been on a large dose of
11    steroids dispensed by Harris Teeter around
12    the same time, in other words, not
13    dispensed by TCC or Tunkhannock Compounding
14    Center; do you agree with that?
15            MR. LAMB:  Objection to form.
16        Q.    You can answer.
17        A.    Sorry.  Yes, I agree with it.
18        Q.    Okay.  And he also indicated
19    that he could not identify which steroids,
20    in other words, those from TCC versus those
21    from Harris Teeter caused the perforation.
22            I understand that Mr. -- or
23    Dr. Auwaerter has a differing opinion as to
24    the causation of the perforation, but do
25    you also agree that you cannot identify,

Page 172

DR. SMITH (6/17/2024)

1        DR. SMITH (6/17/2024)
2    does that matter, in other words, that you
3    cannot identify which steroids came from
4    Harris Teeter or which steroids came from
5    TCC as it pertains to the causation?
6        A.    I agree.
7            MR. LAMB:  Objection to form.
8        Q.    You can answer.
9        A.    Yes, I agree.  I agree that I
10    mean there's no way to distinguish which
11    steroids she took.  I can tell you she
12    certainly took the Harris Teeter steroids
13    in the last two weeks before her admission,
14    and most of the steroids came from Harris
15    Teeter during that period.
16        Q.    Okay.  Give me one moment.  I
17    want to pull up -- I know you touched upon
18    this earlier, but did you -- let me pull up
19    your report actually.
20            Do you have any opinion as to
21    -- why do you agree that plaintiff was on a
22    large dose of steroids dispensed by Harris
23    Teeter at around the same time that she was
24    receiving steroids from TCC?
25        A.    We know she was running out on

Page 173

DR. SMITH (6/17/2024)

1        DR. SMITH (6/17/2024)
2    9/26 or so from Dr. Lindner's records.  The
3    -- so I think Dr. -- on 9/26/2022,
4    Dr. Lindner received an instant message
5    that -- referring saying that the patient
6    needs local -- dex local pharmacy.  I think
7    that stuff like that, I mean.
8        Q.    Let me just display.  I'm going
9    to display an email to you.
10        A.    Okay.
11        Q.    Okay.  Do you see the email in
12    front of you dated -- I'm going to direct
13    your attention to my curser, 9/26/2022, at
14    2:41 p.m.?
15        A.    Yes.
16        Q.    Okay.  And then if you go a
17    little lower down.
18        A.    There it is.
19        Q.    Where it starts with, "On
20    Monday, September 26, 2022, at
21    12:55:54 p.m."?
22        A.    Correct.
23        Q.    That's highlighted.
24        A.    Yes.  So this is from
25    Ms. Wolking.  "Yes, I need dex ASAP.  I've

Page 174

1           DR. SMITH (6/17/2024)
2    gotten from both Harris teeter and
3    Tunkhannock.  Obviously Harris teeter would
4    be quicker."
5           So obviously she's low on her
6    dexamethasone at this point and so she
7    needs it right away.  So Dr. Lindner
8    responds by sending prescriptions to both
9    places, to Harris Teeter and to
10   Tunkhannock.
11          The 9/26 prescription to Harris
12   Teeter was for the prednisone equivalent of
13   3,360 milligrams and it was dispensed on
14   that same day.
15          The nine -- the -- could I say
16   TCC instead of Tunkhannock?
17   Q.     Sure, yes.
18   A.     The TCC prescription was
19   dispensed on 9/27.  It was for the total of
20   2800 mill, 2800 milligrams of prednisone,
21   and it was dispensed on 9/27, but it was
22   then shipped that day.  I don't believe
23   Ms. Wolking had gotten it, you know, for a
24   couple days, that's sort of less important
25   right, for this issue.

Page 175

1           DR. SMITH (6/17/2024)
2           So from the 9/26 to 9/27
3    scripts, the majority came from Harris
4    Teeter.  Then we know that again on 10/4,
5    October 4th, she's running low again.
6    Ms. Wolking is running low on her
7    dexamethasone.  There are emails to that as
8    well.
9    Q.     One moment.  I'm going to pull
10   up.
11   A.     I think --
12   Q.     Okay.  I have displayed for
13   you, and just for the record, this is Bates
14   stamped Lindner like 774, cross Bates stamp
15   WOLKING-LINDNER 342.
16          Do you see this patient message
17   dated 10/5/2022, at 6:52 p.m.?
18   A.     I do.
19   Q.     Okay.  Is this the email that
20   you're referring to?
21   A.     Yes, and then -- so the message
22   is "Need Dex local pharmacy," meaning she
23   needs it now.  And Dr. Lindner I think
24   documents his conversation with
25   Ms. Wolking's husband.  That's -- maybe

Page 176

1           DR. SMITH (6/17/2024)
2    scroll down or scroll up.
3    Q.     You want me to scroll up here
4    or?
5    A.     Yeah, let me see.  I'll find
6    it.  Okay.  So it's Bates 71.
7    Q.     771?
8    A.     71.
9    Q.     71.  Okay.  I don't have that
10   in this.
11   A.     Yeah, you do.  Page 71 is
12   October 5th documentation from Dr. Lindner.
13   Q.     Okay.  So I don't have the
14   email in front of me.  Dr. Smith, what is
15   it about that email that leads you to
16   believe --
17   A.     I don't know if it's an email
18   or documentation.
19   Q.     Okay.
20   A.     It's dated 10/5/2022, at
21   6:52 p.m., and the content of the text
22   written by Dr. Lindner is received phone
23   call from husband, nearly out of dex,
24   expect shipment from TCC tomorrow.
25   Q.     Okay.

Page 177

1           DR. SMITH (6/17/2024)
2    A.     And it's listed two
3    prescriptions for dexamethasone for
4    Ms. Wolking, one to TCC and one to Harris
5    Teeter.
6           So this is saying to me that on
7    10/5, you know, she obviously is running
8    out of dexamethasone again and she needs it
9    quickly.
10          On 10/5, that script was
11   ordered, dispensed, and received by
12   Ms. Wolking, and that script was for 30
13   tablets of four milligrams dexamethasone or
14   850 -- 840 milligrams of prednisone
15   equivalent.
16   Q.     Okay.
17   A.     So now if you go to -- so that
18   means as of 10/5, Ms. Wolking had received
19   I think it's 4,200 milligrams of
20   dexamethasone from Harris Teeter from
21   9/26/22 on.
22          In other words, let me rephrase
23   that.  From September 26, 2022 through
24   October 5, 2022, Ms. Wolking had received
25   4,200 milligrams of prednisone equivalent

Page 178

```
 1              DR. SMITH (6/17/2024)
 2  from Harris Teeter.  She had only received
 3  2800 milligrams from Tunkhannock.
 4       Q.    Okay.
 5       A.    The -- on -- so I don't know on
 6  10/6, how much prednisone or it's
 7  equivalent Ms. Wolking took.
 8  Dr. Dershwitz's documented in his report,
 9  694, I believe, milligrams.  I don't know
10  if that's correct or not and then
11  Dr. Dershwitz's on the day Ms. Wolking went
12  to the hospital on October 7th, documented
13  I believe that Ms. Wolking, I guess, before
14  going to the hospital, took 932 milligrams
15  of prednisone equivalent.
16            I don't -- I can't confirm
17  that.  Even if you add those, I think
18  that's 186 -- 1,086, I mean.  If you add
19  that to the -- that given by Tunkhannock on
20  9/27, TCC, that's still less than the
21  amount dispensed during this period from
22  Harris Teeter.
23            So in other words, the majority
24  of corticosteroids which Ms. Wolking took
25  from 9/26/22 to her admission on 10/7/22
```

Page 179

```
 1              DR. SMITH (6/17/2024)
 2  was from Harris Teeter.
 3       Q.    Okay.  So assuming that
 4  Dr. Auwaerter's causation opinion is
 5  correct, that the corticosteroids -- or
 6  rather that the neutropenia was drug
 7  induced and that the corticosteroids caused
 8  her perforation, you would agree that
 9  plaintiff was on a large dose of steroids
10  dispensed by Harris Teeter leading up to
11  her hospitalization around the same time,
12  in other words, you can't --
13       A.    Most of them.  Most of --
14            MR. LAMB:  I'm just going to
15       object to the form.  Let me get that
16       into the record, please.
17            MS. KEESLER:  I'm sorry.
18       Q.    That most of the steroids that
19  she had been dispensed were from Harris
20  Teeter?
21       A.    Yes.  Most of the dexamethasone
22  or corticosteroids dispensed 9/26 on, we
23  know she was running low, and then -- and
24  even on 10/5, we know that Ms. Wolking is
25  again running low.  So that, you know, the
```

Page 180

```
 1              DR. SMITH (6/17/2024)
 2  10/5 obviously, she didn't -- hadn't
 3  received the -- let me go back a little
 4  bit.
 5            On 10/4, actually, the doctor
 6  had already sent a prescription to TCC for
 7  a large dose of steroids, but Ms. Wolking
 8  didn't get that presumably till 10/6
 9  otherwise she wouldn't have needed the 10/5
10  script from Harris Teeter which she filled.
11  I guess her husband went and got it, the
12  October 5th prescription for dexamethasone
13  from Harris Teeter on 10/5 was given to her
14  on 10/5.
15            So that implies to me that the
16  -- well, actually, that and the fact that
17  Mr. Lindner says that you're getting it
18  tomorrow, the dexamethasone from TCC, that
19  she didn't -- didn't take any steroids.
20  She didn't get any new steroids till 10/6
21  from TCC.
22            So on 9/27, she got 2800
23  milligrams from TCC and then if we assume
24  that Dr. Dershwitz's is right and that on
25  10/6 and 10/7, the entire amount of
```

Page 181

```
 1              DR. SMITH (6/17/2024)
 2  steroids was from TCC, that's 694 plus 392
 3  again, I think, so about 1100 milligrams.
 4  That's still less than the 4200 milligrams.
 5            You add that to the -- sorry.
 6  Take the 1100 milligrams that -- on 10 --
 7  total of prednisone equivalent taken by
 8  Ms. Wolking on October 6th and October 7th,
 9  so 1100.  She had a script on 9/27 from TCC
10  for 2800.  Add it together, that's 3900
11  milligrams.  That's still less than the
12  4200 dispensed and received by -- dispensed
13  by Harris Teeter, received before 10/6.
14            So the majority of the steroids
15  she took, 9/26 to 10/7 was from Harris
16  Teeter and she developed the bowel problem,
17  like I agree with Dr. Auwaerter, the pain
18  at least started about October 1st or 2nd.
19            The perforation, I don't know
20  exactly when it occurred, but it couldn't
21  have been, you know, very long before she
22  admitted or she would have been much much
23  sicker.
24            So the steroids -- the majority
25  of steroids that Ms. Wolking was on when
```

Page 182

```
1              DR. SMITH (6/17/2024)
2    she developed her bowel problem, regardless
3    of etiology of the bowel problem, the
4    majority was from Harris Teeter and not
5    from TCC.
6         Q.    Okay.  But regardless of the
7    amounts of corticosteroids that were filled
8    by Harris Teeter or Tunkhannock, it is your
9    opinion that the corticosteroids did not
10   cause Ms. Wolking's absolute neutropenia,
11   correct?
12        A.    Correct.
13        Q.    Okay.  And -- and I can't
14   recall if this was specifically asked,
15   Dr. Smith, earlier this deposition, but do
16   you -- do you treat patients or have you
17   treated patients for sepsis with bacterial
18   infections?
19        A.    It means since sat?
20        Q.    Sure.
21        A.    I'm sorry.  Yes.  That's my
22   job.  That's the majority of my job.
23        Q.    Okay.  How many patients would
24   you say you have treated for sepsis with
25   bacterial infections?
```

Page 183

```
1              DR. SMITH (6/17/2024)
2         A.    Thousands.  I mean so
3    there's -- you know, even using the
4    definition I use the -- I don't use the
5    SIRS's definition for sepsis.  Using like a
6    self exploring system for sepsis or
7    something like that, thousands.
8         Q.    Okay.
9         A.    I'm getting old.
10        Q.    One moment.
11        A.    I mean literally since
12   Saturday, so I was oncall Saturday, so.
13        Q.    Okay.  And, Doctor, do you have
14   any additional opinions you would like to
15   either add to your report or in response to
16   any of the expert reports other than those
17   that you've already testified to?
18        A.    Probably.  I can't remember.
19   It's been a long deposition.
20        Q.    All right.  Well, I don't think
21   I have anything further.  Counsel may.
22             MS. DeNAPLES:  No questions.
23        Thank you, Dr. Smith.
24             MR. LAMB:  Yeah, I have some
25        follow-ups.
```

Page 184

```
1              DR. SMITH (6/17/2024)
2    EXAMINATION BY
3    MR. LAMB:
4         Q.    That last analysis that you
5    just went through, Dr. Smith, of the
6    steroids from Harris Teeter and
7    Tunkhannock, why are you starting that
8    timeline at September 26th?
9         A.    Because we know she was running
10   out then, that's why I'm saying the other
11   stuff is gone.
12        Q.    Right.  But you testified
13   earlier that the duration of corticosteroid
14   use is important for adverse effects,
15   right?
16        A.    Yes.
17        Q.    Okay.  Have you read the emails
18   between Lindner and Stacey from, say,
19   August of 2022 and early September 2022?
20        A.    Yes.
21        Q.    Okay.  Do I understand your
22   opinion to be that corticosteroids do not
23   cause perforations in the jejunum?
24        A.    So my -- yes, that's my
25   opinion.  It's not an opinion.  It's a --
```

Page 185

```
1              DR. SMITH (6/17/2024)
2    there's no data to support that opinion --
3    the opposite opinion.
4              The data -- there's no data
5    that says corticosteroids of any dose
6    duration increase the rate of jejunal
7    perforation.
8         Q.    There's no data anywhere or
9    you're saying you didn't see that data in
10   the expert reports in this case?
11        A.    I know of no data and none of
12   your experts showed any data.  I never
13   heard of any data.  I mean, again, jejunal
14   perforations are exceedingly rare.  I've
15   never come across any data or obviously
16   your experts didn't cite any data.
17        Q.    So when you were researching
18   your report, you didn't look up an article
19   called Perforation of jejunal diverticula
20   in steroids and nonsteroidal
21   anti-inflammatory drug abusers from 2008?
22        A.    No, I didn't see it.
23        Q.    Okay.  Of the four drugs that
24   you believe caused the neutropenia in this
25   case in some combination, so that was
```

Page 186

```
 1           DR. SMITH (6/17/2024)
 2   tafenoquine, atovaquone, azithromycin, and
 3   artemisia, of those four, is there any one
 4   of them that you can say it's more likely
 5   than not contributed to the neutropenia?
 6       A.    I think the combination of the
 7   artemisia and the high dose tafenoquine,
 8   again this was high dose artemisia, so I
 9   think the -- according to Dr. Lindner at
10   least, I think each capsule may contain 50
11   milligrams of artesunate and I'm not -- I
12   don't know if that's confirmed or not.  And
13   then Ms. Wolking -- Arte-M capsule intake
14   to six a day, and so I think that
15   combination is -- is -- has -- combination
16   of artesunate and a drug very similar to
17   tafenoquine has been associated with
18   neutropenia, but they were even lesser
19   doses of at least the antimalarial.
20           So that is to me the --
21   probably the most likely combination.
22       Q.   Are you saying that it's more
23   likely than not that the tafenoquine in
24   this case and the artemisia in this case
25   caused the neutropenia; is that your
```

Page 187

```
 1           DR. SMITH (6/17/2024)
 2   opinion?
 3           MS. KEESLER:  Objection to
 4       form.
 5       A.    I don't know if I can come
 6   there.  You're asking me which I think is
 7   more -- in a -- which of the two I would --
 8   you know, I don't know, more likely than
 9   not means, you know, about 50 percent.  I
10   don't know if I'd get there, but it's got
11   to be -- it's close.
12           You know what I'm saying,
13   there's so many combinations.  I don't know
14   that it's there.
15       Q.   I'm just asking you if there is
16   any one of these four drugs that you feel
17   it's more likely than not contributed to
18   the neutropenia?  Is there any one of the
19   drugs that you are over 51 percent
20   concerning that drug?
21       A.   No.
22       Q.   Okay.  And is there any
23   specific combination that you can name that
24   you're over 51 percent concerning that
25   combination of drugs?
```

Page 188

```
 1           DR. SMITH (6/17/2024)
 2       A.   As stated, I think that
 3   tafenoquine artemisia is a good
 4   possibility, but I don't -- I don't know if
 5   I could say it's above 50 percent.
 6       Q.   Okay.  I apologize if I missed
 7   it, but I don't think what you stated was
 8   that it was more likely than not.
 9           My question is:  is it more
10   likely than not in your opinion that
11   artemisia and tafenoquine contributed to
12   the neutropenia?
13           MS. KEESLER:  Objection to
14       form.
15       A.   I don't really understand that
16   question.  I mean I --
17       Q.   Okay.  I'll repeat it.  I'll
18   repeat it.
19           The more likely than not
20   standard which you yourself have defined is
21   over 50 percent, is it more likely than not
22   that the combination of drugs that caused
23   the neutropenia in your opinion included
24   artemisia and tafenoquine?
25       A.   But --
```

Page 189

```
 1           DR. SMITH (6/17/2024)
 2           MS. KEESLER:  Objection to
 3       form.
 4       A.   Does that include -- let me
 5   just -- if I understand your question, I
 6   think you're talking about those two drugs,
 7   those two drugs plus one of the other
 8   drugs, those two drugs plus two of the
 9   other drugs; is that your question?
10       Q.   Yes.  I'm asking if you can
11   state that your opinion to a reasonable
12   degree of certainty is that it's more
13   likely than not that whatever caused the
14   neutropenia included both artemisia and
15   tafenoquine?
16       A.   I don't know if I could get
17   there.
18           MS. KEESLER:  Conor, I'm sorry,
19   I'm just going to object to form
20   because that seems to be a different
21   question than you initially asked.  I
22   just want to make sure we're all on
23   the same page and the understanding
24   of your question.
25           MR. LAMB:  That's fine.  You
```

Page 190

```
1              DR. SMITH (6/17/2024)
2       can object to form.  It's noted, but
3       he's answering it and I ask that he
4       be allowed to finish.
5           MS. KEESLER:  Okay.
6       A.    Yes.  So the permutations of
7  combinations, I guess, combinations are
8  several, right.  So even that question,
9  there's at least four combinations.  So I
10 don't know -- I don't know which drugs
11 absolutely are involved.  I can't get to
12 that level.
13      Q.    Okay.  And so you cannot say
14 that it's more likely not than any one
15 particular of these four drugs was
16 involved?
17      A.    That's correct.
18          MS. KEESLER:  Objection to
19      form.
20      A.    I can say that based on the
21 literature, that it would -- those two
22 would be the most likely but that doesn't
23 mean it's a combination.  You know, maybe
24 you need atovaquone with it.  Maybe you
25 need azithro with it.  I don't know.
```

Page 191

```
1              DR. SMITH (6/17/2024)
2       Q.    I think that's probably the
3  source of our confusion is you're saying
4  most likely, but you are not saying that
5  those two drugs more likely than not
6  contributed to the neutropenia?
7       A.    I'm saying --
8           MS. KEESLER:  I'm just going to
9       object to the label conclusion.
10      Conor, you're using the more likely
11      than not.  So it's very possible that
12      Dr. Smith's interpretation of more
13      likely and then the legal conclusion
14      of more likely than not is being
15      confused, so I would just object.
16          MR. LAMB:  That's fine.  That's
17      his terminology from the report.  I'm
18      asking about his words from the
19      report which were more likely than
20      not.
21      Q.    Can you conclude that those two
22 drugs were more likely than not
23 contributing to the neutropenia?
24      A.    I'm saying if you give me
25 contributions of just the two of them, that
```

Page 192

```
1              DR. SMITH (6/17/2024)
2  would be the more likely than not
3  combination.  If you say you're taking the
4  combinations and you're taking just two of
5  those drugs, so there's -- there's one,
6  two, three, then there's one, two, so
7  there's what six or so combinations in my
8  head correctly of two drugs of the four,
9  then of those, that would be more likely
10 than any of the others.
11          Right, so there's six though,
12 so more likely than any others, but not
13 necessarily, you know -- I think you're
14 talking about six different combinations.
15 So of those six different combinations,
16 those would more likely than others, but
17 not more likely than not.
18      Q.    I think I -- so you're saying
19 of the four drugs we're talking about, you
20 believe tafenoquine and artemisia are the
21 two most likely of the four; is that a fair
22 way of saying it?
23      A.    I'm saying I believe -- yeah,
24 if you take just two of the drugs, that --
25 that two, those two together are more
```

Page 193

```
1              DR. SMITH (6/17/2024)
2  likely than any other two together to cause
3  the leukopenia and absolute neutropenia.
4  But there's six, so you know if one is 40
5  percent, that doesn't mean, you know, it's
6  not -- you know, the others add up to 60
7  percent, so that's what I'm saying.
8       Q.    Okay.  But there's no one of
9  those four that you can say with 50 percent
10 certainty or more is included in whatever
11 caused the neutropenia?
12      A.    Correct.
13      Q.    Back to the issue of the number
14 of tafenoquine tabs that were taken, the
15 emails that Ms. Keesler went over with you
16 concerning the September 27th tafenoquine,
17 is that the only evidence that you're
18 relying on for the conclusion in your table
19 that Stacey took two tablets of tafenoquine
20 on September 27th?
21      A.    I don't remember.  I mean, you
22 know, this wasn't -- I obviously looked at
23 other documents.  I don't know that any
24 other addressed it or not.  I can't
25 remember.
```

Page 194

1              DR. SMITH (6/17/2024)
2       Q.   Can you identify for me now
3  anything else that we haven't looked at yet
4  that shows that she took two tabs of
5  tafenoquine on September 27th?
6       A.   I don't remember.
7       Q.   And you didn't look up whether
8  Krintafel comes in a 200 milligram tablet,
9  right?
10           MS. KEESLER:  Object to form.
11      A.   I knew doses.  I just didn't
12 know where she got it and how she got it,
13 so maybe she got a different size.
14      Q.   No.  My question for you is
15 whether you know if a 200 milligram -- a
16 single 200 milligram tablet is even sold as
17 Krintafel in the United States?
18           MS. KEESLER:  Objection to
19      form.
20      A.   It's know it's not.
21      Q.   Okay.  So --
22      A.   That's the -- that's
23 United States.  I don't know that there's
24 not a 200 milligram tafenoquine dose sold
25 somewhere else.

Page 195

1              DR. SMITH (6/17/2024)
2       Q.   I see.  Okay.  So you think
3  it's possible she could have gotten a 200
4  milligram tafenoquine tablet from somewhere
5  else; is that what you're saying?
6            MS. KEESLER:  Object to form.
7       A.   Let me back up.  I think it was
8  150 tablet, I think.
9       Q.   Okay.
10      A.   I think I was wrong about the
11 200 milligrams.  I'm sorry.  I thought that
12 came out in the direct.
13      Q.   It was -- I just wanted to
14 clarify because your report went up to
15 3,000 milligrams and it doesn't -- at least
16 as I understand it, tell me if I'm wrong,
17 if she took either 13 or 15 tabs, the
18 highest amount we're talking about is 2250,
19 correct?
20      A.   Correct.  Correct.
21      Q.   The study that you mentioned
22 with the -- what you characterize as the
23 similar language to Dr. Auwaerter's report?
24      A.   Yes.
25      Q.   Can you repeat again the author

Page 196

1              DR. SMITH (6/17/2024)
2  of that study and the title, if you know?
3       A.   Yeah, I can.  Lead author is
4  B-E-L-O-K.  So the name of the article is
5  -- or title rather, Evaluation of
6  Leukopenia During Sepsis as a Marker of
7  Sepsis Defining Organ Dysfunction.  The
8  lead author is Samuel H. Belok, I believe.
9  Let's see if that's the right article.  I
10 think it's the right one.  Yes, that's the
11 article.
12      Q.   I'll admit to being a little
13 confused about the distinction in the
14 testimony between diverticulitis and
15 diverticula, so I just am asking this to
16 understand your opinion.
17           Is your opinion that steroids
18 only cause perforations in patients who
19 have diverticulitis?
20      A.   The data are and those data
21 cited by Dr. Williams, they're not strong,
22 and so in other words, even in one of the
23 reviews cited by Dr. Williams on the
24 adverse effects of corticosteroids doesn't
25 mention gastrointestinal or colonic

Page 197

1              DR. SMITH (6/17/2024)
2  perforation as a risk of steroids and --
3  so -- but the data do exist are about
4  diverticulitis related perforation,
5  specifically sigmoid diverticulitis.
6       Q.   So is it your medical opinion
7  that the only patients who experience
8  perforations from corticosteroids are those
9  that have diverticulitis?
10           MS. KEESLER:  Objection.  Form.
11      A.   I am talking -- the --
12 actually, that's not even established.  I'm
13 trying to explain to you how doctors think.
14 We look at data, at least I try to.  And
15 the data or some -- there's some data out
16 there, weak as it is, that steroids
17 increase the rate of perforation in
18 patients with diverticulitis of the
19 sigmoid.
20           That's -- there's no data that
21 there's an increase rate of patients having
22 monoclonal steroids, having increased rates
23 of jejunal perforation or I didn't see any
24 of the ilium or the cecum.  There are data
25 on -- as we talk about the upper tract with

Page 198

```
 1              DR. SMITH (6/17/2024)
 2  peptic ulcer disease of corticosteroids.
 3              So and those are data provided
 4  by your experts, too, but I also found the
 5  same articles.  And so the data are not
 6  strong.  It's not an established adverse
 7  effect.  You know, again, when one review
 8  on the adverse effects leaves it out.
 9              So the steroids may have an
10  effect on patients with diverticulitis
11  perforation, but it's not, again, an
12  established thing.
13      Q.    But apart from whatever
14  Dr. Williams wrote, what I'm asking you is
15  are you saying there's no data that
16  corticosteroids increased the rate of
17  perforations in patients that don't have
18  diverticulitis?
19      A.    Perforations of what?
20      Q.    Perforations of the colon.
21              MS. KEESLER:  Objection to
22      form.
23      A.    Yes.
24      Q.    Okay.  So a patient has to have
25  diverticulitis in order to experience a
```

Page 199

```
 1              DR. SMITH (6/17/2024)
 2  perforation of the colon due to
 3  corticosteroids in your opinion?
 4              MS. KEESLER:  Objection to
 5      form.
 6      A.    I don't think you're hearing
 7  me.  I'm not even saying the data are
 8  strong on the association of
 9  corticosteroids and diverticulitis
10  associated perforations.  The data are not
11  strong.  There's some data and but it's not
12  -- it's not conclusive.
13              So even that is not a
14  conclusive data.  Now -- so no, I know of
15  no data supporting increased rates of
16  colonic perforation outside of the sigmoid
17  and outside of patients with sigmoid
18  diverticulitis.  It's not specific, so of
19  the colon or of the jejunum or the ilium.
20      Q.    Okay.  I don't have any further
21  questions.
22              MS. KEESLER:  I just need for
23      clarification.
24
25
```

Page 200

```
 1              DR. SMITH (6/17/2024)
 2  EXAMINATION BY
 3  MS. KEESLER:
 4      Q.    Doctor, can you define what
 5  sigmoid diverticulitis is and how is it
 6  different from what Ms. Wolking presented
 7  with?
 8      A.    So the diverticula are the --
 9  is outpockets we -- as defined earlier.
10  And diverticulitis is when one of the --
11  diverticula are very common especially in
12  the sigmoid in patients over 60.  And that
13  doesn't mean you're necessarily going to
14  get diverticulitis, which is an infection
15  of the diverticulum.
16              But patients with
17  diverticulitis have -- we -- there used to
18  be thought of as an obstruction by an apple
19  seed or something, but the idea is that
20  kind of like an acne, the diverticulum
21  opening gets either clogged or somehow gets
22  -- does not communicate with the rest of
23  the lumen of the sigmoid, and then you have
24  an infection develop.
25              And that's a very common thing
```

Page 201

```
 1              DR. SMITH (6/17/2024)
 2  to happen in the elderly and it's treated
 3  with antibiotics primarily.
 4              If you don't get diverticulitis
 5  or -- soon enough, it can rupture, or you
 6  can get a -- with that rupture, you could
 7  have either a localized controlled abscess
 8  or you can have a full blown perforation
 9  into the perineum.  So did that help?
10      Q.    Yes.  But how is that different
11  from what Ms. Wolking presented with as to
12  her sigmoid colon?
13      A.    So Ms. Wolking's sigmoid didn't
14  have evidence of diverticuli and did not
15  have any evidence of diverticulitis.
16      Q.    Okay.
17      A.    And also, when you have
18  perforation from diverticulitis, it's
19  localized to that diverticulum where that
20  started -- where it got clogged like the
21  acne pore.  So you have -- like I said, you
22  could have either an abscess form from the
23  single perforation.  You don't have
24  multiple perforations and it doesn't affect
25  the whole sigmoid at once.
```

Page 202

```
1              DR. SMITH (6/17/2024)
2         So one, she didn't have
3  diverticula.  Two, she didn't -- this
4  process or whatever was -- involved her --
5  most her sigmoid and made it friable.
6         And three, when you have
7  diverticulitis associated perforations,
8  that's from one diverticulum, not from the
9  whole divert -- the whole sigmoid.
10     Q.    Okay.  Thank you.  I appreciate
11 you clarifying that.  I don't have anything
12 further based on that?
13        MS. DeNAPLES:  No questions.
14 Thank you.
15        MR. LAMB:  Okay.  I think we're
16 done.  We can go off the record.
17        THE VIDEOGRAPHER:  The time is
18 4:55 p.m., this concludes this video
19 deposition.
20        (Time noted:  4:55 p.m.)
21
22
23
24
25
```

Page 203

```
1              DR. SMITH (6/17/2024)
2
3              J U R A T
4
5
6         I, STEPHEN M. SMITH, M.D., do
7  hereby certify under penalty of
8  perjury that I have read the
9  foregoing transcript of my deposition
10 taken on June 17, 2024; that I have
11 made such corrections as appear noted
12 herein in ink, initialed by me; that
13 my testimony as contained herein, as
14 corrected, is true and correct.
15
16
17        _____
                STEPHEN M. SMITH, M.D.
18
19 Subscribed and sworn to before me
20 This _____ day of _____, 2024.
21
   _____
22        NOTARY PUBLIC
23
24
25
```

Page 204

```
1              DR. SMITH (6/17/2024)
2  ----------------I N D E X----------------
3   WITNESS:      STEPHEN M. SMITH, M.D.
4  EXAMINATION BY              PAGE
5  MR. LAMB                    6, 184
6  MS. KEESLER                 94, 200
7
8
9
10
11 --------------E X H I B I T S-------------
12 SMITH EXHIBIT              FOR I.D.
13 Smith Exhibit 1,            9
14 Stephen M. Smith, M.D.'s
15 deposition & trial appearances
16 from May 2020 - May 2024
17
18 Smith Exhibit 2,            42
19 Expert report of Dr. Stephen
20 Smith
21
22 Smith Exhibit 3,            45
23 Lindner chart 1 through 607
24
25
```

Page 205

```
1              DR. SMITH (6/17/2024)
2
3         C E R T I F I C A T E
4
   STATE OF PENNSYLVANIA    )
5                           : SS.:
   COUNTY OF PHILADELPHIA   )
6
7         I, AYLETTE GONZALEZ, a Notary
8  Public for and within the State of
9  Pennsylvania, do hereby certify:
10        That the witness, STEPHEN M.
11 SMITH, M.D., whose examination is
12 hereinbefore set forth was duly sworn and
13 that such examination is a true record of
14 the testimony given by that witness.
15        I further certify that I am not
16 related to any of the parties to this
17 action by blood or by marriage and that I
18 am in no way interested in the outcome of
19 this matter.
20        IN WITNESS WHEREOF, I have
21 hereunto set my hand this 25th day of June,
22 2024.
23
24        _____
                AYLETTE GONZALEZ
25
```

Page 206

```
 1           DR. SMITH (6/17/2024)
 2      ERRATA SHEET FOR THE TRANSCRIPT OF:
 3   Case Name:    WOLKING vs. LINDNER
     Dep. Date:    June 17, 2024
 4   Deponent:    STEPHEN M. SMITH, M.D.
 5   Pg. Ln.  Now Reads    Should Read    Reason
     ___ ___  _____  _____  _____
 6   ___ ___  _____  _____  _____
     ___ ___  _____  _____  _____
 7   ___ ___  _____  _____  _____
     ___ ___  _____  _____  _____
 8   ___ ___  _____  _____  _____
     ___ ___  _____  _____  _____
 9   ___ ___  _____  _____  _____
     ___ ___  _____  _____  _____
10   ___ ___  _____  _____  _____
     ___ ___  _____  _____  _____
11   ___ ___  _____  _____  _____
     ___ ___  _____  _____  _____
12   ___ ___  _____  _____  _____
     ___ ___  _____  _____  _____
13   ___ ___  _____  _____  _____
     ___ ___  _____  _____  _____
14   ___ ___  _____  _____  _____
     ___ ___  _____  _____  _____
15   ___ ___  _____  _____  _____
     ___ ___  _____  _____  _____
16   ___ ___  _____  _____  _____
     ___ ___  _____  _____  _____
17   ___ ___  _____  _____  _____
     ___ ___  _____  _____  _____
18   ___ ___  _____  _____  _____
19              _____
               STEPHEN M. SMITH, M.D.
20
21   SUBSCRIBED AND SWORN BEFORE ME,
22   This____ day of_____, 2024.
23   _____
              Notary Public
24
     My Commission Expires:_____
25
```

**0**

**000351** 45:15

**1**

**1** 9:16,19 45:4,7,8,11 50:7

**1,086** 178:18

**1,950** 106:9

**1-607** 46:6

**10** 42:17,18,23 181:6

**10,000** 118:7,19,24

**10/10** 113:19 114:16

**10/4** 175:4 180:5

**10/5** 177:7,10,18 179:24 180:2,9,13, 14

**10/5/2022** 175:17 176:20

**10/6** 98:7 178:6 180:8,20,25 181:13

**10/7** 129:8 180:25 181:15

**10/7/2022** 53:9 74:7

**10/7/22** 178:25

**10/8/22** 129:2

**100** 37:10 73:16 156:4

**10:30** 98:23

**11** 43:20 104:17 115:23,25

**1100** 181:3,6,9

**12** 43:9 44:11 114:22

**12:16** 46:8

**12:55:54** 173:21

**12th** 43:13

**13** 44:8 50:20 51:18 106:7 125:4 134:7 195:17

**13th** 43:17,19

**14** 10:8

**15** 17:20 48:12 104:17 106:5 125:4 195:17

**150** 51:3 102:18 104:10,12,18 156:11 195:8

**150MG** 50:21

**16** 17:21 61:20 62:4 67:12,23

**17** 5:9

**17th** 41:14

**186** 178:18

**1950** 125:2

**1992** 15:5

**1:01** 5:10

**1st** 181:18

**2**

**2** 42:12,13 45:8 98:5 99:6 101:20 103:11 146:2,4

**2,250** 48:13 104:14,21

**20** 11:3 42:4,6 116:16 118:11

**200** 33:23 48:19 49:8 51:8,15 105:15 194:8,15,16,24 195:3,11

**2008** 185:21

**2009** 18:9

**2010** 18:10

**2020** 8:20 9:7,21 16:20 21:10

**2021** 21:10 143:21

**2022** 8:3 43:10,22 45:17 50:20 77:17 98:7 103:12 114:16 173:20 177:23,24 184:19

**2024** 5:9 9:21 134:7 158:2,8

**21** 8:24

**2250** 125:2 195:18

**23** 157:25

**24th** 128:13

**25** 11:3,4

**250** 105:14

**26** 99:18 173:20 177:23

**26th** 101:25 184:8

**272** 50:13

**275** 50:24,25

**27th** 44:14,17 46:8 47:5,18 101:25 193:16,20 194:5

**28** 45:17

**2800** 174:20 178:3 180:22 181:10

**28th** 47:5,7

**2:37** 94:13,15

**2:41** 173:14

**2:50** 94:17

**2nd** 181:18

**3**

**3** 45:9,10 50:6

**3,000** 48:13 49:6 71:23 72:10 195:15

**3,360** 174:13

**30** 42:5,6 118:11 177:12

**300** 73:17

**300-something** 114:13

**307** 114:20 151:11

**30th** 159:9

**342** 175:15

**347** 103:9

**35** 41:2

**350** 46:4

**352** 100:22,24

**353** 46:5 100:19,21 102:5

**354** 46:5

**3900** 181:10

**392** 181:2

**3:54** 99:19

**4**

**4,200** 177:19,25

**40** 193:4

**4200** 181:4,12

**4:55** 202:18,20

**4th** 175:5

**5**

**5** 161:5 177:24

**5,000** 118:22

**50** 16:21 96:24 162:2 186:10 187:9 188:5,21 193:9

**500** 113:23 115:13 118:25

**501(c)(3)** 18:13

**51** 187:19,24

**530** 114:18

**53000** 114:18

**5th** 176:12 180:12

_____

**6**

**6** 118:7

**6/17/2024** 5:1 6:1 7:1 8:1 9:1 10:1
11:1 12:1 13:1 14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1 22:1 23:1 24:1
25:1 26:1 27:1 28:1 29:1 30:1 31:1
32:1 33:1 34:1 35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1 71:1 72:1 73:1
74:1 75:1 76:1 77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1 99:1 100:1 101:1
102:1 103:1 104:1 105:1 106:1 107:1
108:1 109:1 110:1 111:1 112:1 113:1
114:1 115:1 116:1 117:1 118:1 119:1
120:1 121:1 122:1 123:1 124:1 125:1
126:1 127:1 128:1 129:1 130:1 131:1
132:1 133:1 134:1 135:1 136:1 137:1
138:1 139:1 140:1 141:1 142:1 143:1
144:1 145:1 146:1 147:1 148:1 149:1
150:1 151:1 152:1 153:1 154:1 155:1
156:1 157:1 158:1 159:1 160:1 161:1
162:1 163:1 164:1 165:1 166:1 167:1
168:1 169:1 170:1 171:1 172:1 173:1
174:1 175:1 176:1 177:1 178:1 179:1
180:1 181:1 182:1 183:1 184:1 185:1
186:1 187:1 188:1 189:1 190:1 191:1
192:1 193:1 194:1 195:1 196:1 197:1
198:1 199:1 200:1 201:1 202:1

**60** 8:17 96:24 161:25 193:6 200:12

**600** 49:18 51:12 102:20 103:18 104:8
105:19

**607** 45:4,8,11 50:7

**62** 114:24

**694** 178:9 181:2

**6:52** 175:17 176:21

**6th** 159:11 181:8

_____

**7**

**7** 8:3 77:17

**7,000** 118:7,21

**7.5** 37:24

**70** 8:17 118:5,20

**71** 176:6,8,9,11

**771** 176:7

**774** 175:14

**779** 103:8

**7th** 43:22 128:17 159:11 178:12
181:8

_____

**8**

**8** 158:8

**800** 105:20 106:16

**840** 177:14

**850** 177:14

**8th** 158:3

_____

**9**

**9** 45:19 99:9

**9/23** 45:19,24 46:18 98:6 106:4
158:12

**9/26** 45:20,24 46:18 47:13 173:2
174:11 175:2 179:22 181:15

**9/26/2022** 98:22 173:3,13

**9/26/22** 177:21 178:25

**9/27** 46:21 47:2 98:8 99:9,21 100:4
105:25 174:19,21 175:2 178:20
180:22 181:9

**9/30** 104:9 106:5

**932** 178:14

**97.9** 114:25

**9:48** 103:12

_____

**A**

**a.m.** 98:23 99:19 103:12

**abbreviation** 30:17

**abdomen** 108:17

**abdominal** 128:21

**ability** 152:24

**ABIM** 15:8

**abnormal** 107:22

**abnormalities** 162:4

**abscess** 201:7,22

**absence** 86:24 96:13

**absolute** 66:10 75:11 78:21 82:14
93:14 113:2,9,22 114:11,17,19 115:5,
12 117:13 118:15,20,23,24 119:6,13,
22 124:4 125:18 144:15 147:17
151:10 156:8 165:11,15 182:10 193:3

**absolutely** 34:12 116:14 190:11

**absurd** 66:16

**abusers** 185:21

**academic** 148:18

**access** 49:13

**accessed** 24:5

**accident** 41:12

**accruing** 16:3

**accurate** 9:5 19:9 29:19 43:2,10,11

**Ace** 19:20

**acne** 200:20 201:21

**acronym** 30:18

**action** 137:7,14

**actions** 16:3

**active** 64:19,25

**actively** 15:23 16:2

**activity** 33:14

**actual** 11:16 50:17 77:19 169:24

**acute** 23:23 141:10

**Adam** 5:3

**add** 178:17,18 181:5,10 183:15 193:6

**addition** 53:21 126:20 127:2

**additional** 41:15,18 46:21 47:12
99:6 100:4 183:14

**Additionally** 17:19

**address** 7:19 151:18 152:3

**addressed** 193:24

**addresses** 152:7

**admission** 113:19 114:10 117:4
172:13 178:25

**admit** 196:12

**admitted** 32:25 181:22

**adverse** 34:7,16,25 35:13,17 37:5,11

38:2,11 70:19 120:20 125:6,12
134:20,21 135:17 139:22 140:3
165:24 184:14 196:24 198:6,8

**affect** 68:17 111:4,8 167:16,17
201:24

**affected** 81:19 88:3 90:15 110:3

**affects** 137:3

**afternoon** 5:20

**age** 96:24

**agent** 33:17,20 136:7

**agents** 28:14 117:7 163:20

**agree** 45:24 56:17 60:2 82:19,22,24
85:4,24,25 86:2 87:17 125:3 128:24
139:12 153:11 171:14,17,25 172:6,9,
21 179:8 181:17

**agreed** 171:9

**ahead** 84:5 99:5 134:17

**air** 54:7 78:6,9 87:14 108:18

**akin** 169:22

**allergic** 30:23

**Allergy** 88:9,10

**allowed** 190:4

**alluded** 124:22

**alluding** 139:3

**alternative** 37:20

**American** 15:9,18,25

**amount** 119:22 124:24 166:9 178:21
180:25 195:18

**amounts** 182:7

**analysis** 73:13 184:4

**analyzing** 167:4

**anastomosis** 80:11

**anatomic** 162:4

**ANC** 151:10

**and/or** 66:6 67:6 75:10

**anemia** 141:5

**anesthesiologist** 157:21

**anguish** 61:12

**animals** 23:4

**answering** 190:3

**answers** 10:12 127:8

**ant** 136:5

**anti-inflammatory** 185:21

**antibabesial** 101:19

**antibiotic** 29:6

**antibiotics** 26:22 28:15 30:24
115:12 201:3

**antiinflammatories** 163:17

**antiinflammatory** 163:20

**antimalaria** 65:11 125:16,17

**antimalarial** 30:7 136:5,6,7 186:19

**antimicrobial** 28:14

**antimicrobials** 29:15

**anxiety** 135:23

**apologize** 188:6

**Apothecary** 5:22 6:23

**apparently** 79:17

**appearance** 53:25

**appearances** 9:21

**appears** 170:25

**apple** 200:18

**applicable** 157:6

**applying** 121:21

**appreciated** 79:23

**approach** 31:5,23

**appropriation** 8:3

**approved** 70:24 105:3

**April** 128:13 157:25

**area** 51:22 79:18 81:18 82:5 111:2
168:16 171:2

**areas** 80:15,18 81:9 82:5 88:2 90:14
110:2 111:5,9 121:16 122:8,13,15
123:8 132:20 136:7,12 168:18

**argue** 82:12

**argument** 122:9,12

**argument's** 105:24

**arise** 138:21

**arrival** 56:18

**arrive** 106:9

**art** 68:11

**Arte-m** 90:21 92:24 101:21 125:20
186:13

**artemisia** 67:14 68:3,12 69:6,22
90:21,24 91:2,9,25 92:13,25 186:3,7,
8,24 188:3,11,24 189:14 192:20

**artesunate** 91:3 92:23,24 93:3 105:8
186:11,16

**article** 141:25 142:3,4,8,19 143:11,
16 144:20 145:24 146:10 147:21
148:12 151:21 185:18 196:4,9,11

**articles** 65:9 141:20,22,25 143:6
151:17,23 168:21 198:5

**artifact** 109:6,8

**ASAP** 173:25

**ascending** 85:8

**aspect** 27:18

**aspirin** 163:16,18 164:16,25 166:24

**assistance** 20:22 101:4

**assistant** 19:19

**associates** 166:24

**association** 95:11 120:14,24
123:21,22 137:17 168:23 199:8

**assume** 92:21 105:23 166:23 180:23

**assuming** 49:2 121:9 145:3 179:3

**assumption** 106:7

**atovaquone** 67:14 68:3,11 70:4
91:13,14,25 92:13 93:5 112:8 186:2
190:24

**attempt** 43:3

**attention** 99:4 115:17 173:13

**attributable** 153:8

**attributed** 92:11

**August** 184:19

**author** 25:12 195:25 196:3,8

**authorities** 77:4

**authors** 126:2

**autoimmune** 137:2

**Auwaerter** 25:11 72:2 128:16
129:16 132:3 133:7 134:18,24 137:21
139:17 141:15,20 142:12 143:5 157:3
165:9 171:7,23 181:17

**Auwaerter's** 63:13 71:25 80:13
127:21 134:4,7 145:13,18,23 146:13
179:4 195:23

**average** 16:21 20:9,10

avoid 87:9

aware 26:5 49:7 63:8,22 65:5 90:22 102:15 143:15,24 168:21

awkward 145:16,17

Aylette 6:4

azithro 190:25

azithromycin 67:15 68:4,12 70:5 91:17,19 92:2,14 93:4 186:2

**B**

B-E-L-O-K 196:4

Babesia 22:16 29:18 31:18 62:5

babesiosis 22:2,5,19,24 23:15,20, 23 24:2,6,16 25:15 26:4 27:6,7,8,11 31:15 62:24

back 9:11 41:7 42:11 44:18 57:5 94:17 102:6 104:6 154:6,25 155:3 180:3 193:13 195:7

backing 117:17

bacteremia 130:12

bacteria 130:13,15,17,18,19 150:8

bacterial 29:3,5,7 113:9 115:6 147:18 182:17,25

bacteroides 53:11,12,22 130:19,20 150:11

bad 90:3 116:4,7,18 166:11

Balenciaga 5:4

Barnabas 17:14,16

based 48:14 53:3 73:10 75:21 94:22 112:3 190:20 202:12

basic 24:21 118:2 125:9

basophils 118:13 119:12

Bates 100:16 101:9 102:4 103:7,9 175:13,14 176:6

behalf 5:21,25

believed 98:12

believing 100:3

Belok 143:20 146:11 196:8

big 20:3 142:10,15 156:16

bigger 73:13

binding 36:21

bio 43:5

biology 36:8,20

bit 29:8 160:4 180:4

blab 169:21,22

black 25:10

blank 12:12,13

bleeding 164:3

blood 24:16 43:8 53:9 111:20 117:18,19,22,23 118:3,6,16 119:6,8 130:11,13,18 135:9 141:10,17 144:18 146:19,21 150:8 167:11

blown 201:8

board 13:25 14:9,11,12 15:3,9,11,13, 16,18,19,21,25 16:4,12

bone 67:25 68:9,15,18,24 74:3 111:24

Borelli 26:17

born 169:17 170:24

bottom 46:10

bowel 13:6,22 39:14,24 40:17 52:6,9, 10,15,19 54:8 56:4,22 57:5,6,7 58:16, 18 75:10 76:9,12,14,16,20 77:6,13,23 81:25 82:10,20,23 83:5,19 84:25 85:7,12,22 86:8,11,17,25 88:2 95:2 96:9,11 107:9,20,24 108:2,24,25 109:10,11,12,22 129:5,18,20 130:2 131:9 133:6 149:15,17,22,25 150:8 151:19 161:6,13,22 162:7,13 163:4 164:10 168:3 170:6,15 181:16 182:2, 3

bowels 56:25

brain 35:24

brand 50:3

break 52:17 94:4

breaks 55:16 169:6

briefly 98:18 111:11

bring 73:13 129:12

bringing 136:4

broad 13:13 14:16,24 27:13 32:2 81:3

broadened 111:2

broadly 17:10 23:19 24:9,20 78:19, 20 123:15

brought 64:13 129:19 130:7 141:14, 15

browser 72:15

bulk 88:16

business 5:22

butcher 107:4

**C**

cabinet 19:7

cake 169:5

call 28:15 36:8 62:16,18 110:24 116:12 119:8 176:23

called 6:7 11:22 17:14,15 19:4 25:10 30:15,16 45:3 64:14 88:24 111:25 135:4 141:4 142:24 150:14 163:18 170:16 185:19

cancer 57:21 161:12 162:15,17 163:2,3 164:10

capsule 186:10,13

capsules 69:25 70:2

care 7:10 19:4 29:4 93:14

career 10:22 32:9

case 9:16 12:18 13:2,4,19 22:22 23:8 26:23 33:22 35:7 37:3 43:5 47:25 62:18,19,20 63:4 65:4 69:14 77:16,20 86:22 92:3,7,15,21 93:10 104:13 124:20 125:14,22,23 128:6 129:15 130:6 132:21 134:19 142:5 157:2,4 168:22 185:10,25 186:24

cases 9:25 11:9 13:22 16:16,19 19:18 23:15 56:21 110:11 128:10 143:10 168:14

causation 8:9 11:14 12:5 131:15 132:22 167:4 171:24 172:5 179:4

causations 8:2

caused 58:23 63:5 65:21,23,24 66:9, 24 67:5 68:25 69:7 75:3 91:9,19 92:17 93:11 97:10,11 112:6,14 122:13 124:4,11,14 126:15 135:8,24 171:21 179:7 185:24 186:25 188:22 189:13 193:11

causing 65:7,11 66:20,21 70:13 90:24 91:14 92:4 111:19 112:15 122:22 125:18 135:7,11 141:10 147:3 163:16,21,22

CBC 22:14 117:17

CDC 24:6

CDC's 24:2 25:2

cecum 76:6 89:22 90:5,16 110:5 168:11,13 197:24

**ceiling** 155:14 156:5,8,9,21

**Celebrex** 164:18,19

**cell** 118:6,7 144:18 146:19

**cells** 111:20,21 114:18,20 117:22,23
118:3,16 119:6,14 135:9 140:14
141:3,11,17 146:21

**cellular** 117:16,19

**cellulitis** 28:24

**center** 5:23 17:15,16 18:4,6,8,16
171:14

**centers** 17:21,24 19:16,22

**certainty** 189:12 193:10

**certificate** 15:24

**certification** 15:12 16:4

**certified** 13:25 14:9,11,12 15:3,13,
16,20

**cetera** 18:21 38:3 58:5 135:22

**chance** 47:23 54:21 146:17

**change** 132:22,23

**changed** 111:2

**chapters** 84:21,22

**characterize** 195:22

**chargeable** 153:4

**charged** 153:25

**chart** 16:15 45:4,8,10 46:5 49:14,21
50:7,10 112:18

**cheese** 55:22

**chemotherapy** 88:19

**choose** 25:21,22

**chronic** 22:19 23:2,10,19 31:14

**chronologically** 128:3

**Chu** 73:19

**Ciara** 5:24 93:25 94:6

**circulation** 111:22,25

**citation** 37:15 38:15

**citations** 142:5 165:17,19,20 166:4

**cite** 62:4,9 70:14 91:8,21 93:19 120:7
142:6 143:2,3 151:17,21 185:16

**cited** 31:18 34:15 65:5 120:6,19
122:4 123:3 141:22,24,25 142:14
143:5 146:14 165:10 196:21,23

**cites** 71:25 72:2 141:20 160:19

**citing** 143:2,10 156:25

**claims** 7:18,24

**clarification** 199:23

**clarify** 106:25 152:13,21 157:24
195:14

**clarifying** 202:11

**class** 163:15 164:6 165:2

**clear** 67:9 93:6 134:15 140:7 153:5

**client** 152:24 153:8

**clients** 153:4

**clinic** 17:7 18:12

**clinical** 71:14

**clinically** 19:17

**clinics** 19:12

**clogged** 200:21 201:20

**close** 18:11 38:21 57:25 106:18
122:5 140:22 161:17 187:11

**CMES** 16:3

**CNS** 29:7

**co-administer** 28:11 30:6

**co-administration** 28:13,19 29:14,
25 30:13

**coincidence** 18:5

**coincidentally** 124:16

**cold** 131:4

**colitis** 58:20 82:2 110:25

**colleague** 128:8

**collecting** 127:17

**collections** 139:25

**colon** 52:12,18 53:14 54:6 55:24
76:9 80:16,17 81:25 82:10 85:8
130:7,9 168:15,16 170:22 198:20
199:2,19 201:12

**Colonial** 136:11

**colonic** 57:23 59:16 163:9 168:2,6,7
196:25 199:16

**colonic/intestinal** 51:20,21

**colonists** 136:11

**colonizing** 136:12

**colostomy** 56:13 80:4 129:14,22
130:7 132:15

**combination** 68:5 70:8 91:5 92:12,
16 112:6 124:3 138:14 185:25 186:6,
15,21 187:23,25 188:22 190:23 192:3

**combinations** 187:13 190:7,9
192:4,7,14,15

**combine** 166:20

**comment** 49:4 59:22 160:18

**commented** 59:20

**comments** 51:10

**common** 21:4,16,25 26:11 32:13,17
56:24 57:16,17,21,23 58:4,6,9,12,13
59:2 90:4,17 96:22 97:6,9 110:6
118:9 137:7 161:2,11,18 162:19
163:5,15 164:9 168:5 170:14 200:11,
25

**commonly** 88:3 90:15 110:3

**communicate** 200:22

**communicated** 128:9

**communicating** 159:6

**community** 14:8 22:25 23:22

**company** 49:7

**compare** 72:22 143:8

**compared** 93:7

**complete** 9:6 41:4 78:20 87:7
117:18 170:2

**component** 117:20

**components** 117:17,19,21

**Compounding** 5:23 171:13

**compounds** 65:10

**concentrations** 53:13,15 130:21
150:12

**concern** 27:21

**concerned** 80:2

**conclude** 191:21

**concludes** 202:18

**conclusion** 191:9,13 193:18

**conclusive** 120:18 199:12,14

**condition** 137:17 149:16

**conditions** 21:4 29:10 32:14

**confirm** 111:12 159:7,8,9,10 178:16

**confirmed** 24:22 186:12

**confounding** 144:21,22

confused 85:6 113:16 160:3 191:15 196:13

confusion 107:2 191:3

congenital 169:11

Conor 5:18 6:13 72:14 83:23 153:10 189:18 191:10

consenting 153:25

considered 15:18 29:4 104:24 160:13

consistent 66:23 79:10

consulted 17:25

consulting 19:11

content 176:21

contents 150:13

continue 160:8

contradicts 155:18

contraindicated 27:10

contrary 57:19

contribute 144:23

contributed 74:11 186:5 187:17 188:11 191:6

contributing 191:23

contributions 191:25

contributor 25:12

control 46:15

controlled 201:7

controversial 29:9

conversation 175:24

conversely 161:25

conversion 159:14,24

Cooperman 17:15

copies 25:8

corner 98:22 103:11

correct 6:21,24,25 7:6,7 10:20 44:6 45:25 50:14 51:4 61:24,25 62:21 63:20,25 64:5 65:2 66:3 72:19 75:4 76:23 82:21 93:20 98:15 102:19,21, 22 104:22 106:11 110:7,8 117:4 121:10 124:12 130:3 132:2 133:4 136:22 137:19 138:3 143:12 146:7 154:10 158:2 173:22 178:10 179:5 182:11,12 190:17 193:12 195:19,20

correction 19:15

correctly 151:4 192:8

correspond 104:9

corticosteroid 34:13,18 96:17 97:11 112:15 165:24 184:13

corticosteroids 13:11 25:24 26:3, 11,20 27:6,10,19,22 32:9 34:6,16,19 36:17,19,21 37:18 38:18 39:11,22 40:13 67:11 81:20 82:13 95:13 97:17 111:12,18 120:8,22 122:14,23 123:15 133:24 168:23 178:24 179:5,7,22 182:7,9 184:22 185:5 196:24 197:8 198:2,16 199:3,9

cosmetic 61:16

counsel 5:15,17 94:24 97:23 102:3 107:2 109:25 183:21

count 43:9 68:22 89:9 112:19 113:13,17,23 114:12,17,19 115:13, 22,23 116:2,15 117:15,18 118:6,7,18, 19,21,22,24 119:8 133:17 144:18,25 145:7 146:19,24 147:3,9 151:11

counts 118:15 146:25

County 126:7

couple 19:3 21:20,23 25:21 71:13 84:15 174:24

court 5:7 6:3 11:6,10 152:23 154:23, 24

courtroom 12:9

cousin 141:6

cover 52:15

coverage 111:3

covers 24:24,25

covid 22:13 32:24 33:4

COX-2 164:19

create 35:16 129:12

created 129:23

criteria 73:11 75:6 82:19 83:2,17 85:5 86:3 107:3,11 114:2,5,6,9,10

criti 156:24

critical 156:25

criticism 157:6

criticized 148:7 157:20

criticizes 134:19

Crohn's 58:15,19,22,25

cross 103:8 175:14

cross-referenced 143:11

cross-referencing 142:24 143:4

Cross-talk 7:4

crosses 47:4

CT 75:13,18,23 76:3 77:6,15,19,24 78:4 79:24 86:9 108:5,8,14,20,21,23 109:10,14

cultures 53:9,18 130:11,13,18 150:8

cumulative 160:5

curser 173:13

cursor 43:24 99:5

curve 36:9,10

cutoffs 37:24 38:2

cytopenias 146:3,5

## D

damage 150:9

Daryl 6:15 44:23 98:15

data 43:13 53:3,4,7,8,18,23 54:15 69:5 70:12,14 119:20 121:20 122:2, 17 139:25 156:20 185:2,4,8,9,11,12, 13,15,16 196:20 197:3,14,15,20,24 198:3,5,15 199:7,10,11,14,15

date 5:9 9:23 42:15 44:3 45:12 48:9 104:2 136:21,25 158:8 159:4

dated 98:22 128:13 157:25 173:12 175:17 176:20

dates 159:2,8

day 17:6 20:15 35:11,16 37:25 43:8 69:23,25 70:2 113:19 151:11 153:9 156:11 174:14,22 178:11 186:14

days 19:10 20:9,11,15 42:25 101:20 105:15,19 115:7 150:23 151:9 174:24

deals 40:12,16

dealt 12:19 151:25

decadron 34:24

decided 15:10

declined 11:6

defendant 5:25

defense 10:3,19

deficiency 135:3,8 138:21 139:9 140:15,25 141:11,18

**deficient** 140:23

**define** 14:4 200:4

**defined** 89:7 117:7 188:20 200:9

**defining** 29:16 196:7

**definition** 14:10 29:17 82:8,18 83:10 107:21 183:4,5

**definitions** 57:5

**degree** 36:4 189:12

**dehydrogenase** 140:16,23

**demargination** 111:16 112:2

**Denaples** 5:24 94:9 100:9 183:22 202:13

**denied** 127:10 152:24

**depend** 35:25 36:2

**dependency** 152:5

**depending** 125:3

**depends** 20:19 28:17 78:12

**deponent** 5:13

**deposition** 5:6,11 8:12,22 9:20 21:12 152:19,20 153:3,14 154:2 182:15 183:19 202:19

**depositions** 8:17,25 9:6

**derived** 93:2

**Dershwitz** 159:5 160:9,15 163:6

**Dershwitz's** 57:20 157:13,17 158:11,19 159:21 166:8,18 178:8,11 180:24

**descending** 80:17 168:15,16

**describe** 17:10 48:25 55:14,22 62:17 76:22 89:6,11 164:13

**describes** 46:24

**describing** 48:21 55:10 134:20

**description** 53:25 79:8,13

**determine** 70:18

**develop** 200:24

**developed** 164:19 181:16 182:2

**developmental** 140:5

**dex** 173:6,25 175:22 176:23

**dexamethasone** 32:21 33:2,12,13, 18,23 34:2,7,23 35:6,10,15,22 39:2,8, 13 43:22 160:2 174:6 175:7 177:3,8, 13,20 179:21 180:12,18

**diagnose** 14:21 24:17 75:13,18 85:2,13 86:12 90:12

**diagnosed** 25:15 74:6 83:2 148:22 160:12

**diagnosing** 76:25 87:22

**diagnosis** 8:3 79:10 87:18 108:14, 22 109:15 160:14

**diagnostic** 75:5 82:19,25 83:17 85:5 86:3 107:3,10

**diagnostician** 12:18 160:16

**diagnosticians** 11:22 14:17,18

**diary** 48:4

**die** 116:9

**difference** 20:3 23:9,11,12,18 33:8 36:24

**differences** 33:9,10

**differential** 119:9

**differing** 171:23

**difficult** 27:16 72:24

**direct** 101:23 173:12 195:12

**directing** 99:4

**director** 18:20

**disability** 61:16

**disagree** 83:16 85:4 149:8

**disagreement** 153:19

**discharged** 17:23

**discuss** 19:18 133:8

**discussed** 78:3 124:22

**discusses** 139:17

**disease** 11:17,20,23,24 12:15,22 13:22 14:2,5,8,14,19 16:5 18:7 23:2, 7,16,23 24:18 27:11,21 29:7 31:10, 14,16,20,24 57:19 58:3,15,17,18,19, 22,25 59:18,21,23 60:13 80:7 81:2,22 84:17 88:22 89:3,10 90:4 95:12 105:9 107:22 120:3 126:4,5,9 133:16 144:8 157:21 161:7,13,20,22 162:8,13 163:4 164:10 167:15,17 170:7,11 198:2

**diseased** 149:22

**diseases** 12:24 14:21 15:20 24:25 25:2,7,8 28:9 88:10,12

**disorder** 61:9

**disorders** 135:23

**dispensed** 33:22 166:12 171:11,13 172:22 174:13,19,21 177:11 178:21 179:10,19,22 181:12

**display** 100:16 173:8,9

**displayed** 158:19 175:12

**distinct** 170:10

**distinction** 196:13

**distinguish** 172:10

**distress** 61:12

**District** 5:7,8

**divert** 202:9

**divertic** 121:5

**diverticula** 60:3,4,8 162:2 185:19 196:15 200:8,11 202:3

**diverticular** 59:17,21,23 60:13 80:7 81:2 97:19 133:16 151:24 162:20 164:5 166:25 169:13

**diverticuli** 96:25 167:22 201:14

**diverticulitis** 57:24 59:7,12 60:6 81:13,21,22 97:2 120:3,12 121:2,6 123:3,5 161:18 162:5 167:25 168:2,4, 6,8,10,12,14 170:11,21 196:14,19 197:4,5,9,18 198:10,18,25 199:9,18 200:5,10,14,17 201:4,15,18 202:7

**diverticulum** 54:24 60:2,4 81:17 164:22 167:22 169:12,16,18,19,23 170:3,5,14,15,17,25 200:15,20 201:19 202:8

**doc** 102:12

**doctor** 27:21 31:22 35:8 119:25 130:25 160:15 180:5 183:13 200:4

**doctors** 11:21 14:8 18:23 32:5 88:23 89:2,3,10 126:5,9 197:13

**document** 41:10 45:3,7 101:7 103:3

**documentation** 176:12,18

**documented** 178:8,12

**documents** 31:3 41:19 175:24 193:23

**dosage** 48:22 104:23

**dosages** 98:6

**dose** 35:2,3,14,15 36:3,7,10,12,13 37:4,7,9 38:9 48:13,19,20 49:5,12 63:10 64:14 69:16,21,25 71:17 72:9, 20 104:13 105:11,22 106:15,19 123:22 124:17 138:4,8,9 139:19 142:22,23 143:6 152:5 155:16,19,22,

23,24 156:2 159:11 160:6 171:10
172:22 179:9 180:7 185:5 186:7,8
194:24

**doses** 35:22 39:10 49:2 62:6 64:15
68:20 69:21 71:15 72:7 101:21 105:6
111:18 125:8,11,21 135:19 142:15
159:2,8,13 160:5 186:19 194:11

**dosing** 38:5 49:19 63:11,12 100:13

**double** 101:21 102:11 137:11

**doubt** 149:4

**dozens** 40:6,7

**drug** 48:8 66:9 67:8 69:12 70:10,11
74:19 91:7 105:7,12 136:6,23 137:15
138:11 139:21 162:24 163:15 179:6
185:21 186:16 187:20

**drugs** 30:7 49:22 58:4 67:5,7,8,10,
11,14,18,24 68:2,8,11,14,17,24 69:4,
6 70:6,10,13,18 74:2,8,10,16,18
91:25 92:10,13,16,22 93:11 112:9,11,
13 124:4 138:13 139:25 140:2 141:2
163:17 164:18 165:3 185:23 187:16,
19,25 188:22 189:6,7,8,9 190:10,15
191:5,22 192:5,8,19,24

**due** 16:18 137:24 199:2

**duly** 6:8

**duodenal** 57:14 58:7 122:21 164:21,
22

**duodenum** 57:14 95:23 163:23

**duration** 35:4,20,25 37:8,10 155:24
184:13 185:6

**durations** 38:6

**Dysfunction** 143:18 196:7

---

### E

**e-mail** 103:23

**earlier** 30:18 56:20 78:3 90:20 93:7
94:24 102:14 107:2 109:25 122:20
124:2,10 126:18 133:2 138:3 139:3
172:18 182:15 184:13 200:9

**early** 95:13 184:19

**easily** 55:16 169:6

**East** 18:10

**easy** 143:7

**effect** 13:11 27:18 35:13 36:11,14,15
37:5,11 125:12 134:21 139:22 156:5,
21 163:16 165:3,5,24 198:7,10

**effective** 111:17

**effects** 34:16,25 35:17 38:2,11 40:13
120:21 125:7 134:21 135:17,21
139:18 140:3 155:15 156:18 164:21
184:14 196:24 198:8

**eight-day** 125:5

**elderly** 201:2

**element** 7:17

**elements** 66:19

**elevated** 116:16

**email** 44:25 45:17 46:7,21,23,24
47:2,7 98:13,18,25 99:7,11,17,18
100:2,14 101:5 103:2 106:22 173:9,
11 175:19 176:14,15,17

**emails** 31:3 41:19 44:20,21 47:12,22
175:7 184:17 193:15

**emergent** 149:16

**emotional** 61:11

**encompass** 110:21

**end** 9:16 21:4 69:23 114:23,24
116:20 130:8 153:8

**endocrinologist** 148:18

**Endocrinologists** 148:24

**entero** 81:24

**enterocolitis** 21:13 65:18,21,24
66:21,25 75:6,14,19 76:4 77:2 78:11,
17 79:11 81:7,13,23,24 82:7,8,11,18
83:3 85:3,14 86:13,24 87:15,22 88:4
89:19 90:2,9 107:5,6,11 108:22
110:4,21 160:13

**entire** 52:15 57:8 60:11 80:3,19
152:21 180:25

**entirety** 110:21

**entitled** 73:20

**entries** 97:24

**entry** 98:8

**enzyme** 135:3,4,8 140:10,12 141:12

**eosinophils** 118:13 119:13

**equivalent** 48:23 159:3,25 174:12
177:15,25 178:7,15 181:7

**error** 43:25 44:2 130:22

**errors** 84:11,15

**escalating** 38:9

**escalation** 143:7

**essentially** 19:6 73:8 141:4 166:20

**establish** 69:7

**established** 28:24,25 197:12 198:6,
12

**estimate** 11:2 16:17 19:24 42:7
97:20

**et al** 5:13 143:20

**etiology** 182:3

**Europe** 136:12

**Europeans** 136:12

**evaluated** 71:9

**Evaluation** 85:9 143:16 196:5

**eventually** 37:9

**evidence** 44:16 46:20 47:11 59:10,
21 86:11,14 107:9 112:12 150:7
193:17 201:14,15

**exam** 19:6

**EXAMINATION** 6:11 94:19 184:2
200:2

**examined** 6:9

**examples** 12:21

**exceedingly** 185:14

**excluded** 144:17 145:4 146:24

**Exhibit** 9:16,19 42:12,13 45:7,8,9,10
50:6

**exist** 140:6 197:3

**existence** 54:8

**expect** 176:24

**expectancy** 136:24

**expected** 80:7

**experience** 112:4 130:24 148:25
149:3 150:20 162:8 166:5 169:4
197:7 198:25

**experienced** 6:18 130:25 148:17

**experiencing** 92:5,19

**expert** 10:23 11:7,10 12:3,11,15
16:18 42:13 120:7 151:21 183:16
185:10

**expertise** 11:12,16

**experts** 41:17 52:14 110:19 122:3,4
126:21 127:5 144:2 185:12,16 198:4

**expire** 15:7

explain 11:23 84:4 197:13

explained 31:4 111:11

explanation 69:11 80:20

explode 141:4

exploring 183:6

expressed 13:5,9

extent 35:4

extra 44:4 153:6

extraordinary 124:17

exudate 55:20 56:9 80:24 133:19,21

exudates 150:4

**F**

Face 20:13

face-to-face 20:7

fact 120:18 131:10 148:6 168:25 180:16

factor 59:15

factors 34:13 86:22 87:17,21 147:3 168:19

fair 7:16 42:7 74:9 192:21

false 169:23

familiar 24:11 30:5,11 31:11,13,17, 19 77:8 84:12,22 90:11 91:13 92:2 150:16

fashion 56:2 58:21

fast 95:4

FDA 70:24 105:3 106:15 139:24

febrile 88:25 90:7 148:21

February 8:22

federal 18:14

fee 152:19

feedback 89:25

feel 187:16

feeling 156:7 157:19

fellow 84:19 89:5

fellowship 88:12,15

felt 54:23 79:19 136:15,18 144:19 145:17

fever 136:3

fewer 11:4 164:20

field 14:16,25 89:6,7,16 148:19

fighting 27:23

figure 72:6 122:10 142:18

fill 12:12,13

filled 180:10 182:7

financially 153:25

find 24:17 64:15 72:11 77:5 116:18 176:5

finding 80:14 81:7 84:14 133:3

findings 79:8,14 80:8,22 81:4 131:9, 13 133:9,10 164:15

fine 85:25 153:21 189:25 191:16

finish 190:4

firm 6:14 7:2

firms 9:13

fits 81:23 82:7 164:16

flawed 165:25

flimsy 113:25

flu 114:8

fluid 53:19 130:16

focus 20:25 31:6 88:16

follow 17:22

follow-up 94:22

follow-ups 183:25

foods 141:2

forget 17:20 18:7

forgetting 111:15

forgot 25:19

form 7:21 26:16 27:12 28:2 30:9 31:12 34:10 35:19 39:4 58:16 62:24 64:8 74:13 100:7 116:20 169:20 170:14 171:15 172:7 179:15 187:4 188:14 189:3,19 190:2,19 194:10,19 195:6 197:10 198:22 199:5 201:22

formed 130:8

forms 123:16

fortunately 79:5 110:11

forward 111:17

found 24:5 44:16 49:4 79:17,22 129:3 130:20 133:16 145:13 157:6 198:4

founded 18:9

founders 89:16

four-day 114:10

fourth 113:19 163:14

fragilis 53:11,12,22 130:19,20 150:11

frankly 66:15

free 54:7,10 78:5 108:17

friability 54:2 56:11 60:10

friable 55:15 120:16 168:24 169:2,4 202:5

Friday 103:19

fried 55:11

front 20:13 98:19 101:7 103:3 134:8 148:12 173:12 176:14

full 84:22 87:7 201:8

funding 18:13

funny 59:9 61:10

**G**

G6pd 135:4 138:21 139:9 140:8,19 141:17

Gary 126:3,6

gas 54:10

gastric 57:14 58:7 122:21 164:17 165:22 168:10

Gastroenterology 160:21

gastrin- 162:11

gastrointestinal 8:2 57:18,22 59:6 120:10,23 123:16 151:22 161:19 162:9 163:8 164:3,25 165:23 167:23 196:25

gave 8:22 32:25

general 8:9 17:5 23:21 25:5 28:11 33:16 65:11 80:8

gentleman 25:14

GI 57:8 90:14 95:20,21 110:2 122:21 161:21 163:21 166:20,21 167:20 169:14

give 26:25 27:5 30:24 47:22 94:23 97:22 99:16 100:15,23 101:16 102:12 103:2 104:10 106:23 114:15 124:8 127:18,22 131:15 134:2 138:16 143:13 148:8 157:11,13 158:5,18

159:18 166:16 169:7 171:5 172:16
191:24

**glucocorticoid** 155:12,15 156:22

**glucose-6** 140:15,21

**glucose-6-phosphate** 140:16,22

**Gonzalez** 6:4

**good** 5:20 83:15 188:3

**government** 84:9

**grant** 18:14,20

**great** 33:2

**greater** 37:24

**grew** 53:10

**group** 62:13 145:4,5 162:20,21
163:17,18

**grouped** 37:22

**grow** 130:15,17,18

**guess** 10:8,25 13:24 14:7 17:13 19:2
20:4,6 26:23 27:13 37:5 39:17 40:8
60:18 70:20 86:16 96:23 97:16
103:25 115:16 148:21 157:9,18
178:13 180:11 190:7

**guessing** 58:24

**guidance** 24:2

**guy** 22:13 24:14

---

**H**

**hair** 61:3

**half** 67:3

**handle** 99:20

**Hang** 160:25

**happen** 38:14 81:20,21 143:4 168:5
201:2

**happened** 132:9 139:20

**happy** 152:14

**hard** 46:14 117:5

**harder** 79:4

**Harris** 43:23 171:11,21 172:4,12,14,
22 174:2,3,9,11 175:3 177:4,20
178:2,22 179:2,10,19 180:10,13
181:13,15 182:4,8 184:6

**Harris-teeter** 166:11

**head** 25:20 29:23 38:19 44:19 65:8

93:18 192:8

**Health** 17:17 18:8

**healthy** 64:6,17,22

**hear** 89:23 95:3

**heard** 22:21 27:5 29:13 31:21,22
55:14 121:19 168:25 185:13

**hearing** 199:6

**heck** 115:7

**held** 5:11

**helped** 89:5

**helping** 19:17

**helps** 137:4

**hematologic** 139:5,8

**hematological** 134:25 138:20 139:6

**hematologist** 88:21

**hemolytic** 141:4

**hemophagocytosis** 146:9

**Henry** 5:25 6:23 99:2 103:14

**heroin** 138:6

**Herxing** 26:23 30:16,21

**high** 35:22 36:12 39:10 53:12,15
69:21 115:22,23 116:2 124:16 130:20
138:4,8,9 142:23 186:7,8

**higher** 49:5 69:21 72:7 105:2,3,11
106:15,19 125:8,10 150:12

**highest** 105:5 195:18

**highlighted** 50:24 99:3 103:18
173:23

**highly** 165:25

**hip** 79:25 109:8

**hips** 79:25 109:8

**histology** 86:6 108:4

**historically** 119:4

**history** 119:19

**HIV** 18:12

**hold** 87:4 158:13

**hole** 169:24 170:2

**honor** 126:25

**hormones** 36:19

**hospital** 17:4,7,9,13,14,23 20:21
21:2 32:25 50:9,15 56:18 77:16 93:9

117:4 128:21 149:2 178:12,14

**hospitalization** 48:5 128:17 131:7
179:11

**hospitalized** 43:2

**hospitals** 19:11

**hours** 19:23 20:14 42:6 152:20

**house** 11:21 19:5

**human** 31:17

**humans** 23:3,6

**hundred** 156:10,15,19

**hundreds** 40:6

**husband** 44:23 48:24 98:15 159:15
175:25 176:23 180:11

**Hwang** 73:20

**hydrocortisone** 33:19 34:20

**hydroxychloroquine** 136:3,9,15,
18,19,23 137:3

**hypertensive** 113:21 114:22

**hypoxic** 32:24

---

**I**

**IBD** 57:20 58:17 161:5,6 162:11

**Ibuprofen** 163:18

**ICE** 147:19

**icing** 169:6

**ICU** 147:20

**idea** 38:16 66:14 111:16 123:14
129:25 136:25 200:19

**identical** 146:14

**identification** 9:22 42:15 45:12

**identify** 5:17 171:19,25 172:3 194:2

**ileitis** 58:22

**ilial** 58:12

**ilium** 58:14,24 59:3 80:16 96:7
170:18 197:24 199:19

**illness** 26:7 27:23,24

**illnesses** 26:10

**images** 48:8 77:20

**imaging** 107:20 109:18

**immediately** 115:9

**immune** 27:20 137:3

**immunocompromised** 62:21

**Immunology** 88:9

**immunopathology** 83:4

**immunosuppressed** 23:13

**immunosuppression** 28:7

**imod** 91:5

**imodoquin** 91:6

**impact** 147:13

**implication** 101:18,23 135:5

**implied** 80:12

**implies** 180:15

**imply** 38:21

**importance** 87:21

**important** 35:21 43:6 122:7 132:24
167:21 168:17 174:24 184:14

**importantly** 164:2

**impression** 166:3

**improve** 136:24

**improved** 79:5

**improving** 115:10

**in-house** 19:3

**include** 14:15 29:18 32:20 67:17
82:20 95:20 96:2 189:4

**included** 41:9 53:21 64:18 74:15
145:4 147:5 152:19 188:23 189:14
193:10

**includes** 12:24 14:14 20:11

**including** 149:20

**income** 16:18

**incomplete** 132:7

**incorrect** 130:14 132:19 161:4,14,15
162:22

**increase** 36:14 37:17 38:17 111:19
121:21 151:8,9 155:23 156:12,16,18
185:6 197:17,21

**increased** 36:14 120:10 121:6
122:22 123:6,9,18 125:21 151:25
163:24 165:3,4 197:22 198:16 199:15

**increasing** 135:19,20,21 156:12

**incremental** 38:5,6

**indicating** 98:9

**indication** 117:3 169:9

**indicative** 150:8

**individual** 42:10

**induced** 66:9 67:8 69:13 70:10,11
74:19 113:6 115:15,21 138:11 147:23
150:18 151:14 164:17 165:14 179:7

**infected** 30:22

**infecting** 30:23

**infection** 12:19,23 18:2 21:8 23:18,
19 26:17 28:6,10,16,18 29:15,24 58:6
63:6,20,25 64:19 65:2 75:25 76:3
200:14,24

**infections** 12:25 28:5 31:17 64:5
90:8 182:18,25

**infectious** 11:17,20,24 12:14,23
14:2,5,8,14,21,23 15:20 16:5 18:7
21:7 24:24,25 25:6,8 27:20 31:10
84:17 88:10,12,22 89:3,10 126:4
144:7 157:21

**inference** 147:11

**inferred** 49:19 51:10

**inferring** 135:13,15

**inflamed** 55:12 79:23 81:19 120:16
171:2

**inflammation** 35:24 55:8,19 56:10
58:23 59:25 60:10 66:12 75:9 76:6,7,
11,15,16 77:11,12 79:18 80:15,18,24
81:9 82:3,5,6,9 85:7 89:22 121:15,17
122:13 132:4,12 150:2,3

**inflammatory** 30:14,24 58:16,18
161:6,13,22 162:7,13 163:3 164:10

**information** 55:9 98:12

**inhibitors** 164:19

**initial** 112:17 127:24

**initially** 42:25 189:21

**initiation** 29:6

**injuries** 7:14,17 60:15

**insincere** 150:5

**insomnia** 135:22

**instance** 27:4 32:23 35:21 108:15,16
120:15 135:18

**instances** 141:9

**instant** 173:4

**institute** 88:11

**Institutes** 88:9

**instructed** 35:9

**instructions** 6:19

**intake** 186:13

**intensivist** 144:8

**interacting** 66:7

**interaction** 67:24 68:14,23

**interactions** 68:8 74:2

**intercellular** 36:22

**interchangeably** 52:9

**interested** 119:22

**interesting** 165:8 166:8

**internal** 15:3,9,13,17,19 16:2

**internist** 84:18

**interpretation** 191:12

**interrupt** 72:14 152:8,9

**interruption** 87:5

**intestinal** 52:4,15 150:9 166:25

**intestine** 52:7,11 57:15 58:11 76:21,
23 95:24 96:6 110:22 132:18

**intestines** 52:5,11,18,19

**intraperitoneal** 78:5,9 87:13

**intravenous** 33:12,19

**introduced** 95:13 136:10

**invalid** 157:7

**investigated** 16:11

**involve** 62:10 90:5

**involved** 13:21 15:23 39:23 122:9
124:15 132:20 190:11,16 202:4

**involves** 62:15

**involving** 29:11 96:19 129:20

**irresponsible** 122:18

**irritation** 163:22

**isotonic** 156:7,9,14

**issue** 8:8 11:15 84:17,25 141:21
151:19 174:25 193:13

**issues** 144:22 157:22 164:25 169:11,
12

**item** 44:8

**items** 41:2

**iteration** 156:2

---

**J**

**Jarisch-herxheimer** 26:21 30:19, 20

**jejunal** 58:10 96:14 121:22 123:17, 23 163:11 164:4 166:25 169:11 185:6,13,19 197:23

**jejunostomy** 80:12

**jejunum** 53:16 54:14,25 55:8,10 56:14 66:13 79:9,19 80:11,25 96:2,5, 11 110:13 111:5 121:14 122:5 123:9 132:21 133:18,22 150:13 152:2 164:24 165:4 167:16 169:10,16 184:23 199:19

**Jersey** 16:25 17:2 18:11

**job** 10:11 182:22

**Join** 100:9

**Journal** 160:21

**judge** 12:10

**juice** 59:16

**June** 5:9 134:7 158:3,8

---

**K**

**Keesler** 5:20,21 7:20 9:3,18 27:12,25 30:8 31:12 32:3 34:9 35:18 39:3 64:7 72:13 83:23 87:4 89:24 94:2,6,11,20 102:2 103:6 127:15 152:16 153:10 154:5,13,23 179:17 187:3 188:13 189:2,18 190:5,18 191:8 193:15 194:10,18 195:6 197:10 198:21 199:4,22 200:3

**Kelly** 54:22

**kidding** 61:4

**kill** 30:25

**killing** 30:14,16

**kind** 15:14 33:15 37:4 55:21 70:8 83:9 93:13 98:2 131:16 149:3 150:19 156:13 200:20

**Kipp** 19:19

**Kline** 6:14

**knew** 24:9 194:11

**knowledge** 11:8 31:15 34:5 39:5 58:12 160:18

**Krinta** 99:9

**Krintafel** 45:19 46:17,22 47:13,17 50:3,20,25 51:8,15 70:25 99:6,21 100:4 101:21 102:16 194:8,17

---

**L**

**la** 96:25

**lab** 42:24 43:5

**label** 70:25 71:4 191:9

**labeling** 70:18

**lack** 59:22

**Lamb** 5:18 6:12,14 9:15,24 42:16 45:13 72:18 74:13 84:2 87:7 93:23 94:5 100:5 108:3 109:19 127:7 134:13 152:8,17 153:21 154:9,17 171:15 172:7 179:14 183:24 184:3 189:25 191:16 202:15

**language** 145:23 195:23

**large** 52:11 56:4 60:11 75:10 76:22 81:18 82:5 110:22 144:13 171:10 172:22 179:9 180:7

**larger** 62:13 71:10

**lastly** 91:17

**law** 6:14 7:2 9:13

**lawyer** 12:9

**layer** 56:6,7

**layers** 169:20

**lead** 99:8 196:3,8

**leading** 126:4,9 167:19 179:10

**leads** 176:15

**learn** 36:16 72:8

**learned** 90:6,7

**learning** 89:17

**leave** 131:4

**leaves** 198:8

**led** 66:11 149:16

**left** 41:12 123:4 155:6

**legal** 13:5,10 16:18 191:13

**lesser** 186:18

**letting** 87:7

**leuko-** 116:11

**leukocorticoids** 120:21

**leukocytosis** 111:15,19

**leukoenceph** 135:21

**leukopenia** 112:22 113:7 116:12,13 126:13,15 135:11,12 143:17 144:6,23 147:9,17 150:18,19 151:3,15 165:13, 14 193:3 196:6

**leukopenic** 145:6

**level** 43:15,17 92:4,17 93:12 118:12 190:12

**levels** 36:7 118:14 140:24 155:25

**Lexitas** 5:5

**library** 83:13,25

**life** 136:24

**limb** 151:7

**limit** 36:6,17 37:16 38:17

**limited** 144:6 149:3 150:21 165:18

**Lindner** 5:12 6:2,24 31:4 44:22 45:4, 8,10,19 46:5 47:3 49:4 50:7 51:11 98:14 99:2 100:24 103:8,15 173:4 174:7 175:14,23 176:12,22 180:17 184:18 186:9

**Lindner's** 30:5 31:23 48:18 49:14,21 50:10,17 173:2

**linear** 37:2,11

**lines** 83:9 154:25

**lining** 150:9

**list** 6:19 9:4,5,17 30:3 41:2,4,10 44:11 45:24

**listed** 9:14 41:20 177:2

**listen** 122:19

**literally** 183:11

**literature** 59:14 65:6 81:15 90:23 120:4,5,8,17,25 122:4,25 123:2,8,12 124:21 125:13,16 144:4,5,11 190:21

**local** 123:7 173:6 175:22

**localized** 201:7,19

**location** 89:13 167:5

**logic** 164:8

**logical** 166:13

**long** 36:12 114:4 140:19 142:11 148:23 181:21 183:19

**longer** 15:13 18:17 105:13

**looked**  16:16 23:25 24:21 41:11 63:4
71:12,13,15 112:17 117:5 142:22
144:3 160:20 193:22 194:3

**loss**  61:3

**lot**  33:4,8 58:3 63:12 87:5 89:16 90:7
109:6,7 110:11 141:3 142:25 144:10
149:2 151:14 156:13 157:4 159:7
169:14

**lots**  21:6

**low**  16:20 36:10 112:18 114:23,24
118:14 146:24 174:5 175:5,6 179:23,
25

**lower**  69:16 71:15 99:17 118:12
162:21 166:21 173:17

**lum**  60:3

**lumen**  200:23

**lupus**  136:16,17,20,24 137:2,4

**lymphocytes**  118:10 119:10

M

**M.D.**  5:14

**M.d.'s**  9:20

**made**  22:15 56:3 202:5

**main**  156:23 166:9

**maintain**  15:11 16:3

**maintenance**  15:24

**majority**  116:10 168:7 175:3 178:23
181:14,24 182:4,22

**make**  10:14 61:21 62:12 76:19 93:6
108:13,14 109:14 135:16 139:10
153:5,22 154:18 189:22

**makes**  49:8 69:13 79:3 166:13

**making**  134:15

**malaria**  29:18 62:6 64:9 136:13,15,
18

**malarias**  126:14

**malpractice**  16:9

**Mandell**  25:10

**mark**  9:15 42:11,12

**marked**  9:22 42:14 45:11 50:6

**marker**  116:5,7 143:17 196:6

**market**  39:18 51:16 64:13

**marrow**  67:25 68:9,15,18,24 74:3
111:24

**materials**  40:20 41:25

**math**  37:12 104:20 156:4 166:14

**matter**  5:12 10:6 13:5,10 36:11
108:7,8 167:5 171:8 172:2

**maximal**  155:19

**meaning**  16:2 56:6 82:2 95:14 108:4,
17 111:19 116:5,8 122:21 130:7
175:22

**means**  7:23 30:12 52:6 55:15 58:23
76:20 89:22 107:22 129:12 130:12
138:5 156:8 169:19 170:4 177:18
182:19 187:9

**meant**  8:20 153:20

**measured**  43:18

**measures**  117:18

**mechanism**  135:6,10 137:6,7,14

**mechanisms**  135:17

**Meckel's**  170:16

**med**  140:17

**med-mal**  10:5,12

**medical**  14:7 16:12 17:15,16 18:20
22:25 23:22 41:18 49:14,21 50:10
51:7 59:11 65:6,12,16 90:23 197:6

**medication**  164:12

**medications**  25:14 44:12 64:21 66:8
163:6

**medicine**  15:4,10,13,17,19 16:2,24
19:7 52:3 83:13 123:19 137:8

**Medrol**  34:22

**meet**  73:11 113:25 114:4,9

**meets**  114:8

**memory**  12:20 21:21 40:14 49:3

**meningitis**  29:3,5,7

**mental**  61:12

**mention**  120:22 131:5,8,10,11,12,24
132:3,12,13,14 133:2,7 149:14
164:15 165:16,22 196:25

**mentioned**  14:17 19:12 28:19 35:8,
12 56:20 98:4 126:18 142:18 195:21

**mentors**  88:24

**message**  99:3 103:14,16 173:4
175:16,21

**met**  128:8

**meta-analysis**  73:4,6,19

**methylprednisolone**  34:21

**microbiologic**  53:7,8,18

**microliter**  114:18,19,20

**microorganisms**  53:21

**microscope**  108:5

**microti**  62:5,8

**mid-level**  20:20

**middle**  5:8 45:16 96:5

**mild**  77:23

**mill**  174:20

**milligram**  35:10,15 48:19,23 49:8
51:3,8,15 102:16 103:25 194:8,15,16,
24 195:4

**milligrams**  33:24 37:25 48:14,25
49:18 51:12 71:23 72:10 102:18,20
103:19 104:8,14,18,21 105:14,15,19,
20 106:10 125:2,3 156:11 174:13,20
177:13,14,19,25 178:3,9,14 180:23
181:3,4,6,11 186:11 195:11,15

**mind**  87:6 166:10

**mineralocorticoid**  33:14

**minimal**  36:14 155:23

**minimize**  144:21

**minor**  159:16

**minutes**  94:3

**mispronouncing**  91:6

**misread**  51:13

**misrepresented**  137:22

**missed**  55:4 188:6

**mistake**  129:8

**mistakes**  129:6

**mollus**  22:15

**moment**  94:23 97:22 100:23 103:2
106:21,23 111:10 114:15 119:24
124:8 127:22 134:2 138:16,17 143:14
148:2,8,10 149:9 157:14 158:5,18
159:18 166:16 169:7 171:5 172:16
175:9 183:10

**Monday**  173:20

**monoclonal**  197:22

**monocytes**  118:12 119:11

morning 46:24

move 153:23

moving 153:2

multiple 201:24

multiply 104:17 119:15

multiplying 118:17

myopathy 60:24

**N**

named 74:11 167:9,12,13

Naproxen 163:19

national 83:12,25 84:3 88:8

NCI 88:14,19

NE 21:19

necessarily 72:25 76:15 97:10
    108:13 137:16 192:13 200:13

necrotizing 90:9

needed 106:25 180:9

negative 137:12

nephritis 89:18 110:17

neurosurgeons 35:21

neutro 113:22 114:19 115:12

neutropenia 63:5,16,19,24 65:7,11,
    14,23,24 66:9,10,11,20,21,24 67:5,8
    69:2,8,10,17 70:7,14 71:5 72:12 74:6,
    11,19 75:11,24 78:22 79:3 82:14 83:2
    88:25 89:18 90:24 91:4,10,14,19
    92:4,12,17 93:8,12,15 111:13 112:6,
    14,15 113:2,9 114:11 115:5,15,21
    116:13 117:13 124:5,12 125:19
    126:16 131:11 137:18,24 138:11,15
    144:16 147:18,23 148:21 165:12,15
    171:4 179:6 182:10 185:24 186:5,18,
    25 187:18 188:12,23 189:14 191:6,23
    193:3,11

neutropenic 21:13 75:6,13,18 77:2
    78:10,17 79:11 81:7,10 85:2,14
    86:13,23 87:14,22 88:3,18 90:8
    108:22 110:4,20,24,25 116:15 160:13

neutrophil 89:9 118:21,24 151:11

neutrophils 118:4,8,20,23 119:10

Newark 18:11

Nexium 58:5

NIAID 88:11,13

night 108:19

nightmares 135:22

NIH 88:7,15

non-face 20:15

non-infectious 14:22,24

noncorticosteroid 112:11,13 124:3

nonprofit 18:4,12

nonspecific 77:24

nonsteroidal 163:19 185:20

noon 45:18

norm 137:8

normal 6:19 43:14,17 56:9 107:23
    113:20 114:23,24 115:2,11 125:8,11
    133:20 151:12

Notary 6:8

note 78:16 132:25 153:10

notebook 47:25 48:2,3,6

noted 5:15 43:8,21 69:15 154:5
    190:2 202:20

notes 80:5

notice 159:22

noticed 113:18 145:12

noting 42:23 43:13

notorious 141:9

nowadays 58:4

NSAID 164:6

nuances 27:15

number 17:20 40:10 56:21 106:12
    115:16 119:7 193:13

numbers 73:14 115:16 119:13

**O**

O'CONNOR 10:9

object 27:12 100:6 127:12 179:15
    189:19 190:2 191:9,15 194:10 195:6

objection 7:20 27:25 30:8 31:12
    32:3 34:9 35:18 39:3 64:7 74:13
    127:9 134:13 152:13 153:11 171:15
    172:7 187:3 188:13 189:2 190:18
    194:18 197:10 198:21 199:4

observation 110:9 137:9

observed 78:9 121:13 123:21,22

observing 123:20

obstruction 200:18

occupy 36:22

occur 27:3 53:15 97:20 110:23 135:2
    167:23 169:14

occurred 52:24 123:11 129:7 181:20

occurs 28:15 53:12 90:3 168:8

October 8:3 43:9,13,17,19 77:17
    103:11 128:17,20 159:11 175:5
    176:12 177:24 178:12 180:12 181:8,
    18

office 17:8 50:18

older 96:24 97:15,17

oncall 183:12

oncologist 88:21

onerous 19:19

online 24:23

opening 129:13 200:21

operation 54:3 129:7 131:13

operations 13:19

operative 149:21

opinion 8:4 13:5,10 52:20 54:12
    60:16,24 61:3,8,15 65:20,22,25 66:4,
    5,18 67:4 81:5 87:20 121:18 124:6
    137:22 138:25 147:13,22 166:19
    167:3 169:17 171:23 172:20 179:4
    182:9 184:22,25 185:2,3 187:2
    188:10,23 189:11 196:16,17 197:6
    199:3

opinions 31:8 127:3,4,17,18 131:16
    132:22 134:11 144:2 148:4 153:14
    157:16 158:9 166:3,4 183:14

opportunity 126:19 127:11

opposed 112:14 117:19 119:2
    169:23

opposite 185:3

oral 33:11,12,17 50:21

Orange 18:10

order 153:12,20 198:25

ordered 22:16 24:15 177:11

Organ 143:18 196:7

organism 30:22,23,25 53:10,11
    89:12

**organisms** 30:15

**organs** 76:10 95:20 167:13

**Oringer** 126:3

**ostomy** 129:5,11,20,22,25 130:5
131:4 132:14,16

**outpatients** 18:24

**outpocketing** 162:4 169:21

**outpockets** 200:9

**overdose** 38:25 39:9 104:25 137:25
138:5,7

**overdosed** 39:7

**overlap** 52:3

**overly** 114:6

**overseeing** 19:21

**overview** 73:21

**overwhelming** 55:9

**owner** 17:12

**P**

**p.m.** 5:10 46:8 94:13,15,17 173:14,21
175:17 176:21 202:18,20

**pages** 41:3 42:10

**pain** 128:21 181:17

**panel** 24:16

**paper** 62:14

**paragraph** 101:12 139:17 149:8,13
155:11,13 160:24 161:10

**paragraphs** 84:8

**parasite** 29:11,16,20

**parasitic** 29:15,24

**Parsons** 10:9

**part** 17:11,16 26:3 50:7 51:25 52:25
53:17 56:7 57:15 58:24 59:13 66:6,23
75:9 76:8,9 80:9,17 81:11 82:2 83:17
85:5 86:3 95:19,23 96:5,6 131:4
132:17 138:2,10 139:16 144:17
145:10 151:19 167:23

**participating** 6:16

**parts** 169:25

**pass** 116:22

**past** 8:11 16:16 21:23 36:13 39:16,19
45:6 128:9

**path** 85:21

**pathologic** 80:22 81:4 82:20 83:4,5
85:17,22 107:21,24 131:8

**pathological** 82:22 85:12 86:11
107:9 108:9 109:22

**pathologist** 55:2,4,7 56:8 59:22
79:14 85:22 133:15

**pathologist's** 79:8 133:9

**pathology** 55:7,18 85:18,20 86:5,7
107:19,23 108:11 133:3,6,9 149:21
164:14

**pathophysiologic** 122:11

**patient** 13:11 18:2 19:2,4,25 20:2,3,
7,14 21:14,19 23:13 27:6 35:9 37:17
39:6,12,24 56:22 62:5,10,15,20,23
69:20 71:11 75:10,22 78:10 95:2 96:8
97:21 99:2 103:16 173:5 175:16
198:24

**patient's** 68:18 115:8,12

**patients** 17:22 18:10,15,21 19:22
21:2 33:5 35:23 39:20 61:24 63:17,
19,24 64:4,6,17,20,25 71:5,22 72:10
76:2 79:4 88:14,16,18,19 95:14 96:10
97:5 112:20 113:6 116:5,11,18
120:11 123:5 135:3,7 136:14,16
137:5 141:11 146:25 147:19,20
162:11 182:16,17,23 196:18 197:7,
18,21 198:10,17 199:17 200:12,16

**pattern** 69:10 74:19 112:25 115:19
116:23,24

**Paul** 128:7,8 129:16 130:24 131:5
135:18 141:14 171:6

**Paul's** 130:24

**paying** 115:17

**PD** 140:21

**PDF** 50:7

**pediatric** 88:21

**Pegalis** 10:7

**Pennsylvania** 5:8

**people** 38:4 52:6 63:5 72:22 73:16
84:12 85:16 96:22,24 97:14 115:20
125:8 136:17 139:5,9 144:15,17
147:8 161:25

**pepsic** 161:20

**peptic** 57:19 58:3 95:12 167:15,16
198:2

**percent** 16:22 37:10 96:24 118:5,20,

23 144:16 156:4 161:24 162:2 187:9,
19,24 188:5,21 193:5,7,9

**percentage** 16:17 63:16 118:17
119:2,9,10,11,12,15

**percentages** 119:5,20,21

**percentagewise** 118:10

**perf** 97:3

**perforated** 54:25 56:15,22,25
108:19 161:12 164:9 171:3

**perforation** 13:6 39:14,25 51:20
52:4,5,21,24 53:2,5 54:5,6,9,14 55:3
57:16,17,22,23 58:8,10,13,14 59:2,17
60:2,19 69:24 79:19 81:14,16 95:3
96:9,11,14,20 97:5,12,19 109:3
120:11,23 121:2,3,7,14,22,23 122:6,
22 123:4,5,10,16,17,23 129:5,21
130:2 137:24 151:23,24 152:2 161:19
162:10,14,21 163:2,10,11,25 164:5
165:23 166:22 167:2,5,20 171:21,24
179:8 181:19 185:7,19 197:2,4,17,23
198:11 199:2,16 201:8,18,23

**perforations** 40:17 57:13 59:5 60:7
95:17 120:10 166:19,21 184:23
185:14 196:18 197:8 198:17,19,20
199:10 201:24 202:7

**perform** 80:12 129:11

**performed** 56:12 132:17

**performs** 80:4

**pericarditis** 29:2

**perineum** 201:9

**period** 45:23 49:11 57:18 105:13
106:15 125:5 128:22 139:23 172:15
178:21

**peritoneal** 53:19 130:16

**peritonitis** 60:17,19,21

**permutations** 190:6

**person** 81:10 117:8 126:12

**person's** 89:8,9

**personalizing** 109:4

**perspective** 31:10 40:5

**pertains** 100:3 125:24 146:20 172:5

**pharmacists** 7:10

**pharmacy** 7:6,9 166:13 173:6
175:22

**Phil** 88:20

**Philly** 15:9

**phone** 24:8 176:22

**phrased** 27:16

**physical** 61:16

**physician's** 19:18

**physicians** 17:25 19:20 75:12,16
78:15

**physiology** 111:16

**pick** 73:10

**pin** 109:20

**Pizzo** 88:21 89:2,4

**place** 25:4 28:20 127:8 152:14 154:3
161:9

**places** 50:23 167:10 174:9

**plaintiff** 10:7,8,9,15 171:10 172:21
179:9

**plaintiffs** 5:19 52:8 126:23

**plaintiffs'** 41:17 120:7 122:3,4
126:21 127:5 144:2 151:20

**plan** 18:5

**plant** 92:25 93:2

**platelets** 68:22 117:23

**plenty** 63:7

**PLOS** 143:21

**plummet** 116:3

**plural** 60:4

**pneumonia** 28:22

**pneumoperitoneum** 129:3

**point** 15:10 19:25 33:7 49:17 51:11
54:4 101:13 106:24 125:10 150:25
155:25 159:16 174:6

**pointed** 59:14

**polymicrobial** 53:20 130:11

**pool** 73:17

**poor** 107:17

**population** 68:21 144:13 161:6,24

**populations** 71:10

**pore** 201:21

**portion** 60:11 99:4 127:12 152:22
153:3,24 154:2

**possibility** 188:4

**possibly** 59:15 120:11

**post-marketing** 139:23,25 140:3

**posttraumatic** 61:8

**potency** 33:10

**potent** 33:13

**practice** 16:24 17:6,12,19 18:22

**Practices** 25:6,7

**practitioner** 17:12 19:19 65:13,17

**practitioners** 17:18 20:20 144:8

**pre-** 35:23

**pre-marketing** 140:5

**preamble** 128:11

**precluded** 153:13

**prednisone** 32:21 33:7,11,13,16
34:20 37:25 38:25 39:7,13 48:23
159:2,25 174:12,20 177:14,25 178:6,
15 181:7

**preoccupied** 8:21

**prepared** 73:18

**prescribe** 26:11 27:22 32:18 62:14

**prescribed** 25:14,24 32:8 39:17,20
49:23 61:23

**prescribing** 26:18 32:15 33:3

**prescription** 34:2,8 35:8 43:21 44:4
48:17 174:11,18 180:6,12

**prescriptions** 33:21 174:8 177:3

**presence** 54:7 87:13

**present** 70:18 162:13

**presentation** 149:16 162:16

**presented** 93:9 128:20 162:9 200:6
201:11

**pretty** 37:6 80:19 84:6 139:21 140:22
150:20,21

**prevent** 26:20 136:15,18

**previous** 94:22

**previously** 171:7

**primaquine** 141:7,8,9

**primarily** 17:24 18:12,14 19:21
201:3

**primary** 14:18 126:20 131:23 143:3
155:18 158:12,14,19

**Prince** 15:15

**Principles** 25:6,7

**prior** 9:16 13:16 29:5

**privilege** 126:24

**problem** 52:2 57:11 114:5 135:9
150:7 166:14 170:21 181:16 182:2,3

**problematic** 165:21

**problems** 135:7 163:21 170:19

**process** 60:9 137:2 170:22 202:4

**processes** 144:22 168:20

**prodded** 88:22

**produced** 148:15

**product** 17:17 70:17,24 71:4

**prognostic** 116:4,7

**prolonged** 74:6

**prone** 140:25

**pronounce** 112:8

**pronunciation** 107:4

**proper** 62:14,17

**prophylaxis** 63:10 64:10 105:9,10
136:11

**proposition** 37:15

**prosthetic** 79:25 109:8

**protozoan** 29:24

**protozoans** 29:21

**provide** 38:15 43:3 72:4 127:4
153:17

**provided** 23:8 63:12 69:14 198:3

**providing** 153:13

**pseudodata** 28:23

**psychiatric** 135:23

**Public** 6:8

**publication** 145:21

**published** 40:11,15 65:6 82:25
90:23 143:20

**pull** 40:21 45:3 51:24 73:8 98:2 102:7
104:6 114:14 127:21 128:5 134:4
148:9 157:14 158:15 172:17,18 175:9

**pulled** 140:2

**pulling** 72:6 73:24 143:14

**pulse** 114:23

**put** 40:5 42:10 48:11 84:9 111:17

127:14

**pylori** 58:6

---

**Q**

**qualified** 146:23

**quality** 123:2 144:11

**quantities** 34:11

**quantity** 34:3,8

**question** 7:23 8:6 9:10 10:13 13:13, 16 27:14,15 46:13 62:2 64:23 73:14 87:8 90:13 91:12 107:12,16,18 112:24 124:23 127:10 188:9,16 189:5,9,21,24 190:8 194:14

**questions** 6:20 73:15 93:24 94:7,9, 22 183:22 199:21 202:13

**quicker** 174:4

**quickly** 151:3 177:9

**quote** 24:11 144:20

---

**R**

**radiologist** 109:4,5

**range** 48:13 124:25

**ranging** 64:14 71:17 72:9,20

**rapidly** 79:5 113:14

**rare** 26:19 125:7 134:21 162:15,16 165:15 185:14

**rarely** 113:7 162:8

**rate** 114:22 121:7 123:6,9 155:23 156:9,10 162:21 185:6 197:17,21 198:16

**rates** 120:11 121:22 151:25 170:6 197:22 199:15

**rationale** 31:4

**ratios** 160:7

**re-read** 142:10

**reach** 31:8 119:13

**reaction** 26:21 27:2 30:19,22 141:10

**reactions** 34:7 70:19

**read** 30:10,12 31:2,7 46:9,14 47:6,20 63:11 84:10 135:5 149:13 154:24 155:3 158:7 184:17

**reading** 46:12 78:25 145:11 149:5 160:19

**reads** 139:4

**real** 80:20 116:18 141:16

**realm** 12:17,23

**reason** 27:9 82:15 122:11 138:10

**reasonable** 189:11

**reasoning** 123:13 132:11

**recall** 77:22 99:25 145:22 182:14

**receive** 18:13

**received** 69:16 173:4 176:22 177:11, 18,24 178:2 180:3 181:12,13

**receiving** 172:24

**receptors** 36:22,23

**recess** 94:15

**recognize** 11:7 22:18 32:12 50:2,11

**recognized** 11:10 12:2,11 22:25 31:16 139:22

**recognizing** 14:20

**recommend** 26:18 77:5

**recommendations** 26:25

**recommended** 24:6 26:3 27:5 69:25 105:22

**recommends** 106:15

**reconnected** 129:18

**record** 5:3,16 51:7 59:11 78:14 94:14,18 100:17 102:3 103:7 127:9, 14 134:16 152:12,14 153:22 154:7, 10,11,14,16,18 161:10 175:13 179:16 202:16

**records** 41:11,18 47:16 50:18 78:20 112:4,12 113:16 169:9 173:2

**recurrent** 23:7,9,15,16,18 62:5 63:2

**red** 25:9 68:22 117:22,24 135:9 140:14 141:3,10,17

**reduce** 30:13

**redundant** 109:23

**refer** 68:3

**reference** 117:12 143:3

**references** 142:17

**referred** 155:2

**referring** 23:20 54:18,20 57:8 63:2 68:10 70:13 75:8 79:11,15 83:8,9,21 85:9 86:6 99:8,21 100:2,18 101:10 103:24 108:3 109:19 125:23 160:5

173:5 175:20

**refers** 81:15,24

**reflects** 153:23

**refresh** 155:5

**regimen** 25:19 26:4 101:20 105:17

**regimens** 24:10 25:21

**rehab** 17:21,24 19:12,16,22

**reinforces** 100:19 101:24

**relapsing** 62:23

**related** 35:2 59:17 65:10 96:16 118:4 139:19 197:4

**relationship** 155:22

**relative** 140:14

**relatives** 162:10

**relevance** 141:13

**relying** 99:12 193:18

**remember** 13:7,8,13,18,20,23 21:18, 22 22:7 24:4,5,20 25:13,17,20,22 29:23 32:6 37:7 39:15 41:22 42:3,5 48:6,7 52:13 55:10 73:22 77:25 84:14 91:15,16 93:5 95:5,6 96:13,15 97:7 99:13 107:11 113:8 115:5 140:17 145:15,18 162:12 170:12 183:18 193:21,25 194:6

**remove** 80:21

**removes** 80:3

**repeat** 79:17 188:17,18 195:25

**repeats** 46:17

**rephrase** 110:14 177:22

**replace** 141:8

**report** 23:8 30:4 40:21,24 41:3,9,14 42:2,12,13,19 45:7,23 48:12 51:19 56:23 57:20 60:16,23 61:2,7,15 62:9, 16,18,19,20 65:4,5 66:5 67:2,13 69:15 70:15,23 73:18,24 77:15 78:2 79:7 80:13 91:9,22 92:21 93:20 95:11 97:25 102:7,8 104:6 114:15 120:20 124:7,20 125:15,22,24 127:24 128:13 131:23 133:3 134:5,7,11,12,20 141:18,21 142:6 145:14,18,23 146:3, 13 148:5,16 152:3 153:18 155:11,18 157:2,4,13,17,25 158:12,14,19 159:17,21 160:23 172:19 178:8 183:15 185:18 191:17,19 195:14,23

**reported** 95:12 117:16 119:4 134:22

**reporter** 6:4 154:23,24 155:4

**Reporting** 5:5

**reports** 41:16 63:4 86:5 92:3,7,15 93:11 114:12 126:20,21,22 127:6,12 134:15 152:23 153:15 164:14 165:10 183:16 185:10

**represent** 6:15 118:5

**represented** 171:8

**required** 85:13,16 86:12 107:10 129:4

**requires** 139:24

**requiring** 129:5,10

**researching** 185:17

**resection** 129:4,17 132:18 149:17, 25

**resident** 84:16,18,19

**resist** 61:5

**resolve** 116:22 151:3

**respect** 31:24 35:14 36:17 54:13 60:16,24 61:3,8,15 82:17 157:12

**respiratory** 114:22

**respond** 115:8 152:25

**responding** 116:6 152:22

**responds** 174:8

**response** 30:14,15 32:16 37:2 127:5 134:12 138:24 148:4 153:15 157:17, 24 183:15

**responses** 127:24

**responsibilities** 18:19

**responsible** 19:21

**rest** 10:18 200:22

**result** 12:22

**resulted** 56:13 69:17

**results** 42:24

**retained** 5:5 6:22 7:2 12:9

**retired** 126:6 157:20

**reveal** 130:11

**review** 25:5 34:15 47:24 63:13 71:25 78:14 112:3 126:19 142:8,10,11,14 160:19 165:22 169:8 198:7

**reviewed** 30:4 40:20 41:5,15 47:16 126:22

**reviewing** 41:25

**reviews** 34:15 38:20 72:2 120:19 196:23

**revised** 110:16,20

**right-hand** 98:22 103:11

**right-sided** 80:16 110:25

**risk** 34:13 35:16 37:16,19,23 38:16 59:15 70:19 72:11 81:15 168:19 197:2

**risks** 34:6 35:13,24 36:2

**robust** 144:4

**room** 19:6

**rotations** 88:17

**roughly** 8:15 16:17 45:17

**rounding** 20:8

**rule** 109:3

**ruled** 153:2

**run** 6:19

**running** 172:25 175:5,6 177:7 179:23,25 184:9

**rupture** 201:5,6

**RWJBARNABAS** 17:17

## S

**S-I-T-T** 54:22

**safe** 64:15

**sake** 105:24

**sample** 133:10

**Samuel** 196:8

**sat** 182:19

**Saturday** 183:12

**sausage** 56:2,3

**scan** 75:18 76:3 77:6 78:4 79:24 108:5,9,14,20,21,23 109:10,14

**scanned** 48:8

**scans** 75:13,23 77:15 86:9

**scared** 78:24

**scarring** 61:17

**scenarios** 136:4

**school** 140:17

**screen** 9:5 40:24 50:8,12 67:13 98:18

**script** 62:3 177:10,12 180:10 181:9

**scripts** 175:3

**scroll** 46:15 176:2,3

**search** 47:20,23

**sec** 101:16

**secondary** 39:10 74:7 117:8 135:2

**section** 49:21,24 133:18,19

**sections** 167:14

**seed** 200:19

**selective** 47:21

**sending** 174:8

**sense** 44:3 135:16 139:10 166:14

**sensitive** 114:7

**sentence** 51:23 67:23 68:2,6,7 73:25 74:15 79:15 128:19 129:2 130:10 146:8 149:8 150:6 160:23 163:14

**sentences** 128:18,23,25 131:7 145:12,19,20 146:2,11,12

**sep** 115:6

**separate** 28:4 81:9 168:18 170:10

**separated** 80:15 82:4

**separately** 18:3 112:23

**separating** 166:10

**sepsis** 66:16 112:19,20,22 113:6,10, 24 114:2 115:6,15 116:20,25 117:9 143:17 144:5 145:2 147:8,10,18,23 148:19,23 149:5 151:4,14 165:12,13 182:17,24 183:5,6 196:6,7

**Sepsis-defining** 143:18

**sepsis-induced** 116:12

**September** 43:22 44:14,17 45:17 46:8 47:5,7,18 99:18 159:10 173:20 177:23 184:8,19 193:16,20 194:5

**septic** 56:18 66:17 112:21 116:19 117:3,6

**serosal** 55:20,24 56:5 80:23 133:17, 20,22 150:4

**serum** 117:20,21

**serve** 12:17

**serves** 49:3

**set** 19:6 76:9

**severe** 74:5 75:11 79:2 82:14 93:9, 12 113:2 132:3 138:14 147:17 148:23

171:4

**severely** 79:22

**shaped** 36:8,10

**share** 98:17

**sharing** 102:13 104:5 106:21 148:2
159:19

**shelved** 140:2

**shipment** 176:24

**shipped** 174:22

**shock** 112:21 116:19 117:3,6,8

**shore** 22:14 24:14

**shortly** 134:3

**show** 51:22 55:2 81:2 83:7,10 85:19
86:17 102:11,25 106:22 108:24
109:10,12

**showed** 47:17 53:4 55:19,20 78:4
80:24 92:3 108:17 169:10 185:12

**showing** 42:21 50:5,12,16 91:9,14,
18 107:19

**shown** 86:4

**shows** 63:18,23 65:7 90:24 106:6
126:11 149:21 194:4

**sic** 91:5,6

**sick** 96:22,23

**sicker** 181:23

**side** 123:4 139:18 155:15 156:18
168:13

**side-to-side** 80:10

**sides** 111:21

**sigmoid** 53:3,6,14 54:6 55:14,19
56:8 59:25 60:11,12 66:12 79:9,22
80:3,19,25 81:19 82:6 96:20 97:12
109:2,7 111:7 120:16 121:15 122:15
123:4 129:24 130:21 132:4,12,21
133:10,18,23 149:18,23 151:24 162:3
164:23 165:5 167:17 168:8,16 169:2
170:21 197:5,19 199:16,17 200:5,12,
23 201:12,13,25 202:5,9

**sigmoid's** 53:25

**sigmoidectomy** 56:12 131:12
132:13 133:8 149:14 150:3

**sigmoids** 168:24

**signed** 62:3

**significance** 86:25 131:24 133:13
146:19

**significant** 78:5 80:6 87:18,19
106:13 119:25 121:11,12,17 124:25
125:24 132:6

**signs** 43:6,9 46:11 112:17 113:20
114:21 115:11 151:12 169:10

**similar** 31:23 38:23 68:20 69:5 91:7
92:4,18 125:16,17 145:13,20,24
146:12,15 186:16 195:23

**similarities** 73:9

**similarly** 93:12

**simple** 60:2

**simply** 64:23 119:15

**simultaneously** 82:10

**single** 157:2 194:16 201:23

**singular** 60:5

**SIRS** 114:2,6,8

**SIRS's** 183:5

**situation** 28:17 36:9 37:3 38:13

**situations** 33:6

**size** 48:20 194:13

**slash** 57:12

**slightly** 113:21 114:21 163:25

**small** 52:5,7,10,19 56:4 57:15 58:11
75:10 76:8,20,22 81:25 82:9 95:24
108:25 109:11 110:22 129:4,17,20
130:2 131:9 132:18 133:6,18 149:22,
25 168:3 170:6,15

**smith** 5:1,14 6:1,13 7:1 8:1 9:1,19,20
10:1 11:1 12:1,11 13:1 14:1 15:1 16:1
17:1 18:1,6,8,16 19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1 41:1 42:1,13,14
43:1 44:1 45:1,10 46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1 54:1 55:1 56:1
57:1 58:1 59:1 60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1 75:1 76:1 77:1
78:1 79:1 80:1 81:1 82:1 83:1 84:1
85:1 86:1 87:1,6 88:1 89:1 90:1 91:1
92:1 93:1 94:1,21 95:1 96:1 97:1
98:1,19 99:1 100:1,16 101:1 102:1
103:1 104:1,24 105:1 106:1 107:1
108:1 109:1 110:1 111:1 112:1 113:1
114:1 115:1 116:1 117:1 118:1 119:1
120:1 121:1 122:1 123:1,25 124:1
125:1 126:1,17 127:1 128:1 129:1
130:1 131:1 132:1 133:1 134:1,6,17
135:1 136:1 137:1,23 138:1 139:1

140:1 141:1,19 142:1 143:1,13,15
144:1 145:1 146:1 147:1 148:1 149:1
150:1 151:1 152:1 153:1,13 154:1
155:1,6 156:1 157:1 158:1 159:1
160:1 161:1,9 162:1 163:1 164:1
165:1 166:1 167:1 168:1 169:1,8
170:1 171:1,6 172:1 173:1 174:1
175:1 176:1,14 177:1 178:1 179:1
180:1 181:1 182:1,15 183:1,23 184:1,
5 185:1 186:1 187:1 188:1 189:1
190:1 191:1 192:1 193:1 194:1 195:1
196:1 197:1 198:1 199:1 200:1 201:1
202:1

**Smith's** 152:19 191:12

**sold** 194:16,24

**sole** 7:17

**Solu-medrol** 34:22

**sort** 8:5 21:4 156:22 165:23 174:24

**sorts** 27:14 32:5

**soundness** 31:9

**source** 191:3

**spanning** 41:3 46:5

**speaking** 165:7

**specialty** 15:22

**species** 31:18 130:17

**specific** 11:18,19 12:21 27:17 32:7
72:4 114:7 187:23 199:18

**specifically** 13:14 90:21 97:7
143:10 148:20 153:12 182:14 197:5

**Specter** 6:14

**spend** 41:24

**spent** 19:11 89:16

**St** 17:14

**Stacey** 6:15 45:18 46:8,11 49:14,22
98:14 99:3,19 103:16 184:18 193:19

**Stacey's** 98:15

**stage** 116:20

**stages** 140:5

**stale** 169:5

**stamp** 175:14

**stamped** 100:16 101:9 102:4 103:7,9
175:14

**standard** 7:10 29:4 188:20

**standing** 134:14

**stands** 30:21 58:17,18

**start** 79:12 127:20,23 128:2,10
150:23

**started** 18:9 157:4 181:18 201:20

**starting** 13:17 43:16 45:15 101:12
125:10 146:3 155:11 184:7

**starts** 115:10 160:9 173:19

**state** 66:3 189:11

**stated** 66:19 129:21 137:23 138:12
188:2,7

**statement** 101:23 138:20 161:14
162:22

**States** 5:7 194:17,23

**stating** 38:21

**statisticians** 73:7

**Statpearls** 83:15 84:7,23

**staying** 149:4

**stenographic** 5:16

**Stephen** 5:13 9:19 42:14 165:11

**steroid** 34:12 59:16 60:24 81:15
96:22 123:10

**steroids** 26:19 27:2 28:11,14,23,25
29:2,14 30:2,6,13 48:22 95:2,9 96:9
97:3,5,15 121:7,20,21 123:6,23
151:21 166:7,9,11,12 171:11,19
172:3,4,11,12,14,22,24 179:9,18
180:7,19,20 181:2,14,24,25 184:6
185:20 196:17 197:2,16,22 198:9

**sticking** 111:21

**stoma** 129:12 130:8

**stomach** 95:22 163:23 164:20

**stool** 150:12

**stop** 43:12,13 102:12 104:4 106:20
147:25 157:9 159:19

**straight** 45:5

**strange** 130:4 134:23 164:8

**strength** 102:24 104:11

**stress** 61:9

**strike** 117:11 131:25

**strokes** 81:3

**strong** 53:24 101:19 196:21 198:6
199:8,11

**strongly** 54:24

**structures** 167:11

**studied** 38:5 64:24 68:16 69:4
136:19 147:8

**studies** 38:12 63:3,8,12 64:3,14,18
71:9,13,18,22,24 72:3,4,7,9,21,23
91:18 92:3,7,15 93:10 142:14 143:9
144:11,12 165:25 168:22

**study** 38:7,14 62:16 63:15,18,22
64:2 68:19 69:10 91:13 142:22
143:16,24 145:7 146:20,23 147:5,12,
20 195:21 196:2

**stuff** 140:17 173:7 184:11

**sub-experts** 89:14

**subacute** 17:21

**subjects** 136:14

**submit** 127:11

**subset** 62:13

**subspecialty** 15:11,22

**substance** 115:21 150:18

**subtle** 23:10 33:9

**sued** 16:9

**suffer** 39:14 95:2 96:10 147:23

**suffered** 60:21 96:9

**suffering** 59:12 78:16

**suggest** 49:5

**suggested** 51:7

**suggesting** 37:8,13 121:20

**summarizes** 128:16

**summary** 43:4 131:5,6,16

**Sundays** 19:3

**super** 118:3 123:2 126:14

**supplemental** 41:16 57:20 126:19,
22 127:6,11 134:5,10,12,14 141:21
146:2,13 148:5,16 152:3,23 153:15,
18 157:13,25 159:17,21

**supplies** 167:11

**support** 54:8 81:5,6 147:13,22
168:22 185:2

**supporting** 199:15

**supports** 82:16

**suppresses** 136:3

**suppression** 27:19

**surface** 55:23,24,25 133:17,20,22
150:4

**surfaces** 56:5 80:23

**surgeon** 52:10 54:2,16,18,23 55:14
59:19 79:13,17 80:14 108:18 129:19
133:15 169:2

**surgeon's** 79:7 131:13 164:15

**surgeons** 121:13

**surgery** 53:20 78:23 80:9 115:9
129:11

**surgical** 80:8 81:4 129:4 132:17

**surmises** 137:23

**surnamed** 117:25

**surprise** 72:8

**surprised** 72:25 130:23,25 139:3
146:16 148:15 160:17

**surprising** 59:13 126:14

**survive** 113:12

**Susan** 5:21 93:23 127:7 152:11

**susceptible** 162:6

**suspicion** 75:25 76:2

**Sutter** 54:20,22 55:10 56:12 60:12
79:21 80:6 129:24

**swear** 6:5

**sworn** 6:8

**symptoms** 75:21

**syndrome** 39:10

**system** 17:17 18:14 27:20 137:4
183:6

**systemic** 111:17

---

**T**

**tab** 72:19

**table** 43:21 44:10 98:5 104:8 106:5
158:21,22,25 159:23 193:18

**tables** 97:25

**tablet** 49:9 50:21 51:4,8,15 194:8,16
195:4,8

**tablets** 33:23 35:10,16 44:13,17
45:25 48:14,21 49:18 51:12 98:9
100:4 104:9,17,18 105:25 106:2,5,7
125:4 177:13 193:19

**tabs** 99:6,9 193:14 194:4 195:17

**TAF** 103:18

**tafenoquine** 39:20 44:13,17 45:25
48:12,25 49:8,11 61:20,23 62:7 63:5,
15,19,23 64:4,13,24 65:7,10,13,17,
21,23 66:6,20 67:4,6 68:6,11 69:6,15,
21 71:9,14,23 72:11 73:20 75:2 90:20
91:7,25 92:13,21 98:9 102:24 104:25
105:6 106:16 112:7 124:7,11,13,14,
18,25 125:17,18,25 135:2,7,10,20
137:15,25 138:4,5,9,10,21 139:9
140:6 141:6 142:9,15 143:6 186:2,7,
17,23 188:3,11,24 189:15 192:20
193:14,16,19 194:5,24 195:4

**takes** 28:20 90:25

**taking** 39:13 44:12 47:9 48:9,19,20,
21,25 69:4,23 70:3 71:22 72:10 90:22
105:12 118:17 124:16 136:14,17
192:3,4

**talk** 21:12 27:14 112:21 119:19
149:18,23 160:9 167:24 168:9,11,17,
19 169:2 197:25

**talked** 48:22 71:19 90:19 96:16
122:19,20 135:18,19

**talker** 95:4

**talking** 20:10 23:16,17 31:14 40:6
49:25 64:10,12 76:19 86:7,8 87:9
95:22 109:17 123:7 150:10 163:7,9,
10 167:25 189:6 192:14,19 195:18
197:11

**talks** 150:18 155:13

**tan** 55:20 56:8

**TCC** 171:13,20 172:5,24 174:16,18
176:24 177:4 178:20 180:6,18,21,23
181:2,9 182:5

**team** 33:4

**technically** 88:8

**teeter** 43:23 171:11,21 172:4,12,15,
23 174:2,3,9,12 175:4 177:5,20
178:2,22 179:2,10,20 180:10,13
181:13,16 182:4,8 184:6

**temperature** 89:8 114:25

**ten** 8:25 35:9,15 39:16,18 94:3
156:19

**ten-minute** 94:4

**tend** 111:14 170:7

**term** 14:14 15:25 22:19,22 29:20
51:19,21 52:9,14 57:11 58:21 77:7
109:22 110:18 111:15 113:3 117:12

**terminal** 58:22

**terminology** 76:24 191:17

**terms** 52:3

**territory** 150:15

**testified** 6:9 8:12 10:22 79:16 121:16
124:2 127:3 133:2 138:3 171:7,9
183:17 184:12

**testify** 7:9,13 8:8

**testifying** 7:5

**testimony** 45:7 94:23 95:4 98:11
102:14,17 107:15 110:5 124:10
127:13 196:14

**text** 176:21

**textbook** 24:24 25:5,11

**thankfully** 115:10

**theory** 30:6 31:9 165:19

**therapeutic** 111:18

**therapy** 26:22 29:6 115:8 116:6

**thickening** 76:12,15,17 77:6,13,23
82:20,23 83:6,19 84:25 85:12,23
86:8,12,18,25 107:10,20,24 108:2,25
109:10,13,23

**thing** 7:25 30:20 33:15 48:4 55:13
76:12,20 80:3,19 88:24 89:20 107:19
113:14 132:9 147:16 156:13,23 166:9
168:5 198:12 200:25

**things** 21:11 30:3 32:5 36:8,20 41:4
51:10 53:14 77:4 89:8,11,17 97:6,8,
20 115:3 133:14 135:24 136:2 157:3
162:19,25

**thinking** 16:15 145:16

**thought** 8:19 51:9,11 112:18 134:22
140:18 147:2 154:13 157:19 164:7
165:8 195:11 200:18

**thoughts** 96:16

**thousand** 115:25 116:16 144:19
145:2,8,9 147:2,4,10,20 156:17

**thousands** 183:2,7

**three-doctor** 17:11

**three-mid-level** 17:11

**three-way** 108:16

**thrown** 114:3

**ticular** 121:5

**till** 180:8,20

**time** 5:10 15:2 19:2,10,17 20:13,15
21:19 38:6,10 41:24 51:3 53:19 56:23
66:9 72:5 89:17 94:12,16 99:14
105:13 114:4 122:14 140:19 142:16
148:23 153:6 154:10,11 171:12
172:23 179:11 202:17,20

**timeline** 184:8

**times** 8:16 10:22 20:16 40:2,4 84:20
104:18 105:21 119:15 122:2 138:12

**tissues** 167:10

**title** 83:24 196:2,5

**titled** 143:16

**today** 6:16 9:4

**Today's** 5:9

**told** 65:13,17

**tomorrow** 99:21 176:24 180:18

**top** 25:20 29:23 38:19 44:19 56:6
65:8 70:3,4 93:18 103:17

**topic** 84:13

**total** 8:20 103:25 104:13 118:5,18
119:16 174:19 181:7

**totally** 153:21

**totals** 48:8

**touched** 172:17

**tough** 30:20 47:20 122:16 131:17
133:24

**toxicities** 134:25 138:20 139:8,11
156:23

**toxicity** 71:10 73:20 139:5,12 142:9
155:12

**tracheostomy** 129:13

**track** 40:10

**tract** 52:16 57:9,13,18 59:6 82:3
90:14 95:11,20,21,25 96:17,18 110:3
122:21 161:21 163:9 166:21 167:24
169:14 197:25

**traditionally** 119:3

**trained** 14:20 88:7 110:19 148:20

**transcript** 154:4

**transient** 113:14

**transverse** 80:16

**trauma** 96:14 121:24

**treat** 14:22,23 18:15 19:7 58:5
182:16

**treated**  21:14,19 22:4 29:25 56:21
78:15 148:22 160:10,12 182:17,24
201:2

**treating**  32:14 151:4

**treatment**  19:10 24:10 27:3 29:5
31:5,19 39:24 62:6 105:7,9 150:23

**treatments**  24:22 64:9

**trial**  8:13 9:6,20 10:23 11:11

**trials**  8:18 71:14 73:8,10,13,16

**trivial**  129:8

**true**  36:19 44:7 157:5 169:16,19
170:3,25

**trust**  126:2,10

**tschüss**  150:14

**tube**  169:22

**tuberculosis**  29:2,8

**Tunkhannock**  5:23 166:12 171:13
174:3,10,16 178:3,19 182:8 184:7

**turned**  47:25

**two-and-a-half**  105:21

**two-plus**  20:14

**Tylenol**  136:2

**type**  107:25 120:9 121:3 130:5
170:15

**types**  12:4 14:19 21:7 28:10,16,18
58:19 118:2,16 119:5,14

**typhlitis**  89:20 110:24

**typically**  12:13 52:10 53:13 78:9
115:20 116:2 118:4 170:17

---

**U**

**U.S.**  161:24

**UA**  22:16

**uh-oh**  116:4

**ulcer**  57:19 58:3 95:12 161:20
164:17 167:15,17 198:2

**ulcerative**  58:20

**ulcers**  122:22

**Um-hmm**  101:8,15 106:3

**uncited**  165:6,7

**uncommon**  170:5,20

**understand**  6:17,22 8:7 10:14 61:21
65:22 66:22 90:16 91:2 107:16,25
122:16 123:13 149:18 165:2 166:2
171:22 184:21 188:15 189:5 195:16
196:16

**understanding**  36:23 189:23

**understood**  107:17 110:18

**unique**  55:13

**United**  5:7 194:17,23

**unknown**  67:25 68:9,15,25 74:3
134:20 136:2 137:14

**untitled**  158:21

**unusual**  88:15 89:10

**up-to-date**  24:23 149:5

**upfront**  6:21 26:19,20

**upper**  57:13 95:11,20,21,25 96:17,18
98:21 103:11 122:21 161:21 163:21
166:20 167:20 197:25

**Urban**  18:8

---

**V**

**Valhalla**  126:7

**values**  43:5

**varying**  140:24

**vasopressor**  117:7

**vast**  116:10 168:7

**vector-borne**  26:6,10 27:23 28:4,6
126:5,9

**versed**  148:19

**verses**  5:12

**versus**  35:6 105:9 108:9 171:20

**vessels**  111:22

**video**  5:6,10 94:13,18 202:18

**view**  33:7 77:10

**views**  23:22

**vignettes**  84:7

**viscus**  108:19 161:12 164:9

**vital**  112:17 113:20 114:21 115:11
151:12

---

**W**

**wait**  27:2

**walking**  163:12

**wall**  76:6,12,14,17 77:6,13,23 82:20,
23 83:5,19 84:25 85:12,23 86:8,11,
17,25 107:9,20,24 108:2,25 109:10,
12,23 169:21,25

**walls**  76:8

**wanted**  8:7 13:16 62:12 144:21
153:5 154:3,17,18 195:13

**warnings**  71:3

**ways**  11:25

**weak**  120:25 197:16

**web**  72:15

**website**  25:2

**week**  19:23 20:10,11 32:11 106:17
128:21

**weekends**  20:12

**weekly**  105:16

**weeks**  105:16 172:13

**weird**  15:21 38:7 144:17 157:19
162:23

**Westchester**  126:7

**whichever**  113:3

**white**  43:8 55:20 56:8 68:22 111:20
112:19 113:13,17 114:17 115:22,23
116:2,15 117:15,21,23,24 118:3,5,6,
16,18,19,22 119:6,8 144:18,25 145:7
146:19,21,24,25 147:3,9

**widespread**  56:11 81:12

**wife**  18:3

**Williams**  34:15 38:20,22 120:6,19
123:2 148:15,17 149:13 150:17
151:13 154:8,21 155:10,12 156:25
165:9 196:21,23 198:14

**Williams'**  59:14 81:14 148:5 151:20
165:20

**Wolking**  5:12 6:15 33:22 42:24
44:12,16 45:18 46:9 48:24 49:15,22
53:10 56:17 60:21 69:16 72:23 77:15
78:16 90:22 92:5,18 98:14 99:19
101:25 102:23 103:17 105:24 108:15,
24 112:25 113:20 120:2,14 121:12,13
124:24 128:20 130:14 131:10 138:22
143:8 146:20 147:22 159:3,14 164:11
169:15 173:25 174:23 175:6 177:4,
12,18,24 178:7,11,13,24 179:24
180:7 181:8,25 186:13 200:6 201:11

**Wolking's**  7:13,18 44:22 47:24

59:11 60:15 66:11 67:25 68:9,15,24
74:3,5 77:24 79:9,24 93:8 114:17
116:24 124:4 128:16 129:15,24 132:4
163:2 169:10 175:25 182:10 201:13

**WOLKING-LINDNER** 45:15 50:13
100:24,25 102:4 103:9 175:15

**Wolkings** 5:19

**women** 136:13

**word** 57:12 90:4 139:6

**wording** 145:16

**words** 49:6 74:25 86:21 110:14
112:10 115:18 147:7 171:12,20 172:2
177:22 178:23 179:12 191:18 196:22

**work** 16:18 20:16,24 36:21 40:12,16
123:20

**worked** 89:3 126:6

**working** 20:2 106:6

**works** 123:19 137:2

**world** 136:8 160:20

**worms** 29:22

**worry** 28:7

**write** 48:15

**writer** 18:20

**writes** 99:19

**writing** 30:4 40:20 41:5,25

**written** 33:25 40:12,16 84:11,15
132:16 176:22

**wrong** 44:3 72:19 84:20 135:14
142:13 158:4,7 165:6,11,13 195:10,
16

**wrote** 41:13 45:18 56:23 70:23 148:7
151:13 198:14

---

**X**

---

**X-RAYS** 108:17

---

**Y**

---

**year** 89:5 136:22

**years** 8:11,18,19 16:14 18:18 21:20,
23 22:11,17 39:17,18,19 84:15
160:12

**Youngs** 5:21 6:23

---

**Z**

---

**Zoom** 5:11

**Stephen M. Smith, M.D.**
**154 Old Chester Road**
**Essex Fells, New Jersey 07021**

**Curriculum Vitae**

**July 21, 2023**

**Date of Birth:**

September 19, 1963

**Office Address:**

189 Eagle Rock Avenue
Roseland, New Jersey 07068
Phone: 973-980-0195
Fax: 973-774-1920

**EDUCATION:**

| | |
|---|---|
| 1985 - | A.B. – Duke University (Mathematics) |
| 1989 - | M.D. – Yale University School of Medicine |

**POSTDOCTORAL TRAINING:**

| | |
|---|---|
| 1989 – 1991 - | Resident, Internal Medicine, University of Virginia Hospital, Charlottesville, VA. |
| 1992 (Jan. – Jun.) - | Resident, Internal Medicine, St. Michael's Medical Center, Newark, NJ. |
| 1992 – 1995 - | Medical Staff Fellow in Infectious Diseases, National Institute of Allergy and Infectious Diseases, Bethesda, MD. |
| 1995 – 1996 - | Post-Doc, Molecular Virology Section, Laboratory of Molecular Microbiology, National Institutes of Allergy and Infectious Diseases, Bethesda, MD. |
| 1996 - 1998 - | Research Scientist, Laboratory of Animal Models of AIDS, Aaron Diamond AIDS Research Center, Tuxedo and Manhattan, NY. |

**LICENSURE:**

| | |
|---|---|
| 1996 – present | New Jersey Medical License: MA060236. |

Stephen M. Smith, MD – 2023 CV

## CERTIFICATIONS:

| 1986 - | Part I of the National Board of Medical Examiners. |
| 1989 - | Part II of the National Board of Medical Examiners. |
| 1990 - | Part III of the National Board of Medical Examiners. |
| 1992 - | Internal Medicine Board Certification (ABIM#: 145346). |
| 1994 - | Infectious Diseases Board Certification. |
| 2004 - | Infectious Diseases Board Re-Certification. |
| 2014 - | Infectious Diseases Board Re-Certification. |

## NARCOTICS CERTIFICATION:

New Jersey C.D.S.- D070063
New Jersey DEA- BS4934255

## UNIVERSITY APPOINTMENTS:

| 1998- 2009 | Seton Hall School of Graduate Medical Education- Assistant Professor, Internal Medicine. |
| 1999- 2015 | University of Medicine and Dentistry of New Jersey, Department of Preventive Medicine and Community Health – Assistant Professor. |

## POSITIONS:

| 1998- 2008 | Program Director, Infectious Diseases, St. Michael's Medical Center. |
| 2000- 2008 | Chief, Infectious Diseases, Saint Michael's Medical Center. |
| 2000- 2009 | Medical Director, Peter Ho Memorial Clinic, Saint Michael's Medical Center. |
| 2009-present | Executive Director and Founder, Smith Center for Infectious Diseases & Urban Health, East Orange, New Jersey. |
| 2010-present | Physician, Infectious Disease Specialists, LLC., Roseland, New Jersey. |
| 2010-2016 | Member, Board of Trustees, Essex County Medical Society. |
| 2011-2016 | Secretary, Board of Trustees, Essex County Medical Society. |

2

Stephen M. Smith, MD – 2023 CV

## HONORS AND COMMITTEES:

| | |
|---|---|
| 1982 | Phi Eta Sigma, Duke University |
| 1982-1985 | Dean's List, Duke University |
| 1985 | Magna Cum Laude, Duke University |
| 1989 | Nicholas J. Giarman Prize for Outstanding Medical Student Thesis, Yale University |
| 1999-2008 | Seton Hall University, Committee on Graduate Medical Education |
| 1999-2001 | Academy of Medicine of New Jersey, Committee on Graduate Medical Education |
| 2001-2009 | Infection Control Committee, Saint Michael's Medical Center, Newark, New Jersey |
| 2001-2009 | Pharmacy and Therapeutics Committee, Saint Michael's Medical Center, Newark New Jersey |
| 2001-2020 | Newark E.M.A. Care and Treatment Committee, Ryan White Title I Network |
| 2004-present | New York Metro Area Top Doctor Award, Castle Connolly, Category of Infectious Diseases |
| 2005-2020 | AIDS Drug Distribution Program of New Jersey, Advisory Committee |
| 2006-2020 | New Jersey State Board of Medical Examiners, Infectious Diseases Consultant |
| 2008-2020 | Newark E.M.A. HIV Health Services Planning Council Member, Ryan White Part A Network |
| 2009-2010 | Trustee, North Ward Center, Newark, New Jersey |
| 2010-2020 | Trustee, Essex County Medical Society, Verona, New Jersey |
| 2010-present | New Jersey Monthly Top Doctor, Infectious Diseases |
| 2011-2015 | Trustee, North Ward Center, Newark, New Jersey |
| 2012 | Delta Award, Essex County Medical Society of New Jersey |

Stephen M. Smith, MD – 2023 CV

| 2015 | Distinguished Health Care Service Awards, Boy Scouts of America, Northern New Jersey Council |
| 2017 | Pioneer of Philanthropic Service Award, Bayat Foundation |
| 2021 | The Distinguished Alumni Award from the Alumni Association of Montclair Kimberley Academy |

## MEDICAL STAFF APPOINTMENTS:

| 1996-2020 | Saint Michael's Medical Center, Newark, New Jersey. |
| 1996-present | Saint Barnabas Medical Center, Livingston, New Jersey. |
| 2010-present | East Orange General Hospital, East Orange, New Jersey. |
| 2010-present | Clara Maass Medical Center, Belleville, New Jersey. |
| 2010-2020 | Newark Beth Israel Medical Center, Newark, New Jersey. |
| 2011-2016 | University Hospital, Newark, New Jersey. |

## SOCIETIES:

| 1995 – present | Infectious Diseases Society of America. |
| 1998 – present | Infectious Diseases Society of New Jersey. |
| 1998 – 2020 | Infectious Diseases Society of New York. |

## GRANTS:

1. 2000-2002 – Principal Investigator (Grant number: 1 R21 AI 46316-01A1 ZRG1), National Institutes of Health, AIDS Vaccine Innovation Grant Program. Direct Costs- $150,000 per year.

2. 2000-2007 – Co-PI, National Institutes of Health, Effects of Estrogen and Progesterone on SIV Vaginal Transmission (Grant number: 5 RO1 AI41952-04A1). Direct Costs- $101,000 per year.

3. 2000-2009 - Principal Investigator, Ryan White Title III grant for Early Intervention Services Program, last year's funding, $689,240.00.

4. 2001-2009 - Principal Investigator, Ryan White Title I HIV Emergency Relief Grant, last year's funding, $1,045,255.00.

5. 2001-2009 - Principal Investigator, New Jersey Early Identification and Treatment Program/Counseling and Testing Service, 2004 funding, $797,550.00.

Stephen M. Smith, MD – 2023 CV

6.  2002-2004- Principal Investigator, New Jersey Healthcare Foundation's HIV/Hepatitis C Clinic grant, 2004 funding, $76,875.00.

7.  2004-2009- Principal Investigator, Centers for Disease Control HIV Prevention Grant, 2004 funding, $473,621.00.

8.  2006-2008- Co-PI, National Institutes of Health, Bench-to-Bedside Award, "The effect of HIV-1 on Endogenous miRNA expression *in vivo*", $100,000 per year.

9.  2007-2009- Consultant Principal Investigator- International Partnership for Microbicides, "Topical estriol of vaginal health".

10. 2010-present- Executive Director, Smith Center for Infectious Diseases and Urban Health, Ryan White Part A HIV Emergency Relief Grant, $450,000 per year.

## PATENTS:

1.  Inventor, U.S. Patent number 6,521,739, Complete genome sequence of a simian immunodeficiency virus from a red-capped mangabey. February 19, 2003.

2.  Inventor, U.S. Patent number 6,541,003, Conditionally controlled, attenuated HIV vaccine. April 1, 2003.

3.  Inventor, U.S. Patent number 8,747,862, Pathogenic west African human immunodeficiency virus type 2 (HIV-2) group F isolate. June 10, 2014.

4.  Inventor, U.S. Patent number 9,650,435, Monoclonal antibodies directed against a novel pathogenic west African human immunodeficiency virus type 2 (HIV-2) group F isolate.  May 15, 2017.

## EDITORSHIPS and REVIEWERSHIPS:

1.  Section Editor (2002-2004), Current Treatment Options in Infectious Diseases, Virology Section, Current Science Inc, Philadelphia, PA.

2.  Reviewer, (2000-present), Journal of Biological Chemistry, American Society for Biochemistry and Molecular Biology, Bethesda, MD.

3.  Editor, (2004-present), Retrovirology, BioMed Central Ltd, London, UK.

4.  Reviewer, (2004-present), Annals of Internal Medicine, Philadelphia, PA.

5.  Reviewer, (2002-present), Journal of Infectious Diseases, Chicago, IL.

6.  External reviewer (2005), Faculty Promotions Committee, Dartmouth Medical School, Lebanon, NH.

Stephen M. Smith, MD – 2023 CV

7. Grant Reviewer (2006), Immunology and Infectious Diseases, The Wellcome Trust, London, England, UK.

8. Study Section Reviewer, RFA-AI-06-009: Novel HIV Therapies-Integrated Preclinical/Clinical Program (IPCP), October 24-25, Washington, D.C.

9. Abstract Reviewer, International AIDS Society Meeting, Sydney, Australia, July 2007.

10. Reviewer (2007-present), European Journal of Pediatrics, Berlin, Germany.

11. Reviewer (2007-present), The Lancet, Oxford, United Kingdom.

12. Abstract Reviewer, AIDS 2008 in Mexico City, Mexico.

13. Reviewer (2009-present)- Infection, Genetics, and Evolution, Elsevier.

14. Abstract Reviewer, International AIDS Society Meeting, Cape Town, South Africa, July 2009.

15. Abstract Reviewer, International AIDS Society Meeting, Vienna, Austria, July 2010.

16. Editorial Board member and contributor, Infectious Disease News, 2011-present.

17. Reviewer, Journal of Medical Virology, 2020-present.

18. Reviewer, Frontiers in Endocrinology, 2020-present.

19. Reviewer, American Journal of Physiology-Endocrinology and Metabolism.

20. Reviewer, BMJ Open Diabetes Research & Care, 2020-present.

21. Reviewer, Journal of Diabetes, 2020-present.

## ADVISORY BOARDS:

1. Elusys Scientific Advisory Board- 2005-2008.

2. Peregrine Scientific Advisory Board- 2005-2013.

3. Koronis Clinical Advisory Board- 2006-2013.

## CLINICAL TRIAL PRINCIPAL INVESTIGATOR:

1. KP-1461: A Double-Blind, Placebo-Controlled, Dose-Escalation Study of the Safety, Tolerability, and Pharmacokinetics of Multiple Oral Doses of KP-1461 in HIV+ Adults Who Have Failed Two or More Highly Active Antiretroviral Regimens (HAART), Koronis Pharmaceuticals, Inc.

Stephen M. Smith, MD – 2023 CV

2.  PPHM 0603 A Phase Ib Open-Label, Escalating Repeat-Dose Trial of Bavituximab (Chimeric Anti-Phosphatidylserine Monoclonal Antibody) in Patients Co-Infected with Hepatitis C Virus and Human Immunodeficiency Virus, Peregrine Pharmaceuticals, Inc.

3.  KP-1461-102, study phase: 1b, An Open-Label Study to Evaluate KP-1461 as Monotherapy for 124 days in Antiretroviral Treatment-Naïve, HIV-1–infected Subjects Who Do Not Meet Current Guidelines for Initiation of Highly Active Antiretroviral Therapy, Koronis Pharmaceuticals, Inc.

4.  TMC114-C214:  A randomized, controlled, open-label trial to compare the efficacy, safety, and tolerability of TMC114/RTV versus LPV/RTV in treatment-experienced HIV-1 infected subjects, Tibotec, Inc.

5.  TMC114-TiDP31-C229 - A randomized, open-label trial to compare the efficacy, safety and tolerability of DRV/rtv (800/100 mg) q.d. versus DRV/rtv (600/100 mg) b.i.d. in early treatment-experienced HIV-1 infected subjects, Tibotec, Inc.

6.  TMC 125-C216:  A Phase III Randomized, Double-Blind, Placebo-Controlled Trial to Investigate the Efficacy, Tolerability and Safety of TMC125 as part of an ART Including TMC114/RTV and an Investigator- Selected OBR Regimen in HIV-1 Infected Patients with Limited Treatment to No Treatment Options, Tibotec, Inc.

7.  TMC 125-C217: An open-label trial with TMC125 as part of an ART including TMC114/rtv and an investigator selected OBR in HIV-1 infected subjects who participated in a DUET trial, Tibotec, Inc.

8.  TMC125-C223:  A randomized, controlled, partially blinded Phase IIb dose-finding trial of TMC125 in HIV-1 infected subjects with documented genotypic evidence of resistance to currently available NNRTIs and with at least three primary PI mutations, Tibotec, Inc.

9.  TMC125-C229:  An open-label trial with TMC125 in HIV-1 infected subjects, who were randomized to a TMC125 treatment arm in a sponsor-selected TMC125 trial and were treated for at least 48 weeks, Tibotec, Inc.

10. TMC114 HIV3004: An open-label, multicenter trial to compare the efficacy, safety, and tolerability of Prezista/r by Gender and Race, when administered in combination with an individually optimized background regimen over a 48 week treatment period (**GRACE**), Tibotec, Inc.

11. AVX-301: A phase 2b/3, randomized, double blind, dose confirming study of the safety, efficacy and tolerability of apricitabine versus lamivudine in treatment-experienced HIV-1 infected patients with the M184V/I mutation in reverse transcriptase, Avexa Limited.

12. ACH443-015:  A Phase II, Randomized, Blinded, 12-Week Comparison of Elvucitabine in Combination with Efavirenz and Tenofovir versus Lamivudine in Combination with Efavirenz and Tenofovir in HIV-1 Infected,

Treatment-Naïve Subjects, with a 84-week Extension Treatment Period, Achillion Pharmaceuticals, Inc.

## BIBLIOGRAPHY:

1.    Becker DM, Habib-Hong S, Smith SM. Eosinophilia, myalgia associated with L-tryptophan use: case report. Va Med. 1990 Feb;117:68–70.

2.    Smith SM, Lee DK, Lacy J, Coleman DL. Rat tracheal epithelial cells produce granulocyte/macrophage colony-stimulating factor. Am J Respir Cell Mol Biol. 1990 Jan;2(1):59–68.

3.    Dropulic B, Smith SM, Jeang KT. Activation and inactivation of gene expression using RNA sequences. Adv Pharmacol. 1994;30:247–70.

4.    Lustig B, Lin NH, Smith SM, Jernigan RL, Jeang KT. A small modified hammerhead ribozyme and its conformational characteristics determined by mutagenesis and lattice calculation. Nucleic Acids Res. 1995 Sep 11;23(17):3531–8.

5.    Smith SM, Markham RB, Jeang KT. Conditional reduction of human immunodeficiency virus type 1 replication by a gain-of-herpes simplex virus 1 thymidine kinase function. Proc Natl Acad Sci USA. 1996 Jul 23;93(15):7955–60.

6.    Benkirane M, Neuveut C, Chun RF, Smith SM, Samuel CE, Gatignol A, et al. Oncogenic potential of TAR RNA binding protein TRBP and its regulatory interaction with RNA-dependent protein kinase PKR. EMBO J. 1997 Feb 3;16(3):611–24.

7.    Smith SM, Maldarelli F, Jeang KT. Efficient expression by an alphavirus replicon of a functional ribozyme targeted to human immunodeficiency virus type 1. J Virol. 1997 Dec;71(12):9713–21.

8.    Georges-Courbot MC, Lu CY, Makuwa M, Telfer P, Onanga R, Dubreuil G, et al. Natural Infection of a Household Pet Red-Capped Mangabey (Cercocebus torquatus torquatus) with a New Simian Immunodeficiency Virus. J Virol. 1998 Jan;72(1):600–8.

9.    Smith SM, Makuwa M, Lee F, Gettie A, Russo C, Marx PA. SIVrcm infection of macaques. J Med Primatol. 1998 Jun;27(2–3):94–8.

10.   Kakimoto WM, Gettie A, Smith S, Donahoe SM, Jin X, Marx P, et al. Comparison of restimulation methods to elicit SIV specific cytotoxic T-lymphocytes (CTL) in vitro: Staphylococcal enterotoxin B (SEB) provides a novel method for the quantification of SIV specific CTL precursors. Immunol Lett. 1999 Mar;66(1–3):135–40.

11.   Smith SM, Holland B, Russo C, Dailey PJ, Marx PA, Connor RI. Retrospective analysis of viral load and SIV antibody responses in rhesus macaques infected with pathogenic SIV: predictive value for disease progression. AIDS Res Hum Retroviruses. 1999 Dec 10;15(18):1691–701.

Stephen M. Smith, MD – 2023 CV

12.    Abu-ata O, Slim J, Perez G, Smith SM. HIV therapeutics: past, present, and future. Adv Pharmacol. 2000;49:1–40.

13.    Giordano V, Jin DY, Rekosh D, Jeang KT. Intravirion targeting of a functional anti-human immunodeficiency virus ribozyme directed to pol. Virology. 2000 Feb 15;267(2):174–84.

14.    Smith SM, Jeang KT. Strategies and applications of alphavirus vectors in gene therapy. In: Viral Vectors: Basic Science and Gene Therapy. 1st ed. Natick, MA: Eaton Publishing; 2000. p. 565–73.

15.    Smith SM, Baskin GB, Marx PA. Estrogen protects against vaginal transmission of simian immunodeficiency virus. J Infect Dis. 2000 Sep;182(3):708–15

16.    Finkel, DG S SM. Osteomyelitis and Septic Arthritis. In: Review Manual in Infectious Diseases. Castle Connolly Graduate Medical Publishing; 2001. p. 1–30.

17.    Smith SM, Khoroshev M, Marx PA, Orenstein J, Jeang KT. Constitutively dead, conditionally live HIV-1 genomes. Ex vivo implications for a live virus vaccine. J Biol Chem. 2001 Aug 24;276(34):32184–90.

18.    Sumaraju V, Smith LG, Smith SM. Infectious Complications In Asplenic Hosts. Infectious Disease Clinics of North America. 2001 Jun;15(2):551–65.

19.    Baskin GB, Smith SM, Marx PA. Endometrial hyperplasia, polyps, and adenomyosis associated with unopposed estrogen in rhesus monkeys (Macaca mulatta). Vet Pathol. 2002 Sep;39(5):572–5.

20.    Ignatius R, Tenner-Racz K, Messmer D, Gettie A, Blanchard J, Luckay A, et al. Increased macrophage infection upon subcutaneous inoculation of rhesus macaques with simian immunodeficiency virus-loaded dendritic cells or T cells but not with cell-free virus. J Virol. 2002 Oct;76(19):9787–97.

21.    Smith SM. HIV vaccine development in the nonhuman primate model of AIDS. J Biomed Sci. 2002 Apr;9(2):100–11.

22.    Finkel DG, John G, Holland B, Slim J, Smith SM. Women have a greater immunological response to effective virological HIV-1 therapy. AIDS. 2003 Sep 5;17(13):2009–11.

23.    Smith SM, Pentlicky S, Klase Z, Singh M, Neuveut C, Lu C, et al. An in vivo replication-important function in the second coding exon of Tat is constrained against mutation despite cytotoxic T lymphocyte selection. J Biol Chem. 2003 Nov 7;278(45):44816–25.

24.    Apetrei C, Marx PA, Smith SM. The evolution of HIV and its consequences. Infectious Disease Clinics. 2004 Jun 1;18(2):369–94.

25.    Smith SM. HIV CTL escape: at what cost? Retrovirology. 2004 May 12;1:8.

26.    Smith SM. Pre-exposure chemoprophylaxis for HIV: It is time. Retrovirology. 2004 Jul 6;1(1):16.

27.    Smith SM, Mefford M, Sodora D, Klase Z, Singh M, Alexander N, et al. Topical estrogen protects against SIV vaginal transmission without evidence of systemic effect. AIDS. 2004 Aug 20;18(12):1637–43.

28.    Singh M, Jeang K-T, Smith SM. HIV vaccine development. Front Biosci. 2005 Sep 1;10:2064–81.

29.    Smith SM. New York City HIV superbug: fear or fear not? Retrovirology. 2005 Mar 2;2(1):14.

30.    Smith SM, Donio MJ, Singh M, Fallon JP, Jitendranath L, Chkrebtii N, et al. Prevalence of GB virus type C in urban Americans infected with human immunodeficiency virus type 1. Retrovirology. 2005 May 31;2:38.

31.    Smith SM, Singh M, Jeang K-T. A vaccine for HIV /AIDS. In: Encyclopedia of Molecular Cell Biology and Molecular Medicine [Internet]. Verlag: WILEY-VCH; 2005 [cited 2019 Jun 17]. Available from: https://emedicine.medscape.com/article/216993-print

32.    Soosaipillai I, Smith SM. Impact of the New Guidelines for the Use of Anti-Retroviral Agents in HIV-1-Infected Adults and Adolescents. New Jersey AIDSline. 2005;(1):14–7.

33.    Klase Z, Donio MJ, Blauvelt A, Marx PA, Jeang K-T, Smith SM. A peptide-loaded dendritic cell based cytotoxic T-lymphocyte (CTL) vaccination strategy using peptides that span SIV Tat, Rev, and Env overlapping reading frames. Retrovirology. 2006 Jan 6;3:1.

34.    Smith SM. The pathogenesis of HIV infection: stupid may not be so dumb after all. Retrovirology. 2006 Sep 8;3(1):60.

35.    Murphy E, Smith SM. HIV Treatment Update. New Jersey AIDSLine. 2007;1:3–10.

36.    TMC125-C223 Writing Group, Nadler JP, Berger DS, Blick G, Cimoch PJ, Cohen CJ, et al. Efficacy and safety of etravirine (TMC125) in patients with highly resistant HIV-1: primary 24-week analysis. AIDS. 2007 Mar 30;21(6):F1-10.

37.    Houzet L, Yeung ML, de Lame V, Desai D, Smith SM, Jeang K-T. MicroRNA profile changes in human immunodeficiency virus type 1 (HIV-1) seropositive individuals. Retrovirology. 2008 Dec 29;5(1):118.

38.    Murphy E-M, Jimenez HR, Smith SM. Current clinical treatments of AIDS. Adv Pharmacol. 2008;56:27–73.

39.    Smith SM, Christian D, de Lame V, Shah U, Austin L, Gautam R, et al. Isolation of a new HIV-2 group in the US. Retrovirology. 2008 Nov 14;5(1):103.

40.    Smith SM. Chronic Pneumonia for the ID Boards. In: Educational Review Manual in Infectious Diseases. Castle Connolly Graduate Medical Publishing; 2009.

41.    Smith SM. Response-guided therapy may be effective for patients coinfected with HIV/HCV [Internet]. Infectious Diseases News. 2009 [cited 2019 Sep 1]. Available from: https://www.healio.com/infectious-disease/hiv-aids/news/print/infectious-disease-news/{219e5c48-c53e-4a03-8269-428c72b6e061}/response-guided-therapy-may-be-effective-for-patients-coinfected-with-hivhcv

42.    Smith SM. Studies confirm ART prevented HIV in uninfected heterosexual partners [Internet]. 2011 [cited 2021 Jun 8]. Available from: https://www.healio.com/news/infectious-disease/20120225/studies-confirm-art-prevented-hiv-in-uninfected-heterosexual-partners

43.    Smith SM. Bacterial vaginosis linked to female-to-male HIV-1 transmission [Internet]. Infectious Diseases News. 2011 [cited 2019 Sep 18]. Available from: https://www.healio.com/infectious-disease/hiv-aids/news/print/infectious-disease-news/{0aa132c2-dfb2-45a1-9db0-e034f58e664a}/bacterial-vaginosis-linked-to-female-to-male-hiv-1-transmission

44.    Smith SM. Better dialogue needed among at-risk populations in HIV clinical trials [Internet]. Infectious Diseases News. 2011 [cited 2019 Sep 1]. Available from: https://www.healio.com/infectious-disease/hiv-aids/news/print/infectious-disease-news/{8d72d928-4282-42d5-9e35-7a189cd83fba}/better-dialogue-needed-among-at-risk-populations-in-hiv-clinical-trials

45.    Smith SM. China reported 60% decrease in HIV-related mortality, yet far from overall goal [Internet]. Infectious Diseases News. 2011 [cited 2019 Sep 1]. Available from: https://www.healio.com/infectious-disease/hiv-aids/news/print/infectious-disease-news/{8ba2106e-1e2a-409c-b470-9cced3b0299c}/china-reported-60-decrease-in-hiv-related-mortality-yet-far-from-overall-goal

46.    Smith SM. HIV testing strongly associated with health care organization resources [Internet]. Infectious Diseases News. 2011 [cited 2019 Sep 1]. Available from: https://www.healio.com/infectious-disease/hiv-aids/news/print/infectious-disease-news/{eccf6e65-0331-4eb9-97f0-670ab2e37861}/hiv-testing-strongly-associated-with-health-care-organization-resources

47.    Smith SM. Immediate ART in HIV patients prevented infection in partners [Internet]. Infectious Diseases News. 2011 [cited 2019 Sep 1]. Available from: https://www.healio.com/infectious-disease/hiv-aids/news/print/infectious-disease-news/{a1306838-1f31-4756-93c8-e693d8610f59}/immediate-art-in-hiv-patients-prevented-infection-in-partners

48.    Smith SM. Studies confirm ART prevented HIV in uninfected heterosexual partners [Internet]. Infectious Diseases News. 2011 [cited 2019 Sep 18]. Available from: https://www.healio.com/infectious-disease/hiv-aids/news/print/infectious-disease-news/{ad22b288-95f7-4071-a024-3052a2b22200}/studies-confirm-art-prevented-hiv-in-uninfected-heterosexual-partners

49.    Smith, SM. HIV testing strongly associated with health care organization resources [Internet]. 2011 [cited 2021 Jun 8]. Available from: https://www.healio.com/news/infectious-disease/20120225/hiv-testing-strongly-associated-with-health-care-organization-resources

50.    Smith SM. Infectious disease doctors react to the Supreme Court's decision to uphold Affordable Care Act [Internet]. Infectious Diseases News. 2012 [cited 2019 Sep 1]. Available from: https://www.healio.com/infectious-disease/practice-management/news/online/{2b7c4e14-ad8b-41ab-bee9-f46bdde2eab6}/infectious-

disease-doctors-react-to-the-supreme-courts-decision-to-uphold-affordable-care-act

51. Murphy-Santos E, Smith, SM. HIV remained undetectable after hematopoietic stem cell transplant [Internet]. 2013 [cited 2019 Sep 1]. Available from: https://www.healio.com/infectious-disease/hiv-aids/news/online/{2bb926f8-1b1b-486c-901e-37504fb21933}/hiv-remained-undetectable-after-hematopoietic-stem-cell-transplant

52. Smith SM. DMPA not associated with increased HIV infectivity in women on ART [Internet]. 2013 [cited 2019 Sep 1]. Available from: https://www.healio.com/infectious-disease/hiv-aids/news/online/{b0310fcb-110c-4506-abdc-b3cf4e0e2fb7}/dmpa-not-associated-with-increased-hiv-infectivity-in-women-on-art

53. Smith SM. Not using Descovy for HIV PrEP defies logic [Internet]. Infectious Diseases News. 2018 [cited 2019 Sep 1]. Available from: https://www.healio.com/infectious-disease/hiv-aids/news/print/infectious-disease-news/{fb0f41d8-02f4-4b35-b078-80975cac3eb9}/not-using-descovy-for-hiv-prep-defies-logic

54. Smith SM, Boppana A, Traupman JA, Unson E, Maddock DA, Chao K, et al. Impaired glucose metabolism in patients with diabetes, prediabetes, and obesity is associated with severe COVID-19. J Med Virol. 2020 Jul 17;jmv.26227.

55. Jones AD, Khakhina S, Jaison T, Santos E, Smith S, Klase ZA. CD8+ T-Cell Mediated Control of HIV-1 in a Unique Cohort With Low Viral Loads. Front Microbiol [Internet]. 2021 [cited 2021 Jun 8];12. Available from: https://www.frontiersin.org/articles/10.3389/fmicb.2021.670016/full

56. Smith LG, Mendoza N, Dobesh D, Smith SM. Observational Study on 255 Mechanically Ventilated Covid Patients at the Beginning of the USA Pandemic. medRxiv. 2021 May 31;2021.05.28.21258012.

<div align="center">

**Stephen M. Smith, M.D.**
**154 Old Chester Road**
**Essex Fells, New Jersey**

</div>

May 17, 2024

Susan Keesler, Esquire
McCormick & Priore, P.C.
2001 Market Street
Suite 3810
Philadelphia, PA 19103

<div align="center">Re:    Wolking v. TCC</div>

Dear Ms. Keesler:

At your request, I reviewed the following documents, pertaining to the above matter:

1. Complaint
2. Youngs Apothecary, Inc. d/b/a Tunkhannock Compounding Center ("TCC")'s Answer to Complaint with Affirmative Defenses
3. Dr. Henry Lindner's Answer to Complaint
4. Dr. Henry Lindner's Answer to Crossclaims of TCC
5. Expert Report of Jonathan Williams, MD, M.MSc.
6. Expert Report of Carl Gainor, Ph.D., JD
7. Expert Report of Paul Gisbert Auwaerter, MD, MBA, FIDSA
8. Expert Report of Mark Dershwitz, MD, Ph.D.
9. Expert Report of Thomas Johns, Pharm. D.
10. Responses of Dr. Lindner to Plaintiff's Interrogatories and Request for Production of Documents
11. Document production of Dr. Lindner
12. Plaintiff's responses to Dr. Lindner's Interrogatories and Request for Production of Documents
13. Plaintiff's responses to Dr. Lindner's Supplemental Request for Production of Documents
14. Plaintiff's responses to Dr. Lindner's Second Supplemental Request for Production of Documents
15. Plaintiff's document production, P1-P18
16. Plaintiff's Initial Disclosures
17. Plaintiff's Supplemental Responses to Initial Disclosures

S.M. Smith, M.D.                    Wolking v. TCC                    17-May-24

18. TCC's Response to Plaintiff's Interrogatories and Request for
    Production of Documents
19. TCC's Response to Plaintiff's Interrogatories and Request for
    Production of Documents (Set 2)
20. TCC's Response to Plaintiff's Request for Production (Set 3)
21. TCC's Initial Disclosure document production (YA 0001-0074)
22. TCC's document production (YA 0268-0271)
23. TCC's supplemental production (YA 0075-00267)
24. TCC's Patient Profile of Plaintiff Stacey Wolking
25. Deposition transcript of Dr. Henry Lindner
26. Deposition transcript of Stacey Wolking
27. Deposition transcript of Darryl Wolking
28. Deposition transcript of Courtney Young
29. Deposition transcript of 30(b)(6) of TCC
30. Deposition transcript of Brian Bryk
31. Infuserve America records
32. Leesburg Compounding Center billing records
33. Stewart Loudon Health Billing records
34. Stewart Loudon Health Medical Records
35. TLab, Inc. records

Based on this review, I have formed opinions about Stacey Underhill
Wolking's illness in October 2022. Before listing those opinions, I will
summarize the case.

**<u>Case Summary:</u>**

Ms. Wolking was born on 9/26/1962. By 2022, Ms. Wolking's past medical
history included multiple bilateral total hip arthroplasties, s/p
cholecystectomy, s/p rotator cuff repair, s/p right wrist carpectomy,
hypothyroidism, deep-venous thrombosis, GERD, and postmenopausal
syndrome.

On 10/31/2011, Dr. Stewart prescribed Plaquenil and Levaquin to treat
Bartonella.

In February 2012, Ms. Wolking underwent chelation therapy under Dr.
Stewart's recommendation.

It appears that Ms. Wolking first saw Dr. Lindner on 11/1/2013. Dr. Lindner prescribed Ms. Wolking progesterone, vitamin D3, DHEA, and estradiol cream.

Ms. Wolking, in her email to Dr. Lindner on 11/4/2013, thanks Dr. Lindner for seeing her last Friday. This office visit was the only time Ms. Wolking went to Dr. Linder's office. Dr. Lindner communicated with Ms. Wolking via email frequently and occasionally by telephone call. During this period, Ms. Wolking was being treated with hormone replacement therapy.

On 5/1/2015, Dr. Stewart had a phone consult with Ms. Wolking. Dr. Stewart noted, "*Very difficult getting the hydrocortisone dosing stable with the hormone doctor. Sometimes is getting too much and sometimes getting not enough and crashing at night. After cutting back on the dosing is having a lot of pain. Now trying to raise the dose again*." Dr. Stewart prescribed Ms. Wolking rifampin 300 mg, twice daily for 30 days. Dr. Stewart added pregnenolone.

On 6/1/2015, Dr. Stewart had talked to Ms. Wolking over the phone. Dr. Stewart listed Ms. Wolking's medications as prednisolone, hydrocortisone and pregnenolone. Ms. Wolking felt ""*goofy" a lot, HA's a lot, feels low a lot*". Dr. Stewart noted that "*Dr. Lindner concerned that cortisone too high*".

On 6/10/2015, Ms. Wolking was given ceftriaxone 1 gm IM in her left buttock.

On 6/16/2015, Ms. Wolking was given ceftriaxone 1 gm IM in her right buttock.

On 6/24/2015, Ms. Wolking was given ceftriaxone 1 gm IM in her left buttock.

On 7/7/2015, Dr. Steward prescribed Ms. Wolking atovaquone ½ tsp twice daily for 30 days (750 mg/5 ml), azithromycin 300 mg per day, A-Bab 1 drop twice daily, and continue ceftriaxone shots weekly for 6 more weeks.

On 7/14/2015, Ms. Wolking was given ceftriaxone 1 gm IM in her left buttock.

On 7/21/2015, Ms. Wolking was given ceftriaxone 1 gm IM in her left buttock.

On 7/29/2015, Ms. Wolking was given ceftriaxone 1 gm IM in her right buttock.

On 8/4/2015, Ms. Wolking was given ceftriaxone 1 gm IM in her left buttock.

On 8/10/2015, Ms. Wolking was given ceftriaxone 1 gm IM in her right buttock.

On 9/10/2015, Dr. Stewart changed Ms. Wolking's antibiotic therapy to ceftriaxone 2 gm TIW x 4 weeks and doxycycline 400 mg IV daily 2 days per week for 4 weeks. A PICC line was placed for these IV antibiotics.

On 9/30/2015, Dr. Stewart ordered the continuation of metronidazole 600 mg IV every 12 hours 3 days per week and doxycycline 400 mg IV daily 2 days per week for an additional 4 weeks.

On 10/9/2015, Dr. Stewart had a phone consult with Ms. Wolking.  Dr. Stewart prescribed Burbur and Alka-Seltzer Gold for "*Herx alleviation*".

On 11/4/2015, Dr. Stewart wrote a letter defending his diagnosis and therapy in Ms. Wolking's case. Dr. Stewart had a phone consult with Ms. Wolking, who stated, "*I feel like I am dead.*" Ms. Wolking was on hydrocortisone 15 mg at 7 PM, 10 mg at 10 AM, 5 mg at 3 PM, and 2.5 mg at night.

On 11/5/2015, Dr. Stewart discontinued the ceftriaxone and started Ms. Wolking on metronidazole 600 mg IV twice daily.

On 11/11/2015, Ms. Wolking underwent repeat Lyme testing. Her Lyme IgG and IgM screens were negative. Ms. Wolking also tested negative for antibodies against Rocky Mountain Spotted Fever rickettsia, *Bartonella henselae, Babesia microti, Babesia duncani,* and *Anaplasma phagocytophilum*.

On 11/19/2015, Ms. Wolking's CBC was normal; her CMP was normal except her total bilirubin = 2.2 mg/dL.

On 11/24/2015, Dr. Stewart prescribed Ms. Wolking atovaquone 375 mg twice daily for 60 days.

On 11/25/2015, Dr. Stewart prescribed Ms. Wolking Ferrlecit 62.5 mg IV x 1 dose. Ms. Wolking's CBC was normal; her CMP was normal except her total bilirubin = 1.3 mg/dL.

On 1/7/2016, Ms. Wolking's CBC was normal; her CMP was normal except her total bilirubin = 1.5 mg/dL.

On 1/12/2016, Dr. Stewart changed Ms. Wolking's antibiotics from metronidazole and doxycycline to ceftriaxone 2 gm IV three times per week and azithromycin 500 IV twice weekly for 60 days each. Dr. Stewart continued Ms. Wolking on atovaquone and increased her vitamin C dose to 5 gm twice daily.

On 1/21/2016, Ms. Wolking's CBC was normal; her CMP was normal except her total bilirubin = 1.3 mg/dL and her glucose = 150 mg/dL.

On 2/18/2016, Dr. Stewart prescribed IV vitamin C therapy for Ms. Wolking. Ms. Wolking's CBC was normal; her CMP was normal except her total bilirubin = 2.1 mg/dL and her glucose = 108 mg/dL.

On 3/17/2016, Ms. Wolking's CBC was normal; her CMP was normal except her total bilirubin = 1.9 mg/dL.

On 4/4/2016, Dr. Stewart prescribed Ms. Wolking rifabutin 150 mg, 1 tablet twice daily for 14 days. Ms. Wolking complained of low energy, sleeping late secondary to tiredness, and generalized aches and pains.

On 4/29/2016, Dr. Stewart again prescribed Ms. Wolking rifabutin 150 mg, 1 tablet twice daily for 14 days.

On 5/11/2016, 2016, Ms. Wolking's CBC was normal; her CMP was normal except her total bilirubin = 1.5 mg/dL.

On 6/2/2016, Dr. Stewart prescribed IV vitamin C therapy for Ms. Wolking.

On 6/15/2016, Dr. Stewart prescribed ceftriaxone 2 gm IV daily for 3 days per week and azithromycin 500 IV per day, 2 days per week for 4 weeks.

On 6/28/2016, Dr. Stewart discontinued the azithromycin, continued him of ceftriaxone 1 per day on Monday, Wednesday and Friday and started Ms. Wolking on Levaquin 250 mg IV on Tuesday and Thursday. Ms. Wolking was

to continue taking rifabutin and atovaquone and to continue to receive IV vitamin C.

On 7/6/2016, Dr. Stewart prescribed Ms. Wolking atovaquone 375 mg twice daily for 60 days.

On 7/7/2016, Dr. Steward prescribed Ms. Wolking atovaquone 375 mg twice daily for 60 days.

On 7/13/2016, Dr. Stewart discontinued Ms. Wolking's Levaquin.

On 7/26/2016, Ms. Wolking's medication table showed that she was receiving ceftriaxone IV 3 x per week and that she also received hydrocortisone, 25 total dose per day, Mepron, two baby aspirins, rifabutin 1 tablet three times per week. Ms. Wolking was taking several supplements. Dr. Stewart noted that Ms. Wolking's hands and leg rash was still prominent. Ms. Wolking "*can't find words still*.".

On 8/3/2016, Dr. Stewart prescribed ciprofloxacin 125 mg IV on Tuesday and Thursday for 2 months, starting on 8/9/2016.

On 8/15/2016, Dr. Stewart stopped Ms. Wolking's ceftriaxone and ciprofloxacin therapy. Dr. Stewart prescribed glutathione IV, 600 mg at first and 1,200 mg if tolerated. Dr. Stewart recommended starting rifabutin once daily for 1 week and then, start atovaquone twice daily. Ms. Wolking could continue vitamin C infusions. Dr. Stewart increased Ms. Wolking's hydrocortisone dose at 3 PM to 5 mg and added another Cytomel dose at 3 PM (2.5 mcg).

On 8/18/2016, Ms. Wolking's CBC was normal; her CMP was normal except her total bilirubin = 2.2 mg/dL.

On 9/29/2016, Dr. Stewart again prescribed Ms. Wolking rifabutin 150 mg, 1 tablet twice daily for 15 days.

On 10/27/2016, Dr. Stewart once again changed Ms. Wolking's antibiotic therapy. Dr. Stewart prescribed ceftriaxone 2 gm IV per day on Monday, Wednesday, Friday, and doxycycline 200 mg IV on Tuesday and Thursday for 60 days. The antibiotics were to start on 10/31/2016.

On 6/15/2022, Ms. Wolking's WBC = 7.45 k/µL, Hgb = 14.2 g/dL, Hct = 42.6%, platelets = 183 k/µL, BUN/Cr = 14/0.7 mg/dL, AST/ALT = 39/81 U/L, total bilirubin = 1.9 mg/dL, LDH = 467 U/L, ferritin = 2,870 mg/dL, and haptoglobin = 32 mg/dL.

On 7/1/2022, Ms. Wolking presented to the Loudoun Hospital ED secondary to left leg swelling. Ms. Wolking reported having left leg swelling for the prior 3 weeks. The swelling had increased over the prior several days. On exam, Ms. Wolking's left leg had 4+ edema extending to the groin.

A Doppler study showed that Ms. Wolking's left leg had an *"Occlusive thrombus is throughout the visualized left lower extremity deep venous system..."* A chest CTA and CT scan of the abdomen/pelvis was unremarkable.
Ms. Wolking's WBC = 5.73 k/µL, Hgb = 13.3 g/dL, Hct = 39.9%, platelets = 262 k/µL, BUN/Cr = 8/0.6 mg/dL, AST/ALT = 31/38 U/L, and total bilirubin = 1.5 mg/dL.

On 7/2/2022, Ms. Wolking had *"left lower extremity iliac and femoral popliteal venous thrombectomy... Successful stenting of the left common and external iliac veins..."*

On 7/7/2022, Ms. Wolking was discharged to home on Lovenox.

On 7/17/2022, Ms. Wolking went to the Loudoun Hospital ED secondary acute right hip pain. Ms. Wolking's right hip pain was acute in onset, severe, sharp and unrelated to trauma. Ms. Wolking was admitted to the hospital for observation and testing. Ms. Wolking underwent imaging of her right hip and lumbar spine. These studies did not reveal the cause of Ms. Wolking's right groin/hip pain.

On 7/18/2022, Ms. Wolking's WBC = 4.93 k/µL, Hgb = 10.7 g/dL, Hct = 33.2%, platelets = 267 k/µL, BUN/Cr = 8/0.7 mg/dL, AST/ALT = 43/47 U/L, and total bilirubin = 0.7 mg/dL.

On 7/21/2022, Ms. Wolking was discharged home on Eliquis, a direct, oral anticoagulant.

On 7/27/2022, Ms. Wolking was seen by Amanda Goddard, a nurse practitioner who worked with a hematology group. NP Goddard noted that Ms. Wolking may have May-Thurner Syndrome. Work-up for other etiologies of her DVT were negative. Although once diagnosed with anti-phospholipid syndrome, work-up was negative for this condition. Ms. Wolking's WBC = 10.76 k/μL, Hgb = 12.4 g/dL, Hct = 39.1%, platelets = 493 k/μL, BUN/Cr = 13/0.6 mg/dL, AST/ALT = 24/40 U/L, and total bilirubin = 0.9 mg/dL.

On 8/8/2022, Ms. Wolking's WBC = 6.07 k/μL, Hgb = 15.2 g/dL, Hct = 45.5%, platelets = 223 k/μL, immature reticulocyte count = 28.5%, BUN/Cr = 32/0.8 mg/dL, AST/ALT = 188/337 U/L, total bilirubin = 1.6 mg/dL, LDH = 809 U/L, ferritin = 2,870 mg/dL, and haptoglobin <8 mg/dL.

On 9/19/2022, Dr. Lindner recommended re-starting anti-Babesia therapy.

On 9/22/2022, Ms. Wolking started taking Arte-M, 1 capsule three times per day and atovaquone.

On 9/23/2022, Ms. Wolking took one tablet of tafenoquine.

On 9/24/2022, Ms. Wolking took two tafenoquine tablets.

On 9/25/2022, Ms. Wolking took four tafenoquine tablets, three Arte-M tablets and Mepron twice.

On 9/26/2022, Ms. Wolking increased her daily dose of Art-M to 4 tablets per day. Ms. Wolking took two doses of Mepron.

On 9/28/2022, Ms. Wolking started taking azithromycin 250 mg daily. Ms. Wolking took two Arte-M twice and two doses of Mepron.

On 9/30/2022, Ms. Wolking took tafenoquine 600 mg.

On 10/7/2022, at 12:30 PM, Ms. Wolking presented to the Loudoun Hospital Emergency Department secondary to abdominal pain and constipation over the preceding week. Ms. Wolking's BP = 143/75 mmHg, pulse = 83 BPM, T = 98.4° F, and respiratory rate = 20 breaths/min. Ms. Wolking's abdomen was tender on exam. Ms. Wolking's WBC = 0.83 k/μL, Hgb = 13.3 g/dL, platelets = 128 k/μL, AST/ALT = 100/122 U/L, total protein = 4.5 g/dL, albumin = 2.2

g/dL, total bilirubin = 1.8 mg/dL, INR = 1.3, and BUN/Cr = 24/0.6 mg/dL. Ms. Wolking's ANC = 600 cells/μL. An abdominal CT scan showed "*evidence of bowel perforation. The location of the perforation is unclear.*"

At 2 PM, blood cultures x 2 sets were drawn. Both sets grew *Bacteroides fragilis.*

At 2:04 PM, Ms. Wolking was given piperacillin/tazobactam 4.5 gm and continued on this antibiotic every 8 hours.  Ms. Wolking was also started on hydrocortisone 100 mg IV every 8 hours.

At 6 PM, Ms. Wolking's BP = 144/76 mmHg, pulse = 92 BPM, and respiratory rate = 24 breaths/min. Her oxygen saturation = 93%. Ms. Wolking was started on vancomycin IV and fluconazole.

At 7 PM, Ms. Wolking's WBC = 0.66 k/μL, Hgb = 12.6 g/dL, and platelets = 119 k/μL. Ms. Wolking's ANC = 350 cells/μL.

Ms. Wolking underwent emergent surgery and was found to have pneumoperitoneum and "*significant fibropurulent debris and diffuse inflammation*". The surgeons found Ms. Wolking had two areas of inflammation, the distal jejunum and the sigmoid colon.

"*Once the small bowel was fully eviscerated, it was covered with a warm damp laparotomy pad. A small perforation in the distal jejujum was identified and tagged. Attention was turned to the descending and sigmoid colon. There was clear areas of tissue breakdown in the distal sigmoid although without significant diverticular disease. The tissue was extremely friable. With multiple defects in the sigmoid of unclear depth; a cutting GIA stapler was*

*was already separated from the colon. The sigmoid colon was then mobilized, starting at the lateral attachments of the proximal sigmoid colon. The inflammation was so severe that the tissue dissected with even the slightest manipulation*."

A segment of the small bowel was resected. The sigmoid colon was removed. A colostomy with the most distal portion of the colon. The surgeons felt that the perforation source was in the distal jejunum. However, pathology showed "… *definitive transmural defect/perforation is not identified*." The

small bowel showed "...*a true diverticulum, focal submucosal hemorrhage, acute serositis and adhesions*."; the sigmoid colon showed "*acute serositis and adhesions*".

Aerobic culture of peritoneal fluid grew *Citrobacter freundii, Klebsiella pneumoniae,*  methicillin-sensitive *Staphylococcus aureus* (MSSA). The anaerobic culture of the peritoneal fluid grew *Bacteroides fragilis*.

On 10/8/2022 -

At 1:30 AM, Ms. Wolking's WBC = 0.55 k/µL, Hgb = 10.0 g/dL, platelets = 110 k/µL, AST/ALT = 62/69 U/L, total protein = 3.9 g/dL, albumin = 2.3 g/dL, total bilirubin = 1.6 mg/dL, and BUN/Cr = 16/0.5 mg/dL. Ms. Wolking's ANC = 374 cells/µL.

At 12:30 PM, Ms. Wolking's WBC = 0.77 k/µL, Hgb = 10.0 g/dL, and platelets = 93 k/µL. Ms. Wolking's ANC = 585 cells/µL.

On 10/9/2022, at 1 AM, Ms. Wolking's WBC = 0.63 k/µL, Hgb = 8.8 g/dL, platelets = 58 k/µL.

On 10/10/2022, at 7:30 AM, Ms. Wolking's BP = 140/78 mmHg, pulse = 62 BPM, T = 97.9° F, and respiratory rate = 12 breaths/min.

Ms. Wolking's WBC = 0.53 k/µL, Hgb = 7.6 g/dL, platelets = 30 k/µL. Ms. Wolking's ANC = 307 cells/µL.

On 10/11/2022,, at 2 AM, Ms. Wolking's WBC = 0.83 k/µL, Hgb = 7.8 g/dL, platelets = 17 k/µL. Ms. Wolking was started on metronidazole 500 mg IV every 8 hours.

At 10 PM, Ms. Wolking's haptoglobin = 22 mg/dL.

On 10/12/2022, Ms. Wolking's WBC = 3.2 k/µL, Hgb = 8.2 g/dL, and platelets = 13 k/µL.

S.M. Smith, M.D.                    Wolking v. TCC                    17-May-24

## Table 1. Ms. Wolking's pharmacy records from January – October 5, 2022.

| Date | Medicine | mg | Number | Days | Pharmacy | Prescriber |
|---|---|---|---|---|---|---|
| 1/25/22 | omeprazole | 20 | 84 | 84 | Harris Teeter | Satchi |
| 2/2/22 | progesterone | 200 | 180 | 90 | Harris Teeter | Lindner |
| 2/20/22 | benzonatate | 100 | 21 | 7 | Harris Teeter | Idrees |
| 2/20/22 | levofloxacin | 500 | 10 | 10 | Harris Teeter | Idrees |
| 2/20/22 | methylprednisolone | 4 | 21 | 6 | Harris Teeter | Idrees |
| 3/24/22 | estrogen cream | | | | Leesburgh Comp Ctr | Lindner |
| 3/24/22 | testosterone cream | | | | Leesburgh Comp Ctr | Lindner |
| 3/30/22 | atovaquone | 750/5 ml | 900 | 90 | Harris Teeter | Lindner |
| 5/2/22 | omeprazole | 20 | 90 | 90 | Harris Teeter | Satchi |
| 5/13/22 | prednisone | 1 | 150 | 30 | Walmart | Lindner |
| 5/13/22 | rifabutin | 150 | 60 | 30 | Walmart | Lindner |
| 5/16/22 | prednisone | 5 | 270 | 90 | Walmart | Lindner |
| 5/18/22 | DHEA | 25 | 100 | 30 | Tunkhannock | Lindner |
| 5/19/22 | prednisone | 10 | 200 | 30 | Tunkhannock | Lindner |
| 6/12/22 | rifabutin | 150 | 60 | 30 | Harris Teeter | Lindner |
| 6/16/22 | atovaquone | 750/5 ml | 840 | 84 | Harris Teeter | Lindner |
| 7/21/22 | cyclobenzaprine | 10 | 60 | 20 | Harris Teeter | Jadiga |
| 7/21/22 | Eliquis | 5 | 180 | 90 | Harris Teeter | Jadiga |
| 7/21/22 | oxycodone | 10 | 20 | 5 | Harris Teeter | Jadiga |
| 8/7/22 | prednisone | 5 | 120 | 10 | Harris Teeter | Lindner |
| 8/8/22 | prednisone | 10 | 500 | 30 | Tunkhannock | Lindner |
| 8/8/22 | rifabutin | 150 | 60 | 30 | Harris Teeter | Lindner |
| 8/13/22 | dexamethasone | 4 | 120 | 30 | Harris Teeter | Lindner |
| 8/13/22 | Eliquis | 5 | 180 | 90 | Harris Teeter | Goddard |
| 8/15/22 | omeprazole | 20 | 90 | 90 | Harris Teeter | Satchi |
| 8/16/22 | dexamethasone | 4 | 200 | 50 | Tunkhannock | Lindner |
| 8/26/22 | zolpidem | 5 | 60 | 30 | Harris Teeter | Lindner |
| 8/30/22 | prednisone | 1 | 180 | 30 | Harris Teeter | Lindner |
| 9/7/22 | dexamethasone | 4 | 120 | 30 | Harris Teeter | Lindner |
| 9/26/22 | dexamethasone | 4 | 120 | 30 | Harris Teeter | Lindner |
| 9/27/22 | dexamethasone | 4 | 100 | 50 | Tunkhannock | Lindner |
| 10/4/22 | dexamethasone | 4 | 200 | 50 | Tunkhannock | Lindner |
| 10/5/22 | dexamethasone | 4 | 30 | 3 | Harris Teeter | Lindner |

S.M. Smith, M.D.                    Wolking v. TCC                    17-May-24

Table 2. Ms. Wolking's medications in late September – early October 2022.

| Date | azithromycin | prednisone | tafenoquine | Arte-M | Mepron |
|---|---|---|---|---|---|
| 9/23/2022 | | 426 | 1 | 3 | 2 |
| 9/24/2022 | | 775 | 2 | 3 | 2 |
| 9/25/2022 | | 672 | 4 | 3 | 2 |
| 9/26/2022 | | 686 | 2 | 4 | 2 |
| 9/27/2022 | | 910 | 2 | 4 | 2 |
| 9/28/2022 | 250 | 1272 | | 6 | 2 |
| 9/29/2022 | 250 | 1526 | | 6 | 2 |
| 9/30/2022 | 250 | 700 | 4 | 6 | 2 |
| 10/1/2022 | 250 | 1092 | | 6 | 2 |
| 10/2/2022 | 250 | 568 | | 6 | 2 |
| 10/3/2022 | 250 | 1848 | | 6 | 2 |
| 10/4/2022 | 250 | 952 | | 6 | 2 |
| 10/5/2022 | 250 | 714 | | 6 | 2 |
| 10/6/2022 | 250 | 600 | | | 2 |

## Opinions:

I have been asked to opine on the cause of Stacey Underhill Wolking's gastrointestinal perforation and on the opinions of plaintiffs' experts in this case. Ms. Wolking was taking increased dosages of corticosteroids prior to her colonic/intestinal perforation. Plaintiff's experts have opined that Ms. Wolking's colonic/intestinal perforation was caused by Ms. Wolking's intake of corticosteroids. More specifically, plaintiff's experts opine that the corticosteroid prescriptions, which Ms. Wolking filled at Tunkhannock Compounding Center (TCC), caused her colonic/intestinal perforation.

I reviewed reports for the following plaintiff's experts:

1. Thomas Johns, Pharm.D., a pharmacist;
2. Mark Dershwitz, M.D., Ph.D., an anesthesiologist with a pharmacology background;
3. Dr. Paul Auwaerter, an Infectious Diseases specialist;
4. Carl Gainor, Ph.D., J.D. – a pharmacist, and;
5. Jonathan Williams, M.D., MMSc – an endocrinologist.

In August – early October 2022, Ms. Wolking filled prescriptions for corticosteroids at Harris Teeter Pharmacy and TCC. Specifically, Ms. Wolking filled –

1. 8/7/22 – prednisone 5 mg, 120 tablets, Harris-Teeter;
2. 8/8/22 – prednisone 10 mg, 500 tablets, TCC;
3. 8/13/22 – dexamethasone 4 mg, 120 tablets, Harris-Teeter;
4. 8/16/22 – dexamethasone 4 mg, 200 tablets, TCC;
5. 8/30/22 – prednisone 1 mg, 180 tablets, Harris-Teeter;
6. 9/7/22 – dexamethasone 4 mg, 120 tablets, Harris-Teeter;
7. 9/26/22 – dexamethasone 4 mg, 120 tablets, Harris-Teeter;
8. 9/27/22 – dexamethasone 4 mg, 100 tablets, TCC;
9. 10/4/22 - dexamethasone 4 mg, 200 tablets, TCC, and;
10. 10/5/22 – dexamethasone 4 mg, 30 tablets Harris-Teeter.

Four of the five plaintiff's experts opined that Ms. Wolking's colonic/intestinal perforation was the result of corticosteroid prescriptions filled at TCC.

Mr. Johns wrote, "*Tunkhannock Compounding Cetner caused Ms. Wolking's injuries because it was the only pharmacy Lindner could rely on to prescribe such large and dangerous corticosteroid doses*."

Dr. Dershwitz wrote, "*It is my opinion as a toxicologist, to a reasonable degree of pharmacological certainty, that the four prescriptions dispensed by Tunkhannock Compounding Center ("TCC") to Stacey Wolking on the dates described in the Complaint created a substantial risk of serious harm*."

Dr. Gainor wrote, "*In this case it appears that the pharmacists at TCC failed to question the appropriateness of Dr. Lindner's therapy, failed to evaluate the harm that might be caused by these extremely high doses of corticosteroids, and the result was serious harm to SW*."

Dr. Williams wrote, "*Thus, it is my opinion that employees at Tunkhannock Compounding Center filled prescriptions for prednisone and dexamethasone at doses and quantities that fell outside the standard of care and enabled continuing physical and emotional harm to Ms. Wolking*."

None of plaintiff's experts is critical of Harris-Teeter Pharmacy. These experts do not explain why they are solely critical of TCC's handling of Dr. Lindner's prescriptions but not critical of Harris-Teeter's filling of similar/same prescriptions during this same period.

Dr. Auwaeter, an Infectious Diseases specialist, did not criticize TCC for filling Dr. Lindner's prescriptions. Dr. Auwaeter did write, "*It is my opinion, to a reasonable degree of medical certainty, that these steroids caused her bowel perforation*." Dr. Auwaeter's description of Ms. Wolking's illness and hospitalization in October 2022 is brief – "*In October, Ms. Wolking presented to the hospital with one week of abdominal pain. In the OR on 10/8/22, she was found to have a pneumoperitoneum, which required surgical resection of small bowel perforation, requiring an ostomy. Blood cultures revealed polymicrobial bacteremia*." Dr. Auwaerter, perhaps, could have been more detailed about Ms. Wolking's illness in October 2022. First, the source of Ms. Wolking's colonic/intestinal perforation was not established. Ms. Wolking had two different areas of intestines resected, each area showed significant inflammation; neither area showed transmural perforation. Second, Dr. Auwaerter did not discuss Ms. Wolking's leukopenia. Third, Dr. Auwaerter,

14

while describing the quantity of Dr. Lindner's corticosteroid prescriptions as "*outrageous*", did not discuss the effect of daily dosage and corticosteroid adverse effects.

As shown above, Ms. Wolking presented on 10/7/22 with severe neutropenia. Plaintiff's experts did not comment on Ms. Wolking's severe neutropenia. Leukopenia can occur in patients with severe sepsis. Patients who develop leukopenia from sepsis, are very sick and most often, develop septic shock. Further, sepsis-associated leukopenia:

1. Rarely results in absolute neutropenia;
2. Is transient, meaning, with appropriate treatment, the leukopenia resolves quickly, and;
3. Is also ssociated with disseminated intravascular coagulopathy (DIC).

Ms. Wolking was not in DIC upon admission. More revealing as to the etiology of her leukopenia, Ms. Wolking's WBC count remained well below normal for the first 5 days of her October 2022 admission. Ms. Wolking was never in septic shock during this hospitalization. For instance, Immediately post-operatively, Ms. Wolking's blood pressure was normotensive to slightly hypertensive. For instance, on 10/10/22, Ms. Wolking's blood pressure was normal to slightly elevated and her other vital signs were normal, yet Ms. Wolking's WBC = 0.53 k/µL and her ANC = 307 cells/µL. The definition of absolute neutropenia is absolute neutrophil count < 500 cells/µL. Therefore, on 10/10/2022, Ms. Wolking was still absolutely neutropenic. Although Ms. Wolking never went into septic shock during this admission, Ms. Wolking's WBC remained dangerously below normal for the first five days of the admission. In conclusion, Ms. Wolking's severe neutropenia was not caused by her infection. Rather, it was the other way around.

During September 2022, Dr. Lindner re-started Ms. Wolking on what he called anti-babesia therapy. Specifically, Dr. Lindner prescribed azithromycin, Arte-M, Mepron, rifabutin and Krintafel (tafenoquine). From 9/23 – 9/30/2022, Ms. Wolking took 15 tablets of tafenoquine – total dose range from 2,250 – 3,000 mg depending on which pill size was prescribed. Tafenoquine has two FDA-approved regimens, one for malaria prophylaxis and one for treatment. The treatment dose is higher - 200 mg per day for 3

days, followed by 200 mg weekly. The highest total dose a person would take in an 8-day period = 800 mg. From 9/23 – 9/30/2022, Ms. Wolking took approximately three times the maximum recommended dose.

Ms. Wolking's tafenoquine levels in early October 2022 were well above those approved by the FDA. A patient with recurrent *Babesia microti* was given malaria treatment doses of tafenoquine.(1) This treatment was associated with neutropenia, which resolved when the tafenoquine was discontinued. During late September 2022, Ms. Wolking was also taking high doses of a supplement, artemisia (Arte-M), atovaquone twice daily, and azithromycin 250 mg daily. The interactions of these drugs on Ms. Wolking's bone marrow is unknown. Regardless, it is more likely than not that Ms. Wolking's severe, prolonged neutropenia, diagnosed on 10/7/2022, was secondary to the one or more of these drugs.

In this case, the place or source of Ms. Wolking's gastrointestinal perforation is important. As above, Ms. Wolking's surgeons felt the perforation was from a jejunal diverticulum. Plaintiff's experts agree with the treating surgeons' conclusion that Ms. Wolking had a perforation in her small intestine or bowel. However, the pathology reports are inconclusive and do not show a definitive perforation.

Understanding the anatomy of the gastrointestinal tract is imperative to understanding the literature on corticosteroid exposure and gastrointestinal perforation. For background, the gastrointestinal tract consists of several different areas starting from the oral cavity, the esophagus is next, the stomach is third, the small intestine (bowel) is fourth and the large intestine (colon) is fifth.

The bowel or small intestine is divided into three areas:

1. the duodenum;
2. the jejunum, and;
3. the ileum.

The colon or large intestine is also divided into three areas:

1. the ascending or right colon;
2. the transverse or horizontal colon, and;

3.  the descending or left colon.

The sigmoid is the S-shaped, distal part of the descending colon, which connects the descending colon to the rectum.

Regarding corticosteroid-associated gastrointestinal perforation, early on after the introduction of corticosteroids as medicines or therapies, doctors recognized an increased incidence of gastro-duodenal perforation, secondary to peptic ulcer disease. Later on, physicians looked into the relationship between corticosteroid use and colonic diverticular perforation/abscess. These studies, including those provided by plaintiff's experts, are not robust. For instance, Dr. Williams' reference #4 is an article, entitled *The Incidence of Gastrointestinal Perforations Among Rheumatoid Arthritis Patients*.(2) The investigators looked at all hospitalized patients with the diagnosis of rheumatoid arthritis and then found the subset of patients who had gastrointestinal perforation. The total number of patients = >40,000. Among these >40,000 patients, only 37 had gastrointestinal perforation. Of these 37 patients with rheumatoid arthritis and gastrointestinal perforation, 19 (51.4%) were on oral corticosteroids at the time of diagnosis. The authors considered the fact that rheumatoid arthritis patients, who are on corticosteroids, are often also on other immunosuppressive drugs. The authors found that for patients, who were on corticosteroids but were not on other immunosuppressive drugs, had no increased rate of gastrointestinal perforation. Ms. Wolking, of course, was not taking other immunosuppressive drugs. According to this study, Ms. Wolking was not at increased risk for gastrointestinal perforation.

Dr. Williams also cited an article by Mpofu *et al.*(3) This study examined the relationship between corticosteroids and sigmoid diverticular abscess perforation. The methods of this study are poorly described. It appears that patients on any dose of any corticosteroid were in the corticosteroid group. However, the authors did not control for other immunosuppressive agents. Regardless, the authors did not look at patients with small bowel perforations. Dr. Williams cited several other studies, which attempt to measure the risk of sigmoid diverticular perforation or colonic diverticular perforation and corticosteroid use. None of Dr. Williams' cited studies shows

an increase rate in small intestine or bowel perforation from corticosteroid use.

Dr. Williams' reference #9, for example, reported on sigmoid diverticular perforation in neurosurgical patients, who had received high-dose corticosteroid therapy peri-operatively.(4)  The authors found that 719 patients had received high-dose corticosteroid therapy for several days. This doses and durations were not well defined but approximated 500 mg of methylprednisolone for 6-9 days. Of the 719 patients, only 5 developed gastrointestinal perforation. All 5 developed perforation of a sigmoid diverticulum. The authors claimed that no sigmoid diverticular perforation occurred in the 3,749 patients, who did not receive corticosteroids. Again, this reference helps show that even high-dose corticosteroids are not associated with jejunal diverticular perforation and that the rate of sigmoid diverticular perforation in patients on high-dose corticosteroid use is very low (0.7%). In conclusion, the data on corticosteroid therapy and lower gastrointestinal perforation are scant. However, there are no data showing an increase in jejunal perforation with even high-dose corticosteroid therapy.

Plaintiff's experts have opined that TCC gave Ms. Wolking too many corticosteroid tablets, allowing her to hurt herself. However, plaintiff's experts' studies report an association between patients on any dose of any corticosteroid and gastrointestinal perforation. In fact, the study which showed the greatest association between corticosteroid therapy and gastrointestinal perforation studied patients who were likely on low doses of prednisone.(3) Presumably, plaintiff's experts would not have criticized TCC for giving some amount of corticosteroids. What would that maximally allowed amount have been? And how different would Ms. Wolking's risk for gastrointestinal perforation have been if Ms. Wolking's corticosteroid dose included corticosteroids at some lower amount from TCC and those given to Ms. Wolking from Teeter-Harris?

As I mentioned above, Ms. Wolking's neutrophil count was very low for several days after admission, even though she was never in septic shock. Ms. Wolking's WBC count was, in all probability, very low for several days prior

to her admission. Patients with very low neutrophil counts can develop neutropenic enterocolitis, a serious infection/breakdown of the intestinal walls. Fortunately, Ms. Wolking received appropriate medical attention before she went into septic shock. The surgeon's description and the pathologist's findings of Ms. Wolking's jejunum and sigmoid are most consistent with this diagnosis. Similarly, Ms. Wolking's blood culture grew *Bacteroides fragilis*. This bacterium is part of the normal flora of the colon. Bacteremia from *B. fragilis* is associated with diseases of the colon, not the small intestine. The facts of the case make the diagnosis of neutropenic enterocolitis the most likely diagnosis. The source of Ms. Wolking's neutropenia was most likely the overdose of tafenoquine, prescribed by Dr. Lindner.

I hold these opinions within a reasonable degree of medical probability. I reserve the right to supplement them should more information become available.


Sincerely,

Stephen M. Smith, M.D.


References:

1. Prasad PJ, Wormser GP. Failure of an Approximately Six Week Course of Tafenoquine to Completely Eradicate Babesia microti Infection in an Immunocompromised Patient. Pathogens. 2022 Sep 15;11(9):1051.

2. Curtis JR, Xie F, Chen L, Spettell C, McMahan RM, Fernandes J, et al. The incidence of gastrointestinal perforations among rheumatoid arthritis patients. Arthritis Rheum. 2011 Feb;63(2):346–51.

3. Mpofu S, Mpofu CMA, Hutchinson D, Maier AE, Dodd SR, Moots RJ. Steroids, non-steroidal anti-inflammatory drugs, and sigmoid diverticular

abscess perforation in rheumatic conditions. Ann Rheum Dis. 2004 May;63(5):588–90.

4. Weiner HL, Rezai AR, Cooper PR. Sigmoid diverticular perforation in neurosurgical patients receiving high-dose corticosteroids. Neurosurgery. 1993 Jul;33(1):40–3.