# EXHIBIT C

**In the Matter Of:**

*WOLKING vs*

*HENRY LINDNER*

*BRIAN BRYK*

*February 02, 2024*



1  BY MR. LAMB:

2       Q.   Did you ever speak to Courtney Young

3  about Stacey Wolking before you dispensed the

4  prescription on August 8, 2022?

5       A.   I don't recall.

6       Q.   Have you ever spoken to Courtney

7  Young about Stacey Wolking?

8       A.   Yes.  Because we're here today.

9       Q.   Well, let's take a look at the last

10 prescription listed -- well, we'll go to the

11 September 27, 2022 prescription.

12           Do you see that, the third one

13 that's listed on Page 1 of Exhibit 1?

14      A.   Yes.

15      Q.   As you look at that record now, is

16 that also a prescription that you dispensed to

17 Stacey Wolking?

18      A.   Yes.

19      Q.   Is that also -- is that for 100

20 dexamethasone tablets, 4 milligrams each?

21      A.   Yes.

22      Q.   Okay.  Before you dispensed that

23 prescription on September 27, 2022, did you

24 ever speak to Courtney Young about Stacey

25 Wolking?

1     A.   I don't remember.

2     Q.   And the next one is October 4 of

3  2022. Is that also a prescription that you

4  dispensed?

5     A.   Yes.

6     Q.   And was that for 200 dexamethasone

7  tablets, 4 milligrams each?

8     A.   Yes.

9     Q.   Before you dispensed that one on

10  October 4, 2022, did you ever speak to Courtney

11  Young about Stacey Wolking?

12     A.   I don't remember.

13     Q.   So just to be clear, before any of

14  these three prescriptions -- dispensing any of

15  these three -- let me start that again.

16         Before you dispensed any of these

17  three prescriptions that we've talked about

18  from Page 1 on Exhibit 1, you don't remember

19  speaking to either Dr. Lindner or Courtney

20  Young about Stacey Wolking?

21         MS. KEESLER: Objection to

22  form. You can answer.

23         THE WITNESS: Again, I don't

24  remember. I may have. I may have not. We

25  have a lot of patients of Dr. Lindner's and --

1  "corticosteroids," in your mind would that

2  include prednisone and dexamethasone?

3      A.   Yes.

4      Q.   Do you know, when you were in

5  pharmacy school, you were taught anything about

6  risks posed by corticosteroids?

7      A.   Yes.

8      Q.   What do you remember being taught

9  about risks posed by corticosteroids?

10     A.   I'm not so much sure as like risks

11 as possible side effects, if that's what you're

12 looking for.

13     Q.   Yes.  Please.

14     A.   The No. 1 with steroids is, like, GI

15 intolerance, like gastrointestinal intolerance,

16 nausea, vomiting, diarrhea.

17     Q.   Any others that you recall?

18     A.   Not off the top of my head, no.

19     Q.   Do you remember being taught

20 anything in pharmacy school about limits on

21 corticosteroid dosing?

22     A.   No.

23     Q.   Let's say in 2022, while you're

24 working at Tunkhannock Compounding Center as a

25 pharmacist, how often would you say that you