# EXHIBIT F

```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
                      CIVIL ACTION

STACEY WOLKING and DARYL      :  NO.3:23-cv-00806-JFS
                              :
              Plaintiff       :
                              :
         vs.                  :
                              :
HENRY LINDNER, M.D., and      :
YOUNGS APOTHECARY, INC. d/b/a :
TUNKHANNOCK COMPOUNDING       :
CENTER,                       :
                              :
              Defendants      :
------------------------------
```

**VIDEOTAPED ZOOM DEPOSITION OF CARL GAINOR, Ph.D, JD**

Taken via Zoom on Tuesday, June 18, 2024, commencing at 1:30 p.m., by Stacy D. Serba, Notary Public.

* * *

ERSA COURT REPORTING
Professional Court Reporters
30 South 17th Street, Suite 1520
Philadelphia, PA   19103

```
 1    talked to the doctor and the doctor said, I have
 2    discontinued the Prednisone.  They assumed, which was
 3    very dangerous to do in this case.
 4    Q.        One moment.  Sorry.  Just closed out that
 5    exhibit.  Okay.  All right.
 6              Now, looking at the third item, Dr.
 7    Gainor, the 9/27/2022, the date dispensed and that
 8    corresponding prescription.  How specifically did TCC
 9    breach their duty of care to Miss Wolking as you --
10    as you opine?
11    A.        Please bear with me for one minute.
12    Q.        Sure.
13    A.        I just want to make sure that I'm not doing
14    bad math here.
15              The prescription on 8/16 was for 200
16    Dexamethasone, four tablets a day.  That was another
17    prescription that should have lasted 50 days.
18              You have asked me now about the 9/27
19    prescription.  Is that correct?
20    Q.        Correct.
21    A.        Well, the 9/27 was filled 30, maybe 40 days
22    after the 8/16 one, not 50 days.  So, again, if a
23    patient comes in a day or two early to get a refill,
24    that would not wave a red flag.  Ten days early would
```

1  be something that would be of concern.  It would
2  indicate that the patient was taking more than the
3  doctor was directing and, No. 2, the dose of that
4  Dexamethasone would then be excessive.
5  Q.      So based on your opinion, you're assuming
6  that she -- by the time that this prescription had
7  been filled, that she had already -- she had already
8  gone through the entirety of the previous
9  prescription?
10 A.      Why else would she want more and why would
11 the doctor be ordering more if she hadn't taken what
12 she had on hand.  That's the -- the question that the
13 pharmacist would have to answer.  That's part of this
14 investigation of whether I'm dispensing a drug that
15 may cause harm.
16         And based on the first prescription, 8/8,
17 which was a -- again a 50-day prescription, there is
18 no documentation that the patient -- that the doctor
19 ever told Courtney that the prescription had been
20 DC'd.
21         Even if we take what you have
22 hypothesized, which I find questionable, but let's
23 assume we do, then they start the Dexamethasone,
24 which again is an excessive dose, that would be

1   almost a hundred milligram equivalent of Prednisone.
2   And it's eight days after she starts.  There's no way
3   that that dose would normally be acceptable in
4   anything other than a hospital, maybe in an emergency
5   situation.
6              But then the third prescription is waving
7   yet another red flag because the patient had 50 days
8   of therapy and here they're coming in ten days early
9   to get more Dexamethasone.
10             And if you want to jump, which I think
11  we're going to have do, to the 10/4.
12  Q.    Yes.  Can you hang on one second.  There's
13  just no question pending right now, Doctor.
14             Dr. Gainor, did you see in your record
15  review -- actually, I'll get to that later.
16             Going on to the next prescription visit
17  or the date dispensed of 10/4/22, and the
18  corresponding prescription.  You understand that that
19  10/4 date of dispense was for the remainder of the
20  9/27 initial prescription?
21  A.    Well, they're showing, though, 200 being
22  dispensed.  The prescription some place in there on
23  8/15 -- okay.  You understand that she obviously had
24  not used up all of the 8/16 prescription when she