UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACEY WOLKING and DARYL WOLKING, H/W | : | Civil No. 3:23-cv-00806-JFS |
| Plaintiffs | : | |
| v. | : | JURY TRIAL DEMANDED |
| HENRY LINDNER, M.D. and YOUNGS APOTHECARY, INC., d/b/a Tunkhannock Compounding Center | : | |
| Defendants | : | |

**PLAINTIFFS' MOTION *IN LIMINE* SEEKING
JUDICIAL NOTICE OF THE DEFINITION OF BABESIOSIS
AND ITS STANDARD DIAGNOSIS AND TREATMENT**

Plaintiffs, Stacey and Daryl Wolking, by and through their undersigned counsel, respectfully submit this brief in support of their motion *in limine* seeking judicial notice of certain facts concerning babesiosis.

1. This case involves the decisions of two TCC pharmacists – Brian Bryk and Courtney Young – to dispense massive quantities of prednisone and dexamethasone to Plaintiff Stacey Wolking ("Ms. Wolking"), which perforated her bowel, nearly caused her death, and inflicted the tremendous pain and suffering alleged in the Complaint.

1

2.  The drugs at issue were prescribed by Dr. Henry Lindner, who directed Ms. Wolking to take them because of the inflammatory effect of antimalarial drugs that Lindner had also prescribed. Lindner prescribed the antimalarials after diagnosing Ms. Wolking with "chronic babesiosis," a condition he claims to have discovered, and which he believed required a novel treatment regimen.

3.  The Centers for Disease Control and Prevention ("CDC") does not define babesiosis as a chronic disease. Instead, the CDC describes babesiosis as an acute disease caused by microscopic parasites that infect red blood cells, and the disease is usually spread by blacklegged or deer ticks in the United States. *See* Ex. A. When doctors are considering a diagnosis of babesiosis, they should explicitly request a manual review of a peripheral blood smear. *See* Ex. B. The standard treatment for babesiosis is a 7-10 day course of two prescription medications, either atovaquone plus azithromycin, or clindamycin plus quinine. *See* Ex. C.

4.  For the reasons stated in the accompanying Memorandum of Law, Plaintiffs ask the Court to take judicial notice of the following facts:

- Babesiosis is a disease caused by microscopic parasites that infect red blood cells, and the disease is usually spread by blacklegged or deer ticks in the United States.

- When doctors are considering a diagnosis of babesiosis, the CDC advises them to explicitly request a manual review of a peripheral blood smear.

- The standard treatment for babesiosis is a 7-10 day course of two prescription medications, either atovaquone plus azithromycin, or clindamycin plus quinine.

Respectfully submitted,

**KLINE & SPECTER, P.C.**

BY: *Conor Lamb*
SHANIN SPECTER, ESQUIRE
PA Attorney I.D. No. 40928
CONOR LAMB, ESQUIRE
PA Attorney I.D. No. 304874
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
Telephone: (215) 772-1000
Facsimile: (215) 402-2359
Shanin.Specter@klinespecter.com
Conor.Lamb@klinespecter.com

Date: March 28, 2025