# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| STACEY WOLKING and DARYL WOLKING, W/H | : |
| Plaintiffs, | : Civil Action # 3:23-cv-00806-JFS |
| vs. | : |
| HENRY LINDNER, M.D., AND YOUNGS APOTHECARY, INC. D/B/A TUNKHANNOCK COMPOUNDING CENTER | : JURY TRIAL DEMANDED |
| Defendants. | : |

**PLAINTIFFS' INITIAL DISCLOSURES**
**PURSUANT TO FED. R. CIV. P. 26(a)(1)(A)**

Plaintiffs Stacey and Daryl Wolking disclose the following information pursuant to Fed. R. Civ. P. 26(a)(1)(A):

**I.   Individuals**

1. Stacey and Daryl Wolking, who may be contacted through their undersigned attorneys.

2. Michael Underhill, Stacey Wolking's brother, (571) 276-6021.

3. Any and all doctors listed in any and all medical records.

4. Plaintiffs anticipate that additional individuals likely to have discoverable information to support their claims will be identified during the course of

discovery. Plaintiffs reserve the right to supplement the foregoing disclosures when such additional information becomes available.

## II. Documents

Plaintiffs have provided a link to Defendants containing the following documents:

1. The following medical records, pharmacy records, Explanation of Benefit forms and photographs for Stacey Wolking:

   a. P1-000001-P1-000286, HormoneRestoration.com med rcds;
   b. P2-000001-P2-000164, Inova Central Lab (10/2022);
   c. P3-000001-P3-000004, Prescription bottle photos;
   d. P4-000001-P4-000007, Various Pharmacy records;
   e. P5-000001-P5-001904, Encompass Health Rehab Hosp Northern VA;
   f. P6-000001-P6-000729, Loudoun Hosp records (3 admissions);
   g. P7-000001-P7-000024, John Hart MD LLC med rcds;
   h. P8-000001-P8-000048, Ajar Dar, M.D. med rcds;
   i. P9-000001-P9-000044, Leeburg Sterling Family Practice med rcds;
   j. P10-000001-P10-000006, Evis H. Hudson 4/14/23 visit;
   k. P11-000001-P11-000016, Fairfax Heart Hospital 1/30/23 admission;
   l. P12-000001-P12-000196, Fairfax Hospital (3 admissions);
   m. P13-000001-P13-00004, EOBs;
   n. P14-000001-P14-00005, Photographs;
   o. P15-000001-P15-000054, LabCorps reports 2013-9/2022.

## III. Computation of Damages Disclosed Under Fed. R. Civ. P. 26(a)(1)(A)(iii)

Plaintiffs' computation of damages will be the subject of expert disclosures and testimony. Plaintiffs have not fully determined a final computation of damages. Plaintiffs will, however, provide expert reports setting forth a calculation of damages in accordance with further Order of the Court.

**IV.     Insurance Agreements Disclosed Under Fed. R. Civ. P. 26(a)(1)(A)(iv)**

Not applicable to Plaintiffs.

                                                        **KLINE & SPECTER, P.C.**

By:   *Conor Lamb*
        _____
        SHANIN SPECTER, ESQUIRE
        PA Attorney I.D. No. 40928
        CONOR LAMB, ESQUIRE
        PA Attorney I.D. No. 304874
        1525 Locust Street, 19th Floor
        Philadelphia, PA 19102
        Telephone: (215) 772-1000
        Facsimile: (215) 402-2359
        Shanin.Specter@klinespecter.com
        Conor.Lamb@klinespecter.com

        *Attorneys for Plaintiffs*

Date: August 3, 2023

# **CERTIFICATE OF SERVICE**

I certify that on the 3rd day of August, 2023, Plaintiffs' Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A) were served via email upon all counsel and parties of record.

*Conor Lamb*
_____
CONOR LAMB, ESQUIRE
*Attorneys for Plaintiffs*