# EXHIBIT A

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

On Tuesday, August 16, 2022 at 12:29:28 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

Continue to have severe nausea and abdominal upset/pain. Makes it so hard to gag down all this stuff. Can I really not take more of the ondansetron? It says you can only take four a day. Seems to help for about a half an hour.

Total prednisone yesterday was 388.

Slept a little better last night for the first time. Took Ambian at 12:30 and 4:30. Then awake at 7:30.

Did vitamin c flush yesterday afternoon. Based on the best I can understand from the flush information I am supposed to continue to take the vitamin c throughout today based on the calculation of what it took to get the flush?

Spo2 this morning was 91.

Henry Lindner, MD
Electronic Signature

---

| PATIENT MESSAGE | | 8/15/2022   5:05PM |
|---|---|---|
| TO: | CAROL | |
| CC: | | |
| FROM: | HENRY | |
| RE: | (Patient: S. WOLKING) Got MB 25mg @ 2/day for now + did Vit C flush | |
| MSG: | Decided to get the smaller size caps for now to try:  Called in to Infuserve: Methyl Blue 25mg caps; take 1 cap twice daily # 60. RF: 0 and Okay I got the smaller caps ordered for her and called her to let her know. She said to tell you she did the Vit C flush today.  She wasn't sure what it was suppose to do for her, but so far didn't help the severe intestinal area pain or nausea.  She will talk with you about it at a later time through email, but just wanted me to let you know she did what you said. | |

\----------
 >> HENRY'S MESSAGE (08/15/22 05:05 PM):
We'll wait for Infuserve at this point. Send Stacey a not about it.

\----------
 >> CAROL'S MESSAGE (08/15/22 02:51 PM):
 >> Infuserve can't get the MB again until around the end of this month customer service told me.   I hope no one needs refill for a couple weeks...
They do have some 25mg caps, but going fast.   They did find another pharmacy that makes it, PD Labs in Texas but they only make 50mg and in Liposomal caps, so I'm not sure of the price difference...
Infuserve called concerning Stacey since she didn't know what to do, so I called her and found out she hasn't even started it yet.  She's really struggling and can't keep much down so wondering how critical it is for her to start it now especially under the circumstances and she said it seems like she's had a lot of changes recently already.  Can she just hold off until they are available at Infuserve at higher dose caps - or would you recommend trying to start it with lower dose caps?

Carol Kelly, Office Manager
Electronic Signature

---

| PATIENT MESSAGE | | 8/15/2022   9:58AM |
|---|---|---|
| TO: | | |
| CC: | | |
| FROM: | HENRY | |

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization   of the patient listed above.

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

RE:     (Patient: S. WOLKING) Post TAF, Dex/Pred up to 288mgs Pred equiv.
MSG:    PRESCRIBE: dexamethasone 4 mg oral tablet, Take up to 4 tabs po daily in divided doses as directed, # 200, RF: 1. (Transmitted by Henry Lindner, MD)

Stacey,

Yes, you just need to take more as per your symptoms. You are needing a lot of Dex/Pred right now. You just have to take it. We'll get the Dex/Pred dose down within a week with the strong antibabesial regimen.

The last Krintafel dose in particular is killing more babesia and causing your Dex/Pred need to be even higher for a few days--but it will kill enough babesia off so that far less are left exposed to your immune system and your Dex/Pred need will drop.

My daughter too FAR more Dex/Pred than you and for far longer. It made her muscles atrophy to she became so weak she couldn't get off a toilet seat. She also developed osteroporosis and a puffy face and protuberant abdomen. Fortunately, all those changes are reversible with time once the Dex/Pred dosing is more physiological, like under 20mgs or less of prednisone daily. The problems that come with steroid dose are a factor of both the dose and the time on the high dose. A very high dose for a short time, like a week, tends to cause no persisting problems.

You need a LOT of Vitamin C now, so try Perque Vit C powder--or another brand of powder https://www.perque.com/product/perque-potent-c-guard-powder/ and do the flush that Perque and other recommend, then continue taking the dose that they recommend based upon your flush dose. https://www.perque.com/lifestyle/self-tests/ascorbate-cleanse/

I understand what you're going through. I'm certain that you will get better with time. Start the methylene blue one cap daily when you get it. It will turn your urine blue--it's a very strong dye. It will also kill babesia plus allow us to give you more tafenoquine with reducing the SpO2 very much.

The dark urine color is proof of bug-killing and some nest clearing. The lack of heme and protein is actually a good thing. It indicates that your problem is not so much that you have a very large load of the parasites, but more that you just have a strong immune reaction to the relatively few parasites that you have.

I want you to purchase some more 4mg Dex bottles from the Tunkhannock Cmpd. Ctr. If we get anymore from the local pharmacy they'll start asking questions and possibly complain to my medical board. Pharmacies and doctors do not know anything about chronic babesiosis or its treatment. You won't use insurance with the TCC. I've sent them a prescription for 2 bottles of the 100ea of the 4mgs tabs. Give them a call to arrange payment and shipping.

Henry Lindner, MD


On Sunday, August 14, 2022 at 01:02:50 PM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:


I started taking 28 mg (1 dexamethasone) every couple hours yesterday afternoon. I started feeling a little better.
After sleeping a couple hours, at 1:40 a.m. I tried just taking 20 instead of the 28mg but then never went back to sleep and at 3:15 had pronounced pain, nausea, weakness so took 28 then. And another Ambien.
Slept about 2 1/2 hours. At 6:00 a.m. woke up with pain and severe nausea so took 28 mg.
Didn't even make it 2 hours, never went back to sleep.
7:45 a.m. 28 mg
8:40 a.m. plus 10 mg
10:40 a.m. 28 mg
At 11:50 a.m. felt extra horrible, severe nausea, weakness, vice headache, shaky so took a plus 14 mg.
Half hour later and I'm still feeling horrible and now heart pounding. So take more????

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization of the patient listed above.