UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACEY WOLKING and DARYL WOLKING, H/W | : | Civil No. 3:23-cv-00806-JFS |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| HENRY LINDNER, M.D. and YOUNGS APOTHECARY, INC., d/b/a Tunkhannock Compounding Center | : | |
| | : | |
| Defendants | : | |

**PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE
OPINIONS BY DR. STEPHEN SMITH
<u>WHICH WERE NOT INCLUDED IN HIS REPORT</u>**

Plaintiffs, Stacey and Daryl Wolking, by and through their undersigned counsel, respectfully submit this brief in support of their motion *in limine* to preclude defense expert Dr. Stephen Smith from offering opinions beyond those contained in his report.

1.  This case involves the decisions of two TCC pharmacists – Brian Bryk and Courtney Young – to dispense massive quantities of prednisone and dexamethasone to Ms. Wolking, which perforated her bowel, nearly caused her death, and inflicted the tremendous pain and suffering alleged in the Complaint.

1

2. The drugs at issue were prescribed by Dr. Henry Lindner, who directed Ms. Wolking to take them in response to inflammation caused by antimalarial drugs that she was taking, also at Lindner's direction. Lindner prescribed the antimalarials after diagnosing Ms. Wolking with babesiosis. TCC did not dispense any antimalarials to Ms. Wolking. TCC did, however, dispense the massive quantities of corticosteroids described in the Complaint, even though corticosteroids are not recommended or approved for the treatment of babesiosis.

3. At times during Ms. Wolking's treatment by Lindner, she would complain about how poorly she felt, and he directed her to increase her doses of corticosteroids. Ms. Wolking filled the corticosteroid prescriptions written by Lindner at both TCC and at a Harris Teeter chain pharmacy closer to her home. Lindner instructed her to fill larger doses at TCC, in order to avoid the scrutiny that could come with a more mainstream retail pharmacy like Harris Teeter. *See* Ex. A at 2. Ms. Wolking did what Lindner asked and obtained most of her larger doses of corticosteroids from TCC during this period.

WHEREFORE, for the reasons stated in the accompanying Memorandum of Law, Dr. Smith should be precluded from offering any opinion beyond that contained in his report, because the defense was not permitted to supplement its report and because any such opinion by Dr. Smith would violate Federal Rule of Evidence 702.

          Respectfully submitted,

          **KLINE & SPECTER, P.C.**

BY: *Conor Lamb*
          SHANIN SPECTER, ESQUIRE
          PA Attorney I.D. No. 40928
          CONOR LAMB, ESQUIRE
          PA Attorney I.D. No. 304874
          1525 Locust Street, 19th Floor
          Philadelphia, PA 19102
          Telephone: (215) 772-1000
          Facsimile: (215) 402-2359
          Shanin.Specter@klinespecter.com
          Conor.Lamb@klinespecter.com

Date: March 28, 2025