# EXHIBIT B

**WOLKING, STACEY (DOB: 9/26/1962 ID: 3220)**
**FORMAL HEALTH RECORD**

Henry Lindner, MD
Electronic Signature

| | |
|---|---|
| PATIENT MESSAGE | 10/2/2022   9:48AM |

TO:
CC:
FROM:    HENRY
RE:      (Patient: S. WOLKING) Diffuse abd. pain, crampiness post TAF
MSG:     Telphone consultation

Took TAF 600mg on Friday. Starting yest, Sat, has been having intestinal cramping. No diarrhea--does seem to have some constipation on high pred doses. No vomiting. Dex doses last only about 1 hr whether she takes more or less Dex. No blood or protein noted in urine, but is clearly darker in appearance at times.
While on phone husband palpated her abdomen--found it to be soft in all quadrants. Heel tap sign negative. Does not seem to be a surgical abdomen. Therefore I think she is having some combination of constipation and intestinal herxing from Friday's Krintafel dose. She'll try the Perque Vit C cleanse now to see if this will help.
Will try lowering Dex dose today to see if less works as well. Will try to find the lowest doses necessary. Will hold on additional Krintafel for now until the abdominal pain is past.
Patient will call me this evening at home with an update.

On Sunday, October 2, 2022 at 05:04:40 AM EDT, Stacey Wolking <kycpa1@gmail.com> wrote:

I've had severe intestinal pain, focused on the left side , since last evening and all night long. Been taking liquid vitamin c but nothing has caused a flush yet. Hurts in my bottom also. Like even harder to sit than lay down. Also very distinct right neck and shoulder pain that came at the same time as intestinal pain.

Last afternoon evening was so bad total prednisone 1092mg. Just just taking it to try to get relief. But only get an hour at the most.
Last dose was 140 mg at 10:30 p.m. with 5 mg Ambien. Was able to drift in and out of sleep a little bit despite constant intestinal pain.

Please see other email from last night. Below

On Sat, Oct 1, 2022, 8:23 PM Stacey Wolking <kycpa1@gmail.com> wrote:

This just can't be right.
I've been taking smaller dex doses . It doesn't seem to matter if I take a smaller or a bigger dose they never seem to last more than an hour. And even that hour is not much relief at all. But after an hour or so I feel a very distinct hit of heart pounding and vice headache. And severe stomach pain and nausea. And then shaky.

I'm so weak i can barely get out of bed. Non-stop sweats and chills. Feet and hands and face are swollen. Everything hurts. Foggy blurry vision. Throat tightness.

I don't think you understand. It's too much I'm dying. Why is it not getting any better? Am I killing anything? Why isn't it showing up in my urine ?? Does that mean it's not killing anything??
How can I be taking all these strong antibabesials and not get any better?? Just day after day of hell

Henry Lindner, MD
Electronic Signature

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization of the patient listed above.

WOLKING-LINDNER 000347