**EXHIBIT "C"**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
NO. 3:23-cv-00806-JFS

| | | |
|---|---|---|
| STACEY WOLKING and | ) | DEPOSITION UPON |
| DARYL WOLKING, w/h, | ) | |
| | ) | |
| Plaintiffs, | ) | ORAL EXAMINATION |
| | ) | |
| - vs - | ) | |
| | ) | OF |
| HENRY LINDER, M.D., | ) | |
| and YOUNGS | ) | PAUL GISBERT |
| APOTHECARY, INC., | ) | AUWAERTER, MD, MBA, |
| d/b/a TUNKHANNOCK | ) | FIDSA |
| COMPOUNDING CENTER | ) | |
| | ) | |
| Defendant. | ) | |

- - - - - - - - - - - -

TRANSCRIPT OF VIDEOTAPED
DEPOSITION, taken by and before PATRICE
SWEENEY, Professional Reporter and Notary
Public, via Zoom, with the witness and all
counsel being in their respective locations,
on Thursday, June 13, 2024, commencing at 9:00
a.m.

ERSA COURT REPORTERS
30 South 17th Street
United Plaza - Suite 1520
Philadelphia, PA 19103
(215) 564-1233

PAUL GISBERT

**Page 2**

1  A P P E A R A N C E S :
2  (Via Zoom)
3
4     KLINE & SPECTER, P.C.
      BY:  CONOR LAMB, ESQUIRE
5        Conor.Lamb@klinespecter.com
      1525 Locust Street
5      19th Floor
6      Philadelphia, PA 19102
         Attorneys for the Plaintiffs
7
8
9  CIPRIANI & WERNER, P.C.
   BY:  CIARA DENAPLES, ESQUIRE
      Cdenaples@c-wlaw.com
10    415 Wyoming Avenue
      Scranton, PA 18503
11      Attorneys for the Defendant,
        Henry Lindner, M.D.
12
13
   MCCORMICK & PRIORE, P.C.
14  BY:  CONRAD JAMES BENEDETTO, ESQUIRE
      CBenedetto@mccormickpriore.com
15    2001 Market Street
      Suite 3810
16    Philadelphia, PA 19103
        Attorneys for the Defendant,
17      Youngs Apothecary, Inc., d/b/a
        Tunkhannock Compounding Center
18
19
20  A L S O   P R E S E N T :
21     Joseph DePasquale, Intern
       Anglesea DeNaples, Intern
22     Bob Odell, Videographer
23
24

**Page 3**

1              I N D E X
2
3  WITNESS                    PAGE
4
5  PAUL GISBERT AUWAERTER, MD, MBA, FIDSA
6  (Via Zoom)
7
8     By:  Mr. Benedetto         5
9              - - -
10
11
12
13
14
15           E X H I B I T S
16                    PAGE   PAGE
17  NUMBER   DESCRIPTION   MARKED  ATTACHED
18  Exhibit-1  Notice        4    121
19  Exhibit-2  Curriculum Vitae   4    122
20  Exhibit-3  Testimony      4    123
21  Exhibit-4  4/24/24 Report    4    124
22  Exhibit-5  10/7 blood culture  116   125
23              - - -
24

**Page 4**

1              P R O C E E D I N G S
2
3          (At this time, documents were
4  marked for identification as Exhibit-1
5  through Exhibit-4.)
6
7          THE VIDEOGRAPHER:  This video
8  deposition is being taken on June 13, 2024,
9  at 9:00 a.m., and this deposition is for
10 the United States District Court for the
11 Middle District of Pennsylvania, civil
12 action No. 3:23-cv-00806-JFS, in the case
13 of Stacey Wolking, et al. versus Henry
14 Lindner, M.D., et al.
15          Present for the taking of this
16 video deposition is the deponent, Dr. Paul
17 Auwaerter, and counsel who will now
18 introduce themselves.
19          MR. LAMB:  Conor Lamb for the
20 plaintiffs, the Wolkings.
21          MR. BENEDETTO:  Conrad James
22 Benedetto for defendant Youngs Apothecary,
23 Courtney Young, and Brian Bryk.
24          MS. DENAPLES:  Ciara DeNaples for

**Page 5**

1  Dr. Henry Lindner.
2          THE VIDEOGRAPHER:  Thank you,
3  counsel.
4          The court reporter is Patrice
5  Sweeney of ERSA, and the court reporter
6  will now swear in the witness.
7          PAUL GISBERT AUWAERTER, M.D.,
8  MBA, FIDSA, after having been duly sworn,
9  was examined and testified as follows:
10          THE VIDEOGRAPHER:  We will now
11 begin questioning.
12 BY MR. BENEDETTO:
13 Q.    Good morning, Doctor.  My name is Conrad
14 Benedetto.  I'll be taking your deposition.  We met
15 briefly before we went on the record.
16          Have you had your deposition taken before?
17 A.    I have.
18 Q.    Okay.  I will provide you some ground
19 rules, I'm sure your counsel has, I'm sure you
20 recall this from prior deposition testimony, but any
21 answer that you provide, make sure it's verbal.  A
22 nod of the head is not picked up by the court
23 reporter.
24          Do you understand that?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

**PAUL GISBERT**

6

1  A.    Yes.
2  Q.    And I would ask you not to guess on any
3  question, but you may estimate or approximate. I
4  just ask that you let us know that you're guessing
5  -- or if you're approximating or estimating.
6        Do you understand that?
7  A.    Yes.
8  Q.    And I don't think we will be here
9  prohibitively long, but if there's a -- if you need
10 to take a break, just let us know, we will take a
11 break. I only ask that if I ask a question, you
12 answer the question before we take a break.
13       Okay?
14 A.    Yes.
15 Q.    Okay.
16       MR. BENEDETTO: And, Conor, can
17       we agree to objection for one, objection
18       for all, objection to the form and anything
19       else, that we can go off the video?
20       MR. LAMB: Yes.
21       MR. BENEDETTO: Okay.
22 BY MR. BENEDETTO:
23 Q.    And is there any medication or have you
24 suffered any recent head trauma or any reason why

7

1  you wouldn't be able to answer truthfully today,
2  Doctor?
3  A.    No, sir.
4  Q.    Okay. And can you state your full name for
5  the record, Doctor?
6  A.    Yeah. Paul G. Auwaerter.
7  Q.    And, Dr. Auwaerter, what is your current
8  title?
9  A.    I'm the clinical director for the division
10 of infectious diseases at the Johns Hopkins
11 University School of Medicine and also the Sherrilyn
12 and Ken Fisher Professor of Medicine.
13 Q.    As a clinical -- in you're clinical
14 position, do you treat patients actively today?
15 A.    Correct.
16 Q.    Okay. I had prior -- previously marked for
17 the record the notice of deposition as Auwaerter-1,
18 your C.V. as Auwaerter-2, the last page of the C.V.
19 that I was provided with your notes of -- or the
20 testimony that you provided previously based on your
21 memories as Auwaerter-3, and the report as
22 Auwaerter-4. And I'll be referring to those
23 documents.
24       Have you had an opportunity to review those

8

1  documents?
2  A.    Yes.
3  Q.    Okay. And did you review those documents
4  in preparation for today?
5  A.    Yes.
6  Q.    Have you reviewed any other materials in
7  preparation for your deposition testimony today?
8  A.    I -- I do take -- I do have handwritten
9  notes that are just date extraction notes from the
10 records. I also looked at Dr. Steven Smith's expert
11 report and some of his references.
12 Q.    Okay. Have you reviewed any articles,
13 publications, case studies, or research papers in
14 preparation for today?
15 A.    I did. One paper regarding toxicity of
16 tafenoquine.
17 Q.    Okay. Where did you obtain that article?
18 A.    That was from a search on PubMed.
19 Q.    Okay.
20       Okay. And you understand that you're being
21 video recorded today, correct?
22 A.    Yes.
23 Q.    Okay. Where are you testifying from,
24 physically?

9

1  A.    My academic office.
2  Q.    Okay. And at Johns Hopkins in Baltimore?
3  A.    Yes. In the city.
4  Q.    Okay. Doctor, your C.V. is very extensive.
5  I don't want to go into too much of it, but I do
6  want to cover a few things in it. So bear with me
7  here while I pull it up.
8        Do you need to have it pulled up on the
9  screen for you?
10 A.    Maybe. We will see.
11 Q.    Okay.
12 A.    I can pull it up myself.
13 Q.    Yeah. And if you do, just let me know and
14 I can share my screen so it's up on the screen. But
15 if you can pull it up, maybe it's easier for you to
16 control it as we -- as we go through it.
17       So you're currently the clinical director
18 of infectious disease in the department of medicine
19 at Johns Hopkins?
20 A.    Yes.
21 Q.    Okay. And you've been in that role since
22 approximately July 2006; so approximately 18 years?
23 A.    That's true.
24 Q.    Okay. And you are in an endowed share at

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

**PAUL GISBERT**

10

1  the medical school and you have been in that
2  position for approximately 11 years?
3  A.    Yes.
4  Q.    Okay.  Are you certified in infectious
5  disease?
6  A.    I am.
7  Q.    Okay.  And what certification do you have?
8  A.    American Board of Internal Medicine.
9  Q.    Do you have any other board certifications?
10  A.    Internal medicine.
11  Q.    Okay.  You studied biology at Columbia
12  College and graduated in 1984?
13  A.    Yes.
14  Q.    And you received your medical degree from
15  Columbia University in 1988?
16  A.    Yes.
17  Q.    Where did you complete your residency or
18  post-medical school training?
19  A.    Uh-huh.  Internal medicine was at Johns
20  Hopkins Hospital and the school of medicine and
21  subsequent infectious disease training was at the
22  same.
23  Q.    And then after your residency -- and that
24  was in 1991 you completed your residency?

11

1  A.    Yes.  Then I spent a chief resident year,
2  we call it an assistant chief of service, for one
3  year and subsequent to that did my infectious
4  diseases fellowship, joining the faculty in 1996.
5  Q.    Okay.  From 1989 to 1996 while you were
6  completing your residency and your fellowship in
7  infectious disease, did you work or study at any
8  other facility, treatment center, or location other
9  than Johns Hopkins University?
10  A.    I did do some moonlighting at Sinai
11  Hospital in Baltimore, the emergency department.
12  Q.    Anywhere else for a summer or six-week
13  program, anything like that?
14  A.    No.
15  Q.    Okay.  What rotation work and study did you
16  do during your infectious disease residency and
17  fellowship?  Just give me a little bit of
18  information about what a residency and fellowship
19  entails in terms of infectious disease.
20  A.    Well, residency is internal medicine
21  training, which certainly had components of
22  infectious diseases in it, and I also did an
23  infectious diseases rotation.
24        The infectious diseases fellowship ended up

12

1  being four years of which one year is clinical
2  training, which is fairly standard, with some
3  additional clinical duties during the subsequent
4  three years, where I primarily trained in virology
5  and immunology in a laboratory setting.
6  Q.    Oh, what is virology?
7  A.    A study of viruses.  I specifically worked
8  on measles virus both in some small animal models
9  and primate work.
10  Q.    And how about immunology, what is that?
11  A.    That's the study of host immune responses
12  to potential pathogens or just autoantigens as well.
13  Q.    During this period you treated patients,
14  correct?
15  A.    Yes.
16  Q.    And were there any specific types of
17  patients that you saw during your residency and your
18  fellowship or was it, I would say, all encompassing
19  in terms of infectious disease treatment?
20  A.    It was -- I would say it was generally
21  wide-ranging for both hospital infections, also
22  outpatient consultations as well.  It wasn't limited
23  to a specific area.
24  Q.    Okay.  And during this period, did you

13

1  perform any research or publication work during your
2  residency and fellowship?
3  A.    Yes.  Those are outlined in my C.V.
4  Q.    Do you currently have a subspecialty or a
5  focus in infectious disease?
6  A.    I would say my sort of research interest
7  delves into two areas -- well, research interest
8  primarily is on tick-borne diseases and vector-borne
9  diseases.  The other thing that I spend some time on
10  is as editor-in-chief of the Johns Hopkins
11  Antibiotic Guide which I suppose isn't research
12  per se, but is clinical decision support.
13  Q.    And how about your current clinical work,
14  is there any subspecialty or focus that you focus
15  on?
16  A.    Well, I -- I do see patients with
17  tick-borne diseases, but I am not limited in that
18  way.  I see general infectious diseases both
19  inpatient and outpatient.  I also work as a general
20  medical attending on a -- inpatient services, a
21  primary attending.  And I have a small primary care
22  practice as well.
23  Q.    Okay.  So you do -- you are an attending in
24  -- in the hospital setting, correct?

4 (Pages 10 to 13)

**PAUL GISBERT**

14

1    A.    Correct.  Meaning I have direct primary
2    responsibility for the patients, but I also do
3    consultative infectious diseases as well.
4    Q.    And do you -- and what unit do you -- do
5    you do rounds in the morning at the hospital?  Does
6    Johns Hopkins do that?
7    A.    Yeah.  When I'm on inpatient service, of
8    course.  Yes.
9    Q.    And -- and what unit or -- or division is
10   that in?
11   A.    Well, that's in the department of medicine.
12   Q.    Okay.  Is that the -- is there an ICU
13   component to that or it's just internal medicine
14   department?
15   A.    Yeah, I don't attend in the ICU.  I provide
16   consultative work in the ICU.  But when I serve as
17   patient attending, that's on a regular medical
18   floor.
19   Q.    Okay.  And when you serve in the ICU, are
20   you provide -- in the last 11 -- or I'm sorry.  In
21   the last 18 years, have you provided a treatment to
22   patients in the ICU setting for tick-borne
23   illnesses, to your recollection?
24   A.    Yeah.  That's happened on occasion.  It's

15

1    not very common.  We -- we hope to get to patients
2    before they are in the ICU.
3    Q.    Okay.
4    A.    Sometimes patients have late diagnoses and
5    end up critically ill.
6    Q.    Okay.  And what do you mean by late
7    diagnoses?
8    A.    Well, I just mean that their disease has
9    been present long enough to precipitate critical
10   illness.
11   Q.    In your practice as the -- after your
12   fellowship, residency at Johns Hopkins and 18 years
13   as a clinical physician in the -- and the head of
14   the ID department at Johns Hopkins, what's the
15   latest you've seen between an actual tick bite and a
16   diagnosis of a tick-borne illness stemming that tick
17   bite --
18   A.    Well --
19   Q.    -- before treatment is provided?
20   A.    Uh-huh.  I think that's a difficult
21   question to answer sometimes because many people are
22   unaware of a tick bite.  For example, Lyme
23   arthritis, late Lyme arthritis may occur months to a
24   year, or even up to two years, after when it may

16

1    have been acquired.  Other infections present much
2    more acutely, so that would be usually in a matter
3    of weeks; Rocky Mountain spotted fever,
4    ehrlichiosis, anaplasmosis.  Ehrlichiosis sometimes
5    can be subacute for a while or prolonged in patients
6    that are immunosuppressed.
7    Q.    Could it be subacute for 13 years?
8    A.    I have not seen that.
9    Q.    Okay.  When you wrote your report, did you
10   rely on any articles, research, or studies
11   specifically in compiling your report --
12   A.    Now --
13   Q.    -- that's potentially listed in your C.V.?
14   A.    Right.  I'm just looking at my report.  I
15   don't think I reference anything specifically.  So I
16   believe it's based on my education, research,
17   training, background, work on the babesia IDSA
18   guideline.  I think I do make a reference to
19   micrometrics just as a pharmacy reference that I
20   looked at and lists the drugs that treat babesiosis,
21   for example, just as an example of sort of a drug
22   reference tool, for example.
23   Q.    Okay.  And your C.V. is up-to-date?  That's
24   the most current C.V. that you have, that I was

17

1    provided with?
2    A.    Do you -- do you know what the date is at
3    the top?
4    Q.    April 22nd, 2024.
5    A.    I -- I can send an updated one.  It may
6    just have a couple more articles, but nothing
7    fundamentally changed in terms of my duties.
8    Q.    Okay.  What is your rate of compensation
9    for your opinion?
10   A.    Six hundred dollars per hour.
11   Q.    Okay.  And what about for testimony --
12   deposition testimony?
13   A.    Six hundred dollars an hour for the first
14   two hours and then $700 an hour if you go beyond
15   two.
16   Q.    Okay.  And how about trial testimony?
17   A.    I have to look that up.  I don't remember
18   what it is.
19   Q.    Okay.  In the last five years, how many
20   times have you been asked to provide your expert
21   opinion in a legal matter?
22   A.    When you say asked, formally or informally,
23   I guess, or --
24   Q.    So let's start informally -- totally?

PAUL GISBERT

18

1  Informally, formally, and you've provided an opinion
2  and/or testified, all encompassing universe?
3  A.    Yeah.  I guess just in terms of what I can
4  accommodate.  I might look at about a case a month
5  probably over the past years.  It was certainly less
6  during COVID when I was quite busy.
7  Q.    Okay.
8  A.    So I would say that's the average.
9  Q.    And you said -- you brought up a good
10 point.  You said you were quite busy during COVID.
11         How were you busy during COVID?
12 A.    Well, the virus did upset a lot of our
13 standard medical practices.  So it was both adopting
14 to the pandemic, developing new strategies in the
15 hospital, working with the health system to develop
16 a formulary approach for treatment, for example,
17 which I spearheaded.  Lots of meetings.  So -- and
18 also I worked on COVID wards during that time.
19 Q.    Were you -- did you perform any work for
20 the federal government, state government, or a
21 regulatory agency during COVID in terms of treating
22 -- or finding -- finding what COVID was and then
23 finding a treatment for COVID?
24 A.    No.

19

1  Q.    In those -- again, we're just using the
2  general universe of, say, once a month reviewing
3  cases over the last several years.  Can you
4  approximately -- approximate the percentage of those
5  cases that you've done work or reviewed for
6  plaintiffs versus a defendant?
7  A.    I would say about 70 to 80 percent are for
8  the defense.
9  Q.    For the defense.
10        Okay.  Have you ever testify -- testified
11 as an expert at trial?
12 A.    Yes.
13 Q.    How many times in your entire career?
14 A.    I'm -- I am making -- I'm hazarding a
15 guess.  Since 1997, maybe somewhere between 15 to
16 25.
17 Q.    Okay.  How about in the last four years, so
18 since COVID?
19 A.    Almost none during COVID.  And let's see,
20 last year, I think I testified twice.
21 Q.    Okay.  And in that same time frame, in the
22 last four or five years, how many times have you
23 provided deposition testimony?
24 A.    That seems to be maybe anywhere from four

20

1  to six times a year, something like that.
2  Q.    Okay.  And can you give me a percentage in
3  terms of whether it's matters in federal court or in
4  state court?
5  A.    Yeah, I don't have a good feeling for that.
6  I have been in a federal court some years ago,
7  probably prior to COVID, maybe.
8  Q.    Have you ever had your opinion excluded
9  from trial?
10 A.    No.
11 Q.    Have you ever been disqualified as an
12 expert before either in federal court or state
13 court?
14 A.    No.  Not that I know of.
15 Q.    How much time did you spend doing
16 investigative work or research in terms of coming to
17 your conclusions and opinions reached in your
18 report?
19 A.    I -- I think you have those billing records
20 or they are part of my -- actually part of my
21 letter.  So 5148 divided by 600, I can do that.  But
22 it seems to be under ten hours.
23 Q.    Okay.  And how long did it take for you to
24 basically draft your report?  Is that part of that

21

1  --
2  A.    Yes.
3  Q.    -- 5148?
4  A.    Correct.
5  Q.    Okay.  And how many -- how much time did
6  you --
7  A.    That, I don't -- I would have -- I don't
8  know if that was the work going up to it.  I think
9  it's probably work going up to it.  Probably
10 reviewing records -- I'm just looking.  I can look
11 at my billing records, if you would like.  I just
12 don't --
13 Q.    Okay.  That's okay.
14        And how much time have you spent between
15 once you provided the report and today in terms of
16 preparing for your deposition and reading
17 supplemental materials and things like that?
18 A.    I -- I would have to look.  I would say
19 it's probably going to end up being three to four
20 hours, maybe a little more.
21 Q.    Okay.  Have you ever met Stacey Wolking?
22 A.    No.
23 Q.    Have you ever had any conversations with
24 Stacey Wolking or her husband?

6 (Pages 18 to 21)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

---

**22**

```
 1   A.    No.
 2   Q.    So the testimony that you provided to us
 3   generated from memory, you have two main cases where
 4   you're -- from 2023 where you provided trial
 5   testimony; do you recall that?
 6   A.    Yeah, if you help me.
 7   Q.    Sure.  I can show you.
 8         And this is Auwaerter-3, and I'll share my
 9   screen.
10         Okay.  Nope.
11         Do you see that?
12   A.    Yes.  Thank you.
13   Q.    Okay.  So it says Peter Smith, Maine,
14   plaintiff, and McCarthy, Maine, defense?
15   A.    Yes.
16   Q.    Okay.  What was the Peter Smith case about
17   generally?
18   A.    Lyme disease.
19   Q.    Okay.  And what was the -- what were the
20   facts and circumstances around Mr. Smith's claim in
21   that case?
22   A.    I -- I believe it was failure to diagnose
23   Lyme disease.
24   Q.    Okay.  And Mr. Smith, did he bring a claim
```

**23**

```
 1   against his -- who did he bring a claim against?
 2   A.    I don't recall from my memory.  I don't
 3   remember the details on that.  I'm sorry.
 4   Q.    Okay.  What did he suffer from, if you
 5   recall?  I mean, what were the symptoms manifested
 6   by the Lyme disease?
 7   A.    Initially a rash.  And then he developed
 8   carditis and unfortunately died.
 9   Q.    Okay.  And was it your opinion and
10   conclusion that he died because -- directly because
11   of the Lyme disease?
12   A.    Yeah.  It was a causation opinion.  Yes.
13   Q.    Okay.  The McCarthy case, can you tell me a
14   bit about that, who did you represent and what was
15   the case about?
16   A.    That was a case of someone with chronic
17   edema and lymphedema who was receiving wound care
18   where the allegation was that there was an infection
19   present.
20   Q.    And were you asked to provide a causation
21   opinion on that case as well?
22   A.    I believe that's what it mainly centered
23   on.  That's right.
24   Q.    And -- and as you testified on behalf of
```

**24**

```
 1   the defense, do you recall the client on behalf of
 2   whom you testified?
 3   A.    I think it was the wound care doctors, but
 4   I -- it's a little uncertain in my mind at this
 5   point.
 6   Q.    Was it -- were you representing a party
 7   where the claim was ancillary to whether she --
 8   whatever caused the edema, this was more about how
 9   the edema was treated; would that be accurate?
10   A.    Well, I think it was how the wounds were
11   treated and whether antibiotics were employed or
12   not.
13   Q.    Okay.  And the depositions that you have
14   listed there, you have Foutch in Oklahoma; do you
15   recall that case?
16   A.    Yes.  That was Rocky Mountain spotted
17   fever, I believe.
18   Q.    Okay.  What are the symptoms of Rocky
19   Mountain spotted fever?
20   A.    Classically, headache, fever, and rash.
21   Q.    Doctor, it sounds like you summed up a lot
22   of diseases there.
23         How do you diagnose Rocky Mountain spotted
24   fever versus something else?
```

**25**

```
 1   A.    So you can do it from a biopsy --
 2   Q.    Okay.
 3   A.    -- of the rash.  You can do it from a PCR
 4   of a skin lesion swab.  You can do it from acute and
 5   convalescent serology.
 6   Q.    Okay.  And it was determined that
 7   Mr. Foutch was suffering from Rocky Mountain spotted
 8   fever based on lab results and biopsies?
 9   A.    I -- I don't remember the details in that
10   case at the present.
11   Q.    Okay.  And who did you provide an opinion
12   for, which party?
13   A.    Again, I -- I don't quite remember.
14   Q.    Okay.
15   A.    It was one of the doctors at one hospital
16   in Oklahoma.
17   Q.    Okay.  And how about Brown in Illinois, do
18   you recall the facts and circumstances around that
19   case?
20   A.    Yeah, that's murkier.  Oh, gosh.  I really
21   -- I probably would be misstating at this point.  I
22   just -- I don't remember the details.  I remember
23   there was some allegation that she had dental -- a
24   dental abscess.
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

26

1  Q.    Okay.  And your counsel provided me a
2  couple from earlier this year --
3  A.    Yes.
4  Q.    -- where you testified on behalf of the
5  defense, one was called Temple in California.  Was
6  that trial or deposition testimony?
7  A.    Deposition, Mr. Benedetto.
8  Q.    Okay.  And what was that case in terms of
9  the facts and circumstances around that claim?
10  A.    It's a little more recent, so I can give
11  you some details.
12        That had to do with an allegation that
13  doctors did not diagnose Lyme disease.
14  Q.    Okay.
15  A.    Or did not --
16  Q.    And who -- what happened to the plaintiff
17  in that case?
18  A.    Oh, the plaintiff, who I think was 88, died
19  of dementia and malnutrition.
20  Q.    And that's your opinion in that case, that
21  it was not the Lyme disease, it was dementia and
22  malnutrition?
23  A.    Well, the patient never had Lyme disease.
24  Q.    Okay.  And who did you testify on behalf of

27

1  in that case?
2  A.    A Dr. Haddad who is an infectious disease
3  physician.
4  Q.    Okay.  And last one, Irving in Arizona,
5  what are the facts and circumstances around that
6  case?
7  A.    That was a brain abscess -- brain abscess
8  with intraventricular rupture.
9  Q.    And what was the alleged cause of that
10  condition?
11  A.    Well, the brain abscess probably developed
12  from odontogenic basis.
13  Q.    And that -- that was your opinion or
14  conclusion in that particular case?
15  A.    As to the etiology of the brain abscess,
16  yes.
17  Q.    And who did you provide your opinion on
18  behalf of?
19  A.    It might be the hospital.  I honestly don't
20  remember specifically.
21  Q.    Do you work closely with dermatologists in
22  your practice?
23  A.    No.  I would say -- I'm not sure what your
24  definition of close is.  We have them as

28

1  consultants.  We've used them, but I wouldn't say
2  they are integrated into our practice.
3  Q.    And that was more my question.  Whether it
4  be integrated or do you -- when you perform your
5  consultation work as an infectious disease physician
6  or do rounds, is a dermatologist part of your team
7  where you are treating tick-borne illnesses
8  specifically?
9  A.    No.
10  Q.    All right.  How about gastrointestinal
11  physicians?
12  A.    No.
13  Q.    Okay.  And you're not a certified -- board
14  certified dermatologist or GI physician, correct?
15  A.    That is true.
16  Q.    Okay.  And you have not studied pharmacy,
17  correct?
18  A.    Well, to be a pharmacist, that's true.
19  Certainly we have a facility with pharmacology with
20  regards to antimicrobials and so on.
21  Q.    Okay.  But you don't have a Pharm D and
22  have not been a practicing pharmacist, correct?
23  A.    All true.
24  Q.    Okay.  So I'm -- we're going to turn to

29

1  your report, Doctor, if you want me to bring that
2  up, I can do so.
3  A.    I have it right in front of me.
4  Q.    Okay.  Good.
5        All right.  So that's been marked as
6  Auwaerter-4.
7        So we discussed your -- your background and
8  your compensation here.
9        Is there a geographic region in the United
10  States that has -- is predominately tick-borne
11  center of diseases?  In other words, like, is there
12  a geographic region where you find more tick-borne
13  illnesses than other regions?
14  A.    Well, I think my answer to that is, the
15  most common vector-borne disease in the United
16  States is Lyme disease, so that is far more common
17  than others.  So if you look at the distribution of
18  Lyme disease, that would be New England and the
19  Midatlantic states, as well as the upper Midwest,
20  Minnesota, Wisconsin, and so on.
21  Q.    Do you find Lyme in Virginia, meaning
22  below -- say, east of the Shenandoah Mountains,
23  below the -- the Appalachian Mountains?
24  A.    Yes.  I would say over the past 10 to 15

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

**PAUL GISBERT**

30

1    years, whereas Virginia previously was not the state
2    that we thought had significant amounts of Lyme
3    disease.  Northern Virginia and then moving down to
4    Shenandoah seems to be the case and not so much, for
5    example, in the tide water region.
6    Q.    Okay.  How about in the Potomac area in
7    terms of that valley or that -- that region?
8    A.    Yes.  So northern Virginia, especially
9    Loudoun County, that sort of area definitely there
10   are cases of acquired Lyme disease.
11   Q.    How many cases have you seen in the last 10
12   or 15 years in your practice of someone suffering
13   from Lyme disease -- diagnosed Lyme disease that
14   received a tick bite or acquired Lyme disease in
15   northern Virginia?
16   A.    Well, you know, we certainly see patients
17   from there.  I would say, you know, maybe 10 to 20.
18   You know, it's a little more of a distance to
19   Baltimore.  Especially with Washington D.C. traffic,
20   if you've ever tried to navigate that, many people
21   decide not to venture north.
22   Q.    And there are research hospitals and
23   university hospital centers in Washington D.C.,
24   correct?

31

1    A.    Yes.  There's Georgetown, GW, Howard.
2    Q.    Okay.  How did you become interested in
3    research of tick-borne illnesses?
4    A.    Newt Gingrich.
5    Q.    Tell me what you mean.
6    A.    Yeah, so initially I did laboratory work,
7    as I mentioned, on measles and immunology was sort
8    of headed toward laboratory work when he shut down
9    the government in the early '90s with the idea that
10   he was going to have an IH budget at which point I
11   was looking for a job and no academic medical center
12   wanted to take on new faculty members.  So I took a
13   clinical job in suburban Baltimore County as part of
14   Johns Hopkins medicine and my most common
15   consultation quickly became Lyme disease.
16   Q.    Okay.  And why do you find that research
17   topic interesting?
18   A.    Well, I think tick-borne diseases are
19   certainly important and have been increasing in
20   incidents in United States, really in North America.
21   It's a treatable disease and, also, there are some
22   challenges with appropriate diagnosis, for example,
23   and also understanding disease mechanisms.
24   Q.    And I'm sorry to jump back to your C.V.,

32

1    but just the current -- your current positions,
2    you're editor-in-chief of the Johns Hopkins
3    Antibiotic Guide; what is that?
4    A.    Yeah, that's an electronic antibiotic guide
5    sort of -- you know, everyone sort of has a drug and
6    bug guide they used to put in their white coat and
7    this was a way that when the PalmPilot came out in
8    the late '90s, we could condense information and put
9    it on an electronic device instead of carrying a fat
10   book in your pocket.  So this has gone on, and so
11   this is something that deals with diseases,
12   pathogens, and drugs and offers information for
13   appropriate diagnosis and therapy of many infectious
14   diseases.
15   Q.    So it's almost like a -- a -- I'm blanking
16   on the term we used to use in elementary or high
17   school -- a quick guide for diagnosing treatment
18   dosing of various diseases that an infectious
19   disease physician may come across?
20   A.    Yeah.  The idea is we develop the
21   architecture so that people who use the guide with
22   some regularity at bedside can find the information
23   they want within a minute or two and -- you know,
24   and help with either diagnosis or a therapy with the

33

1    idea that it's better to try to look something up
2    quickly, whereas if you needed ten minutes to look
3    something up, you wouldn't and you try to wing it.
4    So -- yeah.
5    Q.    Okay.  And the last one, for now at least,
6    that we did not discuss before, you're currently an
7    attending physician in pediatrics.
8          Is that general pediatrics or is that
9    specific to infectious diseases?
10   A.    Infectious diseases.
11   Q.    Okay.
12   A.    And predominately for vector-borne
13   diseases.
14   Q.    Okay.  And when you say "vector-borne,"
15   you've used that term several times, what do you
16   mean?
17   A.    So a vector means transmitted by something
18   other than person to person spread or direct
19   contact.  So mosquitoes and ticks would be the most
20   common; you could have lice, fleas, for example.
21   Q.    Is it always an animal?  Could it be plant?
22   Flower?
23   A.    No, that would not be a vector -- yeah.
24   Q.    So vector covers only animal, animal to

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

PAUL GISBERT

34

1  human?
2  A.    Correct.
3  Q.    Okay.  And it does not cover human to human
4  transmission?
5  A.    No.
6  Q.    Okay.  On page 1 of your report at the
7  bottom paragraph, it states:  I served as an author
8  of the Infectious Diseases Society of America 2020
9  Guideline on the Diagnosis and Management of
10  Babesiosis.
11      Can you discuss your role in that
12  publication and what that is, please?
13  A.    Right.  So that involved an evidence-based
14  literature review of really all of the literature
15  regarding babesiosis up to that date and then
16  developing key clinical questions and then, based on
17  literature, providing guidance on diagnostic aspects
18  and therapies.
19  Q.    Okay.  And what is babesia?
20  A.    Babesia is a parasite that in humans
21  infects red blood cells.  So it's often described as
22  a malaria-like parasite because people might have a
23  little more familiarity with malaria than babesia.
24  But unlike malaria, which is a mosquito-borne

35

1  disease, this is a tick-borne disease.  And in the
2  United States, predominately the pathogen is babesia
3  microti and is transmitted by the same tick as
4  Borrelia burgdorferi that is Lyme disease.  So
5  that's commonly referred to as a black legged or a
6  deer tick, Ixodes scapularis.
7  Q.    Is babesia transmitted by any other type of
8  tick other than what I always call a deer tick?
9  A.    Well, there are other species that can; for
10  example, there's babesia divergens in Europe, so
11  that's transmitted by a different tick.  And some
12  babesia that are very rare, meaning just a handful
13  of cases, in the Pacific Northwest, for example,
14  it's not quite clear what the vector is.
15  Q.    Okay.  What percentage of tick-borne
16  illness patients that you have treated have suffered
17  from that babesia infection?
18  A.    Well, Maryland traditionally had been
19  really at the edge of where babesia occurs and so
20  under a half dozen cases here, and most of those
21  were acquired via blood transfusion here in this
22  state.  But it's now increasing in numbers as it
23  creeps south, much like Lyme disease, and moves
24  southward into Virginia.

36

1  Q.    Annually, what percentage of tick-borne
2  illness patients suffer from an infection of babesia
3  in the whole universe of tick-borne illness patients
4  in the United States?
5  A.    Yeah.  Well --
6  Q.    Is there literature on that?
7  A.    Well, there is.  I mean, the -- the number
8  of cases of babesiosis usually venture in hundreds.
9  The ones that are reported at least are, you know,
10  in the hundreds to low thousands.  But -- but it's
11  probably in order of two magnitudes less than Lyme
12  disease.
13  Q.    Okay.
14  A.    But it's considered an uncommon to rare
15  diagnosis compared to Lyme disease.
16  Q.    And you talked about where the babesia is.
17      Geographically where would you find
18  babesia?  Would you find it in the same geographic
19  region as Lyme disease or would you -- is it
20  separate because the --
21  A.    Uh-huh.  Yeah, it's -- it's good.  We don't
22  quite understand why, but it's more limited than the
23  geographic regions of Borrelia burgdorferi.  So it's
24  not nearly spread quite as fast or as rapidly for

37

1  reasons that are not clear.  But the -- states
2  that report them tend to be the same states that
3  have very high incidents of Lyme disease, the
4  exceptions would be some states at the margins of
5  those areas like Virginia, Maryland, West Virginia,
6  you know, and some of the states with some emerging
7  areas of Lyme disease like Michigan, Indiana, Ohio,
8  they don't really have much in the way of babesia
9  yet.  So it -- it seems to be a disease which is
10  more limited, but there is overlap but it's a
11  smaller footprint.
12  Q.    And so I understand it, babesia that we
13  have just been discussing is carried by the same
14  tick that carries Lyme disease but for some, at
15  least as of now, unknown reason, the footprint is
16  smaller than the Lyme disease that you find from the
17  same species of tick, correct?
18  A.    That's right.  And also the rate of
19  infection to humans is significantly less.
20  Q.    And what babesia strain do humans acquire
21  if they are bitten by, again, what we will call a
22  deer tick?
23  A.    Uh-huh.  So at least in this region, it's
24  babesia microti.

PAUL GISBERT

38

1  Q.    Okay.  And how do you determine if a
2  patient is suffering from an infection caused by
3  babesia microti?
4  A.    Uh-huh.  There are two main methods, one
5  would be performing a blood smear film and looking
6  for evidence of the parasite within red blood cells,
7  which can also help -- also determine what's called
8  a level of parasitemia, the other would be using a
9  polymerase chain reaction, a PCR, as -- on a blood
10  specimen, and that is another mechanism.
11  Q.    Okay.  And how reliable are these two
12  tests?
13  A.    Well, I think either of these would be
14  considered gold -- a gold standard.  These are a
15  part of our guideline.  Probably the PCR is a bit
16  more sensitive where it might detect very low levels
17  of babesia that might not be seen on a microscopic
18  exam.
19  Q.    Okay.  And is there a certain rate of false
20  negatives associated with these two tests?
21  A.    That's -- that's a tough one, because if
22  they are the best tests, I -- you know, there are
23  probably always operator error or disease that is --
24  is just quiescent and then becomes more prominent

39

1  later on.  We certainly see that in some of our
2  immunosuppressed patients.  But they are, in
3  general, very reliable tests.
4  Q.    Okay.  How many strains of babesia are
5  found in humans?
6  A.    Well, there's -- in the United States,
7  other than babesia microti, there's babesia duncani
8  D-U-C-A-N-I [sic], previously known as WA-1 in the
9  Pacific Northwest.  And then years ago there was a
10  babesia which has been called MO-1, and that was in
11  Missouri, as you might imagine from the letters.
12  But those are, you know, really just very few cases
13  in the -- in those regions.
14  Q.    And do you -- do you find babesia duncani
15  currently?
16  A.    Not on the east coast, no.
17  Q.    All right.  I noticed in your report, and
18  obviously in some of the records, the term babesia
19  odocoilei.  I might be pronouncing that incorrectly.
20  O-D-O-C --
21  A.    Odocoilei.
22  Q.    What is that?
23  A.    Yeah, well, that is apparently -- babesia
24  and a neighboring species called Theileria are,

40

1  again, red blood cell pathogens that infect many
2  different animals.  They are often adapted to those
3  animals and have specific ticks that transmit them.
4  So this is one that is found in a number of animals,
5  but is often described as a deer parasite.
6  Q.    And what you're suggesting or is it your --
7  your opinion that babesia odocoilei is found just in
8  deer or some species of deer that is transmitted to
9  the deer from the tick but not from the tick to the
10  human, correct?
11  A.    Well, that's right.  I mean, there is a
12  report in the literature, which, again, until others
13  describe, I would view with some scepticism as to
14  the legitimacy of that as a -- as a human pathogen.
15  Q.    Have you ever seen or reviewed any
16  research, article, or study that shows that it has
17  been found in humans as a human pathogen, the strain
18  of babesia or what has been described as babesia
19  odocoilei?
20  A.    Well, you know, in some of our research
21  meetings where I talk to other investigators, you
22  know, we discussed whether any of us have seen novel
23  or new cases of babesia, including this one, because
24  this was reported, and, you know, that's not

41

1  something, you know, that's been described.
2  You know, babesia can be seen on a blood
3  smear, although, this particular one, at least this
4  physician argued that you can't see it on a blood
5  smear.  But when you see it on a blood smear, if you
6  don't have a diagnosis, you can sequence it and
7  pretty rapidly understand what the pathogen might
8  be, you know, with modern molecular diagnostics.
9  Q.    Okay.  Are you aware of the diagnosis of
10  acute babesiosis?
11  A.    Yes.
12  Q.    Are you aware of the diagnosis termed
13  chronic babesiosis?
14  A.    Well, some people use that term.  I -- I
15  usually would probably term persistent or relapsing
16  babesia, which certainly can occur often more in
17  patients with immune compromise either because of
18  their own immune system or because of the drugs they
19  are taking.
20  Q.    Okay.  Have you ever diagnosed anyone with
21  acute babesiosis?
22  A.    Yes.
23  Q.    And how about what I'll term chronic
24  babesiosis --

11 (Pages 38 to 41)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

42

1    A.    Well --
2    Q.    -- or prolonged babesiosis?
3    A.    Yeah, I tend to avoid the term chronic only
4    because a number of alternative medicine
5    practitioners use terms like chronic Lyme disease,
6    chronic Bartonella, chronic mycoplasma, chronic
7    babesia, and so on to label syndrome complexes due
8    to infection when there's really not objective
9    evidence that they have that disorder.
10         So I prefer to use prolonged or persistent
11   babesia.  But, yes, I have seen it.
12   Q.    Okay.  That was going to lead me to my next
13   question.
14         Have you ever diagnosed a patient or seen a
15   patient that you would say is suffering from chronic
16   Lyme disease?
17   A.    Yes.  In fact, we published several papers.
18   I mean, the bulk of our consultations are actually
19   for patients that have been diagnosed with any of
20   these chronic entities that I mentioned and so
21   that's all actually more common than acute
22   infections, at least in our consultative practice.
23   Q.    Okay.  On page 2 of your report, this full
24   first paragraph states -- the first sentence states:

43

1    I focused my review of the care rendered to Stacey
2    Wolking when she was under the treatment of
3    Dr. Henry Lindner from 2013 to 2022.
4         So we can agree that Dr. Lindner was
5    Ms. Wolking's treatment provider for a variety of
6    issues from 2013 to 2022, correct?
7    A.    That is true.
8    Q.    Okay.  And then your review and opinions
9    are based on the following documents, and you have
10   nine items with some subparagraphs listed there.
11        These nine items with the subparagraphs,
12   are these the materials that you used to form the
13   basis of your opinions and conclusions?
14   A.    Yes.  At the time that I wrote the letter;
15   since that time, I also reviewed Stacey Wolking's
16   deposition.
17   Q.    Okay.  So you have reviewed Stacey
18   Wolking's deposition?
19   A.    I have.
20   Q.    And have you reviewed Mr. Wolking's
21   deposition?
22   A.    I have not.
23   Q.    Okay.  Have you reviewed e-mails between
24   Mr. Wolking and Dr. Lindner?

44

1    A.    Yes.  That's the bulk of the medical
2    record.
3    Q.    In your brief summary, the first paragraph,
4    you list several complaints or symptoms that Stacey
5    Wolking went to Dr. Henry Lindner to treat,
6    including hot flashes, sweats, and cortisol
7    deficiency, and you put cortisol deficiency in
8    quotes.
9         Why did you put cortisol deficiency in
10   quotes?
11   A.    Because I never saw evidence in the medical
12   record that proves she had this.  And much like
13   chronic Lyme disease, cortisol deficiency is often a
14   clinical diagnosis by some of these alternative
15   physicians.
16   Q.    And when faced with a patient that is
17   suffering -- or claims to be suffering from
18   lethargy, for example?
19   A.    Well, I'm not quite sure what your question
20   is, but maybe you could phrase it.
21   Q.    Sure.  Sure.
22        You put it in quotes because what you term
23   alternative therapy practitioners would diagnose
24   someone with something like cortisol deficiency when

45

1    faced with certain complaints by the patient,
2    correct?
3    A.    At least.  I mean, I obviously don't have
4    their medical decision-making in their mind.  But
5    from many years of seeing this, both adrenal fatigue
6    and cortisol deficiency are some of these diagnoses
7    that are attributed as the basis for their fatigue.
8    Q.    For their fatigue.  And that was my
9    question.
10        For things like lethargy or fatigue,
11   correct?
12   A.    Yes.
13   Q.    Okay.  Sometimes things like sweats or hot
14   flashes, correct?
15   A.    Well, it -- often it covers a host of
16   sematic complaints.
17   Q.    Okay.  If you were to be suffering from a
18   tick-borne pathogen, would you -- are some of the
19   symptoms or signs of any tick-borne disease hot
20   flashes, sweats, or what may be viewed as a cortisol
21   deficiency?
22   A.    Well, I think if you have an acute
23   infection, they certainly could be.  We're talking
24   about symptoms that might be for a matter of days or

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

**PAUL GISBERT**

46

1  a couple of weeks.  But I think when you're dealing
2  with months and years of infections and -- there's
3  no basis for the diagnosis of any of those
4  tick-borne disorders.
5  Q.      And refresh my memory for me, please.  What
6  -- when you suffer from Lyme disease, how do you
7  reach that diagnosis?
8  A.      So it could be on the basis of seeing a
9  characteristic rash known as erythema migrans.
10  Alternatively there could be other health problems
11  that could be supported by a serologic diagnosis,
12  meaning antibody testing.
13  Q.      And that was going to be my follow up.
14        If you don't see a rash, before you order
15  the test, what are some of the symptoms a patient
16  may be complaining of that might make you,
17  Dr. Auwaerter, think, oh, this could be Lyme
18  disease?
19  A.      Uh-huh.  They could have a cranial nerve
20  palsy.  They could have a severe headache that would
21  be consistent with aseptic meningitis.  They could
22  have a radiculopathy.  They could have heart block
23  or carditis.  They could have arthritis, especially
24  in the knee.  That's beyond the rash.  Those would

47

1  be some of the most common findings.
2        Children are sometimes are slightly
3  different.
4  Q.      Where do you typically see the rash on the
5  body?
6  A.      Well, the Ixodes ticks, unlike dog ticks
7  that love hair, tend to like warm, moist areas.  So
8  classically it would be around the axilla, the groin
9  region, behind the knee; for woman, under the
10  breasts.  But they really can attach everywhere.
11  But typically you don't see that on the hands, for
12  example.  You rarely see them on the scalp, for
13  example.
14  Q.      And the rash is at the location of the bite
15  where the -- where the tick attaches to the body?
16  A.      At least the herald rash.
17  Q.      Okay.  And by that, do you mean the
18  circular target looking rash?
19  A.      Yes.  Some cases that are untreated go on
20  to develop what's called multiple erythema migrans,
21  so they can get, you know, two, three, five, 20, 30
22  lesions on the skin.
23  Q.      Okay.  So you know for approximately seven
24  years Ms. Wolking was on hormone replacement

48

1  therapy, but she returns to Dr. Lindner in summer of
2  2020 with conditions and complaints such as stress,
3  hair loss, extreme fatigue, migraines, heart
4  pounding, insomnia, headaches, excessive sweating,
5  general achiness, and stiffness.  And they were
6  diagnosed as symptomatic menopausal state and
7  treated with prescriptions of progesterone,
8  testosterone, estradiol, and DHEA.
9        Do you have any independent opinion as if
10  you were presented with those complaints at that
11  time after seven years of hormone replacement
12  therapy what Ms. Wolking could have been suffering
13  from?
14  A.      Well, there's certainly a differential.
15  But since there's no physical exam, this patient
16  hadn't been seen in the office in seven years, I
17  would be very hesitant to make any conclusions at
18  this stage, rather I would -- and what I do is, if
19  these patients come into my office, I take a
20  thorough history, do a thorough examination, review
21  the available medical records, and often see them in
22  person over a series of visits.  And often it takes
23  a while to come to some conclusion as to what might
24  be the best diagnosis for them.  And sometimes there

49

1  is syndromic diagnoses, for example.
2        So it's -- you know, this could be migraine
3  disorders.  It could be anxiety.  It could be
4  generalized anxiety disorder.  It could be a sleep
5  disorder.  It could be fibromyalgia.  It could be
6  chronic fatigue syndrome.  There could be a medical
7  problem.  But, again, I didn't really have any basis
8  at this point.  So my advice for this sort of
9  patient would be to have a -- you know, a fresh look
10  and fresh start.
11  Q.      From 2013 to 2022, would it be the standard
12  of care in medicine generally to see a patient in
13  person once in an initial visit and not see them in
14  person again and continue to make diagnoses or
15  opinions as to that patient's condition?
16  A.      Well, I'm not sure I have a standard of
17  care opinion here.  I would just say certainly I
18  think best practices are that patients should be
19  seen with some frequency in person in order to
20  continue ongoing care, especially when they are out
21  of state.
22  Q.      Okay.  And for this report and this
23  particular case, what have you been asked to provide
24  in terms of your expert opinion?

13 (Pages 46 to 49)

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

PAUL GISBERT

**50**

1  A.     Well, initially, I think it was focused on
2  whether the patient had babesiosis.  The second --
3  and the answer is no.
4        The second is, did the therapy that
5  Dr. Lindner used and prescribed cause harm to the
6  patient, and the answer is yes because that lead to
7  the intestinal perforation by corticosteroids.
8        So they're really causation opinions in the
9  sense of just what the diagnosis is or isn't and
10  then also medication effects.
11  Q.     Any of the other treatment that Dr. Lindner
12  provided or prescribed other than the
13  corticosteroids cause Ms. Wolking's injury?
14  A.     I don't believe so.  I think it was a high
15  dose corticosteroids.  Dr. Smith opined about
16  tafenoquine, and I -- you know, and that was
17  obviously a report that was issued after mine, so I
18  would be happy to speak to that.
19  Q.     Okay.  And we'll -- and we will get to
20  that.
21        Okay.  And then a year after the 2020
22  notes, there's the June 25th, 2021, notes where
23  Ms. Wolking claims to be suffering from fatigue,
24  nausea, abdominal discomfort, marked stiffness,

**51**

1  achiness, weight gain, brain fog, constant headache,
2  tinnitus, flushing, excessive sweating, leg
3  vibrations, left ankle/foot swelling, and urinary
4  incontinence, although her sleep was better.  And
5  that's contained in the last paragraph on page 2 of
6  your report.
7        Again, same question as before.  This is
8  without seeing the patient, you, Dr. Auwaerter, in
9  2021, and also without Dr. Linder seeing the
10  patient, what would you attribute these complaints
11  to based on her prior pathology and diagnoses?
12  A.     You can read my prior answer.
13  Q.     Okay.  And you do make a note here at the
14  bottom of page 2 and into page 3 that Dr. Lindner
15  notes a history of tick bites 13 years earlier in
16  2008, treated with antimicrobials with improvement
17  in 2018 but without resolution and worsening over
18  the last three years.
19        Is that possible?
20  A.     I don't think so.  I think Ms. Wolking
21  certainly had symptoms that waxed and waned.
22  Whether the antimicrobials prescribed had some
23  therapeutic effect, it's hard to understand.  But I
24  would tell you that she never had any evidence that

**52**

1  I saw of infection and she received some very
2  significant treatment during that time frame, even
3  going back earlier.  But, you know, why she
4  improved, I -- I can't say.
5  Q.     Okay.
6  A.     But it could have just been her disease
7  course.
8  Q.     And the next sentence is that Dr. Lindner
9  suspects infection with babesia odocoilei.
10        And we've discussed this.  It is your
11  opinion you don't find this strain of babesia in
12  humans, correct?
13  A.     That's true.  I mean, he diagnosed it in
14  his daughter and, you know, made a paradigm, I
15  think, of treatment based on that.  And even though
16  he -- and he used a laboratory that, you know, never
17  rendered anything positive, decided to proceed on a
18  clinical basis with that diagnosis.
19  Q.     And it's true that she had laboratory
20  testing which was negative for babesia, correct?
21  A.     That's true.  But also I would say more
22  importantly, clinically she did not have the kind of
23  evidence we would tend to see with babesia that
24  could include hemolytic anemia, for example,

**53**

1  cytopenia, fever.  You know, she had lots of what I
2  would call subjective symptoms but little on the way
3  of the objective problems that we tend to see with
4  babesiosis.
5  Q.     Objectively the symptomatology did not
6  reveal babesiosis in Ms. Wolking, correct?
7  A.     No.  I would -- I mean, what I can say
8  outright is if this patient came into my office, I
9  would never even entertain ordering babesia.
10  Q.     If she were suffering from babesiosis, it
11  notes here that atovaquone 750 milligrams suspension
12  is prescribed twice daily.
13        Would that be a standard treatment for
14  babesiosis?
15  A.     Partly.  The recommendation is to use
16  atovaquone with a macrolide antibiotic called
17  azithromycin, that's typically for a short period of
18  time, and I think she was continued on this far
19  longer.
20  Q.     Okay.  And how about that dosing of
21  atovaquone?
22  A.     That's -- that is the standard, 5 ML.
23  Twice daily is the standard dosing.
24  Q.     And you would use that with a Z-Pak with

14 (Pages 50 to 53)

PAUL GISBERT

54

1  azithromycin?
2  A.    Well, we would use it with daily
3  azithromycin, not -- not the Z-Pak.
4  Q.    Okay.  The next paragraph he seems to --
5  Dr. Lindner, according to your report and your
6  reading of Dr. Lindner's testimony and the medical
7  records, seems to come to this stronger conclusion
8  that she's -- you put in your report clearly has a
9  babesia infection.  So he orders tafenoquine 150
10  milligrams four times for a single -- No. 4 for a
11  single dose.
12       What do you mean by No. 4 here?
13  A.    Four -- four tablets.
14  Q.    Four totaling 150 milligrams, correct?
15  A.    No.  Totaling 600 milligrams.
16  Q.    Okay.  So tafenoquine 150 milligrams times
17  four for a single dose; would that be accurate to
18  say?
19  A.    Yes.
20  Q.    What is tafenoquine?
21  A.    Tafenoquine is a relative of drug called
22  Primaquine, which is FDA approved for prophylaxis or
23  terminal eradication of malaria parasites but has
24  been used on a case-report basis for some cases of

55

1  difficult to resolve babesia infection.
2  Q.    Would that be termed off-label treatment?
3  A.    Yes.  In fact, no drugs are on label for
4  babesia.
5  Q.    No drugs are on label for babesia?
6  A.    That's true.
7  Q.    Okay.  So any treatment for babesiosis
8  wouldn't be guided by FDA or even medical literature
9  in the sense that that medication would have been
10  FDA approved for that indication, correct?
11  A.    Well, just to make sure, because your
12  answer -- your question was a little -- sounded
13  broader.  But specifically there's not a FDA
14  indication probably because the disease is too rare
15  and drug companies would not pursue that.  You know,
16  there's a commercialization basis here.  So we treat
17  many, many infections that have no FDA indicated
18  label.
19  Q.    Sure.
20       And there are many uses of FDA approved
21  medication for certain indications that you would
22  treat with patients off label or for other
23  indications, correct?
24  A.    Yes.

56

1  Q.    Okay.  What is herxing?
2  A.    This is a term that I generally see
3  patients -- some alternative medical practitioners
4  use as a shortened form of Jarisch-Herxheimer
5  reaction, which is classically described in syphilis
6  where after penicillin people had almost an
7  anaphylactic-type reaction due to organisms with
8  rapid die-off that might last 24 to 48 hours.
9       What I see generally the alternative
10  medical practitioners do use is the term herxing for
11  a chronic condition that can go on for weeks,
12  months, and years which typically are side effects
13  of the medications they are prescribing but, in
14  fact, there's no die-off of any infections.  They
15  say that's what they use.  That's what Dr. Lindner
16  said.  And then will use supportive care in an
17  effort to decrease these so-called herxing symptoms
18  from the prescribed antimicrobial medications.
19  Q.    And is that -- if I understand you and your
20  interpretation of it, is -- are they saying, certain
21  physicians using the term herxing, that your body is
22  becoming either inflamed or you're suffering from
23  more acute symptoms at the immediate moment due to
24  the pathogen, quote, die-off or the killing of it

57

1  from the primary treatment or primary medication?
2  A.    Yeah, I -- I mean, you would have to ask
3  one of these doctors.  But that's how I had patients
4  explain it to me.
5  Q.    Okay.
6  A.    I generally have been told.
7  Q.    Okay.
8  A.    Even though, of course, A, they don't have
9  an infection and, B, it's usually from a die-off of
10  a very high level of infection.  And you can imagine
11  for someone that's been on medications for months or
12  years, you would think if there is any organism
13  burn, it would be very low and that you wouldn't
14  really have so-called herxing.
15  Q.    And you've diagnosed patients with
16  babesiosis or -- or acute illness from babesia,
17  correct?
18  A.    Yes.
19  Q.    And from babesia -- basesia microti,
20  correct?
21  A.    True.
22  Q.    And you have conducted lab testing, either
23  the smear, PCR testing, something to confirm that
24  diagnosis, correct?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

58

```
 1    A.    Yes.
 2    Q.    And then do you prescribe medication to
 3  treat that babesia?
 4    A.    Yes.
 5    Q.    And what medication have you prescribed to
 6  treat that babesia indication?
 7    A.    Well, I would say years ago primarily for
 8  those patients hospitalized with severe disease we
 9  used clindamycin and -- and quinidine and quinine,
10  that is no longer a favorite strategy.  And so more
11  recently used atovaquone and azithromycin,
12  occasionally adding clindamycin for someone that is
13  severely ill.
14    Q.    And so -- and this has all been in the
15  inpatient or hospital setting, correct?
16    A.    I've treated I think at least one patient
17  outpatient.  Yes, most have been inpatient settings.
18    Q.    And what dosing of atovaquone would you
19  prescribe or provide the patient with?
20    A.    750 twice daily.  The azithromycin 250 or
21  500, depending on their tolerance, daily.  Again,
22  usually seven to ten days is sufficient treatment
23  for most patients with babesia.
24    Q.    And --
```

59

```
 1    A.    And it's cleared on their own even without
 2  treatment.
 3    Q.    And you used the word or the words
 4  depending on the patient's tolerance, and what do
 5  you mean by that?
 6    A.    Well, some patients have more GI upset on
 7  500 milligram dosing of azithromycin.
 8    Q.    Okay.  And have you treated any patients
 9  for longer than ten days on this dosing of
10  atovaquone and azithromycin?
11    A.    Yes.  For a patient -- patient -- we had
12  one patient who was immune compromised and had some
13  trouble eradicating we are usually treating longer
14  than six weeks, for example.
15    Q.    Okay.  Any treatment longer than 90 days?
16    A.    Not in my practice.  Certainly there have
17  been case reports that have been very challenging
18  for eradication in patients, especially on certain
19  immunosuppressives such as those that get depressed
20  antibody production rituximab.  So there are a
21  number of instances where you will use combined
22  drugs and prolonged courses in effort to eradicate
23  the infection.
24    Q.    And will these patients typically be still
```

60

```
 1  inpatient or that would be an outpatient setting?
 2    A.    I think for the problems you just described
 3  most would -- most I would think are outpatient.  In
 4  fact, I -- you know, they usually have lower levels
 5  of parasitemia in that, you know, less than 1
 6  percent range or 1 or 2 percent.
 7    Q.    And in this -- in the report, you go on to
 8  describe a note from January 2022, what we just
 9  discussed about the herxing and that Ms. Wolking is
10  prescribed ivermectin and noted to have skin
11  findings consistent with Bartonella.
12        What is Bartonella?
13    A.    Bartonella is a bacteria that certainly can
14  cause human illness.  You might be familiar with
15  something called cat-scratch disease.  It can also
16  cause some other problems in immunosuppressed
17  patients.  But what I find alternative med --
18  medical practitioners, if you look on any -- I'm not
19  sure what your age is, but any middle age Caucasian,
20  you can find what are called little red spots called
21  cherry angioma, they are benign skin lesions.  But
22  many of these doctors will say that you have
23  Bartonella based on that finding.
24    Q.    Okay.  And is that what you're referring to
```

61

```
 1  where it's noted that she has skin findings
 2  consistent with Bartonella?  Is it your opinion that
 3  she had the cherry angioma or is it something else?
 4  You don't know?
 5    A.    I don't know.  Just Dr. Linder looked at
 6  the skin and diagnosis.  As far as I know there are
 7  no pathognomonic or even suggestive skin findings of
 8  Bartonellosis.
 9    Q.    Okay.
10    A.    With the exception of Oroya fever acquired
11  in the Andes Mountains from sand flies that can
12  cause something called Verruga Peruana.
13    Q.    Okay.  Would you, in treating Bartonella
14  infection, prescribe ivermectin?
15    A.    Yeah, ivermectin an antiparasitic which got
16  some notoriety as an anti-COVID therapy even though
17  it is not an antiviral.  I find ivermectin used as
18  sort of a broad spectrum agent by alternative
19  medical practitioners.  But, no, it is not the
20  suggested treatment for Bartonella.
21    Q.    Okay.  I think I know your answer to this
22  next question, but on May 13th, 2022, during a phone
23  call, she notes increased fatigue, brain fog,
24  shortness of breath, dark urine, headache, tinnitus,
```

16 (Pages 58 to 61)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

62

1  liver and armpit pain, itchy legs, itch feelings,
2  and trouble sleeping.
3      Same question as we went over a few minutes
4  ago from her summer of 2020 and summer of 2021
5  notes.  If you were presented with this patient with
6  her pathology, you know, what would you -- be your
7  diagnosis or your thoughts in terms of treatment
8  going forward?
9  A.    Again, I probably would ask her to come
10 into the office.
11 Q.    Okay.  What is Arte-M?
12 A.    Yeah, I had to look -- I probably forgot.
13 I had to look that up.  I wasn't sure what that was.
14     It seems to be a proprietary
15 over-the-counter compound that is purported to have
16 some component of artemether, which is a Chinese
17 herbal medication which actually has authentic
18 activity against malaria.  And it is a WHO
19 recommendation to use an artemether compound like
20 artemisinin for malaria.  But I think it has also
21 magnesium in it, I can't remember off the top of my
22 head.  But it's -- it's an over-the-counter product.
23 Q.    But used to treat malaria, generally?
24 A.    Well, I don't think Arte-M any infectious

63

1  disease physician would ever use because we don't
2  really know its components.  But as a broad
3  category, I would agree with you.  Yes.
4  Q.    And rifabutin, that's an antibiotic?
5  A.    Yeah, rifabutin is an antibacteria agent
6  typically used to treat tuberculosis.
7  Q.    Okay.
8  A.    Not a parasite.
9  Q.    And the next sentence discusses prednisone
10 being given to Ms. Wolking in approximately May --
11 starting in May 2022 at 15.75 milligrams per day and
12 a schedule for 59.25 milligrams spread out over 12
13 dosings per day.
14     Where did you obtain this information?
15 A.    I don't remember off the top of my head,
16 but I assume the medical record.
17 Q.    Okay.  Approximately 60 milligrams of
18 prednisone per day spread out over 12 dosings per
19 day, do we know how long she was taking that amount?
20 A.    Yeah.  I -- I found it very difficult to
21 follow the medical record and how the patient might
22 have been taking these antimicrobials or the
23 prednisone, for what dose and for how long.  So I --
24 you know, I would agree it's hard to know.

64

1      I will make the comment that by spreading
2  out prednisone over the whole day you're much more
3  prone to adrenal suppression, so it's not a practice
4  that's commonly done.
5  Q.    Is it usually done on one or two dosings
6  per day?
7  A.    Usually once -- once or twice daily.
8  Q.    And if -- could 60 milligrams per day over
9  a certain amount of time start to cause adverse
10 effects other than adrenal insufficiency in a human
11 if -- if taken for that certain amount of time?
12 A.    Well, certainly the long-term effects could
13 include immunosuppression.  So precipitation of
14 acquiring opportunistic infections, it could cause
15 certain tissue issues.  So, for example, bone loss
16 and osteoporosis or fractures can precipitate
17 ulcerative conditions or intestinal perforation can
18 precipitate mania.  Sleep difficulties, skin
19 thinning, muscle atrophy, are some of those off the
20 top of my head that we tend to review when we talk
21 to patients with long-term use.
22 Q.    Have you treated or seen a patient in your
23 practice that has been taking approximately 60
24 milligrams of prednisone spread out over 12 dosings

65

1  per day for several weeks or several months?
2  A.    Never --
3  Q.    Would that cause --
4  A.    -- until this report.
5  Q.    Would that cause a GI inflammation or
6  injury, in your opinion?
7  A.    Well, I think, you know, prednisone
8  generally, once you get into doses of 20 milligrams
9  or higher, is associated with some increased
10 incidents of ulceration or intestinal perforation.
11 No one has ever done any prospective studies because
12 we -- you know, we try to limit the amount of
13 steroids to the least possible to avoid injury to
14 patients to control disease.
15     So I think there's a general sense that
16 higher doses are worse for people, certainly.  And I
17 think we see patients who have taken high dose, and
18 what I mainly mean are 60 or 80 milligrams a day,
19 over a long period, you know, can become cushingoid
20 and have many of the side effects we just talked of.
21     But, you know, when certain people are
22 taking 300, 400, a thousand milligrams a day, you
23 would expect it might be worse but, you know,
24 there's not a lot of literature there, because it's

17 (Pages 62 to 65)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

66

1  -- you know, it's not something we have seen.
2  Q.    Right.
3       And -- and what would be the line, I guess,
4  in terms of the minimal dosing to the maximum dosing
5  that you've seen that would cause that?
6  A.    Well, certainly I -- you know, I prescribe
7  myself things like Solu-Medrol a thousand milligrams
8  a day, but that's just for two or three days, it's a
9  so-called steroid pulse for someone in the hospital,
10  you know, and then might be put on something like 60
11  milligrams a day or 40 or 20.
12  Q.    Are you aware of any condition where you
13  might be prescribed over 100 milligrams of
14  prednisone or prednisone equivalent for five days to
15  a week pulse and then taper down?
16  A.    I -- I am sure it's been done, mainly for
17  patients that don't want to come into the hospital
18  to get something like that or aren't ill enough for
19  that. But it's usually done on a very short-term
20  basis. Again, with the idea that you want to limit
21  this to the least amount possible to control a
22  disease process.
23  Q.    And so in -- it's about two-thirds down
24  page 3. You're talking about her taking prednisone

67

1  in August and the first amount is 190 milligrams of
2  prednisone that day.
3       Would that, in your opinion, be excess of
4  prednisone?
5  A.    Well, since she has a condition that
6  doesn't warrant prednisone, I'm -- I'm not talking
7  about standard of care here, I guess. But,
8  you know, certainly doesn't seem like there's a
9  condition that would warrant that dosing.
10  Q.    Okay.
11  A.    So the correct amount of prednisone dosing
12  would be zero.
13  Q.    Okay. Are you aware of any other
14  medication that she was taking concurrently during
15  this time frame where she had just taken 190
16  milligrams of prednisone that day?
17  A.    She is on a whole host of the medications.
18  I mean, she was on her hormonal agents. She was
19  also on this RTM. I believe she was also on
20  atovaquone. She also had gotten -- I'm thinking
21  August, September, to October had gotten
22  azithromycin. And at some point she was started on
23  tafenoquine as well.
24  Q.    And how much tafenoquine?

68

1  A.    I think I tallied that up recently. Hold
2  on just a moment.
3  Q.    Sure.
4  A.    So she took 1650 milligrams between
5  September 23rd and September 27th. I sort of looked
6  at the more approximate time to her hospitalization.
7  600 milligrams on September 30th. But she had been
8  taking some tafenoquine starting all the way back to
9  2021. She took it in January of 2022. She was
10  taking it intermittently in the spring of 2022.
11  Q.    Is that the standard of care, to take it
12  intermittently and every day or for a period of a
13  year, up so 600 milligrams a day?
14  A.    Well, you're asking me a standard of care
15  question. What I would say is, I've not seen that
16  in any practice done on a basis for that. I have
17  seen -- you know, people have written about using it
18  for a six-week period, for example, in an effort to
19  eradicate babesia. But it's more of a continual
20  treatment.
21  Q.    And for how long?
22  A.    Six weeks, I believe, by Gary Wormser. In
23  fact, it's one of the reports cited by Dr. Smith.
24  Q.    Okay. And is that -- any longer than six

69

1  weeks have you seen?
2  A.    I -- nor have I heard about that.
3  Q.    In the middle of that paragraph, it says:
4  During September, corticosteroid dosing continued,
5  including prednisone and hydrocortisone
6  combinations, as Dr. Lindner recommended.
7       You would agree with me too that she was
8  taking other medication during that period, correct?
9  A.    Yes.
10  Q.    And the corticosteroids dosing continued as
11  Dr. Lindner recommended.
12       Would you agree with me that Dr. Linder was
13  recommending her dosing, correct?
14  A.    It did not seem to be anyone else involved.
15  Q.    Okay. And that was based on your review of
16  the records, including Dr. Lindner's testimony and
17  the e-mails, correct?
18  A.    Yes. And his deposition, that's correct.
19  Q.    Okay. Have you ever seen a patient out in
20  the outpatient setting and non-cancerous indication
21  take 1526 milligrams of prednisone or equivalent in
22  one day or 1848 milligrams of prednisone or an
23  equivalent in one day?
24  A.    Never.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

70

1    Q.    Doctor, we've been going about 90 minutes
2    or so, do you want to take a break or do you want
3    to --
4    A.    No.  I'm -- I'm fine to keep going.  You
5    know, I think I indicated I do have a hard stop at a
6    little before noon, so...
7    Q.    Oh, okay.  We can keep going then.
8    A.    Yeah.
9    Q.    I'm sorry, I missed the hard stop and
10   that's fine.
11   A.    Well, I had indicated I unfortunately --
12   Q.    No, that's fine.  We're good.
13         Okay.  We will keep going.
14   A.    Okay.
15   Q.    And so are you aware that on August 7th --
16   well, strike that.
17         We will get to that in a second.
18         And then in -- the bottom of this page, the
19   last paragraph on page 3, you have the October
20   records and that's Ms. Wolking went into the
21   hospital on October 7th and she went into the O.R.
22   on October 8th; that's correct?
23   A.    Yeah, that's correct.
24   Q.    And then she was found to have a

71

1    pneumoperitoneum.
2          What is that?
3    A.    Air within the abdominal cavity.
4    Q.    What causes air within the abdominal
5    cavity?
6    A.    Well, I guess when someone is acutely in
7    the hospital, we think of it in two main avenues,
8    one is someone has a perforation of the
9    gastrointestinal tract or someone had a procedure --
10   or someone had a procedure like a laparoscopy where
11   you inflate the abdomen and there could be residual
12   air.  There are also instances where, you know,
13   woman can sometimes have air following oral sex.
14   Q.    And bear with me one second here.
15         And it's -- the next clause is which
16   required surgical resection of small bowel
17   perforation causing an ostomy.
18         What is an ostomy?
19   A.    Well, so she actually -- to amend that
20   slightly.  She had two areas that were resected by
21   the surgeon, one was part of the jejunum and the
22   other was part of her sigmoid colon.  And the
23   surgeon decided that they couldn't do a
24   re-anastomosis so the colon was pulled up to the

72

1    abdomen to create what's called a stoma so -- where
2    stool can egress into a bag.
3    Q.    Okay.  And you termed it as ostomy.  Would
4    that be a colostomy?
5    A.    Yes.  Yeah.  Uh-huh.
6    Q.    And then the next sentence in the final
7    sentence of that paragraph says:  Blood cultures
8    revealed polymicrobial bacteremia.
9          What is that?
10   A.    Well, if memory serves, I mean, I think
11   bacteroides fragilis grew from the blood, and maybe
12   I meant say polymicrobial infection and bacteremia.
13   And her abdominal cultures I think had klebsiella,
14   staph borealis, and one other organism that were
15   recovered from within the abdominal cavity.
16   Q.    Okay.  I'll show you what we will mark as
17   Auwaerter-5.
18         Do you see that?
19   A.    Yeah.
20   Q.    Okay.  And, for the record, this looks like
21   -- it's microbiology, all results, Stacey Wolking's
22   blood results?
23   A.    Yes.
24   Q.    Okay.  And then she's admitted on October

73

1    7th.  And these look like results from October 11th,
2    October 13th, and October 13th?
3    A.    Well, that's when they are finalized.
4    Q.    That's when they are finalized.
5          Okay.  And they were taken on -- or ordered
6    on October 7th?
7    A.    Yes.
8    Q.    Is that how I -- am I reading that
9    correctly?
10   A.    I believe when she was admitted.
11   Q.    Okay.  So on October 9th, it says:
12   Anaerobic blood culture positive in 24 to 48 hours.
13   Gram stain shows:  Gram negative rods.
14         What does that mean?
15   A.    Well, sometimes the growth is heavy enough
16   that when it's positive, a laboratory will take a
17   small amount of the blood culture vial and perform a
18   gram stain and basically will see whether the growth
19   is a gram positive organism or a gram negative.  In
20   this case, it's a gram negative that ultimately was
21   identified as bacteroides fragilis.
22   Q.    And then 10/10 it says growth of
23   bacteroides fragilis.
24         Is that what we discussed a few minutes

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

74

1    ago?
2    A.    Yes.
3    Q.    And then on October 13th:  Aerobic blood
4    culture, no growth.
5        Can you just reconcile just the -- for my
6    understanding the chronology here?
7    A.    Sure.
8        Bacteroides is a gram negative rod.  So
9    merely that rod was then identified as bacteroides
10   fragilis.
11   Q.    Okay.  Understood.
12       What does that have -- what does that
13   indicate in terms of this paragraph here regarding
14   her surgical procedure?
15   A.    Well, I think it's expected when someone
16   has pneumoperitoneum and likely intestinal
17   perforation either from the sigmoidal area or in
18   someone that has been taking long-term antibiotics,
19   even the small bowel can be colonized with bacteria.
20   So it could have come from that area as well.
21   Q.    Did this bacterial presence, indicated on
22   these test results, cause her perforation?
23   A.    No.  They are consequences.
24   Q.    And then the next paragraph it's just the

75

1    list of four -- four prescriptions filled by
2    Tunkhannock.
3        And then the next page, on page 4, it's a
4    list of five prescriptions filled by other
5    pharmacies.
6        Do you see that?
7    A.    Yes.
8    Q.    Okay.  So my question is very specific to
9    the other pharmacies.  When I did the math, and I
10   could be incorrect, the -- at least the first four,
11   8/7, 8/13, 8/30, and 9/26, that adds up to
12   approximately 7500 milligrams of prednisone or
13   prednisone equivalent medication, correct?
14   A.    Correct.
15   Q.    Okay.  And when I said prednisone
16   equivalent, what is your understanding of the
17   relationship or ratio between prednisone and
18   dexamethasone?
19   A.    Yeah.  So, well, that is sort of variable.
20   You know, 25 to 1, something like that.  25 to 4 and
21   1.  So hydrocortisone to prednisone or prednisolone
22   and then to dexamethasone.
23   Q.    So would it be fair to say approximately 6
24   or 7 milligrams of prednisone is equivalent to 1

76

1    milligram of dexamethasone?
2    A.    Yeah, some have used that.  Some have said
3    5, you know, something along those lines.  And,
4    again, I think even in Dr. Lindner's deposition
5    talked about prednisone equivalence given that she
6    was mixing the number of the pills.
7    Q.    Okay.  And so from these other pharmacies
8    -- and then there's the October 5th, dexamethasone 4
9    milligram 30 on -- and she was hospitalized on
10   October 7th, correct?
11   A.    Yes.
12   Q.    Okay.  So looking at this medication from
13   what you've termed other pharmacies, at 7500
14   milligrams of prednisone equivalent, in that time
15   period, on average per day, that would be around 130
16   milligrams of prednisone equivalent, correct, 7500
17   milligrams?
18       MR. LAMB:  I'm just going to
19   object to the form on the -- on the total
20   prednisone equivalent.
21       But can you answer, Doctor.
22       MS. DENAPLES:  Join.
23       THE WITNESS:  Yeah, would you --
24   would you just state that again, please?

77

1        MR. BENEDETTO:  Sure.
2    BY MR. BENEDETTO:
3    Q.    So between the -- so the -- those four
4    prednisone and dexamethasone from other pharmacy
5    prescriptions, we can agree that's approximately
6    7500 milligrams of prednisone or prednisone
7    equivalent steroids; we've agreed on that, correct?
8    A.    If you were to add -- if she were to take
9    all of those, yeah, I mean, that --
10   Q.    Yeah.  The total quantity?
11       MR. LAMB:  I'm just objecting to
12   the form on all of the conversions, so I'm
13   not going to keep repeating it.  Just
14   consider that a continued --
15       MR. BENEDETTO:  That's standing
16   on the conversion, Conor.
17       THE WITNESS:  Yeah.  I'll -- you
18   know, I am not very fast at math.  I could
19   get my calculator out there.  But, you
20   know, I think it varied on a day-to-day
21   basis how much she took.  And, you know, at
22   least in the days, you know -- and before
23   her infection, the average was almost a
24   thousand milligram -- over a thousand

PAUL GISBERT

78

1    milligrams a day -- milligram equivalence
2        of prednisone a day.
3    BY MR. BENEDETTO:
4    Q.    And we can agree that the e-mails between
5    Dr. Lindner and Ms. Wolking would indicate if
6    Ms. Wolking were taking what she said she were
7    taking, it was all over the place, as we stated, and
8    it was -- it was a significant amount, correct?
9    A.    Yes. Yeah, I mean, I -- I think at some
10   level, it doesn't matter how much you're taking.
11   She clearly was north of 100 milligrams of
12   prednisone a day.
13   Q.    Okay. And that was going to be my
14   question. When you average it out, this total from
15   these other pharmacies, 7500 milligrams over that
16   time frame, even if she were taking the same amount
17   every day, that would be the equivalent of
18   approximately up to 125, 130 milligrams a day, 7500
19   divided by those days, correct?
20   A.    Just by the other pharmacies.
21   Q.    Just by the other pharmacies, correct?
22   A.    Yeah. Something along those lines. Yeah.
23   Q.    So for two full months at 130 milligrams of
24   prednisone or prednisone equivalent, have you

79

1    treated a patient for any tick-borne illness or any
2    infectious disease with that equivalent dosage?
3    A.    No. We will usually use steroid-sparing
4    agents to avoid those high doses.
5    Q.    That dosing on -- just on average, taking
6    that as an average, would you consider that either
7    excessive or over dose of prednisone or prednisone
8    equivalent?
9    A.    Well, you know, in toto, you know, it has
10   to be, you know, relevant to a certain patient
11   situation. I have not done it. I'm not a
12   rheumatologist. I'm not someone that usually uses
13   those for long term reasons at that high dose. I
14   imagine it could be possible.
15   Q.    And that quantity and that high dose, just
16   using the other pharmacies, would that increase the
17   rate of gastrointestinal perforation?
18   A.    I think so, yes.
19   Q.    Under your opinions section on page 4,
20   first paragraph, the second sentence is:  These
21   nonspecific complaints prompted Dr. Lindner to
22   diagnose clinically, without laboratory confirmation
23   or compatible clinical symptoms, a chronic babesia
24   infection with a hitherto unrecognized agent of

80

1    human disease, babesia odocoilei.
2        So I read that correctly, yes?
3    A.    Yes.
4    Q.    This is forming your opinion that
5    Dr. Lindner diagnosed Ms. Wolking with an
6    unrecognized condition or indication, correct?
7        MS. DENAPLES:  Object to form.
8        THE WITNESS:  I -- I would say
9        that's true in a mainstream medical
10       standard.  Yes.
11   BY MR. BENEDETTO:
12   Q.    If you received a patient that was referred
13   to you with this diagnosis from another physician,
14   what would be your steps in terms of treatment of
15   this patient?
16   A.    Much like we talked about before, I think
17   probably just as a reassurance, I would get a blood
18   film exam to look for evidence of parasitemia.
19   Q.    If that blood film exam was negative, what
20   would then be your next step?
21   A.    Well, I would assume it would be negative
22   and much like we talked about before, very similar
23   strategy.
24   Q.    Okay. The next sentence states:  She was

81

1    prescribed a variety of antimicrobial agents.
2        Are you referring to the atovaquone here?
3    A.    Atovaquone, azithromycin, the rifabutin,
4    the ivermectin, the tafenoquine, which she had
5    received previously. There may be others.
6    Q.    Okay. What is your understanding of the
7    purpose of diagnosing corticosteroids?
8    A.    I'm sorry, say that again.
9    Q.    Sure.
10       What is your understanding of the purpose
11   of prescribing corticosteroids?
12   A.    Well, they could be done at lower doses to
13   replace someone that's truly deficient in adrenal
14   hormones such as cortisol. The other strategy would
15   be for trying to control an inflammatory condition
16   or occasionally infectious conditions that are
17   causing a lot of inflammation. I think some may be
18   familiar with COVID whereas patients with severe
19   COVID pneumonia benefited from several days of 6
20   milligrams of dexamethasone once a day.
21   Q.    So what amount -- do you know what amounts
22   of corticosteroids are considered pharmacologic
23   doses?
24   A.    Well, I tend to think of replacement

21 (Pages 78 to 81)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

82

1  therapy with hydrocortisone as something like 15 and
2  10 milligrams a day, so maybe 20 to 25 milligrams a
3  day replacement.  So that might be 4 or 5 milligrams
4  of prednisone a day.
5  Q.      Okay.  And you mentioned these terms
6  before, pulsing and tapering, but could you just
7  define for me what pulsing and tapering are?
8  A.      A pulse would be a high dose over short
9  period of time.  A taper would be you're taking a
10  high dose and then gradually lowering.
11  Q.      If someone is pulsing or taking even just a
12  high dose of corticosteroids, would you agree with
13  me that it could --
14  A.      Sorry, my lights go off.  This will look
15  very funny, so please don't show this at court.
16  Okay.  Thank you.
17  Q.      Do you agree with me that either pulsing or
18  taking high doses of corticosteroids if you were not
19  to taper would lead to adverse effects or more
20  severe adverse effects than if you were to taper?
21  A.      Whoa, could you say that again, please?
22  Q.      Sure.
23          If a patient is on a high dosage of
24  corticosteroids, and by high I mean something in

83

1  excess of 60 milligrams, for a period of time,
2  whether it because they are on the high dosage or
3  they are pulsing, if instead of tapering they ceased
4  taking the steroids at a certain point in time
5  altogether, would you agree with me that the adverse
6  effects of that would be severe or worse than if
7  they were to taper?
8  A.      I am not sure about that.  I mean, for
9  pulse dosing, for example, you might go from a
10  thousand and drop all the way to 60.  That's a
11  pretty significant drop.
12          Now, for someone at high doses over a long
13  period of time when they have a non-existing
14  condition, I think if you stop abruptly, you know,
15  there might be some sense of loss -- some changes
16  just because you're taking such high hormonal
17  amounts.  Usually we taper because you're treating a
18  condition that demands corticosteroid therapy as an
19  antiinflammatory -- you know, antiinflammatory
20  immunomodulator and, therefore, you are tapering to
21  gauge what dose you might need or you're trying to
22  replace it with another agent.
23          So, yes, we tend to taper, but there are
24  certainly times where we just stop dosing.  And I --

84

1  Q.      And you could taper down only to pulse back
2  up, correct?
3  A.      Well, sometimes you will find that patients
4  don't tolerate a low dose.  I have certainly done
5  that for adult-onset Still's disease, for example,
6  where you're trying to get down to 7, 8, or 9 or
7  lower amounts of prednisone once a day, but they
8  flair so I'll have them go back up to 40 milligrams
9  for a few days and go back down to find which dose
10  they were maintaining at.  So, yes.
11  Q.      And there are non-cancerous indications
12  where you might prescribe even up to a thousand
13  milligrams and then ratchet it all the way back down
14  to approximately 60?
15  A.      True.
16  Q.      And non-cancerous indications --
17  A.      Or in a given none.  Just do the three
18  days.
19  Q.      And then those same non-cancerous
20  indications, could you potentially then start again
21  prescribing additional corticosteroids at a high
22  level?
23  A.      Well, I don't know what you mean by high.
24  Q.      Sure.

85

1          More than 60 milligrams?
2  A.      Generally not.  Maybe I've seen 80.  I
3  don't think I've seen higher.  But, certainly, you
4  know, there may be some reasons to do it.
5  Q.      Are there non-cancerous indications that
6  would require a chronic use of corticosteroids or --
7  well --
8  A.      Well, I've seen some patients with asthma,
9  sarcoid, giant cell arteritis that need 60 to 80
10  milligrams a day.
11  Q.      For how long?
12  A.      Sometimes they are on it chronically.
13  Q.      And by chronically you mean more than 90
14  days?
15  A.      Yeah.  Probably.
16  Q.      More than six months?
17  A.      You know, I think anyone on that that long
18  we try to get them on a lower dose by some method.
19  But, you know, again, I'm not -- I've certainly seen
20  patients in the hospital who have been maintained on
21  prednisone 60 milligrams for asthma or sarcoid.  I
22  don't know how long they have been on it off the top
23  of my head, but I would say it's been long term.
24  Q.      Do you treat patients with asthma?

22 (Pages 82 to 85)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

86

1  A.    In hospital settings, yes. I don't have
2  many in my practice.
3  Q.    Have you treated a patient --
4  A.    That are steroid dependent. Usually they
5  are cared for by pulmonary folks.
6  Q.    Okay.
7         MR. BENEDETTO: And can we go off
8  the video record?
9         THE VIDEOGRAPHER: The time is
10  10:45. Going off video record.
11         MR. BENEDETTO: And we're going
12  off the stenographic record too.
13         (At this time, a discussion was
14  held off the record.)
15         (At this time, a short break was
16  taken.)
17         THE VIDEOGRAPHER: The time is
18  now 10:53. We're back on video record.
19  BY MR. BENEDETTO:
20  Q.    Doctor, are there other antiinflammatory
21  medications to treat for non-cancerous indications
22  other than corticosteroids?
23  A.    Yes.
24  Q.    Would those be termed NSAIDs?

87

1  A.    Well, that's one class. The non-steroidal
2  antiinflammatory drugs, yes.
3  Q.    And are there others?
4  A.    Well, there's a huge array of immune
5  modulating agents that include monoclonal
6  antibodies, drugs such as azathioprine or
7  methotrexate, hydroxychloroquine, for example. So
8  there's many potential drugs.
9  Q.    Okay. And we discussed a little bit
10  earlier, there's no FDA approved treatment for
11  babesiosis or illnesses caused by babesia, correct?
12  A.    That is true. Although there are certainly
13  guideline and recommendations for therapy.
14  Q.    Okay. And so you would agree with me
15  there's no -- if one were to use corticosteroids to
16  treat any inflammation caused by babesia, there's no
17  max dosage for the use of those corticosteroids,
18  correct?
19         MR. LAMB: Objection to form.
20         You can answer.
21         THE WITNESS: I'm just trying to
22  think how to answer this. I would say
23  corticosteroids are contraindicated for the
24  therapy of babesia because it will

88

1  interfere with potentially clearing their
2  infection. The only exception is there is
3  a post-infectious warm hemolytic anemia
4  that sometimes transpires after augmented
5  babesia infection for which steroids could
6  be used. But that's more of consequence of
7  the infection in reaction rather than the
8  infection itself.
9  BY MR. BENEDETTO:
10  Q.    But, again, there's no FDA regulated or
11  mandated max dosage of the use of corticosteroids in
12  that scenario, correct?
13  A.    Yes, that is correct. But there's also no
14  recommendation to use corticosteroids that I'm aware
15  of in any literature.
16  Q.    Okay.
17  A.    Or any reliable literature.
18  Q.    On October 7th when Ms. Wolking was
19  admitted into the hospital, was she septic?
20  A.    I would say yes. Certainly her doses of
21  corticosteroids probably influenced her
22  presentation. Often when people are septic, it's
23  because of cytokine generation from the infection.
24  Of course, she was on intensive doses of steroids

89

1  which probably downplayed that dispute having, you
2  know, organisms in her abdominal cavity and her
3  bloodstream.
4  Q.    What is your opinion as to what caused the
5  injury to Ms. Wolking that resulted in the October
6  8th surgery?
7  A.    I think if -- if she were not using the
8  corticosteroids for her illness, she would not have
9  suffered intestinal perforation.
10  Q.    Which corticosteroids?
11  A.    Well, whether it be the dexamethasone or
12  the prednisone.
13  Q.    And which corticosteroids provided by
14  Tunkhannock caused her injury?
15  A.    Well, certainly the number of pills in the
16  TCC far outnumber those from the other pharmacy.
17  Q.    TCC meaning Tunkhannock Compounding Center?
18  A.    Correct.
19  Q.    But can you differentiate between the pills
20  that she took from -- that were dispensed from
21  Tunkhannock versus the pills that were dispensed by
22  the other pharmacy or pharmacies that caused her
23  injury?
24         MR. LAMB: Objection to form.

23 (Pages 86 to 89)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

90

1       You can answer.
2           THE WITNESS:  Yeah.  I would just
3   say it's her corticosteroids generally.  I
4   -- certainly the majority of her
5   corticosteroids came from TCC as opposed to
6   the other.  So -- but, you know, it's an
7   effect of the steroids no doubt that had
8   been ongoing for weeks -- you know, weeks
9   to a month or more.
10  BY MR. BENEDETTO:
11  Q.      And you would agree that her perforation
12  was found in the distal jejunum, correct?  We
13  discussed that a little bit earlier.
14  A.      Well, the suspected per -- she had, no
15  doubt, a perforation, but the area the surgeon
16  identified was both the jejunum or the sigmoid
17  colon, because both areas were resected.
18  Q.      Was it a perforation in the sigmoid colon
19  or is it more of a breakdown of the tissue in the
20  wall of the sigmoid colon?
21  A.      Well, both were -- you know, whatever you
22  call it, she needed the surgery to remove those.
23  Q.      Okay.  Are you aware if Ms. Wolking
24  suffered from diverticular disease prior to her

91

1   being admitted to the hospital on October 7th?
2   A.      Not that I remember from the medical
3   record.
4   Q.      Okay.  Would you agree with me that there
5   are generally two causes of this type of injury,
6   either medication toxicity or sepsis?
7   A.      What injury are you speaking of?
8   Q.      The perforation in her distal jejunum and
9   what I've termed a tissue or wall breakdown of her
10  sigmoid colon?
11  A.      Well, medications certainly can cause
12  intestinal perforation.  Sepsis can.  So someone is
13  severely ill and has impaired blood flow, it could
14  cause ischemic bowel.  I'm not generally sure that
15  infection per se causes perforation, it's more the
16  severe consequences of it.  I think the infection
17  truly arose because of her either friable or
18  perforated areas in her intestinal tract.
19  Q.      Okay.  On page 4 of your opinion, it's the
20  second paragraph under the subheading of opinions,
21  it's the sentence in the -- it looks like the third
22  sentence starting with "moreover".
23      Do you see where I'm referring?
24  A.      Yes.

92

1   Q.      All right.  Moreover, significant infection
2   causes hemolytic anemia, often accompanied by
3   abnormalities in white blood cells, platelet counts,
4   and liver function tests, none of which she had as
5   evidence to support the diagnosis before starting
6   therapy.
7       What do you mean by abnormalities in white
8   blood cells?
9   A.      Outside of the normal ranges.
10  Q.      Okay.
11  A.      And that's also even true for the blood
12  tests, I think she had two, in 2022 which generally
13  fell in normal ranges even on these therapies.
14  Q.      Did you see -- look at her test results
15  from the hospital that included her white blood
16  count?
17  A.      Yes.
18  Q.      Okay.  Could an infection -- did you notice
19  anything with the white blood count, whether it was
20  too high, too low, or within normal range?
21  A.      She had leukopenia, so she had low blood --
22  white blood cella.
23  Q.      Would an infection cause a low white blood
24  cell count?

93

1   A.      Yes.
2   Q.      Anything else cause a low white blood
3   count?  Light white blood cell count?
4   A.      Well, in her situation, it's attributable
5   to her infection.  Drugs can also cause low white
6   blood cell counts, classically chemotherapy drugs
7   for cancer.
8   Q.      Do large doses of corticosteroids cause
9   high or low white blood count -- white blood cell
10  counts?
11  A.      It depends on the person.  And usually
12  there could be some immediate early elevation due to
13  something called demargination and then often it
14  comes closer to normal.
15  Q.      If you were to be taking the amounts of
16  corticosteroids for the two weeks immediately
17  proceeding her hospitalization, would you expect her
18  white blood count to be elevated or lowered at the
19  time that her tests were conducted in the hospital?
20  A.      I have never seen this dosing, so I'm not
21  sure I have read about it even in the literature.
22  So I'm not certain what it would do.  And it's
23  occurring in the setting of intraabdominal
24  catastrophe.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

94

1    Q.    Are you aware of whether Ms. Wolking was
2    taking any other immunosuppressive drugs in addition
3    to the corticosteroids?
4    A.    Not that I'm aware of.  Certainly this one
5    stands far and above anything else she might have
6    been on.  I don't recollect that immediately.
7    Q.    Can excess dosage of tafenoquine cause
8    neutropenia?
9    A.    I'm not sure excess or the drug itself.
10   The paper that I examined generally said there were
11   no hematologic abnormalities regarding platelet
12   count or white blood cells seen in any of the
13   studies that they reviewed in 2021.  The paper that
14   Dr. Steven Smith outlined, I think the first author
15   was Persod, that patient had neutropenia developed
16   six weeks into therapy by taking it on a regular
17   dosing schedule.  That could have just been an
18   idiosyncratic reaction.  Almost any drug on an
19   idiosyncratic basis can cause it.  But that's the
20   only case report that I heard of or had seen that
21   described the situation which was different than
22   Ms. Wolking who had only really been taking it for
23   two -- you know, on a continual basis for, you know,
24   approximately two weeks before her hospitalization.

95

1        That case report, I think it was 42 days
2    before it developed.
3    Q.    At the bottom of page 4 of your report it
4    states, the first sentence of the last non-full
5    paragraph, the very last part:  Her symptoms fell
6    into a syndromic complex exacerbated by the side
7    effects of prescribed antimicrobials, including
8    atovaquone, azithromycin, artemether, rifabutin, and
9    tafenoquine.
10       So am I understanding that your conclusion
11   is that these medications that Ms. Wolking was
12   taking for a disease, which in the prior paragraph
13   and that we have discussed that you have concluded
14   do not -- is not found in human beings, created a
15   symptomology that -- that what, I guess is my
16   question?
17   A.    Well --
18        MS. DENAPLES:  Objection to form.
19        THE WITNESS:  I think she had
20   baseline symptoms, which we've talked
21   about, that she's had for years.  And then
22   we also talked about hexing, which was
23   Dr. Lindner's interpretation of her feeling
24   worse on the medication.

96

1        So my point is, many of her
2    complaints about her feeling worse or
3    feeling as if she's dying, which was called
4    herxing by Dr. Lindner, I would say were
5    her symptoms with additional feelings of
6    terribleness, I guess I would call it, made
7    by the drugs he was prescribing, including
8    the corticosteroids.
9  BY MR. BENEDETTO:
10   Q.    And then on page 5, the first full sentence
11   is:  It is my opinion, to a reasonable degree of
12   medical certainty, that these steroids caused her
13   bowel perforation.
14       So it's your opinion that the use of the
15   high -- what you've termed high dose steroid use
16   especially -- well, when?  What -- what steroids
17   caused her bowel perforation?
18   A.    Well, certainly in the weeks to month or so
19   preceding would be directly attributable.  There
20   could have been more cumulative effect over time.
21   But it was prednisone and/or dexamethasone causing
22   that either by -- you know, the mechanisms could be
23   decreasing gut mucosal barriers or a direct injury
24   from the pills are the two sort of thoughts as to

97

1    the mechanisms why this seems to occur.
2    Q.    And can you testify as to on what day or
3    dates that the bowel perforation became existent?
4    A.    Well, it was obviously before her
5    hospitalization.  She -- I think the medical records
6    suggest she had a significant increase six days
7    before.  Certainly I think she had the bowel
8    perforation at least a day or two before she came in
9    because she had this very low white blood cell
10   count, elevated respiratory rate, all consistent
11   with sepsis.
12   Q.    Are there any other --
13   A.    It could have been -- my point is, it could
14   be up to six days before.  But somewhere between --
15   before her hospitalization and up to six days.
16   Q.    Any earlier than the six days before the
17   hospitalization?
18   A.    I -- I doubt it.
19   Q.    And why do you doubt it?
20   A.    Just I think she would have come to
21   presentation.  I mean, I -- you know, I think the
22   steroids blunted her illness such that she came in
23   later than she would have if she hadn't been on
24   steroids with an intestinal perforation.  But, of

25 (Pages 94 to 97)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

**PAUL GISBERT**

---

**98**

1  course, if she hadn't been on steroids, she wouldn't
2  have had intestinal perforation.
3  Q.    Sorry, I lost track. Something that you
4  just said.
5            MR. BENEDETTO: Court reporter,
6  can you read back his last answer?
7            (At this time, the court reporter
8  read back from the record as was requested:
9            "A. Just I think she would have
10  come to presentation. I mean, I -- you
11  know, I think the steroids blunted her
12  illness such that she came in later than
13  she would have if she hadn't been on
14  steroids with an intestinal perforation.
15  But, of course, if she hadn't been on
16  steroids, she wouldn't have had intestinal
17  perforation.")
18  BY MR. BENEDETTO:
19  Q.    And we can't, Doctor, identify which
20  steroids from which pharmacy or dispensary that she
21  was taking at the time that her bowel perforation
22  could have occurred anywhere from six days before to
23  the day or two before her hospitalization, correct?
24            MR. LAMB: Objection to form.

---

**99**

1            You can answer.
2            THE WITNESS: I cannot.
3  BY MR. BENEDETTO:
4  Q.    Are you aware of any other steroids that
5  she was dispensed, other than what is listed in your
6  report, from either TCC or what you've termed other
7  pharmacies, but that we've termed from Harris Teeter
8  down in Virginia?
9  A.    No. I think Dr. Smith's report may have
10  listed an erroneous one on September 7th.
11  Q.    Are you aware of any NSAIDS that she was
12  taking during this period from August to October
13  7th?
14  A.    Not that I saw from the medical record or
15  that the physicians at the hospital noted.
16  Q.    Would they necessarily have been in the
17  medical records?
18  A.    Well, I think if someone presented with an
19  intestinal perforation of unknown etiology, when
20  someone comes in, you would certainly do a careful
21  medical review. So I think we would ask about
22  aspirin and non-steroids, because that's what we see
23  more commonly than, you know, corticosteroids.
24  Q.    But there could be a situation either in

---

**100**

1  the patient's presentation and condition or from --
2  for another unknown reason that we simply may not
3  know whether that patient was or was not taking
4  NSAIDs in a substantially large amount, meaning in
5  excess of 800 milligrams more frequently than every
6  four to six hours, correct?
7  A.    I didn't see any evidence of that in the
8  medical records, so I -- I would disagree.
9  Q.    Okay. Your opinion on page 5, first full
10  paragraph, first sentence but second -- or second
11  and third clause: If she were suffering from
12  babesiosis, corticosteroids are contraindicated as
13  they suppress the immune system and make infection
14  more difficult to eradicate or worsen the illness.
15            Would there be a situation where you would
16  have to prescribe corticosteroids to combat any
17  inflammation caused by babesiosis?
18  A.    Well, you never say never. But I haven't
19  heard that as anywhere close to a routine practice
20  or consideration. Obviously some patients are
21  already on these medicines when they become ill for
22  legitimate reasons.
23  Q.    You used Micromedex as a reference tool and
24  list six drugs of evidence for efficacy for

---

**101**

1  babesiosis. And then you state that there's no
2  mention of corticosteroids therapy. There's also no
3  mention of tafenoquine therapy, correct?
4  A.    That's right. Because I would say that's
5  not considered standard therapy. That's right.
6  Q.    Okay. And you're not holding yourself out
7  to be an expert in pharmacy or pharmacology,
8  correct?
9  A.    That is true.
10  Q.    Okay. Has a -- strike that.
11            Have you ever testified against a
12  pharmacist or a pharmacy?
13  A.    For standard of care, no.
14  Q.    Has a pharmacist ever confronted you, for
15  lack of a better verb, on one of the prescriptions
16  that you have written?
17  A.    Oh, confronted sounds like a very stress --
18  Q.    I know. Questioned your -- questioned your
19  prescription?
20  A.    All the time.
21  Q.    Now, when they question your prescription,
22  have they questioned it over your handwriting, for
23  example?
24  A.    Not --

---

**26 (Pages 98 to 101)**

PAUL GISBERT

102

1  Q.    Not understanding what you wrote?
2  A.    Not since 2013, because we have an
3  electronic medical record. But they have
4  questioned, for example, a selection, dose
5  interaction, or amount and quantity certainly.
6  Q.    And have there been times where -- well,
7  let's step back.
8        You testified at the beginning of the
9  deposition your work since your residency has been
10 in the hospital or inpatient setting, correct?
11 A.    And outpatient. Both.
12 Q.    Outpatient.
13       But when -- have you written prescriptions
14 for patients to be dispensed and filled at
15 outpatient pharmacies?
16 A.    Yes. I would say that's more -- more,
17 because as an inpatient, we make recommendations and
18 primary teams write their orders.
19 Q.    And based on your experience as an
20 infectious disease and internal medicine doctor, is
21 there a difference in terms of interaction between
22 the pharmacist or the team of pharmacists at Johns
23 Hopkins Medical Center or hospital and the
24 outpatient setting?

103

1  A.    Well, certainly the intensity or the
2  severity of illness or the complexities are higher
3  in the inpatient setting. But outpatient, you know,
4  I prescribe to chain pharmacies, local drug stores.
5  I do get calls from all of them and sometimes from
6  insurers who are wondering why I'm ordering things
7  and issuing prior authorizations and these sorts of
8  things.
9  Q.    And you get calls about why this dosage or
10 this quantity of drug to treat whatever disease that
11 you're intending to treat, correct?
12 A.    Yes.
13 Q.    And then you explain yourself to the
14 pharmacist, hey, this is what I'm doing, I
15 understand that the insurance may not cover it, but
16 this is what we're doing here?
17 A.    True.
18 Q.    And then the pharmacist says, okay, that --
19 you know, I hear what you're saying, and then
20 dispenses the medication, correct?
21 A.    Yeah. I always appreciate when they call,
22 because, obviously, I mean, I have made mistakes
23 certainly and I appreciate their background and
24 their assistance.

104

1  Q.    And there are other situations where a
2  pharmacist may call and say, hey, it says 600 of
3  this, did you mean 600, and there are times where you
4  say, no, I meant 600 or, oh, you're right, I meant
5  60, correct? Either situation could occur or has
6  occurred with you?
7  A.    I don't have memories, but certainly I
8  have, you know, had those occasions.
9  Q.    Does -- at Johns Hopkins, does the
10 pharmacist round with the doctor during rounds with
11 the attending?
12 A.    Some of the times, yes.
13 Q.    Okay. Has there ever been a time inpatient
14 hospital setting where a pharmacist has refused to
15 verify or dispense an order that you've prescribed?
16 A.    I would say yes. I mean, sometimes this
17 comes down to issues about appropriateness in a
18 discussion that they definitely put a stop on it and
19 won't issue it.
20 Q.    And then do you have some type of
21 presentation where you and your team or the
22 pharmacist and their team, you know, basically have
23 the conversation or debate about why or why not it
24 should be dispensed?

105

1  A.    You know, there's usually a discussion or
2  -- or an appeal process. Uh-huh.
3  Q.    And how about in the outpatient setting,
4  have you ever had a pharmacy or pharmacist decline
5  to dispense one of your prescriptions?
6  A.    Well, usually it's because of insurance
7  issues. Typically I've not had that happen, at
8  least for declining it, certainly they have called
9  to make sure it's correct and so on and so forth.
10 Q.    Down on page 5 of your report, the
11 paragraph that starts "in summary," the second
12 sentence: While Dr. Lindner prescribed long term
13 and various antimicrobials that were without merit,
14 they may have contributed to some of her somatic
15 symptoms but did not directly lead to severe
16 consequences leading to hospitalization.
17       It's your opinion that her taking of
18 atovaquone, tafenoquine, Arte-M, none of those
19 antimicrobial medications that we talked about
20 earlier and listed in the report could have
21 contributed to her injury?
22 A.    Yes. That -- that's true and specifically
23 Dr. Smith's contention that the tafenoquine
24 precipitated neutropenia and a condition called

27 (Pages 102 to 105)

PAUL GISBERT

106

1  necrotizing enterocolitis.
2  Q.    And -- and we're at that point.
3       So you've had an opportunity to read
4  Dr. Smith's report?
5  A.    Yes.
6  Q.    And do you agree or disagree with his
7  opinions and conclusions reached in his report?
8  A.    Well, I think primarily the tafenoquine
9  aspect I think is conjecture, so...
10      And although there's a single case report
11 of neutropenia after six weeks, there have been
12 studies of using up to 2100 milligrams, close to
13 what the patient received, without any consequences
14 noted or serious hematologic conditions are, you
15 know, generally reported.  So it seems difficult to
16 think that that would be a direct cause.
17      The other is, the patient didn't really
18 have NEC -- I am going to say NEC instead of
19 necrotizing enterocolitis -- which usually affects
20 the cecum and the surrounding area.  It's also
21 called typhlitis.  That wasn't really seen on CT or
22 that's not where the surgeon operated.
23      Also, even the pathology specimens weren't
24 read as having necrotizing enterocolitis, and

107

1  usually that's seen in patients that are getting
2  chemotherapy and, you know, have active cancer.  So
3  it -- it seemed there are many political aspects of
4  necrotizing enterocolitis that didn't seem to fit
5  here.
6  Q.    But usually seen in immunocompromised
7  patients, correct?
8  A.    Correct.
9  Q.    And large doses of steroids could cause an
10 immunocompromised situation?
11 A.    Yeah.  I mean, it's certainly reported
12 in that patient circumstance, but it's usually
13 patients that are taking drugs like methotrexate
14 that suppress the white blood cell count.
15 Q.    And she had a suppressed white blood cell
16 count when she arrived at the hospital, correct?
17 A.    She did.  From infection.
18 Q.    Did she have a fever, an elevated body
19 temperature?
20 A.    No.  But she was also taking industrial
21 strength quantities of corticosteroids which
22 suppress fever.
23 Q.    And how was her -- her pulse and her other
24 vitals?

108

1  A.    Well, I think her respiratory rate was
2  elevated, I think 26 or so.  I mean, the others, at
3  least when she presented, were in normal range --
4  you know, reasonable ranges.
5  Q.    Is it possible though there is another
6  cause of her injury other than the large amounts of
7  corticosteroids?
8  A.    To a reasonable degree of medical
9  certainty, I don't think so.
10 Q.    Okay.  Did you have any other opinions or
11 want to change any opinion or conclusion that you've
12 reached upon reading the opinions and conclusions
13 reached by Dr. Smith other than what we talked
14 about?
15 A.    Can I -- well, can I pull up his report?
16 Q.    Sure.
17 A.    Well, you asked me to be more detailed
18 about Ms. Wolking's illness, I didn't think there
19 needed to be much additional explanation.  But I
20 think we've covered a lot in your questions,
21 Mr. Benedetto.
22 Q.    Okay.
23 A.    I mean, he says the source of the
24 intestinal perforation was not established.  I would

109

1  just say often small perforations causing
2  pneumoperitoneum are not found or discovered.
3  Certainly the surgeon removed two diseased areas of
4  the intestinal tract which seemed to solve her
5  situation and she no longer had pneumoperitoneum.
6  So unless he's invoking something else, which I
7  don't understand, it's -- it's sort of a straw
8  man argument.  You know, she obviously had a
9  condition that caused pneumoperitoneum that was
10 solved surgically.  And, you know -- so I think that
11 whole point he makes there is not one that's really
12 worth arguing.
13      And the leukopenia, you know, I think
14 there, although it took five days for recovery, I
15 would say that's not unusual in someone with sepsis.
16 And, also, she was quite malnourished.  I mean, her
17 albumin was very low.  And she admittedly, I think
18 also in her deposition, but in the statement said
19 she wasn't eating very much going back to August.
20 So that nutritional impairment could certainly
21 contribute to some delay in recovery.  I don't view
22 that as anything inconsistent with someone that just
23 had major abdominal surgery recovery and was really
24 malnourished during this time frame.

28 (Pages 106 to 109)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

110

1    Q.    Just to be clear though, we don't have
2    necessarily like documentation of her
3    malnourishment, or what we're terming
4    malnourishment, just her either testimony or her --
5    A.    Well, albumin at one point, I think it was
6    1.2 or 1.6, is extraordinary low, although not --
7    you know, nutritionists will argue it's not an
8    authentic measure of nutrition.  It's certainly a
9    reasonable surrogate in this case.  You know, she
10   didn't present with -- you know, as if she had been
11   completely well and just hurt in a day or two
12   beforehand.  But certainly I think those could all
13   just be contributing factors.  And I think the idea
14   that the white count pops back in a day or two is --
15   is, you know, incorrect.
16        So, you know, four to five days is not
17   terribly unusual in this situation.  Also, you know,
18   she was on other drugs -- I'm sorry, she was -- also
19   had, you know, thrombocytopenia as well that got
20   worse during hospitalization, and I think there was
21   some thought that some of the antibiotics prescribed
22   in the hospital like cephradine could have somehow
23   had some impact, so that was switched to meropenem.
24        I mean, he writes that it rarely results in

111

1    absolute neutropenia.  Well, certainly when you have
2    very low white blood cell counts under a thousand,
3    you're going to have absolute neutropenia often.
4    And although it's rare, I agree with him these are
5    the settings that we see it.
6    Q.    Her -- based on her records --
7    A.    And the fact that she didn't have DIC may
8    be because of the consequence she was on so many
9    steroids.
10   Q.    She had absolute neutropenia that persisted
11   four days in the hospitalization though, correct?
12   A.    Yes.  I'm going through the report here.
13   Q.    So it's your opinion that it's not more
14   likely than not that her neutropenia was secondary
15   to the over dose of tafenoquine than from sepsis?
16   A.    That's correct.  Yeah, it's -- so I don't
17   think the tafenoquine was at play.
18   Q.    Okay.
19   A.    He -- well, one thing, just to clarify.
20   The maximum pill size of tafenoquine is 150
21   milligrams, so that was uncertain why he was giving
22   a dose range.  And -- and I believe it was the 150
23   that was prescribed.
24   Q.    Uh-huh.

112

1    A.    We talked about the one case report of
2    neutropenia that was with -- with a longer regimen.
3    He also invokes the other drugs as potentially
4    participating in the neutropenia, the Arte-M, the
5    tafenoquine, and azithromycin, neither of those are
6    generally associated with neutropenia.
7    Q.    Have you treated patients in your capacity
8    at Johns Hopkins that have been suffering from
9    malaria?
10   A.    Yes.  We have a fairly large -- being near
11   Washington, we have a fair number of people that
12   travel back and forth to malaria areas.
13   Q.    What's the highest or max dose of
14   tafenoquine in the use of treatment of malaria?
15   A.    Well, treatment -- I mean, it's not -- it
16   has been used for treatment.  I would have to look
17   that up.  I've never used it for treatment.  It's
18   generally -- it's been approved, and where I've seen
19   it used is for prevention.
20   Q.    Prophylactic use?
21   A.    Yes.
22   Q.    And what's the max dose in even
23   prophylactic use?
24   A.    I would have to look that up.  I haven't

113

1    prescribed it for that reason, so I don't have it
2    off the top of my head.  I would have to look that
3    up for you.
4    Q.    Do you know what the max dose -- or what
5    would you consider the max dose of these prednisone
6    or prednisone equivalent that would increase the
7    rate of a risk of a perforated jejunum such as --
8         MR. LAMB:  Objection to form.
9         You can answer.
10        THE WITNESS:  Well, I certainly
11        think once you're north of 20 milligrams
12        you know, it's been implicated.  But, you
13        know, I think 40, 60, may -- maybe those
14        cases, because that's usually what -- where
15        we've seen patients on those that have
16        developed it.
17   BY MR. BENEDETTO:
18   Q.    And does that risk increase or level off at
19   any number?  In other words, if your risk increases
20   up to 40, 60, 80, is there a difference between
21   taking 80 and 500 or a thousand at that point for a
22   risk of a perforated jejunum?
23   A.    I would think it's biologically plausible
24   that there's increased risk, but I don't know of any

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

PAUL GISBERT

114

1    information that, you know, has done that mainly
2    because those doses aren't used.
3    Q.    And those doses meaning 500 or a thousand?
4    A.    Per day.  Yeah.
5    Q.    Per day for an extended period of time
6    meaning more than --
7    A.    Correct.
8    Q.    -- seven days?
9    A.    I'm sorry, I'm on page -- I think I've made
10   it to page 15.
11   Q.    Okay.
12   A.    He has a long section here about how
13   perforation was never proven, but Dr. Smith really
14   doesn't entertain why the pneumoperitoneum occurred.
15   As I said, I don't think it really matters whether
16   it's friable or perforation, they are both diseased
17   areas that had to be resected.
18         Yeah, he says because of the bacterium
19   fragilis that it's a disease of the colon and not
20   the small intestine.  I'm not sure what point he's
21   trying to make there.  He's trying to link it to
22   this NEC, but if you have a disease in the sigmoid
23   colon, you can get bacterium fragilis.  And
24   potentially since she's immunosuppressed from the

115

1    steroids, her small bowel could even become
2    contaminated with bacterial overgrowth.  So she
3    could have had it even in her small intestine.
4          I'm not certain why he makes the leap to
5    the NEC just from a blood culture, that seems --
6    that seems to conflate the situation.  Yeah, that's
7    -- I think that's what I have.
8    Q.    Okay.  Anything else you would like to add
9    to your opinion or conclusions that we haven't
10   discussed?
11   A.    I don't believe so.  Mr. Lamb may have a
12   prompt, I'm not sure.
13   Q.    Okay.
14         MR. BENEDETTO:  I'll look over my
15         notes, but I think that's all of the
16         questions I have for you, Dr. Auwaerter.  I
17         appreciate your time.  I think either
18         Mr. Lamb or Ms. DeNaples may have some
19         questions for you.
20         THE WITNESS:  Okay.
21         MR. LAMB:  I don't have any.
22         Ciara, do you?
23         MS. DENAPLES:  No questions.
24   Thank you, Doctor.

116

1          MR. BENEDETTO:  That's it.
2          MR. LAMB:  Okay.
3          THE WITNESS:  May I read and sign
4    in this case; is that possible?
5          MR. LAMB:  Yeah.
6          THE VIDEOGRAPHER:  The time is
7    now 11:35.  That concludes this video
8    deposition.
9          (Witness excused.)
10         (Videotaped deposition via Zoom
11   concluded at 11:35 a.m.)
12         (At this time, a document was
13   marked for identification as Exhibit-5.)
14
15
16
17
18
19
20
21
22
23
24

117

1          C E R T I F I C A T I O N
2
3
4          I, Patrice Sweeney,
5    Professional Court Reporter License No.
6    30XT00006600 and Notary Public, do hereby
7    certify that the foregoing is a true and
8    accurate transcript of the stenographic
9    notes taken by me in the aforementioned
10   matter.
11
12                - - -
13
14
15
16
17
18
19
20
21   DATE: _____
22         Patrice Sweeney
23         Court Reporter, Notary Public
24         License No. 30XT00006600

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

**PAUL GISBERT**

| | 118 |
|---|---|
| 1 | INSTRUCTIONS TO WITNESS |
| 2 | |
| 3 | Please read your deposition |
| 4 | over carefully and make any necessary |
| 5 | corrections.  You should state the reason |
| 6 | in the appropriate space on the errata |
| 7 | sheet for any corrections that are made. |
| 8 | After doing so, please sign the |
| 9 | errata sheet and date it. |
| 10 | You are signing same subject to |
| 11 | the changes you have noted on the errata |
| 12 | sheet, which will be attached to your |
| 13 | deposition. |
| 14 | It is imperative that you return |
| 15 | the original errata sheet to the deposing |
| 16 | attorney within thirty (30) days of receipt |
| 17 | of the deposition transcript by you.  If |
| 18 | you fail to do so, the deposition |
| 19 | transcript may be deemed to be accurate and |
| 20 | may be used in court. |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

120

1    ACKNOWLEDGMENT OF DEPONENT
2
3    I, PAUL GISBERT AUWAERTER, MD,
4    MBA, FIDSA, do hereby certify that I have
5    read the foregoing pages, and that the same
6    is a correct transcription of the answers
7    given by me to the questions therein
8    propounded, except for the corrections or
9    changes in form or substance, if any, noted
10   in the attached errata sheet.
11
12   DATE: _____  _____
13            PAUL GISBERT AUWAERTER,
14                 MD, MBA, FIDSA
15
16   Subscribed and sworn to before me.
17
18
19
20            PATRICE SWEENEY
21            NOTARY PUBLIC
22
23
24

119

1              - - - - - - - -
2                E R R A T A
3              - - - - - - - -
4    PAGE      LINE      CHANGE
5    --- --- --------------
6    --- --- --------------
7    --- --- --------------
8    --- --- --------------
9    --- --- --------------
10   --- --- --------------
11   --- --- --------------
12   --- --- --------------
13   --- --- --------------
14   --- --- --------------
15   --- --- --------------
16   --- --- --------------
17   --- --- --------------
18   --- --- --------------
19   --- --- --------------
20   --- --- --------------
21   --- --- --------------
22   --- --- --------------
23   --- --- --------------
24   --- --- --------------

121

1              EXHIBIT-1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

PAUL GISBERT

122

| 1 | EXHIBIT-2 |
|---|---|
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

124

| 1 | EXHIBIT-4 |
|---|---|
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

123

| 1 | EXHIBIT-3 |
|---|---|
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

125

| 1 | EXHIBIT-5 |
|---|---|
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

32 (Pages 122 to 125)

**A**

**a.m** 1:20 4:9 116:11
**abdomen** 71:11 72:1
**abdominal** 50:24 71:3,4
  72:13,15 89:2 109:23
**able** 7:1
**abnormalities** 92:3,7 94:11
**abruptly** 83:14
**abscess** 25:24 27:7,7,11,15
**absolute** 111:1,3,10
**academic** 9:1 31:11
**accommodate** 18:4
**accompanied** 92:2
**accurate** 24:9 54:17 117:8
  118:19
**achiness** 48:5 51:1
**ACKNOWLEDGMENT**
  120:1
**acquire** 37:20
**acquired** 16:1 30:10,14 35:21
  61:10
**acquiring** 64:14
**action** 4:12
**active** 107:2
**actively** 7:14
**activity** 62:18
**actual** 15:15
**acute** 25:4 41:10,21 42:21
  45:22 56:23 57:16
**acutely** 16:2 71:6
**adapted** 40:2
**add** 77:8 115:8
**adding** 58:12
**addition** 94:2
**additional** 12:3 84:21 96:5
  108:19
**adds** 75:11
**admitted** 72:24 73:10 88:19
  91:1
**admittedly** 109:17
**adopting** 18:13
**adrenal** 45:5 64:3,10 81:13
**adult-onset** 84:5
**adverse** 64:9 82:19,20 83:5
**advice** 49:8
**Aerobic** 74:3
**aforementioned** 117:9

**age** 60:19,19
**agency** 18:21
**agent** 61:18 63:5 79:24 83:22
**agents** 67:18 79:4 81:1 87:5
**ago** 20:6 39:9 58:7 62:4 74:1
**agree** 6:17 43:4 63:3,24 69:7
  69:12 77:5 78:4 82:12,17
  83:5 87:14 90:11 91:4
  106:6 111:4
**agreed** 77:7
**air** 71:3,4,12,13
**al** 4:13,14
**albumin** 109:17 110:5
**allegation** 23:18 25:23 26:12
**alleged** 27:9
**alternative** 42:4 44:14,23
  56:3,9 60:17 61:18
**Alternatively** 46:10
**altogether** 83:5
**amend** 71:19
**America** 31:20 34:8
**American** 10:8
**amount** 63:19 64:9,11 65:12
  66:21 67:1,11 73:17 78:8,16
  81:21 100:4 102:5
**amounts** 30:2 81:21 83:17
  84:7 93:15 108:6
**Anaerobic** 73:12
**anaphylactic-type** 56:7
**anaplasmosis** 16:4
**ancillary** 24:7
**and/or** 18:2 96:21
**Andes** 61:11
**anemia** 52:24 88:3 92:2
**angioma** 60:21 61:3
**Anglesea** 2:21
**animal** 12:8 33:21,24,24
**animals** 40:2,3,4
**ankle/foot** 51:3
**Annually** 36:1
**answer** 5:21 6:12 7:1 15:21
  29:14 50:3,6 51:12 55:12
  61:21 76:21 87:20,22 90:1
  98:6 99:1 113:9
**answers** 120:6
**anti-COVID** 61:16
**antibacteria** 63:5

**antibiotic** 13:11 32:3,4 53:16
  63:4
**antibiotics** 24:11 74:18
  110:21
**antibodies** 87:6
**antibody** 46:12 59:20
**antiinflammatory** 83:19,19
  86:20 87:2
**antimicrobial** 56:18 81:1
  105:19
**antimicrobials** 28:20 51:16
  51:22 63:22 95:7 105:13
**antiparasitic** 61:15
**antiviral** 61:17
**anxiety** 49:3,4
**Apothecary** 1:8 2:17 4:22
**Appalachian** 29:23
**apparently** 39:23
**appeal** 105:2
**appreciate** 103:21,23 115:17
**approach** 18:16
**appropriate** 31:22 32:13
  118:6
**appropriateness** 104:17
**approved** 54:22 55:10,20
  87:10 112:18
**approximate** 6:3 19:4 68:6
**approximately** 9:22,22 10:2
  19:4 47:23 63:10,17 64:23
  75:12,23 77:5 78:18 84:14
  94:24
**approximating** 6:5
**April** 17:4
**architecture** 32:21
**area** 12:23 30:6,9 74:17,20
  90:15 106:20
**areas** 13:7 37:5,7 47:7 71:20
  90:17 91:18 109:3 112:12
  114:17
**argue** 110:7
**argued** 41:4
**arguing** 109:12
**argument** 109:8
**Arizona** 27:4
**armpit** 62:1
**arose** 91:17
**array** 87:4

PAUL GISBERT

127

arrived 107:16
Arte-M 62:11,24 105:18
   112:4
artemether 62:16,19 95:8
artemisinin 62:20
arteritis 85:9
arthritis 15:23,23 46:23
article 8:17 40:16
articles 8:12 16:10 17:6
aseptic 46:21
asked 17:20,22 23:20 49:23
   108:17
asking 68:14
aspect 106:9
aspects 34:17 107:3
aspirin 99:22
assistance 103:24
assistant 11:2
associated 38:20 65:9 112:6
assume 63:16 80:21
asthma 85:8,21,24
atovaquone 53:11,16,21
   58:11,18 59:10 67:20 81:2,3
   95:8 105:18
atrophy 64:19
attach 47:10
attached 3:17 118:12 120:10
attaches 47:15
attend 14:15
attending 13:20,21,23 14:17
   33:7 104:11
attorney 118:16
Attorneys 2:6,11,16
attributable 93:4 96:19
attribute 51:10
attributed 45:7
augmented 88:4
August 67:1,21 70:15 99:12
   109:19
authentic 62:17 110:8
author 34:7 94:14
authorizations 103:7
autoantigens 12:12
Auwaerter 1:8 3:5 4:17 5:7
   7:6,7 46:17 51:8 115:16
   120:3,13
Auwaerter-1 7:17

Auwaerter-2 7:18
Auwaerter-3 7:21 22:8
Auwaerter-4 7:22 29:6
Auwaerter-5 72:17
available 48:21
Avenue 2:10
avenues 71:7
average 18:8 76:15 77:23
   78:14 79:5,6
avoid 42:3 65:13 79:4
aware 41:9,12 66:12 67:13
   70:15 88:14 90:23 94:1,4
   99:4,11
axilla 47:8
azathioprine 87:6
azithromycin 53:17 54:1,3
   58:11,20 59:7,10 67:22 81:3
   95:8 112:5

## B

B 3:15 57:9
babesia 16:17 34:19,20,23
   35:2,7,10,12,17,19 36:2,16
   36:18 37:8,12,20,24 38:3,17
   39:4,7,7,10,14,18,23 40:7
   40:18,18,23 41:2,16 42:7,11
   52:9,11,20,23 53:9 55:1,4,5
   57:16,19 58:3,6,23 68:19
   79:23 80:1 87:11,16,24 88:5
babesial 54:9
babesiosis 16:20 34:10,15
   36:8 41:10,13,21,24 42:2
   50:2 53:4,6,10,14 55:7
   57:16 87:11 100:12,17
   101:1
back 31:24 52:3 68:8 84:1,8,9
   84:13 86:18 98:6,8 102:7
   109:19 110:14 112:12
background 16:17 29:7
   103:23
bacteremia 72:8,12
bacteria 60:13 74:19
bacterial 74:21 115:2
bacterium 114:18,23
bacteroides 72:11 73:21,23
   74:8,9
bag 72:2

Baltimore 9:2 11:11 30:19
   31:13
barriers 96:23
Bartonella 42:6 60:11,12,13
   60:23 61:2,13,20
Bartonellosis 61:8
based 7:20 16:16 25:8 34:16
   43:9 51:11 52:15 60:23
   69:15 102:19 111:6
baseline 95:20
basesia 57:19
basically 20:24 73:18 104:22
basis 27:12 43:13 45:7 46:3,8
   49:7 52:18 54:24 55:16
   66:20 68:16 77:21 94:19,23
bear 9:6 71:14
becoming 56:22
bedside 32:22
beginning 102:8
behalf 23:24 24:1 26:4,24
   27:18
beings 95:14
believe 16:16 22:22 23:22
   24:17 50:14 67:19 68:22
   73:10 111:22 115:11
Benedetto 2:14 3:8 4:21,22
   5:12,14 6:16,21,22 26:7
   77:1,2,15 78:3 80:11 86:7
   86:11,19 88:9 90:10 96:9
   98:5,18 99:3 108:21 113:17
   115:14 116:1
benefited 81:19
benign 60:21
best 38:22 48:24 49:18
better 33:1 51:4 101:15
beyond 17:14 46:24
billing 20:19 21:11
biologically 113:23
biology 10:11
biopsies 25:8
biopsy 25:1
bit 11:17 23:14 38:15 87:9
   90:13
bite 15:15,17,22 30:14 47:14
bites 51:15
bitten 37:21
black 35:5

PAUL GISBERT

128

blanking 32:15
block 46:22
blood 3:22 34:21 35:21 38:5
 38:6,9 40:1 41:2,4,5 72:7,11
 72:22 73:12,17 74:3 80:17
 80:19 91:13 92:3,8,11,15,19
 92:21,22,23 93:2,3,6,9,9,18
 94:12 97:9 107:14,15 111:2
 115:5
bloodstream 89:3
blunted 97:22 98:11
board 10:8,9 28:13
Bob 2:22
body 47:5,15 56:21 107:18
bone 64:15
book 32:10
borealis 72:14
Borrelia 35:4 36:23
bottom 34:7 51:14 70:18 95:3
bowel 71:16 74:19 91:14
 96:13,17 97:3,7 98:21 115:1
brain 27:7,7,11,15 51:1 61:23
break 6:10,11,12 70:2 86:15
breakdown 90:19 91:9
breasts 47:10
breath 61:24
Brian 4:23
brief 44:3
briefly 5:15
bring 22:24 23:1 29:1
broad 61:18 63:2
broader 55:13
brought 18:9
Brown 25:17
Bryk 4:23
budget 31:10
bug 32:6
bulk 42:18 44:1
burgdorferi 35:4 36:23
burn 57:13
busy 18:6,10,11

**C**

C 2:1 4:1 117:1,1
C.V 7:18,18 9:4 13:3 16:13
 16:23,24 31:24
calculator 77:19

California 26:5
call 11:2 35:8 37:21 53:2
 61:23 90:22 96:6 103:21
 104:2
called 26:5 38:7 39:10,24
 47:20 53:16 54:21 60:15,20
 60:20 61:12 72:1 93:13
 96:3 105:8,24 106:21
calls 103:5,9
cancer 93:7 107:2
capacity 112:7
carditis 23:8 46:23
care 13:21 23:17 24:3 43:1
 49:12,17,20 56:16 67:7
 68:11,14 101:13
cared 86:5
career 19:13
careful 99:20
carefully 118:4
carried 37:13
carries 37:14
carrying 32:9
case 4:12 8:13 18:4 22:16,21
 23:13,15,16,21 24:15 25:10
 25:19 26:8,17,20 27:1,6,14
 30:4 49:23 59:17 73:20
 94:20 95:1 106:10 110:9
 112:1 116:4
case-report 54:24
cases 19:3,5 22:3 30:10,11
 35:13,20 36:8 39:12 40:23
 47:19 54:24 113:14
cat-scratch 60:15
catastrophe 93:24
category 63:3
Caucasian 60:19
causation 23:12,20 50:8
cause 27:9 50:5,13 60:14,16
 61:12 64:9,14 65:3,5 66:5
 74:22 91:11,14 92:23 93:2,5
 93:8 94:7,19 106:16 107:9
 108:6
caused 24:8 38:2 87:11,16
 89:4,14,22 96:12,17 100:17
 109:9
causes 71:4 91:5,15 92:2
causing 71:17 81:17 96:21

109:1
cavity 71:3,5 72:15 89:2
CBenedetto@mccormickp...
 2:14
Cdenaples@c-wlaw.com 2:9
ceased 83:3
cecum 106:20
cell 40:1 85:9 92:24 93:3,6,9
 97:9 107:14,15 111:2
cella 92:22
cells 34:21 38:6 92:3,8 94:12
center 1:9 2:17 11:8 29:11
 31:11 89:17 102:23
centered 23:22
centers 30:23
cephradine 110:22
certain 38:19 45:1 55:21
 56:20 59:18 64:9,11,15
 65:21 79:10 83:4 93:22
 115:4
certainly 11:21 18:5 28:19
 30:16 31:19 39:1 41:16
 45:23 48:14 49:17 51:21
 59:16 60:13 64:12 65:16
 66:6 67:8 83:24 84:4 85:3
 85:19 87:12 88:20 89:15
 90:4 91:11 94:4 96:18 97:7
 99:20 102:5 103:1,23 104:7
 105:8 107:11 109:3,20
 110:8,12 111:1 113:10
certainty 96:12 108:9
certification 10:7
certifications 10:9
certified 10:4 28:13,14
certify 117:7 120:4
chain 38:9 103:4
challenges 31:22
challenging 59:17
change 108:11 119:4
changed 17:7
changes 83:15 118:11 120:9
characteristic 46:9
chemotherapy 93:6 107:2
cherry 60:21 61:3
chief 11:1,2
Children 47:2
Chinese 62:16

PAUL GISBERT

129

**chronic** 23:16 41:13,23 42:3
42:5,6,6,6,15,20 44:13 49:6
56:11 79:23 85:6
**chronically** 85:12,13
**chronology** 74:6
**Ciara** 2:9 4:24 115:22
**CIPRIANI** 2:8
**circular** 47:18
**circumstance** 107:12
**circumstances** 22:20 25:18
26:9 27:5
**cited** 68:23
**city** 9:3
**civil** 4:11
**claim** 22:20,24 23:1 24:7
26:9
**claims** 44:17 50:23
**clarify** 111:19
**class** 87:1
**classically** 24:20 47:8 56:5
93:6
**clause** 71:15 100:11
**clear** 35:14 37:1 110:1
**cleared** 59:1
**clearing** 88:1
**clearly** 54:8 78:11
**client** 24:1
**clindamycin** 58:9,12
**clinical** 7:9,13,13 9:17 12:1,3
13:12,13 15:13 31:13 34:16
44:14 52:18 79:23
**clinically** 52:22 79:22
**close** 27:24 100:19 106:12
**closely** 27:21
**closer** 93:14
**coast** 39:16
**coat** 32:6
**College** 10:12
**colon** 71:22,24 90:17,18,20
91:10 114:19,23
**colonized** 74:19
**colostomy** 72:4
**Columbia** 10:11,15
**combat** 100:16
**combinations** 69:6
**combined** 59:21
**come** 32:19 48:19,23 54:7

62:9 66:17 74:20 97:20
98:10
**comes** 93:14 99:20 104:17
**coming** 20:16
**commencing** 1:19
**comment** 64:1
**commercialization** 55:16
**common** 15:1 29:15,16 31:14
33:20 42:21 47:1
**commonly** 35:5 64:4 99:23
**companies** 55:15
**compared** 36:15
**compatible** 79:23
**compensation** 17:8 29:8
**compiling** 16:11
**complaining** 46:16
**complaints** 44:4 45:1,16 48:2
48:10 51:10 79:21 96:2
**complete** 10:17
**completed** 10:24
**completely** 110:11
**completing** 11:6
**complex** 95:6
**complexes** 42:7
**complexities** 103:2
**component** 14:13 62:16
**components** 11:21 63:2
**compound** 62:15,19
**Compounding** 1:9 2:17 89:17
**compromise** 41:17
**compromised** 59:12
**concluded** 95:13 116:11
**concludes** 116:7
**conclusion** 23:10 27:14 48:23
54:7 95:10 108:11
**conclusions** 20:17 43:13
48:17 106:7 108:12 115:9
**concurrently** 67:14
**condense** 32:8
**condition** 27:10 49:15 56:11
66:12 67:5,9 80:6 81:15
83:14,18 100:1 105:24
109:9
**conditions** 48:2 64:17 81:16
106:14
**conducted** 57:22 93:19
**confirm** 57:23

**confirmation** 79:22
**conflate** 115:6
**confronted** 101:14,17
**conjecture** 106:9
**Conor** 2:4 4:19 6:16 77:16
**Conor.Lamb@klinespecte...**
2:4
**Conrad** 2:14 4:21 5:13
**consequence** 88:6 111:8
**consequences** 74:23 91:16
105:16 106:13
**consider** 77:14 79:6 113:5
**consideration** 100:20
**considered** 36:14 38:14 81:22
101:5
**consistent** 46:21 60:11 61:2
97:10
**constant** 51:1
**consultants** 28:1
**consultation** 28:5 31:15
**consultations** 12:22 42:18
**consultative** 14:3,16 42:22
**contact** 33:19
**contained** 51:5
**contaminated** 115:2
**contention** 105:23
**continual** 68:19 94:23
**continue** 49:14,20
**continued** 53:18 69:4,10
77:14
**contraindicated** 87:23
100:12
**contribute** 109:21
**contributed** 105:14,21
**contributing** 110:13
**control** 9:16 65:14 66:21
81:15
**convalescent** 25:5
**conversation** 104:23
**conversations** 21:23
**conversion** 77:16
**conversions** 77:12
**correct** 7:15 8:21 12:14 13:24
14:1 21:4 28:14,17,22 30:24
34:2 37:17 40:10 43:6 45:2
45:11,14 52:12,20 53:6
54:14 55:10,23 57:17,20,24

58:15 67:11 69:8,13,17,18
70:22,23 75:13,14 76:10,16
77:7 78:8,19,21 80:6 84:2
87:11,18 88:12,13 89:18
90:12 98:23 100:6 101:3,8
102:10 103:11,20 104:5
105:9 107:7,8,16 111:11,16
114:7 120:6
**corrections** 118:5,7 120:8
**correctly** 73:9 80:2
**corticosteroid** 69:4 83:18
**corticosteroids** 50:7,13,15
69:10 81:7,11,22 82:12,18
82:24 84:21 85:6 86:22
87:15,17,23 88:11,14,21
89:8,10,13 90:3,5 93:8,16
94:3 96:8 99:23 100:12,16
101:2 107:21 108:7
**cortisol** 44:6,7,9,13,24 45:6
45:20 81:14
**counsel** 1:18 4:17 5:3,19 26:1
**count** 92:16,19,24 93:3,3,9,18
94:12 97:10 107:14,16
110:14
**counts** 92:3 93:6,10 111:2
**County** 30:9 31:13
**couple** 17:6 26:2 46:1
**course** 14:8 52:7 57:8 88:24
98:1,15
**courses** 59:22
**court** 1:1,21 4:10 5:4,5,22
20:3,4,6,12,13 82:15 98:5,7
117:5,23 118:20
**Courtney** 4:23
**cover** 9:6 34:3 103:15
**covered** 108:20
**covers** 33:24 45:15
**COVID** 18:6,10,11,18,21,22
18:23 19:18,19 20:7 81:18
81:19
**cranial** 46:19
**create** 72:1
**created** 95:14
**creeps** 35:23
**critical** 15:9
**critically** 15:5
**CT** 106:21

**culture** 3:22 73:12,17 74:4
115:5
**cultures** 72:7,13
**cumulative** 96:20
**current** 7:7 13:13 16:24 32:1
32:1
**currently** 9:17 13:4 33:6
39:15
**Curriculm** 3:19
**cushingoid** 65:19
**cytokine** 88:23
**cytopenia** 53:1

**D**

**D** 3:1 4:1 28:21
**D-U-C-A-N-I** 39:8
**D.C** 30:19,23
**d/b/a** 1:8 2:17
**daily** 53:12,23 54:2 58:20,21
64:7
**dark** 61:24
**DARYL** 1:4
**date** 8:9 17:2 34:15 117:21
118:9 120:12
**dates** 97:3
**daughter** 52:14
**day** 63:11,13,18,19 64:2,6,8
65:1,18,22 66:8,11 67:2,16
68:12,13 69:22,23 76:15
78:1,2,12,17,18 81:20 82:2
82:3,4 84:7 85:10 97:2,8
98:23 110:11,14 114:4,5
**day-to-day** 77:20
**days** 45:24 58:22 59:9,15
66:8,14 77:22 78:19 81:19
84:9,18 85:14 95:1 97:6,14
97:15,16 98:22 109:14
110:16 111:11 114:8 118:16
**dealing** 46:1
**deals** 32:11
**debate** 104:23
**decide** 30:21
**decided** 52:17 71:23
**decision** 13:12
**decision-making** 45:4
**decline** 105:4
**declining** 105:8

**decrease** 56:17
**decreasing** 96:23
**deemed** 118:19
**deer** 35:6,8 37:22 40:5,8,8,9
**defendant** 1:10 2:11,16 4:22
19:6
**defense** 19:8,9 22:14 24:1
26:5
**deficiency** 44:7,7,9,13,24
45:6,21
**deficient** 81:13
**define** 82:7
**definitely** 30:9 104:18
**definition** 27:24
**degree** 10:14 96:11 108:8
**delay** 109:21
**delves** 13:7
**demands** 83:18
**demargination** 93:13
**dementia** 26:19,21
**DeNaples** 2:9,21 4:24,24
76:22 80:7 95:18 115:18,23
**dental** 25:23,24
**department** 9:18 11:11 14:11
14:14 15:14
**DePasquale** 2:21
**dependent** 86:4
**depending** 58:21 59:4
**depends** 93:11
**deponent** 4:16 120:1
**deposing** 118:15
**deposition** 1:3,15 4:8,9,16
5:14,16,20 7:17 8:7 17:12
19:23 21:16 26:6,7 43:16,18
43:21 69:18 76:4 102:9
109:18 116:8,10 118:3,13
118:17,18
**depositions** 24:13
**depressed** 59:19
**dermatologist** 28:6,14
**dermatologists** 27:21
**describe** 40:13 60:8
**described** 34:21 40:5,18 41:1
56:5 60:2 94:21
**DESCRIPTION** 3:17
**detailed** 108:17
**details** 23:3 25:9,22 26:11

PAUL GISBERT

**detect** 38:16
**determine** 38:1,7
**determined** 25:6
**develop** 18:15 32:20 47:20
**developed** 23:7 27:11 94:15
    95:2 113:16
**developing** 18:14 34:16
**device** 32:9
**dexamethasone** 75:18,22
    76:1,8 77:4 81:20 89:11
    96:21
**DHEA** 48:8
**diagnose** 22:22 24:23 26:13
    44:23 79:22
**diagnosed** 30:13 41:20 42:14
    42:19 48:6 52:13 57:15
    80:5
**diagnoses** 15:4,7 45:6 49:1,14
    51:11
**diagnosing** 32:17 81:7
**diagnosis** 15:16 31:22 32:13
    32:24 34:9 36:15 41:6,9,12
    44:14 46:3,7,11 48:24 50:9
    52:18 57:24 61:6 62:7
    80:13 92:5
**diagnostic** 34:17
**diagnostics** 41:8
**DIC** 111:7
**die-off** 56:8,14,24 57:9
**died** 23:8,10 26:18
**difference** 102:21 113:20
**different** 35:11 40:2 47:3
    94:21
**differential** 48:14
**differentiate** 89:19
**difficult** 15:20 55:1 63:20
    100:14 106:15
**difficulties** 64:18
**direct** 14:1 33:18 96:23
    106:16
**directly** 23:10 96:19 105:15
**director** 7:9 9:17
**disagree** 100:8 106:6
**discomfort** 50:24
**discovered** 109:2
**discuss** 33:6 34:11
**discussed** 29:7 40:22 52:10

60:9 73:24 87:9 90:13
    95:13 115:10
**discusses** 63:9
**discussing** 37:13
**discussion** 86:13 104:18
    105:1
**disease** 9:18 10:5,21 11:7,16
    11:19 12:19 13:5 15:8
    22:18,23 23:6,11 26:13,21
    26:23 27:2 28:5 29:15,16,18
    30:3,10,13,13,14 31:15,21
    31:23 32:19 35:1,1,4,23
    36:12,15,19 37:3,7,9,14,16
    38:23 42:5,16 44:13 45:19
    46:6,18 52:6 55:14 58:8
    60:15 63:1 65:14 66:22
    79:2 80:1 84:5 90:24 95:12
    102:20 103:10 114:19,22
**diseased** 109:3 114:16
**diseases** 7:10 11:4,22,23,24
    13:8,9,17,18 14:3 24:22
    29:11 31:18 32:11,14,18
    33:9,10,13 34:8
**disorder** 42:9 49:4,5
**disorders** 46:4 49:3
**dispensary** 98:20
**dispense** 104:15 105:5
**dispensed** 89:20,21 99:5
    102:14 104:24
**dispenses** 103:20
**dispute** 89:1
**disqualified** 20:11
**distal** 90:12 91:8
**distance** 30:18
**distribution** 29:17
**District** 1:1,1 4:10,11
**divergens** 35:10
**diverticular** 90:24
**divided** 20:21 78:19
**division** 7:9 14:9
**doctor** 5:13 7:2,5 9:4 24:21
    29:1 70:1 76:21 86:20
    98:19 102:20 104:10 115:24
**doctors** 24:3 25:15 26:13
    57:3 60:22
**document** 116:12
**documentation** 110:2

**documents** 4:3 7:23 8:1,3
    43:9
**dog** 47:6
**doing** 20:15 103:14,16 118:8
**dollars** 17:10,13
**dosage** 79:2 82:23 83:2 87:17
    88:11 94:7 103:9
**dose** 50:15 54:11,17 63:23
    65:17 79:7,13,15 82:8,10,12
    83:21 84:4,9 85:18 96:15
    102:4 111:15,22 112:13,22
    113:4,5
**doses** 65:8,16 79:4 81:12,23
    82:18 83:12 88:20,24 93:8
    107:9 114:2,3
**dosing** 32:18 53:20,23 58:18
    59:7,9 66:4,4 67:9,11 69:4
    69:10,13 79:5 83:9,24 93:20
    94:17
**dosings** 63:13,18 64:5,24
**doubt** 90:7,15 97:18,19
**downplayed** 89:1
**dozen** 35:20
**Dr** 4:16 5:1 7:7 8:10 27:2
    43:3,4,24 44:5 46:17 48:1
    50:5,11,15 51:8,9,14 52:8
    54:5,6 56:15 61:5 68:23
    69:6,11,12,16 76:4 78:5
    79:21 80:5 94:14 95:23
    96:4 99:9 105:12,23 106:4
    108:13 114:13 115:16
**draft** 20:24
**drop** 83:10,11
**drug** 16:21 32:5 54:21 55:15
    94:9,18 103:4,10
**drugs** 16:20 32:12 41:18 55:3
    55:5 59:22 87:2,6,8 93:5,6
    94:2 96:7 100:24 107:13
    110:18 112:3
**due** 42:7 56:7,23 93:12
**duly** 5:8
**duncani** 39:7,14
**duties** 12:3 17:7
**dying** 96:3

---

**E**

**E** 2:1,1,20,20 3:1,15 4:1,1

PAUL GISBERT

117:1 119:2
**e-mails** 43:23 69:17 78:4
**earlier** 26:2 51:15 52:3 87:10
  90:13 97:16 105:20
**early** 31:9 93:12
**easier** 9:15
**east** 29:22 39:16
**eating** 109:19
**edema** 23:17 24:8,9
**edge** 35:19
**editor-in-chief** 13:10 32:2
**education** 16:16
**effect** 51:23 90:7 96:20
**effects** 50:10 56:12 64:10,12
  65:20 82:19,20 83:6 95:7
**efficacy** 100:24
**effort** 56:17 59:22 68:18
**egress** 72:2
**ehrlichiosis** 16:4,4
**either** 20:12 32:24 38:13
  41:17 56:22 57:22 74:17
  79:6 82:17 91:6,17 96:22
  99:6,24 101:3 104:5 110:4
  115:17
**electronic** 32:4,9 102:3
**elementary** 32:16
**elevated** 93:18 97:10 107:18
  108:2
**elevation** 93:12
**emergency** 11:11
**emerging** 37:6
**employed** 24:11
**encompassing** 12:18 18:2
**ended** 11:24
**endowed** 9:24
**England** 29:18
**entails** 11:19
**enterocolitis** 106:1,19,24
  107:4
**entertain** 53:9 114:14
**entire** 19:13
**entities** 42:20
**equivalence** 76:5 78:1
**equivalent** 66:14 69:21,23
  75:13,16,24 76:14,16,20
  77:7 78:17,24 79:2,8 113:6
**eradicate** 59:22 68:19 100:14

**eradicating** 59:13
**eradication** 54:23 59:18
**errata** 118:6,9,11,15 120:10
**erroneous** 99:10
**error** 38:23
**ERSA** 1:21 5:5
**erythema** 46:9 47:20
**especially** 30:8,19 46:23
  49:20 59:18 96:16
**ESQUIRE** 2:4,9,14
**established** 108:24
**estimate** 6:3
**estimating** 6:5
**estradiol** 48:8
**et** 4:13,14
**etiology** 27:15 99:19
**Europe** 35:10
**evidence** 38:6 42:9 44:11
  51:24 52:23 80:18 92:5
  100:7,24
**evidence-based** 34:13
**exacerbated** 95:6
**exam** 38:18 48:15 80:18,19
**examination** 1:5 48:20
**examined** 5:9 94:10
**example** 15:22 16:21,21,22
  18:16 30:5 31:22 33:20
  35:10,13 44:18 47:12,13
  49:1 52:24 59:14 64:15
  68:18 83:9 84:5 87:7
  101:23 102:4
**exception** 61:10 88:2
**exceptions** 37:4
**excess** 67:3 83:1 94:7,9 100:5
**excessive** 48:4 51:2 79:7
**excluded** 20:8
**excused** 116:9
**Exhibit-1** 3:18 4:4 121:1
**Exhibit-2** 3:19 122:1
**Exhibit-3** 3:20 123:1
**Exhibit-4** 3:21 4:5 124:1
**Exhibit-5** 3:22 116:13 125:1
**existent** 97:3
**expect** 65:23 93:17
**expected** 74:15
**experience** 102:19
**expert** 8:10 17:20 19:11

20:12 49:24 101:7
**explain** 57:4 103:13
**explanation** 108:19
**extended** 114:5
**extensive** 9:4
**extraction** 8:9
**extraordinary** 110:6
**extreme** 48:3

---

### F

**F** 117:1
**faced** 44:16 45:1
**facility** 11:8 28:19
**fact** 42:17 55:3 56:14 60:4
  68:23 111:7
**factors** 110:13
**facts** 22:20 25:18 26:9 27:5
**faculty** 11:4 31:12
**fail** 118:18
**failure** 22:22
**fair** 75:23 112:11
**fairly** 12:2 112:10
**false** 38:19
**familiar** 60:14 81:18
**familiarity** 34:23
**far** 29:16 53:18 61:6 89:16
  94:5
**fast** 36:24 77:18
**fat** 32:9
**fatigue** 45:5,7,8,10 48:3 49:6
  50:23 61:23
**favorite** 58:10
**FDA** 54:22 55:8,10,13,17,20
  87:10 88:10
**federal** 18:20 20:3,6,12
**feeling** 20:5 95:23 96:2,3
**feelings** 62:1 96:5
**fell** 92:13 95:5
**fellowship** 11:4,6,17,18,24
  12:18 13:2 15:12
**fever** 16:3 24:17,19,20,24
  25:8 53:1 61:10 107:18,22
**fibromyalgia** 49:5
**FIDSA** 1:8 3:5 5:8 120:4,14
**filled** 75:1,4 102:14
**film** 38:5 80:18,19
**final** 72:6

PAUL GISBERT

finalized 73:3,4
find 29:12,21 31:16 32:22
    36:17,18 37:16 39:14 52:11
    60:17,20 61:17 84:3,9
finding 18:22,22,23 60:23
findings 47:1 60:11 61:1,7
fine 70:4,10,12
first 17:13 42:24,24 44:3 67:1
    75:10 79:20 94:14 95:4
    96:10 100:9,10
Fisher 7:12
fit 107:4
five 17:19 19:22 47:21 66:14
    75:4 109:14 110:16
flair 84:8
flashes 44:6 45:14,20
fleas 33:20
flies 61:11
floor 2:5 14:18
flow 91:13
Flower 33:22
flushing 51:2
focus 13:5,14,14
focused 43:1 50:1
fog 51:1 61:23
folks 86:5
follow 46:13 63:21
following 43:9 71:13
follows 5:9
footprint 37:11,15
foregoing 117:7 120:5
forgot 62:12
form 6:18 43:12 56:4 76:19
    77:12 80:7 87:19 89:24
    95:18 98:24 113:8 120:9
formally 17:22 18:1
forming 80:4
formulary 18:16
forth 105:9 112:12
forward 62:8
found 39:5 40:4,7,17 63:20
    70:24 90:12 95:14 109:2
four 12:1 19:17,22,24 21:19
    54:10,13,13,14,17 75:1,1,10
    77:3 100:6 110:16 111:11
Foutch 24:14 25:7
fractures 64:16

fragilis 72:11 73:21,23 74:10
    114:19,23
frame 19:21 52:2 67:15 78:16
    109:24
frequency 49:19
frequently 100:5
fresh 49:9,10
friable 91:17 114:16
front 29:3
full 7:4 42:23 78:23 96:10
    100:9
function 92:4
fundamentally 17:7
funny 82:15

## G

G 4:1 7:6
gain 51:1
Gary 68:22
gastrointestinal 28:10 71:9
    79:17
gauge 83:21
general 13:18,19 19:2 33:8
    39:3 48:5 65:15
generalized 49:4
generally 12:20 22:17 49:12
    56:2,9 57:6 62:23 65:8 85:2
    90:3 91:5,14 92:12 94:10
    106:15 112:6,18
generated 22:3
generation 88:23
geographic 29:9,12 36:18,23
Geographically 36:17
Georgetown 31:1
getting 107:1
GI 28:14 59:6 65:5
giant 85:9
Gingrich 31:4
GISBERT 1:7 3:5 5:7 120:3
    120:13
give 11:17 20:2 26:10
given 63:10 76:5 84:17 120:7
giving 111:21
go 6:19 9:5,16 17:14 47:19
    56:11 60:7 82:14 83:9 84:8
    84:9 86:7
going 21:8,9,19 28:24 31:10

42:12 46:13 52:3 62:8 70:1
    70:4,7,13 76:18 77:13 78:13
    86:10,11 106:18 109:19
    111:3,12
gold 38:14,14
good 5:13 18:9 20:5 29:4
    36:21 70:12
gosh 25:20
gotten 67:20,21
government 18:20,20 31:9
gradually 82:10
graduated 10:12
gram 73:13,13,18,19,19,20
    74:8
grew 72:11
groin 47:8
ground 5:18
growth 73:15,18,22 74:4
guess 6:2 17:23 18:3 19:15
    66:3 67:7 71:6 95:15 96:6
guessing 6:4
guidance 34:17
guide 13:11 32:3,4,6,17,21
guided 55:8
guideline 16:18 34:9 38:15
    87:13
gut 96:23
GW 31:1

## H

H 3:15
Haddad 27:2
hair 47:7 48:3
half 35:20
handful 35:12
hands 47:11
handwriting 101:22
handwritten 8:8
happen 105:7
happened 14:24 26:16
happy 50:18
hard 51:23 63:24 70:5,9
harm 50:5
Harris 99:7
hazarding 19:14
head 5:22 6:24 15:13 62:22
    63:15 64:20 85:23 113:2

PAUL GISBERT

**headache** 24:20 46:20 51:1
  61:24
**headaches** 48:4
**headed** 31:8
**health** 18:15 46:10
**hear** 103:19
**heard** 69:2 94:20 100:19
**heart** 46:22 48:3
**heavy** 73:15
**held** 86:14
**help** 22:6 32:24 38:7
**hematologic** 94:11 106:14
**hemolytic** 52:24 88:3 92:2
**Henry** 1:7 2:11 4:13 5:1 43:3
  44:5
**herald** 47:16
**herbal** 62:17
**herxing** 56:1,10,17,21 57:14
  60:9 95:22 96:4
**hesitant** 48:17
**hey** 103:14 104:2
**high** 32:16 37:3 50:14 57:10
  65:17 79:4,13,15 82:8,10,12
  82:18,23,24 83:2,12,16
  84:21,23 92:20 93:9 96:15
  96:15
**higher** 65:9,16 85:3 103:2
**highest** 112:13
**history** 48:20 51:15
**hitherto** 79:24
**Hold** 68:1
**holding** 101:6
**honestly** 27:19
**hope** 15:1
**Hopkins** 7:10 9:2,19 10:20
  11:9 13:10 14:6 15:12,14
  31:14 32:2 102:23 104:9
  112:8
**hormonal** 67:18 83:16
**hormone** 47:24 48:11
**hormones** 81:14
**hospital** 10:20 11:11 12:21
  13:24 14:5 18:15 25:15
  27:19 30:23 58:15 66:9,17
  70:21 71:7 85:20 86:1
  88:19 91:1 92:15 93:19
  99:15 102:10,23 104:14

107:16 110:22
**hospitalization** 68:6 93:17
  94:24 97:5,15,17 98:23
  105:16 110:20 111:11
**hospitalized** 58:8 76:9
**hospitals** 30:22
**host** 12:11 45:15 67:17
**hot** 44:6 45:13,19
**hour** 17:10,13,14
**hours** 17:14 20:22 21:20 56:8
  73:12 100:6
**Howard** 31:1
**huge** 87:4
**human** 34:1,3,3 40:10,14,17
  60:14 64:10 80:1 95:14
**humans** 34:20 37:19,20 39:5
  40:17 52:12
**hundred** 17:10,13
**hundreds** 36:8,10
**hurt** 110:11
**husband** 21:24
**hydrocortisone** 69:5 75:21
  82:1
**hydroxychloroquine** 87:7

---

**I**

**ICU** 14:12,15,16,19,22 15:2
**ID** 15:14
**idea** 31:9 32:20 33:1 66:20
  110:13
**identification** 4:4 116:13
**identified** 73:21 74:9 90:16
**identify** 98:19
**idiosyncratic** 94:18,19
**IDSA** 16:17
**IH** 31:10
**ill** 15:5 58:13 66:18 91:13
  100:21
**Illinois** 25:17
**illness** 15:10,16 35:16 36:2,3
  57:16 60:14 79:1 89:8
  97:22 98:12 100:14 103:2
  108:18
**illnesses** 14:23 28:7 29:13
  31:3 87:11
**imagine** 39:11 57:10 79:14
**immediate** 56:23 93:12

**immediately** 93:16 94:6
**immune** 12:11 41:17,18
  59:12 87:4 100:13
**immunocompromised** 107:6
  107:10
**immunology** 12:5,10 31:7
**immunomodulator** 83:20
**immunosuppressed** 16:6
  39:2 60:16 114:24
**immunosuppression** 64:13
**immunosuppressive** 94:2
**immunosuppressives** 59:19
**impact** 110:23
**impaired** 91:13
**impairment** 109:20
**imperative** 118:14
**implicated** 113:12
**important** 31:19
**importantly** 52:22
**improved** 52:4
**improvement** 51:16
**incidents** 31:20 37:3 65:10
**include** 52:24 64:13 87:5
**included** 92:15
**including** 40:23 44:6 69:5,16
  95:7 96:7
**inconsistent** 109:22
**incontinence** 51:4
**incorrect** 75:10 110:15
**incorrectly** 39:19
**increase** 79:16 97:6 113:6,18
**increased** 61:23 65:9 113:24
**increases** 113:19
**increasing** 31:19 35:22
**independent** 48:9
**Indiana** 37:7
**indicate** 74:13 78:5
**indicated** 55:17 70:5,11
  74:21
**indication** 55:10,14 58:6
  69:20 80:6
**indications** 55:21,23 84:11
  84:16,20 85:5 86:21
**industrial** 107:20
**infect** 40:1
**infection** 23:18 35:17 36:2
  37:19 38:2 42:8 45:23 52:1

52:9 54:9 55:1 57:9,10
59:23 61:14 72:12 77:23
79:24 88:2,5,7,8,23 91:15
91:16 92:1,18,23 93:5
100:13 107:17
**infections** 12:21 16:1 42:22
46:2 55:17 56:14 64:14
**infectious** 7:10 9:18 10:4,21
11:3,7,16,19,22,23,24 12:19
13:5,18 14:3 27:2 28:5
32:13,18 33:9,10 34:8 62:24
79:2 81:16 102:20
**infects** 34:21
**inflamed** 56:22
**inflammation** 65:5 81:17
87:16 100:17
**inflammatory** 81:15
**inflate** 71:11
**influenced** 88:21
**informally** 17:22,24 18:1
**information** 11:18 32:8,12,22
63:14 114:1
**initial** 49:13
**initially** 23:7 31:6 50:1
**injury** 50:13 65:6,13 89:5,14
89:23 91:5,7 96:23 105:21
108:6
**inpatient** 13:19,20 14:7 58:15
58:17 60:1 102:10,17 103:3
104:13
**insomnia** 48:4
**instances** 59:21 71:12
**INSTRUCTIONS** 118:1
**insufficiency** 64:10
**insurance** 103:15 105:6
**insurers** 103:6
**integrated** 28:2,4
**intending** 103:11
**intensity** 103:1
**intensive** 88:24
**interaction** 102:5,21
**interest** 13:6,7
**interested** 31:2
**interesting** 31:17
**interfere** 88:1
**intermittently** 68:10,12
**Intern** 2:21,21

**internal** 10:8,10,19 11:20
14:13 102:20
**interpretation** 56:20 95:23
**intestinal** 50:7 64:17 65:10
74:16 89:9 91:12,18 97:24
98:2,14,16 99:19 108:24
109:4
**intestine** 114:20 115:3
**intraabdominal** 93:23
**intraventricular** 27:8
**introduce** 4:18
**investigative** 20:16
**investigators** 40:21
**invokes** 112:3
**invoking** 109:6
**involved** 34:13 69:14
**Irving** 27:4
**ischemic** 91:14
**issue** 104:19
**issued** 50:17
**issues** 43:6 64:15 104:17
105:7
**issuing** 103:7
**itch** 62:1
**itchy** 62:1
**items** 43:10,11
**ivermectin** 60:10 61:14,15,17
81:4
**Ixodes** 35:6 47:6

**J**

**James** 2:14 4:21
**January** 60:8 68:9
**Jarisch-Herxheimer** 56:4
**jejunum** 71:21 90:12,16 91:8
113:7,22
**job** 31:11,13
**Johns** 7:10 9:2,19 10:19 11:9
13:10 14:6 15:12,14 31:14
32:2 102:22 104:9 112:8
**Join** 76:22
**joining** 11:4
**Joseph** 2:21
**July** 9:22
**jump** 31:24
**June** 1:19 4:8 50:22

**K**

**keep** 70:4,7,13 77:13
**Ken** 7:12
**key** 34:16
**killing** 56:24
**kind** 52:22
**klebsiella** 72:13
**KLINE** 2:3
**knee** 46:24 47:9
**know** 6:4,10 9:13 17:2 20:14
21:8 30:16,17,18 32:5,23
36:9 37:6 38:22 39:12
40:20,22,24 41:1,2,8 47:21
47:23 49:2,9 50:16 52:3,14
52:16 53:1 55:15 60:4,5
61:4,5,6,21 62:6 63:2,19,24
63:24 65:7,12,19,21,23 66:1
66:6,10 67:8 68:17 70:5
71:12 75:20 76:3 77:18,20
77:21,22 79:9,9,10 81:21
83:14,19 84:23 85:4,17,19
85:22 89:2 90:6,8,21 94:23
94:23 96:22 97:21 98:11
99:23 100:3 101:18 103:3
103:19 104:8,22 105:1
106:15 107:2 108:4 109:8
109:10,13 110:7,9,10,15,16
110:17,19 113:4,12,13,24
114:1
**known** 39:8 46:9

**L**

**L** 2:20
**lab** 25:8 57:22
**label** 42:7 55:3,5,18,22
**laboratory** 12:5 31:6,8 52:16
52:19 73:16 79:22
**lack** 101:15
**Lamb** 2:4 4:19,19 6:20 76:18
77:11 87:19 89:24 98:24
113:8 115:11,18,21 116:2,5
**laparoscopy** 71:10
**large** 93:8 100:4 107:9 108:6
112:10
**late** 15:4,6,23 32:8
**latest** 15:15
**lead** 42:12 50:6 82:19 105:15

PAUL GISBERT

leading 105:16
leap 115:4
left 51:3
leg 51:2
legal 17:21
legged 35:5
legitimacy 40:14
legitimate 100:22
legs 62:1
lesion 25:4
lesions 47:22 60:21
let's 17:24 19:19 102:7
lethargy 44:18 45:10
letter 20:21 43:14
letters 39:11
leukopenia 92:21 109:13
level 38:8 57:10 78:10 84:22
    113:18
levels 38:16 60:4
lice 33:20
License 117:5,24
Light 93:3
lights 82:14
limit 65:12 66:20
limited 12:22 13:17 36:22
    37:10
Linder 1:7 51:9 61:5 69:12
Lindner 2:11 4:14 5:1 43:3,4
    43:24 44:5 48:1 50:5,11
    51:14 52:8 54:5 56:15 69:6
    69:11 78:5 79:21 80:5 96:4
    105:12
Lindner's 54:6 69:16 76:4
    95:23
line 66:3 119:4
lines 76:3 78:22
link 114:21
list 44:4 75:1,4 100:24
listed 16:13 24:14 43:10 99:5
    99:10 105:20
lists 16:20
literature 34:14,14,17 36:6
    40:12 55:8 65:24 88:15,17
    93:21
little 11:17 21:20 24:4 26:10
    30:18 34:23 53:2 55:12
    60:20 70:6 87:9 90:13

liver 62:1 92:4
local 103:4
location 11:8 47:14
locations 1:18
Locust 2:5
long 6:9 15:9 20:23 63:19,23
    65:19 68:21 79:13 83:12
    85:11,17,22,23 105:12
    114:12
long-term 64:12,21 74:18
longer 53:19 58:10 59:9,13
    59:15 68:24 109:5 112:2
look 17:17 18:4 21:10,18
    29:17 33:1,2 49:9 60:18
    62:12,13 73:1 80:18 82:14
    92:14 112:16,24 113:2
    115:14
looked 8:10 16:20 61:5 68:5
looking 16:14 21:10 31:11
    38:5 47:18 76:12
looks 72:20 91:21
loss 48:3 64:15 83:15
lost 98:3
lot 18:12 24:21 65:24 81:17
    108:20
lots 18:17 53:1
Loudoun 30:9
love 47:7
low 36:10 38:16 57:13 84:4
    92:20,21,23 93:2,5,9 97:9
    109:17 110:6 111:2
lower 60:4 81:12 84:7 85:18
lowered 93:18
lowering 82:10
Lyme 15:22,23 22:18,23 23:6
    23:11 26:13,21,23 29:16,18
    29:21 30:2,10,13,13,14
    31:15 35:4,23 36:11,15,19
    37:3,7,14,16 42:5,16 44:13
    46:6,17
lymphedema 23:17

## M

M.D 1:7 2:11 4:14 5:7
macrolide 53:16
magnesium 62:21
magnitudes 36:11

main 22:3 38:4 71:7
Maine 22:13,14
mainstream 80:9
maintained 85:20
maintaining 84:10
major 109:23
majority 90:4
making 19:14
malaria 34:23,24 54:23 62:18
    62:20,23 112:9,12,14
malaria-like 34:22
malnourished 109:16,24
malnourishment 110:3,4
malnutrition 26:19,22
man 109:8
Management 34:9
mandated 88:11
mania 64:18
manifested 23:5
margins 37:4
mark 72:16
marked 3:17 4:4 7:16 29:5
    50:24 116:13
Market 2:15
Maryland 35:18 37:5
materials 8:6 21:17 43:12
math 75:9 77:18
matter 16:2 17:21 45:24
    78:10 117:10
matters 20:3 114:15
max 87:17 88:11 112:13,22
    113:4,5
maximum 66:4 111:20
MBA 1:8 3:5 5:8 120:4,14
McCarthy 22:14 23:13
MCCORMICK 2:13
MD 1:8 3:5 120:3,14
mean 15:6,8 23:5 31:5 33:16
    36:7 40:11 42:18 45:3
    47:17 52:13 53:7 54:12
    57:2 59:5 65:18 67:18
    72:10 73:14 77:9 78:9
    82:24 83:8 84:23 85:13
    92:7 97:21 98:10 103:22
    104:3,16 107:11 108:2,23
    109:16 110:24 112:15
meaning 14:1 29:21 35:12

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

PAUL GISBERT

46:12 89:17 100:4 114:3,6
**means** 33:17
**meant** 72:12 104:4,4
**measles** 12:8 31:7
**measure** 110:8
**mechanism** 38:10
**mechanisms** 31:23 96:22
    97:1
**med** 60:17
**medical** 10:1,14 13:20 14:17
    18:13 31:11 44:1,11 45:4
    48:21 49:6 54:6 55:8 56:3
    56:10 60:18 61:19 63:16,21
    80:9 91:2 96:12 97:5 99:14
    99:17,21 100:8 102:3,23
    108:8
**medication** 6:23 50:10 55:9
    55:21 57:1 58:2,5 62:17
    67:14 69:8 75:13 76:12
    91:6 95:24 103:20
**medications** 56:13,18 57:11
    67:17 86:21 91:11 95:11
    105:19
**medicine** 7:11,12 9:18 10:8
    10:10,19,20 11:20 14:11,13
    31:14 42:4 49:12 102:20
**medicines** 100:21
**meetings** 18:17 40:21
**members** 31:12
**memories** 7:21 104:7
**memory** 22:3 23:2 46:5 72:10
**meningitis** 46:21
**menopausal** 48:6
**mention** 101:2,3
**mentioned** 31:7 42:20 82:5
**merely** 74:9
**merit** 105:13
**meropenem** 110:23
**met** 5:14 21:21
**method** 85:18
**methods** 38:4
**methotrexate** 87:7 107:13
**Michigan** 37:7
**microbiology** 72:21
**Micromedex** 100:23
**micrometrics** 16:19
**microscopic** 38:17

**microti** 35:3 37:24 38:3 39:7
    57:19
**Midatlantic** 29:19
**middle** 1:1 4:11 60:19 69:3
**Midwest** 29:19
**migraine** 49:2
**migraines** 48:3
**migrans** 46:9 47:20
**milligram** 59:7 76:1,9 77:24
    78:1
**milligrams** 53:11 54:10,14,15
    54:16 63:11,12,17 64:8,24
    65:8,18,22 66:7,11,13 67:1
    67:16 68:4,7,13 69:21,22
    75:12,24 76:14,16,17 77:6
    78:1,11,15,18,23 81:20 82:2
    82:2,3 83:1 84:8,13 85:1,10
    85:21 100:5 106:12 111:21
    113:11
**mind** 24:4 45:4
**mine** 50:17
**minimal** 66:4
**Minnesota** 29:20
**minute** 32:23
**minutes** 33:2 62:3 70:1 73:24
**missed** 70:9
**Missouri** 39:11
**misstating** 25:21
**mistakes** 103:22
**mixing** 76:6
**ML** 53:22
**MO-1** 39:10
**models** 12:8
**modern** 41:8
**modulating** 87:5
**moist** 47:7
**molecular** 41:8
**moment** 56:23 68:2
**monoclonal** 87:5
**month** 18:4 19:2 90:9 96:18
**months** 15:23 46:2 56:12
    57:11 65:1 78:23 85:16
**moonlighting** 11:10
**morning** 5:13 14:5
**mosquito-borne** 34:24
**mosquitoes** 33:19
**Mountain** 16:3 24:16,19,23

25:7
**Mountains** 29:22,23 61:11
**moves** 35:23
**moving** 30:3
**mucosal** 96:23
**multiple** 47:20
**murkier** 25:20
**muscle** 64:19
**mycoplasma** 42:6

---

**N**

**N** 2:1,20 3:1 4:1 117:1
**name** 5:13 7:4
**nausea** 50:24
**navigate** 30:20
**near** 112:10
**nearly** 36:24
**NEC** 106:18,18 114:22 115:5
**necessarily** 99:16 110:2
**necessary** 118:4
**necrotizing** 106:1,19,24
    107:4
**need** 6:9 9:8 83:21 85:9
**needed** 33:2 90:22 108:19
**negative** 52:20 73:13,19,20
    74:8 80:19,21
**negatives** 38:20
**neighboring** 39:24
**neither** 112:5
**nerve** 46:19
**neutropenia** 94:8,15 105:24
    106:11 111:1,3,10,14 112:2
    112:4,6
**never** 26:23 44:11 51:24
    52:16 53:9 65:2 69:24
    93:20 100:18,18 112:17
    114:13
**new** 18:14 29:18 31:12 40:23
**Newt** 31:4
**nine** 43:10,11
**nod** 5:22
**non-cancerous** 69:20 84:11
    84:16,19 85:5 86:21
**non-existing** 83:13
**non-full** 95:4
**non-steroidal** 87:1
**non-steroids** 99:22

nonspecific 79:21
noon 70:6
Nope 22:10
normal 92:9,13,20 93:14
    108:3
north 30:21 31:20 78:11
    113:11
northern 30:3,8,15
Northwest 35:13 39:9
Notary 1:16 117:6,23 120:21
note 51:13 60:8
noted 60:10 61:1 99:15
    106:14 118:11 120:9
notes 7:19 8:9,9 50:22,22
    51:15 53:11 61:23 62:5
    115:15 117:9
notice 3:18 7:17 92:18
noticed 39:17
notoriety 61:16
novel 40:22
NSAIDs 86:24 99:11 100:4
number 3:17 36:7 40:4 42:4
    59:21 76:6 89:15 112:11
    113:19
numbers 35:22
nutrition 110:8
nutritional 109:20
nutritionists 110:7

## O

O 2:20 4:1 117:1
O-D-O-C 39:20
O.R 70:21
object 76:19 80:7
objecting 77:11
objection 6:17,17,18 87:19
    89:24 95:18 98:24 113:8
objective 42:8 53:3
Objectively 53:5
obtain 8:17 63:14
obviously 39:18 45:3 50:17
    97:4 100:20 103:22 109:8
occasion 14:24
occasionally 58:12 81:16
occasions 104:8
occur 15:23 41:16 97:1 104:5
occurred 98:22 104:6 114:14

occurring 93:23
occurs 35:19
October 67:21 70:19,21,22
    72:24 73:1,2,2,6,11 74:3
    76:8,10 88:18 89:5 91:1
    99:12
Odell 2:22
odocoilei 39:19,21 40:7,19
    52:9 80:1
odontogenic 27:12
off-label 55:2
offers 32:12
office 9:1 48:16,19 53:8
    62:10
oh 12:6 25:20 26:18 46:17
    70:7 101:17 104:4
Ohio 37:7
okay 5:18 6:13,15,21 7:4,16
    8:3,12,17,19,20,23 9:2,4,11
    9:21,24 10:4,7,11 11:5,15
    12:24 13:23 14:12,19 15:3,6
    16:9,23 17:8,11,16,19 18:7
    19:10,17,21 20:2,23 21:5,13
    21:13,21 22:10,13,16,19,24
    23:4,9,13 24:13,18 25:2,6
    25:11,14,17 26:1,8,14,24
    27:4 28:13,16,21,24 29:4
    30:6 31:2,16 33:5,11,14
    34:3,6,19 35:15 36:13 38:1
    38:11,19 39:4 41:9,20 42:12
    42:23 43:8,17,23 45:13,17
    47:17,23 49:22 50:19,21
    51:13 52:5 53:20 54:4,16
    55:7 56:1 57:5,7 59:8,15
    60:24 61:9,13,21 62:11 63:7
    63:17 67:10,13 68:24 69:15
    69:19 70:7,13,14 72:3,16,20
    72:24 73:5,11 74:11 75:8,15
    76:7,12 78:13 80:24 81:6
    82:5,16 86:6 87:9,14 88:16
    90:23 91:4,19 92:10,18
    100:9 101:6,10 103:18
    104:13 108:10,22 111:18
    114:11 115:8,13,20 116:2
Oklahoma 24:14 25:16
once 19:2 21:15 49:13 64:7,7
    65:8 81:20 84:7 113:11

ones 36:9
ongoing 49:20 90:8
operated 106:22
operator 38:23
opined 50:15
opinion 17:9,21 18:1 20:8
    23:9,12,21 25:11 26:20
    27:13,17 40:7 48:9 49:17,24
    52:11 61:2 65:6 67:3 80:4
    89:4 91:19 96:11,14 100:9
    105:17 108:11 111:13 115:9
opinions 20:17 43:8,13 49:15
    50:8 79:19 91:20 106:7
    108:10,12
opportunistic 64:14
opportunity 7:24 106:3
opposed 90:5
oral 1:5 71:13
order 36:11 46:14 49:19
    104:15
ordered 73:5
ordering 53:9 103:6
orders 54:9 102:18
organism 57:12 72:14 73:19
organisms 56:7 89:2
original 118:15
Oroya 61:10
osteoporosis 64:16
ostomy 71:17,18 72:3
outlined 13:3 94:14
outnumber 89:16
outpatient 12:22 13:19 58:17
    60:1,3 69:20 102:11,12,15
    102:24 103:3 105:3
outright 53:8
Outside 92:9
over-the-counter 62:15,22
overgrowth 115:2
overlap 37:10

## P

P 2:1,1,20 4:1
P.C 2:3,8,13
PA 1:23 2:6,10,16
Pacific 35:13 39:9
page 3:3,16,16 7:18 34:6
    42:23 51:5,14,14 66:24

70:18,19 75:3,3 79:19 91:19
  95:3 96:10 100:9 105:10
  114:9,10 119:4
**pages** 120:5
**pain** 62:1
**PalmPilot** 32:7
**palsy** 46:20
**pandemic** 18:14
**paper** 8:15 94:10,13
**papers** 8:13 42:17
**paradigm** 52:14
**paragraph** 34:7 42:24 44:3
  51:5 54:4 69:3 70:19 72:7
  74:13,24 79:20 91:20 95:5
  95:12 100:10 105:11
**parasite** 34:20,22 38:6 40:5
  63:8
**parasitemia** 38:8 60:5 80:18
**parasites** 54:23
**part** 20:20,20,24 28:6 31:13
  38:15 71:21,22 95:5
**participating** 112:4
**particular** 27:14 41:3 49:23
**Partly** 53:15
**party** 24:6 25:12
**pathogen** 35:2 40:14,17 41:7
  45:18 56:24
**pathogens** 12:12 32:12 40:1
**pathognomonic** 61:7
**pathology** 51:11 62:6 106:23
**patient** 14:17 26:23 38:2
  42:14,15 44:16 45:1 46:15
  48:15 49:9,12 50:2,6 51:8
  51:10 53:8 58:16,19 59:11
  59:11,12 62:5 63:21 64:22
  69:19 79:1,10 80:12,15
  82:23 86:3 94:15 100:3
  106:13,17 107:12
**patient's** 49:15 59:4 100:1
**patients** 7:14 12:13,17 13:16
  14:2,22 15:1,4 16:5 30:16
  35:16 36:2,3 39:2 41:17
  42:19 48:19 49:18 55:22
  56:3 57:3,15 58:8,23 59:6,8
  59:18,24 60:17 64:21 65:14
  65:17 66:17 81:18 84:3
  85:8,20,24 100:20 102:14

107:1,7,13 112:7 113:15
**Patrice** 1:15 5:4 117:4,22
  120:20
**Paul** 1:7 3:5 4:16 5:7 7:6
  120:3,13
**PCR** 25:3 38:9,15 57:23
**pediatrics** 33:7,8
**penicillin** 56:6
**Pennsylvania** 1:1 4:11
**people** 15:21 30:20 32:21
  34:22 41:14 56:6 65:16,21
  68:17 88:22 112:11
**percent** 19:7 60:6,6
**percentage** 19:4 20:2 35:15
  36:1
**perforated** 91:18 113:7,22
**perforation** 50:7 64:17 65:10
  71:8,17 74:17,22 79:17 89:9
  90:11,15,18 91:8,12,15
  96:13,17 97:3,8,24 98:2,14
  98:17,21 99:19 108:24
  114:13,16
**perforations** 109:1
**perform** 13:1 18:19 28:4
  73:17
**performing** 38:5
**period** 12:13,24 53:17 65:19
  68:12,18 69:8 76:15 82:9
  83:1,13 99:12 114:5
**persisted** 111:10
**persistent** 41:15 42:10
**Persod** 94:15
**person** 33:18,18 48:22 49:13
  49:14,19 93:11
**Peruana** 61:12
**Peter** 22:13,16
**Pharm** 28:21
**pharmacies** 75:5,9 76:7,13
  78:15,20,21 79:16 89:22
  99:7 102:15 103:4
**pharmacist** 28:18,22 101:12
  101:14 102:22 103:14,18
  104:2,10,14,22 105:4
**pharmacists** 102:22
**pharmacologic** 81:22
**pharmacology** 28:19 101:7
**pharmacy** 16:19 28:16 77:4

89:16,22 98:20 101:7,12
  105:4
**Philadelphia** 1:23 2:6,16
**phone** 61:22
**phrase** 44:20
**physical** 48:15
**physically** 8:24
**physician** 15:13 27:3 28:5,14
  32:19 33:7 41:4 63:1 80:13
**physicians** 28:11 44:15 56:21
  99:15
**picked** 5:22
**pill** 111:20
**pills** 76:6 89:15,19,21 96:24
**place** 78:7
**plaintiff** 22:14 26:16,18
**plaintiffs** 1:5 2:6 4:20 19:6
**plant** 33:21
**platelet** 92:3 94:11
**plausible** 113:23
**play** 111:17
**Plaza** 1:22
**please** 34:12 46:5 76:24
  82:15,21 118:3,8
**pneumonia** 81:19
**pneumoperitoneum** 71:1
  74:16 109:2,5,9 114:14
**pocket** 32:10
**point** 18:10 24:5 25:21 31:10
  49:8 67:22 83:4 96:1 97:13
  106:2 109:11 110:5 113:21
  114:20
**political** 107:3
**polymerase** 38:9
**polymicrobial** 72:8,12
**pops** 110:14
**position** 7:14 10:2
**positions** 32:1
**positive** 52:17 73:12,16,19
**possible** 51:19 65:13 66:21
  79:14 108:5 116:4
**post-infectious** 88:3
**post-medical** 10:18
**potential** 12:12 87:8
**potentially** 16:13 84:20 88:1
  112:3 114:24
**Potomac** 30:6

pounding 48:4
practice 13:22 15:11 27:22
  28:2 30:12 42:22 59:16
  64:3,23 68:16 86:2 100:19
practices 18:13 49:18
practicing 28:22
practitioners 42:5 44:23 56:3
  56:10 60:18 61:19
preceding 96:19
precipitate 15:9 64:16,18
precipitated 105:24
precipitation 64:13
prednisolone 75:21
prednisone 63:9,18,23 64:2
  64:24 65:7 66:14,14,24 67:2
  67:4,6,11,16 69:5,21,22
  75:12,13,15,17,21,24 76:5
  76:14,16,20 77:4,6,6 78:2
  78:12,24,24 79:7,7 82:4
  84:7 85:21 89:12 96:21
  113:5,6
predominately 29:10 33:12
  35:2
prefer 42:10
preparation 8:4,7,14
preparing 21:16
prescribe 58:2,19 61:14 66:6
  84:12 100:16 103:4
prescribed 50:5,12 51:22
  53:12 56:18 58:5 60:10
  66:13 81:1 95:7 104:15
  105:12 110:21 111:23 113:1
prescribing 56:13 81:11
  84:21 96:7
prescription 101:19,21
prescriptions 48:7 75:1,4
  77:5 101:15 102:13 105:5
presence 74:21
present 4:15 15:9 16:1 23:19
  25:10 110:10
presentation 88:22 97:21
  98:10 100:1 104:21
presented 48:10 62:5 99:18
  108:3
pretty 41:7 83:11
prevention 112:19
previously 7:16,20 30:1 39:8

81:5
Primaquine 54:22
primarily 12:4 13:8 58:7
  106:8
primary 13:21,21 14:1 57:1,1
  102:18
primate 12:9
prior 5:20 7:16 20:7 51:11,12
  90:24 95:12 103:7
PRIORE 2:13
probably 18:5 20:7 21:9,9,19
  25:21 27:11 36:11 38:15,23
  41:15 55:14 62:9,12 80:17
  85:15 88:21 89:1
problem 49:7
problems 46:10 53:3 60:2,16
procedure 71:9,10 74:14
proceed 52:17
proceeding 93:17
process 66:22 105:2
product 62:22
production 59:20
Professional 1:16 117:5
Professor 7:12
progesterone 48:7
program 11:13
prohibitedly 6:9
prolonged 16:5 42:2,10 59:22
prominent 38:24
prompt 115:12
prompted 79:21
prone 64:3
pronouncing 39:19
prophylactic 112:20,23
prophylaxis 54:22
propounded 120:8
proprietary 62:14
prospective 65:11
proven 114:13
proves 44:12
provide 5:18,21 14:15,20
  17:20 23:20 25:11 27:17
  49:23 58:19
provided 7:19,20 14:21 15:19
  17:1 18:1 19:23 21:15 22:2
  22:4 26:1 50:12 89:13
provider 43:5

providing 34:17
Public 1:17 117:6,23 120:21
publication 13:1 34:12
publications 8:13
published 42:17
PubMed 8:18
pull 9:7,12,15 108:15
pulled 9:8 71:24
pulmonary 86:5
pulse 66:9,15 82:8 83:9 84:1
  107:23
pulsing 82:6,7,11,17 83:3
purported 62:15
purpose 81:7,10
pursue 55:15
put 32:6,8 44:7,9,22 54:8
  66:10 104:18

## Q

quantities 107:21
quantity 77:10 79:15 102:5
  103:10
question 6:3,11,12 15:21 28:3
  42:13 44:19 45:9 51:7
  55:12 61:22 62:3 68:15
  75:8 78:14 95:16 101:21
questioned 101:18,18,22
  102:4
questioning 5:11
questions 34:16 108:20
  115:16,19,23 120:7
quick 32:17
quickly 31:15 33:2
quiescent 38:24
quinidine 58:9
quinine 58:9
quite 18:6,10 25:13 35:14
  36:22,24 44:19 109:16
quote 56:24
quotes 44:8,10,22

## R

R 2:1,20 4:1 117:1 119:2,2
radiculopathy 46:22
range 60:6 92:20 108:3
  111:22
ranges 92:9,13 108:4

**rapid** 56:8
**rapidly** 36:24 41:7
**rare** 35:12 36:14 55:14 111:4
**rarely** 47:12 110:24
**rash** 23:7 24:20 25:3 46:9,14
    46:24 47:4,14,16,18
**ratchet** 84:13
**rate** 17:8 37:18 38:19 79:17
    97:10 108:1 113:7
**ratio** 75:17
**re-anastomosis** 71:24
**reach** 46:7
**reached** 20:17 106:7 108:12
    108:13
**reaction** 38:9 56:5,7 88:7
    94:18
**read** 51:12 80:2 93:21 98:6,8
    106:3,24 116:3 118:3 120:5
**reading** 21:16 54:6 73:8
    108:12
**really** 25:20 31:20 34:14
    35:19 37:8 39:12 42:8
    47:10 49:7 50:8 57:14 63:2
    94:22 106:16,21 109:11,23
    114:13,15
**reason** 6:24 37:15 100:2
    113:1 118:5
**reasonable** 96:11 108:4,8
    110:9
**reasons** 37:1 79:13 85:4
    100:22
**reassurance** 80:17
**recall** 5:20 22:5 23:2,5 24:1
    24:15 25:18
**receipt** 118:16
**received** 10:14 30:14 52:1
    80:12 81:5 106:13
**receiving** 23:17
**recollect** 94:6
**recollection** 14:23
**recommendation** 53:15
    62:19 88:14
**recommendations** 87:13
    102:17
**recommended** 69:6,11
**recommending** 69:13
**reconcile** 74:5

**record** 5:15 7:5,17 44:2,12
    63:16,21 72:20 86:8,10,12
    86:14,18 91:3 98:8 99:14
    102:3
**recorded** 8:21
**records** 8:10 20:19 21:10,11
    39:18 48:21 54:7 69:16
    70:20 97:5 99:17 100:8
    111:6
**recovered** 72:15
**recovery** 109:14,21,23
**red** 34:21 38:6 40:1 60:20
**reference** 16:15,18,19,22
    100:23
**references** 8:11
**referred** 35:5 80:12
**referring** 7:22 60:24 81:2
    91:23
**refresh** 46:5
**refused** 104:14
**regarding** 8:15 34:15 74:13
    94:11
**regards** 28:20
**regimen** 112:2
**region** 29:9,12 30:5,7 36:19
    37:23 47:9
**regions** 29:13 36:23 39:13
**regular** 14:17 94:16
**regularity** 32:22
**regulated** 88:10
**regulatory** 18:21
**relapsing** 41:15
**relationship** 75:17
**relative** 54:21
**relevant** 79:10
**reliable** 38:11 39:3 88:17
**rely** 16:10
**remember** 17:17 23:3 25:9
    25:13,22,22 27:20 62:21
    63:15 91:2
**remove** 90:22
**removed** 109:3
**rendered** 43:1 52:17
**repeating** 77:13
**replace** 81:13 83:22
**replacement** 47:24 48:11
    81:24 82:3

**report** 3:21 7:21 8:11 16:9,11
    16:14 20:18,24 21:15 29:1
    34:6 37:2 39:17 40:12
    42:23 49:22 50:17 51:6
    54:5,8 60:7 65:4 94:20 95:1
    95:3 99:6,9 105:10,20 106:4
    106:7,10 108:15 111:12
    112:1
**reported** 36:9 40:24 106:15
    107:11
**reporter** 1:16 5:4,5,23 98:5,7
    117:5,23
**REPORTERS** 1:21
**reports** 59:17 68:23
**represent** 23:14
**representing** 24:6
**requested** 98:8
**require** 85:6
**required** 71:16
**research** 8:13 13:1,6,7,11
    16:10,16 20:16 30:22 31:3
    31:16 40:16,20
**resected** 71:20 90:17 114:17
**resection** 71:16
**residency** 10:17,23,24 11:6
    11:16,18,20 12:17 13:2
    15:12 102:9
**resident** 11:1
**residual** 71:11
**resolution** 51:17
**resolve** 55:1
**respective** 1:18
**respiratory** 97:10 108:1
**responses** 12:11
**responsibility** 14:2
**resulted** 89:5
**results** 25:8 72:21,22 73:1
    74:22 92:14 110:24
**return** 118:14
**returns** 48:1
**reveal** 53:6
**revealed** 72:8
**review** 7:24 8:3 34:14 43:1,8
    48:20 64:20 69:15 99:21
**reviewed** 8:6,12 19:5 40:15
    43:15,17,20,23 94:13
**reviewing** 19:2 21:10

**rheumatologist** 79:12
**rifabutin** 63:4,5 81:3 95:8
**right** 16:14 23:23 28:10 29:3
    29:5 34:13 37:18 39:17
    40:11 66:2 92:1 101:4,5
    104:4
**risk** 113:7,18,19,22,24
**rituximab** 59:20
**Rocky** 16:3 24:16,18,23 25:7
**rod** 74:8,9
**rods** 73:13
**role** 9:21 34:11
**rotation** 11:15,23
**round** 104:10
**rounds** 14:5 28:6 104:10
**routine** 100:19
**RTM** 67:19
**rules** 5:19
**rupture** 27:8

---

**S**

**S** 2:1,20,20 3:15 4:1
**sand** 61:11
**sarcoid** 85:9,21
**saw** 12:17 44:11 52:1 99:14
**saying** 56:20 103:19
**says** 22:13 69:3 72:7 73:11,22
    103:18 104:2 108:23 114:18
**scalp** 47:12
**scapularis** 35:6
**scenario** 88:12
**scepticism** 40:13
**schedule** 63:12 94:17
**school** 7:11 10:1,18,20 32:17
**Scranton** 2:10
**screen** 9:9,14,14 22:9
**se** 13:12 91:15
**search** 8:18
**second** 50:2,4 70:17 71:14
    79:20 91:20 100:10,10
    105:11
**secondary** 111:14
**section** 79:19 114:12
**see** 9:10 13:16,18 19:19 22:11
    30:16 39:1 41:4,5 46:14
    47:4,11,12 48:21 49:12,13
    52:23 53:3 56:2,9 65:17

72:18 73:18 75:6 91:23
    92:14 99:22 100:7 111:5
**seeing** 45:5 46:8 51:8,9
**seen** 15:15 16:8 30:11 38:17
    40:15,22 41:2 42:11,14
    48:16 49:19 64:22 66:1,5
    68:15,17 69:1,19 85:2,3,8
    85:19 93:20 94:12,20
    106:21 107:1,6 112:18
    113:15
**selection** 102:4
**sematic** 45:16
**send** 17:5
**sense** 50:9 55:9 65:15 83:15
**sensitive** 38:16
**sentence** 42:24 52:8 63:9
    72:6,7 79:20 80:24 91:21,22
    95:4 96:10 100:10 105:12
**separate** 36:20
**sepsis** 91:6,12 97:11 109:15
    111:15
**September** 67:21 68:5,5,7
    69:4 99:10
**septic** 88:19,22
**sequence** 41:6
**series** 48:22
**serious** 106:14
**serologic** 46:11
**serology** 25:5
**serve** 14:16,19
**served** 34:7
**serves** 72:10
**service** 11:2 14:7
**services** 13:20
**setting** 12:5 13:24 14:22
    58:15 60:1 69:20 93:23
    102:10,24 103:3 104:14
    105:3
**settings** 58:17 86:1 111:5
**seven** 47:23 48:11,16 58:22
    114:8
**severe** 46:20 58:8 81:18
    82:20 83:6 91:16 105:15
**severely** 58:13 91:13
**severity** 103:2
**sex** 71:13
**share** 9:14,24 22:8

**sheet** 118:7,9,12,15 120:10
**Shenandoah** 29:22 30:4
**Sherrilyn** 7:11
**short** 53:17 82:8 86:15
**short-term** 66:19
**shortened** 56:4
**shortness** 61:24
**show** 22:7 72:16 82:15
**shows** 40:16 73:13
**shut** 31:8
**sic** 39:8
**side** 56:12 65:20 95:6
**sigmoid** 71:22 90:16,18,20
    91:10 114:22
**sigmoidal** 74:17
**sign** 116:3 118:8
**significant** 30:2 52:2 78:8
    83:11 92:1 97:6
**significantly** 37:19
**signing** 118:10
**signs** 45:19
**similar** 80:22
**simply** 100:2
**Sinai** 11:10
**single** 54:10,11,17 106:10
**sir** 7:3
**situation** 79:11 93:4 94:21
    99:24 100:15 104:5 107:10
    109:5 110:17 115:6
**situations** 104:1
**six** 17:10,13 20:1 59:14 68:22
    68:24 85:16 94:16 97:6,14
    97:15,16 98:22 100:6,24
    106:11
**six-week** 11:12 68:18
**size** 111:20
**skin** 25:4 47:22 60:10,21 61:1
    61:6,7 64:18
**sleep** 49:4 51:4 64:18
**sleeping** 62:2
**slightly** 47:2 71:20
**small** 12:8 13:21 71:16 73:17
    74:19 109:1 114:20 115:1,3
**smaller** 37:11,16
**smear** 38:5 41:3,5,5 57:23
**Smith** 22:13,16,24 50:15
    68:23 94:14 108:13 114:13

**Smith's** 8:10 22:20 99:9
  105:23 106:4
**so-called** 56:17 57:14 66:9
**Society** 34:8
**Solu-Medrol** 66:7
**solve** 109:4
**solved** 109:10
**somatic** 105:14
**sorry** 14:20 23:3 31:24 70:9
  81:8 82:14 98:3 110:18
  114:9
**sort** 13:6 16:21 30:9 31:7
  32:5,5 49:8 61:18 68:5
  75:19 96:24 109:7
**sorts** 103:7
**sounded** 55:12
**sounds** 24:21 101:17
**source** 108:23
**south** 1:22 35:23
**southward** 35:24
**space** 118:6
**speak** 50:18
**speaking** 91:7
**spearheaded** 18:17
**species** 35:9 37:17 39:24 40:8
**specific** 12:16,23 33:9 40:3
  75:8
**specifically** 12:7 16:11,15
  27:20 28:8 55:13 105:22
**specimen** 38:10
**specimens** 106:23
**SPECTER** 2:3
**spectrum** 61:18
**spend** 13:9 20:15
**spent** 11:1 21:14
**spots** 60:20
**spotted** 16:3 24:16,19,23 25:7
**spread** 33:18 36:24 63:12,18
  64:24
**spreading** 64:1
**spring** 68:10
**Stacey** 1:3 4:13 21:21,24 43:1
  43:15,17 44:4 72:21
**stage** 48:18
**stain** 73:13,18
**standard** 12:2 18:13 38:14
  49:11,16 53:13,22,23 67:7

68:11,14 80:10 101:5,13
**standing** 77:15
**stands** 94:5
**staph** 72:14
**start** 17:24 49:10 64:9 84:20
**started** 67:22
**starting** 63:11 68:8 91:22
  92:5
**starts** 105:11
**state** 7:4 18:20 20:4,12 30:1
  35:22 48:6 49:21 76:24
  101:1 118:5
**stated** 78:7
**statement** 109:18
**states** 1:1 4:10 29:10,16,19
  31:20 34:7 35:2 36:4 37:1,2
  37:4,6 39:6 42:24,24 80:24
  95:4
**stemming** 15:16
**stenographic** 86:12 117:8
**step** 80:20 102:7
**steps** 80:14
**steroid** 66:9 86:4 96:15
**steroid-sparing** 79:3
**steroids** 65:13 77:7 83:4 88:5
  88:24 90:7 96:12,16 97:22
  97:24 98:1,11,14,16,20 99:4
  107:9 111:9 115:1
**Steven** 8:10 94:14
**stiffness** 48:5 50:24
**Still's** 84:5
**stoma** 72:1
**stool** 72:2
**stop** 70:5,9 83:14,24 104:18
**stores** 103:4
**strain** 37:20 40:17 52:11
**strains** 39:4
**strategies** 18:14
**strategy** 58:10 80:23 81:14
**straw** 109:7
**Street** 1:22 2:5,15
**strength** 107:21
**stress** 48:2 101:17
**strike** 70:16 101:10
**stronger** 54:7
**studied** 10:11 28:16
**studies** 8:13 16:10 65:11

94:13 106:12
**study** 11:7,15 12:7,11 40:16
**subacute** 16:5,7
**subheading** 91:20
**subject** 118:10
**subjective** 53:2
**subparagraphs** 43:10,11
**Subscribed** 120:16
**subsequent** 10:21 11:3 12:3
**subspecialty** 13:4,14
**substance** 120:9
**substantially** 100:4
**suburban** 31:13
**suffer** 23:4 36:2 46:6
**suffered** 6:24 35:16 89:9
  90:24
**suffering** 25:7 30:12 38:2
  42:15 44:17,17 45:17 48:12
  50:23 53:10 56:22 100:11
  112:8
**sufficient** 58:22
**suggest** 97:6
**suggested** 61:20
**suggesting** 40:6
**suggestive** 61:7
**Suite** 1:22 2:15
**summary** 44:3 105:11
**summed** 24:21
**summer** 11:12 48:1 62:4,4
**supplemental** 21:17
**support** 13:12 92:5
**supported** 46:11
**supportive** 56:16
**suppose** 13:11
**suppress** 100:13 107:14,22
**suppressed** 107:15
**suppression** 64:3
**sure** 5:19,19,21 22:7 27:23
  44:19,21,21 49:16 55:11,19
  60:19 62:13 66:16 68:3
  74:7 77:1 81:9 82:22 83:8
  84:24 91:14 93:21 94:9
  105:9 108:16 114:20 115:12
**surgeon** 71:21,23 90:15
  106:22 109:3
**surgery** 89:6 90:22 109:23
**surgical** 71:16 74:14

PAUL GISBERT

**surgically** 109:10
**surrogate** 110:9
**surrounding** 106:20
**suspected** 90:14
**suspects** 52:9
**suspension** 53:11
**swab** 25:4
**swear** 5:6
**sweating** 48:4 51:2
**sweats** 44:6 45:13,20
**Sweeney** 1:16 5:5 117:4,22
  120:20
**swelling** 51:3
**switched** 110:23
**sworn** 5:8 120:16
**symptomatic** 48:6
**symptomatology** 53:5
**symptomology** 95:15
**symptoms** 23:5 24:18 44:4
  45:19,24 46:15 51:21 53:2
  56:17,23 79:23 95:5,20 96:5
  105:15
**syndrome** 42:7 49:6
**syndromic** 49:1 95:6
**syphilis** 56:5
**system** 18:15 41:18 100:13

---

**T**

**T** 2:20 3:15 117:1,1 119:2
**tablets** 54:13
**tafenoquine** 8:16 50:16 54:9
  54:16,20,21 67:23,24 68:8
  81:4 94:7 95:9 101:3
  105:18,23 106:8 111:15,17
  111:20 112:5,14
**take** 6:10,10,12 8:8 20:23
  31:12 48:19 68:11 69:21
  70:2 73:16 77:8
**taken** 1:15 4:8 5:16 64:11
  65:17 67:15 73:5 86:16
  117:9
**takes** 48:22
**talk** 40:21 64:20
**talked** 36:16 65:20 76:5
  80:16,22 95:20,22 105:19
  108:13 112:1
**talking** 45:23 66:24 67:6

**tallied** 68:1
**taper** 66:15 82:9,19,20 83:7
  83:17,23 84:1
**tapering** 82:6,7 83:3,20
**target** 47:18
**TCC** 89:16,17 90:5 99:6
**team** 28:6 102:22 104:21,22
**teams** 102:18
**Teeter** 99:7
**tell** 23:13 31:5 51:24
**temperature** 107:19
**Temple** 26:5
**ten** 20:22 33:2 58:22 59:9
**tend** 37:2 42:3 47:7 52:23
  53:3 64:20 81:24 83:23
**term** 32:16 33:15 39:18 41:14
  41:15,23 42:3 44:22 56:2,10
  56:21 79:13 85:23 105:12
**termed** 41:12 55:2 72:3 76:13
  86:24 91:9 96:15 99:6,7
**terminal** 54:23
**terming** 110:3
**terms** 11:19 12:19 17:7 18:3
  18:21 20:3,16 21:15 26:8
  30:7 42:5 49:24 62:7 66:4
  74:13 80:14 82:5 102:21
**terribleness** 96:6
**terribly** 110:17
**test** 46:15 74:22 92:14
**testified** 5:9 18:2 19:10,20
  23:24 24:2 26:4 101:11
  102:8
**testify** 19:10 26:24 97:2
**testifying** 8:23
**testimony** 3:20 5:20 7:20 8:7
  17:11,12,16 19:23 22:2,5
  26:6 54:6 69:16 110:4
**testing** 46:12 52:20 57:22,23
**testosterone** 48:8
**tests** 38:12,20,22 39:3 92:4
  92:12 93:19
**Thank** 5:2 22:12 82:16
  115:24
**Theileria** 39:24
**therapeutic** 51:23
**therapies** 34:18 92:13
**therapy** 32:13,24 44:23 48:1

48:12 50:4 61:16 82:1
  83:18 87:13,24 92:6 94:16
  101:2,5
**thing** 13:9 111:19
**things** 9:6 21:17 45:10,13
  66:7 103:6,8
**think** 6:8 15:20 16:15,18
  19:20 20:19 21:8 24:3,10
  26:18 29:14 31:18 38:13
  45:22 46:1,17 49:18 50:1,14
  51:20,20 52:15 53:18 57:12
  58:16 60:2,3 61:21 62:20,24
  65:7,15,17 68:1 70:5 71:7
  72:10,13 74:15 76:4 77:20
  78:9 79:18 80:16 81:17,24
  83:14 85:3,17 87:22 89:7
  91:16 92:12 94:14 95:1,19
  97:5,7,20,21 98:9,11 99:9
  99:18,21 106:8,9,16 108:1,2
  108:9,18,20 109:10,13,17
  110:5,12,13,20 111:17
  113:11,13,23 114:9,15
  115:7,15,17
**thinking** 67:20
**thinning** 64:19
**third** 91:21 100:11
**thirty** 118:16
**thorough** 48:20,20
**thought** 30:2 110:21
**thoughts** 62:7 96:24
**thousand** 65:22 66:7 77:24
  77:24 83:10 84:12 111:2
  113:21 114:3
**thousands** 36:10
**three** 12:4 21:19 47:21 51:18
  66:8 84:17
**thrombocytopenia** 110:19
**Thursday** 1:19
**tick** 15:15,16,22 30:14 35:3,6
  35:8,8,11 37:14,17,22 40:9
  40:9 47:15 51:15
**tick-borne** 13:8,17 14:22
  15:16 28:7 29:10,12 31:3,18
  35:1,15 36:1,3 45:18,19
  46:4 79:1
**ticks** 33:19 40:3 47:6,6
**tide** 30:5

PAUL GISBERT

**time** 4:3 13:9 18:18 19:21 20:15 21:5,14 43:14,15 48:11 52:2 53:18 64:9,11 67:15 68:6 76:14 78:16 82:9 83:1,4,13 86:9,13,15 86:17 93:19 96:20 98:7,21 101:20 104:13 109:24 114:5 115:17 116:6,12
**times** 17:20 19:13,22 20:1 33:15 54:10,16 83:24 102:6 104:3,12
**tinnitus** 51:2 61:24
**tissue** 64:15 90:19 91:9
**title** 7:8
**today** 7:1,14 8:4,7,14,21 21:15
**told** 57:6
**tolerance** 58:21 59:4
**tolerate** 84:4
**tool** 16:22 100:23
**top** 17:3 62:21 63:15 64:20 85:22 113:2
**topic** 31:17
**total** 76:19 77:10 78:14
**totaling** 54:14,15
**totally** 17:24
**toto** 79:9
**tough** 38:21
**toxicity** 8:15 91:6
**track** 98:3
**tract** 71:9 91:18 109:4
**traditionally** 35:18
**traffic** 30:19
**trained** 12:4
**training** 10:18,21 11:21 12:2 16:17
**transcript** 1:14 117:8 118:17 118:19
**transcription** 120:6
**transfusion** 35:21
**transmission** 34:4
**transmit** 40:3
**transmitted** 33:17 35:3,7,11 40:8
**transpires** 88:4
**trauma** 6:24
**travel** 112:12

**treat** 7:14 16:20 44:5 55:16 55:22 58:3,6 62:23 63:6 85:24 86:21 87:16 103:10 103:11
**treatable** 31:21
**treated** 12:13 24:9,11 35:16 48:7 51:16 58:16 59:8 64:22 79:1 86:3 112:7
**treating** 18:21 28:7 59:13 61:13 83:17
**treatment** 11:8 12:19 14:21 15:19 18:16,23 32:17 43:2,5 50:11 52:2,15 53:13 55:2,7 57:1 58:22 59:2,15 61:20 62:7 68:20 80:14 87:10 112:14,15,16,17
**trial** 17:16 19:11 20:9 22:4 26:6
**tried** 30:20
**trouble** 59:13 62:2
**true** 9:23 28:15,18,23 43:7 52:13,19,21 55:6 57:21 80:9 84:15 87:12 92:11 101:9 103:17 105:22 117:7
**truly** 81:13 91:17
**truthfully** 7:1
**try** 33:1,3 65:12 85:18
**trying** 81:15 83:21 84:6 87:21 114:21,21
**tuberculosis** 63:6
**Tunkhannock** 1:8 2:17 75:2 89:14,17,21
**turn** 28:24
**twice** 19:20 53:12,23 58:20 64:7
**two** 13:7 15:24 17:14,15 22:3 32:23 36:11 38:4,11,20 47:21 64:5 66:8 71:7,20 78:23 91:5 92:12 93:16 94:23,24 96:24 97:8 98:23 109:3 110:11,14
**two-thirds** 66:23
**type** 35:7 91:5 104:20
**types** 12:16
**typhlitis** 106:21
**typically** 47:4,11 53:17 56:12 59:24 63:6 105:7

### U

**Uh-huh** 10:19 15:20 36:21 37:23 38:4 46:19 72:5 105:2 111:24
**ulceration** 65:10
**ulcerative** 64:17
**ultimately** 73:20
**unaware** 15:22
**uncertain** 24:4 111:21
**uncommon** 36:14
**understand** 5:24 6:6 8:20 36:22 37:12 41:7 51:23 56:19 103:15 109:7
**understanding** 31:23 74:6 75:16 81:6,10 95:10 102:1
**Understood** 74:11
**unfortunately** 23:8 70:11
**unit** 14:4,9
**United** 1:1,22 4:10 29:9,15 31:20 35:2 36:4 39:6
**universe** 18:2 19:2 36:3
**university** 7:11 10:15 11:9 30:23
**unknown** 37:15 99:19 100:2
**unrecognized** 79:24 80:6
**untreated** 47:19
**unusual** 109:15 110:17
**up-to-date** 16:23
**updated** 17:5
**upper** 29:19
**upset** 18:12 59:6
**urinary** 51:3
**urine** 61:24
**use** 32:16,21 41:14 42:5,10 53:15,24 54:2 56:4,10,16 59:21 62:19 63:1 64:21 79:3 85:6 87:15,17 88:11,14 96:14,15 112:14,20,23
**uses** 55:20 79:12
**usually** 16:2 36:8 41:15 57:9 58:22 59:13 60:4 64:5,7 66:19 79:3,12 83:17 86:4 93:11 105:1,6 106:19 107:1 107:6,12 113:14

### V

**valley** 30:7

PAUL GISBERT

**variable** 75:19
**varied** 77:20
**variety** 43:5 81:1
**various** 32:18 105:13
**vector** 33:17,23,24 35:14
**vector-borne** 13:8 29:15
  33:12,14
**venture** 30:21 36:8
**verb** 101:15
**verbal** 5:21
**verify** 104:15
**Verruga** 61:12
**versus** 4:13 19:6 24:24 89:21
**vial** 73:17
**vibrations** 51:3
**video** 4:7,16 6:19 8:21 86:8
  86:10,18 116:7
**Videographer** 2:22 4:7 5:2
  5:10 86:9,17 116:6
**Videotaped** 1:14 116:10
**view** 40:13 109:21
**viewed** 45:20
**Virginia** 29:21 30:1,3,8,15
  35:24 37:5,5 99:8
**virology** 12:4,6
**virus** 12:8 18:12
**viruses** 12:7
**visit** 49:13
**visits** 48:22
**Vitae** 3:19
**vitals** 107:24
**vs** 1:6

**W**

**w/h** 1:4
**WA-1** 39:8
**wall** 90:20 91:9
**waned** 51:21
**want** 9:5,6 29:1 32:23 66:17
  66:20 70:2,2 108:11
**wanted** 31:12
**wards** 18:18
**warm** 47:7 88:3
**warrant** 67:6,9
**Washington** 30:19,23 112:11
**wasn't** 12:22 62:13 106:21
  109:19

**water** 30:5
**waxed** 51:21
**way** 13:18 32:7 37:8 53:2
  68:8 83:10 84:13
**we'll** 50:19
**we're** 19:1 28:24 45:23 70:12
  86:11,18 103:16 106:2
  110:3
**we've** 28:1 52:10 70:1 77:7
  95:20 99:7 108:20 113:15
**week** 66:15
**weeks** 16:3 46:1 56:11 59:14
  65:1 68:22 69:1 90:8,8
  93:16 94:16,24 96:18
  106:11
**weight** 51:1
**went** 5:15 44:5 62:3 70:20,21
**weren't** 106:23
**WERNER** 2:8
**West** 37:5
**white** 32:6 92:3,7,15,19,22,23
  93:2,3,5,9,9,18 94:12 97:9
  107:14,15 110:14 111:2
**Whoa** 82:21
**wide-ranging** 12:21
**wing** 33:3
**Wisconsin** 29:20
**witness** 1:17 3:3 5:6 76:23
  77:17 80:8 87:21 90:2
  95:19 99:2 113:10 115:20
  116:3,9 118:1
**Wolking** 1:3,4 4:13 21:21,24
  43:2,24 44:5 47:24 48:12
  50:23 51:20 53:6 60:9
  63:10 70:20 78:5,6 80:5
  88:18 89:5 90:23 94:1,22
  95:11
**Wolking's** 43:5,15,18,20
  50:13 72:21 108:18
**Wolkings** 4:20
**woman** 47:9 71:13
**wondering** 103:6
**word** 59:3
**words** 29:11 59:3 113:19
**work** 11:7,15 12:9 13:1,13,19
  14:16 16:17 18:19 19:5
  20:16 21:8,9 27:21 28:5

  31:6,8 102:9
**worked** 12:7 18:18
**working** 18:15
**Wormser** 68:22
**worse** 65:16,23 83:6 95:24
  96:2 110:20
**worsen** 100:14
**worsening** 51:17
**worth** 109:12
**wouldn't** 7:1 28:1 33:3 55:8
  57:13 98:1,16
**wound** 23:17 24:3
**wounds** 24:10
**write** 102:18
**writes** 110:24
**written** 68:17 101:16 102:13
**wrote** 16:9 43:14 102:1
**Wyoming** 2:10

**X**

**X** 3:1,15

**Y**

**yeah** 7:6 9:13 14:7,15,24 18:3
  20:5 22:6 23:12 25:20 31:6
  32:4,20 33:4,23 36:5,21
  39:23 42:3 57:2 61:15
  62:12 63:5,20 70:8,23 72:5
  72:19 75:19 76:2,23 77:9,10
  77:17 78:9,22,22 85:15 90:2
  103:21 107:11 111:16 114:4
  114:18 115:6 116:5
**year** 11:1,3 12:1 15:24 19:20
  20:1 26:2 50:21 68:13
**years** 9:22 10:2 12:1,4 14:21
  15:12,24 16:7 17:19 18:5
  19:3,17,22 20:6 30:1,12
  39:9 45:5 46:2 47:24 48:11
  48:16 51:15,18 56:12 57:12
  58:7 95:21
**Young** 4:23
**Youngs** 1:7 2:17 4:22

**Z**

**Z-Pak** 53:24 54:3
**zero** 67:12
**Zoom** 1:17 2:2 3:6 116:10

PAUL GISBERT

### 0

### 1

**1** 34:6 60:5,6 75:20,21,24
**1.2** 110:6
**1.6** 110:6
**10** 29:24 30:11,17 82:2
**10/10** 73:22
**10/7** 3:22
**10:45** 86:10
**10:53** 86:18
**100** 66:13 78:11
**11** 10:2 14:20
**11:35** 116:7,11
**116** 3:22
**11th** 73:1
**12** 63:12,18 64:24
**121** 3:18
**122** 3:19
**123** 3:20
**124** 3:21
**125** 3:22 78:18
**13** 1:19 4:8 16:7 51:15
**130** 76:15 78:18,23
**13th** 61:22 73:2,2 74:3
**15** 19:15 29:24 30:12 82:1
   114:10
**15.75** 63:11
**150** 54:9,14,16 111:20,22
**1520** 1:22
**1525** 2:5
**1526** 69:21
**1650** 68:4
**17th** 1:22
**18** 9:22 14:21 15:12
**1848** 69:22
**18503** 2:10
**190** 67:1,15
**19102** 2:6
**19103** 1:23 2:16
**1984** 10:12
**1988** 10:15
**1989** 11:5
**1991** 10:24
**1996** 11:4,5
**1997** 19:15
**19th** 2:5

### 2

**2** 42:23 51:5,14 60:6
**20** 30:17 47:21 65:8 66:11
   82:2 113:11
**2001** 2:15
**2006** 9:22
**2008** 51:16
**2013** 43:3,6 49:11 102:2
**2018** 51:17
**2020** 34:8 48:2 50:21 62:4
**2021** 50:22 51:9 62:4 68:9
   94:13
**2022** 43:3,6 49:11 60:8 61:22
   63:11 68:9,10 92:12
**2023** 22:4
**2024** 1:19 4:8 17:4
**2100** 106:12
**215** 1:23
**22nd** 17:4
**23rd** 68:5
**24** 56:8 73:12
**25** 19:16 75:20,20 82:2
**250** 58:20
**25th** 50:22
**26** 108:2
**27th** 68:5

### 3

**3** 51:14 66:24 70:19
**3:23-cv-00806-JFS** 1:2 4:12
**30** 1:22 47:21 76:9 118:16
**300** 65:22
**30th** 68:7
**30XT00006600** 117:6,24
**3810** 2:15

### 4

**4** 3:18,19,20,21 54:10,12 75:3
   75:20 76:8 79:19 82:3
   91:19 95:3
**4/24/24** 3:21
**40** 66:11 84:8 113:13,20
**400** 65:22
**415** 2:10
**42** 95:1
**48** 56:8 73:12

### 5

**5** 3:8 53:22 76:3 82:3 96:10
   100:9 105:10
**500** 58:21 59:7 113:21 114:3
**5148** 20:21 21:3
**564-1233** 1:23
**59.25** 63:12
**5th** 76:8

### 6

**6** 75:23 81:19
**60** 63:17 64:8,23 65:18 66:10
   83:1,10 84:14 85:1,9,21
   104:3,5 113:13,20
**600** 20:21 54:15 68:7,13
   104:2,4

### 7

**7** 75:24 84:6
**70** 19:7
**700** 17:14
**750** 53:11 58:20
**7500** 75:12 76:13,16 77:6
   78:15,18
**7th** 70:15,21 73:1,6 76:10
   88:18 91:1 99:10,13

### 8

**8** 84:6
**8/13** 75:11
**8/30** 75:11
**8/7** 75:11
**80** 19:7 65:18 85:2,9 113:20
   113:21
**800** 100:5
**88** 26:18
**8th** 70:22 89:6

### 9

**9** 84:6
**9/26** 75:11
**9:00** 1:19 4:9
**90** 59:15 70:1 85:13
**90s** 31:9 32:8
**9th** 73:11