# EXHIBIT "D"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CIVIL ACTION

NO: 3:23-cv-00806-JFS

STACEY WOLKING and DARYL ) VIDEO DEPOSITION UPON
WOLKING W/H,
                          ) ORAL EXAMINATION
        Plaintiff
                          )      OF
    - vs -
                          ) JONATHAN WILLIAMS, M.D.,
HENRY LINDNER, M.D. and      M.MSc
YOUNGS APOTHECARY, INC., )
d/b/a TUNKHANNOCK
COMPOUNDING CENTER,       )

        Defendants.    )
- - - - - - - - - - - - - -

TRANSCRIPT OF VIDEOTAPE ZOOM
DEPOSITION, taken by and before Lisa Petitta, RPR,
CSR, on Tuesday, June 11, 2024, commencing at 11:00
a.m.

ERSA COURT REPORTERS
30 South 17th Street
United Plaza - Suite 1520
Philadelphia, Pennsylvania 19103
(215) 564-1233

JONATHAN WILLIAMS, M.D.

**2**

1  A P P E A R A N C E S :
2
3
4
5      KLINE & SPECTER, P.C.
       BY:  CONOR LAMB, ESQUIRE
       1525 Locust Street, 19th Floor
6      Philadelphia, PA  19102
       Counsel for the Plaintiffs
7
8
9      CIPRIANI & WERNER, P.C.
       BY:  CIARA DeNAPLES, ESQUIRE
10     415 Wyoming Avenue
       Scranton, PA  18503
11     Counsel for Henry Lindner, M.D.
12
13
       McCORMICK & PRIORE, P.C.
14     BY:  SUSAN C. KEESLER, ESQUIRE
           CONRAD JAMES BENEDETTO, ESQUIRE
15     2001 Market Street, Suite 3810
       Philadelphia, PA  19103
16     Counsel for Youngs Apothecary, Inc., d/b/a
       Tunkhannock Compounding Center
17
18
19  A L S O   P R E S E N T :
20
21     Bob Odell, Videographer
22
23
24

**3**

1          I N D E X
2
3  WITNESS                    PAGE
4  JONATHAN WILLIAMS, M.D., M.MSc
5    By: Ms. Keesler      5, 157
6    By: Mr. Lamb           151
7
8
9
10         E X H I B I T S
11                  PAGE    PAGE
    NUMBER   DESCRIPTION   MARKED  ATTACHED
12
    W-1    Curriculum Vitae    7    161
13         & Expert Report
14  W-2    Deposition and     16    162
           Trial Testimony
15
    W-3    Complaint          69    163
16
17
18
19
20
21
22
23
24

**4**

1          P R O C E E D I N G S
2
3      VIDEO TECHNICIAN:  This video is
4  being taken at 11:02 on June 11, 2024, and
5  this video deposition is for the United
6  States District Court for the Middle
7  District of Pennsylvania, Civil Action,
8  3:23-cv-00806-JFS in the case of Stacey
9  Wolking, et al., versus Henry Lindner,
10  M.D., et al.  Present for taking of this
11  video deposition are the deponent, Dr.
12  Jonathan Williams, and, Counsel, who will
13  now introduce themselves.
14     MS. KEESLER:  Good afternoon.
15  Susan Keesler on behalf of Defendant
16  Youngs Apothecary, Inc., doing business as
17  Tunkhannock Compounding Center, and
18  Brian Bryk.
19     MR. BENEDETTO:  James Benedetto on
20  behalf of the same.
21     MS. DeNAPLES:  Ciara DeNaples on
22  behalf of Dr. Henry Lindner.
23     MR. LAMB:  Conor Lamb on behalf of
24  Plaintiff Stacey Wolking.

**5**

1      VIDEO TECHNICIAN:  Thank you,
2  Counsel.  The court reporter is Lisa
3  Petitta of ERSA.  The court reporter will
4  now swear in the witness.
5
6      JONATHAN WILLIAMS, M.D., M.MSc,
7  after first having been duly sworn, was
8  examined and testified as follows:
9
10     VIDEO TECHNICIAN:  We'll now begin
11  questioning.
12  BY MS. KEESLER:
13  Q.    Good morning, Dr. Williams.  Thank you for
14  being available today.
15  A.    You're welcome.
16  Q.    Have you ever been deposed before?
17  A.    Yes.
18  Q.    I'm going to go over a few deposition
19  procedures that you might already be familiar with.
20  So during today's deposition I'll be asking you
21  questions and you will be providing answers.  If at
22  any point you do not understand any of my
23  questions, just let me know.  I'll attempt to
24  rephrase it.  Do you understand?

2 (Pages 2 to 5)

JONATHAN WILLIAMS, M.D.

**6**

1  A.    Yes.
2  Q.    Okay.  Also, just in order for us to keep a
3  very clean record, I would ask that you let me
4  finish my question first before you begin answering
5  so that we avoid talking over one another.  So the
6  court reporter can't take down what two people are
7  saying at the same time.  Okay?
8  A.    Yes.
9  Q.    Periodically through your deposition we'll
10  take some breaks, five-minute comfort breaks;
11  however, if you need a break before then, just let
12  me know.  I will ask you that if there is a
13  question pending, that you answer the question
14  before we take the break.  Do you understand?
15  A.    Yes.
16  Q.    Okay.  There might be some objections
17  during your testimony.  If so, we need to let the
18  attorney put the objection on the record before you
19  proceed with your answer and your attorney will let
20  you know if you are not answering the question.
21  Do you understand?
22  A.    Yes.
23  Q.    Is there any reason why you be unable to
24  testify today?

**7**

1  A.    No.
2  Q.    Do you have any questions before we begin?
3  A.    No.
4  Q.    Okay.  Dr. Williams, will you please state
5  your full name and business address for the record?
6  A.    My full name is Jonathan Sylvan Williams.
7  That's S-Y-L-V-A-N.  And my business address is 221
8  Longwood Avenue, Boston, Massachusetts 02115.
9  Q.    Thank you.  This would be the address of
10  Brigham and Women's Hospital Division of
11  Endocrinology, Diabetes, and Hypertension?
12  A.    Correct.
13  Q.    Where are you currently testifying from
14  today?
15  A.    This is my home.
16  Q.    And what is the address?
17  A.    184 High Street, that's H-I-G-H, in
18  Ashland, A-S-H-L-A-N-D, Massachusetts.
19  Q.    Thank you.  And do you understand that your
20  deposition is being video recorded today?
21  A.    Yes.
22  Q.    Doctor, I'm going to mark your CV, which
23  was provided by your counsel, as Exhibit Williams
24  1.  I'm going to share my screen with you.  Give me

**8**

1  one moment.  All right.  Do you see the document in
2  front of you?
3  A.    Yes, I see a document.
4  Q.    Let me just get down where your CV begins,
5  but your CV was provided with your report, with
6  your CV beginning on page 8 it looks like.  Do you
7  see that?
8  A.    Yes.
9  Q.    Is this the current and updated CV?
10  A.    Not according to that date.  I have a more
11  current one than that.
12  Q.    You do.  I'm going to make a request for
13  your updated CV.
14  A.    Sure.
15  Q.    And are you aware just as of today what
16  needs to be updated to this -- this 2015 CV?
17  A.    Oh, boy, that's nine years.
18  Q.    Yes.
19  A.    Scroll down to Academic Appointments.
20  Q.    Sure.
21  A.    There's a lot that needs to be added, so my
22  current academic appointment is Associate Professor
23  of Medicine at Harvard Medical School.  My current
24  institutional appointments, if you scroll down a

**9**

1  touch, I don't think they're on there yet, would be
2  Chair, Institutional Review Board at Mass General
3  Brigham Hospital.
4  Q.    Okay.
5  A.    Let's see, there would be a lot different
6  -- probably another 30 or 40 publications,
7  conference talks, grants.
8  Q.    Okay.  Do you happen to have that CV --
9  sorry.  Do you happen to have your updated CV at
10  your disposal currently?
11  A.    You bet.
12      MS. KEESLER:  Conor, I'm going to
13      ask him to send that to you.  I don't know
14      if you want to take a look at it before
15      you produce it to me.
16      MR. LAMB:  Yes.  Go ahead and email
17      it, Dr. Williams.
18      THE WITNESS:  Okay.
19  BY MS. KEESLER:
20  Q.    So, Doctor, what I'll do is I'll ask you
21  some questions about your CV.  To the extent that
22  you need to refer to your updated one that's in
23  front of you, just let us know.  Okay?
24  A.    You bet.

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

JONATHAN WILLIAMS, M.D.

**10**

1  Q.   All right. Can you briefly summarize your
2  educational background?
3  A.   Sure. So my undergraduate training was at
4  Brigham Young University in Provo, Utah. That was
5  a Bachelor's Degree in Microbiology with minors in
6  Chemistry and Spanish. I completed that in 1991.
7  And then I attended medical school at Hahnemann
8  University in Philadelphia, which is now called
9  Drexel University, and I graduated with my M.D. in
10 1998. And then I came to Boston and trained at
11 Brigham and Women's Hospital and Harvard Medical
12 School in Internal Medicine where I completed my
13 residency and that would have been 2001. And then
14 I completed fellowship at those same two
15 institutions in endocrinology, diabetes, and
16 metabolism and finished in 2004. During that
17 fellowship period I obtained a Master's in Medical
18 Science Degree from Harvard Medical School in 2004,
19 and then I joined the faculty in 2004 at Harvard
20 Medical School and as a physician at Brigham and
21 Women's Hospital and the VA Medical Center.
22 Q.   Now, Doctor, you mentioned that you
23 obtained your medical degree from Hahnemann
24 University, which is now Drexel. Did you study

**11**

1  with anyone specifically or were you mentored by a
2  specific professor during your time there?
3  A.   Not at Hahnemann University, no. I did
4  some research at Thomas Jefferson University in
5  Philadelphia, and then my mentor there was Laird
6  Jackson and that was genetics research.
7  Q.   Okay. And now you are currently employed
8  at Brigham and Women's Hospital Division of
9  Endocrinology, Diabetes, and Hypertension, correct?
10 A.   Correct.
11 Q.   How long have you been employed there?
12 A.   As a staff member since 2004. I was
13 employed there as a resident since 1998.
14 Q.   Do you have a particular title or position
15 there?
16 A.   Attending Physician Endocrinology.
17 Q.   Thank you. Dr. Williams, are you board
18 certified?
19 A.   Yes, I am.
20 Q.   And when did you receive your
21 certification?
22 A.   My internal medicine board certification I
23 believe was in 2001, and then in endocrinology I
24 think it was in 2003, and I updated that in 2013

**12**

1  and in 2023 or recertification is what it's called.
2  Q.   Okay. And I know that you'll be providing
3  us your updated CV, but let me just take a look at
4  your -- you mentioned you had about like 30, I
5  guess, subsequent publications, is that correct?
6  A.   If you -- if you could scroll down, I can
7  tell you.
8  Q.   Sure.
9  A.   Because I know what the number would be.
10 Q.   Would it be under Bibliography?
11 A.   Yes, you are in the right section.
12 Q.   Okay.
13 A.   You are getting there. There. Yes, it
14 would be about 30 to 40 more publications I would
15 say. I think it's around 90.
16 Q.   30 to 40.
17 A.   I did just email it over.
18 Q.   Okay. Thank you. Of all of your
19 publications listed and then the additional ones
20 you just testified to, have you authored any
21 articles regarding the association between high
22 dosage corticoid -- glucocorticoid usage and
23 jejunum perforation?
24 A.   No.

**13**

1  Q.   Doctor, I'm going to take this -- actually,
2  give me one second. We might revisit this one when
3  I receive your updated CV. Okay, Doctor?
4  A.   Yes.
5  Q.   I'm going to stop sharing the screen.
6  Doctor, what is your rate of compensation for
7  preparing expert reports?
8  A.   $450 per hour.
9  Q.   What is your rate of compensation for
10 testimony?
11 A.   For a deposition?
12 Q.   Yes.
13 A.   $750 per hour.
14 Q.   Then what about your rate of compensation
15 for trial testimony?
16 A.   I believe, it's $6,000 per day.
17 Q.   Okay. How much were you compensated in
18 this matter in preparing the expert report and
19 record review?
20 A.   I would have to look that up because I
21 believe it consists of a few invoices. Let me see.
22 There was $3,000 for the deposition today for up to
23 four hours, and then my last invoice was April
24 30th, I believe, and the total to date if I have

**4 (Pages 10 to 13)**

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

14

1    this right, which I may not, is $6,600 roughly.
2    Q.    Thank you. Doctor, are you able to
3    approximate how much time you have spent on
4    reviewing records in preparing for your report?
5    A.    I can do the math. So if it's $6,600
6    divided by $450 per hour, it's going to be
7    something like that.
8    Q.    Okay. So a little over 14 hours, does that
9    sound about right?
10   A.    Yes, but I'm sure there's probably another
11   invoice in the works for the last few days of work,
12   so that might be another two or three hours,
13   something like that.
14   Q.    Okay. That 14-plus hours, does that also
15   include the time spent on drafting your report?
16   A.    Correct. Yes. Everything. Everything
17   from the date I was notified about this case
18   through that report, yes.
19   Q.    Okay.
20   A.    And preparing for today.
21   Q.    Doctor, what percentage would you say of
22   your annual income is derived from expert reports?
23   A.    Expert reports?
24   Q.    Yes, in the legal context.

15

1    A.    Can you clarify what you mean by the legal
2    context?
3    Q.    Sure. So as in this case you've been
4    retained as an expert, correct, in this legal
5    matter?
6    A.    Yes.
7    Q.    Have you ever been retained as an expert in
8    other legal matters?
9    A.    Yes.
10   Q.    Okay. So how much -- what percentage would
11   you say, and you can provide an estimate, of your
12   annual income is derived from preparing expert
13   reports in the legal context or in legal cases?
14   A.    Three percent, five percent, somewhere
15   between there.
16   Q.    Okay. Are you able to provide a breakdown
17   of the number of times you've been retained as an
18   expert on behalf of plaintiff versus defense?
19   A.    I could guess probably three to one, so
20   plaintiffs three to every one defendant.
21   Q.    Okay. Have you ever testified as an expert
22   at a deposition or trial before?
23   A.    Is this considered testifying in a
24   deposition?

16

1    Q.    It is, yes.
2    A.    Yes, I have.
3    Q.    Okay. Approximately how many times?
4    A.    In 20 years, ten times.
5    Q.    Okay. How about trial? Have you ever
6    testified at a trial before as an expert?
7    A.    Yes, once.
8    Q.    When was the last time you testified as an
9    expert?
10   A.    In deposition or trial or either?
11   Q.    Either.
12   A.    I sent over a file, but I can't remember
13   the date.
14   Q.    Well, don't worry about that. I think I
15   know which document you are talking about, so I
16   will -- give me one second. Do you remember if it
17   was -- actually, hold on a second.
18   A.    I can pull it up.
19   Q.    All right. Give me one moment. I'm going
20   to mark this as Exhibit Williams 2.
21   A.    Yes.
22   Q.    Doctor, you see that document in front of
23   you?
24   A.    Yes, I do.

17

1    Q.    This was provided to me by your counsel.
2    It's titled Four-year Expert Medical Opinion
3    Deposition and Trial History. Do you want to take
4    a moment to review this before I ask you some
5    questions?
6    A.    Sure.
7    Q.    Let me know if you need me to scroll down.
8    A.    Can you scroll down a little more? That
9    trial testimony, when was that, 2020. Okay. Yes.
10   That's fine.
11   Q.    Okay. So would the last time you testified
12   as an expert be, I'm looking at this list, 2022?
13   A.    Yes.
14   Q.    Okay. And have you testified in both state
15   and federal cases before today?
16   A.    Yes.
17   Q.    How many would you say you've testified for
18   for state cases?
19   A.    I don't know. I'm not sure if I know the
20   difference between one or the other, but I know
21   that I've testified in federal and state.
22   Q.    Okay. Actually, let's go through some of
23   these cases that were provided. This first case,
24   Mitsubishi Tanabe Pharma versus Sandoz, Inc. It

5 (Pages 14 to 17)

JONATHAN WILLIAMS, M.D.

**18**

1  looks like it took place in US District Court in
2  New Jersey, is that correct?
3  A.    Yes.
4  Q.    Okay.  So you were hired by Kasowitz Benson
5  Torres, LLP.  Is that a plaintiff or defense firm I
6  should say?
7  A.    That was a defendant.
8  Q.    Okay.  And it looks like you were deposed
9  in January of 2020.  Do you remember like just what
10  the nature of that case involved?
11  A.    Yes, that was an intellectual property case
12  regarding a diabetes medication.
13  Q.    Okay.  And what were you asked to opine on
14  in that case?
15  A.    The use of that medication in clinical
16  practice and it's research history that led up to
17  the development of that medication.
18  Q.    Okay.  Were you asked to provide any sort
19  of causation opinion in that case?
20  A.    No.
21  Q.    Do you know if any of your opinions were
22  excluded in that matter?
23  A.    No, I know that no opinions were excluded
24  in that matter.

**19**

1  Q.    Okay.  And then it looks like based on this
2  document that you either testified at the trial as
3  well, correct?
4  A.    That is correct.
5  Q.    Were you qualified as an expert during
6  trial?
7  A.    Yes, I was.
8  Q.    Okay.  Look at the second case.  John
9  Bennett versus Mayo Clinic in the US District Court
10  of Minnesota, is that correct?
11  A.    Correct.
12  Q.    The firm listed is Eugene H. Fahrenkrog,
13  Jr., PC.  Is that a plaintiff firm or defense firm?
14  A.    That was plaintiff's.
15  Q.    When you listed the firm, is that
16  indicating who hired you?
17  A.    I suppose.  I'm not sure.
18  Q.    Well, do you recall being hired by Eugene
19  H. Fahrenkrog to produce an expert opinion?
20  A.    Yes.
21  Q.    Okay.  All right.  And what was the nature
22  of that case?
23  A.    That was an adrenal tumor removal case.
24  Q.    Do you recall what you were asked to opine

**20**

1  on in this matter?
2  A.    The consequences of incomplete removal of
3  an adrenal tumor.
4  Q.    Therefore, from that case were you asked to
5  provide a causation opinion?
6  A.    Yes.
7  Q.    Do you know if any of your opinions in that
8  matter were excluded?
9  A.    I'm not aware of any, no.
10  Q.    Do you know if any Daubert motions were
11  filed?
12  A.    I don't know what that is.
13  Q.    Okay.  Do you know if any motions were
14  filed to exclude any expert opinion whether yours
15  or any of the other experts in that matter?
16  A.    I don't know.
17  Q.    Fair enough.  The third case, Tonya Forrest
18  versus Richard Bruce Van Eldik.  This took place in
19  the 5th Judicial Circuit in Marion County, Florida,
20  is that correct?
21  A.    Yes.
22  Q.    You have here Attorney listed Olivia T.
23  Kronenberg, Esquire.  Is she a plaintiff's attorney
24  or a defense attorney?

**21**

1  A.    I believe, that's plaintiff's.  I don't
2  remember this case as well.
3  Q.    Okay.  That's all right.  It looks like the
4  firm listed is Paul, Knopf & Bigger.  Does that
5  refresh your recollection?
6  A.    Nope.
7  Q.    That's all right.  Do you remember the
8  nature of this case?
9  A.    I can't remember the nature of that one for
10  some reason.
11  Q.    Okay.  Do you remember what you were asked
12  to opine on in that case?
13  A.    I would have to look it up.  I can't
14  remember.  I don't know why I can't remember that
15  one, but I would have to look it up.
16  Q.    Okay.  Looking at No. 4, William Bawgus
17  versus Downtown Baltimore Family Care.  Looks like
18  it took place in the Circuit Court or Baltimore,
19  Maryland, correct?
20  A.    Yes.
21  Q.    You were hired by the law firm of Barry R.
22  Glazer, is that correct?
23  A.    Yes.
24  Q.    Was this a plaintiff firm or defense firm?

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

JONATHAN WILLIAMS, M.D.

**22**

1  A.    I don't remember. I believe it was a
2  plaintiff's case.
3  Q.    What was the nature of that case?
4  A.    This is embarrassing, but I cannot remember
5  either even though this one is more current.
6  Q.    Okay. And do you recall what opinion or
7  what you were asked to opine on in that matter?
8  A.    I can guess related to endocrine disorders,
9  but I would have to look it up.
10  Q.    Okay. And then No. 5, let's see,
11  Dai'Vontay Hudson versus Miami Valley Hospital in
12  the Court of Common Pleas of Montgomery County,
13  Ohio, is that correct?
14  A.    Yes.
15  Q.    And it looks like you were hired by the
16  firm Nuremberg Paris, is that correct?
17  A.    Yes.
18  Q.    Is that a plaintiff firm or defense firm?
19  A.    I can't remember that one either. I'm not
20  sure. I would have to look it up, but I believe it
21  was a plaintiff's.
22  Q.    And do you recall what this case involved?
23  A.    I don't recall. I would have to look it
24  up.

**23**

1  Q.    Okay. Give me one second. Of all these
2  cases listed here that you testified in, were you
3  ever asked to provide a causation opinion as it
4  related to high dose cort -- glucocorticoid use and
5  gastrointestinal perforations?
6  A.    No.
7  Q.    Okay. How about in the entirety of your
8  deposition or trial testimony career, have you ever
9  testified as an expert as it relates to the
10  association in high dosage corticoid use and
11  gastrointestinal perforations other than this
12  matter?
13  A.    No.
14  Q.    I'm going to take this down. Dr. Williams,
15  have you ever been disqualified as an expert
16  before?
17  A.    No.
18  Q.    Have you ever been subject to any type of
19  motion to preclude your expert testimony?
20  A.    Not that I'm aware of.
21  Q.    Did you ever testify in a matter with the
22  caption Loverde versus Medifast, Inc.?
23  A.    Loverde, yes.
24  Q.    Loverde?

**24**

1  A.    Yes. Yes.
2  Q.    Do you recall what type of case that
3  involved or what the nature of the facts were that
4  were claimed?
5  A.    Yes.
6  Q.    Can you tell us a little bit about that?
7  A.    That was a thyroid case of a patient, a
8  person who was prescribed or taking an
9  over-the-counter supplement that affected her
10  thyroid function.
11  Q.    What were you asked to opine on in this
12  matter?
13  A.    How that product affects thyroid function.
14  Q.    Okay. Were you hired by plaintiff or
15  defense in that matter?
16  A.    Plaintiff. Plaintiff.
17  Q.    Okay. And was the product a Medifast
18  product? Is that the name you remember it by,
19  Medifast?
20  A.    I cannot remember if that's the name of the
21  product or the company or both.
22  Q.    Okay. You mentioned it was a supplement.
23  Do you recall what kind of supplement it was?
24  A.    I believe it was a weight-loss type

**25**

1  supplement or maybe a meal replacement supplement.
2  Q.    Do you remember what your opinion was in
3  that matter?
4  A.    Yes.
5  Q.    And what was it?
6  A.    My opinion was that the component contained
7  within that product interfered with normal thyroid
8  biosynthesis and that in persons who have a
9  predisposition to develop thyroid disorders, it
10  could tip the balance towards them having a lower
11  threshold to develop underactive or overactive
12  thyroid conditions.
13  Q.    Okay. I know I'm asking you to recall
14  cases from years ago but, Doctor, do you remember
15  how you arrived at that opinion, what methodology
16  you performed to arrive at that opinion?
17  A.    Yes, I would have reviewed the medical
18  literature, the research literature to arrive at
19  that opinion, over 60, 70 years of literature that
20  --
21  Q.    Okay.
22  A.    -- talks about products contained in
23  Medifast that leads to disruption of normal thyroid
24  biosynthesis.

**7 (Pages 22 to 25)**

JONATHAN WILLIAMS, M.D.

26

1  Q.    Okay.  Doctor, are you aware that the Court
2  in that case held that your opinions were
3  unreliable and as a result excluded your expert
4  opinion?
5  A.    I heard that they did, but they -- I
6  believe I was not allowed to testify before the
7  Court for that.  There was -- there was a
8  deposition leading into that in which I formed an
9  opinion, and then there was a court date set the
10 following week for me to sit before the Judge and
11 describe that opinion, and that was I believe the
12 opinion or the case was dismissed prior to me
13 arriving to provide that testimony.
14 Q.    Okay.  Are you aware of what the Court's
15 rationale was for excluding your opinion and
16 finding it unreliable?
17 A.    I don't recall what -- I'm not sure.  I
18 don't know what it was.
19 Q.    Okay.  In the Court's opinion, Doctor, the
20 Court stated that the basis for Mr. Williams'
21 opinion is that it is, quote, unquote, not unproven
22 that consumption of soy by one predisposed with
23 hypothyroidism is at risk of developing the
24 condition.  He did not opine or suggest that it has

27

1  been provided.  By his own admission he has no
2  scientific or medical evidence to support his
3  opinion.  Because it has not been quote, unquote,
4  unproven does not mean it has been proven.  His
5  testimony linking Ms. Loverde's hypothyroidism to
6  her ingestion of Medifast product is not based on
7  reliable medical and scientific evidence, thus, Dr.
8  Williams' unsupported opinion that Medifast
9  products caused or increased the risk of Ms.
10 Loverde's hypothyroidism is unreliable.  Were you
11 aware of this Court's opinion and holding and
12 rational?
13 A.    I heard about it in the late -- I think
14 that it was that Zydus trial testimony is when I
15 heard about it.
16 Q.    What is the Zydus?
17 A.    That last item on the trial history report
18 that you showed me.
19 Q.    The Mitsubishi Tanabe?
20 A.    Yes.
21 Q.    Okay.  So during that case did they address
22 this Loverde case and you having previously been
23 disqualified?
24 A.    They said -- yes, they talked about it, and

28

1  they said or we discussed that I didn't have the
2  opportunity to speak with the Judge on that matter,
3  that it was related to thyroid disorders, and that
4  the Zydus case was related to diabetes, so the
5  Judge said that I was a qualified expert in that
6  case for that trial.
7  Q.    Okay.
8  A.    And I disagreed with the Judge in the
9  thyroid case, the Judge's opinion, but I did not
10 have the opportunity to provide the testimony to
11 the Judge.
12 Q.    Now, Dr. Williams, have you ever met the
13 plaintiff in this matter, Stacey Wolking?
14 A.    No, I have never met Stacey Wolking.
15 Q.    Did you ever -- have you had any
16 conversations with Mrs. Wolking?
17 A.    No, I have not had any conversations with
18 her.
19 Q.    So fair to say you've never examined her;
20 correct?
21 A.    That is correct.  Let me -- I have seen --
22 sorry.  I have seen pictures of her, but I have
23 never met her face to face or communicated with her
24 directly.

29

1  Q.    Okay.  And you've never taken any blood
2  work or any lab work from Mrs. Wolking, correct?
3  A.    I have seen blood work and lab work from
4  Mrs. Wolking.
5  Q.    I mean, have you taken any lab work or
6  blood tests from her?
7  A.    No, I have not.
8  Q.    Okay.  Do you have any idea what
9  medications Mrs. Wolking is currently taking?
10 A.    I don't know off the top of my head what
11 she's currently taking.
12 Q.    Well, did you learn what she is currently
13 taking at any point during your record review?
14 A.    Well, I guess it depends on currently
15 because that might change from week to week, so I
16 imagine there was several times when I was aware of
17 what she was taking at that time over the last year
18 or so since I've been involved in the case, yes.
19 Q.    Okay.  We'll get back to that.  Do you know
20 what Mrs. Wolking's prior health history was prior
21 to this incident for which she has brought this
22 case?
23 A.    Roughly, but I'm aware of it, yes.
24 Q.    Okay.  What did that include?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

30

1    A.    I would have to look up her record.  I
2  can't remember off the top of my head.
3    Q.    Give me one moment.  You prepared an expert
4  -- you prepared a report in this matter, correct?
5    A.    Yes.
6    Q.    Okay.  It was dated April 24, 2024?
7    A.    Yes.
8    Q.    Do you recall what methodology you used in
9  preparing your report and the opinions contained
10  within?
11    A.    Yes.
12    Q.    What did that involve?
13    A.    My education, training, research in this
14  area, experience, literature review over the last
15  25 years of my career.
16    Q.    Anything else?
17    A.    No.
18    Q.    Did you review any records?
19    A.    Yes.  Apologies.  Plus the records provided
20  to me on this case.
21    Q.    Do you recall what records you reviewed?
22    A.    Yes, I believe they're listed on the April
23  24th report that you mentioned.
24    Q.    Okay.  Did you review Mrs. Wolking's

31

1  deposition from this matter?
2    A.    I'm looking at the list of items listed.
3    Q.    Okay.  So what I'm going to do just for the
4  benefit of all counsel, are you looking at your
5  expert report right now?
6    A.    Yes, I am.
7    Q.    Okay.  I'm going to pull it up and share my
8  screen.  Give me one minute.  We're going back to
9  Exhibit 1 or Williams 1.  Okay.  Is this your
10  report, Dr. Williams?
11    A.    Yes.
12    Q.    All right.  Do you need to -- so it looks
13  like the first page, is this a list of records that
14  you reviewed?
15    A.    Yes, that's correct.
16    Q.    Is there anything that needs to be added to
17  this list looking at it today?
18    A.    I don't believe so.  This is April 24th.  I
19  would have to look back and see if there's
20  something since then.
21    Q.    Okay.  Look at this list.  Did you review
22  the deposition of the plaintiff in this matter,
23  Stacey Wolking?
24    A.    I don't see it listed there.

32

1    Q.    Okay.  Do you have an independent
2  recollection of having reviewed the deposition of
3  Plaintiff Stacey Wolking?
4    A.    I don't recall having a -- I don't recall
5  reviewing that, and I'm looking at my files to see
6  if it's on here.
7    Q.    You can let me know if you see it on there.
8    A.    Okay.  I don't see it in the files that I
9  have down.  I would have to check my emails to see
10  if I missed it in some other communication.
11    Q.    Okay.  Would you find it important to
12  review the deposition of plaintiff in this case in
13  preparing your expert report and your opinions?
14    A.    Well, I received email communications
15  between the plaintiff and Dr. Lindner.
16    Q.    Okay.  So that's not exactly my question.
17  My question is would you find it important to
18  review the deposition transcript of the plaintiff
19  in this matter?
20    A.    It would be helpful.
21    Q.    Okay.  Do you recall asking for the
22  deposition transcript from counsel?
23    A.    I don't recall asking for it, no.
24    Q.    Other than the methodology you previously

33

1  testified to that you undertook in preparing this
2  expert report, did you conduct any independent
3  evaluation in this case whether it included
4  plaintiff's diagnosis and any association between
5  her corticosteroid use and her injuries?
6    A.    Can you rephrase that question?  I'm not
7  sure what you are asking.
8    Q.    Sure.  Did you conduct any independent
9  evaluation?  In other words, for example, if the
10  hospital -- if you reviewed hospital records, and
11  I'm guessing you did because they're listed, is
12  that correct?
13    A.    Yes.
14    Q.    Okay.  And the hospital arrived at certain
15  diagnoses, correct?
16    A.    Yes.
17    Q.    Did you yourself conduct any independent
18  evaluation of plaintiff's diagnoses based on her
19  vitals, her lab work, her blood cultures, et
20  cetera?
21    A.    Did I arrive at similar diagnoses as others
22  listed?
23    Q.    I'm not asking if you arrived at similar,
24  I'm asking if you conducted any independent

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

34

1  evaluation of what could have been plaintiff's
2  diagnosis, diagnosis or diagnoses?
3        MR. LAMB: I'm going to object to
4  the form as to the vagueness. You can
5  answer.
6        THE WITNESS: I'm not sure I
7  understand what you mean by independent.
8  BY MS. KEESLER:
9  Q.    Okay. Well, let me ask you this. If you
10 saw a diagnosis in the hospital records, did you
11 take it for it's worth or did you conduct your own
12 independent evaluation to see if you agreed with
13 the diagnosis?
14 A.    I suppose whenever you are reading a
15 medical record, you are formulating an opinion
16 based on the evidence provided in the record to
17 substantiate a diagnosis, that's the nature of
18 medicine, so yes.
19 Q.    Just going back briefly regarding your
20 testimony, prior testimony, Dr. Williams, have you
21 ever testified against a pharmacist or pharmacy
22 before?
23 A.    I don't recall ever doing that before, no,
24 but I don't know.

35

1  Q.    Okay. What limitations, if any, did you --
2  did you face in drafting or preparing your expert
3  report in this case?
4  A.    I'm not sure I understand what you mean by
5  limitations.
6  Q.    In other words, was there information
7  missing that you needed that would have been
8  helpful in arriving at your opinions or in your
9  review of the records?
10 A.    No, not that I can think of.
11 Q.    All right. Doctor, how long -- give me one
12 moment. Strike that. In your experience, Doctor,
13 as an endocrinologist, and forgive me because I
14 don't have much knowledge about the adrenal glands,
15 I might ask some basic questions to you, what does
16 the adrenal gland do in the human body, in other
17 words, what is it function?
18 A.    The adrenal gland is a life-sustaining
19 organ. It produces hormones involved in
20 metabolism, energy, blood pressure regulation,
21 glucose regulation. Those hormones affect every
22 tissue system. So if you remove the adrenal
23 glands, you will not be able to live very long.
24 Q.    Okay. In your endocrinology practice what

36

1  type of patients do you treat?
2  A.    Sorry. You dropped off there.
3  Q.    In your endocrinology practice what type of
4  patients do you treat?
5  A.    So I am an adrenal specialist.
6  Q.    I apologize.
7  A.    My practice focuses on adrenal disorders.
8  All of my research is related to adrenal gland
9  dysfunction and what are the risks of adrenal gland
10 dysfunction. And those publications that we
11 described, the majority of those have to do with
12 adrenal gland dysfunction in humans.
13 Q.    Okay. You mentioned in your report for
14 this case that the adrenal gland produces between
15 three to five milligrams of Prednisone equivalent
16 glucocorticoid per day in the form of cortisol, is
17 that correct?
18 A.    Correct.
19 Q.    What is cortisol?
20 A.    Cortisol is the main hormone that is
21 secreted by the adrenal cortex.
22 Q.    And what is it's function or what is
23 cortisol's function?
24 A.    Cortisol's function controls metabolism,

37

1  cellular metabolism throughout the body.
2  Q.    Okay. What happens if a person experiences
3  a lack of cortisol?
4  A.    I guess, it depends on how much a lack of
5  cortisol. So if we talk about cortisol deficiency,
6  they can develop signs and symptoms of fatigue,
7  abdominal complaints, cramping, lightheadedness,
8  dizziness, depression, mood disorders. There's a
9  long list of conditions associated with cortisol
10 deficiency. If they have absolute cortisol
11 absence, they will die.
12 Q.    Okay. In what instances, Doctor, might
13 glucocorticoids be prescribed by a physician to a
14 patient?
15 A.    So first would be if their adrenal glands
16 were destroyed, and they had no ability to produce
17 cortisol, they would require glucocorticoid
18 replacement in order to maintain living. That
19 would be the most extreme case. Glucocorticoids
20 are useful in that they have anti-inflammatory
21 properties and immune function properties so
22 they're useful in any kind of inflammatory
23 condition like rheumatoid arthritis, ulcerative
24 colitis, poison ivy, and they can be useful in

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

**38**

1    trying to modify the immune system to counteract
2    organ rejection in transplant, bone marrow
3    transplants, solid organ transplants.
4    Q.    Okay.  As an adrenal specialist, Dr.
5    Williams, have you ever prescribed glucocorticoid
6    replacement for patients, I guess, with issues with
7    their adrenal glands?
8    A.    Yes.
9    Q.    And how about for anti-inflammatory
10   illnesses or related to illness, have you ever
11   prescribed glucocorticoid for inflammation, I
12   should say?
13   A.    Yes.
14   Q.    And in what context?
15   A.    There are endocrine disorders which have an
16   inflammatory element or an immune modulating
17   element that requires what we describe as
18   pharmacologic doses of glucocorticoids or those
19   above just replacement doses, so there would be
20   several conditions in which I would prescribe those
21   higher doses of steroids for those conditions.
22   Q.    Can you give me an example of some of those
23   conditions?
24   A.    Sure.  Grave's eye disease.  It's an

**39**

1    inflammation of the eye, can cause blindness.  We
2    prescribe high dose steroids as one way of slowing
3    down the inflammation in that process.
4    Q.    You mentioned you have prescribed higher
5    dosages with respect to that?
6    A.    Yes.  I guess, higher needs a number behind
7    it.  So when I say higher doses, that would be
8    between 40 and 60 milligrams we generally refer to
9    as a high dose glucocorticoid of Prednisone.  For
10   other steroids like Dexamethasone, it might be 2 to
11   4 milligrams would be a high dose, Dexamethasone,
12   glucocorticoid.
13   Q.    Okay.  For the Grave's eye disease when you
14   mentioned having prescribed a high dose of 40 to
15   60 milligrams of Prednisone, do you recall for what
16   duration that Prednisone or that amount of
17   Prednisone would be prescribed for?
18   A.    It would vary by the patient, but
19   glucocorticoids, the standard of care in
20   prescribing glucocorticoids is the lowest effective
21   dose because the risks of high dose steroid to the
22   human body.  So for a typical Grave's eyes patient,
23   it might be 60 milligrams per week, followed by a
24   rapid taper down to zero over the next week, and

**40**

1    then quickly replacing that glucocorticoid because
2    of it's known toxicity with an alternative
3    medication which has less toxic side effects.
4    Q.    Okay.  Now, Doctor, you brought up a point
5    that it can vary by patient, is that correct?
6    A.    Yes.
7    Q.    The dosage can vary by patient.  Why is
8    that?  What are some of the factors that are
9    involved there?
10   A.    So it's probably patient to patient
11   variance, genetics.  It could be disease severity.
12   So different diseases might have presentation at
13   different severity levels.  Could be the disease
14   condition.  Could be comorbidities or other
15   conditions which may affect the toxicity or lean
16   the risk benefit away towards using higher dose
17   glucocorticoids because of the risks.
18   Q.    Okay.  Doctor, you agree that
19   glucocorticoids are not controlled substances,
20   correct?
21   A.    They're not schedule two or schedule one or
22   schedule three or schedule four, that is correct.
23   Q.    Thank you.  What are physiological doses of
24   synthetic glucocorticoids, like Prednisone and

**41**

1    Dexamethasone?
2    A.    So those Prednisone and Dexamethasone
3    synthetic glucocorticoids, the body does not make
4    those.  They make -- the body makes cortisol.  The
5    equivalent doses for physiologic, and to me
6    physiologic would mean a dose used to maintain
7    life, for Prednisone would be between 3 and 5
8    milligrams a day, for Dexamethasone it might be
9    0.25 to 0.375 milligrams per day.  For other
10   steroids that we use, like hydrocortisone it might
11   be between 10 to 12 and a half milligrams per day.
12   Q.    Okay.  And in what instances or situations
13   would physiological doses be prescribed,
14   prescribed?  Sorry.
15   A.    So if somebody does not have an adrenal
16   gland because their adrenal glands were destroyed,
17   they would require physiologic doses every day to
18   maintain the cellular processes that keep people
19   alive, so that would be one condition.  Another
20   condition could be, if they have been taking
21   chronic steroids at higher then physiologic levels,
22   which has turned off their own adrenal gland's
23   ability to make hormones, then those people often
24   will require low dose or a maintenance physiologic

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

42

1  dose until their adrenal glands recover. Those are
2  the two situations in which you would be using
3  physiologic doses.
4  Q.    Okay. All right. You brought up two
5  points that I'm particularly interested in. Are
6  you stating that due to, I guess, prior
7  corticosteroid use that there's situations in which
8  the adrenal gland no longer produces hormones, is
9  that how you stated it, doesn't function?
10  A.    Say that again. Sorry. You cut off a
11  little bit there.
12  Q.    All right. I'm trying to understand your
13  previous statement about prior corticoid use and
14  it's affect on adrenal gland in a situation in
15  which you might need to prescribe physiologic
16  doses, can you describe that situation again?
17  A.    Yes. If somebody is prescribed higher than
18  physiologic required doses of glucocorticoids, for
19  example, Prednisone above 5 milligrams per day,
20  then the body considers that as a glucocorticoid
21  and will turn off the adrenal gland's need to
22  produce that same hormone. If that process is
23  occurring on a daily regular basis over, we'll say,
24  three to six weeks, then you can in a sense put to

43

1  sleep the adrenal gland and, therefore, it takes
2  time for the adrenal glands to wake up again and
3  start making cortisol by themselves, so we usually
4  refer to this as a tapering process. If somebody
5  is on a higher dose than physiologic, we taper the
6  steroid level down to that physiologic level to get
7  the adrenal glands to start waking up and making
8  their own hormone again. And once they do, you can
9  stop taking those Prednisones and other steroid
10  hormones.
11  Q.    Okay. How much glucocorticoid steroids
12  would someone need to take to cause the body to
13  turn off and the adrenal gland to no longer produce
14  the same hormone?
15  A.    1 milligram of Dexamethasone would do it.
16  In fact, that's a test that we use for adrenal
17  gland functioning. If you give 1 milligram of
18  Dexamethasone one time, you will temporarily turn
19  off the adrenal gland from making cortisol for
20  about two days.
21  Q.    Okay. And then you mentioned that the
22  adrenal gland can turn back on; correct?
23  A.    It can. It depends on the condition of the
24  underlying adrenal gland and the duration that the

44

1  adrenal gland has been asleep.
2  Q.    Okay. So, I guess, would it be fair to say
3  that the longer that the adrenal gland is put to
4  sleep, the longer it could take to come back on?
5  A.    Or it may never come back on.
6  Q.    Okay. You used the phrase before that, you
7  know, the adrenal gland can recover. I guess, in
8  what instances could the adrenal gland recover?
9  A.    Most cases the adrenal gland can recover if
10  the reason why it wasn't working was because it was
11  being suppressed by taking higher then physiologic
12  doses of outside glucocorticoids. So if the gland
13  is simply sleep and not damaged or removed, then it
14  can recover. It can, it may not, but it can
15  recover in those cases. In some people it never
16  recovers. It never wakes up again.
17  Q.    Okay. So you are making a distinction
18  between an adrenal gland going to sleep versus an
19  adrenal gland being damaged, is that correct?
20  A.    So, yes, an adrenal gland that's been
21  damaged could recover, but as well as a adrenal
22  gland that's been suppressed could recover.
23  Q.    Okay. What amounts of glucocorticoids are
24  considered -- I'm sorry. Strike that. What

45

1  amounts are considered pharmacologic doses of
2  glucocorticoids?
3  A.    Anything above physiologic. So if we use
4  the example, Prednisone 3 to 5 milligrams for most
5  people would be physiologic, anything greater than
6  3 to 5 milligrams would be considered
7  pharmacologic.
8  Q.    Okay. In what instances are
9  pharmacological doses of Prednisone and
10  Dexamethasone helpful?
11  A.    As we mentioned, in treating inflammatory
12  conditions, and in treating conditions which would
13  have an immune-regulating component to them, like
14  transplants, solid organ transplants, and then
15  occasionally a person who is dependent on
16  glucocorticoids, for example, if they don't have
17  adrenal glands or their adrenal glands are
18  suppressed, then you would need pharmacological
19  range of glucocorticoids when they're under stress,
20  and by stress I mean acute infection, surgery,
21  trauma. In those instances the normal physiologic
22  response is to generate high doses of
23  glucocorticoids to mount that stress. So in those
24  situations, a pharmacological dose is actually

12 (Pages 42 to 45)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

46

1   physiologic.
2   Q.      Okay.  You stated in your report, Doctor,
3   that inflammatory conditions often treated with
4   pharmacological doses of steroids, including
5   asthma, arthritis, Lupus, contact dermatitis,
6   parentheses, poison ivy, do you remember that
7   statement?
8   A.    Yes.  If you can pull it up, it would be
9   helpful though just so I can see where we are.
10  Q.    Sure.
11  A.    I just want to know the context of when I
12  say things.
13  Q.      I understand.  I'm going to share my screen
14  with you.  We're back on Exhibit 1.  Do you see
15  where my little cursor is, little hand?
16  A.    Yes.
17  Q.      I have highlighted inflammatory conditions,
18  then you go on to state it, so it was right here.
19  A.    Yes.  I read that, yes.
20  Q.      Okay.  This list is not exhaustive,
21  correct?
22  A.    No.
23  Q.      And have you ever treated the conditions of
24  asthma, arthritis, Lupus, or contact dermatitis?

47

1   A.    Yes.
2   Q.    Yes.
3   A.    Yes.
4   Q.      Was that with your endocrine or your
5   adrenal specialist area or within some other
6   employment?
7   A.      No, I'm an internal medicine doctor as
8   well, so when -- before I was an endocrinologist or
9   as I practiced as an internist, yes, I treated
10  these conditions and others.
11  Q.      Did you ever treat the inflammation as it
12  related to these condition as an internal medicine,
13  doctor?
14  A.    Yes.
15  Q.      Did you ever treat those -- did you ever
16  treat that inflammation related to these conditions
17  with corticosteroids?
18  A.    Yes, at the lowest effective dose possible.
19  Q.      Okay.  But fair to say you are not a
20  pulmonologist or dermatologist, correct?
21  A.      It is entirely accurate to say that I'm not
22  board certified in pulmonary medicine or
23  dermatology, yes.
24  Q.      Okay.  So earlier you briefly described

48

1   tapering to us, Dr. Williams, and you also
2   addressed it in your report.  Can you describe what
3   the tapering process is, like what is it and what
4   is it used for?
5   A.      So tapering is primarily due to the
6   toxicities well-known for pharmacologic doses of
7   glucocorticoids.  The whole concept of tapering is
8   to reduce those toxicities as quickly as possible.
9   We don't taper other medications because they might
10  have less, far less negative side effects than
11  glucocorticoids, but glucocorticoids since we know
12  they have a long list of side effects that we
13  reduce the dose as quickly as possible to minimize
14  those risks or we replace the glucocorticoids with
15  a less toxic medication.
16  Q.      So I think you answered my question, but
17  there is a recognized practice of dosage tapering
18  of steroids, correct?
19  A.      Can you -- I'm not quite sure what you
20  mean.
21  Q.      So --
22  A.      Practice.
23  Q.      I just want to make sure I understand this.
24  This is a practice recognized in the medical field

49

1   of tapering glucocorticoids, including Prednisone
2   and Dexamethasone; correct?
3   A.      Yes, tapering of Prednisone and
4   Dexamethasone could depend on the condition you are
5   treating and how the individual patient is
6   responding to that taper.  Some people you don't
7   need to taper at all.  You just stop the
8   glucocorticoids, you stop the Prednisone without a
9   taper, and that could mean because there's -- the
10  toxicity exceeds the tapering demand.  So if the
11  glucocorticoids are immediately causing acute
12  problems, then you just stop and you wouldn't taper
13  because you would have to treat the more serious
14  condition.  In other conditions you can taper
15  gradually the glucocorticoids, but in every case
16  you are trying to do so as quickly as possible to
17  minimize the known toxicity of maintaining
18  pharmacologic doses of glucocorticoids.
19  Q.      I think you already explained it as to why
20  tapering of glucocorticoids is important or it's
21  purpose.  Does a taper ever require a pulse or
22  pulsing after the tapering?
23  A.      Can you describe what you mean by pulse?
24  Q.      So are there ever situations, Doctor,

13 (Pages 46 to 49)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

50

1  where, you know, a patient is prescribed
2  glucocorticoids, then there's a period of taper,
3  then there might be a period of where they're
4  increasing their dosage, tapering again, just kind
5  of the tapering and then increasing dosage and then
6  tapering again?
7  A.    Yes, there are instances in which you could
8  be tapering and then need to increase it again, and
9  that could be due to a rebound of whatever
10  treatment you use the steroid for in the first
11  place and again --
12  Q.    Would you also agree that -- go ahead.
13  A.    Again, if there was a need to increase, it
14  would be exactly as you stated, you would then
15  taper it as quickly as you also again.
16  Q.    Okay.  Would you also agree that tapering
17  or increasing and tapering again could also depend
18  on the illness or the inflammation that's being
19  treated?
20  A.    Yes, that's what I said, yes.
21  Q.    Okay.  Do you agree that the dosing of
22  glucocorticoids might require, I think you answered
23  this, but may require high does for inflammatory
24  conditions?

51

1  A.    Yes, you would have to define what high
2  means when you say high.
3  Q.    So actually in your report, Doctor, you
4  mention or you stated that dosing might involve
5  high doses such as 60 milligrams of Prednisone a
6  day for one to two weeks duration, followed by a
7  rapid taper of a lower effective dose of 5 to 10
8  milligrams of Prednisone for inflammatory
9  conditions.  Do you remember that statement?
10  A.    Yes.
11  Q.    It's right -- right here.
12  A.    Yes, that was an example, yes, theoretical
13  example.
14  Q.    Okay.  And where did you get this
15  information?  What is that based on?
16  A.    My education, experience, training as an
17  endocrinologist and adrenal specialist.
18  Q.    Why is it that certain inflammatory
19  conditions might require higher doses of
20  glucocorticoids?
21  A.    When you say higher, you mean, the
22  60 milligrams in this example?
23  Q.    If that's how you understand to mean it,
24  yes.

52

1  A.    Yes, it would just depend on the severity
2  of that illness.  So if something is not responding
3  appropriately, and it's known that in the
4  literature there is evidence that the treatment
5  with a glucocorticoid can impact that disease
6  course, then you would prescribe a higher dose for
7  that situation because you would be balancing the
8  known risks of high dose glucocorticoids and
9  potentially treating that condition.  But, again,
10  as soon as you reach these high doses, you find the
11  effective lowest dose possible because of the
12  toxicities.
13  Q.    Okay.  So you have mentioned this severity
14  of the illness fact.  Is it fair to say that the
15  more severe the illnesses, the more glucocorticoid
16  steroids might be needed?
17  A.    If the toxicity of high dose steroids are
18  known, then you would only invoke them in severe
19  illnesses in which there is substantial medical
20  literature to justify the risk, and this is again
21  just because of the known toxicity of high dose
22  steroids at levels of 60 milligrams per day.
23  Q.    What effect can high doses of
24  glucocorticoid steroids achieve for inflammatory

53

1  conditions?
2  A.    They can cause decrease inflammation.
3  Q.    Why is that important?
4  A.    Well, it depends on the condition.  So if
5  your kidneys aren't working because they're
6  inflamed and there's substantial medical literature
7  which points to high dose steroids, 60 milligrams
8  of Prednisone per day can be effective in reversing
9  that damage to the kidney, then that would be an
10  instance in which you would want to calm the
11  inflammation down in the kidney because if your
12  kidneys don't work, you may die.  So very clear cut
13  that high dose steroids are effective in reducing
14  death in people with kidney disease due to
15  inflammation and there's substantial medical
16  literature to back that up.
17  Q.    Are you familiar with Babesiosis?
18  A.    I know that Babesiosis is a disease, yes.
19  Q.    What is your understanding of it?
20  A.    It's an infectious disease that's rarely
21  seen.  It can cause a condition called Babesiosis.
22  Q.    And you are not an infectious disease
23  specialist, correct?
24  A.    No, I am not.

**14 (Pages 50 to 53)**

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

54

1  Q.    I'm guessing you have never treated a
2  patient for Babesiosis in your career, correct?
3  A.    I have never treated a patient with
4  Babesiosis in my career.
5  Q.    What is your understanding, if any, as to
6  why -- actually, strike that.  Doctor, regarding
7  Prednisone, is there an upper limit of Prednisone
8  dosing?
9  A.    There is no known upper limit.  It's as I
10  said before, standard of care is the lowest
11  effective dose possible.
12  Q.    And in your report you stated that the
13  medical literature does not establish a specific
14  maximum dose for Prednisone, correct?
15  A.    Correct.  Wait.  Can you point to where I
16  put that in there?  I want to see the context of
17  that to check.
18  Q.    One second.
19  A.    I see it.  It's in the paragraph below,
20  second sentence.
21  Q.    Yes.  Okay.
22  A.    Can I just read that?  Sorry.  Your cursor
23  thing is on top of it.  The medical literature does
24  not establish a specific quote, maximum dose, quote

55

1  for either medication, but that does not mean no
2  amount is too much or that there is no standard of
3  care with respect to dosing.  Okay.
4  Q.    So I'm guessing that also means there is no
5  upper limit for Dexamethasone dosing either,
6  correct?
7  A.    Correct.  But as I stated here that does
8  not mean that --
9  Q.    Hold on, Doctor.  Sorry.  There is no
10  question pending.  Doctor, Doctor, there is no
11  question pending.  Give me a second.  Doctor, how
12  is Dexamethasone different from Prednisone?
13  A.    It's a longer lasting medication.  Lasts in
14  the body for 24 to 36 hours.  It's higher potency.
15  It has less what we call mineralocorticoid
16  activity.  It's almost a pure glucocorticoid
17  synthetic hormone compared to Prednisone, so it's
18  about five to six times more potent as a
19  glucocorticoid than Prednisone but has no
20  mineralocorticoid activity compared to Prednisone.
21  Q.    And pharmacologically are there ingredients
22  or components in Dexamethasone that are not in
23  Prednisone and vice versa?
24  A.    Yes.

56

1  Q.    What would those be?
2  A.    I would have to pull the product labels for
3  both to know what those are.
4  Q.    Is there any relevance to the presence of
5  certain ingredients in Dex that's not in Prednisone
6  and vice versa?
7  A.    Yes.
8  Q.    What would the relevance include?
9  A.    Yes, that's what I was explaining before.
10  So Prednisone affects both glucocorticoid function
11  as well as mineralocorticoid function whereas
12  Dexamethasone is designed to be a pure
13  glucocorticoid synthetic hormone and not a
14  mineralocorticoid hormone, so different aspects of
15  the chemical structures were designed for those
16  purposes.
17  Q.    Okay.  Now, Doctor, are there instances
18  that you are aware of or that you yourself have
19  treated regarding doses of -- let's talk in the
20  Prednisone terms, higher than 60 milligrams a day?
21  A.    Yes.
22  Q.    And can you describe those conditions or
23  those situations in which it might have required
24  higher doses than 60 milligrams of Prednisone a

57

1  day?
2  A.    I have seen rarely 100 milligrams of
3  Prednisone briefly for a few days to treat chronic
4  obstructive pulmonary disease flare-ups or asthma
5  flare-ups, some rheumatologic conditions might
6  touch 100 milligrams per day, organ transplant
7  rejection protocols often or can use intravenous
8  forms of Prednisone in the hospital setting at
9  1,000 milligrams for a day or two tops.  So again
10  those are -- because there's a substantial body of
11  medical literature that supports that the risk
12  benefit tips towards benefit for those conditions.
13  Q.    Dr. Williams, as it relates to this matter,
14  what were you asked to opine on?
15  A.    Causality.
16  Q.    What specific -- what specifically about
17  causation?
18  A.    Did glucocorticoids cause harm to Mrs.
19  Wolking?
20  Q.    Give me one second.  I'm going to share my
21  screen with you briefly.  Okay.
22  A.    Yes.
23  Q.    Do you remember, just follow where my
24  cursor is, top of the second paragraph, do you

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

58

1   remember being asked to address the question
2   whether there's a specific dose of either
3   Prednisone or Dexamethasone that is beyond the
4   standard of care for a physician to prescribe or
5   direct a patient to take?
6   A.      Yes.
7   Q.      But you already indicated and you also
8   indicate in your report that the medical literature
9   does not establish a specific maximum dose for
10   either, correct?
11   A.      Yes, but that dose does not mean no amount
12   is too much.
13   Q.      All right.  We're going to get to that.
14   I'm going to move onto my next.  In your report,
15   Doctor, you opined that a reasonable physician
16   would rarely if ever prescribe 100 milligrams of
17   Prednisone or it's corticosteroid equivalent per
18   day to a patient outside of a hospital setting.
19   You further stated even at that high of a dosage, a
20   reasonable physician would begin to taper down the
21   dosage within a few days.  There is no condition in
22   the medically literature for which, sorry.  There
23   is no condition in the medical literature for which
24   physicians following the standard of care would

59

1   give a patient the doses of glucocorticoids that
2   Dr. Lindner directed Mrs. Wolking to consume,
3   particularly for the length of time that she
4   consumed them in August, September, and October of
5   '22, and previously while under Dr. Lindner's care.
6   Do you remember making that opinion?
7   A.      Yes, I'm reading it, yes.
8   Q.      Okay.  And then you further stated that
9   those doses of glucocorticoids, Dexamethasone and
10   Prednisone, prescribed by Dr. Lindner to Mrs.
11   Wolking were outside the standards of care and are
12   by far the highest I have ever observed in an
13   outpatient setting in over 25 years of endocrine
14   practice.  Do you remember stating that?
15   A.      Yes, I do.
16   Q.      Okay.  What is this opinion based on?
17   A.      My research, training, experience,
18   education as a board certified endocrinologist and
19   adrenal specialist who sees patients all of the
20   time on steroids in a tertiary care referral system
21   where you would see the worst of the worst of the
22   worst, and I still haven't seen these things
23   before.
24   Q.      In your report, Doctor, you discuss or you

60

1   engage in a discussion with respect to the standard
2   of care required by one of the pharmacies in this
3   case, Tunkhannock Compounding Center.  I'm going to
4   refer to them as TCC during this deposition,
5   Doctor.
6   A.      Thank you, and I can to.
7   Q.      Okay.  You state that you're familiar with
8   normal pharmacy prescribing practices and a
9   pharmacist's obligation to contact the prescribing
10   provider when a questionable dose or suspected
11   error prescribing are encountered.  Do you remember
12   providing that opinion --
13   A.      Yes.
14   Q.      -- or rather stating that, that your
15   familiarity with the normal pharmacy prescribing
16   practices?
17   A.      Yes.
18   Q.      Okay.  How is it that you are familiar with
19   normal pharmacy prescribing practices?
20   A.      As a physician, the pharmacy is a -- as a
21   health care worker and a physician, I can't operate
22   without pharmacy being part of the team, a
23   pharmacist and a pharmacy being part of the medical
24   care I provide, so that creates a familiarity

61

1   certainly over 25 years of prescribing medications.
2   And then I also, as I mentioned in the same
3   paragraph, I chair the Mass General Brigham
4   Institutional Review Board, and I work very closely
5   with our investigative pharmacy services in
6   approving research protocols.
7   Q.      Okay.  You state -- it looks like you
8   stated that you worked directly with research and
9   clinical pharmacies, correct?
10   A.      Yes.
11   Q.      Okay.  What do research pharmacists do?
12   A.      Same as clinical pharmacists, they just
13   also --
14   Q.      Okay.
15   A.      -- they just also have expertise in
16   handling investigational medications or drugs that
17   aren't approved.
18   Q.      Do you agree that research pharmacists do
19   not dispense medication?
20   A.      No, I don't agree with that.
21   Q.      Okay.  So you have worked with research
22   pharmacists who dispense medication?
23   A.      Every day.
24   Q.      Okay.  And is this within the hospital

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

62

1  setting?
2  A.     Both inside the hospital and outside the
3  hospital setting.
4  Q.     Okay. Have you yourself had experience --
5  have yourself ever had experience in filling
6  prescriptions before?
7  A.     No, I have never filled a prescription
8  myself, that's correct.
9  Q.     And you are not a licensed pharmacist,
10 correct?
11 A.     I'm not a licensed pharmacist, no. I train
12 pharmacists on clinical practice and diabetes.
13 Q.     And have you ever verified or dispensed
14 medication as a pharmacist in a refill setting?
15 A.     No, I have not.
16 Q.     Did any of the prescriptions you wrote in
17 your career for glucocorticoids ever involve
18 treating a patient for Babesiosis?
19 A.     No.
20 Q.     During your practice, Doctor, have you ever
21 had one of your prescriptions questioned?
22 A.     Yes.
23 Q.     And can you describe that?
24 A.     So I can think of examples of where that's

63

1  happened, and it might be if the pharmacy is aware
2  of a second medication that I'm unaware of that
3  might be interacting with the medication that I'm
4  prescribing, they would call me up and say, Dr.
5  Williams, are you aware that your patient you
6  prescribed X is also taking Y, so, and being
7  unaware I'm very grateful that they brought that to
8  my attention to avoid any harm to that patient, so
9  that would be one example. Another example, and
10 I'm sure this is common to physicians is can you
11 please clarify what you wrote in your prescription
12 because it is not quite legible. That would be
13 another instance.
14 Q.     Okay.
15 A.     It might be they recognize something that's
16 inconsistent with prescribing behaviors, like are
17 you sure that's what you mean, Dr. Williams, when
18 you prescribed this, and sometimes they would be
19 absolutely right and will have caught something,
20 and other times I need to explain to them, no, this
21 is for this type of condition and this is why, so
22 lots of reasons.
23 Q.     Okay. Have you ever -- have any of your
24 prescriptions been questioned as it relates to the

64

1  amount or the dosing instructions?
2  A.     Yes.
3  Q.     And tell me what happens if you have had --
4  was this questioned by a pharmacist?
5  A.     Yes.
6  Q.     And so tell me what happens. So if the
7  pharmacist questioned you, was it about amounts or
8  dosing?
9  A.     It could be both.
10 Q.     And so let's talk in real terms, not could
11 be or would be, but in your experience you
12 mentioned you've been questioned with respect to
13 amounts and dosing, correct?
14 A.     Yes.
15 Q.     All right. Let's talk about the amount
16 first. So when you had a pharmacist question about
17 the amount of medication you were prescribing, what
18 conversations took place?
19 A.     I cannot remember specifics about a case.
20 I just know it's happened over 25 years.
21 Q.     Okay. Well, after speaking with the
22 pharmacist -- strike that. Did you provide an
23 explanation to the pharmacist in response to their
24 questioning as to why you were prescribing the

65

1  amount you were?
2  A.     If I needed to. If they were correct in
3  stating you put an extra zero here, are you sure
4  you want that, I would say, oh, thank you for
5  letting me know that. No, that is not what I
6  wanted, or you misread what I wrote, that's not a
7  zero, it's a one or something like that.
8  Q.     What about if it's not a situation of which
9  they're not correct, in other words, they see an
10 amount, they ask you, you know, are you sure this
11 is the amount you want, and it was in fact the
12 amount you intended, so what would you -- what did
13 you say in that conversation?
14 A.     I would say I'm treating this condition.
15 That's why I'm prescribing this.
16 Q.     Will that be the extent of the
17 conversation?
18 A.     Yes.
19 Q.     Okay. And so have there been instances in
20 your practice where you might have had a
21 conversation with the pharmacist in advance about a
22 condition that you are treating a particular
23 patient and why you might be prescribing certain
24 amounts to that patient as a result of the

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

66

1  condition?
2  A.    No, I cannot think of that pre-consultation
3  scenario if that's ever happened before.
4  Q.    Okay.  And then when you've had a
5  pharmacist that questioned your dosing
6  instructions, what conversations took place between
7  you and the pharmacist?
8  A.    So it might be -- again, this would be --
9  this would be related or was, if I recall back, I
10  just can't remember specifics over 25 years, Dr.
11  Williams, so and so is prescribed drug Y.  Are you
12  aware of the interaction and the need for dose
13  adjustment.  And, again, that would be a
14  conversation in which I would either say thank you
15  for letting me know that, let's reduce the dose, or
16  it might be no, let's press forward with this dose.
17  Thank you for bringing that to my attention.
18  Q.    Okay.  And have you ever had a situation
19  where a pharmacist questions either the amount
20  prescribed or the dosing instructions and then you
21  have a conversation with them about why you are
22  prescribing those amounts or instruct that
23  particular dosage and then they refuse to fill the
24  prescription?

67

1  A.    No.
2  Q.    Okay.  So once you have a explained to a
3  pharmacist that you are treating this patient for a
4  particular condition, the pharmacist takes you at
5  your word, correct?
6  A.    I don't know.  They fill the prescription,
7  so.
8  Q.    Okay.
9  A.    Do they take me at my word, I don't know if
10  I could know what they're thinking, but they do
11  fill the prescription.
12  Q.    Okay.  We've been going about an hour and a
13  half, Doctor.  Do you need a five-minute break?
14  A.    I'm good if you are good.  Does not matter
15  to me.  It's totally up to you.
16        MS. KEESLER:  What about everybody
17  else?
18        MR. LAMB:  I'm fine as long as you
19  guys are.
20        (At this time, a discussion was
21        held off the record.)
22  BY MS. KEESLER:
23  Q.    Now, Doctor, in your report -- well, let me
24  ask you this.  What was your causation opinion in

68

1  this report?
2  A.    That glucocorticoids prescribed caused a
3  series of harm to Mrs. Wolking.
4  Q.    Okay.  Now, in your report, Doctor, you
5  state that with respect to the cause of Mrs.
6  Wolking's injury, it's my opinion that many of
7  injuries listed in Paragraph 76 of the Complaint
8  were caused by Dr. Lindner's excessive and
9  unreasonable prescription of glucocorticoids and
10  TCC's dispensing these medications to Mrs. Wolking
11  on the dates prescribed in the Complaint.  Do you
12  remember making that opinion?
13  A.    Yes.
14  Q.    I'm going to pull up -- do you remember
15  what those injuries were that were listed in
16  Paragraph 76 of the Complaint?
17  A.    Not the whole list off the top of my head,
18  no.
19  Q.    Okay.  So what injuries are you asserting
20  were caused by the glucocorticoids?
21  A.    Can you pull up that list for me, please,
22  that I referred to?
23  Q.    Are you able to independently recollect as
24  to what injuries you are claiming were caused by

69

1  the glucocorticoids?
2  A.    It would be helpful if I saw the list just
3  because it's a long list.
4  Q.    Okay.  So you cannot independently recall,
5  correct?
6  A.    Sure, I can independently recall some of
7  them, but it's a long list, and I don't want to
8  forget.  The list of toxicities related to
9  Glucocorticoids is extensive.
10  Q.    What are some of the ones that you
11  remember?
12  A.    So some of the ones I remember is she had
13  mental health disturbances related to them.  She
14  had weight gain, fluid retention.  She had bowel
15  perforation.  She had -- I don't know.  I would
16  have to look at the list.  I'm trying to think of
17  what else I put in here.  It's in -- some of it is
18  in my opinion too.
19  Q.    Okay.  Give me one moment.  I'm going to
20  share the Complaint with you and mark this as
21  Williams 3.  We're up to 3, right.  All right.
22  Dr. Williams, do you see the document in front of
23  you?
24  A.    Yes.  Complaint three, I think it says,

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

70

1  yes.
2  Q.    Did you review this Complaint as part of
3  your record review?
4  A.    Yes.
5  Q.    All right. I'm going to jump to paragraph
6  76. Do you see where it states or it lists rather
7  plaintiff's claimed injuries?
8  A.    Yes, No. 76, yes.
9  Q.    Okay. I'm going to keep controlling down,
10  Doctor, because the list goes on, okay, but have
11  you had an opportunity to review these?
12  A.    Yes.
13  Q.    A through G?
14  A.    Yes.
15  Q.    Okay. And then just let me know when you
16  need me to scroll down.
17  A.    You can scroll down, yes. Is there more?
18  Q.    There is one more. CC.
19  A.    Okay.
20  Q.    So your opinions stated that it's your
21  opinion that many of the injuries listed in 76, in
22  Paragraph 76 of the Complaint, were caused by the
23  glucocorticoids. So which of the injuries listed
24  from A through double C are you opining were caused

71

1  by the glucocorticoids?
2  A.    Probably better if I just exclude the ones
3  that aren't.
4  Q.    Okay. Let me know if you need me to scroll
5  down.
6  A.    Yes, can you scroll down? Keep going down,
7  please.
8  Q.    Yep.
9  A.    All of them are part of it. None of them
10  are excluded.
11  Q.    So your opinion is that all of the injuries
12  listed in Paragraph 76 were caused by the
13  glucocorticoids?
14  A.    Yep. And the sequela, I think, that's what
15  it said, right. What did it say at the beginning
16  of that, 76? And their sequela, yes.
17  Q.    Let me ask you something -- give me one
18  second. Doctor, do you recall stating further in
19  your opinion that the plaintiff's bowel
20  perforations, peritonitis, and sepsis were caused
21  by the massive doses of glucocorticoids she had
22  been consuming based on the timing of her painful and
23  continuous gastrointestinal symptoms in the emails,

72

1  and the lack of any other apparent cause related to
2  her small bowels?
3  A.    Yes.
4  Q.    One second. I will pull up your report.
5  So I just read the highlighted portion, Doctor. Do
6  you see that? You stated bowel perforations
7  plural. Was there indication that she had more
8  than one perforation?
9  A.    I can't remember if I meant to put that S
10  there or not. I would have to look at the
11  pathologist's report and the surgeon's report to
12  refresh my memory.
13  Q.    By bowel perforation, you meant a
14  perforation in Mrs. Wolking's jejunum, correct?
15  A.    Did I put jejunum in here? I can't
16  remember. I'm trying to see if I specified jejunum
17  in this. Could you search that? I just can't read
18  the whole thing. I can remember if I said jejunum.
19  Q.    I didn't find any instances of jejunum in
20  your record. Let me ask you this. Based upon your
21  record review, Dr. Williams, do you know the exact
22  or precise location of where that perforation was?
23  A.    Yes, I would have to pull up the report,
24  the operative note and the pathology report to

73

1  refresh where exactly it was.
2  Q.    Okay. Well, I'm going to represent to you
3  that based on the records the surgeon found that
4  Mrs. Wolking had a small perforation in the distal
5  jejunum. Does that refresh your memory at all?
6  A.    If that's the complete operative report. I
7  don't know if that means that he said there were
8  areas elsewhere, so. I mean I don't recall what
9  the pathology report said as far as specifics and
10  whether there were multiple.
11  Q.    Okay. Do you know where the jejunum is
12  located?
13  A.    Yes.
14  Q.    And where is that?
15  A.    It's the second portion of the bowel, small
16  intestine.
17  Q.    And you would agree with me that this is
18  distinct from the sigmoid colon; correct?
19  A.    Yes, it's a different part of the
20  intestinal tract. They're all part of the
21  intestinal tract, yes.
22  Q.    Okay. Are you aware that the hospital
23  records do not indicate a perforation in the
24  sigmoid colon?

19 (Pages 70 to 73)

JONATHAN WILLIAMS, M.D.

74

1        MR. LAMB:  Objection to form.  You
2    can answer.
3        THE WITNESS:  Can you say that
4    again?  I got a negative put in there that
5    threw me.
6    BY MS. KEESLER:
7    Q.    Are you aware that the records did not
8    indicate that there was a perforation in the
9    sigmoid colon?
10   A.    I don't know that I'm aware that it does
11   not say that.  I'm sure the record has a lot of
12   things that it does not say.
13   Q.    Okay.  Well, let me ask you this.  Based on
14   -- the time that you drafted this report, Dr.
15   Williams, were aware of the exact location of where
16   the perforation was in Mrs. Wolking?
17   A.    I would have to look at the operative
18   report and pathology report to see exactly where it
19   was located or whether there was more than one
20   there.
21   Q.    Sure.  Did you know, though, at the time of
22   drafting your report where the perforation was?
23   A.    Yes.
24   Q.    Okay.  And why did you not indicate that in

75

1    your report?
2    A.    I didn't think to put the specifics.  There
3    is a lot of specifics I did not put in my report.
4    Q.    Okay.  Well, when you stated bowel
5    perforation, were you referring to the small
6    intestine?
7    A.    It could be any part along the bowel,
8    bowels, small intestine, large intestine, including
9    sigmoid colon, the bowels, that whole GI,
10   gastrointestinal tract, or the intestinal tract.
11   Q.    Based on your review of the records,
12   Doctor, do you recall the hospital -- sorry.  Give
13   me one second --- the surgeon observing areas of
14   tissue breakdown in the distal sigmoid although
15   without significant diverticular disease?
16       MR. LAMB:  Objection to form.  You
17   can answer.
18       THE WITNESS:  It sounds like you
19   are reading it so, yes, that sounds
20   familiar.
21   BY MS. KEESLER:
22   Q.    Okay.  Are you also aware that pathology
23   established that her sigmoid inflammation was not
24   secondary to diverticulitis?

76

1        MR. LAMB:  Objection to form.  You
2    can answer.
3        THE WITNESS:  Yes, that sounds
4    familiar.
5    BY MS. KEESLER:
6    Q.    Okay.  What does this indicate to you, if
7    anything?
8    A.    Well, I'm not a surgeon or a pathologist.
9    It indicates to me that there is non-diverticular
10   destruction of the sigmoid colon and that could be
11   consistent or would be consistent with excessive
12   glucocorticoid use, which breaks down bowel walls
13   and causes thinning of the bowel --
14   Q.    Sorry.
15   A.    And causes --
16   Q.    Sorry.  I cut you off.  I cut you off.  Can
17   you repeat that?
18   A.    Sure.  That last phrase was and causes
19   thinning of the bowel wall and fragility.
20   Q.    What is the significance of the small
21   perforation in her distal jejunum?
22       MR. LAMB:  Objection to form.  You
23   can answer.
24       THE WITNESS:  So did you say what

77

1    is the significance of it?
2    BY MS. KEESLER:
3    Q.    Yes.
4    A.    It's --
5    Q.    That affects the perforation within the
6    jejunum.
7    A.    Well, the significance of the perforation
8    in the jejunum or anywhere is significant because
9    it can cause death, so it's an emergency.  It needs
10   to be treated.  It causes peritonitis, extreme
11   pain, and it needs to be fixed.
12   Q.    Doctor, when you were preparing your
13   report, did you conduct an independent evaluation
14   of the diagnosis of the small perforation in Mrs.
15   Wolking's distal jejunum?
16       MR. LAMB:  Objection to form.  You
17   can answer.
18       THE WITNESS:  I'm just not sure
19   what you mean by independent again, when
20   you say independent evaluation.
21   BY MS. KEESLER:
22   Q.    Okay.  Let met ask you this.  When you
23   drafted your report, were your opinions based on
24   the diagnoses of the hospital or did you

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

78

1  independently look at the diagnosis, confirm that
2  the diagnosis was correct or did you have any
3  questions about the diagnosis?
4      A.    No, I didn't have any questions about the
5  diagnosis. I did not seek alternative opinions
6  about the reports to determine if someone else
7  would have drawn the same conclusions if it were a
8  pathologist or a surgeon or a radiologist. I did
9  not do any outside consultative work, so I used the
10 information provided in the reports to formulate an
11 opinion in the setting of her entire story.
12     Q.    All right. Dr. Williams, have you ever
13 treated a patient for bowel perforation?
14     A.    Yes.
15     Q.    And was it within your adrenal specialty?
16     A.    Yes.
17     Q.    What did that treatment involve?
18     A.    Consulting a surgeon.
19     Q.    Okay. So the surgeon -- go ahead. I cut
20 you off.
21     A.    Consulting a gastroenterologist, radiology
22 was involved, infectious disease.
23     Q.    Do you remember what your consult entailed
24 with respect to the bowel perforation to the

79

1  gastroenterologist?
2      A.    Sorry. Can you ask that again? I'm not
3  sure I understood what you mean.
4      Q.    Sure. So you just testified that you have
5  treated a bowel -- you've treated a patient for
6  bowel perforation by consulting a
7  gastroenterologist, is that correct?
8      A.    Yes, he would have been one of the people
9  that I consulted in that.
10     Q.    Okay. Do you recall the summary of that
11 consult? What was the issue?
12     A.    So a patient of mine had acute abdominal
13 pain. I was concerned that they might have a bowel
14 perforation because they had a tender abdomen, and
15 I obtained imaging study, which suggested there was
16 a bowel perforation, I consulted with a
17 gastroenterologist for their expert opinion in that
18 area, and that led to a concurrence of opinion and
19 then a surgical consultation.
20     Q.    Are you qualified to make diagnoses for
21 bowel perforations?
22     A.    I'm an internal medicine specialist, so I
23 have a board certification in internal medicine and
24 that would be part of our training, but usually it

80

1  would be consulting a radiologist, maybe a surgeon
2  as well. So most of that expertise would be
3  surgical expertise as far as management of a bowel
4  perforation or suspected bowel perforation.
5      Q.    Okay. Does the same apply for making
6  diagnoses for peritonitis and sepsis?
7      A.    What do you mean the same, when you say the
8  same?
9      Q.    Are you qualified to diagnosis peritonitis
10 or sepsis --
11     A.    Yes, I'm qualified.
12     Q.    -- as an adrenal specialist?
13     A.    Sure. As an internal medicine doctor, yes,
14 absolutely.
15     Q.    You don't have any type of specialty with
16 gastroenterology, correct?
17     A.    I'm not a gastroenterologist, no. My
18 training in gastroenterology would be my exposure
19 as an internal medicine physician.
20     Q.    Give me one moment. I would like to take a
21 five-minute break. It's about 12:53. I'm looking
22 at my notes. Can we meet back in about five
23 minutes?
24     A.    You bet.

81

1          VIDEO TECHNICIAN: Time is now
2  12:53. Going off video record.
3          (At this time, a short recess was
4  taken.)
5          VIDEO TECHNICIAN: Time is now
6  1:01. We're back on video record.
7  BY MS. KEESLER:
8      Q.    Okay. I'm going to share my screen with
9  you again, Dr. Williams. This will be your report,
10 back to Exhibit 1. Doctor, do you see where you
11 stated in particular highlighted?
12     A.    Yes.
13     Q.    In particular there is strong support in
14 the medical literature that the excessive
15 consumption of glucocorticoids can cause a
16 perforated bowel and associated sepsis and that
17 higher doses lead to hire risk?
18     A.    Yes.
19     Q.    What is that statement or that opinion
20 based on?
21     A.    My experience, training, and expertise, and
22 I put a couple references there just as examples.
23     Q.    Again, when you wrote this statement, when
24 you stated can cause a perforated bowel, were you

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

82

1 referring to the small intestine?
2 A. I was referring to the gastrointestinal
3 tract. I didn't think to specify certain areas of
4 the tract, no.
5 Q. Okay. So, yes, I noticed you cited some
6 articles in your report. There is an article you
7 cited, let me just -- it looks like No. 4 that I
8 wanted to talk about. No. 4 is titled The
9 Incidence of Gastrointestinal Perforation Among
10 Rheumatoid Arthritis Patients. Regarding that
11 article -- give me one second. What was the study
12 about, No. 4, that -- do you recall?
13 A. You would have to pull it up. I don't
14 recall. It's about the title is what I can tell
15 you right now.
16 Q. Okay. Well, according to this study that
17 you cited, No. 4, stated that 37 patients out of
18 40,000 had gastrointestinal perforation. Do you
19 recall the study now?
20 A. Can you open it, please? It's hard to
21 recall the specifics of the study.
22 Q. Well, do you recall essentially what the
23 study -- you know what, I will just show it to you.
24 Give me one sec. Doctor, I have displayed the

83

1 study. Is this the study that you meant to cite
2 to?
3 A. Yes. Thank you.
4 Q. Okay. Now, looking at it, does it -- do
5 you recall what this study was about?
6 A. It would be helpful if you show me the
7 whole abstract there. Just scroll up a touch.
8 Thank you. Perfect. Perfect. Perfect. I'm just
9 going to read this to myself if that's okay.
10 Okay.
11 Q. Okay. So does that refresh your memory
12 now?
13 A. Yes. Thank you.
14 Q. What is your -- are you able to provide a
15 summary of what this study is about?
16 A. Yes.
17 Q. What is it?
18 A. That gastrointestinal perforations are
19 uncommon but serious adverse events among
20 rheumatoid arthritis patients and that
21 glucocorticoids can increase the risk of
22 gastrointestinal perforations.
23 Q. Okay.
24 A. And that these --

84

1 Q. According to this -- go ahead.
2 A. And that these patients using
3 glucocorticoids should be considered at higher
4 risk.
5 Q. Okay. So according to this study, Doctor,
6 37 patients out of 40,000 had gastrointestinal
7 perforation, is that correct?
8 A. Yes.
9 Q. And of the 37 patients with rheumatoid
10 arthritis and gastrointestinal perforation, 19 were
11 on oral corticosteroids at the time, correct?
12 A. I would have to look. I don't know where
13 you get the 19, but I'm assuming that's in a table.
14 Q. Okay. Is it your understanding that the
15 author considered the fact that these rheumatoid
16 arthritis patients who are on steroids are also on
17 a immunosuppressive drugs?
18 A. Correct.
19 Q. Okay. For the patients who were on
20 corticosteroids but were not on other
21 immunosuppressive drugs, they had no increased rate
22 of gastrointestinal perforation, correct?
23 A. Sorry. Say that again. I just want to
24 make sure I understood what you said.

85

1 Q. For the patients who are on corticosteroids
2 but were not on other immunosuppressive drugs, they
3 had no increased rate of gastrointestinal
4 perforation, correct?
5 A. Yes.
6 Q. Okay. I know you stated you reviewed some
7 of the medical records in this case. You agree
8 that Mrs. Wolking was not taking other
9 immunosuppressive drugs in addition to the
10 corticosteroids correct?
11 A. Yes, that's correct.
12 Q. She also did not have any
13 previously-recognized diverticulitis, correct?
14 A. Not that I'm aware of. I don't know. I
15 didn't see her whole medical record. The point
16 with the glucocorticoids is that glucocorticoids
17 elevate risk on bowel -- GI. That was the point of
18 this study.
19 Q. Right. But they did consider about whether
20 the patients where on other immunosuppressive
21 drugs, correct?
22 A. That was the patient population, yes. For
23 this particular study they were studying rheumatoid
24 arthritis. Rheumatoid arthritis are treated with

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

86

1 immunosuppressing drugs, including glucocorticoids.
2 So the point of the study was to determine if
3 glucocorticoids elevate risk on top of or opposed
4 to other immunosuppressive drugs, and it does, and
5 that would be consistent with what we know about
6 glucocorticoids and GI Perforation risk.
7 Q. Okay.
8 A. So it is the -- it is the substance that
9 increases --
10 Q. Sorry. Doctor, Doctor, hang on. I don't
11 have another question pending.
12      MR. LAMB: If I can just lodge an
13      objection there. I think he was finishing
14      his previous question if he could just be
15      allowed to answer.
16 BY MS. KEESLER:
17 Q. Were you?
18 A. Yes, I was.
19 Q. Okay. Go ahead.
20 A. I was just saying it's the fact that the
21 glucocorticoids were the cause for the increased
22 risk. That was the point of the paper because they
23 wanted to make sure that patients being treated
24 with rheumatoid arthritis and their clinicians were

87

1 aware that using glucocorticoids elevated risk
2 beyond background risk.
3 Q. All right. Well, when they use the term
4 gastrointestinal perforation, it's not specifying
5 where the perforation is, correct?
6 A. I would have to look at that report to see
7 if they described where the perforations were. I
8 cannot recall off the top of my head.
9 Q. Do you want to look at it again?
10 A. Sure. If you show me the whole paper, they
11 might say there where these perforations were
12 located.
13 Q. Let me know if you need me to scroll down.
14 A. Yes, can you scroll down? Okay. Let's see
15 here. That's fine. This is introductions. You
16 can go down to methods. Usually they would have a
17 section here in the methods where they determined
18 eligibility to cause -- to call something a
19 perforation or not. Can you scroll down again,
20 please? And can you scroll down again here? Let's
21 see. So here it says outcome of interest of GIP.
22 GIP is gastrointestinal perforation.
23 Q. So they're talking about the entire
24 gastrointestinal area, not any specific area of

88

1 either the small intestine or colon, correct?
2 A. Correct. It looks like they're using -- it
3 was a case base, so they looked at claims to see
4 what was coded as a gastrointestinal or anywhere
5 along the gastrointestinal tract it sounds like.
6 Q. Okay. But this study does not specifically
7 state --
8 A. Sorry.
9 Q. That glucocorticoid --
10 A. Actually, I actually found it. I thing I
11 saw it scroll pass there. I saw the word duodenum.
12 Let's see. Scroll down a little bit, please. So
13 let's see here. Upper GI tract occurred in the
14 duodenum, so the duodenum is the part right above
15 the jejunum and the small intestine.
16 Q. Okay. So the upper.
17 A. So they qualified this, yes, they said it's
18 either upper GI tract, which was the small part of
19 the -- first part of the small intestine and
20 higher, and then everything else they said was the
21 lower GI tract, so that would be the jejunum all
22 the way down the rectum.
23 Q. You are stating that the remainder would
24 include the jejunum and below?

89

1 A. Yes. Correct.
2 Q. Where are you getting that?
3 A. Because it says duodenum is the delineating
4 part of the anatomy, so the duodenum --
5 Q. Where is the duodenum located?
6 A. So there is the stomach, after the stomach
7 is the duodenum, which is the first part of the
8 small intestine. Coming next after about a foot of
9 duodenum is the jejunum, which is the second part
10 of the small intestine, which is the majority of
11 the small intestine, and then at the end of that
12 would be the ilium of the small intestine, and the
13 ilium dumps into the colon, which is the large
14 intestine, and now it extends all the way down to
15 the sigmoid colon where diverticular disease is
16 seen, and then the rectum. So they clearly
17 delineated this at the duodenum as being above, and
18 everything below as being the remainder, including
19 the jejunum.
20 Q. Okay. So given that only 37 out of 40,000
21 patients had a gastrointestinal perforation, that's
22 only .09 percent, correct?
23 A. Yes. In this study, that's correct.
24 Q. Okay. You also reference an article here,

23 (Pages 86 to 89)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

90

1  I guess -- one second. I want to go back to your
2  report. Okay. You also reference an article by
3  Mpofu, I don't know how to pronounce that, titled
4  Steroids, non-steroidal Anti-inflammatory drugs and
5  sigmoid diverticular abscess perforation in
6  rheumatic conditions. Do you remember citing to
7  that article?
8  A.    Yes, it's No. 5 on the list, correct.
9  Q.    Yep. What was this study about?
10  A.    Again, you would have to show me it. I
11  just don't have these studies memory banked.
12  Q.    Well, Doctor, I reviewed the study. It
13  seemed to represent the relationship between
14  corticosteroids and sigmoid diverticular abscess
15  perforations. Do you remember that?
16        MR. LAMB: Objection to form. You
17  can answer.
18        THE WITNESS: You have to show me
19  it. I'm not -- no offense, but I want to
20  see the article before I can make any --
21  any summary statements.
22  BY MS. KEESLER:
23  Q.    Do you have the article?
24  A.    I'm looking if I pulled it down. I don't

91

1  have it pulled down. I have to pull it down. If
2  you want to wait, I can find it. I cannot hear
3  you.
4  Q.    Doctor, give me one second. I'm going to
5  stop sharing and open share my screen with you.
6  Is this the article No. 5 that you referenced in
7  your report?
8  A.    Yes, this is the article. Thank you.
9  Q.    Do you need me to scroll down to any
10  particular area to refresh your memory?
11  A.    Right here is perfect.
12  Q.    Okay. Let me make it so you can view it
13  better.
14  A.    Thank you. Okay.
15  Q.    After reviewing that, does this now refresh
16  your recollection about the study?
17  A.    Yes.
18  Q.    Okay. And so according to this article, it
19  looks they examined the relationship between
20  corticosteroids and sigmoid diverticular abscess
21  perforation, correct?
22  A.    Yes.
23  Q.    The author of this article did not look at
24  patients with small bowel perforations or small

92

1  intestine perforations, correct?
2  A.    Yes, that was not the point of this
3  article. They were looking at diverticular
4  disease.
5  Q.    Okay. Let me take this down. It looks
6  like you also cited article No. 9 as a basis for
7  your previous opinion. No. 9 is by Weiner titled
8  Sigmoid diverticular perforation in neurosurgical
9  patients receiving high dose corticosteroids. Do
10  you remember that study?
11  A.    Yes.
12  Q.    What is the -- what is the summary of that
13  study or what is that study about?
14  A.    Based on the title it looks like it's also
15  looking at diverticular disease in patients
16  receiving high dose glucocorticoids. So it's
17  specifically looking at the question of
18  diverticular disease because that's a higher risk
19  condition for developing perforation.
20  Q.    Right. But it was looking specifically at
21  sigmoid diverticular perforation, correct?
22  A.    Right. That's the end of the bowel.
23  Q.    Okay. Did all these patients -- all have
24  preexisting diverticulitis?

93

1  A.    I would have to look to see the article. I
2  don't remember off the top of my head.
3  Q.    Well, would you agree that Mrs. Wolking did
4  not have preexisting diverticulitis disease,
5  correct?
6  A.    I can't remember what that -- you had
7  mentioned I think the pathology report earlier.
8  You had read it off and something about
9  diverticular. I cannot remember what that said.
10  Q.    I'm talking about preexisting -- she didn't
11  have preexisting diverticulitis, correct?
12  A.    I don't know if she had preexisting
13  diverticulitis. I don't recall seeing
14  diverticulitis in her medical record prior to that,
15  but I can't -- so diverticulitis versus
16  diverticulosis, those can be either radiographical,
17  so an imaging study, like a CAT Scan or MRI would
18  show that or a gastroenterologist might find it on
19  a colonoscopy or a surgeon, I guess, ultimately
20  when the operative field, so I don't -- I cannot
21  remember if the surgeon or the pathology report
22  described diverticular disease.
23  Q.    Okay. This study that you cited, No. 9, it
24  does not establish any association between high

24 (Pages 90 to 93)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

94

1  dose corticosteroids and jejunal diverticular
2  perforation?
3  A.     That was not the point of the study, no.
4  The point of the study was only to look at
5  diverticular disease.  It was not looking at the
6  gastrointestinal tract in complete.
7  Q.     Are you aware of any study or article that
8  associates high dose corticosteroids causing a
9  sigmoid perforation or increase in sigmoid abscess
10  in the absence of significant diverticulitis?
11  A.     Say that again.
12  Q.     Are you aware of any study or article that
13  associates high dose corticosteroids causing a
14  sigmoid perforation or increase in sigmoid abscess
15  in the absence of significant diverticulitis?
16  A.     I don't know.  I would have -- that's a
17  very specific question.  I would have to look that
18  up to see if that is accurate.
19  Q.     Okay.  Did you explore any other causes of
20  plaintiff's small perforation in the distal
21  jejunum?
22  A.     Did I explore any other causes?  I have
23  what is in front of me as far as the medical
24  record.  The medical records is describing --

95

1  Q.     Sorry.  So you relied on the medical
2  records, correct?
3  A.     I used the medical records, yes.
4  Q.     Okay.  Are you aware of the condition
5  neutropenic enterocolitis?
6  A.     Yes.
7  Q.     What is that?
8  A.     It's when a patient has a very low
9  neutrophil count.  Neutrophils are white blood
10  cells or infection fighting cells, and when that --
11  when they have a very low neutrophil count, that
12  can lead to instability of the intestinal wall and
13  can cause translocation bacteria that usually
14  resides nicely inside the intestine to kind of seep
15  out into the bloodstream.  It's a pretty rare
16  condition.
17  Q.     Give me one second.
18  A.     But I'm not an expert in infectious
19  diseases or a gastroenterologist, so I'm aware of
20  it because of my training as an internist.
21  Q.     Okay.  Did you consider whether neutropenia
22  was the cause for plaintiff's small perforation in
23  the distal jejunum and for her sigmoid
24  inflammation?

96

1  A.     Sure.  Neutropenia is not a good thing to
2  have, so if you have neutropenia for whatever
3  reason, it's a bad sign, and it makes you more
4  susceptible to infection, more susceptible to the
5  ability to heal wounds, so it was noted as an
6  important component of her presentation to the
7  hospital on October 7th.  She was a sick person.
8  The fact that she had neutropenia kind of put an
9  exclamation points on the acuity of her condition.
10  So it would be consistent with somebody who is very
11  ill if they have neutropenia.
12  Q.     Did you consider whether it was the cause
13  for her perforation in the distal jejunum for her
14  sigmoid inflammation?
15  A.     By cause you mean it was the only thing
16  that caused her to have a perforation in the
17  jejunum.
18  Q.     That it was the most likely cause?
19  A.     No, I did not think that was the most
20  likely cause.
21  Q.     And why not?
22  A.     Because she had insanely high doses of
23  glucocorticoids on presentation.  She had all of
24  the signs and symptoms of glucocorticoid excess on

97

1  her symptoms and presentation, and she had no other
2  louder cause to explain.  The fact that she had
3  imaging consistent with peritonitis and bowel
4  perforation, so the most significant cause was
5  given the body of evidence at that time was that
6  the glucocorticoids caused this because they are
7  known to cause thinning and weakening and
8  destruction of bowel walls and --
9  Q.     Do you know what caused plaintiff's
10  neutropenia?
11  A.     There could be several things that
12  contributed to her neutropenia.  In my opinion it
13  was the fact that she came in acutely ill, and we
14  see patients that are acutely ill that can create a
15  bone marrow -- an inability for the bone marrow to
16  mount an appropriate response.  So leukopenia or
17  decreased white blood cell counts and neutropenia
18  are seen in critically ill patients like that.  So
19  that would be the most consistent cause for a
20  neutropenia.
21  Q.     I'm sorry.  What would be the most
22  consistent cause of neutropenia?
23  A.     The acute presentation, the illness, the
24  severity of her illness at that time.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

98

1  Q.    What illness is that?
2  A.    That she had a perforated bowel.
3  Q.    So you are saying her perforated bowel
4  caused her neutropenia?
5  A.    That perforated bowel was the condition
6  that led to her acute toxic state when she
7  presented on October 7th and the body's reaction to
8  this toxicity occurring was suppression of the bone
9  marrow or inability of the bone marrow to produce
10  enough neutrophils, so the neutrophil count was a
11  consequence of her perforated bowel and acute
12  state.
13  Q.    What is that based on? What is that
14  opinion based on, Doctor?
15  A.    My experience as a physician who has
16  treated people like this that have come in ill, and
17  when they're severely ill, we see bone marrow
18  suppression like this. We see the inability of the
19  bone marrow to produce white blood cells. And this
20  is as an internist we learn about these things, and
21  I have seen it many, many, many times in my
22  clinical experience.
23  Q.    Okay. Did you review all of Mrs. Wolking's
24  vitals and her neutrophil count back at the time

99

1  she was admitted at Loudoun Hospital to the time of
2  her surgery, I'm sorry, not her surgery, to the
3  time she was discharged?
4  A.    Yes.
5  Q.    One moment.
6  A.    Oh, I know what I forgot. Can I add one
7  thing, please?
8  Q.    Go ahead.
9  A.    Well, you were -- just a follow up in your
10  question about the neutropenia. So when somebody
11  has this kind of neutropenic presentation because
12  of their illness, you would expect that once you
13  address the acute disaster, you know, this
14  peritonitis, this bowel perforation surgically,
15  then you remove this suppression or inability for
16  the bone marrow to create neutrophils, and you
17  would expect what we call a rebound, so an increase
18  or recovery of the neutrophil count and the white
19  blood cell count, and that is sure enough what we
20  saw in the days after her surgery that her
21  neutrophil count started to recover, her white
22  blood cell count started to recover. So, again,
23  this is consistent with the cause being this acute
24  presentation and not some other factor.

100

1  Q.    What are you pointing to specifically?
2  What days or vital signs or counts are you
3  referring to specifically?
4  A.    Well, I know her white blood cell count in
5  the -- I would have to look it up -- was 12,000 in
6  seven or eight days after her surgery. I would
7  have to look up the specific dates. And her
8  neutrophil count had recovered above 500. So
9  usually when we call -- when we say neutropenia,
10  we're talking about a neutrophil count that falls
11  below 500. And when we talk about leukopenia, we
12  usually talk about total white blood cell counts
13  that fall below about 2500 or 3000. And her white
14  blood cell count later in her hospital course had
15  recovered to 12,000, I believe, I saw off the top
16  of my head.
17  Q.    Do you recall what date that was?
18  A.    I would have to see. Oh, boy, I would have
19  to dig through the Loudoun Hospital record. There
20  were several. It wasn't a singular finding.
21  There were several white blood cell counts that
22  were back to normal in her hospital course after
23  her surgery.
24        MR. LAMB: I know there's a table.

101

1        I don't know, Susan, if you wanted to
2        identify it. I know there's a table in
3        the medical records where it had listed
4        out her levels over several days.
5        MS. KEESLER: Yes.
6        MR. LAMB: I think that's -- one of
7        them at least is on page 81 of the Wolking
8        Lindner chart.
9        THE WITNESS: Is that called
10        Loudoun Hospital?
11        MR. LAMB: The pdf file is Lindner
12        chart is 1 to 607. It's page 81 of that.
13  BY MS. KEESLER:
14  Q.    I'm going to share my screen with you. See
15  if this refreshes your memory, Dr. Williams.
16  A.    There you go. Thank you. So, sorry, did
17  you have a question or do you want me to dive in?
18  Q.    Yes, I wanted you to point me to where you
19  were speaking of?
20  A.    Yes. You bet. So you can see her
21  admission date was October 7, and the top line is
22  white blood cell and --
23  Q.    Yep.
24  A.    -- then that's actually an absolute count,

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

102

1  so that's 660, not .66. These are recorded as
2  thousands of white blood cells. So leukopenia or
3  low white blood cell count would be usually less
4  than two and a half thousand, so this would be
5  considered leukopenia because it's only 660. If
6  you look down at the bottom of the chart, it says
7  segmented neutrophils. That's this neutrophil or
8  neutropenia you were talking about. That's
9  actually a percentage.
10  Q.    Yep.
11  A.    That's the percentage of white blood cells
12  that are neutrophils. So on October 7, 53 percent
13  of those 660 white blood cells were neutrophils,
14  meaning only about 330 neutrophils were present,
15  and that would be consistent with neutropenia or
16  extreme neutropenia less than 500. So as you kind
17  of move across on the days, you can follow the
18  white blood cell count going from right to left and
19  the recovery looks like it's occurring slowly.
20  You know, you can see the numbers moving from .66
21  on the 7th to kind of bouncing around I would say
22  on the 8th, the 9th, the 10th, and then the 11th I
23  would say is where things start to tick upwards.
24  We're at 830. Then by the 12th things have

103

1  recovered. So we have no more leukopenia. We have
2  a normal white blood cell count of 3200. And by
3  the 13th, 87 percent of the 6000 are neutrophils,
4  so that's whatever, several thousand neutrophils,
5  well above normal range by that point. So if you
6  follow this chart, I would say somewhere around the
7  11th, 12th is when the bone marrow recovery
8  occurred, about five days after her surgery. That
9  would be consistent with what you would expect to
10  see as far as rebound from somebody who had an
11  acute illness causing suppression or impairment of
12  their bone marrow capacity. Thanks for pulling
13  that up.
14  Q.    Yep. Give me one moment. You mentioned
15  here -- sorry. Give me one second. Doctor, did
16  you review the other prescriptions, so other than
17  the corticoid, the glucocorticoids, did you review
18  the other prescriptions that Mrs. Wolking was
19  taking leading up to her hospitalization on October
20  4th, 2022?
21  A.    Yes.
22  Q.    Okay. And --
23  A.    Can I qualify that?
24  Q.    Sure.

104

1  A.    Just because you said leading to, I have no
2  idea what your window is. You mean like the month
3  or two prior?
4  Q.    Let me give you that window. Give me a
5  second. Well in your -- give me one second. In
6  your report when you had made your opinion you
7  talked about -- you talked about the length of time
8  in which plaintiff took glucocorticoids in August,
9  September, and October of 2022. So did you
10  consider the other prescriptions that plaintiff was
11  taken in the month of August, September, and
12  October leading up to her hospitalization in
13  October of 2022?
14  A.    Consider them with regard to what?
15  Q.    Well, let me ask you this. Did you review
16  them first?
17  A.    Yes.
18  Q.    What is your understanding as to what other
19  prescriptions she was taking in August and
20  September and October leading up to her
21  hospitalization in October of 2022?
22  A.    Among them were some anti-microbial
23  agents. I believe it was azithromycin, which is an
24  antibiotic, and antimalarial, and some

105

1  antimalarial. I'm trying to think what it was
2  called, Tafenoquine, or something I believe.
3  Q.    Yep.
4  A.    And I think there were some supplements
5  that I'm not familiar with that she takes. What
6  was it called? Arm C or something. I'm trying to
7  remember off the top of my head. But you can tell
8  I can't remember everything that she was taking at
9  that time. I would have to look up the record to
10  see over that span of time what specific things she
11  was taking and when she was taking them and all
12  that.
13  Q.    Okay. Well, so you stated that you were
14  aware that she was prescribed antimalarial
15  medication, including Tafenoquine prescribed by Dr.
16  Lindner, correct?
17  A.    Yes.
18  Q.    And are you aware that those were ordered
19  through and filled by a pharmacy other than TCC?
20  A.    Yes.
21  Q.    And regarding her Tafenoquine usage, are
22  you aware that on 9/23/2022 she took one
23  Tafenoquine tablet?
24  A.    I cannot recall. That detail I cannot

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

106

1   recall.
2   Q.    Okay.  Are you aware on 9/24/2022 she took
3   two Tafenoquine tablets so one day after?
4   A.    I don't know the specifics.  It sounds like
5   you are reading off something, so I can assume you
6   are reading what she took.
7   Q.    Okay.  Are you aware that on 9/25, the
8   following day, she took four Tafenoquine tablets?
9   A.    Okay.
10  Q.    On 9/26/2022 are you aware that plaintiff
11  took two Tafenoquine tablets?
12  A.    Yes.
13  Q.    Okay.  On 9/27/2022 plaintiff -- are you
14  aware she took another two Tafenoquine tablets?
15  A.    Okay.  Yes.
16  Q.    And on 9/30/2022 are you aware that she
17  took four Tafenoquine tablets and appears to
18  indicate that was about 600 milligrams?
19  A.    Yes.  I guess, that's a good point.  When
20  you say tablets, I'm -- you are leaving out the
21  dose, so I'm not sure off the top of my head what
22  different doses and tablet strengths there are for
23  Tafenoquine.
24  Q.    But we can agree that based upon what she

107

1   reported in terms of what she took in terms of
2   Tafenoquine tablets from the time period of
3   9/23/2022 and 9/30/2022 she took 15 tablets of
4   Tafenoquine, correct?
5   A.    Okay.  Do you know the milligrams of those
6   just to kind of try to quantify how much a drug
7   that actually is.
8   Q.    So I'm going to represent the total dose
9   range is estimated from 2250 to 300 milligrams.
10  A.    Okay.
11  Q.    Are you aware that an overdose of
12  Tafenoquine can cause neutropenia?
13  A.    No, I'm not aware of that.
14  Q.    Did you take that into consideration when
15  you were -- hold on.  I'm not done with the
16  question.  Did you take into consideration when you
17  reviewed her dosage and prescription history
18  leading up to the hospitalization, did you consider
19  whether the overdose of Tafenoquine could have
20  caused her neutropenia?
21  A.    I want to see your reference for that
22  statement you made about Tafenoquine and
23  neutropenia before I comment.
24  Q.    I'm asking the question.  Are you aware

108

1   that an overdose of Tafenoquine can cause
2   neutropenia?
3   A.    I'm not aware, so therefore I'm not sure if
4   that's a true statement.  It may not be a true
5   statement.
6   Q.    Did you consider whether her -- the
7   Tafenoquine she took, the 15 tablets over the seven
8   or eight-day period could have caused her
9   neutropenia?
10  A.    I considered all the medications she was
11  taking as possible components of or her
12  presentation, but in the setting of the
13  overwhelming steroid dosing and the known
14  toxicities of it, the by far the most important and
15  loudest contributing factor for her presentation
16  was not anti-microbial agents and their possible
17  connection to neutropenia, but the fact that
18  steroids do this and that she was on doses 20 to 30
19  times higher than anybody else.
20  Q.    All right.  Now, Doctor, one moment you
21  stated, Doctor, in your report that Tunkhannock or
22  rather TCC's glucocorticoids, Prednisone and
23  Dexamethasone, were the vast majority of what Mrs.
24  Wolking consumed between September 19, 2022 when

109

1   Dr. Lindner told her to escalate her doses and her
2   hospitalization based on the records that I
3   reviewed.  Do you remember making that statement?
4   A.    Yes.
5   Q.    How did you arrive at that opinion?  What
6   is that based on?
7   A.    Sorry.  Say that again then.  I'm not sure
8   I heard you right the first time.
9   Q.    Sure.  What is that opinion based on?
10  A.    Prior to that, the one statement you said
11  prior to that.
12  Q.    When I was reading back the opinion?
13  A.    Yes.
14  Q.    You state in your report TCC's
15  glucocorticoids were the vast majority of what Mrs.
16  Wolking consumed between 9/19/2022 when Dr. Lindner
17  told her to escalate her doses and the
18  hospitalization based on the records that I have
19  reviewed.
20  A.    Yes.
21  Q.    What is the basis for that opinion?
22  A.    So TCC provided the large quantity steroids
23  to Mrs. Wolking during that time, which enabled her
24  to take the amounts that Dr. Lindner prescribed.

**28 (Pages 106 to 109)**

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

110

1  If TCC had not given her those medications, she
2  would not have been able to take those doses and
3  she would not have had this problem.
4      Q.    Okay.  Are you aware that she had received
5  glucocorticoid steroids filled at other pharmacies?
6      A.    Yes, one other pharmacy.  It was called
7  Harris Teeter or something like that, and it looked
8  like about at most a third, maybe 30 percent of the
9  steroids she received in the months prior came from
10  that pharmacy during that time, but two thirds to
11  three quarters of the milligram dosing she received
12  came from TCC and not from Teeter, whatever that
13  is.
14      Q.    Okay.  Looking at your report, and I'm on
15  page 3.  Do you see that in front of you?
16      A.    Yes, I do, yes, on the screen.
17      Q.    All right.  So the glucocorticoids that you
18  are referring that TCC dispensed are referenced, it
19  looks based on this highlighted portion here
20  on page 3, correct, the August 8, 2022, the August
21  16, 2022, the September 27, 2022, and the
22  October 4, 2022 prescription, is that correct?
23      A.    Yes.  Correct.
24      Q.    Okay.  Do you recall what amounts and dates

111

1  that Harris Teeter filled and dispensed
2  glucocorticoids to Mrs. Wolking?
3      A.    From which window?  Sorry.  Let's say
4  August 8th.
5      Q.    So in August -- your opinion stated that
6  TCC's dispensing of glucocorticoids or Dr. Linder's
7  prescription orders and then filled by TCC in the
8  time frame of August, September, and October
9  leading up to her hospitalization caused her
10  injury?
11      A.    Yes.
12      Q.    So we're going to look at August,
13  September, and October.
14      A.    Okay.
15      Q.    Do you recall the amount that was dispensed
16  by Harris Teeter Pharmacy in that time frame and on
17  what date?
18      A.    Yes.
19      Q.    Did you review that information in
20  preparing your report and rendering your opinion?
21      A.    Yes.
22      Q.    Let's go over those amounts with respect to
23  Harris Teeter.  On August 7, 2022 they filled a
24  prescription for 5 milligrams or I should say 100

112

1  tablets or 100 -- 125, 120 tablets, 5 milligrams
2  each on 8/7?
3      A.    Yes.
4      Q.    So would that be a total of about 600
5  milligrams of Prednisone?
6      A.    Correct.
7      Q.    Okay.
8          MR. LAMB:  Are you reading this
9      from a document, Susan, or what records
10     are we using?
11         MS. KEESLER:  I'm reading from my
12     notes.  I'm reading this from my notes.
13     He does not have it listed in his report.
14  BY MS. KEESLER:
15      Q.    Dr. Williams, are you are that Harris
16  Teeter filled a prescription on 8/13/2022 for
17  Dexamethasone, 100 tablets, 4 milligrams each?
18      A.    Yes.
19      Q.    Okay.  The Dexamethasone, what would be the
20  Prednisone equivalent in terms of the amount if you
21  can approximate?
22      A.    You mean what is a 4 milligram pill of
23  Dexamethasone if you were to make it a Prednisone
24  pill, is that what you are saying?

113

1      Q.    Yes.  So, for example, they prescribed her,
2  I'm sorry, they dispensed her 100 tablets, 120
3  tablets, 4 milligrams each, so that would be 480
4  milligrams of Dexamethasone total, correct?
5      A.    Yes.
6      Q.    What would that be in terms of Prednisone
7  equivalent?
8      A.    About six times that number.
9      Q.    Okay.  So 480 times six we have
10  2880 milligrams approximately of Prednisone
11  equivalent?
12      A.    Yes.  You are leaving out one thing just to
13  make sure we're on the same, keep things constant,
14  when you prescribe, you prescribe the dose of the
15  pill, the milligram.
16      Q.    Right.
17      A.    You prescribe the quantity to dispense, and
18  then you prescribe the amount of time that that's
19  over, right, do you have the amount of time that's
20  over, and then usually there's a refill window
21  which is checked off, like how many refills are
22  allowed for that, so you mentioned August 7th.
23      Q.    Right now, Doctor, I'm just referring to
24  the total tablets and the milligram amounts.  We'll

29 (Pages 110 to 113)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

114

1   get to the duration later. Okay. On August 30,
2   2022, are you aware that Harris Teeter dispensed
3   Prednisone to Mrs. Wolking in the amount of 180
4   tablets, 1 milligram each?
5   A.    Yes.
6   Q.    So that would be a total of 180 milligrams
7   of Prednisone?
8   A.    Yes.
9   Q.    Okay. And then are you aware then on
10  September 26, 2022 that Harris Teeter dispensed a
11  prescription for Dexamethasone 120 tablets, 4
12  milligrams each?
13  A.    Yes.
14  Q.    Okay. So just by my calculation it would
15  be 480 milligrams of Dexamethasone total, correct?
16  A.    In that prescription, yes.
17  Q.    And then the Prednisone equivalent again
18  would be approximately 2880 milligrams, is that
19  correct?
20  A.    Correct.
21  Q.    Okay. Now, how did you make the
22  distinction -- so when you arose at your opinion
23  that the vast majority of the glucocorticoids came
24  from TCC during the time period of August,

115

1   September, and October leading up to her
2   hospitalization, how did you make the distinction
3   between the glucocorticoids filled by Harris Teeter
4   and TCC as to the potential cause for Mrs.
5   Wolking's injury?
6   A.    You didn't go over the prescriptions by
7   TCC, just so I can provide --
8   Q.    Okay. Do you still have the report in
9   front of you?
10  A.    Yes. Sorry.
11  Q.    Do you see the report in front of you?
12  A.    Yes. Yes. Yes. Yes.
13  Q.    You see the prescriptions right here?
14  A.    Got it. So you can quantify them as you
15  did for these as well. You would have
16  5000 milligrams of Prednisone. You would have 800
17  times six, 2400 milligrams of Prednisone equivalent
18  Dexamethasone, so that's, whatever, 7600
19  milligrams. You would have 400 times six, another
20  2400 milligrams. No, I think I miscounted there.
21  We're at like 10,000 milligrams now. And then the
22  last one you have another four times six, that's
23  eight times six, so that's 48, so we're about
24  15,000 milligrams of Prednisone equivalent that

116

1   came out of TCC. I don't know what your total was.
2   It sounded like it was significantly less than that
3   amount.
4   Q.    Sorry. Let me just -- I want to make sure
5   I'm doing the calculations with you correctly.
6   Okay. So August 8, 2022 as it relates to TCC's
7   prescriptions the 10 milligram Prednisone, 500
8   tablets, so that would be 5000 milligrams total
9   Prednisone, correct?
10  A.    Correct.
11  Q.    Then the August 16, 2022, so 4 milligrams
12  -- 200 tablets, 4 milligrams each that would be --
13  sorry.
14  A.    800 times six.
15  Q.    800, then we would times that by six you
16  said?
17  A.    Yes, that would be 4,800.
18  Q.    That would be 4,800.
19  A.    And then half of that.
20  Q.    So then the September 26, 100 tablets, 4
21  milligrams each, so we have 400 milligrams of
22  Dexamethasone total and then times six would be --
23  sorry.
24  A.    It's the same as the August.

117

1   Q.    2,400?
2   A.    No. No.
3   Q.    2,400.
4   A.    The August 16th and the October 4th are the
5   exact same dose, right?
6   Q.    I'm talking about September 27th?
7   A.    Yes, it would be half that dose. You are
8   right.
9   Q.    The 2,400, correct?
10  A.    Correct.
11  Q.    Prednisone equivalent?
12  A.    Correct.
13  Q.    And then the October 4th would be 4,800
14  Prednisone equivalent, correct?
15  A.    Yep. So I have a total of
16  17,000 milligrams.
17  Q.    So your -- when I asked you how do you make
18  the distinction between the glucocorticoids filled
19  by Harris Teeter and TCC as a potential cause for
20  Mrs. Wolking's injury, how are you able to
21  distinguish that? How are you able to make the
22  distinction?
23  A.    That a milligram dose --
24  Q.    Is that solely based -- sorry. Go ahead.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

118

1    A.    It's based on the milligrams that were
2    provided by TCC to her.
3    Q.    Hold on one moment.  And, Doctor, are you
4    able to eliminate what she was taking from Harris
5    Teeter as a causative or contributive factor for
6    her injury?
7    A.    I cannot eliminate it because I don't know
8    which pill bottle she might have been consuming,
9    but it looks like it was the comparative minor
10   component of milligrams prescribed.
11   Q.    Okay.  Given the amounts of Prednisone or
12   the Prednisone equivalent dispensed by Harris
13   Teeter and the amounts she was reported taking to
14   Dr. Lindner in her emails, would you agree that she
15   could take well over 100 milligrams of Prednisone a
16   day alone from the orders filled by Harris Teeter?
17        MR. LAMB:  Objection to form.  You
18        can answer.
19        THE WITNESS:  You lost me.  Can you
20        do that again?
21   BY MRS. KEESLER:
22   Q.    Sure.  So based on the amounts -- now that
23   we've gone through the amounts, right, that was
24   dispensed by Harris Teeter, okay, given those

119

1    amounts of Prednisone dispensed by Harris Teeter
2    and the amounts she reported taking to Dr. Lindner,
3    in other words, in the emails, right, she's
4    self-reporting what she's taking?
5    A.    Yes.
6    Q.    Do you agree Mrs. Wolking was taking over
7    100 milligrams of Prednisone a day alone or that
8    she could well -- she could take well over
9    100 milligrams a Prednisone a day alone from the
10   orders filled by Harris Teeter?
11   A.    Yes.
12        MR. LAMB:  Objection to form.  You
13        can answer.
14        THE WITNESS:  Yes.
15   BY MS. KEESLER:
16   Q.    Okay.  How would taking amounts above that
17   have affected Mrs. Wolking?
18   A.    Escalate risk.  So there's a dose response
19   relationship between duration of glucocorticoids
20   taken and dose of glucocorticoids.  The more you
21   take, the longer you take, the higher the doses,
22   the higher the risks, so it would just escalate the
23   risk.
24   Q.    Okay.  And it would escalate the risk by

120

1    what percentage?
2    A.    I don't know.  It would just keep going up.
3    The problem is nobody could ever -- it would be
4    hard to control and design an experiment in which
5    you could determine what the percentage of risk
6    increases per milligram of dose, but we know that
7    the higher doses of Prednisone are associated with
8    increasing risk and there's a relationship between
9    those.
10   Q.    Increasing risk where?
11   A.    Everywhere, bowel perforation, mood
12   disturbances, hypertension, diabetes risk,
13   osteoporosis, everything related to glucocorticoid
14   excess.  So the higher the dose you are taking, the
15   more you are going to start to saturate everything
16   and cause all of these effects because
17   glucocorticoids affect every component of the body.
18   Q.    Okay.  Doctor, are you aware that TCC was
19   not aware of the other prescriptions plaintiff was
20   having filled at other pharmacies?
21   A.    No, I'm not aware of that.
22   Q.    Okay.  Are you stating here today that the
23   additional glucocorticoids dispensed by TCC
24   substantially increased the risk of plaintiff's

121

1    suffering a perforation in her jejunum?
2    A.    Yes.
3    Q.    What should have been the limit before TCC
4    either questioned or refused to fill a prescription
5    by Dr. Lindner as it pertained to the
6    glucocorticoids he ordered for Mrs. Wolking?
7    A.    You mean an absolute cutoff point where
8    they should have -- as a milligram dose or a total
9    number of pills or I'm not sure I understand your
10   question.
11   Q.    However -- if you are able to answer the
12   question, however you are able to best answer the
13   question.
14   A.    So I would say that when somebody comes
15   back to a pharmacy with a prescription in close
16   proximity to a prior high dose prescription, for
17   example, on September 27th and October 4th where we
18   have, what is it, 4 milligrams, 100 pills, that
19   alone would raise a flag.  That is a massive amount
20   of Dexamethasone for a 50-day supply.  That's just
21   an incredibly -- I would never prescribe that many
22   pills to a patient in an outpatient setting.  So
23   that would raise a flag.  In fact, my pharmacy
24   would probably call me and say, Dr. Williams, did

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

122

1  you mean 10 or did you mean 100, that's how off
2  this is from normal prescribing behaviors.
3  Q.    Okay.
4  A.    And --
5  Q.    So I understand what you just stated -- go
6  ahead.
7  A.    -- then to come back one week later on
8  October 4th and to say I have another prescription
9  and it's for 4 milligrams, but this time it's 200
10  pills, I cannot even imagine a pharmacy has 200
11  milligram -- pills of Dexamethasone, let alone
12  giving it to one person knowing that they just gave
13  them an obscene amount of Dexamethasone the week
14  before, so those -- that would put me well over the
15  top. You know, if the first instance already was
16  outrageous, then that would be completely off the
17  wall.
18  Q.    Okay. So I understand your testimony
19  about, you know, the subsequent prescriptions as
20  you state in close proximity to the last
21  prescription, but are you able to quantify what
22  should have been the limit before TCC refused to
23  fill the prescription or questioned the doctor on
24  his prescription?

123

1  A.    Yes, they would question it, I would say a
2  4 milligram prescription of Dexamethasone of more
3  than 20 pills in an outpatient setting would
4  probably raise suspicion.
5  Q.    Okay. Let me ask you this, Doctor, you are
6  not aware of -- Doctor, let me ask you this. You
7  are not aware of Mrs. Wolking's disease severity
8  level during this time period as it relates to her
9  Babesiosis?
10         MR. LAMB: Objection to form.
11         Objection to form. You can answer.
12         THE WITNESS: Yes, I have a
13         question about her having Babesiosis. She
14         didn't have Babesiosis, so if she doesn't
15         have Babesiosis --
16  BY MS. KEESLER:
17  Q.    Well, you are not an infectious disease
18  Doctor, correct?
19  A.    But I know Babesiosis is an acute
20  infection. There is no condition caused -- called
21  chronic Babesiosis. That does not exist. So,
22  again, this would just accelerate the anxiety that
23  somebody is being treated for something that
24  doesn't exist with a toxic medication.

124

1  Q.    Okay. Now, Doctor, what dose of
2  glucocorticoids in terms of Prednisone is enough to
3  increase the rate of small bowel perforation?
4         MR. LAMB: Objection to form. You
5         can answer.
6         THE WITNESS: That's unknown. It
7         varies from person to person and condition
8         to condition and duration of the disease
9         and a whole host of factors.
10  BY MS. KEESLER:
11  Q.    Okay. What is the minimum dose of
12  glucocorticoids in terms of Prednisone that can
13  increase the rate of perforation?
14  A.    Again, same --
15         MR. LAMB: Objection to form. You
16         can answer.
17         THE WITNESS: Same answer.
18  BY MS. KEESLER:
19  Q.    Unknown?
20  A.    Impossible to determine. It depends on too
21  many variables to pinpoint a dose like that.
22  Q.    Can you estimate how many --
23  A.    It's why we choose -- we know that the
24  standard of care is to find the lowest effective

125

1  dose of glucocorticoids because of all of these
2  risks. There are unknown risks of when that
3  perforation might occur, at what dose, at what
4  duration in which person, therefore, we minimize
5  the prescribing of the dose, duration of these
6  medications, and we make sure that the diagnosis in
7  which you are prescribing it matches that risk.
8  If there is no disease process in place, then there
9  would be absolutely no reason you would prescribe
10  glucocorticoids. They're just that toxic.
11  Q.    Doctor, are you able to estimate how much a
12  person's rate of gastrointestinal perforation
13  increases by milligrams of Prednisone per day?
14         MR. LAMB: Objection to form. You
15         can answer.
16         THE WITNESS: Yes. Same answer.
17         There is no way to pinpoint that.
18  BY MS. KEESLER:
19  Q.    Okay. You've opined that Mrs. Wolking's
20  gastrointestinal perforation was caused by the
21  glucocorticoids, correct?
22  A.    Correct.
23  Q.    How much did Mrs. Wolking's use of
24  glucocorticoids increased her chances for

**32 (Pages 122 to 125)**

126

1  gastrointestinal perforation?
2  A.    Substantially.
3  Q.    Are you able to quantify it by percentage?
4  A.    Far more than 50 percent.
5  Q.    Are you able to cite any articles or
6  studies that support that opinion that her use of
7  glucocorticoids increased her chance for her
8  jejunum perforation?
9  A.    You and I went over one of them.  No. 4 was
10 one of them.
11 Q.    You are saying that that study supports it?
12 A.    That study supported that increased risk of
13 lower intestine, defined as lower than duodenum,
14 which includes the jejunum, that would be an
15 example of one.
16 Q.    Okay.  You would agree though it did not
17 specifically speak to jejunum perforations,
18 correct?
19 A.    It didn't specifically speak to jejunum
20 perforation, but this is well-known that
21 glucocorticoids doses at high doses and duration
22 have an increased risk of gastrointestinal
23 perforation.
24 Q.    If glucocorticoids increased the chances of

127

1  gastrointestinal perforation, do you agree they're
2  must be some type of dose dependency?
3  A.    Yes, that's why I said that, as the dose
4  goes up, the risks increase, as the duration of
5  dosing goes up, the risks increase, but we don't
6  have absolute numbers that you can nail down to an
7  individual person.
8  Q.    Okay.
9  A.    Fortunately, fortunately, it's well-known
10 that these risks exist, so we don't encounter this
11 problem that much.  That's a good thing because we
12 keep the doses much, much, much lower than the
13 thousands of milligrams per day that were consumed
14 here.  Just to put it context, this is 20 to 30
15 times higher than anything I would normally
16 prescribe, so it's going to be very hard to find
17 cases where people have thousands and thousands of
18 milligrams in an undiseased population where she
19 does not have a treatable medical condition for
20 this.
21 Q.    Give me one second.  I'm going to stop
22 sharing my screen so I can see you.  Okay.  If a
23 person takes 1 milligram of Prednisone per day, is
24 that person's chance for gastrointestinal

128

1  perforation increased and, if so, by how much?
2  A.    For one day, no, because remember 1
3  milligram is physiologic.  It's not a pharmacologic
4  dose.
5  Q.    Okay.  So you indicate for one day, no.  So
6  how many days would it take for that rate -- for
7  them to be at increased risk?
8  A.    It's continuum, so the risk --
9  Q.    What does that mean?
10 A.    The risk will start to rise as a percentage
11 with the dose and the amount of time.  So if you
12 are at larger doses, then you accelerate that risk
13 in a shorter amount of time.  If you are on lower
14 doses, then it will take you longer time at that
15 dose to meet that risk.  If you have high dose and
16 long time, then you are going to make it even
17 riskier, so this is a continuum of risk.
18 Q.    Give me one moment.
19 A.    It's like driving a car.  You can probably
20 die in a car accident at one mile per hour but
21 you're more likely to die in a car accident if you
22 are going 3000 miles per hour.
23 Q.    So is it your opinion that the higher the
24 daily Prednisone use, the greater a person's chance

129

1  of jejunum perforation?
2  A.    Yes.
3  Q.    Is there a Prednisone dose above which the
4  rate of gastrointestinal perforation does not
5  increase, in other words, it levels off?
6  A.    No.
7  Q.    No, it does not level off?
8  A.    No, it's a continuum, so the risk will keep
9  going up and up and up the higher and higher the
10 dose goes.
11 Q.    Is -- so no threshold exists?
12 A.    You are not talking about threshold, you
13 are talking about ceiling it sounds like.
14 Q.    Okay.
15 A.    So I would argue there's -- I would say
16 there's no known ceiling for that risk.
17 Q.    Okay. What dose of glucocorticoids in terms
18 of Prednisone would Mrs. Wolking max out on?  In
19 other words, what is the maximum dosage that the
20 rate for increased risk for jejunum perforation
21 levels off if at all?
22 A.    It does not level off at all.
23 Q.    So are you saying that -- well, actually
24 give me one second.  Like let's say, for example, a

JONATHAN WILLIAMS, M.D.

---

130

1  patient -- well, let me ask you this. If a patient
2  is taking 125 milligrams of Prednisone, okay, would
3  you say that that amount would increase her risk of
4  gastrointestinal perforation?
5  A.    Yes.
6  Q.    Okay. By what percent?
7  A.    It's a continuum. Nobody knows that.
8  It's above zero, above zero.
9  Q.    All right. Now, let's say that same
10 patient begins to take more Prednisone, so let's
11 500 milligrams or more. Are you saying that that
12 increased dosage would increase the rate of
13 perforation?
14 A.    Increase the risk of perforation, yes.
15 Q.    Okay. By what percent?
16 A.    Greater than the 125 milligram dose.
17 Q.    Greater than the what?
18 A.    Greater than the 125 milligram dose that
19 they were on prior.
20 Q.    But you are not able to quantify it,
21 correct?
22 A.    No, I can quantify it saying that it's
23 greater than, numerically than the risk at the 125
24 milligram dose.

---

131

1  Q.    Okay. What is the basis for your opinion
2  on that -- are there any studies to support that?
3  A.    Yes, there's lots of -- there are studies
4  that support a relationship between dose of
5  glucocorticoids and duration of glucocorticoid use
6  and elevated risk of taking them.
7  Q.    Which studies support that?
8  A.    I would have to look them up. This is
9  based on my experience and education as an
10 endocrinologist. I teach this to Harvard medical
11 school students and fellows in endocrinology in
12 Boston for years. These are very well-established
13 and known practices for decades now.
14 Q.    Okay. Give me one second. In your report,
15 Doctor, you talk about -- you talk about steroid
16 myopathy. Do you remember?
17 A.    Yes, I do.
18 Q.    You didn't review Mrs. Wolking's
19 deposition, correct?
20 A.    Not that I recall, no. I remember her
21 talking about steroid myopathy or symptoms
22 consistent with steroid myopathy in her email
23 communications to Dr. Lindner.
24 Q.    Okay. Are you aware that he testified --

---

132

1  A.    And I saw subsequent medical records after
2  this hospitalization where she is continuing to
3  work with a physical therapist to address her
4  steroid myopathy and that was, I believe, in two
5  endocrinology notes whom she saw. I just can't
6  remember their names off the top of my head.
7  Q.    Okay. Is it your understanding that she's
8  continued to take steroids from the time Dr.
9  Lindner prescribed them until currently?
10 A.    Yes, unfortunately, and that would be as we
11 would worry because her adrenal glands probably
12 don't work anymore. She's on, I believe, 2 and a
13 half milligrams of Prednisone a day, I think, last
14 I saw, which again is where you would want her to
15 be because that's in the physiologic normal range
16 and certainly much less than the thousands of
17 milligrams she was on before.
18 Q.    What would be the effects, though, if she
19 was taking well above 2 milligrams or 2 and half
20 milligrams of Prednisone?
21 A.    Sorry. Say that again.
22 Q.    What would be the effect if she was taking
23 well over 2.5 milligrams of Prednisone a day
24 currently?

---

133

1  A.    Can you quantify what you mean by well
2  over?
3  Q.    Okay. 45 milligrams of glucocorticoids a
4  day.
5  A.    For how long?
6  Q.    Every day.
7  A.    Like beginning today for the next week or
8  for the last two years at 45 milligrams a day?
9  Q.    Let's say for at least -- let's say the
10 last year and a half.
11 A.    So 45 milligrams daily for a year and a
12 half?
13 Q.    Correct.
14 A.    Yes, it's going to put her at increased
15 risk of everything we've been talking about; bone
16 disease, heart disease, diabetes, high blood
17 pressure, heart failure, weight gain, mood
18 disturbances, osteoporosis, cataract, myopathy,
19 everything.
20 Q.    Okay. So that would include myopathy. Are
21 you aware at her deposition she reports taking
22 45 milligrams of glucocorticoid steroids per day?
23        MR. LAMB: Objection to form.
24        THE WITNESS: I don't know, I'm not

---

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

134

1      aware, and I don't know the timing of that
2      when that was, how long that was, what
3      period of time.
4  BY MS. KEESLER:
5      Q.    Would that information have been helpful to
6  you in preparing your report?
7      A.    With regard to what?
8            MR. LAMB: Objection to form on
9      that one as well. You can answer.
10 BY MS. KEESLER:
11     Q.    Any parts of your report or your causation
12 opinions with respect to the glucocorticoids
13 causing any of her injuries that you indicated were
14 lists in Paragraph 76 of her Complaint?
15     A.    No because that's a different time
16 sequence. We were talking about causation leading
17 up to October 7th. It sounds like you are talking
18 about consequence care.
19     Q.    But what about consequence -- so what about
20 the consequence? So with respect to her steroid
21 myopathy, would it be helpful to know that
22 information --
23           MR. LAMB: Objection. Objection to
24     form again. You can answer.

135

1  BY MS. KEESLER:
2      Q.    With regard to her steroid myopathy?
3      A.    Yes, so if she's continuing to take high
4  dose steroids, that will make it more difficult for
5  her to recover from a steroid myopathy.
6      Q.    Okay.
7      A.    And that she will require physical therapy
8  to help with that.
9      Q.    Okay. You opined that TCC enabled
10 continuing physical and emotional harm to Mrs.
11 Wolking. Do you remember making that statement?
12     A.    If you are reading it, then, yes, I wrote
13 it. I'm just trying to find it.
14     Q.    What's the basis for that opinion?
15     A.    The email communications between -- wait.
16 Which of those components? You said emotional and
17 what was the other one?
18     Q.    You opined TCC enabled continuing physical
19 and emotional harm to Mrs. Wolking.
20     A.    Yes. Your question is?
21     Q.    Yes. What is your basis for that opinion?
22     A.    Because she would not have consumed the
23 glucocorticoids without TCC providing them to her.
24     Q.    In your report, Doctor, it looks like you

136

1      weigh out some additional opinions that, as a
2  result of her prior excessive steroid consumption,
3  that plaintiff -- and we already covered steroid
4  myopathy, but plaintiff has a lifelong risk for
5  developing osteoporosis. Do you remember stating
6  that?
7      A.    Yes, I remember that. I'm trying to pull
8  it up, but yes.
9      Q.    What is the basis for that opinion?
10     A.    There's a relationship between milligrams
11 of glucocorticoids used in excess and duration of
12 therapy and increased risk or developing
13 osteoporosis.
14     Q.    Is there any specific study that supports
15 that opinion?
16     A.    There probably are a couple hundred of
17 them.
18     Q.    Are you able to list any of them?
19     A.    No. Not by memory, no, but I can get them
20 to you if you would like. Happy to do so. Again,
21 this is based on my experience, practice, and
22 education, and I teach these things to
23 endocrinologists, practitioners. There is a
24 well-established risk between glucocorticoids and

137

1  development of osteoporosis, been known for
2  decades.
3      Q.    Are you able to estimate by what percentage
4  her risk for osteoporosis increased due to her
5  prior steroid consumption as you opined?
6      A.    Far more than 50 percent increased risk of
7  developing osteoporosis because of her steroid use
8  prior to entering the hospital.
9      Q.    Is that supported by any specific study?
10     A.    There will be lots of studies that support
11 that, but I would have to pull them up, but this is
12 based on my experience in treating many, many
13 patients with both glucocorticoid use and
14 osteoporosis. As an endocrinologist, that's what
15 we treat, osteoporosis.
16     Q.    Okay. But you are not aware of her current
17 -- I don't even know what it's called.
18     A.    I do.
19     Q.    Okay. Go ahead.
20     A.    Her bone density. I'm not aware of her
21 bone density. Maybe there's a bone density study
22 there, but I don't know. Has she had any
23 fractures, I don't recall if she's had any
24 fractures, bone fractures. I don't know.

35 (Pages 134 to 137)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

138

1    Q.    Okay. You also opined that as a result of
2  her prior excessive steroid consumption that she is
3  at increased risk for early cataract formation.
4  Do you remember that statement?
5    A.    Yes.
6    Q.    What is that opinion based on?
7    A.    It's the same thing as the osteoporosis,
8  that there is decades and decades of literature
9  describing the relationship between glucocorticoid
10  dosages, duration, and risk for developing
11  cataract. I teach this, and there are hundreds and
12  hundreds of studies reporting this for decades and
13  --
14    Q.    Are you able to site any of these studies?
15    A.    Not off of top of my head, but any textbook
16  on endocrinology practice will describe these
17  things with a long list of citations. These are
18  not --
19    Q.    Are you able to estimate -- are you able to
20  estimate by what percentage that Mrs. Wolking is at
21  risk for early cataract formation?
22    A.    Above 50 percent. It has increased her
23  risk by for than 50 percent for developing those
24  because of the steroids she's been on.

139

1    Q.    Are you aware of plaintiff's, I guess, her
2  eye health or her -- whether she has cataract?
3    A.    I don't know. I don't know if she does or
4  if she's had eye care to evaluate that, yes. She's
5  60 --
6    Q.    Are you aware --
7    A.    Excuse me.
8    Q.    Are you aware if plaintiffs had any
9  preexisting issues with her eyes?
10    A.    I'm not aware of any, no, off the top of my
11  head. I would have to review her medical record to
12  see if there was something preexisting.
13    Q.    Okay. You also mentioned that plaintiff is
14  at increased risk for overall reduced mortality as
15  a result of prior excessive steroid consumption.
16  Do you remember making that statement?
17    A.    Yes.
18    Q.    What is that opinion based on?
19    A.    The same thing. We know that -- this is
20  one of the many reasons why glucocorticoids are
21  used in the minimum -- lowest effective dose
22  because they are known to impact mortality, so
23  there are lots of studies that show that excessive
24  glucocorticoid use shortens your life span, and

140

1  it's been known for a very long time, and I've seen
2  it in my patients that I treat, and there are lots
3  of studies that describe this association. No, I
4  don't have them off the top of my head but I can
5  find them, and, yes, unfortunately her risk is
6  increased now, her mortality is impacted because of
7  this.
8    Q.    The mortality rate, what factor is that
9  based on? Is that based on any preexisting
10  conditions?
11    A.    It's modified by preexisting conditions, so
12  mortality in anybody is modified by what other
13  conditions they might have. If somebody has high
14  blood pressure, that reduces their mortality. If
15  they then also have glucocorticoids with high blood
16  pressure, then you have a combined mortality
17  effect.
18    Q.    Okay. Are you aware of plaintiff's
19  previous medical history or any preexisting
20  conditions she had?
21    A.    I know she's had -- she has May-Thurner's
22  syndrome, I believe, she was diagnosed with, which
23  is a -- I believe it lowers her threshold for
24  developing blood clots, so my guess is that could

141

1  impact her mortality in addition to her steroids.
2  Other than that, I would have to pull out her chart
3  and see what other conditions she might have that
4  modify her risk.
5    Q.    Sure. Are you aware of other preexisting
6  conditions that might impact an individual's
7  mortality rate other than the one that you just
8  described?
9    A.    Sorry. You said in individuals, like a
10  hypothetical or her?
11    Q.    Yes, a hypothetical. Are you aware of
12  certain preexisting conditions that might affect an
13  individual's mortality rate?
14    A.    Sure. Yes, it would be the condition for
15  what is being treated. So glucocorticoids are used
16  to treat medical conditions, so the medical
17  conditions for which you are treating is likely
18  itself to affect your mortality, and the
19  glucocorticoids on top of that could accelerate it.
20  And, again, it speaks to why we want to find the
21  lowest effective does and only use them when you
22  are treating something in which there's enough
23  science to justify that risk.
24    Q.    Okay. Give me one moment. Are you able to

**36 (Pages 138 to 141)**

142

1  estimate by what percentage Mrs. Wolking is at
2  increased risk for reduced mortality due to her
3  prior steroid consumption?
4     A.    It's greater than somebody else's risk who
5  would not have been exposed to the glucose.  I
6  can't think of an absolute number I could give you
7  that would say that she's at X percent risk of
8  dying at a younger age than she should have.
9     Q.    Are you able to estimate what you believe
10 Mrs. Wolking's estimated mortality is?
11    A.    No, I cannot estimate what her individual
12 mortality is.  You mean, at what year she will die,
13 no, I can't answer that.
14    Q.    Correct.
15    A.    I can't estimate that.
16    Q.    What is the average lifespan of a female?
17    A.    Keep going.  In the United States?
18    Q.    Given Mrs. Wolking's current age?
19    A.    With no medical background, with a healthy
20 normal --
21    Q.    Correct.
22    A.    It was already 60 whatever she is years old
23 in the United States in her area of the country and
24 exposures and everything, probably 83, 85-ish, I'm

143

1  guessing.  I don't know.  Something like that.  I
2  would have to look that up.  There are calculators
3  and actuaries that do these things, but you would
4  have to calculate that out if you want a better
5  estimate.
6     Q.    Okay.  And you also stated in your report
7  that Mrs. Wolking had increased risk for, I'm
8  sorry, there's increased cardiovascular risk for
9  plaintiff based on her prior corticosteroid use.
10 What is that opinion based on?
11    A.    Same, that glucocorticoids accelerate
12 cardiovascular disease.  That's well-known, been
13 known for decades.  Lots of literature on this.  I
14 have seen it in my patients.  I teach it to my
15 students and fellows and training.  It's why we
16 keep the dose as low as possible.  One of the many
17 reasons why.
18    Q.    Are you able to city any specific study
19 that supports that opinion?
20    A.    Not off the top of my head, but it's in
21 every you name it endocrine textbook, it's going to
22 be in there under glucocorticoids.
23    Q.    Are you able to estimate by what percentage
24 she's at increased risk for cardiovascular issues

144

1  due to her prior steroid consumption?
2     A.    It's certainly above it would be if she had
3  not consumed these doses of glucocorticoids.  I
4  cannot give an exact number.  It's going to be
5  above what you would see otherwise.
6     Q.    Okay.
7     A.    And there are calculators that figure these
8  things out.
9     Q.    Are you aware as to whether Mrs. Wolking
10 had any preexisting cardiovascular issues?
11    A.    She had a deep venous thrombosis.  So if
12 we're going to call that a cardiovascular issue,
13 then she had a history of deep venous thrombosis,
14 one of which probably was exacerbated by the use of
15 glucocorticoids.
16    Q.    Where are you getting that?  What is that
17 based on?
18    A.    That's known, same.  There's a risk of --
19 elevated risk of thrombophlebitis or increase in
20 blood clotting from glucocorticoids.  It's been
21 known for a long time.
22    Q.    Do you know what the cause was of her deep
23 vein thrombosis?
24    A.    I know she has this May-Thurner's Syndrome,

145

1  which increases her risk for developing blood
2  clots, so it's possible that that might have been a
3  pre-condition for her developing blood clots, but
4  again as a practitioner, if you are aware of that,
5  you would be very cautious in prescribing
6  glucocorticoids because you certainly would not
7  want to stir the hornet's nest and make her more
8  susceptible to developing deep venous clots.
9     Q.    Okay.  I just want to clarify.  You didn't
10 have any of plaintiff's primary care records,
11 correct?
12    A.    I don't know if I have -- whatever is on
13 that list is what I have so.
14    Q.    You are not aware of her medical -- go
15 ahead.
16    A.    No.  Whatever is on that list is what I
17 have, so I cannot remember if those contain
18 components of primary care and other specialists
19 here and there because they're kind of mushed
20 together, several of them.
21    Q.    Okay.  So you are not -- you are not aware
22 of her medical history prior to 2013; correct?
23    A.    Probably 2013 whomever she would have
24 seen at that time would have taken a past medical

JONATHAN WILLIAMS, M.D.

146

1  history and included that in their report.  So as
2  far as that goes, I imagine, unless she had zero
3  medical history at 2013, but usually when we have
4  an intake with a new patient, we would review that
5  person's prior medical history up to that date and
6  write down what their prior medical history is so.
7  Q.    Have you seen any medical records -- any of
8  plaintiff's medical records from prior to 2013?
9  A.    I would have to look.  I can't remember the
10  dates.  There was a lot of medical records.  It's
11  possible, but I just don't know off the top of my
12  head 2013.
13  Q.    But as you sit here today, you are not
14  aware of her medical history prior to 2013,
15  correct?
16  A.    I don't know if I can say I'm unaware of
17  it.  I would be afraid I might find myself saying
18  oops, I forgot about that because there's a lot of
19  medical records.
20  Q.    Okay.  Well, other than the deep vein
21  thrombosis and than, of course, this Loudoun
22  Hospital admission for the perforation, are you
23  aware of any other -- of her medical history?
24  A.    Well, yes, the deep venous thrombosis

147

1  occurred in July of 2022 is what I'm referring to,
2  so I don't know if you are referring to back to
3  something else prior to that, but I was referring
4  to the blood clot in July of 2022 a couple months
5  prior to her going to the hospital.
6  Q.    Okay.  You are aware of her hormone
7  restoration therapy that began in 2013 under Dr.
8  Lindner?
9  A.    Yes, I saw some of that, yes.
10  Q.    Okay.  So are you aware of anything before
11  that time period, 2013?
12  A.    Only if when I pull up Dr. Lindner's notes
13  again he referred to older history stuff.  I would
14  have to look at those notes to see if he commented,
15  and then I cannot remember given the extent of
16  medical records provided to me whether I saw
17  anything prior to 2013.  I would have to look.
18  Q.    Okay.  But if you had any, if you saw
19  something of relevance, you would have put it in
20  your report?
21  A.    Probably, yes.  That's fair, yes.
22  Q.    Okay.  Are you able to -- you also stated
23  in your report, sorry, that plaintiff has chronic
24  adrenal insufficiency as a result of prior

148

1  excessive steroid consumption, is that correct?
2  A.    Correct.
3  Q.    What is that opinion based on?
4  A.    The fact that she's still required a
5  maintenance dose of steroids.  I believe one or two
6  of her endocrinologists had attempted to taper her
7  glucocorticoids or Prednisone to off, and she --
8  they were unable to, meaning, she could not make
9  corticosteroids on her own, so they had to restart
10  those maintenance dose steroids, and that was
11  despite, you know, attempts to wean her from them.
12  So that would be consistent with somebody two years
13  out almost as having a reduced chance of recovering
14  her adrenal gland function, so I would agree with
15  that one.
16  Q.    Okay.  But you didn't examine Mrs. Wolking,
17  correct?
18  A.    No, I did not examine Mrs. Wolking, no.
19  Q.    You are relying wholly on what was
20  communicated in terms of that she's continuing to
21  take glucocorticoid steroids, correct?
22  A.    I'm relying on an endocrinologist who
23  stated that they found that she requires them and
24  this is what endocrinologists do.  They determine

149

1  whether people have proper adrenal gland function.
2  They're testing that's done to figure that out, and
3  they determined as experts in that field that she
4  requires maintenance dose and she can't recover her
5  adrenal glands.
6  Q.    Okay.  Doctor, have you ever -- are you
7  aware or have you ever heard of dosing of
8  corticosteroids or glucocorticoids with a 1
9  milligram per 1 kilogram of the patient's weight?
10  A.    Yes.
11  Q.    Can you tell me a little bit about that?
12  A.    It's usually for certain conditions,
13  certain approved medical conditions that have
14  substantial diagnostic and management evidence that
15  doing that type of regimen is going to improve
16  their clinical care.  So we call it migs per kig or
17  1 milligram per kilogram dosing might be used in
18  the hospital setting for treatment of solid organ
19  transplant rejection or for treatment of kidney
20  disease due to an inflammatory or autoimmune
21  process.  So a migs per kig might be the average
22  persons about 75 to 100 kilograms.  That would mean
23  75 milligrams to 100 milligrams of Prednisone or
24  Methylprednisolone, so those would be high doses of

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

150

1  steroids, but in the context of what we're
2  discussing in this case, still an order of
3  magnitude less than what she was receiving.
4  Q.    So if someone, and I'm trying to follow you
5  here, though, but if somebody is, I guess, is it
6  the greater the weight essentially the higher of
7  dosage that person might be given or can tolerate
8  or would be effective?
9  A.    Effective.
10 Q.    Okay.
11 A.    So, again, the migs per kig dosing is to
12 treat in a tailored fashion how many milligrams has
13 been shown by substantial medical evidence to
14 improve the condition of individuals.  The reason
15 why migs per kig dosing was even created was
16 because of glucocorticoid toxicity.  We knew giving
17 excessive amounts to people that weighed
18 50 kilograms was harmful to them, so they began
19 studies to try to reduce the dose as low as
20 possible, and that's where mig/kig dosing came out
21 or is one of the reasons why migs per kig dosing or
22 weight-based dosing came out to try to reduce that
23 risk.
24        VIDEO TECHNICIAN:  Time is now

151

1        2:39.  Going off video record.
2        (At this time, a short recess was
3  taken.)
4        VIDEO TECHNICIAN:  Time is now
5  2:44.  We're back on video record.
6        MS. KEESLER:  Thank you, Dr.
7  Williams.  I don't have anything further,
8  but your counsel may.
9        THE WITNESS:  You're welcome.
10 BY MR. LAMB:
11 Q.    Yep.  Just a few questions.  Let's start
12 with counsel for Tunkhannock asked you about Stacey
13 Wolking's deposition testimony and her daily intake
14 of corticosteroids presently, so I want to show you
15 what I think was being asked about.  Just give me
16 one second.  Do you see this transcript page?
17 A.    Yes, I do.
18 Q.    And I'll represent to you this is the
19 deposition of Stacey Wolking in this case taken
20 earlier this year.  There's a question here in
21 which she answers I have not stopped taking
22 steroids at all, and then we scroll down, and she
23 says I'm blanking on whether it's Hydrocortisone or
24 Prednisone, and then counsel asked how often do you

152

1  take whatever it is, generally three times a day.
2  Now, this is where we get into the amounts.  Stacey
3  says the morning is 20 milligrams and at 2:00 it's
4  15 milligrams.
5  A.    Yes.
6  Q.    And at 9:00 it's 10 milligrams.
7  A.    Yes.
8  Q.    Before we get there, is there a common
9  conversion ratio between Prednisone and
10 Hydrocortisone with the way there is between Pred
11 and Dex?
12 A.    Yes, it's about four to one, five to
13 one-ish, four and a half --
14 Q.    Okay.
15 A.    -- to one.
16 Q.    So if this 20 milligrams is Hydrocortisone
17 as you stated, what would that be in Prednisone?
18 A.    Two or three or four-ish maybe, four
19 milligrams maybe, something like that, four and a
20 half.
21 Q.    Okay.  So that would reduce this daily
22 regimen to something more like -- something less
23 than 10 milligrams of day of Prednisone?
24 A.    Yes.  So Hydrocortisone, unlike Prednisone,

153

1  Prednisone is usually dosed once a day.
2  Dexamethasone is usually dosed once a day.
3  Hydrocortisone is more normal, so we dose it twice
4  a day.  It's dosed at a higher dose in the morning
5  and then generally half that dose in the afternoon.
6  That's why I believe that's a Hydrocortisone
7  prescription and not a Prednisone prescription.  We
8  wouldn't dose Prednisone that way.
9  Q.    And if her pharmacy records show she was
10 continuing to be dispensed Hydrocortisone and not
11 Prednisone, would that also support your
12 conclusion?
13 A.    Yes, that would make sense and that's the
14 preferred way for treating adrenal hormone
15 maintenance.  Usually we don't like to use
16 Prednisone.  It's not physiologically normal as
17 compared to Hydrocortisone.
18 Q.    I want to show you something from your
19 report here.  Counsel asked you about this sentence
20 where you say it's evident that the Tunkhannock
21 Compounding Center's glucocorticoids were the vast
22 majority of what Mrs. Wolking consumed during this
23 time period.  Fair to say you are talking about the
24 vast majority of corticosteroids in this sentence,

JONATHAN WILLIAMS, M.D.

154

1  correct?
2  A.    Glucocorticoids.
3  Q.    Glucocorticoids as opposed to all of the
4  medications that she was taking?
5  A.    Right.  Yes.  I was talking about
6  glucocorticoids.
7  Q.    Okay.  And so you and counsel discussed
8  some numbers of what Mrs. Wolking was taking from
9  Harris Teeter versus Tunkhannock Compounding
10 Center.  Do you remember agreeing with counsel that
11 the Tunkhannock Compounding Center doses or
12 prescriptions added up to about 17,000 milligrams.
13 Do you remember that 17,000 number?
14 A.    Yes, for the four prescriptions, yes.
15 Q.    Okay.  And do you remember that the Harris
16 Teeter prescriptions added up to 6,540 milligrams?
17 A.    Yes, that's what I had down.
18 Q.    So if you add those two together, do you
19 agree with me that you get --
20 A.    Oh, boy.
21 Q.    23,540 milligrams?
22 A.    Sounds right.
23 Q.    If you add 17,000 and 6,540?
24 A.    Yes.

155

1  Q.    So math is typically challenging for
2  lawyers, but if we treat that 23,540 as the
3  denominator and we want to know the percentage that
4  is represented by the 17,000 from Tunkhannock
5  Compounding Center and we just divide 17,000 over
6  23,540, would you agree with me that we get 72.2
7  percent?
8  A.    Yes, that's what I was referring to when I
9  said 70 to 75 percent of the prescribed
10 glucocorticoids were coming from TCC during that
11 time.
12 Q.    All right.  I think the last thing from me
13 is I want to look at -- I just want to look at Mrs.
14 Wolking's medical records from the hospital
15 quickly.  All right.  Do you see the operative note
16 by Kelly Sutter, October 7, 2022, 7:30 p.m.?
17 A.    Yes, I do.
18 Q.    Okay.  Let me suggest you read this whole
19 page just to yourself silently.  Let me know when
20 you are done.  I want to ask you some questions
21 about the sigmoid colon.
22 A.    Can you scroll up a touch?  I want to see
23 the top.  Thanks.  A little bit higher.  There.
24 Thanks.  Indications, I just want to see that.  Is

156

1  that the end of this or is there more below that?
2  Oh, boy.
3  Q.    After that it seems to be focused mostly on
4  the ostomy, so then let me just ask you a couple
5  questions, and you can let me know if you need to
6  read the rest of it but where it talks about the
7  inflammation was so severe that the tissue
8  dissected without even the slightest manual
9  manipulation, do you have any opinion as an expert
10 as to whether that is related to the corticosteroid
11 usage?
12 A.    Yes, I would say that would be consistent
13 with glucocorticoids steroid usage and thinning of
14 the intestinal wall --
15 Q.    Right.
16 A.    -- and friability.  They're describing this
17 fragility would be consistent with that type of
18 scenario.
19 Q.    So would these be -- would these be
20 injuries to the sigmoid colon that she's
21 describing?
22 A.    Yes.
23 Q.    Are they different than perforations?
24 A.    They could be perforations.  They could be

157

1  perforations in process.  There's no diverticular
2  disease.  They said there was no -- just read that
3  again.  Without significant diverticular disease,
4  so the diverticular disease could predispose this
5  area to having issues.  That's probably why they
6  included that specific comment to say, no, this is
7  not due to diverticular issues, but I'm not a
8  surgeon, so a lot of this would require surgical
9  expertise to kind of comment on why they described
10 something and how they describe it.
11 Q.    But from the standpoint of cause where they
12 -- where it says there were clear issues -- clear
13 areas of tissue breakdown in the sigmoid colon, is
14 your opinion that that tissue breakdown was caused
15 by the corticosteroids that Mrs. Wolking consumed?
16 A.    Yes, more likely than not.
17       MR. LAMB:  I think those are the
18    only questions that I have, and maybe
19    we'll go to Ms. DeNaples and see if she
20    has any before --
21       MS. DeNAPLES:  I have no questions.
22    Thank you, Dr. Williams.
23 BY MS. KEESLER:
24 Q.    I just have a brief follow-up.  Doctor,

JONATHAN WILLIAMS, M.D.

158

1  with respect to the sigmoid colon paragraph that
2  counsel just asked you questions, are you aware of
3  any -- are you aware of any studies that support an
4  association between high dosage glucocorticoids and
5  tissue breakdown in the sigmoid colon in the
6  absence of diverticular disease?
7  A.    Again, the specificity of that question, I
8  would have to look up the medical literature to
9  see, but I would again point to that one that we
10  described, No. 4, as an example describing
11  perforations which would include the sigmoid colon.
12  Q.    Okay.  But you are aware of no other
13  studies that speak specifically to that issue?
14  A.    I would have to look it up to address that
15  specific question that you are asking.  I would
16  have to look up the literature to see if there's
17  that specificity in the literature about sigmoid
18  segments of the colon.
19            MS. KEESLER:  Okay.  I don't have
20  anything further.  Thank you.
21            MR. LAMB:  Is that it?
22            MS. KEESLER:  Yes.
23            VIDEO TECHNICIAN:  Time is now
24  2:57.  That concludes this video

159

1        deposition.
2            (Witness excused.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

160

1        C E R T I F I C A T I O N
2
3        I, LISA PETITTA, Certified
4  Shorthand Reporter and Registered Professional
5  Reporter, do hereby certify that the foregoing is a
6  true and accurate transcript of the stenographic
7  notes taken by me in the aforementioned matter.
8
9
10
11            - - -
12
13
14
15
16
17
18
19
20
21  DATE:
22            Lisa Petitta, CSR, RPR
23
24

161

1        EXHIBIT WILLIAMS 1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

162

1            EXHIBIT WILLIAMS 2
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

163

1            EXHIBIT WILLIAMS 3
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

JONATHAN WILLIAMS, M.D.

## A

**A-S-H-L-A-N-D** 7:18
**a.m** 1:19
**abdomen** 79:14
**abdominal** 37:7 79:12
**ability** 37:16 41:23 96:5
**able** 14:2 15:16 35:23 68:23
    83:14 110:2 117:20,21
    118:4 121:11,12 122:21
    125:11 126:3,5 130:20
    136:18 137:3 138:14,19,19
    141:24 142:9 143:18,23
    147:22
**abscess** 90:5,14 91:20 94:9,14
**absence** 37:11 94:10,15 158:6
**absolute** 37:10 101:24 121:7
    127:6 142:6
**absolutely** 63:19 80:14 125:9
**abstract** 83:7
**academic** 8:19,22
**accelerate** 123:22 128:12
    141:19 143:11
**accident** 128:20,21
**accurate** 47:21 94:18 160:6
**achieve** 52:24
**Action** 1:2 4:7
**activity** 55:16,20
**actuaries** 143:3
**acuity** 96:9
**acute** 45:20 49:11 79:12
    97:23 98:6,11 99:13,23
    103:11 123:19
**acutely** 97:13,14
**add** 99:6 154:18,23
**added** 8:21 31:16 154:12,16
**addition** 85:9 141:1
**additional** 12:19 120:23
    136:1
**address** 7:5,7,9,16 27:21 58:1
    99:13 132:3 158:14
**addressed** 48:2
**adjustment** 66:13
**admission** 27:1 101:21
    146:22
**admitted** 99:1
**adrenal** 19:23 20:3 35:14,16
    35:18,22 36:5,7,8,9,12,14

36:21 37:15 38:4,7 41:15,16
41:22 42:1,8,14,21 43:1,2,7
43:13,16,19,22,24 44:1,3,7
44:8,9,18,19,20,21 45:17,17
47:5 51:17 59:19 78:15
80:12 132:11 147:24 148:14
149:1,5 153:14
**advance** 65:21
**adverse** 83:19
**affect** 35:21 40:15 42:14
    120:17 141:12,18
**aforementioned** 160:7
**afraid** 146:17
**afternoon** 4:14 153:5
**age** 142:8,18
**agents** 104:23 108:16
**ago** 25:14
**agree** 40:18 50:12,16,21
    61:18,20 73:17 85:7 93:3
    106:24 118:14 119:6 126:16
    127:1 148:14 154:19 155:6
**agreed** 34:12
**agreeing** 154:10
**ahead** 9:16 50:12 78:19 84:1
    86:19 99:8 117:24 122:6
    137:19 145:15
**al** 4:9,10
**alive** 41:19
**allowed** 26:6 86:15 113:22
**alternative** 40:2 78:5
**amount** 39:16 55:2 58:11
    64:1,15,17 65:1,10,11,12
    66:19 111:15 112:20 113:18
    113:19 114:3 116:3 121:19
    122:13 128:11,13 130:3
**amounts** 44:23 45:1 64:7,13
    65:24 66:22 109:24 110:24
    111:22 113:24 118:11,13,22
    118:23 119:1,2,16 150:17
    152:2
**anatomy** 89:4
**annual** 14:22 15:12
**answer** 6:13,19 34:5 74:2
    75:17 76:2,23 77:17 86:15
    90:17 118:18 119:13 121:11
    121:12 123:11 124:5,16,17
    125:15,16 134:9,24 142:13

**answered** 48:16 50:22
**answering** 6:4,20
**answers** 5:21 151:21
**anti-inflammatory** 37:20
    38:9 90:4
**anti-microbial** 104:22 108:16
**antibiotic** 104:24
**antimalarial** 104:24 105:1,14
**anxiety** 123:22
**anybody** 108:19 140:12
**anymore** 132:12
**Apologies** 30:19
**apologize** 36:6
**Apothecary** 1:10 2:16 4:16
**apparent** 72:1
**appears** 106:17
**apply** 80:5
**appointment** 8:22
**appointments** 8:19,24
**appropriate** 97:16
**appropriately** 52:3
**approved** 61:17 149:13
**approving** 61:6
**approximate** 14:3 112:21
**approximately** 16:3 113:10
    114:18
**April** 13:23 30:6,22 31:18
**area** 30:14 47:5 79:18 87:24
    87:24 91:10 142:23 157:5
**areas** 73:8 75:13 82:3 157:13
**argue** 129:15
**Arm** 105:6
**arose** 114:22
**arrive** 25:16,18 33:21 109:5
**arrived** 25:15 33:14,23
**arriving** 26:13 35:8
**arthritis** 37:23 46:5,24 82:10
    83:20 84:10,16 85:24,24
    86:24
**article** 82:6,11 89:24 90:2,7
    90:20,23 91:6,8,18,23 92:3
    92:6 93:1 94:7,12
**articles** 12:21 82:6 126:5
**Ashland** 7:18
**asked** 18:13,18 19:24 20:4
    21:11 22:7 23:3 24:11
    57:14 58:1 117:17 151:12

151:15,24 153:19 158:2
**asking** 5:20 25:13 32:21,23
33:7,23,24 107:24 158:15
**asleep** 44:1
**aspects** 56:14
**asserting** 68:19
**Associate** 8:22
**associated** 37:9 81:16 120:7
**associates** 94:8,13
**association** 12:21 23:10 33:4
93:24 140:3 158:4
**assume** 106:5
**assuming** 84:13
**asthma** 46:5,24 57:4
**ATTACHED** 3:11
**attempt** 5:23
**attempted** 148:6
**attempts** 148:11
**attended** 10:7
**Attending** 11:16
**attention** 63:8 66:17
**attorney** 6:18,19 20:22,23,24
**August** 59:4 104:8,11,19
110:20,20 111:4,5,8,12,23
113:22 114:1,24 116:6,11
116:24 117:4
**author** 84:15 91:23
**authored** 12:20
**autoimmune** 149:20
**available** 5:14
**Avenue** 2:10 7:8
**average** 142:16 149:21
**avoid** 6:5 63:8
**aware** 8:15 20:9 23:20 26:1
26:14 27:11 29:16,23 56:18
63:1,5 66:12 73:22 74:7,10
74:15 75:22 85:14 87:1
94:7,12 95:4,19 105:14,18
105:22 106:2,7,10,14,16
107:11,13,24 108:3 110:4
114:2,9 120:18,19,21 123:6
123:7 131:24 133:21 134:1
137:16,20 139:1,6,8,10
140:18 141:5,11 144:9
145:4,14,21 146:14,23
147:6,10 149:7 158:2,3,12
**azithromycin** 104:23

**B**

**B** 3:10
**Babesiosis** 53:17,18,21 54:2,4
62:18 123:9,13,14,15,19,21
**Bachelor's** 10:5
**back** 29:19 31:8,19 34:19
43:22 44:4,5 46:14 53:16
66:9 80:22 81:6,10 90:1
98:24 100:22 109:12 121:15
122:7 147:2 151:5
**background** 10:2 87:2
142:19
**bacteria** 95:13
**bad** 96:3
**balance** 25:10
**balancing** 52:7
**Baltimore** 21:17,18
**banked** 90:11
**Barry** 21:21
**base** 88:3
**based** 19:1 27:6 33:18 34:16
51:15 59:16 71:22 72:20
73:3 74:13 75:11 77:23
81:20 92:14 98:13,14
106:24 109:2,6,9,18 110:19
117:24 118:1,22 131:9
136:21 137:12 138:6 139:18
140:9,9 143:9,10 144:17
148:3
**basic** 35:15
**basis** 26:20 42:23 92:6
109:21 131:1 135:14,21
136:9
**Bawgus** 21:16
**began** 147:7 150:18
**beginning** 8:6 71:15 133:7
**begins** 8:4 130:10
**behalf** 4:15,20,22,23 15:18
**behaviors** 63:16 122:2
**believe** 11:23 13:16,21,24
21:1 22:1,20 24:24 26:6,11
30:22 31:18 100:15 104:23
105:2 132:4,12 140:22,23
142:9 148:5 153:6
**Benedetto** 2:14 4:19,19
**benefit** 31:4 40:16 57:12,12
**Bennett** 19:9

**Benson** 18:4
**best** 121:12
**bet** 9:11,24 80:24 101:20
**better** 71:2 91:13 143:4
**beyond** 58:3 87:2
**Bibliography** 12:10
**Bigger** 21:4
**biosynthesis** 25:8,24
**bit** 24:6 42:11 88:12 149:11
155:23
**blanking** 151:23
**blindness** 39:1
**blood** 29:1,3,6 33:19 35:20
95:9 97:17 98:19 99:19,22
100:4,12,14,21 101:22
102:2,3,11,13,18 103:2
133:16 140:14,15,24 144:20
145:1,3 147:4
**bloodstream** 95:15
**board** 9:2 11:17,22 47:22
59:18 61:4 79:23
**Bob** 2:21
**body** 35:16 37:1 39:22 41:3,4
42:20 43:12 55:14 57:10
97:5 120:17
**body's** 98:7
**bone** 38:2 97:15,15 98:8,9,17
98:19 99:16 103:7,12
133:15 137:20,21,21,24
**Boston** 7:8 10:10 131:12
**bottle** 118:8
**bottom** 102:6
**bouncing** 102:21
**bowel** 69:14 71:19 72:6,13
73:15 75:4,7 76:12,13,19
78:13,24 79:5,6,13,16,21
80:3,4 81:16,24 85:17 91:24
92:22 97:3,8 98:2,3,5,11
99:14 120:11 124:3
**bowels** 72:2 75:8,9
**boy** 8:17 100:18 154:20 156:2
**break** 6:11,14 67:13 80:21
**breakdown** 15:16 75:14
157:13,14 158:5
**breaks** 6:10,10 76:12
**Brian** 4:18
**brief** 157:24

**briefly** 10:1 34:19 47:24 57:3
57:21
**Brigham** 7:10 9:3 10:4,11,20
11:8 61:3
**bringing** 66:17
**brought** 29:21 40:4 42:4 63:7
**Bruce** 20:18
**Bryk** 4:18
**business** 4:16 7:5,7

**C**

**C** 2:1,14 4:1 70:24 105:6
160:1,1
**calculate** 143:4
**calculation** 114:14
**calculations** 116:5
**calculators** 143:2 144:7
**call** 55:15 63:4 87:18 99:17
100:9 121:24 144:12 149:16
**called** 10:8 12:1 53:21 101:9
105:2,6 110:6 123:20
137:17
**calm** 53:10
**capacity** 103:12
**caption** 23:22
**car** 128:19,20,21
**cardiovascular** 143:8,12,24
144:10,12
**care** 21:17 39:19 54:10 55:3
58:4,24 59:5,11,20 60:2,21
60:24 124:24 134:18 139:4
145:10,18 149:16
**career** 23:8 30:15 54:2,4
62:17
**case** 4:8 14:17 15:3 17:23
18:10,11,14,19 19:8,22,23
20:4,17 21:2,8,12 22:2,3,22
24:2,7 26:2,12 27:21,22
28:4,6,9 29:18,22 30:20
32:12 33:3 35:3 36:14
37:19 49:15 60:3 64:19
85:7 88:3 150:2 151:19
**cases** 15:13 17:15,18,23 23:2
25:14 44:9,15 127:17
**CAT** 93:17
**cataract** 133:18 138:3,11,21
139:2

**caught** 63:19
**Causality** 57:15
**causation** 18:19 20:5 23:3
57:17 67:24 134:11,16
**causative** 118:5
**cause** 39:1 43:12 53:2,21
57:18 68:5 72:1 77:9 81:15
81:24 86:21 87:18 95:13,22
96:12,15,18,20 97:2,4,7,19
97:22 99:23 107:12 108:1
115:4 117:19 120:16 144:22
157:11
**caused** 27:9 68:2,8,20,24
70:22,24 71:12,20 96:16
97:6,9 98:4 107:20 108:8
111:9 123:20 125:20 157:14
**causes** 76:13,15,18 77:10
94:19,22
**causing** 49:11 94:8,13 103:11
134:13
**cautious** 145:5
**CC** 70:18
**ceiling** 129:13,16
**cell** 97:17 99:19,22 100:4,12
100:14,21 101:22 102:3,18
103:2
**cells** 95:10,10 98:19 102:2,11
102:13
**cellular** 37:1 41:18
**Center** 1:11 2:16 4:17 10:21
60:3 154:10,11 155:5
**Center's** 153:21
**certain** 33:14 51:18 56:5
65:23 82:3 141:12 149:12
149:13
**certainly** 61:1 132:16 144:2
145:6
**certification** 11:21,22 79:23
**certified** 11:18 47:22 59:18
160:3
**certify** 160:5
**cetera** 33:20
**chair** 9:2 61:3
**challenging** 155:1
**chance** 126:7 127:24 128:24
148:13
**chances** 125:24 126:24

**change** 29:15
**chart** 101:8,12 102:6 103:6
141:2
**check** 32:9 54:17
**checked** 113:21
**chemical** 56:15
**Chemistry** 10:6
**choose** 124:23
**chronic** 41:21 57:3 123:21
147:23
**Ciara** 2:9 4:21
**CIPRIANI** 2:9
**Circuit** 20:19 21:18
**citations** 138:17
**cite** 83:1 126:5
**cited** 82:5,7,17 92:6 93:23
**citing** 90:6
**city** 143:18
**Civil** 1:2 4:7
**claimed** 24:4 70:7
**claiming** 68:24
**claims** 88:3
**clarify** 15:1 63:11 145:9
**clean** 6:3
**clear** 53:12 157:12,12
**clearly** 89:16
**Clinic** 19:9
**clinical** 18:15 61:9,12 62:12
98:22 149:16
**clinicians** 86:24
**close** 121:15 122:20
**closely** 61:4
**clot** 147:4
**clots** 140:24 145:2,3,8
**clotting** 144:20
**coded** 88:4
**colitis** 37:24
**colon** 73:18,24 74:9 75:9
76:10 88:1 89:13,15 155:21
156:20 157:13 158:1,5,11
158:18
**colonoscopy** 93:19
**combined** 140:16
**come** 44:4,5 98:16 122:7
**comes** 121:14
**comfort** 6:10
**coming** 89:8 155:10

commencing 1:18
comment 107:23 157:6,9
commented 147:14
common 22:12 63:10 152:8
communicated 28:23 148:20
communication 32:10
communications 32:14
131:23 135:15
comorbidities 40:14
company 24:21
comparative 118:9
compared 55:17,20 153:17
compensated 13:17
compensation 13:6,9,14
Complaint 3:15 68:7,11,16
69:20,24 70:2,22 134:14
complaints 37:7
complete 73:6 94:6
completed 10:6,12,14
completely 122:16
component 25:6 45:13 96:6
118:10 120:17
components 55:22 108:11
135:16 145:18
Compounding 1:11 2:16 4:17
60:3 153:21 154:9,11 155:5
concept 48:7
concerned 79:13
concludes 158:24
conclusion 153:12
conclusions 78:7
concurrence 79:18
condition 26:24 37:23 40:14
41:19,20 43:23 47:12 49:4
49:14 52:9 53:4,21 58:21,23
63:21 65:14,22 66:1 67:4
92:19 95:4,16 96:9 98:5
123:20 124:7,8 127:19
141:14 150:14
conditions 25:12 37:9 38:20
38:21,23 40:15 45:12,12
46:3,17,23 47:10,16 49:14
50:24 51:9,19 53:1 56:22
57:5,12 90:6 140:10,11,13
140:20 141:3,6,12,16,17
149:12,13
conduct 33:2,8,17 34:11

77:13
conducted 33:24
conference 9:7
confirm 78:1
connection 108:17
Conor 2:5 4:23 9:12
CONRAD 2:14
consequence 98:11 134:18,19
134:20
consequences 20:2
consider 85:19 95:21 96:12
104:10,14 107:18 108:6
consideration 107:14,16
considered 15:23 44:24 45:1
45:6 84:3,15 102:5 108:10
considers 42:20
consistent 76:11,11 86:5
96:10 97:3,19,22 99:23
102:15 103:9 131:22 148:12
156:12,17
consists 13:21
constant 113:13
consult 78:23 79:11
consultation 79:19
consultative 78:9
consulted 79:9,16
consulting 78:18,21 79:6
80:1
consume 59:2
consumed 59:4 108:24
109:16 127:13 135:22 144:3
153:22 157:15
consuming 71:22 118:8
consumption 26:22 71:23
81:15 136:2 137:5 138:2
139:15 142:3 144:1 148:1
contact 46:5,24 60:9
contain 145:17
contained 25:6,22 30:9
context 14:24 15:2,13 38:14
46:11 54:16 127:14 150:1
continued 132:8
continuing 132:2 135:3,10,18
148:20 153:10
continuous 71:24
continuum 128:8,17 129:8
130:7

contributed 97:12
contributing 108:15
contributive 118:5
control 120:4
controlled 40:19
controlling 70:9
controls 36:24
conversation 65:13,17,21
66:14,21
conversations 28:16,17 64:18
66:6
conversion 152:9
correct 7:12 11:9,10 12:5
14:16 15:4 18:2 19:3,4,10
19:11 20:20 21:19,22 22:13
22:16 28:20,21 29:2 30:4
31:15 33:12,15 36:17,18
40:5,20,22 43:22 44:19
46:21 47:20 48:18 49:2
53:23 54:2,14,15 55:6,7
58:10 61:9 62:8,10 64:13
65:2,9 67:5 69:5 72:14
73:18 78:2 79:7 80:16 84:7
84:11,18,22 85:4,10,11,13
85:21 87:5 88:1,2 89:1,22
89:23 90:8 91:21 92:1,21
93:5,11 95:2 105:16 107:4
110:20,22,23 112:6 113:4
114:15,19,20 116:9,10
117:9,10,12,14 123:18
125:21,22 126:18 130:21
131:19 133:13 142:14,21
145:11,22 146:15 148:1,2
148:17,21 154:1
correctly 116:5
cort 23:4
cortex 36:21
corticoid 12:22 23:10 42:13
103:17
corticosteroid 33:5 42:7
58:17 143:9 156:10
corticosteroids 47:17 84:11
84:20 85:1,10 90:14 91:20
92:9 94:1,8,13 148:9 149:8
151:14 153:24 157:15
cortisol 36:16,19,20 37:3,5,5
37:9,10,17 41:4 43:3,19

JONATHAN WILLIAMS, M.D.

168

cortisol's 36:23,24
counsel 2:6,11,16 4:12 5:2
    7:23 17:1 31:4 32:22 151:8
    151:12,24 153:19 154:7,10
    158:2
count 95:9,11 98:10,24 99:18
    99:19,21,22 100:4,8,10,14
    101:24 102:3,18 103:2
counteract 38:1
country 142:23
counts 97:17 100:2,12,21
County 20:19 22:12
couple 81:22 136:16 147:4
    156:4
course 52:6 100:14,22 146:21
court 1:1,22 4:6 5:2,3 6:6
    18:1 19:9 21:18 22:12 26:1
    26:7,9,20
Court's 26:14,19 27:11
covered 136:3
cramping 37:7
create 97:14 99:16
created 150:15
creates 60:24
critically 97:18
CSR 1:18 160:22
cultures 33:19
current 8:9,11,22,23 22:5
    137:16 142:18
currently 7:13 9:10 11:7 29:9
    29:11,12,14 132:9,24
Curriculum 3:12
cursor 46:15 54:22 57:24
cut 42:10 53:12 76:16,16
    78:19
cutoff 121:7
CV 7:22 8:4,5,6,9,13,16 9:8,9
    9:21 12:3 13:3

---

**D**

D 3:1 4:1
d/b/a 1:11 2:16
Dai'Vontay 22:11
daily 42:23 128:24 133:11
    151:13 152:21
damage 53:9
damaged 44:13,19,21

DARYL 1:6
date 8:10 13:24 14:17 16:13
    26:9 100:17 101:21 111:17
    146:5 160:21
dated 30:6
dates 68:11 100:7 110:24
    146:10
Daubert 20:10
day 13:16 36:16 41:8,9,11,17
    42:19 51:6 52:22 53:8
    56:20 57:1,6,9 58:18 61:23
    106:3,8 118:16 119:7,9
    125:13 127:13,23 128:2,5
    132:13,23 133:4,6,8,22
    152:1,23 153:1,2,4
days 14:11 43:20 57:3 58:21
    99:20 100:2,6 101:4 102:17
    103:8 128:6
death 53:14 77:9
decades 131:13 137:2 138:8,8
    138:12 143:13
decrease 53:2
decreased 97:17
deep 144:11,13,22 145:8
    146:20,24
defendant 4:15 15:20 18:7
Defendants 1:12
defense 15:18 18:5 19:13
    20:24 21:24 22:18 24:15
deficiency 37:5,10
define 51:1
defined 126:13
degree 10:5,18,23
delineated 89:17
delineating 89:3
demand 49:10
DeNAPLES 2:9 4:21,21
    157:19,21
denominator 155:3
density 137:20,21,21
depend 49:4 50:17 52:1
dependency 127:2
dependent 45:15
depends 29:14 37:4 43:23
    53:4 124:20
deponent 4:11
deposed 5:16 18:8

deposition 1:6,17 3:14 4:5,11
    5:18,20 6:9 7:20 13:11,22
    15:22,24 16:10 17:3 23:8
    26:8 31:1,22 32:2,12,18,22
    60:4 131:19 133:21 151:13
    151:19 159:1
depression 37:8
derived 14:22 15:12
dermatitis 46:5,24
dermatologist 47:20
dermatology 47:23
describe 26:11 38:17 42:16
    48:2 49:23 56:22 62:23
    138:16 140:3 157:10
described 36:11 47:24 87:7
    93:22 141:8 157:9 158:10
describing 94:24 138:9
    156:16,21 158:10
description 3:11 71:23
design 120:4
designed 56:12,15
despite 148:11
destroyed 37:16 41:16
destruction 76:10 97:8
detail 105:24
determine 78:6 86:2 120:5
    124:20 148:24
determined 87:17 149:3
develop 25:9,11 37:6
developing 26:23 92:19 136:5
    136:12 137:7 138:10,23
    140:24 145:1,3,8
development 18:17 137:1
Dex 56:5 152:11
Dexamethasone 39:10,11
    41:1,2,8 43:15,18 45:10
    49:2,4 55:5,12,22 56:12
    58:3 59:9 108:23 112:17,19
    112:23 113:4 114:11,15
    115:18 116:22 121:20
    122:11,13 123:2 153:2
diabetes 7:11 10:15 11:9
    18:12 28:4 62:12 120:12
    133:16
diagnosed 140:22
diagnoses 33:15,18,21 34:2
    77:24 79:20 80:6

diagnosis 33:4 34:2,2,10,13
  34:17 77:14 78:1,2,3,5 80:9
  125:6
diagnostic 149:14
die 37:11 53:12 128:20,21
  142:12
difference 17:20
different 9:5 40:12,13 55:12
  56:14 73:19 106:22 134:15
  156:23
difficult 135:4
dig 100:19
direct 58:5
directed 59:2
directly 28:24 61:8
disagreed 28:8
disaster 99:13
discharged 99:3
discuss 59:24
discussed 28:1 154:7
discussing 150:2
discussion 60:1 67:20
disease 38:24 39:13 40:11,13
  52:5 53:14,18,20,22 57:4
  75:15 78:22 89:15 92:4,15
  92:18 93:4,22 94:5 123:7,17
  124:8 125:8 133:16,16
  143:12 149:20 157:2,3,4
  158:6
diseases 40:12 95:19
dismissed 26:12
disorders 22:8 25:9 28:3 36:7
  37:8 38:15
dispense 61:19,22 113:17
dispensed 62:13 110:18
  111:1,15 113:2 114:2,10
  118:12,24 119:1 120:23
  153:10
dispensing 68:10 111:6
displayed 82:24
disposal 9:10
disqualified 23:15 27:23
disruption 25:23
dissected 156:8
distal 73:4 75:14 76:21 77:15
  94:20 95:23 96:13
distinct 73:18

distinction 44:17 114:22
  115:2 117:18,22
distinguish 117:21
District 1:1,1 4:6,7 18:1 19:9
disturbances 69:13 120:12
  133:18
dive 101:17
diverticular 75:15 89:15 90:5
  90:14 91:20 92:3,8,15,18,21
  93:9,22 94:1,5 157:1,3,4,7
  158:6
diverticulitis 75:24 85:13
  92:24 93:4,11,13,14,15
  94:10,15
diverticulosis 93:16
divide 155:5
divided 14:6
Division 7:10 11:8
dizziness 37:8
doctor 7:22 9:20 10:22 13:1,3
  13:6 14:2,21 16:22 25:14
  26:1,19 35:11,12 37:12 40:4
  40:18 46:2 47:7,13 49:24
  51:3 54:6 55:9,10,10,11
  56:17 58:15 59:24 60:5
  62:20 67:13,23 68:4 70:10
  71:18 72:5 75:12 77:12
  80:13 81:10 82:24 84:5
  86:10,10 90:12 91:4 98:14
  103:15 108:20,21 113:23
  118:3 120:18 122:23 123:5
  123:6,18 124:1 125:11
  131:15 135:24 149:6 157:24
document 8:1,3 16:15,22
  19:2 69:22 112:9
doing 4:16 34:23 116:5
  149:15
dosage 12:22 23:10 40:7
  48:17 50:4,5 58:19,21 66:23
  107:17 129:19 130:12 150:7
  158:4
dosages 39:5 138:10
dose 23:4 39:2,9,11,14,21,21
  40:16 41:6,24 42:1 43:5
  45:24 47:18 48:13 51:7
  52:6,8,11,17,21 53:7,13
  54:11,14,24 58:2,9,11 60:10

66:12,15,16 92:9,16 94:1,8
  94:13 106:21 107:8 113:14
  117:5,7,23 119:18,20 120:6
  120:14 121:8,16 124:1,11
  124:21 125:1,3,5 127:2,3
  128:4,11,15,15 129:3,10,17
  130:16,18,24 131:4 135:4
  139:21 143:16 148:5,10
  149:4 150:19 153:3,4,5,8
dosed 153:1,2,4
doses 38:18,19,21 39:7 40:23
  41:5,13,17 42:3,16,18 44:12
  45:1,9,22 46:4 48:6 49:18
  51:5,19 52:10,23 56:19,24
  59:1,9 71:21 81:17 96:22
  106:22 108:18 109:1,17
  110:2 119:21 120:7 126:21
  126:21 127:12 128:12,14
  144:3 149:24 154:11
dosing 50:21 51:4 54:8 55:3,5
  64:1,8,13 66:5,20 108:13
  110:11 127:5 149:7,17
  150:11,15,20,21,22
double 70:24
Downtown 21:17
Dr 4:11,22 5:13 7:4 9:17
  11:17 23:14 27:7 28:12
  31:10 32:15 34:20 38:4
  48:1 57:13 59:2,5,10 63:4
  63:17 66:10 68:8 69:22
  72:21 74:14 78:12 81:9
  101:15 105:15 109:1,16,24
  111:6 112:15 118:14 119:2
  121:5,24 131:23 132:8
  147:7,12 151:6 157:22
drafted 74:14 77:23
drafting 14:15 35:2 74:22
drawn 78:7
Drexel 10:9,24
driving 128:19
dropped 36:2
drug 66:11 107:6
drugs 61:16 84:17,21 85:2,9
  85:21 86:1,4 90:4
due 42:6 48:5 50:9 53:14
  137:4 142:2 144:1 149:20
  157:7

**duly** 5:7
**dumps** 89:13
**duodenum** 88:11,14,14 89:3
  89:4,5,7,9,17 126:13
**duration** 39:16 43:24 51:6
  114:1 119:19 124:8 125:4,5
  126:21 127:4 131:5 136:11
  138:10
**dying** 142:8
**dysfunction** 36:9,10,12

### E

**E** 2:1,1,19,19 3:1,10 4:1,1
  160:1
**earlier** 47:24 93:7 151:20
**early** 138:3,21
**education** 30:13 51:16 59:18
  131:9 136:22
**educational** 10:2
**effect** 52:23 132:22 140:17
**effective** 39:20 47:18 51:7
  52:11 53:8,13 54:11 124:24
  139:21 141:21 150:8,9
**effects** 40:3 48:10,12 120:16
  132:18
**eight** 100:6 115:23
**eight-day** 108:8
**either** 16:10,11 19:2 22:5,19
  55:1,5 58:2,10 66:14,19
  88:1,18 93:16 121:4
**Eldik** 20:18
**element** 38:16,17
**elevate** 85:17 86:3
**elevated** 87:1 131:6 144:19
**eligibility** 87:18
**eliminate** 118:4,7
**else's** 142:4
**email** 9:16 12:17 32:14
  131:22 135:15
**emails** 32:9 71:24 118:14
  119:3
**embarrassing** 22:4
**emergency** 77:9
**emotional** 135:10,16,19
**employed** 11:7,11,13
**employment** 47:6
**enabled** 109:23 135:9,18

**encounter** 127:10
**encountered** 60:11
**endocrine** 22:8 38:15 47:4
  59:13 143:21
**endocrinologist** 35:13 47:8
  51:17 59:18 131:10 137:14
  148:22
**endocrinologists** 136:23
  148:6,24
**endocrinology** 7:11 10:15
  11:9,16,23 35:24 36:3
  131:11 132:5 138:16
**energy** 35:20
**engage** 60:1
**entailed** 78:23
**entering** 137:8
**enterocolitis** 95:5
**entire** 78:11 87:23
**entirely** 47:21
**entirety** 23:7
**equivalent** 36:15 41:5 58:17
  112:20 113:7,11 114:17
  115:17,24 117:11,14 118:12
**error** 60:11
**ERSA** 1:22 5:3
**escalate** 109:1,17 119:18,22
  119:24
**Esquire** 2:5,9,14,14 20:23
**essentially** 82:22 150:6
**establish** 54:13,24 58:9 93:24
**established** 75:23
**estimate** 15:11 124:22 125:11
  137:3 138:19,20 142:1,9,11
  142:15 143:5,23
**estimated** 107:9 142:10
**et** 4:9,10 33:19
**Eugene** 19:12,18
**evaluate** 139:4
**evaluation** 33:3,9,18 34:1,12
  77:13,20
**events** 83:19
**everybody** 67:16
**evidence** 27:2,7 34:16 52:4
  97:5 149:14 150:13
**evident** 153:20
**exacerbated** 144:14
**exact** 72:21 74:15 117:5

  144:4
**exactly** 32:16 50:14 73:1
  74:18
**EXAMINATION** 1:7
**examine** 148:16,18
**examined** 5:8 28:19 91:19
**example** 33:9 38:22 42:19
  45:4,16 51:12,13,22 63:9,9
  113:1 121:17 126:15 129:24
  158:10
**examples** 62:24 81:22
**exceeds** 49:10
**excess** 96:24 120:14 136:11
**excessive** 68:8 76:11 81:14
  136:2 138:2 139:15,23
  148:1 150:17
**exclamation** 96:9
**exclude** 20:14 71:2
**excluded** 18:22,23 20:8 26:3
  71:10
**excluding** 26:15
**Excuse** 139:7
**excused** 159:2
**exhaustive** 46:20
**Exhibit** 7:23 16:20 31:9
  46:14 81:10 161:1 162:1
  163:1
**exist** 123:21,24 127:10
**exists** 129:11
**expect** 99:12,17 103:9
**experience** 30:14 35:12 51:16
  59:17 62:4,5 64:11 81:21
  98:15,22 131:9 136:21
  137:12
**experiences** 37:2
**experiment** 120:4
**expert** 3:13 13:7,18 14:22,23
  15:4,7,12,18,21 16:6,9 17:2
  17:12 19:5,19 20:14 23:9,15
  23:19 26:3 28:5 30:3 31:5
  32:13 33:2 35:2 79:17
  95:18 156:9
**expertise** 61:15 80:2,3 81:21
  157:9
**experts** 20:15 149:3
**explain** 63:20 97:2
**explained** 49:19 67:2

JONATHAN WILLIAMS, M.D.

**171**

explaining 56:9
explanation 64:23
explore 94:19,22
exposed 142:5
exposure 80:18
exposures 142:24
extends 89:14
extensive 69:9
extent 9:21 65:16 147:15
extra 65:3
extreme 37:19 77:10 102:16
eye 38:24 39:1,13 139:2,4
eyes 39:22 139:9

---

**F**

F 160:1
face 28:23,23 35:2
fact 43:16 52:14 65:11 84:15
    86:20 96:8 97:2,13 108:17
    121:23 148:4
factor 99:24 108:15 118:5
    140:8
factors 40:8 124:9
facts 24:3
faculty 10:19
Fahrenkrog 19:12,19
failure 133:17
fair 20:17 28:19 44:2 47:19
    52:14 147:21 153:23
fall 100:13
falls 100:10
familiar 5:19 53:17 60:7,18
    75:20 76:4 105:5
familiarity 60:15,24
Family 21:17
far 48:10 59:12 73:9 80:3
    94:23 103:10 108:14 126:4
    137:6 146:2
fashion 150:12
fatigue 37:6
federal 17:15,21
fellows 131:11 143:15
fellowship 10:14,17
female 142:16
field 48:24 93:20 149:3
fighting 95:10
figure 144:7 149:2

---

file 16:12 101:11
filed 20:11,14
files 32:5,8
fill 66:23 67:6,11 121:4
    122:23
filled 62:7 105:19 110:5
    111:1,7,23 112:16 115:3
    117:18 118:16 119:10
    120:20
filling 62:5
find 32:11,17 52:10 72:19
    91:2 93:18 124:24 127:16
    135:13 140:5 141:20 146:17
finding 26:16 100:20
fine 17:10 67:18 87:15
finish 6:4
finished 10:16
finishing 86:13
firm 18:5 19:12,13,13,15
    21:4,21,24,24 22:16,18,18
first 5:7 6:4 17:23 31:13
    37:15 50:10 64:16 88:19
    89:7 104:16 109:8 122:15
five 15:14 36:15 55:18 80:22
    103:8 152:12
five-minute 6:10 67:13 80:21
fixed 77:11
flag 121:19,23
flare-ups 57:4,5
Floor 2:5
Florida 20:19
fluid 69:14
focused 156:3
focuses 36:7
follow 57:23 99:9 102:17
    103:6 150:4
follow-up 157:24
followed 39:23 51:6
following 26:10 58:24 106:8
follows 5:8
foot 89:8
foregoing 160:5
forget 69:8
forgive 35:13
forgot 99:6 146:18
form 34:4 36:16 74:1 75:16
    76:1,22 77:16 90:16 118:17

---

119:12 123:10,11 124:4,15
    125:14 133:23 134:8,24
formation 138:3,21
formed 26:8
forms 57:8
formulate 78:10
formulating 34:15
Forrest 20:17
fortunately 127:9,9
forward 66:16
found 73:3 88:10 148:23
four 13:23 40:22 106:8,17
    115:22 152:12,13,18,19
    154:14
four-ish 152:18
Four-year 17:2
fractures 137:23,24,24
fragility 76:19 156:17
frame 111:8,16
friability 156:16
front 8:2 9:23 16:22 69:22
    94:23 110:15 115:9,11
full 7:5,6
function 24:10,13 35:17
    36:22,23,24 37:21 42:9
    56:10,11 148:14 149:1
functioning 43:17
further 58:19 59:8 71:18
    151:7 158:20

---

**G**

G 4:1 70:13
gain 69:14 133:17
gastroenterologist 78:21
    79:1,7,17 80:17 93:18 95:19
gastroenterology 80:16,18
gastrointestinal 23:5,11
    71:24 75:10 82:2,9,18 83:18
    83:22 84:6,10,22 85:3 87:4
    87:22,24 88:4,5 89:21 94:6
    125:12,20 126:1,22 127:1
    127:24 129:4 130:4
General 9:2 61:3
generally 39:8 152:1 153:5
generate 45:22
genetics 11:6 40:11
getting 12:13 89:2 144:16

---

JONATHAN WILLIAMS, M.D.

**GI** 75:9 85:17 86:6 88:13,18 88:21
**GIP** 87:21,22
**give** 7:24 13:2 16:16,19 23:1 30:3 31:8 35:11 38:22 43:17 55:11 57:20 59:1 69:19 71:17 75:12 80:20 82:11,24 91:4 95:17 103:14 103:15 104:4,4,5 127:21 128:18 129:24 131:14 141:24 142:6 144:4 151:15
**given** 89:20 97:5 110:1 118:11,24 142:18 147:15 150:7
**giving** 122:12 150:16
**gland** 35:16,18 36:8,9,12,14 41:16 42:8,14 43:1,13,17,19 43:22,24 44:1,3,7,8,9,12,18 44:19,20,22 148:14 149:1
**gland's** 41:22 42:21
**glands** 35:14,23 37:15 38:7 41:16 42:1 43:2,7 45:17,17 132:11 149:5
**Glazer** 21:22
**glucocorticoid** 12:22 23:4 36:16 37:17 38:5,11 39:9,12 40:1 42:20 43:11 52:5,15,24 55:16,19 56:10,13 76:12 88:9 96:24 110:5 120:13 131:5 133:22 137:13 138:9 139:24 148:21 150:16
**glucocorticoids** 37:13,19 38:18 39:19,20 40:17,19,24 41:3 42:18 44:12,23 45:2,16 45:19,23 48:7,11,11,14 49:1 49:8,11,15,18,20 50:2,22 51:20 52:8 57:18 59:1,9 62:17 68:2,9,20 69:1,9 70:23 71:1,13,21 81:15 83:21 84:3 85:16,16 86:1,3 86:6,21 87:1 92:16 96:23 97:6 103:17 104:8 108:22 109:15 110:17 111:2,6 114:23 115:3 117:18 119:19 119:20 120:17,23 121:6 124:2,12 125:1,10,21,24 126:7,21,24 129:17 131:5

133:3 134:12 135:23 136:11 136:24 139:20 140:15 141:15,19 143:11,22 144:3 144:15,20 145:6 148:7 149:8 153:21 154:2,3,6 155:10 156:13 158:4
**glucose** 35:21 142:5
**go** 5:18 9:16 17:22 46:18 50:12 78:19 84:1 86:19 87:16 90:1 99:8 101:16 111:22 115:6 117:24 122:5 137:19 145:14 157:19
**goes** 70:10 127:4,5 129:10 146:2
**going** 5:18 7:22,24 8:12 9:12 13:1,5 14:6 16:19 23:14 31:3,7,8 34:3,19 44:18 46:13 57:20 58:13,14 60:3 67:12 68:14 69:19 70:5,9 71:6 73:2 81:2,8 83:9 91:4 101:14 102:18 107:8 111:12 120:2,15 127:16,21 128:16 128:22 129:9 133:14 142:17 143:21 144:4,12 147:5 149:15 151:1
**good** 4:14 5:13 67:14,14 96:1 106:19 127:11
**gradually** 49:15
**graduated** 10:9
**grants** 9:7
**grateful** 63:7
**Grave's** 38:24 39:13,22
**greater** 45:5 128:24 130:16 130:17,18,23 142:4 150:6
**guess** 12:5 15:19 22:8 29:14 37:4 38:6 39:6 42:6 44:2,7 90:1 93:19 106:19 139:1 140:24 150:5
**guessing** 33:11 54:1 55:4 143:1
**guys** 67:19

---

## H

**H** 3:10 19:12,19
**H-I-G-H** 7:17
**Hahnemann** 10:7,23 11:3
**half** 41:11 67:13 102:4

116:19 117:7 132:13,19 133:10,12 152:13,20 153:5
**hand** 46:15
**handling** 61:16
**hang** 86:10
**happen** 9:8,9
**happened** 63:1 64:20 66:3
**happens** 37:2 64:3,6
**Happy** 136:20
**hard** 82:20 120:4 127:16
**harm** 57:18 63:8 68:3 135:10 135:19
**harmful** 150:18
**Harris** 110:7 111:1,16,23 112:15 114:2,10 115:3 117:19 118:4,12,16,24 119:1,10 154:9,15
**Harvard** 8:23 10:11,18,19 131:10
**head** 29:10 30:2 68:17 87:8 93:2 100:16 105:7 106:21 132:6 138:15 139:11 140:4 143:20 146:12
**heal** 96:5
**health** 29:20 60:21 69:13 139:2
**healthy** 142:19
**hear** 91:2
**heard** 26:5 27:13,15 109:8 149:7
**heart** 133:16,17
**held** 26:2 67:21
**help** 135:8
**helpful** 32:20 35:8 45:10 46:9 69:2 83:6 134:5,21
**Henry** 1:10 2:11 4:9,22
**high** 7:17 12:21 23:4,10 39:2 39:9,11,14,21 45:22 50:23 51:1,2,5 52:8,10,17,21,23 53:7,13 58:19 92:9,16 93:24 94:8,13 96:22 121:16 126:21 128:15 133:16 135:3 140:13,15 149:24 158:4
**higher** 38:21 39:4,6,7 40:16 41:21 42:17 43:5 44:11 51:19,21 52:6 55:14 56:20 56:24 81:17 84:3 88:20

92:18 108:19 119:21,22
120:7,14 127:15 128:23
129:9,9 150:6 153:4 155:23
**highest** 59:12
**highlighted** 46:17 72:5 81:11
110:19
**hire** 81:17
**hired** 18:4 19:16,18 21:21
22:15 24:14
**history** 17:3 18:16 27:17
29:20 107:17 140:19 144:13
145:22 146:1,3,5,6,14,23
147:13
**hold** 16:17 55:9 107:15 118:3
**holding** 27:11
**home** 7:15
**hormone** 36:20 42:22 43:8,14
55:17 56:13,14 147:6
153:14
**hormones** 35:19,21 41:23
42:8 43:10
**hornet's** 145:7
**hospital** 7:10 9:3 10:11,21
11:8 22:11 33:10,10,14
34:10 57:8 58:18 61:24
62:2,3 73:22 75:12 77:24
96:7 99:1 100:14,19,22
101:10 137:8 146:22 147:5
149:18 155:14
**hospitalization** 103:19
104:12,21 107:18 109:2,18
111:9 115:2 132:2
**host** 124:9
**hour** 13:8,13 14:6 67:12
128:20,22
**hours** 13:23 14:8,12,14 55:14
**Hudson** 22:11
**human** 35:16 39:22
**humans** 36:12
**hundred** 136:16
**hundreds** 138:11,12
**hydrocortisone** 41:10 151:23
152:10,16,24 153:3,6,10,17
**hypertension** 7:11 11:9
120:12
**hypothetical** 141:10,11
**hypothyroidism** 26:23 27:5

27:10

---

**I**

**idea** 29:8 104:2
**identify** 101:2
**ilium** 89:12,13
**ill** 96:11 97:13,14,18 98:16,17
**illness** 38:10 50:18 52:2,14
97:23,24 98:1 99:12 103:11
**illnesses** 38:10 52:15,19
**imagine** 29:16 122:10 146:2
**imaging** 79:15 93:17 97:3
**immediately** 49:11
**immune** 37:21 38:1,16
**immune-regulating** 45:13
**immunosuppressing** 86:1
**immunosuppressive** 84:17
84:21 85:2,9,20 86:4
**impact** 52:5 139:22 141:1,6
**impacted** 140:6
**impairment** 103:11
**important** 32:11,17 49:20
53:3 96:6 108:14
**Impossible** 124:20
**improve** 149:15 150:14
**inability** 97:15 98:9,18 99:15
**Incidence** 82:9
**incident** 29:21
**include** 14:15 29:24 56:8
88:24 133:20 158:11
**included** 33:3 146:1 157:6
**includes** 126:14
**including** 46:4 49:1 75:8 86:1
89:18 105:15
**income** 14:22 15:12
**incomplete** 20:2
**inconsistent** 63:16
**increase** 50:8,13 83:21 94:9
94:14 99:17 124:3,13 127:4
127:5 129:5 130:3,12,14
144:19
**increased** 27:9 84:21 85:3
86:21 120:24 125:24 126:7
126:12,22,24 128:1,7
129:20 130:12 133:14
136:12 137:4,6 138:3,22
139:14 140:6 142:2 143:7,8

143:24
**increases** 86:9 120:6 125:13
145:1
**increasing** 50:4,5,17 120:8,10
**incredibly** 121:21
**independent** 32:1 33:2,8,17
33:24 34:7,12 77:13,19,20
**independently** 68:23 69:4,6
78:1
**indicate** 58:8 73:23 74:8,24
76:6 106:18 128:5
**indicated** 58:7 134:13
**indicates** 76:9
**indicating** 19:16
**indication** 72:7
**Indications** 155:24
**individual** 49:5 127:7 142:11
**individual's** 141:6,13
**individuals** 141:9 150:14
**infection** 45:20 95:10 96:4
123:20
**infectious** 53:20,22 78:22
95:18 123:17
**inflamed** 53:6
**inflammation** 38:11 39:1,3
47:11,16 50:18 53:2,11,15
75:23 95:24 96:14 156:7
**inflammatory** 37:22 38:16
45:11 46:3,17 50:23 51:8,18
52:24 149:20
**information** 35:6 51:15
78:10 111:19 134:5,22
**ingestion** 27:6
**ingredients** 55:21 56:5
**injuries** 33:5 68:7,15,19,24
70:7,21,23 71:11 134:13
156:20
**injury** 68:6 111:10 115:5
117:20 118:6
**insanely** 96:22
**inside** 62:2 95:14
**instability** 95:12
**instance** 53:10 63:13 122:15
**instances** 37:12 41:12 44:8
45:8,21 50:7 56:17 65:19
72:19
**institutional** 8:24 9:2 61:4

**institutions** 10:15
**instruct** 66:22
**instructions** 64:1 66:6,20
**insufficiency** 147:24
**intake** 146:4 151:13
**intellectual** 18:11
**intended** 65:12
**interacting** 63:3
**interaction** 66:12
**interest** 87:21
**interested** 42:5
**interfered** 25:7
**internal** 10:12 11:22 47:7,12
  79:22,23 80:13,19
**internist** 47:9 95:20 98:20
**intestinal** 73:20,21 75:10
  95:12 156:14
**intestine** 73:16 75:6,8,8 82:1
  88:1,15,19 89:8,10,11,12,14
  92:1 95:14 126:13
**intravenous** 57:7
**introduce** 4:13
**introductions** 87:15
**investigational** 61:16
**investigative** 61:5
**invoice** 13:23 14:11
**invoices** 13:21
**invoke** 52:18
**involve** 30:12 51:4 62:17
  78:17
**involved** 18:10 22:22 24:3
  29:18 35:19 40:9 78:22
**issue** 79:11 144:12 158:13
**issues** 38:6 139:9 143:24
  144:10 157:5,7,12
**item** 27:17
**items** 31:2
**ivy** 37:24 46:6

**J**

**Jackson** 11:6
**James** 2:14 4:19
**January** 18:9
**Jefferson** 11:4
**jejunal** 94:1
**jejunum** 12:23 72:14,15,16
  72:18,19 73:5,11 76:21 77:6

77:8,15 88:15,21,24 89:9,19
  94:21 95:23 96:13,17 121:1
  126:8,14,17,19 129:1,20
**Jersey** 18:2
**John** 19:8
**joined** 10:19
**Jonathan** 1:9 3:4 4:12 5:6 7:6
**Jr** 19:13
**Judge** 26:10 28:2,5,8,11
**Judge's** 28:9
**Judicial** 20:19
**July** 147:1,4
**jump** 70:5
**June** 1:18 4:4
**justify** 52:20 141:23

**K**

**Kasowitz** 18:4
**keep** 6:2 41:18 70:9 71:6
  113:13 120:2 127:12 129:8
  142:17 143:16
**Keesler** 2:14 3:5 4:14,15 5:12
  9:12,19 34:8 67:16,22 74:6
  75:21 76:5 77:2,21 81:7
  86:16 90:22 101:5,13
  112:11,14 118:21 119:15
  123:16 124:10,18 125:18
  134:4,10 135:1 151:6
  157:23 158:19,22
**Kelly** 155:16
**kidney** 53:9,11,14 149:19
**kidneys** 53:5,12
**kig** 149:16,21 150:11,15,21
**kilogram** 149:9,17
**kilograms** 149:22 150:18
**kind** 24:23 37:22 50:4 95:14
  96:8 99:11 102:16,21 107:6
  145:19 157:9
**KLINE** 2:4
**knew** 150:16
**Knopf** 21:4
**know** 5:23 6:12,20 9:13,23
  12:2,9 16:15 17:7,19,19,20
  18:21,23 20:7,10,12,13,16
  21:14 25:13 26:18 29:10,19
  32:7 34:24 44:7 46:11
  48:11 50:1 53:18 56:3

64:20 65:5,10 66:15 67:6,9
  67:10 69:15 70:15 71:4
  72:21 73:7,11 74:10,21
  82:23 84:12 85:6,14 86:5
  87:13 90:3 93:12 94:16
  97:9 99:6,13 100:4,24 101:1
  101:2 102:20 106:4 107:5
  116:1 118:7 120:2,6 122:15
  122:19 123:19 124:23
  133:24 134:1,21 137:17,22
  137:24 139:3,3,19 140:21
  143:1 144:22,24 145:12
  146:11,16 147:2 148:11
  155:3,19 156:5
**knowing** 122:12
**knowledge** 35:14
**known** 40:2 49:17 52:3,8,18
  52:21 54:9 97:7 108:13
  129:16 131:13 137:1 139:22
  140:1 143:13 144:18,21
**knows** 130:7
**Kronenberg** 20:23

**L**

**L** 2:19
**lab** 29:2,3,5 33:19
**labels** 56:2
**lack** 37:3,4 72:1
**Laird** 11:5
**Lamb** 2:5 3:6 4:23,23 9:16
  34:3 67:18 74:1 75:16 76:1
  76:22 77:16 86:12 90:16
  100:24 101:6,11 112:8
  118:17 119:12 123:10 124:4
  124:15 125:14 133:23 134:8
  134:23 151:10 157:17
  158:21
**large** 75:8 89:13 109:22
**larger** 128:12
**lasting** 55:13
**Lasts** 55:13
**late** 27:13
**law** 21:21
**lawyers** 155:2
**lead** 81:17 95:12
**leading** 26:8 103:19 104:1,12
  104:20 107:18 111:9 115:1

134:16
**leads** 25:23
**lean** 40:15
**learn** 29:12 98:20
**leaving** 106:20 113:12
**led** 18:16 79:18 98:6
**left** 102:18
**legal** 14:24 15:1,4,8,13,13
**legible** 63:12
**length** 59:3 104:7
**let's** 9:5 17:22 22:10 56:19
    64:10,15 66:15,16 87:14,20
    88:12,13 111:3,22 129:24
    130:9,10 133:9,9 151:11
**letting** 65:5 66:15
**leukopenia** 97:16 100:11
    102:2,5 103:1
**level** 43:6,6 123:8 129:7,22
**levels** 40:13 41:21 52:22
    101:4 129:5,21
**licensed** 62:9,11
**life** 41:7 139:24
**life-sustaining** 35:18
**lifelong** 136:4
**lifespan** 142:16
**lightheadedness** 37:7
**limit** 54:7,9 55:5 121:3
    122:22
**limitations** 35:1,5
**Linder's** 111:6
**Lindner** 1:10 2:11 4:9,22
    32:15 59:2,10 101:8,11
    105:16 109:1,16,24 118:14
    119:2 121:5 131:23 132:9
    147:8
**Lindner's** 59:5 68:8 147:12
**line** 101:21
**linking** 27:5
**Lisa** 1:17 5:2 160:3,22
**list** 17:12 31:2,13,17,21 37:9
    46:20 48:12 68:17,21 69:2,3
    69:7,8,16 70:10 90:8 136:18
    138:17 145:13,16
**listed** 12:19 19:12,15 20:22
    21:4 23:2 30:22 31:2,24
    33:11,22 68:7,15 70:21,23
    71:12 101:3 112:13

**lists** 70:6 134:14
**literature** 25:18,18,19 30:14
    52:4,20 53:6,16 54:13,23
    57:11 58:8,22,23 81:14
    138:8 143:13 158:8,16,17
**little** 14:8 17:8 24:6 42:11
    46:15,15 88:12 149:11
    155:23
**live** 35:23
**living** 37:18
**LLP** 18:5
**located** 73:12 74:19 87:12
    89:5
**location** 72:22 74:15
**Locust** 2:5
**lodge** 86:12
**long** 11:11 35:11,23 37:9
    48:12 67:18 69:3,7 128:16
    133:5 134:2 138:17 140:1
    144:21
**longer** 42:8 43:13 44:3,4
    55:13 119:21 128:14
**Longwood** 7:8
**look** 9:14 12:3 13:20 19:8
    21:13,15 22:9,20,23 30:1
    31:19,21 69:16 72:10 74:17
    78:1 84:12 87:6,9 91:23
    93:1 94:4,17 100:5,7 102:6
    105:9 111:12 131:8 143:2
    146:9 147:14,17 155:13,13
    158:8,14,16
**looked** 88:3 110:7
**looking** 17:12 21:16 31:2,4
    31:17 32:5 80:21 83:4
    90:24 92:3,15,17,20 94:5
    110:14
**looks** 8:6 18:1,8 19:1 21:3,17
    22:15 31:12 61:7 82:7 88:2
    91:19 92:5,14 102:19
    110:19 118:9 135:24
**lost** 118:19
**lot** 8:21 9:5 74:11 75:3
    146:10,18 157:8
**lots** 63:22 131:3 137:10
    139:23 140:2 143:13
**louder** 97:2
**loudest** 108:15

**Loudoun** 99:1 100:19 101:10
    146:21
**Loverde** 23:22,23,24 27:22
**Loverde's** 27:5,10
**low** 41:24 95:8,11 102:3
    143:16 150:19
**lower** 25:10 51:7 88:21
    126:13,13 127:12 128:13
**lowers** 140:23
**lowest** 39:20 47:18 52:11
    54:10 124:24 139:21 141:21
**Lupus** 46:5,24

**M**

**M.D** 1:9,10 2:11 3:4 4:10 5:6
    10:9
**M.MSc** 1:10 3:4 5:6
**magnitude** 150:3
**main** 36:20
**maintain** 37:18 41:6,18
**maintaining** 49:17
**maintenance** 41:24 148:5,10
    149:4 153:15
**majority** 36:11 89:10 108:23
    109:15 114:23 153:22,24
**making** 43:3,7,19 44:17 59:6
    68:12 80:5 109:3 135:11
    139:16
**management** 80:3 149:14
**manipulation** 156:9
**manual** 156:8
**Marion** 20:19
**mark** 7:22 16:20 69:20
**MARKED** 3:11
**Market** 2:15
**marrow** 38:2 97:15,15 98:9,9
    98:17,19 99:16 103:7,12
**Maryland** 21:19
**Mass** 9:2 61:3
**Massachusetts** 7:8,18
**massive** 71:21 121:19
**Master's** 10:17
**matches** 125:7
**math** 14:5 155:1
**matter** 13:18 15:5 18:22,24
    20:1,8,15 22:7 23:12,21
    24:12,15 25:3 28:2,13 30:4

31:1,22 32:19 57:13 67:14
  160:7
**matters** 15:8
**max** 129:18
**maximum** 54:14,24 58:9
  129:19
**May-Thurner's** 140:21
  144:24
**Mayo** 19:9
**McCORMICK** 2:13
**meal** 25:1
**mean** 15:1 27:4 29:5 34:7
  35:4 41:6 45:20 48:20 49:9
  49:23 51:21,23 55:1,8 58:11
  63:17 73:8 77:19 79:3 80:7
  96:15 104:2 112:22 121:7
  122:1,1 128:9 133:1 142:12
  149:22
**meaning** 102:14 148:8
**means** 51:2 55:4 73:7
**meant** 72:9,13 83:1
**medical** 8:23 10:7,11,17,18
  10:20,21,23 17:2 25:17 27:2
  27:7 34:15 48:24 52:19
  53:6,15 54:13,23 57:11 58:8
  58:23 60:23 81:14 85:7,15
  93:14 94:23,24 95:1,3 101:3
  127:19 131:10 132:1 139:11
  140:19 141:16,16 142:19
  145:14,22,24 146:3,5,6,7,8
  146:10,14,19,23 147:16
  149:13 150:13 155:14 158:8
**medically** 58:22
**medication** 18:12,15,17 40:3
  48:15 55:1,13 61:19,22
  62:14 63:2,3 64:17 105:15
  123:24
**medications** 29:9 48:9 61:1
  61:16 68:10 108:10 110:1
  125:6 154:4
**medicine** 8:23 10:12 11:22
  34:18 47:7,12,22 79:22,23
  80:13,19
**Medifast** 23:22 24:17,19
  25:23 27:6,8
**meet** 80:22 128:15
**member** 11:12

**memory** 72:12 73:5 83:11
  90:11 91:10 101:15 136:19
**mental** 69:13
**mention** 51:4
**mentioned** 10:22 12:4 24:22
  30:23 36:13 39:4,14 43:21
  45:11 52:13 61:2 64:12
  93:7 103:14 113:22 139:13
**mentor** 11:5
**mentored** 11:1
**met** 28:12,14,23 77:22
**metabolism** 10:16 35:20
  36:24 37:1
**methodology** 25:15 30:8
  32:24
**methods** 87:16,17
**Methylprednisolone** 149:24
**Miami** 22:11
**Microbiology** 10:5
**Middle** 1:1 4:6
**mig/kig** 150:20
**migs** 149:16,21 150:11,15,21
**mile** 128:20
**miles** 128:22
**milligram** 43:15,17 110:11
  112:22 113:15,24 114:4
  116:7 117:23 120:6 121:8
  122:11 123:2 127:23 128:3
  130:16,18,24 149:9,17
**milligrams** 36:15 39:8,11,15
  39:23 41:8,9,11 42:19 45:4
  45:6 51:5,8,22 52:22 53:7
  56:20,24 57:2,6,9 58:16
  106:18 107:5,9 111:24
  112:1,5,17 113:3,4,10 114:6
  114:12,15,18 115:16,17,19
  115:20,21,24 116:8,11,12
  116:21,21 117:16 118:1,10
  118:15 119:7,9 121:18
  122:9 125:13 127:13,18
  130:2,11 132:13,17,19,20
  132:23 133:3,8,11,22
  136:10 149:23,23 150:12
  152:3,4,6,16,19,23 154:12
  154:16,21
**mine** 79:12
**mineralocorticoid** 55:15,20

56:11,14
**minimize** 48:13 49:17 125:4
**minimum** 124:11 139:21
**Minnesota** 19:10
**minor** 118:9
**minors** 10:5
**minute** 31:8
**minutes** 80:23
**miscounted** 115:20
**misread** 65:6
**missed** 32:10
**missing** 35:7
**Mitsubishi** 17:24 27:19
**modified** 140:11,12
**modify** 38:1 141:4
**modulating** 38:16
**moment** 8:1 16:19 17:4 30:3
  35:12 69:19 80:20 99:5
  103:14 108:20 118:3 128:18
  141:24
**Montgomery** 22:12
**month** 104:2,11
**months** 110:9 147:4
**mood** 37:8 120:11 133:17
**morning** 5:13 152:3 153:4
**mortality** 139:14,22 140:6,8
  140:12,14,16 141:1,7,13,18
  142:2,10,12
**motion** 23:19
**motions** 20:10,13
**mount** 45:23 97:16
**move** 58:14 102:17
**moving** 102:20
**Mpofu** 90:3
**MRI** 93:17
**multiple** 73:10
**mushed** 145:19
**myopathy** 131:16,21,22
  132:4 133:18,20 134:21
  135:2,5 136:4

---

**N**

**N** 2:1,19 3:1 4:1 160:1
**nail** 127:6
**name** 7:5,6 24:18,20 143:21
**names** 132:6
**nature** 18:10 19:21 21:8,9

JONATHAN WILLIAMS, M.D.

**177**

22:3 24:3 34:17
**need** 6:11,17 9:22 17:7 31:12
    42:15,21 43:12 45:18 49:7
    50:8,13 63:20 66:12 67:13
    70:16 71:4 87:13 91:9
    156:5
**needed** 35:7 52:16 65:2
**needs** 8:16,21 31:16 39:6
    77:9,11
**negative** 48:10 74:4
**nest** 145:7
**neurosurgical** 92:8
**neutropenia** 95:21 96:1,2,8
    96:11 97:10,12,17,20,22
    98:4 99:10 100:9 102:8,15
    102:16 107:12,20,23 108:2
    108:9,17
**neutropenic** 95:5 99:11
**neutrophil** 95:9,11 98:10,24
    99:18,21 100:8,10 102:7
**neutrophils** 95:9 98:10 99:16
    102:7,12,13,14 103:3,4
**never** 28:14,19,23 29:1 44:5
    44:15,16 54:1,3 62:7 121:21
**new** 18:2 146:4
**nicely** 95:14
**nine** 8:17
**non-diverticular** 76:9
**non-steroidal** 90:4
**Nope** 21:6
**normal** 25:7,23 45:21 60:8,15
    60:19 100:22 103:2,5 122:2
    132:15 142:20 153:3,16
**normally** 127:15
**note** 72:24 155:15
**noted** 96:5
**notes** 80:22 112:12,12 132:5
    147:12,14 160:7
**noticed** 82:5
**notified** 14:17
**number** 3:11 12:9 15:17 39:6
    113:8 121:9 142:6 144:4
    154:13
**numbers** 102:20 127:6 154:8
**numerically** 130:23
**Nuremberg** 22:16

## O

**O** 2:19 4:1 160:1
**object** 34:3
**objection** 6:18 74:1 75:16
    76:1,22 77:16 86:13 90:16
    118:17 119:12 123:10,11
    124:4,15 125:14 133:23
    134:8,23,23
**objections** 6:16
**obligation** 60:9
**obscene** 122:13
**observed** 59:12
**observing** 75:13
**obstructive** 57:4
**obtained** 10:17,23 79:15
**occasionally** 45:15
**occur** 125:3
**occurred** 88:13 103:8 147:1
**occurring** 42:23 98:8 102:19
**October** 59:4 96:7 98:7
    101:21 102:12 103:19 104:9
    104:12,13,20,21 110:22
    111:8,13 115:1 117:4,13
    121:17 122:8 134:17 155:16
**Odell** 2:21
**offense** 90:19
**oh** 8:17 65:4 99:6 100:18
    154:20 156:2
**Ohio** 22:13
**okay** 6:2,7,16 7:4 9:4,8,18,23
    10:22 11:7 12:2,12,18 13:3
    13:17 14:8,14,19 15:10,16
    15:21 16:3,5 17:9,11,14,22
    18:4,8,13,18 19:1,8,21
    20:13 21:3,11,16 22:6,10
    23:1,7 24:14,17,22 25:13,21
    26:1,14,19 27:21 28:7 29:1
    29:8,19,24 30:6,24 31:3,7,9
    31:21 32:1,8,11,16,21 33:14
    34:9 35:1,24 36:13 37:2,12
    38:4 39:13 40:4,18 41:12
    42:4 43:11,21 44:2,6,17,23
    45:8 46:2,20 47:19,24 50:16
    50:21 51:14 52:13 54:21
    55:3 56:17 57:21 59:8,16
    60:7,18 61:7,11,14,21,24
    62:4 63:14,23 64:21 65:19

66:4,18 67:2,8,12 68:4,19
    69:4,19 70:9,10,15,19 71:4
    73:2,11,22 74:13,24 75:4,22
    76:6 77:22 78:19 79:10
    80:5 81:8 82:5,16 83:4,9,10
    83:11,23 84:5,14,19 85:6
    86:7,19 87:14 88:6,16 89:20
    89:24 90:2 91:12,14,18 92:5
    92:23 93:23 94:19 95:4,21
    98:23 103:22 105:13 106:2
    106:7,9,13,15 107:5,10
    110:4,14,24 111:14 112:7
    112:19 113:9 114:1,9,14,21
    115:8 116:6 118:11,24
    119:16,24 120:18,22 122:3
    122:18 123:5 124:1,11
    125:19 126:16 127:8,22
    128:5 129:14,17 130:2,6,15
    131:1,14,24 132:7 133:3,20
    135:6,9 137:16,19 138:1
    139:13 140:18 141:24 143:6
    144:6 145:9,21 146:20
    147:6,10,18,22 148:16
    149:6 150:10 152:14,21
    154:7,15 155:18 158:12,19
**old** 142:22
**older** 147:13
**Olivia** 20:22
**once** 16:7 43:8 67:2 99:12
    153:1,2
**one-ish** 152:13
**ones** 12:19 69:10,12 71:2
**oops** 146:18
**open** 82:20 91:5
**operate** 60:21
**operative** 72:24 73:6 74:17
    93:20 155:15
**opine** 18:13 19:24 21:12 22:7
    24:11 26:24 57:14
**opined** 58:15 125:19 135:9
    135:18 137:5 138:1
**opining** 70:24
**opinion** 17:2 18:19 19:19
    20:5,14 22:6 23:3 25:2,6,15
    25:16,19 26:4,9,11,12,15,19
    26:21 27:3,8,11 28:9 34:15
    59:6,16 60:12 67:24 68:6,12

69:18 70:21 71:11,19 78:11
79:17,18 81:19 92:7 97:12
98:14 104:6 109:5,9,12,21
111:5,20 114:22 126:6
128:23 131:1 135:14,21
136:9,15 138:6 139:18
143:10,19 148:3 156:9
157:14
**opinions** 18:21,23 20:7 26:2
30:9 32:13 35:8 70:20
77:23 78:5 134:12 136:1
**opportunity** 28:2,10 70:11
**opposed** 86:3 154:3
**oral** 1:7 84:11
**order** 6:2 37:18 150:2
**ordered** 105:18 121:6
**orders** 111:7 118:16 119:10
**organ** 35:19 38:2,3 45:14
57:6 149:18
**osteoporosis** 120:13 133:18
136:5,13 137:1,4,7,14,15
138:7
**ostomy** 156:4
**outcome** 87:21
**outpatient** 59:13 121:22
123:3
**outrageous** 122:16
**outside** 44:12 58:18 59:11
62:2 78:9
**over-the-counter** 24:9
**overactive** 25:11
**overall** 139:14
**overdose** 107:11,19 108:1
**overwhelming** 108:13

**P**

**P** 2:1,1,19 4:1
**P.C** 2:4,9,13
**p.m** 155:16
**PA** 2:6,10,15
**page** 3:3,11,11 8:6 31:13
101:7,12 110:15,20 151:16
155:19
**pain** 77:11 79:13
**painful** 71:23
**paper** 86:22 87:10
**paragraph** 54:19 57:24 61:3

68:7,16 70:5,22 71:12
134:14 158:1
**parentheses** 46:6
**Paris** 22:16
**part** 60:22,23 70:2 71:9 73:19
73:20 75:7 79:24 88:14,18
88:19 89:4,7,9
**particular** 11:14 65:22 66:23
67:4 81:11,13 85:23 91:10
**particularly** 42:5 59:3
**parts** 134:11
**pass** 88:11
**pathologist** 76:8 78:8
**pathologist's** 72:11
**pathology** 72:24 73:9 74:18
75:22 93:7,21
**patient** 24:7 37:14 39:18,22
40:5,7,10,10 49:5 50:1 54:2
54:3 58:5,18 59:1 62:18
63:5,8 65:23,24 67:3 78:13
79:5,12 85:22 95:8 121:22
130:1,1,10 146:4
**patient's** 149:9
**patients** 36:1,4 38:6 59:19
82:10,17 83:20 84:2,6,9,16
84:19 85:1,20 86:23 89:21
91:24 92:9,15,23 97:14,18
137:13 140:2 143:14
**Paul** 21:4
**PC** 19:13
**pdf** 101:11
**pending** 6:13 55:10,11 86:11
**Pennsylvania** 1:1,23 4:7
**people** 6:6 41:18,23 44:15
45:5 49:6 53:14 79:8 98:16
127:17 149:1 150:17
**percent** 15:14,14 89:22
102:12 103:3 110:8 126:4
130:6,15 137:6 138:22,23
142:7 155:7,9
**percentage** 14:21 15:10
102:9,11 120:1,5 126:3
128:10 137:3 138:20 142:1
143:23 155:3
**perfect** 83:8,8,8 91:11
**perforated** 81:16,24 98:2,3,5
98:11

**perforation** 12:23 69:15 72:8
72:13,14,22 73:4,23 74:8,16
74:22 75:5 76:21 77:5,7,14
78:13,24 79:6,14,16 80:4,4
82:9,18 84:7,10,22 85:4
86:6 87:4,5,19,22 89:21
90:5 91:21 92:8,19,21 94:2
94:9,14,20 95:22 96:13,16
97:4 99:14 120:11 121:1
124:3,13 125:3,12,20 126:1
126:8,20,23 127:1 128:1
129:1,4,20 130:4,13,14
146:22
**perforations** 23:5,11 71:20
72:6 79:21 83:18,22 87:7,11
90:15 91:24 92:1 126:17
156:23,24 157:1 158:11
**performed** 25:16
**period** 10:17 50:2,3 107:2
108:8 114:24 123:8 134:3
147:11 153:23
**Periodically** 6:9
**peritonitis** 71:20 77:10 80:6
80:9 97:3 99:14
**person** 24:8 37:2 45:15 96:7
122:12 124:7,7 125:4 127:7
127:23 150:7
**person's** 125:12 127:24
128:24 146:5
**persons** 25:8 149:22
**pertained** 121:5
**Petitta** 1:17 5:3 160:3,22
**Pharma** 17:24
**pharmacies** 60:2 61:9 110:5
120:20
**pharmacist** 34:21 60:23 62:9
62:11,14 64:4,7,16,22,23
65:21 66:5,7,19 67:3,4
**pharmacist's** 60:9
**pharmacists** 61:11,12,18,22
62:12
**pharmacologic** 38:18 45:1,7
48:6 49:18 128:3
**pharmacological** 45:9,18,24
46:4
**pharmacologically** 55:21
**pharmacy** 34:21 60:8,15,19

60:20,22,23 61:5 63:1
105:19 110:6,10 111:16
121:15,23 122:10 153:9
**Philadelphia** 1:23 2:6,15
10:8 11:5
**phrase** 44:6 76:18
**physical** 132:3 135:7,10,18
**physician** 10:20 11:16 37:13
58:4,15,20 60:20,21 80:19
98:15
**physicians** 58:24 63:10
**physiologic** 41:5,6,17,21,24
42:3,15,18 43:5,6 44:11
45:3,5,21 46:1 128:3 132:15
**physiological** 40:23 41:13
**physiologically** 153:16
**pictures** 28:22
**pill** 112:22,24 113:15 118:8
**pills** 121:9,18,22 122:10,11
123:3
**pinpoint** 124:21 125:17
**place** 18:1 20:18 21:18 50:11
64:18 66:6 125:8
**plaintiff** 1:8 4:24 15:18 18:5
19:13 21:24 22:18 24:14,16
24:16 28:13 31:22 32:3,12
32:15,18 104:8,10 106:10
106:13 120:19 136:3,4
139:13 143:9 147:23
**plaintiff's** 19:14 20:23 21:1
22:2,21 33:4,18 34:1 70:7
71:19 94:20 95:22 97:9
120:24 139:1 140:18 145:10
146:8
**plaintiffs** 2:6 15:20 139:8
**Plaza** 1:23
**Pleas** 22:12
**please** 7:4 63:11 68:21 71:7
82:20 87:20 88:12 99:7
**plural** 72:7
**Plus** 30:19
**point** 5:22 29:13 40:4 54:15
85:15,17 86:2,22 92:2 94:3
94:4 101:18 103:5 106:19
121:7 158:9
**pointing** 100:1
**points** 42:5 53:7 96:9

**poison** 37:24 46:6
**population** 85:22 127:18
**portion** 72:5 73:15 110:19
**position** 11:14
**possible** 47:18 48:8,13 49:16
52:11 54:11 108:11,16
143:16 145:2 146:11 150:20
**potency** 55:14
**potent** 55:18
**potential** 115:4 117:19
**potentially** 52:9
**practice** 18:16 35:24 36:3,7
48:17,22,24 59:14 62:12,20
65:20 136:21 138:16
**practiced** 47:9
**practices** 60:8,16,19 131:13
**practitioner** 145:4
**practitioners** 136:23
**pre-condition** 145:3
**pre-consultation** 66:2
**precise** 72:22
**preclude** 23:19
**Pred** 152:10
**predispose** 157:4
**predisposed** 26:22
**predisposition** 25:9
**Prednisone** 36:15 39:9,15,16
39:17 40:24 41:2,7 42:19
45:4,9 49:1,3,8 51:5,8 53:8
54:7,7,14 55:12,17,19,20,23
56:5,10,20,24 57:3,8 58:3
58:17 59:10 108:22 112:5
112:20,23 113:6,10 114:3,7
114:17 115:16,17,24 116:7
116:9 117:11,14 118:11,12
118:15 119:1,7,9 120:7
124:2,12 125:13 127:23
128:24 129:3,18 130:2,10
132:13,20,23 148:7 149:23
151:24 152:9,17,23,24
153:1,7,8,11,16
**Prednisones** 43:9
**preexisting** 92:24 93:4,10,11
93:12 139:9,12 140:9,11,19
141:5,12 144:10
**preferred** 153:14
**prepared** 30:3,4

**preparing** 13:7,18 14:4,20
15:12 30:9 32:13 33:1 35:2
77:12 111:20 134:6
**prescribe** 38:20 39:2 42:15
52:6 58:4,16 113:14,14,17
113:18 121:21 125:9 127:16
**prescribed** 24:8 37:13 38:5
38:11 39:4,14,17 41:13,14
42:17 50:1 59:10 63:6,18
66:11,20 68:2,11 105:14,15
109:24 113:1 118:10 132:9
155:9
**prescribing** 39:20 60:8,9,11
60:15,19 61:1 63:4,16 64:17
64:24 65:15,23 66:22 122:2
125:5,7 145:5
**prescription** 62:7 63:11
66:24 67:6,11 68:9 107:17
110:22 111:7,24 112:16
114:11,16 121:4,15,16
122:8,21,23,24 123:2 153:7
153:7
**prescriptions** 62:6,16,21
63:24 103:16,18 104:10,19
115:6,13 116:7 120:19
122:19 154:12,14,16
**presence** 56:4
**present** 4:10 102:14
**presentation** 40:12 96:6,23
97:1,23 99:11,24 108:12,15
**presented** 98:7
**presently** 151:14
**press** 66:16
**pressure** 35:20 133:17
140:14,16
**pretty** 95:15
**previous** 42:13 86:14 92:7
140:19
**previously** 27:22 32:24 59:5
**previously-recognized** 85:13
**primarily** 48:5
**primary** 145:10,18
**prior** 26:12 29:20,20 34:20
42:6,13 93:14 104:3 109:10
109:11 110:9 121:16 130:19
136:2 137:5,8 138:2 139:15
142:3 143:9 144:1 145:22

146:5,6,8,14 147:3,5,17,24
**PRIORE** 2:13
**probably** 9:6 14:10 15:19
40:10 71:2 121:24 123:4
128:19 132:11 136:16
142:24 144:14 145:23
147:21 157:5
**problem** 110:3 120:3 127:11
**problems** 49:12
**procedures** 5:19
**proceed** 6:19
**process** 39:3 42:22 43:4 48:3
125:8 149:21 157:1
**processes** 41:18
**produce** 9:15 19:19 37:16
42:22 43:13 98:9,19
**produces** 35:19 36:14 42:8
**product** 24:13,17,18,21 25:7
27:6 56:2
**products** 25:22 27:9
**Professional** 160:4
**professor** 8:22 11:2
**pronounce** 90:3
**proper** 149:1
**properties** 37:21,21
**property** 18:11
**protocols** 57:7 61:6
**proven** 27:4
**provide** 15:11,16 18:18 20:5
23:3 26:13 28:10 60:24
64:22 83:14 115:7
**provided** 7:23 8:5 17:1,23
27:1 30:19 34:16 78:10
109:22 118:2 147:16
**provider** 60:10
**providing** 5:21 12:2 60:12
135:23
**Provo** 10:4
**proximity** 121:16 122:20
**publications** 9:6 12:5,14,19
36:10
**pull** 16:18 31:7 46:8 56:2
68:14,21 72:4,23 82:13 91:1
136:7 137:11 141:2 147:12
**pulled** 90:24 91:1
**pulling** 103:12
**pulmonary** 47:22 57:4

**pulmonologist** 47:20
**pulse** 49:21,23
**pulsing** 49:22
**pure** 55:16 56:12
**purpose** 49:21
**purposes** 56:16
**put** 6:18 42:24 44:3 54:16
65:3 69:17 72:9,15 74:4
75:2,3 81:22 96:8 122:14
127:14 133:14 147:19

---

### Q

**qualified** 19:5 28:5 79:20
80:9,11 88:17
**qualify** 103:23
**quantify** 107:6 115:14 122:21
126:3 130:20,22 133:1
**quantity** 109:22 113:17
**quarters** 110:11
**question** 6:4,13,13,20 32:16
32:17 33:6 48:16 55:10,11
58:1 64:16 86:11,14 92:17
94:17 99:10 101:17 107:16
107:24 121:10,12,13 123:1
123:13 135:20 151:20 158:7
158:15
**questionable** 60:10
**questioned** 62:21 63:24 64:4
64:7,12 66:5 121:4 122:23
**questioning** 5:11 64:24
**questions** 5:21,23 7:2 9:21
17:5 35:15 66:19 78:3,4
151:11 155:20 156:5 157:18
157:21 158:2
**quickly** 40:1 48:8,13 49:16
50:15 155:15
**quite** 48:19 63:12
**quote** 26:21 27:3 54:24,24

---

### R

**R** 2:1,19 4:1 21:21 160:1
**radiographical** 93:16
**radiologist** 78:8 80:1
**radiology** 78:21
**raise** 121:19,23 123:4
**range** 45:19 103:5 107:9
132:15

**rapid** 39:24 51:7
**rare** 95:15
**rarely** 53:20 57:2 58:16
**rate** 13:6,9,14 84:21 85:3
124:3,13 125:12 128:6
129:4,20 130:12 140:8
141:7,13
**ratio** 152:9
**rational** 27:12
**rationale** 26:15
**reach** 52:10
**reaction** 98:7
**read** 46:19 54:22 72:5,17
83:9 93:8 155:18 156:6
157:2
**reading** 34:14 59:7 75:19
106:5,6 109:12 112:8,11,12
135:12
**real** 64:10
**reason** 6:23 21:10 44:10 96:3
125:9 150:14
**reasonable** 58:15,20
**reasons** 63:22 139:20 143:17
150:21
**rebound** 50:9 99:17 103:10
**recall** 19:18,24 22:6,22,23
24:2,23 25:13 26:17 30:8,21
32:4,4,21,23 34:23 39:15
66:9 69:4,6 71:18 73:8
75:12 79:10 82:12,14,19,21
82:22 83:5 87:8 93:13
100:17 105:24 106:1 110:24
111:15 131:20 137:23
**receive** 11:20 13:3
**received** 32:14 110:4,9,11
**receiving** 92:9,16 150:3
**recertification** 12:1
**recess** 81:3 151:2
**recognize** 63:15
**recognized** 48:17,24
**recollect** 68:23
**recollection** 21:5 32:2 91:16
**record** 6:3,18 7:5 13:19 29:13
30:1 34:15,16 67:21 70:3
72:20,21 74:11 81:2,6 85:15
93:14 94:24 100:19 105:9
139:11 151:1,5

JONATHAN WILLIAMS, M.D.

**recorded** 7:20 102:1
**records** 14:4 30:18,19,21
  31:13 33:10 34:10 35:9
  73:3,23 74:7 75:11 85:7
  94:24 95:2,3 101:3 109:2,18
  112:9 132:1 145:10 146:7,8
  146:10,19 147:16 153:9
  155:14
**recover** 42:1 44:7,8,9,14,15
  44:21,22 99:21,22 135:5
  149:4
**recovered** 100:8,15 103:1
**recovering** 148:13
**recovers** 44:16
**recovery** 99:18 102:19 103:7
**rectum** 88:22 89:16
**reduce** 48:8,13 66:15 150:19
  150:22 152:21
**reduced** 139:14 142:2 148:13
**reduces** 140:14
**reducing** 53:13
**refer** 9:22 39:8 43:4 60:4
**reference** 89:24 90:2 107:21
**referenced** 91:6 110:18
**references** 81:22
**referral** 59:20
**referred** 68:22 147:13
**referring** 75:5 82:1,2 100:3
  110:18 113:23 147:1,2,3
  155:8
**refill** 62:14 113:20
**refills** 113:21
**refresh** 21:5 72:12 73:1,5
  83:11 91:10,15
**refreshes** 101:15
**refuse** 66:23
**refused** 121:4 122:22
**regard** 104:14 134:7 135:2
**regarding** 12:21 18:12 34:19
  54:6 56:19 82:10 105:21
**regimen** 149:15 152:22
**Registered** 160:4
**regular** 42:23
**regulation** 35:20,21
**rejection** 38:2 57:7 149:19
**related** 22:8 23:4 28:3,4 36:8
  38:10 47:12,16 66:9 69:8,13

72:1 120:13 156:10
**relates** 23:9 57:13 63:24
  116:6 123:8
**relationship** 90:13 91:19
  119:19 120:8 131:4 136:10
  138:9
**relevance** 56:4,8 147:19
**reliable** 27:7
**relied** 95:1
**relying** 148:19,22
**remainder** 88:23 89:18
**remember** 16:12,16 18:9
  21:2,7,9,11,14,14 22:1,4,19
  24:18,20 25:2,14 30:2 46:6
  51:9 57:23 58:1 59:6,14
  60:11 64:19 66:10 68:12,14
  69:11,12 72:9,16,18 78:23
  90:6,15 92:10 93:2,6,9,21
  105:7,8 109:3 128:2 131:16
  131:20 132:6 135:11 136:5
  136:7 138:4 139:16 145:17
  146:9 147:15 154:10,13,15
**removal** 19:23 20:2
**remove** 35:22 99:15
**removed** 44:13
**rendering** 111:20
**repeat** 76:17
**rephrase** 5:24 33:6
**replace** 48:14
**replacement** 25:1 37:18 38:6
  38:19
**replacing** 40:1
**report** 3:13 8:5 13:18 14:4,15
  14:18 27:17 30:4,9,23 31:5
  31:10 32:13 33:2 35:3
  36:13 46:2 48:2 51:3 54:12
  58:8,14 59:24 67:23 68:1,4
  72:4,11,11,23,24 73:6,9
  74:14,18,18,22 75:1,3 77:13
  77:23 81:9 82:6 87:6 90:2
  91:7 93:7,21 104:6 108:21
  109:14 110:14 111:20
  112:13 115:8,11 131:14
  134:6,11 135:24 143:6
  146:1 147:20,23 153:19
**reported** 107:1 118:13 119:2
**reporter** 5:2,3 6:6 160:4,5

**REPORTERS** 1:22
**reporting** 138:12
**reports** 13:7 14:22,23 15:13
  78:6,10 133:21
**represent** 73:2 90:13 107:8
  151:18
**represented** 155:4
**request** 8:12
**require** 37:17 41:17,24 49:21
  50:22,23 51:19 135:7 157:8
**required** 42:18 56:23 60:2
  148:4
**requires** 38:17 148:23 149:4
**research** 11:4,6 18:16 25:18
  30:13 36:8 59:17 61:6,8,11
  61:18,21
**residency** 10:13
**resident** 11:13
**resides** 95:14
**respect** 39:5 55:3 60:1 64:12
  68:5 78:24 111:22 134:12
  134:20 158:1
**responding** 49:6 52:2
**response** 45:22 64:23 97:16
  119:18
**rest** 156:6
**restart** 148:9
**restoration** 147:7
**result** 26:3 65:24 136:2 138:1
  139:15 147:24
**retained** 15:4,7,17
**retention** 69:14
**reversing** 53:8
**review** 9:2 13:19 17:4 29:13
  30:14,18,24 31:21 32:12,18
  35:9 61:4 70:2,3,11 72:21
  75:11 98:23 103:16,17
  104:15 111:19 131:18
  139:11 146:4
**reviewed** 25:17 30:21 31:14
  32:2 33:10 85:6 90:12
  107:17 109:3,19
**reviewing** 14:4 32:5 91:15
**revisit** 13:2
**rheumatic** 90:6
**rheumatoid** 37:23 82:10
  83:20 84:9,15 85:23,24

86:24
**rheumatologic** 57:5
**Richard** 20:18
**right** 8:1 10:1 12:11 14:1,9
  16:19 19:21 21:3,7 31:5,12
  35:11 42:4,12 46:18 51:11
  51:11 58:13 63:19 64:15
  69:21,21 70:5 71:15 78:12
  82:15 85:19 87:3 88:14
  91:11 92:20,22 102:18
  108:20 109:8 110:17 113:16
  113:19,23 115:13 117:5,8
  118:23 119:3 130:9 154:5
  154:22 155:12,15 156:15
**rise** 128:10
**risk** 26:23 27:9 40:16 52:20
  57:11 81:17 83:21 84:4
  85:17 86:3,6,22 87:1,2
  92:18 119:18,23,24 120:5,8
  120:10,12,24 125:7 126:12
  126:22 128:7,8,10,12,15,17
  129:8,16,20 130:3,14,23
  131:6 133:15 136:4,12,24
  137:4,6 138:3,10,21,23
  139:14 140:5 141:4,23
  142:2,4,7 143:7,8,24 144:18
  144:19 145:1 150:23
**riskier** 128:17
**risks** 36:9 39:21 40:17 48:14
  52:8 119:22 125:2,2 127:4,5
  127:10
**roughly** 14:1 29:23
**RPR** 1:17 160:22

---

**S**

**S** 2:1,19,19 3:10 4:1 72:9
**S-Y-L-V-A-N** 7:7
**Sandoz** 17:24
**saturate** 120:15
**saw** 34:10 69:2 88:11,11
  99:20 100:15 132:1,5,14
  147:9,16,18
**saying** 6:7 86:20 98:3 112:24
  126:11 129:23 130:11,22
  146:17
**says** 69:24 87:21 89:3 102:6
  151:23 152:3 157:12

**Scan** 93:17
**scenario** 66:3 156:18
**schedule** 40:21,21,22,22
**school** 8:23 10:7,12,18,20
  131:11
**science** 10:18 141:23
**scientific** 27:2,7
**Scranton** 2:10
**screen** 7:24 13:5 31:8 46:13
  57:21 81:8 91:5 101:14
  110:16 127:22
**scroll** 8:19,24 12:6 17:7,8
  70:16,17 71:4,6 83:7 87:13
  87:14,19,20 88:11,12 91:9
  151:22 155:22
**search** 72:17
**sec** 82:24
**second** 13:2 16:16,17 19:8
  23:1 54:18,20 55:11 57:20
  57:24 63:2 71:18 72:4
  73:15 75:13 82:11 89:9
  90:1 91:4 95:17 103:15
  104:5,5 127:21 129:24
  131:14 151:16
**secondary** 75:24
**secreted** 36:21
**section** 12:11 87:17
**see** 8:1,3,7 9:5 13:21 16:22
  22:10 31:19,24 32:5,7,8,9
  34:12 46:9,14 54:16,19
  59:21 65:9 69:22 70:6 72:6
  72:16 74:18 81:10 85:15
  87:6,14,21 88:3,12,13 90:20
  93:1 94:18 97:14 98:17,18
  100:18 101:14,20 102:20
  103:10 105:10 107:21
  110:15 115:11,13 127:22
  139:12 141:3 144:5 147:14
  151:16 155:15,22,24 157:19
  158:9,16
**seeing** 93:13
**seek** 78:5
**seen** 28:21,22 29:3 53:21 57:2
  59:22 89:16 97:18 98:21
  140:1 143:14 145:24 146:7
**seep** 95:14
**sees** 59:19

**segmented** 102:7
**segments** 158:18
**self-reporting** 119:4
**send** 9:13
**sense** 42:24 153:13
**sent** 16:12
**sentence** 54:20 153:19,24
**sepsis** 71:20 80:6,10 81:16
**September** 59:4 104:9,11,20
  108:24 110:21 111:8,13
  114:10 115:1 116:20 117:6
  121:17
**sequela** 71:14,16
**sequence** 134:16
**series** 68:3
**serious** 49:13 83:19
**services** 61:5
**set** 26:9
**setting** 57:8 58:18 59:13 62:1
  62:3,14 78:11 108:12
  121:22 123:3 149:18
**seven** 100:6 108:7
**severe** 52:15,18 156:7
**severely** 98:17
**severity** 40:11,13 52:1,13
  97:24 123:7
**share** 7:24 31:7 46:13 57:20
  69:20 81:8 91:5 101:14
**sharing** 13:5 91:5 127:22
**short** 81:3 151:2
**shortens** 139:24
**shorter** 128:13
**Shorthand** 160:4
**show** 82:23 83:6 87:10 90:10
  90:18 93:18 139:23 151:14
  153:9,18
**showed** 27:18
**shown** 150:13
**sick** 96:7
**side** 40:3 48:10,12
**sigmoid** 73:18,24 74:9 75:9
  75:14,23 76:10 89:15 90:5
  90:14 91:20 92:8,21 94:9,9
  94:14,14 95:23 96:14
  155:21 156:20 157:13 158:1
  158:5,11,17
**sign** 96:3

significance 76:20 77:1,7
significant 75:15 77:8 94:10
    94:15 97:4 157:3
significantly 116:2
signs 37:6 96:24 100:2
silently 155:19
similar 33:21,23
simply 44:13
singular 100:20
sit 26:10 146:13
site 138:14
situation 42:14,16 52:7 65:8
    66:18
situations 41:12 42:2,7 45:24
    49:24 56:23
six 42:24 55:18 113:8,9
    115:17,19,22,23 116:14,15
    116:22
sleep 43:1 44:4,13,18
slightest 156:8
slowing 39:2
small 72:2 73:4,15 75:5,8
    76:20 77:14 82:1 88:1,15,18
    88:19 89:8,10,11,12 91:24
    91:24 94:20 95:22 124:3
solely 117:24
solid 38:3 45:14 149:18
somebody 41:15 42:17 43:4
    96:10 99:10 103:10 121:14
    123:23 140:13 142:4 148:12
    150:5
soon 52:10
sorry 9:9 28:22 36:2 41:14
    42:10 44:24 54:22 55:9
    58:22 75:12 76:14,16 79:2
    84:23 86:10 88:8 95:1
    97:21 99:2 101:16 103:15
    109:7 111:3 113:2 115:10
    116:4,13,23 117:24 132:21
    141:9 143:8 147:23
sort 18:18
sound 14:9
sounded 116:2
sounds 75:18,19 76:3 88:5
    106:4 129:13 134:17 154:22
South 1:22
soy 26:22

span 105:10 139:24
Spanish 10:6
speak 28:2 126:17,19 158:13
speaking 64:21 101:19
speaks 141:20
specialist 36:5 38:4 47:5
    51:17 53:23 59:19 79:22
    80:12
specialists 145:18
specialty 78:15 80:15
specific 11:2 54:13,24 57:16
    58:2,9 87:24 94:17 100:7
    105:10 136:14 137:9 143:18
    157:6 158:15
specifically 11:1 57:16 88:6
    92:17,20 100:1,3 126:17,19
    158:13
specificity 158:7,17
specifics 64:19 66:10 73:9
    75:2,3 82:21 106:4
specified 72:16
specify 82:3
specifying 87:4
SPECTER 2:4
spent 14:3,15
Stacey 1:6 4:8,24 28:13,14
    31:23 32:3 151:12,19 152:2
staff 11:12
standard 39:19 54:10 55:2
    58:4,24 60:1 124:24
standards 59:11
standpoint 157:11
start 43:3,7 102:23 120:15
    128:10 151:11
started 99:21,22
state 7:4 17:14,18,21 46:18
    60:7 61:7 68:5 88:7 98:6,12
    109:14 122:20
stated 26:20 42:9 46:2 50:14
    51:4 54:12 55:7 58:19 59:8
    61:8 70:20 72:6 75:4 81:11
    81:24 82:17 85:6 105:13
    108:21 111:5 122:5 143:6
    147:22 148:23 152:17
statement 42:13 46:7 51:9
    81:19,23 107:22 108:4,5
    109:3,10 135:11 138:4

139:16
statements 90:21
states 1:1 4:6 70:6 142:17,23
stating 42:6 59:14 60:14 65:3
    71:18 88:23 120:22 136:5
steadily 102:19
stenographic 160:6
steroid 39:21 43:6,9 50:10
    108:13 131:15,21,22 132:4
    134:20 135:2,5 136:2,3
    137:5,7 138:2 139:15 142:3
    144:1 148:1 156:13
steroids 38:21 39:2,10 41:10
    41:21 43:11 46:4 48:18
    52:16,17,22,24 53:7,13
    59:20 84:16 90:4 108:18
    109:22 110:5,9 132:8
    133:22 135:4 138:24 141:1
    148:5,10,21 150:1 151:22
stir 145:7
stomach 89:6,6
stop 13:5 43:9 49:7,8,12 91:5
    127:21
stopped 151:21
story 78:11
Street 1:22 2:5,15 7:17
strengths 106:22
stress 45:19,20,23
strike 35:12 44:24 54:6 64:22
strong 81:13
structures 56:15
students 131:11 143:15
studies 90:11 126:6 131:2,3,7
    137:10 138:12,14 139:23
    140:3 150:19 158:3,13
study 10:24 79:15 82:11,16
    82:19,21,23 83:1,1,5,15
    84:5 85:18,23 86:2 88:6
    89:23 90:9,12 91:16 92:10
    92:13,13 93:17,23 94:3,4,7
    94:12 126:11,12 136:14
    137:9,21 143:18
studying 85:23
stuff 147:13
subject 23:18
subsequent 12:5 122:19
    132:1

JONATHAN WILLIAMS, M.D.

**substance** 86:8
**substances** 40:19
**substantial** 52:19 53:6,15
  57:10 149:14 150:13
**substantially** 120:24 126:2
**substantiate** 34:17
**suffering** 121:1
**suggest** 26:24 155:18
**suggested** 79:15
**Suite** 1:23 2:15
**summarize** 10:1
**summary** 79:10 83:15 90:21
  92:12
**supplement** 24:9,22,23 25:1
  25:1
**supplements** 105:4
**supply** 121:20
**support** 27:2 81:13 126:6
  131:2,4,7 137:10 153:11
  158:3
**supported** 126:12 137:9
**supports** 57:11 126:11
  136:14 143:19
**suppose** 19:17 34:14
**suppressed** 44:11,22 45:18
**suppression** 98:8,18 99:15
  103:11
**sure** 8:14,20 10:3 12:8 14:10
  15:3 17:6,19 19:17 22:20
  26:17 33:7,8 34:6 35:4
  38:24 46:10 48:19,23 63:10
  63:17 65:3,10 69:6 74:11,21
  76:18 77:18 79:3,4 80:13
  84:24 86:23 87:10 96:1
  99:19 103:24 106:21 108:3
  109:7,9 113:13 116:4
  118:22 121:9 125:6 141:5
  141:14
**surgeon** 73:3 75:13 76:8 78:8
  78:18,19 80:1 93:19,21
  157:8
**surgeon's** 72:11
**surgery** 45:20 99:2,2,20
  100:6,23 103:8
**surgical** 79:19 80:3 157:8
**surgically** 99:14
**Susan** 2:14 4:15 101:1 112:9

**susceptible** 96:4,4 145:8
**suspected** 60:10 80:4
**suspicion** 123:4
**Sutter** 155:16
**swear** 5:4
**sworn** 5:7
**Sylvan** 7:6
**symptoms** 37:6 71:24 96:24
  97:1 131:21
**syndrome** 140:22 144:24
**synthetic** 40:24 41:3 55:17
  56:13
**system** 35:22 38:1 59:20

**T**

**T** 2:19 3:10 20:22 160:1,1
**table** 84:13 100:24 101:2
**tablet** 105:23 106:22
**tablets** 106:3,8,11,14,17,20
  107:2,3 108:7 112:1,1,17
  113:2,3,24 114:4,11 116:8
  116:12,20
**Tafenoquine** 105:2,15,21,23
  106:3,8,11,14,17,23 107:2,4
  107:12,19,22 108:1,7
**tailored** 150:12
**take** 6:6,10,14 9:14 12:3 13:1
  17:3 23:14 34:11 43:12
  44:4 58:5 67:9 80:20 92:5
  107:14,16 109:24 110:2
  118:15 119:8,21,21 128:6
  128:14 130:10 132:8 135:3
  148:21 152:1
**taken** 1:17 4:4 29:1,5 81:4
  104:11 119:20 145:24 151:3
  151:19 160:7
**takes** 43:1 67:4 105:5 127:23
**talk** 37:5 56:19 64:10,15 82:8
  100:11,12 131:15,15
**talked** 27:24 104:7,7
**talking** 6:5 16:15 87:23 93:10
  100:10 102:8 117:6 129:12
  129:13 131:21 133:15
  134:16,17 153:23 154:5
**talks** 9:7 25:22 156:6
**Tanabe** 17:24 27:19
**taper** 39:24 43:5 48:9 49:6,7

  49:9,12,14,21 50:2,15 51:7
  58:20 148:6
**tapering** 43:4 48:1,3,5,7,17
  49:1,3,10,20,22 50:4,5,6,8
  50:16,17
**TCC** 60:4 105:19 109:22
  110:1,12,18 111:7 114:24
  115:4,7 116:1 117:19 118:2
  120:18,23 121:3 122:22
  135:9,18,23 155:10
**TCC's** 68:10 108:22 109:14
  111:6 116:6
**teach** 131:10 136:22 138:11
  143:14
**team** 60:22
**TECHNICIAN** 4:3 5:1,10
  81:1,5 150:24 151:4 158:23
**Teeter** 110:7,12 111:1,16,23
  112:16 114:2,10 115:3
  117:19 118:5,13,16,24
  119:1,10 154:9,16
**tell** 12:7 24:6 64:3,6 82:14
  105:7 149:11
**temporarily** 43:18
**ten** 16:4
**tender** 79:14
**term** 87:3
**terms** 56:20 64:10 107:1,1
  112:20 113:6 124:2,12
  129:17 148:20
**tertiary** 59:20
**test** 43:16
**testified** 5:8 12:20 15:21 16:6
  16:8 17:11,14,17,21 19:2
  23:2,9 33:1 34:21 79:4
  131:24
**testify** 6:24 23:21 26:6
**testifying** 7:13 15:23
**testimony** 3:14 6:17 13:10,15
  17:9 23:8,19 26:13 27:5,14
  28:10 34:20,20 122:18
  151:13
**testing** 149:2
**tests** 29:6
**textbook** 138:15 143:21
**thank** 5:1,13 7:9,19 11:17
  12:18 14:2 40:23 60:6 65:4

66:14,17 83:3,8,13 91:8,14
101:16 151:6 157:22 158:20
**Thanks** 103:12 155:23,24
**theoretical** 51:12
**therapist** 132:3
**therapy** 135:7 136:12 147:7
**thing** 54:23 72:18 88:10 96:1
96:15 99:7 113:12 127:11
138:7 139:19 155:12
**things** 46:12 59:22 74:12
97:11 98:20 102:23,24
105:10 113:13 136:22
138:17 143:3 144:8
**think** 9:1 11:24 12:15 16:14
27:13 35:10 48:16 49:19
50:22 62:24 66:2 69:16,24
71:14 75:2 82:3 86:13 93:7
96:19 101:6 105:1,4 115:20
132:13 142:6 151:15 155:12
157:17
**thinking** 67:10
**thinning** 76:13,19 97:7
156:13
**third** 20:17 110:8
**thirds** 110:10
**Thomas** 11:4
**thousand** 102:4 103:4
**thousands** 102:2 127:13,17
127:17 132:16
**three** 14:12 15:14,19,20
36:15 40:22 42:24 69:24
110:11 152:1,18
**threshold** 25:11 129:11,12
140:23
**threw** 74:5
**thrombophlebitis** 144:19
**thrombosis** 144:11,13,23
146:21,24
**thyroid** 24:7,10,13 25:7,9,12
25:23 28:3,9
**tick** 102:23
**time** 6:7 11:2 14:3,15 16:8
17:11 29:17 43:2,18 59:3,20
67:20 74:14,21 81:1,3,5
84:11 97:5,24 98:24 99:1,3
104:7 105:9,10 107:2 109:8
109:23 110:10 111:8,16

113:18,19 114:24 122:9
123:8 128:11,13,14,16
132:8 134:3,15 140:1
144:21 145:24 147:11
150:24 151:2,4 153:23
155:11 158:23
**times** 15:17 16:3,4 29:16
55:18 63:20 98:21 108:19
113:8,9 115:17,19,22,23
116:14,15,22 127:15 152:1
**timing** 71:22 134:1
**tip** 25:10
**tips** 57:12
**tissue** 35:22 75:14 156:7
157:13,14 158:5
**title** 11:14 82:14 92:14
**titled** 17:2 82:8 90:3 92:7
**today** 5:14 6:24 7:14,20 8:15
13:22 14:20 17:15 31:17
120:22 133:7 146:13
**today's** 5:20
**told** 109:1,17
**tolerate** 150:7
**Tonya** 20:17
**top** 29:10 30:2 54:23 57:24
68:17 86:3 87:8 93:2
100:15 101:21 105:7 106:21
122:15 132:6 138:15 139:10
140:4 141:19 143:20 146:11
155:23
**tops** 57:9
**Torres** 18:5
**total** 13:24 100:12 107:8
112:4 113:4,24 114:6,15
116:1,8,22 117:15 121:8
**totally** 67:15
**touch** 9:1 57:6 83:7 155:22
**toxic** 40:3 48:15 98:6 123:24
125:10
**toxicities** 48:6,8 52:12 69:8
108:14
**toxicity** 40:2,15 49:10,17
52:17,21 98:8 150:16
**tract** 73:20,21 75:10,10 82:3
82:4 88:5,13,18,21 94:6
**train** 62:11
**trained** 10:10

**training** 10:3 30:13 51:16
59:17 79:24 80:18 81:21
95:20 143:15
**transcript** 1:16 32:18,22
151:16 160:6
**translocation** 95:13
**transplant** 38:2 57:6 149:19
**transplants** 38:3,3 45:14,14
**trauma** 45:21
**treat** 36:1,4 47:11,15,16
49:13 57:3 137:15 140:2
141:16 150:12 155:2
**treatable** 127:19
**treated** 46:3,23 47:9 50:19
54:1,3 56:19 77:10 78:13
79:5,5 85:24 86:23 98:16
123:23 141:15
**treating** 45:11,12 49:5 52:9
62:18 65:14,22 67:3 137:12
141:17,22 153:14
**treatment** 50:10 52:4 78:17
149:18,19
**trial** 3:14 13:15 15:22 16:5,6
16:10 17:3,9 19:2,6 23:8
27:14,17 28:6
**true** 108:4,4 160:6
**try** 107:6 150:19,22
**trying** 38:1 42:12 49:16
69:16 72:16 105:1,6 135:13
136:7 150:4
**Tuesday** 1:18
**tumor** 19:23 20:3
**Tunkhannock** 1:11 2:16 4:17
60:3 108:21 151:12 153:20
154:9,11 155:4
**turn** 42:21 43:13,18,22
**turned** 41:22
**twice** 153:3
**two** 6:6 10:14 14:12 40:21
42:2,4 43:20 51:6 57:9
102:4 104:3 106:3,11,14
110:10 132:4 133:8 148:5
148:12 152:18 154:18
**type** 23:18 24:2,24 36:1,3
63:21 80:15 127:2 149:15
156:17
**typical** 39:22

**typically** 155:1

**U**

**ulcerative** 37:23
**ultimately** 93:19
**unable** 6:23 148:8
**unaware** 63:2,7 146:16
**uncommon** 83:19
**underactive** 25:11
**undergraduate** 10:3
**underlying** 43:24
**understand** 5:22,24 6:14,21
  7:19 34:7 35:4 42:12 46:13
  48:23 51:23 121:9 122:5,18
**understanding** 53:19 54:5
  84:14 104:18 132:7
**understood** 79:3 84:24
**undertook** 33:1
**undiseased** 127:18
**unfortunately** 132:10 140:5
**United** 1:1,23 4:5 142:17,23
**University** 10:4,8,9,24 11:3,4
**unknown** 124:6,19 125:2
**unproven** 26:21 27:4
**unquote** 26:21 27:3
**unreasonable** 68:9
**unreliable** 26:3,16 27:10
**unsupported** 27:8
**updated** 8:9,13,16 9:9,22
  11:24 12:3 13:3
**upper** 54:7,9 55:5 88:13,16
  88:18
**upwards** 102:23
**usage** 12:22 105:21 156:11
  156:13
**use** 18:15 23:4,10 33:5 41:10
  42:7,13 43:16 45:3 50:10
  57:7 76:12 87:3 125:23
  126:6 128:24 131:5 137:7
  137:13 139:24 141:21 143:9
  144:14 153:15
**useful** 37:20,22,24
**usually** 43:3 79:24 87:16
  95:13 100:9,12 102:3
  113:20 146:3 149:12 153:1
  153:2,15
**Utah** 10:4

**V**

**VA** 10:21
**vagueness** 34:4
**Valley** 22:11
**Van** 20:18
**variables** 124:21
**variance** 40:11
**varies** 124:7
**vary** 39:18 40:5,7
**vast** 108:23 109:15 114:23
  153:21,24
**vein** 144:23 146:20
**venous** 144:11,13 145:8
  146:24
**verified** 62:13
**versa** 55:23 56:6
**versus** 4:9 15:18 17:24 19:9
  20:18 21:17 22:11 23:22
  44:18 93:15 154:9
**vice** 55:23 56:6
**video** 1:6 4:3,3,5,11 5:1,10
  7:20 81:1,2,5,6 150:24
  151:1,4,5 158:23,24
**Videographer** 2:21
**VIDEOTAPE** 1:16
**view** 91:12
**Vitae** 3:12
**vital** 100:2
**vitals** 33:19 98:24
**vs** 1:9

**W**

**W-1** 3:12
**W-2** 3:14
**W-3** 3:15
**W/H** 1:7
**wait** 54:15 91:2 135:15
**wake** 43:2
**wakes** 44:16
**waking** 43:7
**wall** 76:19 95:12 122:17
  156:14
**walls** 76:12 97:8
**want** 9:14 17:3 46:11 48:23
  53:10 54:16 65:4,11 69:7
  84:23 87:9 90:1,19 91:2
  101:17 107:21 116:4 132:14

141:20 143:4 145:7,9
  151:14 153:18 155:3,13,13
  155:20,22,24
**wanted** 65:6 82:8 86:23
  101:1,18
**wasn't** 44:10 100:20
**way** 39:2 88:22 89:14 125:17
  152:10 153:8,14
**we'll** 5:10 6:9 29:19 42:23
  113:24 157:19
**we're** 31:8 46:14 58:13 69:21
  81:6 100:10 102:24 111:12
  113:13 115:21,23 144:12
  150:1 151:5
**we've** 67:12 118:23 133:15
**weakening** 97:7
**wean** 148:11
**week** 26:10 29:15,15 39:23
  39:24 122:7,13 133:7
**weeks** 42:24 51:6
**weigh** 136:1
**weighed** 150:17
**weight** 69:14 133:17 149:9
  150:6
**weight-based** 150:22
**weight-loss** 24:24
**Weiner** 92:7
**welcome** 5:15 151:9
**well-established** 131:12
  136:24
**well-known** 48:6 126:20
  127:9 143:12
**went** 126:9
**WERNER** 2:9
**white** 95:9 97:17 98:19 99:18
  99:21 100:4,12,13,21
  101:22 102:2,3,11,13,18
  103:2
**wholly** 148:19
**William** 21:16
**Williams** 1:9 3:4 4:12 5:6,13
  7:4,6,23 9:17 11:17 16:20
  23:14 28:12 31:9,10 34:20
  38:5 48:1 57:13 63:5,17
  66:11 69:21,22 72:21 74:15
  78:12 81:9 101:15 112:15
  121:24 151:7 157:22 161:1

JONATHAN WILLIAMS, M.D.

162:1 163:1
**Williams'** 26:20 27:8
**window** 104:2,4 111:3 113:20
**witness** 3:3 5:4 9:18 34:6
  74:3 75:18 76:3,24 77:18
  90:18 101:9 118:19 119:14
  123:12 124:6,17 125:16
  133:24 151:9 159:2
**Wolking** 1:6,7 4:9,24 28:13
  28:14,16 29:2,4,9 31:23
  32:3 57:19 59:2,11 68:3,10
  73:4 74:16 85:8 93:3 101:7
  103:18 108:24 109:16,23
  111:2 114:3 119:6,17 121:6
  129:18 135:11,19 138:20
  142:1 143:7 144:9 148:16
  148:18 151:19 153:22 154:8
  157:15
**Wolking's** 29:20 30:24 68:6
  72:14 77:15 98:23 115:5
  117:20 123:7 125:19,23
  131:18 142:10,18 151:13
  155:14
**Women's** 7:10 10:11,21 11:8
**word** 67:5,9 88:11
**words** 33:9 35:6,17 65:9
  119:3 129:5,19
**work** 14:11 29:2,2,3,3,5
  33:19 53:12 61:4 78:9
  132:3,12
**worked** 61:8,21
**worker** 60:21
**working** 44:10 53:5
**works** 14:11
**worry** 16:14 132:11
**worst** 59:21,21,22
**worth** 34:11
**wouldn't** 49:12 153:8
**wounds** 96:5
**write** 146:6
**wrote** 62:16 63:11 65:6 81:23
  135:12
**Wyoming** 2:10

---

### X

**X** 3:1,10 63:6 142:7

---

### Y

**Y** 63:6 66:11
**year** 29:17 133:10,11 142:12
  151:20
**years** 8:17 16:4 25:14,19
  30:15 59:13 61:1 64:20
  66:10 131:12 133:8 142:22
  148:12
**Yep** 71:8,14 90:9 101:23
  102:10 103:14 105:3 117:15
  151:11
**Young** 10:4
**younger** 142:8
**Youngs** 1:10 2:16 4:16

---

### Z

**zero** 39:24 65:3,7 130:8,8
  146:2
**ZOOM** 1:16
**Zydus** 27:14,16 28:4

---

### 0

**0.25** 41:9
**0.375** 41:9
**02115** 7:8
**09** 89:22

---

### 1

**1** 7:24 31:9,9 43:15,17 46:14
  81:10 101:12 114:4 127:23
  128:2 149:8,9,17 161:1
**1,000** 57:9
**1:01** 81:6
**10** 41:11 51:7 116:7 122:1
  152:6,23
**10,000** 115:21
**100** 57:2,6 58:16 111:24
  112:1,17 113:2 116:20
  118:15 119:7,9 121:18
  122:1 149:22,23
**10th** 102:22
**11** 1:18 4:4
**11:00** 1:18
**11:02** 4:4
**11th** 102:22 103:7
**12** 41:11
**12,000** 100:5,15

---

**12:53** 80:21 81:2
**120** 112:1 113:2 114:11
**125** 112:1 130:2,16,18,23
**12th** 102:24 103:7
**13th** 103:3
**14** 14:8
**14-plus** 14:14
**15** 107:3 108:7 152:4
**15,000** 115:24
**151** 3:6
**1520** 1:23
**1525** 2:5
**157** 3:5
**16** 3:14 110:21 116:11
**161** 3:12
**162** 3:14
**163** 3:15
**16th** 117:4
**17,000** 117:16 154:12,13,23
  155:4,5
**17th** 1:22
**180** 114:3,6
**184** 7:17
**18503** 2:10
**19** 84:10,13 108:24
**19102** 2:6
**19103** 1:23 2:15
**1991** 10:6
**1998** 10:10 11:13
**19th** 2:5

---

### 2

**2** 16:20 39:10 132:12,19,19
  162:1
**2,400** 117:1,3,9
**2.5** 132:23
**2:00** 152:3
**2:39** 151:1
**2:44** 151:5
**2:57** 158:24
**20** 16:4 108:18 123:3 127:14
  152:3,16
**200** 116:12 122:9,10
**2001** 2:15 10:13 11:23
**2003** 11:24
**2004** 10:16,18,19 11:12
**2013** 11:24 145:22,23 146:3,8

---

JONATHAN WILLIAMS, M.D.

146:12,14 147:7,11,17
**2015** 8:16
**2020** 17:9 18:9
**2022** 17:12 103:20 104:9,13
  104:21 108:24 110:20,21,21
  110:22 111:23 114:2,10
  116:6,11 147:1,4 155:16
**2023** 12:1
**2024** 1:18 4:4 30:6
**215** 1:24
**22** 59:5
**221** 7:7
**2250** 107:9
**23,540** 154:21 155:2,6
**24** 30:6 55:14
**2400** 115:17,20
**24th** 30:23 31:18
**25** 30:15 59:13 61:1 64:20
  66:10
**2500** 100:13
**26** 114:10 116:20
**27** 110:21
**27th** 117:6 121:17
**2880** 113:10 114:18

---
**3**

**3** 41:7 45:4,6 69:21,21 110:15
  110:20 163:1
**3,000** 13:22
**3:23-cv-00806-JFS** 1:3 4:8
**30** 1:22 9:6 12:4,14,16 108:18
  110:8 114:1 127:14
**300** 107:9
**3000** 100:13 128:22
**30th** 13:24
**3200** 103:2
**330** 102:14
**36** 55:14
**37** 82:17 84:6,9 89:20
**3810** 2:15

---
**4**

**4** 21:16 39:11 82:7,8,12,17
  110:22 112:17,22 113:3
  114:11 116:11,12,20 121:18
  122:9 123:2 126:9 158:10
**4,800** 116:17,18 117:13

**40** 9:6 12:14,16 39:8,14
**40,000** 82:18 84:6 89:20
**400** 115:19 116:21
**415** 2:10
**45** 133:3,8,11,22
**450** 13:8 14:6
**48** 115:23
**480** 113:3,9 114:15
**4th** 103:20 117:4,13 121:17
  122:8

---
**5**

**5** 3:5 22:10 41:7 42:19 45:4,6
  51:7 90:8 91:6 111:24
  112:1
**50** 126:4 137:6 138:22,23
  150:18
**50-day** 121:20
**500** 100:8,11 102:16 116:7
  130:11
**5000** 115:16 116:8
**53** 102:12
**564-1233** 1:24
**5th** 20:19

---
**6**

**6,000** 13:16
**6,540** 154:16,23
**6,600** 14:1,5
**60** 25:19 39:8,15,23 51:5,22
  52:22 53:7 56:20,24 139:5
  142:22
**600** 106:18 112:4
**6000** 103:3
**607** 101:12
**66** 102:1,20
**660** 102:1,5,13
**69** 3:15

---
**7**

**7** 3:12 101:21 102:12 111:23
  155:16
**7:30** 155:16
**70** 25:19 155:9
**72.2** 155:6
**75** 149:22,23 155:9
**750** 13:13

**76** 68:7,16 70:6,8,21,22 71:12
  71:16 134:14
**7600** 115:18
**7th** 96:7 98:7 102:21 113:22
  134:17

---
**8**

**8** 8:6 110:20 116:6
**8/13/2022** 112:16
**8/7** 112:2
**800** 115:16 116:14,15
**81** 101:7,12
**83** 142:24
**830** 102:24
**85-ish** 142:24
**87** 103:3
**8th** 102:22 111:4

---
**9**

**9** 92:6,7 93:23
**9/19/2022** 109:16
**9/23/2022** 105:22 107:3
**9/24/2022** 106:2
**9/25** 106:7
**9/26/2022** 106:10
**9/27/2022** 106:13
**9/30/2022** 106:16 107:3
**9:00** 152:6
**90** 12:15
**9th** 102:22