# EXHIBIT "B"

**Stephen M. Smith, M.D.**
**154 Old Chester Road**
**Essex Fells, New Jersey**

May 17, 2024

Susan Keesler, Esquire
McCormick & Priore, P.C.
2001 Market Street
Suite 3810
Philadelphia, PA 19103

Re:    Wolking v. TCC

Dear Ms. Keesler:

At your request, I reviewed the following documents, pertaining to the above matter:

1. Complaint
2. Youngs Apothecary, Inc. d/b/a Tunkhannock Compounding Center ("TCC")'s Answer to Complaint with Affirmative Defenses
3. Dr. Henry Lindner's Answer to Complaint
4. Dr. Henry Lindner's Answer to Crossclaims of TCC
5. Expert Report of Jonathan Williams, MD, M.MSc.
6. Expert Report of Carl Gainor, Ph.D., JD
7. Expert Report of Paul Gisbert Auwaerter, MD, MBA, FIDSA
8. Expert Report of Mark Dershwitz, MD, Ph.D.
9. Expert Report of Thomas Johns, Pharm. D.
10. Responses of Dr. Lindner to Plaintiff's Interrogatories and Request for Production of Documents
11. Document production of Dr. Lindner
12. Plaintiff's responses to Dr. Lindner's Interrogatories and Request for Production of Documents
13. Plaintiff's responses to Dr. Lindner's Supplemental Request for Production of Documents
14. Plaintiff's responses to Dr. Lindner's Second Supplemental Request for Production of Documents
15. Plaintiff's document production, P1-P18
16. Plaintiff's Initial Disclosures
17. Plaintiff's Supplemental Responses to Initial Disclosures

18. TCC's Response to Plaintiff's Interrogatories and Request for Production of Documents
19. TCC's Response to Plaintiff's Interrogatories and Request for Production of Documents (Set 2)
20. TCC's Response to Plaintiff's Request for Production (Set 3)
21. TCC's Initial Disclosure document production (YA 0001-0074)
22. TCC's document production (YA 0268-0271)
23. TCC's supplemental production (YA 0075-00267)
24. TCC's Patient Profile of Plaintiff Stacey Wolking
25. Deposition transcript of Dr. Henry Lindner
26. Deposition transcript of Stacey Wolking
27. Deposition transcript of Darryl Wolking
28. Deposition transcript of Courtney Young
29. Deposition transcript of 30(b)(6) of TCC
30. Deposition transcript of Brian Bryk
31. Infuserve America records
32. Leesburg Compounding Center billing records
33. Stewart Loudon Health Billing records
34. Stewart Loudon Health Medical Records
35. TLab, Inc. records

Based on this review, I have formed opinions about Stacey Underhill Wolking's illness in October 2022. Before listing those opinions, I will summarize the case.

**<u>Case Summary:</u>**

Ms. Wolking was born on 9/26/1962. By 2022, Ms. Wolking's past medical history included multiple bilateral total hip arthroplasties, s/p cholecystectomy, s/p rotator cuff repair, s/p right wrist carpectomy, hypothyroidism, deep-venous thrombosis, GERD, and postmenopausal syndrome.

On 10/31/2011, Dr. Stewart prescribed Plaquenil and Levaquin to treat Bartonella.

In February 2012, Ms. Wolking underwent chelation therapy under Dr. Stewart's recommendation.

It appears that Ms. Wolking first saw Dr. Lindner on 11/1/2013. Dr. Lindner prescribed Ms. Wolking progesterone, vitamin D3, DHEA, and estradiol cream.

Ms. Wolking, in her email to Dr. Lindner on 11/4/2013, thanks Dr. Lindner for seeing her last Friday. This office visit was the only time Ms. Wolking went to Dr. Linder's office. Dr. Lindner communicated with Ms. Wolking via email frequently and occasionally by telephone call. During this period, Ms. Wolking was being treated with hormone replacement therapy.

On 5/1/2015, Dr. Stewart had a phone consult with Ms. Wolking. Dr. Stewart noted, "*Very difficult getting the hydrocortisone dosing stable with the hormone doctor. Sometimes is getting too much and sometimes getting not enough and crashing at night. After cutting back on the dosing is having a lot of pain. Now trying to raise the dose again*." Dr. Stewart prescribed Ms. Wolking rifampin 300 mg, twice daily for 30 days. Dr. Stewart added pregnenolone.

On 6/1/2015, Dr. Stewart had talked to Ms. Wolking over the phone. Dr. Stewart listed Ms. Wolking's medications as prednisolone, hydrocortisone and pregnenolone. Ms. Wolking felt ""*goofy" a lot, HA's a lot, feels low a lot*". Dr. Stewart noted that "*Dr. Lindner concerned that cortisone too high*".

On 6/10/2015, Ms. Wolking was given ceftriaxone 1 gm IM in her left buttock.

On 6/16/2015, Ms. Wolking was given ceftriaxone 1 gm IM in her right buttock.

On 6/24/2015, Ms. Wolking was given ceftriaxone 1 gm IM in her left buttock.

On 7/7/2015, Dr. Steward prescribed Ms. Wolking atovaquone ½ tsp twice daily for 30 days (750 mg/5 ml), azithromycin 300 mg per day, A-Bab 1 drop twice daily, and continue ceftriaxone shots weekly for 6 more weeks.

On 7/14/2015, Ms. Wolking was given ceftriaxone 1 gm IM in her left buttock.

On 7/21/2015, Ms. Wolking was given ceftriaxone 1 gm IM in her left buttock.

S.M. Smith, M.D.                    Wolking v. TCC                    17-May-24

On 7/29/2015, Ms. Wolking was given ceftriaxone 1 gm IM in her right buttock.

On 8/4/2015, Ms. Wolking was given ceftriaxone 1 gm IM in her left buttock.

On 8/10/2015, Ms. Wolking was given ceftriaxone 1 gm IM in her right buttock.

On 9/10/2015, Dr. Stewart changed Ms. Wolking's antibiotic therapy to ceftriaxone 2 gm TIW x 4 weeks and doxycycline 400 mg IV daily 2 days per week for 4 weeks. A PICC line was placed for these IV antibiotics.

On 9/30/2015, Dr. Stewart ordered the continuation of metronidazole 600 mg IV every 12 hours 3 days per week and doxycycline 400 mg IV daily 2 days per week for an additional 4 weeks.

On 10/9/2015, Dr. Stewart had a phone consult with Ms. Wolking. Dr. Stewart prescribed Burbur and Alka-Seltzer Gold for "*Herx alleviation*".

On 11/4/2015, Dr. Stewart wrote a letter defending his diagnosis and therapy in Ms. Wolking's case. Dr. Stewart had a phone consult with Ms. Wolking, who stated, "*I feel like I am dead.*" Ms. Wolking was on hydrocortisone 15 mg at 7 PM, 10 mg at 10 AM, 5 mg at 3 PM, and 2.5 mg at night.

On 11/5/2015, Dr. Stewart discontinued the ceftriaxone and started Ms. Wolking on metronidazole 600 mg IV twice daily.

On 11/11/2015, Ms. Wolking underwent repeat Lyme testing. Her Lyme IgG and IgM screens were negative. Ms. Wolking also tested negative for antibodies against Rocky Mountain Spotted Fever rickettsia, *Bartonella henselae*, *Babesia microti, Babesia duncani,*  and *Anaplasma phagocytophilum*.

On 11/19/2015, Ms. Wolking's CBC was normal; her CMP was normal except her total bilirubin = 2.2 mg/dL.

On 11/24/2015, Dr. Stewart prescribed Ms. Wolking atovaquone 375 mg twice daily for 60 days.

On 11/25/2015, Dr. Stewart prescribed Ms. Wolking Ferrlecit 62.5 mg IV x 1 dose. Ms. Wolking's CBC was normal; her CMP was normal except her total bilirubin = 1.3 mg/dL.

On 1/7/2016, Ms. Wolking's CBC was normal; her CMP was normal except her total bilirubin = 1.5 mg/dL.

On 1/12/2016, Dr. Stewart changed Ms. Wolking's antibiotics from metronidazole and doxycycline to ceftriaxone 2 gm IV three times per week and azithromycin 500 IV twice weekly for 60 days each. Dr. Stewart continued Ms. Wolking on atovaquone and increased her vitamin C dose to 5 gm twice daily.

On 1/21/2016, Ms. Wolking's CBC was normal; her CMP was normal except her total bilirubin = 1.3 mg/dL and her glucose = 150 mg/dL.

On 2/18/2016, Dr. Stewart prescribed IV vitamin C therapy for Ms. Wolking. Ms. Wolking's CBC was normal; her CMP was normal except her total bilirubin = 2.1 mg/dL and her glucose = 108 mg/dL.

On 3/17/2016, Ms. Wolking's CBC was normal; her CMP was normal except her total bilirubin = 1.9 mg/dL.

On 4/4/2016, Dr. Stewart prescribed Ms. Wolking rifabutin 150 mg, 1 tablet twice daily for 14 days. Ms. Wolking complained of low energy, sleeping late secondary to tiredness, and generalized aches and pains.

On 4/29/2016, Dr. Stewart again prescribed Ms. Wolking rifabutin 150 mg, 1 tablet twice daily for 14 days.

On 5/11/2016, 2016, Ms. Wolking's CBC was normal; her CMP was normal except her total bilirubin = 1.5 mg/dL.

On 6/2/2016, Dr. Stewart prescribed IV vitamin C therapy for Ms. Wolking.

On 6/15/2016, Dr. Stewart prescribed ceftriaxone 2 gm IV daily for 3 days per week and azithromycin 500 IV per day, 2 days per week for 4 weeks.

On 6/28/2016, Dr. Stewart discontinued the azithromycin, continued him of ceftriaxone 1 per day on Monday, Wednesday and Friday and started Ms. Wolking on Levaquin 250 mg IV on Tuesday and Thursday. Ms. Wolking was

to continue taking rifabutin and atovaquone and to continue to receive IV vitamin C.

On 7/6/2016, Dr. Stewart prescribed Ms. Wolking atovaquone 375 mg twice daily for 60 days.

On 7/7/2016, Dr. Steward prescribed Ms. Wolking atovaquone 375 mg twice daily for 60 days.

On 7/13/2016, Dr. Stewart discontinued Ms. Wolking's Levaquin.

On 7/26/2016, Ms. Wolking's medication table showed that she was receiving ceftriaxone IV 3 x per week and that she also received hydrocortisone, 25 total dose per day, Mepron, two baby aspirins, rifabutin 1 tablet three times per week. Ms. Wolking was taking several supplements. Dr. Stewart noted that Ms. Wolking's hands and leg rash was still prominent. Ms. Wolking "*can't find words still*.".

On 8/3/2016, Dr. Stewart prescribed ciprofloxacin 125 mg IV on Tuesday and Thursday for 2 months, starting on 8/9/2016.

On 8/15/2016, Dr. Stewart stopped Ms. Wolking's ceftriaxone and ciprofloxacin therapy. Dr. Stewart prescribed glutathione IV, 600 mg at first and 1,200 mg if tolerated. Dr. Stewart recommended starting rifabutin once daily for 1 week and then, start atovaquone twice daily. Ms. Wolking could continue vitamin C infusions. Dr. Stewart increased Ms. Wolking's hydrocortisone dose at 3 PM to 5 mg and added another Cytomel dose at 3 PM (2.5 mcg).

On 8/18/2016, Ms. Wolking's CBC was normal; her CMP was normal except her total bilirubin = 2.2 mg/dL.

On 9/29/2016, Dr. Stewart again prescribed Ms. Wolking rifabutin 150 mg, 1 tablet twice daily for 15 days.

On 10/27/2016, Dr. Stewart once again changed Ms. Wolking's antibiotic therapy. Dr. Stewart prescribed ceftriaxone 2 gm IV per day on Monday, Wednesday, Friday, and doxycycline 200 mg IV on Tuesday and Thursday for 60 days. The antibiotics were to start on 10/31/2016.

On 6/15/2022, Ms. Wolking's WBC = 7.45 k/µL, Hgb = 14.2 g/dL, Hct = 42.6%, platelets = 183 k/µL, BUN/Cr = 14/0.7 mg/dL, AST/ALT = 39/81 U/L, total bilirubin = 1.9 mg/dL, LDH = 467 U/L, ferritin = 2,870 mg/dL, and haptoglobin = 32 mg/dL.

On 7/1/2022, Ms. Wolking presented to the Loudoun Hospital ED secondary to left leg swelling. Ms. Wolking reported having left leg swelling for the prior 3 weeks. The swelling had increased over the prior several days. On exam, Ms. Wolking's left leg had 4+ edema extending to the groin.

A Doppler study showed that Ms. Wolking's left leg had an "*Occlusive thrombus is throughout the visualized left lower extremity deep venous system…*" A chest CTA and CT scan of the abdomen/pelvis was unremarkable.
Ms. Wolking's WBC = 5.73 k/µL, Hgb = 13.3 g/dL, Hct = 39.9%, platelets = 262 k/µL, BUN/Cr = 8/0.6 mg/dL, AST/ALT = 31/38 U/L, and total bilirubin = 1.5 mg/dL.

On 7/2/2022, Ms. Wolking had "*left lower extremity iliac and femoral popliteal venous thrombectomy… Successful stenting of the left common and external iliac veins…*"

On 7/7/2022, Ms. Wolking was discharged to home on Lovenox.

On 7/17/2022, Ms. Wolking went to the Loudoun Hospital ED secondary acute right hip pain. Ms. Wolking's right hip pain was acute in onset, severe, sharp and unrelated to trauma. Ms. Wolking was admitted to the hospital for observation and testing. Ms. Wolking underwent imaging of her right hip and lumbar spine. These studies did not reveal the cause of Ms. Wolking's right groin/hip pain.

On 7/18/2022, Ms. Wolking's WBC = 4.93 k/µL, Hgb = 10.7 g/dL, Hct = 33.2%, platelets = 267 k/µL, BUN/Cr = 8/0.7 mg/dL, AST/ALT = 43/47 U/L, and total bilirubin = 0.7 mg/dL.

On 7/21/2022, Ms. Wolking was discharged home on Eliquis, a direct, oral anticoagulant.

S.M. Smith, M.D.                         Wolking v. TCC                              17-May-24

On 7/27/2022, Ms. Wolking was seen by Amanda Goddard, a nurse practitioner who worked with a hematology group. NP Goddard noted that Ms. Wolking may have May-Thurner Syndrome. Work-up for other etiologies of her DVT were negative. Although once diagnosed with anti-phospholipid syndrome, work-up was negative for this condition. Ms. Wolking's WBC = 10.76 k/µL, Hgb = 12.4 g/dL, Hct = 39.1%, platelets = 493 k/µL, BUN/Cr = 13/0.6 mg/dL, AST/ALT = 24/40 U/L, and total bilirubin = 0.9 mg/dL.

On 8/8/2022, Ms. Wolking's WBC = 6.07 k/µL, Hgb = 15.2 g/dL, Hct = 45.5%, platelets = 223 k/µL, immature reticulocyte count = 28.5%, BUN/Cr = 32/0.8 mg/dL, AST/ALT = 188/337 U/L, total bilirubin = 1.6 mg/dL, LDH = 809 U/L, ferritin = 2,870 mg/dL, and haptoglobin <8 mg/dL.

On 9/19/2022, Dr. Lindner recommended re-starting anti-Babesia therapy.

On 9/22/2022, Ms. Wolking started taking Arte-M, 1 capsule three times per day and atovaquone.

On 9/23/2022, Ms. Wolking took one tablet of tafenoquine.

On 9/24/2022, Ms. Wolking took two tafenoquine tablets.

On 9/25/2022, Ms. Wolking took four tafenoquine tablets, three Arte-M tablets and Mepron twice.

On 9/26/2022, Ms. Wolking increased her daily dose of Art-M to 4 tablets per day. Ms. Wolking took two doses of Mepron.

On 9/28/2022, Ms. Wolking started taking azithromycin 250 mg daily. Ms. Wolking took two Arte-M twice and two doses of Mepron.

On 9/30/2022, Ms. Wolking took tafenoquine 600 mg.

On 10/7/2022, at 12:30 PM, Ms. Wolking presented to the Loudoun Hospital Emergency Department secondary to abdominal pain and constipation over the preceding week. Ms. Wolking's BP = 143/75 mmHg, pulse = 83 BPM, T = 98.4° F, and respiratory rate = 20 breaths/min. Ms. Wolking's abdomen was tender on exam. Ms. Wolking's WBC = 0.83 k/µL, Hgb = 13.3 g/dL, platelets = 128 k/µL, AST/ALT = 100/122 U/L, total protein = 4.5 g/dL, albumin = 2.2

g/dL, total bilirubin = 1.8 mg/dL, INR = 1.3, and BUN/Cr = 24/0.6 mg/dL. Ms. Wolking's ANC = 600 cells/µL. An abdominal CT scan showed "*evidence of bowel perforation. The location of the perforation is unclear.*"

At 2 PM, blood cultures x 2 sets were drawn. Both sets grew *Bacteroides fragilis.*

At 2:04 PM, Ms. Wolking was given piperacillin/tazobactam 4.5 gm and continued on this antibiotic every 8 hours.  Ms. Wolking was also started on hydrocortisone 100 mg IV every 8 hours.

At 6 PM, Ms. Wolking's BP = 144/76 mmHg, pulse = 92 BPM, and respiratory rate = 24 breaths/min. Her oxygen saturation = 93%. Ms. Wolking was started on vancomycin IV and fluconazole.

At 7 PM, Ms. Wolking's WBC = 0.66 k/µL, Hgb = 12.6 g/dL, and platelets = 119 k/µL. Ms. Wolking's ANC = 350 cells/µL.

Ms. Wolking underwent emergent surgery and was found to have pneumoperitoneum and "*significant fibropurulent debris and diffuse inflammation*". The surgeons found Ms. Wolking had two areas of inflammation, the distal jejunum and the sigmoid colon.

"*Once the small bowel was fully eviscerated, it was covered with a warm damp laparotomy pad. A small perforation in the distal jejujum was identified and tagged. Attention was turned to the descending and sigmoid colon. There was clear areas of tissue breakdown in the distal sigmoid although without significant diverticular disease. The tissue was extremely friable. With multiple defects in the sigmoid of unclear depth; a cutting GIA stapler was*

*was already separated from the colon. The sigmoid colon was then mobilized, starting at the lateral attachments of the proximal sigmoid colon. The inflammation was so severe that the tissue dissected with even the slightest manipulation.*"

A segment of the small bowel was resected. The sigmoid colon was removed. A colostomy with the most distal portion of the colon. The surgeons felt that the perforation source was in the distal jejunum. However, pathology showed "*... definitive transmural defect/perforation is not identified.*" The

small bowel showed "...*a true diverticulum, focal submucosal hemorrhage, acute serositis and adhesions.*"; the sigmoid colon showed "*acute serositis and adhesions*".

Aerobic culture of peritoneal fluid grew *Citrobacter freundii, Klebsiella pneumoniae,*  methicillin-sensitive *Staphylococcus aureus* (MSSA). The anaerobic culture of the peritoneal fluid grew *Bacteroides fragilis*.

On 10/8/2022 -

At 1:30 AM, Ms. Wolking's WBC = 0.55 k/µL, Hgb = 10.0 g/dL, platelets = 110 k/µL, AST/ALT = 62/69 U/L, total protein = 3.9 g/dL, albumin = 2.3 g/dL, total bilirubin = 1.6 mg/dL, and BUN/Cr = 16/0.5 mg/dL. Ms. Wolking's ANC = 374 cells/µL.

At 12:30 PM, Ms. Wolking's WBC = 0.77 k/µL, Hgb = 10.0 g/dL, and platelets = 93 k/µL. Ms. Wolking's ANC = 585 cells/µL.

On 10/9/2022, at 1 AM, Ms. Wolking's WBC = 0.63 k/µL, Hgb = 8.8 g/dL, platelets = 58 k/µL.

On 10/10/2022, at 7:30 AM, Ms. Wolking's BP = 140/78 mmHg, pulse = 62 BPM, T = 97.9° F, and respiratory rate = 12 breaths/min.

Ms. Wolking's WBC = 0.53 k/µL, Hgb = 7.6 g/dL, platelets = 30 k/µL. Ms. Wolking's ANC = 307 cells/µL.

On 10/11/2022,, at 2 AM, Ms. Wolking's WBC = 0.83 k/µL, Hgb = 7.8 g/dL, platelets = 17 k/µL. Ms. Wolking was started on metronidazole 500 mg IV every 8 hours.

At 10 PM, Ms. Wolking's haptoglobin = 22 mg/dL.

On 10/12/2022, Ms. Wolking's WBC = 3.2 k/µL, Hgb = 8.2 g/dL, and platelets = 13 k/µL.

S.M. Smith, M.D.                    Wolking v. TCC                    17-May-24

Table 1. Ms. Wolking's pharmacy records from January – October 5, 2022.

| Date | Medicine | mg | Number | Days | Pharmacy | Prescriber |
|------|----------|-----|--------|------|----------|-----------|
| 1/25/22 | omeprazole | 20 | 84 | 84 | Harris Teeter | Satchi |
| 2/2/22 | progesterone | 200 | 180 | 90 | Harris Teeter | Lindner |
| 2/20/22 | benzonatate | 100 | 21 | 7 | Harris Teeter | Idrees |
| 2/20/22 | levofloxacin | 500 | 10 | 10 | Harris Teeter | Idrees |
| 2/20/22 | methylprednisolone | 4 | 21 | 6 | Harris Teeter | Idrees |
| 3/24/22 | estrogen cream | | | | Leesburgh Comp Ctr | Lindner |
| 3/24/22 | testosterone cream | | | | Leesburgh Comp Ctr | Lindner |
| 3/30/22 | atovaquone | 750/5 ml | 900 | 90 | Harris Teeter | Lindner |
| 5/2/22 | omeprazole | 20 | 90 | 90 | Harris Teeter | Satchi |
| 5/13/22 | prednisone | 1 | 150 | 30 | Walmart | Lindner |
| 5/13/22 | rifabutin | 150 | 60 | 30 | Walmart | Lindner |
| 5/16/22 | prednisone | 5 | 270 | 90 | Walmart | Lindner |
| 5/18/22 | DHEA | 25 | 100 | 30 | Tunkhannock | Lindner |
| 5/19/22 | prednisone | 10 | 200 | 30 | Tunkhannock | Lindner |
| 6/12/22 | rifabutin | 150 | 60 | 30 | Harris Teeter | Lindner |
| 6/16/22 | atovaquone | 750/5 ml | 840 | 84 | Harris Teeter | Lindner |
| 7/21/22 | cyclobenzaprine | 10 | 60 | 20 | Harris Teeter | Jadiga |
| 7/21/22 | Eliquis | 5 | 180 | 90 | Harris Teeter | Jadiga |
| 7/21/22 | oxycodone | 10 | 20 | 5 | Harris Teeter | Jadiga |
| 8/7/22 | prednisone | 5 | 120 | 10 | Harris Teeter | Lindner |
| 8/8/22 | prednisone | 10 | 500 | 30 | Tunkhannock | Lindner |
| 8/8/22 | rifabutin | 150 | 60 | 30 | Harris Teeter | Lindner |
| 8/13/22 | dexamethasone | 4 | 120 | 30 | Harris Teeter | Lindner |
| 8/13/22 | Eliquis | 5 | 180 | 90 | Harris Teeter | Goddard |
| 8/15/22 | omeprazole | 20 | 90 | 90 | Harris Teeter | Satchi |
| 8/16/22 | dexamethasone | 4 | 200 | 50 | Tunkhannock | Lindner |
| 8/26/22 | zolpidem | 5 | 60 | 30 | Harris Teeter | Lindner |
| 8/30/22 | prednisone | 1 | 180 | 30 | Harris Teeter | Lindner |
| 9/7/22 | dexamethasone | 4 | 120 | 30 | Harris Teeter | Lindner |
| 9/26/22 | dexamethasone | 4 | 120 | 30 | Harris Teeter | Lindner |
| 9/27/22 | dexamethasone | 4 | 100 | 50 | Tunkhannock | Lindner |
| 10/4/22 | dexamethasone | 4 | 200 | 50 | Tunkhannock | Lindner |
| 10/5/22 | dexamethasone | 4 | 30 | 3 | Harris Teeter | Lindner |

S.M. Smith, M.D.                    Wolking v. TCC                    17-May-24

Table 2. Ms. Wolking's medications in late September – early October 2022.

| Date | azithromycin | prednisone | tafenoquine | Arte-M | Mepron |
|------|------|------|------|------|------|
| 9/23/2022 | | 426 | 1 | 3 | 2 |
| 9/24/2022 | | 775 | 2 | 3 | 2 |
| 9/25/2022 | | 672 | 4 | 3 | 2 |
| 9/26/2022 | | 686 | 2 | 4 | 2 |
| 9/27/2022 | | 910 | 2 | 4 | 2 |
| 9/28/2022 | 250 | 1272 | | 6 | 2 |
| 9/29/2022 | 250 | 1526 | | 6 | 2 |
| 9/30/2022 | 250 | 700 | 4 | 6 | 2 |
| 10/1/2022 | 250 | 1092 | | 6 | 2 |
| 10/2/2022 | 250 | 568 | | 6 | 2 |
| 10/3/2022 | 250 | 1848 | | 6 | 2 |
| 10/4/2022 | 250 | 952 | | 6 | 2 |
| 10/5/2022 | 250 | 714 | | 6 | 2 |
| 10/6/2022 | 250 | 600 | | | 2 |

## Opinions:

I have been asked to opine on the cause of Stacey Underhill Wolking's gastrointestinal perforation and on the opinions of plaintiffs' experts in this case. Ms. Wolking was taking increased dosages of corticosteroids prior to her colonic/intestinal perforation. Plaintiff's experts have opined that Ms. Wolking's colonic/intestinal perforation was caused by Ms. Wolking's intake of corticosteroids. More specifically, plaintiff's experts opine that the corticosteroid prescriptions, which Ms. Wolking filled at Tunkhannock Compounding Center (TCC), caused her colonic/intestinal perforation.

I reviewed reports for the following plaintiff's experts:

1. Thomas Johns, Pharm.D., a pharmacist;
2. Mark Dershwitz, M.D., Ph.D., an anesthesiologist with a pharmacology background;
3. Dr. Paul Auwaerter, an Infectious Diseases specialist;
4. Carl Gainor, Ph.D., J.D. – a pharmacist, and;
5. Jonathan Williams, M.D., MMSc – an endocrinologist.

In August – early October 2022, Ms. Wolking filled prescriptions for corticosteroids at Harris Teeter Pharmacy and TCC. Specifically, Ms. Wolking filled –

1. 8/7/22 – prednisone 5 mg, 120 tablets, Harris-Teeter;
2. 8/8/22 – prednisone 10 mg, 500 tablets, TCC;
3. 8/13/22 – dexamethasone 4 mg, 120 tablets, Harris-Teeter;
4. 8/16/22 – dexamethasone 4 mg, 200 tablets, TCC;
5. 8/30/22 – prednisone 1 mg, 180 tablets, Harris-Teeter;
6. 9/7/22 – dexamethasone 4 mg, 120 tablets, Harris-Teeter;
7. 9/26/22 – dexamethasone 4 mg, 120 tablets, Harris-Teeter;
8. 9/27/22 – dexamethasone 4 mg, 100 tablets, TCC;
9. 10/4/22 - dexamethasone 4 mg, 200 tablets, TCC, and;
10. 10/5/22 – dexamethasone 4 mg, 30 tablets Harris-Teeter.

Four of the five plaintiff's experts opined that Ms. Wolking's colonic/intestinal perforation was the result of corticosteroid prescriptions filled at TCC.

Mr. Johns wrote, "*Tunkhannock Compounding Cetner caused Ms. Wolking's injuries because it was the only pharmacy Lindner could rely on to prescribe such large and dangerous corticosteroid doses*."

Dr. Dershwitz wrote, "*It is my opinion as a toxicologist, to a reasonable degree of pharmacological certainty, that the four prescriptions dispensed by Tunkhannock Compounding Center ("TCC") to Stacey Wolking on the dates described in the Complaint created a substantial risk of serious harm*."

Dr. Gainor wrote, "*In this case it appears that the pharmacists at TCC failed to question the appropriateness of Dr. Lindner's therapy, failed to evaluate the harm that might be caused by these extremely high doses of corticosteroids, and the result was serious harm to SW*."

Dr. Williams wrote, "*Thus, it is my opinion that employees at Tunkhannock Compounding Center filled prescriptions for prednisone and dexamethasone at doses and quantities that fell outside the standard of care and enabled continuing physical and emotional harm to Ms. Wolking*."

None of plaintiff's experts is critical of Harris-Teeter Pharmacy. These experts do not explain why they are solely critical of TCC's handling of Dr. Lindner's prescriptions but not critical of Harris-Teeter's filling of similar/same prescriptions during this same period.

Dr. Auwaeter, an Infectious Diseases specialist, did not criticize TCC for filling Dr. Lindner's prescriptions. Dr. Auwaeter did write, "*It is my opinion, to a reasonable degree of medical certainty, that these steroids caused her bowel perforation*." Dr. Auwaeter's description of Ms. Wolking's illness and hospitalization in October 2022 is brief – "*In October, Ms. Wolking presented to the hospital with one week of abdominal pain. In the OR on 10/8/22, she was found to have a pneumoperitoneum, which required surgical resection of small bowel perforation, requiring an ostomy. Blood cultures revealed polymicrobial bacteremia*." Dr. Auwaerter, perhaps, could have been more detailed about Ms. Wolking's illness in October 2022. First, the source of Ms. Wolking's colonic/intestinal perforation was not established. Ms. Wolking had two different areas of intestines resected, each area showed significant inflammation; neither area showed transmural perforation. Second, Dr. Auwaerter did not discuss Ms. Wolking's leukopenia. Third, Dr. Auwaerter,

while describing the quantity of Dr. Lindner's corticosteroid prescriptions as "*outrageous*", did not discuss the effect of daily dosage and corticosteroid adverse effects.

As shown above, Ms. Wolking presented on 10/7/22 with severe neutropenia. Plaintiff's experts did not comment on Ms. Wolking's severe neutropenia. Leukopenia can occur in patients with severe sepsis. Patients who develop leukopenia from sepsis, are very sick and most often, develop septic shock. Further, sepsis-associated leukopenia:

1. Rarely results in absolute neutropenia;
2. Is transient, meaning, with appropriate treatment, the leukopenia resolves quickly, and;
3. Is also ssociated with disseminated intravascular coagulopathy (DIC).

Ms. Wolking was not in DIC upon admission. More revealing as to the etiology of her leukopenia, Ms. Wolking's WBC count remained well below normal for the first 5 days of her October 2022 admission. Ms. Wolking was never in septic shock during this hospitalization. For instance, Immediately post-operatively, Ms. Wolking's blood pressure was normotensive to slightly hypertensive. For instance, on 10/10/22, Ms. Wolking's blood pressure was normal to slightly elevated and her other vital signs were normal, yet Ms. Wolking's WBC = 0.53 k/μL and her ANC = 307 cells/μL. The definition of absolute neutropenia is absolute neutrophil count < 500 cells/μL. Therefore, on 10/10/2022, Ms. Wolking was still absolutely neutropenic. Although Ms. Wolking never went into septic shock during this admission, Ms. Wolking's WBC remained dangerously below normal for the first five days of the admission. In conclusion, Ms. Wolking's severe neutropenia was not caused by her infection. Rather, it was the other way around.

During September 2022, Dr. Lindner re-started Ms. Wolking on what he called anti-babesia therapy. Specifically, Dr. Lindner prescribed azithromycin, Arte-M, Mepron, rifabutin and Krintafel (tafenoquine). From 9/23 – 9/30/2022, Ms. Wolking took 15 tablets of tafenoquine – total dose range from 2,250 – 3,000 mg depending on which pill size was prescribed. Tafenoquine has two FDA-approved regimens, one for malaria prophylaxis and one for treatment. The treatment dose is higher - 200 mg per day for 3

days, followed by 200 mg weekly. The highest total dose a person would take in an 8-day period = 800 mg. From 9/23 – 9/30/2022, Ms. Wolking took approximately three times the maximum recommended dose.

Ms. Wolking's tafenoquine levels in early October 2022 were well above those approved by the FDA. A patient with recurrent *Babesia microti* was given malaria treatment doses of tafenoquine.(1) This treatment was associated with neutropenia, which resolved when the tafenoquine was discontinued. During late September 2022, Ms. Wolking was also taking high doses of a supplement, artemisia (Arte-M), atovaquone twice daily, and azithromycin 250 mg daily. The interactions of these drugs on Ms. Wolking's bone marrow is unknown. Regardless, it is more likely than not that Ms. Wolking's severe, prolonged neutropenia, diagnosed on 10/7/2022, was secondary to the one or more of these drugs.

In this case, the place or source of Ms. Wolking's gastrointestinal perforation is important. As above, Ms. Wolking's surgeons felt the perforation was from a jejunal diverticulum. Plaintiff's experts agree with the treating surgeons' conclusion that Ms. Wolking had a perforation in her small intestine or bowel. However, the pathology reports are inconclusive and do not show a definitive perforation.

Understanding the anatomy of the gastrointestinal tract is imperative to understanding the literature on corticosteroid exposure and gastrointestinal perforation. For background, the gastrointestinal tract consists of several different areas starting from the oral cavity, the esophagus is next, the stomach is third, the small intestine (bowel) is fourth and the large intestine (colon) is fifth.

The bowel or small intestine is divided into three areas:

1. the duodenum;
2. the jejunum, and;
3. the ileum.

The colon or large intestine is also divided into three areas:

1. the ascending or right colon;
2. the transverse or horizontal colon, and;

3.  the descending or left colon.

The sigmoid is the S-shaped, distal part of the descending colon, which connects the descending colon to the rectum.

Regarding corticosteroid-associated gastrointestinal perforation, early on after the introduction of corticosteroids as medicines or therapies, doctors recognized an increased incidence of gastro-duodenal perforation, secondary to peptic ulcer disease. Later on, physicians looked into the relationship between corticosteroid use and colonic diverticular perforation/abscess. These studies, including those provided by plaintiff's experts, are not robust. For instance, Dr. Williams' reference #4 is an article, entitled *The Incidence of Gastrointestinal Perforations Among Rheumatoid Arthritis Patients*.(2) The investigators looked at all hospitalized patients with the diagnosis of rheumatoid arthritis and then found the subset of patients who had gastrointestinal perforation. The total number of patients = >40,000. Among these >40,000 patients, only 37 had gastrointestinal perforation. Of these 37 patients with rheumatoid arthritis and gastrointestinal perforation, 19 (51.4%) were on oral corticosteroids at the time of diagnosis. The authors considered the fact that rheumatoid arthritis patients, who are on corticosteroids, are often also on other immunosuppressive drugs. The authors found that for patients, who were on corticosteroids but were not on other immunosuppressive drugs, had no increased rate of gastrointestinal perforation. Ms. Wolking, of course, was not taking other immunosuppressive drugs. According to this study, Ms. Wolking was not at increased risk for gastrointestinal perforation.

Dr. Williams also cited an article by Mpofu *et al.*(3) This study examined the relationship between corticosteroids and sigmoid diverticular abscess perforation. The methods of this study are poorly described. It appears that patients on any dose of any corticosteroid were in the corticosteroid group. However, the authors did not control for other immunosuppressive agents. Regardless, the authors did not look at patients with small bowel perforations. Dr. Williams cited several other studies, which attempt to measure the risk of sigmoid diverticular perforation or colonic diverticular perforation and corticosteroid use. None of Dr. Williams' cited studies shows

an increase rate in small intestine or bowel perforation from corticosteroid use.

Dr. Williams' reference #9, for example, reported on sigmoid diverticular perforation in neurosurgical patients, who had received high-dose corticosteroid therapy peri-operatively.(4)  The authors found that 719 patients had received high-dose corticosteroid therapy for several days. This doses and durations were not well defined but approximated 500 mg of methylprednisolone for 6-9 days. Of the 719 patients, only 5 developed gastrointestinal perforation. All 5 developed perforation of a sigmoid diverticulum. The authors claimed that no sigmoid diverticular perforation occurred in the 3,749 patients, who did not receive corticosteroids. Again, this reference helps show that even high-dose corticosteroids are not associated with jejunal diverticular perforation and that the rate of sigmoid diverticular perforation in patients on high-dose corticosteroid use is very low (0.7%). In conclusion, the data on corticosteroid therapy and lower gastrointestinal perforation are scant. However, there are no data showing an increase in jejunal perforation with even high-dose corticosteroid therapy.

Plaintiff's experts have opined that TCC gave Ms. Wolking too many corticosteroid tablets, allowing her to hurt herself. However, plaintiff's experts' studies report an association between patients on any dose of any corticosteroid and gastrointestinal perforation. In fact, the study which showed the greatest association between corticosteroid therapy and gastrointestinal perforation studied patients who were likely on low doses of prednisone.(3) Presumably, plaintiff's experts would not have criticized TCC for giving some amount of corticosteroids. What would that maximally allowed amount have been? And how different would Ms. Wolking's risk for gastrointestinal perforation have been if Ms. Wolking's corticosteroid dose included corticosteroids at some lower amount from TCC and those given to Ms. Wolking from Teeter-Harris?

As I mentioned above, Ms. Wolking's neutrophil count was very low for several days after admission, even though she was never in septic shock. Ms. Wolking's WBC count was, in all probability, very low for several days prior

to her admission. Patients with very low neutrophil counts can develop neutropenic enterocolitis, a serious infection/breakdown of the intestinal walls. Fortunately, Ms. Wolking received appropriate medical attention before she went into septic shock. The surgeon's description and the pathologist's findings of Ms. Wolking's jejunum and sigmoid are most consistent with this diagnosis. Similarly, Ms. Wolking's blood culture grew *Bacteroides fragilis*. This bacterium is part of the normal flora of the colon. Bacteremia from *B. fragilis* is associated with diseases of the colon, not the small intestine. The facts of the case make the diagnosis of neutropenic enterocolitis the most likely diagnosis. The source of Ms. Wolking's neutropenia was most likely the overdose of tafenoquine, prescribed by Dr. Lindner.

I hold these opinions within a reasonable degree of medical probability. I reserve the right to supplement them should more information become available.

Sincerely,

Stephen M. Smith, M.D.

References:

1. Prasad PJ, Wormser GP. Failure of an Approximately Six Week Course of Tafenoquine to Completely Eradicate Babesia microti Infection in an Immunocompromised Patient. Pathogens. 2022 Sep 15;11(9):1051.

2. Curtis JR, Xie F, Chen L, Spettell C, McMahan RM, Fernandes J, et al. The incidence of gastrointestinal perforations among rheumatoid arthritis patients. Arthritis Rheum. 2011 Feb;63(2):346–51.

3. Mpofu S, Mpofu CMA, Hutchinson D, Maier AE, Dodd SR, Moots RJ. Steroids, non-steroidal anti-inflammatory drugs, and sigmoid diverticular

abscess perforation in rheumatic conditions. Ann Rheum Dis. 2004 May;63(5):588–90.

4. Weiner HL, Rezai AR, Cooper PR. Sigmoid diverticular perforation in neurosurgical patients receiving high-dose corticosteroids. Neurosurgery. 1993 Jul;33(1):40–3.