# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACEY WOLKING and DARYL WOLKING, W/H<br><br>Plaintiffs,<br><br>v.<br><br>HENRY LINDNER, M.D., and YOUNGS APOTHECARY, INC. d/b/a TUNKHANNOCK COMPOUNDING CENTER<br><br>Defendants. | CIVIL ACTION<br>3:23-cv-00806-JFS<br><br><br>**ORDER** |

**AND NOW,** this _____ day of _____, 2025, upon consideration of the Motion *in Limine* of Plaintiffs, Stacey Woling and Daryl Wolking, w/h, To Preclude Evidence of Consent Forms, and the Response of Defendant, Youngs Apothecary, Inc. d/b/a Tunkhannock Compounding Center, thereto, it is hereby **ORDERED** and **DECREED** that Plaintiffs' Motion is **HEREBY DENIED.** Defendant, Youngs Apothecary, Inc. d/b/a Tunkhannock Compounding Center is **HEREBY PERMITTED** to argue and present any evidence of Consent Forms, at trial.

**BY THE COURT:**

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACEY WOLKING and<br>DARYL WOLKING, W/H<br><br>Plaintiffs,<br><br>v.<br><br>HENRY LINDNER, M.D., and<br>YOUNGS APOTHECARY, INC.<br>d/b/a TUNKHANNOCK<br>COMPOUNDING CENTER<br><br>Defendants. | CIVIL ACTION<br>3:23-cv-00806-MEM<br><br>**RESPONSE TO PLAINTIFFS'<br>MOTION *IN LIMINE* TO<br>PRECLUDE EVIDENCE OF<br>CONSENT FORMS**<br><br>**ORAL ARGUMENT<br>REQUESTED** |

Defendant, Youngs Apothecary, Inc. ("Youngs") d/b/a Tunkhannock Compounding Center ("TCC") (collectively as a defendant, "Tunkhannock"), by its undersigned counsel, hereby files this response to plaintiff's Motion *in Limine* To Preclude Evidence of Consent Forms. Pursuant to Federal Rules of Evidence 104, Tunkhannock respectfully requests an oral hearing on this Motion. In support of its response, Tunkhannock avers as follows:

1. Denied. The averments contained in this paragraph are conclusions of law. By way of further response, Tunkhannock specifically denies that its pharmacists decided to dispense "massive quantities" of prednisone and dexamethasone as implied and alleged, or that such dispensing caused any of the damages as alleged in the Complaint. Tunkhannock hereby incorporates by

reference as though set forth at length herein its Brief in Support of its Response in Opposition to plaintiffs' instant Motion, as well as the factual background contained in its own Motion to Preclude the testimony of Dr. Auwaerter.

2. Admitted.

3. Denied as conclusions of law.

**WHEREFORE**, defendant, Youngs Apothecary, Inc. ("Youngs") d/b/a Tunkhannock Compounding Center ("TCC") (collectively as a defendant, "Tunkhannock"), hereby denies that Plaintiffs are entitled to the requested relief.

        Respectfully submitted,

By: */s/ Conrad James Benedetto*
    Philip D. Priore, Esquire
    Attorney ID: 38987
    Conrad James Benedetto, Esquire
    Attorney ID: 312404
    Susan C. Keesler, Esquire
    Attorney ID: 312977
    **MCCORMICK & PRIORE, P.C.**
    2 Commerce Square
    2001 Market Street, Suite 3810
    Philadelphia, PA 19103
    (T) 215-972-0161
    (F) 215-972-5580
    ppriore@mccormickpriore.com
    cbenedetto@mccormickpriore.com
    Attorneys for Defendant,
    Youngs Apothecary, Inc. d/b/a
    Tunkhannock Compounding Center

Dated: April 7, 2025

## CERTIFICATE OF SERVICE

I, Conrad James Benedetto, Esquire, hereby certify that on this date the Response of defendant, Youngs Apothecary, Inc. d/b/a Tunkhannock Compounding Center, to Plaintiffs' Motion *in Limine* To Preclude Evidence of Consent Forms, was filed electronically and is available for viewing and downloading from the ECF system, and was therefore forwarded to all counsel of record via ECF.

                **MCCORMICK & PRIORE, P.C.**

                By: */s/ Conrad James Benedetto*
                      Philip D. Priore, Esquire
                      Conrad James Benedetto, Esquire
                      Susan C. Keesler, Esquire
                      Attorneys for Defendant,
                      Youngs Apothecary, Inc. d/b/a
                      Tunkhannock Compounding Center

Dated: April 7, 2025