IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACEY WOLKING and DARYL WOLKING, W/H<br><br>Plaintiffs,<br><br>v.<br><br>HENRY LINDNER, M.D., and YOUNGS APOTHECARY, INC. d/b/a TUNKHANNOCK COMPOUNDING CENTER<br><br>Defendants. | CIVIL ACTION<br>3:23-cv-00806-MEM<br><br>**RESPONSE TO PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE EVIDENCE OF CONSENT FORMS**<br><br>**ORAL ARGUMENT REQUESTED** |

Defendant, Youngs Apothecary, Inc. ("Youngs") d/b/a Tunkhannock Compounding Center ("TCC") (collectively as a defendant, "Tunkhannock"), by its undersigned counsel, hereby files this response to plaintiff's Motion *in Limine* To Preclude Evidence of Consent Forms. Pursuant to Federal Rules of Evidence 104, Tunkhannock respectfully requests an oral hearing on this Motion. In support of its response, Tunkhannock avers as follows:

1.    Denied. The averments contained in this paragraph are conclusions of law. By way of further response, Tunkhannock specifically denies that its pharmacists decided to dispense "massive quantities" of prednisone and dexamethasone as implied and alleged, or that such dispensing caused any of the damages as alleged in the Complaint. Tunkhannock hereby incorporates by

1

reference as though set forth at length herein its Brief in Support of its Response in Opposition to plaintiffs' instant Motion, as well as the factual background contained in its own Motion to Preclude the testimony of Dr. Auwaerter.

2. Admitted.

3. Denied as conclusions of law.

**WHEREFORE**, defendant, Youngs Apothecary, Inc. ("Youngs") d/b/a Tunkhannock Compounding Center ("TCC") (collectively as a defendant, "Tunkhannock"), hereby denies that Plaintiffs are entitled to the requested relief.

Respectfully submitted,

By: */s/ Conrad James Benedetto*
Philip D. Priore, Esquire
Attorney ID: 38987
Conrad James Benedetto, Esquire
Attorney ID: 312404
Susan C. Keesler, Esquire
Attorney ID: 312977
**MCCORMICK & PRIORE, P.C.**
2 Commerce Square
2001 Market Street, Suite 3810
Philadelphia, PA 19103
(T) 215-972-0161
(F) 215-972-5580
ppriore@mccormickpriore.com
cbenedetto@mccormickpriore.com
Attorneys for Defendant,
Youngs Apothecary, Inc. d/b/a
Tunkhannock Compounding Center

Dated: April 7, 2025